## ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES

### Condensed Consolidating Statements of Cash Flows
### For the Nine Months Ended September 30, 2009
### (millions of dollars)

| | Parent/ Guarantor | Issuer | Other Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| Cash provided by (used in) operating activities .... | $ (5) | $(1,073) | $ 2,557 | $ (8) | $ — | $ 1,471 |
| **Cash flows—financing activities:** | | | | | | |
| Issuances of long-term debt ............... | — | 522 | — | — | — | 522 |
| Retirements/repurchases of long-term debt ... | (2) | (122) | (93) | — | — | (217) |
| Change in advances/notes-affiliates ......... | 7 | 653 | — | 41 | (727) | (26) |
| Contributions from noncontrolling interests .. | — | — | — | 42 | — | 42 |
| Debt discount, financing and reacquisition expenses ............................ | — | (33) | — | (2) | — | (35) |
| Other-net ............................ | — | — | 1 | — | — | 1 |
| Cash provided by (used in) financing activities ........................ | 5 | 1,020 | (92) | 81 | (727) | 287 |
| **Cash flows—investing activities:** | | | | | | |
| Capital expenditures and nuclear fuel purchases ........................... | — | — | (1,202) | (61) | — | (1,263) |
| Redemption of investment held in money market fund ........................ | — | 142 | — | — | — | 142 |
| Reduction of restricted cash related to letter of credit facility ...................... | — | 115 | — | — | — | 115 |
| Transfer of cash collateral from custodian account ........................... | — | — | 3 | — | — | 3 |
| Proceeds from sales of environmental allowances and credits ................. | — | — | 22 | — | — | 22 |
| Purchases of environmental allowances and credits ............................ | — | — | (23) | — | — | (23) |
| Proceeds from sales of nuclear decommissioning trust fund securities ..... | — | — | 2,972 | — | — | 2,972 |
| Investments in nuclear decommissioning trust fund securities ...................... | — | — | (2,983) | — | — | (2,983) |
| Changes in loans—affiliates .............. | — | — | (1,255) | — | 727 | (528) |
| Proceeds from sale of controlling interest in natural gas gathering pipeline business .... | — | 40 | — | — | — | 40 |
| Other-net ............................ | — | — | 20 | — | — | 20 |
| Cash provided by (used in) investing activities ........................ | — | 297 | (2,446) | (61) | 727 | (1,483) |
| Net change in cash and cash equivalents ......... | — | 244 | 19 | 12 | — | 275 |
| Cash and cash equivalents—beginning balance ... | — | 475 | 4 | — | — | 479 |
| Cash and cash equivalents—ending balance ...... | $— | $ 719 | $ 23 | $ 12 | $ — | $ 754 |

F-348

Confidential

**ENERGY FUTURE COMPETITIVE HOLDINGS CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Cash Flows**
**For the Nine Months Ended September 30, 2008**
**(millions of dollars)**

| | Parent Guarantor | Issuer | Other Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| Cash provided by (used in) operating activities . . . . | $ 1 | $(1,024) | $ 1,883 | $ 5 | $— | $ 865 |
| Cash flows—financing activities: | | | | | | |
| Issuances of long-term debt . . . . . . . . . . . . . . | — | 1,277 | — | — | — | 1,277 |
| Retirements/repurchases of long-term debt . . . | (2) | (373) | (24) | — | — | (399) |
| Change in short-term borrowings . . . . . . . . . . | — | 2,032 | — | — | — | 2,032 |
| Change in advances/notes—affiliates . . . . . . . | 1 | — | — | 10 | (36) | (25) |
| Other-net . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | (4) | 33 | — | — | 29 |
| Cash provided by (used in) financing activities . . . . . . . . . . . . . . . . . . . . . . . . . | (1) | 2,932 | 9 | 10 | (36) | 2,914 |
| Cash flows—investing activities: | | | | | | |
| Capital expenditures and nuclear fuel purchases . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | (1,499) | (15) | — | (1,514) |
| Investment held in money market fund . . . . . . | — | (242) | — | — | — | (242) |
| Reduction of restricted cash related to pollution control revenue bonds . . . . . . . . . . | — | 29 | — | — | — | 29 |
| Proceeds from sales of environmental allowances and credits . . . . . . . . . . . . . . . . | — | — | 30 | — | — | 30 |
| Purchases of environmental allowances and credits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | (18) | — | — | (18) |
| Proceeds from sales of nuclear decommissioning trust fund securities . . . . . | — | — | 747 | — | — | 747 |
| Investments in nuclear decommissioning trust fund securities . . . . . . . . . . . . . . . . . . . . . . | — | — | (758) | — | — | (758) |
| Change in loans—affiliates . . . . . . . . . . . . . . . | — | (42) | (375) | — | 36 | (381) |
| Other-net . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 1 | (16) | — | — | (15) |
| Cash provided by (used in) investing activities . . . . . . . . . . . . . . . . . . . . . . . . . | — | (254) | (1,889) | (15) | 36 | (2,122) |
| Net change in cash and cash equivalents . . . . . . . . | — | 1,654 | 3 | — | — | 1,657 |
| Cash and cash equivalents—beginning balance . . . | — | 207 | 8 | — | — | 215 |
| Cash and cash equivalents—ending balance . . . . . . | $— | $ 1,861 | $ 11 | $— | $— | $ 1,872 |

F-349

EFIHMW00246427

## ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES

### Condensed Consolidating Balance Sheets
### at September 30 2009
### (millions of dollars)

| | Parent Guarantor | Issuer | Other Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| Current assets: | | | | | | |
| Cash and cash equivalents | $ — | $ 719 | $ 23 | $ 12 | $ — | $ 754 |
| Restricted cash | — | — | 1 | — | — | 1 |
| Advances to affiliates | 1 | — | 5,535 | — | (5,536) | — |
| Trade accounts receivable—net | — | — | 751 | — | — | 751 |
| Notes receivable from parent | — | 1,130 | — | — | (18) | 1,112 |
| Income taxes receivable from parent | 6 | 62 | — | 1 | (69) | — |
| Accounts receivable from affiliates | — | 8 | — | — | (8) | — |
| Inventories | — | — | 403 | — | — | 403 |
| Commodity and other derivative contractual assets | — | 495 | 2,051 | — | (9) | 2,537 |
| Accumulated deferred income taxes | 1 | 81 | 1 | — | — | 83 |
| Margin deposits related to commodity positions | — | — | 158 | — | — | 158 |
| Other current assets | — | 7 | 42 | — | — | 49 |
| Total current assets | 8 | 2,502 | 8,965 | 13 | (5,640) | 5,848 |
| Restricted cash | — | 1,135 | — | — | — | 1,135 |
| Investments | (2,077) | 21,024 | 584 | — | (18,950) | 581 |
| Property, plant and equipment—net | — | — | 20,913 | 67 | — | 20,980 |
| Goodwill | — | 10,252 | — | — | — | 10,252 |
| Intangible assets—net | — | — | 2,658 | — | — | 2,658 |
| Commodity and other derivative contractual assets | — | 563 | 590 | — | — | 1,153 |
| Accumulated deferred income taxes | 30 | 293 | — | — | (323) | — |
| Other noncurrent assets, principally unamortized debt issuance costs | 48 | 567 | 596 | 3 | (492) | 722 |
| Total assets | $(1,991) | $36,336 | $34,306 | $ 83 | $(25,405) | $43,329 |
| **LIABILITIES AND EQUITY** | | | | | | |
| Current liabilities: | | | | | | |
| Short-term borrowings | $ — | $ 900 | $ 900 | $— | $ (900) | $ 900 |
| Advances from affiliates | — | 5,536 | — | — | (5,536) | — |
| Long-term debt due currently | 8 | 165 | 199 | — | (165) | 207 |
| Trade accounts payable—nonaffiliates | — | — | 586 | 3 | — | 589 |
| Notes or other liabilities due to affiliates | 22 | — | 233 | 3 | (26) | 232 |
| Commodity and other derivative contractual liabilities | — | 720 | 1,824 | — | (9) | 2,535 |
| Margin deposits related to commodity positions | — | 111 | 393 | — | — | 504 |
| Accrued income taxes payable to parent | — | — | 209 | — | (69) | 140 |
| Accrued taxes other than income | 1 | — | 94 | — | — | 95 |
| Accrued interest | 113 | 487 | 350 | — | (347) | 603 |
| Other current liabilities | — | 21 | 305 | — | (3) | 323 |
| Total current liabilities | 144 | 7,940 | 5,093 | 6 | (7,055) | 6,128 |
| Accumulated deferred income taxes | — | — | 5,670 | — | (289) | 5,381 |
| Commodity and other derivative contractual liabilities | — | 887 | 456 | — | — | 1,343 |
| Notes or other liabilities due affiliates | — | — | 227 | — | — | 227 |
| Long-term debt, less amounts due currently | 2,421 | 29,529 | 28,313 | — | (28,140) | 32,123 |
| Other noncurrent liabilities and deferred credits | 3 | 58 | 2,583 | — | — | 2,644 |
| Total liabilities | 2,568 | 38,414 | 42,342 | 6 | (35,484) | 47,846 |
| EFC Holdings' shareholders' equity | (4,559) | (2,078) | (8,036) | 35 | 10,079 | (4,559) |
| Noncontrolling interests in subsidiaries | — | — | — | 42 | — | 42 |
| Total equity | (4,559) | (2,078) | (8,036) | 77 | 10,079 | (4,517) |
| Total liabilities and equity | $(1,991) | $36,336 | $34,306 | $ 83 | $(25,405) | $43,329 |

F-350

EFIHMW00246428

**PX 014
Page 710 of 1116**

## ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES

### Condensed Consolidating Balance Sheets
### at December 31 2008
### (millions of dollars)

| | Parent Guarantor | Issuer | Other Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| Current assets: | | | | | | |
| Cash and cash equivalents .................. | $   — | $   475 | $   4 | $— | $   — | $   479 |
| Investments held in money market fund ......... | — | 142 | — | — | — | 142 |
| Restricted cash ......................... | — | — | 4 | — | — | 4 |
| Advances to affiliates ..................... | 4 | — | 4,306 | — | (4,310) | — |
| Trade accounts receivable—net ............. | — | — | 994 | — | — | 994 |
| Notes receivable from parent .............. | — | 597 | — | — | (13) | 584 |
| Income taxes receivable from parent ........... | — | 156 | — | — | (156) | — |
| Inventories ............................ | — | — | 361 | — | — | 361 |
| Commodity and other derivative contractual assets ........................... | — | 223 | 2,168 | — | — | 2,391 |
| Accumulated deferred income taxes ........... | — | 12 | 9 | — | — | 21 |
| Margin deposits related to commodity positions .. | — | — | 439 | — | — | 439 |
| Other current assets .................... | — | 6 | 80 | — | — | 86 |
| Total current assets ...................... | 4 | 1,611 | 8,365 | — | (4,479) | 5,501 |
| Restricted cash ........................... | — | 1,250 | — | — | — | 1,250 |
| Investments ............................. | (2,653) | 19,693 | 482 | — | (17,038) | 484 |
| Property, plant and equipment—net ................ | — | — | 20,874 | 28 | — | 20,902 |
| Goodwill ............................... | — | 10,322 | — | — | — | 10,322 |
| Intangible assets—net ................... | — | — | 2,774 | — | — | 2,774 |
| Commodity and other derivative contractual assets .... | — | 429 | 533 | — | — | 962 |
| Accumulated deferred income taxes ................ | 7 | 905 | — | 9 | (921) | — |
| Other noncurrent assets, principally unamortized debt issuance costs .......................... | 55 | 620 | 698 | — | (568) | 805 |
| Total assets .......................... | $(2,587) | $34,830 | $33,726 | $ 37 | $(23,006) | $43,000 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | | |
| Current liabilities: | | | | | | |
| Short-term borrowings ..................... | $   — | $   900 | $   900 | $— | $   (900) | $   900 |
| Advances from affiliates ................ | — | 4,287 | — | 23 | (4,310) | — |
| Long-term debt due currently ................. | 8 | 165 | 261 | — | (165) | 269 |
| Trade accounts payable—nonaffiliates ........ | — | — | 995 | 5 | — | 1,000 |
| Notes or other liabilities due to affiliates ........ | 16 | 61 | 107 | — | (13) | 171 |
| Commodity and other derivative contractual liabilities ........................... | — | 637 | 2,093 | — | — | 2,730 |
| Margin deposits related to commodity positions .. | — | 487 | 436 | — | (398) | 525 |
| Accrued income taxes payable to parent ......... | — | — | 189 | — | (156) | 33 |
| Accrued taxes other than income ................ | — | — | 70 | — | — | 70 |
| Accrued interest ........................ | 44 | 297 | 221 | — | (208) | 354 |
| Other current liabilities ................. | — | 29 | 251 | — | (5) | 275 |
| Total current liabilities ................... | 68 | 6,863 | 5,523 | 28 | (6,155) | 6,327 |
| Accumulated deferred income taxes ................ | — | — | 6,154 | 9 | (921) | 5,242 |
| Commodity and other derivative contractual liabilities ......................... | — | 1,549 | 546 | — | — | 2,095 |
| Notes or other liabilities due affiliates ............... | — | — | 254 | — | — | 254 |
| Long-term debt, less amounts due currently ........ | 2,347 | 29,020 | 27,831 | — | (27,642) | 31,556 |
| Other noncurrent liabilities and deferred credits ....... | — | 52 | 2,477 | — | (1) | 2,528 |
| Total liabilities ......................... | 2,415 | 37,484 | 42,785 | 37 | (34,719) | 48,002 |
| Shareholders' equity .......................... | (5,002) | (2,654) | (9,059) | — | 11,713 | (5,002) |
| Total liabilities and shareholders' equity ......... | $(2,587) | $34,830 | $33,726 | $ 37 | $(23,006) | $43,000 |

F-351

EFIHMW00246429

### REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Shareholders of Energy Future Competitive Holdings Company:

We have reviewed the accompanying condensed consolidated balance sheet of Energy Future Competitive Holdings Company and subsidiaries ("EFC Holdings") as of September 30, 2009, and the related condensed statements of consolidated income (loss) and comprehensive income (loss) for the three-month and nine-month periods ended September 30, 2009 and 2008, and of cash flows for the nine-month periods ended September 30, 2009 and 2008. These interim financial statements are the responsibility of EFC Holdings' management.

We conducted our reviews in accordance with the standards of the Public Company Accounting Oversight Board (United States). A review of interim financial information consists principally of applying analytical procedures and making inquiries of persons responsible for financial and accounting matters. It is substantially less in scope than an audit conducted in accordance with the standards of the Public Company Accounting Oversight Board (United States), the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, we do not express such an opinion.

Based on our reviews, we are not aware of any material modifications that should be made to such condensed consolidated interim financial statements for them to be in conformity with accounting principles generally accepted in the United States of America.

We have previously audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated balance sheet of Energy Future Competitive Holdings Company and subsidiaries as of December 31, 2008, and the related statements of consolidated income (loss), comprehensive income (loss), cash flows, and shareholders' equity for the year then ended (not presented herein); and in our report dated March 2, 2009 (which report includes an explanatory paragraph related to Energy Future Holdings Corp. completing its merger with Texas Energy Future Merger Sub Corp and becoming a subsidiary of Texas Energy Future Holdings Limited Partnership on October 10, 2007), we expressed an unqualified opinion on those consolidated financial statements. In our opinion, the information set forth in the accompanying condensed consolidated balance sheet as of December 31, 2008 is fairly stated, in all material respects, in relation to the consolidated balance sheet from which it has been derived.

/s/ Deloitte & Touche LLP

Dallas, Texas
October 29, 2009

F-352

EFIHMW00246430

## GLOSSARY

When the following terms and abbreviations appear in the text of this report, they have the meanings indicated below.

| | |
|---|---|
| **Capgemini** | Capgemini Energy LP, a subsidiary of Cap Gemini North America Inc. that provides business process support services to Oncor |
| **EFC Holdings** | Refers to Energy Future Competitive Holdings Company, a direct, wholly-owned subsidiary of EFH Corp. and the direct parent of TCEH. |
| **EFH Corp.** | Refers to Energy Future Holdings Corp., a holding company, and/or its subsidiaries, depending on context. Its major subsidiaries include Oncor and TCEH. |
| **ERCOT** | Electric Reliability Council of Texas, the independent system operator and the regional coordinator of the various electricity systems within Texas |
| **ERISA** | Employee Retirement Income Security Act of 1974, as amended |
| **FASB** | Financial Accounting Standards Board, the designated organization in the private sector for establishing standards for financial accounting and reporting |
| **FERC** | US Federal Energy Regulatory Commission |
| **FIN** | Financial Accounting Standards Board Interpretation |
| **FIN 48** | FIN No. 48 (As Amended), "Accounting for Uncertainty in Income Taxes" |
| **FSP** | FASB Staff Position |
| **FSP FIN 48-1** | FASB Staff Position FIN 48-1, "Definition of Settlement in FASB Interpretation No. 48" |
| **FSP SFAS 132(R)** | FSP SFAS No. 132(R)-1, "Employers' Disclosures about Postretirement Benefit Plan Assets" |
| **GAAP** | generally accepted accounting principles |
| **Intermediate Holding** | Refers to Energy Future Intermediate Holding Company LLC, a direct, wholly-owned subsidiary of EFH Corp. and the direct parent of Oncor Holdings. |
| **Investment LLC** | Refers to Oncor Management Investment LLC, a Delaware limited liability company and minority interest owner of Oncor, whose managing member is Oncor and whose Class B Interests are owned by officers, directors and key employees of Oncor. |

F-353

EFIHMW00246431

| | |
|---|---|
| **IRS** . . . . . . . . . . . . . . . . . . . . . . . . . . . | US Internal Revenue Service |
| **kWh** . . . . . . . . . . . . . . . . . . . . . . . . . . | kilowatt-hours |
| **LIBOR** . . . . . . . . . . . . . . . . . . . . . . . . | London Interbank Offered Rate. An interest rate at which banks can borrow funds, in marketable size, from other banks in the London interbank market. |
| **Limited Liability Company Agreement** . . . . . . . . . . . . . . . . . . . | The Second Amended and Restated Limited Liability Company Agreement of Oncor, dated as of November 5, 2008 by and among Oncor Holdings, Texas Transmission and Investment LLC, as amended. |
| **Luminant** . . . . . . . . . . . . . . . . . . . . . . . | Refers to wholly-owned subsidiaries of TCEH engaged in competitive market activities consisting of electricity generation, development and construction of new generation facilities, wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas. |
| **Merger** . . . . . . . . . . . . . . . . . . . . . . . . | The transaction referred to in the Merger Agreement (defined immediately below) that was completed on October 10, 2007. |
| **Merger Agreement** . . . . . . . . . . . . . . . | Agreement and Plan of Merger, dated February 25, 2007, under which Texas Holdings agreed to acquire EFH Corp. |
| **Moody's** . . . . . . . . . . . . . . . . . . . . . . . | Moody's Investors Services, Inc. (a credit rating agency) |
| **Oncor** . . . . . . . . . . . . . . . . . . . . . . . . | Refers to Oncor Electric Delivery Company LLC, a direct, majority owned subsidiary of Oncor Holdings, and/or its wholly-owned consolidated bankruptcy-remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC, depending on context. |
| **Oncor Holdings** . . . . . . . . . . . . . . . . . . | Refers to Oncor Electric Delivery Holdings Company LLC, a direct, wholly-owned subsidiary of Intermediate Holding and the direct majority owner of Oncor. |
| **Oncor Ring-Fenced Entities** . . . . . . . . | Refers to Oncor Holdings and its direct and indirect subsidiaries. |
| **OPEB** . . . . . . . . . . . . . . . . . . . . . . . . . | other postretirement employee benefit |
| **PUCT** . . . . . . . . . . . . . . . . . . . . . . . . . | Public Utility Commission of Texas |
| **PURA** . . . . . . . . . . . . . . . . . . . . . . . . . | Texas Public Utility Regulatory Act |
| **Purchase accounting** . . . . . . . . . . . . . . | The purchase method of accounting for a business combination as prescribed by SFAS 141 whereby the cost or "purchase price" of a business combination, including the amount paid for the equity and direct transaction costs are allocated to identifiable assets and liabilities (including intangible assets) based upon their fair values. The excess of the purchase price over the fair values of assets and liabilities is recorded as goodwill. |

F-354

Confidential                                                                      EFIHMW00246432

| | |
|---|---|
| **REP** . . . . . . . . . . . . . . . . . . . . . . . . . . . | retail electric provider |
| **SARs** . . . . . . . . . . . . . . . . . . . . . . . . . | Stock Appreciation Rights |
| **SARs Plan** . . . . . . . . . . . . . . . . . . . . . . | Refers to the Oncor Electric Delivery Stock Appreciation Rights Plan |
| **SEC** . . . . . . . . . . . . . . . . . . . . . . . . . . . | US Securities and Exchange Commission |
| **SFAS** . . . . . . . . . . . . . . . . . . . . . . . . . . | Statement of Financial Accounting Standards issued by the FASB |
| **SFAS 5** . . . . . . . . . . . . . . . . . . . . . . . . | SFAS No. 5, "Accounting for Contingencies" |
| **SFAS 71** . . . . . . . . . . . . . . . . . . . . . . . | SFAS No. 71, "Accounting for the Effect of Certain Types of Regulation" |
| **SFAS 87** . . . . . . . . . . . . . . . . . . . . . . . | SFAS No. 87, "Employers' Accounting for Pensions" |
| **SFAS 106** . . . . . . . . . . . . . . . . . . . . . . | SFAS No. 106, "Employers' Accounting for Postretirement Benefits Other Than Pensions" |
| **SFAS 109** . . . . . . . . . . . . . . . . . . . . . . | SFAS No. 109, "Accounting for Income Taxes" |
| **SFAS 123(R)** . . . . . . . . . . . . . . . . . . . . | SFAS No. 123 (revised 2004), "Share-Based Payment" |
| **SFAS 132(R)** . . . . . . . . . . . . . . . . . . . . | SFAS No. 132 (revised 2003), "Employers' Disclosures About Pensions and Other Postretirement Benefits" |
| **SFAS 133** . . . . . . . . . . . . . . . . . . . . . . | SFAS No. 133, "Accounting for Derivative Instruments and Hedging Activities" as amended and interpreted |
| **SFAS 140** . . . . . . . . . . . . . . . . . . . . . . | SFAS No. 140, "Accounting for Transfers and Servicing of Financial Assets and Extinguishment of Liabilities, a replacement of FASB Statement No. 125" |
| **SFAS 141** . . . . . . . . . . . . . . . . . . . . . . | SFAS No. 141, "Business Combinations" |
| **SFAS 142** . . . . . . . . . . . . . . . . . . . . . . | SFAS No. 142, "Goodwill and Other Intangible Assets" |
| **SFAS 158** . . . . . . . . . . . . . . . . . . . . . . | SFAS No. 158, "Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans" |
| **SFAS 160** . . . . . . . . . . . . . . . . . . . . . . | SFAS No. 160, "Noncontrolling Interests in Consolidated Financial Statements—an amendment of ARB No. 51" |
| **SFAS 165** . . . . . . . . . . . . . . . . . . . . . . | SFAS No. 165, "Subsequent Events" |
| **SFAS 168** . . . . . . . . . . . . . . . . . . . . . . | SFAS No. 168, "The *FASB Accounting Standards Codification*™ and the Hierarchy of Generally Accepted Accounting Principles" |
| **Sponsor Group** . . . . . . . . . . . . . . . . . . | Collectively, the investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. and GS Capital Partners, an affiliate of Goldman Sachs & Co. (See Texas Holdings below.) |

F-355

Confidential

EFIHMW00246433

**PX 014**
**Page 715 of 1116**

**TCEH** . . . . . . . . . . . . . . . . . . . . . . . . . . .    Refers to Texas Competitive Electric Holdings Company LLC, a direct, wholly-owned subsidiary of EFC Holdings and an indirect, wholly-owned subsidiary of EFH Corp., and/or its subsidiaries, depending on context.

**Texas Holdings** . . . . . . . . . . . . . . . . . .    Refers to Texas Energy Future Holdings Limited Partnership, a Delaware limited partnership controlled by the Sponsor Group, that owns substantially all of the common stock of EFH Corp.

**Texas Holdings Group** . . . . . . . . . . . .    Refers to Texas Holdings and its direct and indirect subsidiaries other than the Oncor Ring-Fenced Entities.

**Texas Transmission** . . . . . . . . . . . . . . .    Refers to Texas Transmission Investment LLC, a Delaware limited liability company that purchased a 19.75% equity interest in Oncor in November 2008. It is not affiliated with EFH Corp., any of EFH Corp.'s subsidiaries or any member of the Sponsor Group.

**TXU Energy** . . . . . . . . . . . . . . . . . . . . .    Refers to TXU Energy Retail Company LLC, a direct, wholly-owned subsidiary of TCEH engaged in the retail sale of electricity to residential and business customers. TXU Energy is a REP in competitive areas of ERCOT.

**US** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    United States of America

This Annual Report occasionally makes references to Intermediate Holding, Oncor Holdings or Oncor when describing actions, rights or obligations of their respective subsidiaries. These references reflect the fact that the subsidiaries are consolidated with their respective parent companies for financial reporting purposes. However, these references should not be interpreted to imply that the parent company is actually undertaking the action or has the rights or obligations of the relevant subsidiary company or that the subsidiary company is undertaking an action or has the rights or obligations of its parent company or any other affiliate.

F-356

Confidential

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors and Member of
Oncor Electric Delivery Holdings Company LLC
Dallas, Texas

We have audited the accompanying consolidated balance sheets of Oncor Electric Delivery Holdings Company LLC and subsidiaries ("Oncor Holdings" or the "Successor") as of December 31, 2008 and 2007 (Successor balance sheets), and the related statements of consolidated income (loss), comprehensive income (loss), cash flows, and membership interests for the year ended December 31, 2008 and the period from October 11, 2007 through December 31, 2007 (Successor operations). We have also audited the accompanying statements of consolidated income (loss), comprehensive income (loss), cash flows, and shareholder's equity of Oncor Electric Delivery Company LLC (the "Predecessor") for the period from January 1, 2007 through October 10, 2007 and the year ended December 31, 2006 (Predecessor operations). These financial statements are the responsibility of Oncor Holdings' management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the auditing standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. Oncor Holdings is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of Oncor Holdings' internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the Successor's consolidated financial statements referred to above present fairly, in all material respects, the financial position of Oncor Electric Delivery Holdings Company LLC and subsidiaries as of December 31, 2008 and 2007, and the results of their operations and their cash flows for the year ended December 31, 2008 and the period from October 11, 2007 through December 31, 2007 in conformity with accounting principles generally accepted in the United States of America. Further, in our opinion, the Predecessor's consolidated financial statements referred to above present fairly, in all material respects, the results of operations and cash flows of Oncor Electric Delivery Company LLC for the period from January 1, 2007 through October 10, 2007 and the year ended December 31, 2006, in conformity with accounting principles generally accepted in the United States of America.

As discussed in Note 1 to the consolidated financial statements, Oncor Holdings is a wholly owned subsidiary of Energy Future Holdings Corp., which was merged with Texas Energy Future Merger Sub Corp on October 10, 2007. As also discussed in Note 1, Oncor Holdings adopted the provisions of FASB Statement No. 160, Noncontrolling Interests in Consolidated Financial Statements—an amendment of ARB No. 51 on a retrospective basis.

/s/ Deloitte & Touche LLP

Dallas, Texas
September 2, 2009

F-357

EFIHMW00246435
**PX 014
Page 717 of 1116**

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR) AND**
**ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)**

**STATEMENTS OF CONSOLIDATED INCOME (LOSS)**
**(millions of dollars)**

| | Successor | | Predecessor | |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Operating revenues: | | | | |
| Affiliated | $1,000 | $209 | $ 823 | $1,139 |
| Nonaffiliated | 1,580 | 324 | 1,144 | 1,310 |
| Total operating revenues | 2,580 | 533 | 1,967 | 2,449 |
| Operating expenses: | | | | |
| Operation and maintenance | 852 | 200 | 649 | 804 |
| Depreciation and amortization | 492 | 96 | 366 | 476 |
| Income taxes | 191 | 25 | 150 | 156 |
| Taxes other than income taxes | 391 | 87 | 305 | 402 |
| Total operating expenses | 1,926 | 408 | 1,470 | 1,838 |
| Operating income | 654 | 125 | 497 | 611 |
| Other income and deductions: | | | | |
| Impairment of goodwill (Note 3) | 860 | — | — | — |
| Other income (Note 20) | 45 | 11 | 3 | 2 |
| Other deductions (Note 20) | 25 | 8 | 30 | 27 |
| Nonoperating income taxes | 26 | 6 | 9 | 14 |
| Interest income | 45 | 12 | 44 | 58 |
| Interest expense and related charges (Note 20) | 316 | 70 | 242 | 286 |
| Net income (loss) | (483) | 64 | 263 | 344 |
| Net loss attributable to noncontrolling interests | 160 | — | — | — |
| Net income (loss) attributable to Oncor Holdings | $ (323) | $ 64 | $ 263 | $ 344 |

See Notes to Financial Statements.

F-358

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR) AND
ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)**

**STATEMENTS OF CONSOLIDATED COMPREHENSIVE INCOME (LOSS)**
**(millions of dollars)**

| | Successor | | Predecessor | |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Net income (loss) .......................... | $(483) | $ 64 | $263 | $344 |
| Other comprehensive income, net of tax effects: | | | | |
|    Cash flow hedges: | | | | |
|       Net decrease in fair value of derivatives (net of tax benefit of $1, —, — and —) ...... | (2) | — | — | — |
|       Cash flow hedges—derivative value net losses related to hedged transactions recognized during the period in net income (net of tax expense of $— in all periods) .......................... | — | — | 1 | 2 |
| Comprehensive income (loss) .................... | (485) | 64 | 264 | 346 |
| Comprehensive loss attributable to noncontrolling interests ................................. | 160 | — | — | — |
| Comprehensive income (loss) attributable to Oncor Holdings ................................. | $(325) | $ 64 | $264 | $346 |

See Notes to Financial Statements.

F-359

EFIHMW00246437

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR) AND
ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)**

**STATEMENTS OF CONSOLIDATED CASH FLOWS**
(millions of dollars)

| | Successor | | Predecessor | |
|---|---|---|---|---|
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Cash flows—operating activities: | | | | |
| Net income (loss) | $ (483) | $ 64 | $ 263 | $ 344 |
| Adjustments to reconcile net income to cash provided by operating activities: | | | | |
| Depreciation and amortization | 451 | 95 | 366 | 473 |
| Deferred income taxes and investment tax credits—net | 154 | 70 | 17 | 22 |
| Impairment of goodwill (Note 3) | 860 | — | — | — |
| Net gains on sale of assets | (1) | (1) | (3) | — |
| Bad debt expense | 1 | (2) | 2 | 1 |
| Stock-based incentive compensation expense | — | — | 3 | 4 |
| Recognition of losses on dedesignated cash flow hedges | — | — | 2 | 2 |
| Other, net | 6 | 4 | 2 | 1 |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable—trade (including affiliates) | (1) | 39 | (47) | 3 |
| Impact of accounts receivable sales program (Note 9) | — | (113) | 27 | (3) |
| Inventories | (12) | 6 | 19 | (22) |
| Accounts payable—trade (including affiliates) | 6 | (3) | 8 | (16) |
| Other—assets | (141) | (32) | (24) | (56) |
| Other—liabilities | (11) | (62) | 47 | (125) |
| Cash provided by operating activities | 829 | 65 | 682 | 628 |
| Cash flows—financing activities: | | | | |
| Issuance of long-term debt | 1,500 | — | 800 | — |
| Repayments of long-term debt | (99) | (832) | (264) | (93) |
| Net increase (decrease) in short-term borrowings | (943) | 895 | (288) | 622 |
| Proceeds from sale of noncontrolling interests, net of transaction costs | 1,253 | — | — | — |
| Distribution to parent of equity sale net proceeds | (1,253) | — | — | — |
| Distributions/dividends | (330) | — | (326) | (340) |
| Net increase (decrease) in advances from parent | — | — | (24) | 2 |
| Decrease in income tax-related note receivable from TCEH | 34 | 9 | 24 | 39 |
| Excess tax benefit on stock-based incentive compensation | 10 | 15 | — | 14 |
| Debt discount, financing and reacquisition expenses—net | (18) | (1) | (10) | (4) |
| Cash provided by (used in) financing activities | 154 | 86 | (88) | 240 |
| Cash flows—investing activities: | | | | |
| Capital expenditures | (882) | (153) | (555) | (840) |
| Costs to remove retired property | (37) | (9) | (25) | (40) |
| Cash settlements related to outsourcing contract termination (Note 16) | 20 | — | — | — |
| Proceeds from sale of assets | 1 | 1 | 4 | — |
| Other | 19 | 15 | (2) | (2) |
| Cash used in investing activities | (879) | (146) | (578) | (882) |
| Net change in cash and cash equivalents | 104 | 5 | 16 | (14) |
| Cash and cash equivalents—beginning balance | 22 | 17 | 1 | 15 |
| Cash and cash equivalents—ending balance | $ 126 | $ 22 | $ 17 | $ 1 |

See Notes to Financial Statements.

F-360

EFIHMW00246438

ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR)

CONSOLIDATED BALANCE SHEETS
(millions of dollars)

| | Successor | |
|---|---|---|
| | December 31, 2008 | December 31, 2007 |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $    126 | $    22 |
| Restricted cash (Note 15) | 51 | 56 |
| Trade accounts receivable from nonaffiliates—net (Note 9) | 217 | 208 |
| Trade accounts and other receivables from affiliates | 182 | 181 |
| Advances to Parent | — | 25 |
| Income taxes receivable from parent | 22 | 29 |
| Materials and supplies inventories—at average cost | 63 | 51 |
| Accumulated deferred income taxes (Note 7) | 54 | 45 |
| Prepayments | 75 | 67 |
| Other current assets | 9 | 2 |
| Total current assets | 799 | 686 |
| Restricted cash (Note 15) | 16 | 17 |
| Investments and other property (Note 15) | 72 | 89 |
| Property, plant and equipment—net (Note 20) | 8,606 | 8,069 |
| Goodwill (Note 20) | 4,064 | 4,894 |
| Note receivable due from TCEH (Note 19) | 254 | 289 |
| Regulatory assets—net (Note 8) | 1,892 | 1,305 |
| Other noncurrent assets | 60 | 110 |
| Total assets | $15,763 | $15,459 |
| **LIABILITIES AND MEMBERSHIP INTERESTS** | | |
| Current liabilities: | | |
| Short-term borrowings (Note 10) | $    337 | $ 1,280 |
| Long-term debt due currently (Note 11) | 103 | 99 |
| Trade accounts payable | 124 | 130 |
| Accrued taxes other than income taxes | 141 | 136 |
| Accrued interest | 103 | 72 |
| Other current liabilities | 99 | 98 |
| Total current liabilities | 907 | 1,815 |
| Accumulated deferred income taxes (Note 7) | 1,192 | 1,354 |
| Investment tax credits | 42 | 47 |
| Long-term debt, less amounts due currently (Note 11) | 5,101 | 3,702 |
| Other noncurrent liabilities and deferred credits | 1,720 | 898 |
| Total liabilities | 8,962 | 7,816 |
| Commitments and contingencies (Note 12) | | |
| Membership interests (Note 13): | | |
| Oncor Holdings membership interest | 5,446 | 7,643 |
| Noncontrolling interests in subsidiary | 1,355 | — |
| Total membership interests | 6,801 | 7,643 |
| Total liabilities and membership interests | $15,763 | $15,459 |

See Notes to Financial Statements.

F-361

EFIHMW00246439

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR)**

**STATEMENTS OF CONSOLIDATED MEMBERSHIP INTERESTS**
**(millions of dollars)**

| | Successor | |
| --- | --- | --- |
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 |
| Capital account: | | |
| Balance at beginning of period (a) | $ 7,643 | $7,539 |
| Investment by Texas Holdings | — | 12 |
| Distribution of investment in Oncor Communications Holding Company LLC to parent | (24) | — |
| Settlement of incentive compensation plans | — | 28 |
| Effect of sale of noncontrolling interests (Note 14) | (265) | — |
| Distributions paid to parent | (1,583) | — |
| Net income (loss) | (323) | 64 |
| Balance at end of period | 5,448 | 7,643 |
| Accumulated other comprehensive income (loss), net of tax effects: | | |
| Balance at beginning of period | — | — |
| Net effects of cash flow hedges | (2) | — |
| Balance at end of period | (2) | — |
| Oncor Holdings membership interest at end of period | 5,446 | — |
| Noncontrolling interests in subsidiary (Note 14) | | |
| Balance at beginning of period | — | — |
| Net loss | (160) | — |
| Investment | 1,253 | — |
| Effect of sale of noncontrolling interests (Note 14) | 265 | — |
| Distributions to noncontrolling interests | (2) | — |
| Other | (1) | — |
| Noncontrolling interests in subsidiary at end of period | 1,355 | — |
| Total membership interests at end of period | $ 6,801 | $7,643 |

(a)   The beginning equity balance for the period from October 11, 2007 through December 31, 2007 reflects the application of push-down accounting as a result of the Merger.

See Notes to Financial Statements.

F-362

EFIHMW00246440

**ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)**

**STATEMENTS OF CONSOLIDATED SHAREHOLDER'S EQUITY**
**(millions of dollars)**

| | Predecessor | |
| --- | --- | --- |
| | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Common stock without par value (number of authorized shares—100,000,000): | | |
| Balance at beginning of period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $1,986 | $1,952 |
| Effects of stock-based incentive compensation plans (Note 13) . . . . . . . . | 18 | 19 |
| Noncash contribution of pension-related assets (Note 13) . . . . . . . . . . . . | — | 15 |
| Balance at end of period (number of shares outstanding: October 10, 2007—0; 2006 and 2005—48,864,775) . . . . . . . . . . . . . . . | 2,004 | 1,986 |
| Retained earnings: | | |
| Balance at beginning of period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,008 | 1,004 |
| Net income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 263 | 344 |
| Dividends to parent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (326) | (340) |
| Effect of adoption of FIN 48 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (9) | — |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | — |
| Balance at end of period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 937 | 1,008 |
| Accumulated other comprehensive (loss), net of tax effects: | | |
| Balance at beginning of period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (19) | (21) |
| Net effects of cash flow hedges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 2 |
| Balance at end of period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (18) | (19) |
| Total shareholder's equity at end of period . . . . . . . . . . . . . . . . . . . . . . . . . . . | $2,923 | $2,975 |

See Notes to Financial Statements.

F-363

Confidential

ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR) AND
ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## 1.    SIGNIFICANT ACCOUNTING POLICIES

### Description of Business

Oncor Holdings is a Dallas, Texas-based holding company whose financial statements reflect almost entirely the operations of its direct, majority (approximately 80%) owned subsidiary, Oncor. Oncor is a regulated electricity transmission and distribution company principally engaged in providing delivery services to REPs, including subsidiaries of TCEH, that sell power in the north-central, eastern and western parts of Texas. Distribution revenues from TCEH represented 39% of total revenues for the year ended December 31, 2008. Oncor Holdings is a direct, wholly-owned subsidiary of Intermediate Holding, a direct, wholly-owned subsidiary of EFH Corp. With the closing of the Merger on October 10, 2007, EFH Corp. became a subsidiary of Texas Holdings, which is controlled by the Sponsor Group.

References in this report to Oncor Holdings are to Oncor Holdings and/or its direct or indirect subsidiaries as apparent in the context. See "Glossary" for definition of terms and abbreviations.

Oncor Holdings' consolidated financial statements include its indirect, bankruptcy-remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC. This financing subsidiary was organized for the limited purpose of issuing specified transition bonds in 2003 and 2004. Oncor Electric Delivery Transition Bond Company LLC issued $1.3 billion principal amount of securitization (transition) bonds to recover generation-related regulatory asset stranded costs and other qualified costs under an order issued by the PUCT in 2002.

Various "ring-fencing" measures have been taken, in connection with the Merger, to enhance credit quality of Oncor Holdings and Oncor. Such measures include, among other things: Oncor Holdings' sale of a 19.75% equity interest in Oncor to Texas Transmission; TXU Electric Delivery Company's name change to Oncor Electric Delivery Company; the formation of a new special purpose holding company for Oncor, Oncor Holdings, as one of the Oncor Ring-Fenced Entities; the conversion of Oncor from a corporation to a limited liability company; maintenance of separate books and records for the Oncor Ring-Fenced Entities; changes to Oncor's corporate governance provisions; Oncor's board of directors being comprised of a majority of independent directors; physical separation of Oncor's headquarters from Luminant and TXU Energy; amendments to contracts between the Oncor Ring-Fenced Entities and the Texas Holdings Group, and prohibitions on the Oncor Ring-Fenced Entities' providing credit support to, or receiving credit support from, any member of the Texas Holdings Group. The assets and liabilities of the Oncor Ring-Fenced Entities are separate and distinct from those of the Texas Holdings Group, including TXU Energy and Luminant, and none of the assets of the Oncor Ring-Fenced Entities are available to satisfy the debt or other obligations of any member of the Texas Holdings Group. Moreover, Oncor Holdings' operations are conducted, and its cash flows managed, independently from the Texas Holdings Group.

Oncor Holdings' financial statements reflect almost entirely the operations of Oncor; consequently, there are no separate reportable business segments.

See Note 14 for discussion of noncontrolling interests sold by Oncor in November 2008.

### Basis of Presentation

The consolidated financial statements of Oncor Holdings have been prepared in accordance with US GAAP. The accompanying consolidated statements of income (loss), comprehensive income (loss) and cash flows present results of operations and cash flows of Oncor Holdings for periods subsequent to the Merger (Successor)

Confidential

and of Oncor for periods preceding the Merger (Predecessor), since Oncor Holdings did not exist prior to the Merger. The consolidated financial statements of the Successor reflect the application of purchase accounting in accordance with the provisions of SFAS 141 and the adoption of SFAS 160 as discussed in "Changes in Accounting Standards" below. Adoption of SFAS 160 did not affect the periods prior to 2008 as there were no noncontrolling interests in those periods. All intercompany items and transactions have been eliminated in consolidation. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated.

### Income Taxes

EFH Corp. files a consolidated federal income tax return, and federal income taxes were allocated to subsidiaries, including Oncor Holdings and Oncor, based on their respective taxable income or loss. Effective with the sale of noncontrolling interests in Oncor (see Note 14), Oncor became a partnership for US federal income tax purposes, and subsequently EFH Corp.'s share of partnership income is included in its consolidated federal income tax return. In connection with the Merger, Oncor, Oncor Holdings and EFH Corp. entered into a tax sharing agreement (amended in November 2008 to include Texas Transmission and Investment LLC), that is retroactive to January 1, 2007. The tax sharing agreement provides for the allocation of tax liability to each of Oncor Holdings and Oncor substantially as if these entities filed their own income tax returns and requires tax payments to EFH Corp. and noncontrolling interest holders determined on that basis (without duplication for any income taxes paid by a subsidiary of Oncor Holdings). Deferred income taxes are provided for temporary differences between the book and tax bases of assets and liabilities of Oncor Holdings, which primarily relate to the difference between the book and tax basis of the investment in Oncor.

Amounts of deferred income tax assets and liabilities, as well as current and noncurrent accruals, are determined in accordance with the provisions of SFAS 109 and FIN 48. See Note 7 for additional detail.

Prior to 2007, Oncor generally accounted for uncertainty related to positions taken on tax returns based on the probable liability approach consistent with SFAS 5. Effective January 1, 2007, Oncor Holdings adopted FIN 48 as discussed in Note 6.

### Use of Estimates

Preparation of Oncor Holdings' financial statements requires management to make estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and the reported amounts of revenue and expense, including fair value measurements. In the event estimates and/or assumptions prove to be different from actual amounts, adjustments are made in subsequent periods to reflect more current information. No material adjustments, other than those disclosed elsewhere herein, were made to previous estimates or assumptions during the current year.

### Purchase Accounting

The Merger has been accounted for under purchase accounting, whereby the total purchase price of the transaction was allocated to EFH Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values, and the excess of the purchase price over the fair value of net assets acquired was recorded as goodwill. The allocation resulted in a significant amount of goodwill, a portion of which was assigned to Oncor Holdings. See Note 2 for details regarding the effect of purchase accounting.

### Derivative Instruments and Mark-to-Market Accounting

Oncor has from time-to-time entered into derivative instruments, referred to as interest rate swaps, to hedge interest rate risk. If the instrument meets the definition of a derivative under SFAS 133, the fair value of each derivative is required to be recognized on the balance sheet as a derivative asset or liability and changes in the

Confidential

fair value recognized in net income, unless criteria for certain exceptions are met. This recognition is referred to as "mark-to-market" accounting. Under the exception criteria of SFAS 133, derivatives may be designated as cash flow or fair value hedges.

Because derivative instruments are frequently used as economic hedges, SFAS 133 allows the designation of such instruments as cash flow or fair value hedges provided certain conditions are met. A cash flow hedge mitigates the risk associated with the variability of the future cash flows related to an asset or liability (e.g., debt with variable interest rate payments), while a fair value hedge mitigates risk associated with fixed future cash flows (e.g., debt with fixed interest rate payments). In accounting for cash flow hedges, derivative assets and liabilities are recorded on the balance sheet at fair value with an offset to other comprehensive income to the extent the hedges are effective. Amounts remain in accumulated other comprehensive income, unless the underlying transactions become probable of not occurring, and are reclassified into net income as the related transactions (hedged items) settle and affect net income. Fair value hedges are recorded as derivative assets or liabilities with an offset to net income, and the carrying value of the related asset or liability (hedged item) is adjusted for changes in fair value with an offset to net income. If the fair value hedge is settled prior to the maturity of the hedged item, the cumulative fair value gain or loss associated with the hedge is amortized into income over the remaining life of the hedged item. To qualify for hedge accounting, a hedge must be considered highly effective in offsetting changes in fair value of the hedged item. Assessment of the hedge's effectiveness is tested at least quarterly throughout its term to continue to qualify for hedge accounting. Hedge ineffectiveness, even if the hedge continues to be assessed as effective, is immediately recognized in net income. Ineffectiveness is generally measured as the cumulative excess, if any, of the change in value of the hedging instrument over the change in value of the hedged item.

### Revenue Recognition

Revenues from delivery services are recorded under the accrual method of accounting. Revenues are recognized when delivery services are provided to customers on the basis of periodic cycle meter readings and include an estimate for revenues earned from the meter reading date to the end of the period with an adjustment for the impact of weather and other factors on unmetered deliveries (unbilled revenue).

### Impairment of Goodwill and Other Intangible Assets

Oncor Holdings evaluates goodwill for impairment at least annually (as of October 1) in accordance with SFAS 142. The impairment tests performed are based on determinations of enterprise value using discounted cash flow analyses, comparable company equity values and any relevant transactions indicative of enterprise values. See Note 20 for details of goodwill and other intangible assets and Note 3 for discussion of a goodwill impairment charge recorded in 2008.

### System of Accounts

The accounting records of Oncor Holdings have been maintained in accordance with the FERC Uniform System of Accounts as adopted by the PUCT.

### Defined Benefit Pension Plans and Other Postretirement Employee Benefit (OPEB) Plans

Subsidiaries of Oncor Holdings participate in an EFH Corp. pension plan that offers benefits based on either a traditional defined benefit formula or a cash balance formula and an OPEB plan that offers certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees from subsidiaries of Oncor Holdings. Costs of pension and OPEB plans are determined in accordance with SFAS 87 and SFAS 106 and are dependent upon numerous factors, assumptions and estimates. Effective December 31, 2006, Oncor adopted SFAS 158. See Note 17 for additional information regarding pension and OPEB plans.

F-366

EFIHMW00246444

*Stock-Based Incentive Compensation*

Prior to the Merger, EFH Corp. provided discretionary awards payable in its common stock to qualified managerial employees of Oncor under EFH Corp.'s shareholder-approved long-term incentive plans. Oncor recognized expense for these awards based on the provisions of SFAS 123(R), which provides for the recognition of stock-based compensation expense over the vesting period based on the grant-date fair value of those awards. In November 2008, Oncor implemented a SARs Plan for certain management that purchased equity interests in Oncor indirectly by investing in Investment LLC. SARs have been awarded under the plan and are being accounted for based upon the provisions of SFAS 123(R). See Note 18 for information regarding stock-based compensation.

*Fair Value of Nonderivative Financial Instruments*

The carrying amounts for financial assets classified as current assets and the carrying amounts for financial liabilities classified as current liabilities approximate fair value due to the short maturity of such instruments. The fair values of other financial instruments, for which carrying amounts and fair values have not been presented, are not materially different than their related carrying amounts.

*Franchise Taxes*

Franchise taxes are assessed to Oncor by local governmental bodies, based on kWh delivered and are the principal component of "taxes other than amounts related to income taxes" as reported in the income statement. Franchise taxes are not a "pass through" item. Rates charged to customers by Oncor are intended to recover the taxes, but Oncor is not acting as an agent to collect the taxes from customers.

*Cash and Cash Equivalents*

For purposes of reporting cash and cash equivalents, temporary cash investments purchased with a remaining maturity of three months or less are considered to be cash equivalents. See Note 15 for details regarding restricted cash.

*Property, Plant and Equipment*

Properties are stated at original cost. The cost of self-constructed property additions includes materials and both direct and indirect labor and applicable overhead and an allowance for funds used during construction.

Depreciation of property, plant and equipment is calculated on a straight-line basis over the estimated service lives of the properties based on depreciation rates approved by the PUCT. Depreciation rates include plant removal costs as a component of depreciation expense, consistent with regulatory treatment. As is common in the industry, depreciation expense is recorded using composite depreciation rates that reflect blended estimates of the lives of major asset components as compared to depreciation expense calculated on an asset-by-asset basis.

*Allowance For Funds Used During Construction (AFUDC)*

AFUDC is a regulatory cost accounting procedure whereby both interest charges on borrowed funds and a return on equity capital used to finance construction are included in the recorded cost of utility plant and equipment being constructed. AFUDC is capitalized on all projects involving construction periods lasting greater than thirty days. The equity portion of capitalized AFUDC is accounted for as other income. See Note 20 for detail of amounts charged to interest expense; there was no equity AFUDC in the years presented.

*Regulatory Assets and Liabilities*

The financial statements of Oncor Holdings reflect regulatory assets and liabilities under cost-based rate regulation in accordance with SFAS 71. The assumptions and judgments used by regulatory authorities continue to have an impact on the recovery of costs, the rate earned on invested capital and the timing and amount of assets to be recovered by rates. See Note 8 for details of regulatory assets and liabilities.

Confidential

EFIHMW00246445

*Sale of Noncontrolling Interests*

See Note 14 for discussion of accounting for the sale of noncontrolling interests by Oncor.

*Changes in Accounting Standards*

In December 2007, the FASB issued SFAS 160, "Noncontrolling Interests in Consolidated Financial Statements—an amendment of ARB No. 51." SFAS 160 was effective for fiscal years beginning on or after December 15, 2008 and requires noncontrolling interests in subsidiaries initially to be measured at fair value and classified as a separate component of equity. In accordance with the retrospective reporting requirements of SFAS 160, the financial statements present the noncontrolling interests created as a result of Oncor's November 2008 sale of equity interests (totaling $1.355 billion at December 31, 2008) as a separate component of equity in the balance sheet, consolidated net loss for the year ended December 31, 2008 reflects the net loss attributable to the noncontrolling interests (totaling $160 million) as a line item below net loss and the net proceeds received from Oncor's sale of the noncontrolling interests are reflected in the statement of consolidated cash flows as a financing activity.

In December 2008, the FASB issued FSP SFAS 132(R)-1, "Employers' Disclosures about Postretirement Benefit Plan Assets." This FSP amends SFAS 132(R) to provide enhanced disclosures regarding how investment allocation decisions are made and certain aspects of fair value measurements on plan assets. The disclosures required by this FSP are intended to provide transparency related to the types of assets and associated risks in an employer's defined benefit pension or other postretirement employee benefits plan and events in the economy and markets that could have a significant effect on the value of plan assets. This FSP is effective for fiscal years ending after December 15, 2009. As the FSP provides only disclosure requirements, the adoption of this FSP will not have any effect on Oncor Holdings' reported results of operations, financial condition or cash flows. Oncor Holdings is evaluating the impact of this FSP on its financial statement disclosures.

In May 2009, the FASB issued SFAS 165, "Subsequent Events," which requires disclosure of the date through which Oncor Holdings has evaluated subsequent events related to the financial statements being issued and the basis for that date (either the date the financial statements were issued or the date they were available to be issued). SFAS 165 is effective for interim and annual reporting periods ending after June 15, 2009. The adoption of this rule for the second quarter 2009 financial statements will not affect reported results of operations, financial condition or cash flows.

In June 2009, the FASB issued SFAS 168, "The *FASB Accounting Standards Codification*™ and the Hierarchy of Generally Accepted Accounting Principles," which establishes the *FASB Accounting Standards Codification*™ (Codification) as the source of authoritative US GAAP recognized by the FASB to be applied to nongovernmental entities. Rules and interpretive releases of the SEC under authority of federal securities laws are also included in the Codification as sources of authoritative US GAAP for SEC registrants. SFAS 168 and the Codification are effective for financial statements issued for interim and annual periods ending after September 15, 2009. The adoption of this rule will not affect reported results of operations, financial condition or cash flows. Oncor Holdings will implement SFAS 168 in the third quarter 2009 by updating the previous FASB references to the Codification.

## 2.    FINANCIAL STATEMENT EFFECTS OF THE MERGER

EFH Corp. accounted for the Merger under purchase accounting in accordance with the provisions of SFAS 141, whereby the total purchase price of the transaction was allocated to EFH Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values as of October 10, 2007. As a result of cost-based regulatory rate-setting processes, the book value of the majority of Oncor's assets and liabilities effectively represents fair value, and no adjustments to the carrying value of those regulated assets or liabilities were recorded. The excess of the purchase price over the fair value of net assets acquired was recorded as goodwill. The purchase price was allocated to TCEH and Oncor. The purchase price amount assigned to Oncor

F-368

EFIHMW00246446

Holdings was based on the relative enterprise value of the business on the closing date of the Merger and resulted in an excess of purchase price over fair value of assets and liabilities of $4.9 billion, which was recorded as goodwill. See Note 20 for disclosures related to goodwill and Note 3 regarding an impairment charge recorded in the fourth quarter of 2008.

The following table summarizes the final purchase price allocation to the estimated fair values of the assets acquired and liabilities assumed (billions of dollars):

| | | |
|---|---:|---:|
| Purchase price assigned to Oncor Holdings | | $7.6 |
| Property, plant and equipment | 7.9 | |
| Regulatory assets—net | 1.3 | |
| Other assets | 1.3 | |
| Total assets acquired | 10.5 | |
| Short-term borrowings and long-term debt | 5.1 | |
| Deferred income tax liabilities | 1.3 | |
| Other liabilities | 1.4 | |
| Total liabilities assumed | 7.8 | |
| Net identifiable assets acquired. | | 2.7 |
| Goodwill. | | $4.9 |

As part of purchase accounting, the carrying value of certain generation-related regulatory assets securitized by transition bonds, which have been reviewed and approved by the PUCT for recovery but without earning a rate of return, was reduced by $213 million. This amount will be accreted to other income over the recovery period remaining as of the closing date of the Merger (approximately nine years). The related securitization (transition) bonds were also fair valued and the resulting discount of $12 million will be amortized to interest expense over the life of the bonds remaining as of the closing date of the Merger (approximately nine years).

The final purchase price allocation includes $16 million in liabilities recorded in connection with the notice of termination of outsourcing arrangements with Capgemini under the change of control provisions of such arrangements (also see Note 16). This amount represents estimated incremental costs to exit and transition the services under the arrangements and is expected to be settled no later than June 30, 2010, the targeted date of completion of transition of outsourced activities back to Oncor or to service providers.

## 3. GOODWILL IMPAIRMENT

In the fourth quarter of 2008, Oncor Holdings recorded a goodwill impairment charge totaling $860 million, which is not deductible for income tax-related purposes.

Although the annual goodwill impairment test date set by management is October 1, management determined that in consideration of the continuing deterioration of securities values during the fourth quarter of 2008, an impairment testing trigger occurred subsequent to that test date; consequently, the impairment charge is based on estimated fair values at December 31, 2008.

The impairment determination involves significant assumptions and judgments in estimating enterprise values and the fair values of assets and liabilities. The impairment primarily arises from the dislocation in the capital markets that has increased interest rate spreads and the resulting discount rates used in estimating fair values and the effect of recent declines in market values of debt and equity securities of comparable companies.

Confidential

EFIHMW00246447

4.    **STIPULATION APPROVED BY THE PUCT**

Oncor and Texas Holdings agreed to the terms of a stipulation, which was conditional upon completion of the Merger, with major interested parties to resolve all outstanding issues in the PUCT review related to the Merger. In February 2008, the PUCT entered an order approving the stipulation. The PUCT issued a final order on rehearing in April 2008 that has been appealed to District Court.

In addition to commitments Oncor made in its filings in the PUCT review, the stipulation included the following provisions, among others:

- Oncor provided a one-time $72 million refund to its REP customers in the September 2008 billing cycle. The refund was in the form of a credit on distribution fee billings. The liability for the refund was recorded as part of purchase accounting.

- Consistent with the 2006 cities rate settlement (see Note 5), Oncor filed a system-wide rate case in June 2008 based on a test-year ended December 31, 2007.

- Oncor agreed not to request recovery of approximately $56 million of regulatory assets related to self-insurance reserve costs and 2002 restructuring expenses. These regulatory assets were eliminated as part of purchase accounting.

- The dividends paid by Oncor will be limited through December 31, 2012, to an amount not to exceed Oncor's net income (determined in accordance with GAAP, subject to certain defined adjustments) for the period beginning October 11, 2007 and ending December 31, 2012 and are further limited by an agreement that Oncor's regulatory capital structure, as determined by the PUCT, will be at or below the assumed debt-to-equity ratio established periodically by the PUCT for ratemaking purposes, which is currently set at 60% debt to 40% equity.

- Oncor committed to minimum capital spending of $3.6 billion over the five-year period ending December 31, 2012, subject to certain defined conditions.

- Oncor committed to an additional $100 million in spending over the five-year period ending December 31, 2012 on demand-side management or other energy efficiency initiatives. These additional expenditures will not be recoverable in rates, and this amount was recorded as a regulatory liability as part of purchase accounting and consistent with SFAS 71.

- If Oncor's credit rating is below investment grade with two or more rating agencies, TCEH will post a letter of credit in an amount of $170 million to secure TXU Energy's payment obligations to Oncor.

- Oncor agreed not to request recovery of the $4.9 billion of goodwill resulting from purchase accounting or any future impairment of the goodwill in its rates.

5.    **CITIES RATE SETTLEMENT IN 2006**

In January 2006, Oncor agreed with a steering committee representing 108 cities in Texas (Cities) to defer the filing of a system-wide rate case with the PUCT to no later than July 1, 2008 (based on a test year ending December 31, 2007). Oncor filed the rate case with the PUCT in June 2008. Oncor extended the benefits of the agreement to 292 nonlitigant cities. The agreements provided that Oncor would make payments to participating cities totaling approximately $70 million, including incremental franchise taxes.

This amount was recognized in earnings over the period from May 2006 through June 2008. Amounts recognized totaled $23 million in 2008, $8 million for the period October 11, 2007 through December 31, 2007, $25 million for the period January 1, 2007 through October 10, 2007 and $18 million in 2006, of which $13 million, $6 million, $20 million and $13 million, respectively, is reported in other deductions (see Note 20), and the remainder as taxes other than income taxes.

F-370

EFIHMW00246448

6.    **ACCOUNTING FOR UNCERTAINTY IN INCOME TAXES (FIN 48)**

Effective January 1, 2007, EFH Corp. and its subsidiaries adopted FIN 48. FIN 48 requires that each tax position be reviewed and assessed with recognition and measurement of the tax benefit based on a "more-likely-than-not" standard with respect to the ultimate outcome, regardless of whether this assessment is favorable or unfavorable. Oncor Holdings applied FSP FIN 48-1 to determine if each tax position was effectively settled for the purpose of recognizing previously uncertain tax positions. Oncor Holdings completed its review and assessment of uncertain tax positions and in 2007 recorded a net charge to retained earnings and an increase to noncurrent liabilities of $9 million in accordance with the new accounting rule.

EFH Corp. and its subsidiaries file income tax returns in US federal, state and foreign jurisdictions and are subject to examinations by the IRS and other taxing authorities. Examinations of income tax returns filed by EFH Corp. and any of its subsidiaries for the years ending prior to January 1, 2003 are complete. In the fourth quarter 2008, EFH Corp. was notified of the commencement of the IRS audit of tax years 2003 to 2006. The audit is expected to require two years to complete. Texas franchise tax return periods under examination or still open for examination range from 2003 to 2007.

Oncor Holdings classifies interest and penalties expense related to uncertain tax positions as income tax expense. The amount of interest and penalties included in income tax expense totaled $6 million in 2008, $2 million for the period October 11, 2007 through December 31, 2007 and $3 million for the period January 1, 2007 through October 10, 2007. Noncurrent liabilities included a total of $22 million and $12 million in accrued interest at December 31, 2008 and 2007, respectively. These interest amounts are after-tax.

The following table summarizes the changes to the uncertain tax positions, reported in other noncurrent liabilities in the consolidated balance sheet, during the years ended December 31, 2008 and 2007:

|  | 2008 | 2007 |
|---|---|---|
| Balance at January 1, excluding interest and penalties . . . . . . . . . . . . . . . . . | $111 | $ 80 |
| Additions based on tax positions related to prior years . . . . . . . . . . . . . . . . | 41 | 38 |
| Reductions based on tax positions related to prior years . . . . . . . . . . . . . . . | (30) | (15) |
| Additions based on tax positions related to the current year . . . . . . . . . . . | — | 8 |
| Balance at December 31, excluding interest and penalties . . . . . . . . . . . . . . | $122 | $111 |

Of the balance at December 31, 2008, $100 million represents tax positions for which the uncertainty relates to the timing of recognition for tax purposes. The disallowance of such positions would not affect the effective tax rate, but would accelerate the payment of cash under the tax sharing agreement to an earlier period.

With respect to tax positions for which the ultimate deductibility is uncertain (permanent items), should EFH Corp. sustain such positions on income tax returns previously filed, Oncor Holdings' liabilities recorded would be reduced by $22 million, resulting in increased net income and a favorable impact on the effective tax rate.

Oncor Holdings does not expect that the total amount of liabilities recorded related to uncertain tax positions will significantly increase or decrease within the next 12 months.

Confidential

7.  **INCOME TAXES**

The components of Oncor Holdings' income tax expense are as follows:

| | Successor | | Predecessor | |
|---|---|---|---|---|
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Reported in operating expenses | | | | |
| Current: | | | | |
| US federal | $ 37 | $ (46) | $116 | $127 |
| State | 17 | — | 12 | 6 |
| Deferred: | | | | |
| US federal | 142 | 74 | 26 | 28 |
| State | — | (2) | — | — |
| Amortization of investment tax credits | (5) | (1) | (4) | (5) |
| Total | 191 | 25 | 150 | 156 |
| Reported in other income and deductions: | | | | |
| Current: | | | | |
| US federal | 8 | 7 | 8 | 18 |
| State | 1 | — | 1 | (3) |
| Deferred federal | 17 | (1) | — | (1) |
| Total | 26 | 6 | 9 | 14 |
| Total income tax expense | $217 | $ 31 | $159 | $170 |

Reconciliation of income taxes computed at the US federal statutory rate to income tax expense:

| | Successor | | Predecessor | |
|---|---|---|---|---|
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Income (loss) before income taxes | $(266) | $ 95 | $ 422 | $ 514 |
| Income taxes at the US federal statutory rate of 35% | $ (93) | $ 33 | $ 148 | $ 180 |
| Goodwill impairment | 301 | — | — | — |
| Amortization of investment tax credits—net of deferred tax effect | (5) | (1) | (4) | (5) |
| Amortization (under regulatory accounting) of statutory tax rate changes | (3) | (1) | (3) | (7) |
| State income taxes, net of federal tax benefit | 11 | (1) | 8 | 4 |
| Medicare subsidy | (5) | (2) | (5) | (6) |
| Nondeductible losses (gains) on employee benefit plan investments | 4 | — | (2) | (2) |
| Other, including audit settlements | 7 | 3 | 17 | 6 |
| Income tax expense | $ 217 | $ 31 | $ 159 | $ 170 |
| Effective rate | — | 32.6% | 37.7% | 33.1% |

F-372

EFIHMW00246450

**PX 014**
**Page 732 of 1116**

Deferred income taxes provided for temporary differences based on tax laws in effect at the December 31, 2008 and 2007 balance sheet dates are as follows:

| | Successor | | | | | |
|---|---|---|---|---|---|---|
| | December 31, 2008 | | | December 31, 2007 | | |
| | Total | Current | Noncurrent | Total | Current | Noncurrent |
| **Deferred Income Tax Assets** | | | | | | |
| Alternative minimum tax credit carryforwards .................... | $   54 | $   54 | $   — | $   65 | $   35 | $   30 |
| Employee benefit liabilities .............. | — | — | — | 328 | 7 | 321 |
| Regulatory liabilities .................... | — | — | — | 111 | — | 111 |
| Other ................................ | — | — | — | 7 | 3 | 4 |
| Total ........................... | 54 | 54 | — | 511 | 45 | 466 |
| **Deferred Income Tax Liabilities** | | | | | | |
| Basis difference in Oncor partnership ...... | 1,192 | — | 1,192 | — | — | — |
| Property, plant and equipment ............ | — | — | — | 1,138 | — | 1,138 |
| Regulatory assets ...................... | — | — | — | 680 | — | 680 |
| Other ................................ | — | — | — | 2 | — | 2 |
| Total ........................... | 1,192 | — | 1,192 | 1,820 | — | 1,820 |
| **Net Deferred Income Tax (Asset) Liability** ......................... | $1,138 | $(54) | $1,192 | $1,309 | $(45) | $1,354 |

At December 31, 2008, Oncor Holdings had $54 million of alternative minimum tax (AMT) credit carryforwards available to offset future tax sharing payments. The AMT credit carryforwards have no expiration date.

The component of deferred income tax liabilities referred to as "basis difference in Oncor partnership" arose as a result of the noncontrolling interests sale (see Note 14) at which time Oncor became a partnership for US federal income tax purposes. The amount of this basis difference at the date of the transaction represented Oncor Holdings' interest (approximately 80%) in the net deferred tax liabilities related to Oncor's individual operating assets and liabilities. The remaining net deferred tax liabilities associated with Oncor ($299 million at December 31, 2008) that are attributable to the noncontrolling interests have been reclassified as other noncurrent liabilities.

See Note 6 for discussion regarding accounting for uncertain tax positions (FIN 48).

F-373

8.    REGULATORY ASSETS AND LIABILITIES

| | Successor | |
|---|---|---|
| | December 31, | |
| | 2008 | 2007 |
| **Regulatory assets** | | |
| Generation-related regulatory assets securitized by transition bonds | $ 865 | $ 967 |
| Employee retirement costs | 659 | 265 |
| Self-insurance reserve (primarily storm recovery costs) | 214 | 149 |
| Nuclear decommissioning cost under-recovery | 127 | —— |
| Securities reacquisition costs | 97 | 105 |
| Recoverable deferred income taxes—net | 77 | 84 |
| Employee severance costs | 20 | 20 |
| Other | 12 | 3 |
| Total regulatory assets | 2,071 | 1,593 |
| **Regulatory liabilities** | | |
| Committed spending for demand-side management initiatives | 96 | 100 |
| Investment tax credit and protected excess deferred taxes | 49 | 55 |
| Over-collection of securitization (transition) bond revenues | 28 | 34 |
| Credit due REPs under PUCT stipulation | —— | 72 |
| Nuclear decommissioning cost over-recovery | — | 13 |
| Other regulatory liabilities | 6 | 14 |
| Total regulatory liabilities | 179 | 288 |
| Net regulatory assets | $1,892 | $1,305 |

Regulatory assets that have been reviewed and approved by the PUCT and are not earning a return totaled $1.021 billion and $997 million at December 31, 2008 and 2007, respectively, including the generation-related regulatory assets securitized by transition bonds that have a remaining recovery period of approximately eight years. See Note 4 for discussion of effects on regulatory assets and liabilities of the stipulation approved by the PUCT.

As of December 31, 2008, regulatory assets totaling $913 million have not been reviewed by the PUCT but are deemed by management to be probable of recovery.

On August 13, 2009, the PUCT voted on Oncor's rate review filed in June 2008. A final order was signed August 31, 2009. The PUCT's findings included denial of recovery of $25 million of certain regulatory assets, which will result in a $16 million after-tax loss being recognized in the third quarter 2009.

See Note 19 for additional information regarding nuclear decommissioning cost recovery.

9.    TRADE ACCOUNTS RECEIVABLE AND SALE OF RECEIVABLES PROGRAM

*Trade Accounts Receivable*

| | Successor | |
|---|---|---|
| | December 31, | |
| | 2008 | 2007 |
| Gross trade accounts receivable | $ 359 | $ 361 |
| Trade accounts receivable from TCEH | (135) | (147) |
| Allowance for uncollectible accounts | (7) | (6) |
| Trade accounts receivable from nonaffiliates—net | $ 217 | $ 208 |

F-374

EFIHMW00246452

Gross trade accounts receivable at December 31, 2008 and 2007 included unbilled revenues of $140 million and $137 million, respectively.

*Sale of Receivables*

Prior to the Merger, Oncor participated in an accounts receivable securitization program established by EFH Corp. for certain of its subsidiaries, the activity under which was accounted for as a sale of accounts receivable in accordance with SFAS 140. Under the program, Oncor sold trade accounts receivable to TXU Receivables Company, a consolidated wholly-owned bankruptcy-remote direct subsidiary of EFH Corp., which sold undivided interests in those purchased accounts receivable for cash to special purpose entities established by financial institutions (the funding entities). In connection with the Merger, the accounts receivable securitization program was amended. Concurrently, the financial institutions required that Oncor repurchase all of the receivables it had previously sold to TXU Receivables Company, which totaled $254 million. Oncor funded such repurchases through borrowings under its credit facility of $113 million, and the related subordinated note receivable from TXU Receivables Company in the amount of $141 million was canceled. Oncor is no longer a participant in the accounts receivable securitization program.

Under the program, new trade receivables generated by Oncor were continuously purchased by TXU Receivables Company with the proceeds from collections of receivables previously purchased. Changes in the amount of funding under the program, through changes in the amount of undivided interests sold by TXU Receivables Company, reflected seasonal variations in the level of accounts receivable, changes in collection trends as well as other factors such as changes in delivery fees and volumes. TXU Receivables Company issued subordinated notes payable to Oncor for the difference between the face amount of the uncollected accounts receivable purchased, less a discount, and cash paid to Oncor that was funded by the sale of the undivided interests.

The discount from face amount on the purchase of receivables principally funded program fees paid by TXU Receivables Company to the funding entities. The discount also funded a servicing fee paid by TXU Receivables Company to EFH Corporate Services Company, a direct subsidiary of EFH Corp., but the amounts were immaterial. The program fees, referred to as losses on sale of the receivables under SFAS 140, consisted primarily of interest costs on the underlying financing. These fees represented essentially all of the net incremental costs of the program to Oncor and were reported in operation and maintenance expenses. Fee amounts were as follows:

|  | Predecessor | |
|---|---|---|
|  | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Program fees ............................... | $ 6 | $ 6 |
| Program fees as a percentage of average funding (annualized) ............................... | 6.4% | 5.8% |

Funding under the program decreased $86 million to zero in 2007 with Oncor's exit from the program and decreased $3 million to $86 million in 2006. Funding increases or decreases under the program were reflected as operating cash flow activity in the statement of cash flows. The carrying amount of the retained interests in the accounts receivable balance approximated fair value due to the short-term nature of the collection period.

Confidential

Activities of TXU Receivables Company related to Oncor in 2007 and 2006 were as follows:

| | Successor (a) | Predecessor | |
|---|---|---|---|
| | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Cash collections on accounts receivable .................... | $— | $ 1,082 | $ 1,229 |
| Face amount of new receivables purchased .................. | — | (1,156) | (1,231) |
| Discount from face amount of purchased receivables .......... | — | 5 | 6 |
| Program fees paid ........................................ | — | (6) | (6) |
| Increase in subordinated notes payable ..................... | — | 48 | 5 |
| Repurchase of receivables previously sold .................. | 113 | —— | —— |
| Operating cash flows used by (provided to) Oncor under the program .......................................... | $113 | $    (27) | $    3 |

(a)   Represents final activities related to Oncor's exit from the sale of receivables program.

## 10.  SHORT-TERM FINANCING

At December 31, 2008, Oncor had a $2.0 billion credit facility, expiring October 10, 2013, to be used for its working capital and general corporate purposes, including issuances of commercial paper and letters of credit. Oncor may request increases in the commitments under the facility in any amount up to $500 million, subject to the satisfaction of certain conditions. This facility is a revolving credit facility, which means that amounts borrowed under the facility, once repaid, can be borrowed again by Oncor from time to time. Borrowings are classified as short-term on the balance sheet. In May 2008, Oncor secured this credit facility with a first priority lien on certain of its transmission and distribution assets. Oncor also secured all of its existing long-term debt securities (excluding the transition bonds) with the same lien in accordance with the terms of those securities. The lien contains customary provisions allowing Oncor to use the assets in its business, as well as to replace and/ or release collateral as long as the market value of the aggregate collateral is at least 115% of the aggregate secured debt. The lien may be terminated at Oncor's option upon the termination of Oncor's current credit facility.

At December 31, 2008, Oncor had outstanding borrowings under its credit facility totaling $337 million ($350 million requested draws less $13 million of draws not funded) with an interest rate of 1.98% at the end of the period. At December 31, 2007, Oncor had outstanding borrowings under its credit facility totaling $1.280 billion with an interest rate of 5.70% at the end of the period. The decrease in borrowings was driven by use of the majority of the proceeds from the issuance in September 2008 of $1.5 billion of senior secured notes (as described in Note 11) to repay short-term borrowings, partially offset by funding of ongoing capital investments including the acquisition of broadband over powerline based "Smart Grid" network assets. Availability under the credit facility as of December 31, 2008 was $1.508 billion, which excludes $155 million of undrawn commitments from a subsidiary of Lehman Brothers Holding Inc. (such subsidiary, Lehman) that has filed for bankruptcy under Chapter 11 of the US Bankruptcy Code. In April 2009, a portion of the Lehman commitment was purchased by another entity unrelated to Lehman, effectively increasing availability by $32 million.

Under the terms of Oncor's revolving credit facility, the commitments of the lenders to make loans to Oncor are several and not joint. Accordingly, if any lender fails to make loans to Oncor, Oncor's available liquidity could be reduced by an amount up to the aggregate amount of such lender's commitments under the facility.

Borrowings under this credit facility bear interest at per annum rates equal to, at Oncor's option, (i) adjusted LIBOR plus a spread of 0.275% to 0.800% (depending on the rating assigned to Oncor's senior secured debt) or (ii) a base rate (the higher of (1) the prime rate of JPMorgan Chase Bank, N.A. and (2) the federal funds effective

F-376

EFIHMW00246454

rate plus 0.50%). Under option (i) and based on Oncor's ratings as of December 31, 2008, its LIBOR-based borrowings, which apply to all outstanding borrowings at December 31, 2008, bear interest at LIBOR plus 0.425%.

A facility fee is payable at a rate per annum equal to 0.100% to 0.200% (depending on the rating assigned to Oncor's senior secured debt) of the commitments under the facility. Based on Oncor's ratings as of December 31, 2008, its facility fee is 0.150%. A utilization fee is payable on the average daily amount of borrowings in excess of 50% of the commitments under the facility at a rate per annum equal to 0.125% per annum. The interest rate and facility fee rate per annum declined in June 2009 to LIBOR plus 0.350% and 0.125%, respectively, due to a two notch upgrade in Oncor's credit ratings by Moody's.

The credit facility contains customary covenants for facilities of this type, restricting, subject to certain exceptions, Oncor and its subsidiary from, among other things:

- incurring additional liens;
- entering into mergers and consolidations;
- selling certain assets, and
- making acquisitions and investments in subsidiaries.

In addition, the credit facility requires that Oncor maintain a consolidated senior debt-to-capitalization ratio of no greater than 0.65 to 1.00 and observe certain customary reporting requirements and other affirmative covenants.

The credit facility contains certain customary events of default for facilities of this type, the occurrence of which would allow the lenders to accelerate all outstanding loans and terminate their commitments under the facility.

F-377

Confidential

## 11. LONG-TERM DEBT

At December 31, 2008 and 2007, the long-term debt of Oncor Holdings consisted of the following:

| | Successor | |
|---|---|---|
| | December 31, | |
| | 2008 | 2007 |
| Oncor (a): | | |
| 6.375% Fixed Senior Notes due May 1, 2012 | $ 700 | $ 700 |
| 5.950% Fixed Senior Notes due September 1, 2013 | 650 | —— |
| 6.375% Fixed Senior Notes due January 15, 2015 | 500 | 500 |
| 6.800% Fixed Senior Notes due September 1, 2018 | 550 | — |
| 7.000% Fixed Debentures due September 1, 2022 | 800 | 800 |
| 7.000% Fixed Senior Notes due May 1, 2032 | 500 | 500 |
| 7.250% Fixed Senior Notes due January 15, 2033 | 350 | 350 |
| 7.500% Fixed Senior Notes due September 1, 2038 | 300 | —— |
| Unamortized discount | (16) | (15) |
| Total Oncor | 4,334 | 2,835 |
| Oncor Electric Delivery Transition Bond Company LLC (b): | | |
| 4.030% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2010 | 54 | 93 |
| 4.950% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2013 | 130 | 130 |
| 5.420% Fixed Series 2003 Bonds due in semiannual installments through August 15, 2015 | 145 | 145 |
| 3.520% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2009 | 39 | 99 |
| 4.810% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2012 | 221 | 221 |
| 5.290% Fixed Series 2004 Bonds due in semiannual installments through May 15, 2016 | 290 | 290 |
| Total Oncor Electric Delivery Transition Bond Company LLC | 879 | 978 |
| Unamortized fair value discount related to transition bonds (c) | (9) | (12) |
| Total consolidated (d) | 5,204 | 3,801 |
| Less amount due currently | (103) | (99) |
| Total long-term debt | $5,101 | $3,702 |

(a) Secured with first priority lien as discussed in Note 10.
(b) The transition bonds are nonrecourse to Oncor and were issued to securitize a regulatory asset.
(c) The transition bonds, which secured regulatory assets not earning a return, were fair valued as of October 10, 2007 as a result of purchase accounting.
(d) According to its organizational documents, Oncor Holdings is prohibited from directly incurring indebtedness for borrowed money.

### Debt Issuances in 2008

In September 2008, Oncor issued and sold senior secured notes with an aggregate principal amount of $1.5 billion consisting of $650 million aggregate principal amount of 5.95% senior secured notes maturing in September 2013, $550 million aggregate principal amount of 6.80% senior secured notes maturing in September 2018 and $300 million aggregate principal amount of 7.50% senior secured notes maturing in September 2038. Oncor used the net proceeds of approximately $1.487 billion from the sale of the notes to repay most of its

Confidential

borrowings under its credit facility as well as for general corporate purposes. The notes are initially secured by the first priority lien described in Note 10. The notes are secured equally and ratably with all of Oncor's other secured indebtedness. If the lien is terminated, the notes will cease to be secured obligations of Oncor and will become senior unsecured general obligations of Oncor.

Interest on these notes is payable in cash semiannually in arrears on March 1 and September 1 of each year, and the first interest payment was in March 2009. Oncor may redeem the notes, in whole or in part, at any time, at a price equal to 100% of their principal amount, plus accrued and unpaid interest and a "make-whole" premium. The notes also contain customary events of default, including failure to pay principal or interest on the notes when due.

### Debt Repayments in 2008

Repayments of long-term debt in 2008 totaled $99 million and represent transition bond principal payments at scheduled maturity dates.

### Debt-Related Activity in 2007

In March 2007, Oncor issued floating rate senior notes with an aggregate principal amount of $800 million with a floating rate based on LIBOR plus 37.5 basis points. The notes were to mature in September 2008, but in accordance with their terms, were redeemed upon closing of the Merger.

Other repayments of debt in 2007 totaling $296 million represented payments at scheduled maturity dates and included $200 million of maturing fixed-rate debentures and $96 million of scheduled transition bond principal payments.

### Fair Value of Long-Term Debt

The estimated fair value of long-term debt (including current maturities) totaled $4.990 billion and $3.948 billion at December 31, 2008 and 2007, respectively, and the carrying amount totaled $5.204 billion and $3.801 billion, respectively. The fair value is estimated at the lesser of either the call price or the market value as determined by quoted market prices.

### Interest Rate Hedges

In September 2008, Oncor entered into interest rate swap transactions hedging the variability of treasury bond rates used to determine the interest rates on an anticipated issuance of an aggregate of $1.0 billion of senior secured notes maturing from 2013 to 2018. The hedges were terminated the same day, and $2 million in after-tax losses were recorded as other comprehensive income. After-tax net losses of $0.4 million will be reclassified into net income during the next twelve months as the related hedged transactions affect net income.

### Maturities

Long-term debt and transition bonds maturities are as follows:

| Year | |
| --- | --- |
| 2009 | $   103 |
| 2010 | 108 |
| 2011 | 113 |
| 2012 | 819 |
| 2013 | 775 |
| Thereafter | 3,311 |
| Unamortized fair value discount | (9) |
| Unamortized discount | (16) |
| Total | $5,204 |

F-379

EFIHMW00246457

## 12.  COMMITMENTS AND CONTINGENCIES

*Leases*

As of December 31, 2008, future minimum lease payments under operating leases (with initial or remaining noncancelable lease terms in excess of one year) were as follows:

| Year | |
| --- | --- |
| 2009 ............................................................. | $ 8 |
| 2010 ............................................................. | 7 |
| 2011 ............................................................. | 7 |
| 2012 ............................................................. | 6 |
| 2013 ............................................................. | 3 |
| Thereafter ...................................................... | 11 |
| Total future minimum lease payments ................................ | $42 |

Rent charged to operation and maintenance expense totaled $10 million for the year ended December 31, 2008, $3 million for the period October 11, 2007 through December 31, 2007, $7 million for the period January 1, 2007 through October 10, 2007 and $13 million for the year ended December 31, 2006.

*Legal Proceedings*

Oncor Holdings is involved in various legal and administrative proceedings in the normal course of business the ultimate resolution of which, in the opinion of management, should not have a material effect upon its financial position, results of operations or cash flows.

*Capital Expenditures*

Oncor and Texas Holdings agreed to the terms of a stipulation with major interested parties to resolve all outstanding issues in the PUCT review related to the Merger. As one of the provisions of this stipulation, Oncor committed to minimum capital spending of $3.6 billion over the five-year period ending December 31, 2012, subject to certain defined conditions.

*Efficiency Spending*

Oncor expects to invest $300 million, which includes $100 million in excess of regulatory requirements, over the five years ending in 2012 on programs designed to improve customer electricity demand efficiencies.

*Labor Contracts*

Certain Oncor employees are represented by a labor union and covered by a collective bargaining agreement that expired in January 2008. A new three-year labor contract was ratified in February 2008. In April 2008, a group of approximately 50 employees elected to be represented by a labor union. The new labor contract and the representation of this group of additional employees will not have a material effect on Oncor Holdings' financial position, results of operations or cash flows.

*Environmental Contingencies*

Oncor must comply with environmental laws and regulations applicable to the handling and disposal of hazardous waste. Oncor is in compliance with all current laws and regulations; however, the impact, if any, of changes to existing regulations or the implementation of new regulations is not determinable. The costs to comply with environmental regulations can be significantly affected by the following external events or conditions:

- changes to existing state or federal regulation by governmental authorities having jurisdiction over control of toxic substances and hazardous and solid wastes, and other environmental matters; and

F-380

EFIHMW00246458

- the identification of additional sites requiring clean-up or the filing of other complaints in which Oncor Holdings may be asserted to be a potential responsible party.

*Guarantees*

Oncor has entered into contracts that contain guarantees to outside parties that could require performance or payment under certain conditions.

Oncor is the lessee under various operating leases that obligate it to guarantee the residual values of the leased assets. At December 31, 2008, both the aggregate maximum amount of residual values guaranteed and the estimated residual recoveries totaled approximately $13 million. These leased assets consist primarily of vehicles used in distribution activities. The average life of the residual value guarantees under the lease portfolio is approximately one year.

## 13. MEMBERSHIP INTERESTS

*Successor*

In connection with the Merger, Oncor Holdings was formed as a new holding company, owning approximately 80% of the membership interests of Oncor as of December 31, 2008. Oncor Holdings is a Delaware limited liability company wholly-owned by Intermediate Holding.

*Effect of Sale of Noncontrolling Interests*—Oncor's sale of noncontrolling interests discussed in Note 14 resulted in a $265 million reduction of Oncor Holdings' membership interest. This amount represents the excess of the carrying value of the interests sold over the proceeds from the transactions, which reflects the fact that Oncor's carrying value after purchase accounting is based on the Merger value, while the noncontrolling interests sale value does not include a control premium.

*Distributions*—The net proceeds of $1.253 billion from Oncor's sale of noncontrolling interests in November 2008 were distributed to Intermediate Holding and ultimately to EFH Corp.

During 2008, Oncor Holdings' board of directors declared and Oncor Holdings paid the following cash distributions to Intermediate Holding:

| Declaration Date | Payment Date | Amount Paid |
|---|---|---|
| November 13, 2008 | November 14, 2008 | $117 |
| August 20, 2008 | August 21, 2008 | $ 78 |
| May 14, 2008 | May 15, 2008 | $ 78 |
| February 20, 2008 | March 31, 2008 | $ 57 |

During 2009, Oncor Holdings' board of directors declared and Oncor Holdings paid the following cash distributions to Intermediate Holding:

| Declaration Date | Payment Date | Amount Paid |
|---|---|---|
| May 19, 2009 | May 20, 2009 | $40 |
| February 18, 2009 | March 3, 2009 | $18 |

*Distribution Restrictions*—While there are no direct restrictions on Oncor Holdings' ability to distribute its net income that are currently material, substantially all of Oncor Holdings' net income is derived from Oncor. The boards of directors of each of Oncor and Oncor Holdings, which are composed of a majority of independent directors, can withhold distributions to the extent the boards determine that it is necessary to retain such amounts to meet expected future requirements of Oncor and/or Oncor Holdings. For the period beginning October 11, 2007 and ending December 31, 2012, distributions paid by Oncor (other than distributions of the proceeds of any

F-381

Confidential

issuance of limited liability company units) are limited by the Limited Liability Company Agreement to an amount not to exceed Oncor's net income determined in accordance with GAAP, subject to certain defined adjustments. Such adjustments include deducting the $72 million ($46 million after tax) one-time refund to customers in September 2008 and deducting funds spent as part of the $100 million commitment for additional demand-side management or other energy efficiency initiatives (see Note 4), neither of which impacts net income due to purchase accounting, and removing the effect of the $860 million goodwill impairment charge from fourth quarter 2008 net income available for distribution. Distributions are further limited by Oncor's required regulatory capital structure, as determined by the PUCT, to be at or below the assumed debt-to-equity ratio established periodically by the PUCT for ratemaking purposes, which is currently set at 60% debt to 40% equity. At December 31, 2008, no material amount of Oncor's net income was restricted from being used to make distributions on its membership interests except for the one-time refund. The net proceeds of $1.253 billion received from the sale of the equity interests to Texas Transmission and certain members of Oncor's management were excluded from these distribution limitations.

*Equity Contributions*—As a result of the Merger, all outstanding unvested stock-based incentive compensation awards previously granted by EFH Corp. to Oncor employees vested and such employees became entitled to receive the $69.25 per share Merger consideration. The settlement of these awards totaled $24 million and was accounted for as an equity contribution from EFH Corp., as was the settlement of $4 million of cash incentive compensation awards. See Note 18 for further discussion of stock-based compensation, including a SARs Plan implemented in November 2008.

In connection with the Merger, Texas Holdings paid a $12 million fee related to Oncor's $2 billion revolving credit facility. Such payment was accounted for as an investment by Texas Holdings.

In March 2008, Oncor Holdings distributed its investment in an entity with telecommunications-related activities that are not part of Oncor's current operations totaling $24 million to Intermediate Holding.

*Predecessor*

No shares of Oncor's common stock were held by or for its own account, nor were any shares of such capital stock reserved for its officers and employees or for options, warrants, conversions and other rights in connection therewith.

Under SFAS 123(R), expense related to EFH Corp.'s stock-based incentive compensation awards granted to Oncor's employees was accounted for as a noncash capital contribution from EFH Corp. Accordingly, Oncor recorded a credit to its common stock account of $3 million in the period January 1, 2007 through October 10, 2007 and $5 million for the year ended December 31, 2006.

Oncor recorded a credit to common stock of $15 million in the period January 1, 2007 through October 10, 2007 and $14 million in the year 2006 arising from the excess tax benefit generated by the distribution date value of the stock-based incentive awards exceeding the reported compensation expense. The $15 million credit (benefit) in 2007 was realized in the Successor period in conjunction with a tax payment to EFH Corp.

Effective January 1, 2005, Oncor and TCEH entered into an agreement whereby Oncor assumed responsibility for pension and OPEB costs for all applicable former employees of the regulated predecessor integrated electric utility that, in addition to its own employees consists largely of active and retired personnel engaged in TCEH's activities, related to service of those additional personnel prior to the deregulation and disaggregation of EFH Corp.'s business. (See Note 17 for additional information related to this agreement.) In connection with this agreement, Oncor recorded a $15 million credit to its common stock account in 2006 for the noncash contribution of pension-related assets and a $146 million charge to common stock in 2005 for the noncash assumption of the pension obligation.

F-382

EFIHMW00246460

In 2006, Oncor distributed its mineral interests in natural gas and oil to EFH Corp. in the form of a dividend. The dividend was recorded at the book value of the interests, which was zero. These mineral interests were acquired as part of land purchases over the years to support the expansion of the transmission and distribution system and not for the mineral development, and no value was attributed to the mineral interests at the time of acquisition.

## 14. NONCONTROLLING INTERESTS

On November 5, 2008, Oncor issued and sold additional equity interests to Texas Transmission. Texas Transmission is an entity indirectly owned by a private investment group led by OMERS Administration Corporation, acting through its infrastructure investment entity, Borealis Infrastructure Management Inc., and the Government of Singapore Investment Corporation, acting through its private equity and infrastructure arm, GIC Special Investments Pte Ltd.

Texas Transmission acquired the equity interests for $1.254 billion in cash. At the closing of the sale, Oncor also offered and sold additional equity interests to Investment LLC, an entity owned by certain members of Oncor's management team, for a total of $13 million in cash (the same price per unit paid by Texas Transmission). Accordingly, the equity issuances in 2008 resulted in Oncor Holdings (and EFH Corp. indirectly) owning 80.04% of Oncor, certain members of Oncor management indirectly owning 0.21% of Oncor and Texas Transmission owning 19.75% of Oncor.

The proceeds (net of closing costs) of $1.253 billion received by Oncor from Texas Transmission and the members of Oncor management upon completion of these transactions were distributed to Oncor Holdings who distributed the proceeds to Intermediate Holding and ultimately to EFH Corp.

Oncor Holdings recorded the $265 million excess of Oncor Holdings' carrying amount of the noncontrolling interests sold by Oncor over the net proceeds from the transactions as a reduction to additional paid in capital, consistent with the provisions of SAB Topic 5-H, "Accounting for Sales of Stock by a Subsidiary."

The noncontrolling interests balance of $1.355 billion reported in the December 31, 2008 consolidated balance sheet represented the proportional share of Oncor's net assets at the date of the transaction less $160 million representing the noncontrolling interests' share of Oncor's results for the period subsequent to the transaction (including the goodwill impairment charge), net of $2 million in cash distributions. See Note 13.

## 15. INVESTMENTS

The investments balance consists of the following:

|  | Successor | |
|---|---|---|
|  | December 31, | |
|  | 2008 | 2007 |
| Assets related to employee benefit plans, including employee savings programs, net of distributions .................................................................... | $65 | $77 |
| Investment in unconsolidated affiliates ............................................. | 5 | 10 |
| Land ............................................................................. | 2 | 2 |
| Total investments ................................................................ | $72 | $89 |

### *Assets Related to Employee Benefit Plans*

The majority of these assets represent cash surrender values of life insurance policies that are purchased to fund liabilities under deferred compensation plans. EFH Corp. pays the premiums and is the beneficiary of these

F-383

EFIHMW00246461

life insurance policies. As of December 31, 2008 and 2007, the face amount of these policies totaled $151 million and $168 million, and the net cash surrender values totaled $53 million and $68 million, respectively. Changes in cash surrender value are netted against premiums paid. Other investment assets held to satisfy deferred compensation liabilities are recorded at market value.

*Restricted Cash*

| | Successor | | | |
| | At December 31, 2008 | | At December 31, 2007 | |
| | Current Assets | Noncurrent Assets | Current Assets | Noncurrent Assets |
|---|---|---|---|---|
| Customer collections related to securitization (transition) bonds used only to service debt and pay expenses ...................... | $ 51 | $— | $ 56 | $— |
| Reserve for fees associated with transition bonds ................ | — | 10 | — | 10 |
| Reserve for shortfalls of transition bond charges ................. | — | 6 | — | 7 |
| Total restricted cash .................................... | $ 51 | $ 16 | $ 56 | $ 17 |

## 16. NOTICE OF TERMINATION OF OUTSOURCING ARRANGEMENTS

In connection with the closing of the Merger, EFH Corp., Oncor and TCEH commenced a review, under the change of control provision, of certain outsourcing arrangements with Capgemini Energy LP (Capgemini), Capgemini America, Inc. and Capgemini North America, Inc. (collectively, CgE). During the fourth quarter of 2008, Oncor executed a Separation Agreement with CgE. Simultaneous with the execution of that Separation Agreement, EFH Corp. and TCEH entered into a substantially similar Separation Agreement with CgE. The Separation Agreements principally provide for (i) notice of termination of each of the Master Framework Agreements, dated as of May 17, 2004, each as amended, between Capgemini and each of Oncor and TCEH and the related service agreements under each of the Master Framework Agreements and (ii) termination of the joint venture arrangements between EFH Corp. (and its applicable subsidiaries) and CgE. Under the Master Framework Agreements and related services agreements, Capgemini provides to Oncor and EFH Corp. and its other subsidiaries outsourced support services, including information technology, customer care and billing, human resources, procurement and certain finance and accounting activities.

The Separation Agreement acts as a notice of termination under the Master Framework Agreement and the related services agreements. As a result of the "change of control" of EFH Corp. that occurred as a result of the Merger, Oncor had the contractual right to terminate, without penalty, its Master Framework Agreement. Oncor has elected to exercise such right. Consistent with the Master Framework Agreement, to provide for an orderly transition of the services, the Separation Agreement requires that Capgemini provide termination assistance services until the services are transitioned back to Oncor and/or to another service provider. The Separation Agreement provides that the services be transitioned by December 31, 2010 (June 30, 2011, in the case of the information technology services). The Master Framework Agreement will actually terminate when these termination assistance services are completed. Oncor previously provided a termination notice to Capgemini in respect of human resources services.

The Separation Agreements provide for the termination of the joint venture arrangement between EFH Corp. (and its applicable subsidiaries) and CgE. As a result, during the fourth quarter of 2008:

- EFH Corp. received approximately $70 million in cash in exchange for the termination of a purchase option agreement pursuant to which subsidiaries of EFH Corp. had the right to "put" to Capgemini (and Capgemini had the right to "call" from a subsidiary of EFH Corp.) EFH Corp.'s 2.9% limited partnership interest in Capgemini and licensed assets, principally software, upon the expiration of the Master Framework Agreements in 2014 or, in some circumstances, earlier. Oncor received $20 million of such proceeds, reflecting its share of the put option value.

F-384

Confidential

- The parties entered into a mutual release of all claims under the Master Framework Agreement and related services agreements, subject to certain defined exceptions, and Oncor received $4 million in cash in settlement of such claims.

The carrying value of Oncor's share of the put option value was $48 million prior to the application of purchase accounting (recorded as a noncurrent asset). The effects of the termination of the outsourcing arrangements, including the accrual of $16 million for incremental costs to exit and transition the services, were included in the final purchase price allocation (see Note 2).

## 17.  PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS

### Pension Plan

Subsidiaries of Oncor Holdings are participating employers in the EFH Retirement Plan (Retirement Plan), a defined benefit pension plan sponsored by EFH Corp. The Retirement Plan is a qualified pension plan under Section 401(a) of the Internal Revenue Code of 1986, as amended (Code) and is subject to the provisions of the Employee Retirement Income Security Act of 1974, as amended (ERISA). Employees are eligible to participate in the Retirement Plan upon their completion of one year of service and the attainment of age 21. All benefits are funded by the participating employers. The Retirement Plan provides benefits to participants under one of two formulas: (i) a Cash Balance Formula under which participants earn monthly contribution credits based on their compensation and a combination of their age and years of service, plus monthly interest credits or (ii) a Traditional Retirement Plan Formula based on years of service and the average earnings of the three years of highest earnings. The interest component of the Cash Balance Formula is variable and is determined using the yield on 30-year Treasury bonds.

All eligible employees hired after January 1, 2001 participate under the Cash Balance Formula. Certain employees who, prior to January 1, 2002, participated under the Traditional Retirement Plan Formula, continue their participation under that formula. Under the Cash Balance Formula, future increases in earnings will not apply to prior service costs. It is EFH Corp.'s policy to fund the plans on a current basis to the extent deductible under existing federal tax regulations.

Subsidiaries of Oncor Holdings also participate in EFH Corp.'s supplemental retirement plans for certain employees, whose retirement benefits cannot be fully earned under the qualified Retirement Plan, the information for which is included below.

### Other Postretirement Employee Benefits (OPEB) Plan

Subsidiaries of Oncor Holdings participate with EFH Corp. and certain other affiliated subsidiaries of EFH Corp. to offer certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees. For employees retiring on or after January 1, 2002, the retiree contributions required for such coverage vary based on a formula depending on the retiree's age and years of service.

F-385

Confidential

*Pension and OPEB Costs Recognized as Expense*

The following details net pension and OPEB costs recognized as expense:

| | Successor | | Predecessor | |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2008 | Period from October 11, 2007 to December 31, 2007 | Period from January 1, 2007 to October 10, 2007 | Year Ended December 31, 2006 |
| Pension costs under SFAS 87 | $ 15 | $ 3 | $ 21 | $ 41 |
| OPEB costs under SFAS 106 | 44 | 9 | 50 | 61 |
| Total benefit costs | 59 | 12 | 71 | 102 |
| Less amounts deferred principally as a regulatory asset or property | (42) | (8) | (43) | (84) |
| Net amounts recognized as expense | $ 17 | $ 4 | $ 28 | $ 18 |

Consistent with SFAS 87, EFH Corp. uses the calculated value method to determine the market-related value of the assets held in its trust. EFH Corp. includes the realized and unrealized gains or losses in the market-related value of assets over a rolling four-year period. Each year, 25% of such gains and losses for the current year and for each of the preceding three years is included in the market-related value. Each year, the market-related value of assets is increased for contributions to the plan, and investment income and is decreased for benefit payments and expenses for that year.

The pension and OPEB amounts provided represent allocations to Oncor Holdings of amounts related to EFH Corp.'s plans.

*Regulatory Recovery of Pension and OPEB Costs*

In June 2005, an amendment to PURA relating to EFH Corp.'s pension and OPEB costs was enacted by the Texas Legislature. This amendment, which was retroactively effective January 1, 2005, provides for the recovery by Oncor of pension and OPEB costs for all applicable former employees of the regulated predecessor integrated electric utility. In addition to Oncor's active and retired employees, these former employees largely include active and retired personnel engaged in TCEH's activities related to service of those additional personnel prior to the deregulation and disaggregation of EFH Corp.'s businesses effective January 1, 2002. Accordingly, Oncor and TCEH entered into an agreement whereby Oncor assumed responsibility for applicable pension and OPEB costs related to those personnel.

The amendment additionally authorizes Oncor to establish a regulatory asset or liability for the difference between the amounts of pension and OPEB costs approved in current billing rates and the actual amounts that would otherwise have been recorded as charges or credits to earnings. Accordingly, in the second quarter of 2005 Oncor began deferring (principally as a regulatory asset or property) additional pension and OPEB costs as permitted by the amendment. Amounts deferred are ultimately subject to regulatory approval. Amounts recorded as a regulatory asset totaled $15 million and $20 million in 2008 and 2007, respectively.

*Assumed Discount Rate*

The discount rates reflected in net pension and OPEB costs are 6.55% for the year ended December 31, 2008, 6.45% for the period October 11, 2007 through December 31, 2007, 5.90% for the period January 1, 2007 through October 10, 2007, and 5.75% for the year ended December 31, 2006. The expected rate of return on plan assets reflected in the 2008 cost amounts is 8.25% for the pension plan and 7.90% for OPEBs.

F-386

EFIHMW00246464

PX 014
Page 746 of 1116

*Pension and OPEB Plan Cash Contributions*

Contributions to the benefit plans were as follows:

|  | December 31, | | |
|---|---|---|---|
|  | 2008 | 2007 | 2006 |
| Pension plan contributions | $46 | $ 3 | $ 2 |
| OPEB plan contributions | 31 | 33 | 26 |
| Total contributions | $77 | $36 | $28 |

Estimated funding in 2009 of the pension plan and OPEB plan totals $61 million and $18 million, respectively.

*Thrift Plan*

Employees of subsidiaries of Oncor Holdings may participate in a qualified savings plan, the EFH Thrift Plan (Thrift Plan). This plan is a participant-directed defined contribution plan intended to qualify under Section 401(a) of the Code, and is subject to the provisions of ERISA. Under the terms of the Thrift Plan, employees who do not earn more than the IRS threshold compensation limit used to determine highly compensated employees may contribute, through pre-tax salary deferrals and/or after-tax applicable payroll deductions, the lesser of 75% of their regular salary or wages or the maximum amount permitted under law. Employees who earn more than such threshold may contribute from 1% to 16% of their regular salary or wages. Employer matching contributions are also made in an amount equal to 100% of the first 6% of employee contributions for employees who are covered under the Cash Balance Formula of the Retirement Plan, and 75% of the first 6% of employee contributions for employees who are covered under the Traditional Retirement Plan Formula of the Retirement Plan. As of October 10, 2007, employer matching contributions are made in cash and may be allocated by participants to any of the Thrift Plan's investment options.

## 18.  STOCK-BASED COMPENSATION

*Successor*

In 2008, Oncor established the Oncor Electric Delivery Company LLC Stock Appreciation Rights Plan (the SARs Plan) under which certain employees of Oncor may be granted stock appreciation rights (SARs) payable in cash, or in some circumstances, Oncor units. Two types of SARs may be granted under the SARs Plan. Time-based SARs (Time SARs) vest solely based upon continued employment ratably on an annual basis on each of the first five anniversaries of the grant date. Performance-based SARs (Performance SARs) vest based upon both continued employment and the achievement of a predetermined level of Oncor EBITDA over time, generally ratably over five years based upon annual Oncor EBITDA levels, with provisions for vesting if the annual levels are not achieved but cumulative two- or three-year total Oncor EBITDA levels are achieved. Time and Performance SARs may also vest in part or in full upon the occurrence of certain specified liquidity events and are exercisable only upon the occurrence of certain specified liquidity events. Since the exercisability of the Time and Performance SARs is conditioned upon the occurrence of a liquidity event, compensation expense will not be recorded until it is probable that a liquidity event will occur. Generally, awards under the SARs Plan terminate on the tenth anniversary of the grant, unless the participant's employment is terminated earlier under certain circumstances.

In February 2009, Oncor also established the Oncor Electric Delivery Company LLC Director Stock Appreciation Rights Plan (the Director SARs Plan) under which certain non-employee members of Oncor's board of directors and other persons having a relationship with Oncor may be granted SARs payable in cash, or in some circumstances, Oncor units. SARs granted under the Director Plan vest in eight equal quarterly installments over a two-year period and are exercisable only upon the occurrence of certain specified liquidity

Confidential

events. Since the exercisability of the Director SARs is conditioned upon the occurrence of a liquidity event, expense will not be recorded until it is probable a liquidity event will occur.

SARs under the SARs Plan and the Director SARs Plan are generally payable in cash based on the fair market value of the SAR on the date of exercise. During 2008, Oncor granted 13.9 million SARs under the SARs Plan, of which 1.4 million Time SARS were vested at December 31, 2008. Pursuant to an amendment to the SARs Plan terms in February 2009, a total of 1.4 million Performance SARS related to the period ended December 31, 2008 were declared vested in recognition that the established 2008 EBITDA target was substantially achieved. There were no SARs eligible for exercise at December 31, 2008.

*Predecessor*

Prior to the Merger, Oncor bore the costs of the EFH Corp. shareholder-approved long-term incentive plans for applicable management personnel engaged in Oncor's business activities. EFH Corp. provided discretionary awards of performance units to qualified management employees that were payable in its common stock. The awards generally vested over a three-year period and the number of shares ultimately earned was based on the performance of EFH Corp.'s stock over the vesting period as compared to peer companies and established thresholds. EFH Corp. established restrictions that limited certain employees' opportunities to liquidate vested awards.

EFH Corp. determined the fair value of its stock-based compensation awards utilizing a valuation model that took into account three principal factors: expected volatility of the stock price of EFH Corp. and peer group companies, dividend rate of EFH Corp. and peer group companies and the restrictions limiting liquidation of vested stock awards. Based on the fair values determined under this model, Oncor's reported expense related to the awards totaled $3 million ($2 million after-tax) for the period January 1, 2007 through October 10, 2007 and $4 million ($3 million after-tax) in 2006. The number of awards granted, net of forfeitures, totaled zero and 8 thousand in 2007 and 2006, respectively.

With respect to awards to Oncor's employees, the fair value of awards that vested in the period January 1, 2007 through October 10, 2007 and the year ended December 31, 2006 totaled $84 million and $57 million, respectively, based on the vesting date share prices.

## 19. RELATED-PARTY TRANSACTIONS

The following represent significant related-party transactions of Oncor Holdings:

- Oncor records revenue from TCEH, principally for electricity delivery fees, which totaled $1 billion for the year ended December 31, 2008, $209 million for the period October 11, 2007 through December 31, 2007, $823 million for the period January 1, 2007 through October 10, 2007 and $1.1 billion for the year ended December 31, 2006.

- Oncor records interest income from TCEH with respect to Oncor's generation-related regulatory assets, which have been securitized through the issuance of transition bonds by Oncor's bankruptcy-remote financing subsidiary. The interest income serves to offset Oncor's interest expense on the transition bonds. This interest income totaled $46 million for the year ended December 31, 2008, $11 million for the period October 11, 2007 through December 31, 2007, $38 million for the period January 1, 2007 through October 10, 2007 and $52 million for the year ended December 31, 2006.

- Incremental accrued income taxes incurred by Oncor as a result of delivery fee surcharges to its customers related to transition bonds are reimbursed by TCEH. Oncor Holdings' financial statements reflect a note receivable from TCEH to Oncor of $289 million ($35 million reported as current in trade accounts and other receivables from affiliates) at December 31, 2008 and $323 million ($34 million reported as current in trade accounts and other receivables from affiliates) at December 31, 2007 related to these income taxes.

Confidential

EFIHMW00246466

- Short-term advances to parent totaled $25 million at December 31, 2007. These advances were settled in March 2008 as part of Oncor Holdings' distribution of its investment in an entity with telecommunications-related activities that are not part of Oncor's current operations to Intermediate Holding as discussed in Note 13.

- Short-term advances from parent totaled $24 million at December 31, 2006. The average daily balances of short-term advances from parent totaled $42 million and $44 million for the period January 1, 2007 through October 10, 2007 and the year ended December 31, 2006, and the weighted average interest rate for the respective periods was 5.8% and 5.4%. Interest expense incurred on the advances totaled approximately $2 million for the period January 1, 2007 through October 10, 2007 and $2 million for the year ended December 31, 2006. As a result of actions taken at the time of the Merger to further ring-fence Oncor, advances from EFH Corp. to Oncor ceased and outstanding amounts were repaid.

- An EFH Corp. subsidiary charges Oncor for financial and certain other administrative services at cost. These costs, which are reported in operation and maintenance expenses, totaled $24 million for the year ended December 31, 2008, $6 million for the period October 11, 2007 through December 31, 2007, $20 million for the period January 1, 2007 through October 10, 2007 and $36 million for the year ended December 31, 2006.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility (reported on TCEH's balance sheet) is funded by a delivery fee surcharge collected from REPs by Oncor and remitted to TCEH. These trust fund assets are established with the intent to be sufficient to fund the estimated decommissioning liability (also reported on TCEH's balance sheet). Income and expenses associated with the trust fund and the decommissioning liability recorded by TCEH are offset by a net change in the Oncor and TCEH intercompany receivable/payable, which in turn results in a change in Oncor's reported net regulatory asset/liability. At December 31, 2008, the excess of the decommissioning liability over the trust fund balance resulted in a regulatory asset of $127 million. At December 31, 2007, the excess of the trust fund balance over the estimated net decommissioning liability resulted in a regulatory liability of $13 million.

- Oncor has a 19.5% limited partnership interest, with a carrying value of $5 million and $10 million at December 31, 2008 and 2007, respectively, in an EFH Corp. subsidiary holding principally software-related assets. Equity losses related to this interest are reported in other deductions and totaled $4 million for the year ended December 31, 2008, $1 million for the period October 11, 2007 through December 31, 2007, $2 million for the period January 1, 2007 through October 10, 2007 and $4 million for the year ended December 31, 2006. These losses primarily represent amortization of the assets held by the subsidiary.

- EFH Corp. files a consolidated federal income tax return and allocates income tax liabilities to Oncor Holdings under a tax sharing agreement substantially as if Oncor Holdings was filing its own income tax returns. See discussion in Note 1 under "Income Taxes." Under the terms of this agreement, Oncor Holdings had amounts receivable from EFH Corp. related to income taxes, primarily due to timing of payments, totaling $22 million and $29 million at December 31, 2008 and 2007, respectively.

- Oncor held cash collateral of $15 million on both December 31, 2008 and 2007 from TCEH related to interconnection agreements for three generation units being developed by TCEH. The collateral is reported in the balance sheet in other current liabilities.

- Certain transmission and distribution utilities in Texas have tariffs in place to assure adequate credit worthiness of any REP to support the REP's obligation to collect securitization bond-related (transition) charges on behalf of the utility. Under these tariffs, as a result of TCEH's credit rating being below investment grade, TCEH is required to post collateral support in an amount equal to estimated transition charges over specified time periods. Accordingly, as of December 31, 2008 and 2007, TCEH had posted letters of credit in the amount of $13 million and $14 million, respectively, for the benefit of Oncor.

F-389

- At the closing of the Merger, Oncor entered into a $2 billion revolving credit facility with a syndicate of financial institutions and other lenders. The syndicate includes affiliates of GS Capital Partners. Affiliates of GS Capital Partners (a member of the Sponsor Group) have from time-to-time engaged in commercial banking transactions with Oncor Holdings or it subsidiaries in the normal course of business.

- Affiliates of the Sponsor Group have, and may, acquire debt or debt securities issued by Oncor Holdings or its subsidiaries in open market transactions or through loan syndications. In addition, affiliates of the Sponsor Group acted as initial purchasers in Oncor's $1.5 billion senior secured notes offering in September 2008.

See Notes 7, 9, 13 and 17 for information regarding the tax sharing agreement, the accounts receivable securitization program, distributions to Intermediate Holding and the allocation of EFH Corp.'s pension and OPEB costs to Oncor Holdings, respectively.

## 20. SUPPLEMENTARY FINANCIAL INFORMATION

### Other Income and Deductions

| | Successor | | Predecessor | |
|---|---|---|---|---|
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| **Other income:** | | | | |
| Net gain on sale of other properties and investment | $ 1 | $ 1 | $ 3 | $ 1 |
| Accretion of adjustment (discount) to regulatory assets due to purchase accounting (Note 2) | 44 | 10 | ------ | ------ |
| Other | — | — | — | 1 |
| Total other income | $ 45 | $ 11 | $ 3 | $ 2 |
| **Other deductions:** | | | | |
| Charges related to 2006 cities rate settlements (Note 5) | $ 13 | $ 6 | $ 20 | $ 13 |
| Expenses related to canceled InfrastruX Energy Services joint venture (a) | — | — | 3 | 7 |
| Equity losses in an unconsolidated affiliate (Note 19) | 4 | 1 | 2 | 4 |
| Other | 8 | 1 | 5 | 3 |
| Total other deductions | $ 25 | $ 8 | $ 30 | $ 27 |

(a) Consists of previously deferred costs arising from operational activities to transition to the joint venture arrangement, which was canceled in connection with the Merger.

### Major Customers

Amounts billed to TCEH represented 39% and amounts billed to one large nonaffiliated REP represented 16% of total operating revenues for the year ended December 31, 2008. No other customer represented 10% or more of total operating revenues.

F-390

Confidential

*Interest Expense and Related Charges*

| | Successor | | Predecessor | |
|---|---|---|---|---|
| | **Year Ended December 31, 2008** | **Period from October 11, 2007 through December 31, 2007** | **Period from January 1, 2007 through October 10, 2007** | **Year Ended December 31, 2006** |
| Interest ................................ | $314 | $ 70 | $242 | $287 |
| Amortization of fair value debt discounts resulting from purchase accounting .......................... | 3 | — | — | — |
| Amortization of debt issuance costs and discounts ..... | 5 | 1 | 7 | 5 |
| Allowance for funds used during construction—capitalized interest portion ...................... | (6) | (1) | (7) | (6) |
| Total interest expense and related charges ........ | $316 | $ 70 | $242 | $286 |

*Property, Plant and Equipment*

| | Successor | |
|---|---|---|
| | December 31, | |
| | **2008** | **2007** |
| Assets in service: | | |
| Distribution ................................................. | $ 8,429 | $ 8,036 |
| Transmission ................................................. | 3,626 | 3,388 |
| Other assets ................................................. | 477 | 388 |
| Total .................................................. | 12,532 | 11,812 |
| Less accumulated depreciation ................................... | 4,158 | 3,932 |
| Net of accumulated depreciation ................................ | 8,374 | 7,880 |
| Construction work in progress ....................................... | 213 | 170 |
| Held for future use ................................................ | 19 | 19 |
| Property, plant and equipment—net ................................... | $ 8,606 | $ 8,069 |

Depreciation expense as a percent of average depreciable property approximated 2.8% for 2008, 2007 and 2006.

*Intangible Assets*

Intangible assets other than goodwill reported in the balance sheet are comprised of the following:

| | Successor | | | | | |
|---|---|---|---|---|---|---|
| | As of December 31, 2008 | | | As of December 31, 2007 | | |
| | **Gross Carrying Amount** | **Accumulated Amortization** | **Net** | **Gross Carrying Amount** | **Accumulated Amortization** | **Net** |
| Intangible assets subject to amortization included in property and equipment: | | | | | | |
| Land easements ...................... | $184 | $ 69 | $115 | $179 | $ 67 | $112 |
| Capitalized software ................... | 145 | 80 | 65 | 122 | 63 | 59 |
| Total ........................... | $329 | $149 | $180 | $301 | $130 | $171 |

F-391

EFIHMW00246469

Aggregate amortization expense for intangible assets totaled $19 million for the year ended December 31, 2008, $3 million for the period October 11, 2007 through December 31, 2007, $11 million for the period January 1, 2007 through October 10, 2007, and $20 million for the year ended December 31, 2006. At December 31, 2008, the weighted average remaining useful lives of capitalized land easements and software were 69 years and 10 years, respectively. The estimated aggregate amortization expense for each of the five succeeding fiscal years from December 31, 2008 is as follows:

| Year | Amortization Expense |
|---|---|
| 2009 | $21 |
| 2010 | 15 |
| 2011 | 12 |
| 2012 | 10 |
| 2013 | 5 |

Goodwill of $4.9 billion was reported on the balance sheet as of December 31, 2007 and represented the portion of the goodwill arising from the Merger under purchase accounting that was assigned to the Regulated Delivery reporting unit of EFH Corp. The balance reported at December 31, 2008 is $4.1 billion. See Note 2 for discussion of financial statement effects of the Merger and Note 3 for discussion of the goodwill impairment. None of this goodwill is being deducted for tax purposes.

### Other Noncurrent Liabilities and Deferred Credits

The balance of other noncurrent liabilities and deferred credits consists of the following:

| | Successor | |
|---|---|---|
| | December 31, 2008 | December 31, 2007 |
| Retirement plan and other employee benefits | $1,115 | $744 |
| Liabilities related to subsidiary tax sharing agreement | 299 | — |
| Uncertain tax positions (including accrued interest) (Note 6) | 144 | 134 |
| Nuclear decommissioning cost under-recovery (a) | 127 | — |
| Other | 35 | 20 |
| Total other noncurrent liabilities and deferred credits | $1,720 | $898 |

(a)  Represents intercompany payable to TCEH offset in Oncor's net reported regulatory asset/liability. See Note 8.

*Liabilities Related to Subsidiary Tax Sharing Agreement*—Amount represents the noncontrolling interests' portion of the previously recorded net deferred tax liabilities of Oncor. Upon the sale of noncontrolling interests in Oncor (see Note 14), Oncor became a partnership for US federal income tax purposes, and the temporary differences which gave rise to the deferred taxes will, over time, become taxable to the noncontrolling interests. Under a tax sharing agreement among Oncor and its equity holders, Oncor reimburses the equity holders for income taxes as the partnership earnings become taxable to the equity holders. Accordingly, as the temporary differences become taxable, the equity holders will be reimbursed by Oncor. In the unlikely event such amounts are not reimbursed under the tax sharing agreement, it is probable they would be refunded to rate payers.

F-392

Confidential

*Supplemental Cash Flow Information*

| | Successor | | Predecessor | |
|---|---|---|---|---|
| | **Year Ended December 31, 2008** | **Period from October 11, 2007 through December 31, 2007** | **Period from January 1, 2007 through October 10, 2007** | **Year Ended December 31, 2006** |
| Cash payments: | | | | |
| Interest paid .......................... | $284 | $ 72 | $240 | $287 |
| Capitalized interest ..................... | (6) | (1) | (7) | (6) |
| Interest (net of amounts capitalized) ..... | 278 | 71 | 233 | 281 |
| Income taxes ......................... | 65 | 26 | 106 | 290 |
| Noncash investing and financing activities: | | | | |
| Noncash construction expenditures (a) ....... | 49 | 70 | 25 | 33 |
| Noncash distribution of investment to parent ............................... | 24 | — | — | — |
| Noncash contribution related to incentive compensation plans ................... | — | 28 | — | 5 |
| Noncash capital contribution from Texas Holdings ............................. | — | 12 | — | — |
| Noncash contribution for pension-related assets ............................... | — | — | — | 15 |

(a)   Represents end-of-period accruals.

F-393

Confidential

# GLOSSARY

When the following terms and abbreviations appear in the text of this report, they have the meanings indicated below.

| | |
|---|---|
| **2008 Audited Financial Statements** . . . . | Oncor Holdings' audited financial statements for the year ended December 31, 2008 |
| **EFC Holdings** . . . . . . . . . . . . . . . . . . . . | Refers to Energy Future Competitive Holdings Company, a direct subsidiary of EFH Corp. and the direct parent of TCEH. |
| **EFH Corp.** . . . . . . . . . . . . . . . . . . . . . . | Refers to Energy Future Holdings Corp., a holding company, and/or its subsidiaries, depending on context. Its major subsidiaries include Oncor and TCEH. |
| **ERCOT** . . . . . . . . . . . . . . . . . . . . . . . . | Electric Reliability Council of Texas, the independent system operator and the regional coordinator of the various electricity systems within Texas |
| **FASB** . . . . . . . . . . . . . . . . . . . . . . . . . | Financial Accounting Standards Board, the designated organization in the private sector for establishing standards for financial accounting and reporting |
| **GAAP** . . . . . . . . . . . . . . . . . . . . . . . . . | generally accepted accounting principles |
| **Intermediate Holding** . . . . . . . . . . . . . . | Refers to Energy Future Intermediate Holding Company LLC, a direct, wholly-owned subsidiary of EFH Corp. and the direct parent of Oncor Holdings. |
| **Investment LLC** . . . . . . . . . . . . . . . . . . | Refers to Oncor Management Investment LLC, a Delaware limited liability company and noncontrolling interest owner of Oncor, whose managing member is Oncor and whose Class B Interests are owned by officers, directors and key employees of Oncor. |
| **LIBOR** . . . . . . . . . . . . . . . . . . . . . . . . . | London Interbank Offered Rate. An interest rate at which banks can borrow funds, in marketable size, from other banks in the London interbank market. |
| **Limited Liability Company Agreement** . . . . . . . . . . . . . . . . . . . . . . | The Second Amended and Restated Limited Liability Company Agreement of Oncor, dated as of November 5, 2008, by and among Oncor Holdings, Texas Transmission and Investment LLC, as amended. |
| **Merger** . . . . . . . . . . . . . . . . . . . . . . . . | The transaction referred to in the Merger Agreement (defined immediately below) that was completed on October 10, 2007. |
| **Merger Agreement** . . . . . . . . . . . . . . . . | Agreement and Plan of Merger, dated February 25, 2007, under which Texas Holdings agreed to acquire EFH Corp. |
| **Moody's** . . . . . . . . . . . . . . . . . . . . . . . . | Moody's Investors Services, Inc. (a credit rating agency) |
| **Oncor** . . . . . . . . . . . . . . . . . . . . . . . . . | Refers to Oncor Electric Delivery Company LLC, a direct, majority-owned subsidiary of Oncor Holdings, and/or its wholly-owned consolidated bankruptcy-remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC, depending on context. |
| **Oncor Holdings** . . . . . . . . . . . . . . . . . . | Refers to Oncor Electric Delivery Holdings Company LLC, a direct, wholly-owned subsidiary of Intermediate Holding and the direct majority owner of Oncor. |
| **Oncor Ring-Fenced Entities** . . . . . . . . . | Refers to Oncor Holdings and its direct and indirect subsidiaries. |
| **OPEB** . . . . . . . . . . . . . . . . . . . . . . . . . | other postretirement employee benefits |
| **PUCT** . . . . . . . . . . . . . . . . . . . . . . . . . | Public Utility Commission of Texas |

F-394

EFIHMW00246472

| | |
|---|---|
| **Purchase accounting** . . . . . . . . . . . . . . | The purchase method of accounting for a business combination as prescribed by GAAP, whereby the cost or "purchase price" of a business combination, including the amount paid for the equity and direct transaction costs are allocated to identifiable assets and liabilities (including intangible assets) based upon their fair values. The excess of the purchase price over the fair values of assets and liabilities is recorded as goodwill. |
| **REP** . . . . . . . . . . . . . . . . . . . . . . . . . . | retail electric provider |
| **SEC** . . . . . . . . . . . . . . . . . . . . . . . . . . | US Securities and Exchange Commission |
| **Sponsor Group** . . . . . . . . . . . . . . . . . . | Collectively, the investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P. (KKR), TPG Capital, L.P. and GS Capital Partners, an affiliate of Goldman Sachs & Co. (See Texas Holdings below.) |
| **TCEH** . . . . . . . . . . . . . . . . . . . . . . . . | Refers to Texas Competitive Electric Holdings Company LLC, a direct, wholly-owned subsidiary of EFC Holdings and an indirect subsidiary of EFH Corp., and/or its subsidiaries, depending on context. |
| **Texas Holdings** . . . . . . . . . . . . . . . . . . | Refers to Texas Energy Future Holdings Limited Partnership, a limited partnership controlled by the Sponsor Group that owns substantially all of the common stock of EFH Corp. |
| **Texas Holdings Group** . . . . . . . . . . . . . | Refers to Texas Holdings and its direct and indirect subsidiaries other than the Oncor Ring-Fenced Entities. |
| **Texas Transmission** . . . . . . . . . . . . . . | Refers to Texas Transmission Investment LLC, a limited liability company that owns a 19.75% equity interest in Oncor. Texas Transmission is not affiliated with EFH Corp., any of EFH Corp.'s subsidiaries or any member of the Sponsor Group. |
| **US** . . . . . . . . . . . . . . . . . . . . . . . . . . . | United States of America |

This quarterly report occasionally makes references to Oncor Holdings or Oncor when describing actions, rights or obligations of their respective subsidiaries. These references reflect the fact that the subsidiaries are consolidated with their respective parent companies for financial reporting purposes. However, these references should not be interpreted to imply that the parent company is actually undertaking the action or has the rights or obligations of the relevant subsidiary company or that the subsidiary company is undertaking an action or has the rights or obligations of its parent company or any other affiliate.

Confidential

EFIHMW00246473

**PX 014**
**Page 755 of 1116**

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Member of
Oncor Electric Delivery Holdings Company LLC
Dallas, Texas

We have reviewed the accompanying condensed consolidated balance sheet of Oncor Electric Delivery Holdings Company LLC and subsidiaries ("Oncor Holdings") as of September 30, 2009, and the related condensed statements of consolidated income and comprehensive income for the three-month and nine-month periods ended September 30, 2009 and 2008, and of consolidated cash flows for the nine-month periods ended September 30, 2009 and 2008. These interim financial statements are the responsibility of Oncor Holdings' management.

We conducted our reviews in accordance with the standards of the Public Company Accounting Oversight Board (United States). A review of interim financial information consists principally of applying analytical procedures and of making inquiries of persons responsible for financial and accounting matters. It is substantially less in scope than an audit conducted in accordance with the standards of the Public Company Accounting Oversight Board (United States), the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, we do not express such an opinion.

Based on our reviews, we are not aware of any material modifications that should be made to such condensed consolidated interim financial statements for them to be in conformity with accounting principles generally accepted in the United States of America.

We have previously audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated balance sheet of Oncor Electric Delivery Holdings Company LLC and subsidiaries as of December 31, 2008, and the related statements of consolidated income (loss), comprehensive income (loss), cash flows, and membership interests for the year then ended (not presented herein); and in our report dated September 2, 2009 (which report includes an explanatory paragraph related to (1) Oncor Holdings being a wholly owned subsidiary of Energy Future Holdings Corp., which was merged with Texas Energy Future Merger Sub Corp on October 10, 2007 and (2) the retrospective adoption of the provisions of accounting guidance related to noncontrolling interests in consolidated financial statements), we expressed an unqualified opinion on those consolidated financial statements. In our opinion, the information set forth in the accompanying condensed consolidated balance sheet as of December 31, 2008 is fairly stated, in all material respects, in relation to the consolidated balance sheet from which it has been derived.

/s/ Deloitte & Touche LLP

Dallas, Texas
October 29, 2009

F-396

EFIHMW00246474

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC**

**CONDENSED STATEMENTS OF CONSOLIDATED INCOME**

(Unaudited)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2009 | 2008 | 2009 | 2008 |
| | (millions of dollars) | | | |
| Operating revenues: | | | | |
| Affiliated | $308 | $290 | $ 783 | $ 775 |
| Nonaffiliated | 462 | 438 | 1,254 | 1,194 |
| Total operating revenues | 770 | 728 | 2,037 | 1,969 |
| Operating expenses: | | | | |
| Operation and maintenance | 245 | 221 | 698 | 640 |
| Write off of regulatory assets (Note 2) | 25 | — | 25 | — |
| Depreciation and amortization | 147 | 128 | 405 | 370 |
| Income taxes | 49 | 73 | 122 | 162 |
| Taxes other than income taxes | 99 | 100 | 287 | 289 |
| Total operating expenses | 565 | 522 | 1,537 | 1,461 |
| Operating income | 205 | 206 | 500 | 508 |
| Other income and deductions: | | | | |
| Other income (Note 9) | 10 | 12 | 30 | 34 |
| Other deductions (Note 9) | 5 | 4 | 14 | 21 |
| Nonoperating income taxes | 7 | 7 | 19 | 17 |
| Interest income | 13 | 12 | 32 | 34 |
| Interest expense and related charges (Note 9) | 85 | 80 | 258 | 229 |
| Net income | 131 | 139 | 271 | 309 |
| Net income attributable to noncontrolling interests | 26 | — | 54 | — |
| Net income attributable to Oncor Holdings | $105 | $139 | $ 217 | $ 309 |

See Notes to Financial Statements.

F-397

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC**

**CONDENSED STATEMENTS OF CONSOLIDATED COMPREHENSIVE INCOME**
**(Unaudited)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2009 | 2008 | 2009 | 2008 |
| | (millions of dollars) | | | |
| Net income | $131 | $139 | $271 | $309 |
| Other comprehensive income, net of tax effects: | | | | |
| Cash flow hedges: | | | | |
| Net decrease in fair value of derivatives (net of tax benefit of $—, $1, $—and $1) | — | (2) | — | (2) |
| Comprehensive income | 131 | 137 | 271 | 307 |
| Comprehensive income attributable to noncontrolling interests | 26 | — | 54 | — |
| Comprehensive income attributable to Oncor Holdings | $105 | $137 | $217 | $307 |

See Notes to Financial Statements.

F-398

EFIHMW00246476

## ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC
### CONDENSED STATEMENTS OF CONSOLIDATED CASH FLOWS
#### (Unaudited)

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2009 | 2008 |
| | (millions of dollars) | |
| Cash flows — operating activities: | | |
| Net income | $ 271 | $ 309 |
| Adjustments to reconcile net income to cash provided by operating activities: | | |
| Depreciation and amortization | 379 | 340 |
| Write-off of regulatory assets (Note 2) | 25 | — |
| Deferred income taxes — net | 63 | 63 |
| Amortization of investment tax credits | (4) | (4) |
| Other — net | (2) | 4 |
| Changes in operating assets and liabilities: | | |
| Deferred advanced metering system revenues (Note 2) | 51 | — |
| Other operating assets and liabilities | (129) | (122) |
| Cash provided by operating activities | 654 | 590 |
| Cash flows — financing activities: | | |
| Issuance of long-term debt | — | 1,500 |
| Repayments of long-term debt | (70) | (67) |
| Net increase (decrease) in short-term borrowings | 200 | (1,130) |
| Distributions to Parent | (117) | (213) |
| Distributions to noncontrolling interests | (32) | — |
| Decrease in income tax-related note receivable from TCEH | 27 | 24 |
| Debt discount, financing and reacquisition expenses — net | (3) | (15) |
| Cash provided by financing activities | 5 | 99 |
| Cash flows — investing activities: | | |
| Capital expenditures | (728) | (654) |
| Costs to remove retired property | (30) | (26) |
| Other | (4) | 1 |
| Cash used in investing activities | (762) | (679) |
| Net change in cash and cash equivalents | (103) | 10 |
| Cash and cash equivalents — beginning balance | 126 | 22 |
| Cash and cash equivalents — ending balance | $ 23 | $ 32 |

See Notes to Financial Statements.

F-399

Confidential

## ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC

### CONDENSED CONSOLIDATED BALANCE SHEETS
#### (Unaudited)

| | September 30, 2009 | December 31, 2008 |
|---|---|---|
| | (millions of dollars) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 23 | $ 126 |
| Restricted cash (Note 9) | 64 | 51 |
| Trade accounts receivable from nonaffiliates—net (Note 9) | 253 | 217 |
| Trade accounts and other receivables from affiliates | 211 | 182 |
| Income taxes receivable from parent (Note 8) | — | 22 |
| Materials and supplies inventories—at average cost | 79 | 63 |
| Accumulated deferred income taxes | 7 | 54 |
| Prepayments | 83 | 75 |
| Other current assets | 7 | 9 |
| Total current assets | 727 | 799 |
| Restricted cash (Note 9) | 15 | 16 |
| Investments and other property (Note 9) | 72 | 72 |
| Property, plant and equipment — net (Note 9) | 9,058 | 8,606 |
| Goodwill | 4,064 | 4,064 |
| Note receivable due from TCEH (Note 8) | 227 | 254 |
| Regulatory assets — net (Note 2) | 1,755 | 1,892 |
| Other noncurrent assets | 54 | 60 |
| Total assets | $15,972 | $15,763 |
| **LIABILITIES AND MEMBERSHIP INTERESTS** | | |
| Current liabilities: | | |
| Short-term borrowings (Note 3) | $ 537 | $ 337 |
| Long-term debt due currently (Note 4) | 106 | 103 |
| Trade accounts payable | 128 | 124 |
| Income taxes payable to parent (Note 8) | 2 | — |
| Accrued taxes other than income taxes | 116 | 141 |
| Accrued interest | 74 | 103 |
| Other current liabilities | 116 | 99 |
| Total current liabilities | 1,079 | 907 |
| Accumulated deferred income taxes | 1,225 | 1,192 |
| Investment tax credits | 38 | 42 |
| Long-term debt, less amounts due currently (Note 4) | 5,031 | 5,101 |
| Other noncurrent liabilities and deferred credits | 1,653 | 1,720 |
| Total liabilities | 9,026 | 8,962 |
| Commitments and Contingencies (Note 5) | | |
| Membership interests (Note 6): | | |
| Oncor Holdings membership interest | 5,568 | 5,446 |
| Noncontrolling interests in subsidiary | 1,378 | 1,355 |
| Total membership interests | 6,946 | 6,801 |
| Total liabilities and membership interests | $15,972 | $15,763 |

See Notes to Financial Statements.

F-400

EFIHMW00246478

ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC

NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
(Unaudited)

## 1.  SIGNIFICANT ACCOUNTING POLICIES AND BUSINESS

### Description of Business

Oncor Holdings is a Dallas, Texas-based holding company whose financial statements reflect almost entirely the operations of its direct, majority (approximately 80%) owned subsidiary, Oncor. Oncor is a regulated electricity transmission and distribution company principally engaged in providing delivery services to REPs, including subsidiaries of TCEH, that sell power in the north-central, eastern and western parts of Texas. Distribution revenues from TCEH represented 38% and 39% of total revenues for the nine months ended September 30, 2009 and 2008, respectively. Oncor Holdings is a direct, wholly-owned subsidiary of Intermediate Holding, a direct, wholly-owned subsidiary of EFH Corp. Oncor Holdings' financial statements reflect almost entirely the operations of Oncor; consequently, there are no separate reportable business segments.

References in this report to Oncor Holdings are to Oncor Holdings and/or its direct or indirect subsidiaries as apparent in the context. See "Glossary" for definition of terms and abbreviations.

Various "ring-fencing" measures have been taken to enhance the credit quality of Oncor Holdings and Oncor. Such measures include, among other things: Oncor Holdings' sale of a 19.75% equity interest in Oncor to Texas Transmission in November 2008; maintenance of separate books and records for the Oncor Ring-Fenced Entities; Oncor's board of directors being comprised of a majority of independent directors, and prohibitions on the Oncor Ring-Fenced Entities' providing credit support to, or receiving credit support from, any member of the Texas Holdings Group. The assets and liabilities of the Oncor Ring-Fenced Entities are separate and distinct from those of the Texas Holdings Group, and none of the assets of the Oncor Ring-Fenced Entities are available to satisfy the debt or other obligations of any member of the Texas Holdings Group. Accordingly, Oncor's operations are conducted, and its cash flows managed, independently from the Texas Holdings Group.

### Basis of Presentation

Oncor Holdings' condensed consolidated financial statements have been prepared in accordance with US GAAP and on the same basis as the audited financial statements included in the 2008 Audited Financial Statements. All adjustments (consisting of normal recurring accruals) necessary for a fair presentation of the results of operations and financial position have been included therein. All intercompany items and transactions have been eliminated in consolidation. Certain information and footnote disclosures normally included in annual consolidated financial statements prepared in accordance with US GAAP have been omitted pursuant to the rules and regulations of the SEC. Because the condensed consolidated interim financial statements do not include all of the information and footnotes required by US GAAP, they should be read in conjunction with the audited financial statements and related notes included in the 2008 Audited Financial Statements. The results of operations for an interim period may not give a true indication of results for a full year. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated. Subsequent events have been evaluated through October 29, 2009, the date these condensed consolidated financial statements were issued.

Effective with reporting for the third quarter 2009, income tax expense related to noncontrolling interests is included in operating income instead of other income and deductions. Such income tax amounts for the year-to-date period ended September 30, 2009 included $8 million related to each of the three months ended March 31 and June 30, 2009.

F-401

Confidential

*Use of Estimates*

Preparation of the financial statements requires estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and the reported amounts of revenue and expense, including fair value measurements. In the event estimates and/or assumptions prove to be different from actual amounts, adjustments are made in subsequent periods to reflect more current information. No material adjustments, other than those disclosed elsewhere herein, were made to previous estimates or assumptions during the current year.

*Property, Plant and Equipment*

Properties are stated at original cost. The cost of self-constructed property additions includes materials and both direct and indirect labor and applicable overhead and an allowance for funds used during construction.

Depreciation of property, plant and equipment is calculated on a straight-line basis over the estimated service lives of the properties based on depreciation rates approved by the PUCT. Depreciation rates include plant removal costs as a component of depreciation expense, consistent with regulatory treatment. As is common in the industry, depreciation expense is recorded using composite depreciation rates that reflect blended estimates of the lives of major asset components as compared to depreciation expense calculated on an asset-by-asset basis.

In accordance with the PUCT's August 2009 order in Oncor's rate review, the remaining net book value and anticipated removal cost of existing meters that are being replaced by advanced meters is being charged (amortized) to expense over an 11-year cost recovery period.

*Changes in Accounting Standards*

In June 2009, the FASB issued "The *FASB Accounting Standards Codification*™ and the Hierarchy of Generally Accepted Accounting Principles," which establishes the *FASB Accounting Standards Codification*™ (Codification) as the source of authoritative US GAAP recognized by the FASB to be applied to nongovernmental entities. The Codification was effective for financial statements issued for interim and annual periods ending after September 15, 2009. The adoption of the Codification did not affect reported results of operations, financial condition or cash flows. Oncor Holdings implemented the Codification in this quarterly report.

In May 2009, the FASB issued new guidance related to subsequent events that requires disclosure of the date through which Oncor Holdings has evaluated subsequent events related to the financial statements being issued and the basis for that date (either the date the financial statements were issued or the date they were available to be issued). This guidance was effective for interim and annual reporting periods ending after June 15, 2009. The adoption of this guidance as of April 1, 2009 did not affect reported results of operations, financial condition or cash flows, and the required disclosure is provided above in "Basis of Presentation."

In April 2009, the FASB issued new guidance requiring the disclosure of summarized financial information about the fair value of financial instruments for interim reporting. This new guidance was effective for interim reporting periods ending after June 15, 2009, and Oncor Holdings adopted it as of April 1, 2009. As this new guidance provides only disclosure requirements, the adoption did not have any effect on reported results of operations, financial condition or cash flows. The disclosures are provided in Note 4.

In December 2008, the FASB issued new guidance for employers' disclosures about postretirement benefit plan assets. This new guidance provides enhanced disclosures regarding how investment allocation decisions are made and certain aspects of fair value measurements on plan assets. The required disclosures are intended to provide transparency related to the types of assets and associated risks in an employer's defined benefit pension or other postretirement employee benefits plan and events in the economy and markets that could have a significant effect on the value of plan assets. These new disclosure requirements are effective for fiscal years ending after December 15, 2009. As this new guidance provides only disclosure requirements, the adoption will not have any effect on reported results of operations, financial condition or cash flows.

F-402

In December 2007, the FASB issued amended guidance for accounting for noncontrolling interests in consolidated financial statements effective for fiscal years beginning on or after December 15, 2008. This amended guidance requires noncontrolling interests in subsidiaries initially to be measured at fair value and classified as a separate component of equity. Effective January 1, 2009, on a retrospective basis, Oncor Holdings classified the noncontrolling interests created as a result of Oncor's November 2008 sale of equity interests ($1.355 billion at December 31, 2008) as a separate component of membership interests in the balance sheet, and reported consolidated net income includes the net income attributable to noncontrolling interests.

## 2.   REGULATORY ASSETS AND LIABILITIES

Recognition of regulatory assets and liabilities and the amortization periods over which they are expected to be recovered or refunded through rate regulation reflect the decisions of the PUCT. Components of the regulatory assets and liabilities are provided in the table below. Amounts not earning a return through rate regulation are noted. On August 31, 2009, the PUCT issued a final order on Oncor's rate review filed in June 2008. The rate review included a determination of the recoverability of regulatory assets as of December 31, 2007, including the recoverability period of those assets deemed allowable by the PUCT. The PUCT's findings included denial of recovery of certain regulatory assets primarily related to business restructuring costs and rate case expenses, which resulted in a $25 million charge ($16 million after-tax) in the third quarter 2009 reported as write off of regulatory assets.

| | Remaining Rate Recovery/Amortization Period as of September 30, 2009 | Carrying Amount | |
|---|---|---|---|
| | | September 30, 2009 | December 31, 2008 |
| **Regulatory assets:** | | | |
| Generation-related regulatory assets securitized by transition bonds (a) | 7 years | $  787 | $  865 |
| Employee retirement costs | 5 years | 84 | — |
| Employee retirement costs to be reviewed (b)(c) | To be determined | 37 | 100 |
| Employee retirement liability (a)(c)(d) | To be determined | 542 | 559 |
| Self-insurance reserve (primarily storm recovery costs)—net | 7 years | 142 | — |
| Self-insurance reserve to be reviewed (b)(c) | To be determined | 109 | 214 |
| Nuclear decommissioning cost under-recovery (a)(c)(e) | Not applicable | 90 | 127 |
| Securities reacquisition costs (pre-industry restructure) | 8 years | 63 | 68 |
| Securities reacquisition costs (post-industry restructure) | Terms of related debt | 28 | 29 |
| Recoverable amounts for/in lieu of deferred income taxes—net | Life of related asset or liability | 76 | 77 |
| Rate case expenses (f) | Largely 3 years | 9 | 10 |
| Rate case expenses to be reviewed (b)(c) | To be determined | 2 | — |
| Advanced meter customer education costs | 10 years | 4 | 2 |
| Deferred conventional meter depreciation | 10 years | 2 | — |
| Business restructuring costs (g) | Not applicable | — | 20 |
| Total regulatory assets | | 1,975 | 2,071 |
| **Regulatory liabilities:** | | | |
| Committed spending for demand-side management initiatives (a) | 3 years | 87 | 96 |
| Deferred advanced metering system revenues | 10 years | 51 | — |
| Investment tax credit and protected excess deferred taxes | Various | 46 | 49 |
| Over-collection of securitization (transition) bond revenues (a) | 7 years | 32 | 28 |
| Other regulatory liabilities (a) | Various | 4 | 6 |
| Total regulatory liabilities | | 220 | 179 |
| Net regulatory asset | | $1,755 | $1,892 |

(a)   Not earning a return in the regulatory rate-setting process.
(b)   Costs incurred since the period covered under the last rate review.
(c)   Recovery is specifically authorized by statute, subject to reasonableness review by the PUCT.
(d)   Represents unfunded liabilities recorded in accordance with pension and OPEB accounting standards.
(e)   Offset by an intercompany payable to TCEH. See Note 8.

F-403

EFIHMW00246481

**PX 014**
**Page 763 of 1116**

(f)   Rate case expenses totaling $4 million were disallowed by the PUCT and written off in the third quarter of 2009.
(g)   All previously recorded business restructuring costs were disallowed by the PUCT and written off in the third quarter of 2009.

As part of purchase accounting, the carrying value of the generation-related regulatory assets was reduced by $213 million, and this amount is being accreted to other income over the approximate nine-year recovery period remaining as of the date of the Merger.

In September 2008, the PUCT approved a settlement for Oncor to recover its estimated future investment for advanced metering deployment. Oncor began billing the advanced metering surcharge in the January 2009 billing month cycle. The surcharge is expected to total $1.023 billion over the 11-year recovery period and includes a cost recovery factor of $2.19 per month per residential retail customer and $2.39 to $5.15 per month for non-residential retail customers. Oncor Holdings accounts for the difference between the surcharge billings for advanced metering facilities and the allowed revenues under the surcharge provisions, which are based on expenditures and an allowed return, as a regulatory asset or liability. Such differences arise principally as a result of timing of expenditures. As indicated in the table above, the regulatory liability at September 30, 2009 totaled $51 million.

See Note 8 for additional information regarding nuclear decommissioning cost recovery.

## 3.   BORROWINGS UNDER CREDIT FACILITIES

At September 30, 2009, Oncor had a $2.0 billion secured revolving credit facility, expiring October 10, 2013, to be used for its working capital and general corporate purposes, including issuances of commercial paper and letters of credit. Increases in the commitments under the facility may be requested in any amount up to $500 million, subject to the satisfaction of certain conditions. Amounts borrowed under the facility, once repaid, can be borrowed again from time to time. Borrowings are classified as short-term on the balance sheet.

At September 30, 2009, Oncor had outstanding borrowings under the credit facility totaling $537 million with an interest rate of 0.60% at the end of the period. At December 31, 2008, outstanding borrowings under the credit facility totaled $337 million with an interest rate of 1.98% at the end of the period. All outstanding borrowings at September 30, 2009 bear interest at LIBOR plus 0.350%, and a facility fee is payable (currently at a rate per annum equal to 0.125%) on the commitments under the facility, each based on Oncor's current credit ratings. The interest rate and facility fee per annum declined in June 2009 from LIBOR plus 0.425% and 0.150%, respectively, due to a two notch upgrade in Oncor's credit ratings by Moody's.

Availability under the credit facility as of September 30, 2009 was $1.341 billion. This availability excludes $122 million of commitments from a subsidiary of Lehman Brothers Holding Inc. (such subsidiary, Lehman) that has filed for bankruptcy under Chapter 11 of the US Bankruptcy Code. Availability under the credit facility as of December 31, 2008 was $1.508 billion, which excluded $155 million of commitments from Lehman. See Note 10 to the 2008 Audited Financial Statements for additional information.

F-404

EFIHMW00246482

## 4.  LONG-TERM DEBT

At September 30, 2009 and December 31, 2008, long-term debt consisted of the following:

| | September 30, 2009 | December 31, 2008 |
|---|---|---|
| Oncor (a): | | |
| 6.375% Fixed Senior Notes due May 1, 2012 | $ 700 | $ 700 |
| 5.950% Fixed Senior Notes due September 1, 2013 | 650 | 650 |
| 6.375% Fixed Senior Notes due January 15, 2015 | 500 | 500 |
| 6.800% Fixed Senior Notes due September 1, 2018 | 550 | 550 |
| 7.000% Fixed Debentures due September 1, 2022 | 800 | 800 |
| 7.000% Fixed Senior Notes due May 1, 2032 | 500 | 500 |
| 7.250% Fixed Senior Notes due January 15, 2033 | 350 | 350 |
| 7.500% Fixed Senior Notes due September 1, 2038 | 300 | 300 |
| Unamortized discount | (15) | (16) |
| Total Oncor | 4,335 | 4,334 |
| Oncor Electric Delivery Transition Bond Company LLC (b): | | |
| 4.030% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2010 | 13 | 54 |
| 4.950% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2013 | 130 | 130 |
| 5.420% Fixed Series 2003 Bonds due in semiannual installments through August 15, 2015 | 145 | 145 |
| 3.520% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2009 | 10 | 39 |
| 4.810% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2012 | 221 | 221 |
| 5.290% Fixed Series 2004 Bonds due in semiannual installments through May 15, 2016 | 290 | 290 |
| Total Oncor Electric Delivery Transition Bond Company LLC | 809 | 879 |
| Unamortized fair value discount related to transition bonds (c) | (7) | (9) |
| Total consolidated (d) | 5,137 | 5,204 |
| Less amount due currently | (106) | (103) |
| Total long-term debt | $5,031 | $5,101 |

_____

(a)  Secured with first priority lien on certain transmission and distribution assets equally and ratably with the credit facility. If the lien is terminated at Oncor's option upon the termination of the current credit facility, the notes will cease to be secured obligations and will become senior unsecured general obligations. See Note 11 to the 2008 Audited Financial Statements for additional information.

(b)  The transition bonds are nonrecourse to Oncor and were issued to securitize a regulatory asset.

(c)  The transition bonds, which secured regulatory assets not earning a return, were fair valued as of October 10, 2007 as a result of purchase accounting.

(d)  According to its organizational documents, Oncor Holdings is prohibited from directly incurring indebtedness for borrowed money.

Confidential

EFIHMW00246483

*Debt Repayments in 2009*

Repayments of long-term debt in 2009 totaled $70 million and represent transition bond principal payments at scheduled maturity dates.

*Fair Value of Long-Term Debt*

The estimated fair value of long-term debt (including current maturities) totaled $5.862 billion at September 30, 2009 and $4.990 billion at December 31, 2008, and the carrying amount totaled $5.137 billion and $5.204 billion, respectively. The fair value is estimated at the lesser of either the call price or the market value as determined by quoted market prices.

## 5.   COMMITMENTS AND CONTINGENCIES

*Legal Proceedings*

Oncor Holdings is involved in various legal and administrative proceedings in the normal course of business, the ultimate resolution of which, in the opinion of management, should not have a material effect upon its financial position, results of operations or cash flows.

*Guarantees*

Oncor has entered into contracts that contain guarantees to outside parties that could require performance or payment under certain conditions.

Oncor is the lessee under various operating leases that obligate it to guarantee the residual values of the leased assets. At September 30, 2009, both the aggregate maximum amount of residual values guaranteed and the estimated residual recoveries totaled approximately $10 million. These leased assets consist primarily of vehicles used in distribution activities. The average life of the residual value guarantees under the lease portfolio is approximately one year.

## 6.   MEMBERSHIP INTERESTS

*Cash Distributions*

During 2009, Oncor Holdings' board of directors declared and Oncor Holdings paid the following cash distributions to Intermediate Holding:

| Declaration Date | Payment Date | Amount Paid |
|---|---|---|
| August 18, 2009 . . . . . . . . . . . . . . . . . . . . . . . . | August 19, 2009 | $59 |
| May 19, 2009 . . . . . . . . . . . . . . . . . . . . . . . . | May 20, 2009 | $40 |
| February 18, 2009 . . . . . . . . . . . . . . . . . . . . . . . . | March 3, 2009 | $18 |

While there are no direct restrictions on Oncor Holdings' ability to distribute its net income that are currently material, substantially all of Oncor Holdings' net income is derived from Oncor. The boards of directors of each of Oncor and Oncor Holdings, which are composed of a majority of independent directors, can withhold distributions to the extent the boards determine that it is necessary to retain such amounts to meet expected future requirements of Oncor and/or Oncor Holdings. For the period beginning October 11, 2007 and ending December 31, 2012, distributions paid by Oncor (other than distributions of the proceeds of any issuance of limited liability company units) are limited by the Limited Liability Company Agreement to an amount not to exceed Oncor's net cumulative income determined in accordance with GAAP, as adjusted by applicable orders of the PUCT. Such adjustments include deducting the $72 million ($46 million after tax) one-time refund to

F-406

EFIHMW00246484

customers in September 2008 and deducting funds spent as part of the $100 million commitment for additional demand-side management or other energy efficiency initiatives (see Note 4 to the 2008 Audited Financial Statements) of which $13 million ($9 million after tax) has been spent through September 30, 2009, neither of which impacted net income due to purchase accounting, and removing the effect of the $860 million goodwill impairment charge from fourth quarter 2008 net income available for distribution. The refund and goodwill impairment charge are described in the 2008 Audited Financial Statements. Distributions are further limited by Oncor's required regulatory capital structure, as determined by the PUCT, to be at or below the assumed debt-to-equity ratio established periodically by the PUCT for ratemaking purposes, which is currently set at 60% debt to 40% equity. At September 30, 2009, no material amount of net income was restricted from being used to make distributions on membership interests.

*Noncontrolling Interests*

In November 2008, Oncor sold equity interests to Texas Transmission. Oncor also indirectly sold equity interests to certain members of its board of directors and its management team. Accordingly, after giving effect to all equity issuances, as of September 30, 2009, Oncor's ownership was as follows: 80.03% held by Oncor Holdings, 0.22% held indirectly by Oncor's management and board of directors and 19.75% held by Texas Transmission.

*Membership Interests*

The following table presents the changes to membership interests during the nine months ended September 30, 2009:

| | Capital Account | Accumulated Other Comprehensive Loss | Noncontrolling Interests | Total Membership Interests |
|---|---|---|---|---|
| Balance at December 31, 2008 | $5,448 | $ (2) | $1,355 | $6,801 |
| Net income | 217 | — | 54 | 271 |
| Distributions | (117) | — | — | (117) |
| Distributions to noncontrolling interests | — | — | (32) | (32) |
| Capital contributions (a) | 22 | — | — | 22 |
| Other | — | — | 1 | 1 |
| Balance at September 30, 2009 | $5,570 | $ (2) | $1,378 | $6,946 |

(a) Reflects noncash settlement of certain income taxes payable arising as a result of the sale of noncontrolling interests in Oncor.

## 7. PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS (OPEB) COSTS

Subsidiaries of Oncor Holdings are participating employers in the EFH Retirement Plan, a defined benefit pension plan sponsored by EFH Corp., and also participate with EFH Corp. and certain other affiliated subsidiaries of EFH Corp. to offer certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees. The net allocated pension and OPEB costs applicable to Oncor Holdings for the three and nine months ended September 30, 2009 and 2008 are comprised of the following:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2009 | 2008 | 2009 | 2008 |
| Amounts recognized as expense | $ 5 | $ 4 | $14 | $13 |
| Amounts deferred principally as a regulatory asset or property | 18 | 10 | 51 | 32 |
| Net pension and OPEB costs | $23 | $14 | $65 | $45 |

F-407

EFIHMW00246485

The discount rates reflected in net pension and OPEB costs in 2009 are 6.90% and 6.85%, respectively. The expected rates of return on pension and OPEB plan assets reflected in the 2009 cost amounts are 8.25% and 7.64%, respectively.

Subsidiaries of Oncor Holdings made contributions to EFH Corp.'s pension and OPEB plans of $41 million and $13 million, respectively, during the nine months ended September 30, 2009, and expect to make additional contributions of $16 million and $4 million, respectively, in the remainder of 2009.

## 8. RELATED—PARTY TRANSACTIONS

The following represents Oncor Holdings' significant related-party transactions:

- Oncor records revenue from TCEH, principally for electricity delivery fees, which totaled $308 million and $290 million for the three months ended September 30, 2009 and 2008, respectively, and $783 million and $775 million for the nine months ended September 30, 2009 and 2008, respectively.

- Oncor records interest income from TCEH with respect to generation-related regulatory assets, which have been securitized through the issuance of transition bonds by Oncor's bankruptcy-remote financing subsidiary. The interest income serves to offset interest expense on the transition bonds. This interest income totaled $10 million and $11 million for the three months ended September 30, 2009 and 2008, respectively, and $32 million and $35 million for the nine months ended September 30, 2009 and 2008, respectively.

- Incremental amounts payable related to income taxes as a result of delivery fee surcharges to customers related to transition bonds are reimbursed by TCEH. Oncor Holdings' financial statements reflect a note receivable from TCEH to Oncor of $263 million ($36 million reported as current in trade accounts and other receivables from affiliates) at September 30, 2009 and $289 million ($35 million reported as current in trade accounts and other receivables from affiliates) at December 31, 2008 related to these income taxes.

- An EFH Corp. subsidiary charges Oncor for financial and certain other administrative services at cost. These costs, which are reported in operation and maintenance expenses, totaled $6 million and $5 million for the three months ended September 30, 2009 and 2008, respectively, and $19 million and $17 million for the nine months ended September 30, 2009 and 2008, respectively.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility (reported on TCEH's balance sheet) is funded by a delivery fee surcharge collected from REPs by Oncor and remitted to TCEH. These trust fund assets are established with the intent to be sufficient to fund the estimated decommissioning liability (also reported on TCEH's balance sheet). Income and expenses associated with the trust fund and the decommissioning liability recorded by TCEH are offset by a net change in the Oncor and TCEH intercompany receivable/payable, which in turn results in a change in Oncor's reported net regulatory asset/liability. The regulatory asset of $90 million and $127 million at September 30, 2009 and December 31, 2008, respectively, represents the excess of the net decommissioning liability over the trust fund balance.

- Oncor has a 19.5% limited partnership interest, with carrying values of $4 million and $5 million at September 30, 2009 and December 31, 2008, respectively, in an EFH Corp. subsidiary holding principally software-related assets. Equity losses related to this interest are reported in other deductions and totaled $1 million for both the three months ended September 30, 2009 and 2008 and $1 million and $3 million for the nine months ended September 30, 2009 and 2008, respectively. These losses primarily represent amortization of software assets held by the subsidiary.

- EFH Corp. files a consolidated federal income tax return and allocates income tax liabilities to Oncor Holdings under a tax sharing agreement substantially as if Oncor Holdings was filing its own income tax returns. Oncor Holdings' results are included in the consolidated Texas state margin tax return filed by EFH Corp. Oncor Holdings' amount payable to EFH Corp. related to income taxes totaled $2 million at September 30, 2009, and amount receivable from EFH Corp. related to income taxes,

F-408

EFIHMW00246486

primarily due to timing of payments, totaled $22 million at December 31, 2008. Income tax payments in the nine months ended September 30, 2009 totaled $19 million to EFH Corp., and Oncor made federal income tax payments totaling $9 million to noncontrolling interests.

- Oncor held cash collateral of $15 million on both September 30, 2009 and December 31, 2008 provided by TCEH related to interconnection agreements for three generation units being developed by TCEH. The collateral is reported in the balance sheet in other current liabilities.

- Certain transmission and distribution utilities in Texas have tariffs in place to assure adequate creditworthiness of any REP to support the REP's obligation to collect securitization bond-related (transition) charges on behalf of the utility. Under these tariffs, as a result of TCEH's credit rating being below investment grade, TCEH is required to post collateral support in an amount equal to estimated transition charges over specified time periods. Accordingly, as of September 30, 2009 and December 31, 2008, TCEH had posted letters of credit in the amounts of $16 million and $13 million, respectively, for Oncor's benefit.

- At the closing of the Merger, Oncor entered into its current $2 billion revolving credit facility with a syndicate of financial institutions and other lenders. The syndicate includes affiliates of GS Capital Partners. Affiliates of GS Capital Partners (a member of the Sponsor Group) have from time to time engaged in commercial banking transactions with Oncor Holdings or its subsidiaries in the normal course of business.

- Affiliates of the Sponsor Group have, and may, sell, acquire or participate in the offerings of debt or debt securities issued by Oncor Holdings or its subsidiaries in open market transactions or through loan syndications.

See Notes 6 and 7 for information regarding distributions to Intermediate Holding, capital contributions and the allocation of EFH Corp.'s pension and OPEB costs to Oncor Holdings, respectively.

## 9. SUPPLEMENTARY FINANCIAL INFORMATION

### *Other Income and Deductions*

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2009 | 2008 | 2009 | 2008 |
| Other income: | | | | |
| Accretion of adjustment (discount) of regulatory assets resulting from purchase accounting | $ 10 | $ 11 | $ 30 | $33 |
| Net gain on sale of other properties and investments | — | 1 | — | 1 |
| Total other income | $ 10 | $ 12 | $ 30 | $34 |
| Other deductions: | | | | |
| Professional fees | $ 2 | $ 1 | $ 7 | $ 4 |
| Costs related to 2006 cities rate settlement | 1 | — | 2 | 13 |
| Other | 2 | 3 | 5 | 4 |
| Total other deductions | $ 5 | $ 4 | $ 14 | $21 |

### *Major Customers*

Distribution revenues from TCEH represented 40% of total operating revenues for both the three months ended September 30, 2009 and 2008, and 38% and 39% for the nine months ended September 30, 2009 and 2008, respectively. Revenues from subsidiaries of one nonaffiliated REP collectively represented 13% and 14% of total operating revenues for the three months ended September 30, 2009 and 2008, respectively, and 14% and 15% for the nine months ended September 30, 2009 and 2008, respectively. No other customer represented 10% or more of total operating revenues.

F-409

*Interest Expense and Related Charges*

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2009 | 2008 | 2009 | 2008 |
| Interest | $ 84 | $80 | $254 | $226 |
| Amortization of fair value debt discounts resulting from purchase accounting | — | 1 | 2 | 3 |
| Amortization of debt issuance costs and discounts | 2 | 1 | 5 | 4 |
| Allowance for funds used during construction—capitalized interest portion | (1) | (2) | (3) | (4) |
| Total interest expense and related charges | $ 85 | $80 | $258 | $229 |

*Restricted Cash*

All restricted cash amounts reported on the balance sheet relate to the securitization (transition) bonds.

*Trade Accounts Receivable*

| | September 30, 2009 | December 31, 2008 |
|---|---|---|
| Gross trade accounts receivable | $ 427 | $ 359 |
| Trade accounts receivable from TCEH | (172) | (135) |
| Allowance for uncollectible accounts | (2) | (7) |
| Trade accounts receivable from nonaffiliates—net | $ 253 | $ 217 |

Gross trade accounts receivable at September 30, 2009 and December 31, 2008 included unbilled revenues of $138 million and $140 million, respectively.

In April 2009, the PUCT finalized a new rule relating to the Certification of Retail Electric Providers. Under the new rule, write-offs of uncollectible amounts owed by nonaffiliated REPs are deferred as a regulatory asset. Accordingly, Oncor Holdings recognized a $3 million one-time reversal of bad debt expense in the three months ended June 30, 2009 representing bad debt reserves previously recognized for nonaffiliated REP accounts receivable.

*Investments*

| | September 30, 2009 | December 31, 2008 |
|---|---|---|
| Assets related to employee benefit plans, including employee savings programs, net of distributions | $66 | $65 |
| Investments in unconsolidated affiliates | 4 | 5 |
| Land | 2 | 2 |
| Total investments | $72 | $72 |

F-410

EFIHMW00246488

### Property, Plant and Equipment

At September 30, 2009 and December 31, 2008, property, plant and equipment of $9.1 billion and $8.6 billion, respectively, is stated net of accumulated depreciation and amortization of $4.3 and $4.2 billion, respectively.

### Intangible Assets

Intangible assets other than goodwill reported in the balance sheet are comprised of the following:

| | As of September 30, 2009 | | | As of December 31, 2008 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Intangible assets subject to amortization included in property, plant and equipment: | | | | | | |
| Land easements | $184 | $ 71 | $113 | $184 | $ 69 | $115 |
| Capitalized software | 203 | 99 | 104 | 145 | 80 | 65 |
| Total | $387 | $170 | $217 | $329 | $149 | $180 |

Aggregate amortization expense for intangible assets totaled $9 million and $5 million for the three months ended September 30, 2009 and 2008, respectively, and $21 million and $14 million for the nine months ended September 30, 2009 and 2008, respectively. The estimated aggregate amortization expense for each of the five succeeding fiscal years from December 31, 2008 is as follows:

| Year | Amortization Expense |
|---|---|
| 2009 | $29 |
| 2010 | 25 |
| 2011 | 22 |
| 2012 | 19 |
| 2013 | 13 |

At September 30, 2009 and December 31, 2008, goodwill of $4.1 billion was reported on the balance sheet. None of this goodwill balance is being deducted for tax purposes. This balance is net of the $860 million goodwill impairment charge recorded in the fourth quarter of 2008 (see Note 3 to the 2008 Audited Financial Statements), which is the only goodwill impairment recorded since the Merger.

### Exit Liabilities

As part of purchase accounting, Oncor accrued $16 million in costs expected to be incurred related to the termination and transition of outsourcing arrangements. Oncor incurred $1 million of the exit liabilities in the nine months ended September 30, 2009, and the remaining accrual is expected to be settled no later than June 30, 2010, the targeted date of completion of transition of outsourced activities.

### Other Noncurrent Liabilities and Deferred Credits

The balance of other noncurrent liabilities and deferred credits consists of the following:

| | September 30, 2009 | December 31, 2008 |
|---|---|---|
| Retirement plan and other employee benefits | $1,118 | $1,115 |
| Liabilities related to subsidiary tax sharing agreement | 314 | 299 |
| Uncertain tax positions (including accrued interest) | 88 | 144 |
| Nuclear decommissioning cost under-recovery (a) | 90 | 127 |
| Other | 43 | 35 |
| Total other noncurrent liabilities and deferred credits | $1,653 | $1,720 |

F-411

(a)    Represents intercompany payable to TCEH offset in Oncor's net reported regulatory asset/liability. See Note 8.

Oncor Holdings does not expect the total amount of liabilities recorded related to uncertain tax positions to significantly increase or decrease within the next 12 months. As of September 30, 2009, the federal income tax benefit on the interest accrued on uncertain tax positions is recorded as accumulated deferred income taxes.

*Liabilities Related to Subsidiary Tax Sharing Agreement*—Amount represents the noncontrolling interests' portion of the previously recorded net deferred tax liabilities of Oncor. Upon the sale of noncontrolling interests in Oncor (see Note 6), Oncor became a partnership for US federal income tax purposes, and the temporary differences which gave rise to the deferred taxes will, over time, become taxable to the noncontrolling interests. Under a tax sharing agreement among Oncor and its equity holders, Oncor reimburses its equity holders for federal income taxes as the partnership earnings become taxable to such holders. Accordingly, as the temporary differences become taxable, the equity holders will be reimbursed by Oncor. In the unlikely event such amounts are not reimbursed under the tax sharing agreement, it is probable they would be refunded to rate payers. The net changes in the liability for the nine months ended September 30, 2009 totaling $15 million reflected changes in temporary differences.

### Supplemental Cash Flow Information

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2009 | 2008 |
| Cash payments: | | |
|     Interest paid | $283 | $227 |
|     Capitalized interest | (3) | (4) |
|     Interest (net of amounts capitalized) | 280 | 223 |
|     Income taxes | 28 | 76 |
| Noncash investing and financing activities: | | |
|     Noncash construction expenditures (a) | 56 | 24 |
|     Noncash capital contribution related to settlement of certain income taxes payable (see Note 6) | 22 | — |

(a)    Represents end-of-period accruals.

Confidential

## ANNEX A—DEFINITIONS

The following are definitions of certain terms contained in Annexes B, C and D of this Prospectus.

"*1999 Restructuring Legislation*." Texas Electric Choice Plan, the legislation that restructured the electric utility industry in Texas to provide for retail competition.

"*$CO_2$*." Carbon dioxide.

"*DOE*." US Department of Energy.

"*EBITDA*." Refers to earnings (net income) before interest expense, income taxes, depreciation and amortization.

"*EFCH*." Energy Future Competitive Holdings Company, a direct, wholly-owned subsidiary of EFH Corp. and the direct parent of TCEH, and/or its consolidated subsidiaries, depending on context.

"*EFH Corp*." Energy Future Holdings Corp., a holding company, and/or its subsidiaries, depending on context. Its major subsidiaries include Oncor and TCEH.

"*EFH Corp. Cash-Pay Notes*." EFH Corp.'s 10.875% Senior Notes due November 1, 2017.

"*EFH Corp. Notes*." Refers collectively to the EFH Corp. Cash-Pay Notes and the EFH Corp. Toggle Notes.

"*EFH Corp. Toggle Notes*." EFH Corp.'s 11.25%/12.00% Senior Toggle Notes due November 1, 2017.

"*EFIH*." Energy Future Intermediate Holding Company LLC, a direct, wholly-owned subsidiary of EFH Corp. and the direct parent of Oncor Holdings.

"*EPA*." US Environmental Protection Agency.

"*EPC*." Engineering, procurement and construction.

"*ERCOT*." Electric Reliability Council of Texas, the independent system operator and the regional coordinator of the various electricity systems within Texas.

"*ERISA*." Employee Retirement Income Security Act of 1974, as amended.

"*FASB*." Financial Accounting Standards Board, the designated organization in the private sector for establishing standards for financial accounting and reporting.

"*FERC*." US Federal Energy Regulatory Commission.

"*FIN 48*." FIN No. 48 (As Amended), "Accounting for Uncertainty in Income Taxes."

"*Fitch*." Fitch Ratings, Ltd. (a credit rating agency).

"*GAAP*." Generally accepted accounting principles.

"*GWh*." Gigawatt-hours.

A-1

EFIHMW00246491

"*Investment LLC.*" Refers to Oncor Management Investment LLC, a Delaware limited liability company and minority interest owner of Oncor, whose managing member is Oncor and whose Class B Interests are owned by officers, directors and key employees of Oncor.

"*IRS.*" Internal Revenue Service.

"*kV.*" Kilovolts.

"*kWh.*" Kilowatt-hours.

"*LIBOR.*" London Interbank Offered Rate. An interest rate at which banks can borrow funds, in marketable size, from other banks in the London interbank market.

"*Luminant.*" Subsidiaries of TCEH engaged in competitive market activities consisting of electricity generation, development and construction of new generation facilities, wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas.

"*Luminant Construction.*" Refers to the operations of TCEH established for the purpose of developing and constructing new generation facilities.

"*Luminant Energy.*" Luminant Energy Company LLC, an indirect, wholly-owned subsidiary of TCEH that engages in certain wholesale markets activities.

"*Luminant Power.*" Refers to subsidiaries of TCEH engaged in electricity generation activities.

"*Merger.*" The transaction referred to in the Merger Agreement (defined immediately below) that was completed on October 10, 2007.

"*Merger Agreement.*" Agreement and Plan of Merger, dated February 25, 2007, under which Texas Holdings agreed to acquire EFH Corp.

"*MMBtu.*" Million British thermal units.

"*Moody's.*" Moody's Investors Services, Inc. (a credit rating agency).

"*MW.*" Megawatts.

"*NERC.*" North American Electric Reliability Corporation.

"*NRC.*" US Nuclear Regulatory Commission.

"*NOx.*" Nitrogen oxide.

"*Oncor.*" Oncor Electric Delivery Company LLC, a direct, majority-owned subsidiary of Oncor Holdings, and/or its wholly-owned consolidated bankruptcy-remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC, depending on context.

"*Oncor Holdings.*" Oncor Electric Delivery Holdings Company LLC, a direct, wholly-owned subsidiary of EFIH and the direct majority owner of Oncor.

"*OPEB.*" Other postretirement employee benefits.

"*PUCT.*" Public Utility Commission of Texas.

A-2

Confidential

EFIHMW00246492

"*PURA.*" Texas Public Utility Regulatory Act.

"*REP.*" Retail electric provider.

"*RRC.*" Railroad Commission of Texas, which has oversight of lignite mining activity.

"*S&P.*" Standard & Poor's Ratings Services, a division of the McGraw-Hill Companies Inc. (a credit rating agency).

"*SEC.*" US Securities and Exchange Commission.

"*Securities Act.*" Securities Act of 1933, as amended.

"*SFAS.*" Statement of Financial Accounting Standards issued by the FASB.

"*SFAS 87.*" SFAS No. 87, "Employers' Accounting for Pensions."

"*SFAS 106.*" SFAS No. 106, "Employers' Accounting for Postretirement Benefits Other Than Pensions."

"*SFAS 109.*" SFAS No. 109, "Accounting for Income Taxes."

"*SFAS 123(R).*" SFAS No. 123 (revised 2004), "Share-Based Payment."

"*SFAS 133.*" SFAS No. 133, "Accounting for Derivative Instruments and Hedging Activities" as amended and interpreted.

"*SFAS 140.*" SFAS No. 140, "Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities, a replacement of FASB Statement No. 125."

"*SFAS 142.*" SFAS No. 142, "Goodwill and Other Intangible Assets."

"*SFAS 144.*" SFAS No. 144, "Accounting for the Impairment or Disposal of Long-Lived Assets."

"*SFAS 146.*" SFAS No. 146, "Accounting for Costs Associated with Exit or Disposal Activities."

"*SFAS 157.*" SFAS No. 157, "Fair Value Measurements."

"*SFAS 160.*" SFAS No. 160, "Noncontrolling Interests in Consolidated Financial Statements—an amendment of ARB No. 51."

"*SG&A.*" Selling, general and administrative.

"*Sponsor Group.*" Refers collectively to the investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P., an affiliate of KKR Capital Markets LLC, a dealer manager in the exchange offers and a solicitation agent in the consent solicitations, TPG Capital, L.P. and GS Capital Partners, an affiliate of Goldman Sachs & Co., a dealer manager in the exchange offers and a solicitation agent in the consent solicitations (See Texas Holdings below).

"*TCEH.*" Texas Competitive Electric Holdings Company LLC, a direct, wholly-owned subsidiary of EFCH and an indirect subsidiary of EFH Corp., and/or its subsidiaries, depending on context.

"*TCEH Senior Secured Facilities.*" Refers collectively to the TCEH Initial Term Loan Facility, TCEH Delayed Draw Term Loan Facility, TCEH Revolving Credit Facility, TCEH Letter of Credit Facility and TCEH Commodity Collateral Posting Facility. See Note 15 to EFCH's historical consolidated financial statements for the year ended December 31, 2008.

A-3

EFIHMW00246493

"*TCEH Notes.*" Refers collectively to the TCEH Cash-Pay Notes and the TCEH Toggle Notes.

"*TCEH Cash-Pay Notes.*" Refers collectively to TCEH's 10.25% Senior Notes due November 1, 2015 and 10.25% Senior Notes, Series B, due November 1, 2015.

"*TCEH Toggle Notes.*" TCEH's 10.50%/11.25% Senior Toggle Notes due November 1, 2016.

"*TCEQ.*" Texas Commission on Environmental Quality.

"*Texas Holdings.*" Texas Energy Future Holdings Limited Partnership, a Delaware limited partnership controlled by the Sponsor Group that owns substantially all of the common stock of EFH Corp.

"*Texas Holdings Group.*" Refers to Texas Holdings and its direct and indirect subsidiaries other than the Oncor Ring-Fenced Entities.

"*Texas Transmission.*" Texas Transmission Investment LLC, a Delaware limited liability company that purchased a 19.75% equity interest in Oncor in November 2008. It is not affiliated with EFH Corp., any of EFH Corp.'s subsidiaries or any member of the Sponsor Group.

"*TXU Energy.*" TXU Energy Retail Company LLC, a direct, wholly-owned subsidiary of TCEH engaged in the retail sale of electricity to residential and business customers. TXU Energy is a REP in competitive areas of ERCOT.

"*US.*" United States of America.

A-4

Confidential

## ANNEX B—INFORMATION RELATING TO EFH CORP.

**Capitalized terms used in this Annex B and not
otherwise defined herein have the meanings ascribed to them in Annex A to this Prospectus**

### BUSINESS

### EFH Corp. Business and Strategy

EFH Corp. is a Dallas-based energy company that manages a portfolio of competitive and regulated energy businesses in Texas. EFH Corp. is a holding company conducting its operations principally through its subsidiaries, TCEH and Oncor. TCEH is wholly-owned, and EFH Corp. holds an approximately 80% interest in Oncor. Unless the context otherwise requires or as otherwise indicated, references in this Annex B to "EFH Corp.," "we," "our" and "us" refer to Energy Future Holdings Corp. and its consolidated subsidiaries.

TCEH is a holding company for businesses engaged in competitive electricity market activities largely in Texas including electricity generation, development and construction of new generation facilities, wholesale energy sales and purchases, commodity risk management and trading activities, and retail electricity sales.

As of September 30, 2009, TCEH owned or leased 16,139 MW of generation capacity in Texas. TCEH's generation capacity consists of lignite/coal, nuclear and natural gas-fueled generation facilities. In addition, TCEH is the largest purchaser of wind-generated electricity in Texas and the fifth largest in the US. TCEH is currently constructing three lignite/coal-fueled generation units in Texas with expected generation capacity totaling approximately 2,200 MW. Permits have been obtained for construction of the three units. The Sandow unit achieved substantial completion (as defined in the EPC Agreement for the unit) effective September 30, 2009. Accordingly, the company has operational control of the unit. The first Oak Grove unit, which is in the commissioning and start-up phase, synchronized to the grid in August 2009 and is expected to achieve substantial completion (as defined in the EPC Agreement for the unit) in the fourth quarter of 2009. The second Oak Grove unit is nearing completion of construction and initiation of the commissioning and start-up phase and is expected to achieve substantial completion (as defined in the EPC Agreement for the unit) in mid-2010. TCEH provides competitive electricity and related services to more than 2.1 million retail electricity customers in Texas.

Oncor is engaged in regulated electricity transmission and distribution operations in Texas that are primarily regulated by the PUCT. Oncor provides both distribution services to retail electric providers that sell electricity to consumers and transmission services to other electricity distribution companies, cooperatives and municipalities. Oncor operates the largest transmission and distribution system in Texas, delivering electricity to approximately three million homes and businesses and operating more than 117,000 miles of transmission and distribution lines. A significant portion of Oncor's revenues represent fees for delivery services provided to TCEH. Distribution revenues from TCEH represented 39% and 38% of Oncor's total revenues for the year ended December 31, 2008 and the nine months ended September 30, 2009, respectively.

EFH Corp. and Oncor have implemented certain structural and operational "ring-fencing" measures based on commitments made by Texas Holdings and Oncor to the PUCT that are intended to further separate Oncor from Texas Holdings and its other subsidiaries. These measures also serve to mitigate Oncor's credit exposure to those entities and to reduce the risk that the assets and liabilities of Oncor would be substantively consolidated with the assets and liabilities of the Texas Holdings Group in the event of a bankruptcy of one or more of those entities. See "The Transactions—Ring-Fencing" included elsewhere in this Prospectus for a description of the material features of these "ring-fencing" measures, including Oncor's sale of additional equity interests that resulted in 19.75% of its outstanding equity interests being held by Texas Transmission, an unaffiliated investor.

At September 30, 2009, EFH Corp. had approximately 8,900 full-time employees, including approximately 2,700 employees under collective bargaining agreements.

Confidential

*EFH Corp.'s Market*

EFH Corp. operates primarily within the ERCOT market. This market represents approximately 85% of electricity consumption in Texas. ERCOT is the regional reliability coordinating organization for member electricity systems in Texas and the system operator of the interconnected transmission grid for those systems. ERCOT's membership consists of more than 300 corporate and associate members, including electric cooperatives, municipal power agencies, independent generators, independent power marketers, investor-owned utilities, independent REPs and consumers.

The ERCOT market is currently divided into four regions or congestion management zones, namely: North, Houston, South and West, which reflect transmission constraints that are commercially significant and which have limits as to the amount of electricity that can flow across zones. These constraints and zonal differences can result in differences between wholesale power prices among zones. Of TCEH's baseload generation units, 12 (including the two Oak Grove units under construction) are located in the North zone, and two are located in the South zone.

The ERCOT market operates under reliability standards set by the NERC. The PUCT has primary jurisdiction over the ERCOT market to ensure adequacy and reliability of power supply across Texas's main interconnected transmission grid. The ERCOT independent system operator is responsible for maintaining reliable operations of the bulk electricity supply system in the market. Its responsibilities include ensuring that electricity production and delivery are accurately accounted for among the generation resources and wholesale buyers and sellers. Unlike certain other regional power markets, the ERCOT market is not a centrally dispatched power pool, and the ERCOT independent system operator does not procure energy on behalf of its members, except to the extent that it acquires ancillary services as agent for market participants. Members who sell and purchase power are responsible for contracting sales and purchases of power with other members through bilateral transactions. The ERCOT independent system operator also serves as agent for procuring ancillary services for those members who elect not to provide their own ancillary services.

Oncor, along with other owners of transmission and distribution facilities in Texas, assists the ERCOT independent system operator in its operations. Oncor has planning, design, construction, operation and maintenance responsibility for the portion of the transmission grid and for the load-serving substations it owns, primarily within its certificated distribution service area. Oncor participates with the ERCOT independent system operator and other ERCOT utilities to plan, design, obtain regulatory approval for and construct new transmission lines necessary to meet reliability needs, increase bulk power transfer capability to remove existing constraints and interconnect generation on the ERCOT transmission grid.

The following data is derived from information published by ERCOT:

In 2008, hourly demand peaked at 62,174 MW as compared to the record hourly peak demand of 62,339 MW in 2006. The ERCOT market has limited interconnections to other markets in the US, which currently limits potential imports into and exports out of the ERCOT market to 1,106 MW of generation capacity (or approximately 2% of peak demand). In addition, wholesale transactions within the ERCOT market are generally not subject to regulation by the FERC.

From 1999 through 2008, over 36,000 MW of mostly natural gas-fueled and wind generation capacity has been developed in the ERCOT market. Net generation capacity in the ERCOT market for 2008 totaled 72,820 MW, excluding mothballed (idled) capacity: approximately 65% of this capacity was natural gas-fueled generation and approximately 27% of this capacity consisted of lignite/coal and nuclear-fueled baseload generation. ERCOT currently has a target reserve margin level of 12.5%; the reserve margin is projected by ERCOT to be 16.8% in 2009, 20.1% in 2010, and drop to 13.9% by 2014. Reserve margin is the difference between system generation capability and anticipated peak load.

Natural gas-fueled generation is the predominant electricity capacity resource in the ERCOT market and accounted for approximately 43% of the electricity produced in the ERCOT market in 2008. Because of the

B-2

EFIHMW00246496

**PX 014**
**Page 778 of 1116**

significant natural gas-fueled capacity and the ability of such plants to more readily increase or decrease production when compared to baseload generation, marginal demand for electricity is usually met by natural gas-fueled plants. As a result, wholesale electricity prices in ERCOT are highly correlated with natural gas prices.

*EFH Corp.'s Strategies*

Each of EFH Corp.'s businesses focuses its operations on key drivers for that business, as described below:

- TCEH focuses on optimizing its existing generation fleet to provide safe, reliable and cost-competitive electricity, developing and constructing additional environmentally considerate generation capacity to help meet the growing demand for electricity in Texas and providing high quality service and innovative energy products to retail customers.

- Oncor focuses on delivering electricity in a safe and reliable manner, minimizing service interruptions and investing in its transmission and distribution infrastructure to serve its growing customer base.

Other elements of EFH Corp.'s strategy include:

- ***Increase value from existing businesses.*** EFH Corp.'s strategy focuses on striving for top quartile or better performance across its operations in terms of safety, reliability, cost and customer service. In establishing tactical objectives, EFH Corp. incorporates the following core operating principles:

  - *Safety*: Placing the safety of communities, customers and employees first;

  - *Environmental Stewardship*: Continuing to make strategic and operational improvements that lead to cleaner air, land and water;

  - *Community Focus*: Being an integral part of the communities in which EFH Corp. lives, works and serves;

  - *Operational Excellence*: Incorporating continuous improvement and financial discipline in all aspects of the business to achieve top-tier results that maximize the value of the company for stakeholders, including operating world-class facilities that produce and deliver safe and dependable electricity at affordable prices; and

  - *Performance-Driven Culture*: Fostering a strong values- and performance-based culture designed to attract, develop and retain best-in-class talent.

An example of how EFH Corp. applies these principles is an ongoing program to drive productivity improvements in generation operations through application of lean operating techniques and deployment of a high-performance industrial culture.

- ***Pursue growth opportunities across business lines.*** EFH Corp.'s scale in its operating businesses allows it to take part in large capital investments, such as new generation projects and investments in the transmission and distribution system, with a smaller fraction of overall capital at risk and with an enhanced ability to streamline costs. EFH Corp. expects to also explore smaller-scale growth initiatives that are not expected to be material to its performance over the near term but can enhance its growth profile over time. Specific growth initiatives include:

  - Finalize construction of three new lignite-fueled generation facilities with onsite lignite fuel supplies. Pursue new generation opportunities to help meet ERCOT's growing electricity needs over the longer term from a diverse range of alternatives such as nuclear, renewable energy, wind and advanced coal technologies.

  - Profitably increase the number of retail customers served throughout the competitive ERCOT market areas by delivering superior value through high quality customer service and innovative energy products, including pioneering energy efficiency initiatives and service offerings.

B-3

Confidential

EFIHMW00246497

- Invest in transmission and distribution technology upgrades, including advanced metering systems and energy efficiency initiatives, and construct new transmission and distribution facilities to meet the needs of the growing Texas market. These growth initiatives benefit from regulatory capital recovery mechanisms known as "capital trackers" that enable adequate and timely recovery of transmission and advanced metering investments through regulated rates.

- ***Reduce the volatility of cash flows through a commodity risk management strategy.*** The strong historical correlation between natural gas prices and wholesale electricity prices in the ERCOT market provides EFH Corp. an opportunity to manage its exposure to variability of wholesale electricity prices. EFH Corp. has established a long-term hedging program designed to reduce exposure to changes in future electricity prices due to changes in the price of natural gas. Under the program, subsidiaries of EFH Corp. have entered into market transactions involving natural gas-related financial instruments, and as of September 30, 2009, have effectively sold forward approximately 1.7 billion MMBtu of natural gas (equivalent to the natural gas exposure of approximately 214,000 GWh at an assumed 8.0 market heat rate) over the next five years at weighted average annual hedge prices ranging from $7.19 per MMBtu to $8.05 per MMBtu. These transactions, as well as forward power sales, have effectively hedged an estimated 71% of the natural gas price exposure related to EFH Corp.'s expected generation output for the period beginning October 1, 2009 and ending December 31, 2014 (on an average basis for such period and assuming an 8.0 market heat rate). The hedges were entered into with the continuing expectation that wholesale electricity prices in ERCOT will be highly correlated with natural gas prices, which are expected to be the marginal fuel for the purpose of setting electricity prices approximately 75% to 90% of the time. If the correlation changes in the future, the cash flows targeted under the long-term hedging program may not be achieved. As of September 30, 2009, more than 95% of the long-term hedging program transactions were directly or indirectly secured by a first-lien interest in TCEH's assets, thereby reducing the cash and letter of credit collateral requirements for the hedging program.

- ***Pursue new environmental initiatives.*** EFH Corp. is committed to continue to operate in compliance with all environmental laws, rules and regulations and to reduce its impact on the environment. EFH Corp.'s Sustainable Energy Advisory Board advises in the pursuit of technology development opportunities that reduce EFH Corp.'s impact on the environment while balancing the need to help address the energy requirements of Texas. The Sustainable Energy Advisory Board is comprised of individuals who represent the following interests, among others: the environment, labor unions, customers, economic development in Texas and technology/reliability standards. In addition, EFH Corp. is focused on and is pursuing opportunities to reduce emissions from its existing and new lignite/coal-fueled generation units in the ERCOT market. EFH Corp. has voluntarily committed to reduce emissions of mercury, NOx and $SO_2$ at its existing units, so that the total of those emissions from both existing and new lignite/coal-fueled units is 20% below 2005 levels. EFH Corp. expects to make these reductions through a combination of investment in new emission control equipment, new coal cleaning technologies and optimizing fuel blends. In addition, EFH Corp. expects to invest $400 million over a five-year period that began in 2008 in programs designed to encourage customer electricity demand efficiencies, representing $200 million more than amounts planned to be invested by Oncor to meet regulatory requirements. EFH Corp. invested $64 million in these programs in 2008.

*Seasonality*

A significant portion of EFH Corp.'s revenues is derived from the amount of electricity it sells or distributes. As a result, the revenues and results of operations of EFH Corp. are subject to seasonality, weather conditions and other changes in electricity usage, with revenues being higher during the warmer months.

**Operating Segments**

EFH Corp. has aligned and reports its business activities as two operating segments: the Competitive Electric segment (primarily represented by TCEH) and the Regulated Delivery segment (primarily represented

B-4

by Oncor). See Note 27 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2008 and Note 12 to EFH Corp.'s historical consolidated financial statements for the nine months ended September 30, 2009, each included elsewhere in this Prospectus for additional financial information for the segments.

*Competitive Electric Segment*

Commodity risk management and allocation of financial resources is performed at the Competitive Electric segment (TCEH) level. However, for purposes of operational accountability and performance management, the segment has been divided into Luminant (i.e., Luminant Power, Luminant Energy and Luminant Construction) and TXU Energy. The operations of Luminant Power, Luminant Energy and TXU Energy are conducted through separate legal entities.

*Luminant Power*—Luminant Power's existing electricity generation fleet consists of 17 plants in Texas with total installed nameplate generating capacity as of September 30, 2009 as shown in the table below:

| Fuel Type | Installed Nameplate Capacity (MW) | Number of Plants | Number of Units (a) |
|---|---|---|---|
| Nuclear | 2,300 | 1 | 2 |
| Lignite/coal (b) | 5,837 | 4 | 9 |
| Natural gas (c)(d) | 8,002 | 12 | 35 |
| Total | 16,139 | 17 | 46 |

(a)  Leased units consist of six natural gas-fueled units totaling 390 MW of capacity. All other units are owned.
(b)  Does not include approximately 2,200 MW of generation capacity being built as discussed below under "—Luminant Construction".
(c)  Includes 1,953 MW representing seven units mothballed and not currently available for dispatch and 655 MW representing two units operated under reliability must run (RMR) contracts with ERCOT. See "—Natural Gas-Fueled Generation Assets" below.
(d)  Includes 1,528 MW representing 12 units currently operated for unaffiliated third-parties.

The generation plants are located primarily on land owned in fee. Nuclear and lignite/coal-fueled (baseload) plants are generally scheduled to run at capacity except for periods of scheduled maintenance activities or, in the case of lignite/coal units, backdown due to periods of low demand. The natural gas-fueled generation units supplement the baseload generation capacity in meeting consumption in peak demand periods as production from a certain number of these units can more readily be ramped up or down as demand warrants.

*Nuclear Generation Assets*—Luminant Power operates two nuclear generation units at the Comanche Peak plant, each of which is designed for a capacity of 1,150 MW. Comanche Peak's Unit 1 and Unit 2 went into commercial operation in 1990 and 1993, respectively, and are generally operated at full capacity to meet the load requirements in ERCOT. Refueling (nuclear fuel assembly replacement) outages for each unit are scheduled to occur every eighteen months during the spring or fall off-peak demand periods. Every three years, the refueling cycle results in the refueling of both units during the same year, which last occurred in 2008. While one unit is undergoing a refueling outage, the remaining unit is intended to operate at full capacity. During a refueling outage, other maintenance, modification and testing activities are completed that cannot be accomplished when the unit is in operation. Over the last three years, excluding the 55-day outage in 2007 to refuel and replace the steam generators and reactor vessel head in Unit 1, the refueling outage period per unit has ranged from a high of 21 days in 2008 to a low of 18 days in 2006. The Comanche Peak plant operated at a capacity factor of 98.8% in 2006, which represents top decile performance when compared to all US nuclear generation facilities, 93.5% in 2007, reflecting the planned extended refueling outage to replace the steam generator and reactor vessel head in Unit 1 and 95.2% in 2008, reflecting refueling of both units.

B-5

EFIHMW00246499

PX 014
Page 781 of 1116

Luminant Power has contracts in place for all of its nuclear fuel conversion services through 2011 and 86% of its requirements through 2015. In addition, Luminant Power has contracts for the acquisition of 100% of its uranium requirements for 2009, and for 100% of its nuclear fuel enrichment services through 2009, as well as all of its nuclear fuel fabrication services through 2018.

Contracts for the acquisition of additional raw uranium and nuclear fuel enrichment services through 2024 and 2029, respectively, are being negotiated. Luminant Power does not anticipate any significant difficulties in acquiring raw uranium and contracting for associated conversion services and enrichment services in the foreseeable future.

Luminant Power believes its on-site used nuclear fuel storage capability is sufficient for a minimum of five years. The nuclear industry is continuing to review ways to enhance security of used-fuel storage with the NRC to fully utilize physical storage capacity. Accordingly, Luminant Power is actively reviewing alternatives for used-fuel storage, including evaluation of industry techniques such as dry cask storage.

The Comanche Peak nuclear generation units have an estimated useful life of 60 years from the date of commercial operation. Therefore, assuming that Luminant Power receives 20-year license extensions, similar to what has been granted by the NRC to several other commercial generation reactors over the past several years, plant decommissioning activities would be scheduled to begin in 2050 for Comanche Peak Unit 1 and 2053 for Unit 2 and common facilities. Decommissioning costs will be paid from a decommissioning trust that, pursuant to state law, is funded from Oncor's customers through an ongoing delivery surcharge. (See Note 20 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2008 and Note 13 to EFH Corp.'s historical consolidated financial statements for the nine months ended September 30, 2009, each included elsewhere in this Prospectus for discussion of the decommissioning trust fund.)

Nuclear insurance provisions are discussed in Note 16 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus.

*Nuclear Generation Development*—In September 2008, TCEH filed a combined operating license application with the NRC for two new nuclear generation units, each with approximately 1,700 MW (gross) capacity, at its existing Comanche Peak nuclear generation site. In connection with the filing of the application, in January 2009, TCEH and Mitsubishi Heavy Industries Ltd. (MHI) formed a joint venture to further the development of the two new nuclear generation units using MHI's US–Advanced Pressurized Water Reactor technology. A subsidiary of TCEH owns an 88% interest in the joint venture, and a subsidiary of MHI owns a 12% interest.

In March 2009, the NRC announced an official review schedule for the license application. Based on the schedule, the NRC expects to complete its review by December 2011, and it is expected that a license would be issued approximately one year later.

While TCEH was not one of the initial four applicants selected to receive DOE loan guarantees, it continues to update its DOE loan guarantee application for financing the proposed units.

*Lignite/Coal-Fueled Generation Assets*—Luminant Power's existing lignite/coal-fueled generation fleet capacity totals 5,837 MW and consists of the Big Brown (2 units), Monticello (3 units), Martin Lake (3 units) and Sandow (1 unit) plants. These plants are generally operated at full capacity to help meet the load requirements in ERCOT. Maintenance outages are scheduled during off-peak demand periods. Over the last three years, the total annual scheduled and unscheduled outages per unit averaged 32 days. Luminant Power's lignite/coal-fueled generation fleet operated at a capacity factor of 89.1% in 2006, 90.9% in 2007 and 87.6% in 2008, which represents top quartile performance of US coal-fueled generation facilities. The 2008 performance reflects extended unplanned outages at several units.

Approximately 57% of the fuel used at Luminant Power's lignite/coal-fueled generation plants in 2008 was supplied from lignite reserves owned in fee or leased surface-minable deposits dedicated to the Big Brown,

Confidential

Monticello and Martin Lake plants, which were constructed adjacent to the reserves. Luminant Power owns in fee or has under lease an estimated 942 million tons of lignite reserves dedicated to its generation plants, including the Oak Grove generation facilities being constructed and 246 million tons associated with an undivided interest in the lignite mine that provides fuel for the Sandow plant. Luminant Power also owns in fee or has under lease in excess of 85 million tons of reserves not currently dedicated to specific generation plants. In 2008, approximately 23 million tons of lignite were recovered to fuel Luminant Power's plants. Luminant Power utilizes owned and/or leased equipment to remove the overburden and recover the lignite.

Lignite mining operations include extensive reclamation activities that return the land to productive uses such as wildlife habitats, commercial timberland and pasture land. In 2008, Luminant Power reclaimed 1,605 acres of land. In addition, EFH Corp. planted more than 1.4 million trees in 2008, the majority of which were part of the reclamation effort.

Luminant Power supplements its lignite fuel at Big Brown, Monticello and Martin Lake with western coal from the Powder River Basin in Wyoming. The coal is purchased from multiple suppliers under contracts of various lengths and is transported from the Powder River Basin to Luminant Power's generation plants by railcar. Based on its current usage, Luminant Power believes that it has sufficient lignite reserves for the foreseeable future and has contracted 98% of its western coal resources and all of the related transportation through 2009, with discussions and negotiations underway related to contracts for 2010 and beyond.

*Natural Gas-Fueled Generation Assets*—Luminant Power's fleet of 35 natural gas-fueled generation units consists of 3,866 MW of currently available capacity, 2,183 MW of capacity being operated for unaffiliated third parties, pursuant to the direction of the unaffiliated third parties (including 655 MW under RMR agreements with ERCOT as discussed immediately below), and 1,953 MW of capacity currently mothballed (idled). The natural gas-fueled units predominantly serve as peaking units that can be ramped up or down as demand warrants.

In February 2009, we notified ERCOT of plans to retire 11 of our natural gas-fueled units, totaling 2,229 MW of capacity (2,341 MW installed nameplate capacity), in May 2009, and mothball (idle) an additional four units, totaling 1,596 MW of capacity (1,675 MW of installed nameplate capacity), in September 2009. In May and September 2009, we entered into reliability-must-run (RMR) agreements for the remainder of 2009 with ERCOT for the operation of one unit originally planned to be retired with 115 MW of capacity (115 MW of installed nameplate capacity) and one unit planned to be mothballed with 515 MW of capacity (540 MW of installed nameplate capacity), respectively. The other units were retired in May 2009 or mothballed in September 2009 as originally planned.

*Luminant Energy*—The Luminant Energy wholesale operations play a pivotal role in TCEH's business portfolio by optimally dispatching the generation fleet, sourcing TXU Energy's and other customers' electricity requirements and managing commodity price risk.

TCEH manages commodity price exposure across the complementary Luminant generation and TXU Energy retail businesses on a portfolio basis. Under this approach, Luminant Energy manages the risks of imbalances between generation supply and sales load, which primarily represent exposures to natural gas price movements and market heat rate changes (variations in the relationships between natural gas prices and wholesale electricity prices), through wholesale markets activities that include physical purchases and sales and transacting in financial instruments.

Luminant Energy manages this commodity price and heat rate exposure through asset management and hedging activities. Luminant Energy provides TXU Energy and other wholesale customers with electricity and related services to meet their retail customers' demands and the operating requirements of ERCOT. Luminant Energy also sells forward generation and seeks to maximize the economic value of the generation fleet. In consideration of operational production and customer consumption levels that can be highly variable, as well as opportunities for long-term purchases and sales with large wholesale market participants, Luminant Energy buys and sells electricity in short-term transactions and executes longer-term forward electricity purchase and sales

B-7

EFIHMW00246501