- higher purchased power volumes due to planned and unplanned baseload generation plant outages and the factors that drove wholesale sales volumes as described above;

- higher fuel costs in natural gas-fueled generation plants due to higher natural gas prices; and

- higher usage and prices (including transportation costs) of purchased coal.

Results from commodity hedging and trading activities include realized and unrealized gains and losses associated with financial instruments used for commodity hedging and trading purposes, as well as gains and losses on physical sales and purchases of commodities for trading and hedging purposes. A substantial majority of the commodity hedging activities are intended to mitigate the risk of commodity price movements on future revenues and involve natural gas positions entered into as part of the long-term hedging program. The results of these activities have been volatile because of the effects of movements in forward natural gas prices on unrealized mark-to-market valuations. Following is an analysis of results from commodity hedging and trading activities for 2008:

Unrealized mark-to-market net gains totaling $2.281 billion include:

- $2.324 billion in net gains related to hedge positions, which includes $2.282 billion in net gains from changes in fair value and $42 million in net gains that represent reversals of previously recorded fair values of positions settled in the period;

- $68 million in "day one" net losses related to large hedge positions (see Note 15 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus), and

- $25 million in net gains related to trading positions, which includes $76 million in net gains from changes in fair value and $51 million in net losses that represent reversals of previously recorded fair values of positions settled in the period.

Realized net losses totaling $97 million include:

- $177 million in net losses related to hedge positions that primarily offset hedged electricity revenues recognized in the period, and

- $80 million in net gains related to trading positions.

Operating costs for 2008 totaled $677 million and primarily reflected operations and maintenance expenses for power generation plants and salaries and benefits for plant personnel. Costs in 2008 reflected increased unplanned lignite plant outages, refueling of both nuclear-fueled units in 2008 as compared to only one unit being refueled in 2007 based on a normal cycle, an increase in property taxes and costs associated with combustion turbines now operated for TCEH's own benefit.

Depreciation and amortization expense for 2008 totaled $1.092 billion and included $688 million of depreciation expense from stepped-up property, plant and equipment values and $51 million in amortization expense related to the intangible value of retail customer relationships, both resulting from the effects of purchase accounting. Depreciation expense also reflects normal additions and replacements of equipment in generation operations.

SG&A expense for 2008 totaled $680 million and includes retail operations, administrative and general salaries and benefits and consulting and professional fees. Such expenses reflected increased retail staffing and related expenses to support customer growth initiatives, retail computer system enhancement costs and higher levels of bad debt expense driven by residential customer growth in south Texas and Hurricane Ike.

See Note 3 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus for discussion of the $8.0 billion goodwill impairment charge recorded in the fourth quarter of 2008.

D-71

EFIHMW00246801

**PX 014**

**Page 1083 of 1116**

Other income totaled $35 million and other deductions totaled $1.263 billion for 2008. Other income includes an insurance recovery of $21 million and mineral rights royalty income of $4 million. Other deductions includes impairment charges of $501 million related to NOx and SO2 environmental allowances intangible assets and $481 million related to trade name intangible assets, both discussed in Note 3 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus, $229 million in impairment charges related to the natural gas-fueled generation fleet discussed in Note 5 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus and $26 million in charges to reserve for net receivables (excluding termination related charges) from terminated hedging transactions with subsidiaries of Lehman Brothers Holdings Inc., which has filed for protection under Chapter 11 of the US Bankruptcy Code.

Interest income totaled $59 million for 2008 and primarily reflected interest on loans to parent.

Interest expense and related charges for 2008 totaled $4.187 billion, a substantial portion of which was driven by borrowings for Merger-related financings and included unrealized mark-to-market net losses of $1.477 billion on interest rate swaps, $130 million amortization of discount and debt issuance costs and $19 million of amortization of debt fair value discount resulting from purchase accounting.

Income tax benefit for 2008 was $504 million. Excluding the impact of the $8.0 billion non-deductible goodwill impairment, the effective rate was 32.7%. The effective rate of 32.7% on a loss compared to the 35% federal statutory rate reflects the impact of state income taxes, interest accrued for uncertain tax positions and non-deductible interest expense and losses on certain benefit plans, partially offset by the effect of lignite depletion.

Net loss for 2008 totaled $9.039 billion reflecting impairment charges related to goodwill, trade name and environmental allowances intangible assets and the natural gas-fueled generation fleet, unrealized net losses on interest rate swaps, higher interest expense driven by Merger-related financings, and the effects of purchase accounting, partially offset by unrealized mark-to-market net gains on positions in the long-term hedging program.

*Successor Period from October 11, 2007 through December 31, 2007 Compared to the Three Month Predecessor Period Ended December 31, 2006*

Total operating revenues decreased $279 million, or 14%, to $1.671 billion.

The $268 million, or 19%, decrease in retail electricity revenues reflected the following:

- The decrease in retail electricity revenues was partially due to $186 million in revenues attributable to the ten fewer days in the 2007 period.

- Lower average pricing (including customer mix effects) was driven by residential price discounts, including a six percent price discount effective with meter reads on March 27, 2007, an additional four percent price discount effective with meter reads on June 8, 2007, and another five percent price discount effective with meter reads on October 24, 2007 to those residential customers in EFH Corp.'s historical service territory with month-to-month service plans and a rate equivalent to the former regulated rate. Lower average pricing also reflected new competitive product offerings in residential and small business markets and a change in customer mix in the large business market.

- A 3% increase in retail sales volumes partially offset the effect of lower average pricing. Large business market volumes increased 8% driven by successful contracting with larger customers. Residential volumes increased 2% driven by warmer than normal fall weather. Small business volumes declined 5% reflecting competitive activity.

- Total retail electricity customer counts at December 31, 2007 declined 1% from December 31, 2006.

D-72

EFIHMW00246802

**PX 014**
**Page 1084 of 1116**

Wholesale electricity revenues decreased $138 million, or 21%. Of the decrease, $66 million was attributable to the ten fewer days in the 2007 period. Lower average prices contributed to the decrease and reflected lower natural gas prices during 2007. The pricing impact was partially offset by volume growth driven in part by the decline in retail sales.

Wholesale sales and purchases of electricity are reported gross in the income statement only if the transactions are scheduled for physical delivery with ERCOT.

Fuel, purchased power costs and delivery fees increased $5 million, or 1%, to $852 million. The ten fewer days in the 2007 period resulted in $123 million in lower costs. The 2007 period included $67 million of incremental net expense representing amortization of the intangible net asset values of emission credits, coal purchase contracts, nuclear fuel contracts and power purchase agreements and the stepped-up value of nuclear fuel resulting from purchase accounting. Higher fuel costs reflected an 8% increase in lignite/coal-fueled generation and an increase in mining expenses that was driven by significantly above normal summer rainfall. A decrease in purchased power costs reflected the timing of planned nuclear outages (fall of 2006 compared to spring of 2007) and substantially fewer lignite/coal-fueled unit outages in 2007.

Results from commodity hedging and trading activities include realized and unrealized gains and losses associated with financial instruments used for commodity hedging and trading purposes, as well as gains and losses on physical sales and purchases of commodities for trading and certain commodity hedging purposes. A substantial majority of the commodity hedging activities are intended to mitigate the risk of commodity price movements on future revenues and involve natural gas positions entered into as part of the long-term hedging program. The results of these activities have been volatile because of the effects of movements in forward natural gas prices on unrealized mark-to-market valuations. Following is an analysis of activities for the periods:

*Period from October 11, 2007 through December 31, 2007*—Unrealized mark-to-market net losses totaling $1.556 billion include:

- $1.533 billion in net losses related to hedge positions, which includes $1.461 billion in net losses from changes in fair values and $72 million in net losses that represent reversals of previously recorded fair values of positions settled in the period. These losses are driven by the effect of higher natural gas prices in forward periods on positions in the long-term hedging program;

- $15 million in net losses related to trading positions, which represent reversals of previously recorded fair values of positions settled in the period; and

- $8 million in "day one" losses related to the large hedge positions entered into at below-market prices.

Realized net gains totaling $64 million include:

- $73 million in net gains related to hedge positions that offset hedged electricity revenues and fuel and purchased power costs recognized in the period, and

- $9 million in net losses related to trading positions.

*Three Months Ended December 31, 2006*—Unrealized mark-to-market net gains totaling $58 million include:

- $32 million in net gains related to hedge positions, which includes $13 million in net gains from changes in fair values and $19 million in net gains that represent reversals of previously recorded fair values of positions settled in the period, and

- $26 million in net gains related to trading positions, which includes $12 million in net gains from changes in fair values and $14 million in net gains that represent reversals of previously recorded fair values of positions settled in the period.

D-73

EFIHMW00246803

Realized net gains totaling $34 million include:

- $37 million in net gains on settlement of economic hedge positions that offset hedged electricity revenues and fuel and purchased power costs recognized in the current period, and

- $3 million in net losses related to trading positions.

Operating costs decreased $40 million, or 24%, to $124 million in 2007. Of the decrease, $20 million was attributable to the ten fewer days in the 2007 period. The decrease also reflected reductions in costs largely resulting from the timing of maintenance outages. Planned outages of nuclear units occurred in the fall of 2006 and the spring of 2007, and there were substantially fewer lignite/coal-fueled unit outage days in 2007.

Depreciation and amortization increased $234 million in 2007. The 2007 period included $157 million of incremental depreciation expense resulting from stepped-up property, plant and equipment values and $79 million in incremental amortization expense related to the intangible value of retail customer relationships recorded in connection with purchase accounting. The ten fewer days in the 2007 period resulted in $8 million in lower costs. Higher baseload generation plant depreciation due to ongoing investments in property, plant and equipment was largely offset by lower natural gas-fueled generation plant depreciation due to the impairment of the natural gas-fueled generation fleet in the second quarter of 2006 and lower expense associated with mining reclamation obligations.

SG&A expenses decreased $1 million, or 1%, to $153 million in 2007. Of the decrease, $13 million was attributable to the ten fewer days in the 2007 period. SG&A expenses also reflected lower bad debt expenses, driven by a decrease in delinquencies and lower accounts receivable, and higher severance costs in 2006, partially offset by increased retail expenses for marketing, professional fees and salary and benefits, which were driven by an increase in staffing, and administrative and overhead costs related to the cancelled development of coal-fueled generation facilities.

Franchise and revenue-based taxes decreased $12 million, or 29%, to $30 million in 2007. Of the decrease, $3 million was attributable to the ten fewer days in the 2007 period. The remaining decrease reflected lower state gross receipts taxes due to lower revenues.

Other income totaled $2 million in 2007 and $32 million in 2006. The 2006 amount included $12 million of amortization of gain on the sale of a business, $4 million in net gains on the sale of assets, $4 million in mineral royalty income, a $3 million sales tax refund and $2 million in insurance recoveries. Other deductions totaled $5 million in 2007 and in 2006.

Interest income decreased $70 million to $9 million in 2007 reflecting lower average balances of loans to affiliates.

Interest expense and related charges increased by $575 million to $652 million in 2007. The ten fewer days in the 2007 period resulted in $13 million in decreased charges. The increase reflected higher average balances and higher average rates driven by Merger-related financings.

Income tax benefit totaled $675 million in 2007 compared to income tax expense of $259 million in 2006. The effective rates were 34.8% on a loss in 2007 compared to 33.1% on income in 2006. The increase in the rate reflects the impact of lignite depletion, partially offset by lower production deduction benefits, higher accrual of interest on uncertain tax positions and, as a result of purchase accounting, the absence of investment tax credit amortization in 2007.

Results from operations decreased $1.790 billion to a net loss of $1.266 billion in 2007 driven by significantly higher unrealized mark-to-market net losses on positions in the long-term hedging program, higher net interest expense driven by Merger-related financings and the effects of purchase accounting.

D-74

Confidential

*Predecessor Period from January 1, 2007 through October 10, 2007 Compared to the Nine Month Predecessor Period Ended September 30, 2006*

Total operating revenues decreased $562 million, or 8%, to $6.884 billion.

The $529 million, or 10%, decrease in retail electricity revenues reflected the following:

- The decrease in retail electricity revenues was partially offset by $186 million in revenues attributable to the ten additional days in the 2007 period.

- Retail sales volumes declined 8%. Residential and small business volumes declined 11% and 13%, respectively, reflecting the effects of a net loss of customers due to competitive activity and lower average consumption per customer of 7% in the residential market and 6% in the small business market due in part to unusually cool summer weather in 2007 and hotter than normal weather in 2006. Large business market volumes increased 2% reflecting a change in customer mix.

- Lower average pricing (including customer mix effects) was driven by residential price discounts, including a six percent price discount effective with meter reads on March 27, 2007, and an additional four percent price discount effective with meter reads on June 8, 2007, to those residential customers in EFH Corp.'s historical service territory with month-to-month service plans and a rate equivalent to the former regulated rate. Lower average pricing also reflected new competitive product offerings in residential and small business markets and a change in customer mix in the large business market.

- Total retail electricity customer counts declined 3% from September 30, 2006, which consisted of a 2% decline in total residential customer counts and a decline of 6% in small business customer counts.

Wholesale electricity revenues increased $2 million. An increase of $66 million was attributable to the ten additional days in the 2007 period with the remaining variance due to lower prices as average wholesale prices declined approximately 11% reflecting lower natural gas prices during 2007, the effect of which was partially offset by volume growth of 8% due in part to the decline in retail sales volumes associated with competitive activity.

Wholesale sales and purchases of electricity are reported gross in the income statement only if the transactions are scheduled for physical delivery with ERCOT.

Fuel, purchased power costs and delivery fees increased $128 million, or 4%, to $3.209 billion. Of the increase in costs, $123 million was attributable to the ten additional days in the 2007 period. Purchases of power increased due to a scheduled refueling and major maintenance outage for one of the two Comanche Peak nuclear units. Higher fuel costs reflected increased lignite mining costs due to inefficiencies caused by significantly above normal summer rainfall. These factors were largely offset by lower delivery fees due to lower retail sales volumes.

Results from commodity hedging and trading activities include realized and unrealized gains and losses associated with financial instruments used for commodity hedging and trading purposes, as well as gains and losses on physical sales and purchases of commodities for trading and certain commodity hedging purposes. A substantial majority of the commodity hedging activities are intended to mitigate the risk of commodity price movements on future revenues and involve natural gas positions entered into as part of the long-term hedging program. The results of these activities have been volatile because of the effects of movements in forward natural gas prices on unrealized mark-to-market valuations. Following is an analysis of activities for the periods:

*Period from January 1, 2007 through October 10, 2007*—Unrealized mark-to-market net losses totaling $722 million include:

- $566 million in net losses related to hedge positions, which includes $528 million in net losses from changes in fair values and $38 million in net losses that represent reversals of previously recorded fair values of positions settled in the period. These losses are driven by the effect of higher natural gas prices in forward periods on positions in the long-term hedging program;

D-75

- $90 million in hedge ineffectiveness net gains, which includes $111 million of net gains from changes in fair values and $21 million in net losses that represent reversals of previously recorded ineffectiveness net gains related to positions settled in the period. These amounts relate to positions accounted for as cash flow hedges;

- $45 million in net losses related to trading positions, which includes $28 million in net losses from changes in fair values and $17 million in net losses that represent reversals of previously recorded fair values of positions settled in the period;

- $231 million in "day one" losses related to large hedge positions entered into at below-market prices, and

- a $30 million "day one" gain related to a power purchase agreement.

Realized net gains totaling $168 million include:

- $125 million in net gains related to hedge positions that offset hedged electricity revenues and fuel and purchased power costs recognized in the period, and

- $43 million in net gains related to trading positions.

*Nine Months Ended September 30, 2006*—Unrealized mark-to-market net gains totaling $214 million include:

- $46 million in net losses related to hedge positions, which includes $4 million in net losses from changes in fair values and $42 million in net losses that represent reversals of previously recorded fair values of positions settled in the period;

- $301 million in hedge ineffectiveness net gains, which includes $289 million of net gains from changes in fair values and $12 million in net gains that represent reversals of previously recorded ineffectiveness net losses related to positions settled in the period. These amounts relate to positions accounted for as cash flow hedges;

- $68 million in net gains related to trading positions, which includes $27 million in net gains from changes in fair values and $41 million in net gains that represent reversals of previously recorded fair values of positions settled in the period, and

- $109 million in "day one" losses on commodity price hedges entered into at below-market prices.

Realized net losses totaling $153 million include:

- $102 million in net losses on settlement of economic hedge positions that offset hedged electricity revenues recognized in the current period, and

- $51 million in net losses related to trading positions.

Operating costs increased $30 million, or 7%, to $471 million in 2007. Of the increase, $20 million was attributable to the ten additional days in the 2007 period. The remaining increase reflected $18 million in higher generation maintenance costs largely due to the scheduled outage in the spring of 2007 of one of the Comanche Peak nuclear generation units and $7 million for the utilization of $SO_2$ emission credits in 2007 for the lignite/coal-fueled generation units, partially offset by lower costs largely resulting from generation technical support outsourcing service agreements.

Depreciation and amortization increased $1 million for the period. Expenses totaling $8 million were attributable to the ten additional days in the 2007 period. The remaining decrease was driven by lower natural gas-fueled generation plant depreciation due to the impairment of the natural gas-fueled generation fleet in the second quarter of 2006 and lower expense associated with mining reclamation obligations, partially offset by higher baseload generation plant depreciation, driven by ongoing investments in property, plant and equipment.

D-76

EFIHMW00246806

**PX 014
Page 1088 of 1116**

SG&A expenses increased $72 million, or 19%, to $452 million in 2007. Of the increase, $13 million was attributable to the ten additional days in the 2007 period. The remaining increase reflected $27 million in increased retail marketing expenses and $14 million in higher professional fees primarily for retail billing and customer care systems enhancements and marketing/strategic projects. The increase was also due to higher salary and benefit costs primarily driven by an increase in staffing in retail operations and higher costs due to reallocation of Capgemini outsourcing fees. Partially offsetting the increase in SG&A expenses were lower bad debt expenses driven by a decrease in delinquencies and lower accounts receivable balances.

Other income totaled $59 million in 2007 and $46 million in 2006. Other deductions totaled a credit of $20 million in 2007 and charges of $205 million in 2006. The 2007 amount includes:

- $10 million in charges related to the termination of a railcar operating lease, and

- a $48 million credit from reducing a liability previously recorded for leases related to gas-fueled combustion turbines that EFCH ceased operating for its own benefit (see Note 10 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus).

The 2006 amount includes a $198 million charge related to the write-down of natural gas-fueled generation units to fair value (see Note 5 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus.) See Note 10 EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus for details of other income and deductions.

Interest income increased $139 million to $312 million in 2007 reflecting higher average advance balances and higher average rates on advances to affiliates.

Interest expense and related charges increased by $72 million to $329 million in 2007. Of the increase, $13 million was attributable to the ten additional days in the 2007 period. The remaining increase of $59 million reflected $44 million due to higher average borrowings and $19 million due to higher average interest rates, partially offset by $4 million in increased capitalized interest.

Income tax expense totaled $618 million in 2007 compared to $1.047 billion in 2006. Excluding the $35 million deferred tax benefit in 2007 and the $44 million deferred tax charge in 2006 related to the Texas margin tax as described in Note 8 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus, the effective rate was 33.9% in 2007 and 33.2% in 2006. (These unusual deferred tax adjustments distort the comparison; they have therefore been excluded for purposes of a more meaningful discussion).

Results from continuing operations decreased $671 million to $1.306 billion in 2007 driven by unrealized mark-to-market losses on positions in the long-term hedging program and lower other deductions.

D-77

Confidential

*Energy-Related Commodity Contracts and Mark-to-Market Activities*

The table below summarizes the changes in commodity contract assets and liabilities for the periods presented. The net changes in these assets and liabilities, excluding "fair value adjustments," "other activity" and "reclassification" as described below, represent the pretax effect on earnings of positions in the commodity contract portfolio that are marked-to-market in net income (see Note 15 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus). These positions represent both economic hedging and trading activities.

| | Successor | | Predecessor | |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2008 | October 11, 2007 through December 31, 2007 | January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Commodity contract net asset (liability) at beginning of period | $(1,917) | $ (920) | $ (23) | $(56) |
| Settlements of positions (a)(c) | 39 | (87) | (55) | 36 |
| Unrealized mark-to-market valuations of unsettled positions (b)(c) | 2,294 | (1,469) | (757) | (3) |
| Fair value adjustments at Merger closing date (d) | — | 144 | — | — |
| Reclassification at Merger closing date (e) | — | 400 | — | — |
| Other activity (f) | 14 | 15 | (85) | — |
| Commodity contract net asset (liability) at end of period | $ 430 | $(1,917) | $(920) | $(23) |

(a)     Represents reversals of previously recognized unrealized gains and losses upon settlement (offsets realized gains and losses recognized in the settlement period).

(b)     Primarily represents mark-to-market effects of positions in the long-term hedging program (see discussion above under "—Executive Summary—Significant Activities and Events—Long-Term Hedging Program"). Includes gains and losses recorded at contract inception dates (see Note 15 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus).

(c)     Prior year amounts reflect reclassifications to include effects of positions entered into and settled within the same period. This change in presentation was made in connection with the 2008 reclassification of commodity hedging and trading activities discussed in Note 1 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus.

(d)     Represents adjustments arising primarily from the adoption of SFAS 157 (largely nonperformance risk effect—see Note 20 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus).

(e)     Represents reclassification of fair values of derivatives previously accounted for as cash flow hedges.

(f)     These amounts do not represent unrealized gains or losses. Includes initial values of positions involving the receipt or payment of cash or other consideration. Activity in the 2007 Predecessor period included $257 million (net of amounts settled of $7 million) in liabilities related to certain power sales agreements (see Note 15 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus), net of a $102 million payment related to a structured economic hedge transaction in the long-term hedging program and $64 million in natural gas provided under physical gas exchange transactions.

Note: Of the $2.333 billion in unrealized net gains for the year ended December 31, 2008, $2.285 billion in net gains are reported in the income statement as net gain from commodity hedging and trading activities. The difference of $48 million in net gains relates to physically settled sales and purchase transactions, with $42 million in net gains reported in revenues and $6 million in net gains reported in fuel, purchased power costs and delivery fees, as required by accounting rules.

D-78

EFIHMW00246808

**PX 014**
**Page 1090 of 1116**

In addition to the effect on net income of recording unrealized mark-to-market gains and losses that are reflected in the table above, similar effects arise in the recording of unrealized ineffectiveness gains and losses associated with commodity-related positions accounted for as cash flow hedges. These effects on net income, which include reversals of previously recorded unrealized ineffectiveness gains and losses to offset realized gains and losses upon settlement, are reflected in the balance sheet as changes in cash flow hedge and other derivative assets and liabilities (see Note 15 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus). The total pretax effect of recording unrealized gains and losses in net income related to commodity contracts under SFAS 133 is summarized as follows:

|  | Successor | | Predecessor | |
|---|---|---|---|---|
|  | Year Ended December 31, 2008 | October 11, 2007 through December 31, 2007 | January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Unrealized gains/(losses) related to contracts marked-to-market | $2,333 | $(1,556) | $(812) | $ 33 |
| Ineffectiveness gains/(losses) related to cash flow hedges (a) | (4) | — | 90 | 239 |
| Total unrealized gains (losses) related to commodity contracts | $2,329 | $(1,556) | $(722) | $272 |

(a)    See Note 15 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus.

*Maturity Table*—Following are the components of the net commodity contract asset at December 31, 2008:

|  | Successor Amount |
|---|---|
| Amount of net asset arising from mark-to-market accounting | $459 |
| Net receipts of natural gas under physical gas exchange transactions | (29) |
| Net commodity contract asset | $430 |

The following table presents the net commodity contract asset arising from recognition of fair values under mark-to-market accounting as of December 31, 2008, scheduled by the source of fair value and contractual settlement dates of the underlying positions.

|  | Maturity dates of unrealized commodity contract asset at December 31, 2008 | | | | |
|---|---|---|---|---|---|
| Source of fair value | Less than 1 year | 1-3 years | 4-5 years | Excess of 5 years | Total |
| Prices actively quoted | $(167) | $ (97) | $ (6) | $— | $(270) |
| Prices provided by other external sources | 427 | 324 | 66 | — | 817 |
| Prices based on models | 22 | (75) | (35) | — | (88) |
| Total | $ 282 | $152 | $ 25 | $— | $ 459 |
| Percentage of total fair value | 61% | 33% | 6% | — % | 100% |

The "prices actively quoted" category reflects only exchange traded contracts for which active quotes are readily available. The "prices provided by other external sources" category represents forward commodity positions valued using prices for which over-the-counter broker quotes are available. Over-the-counter quotes for power in ERCOT (excluding the West zone) generally extend through 2014 and over-the-counter quotes for natural gas generally extend through 2015, depending upon delivery point. The "prices based on models" category contains the value of all nonexchange traded options, valued using option pricing models. In addition,

D-79

EFIHMW00246809

**PX 014**
**Page 1091 of 1116**

this category contains other contractual arrangements that may have both forward and option components, as well as other contracts that are valued using proprietary long-term pricing models that utilize certain market based inputs. See Note 20 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus for fair value disclosures required under SFAS 157 and for discussion of fair value measurements.

**Comprehensive Income**

Cash flow hedge activity reported in other comprehensive income included (all amounts after-tax):

| | Successor | | Predecessor | |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period From January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Net increase (decrease) in fair value of cash flow hedges: | | | | |
| Commodities ............................. | $ (8) | $ 5 | $(288) | $598 |
| Financing—interest rate swaps ............... | (173) | (182) | — | — |
| | (181) | (177) | (288) | 598 |
| Derivative value net losses (gains) reported in net income that relate to hedged transactions recognized in the period: | | | | |
| Commodities ............................. | 11 | — | (95) | (53) |
| Financing—interest rate swaps ............... | 111 | — | 6 | 6 |
| | 122 | — | (89) | (47) |
| Total income (loss) effect of cash flow hedges reported in other comprehensive income .................. | $ (59) | $(177) | $(377) | $551 |

All amounts included in accumulated other comprehensive income as of October 10, 2007, which totaled $53 million in net gains, were eliminated as part of purchase accounting.

EFCH has historically used, and expects to continue to use, derivative instruments that are effective in offsetting future cash flow variability in interest rates and energy commodity prices. Amounts in accumulated other comprehensive income include (i) the value of unsettled transactions accounted for as cash flow hedges (for the effective portion), based on current market conditions, and (ii) the value of dedesignated and terminated cash flow hedges at the time of such dedesignation, less amounts reclassified to earnings as the original hedged transactions are recognized, unless the hedged transactions become probable of not occurring. The effects of the hedge will be recorded in the statement of income as the hedged transactions are actually settled and affect earnings. Also see Note 15 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus.

Confidential

EFIHMW00246810

**Financial Condition**

*Liquidity and Capital Resources*

*Cash Flows*—Cash flows from operating, financing and investing activities included:

| | Successor | | Predecessor | | |
|---|---|---|---|---|---|
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period From January 1, 2007 through October 10, 2007 | Three Months Ended December 31, 2006 | Nine Months Ended September 30, 2006 |
| **Cash flows—operating activities** | | | | | |
| Net income (loss) | $(9,039) | $ (1,266) | $ 1,306 | $ 524 | $ 1,977 |
| Adjustments to reconcile net income (loss) to cash provided by (used in) operating activities: | | | | | |
| Depreciation and amortization | 1,549 | 444 | 306 | 97 | 303 |
| Deferred income tax expense (benefit)—net | (377) | (453) | (68) | 219 | (37) |
| Impairment of goodwill and other intangible assets | 8,982 | — | — | — | — |
| Impairment of natural gas-fueled generation fleet | 229 | — | — | — | 198 |
| Unrealized net losses (gains) from mark-to-market valuations of commodity positions | (2,329) | 1,556 | 722 | (58) | (214) |
| Unrealized net losses from mark-to-market valuations of interest rate swaps | 1,477 | — | — | — | — |
| Effect of Parent's payment of interest on pushed down debt | 251 | 24 | — | — | — |
| Other, net (including customer refund accrual in late 2006) | 169 | 19 | (18) | 117 | 39 |
| Changes in operating assets and liabilities (including margin deposits) | 745 | (572) | (1,017) | (124) | 1,716 |
| Cash provided by (used in) operating activities | $ 1,657 | $  (248) | $ 1,231 | $ 775 | $ 3,982 |
| **Cash flows—financing activities** | | | | | |
| Net issuances and (repayments and repurchases) of borrowings, including premiums and discounts | 1,286 | 22,497 | 2,054 | 240 | (618) |
| Decrease in income tax-related payable to Oncor | (34) | (9) | (24) | (10) | (30) |
| Distributions paid to parent | — | (21,000) | (1,135) | (286) | (572) |
| Other | 37 | — | — | (2) | 13 |
| Cash provided by (used in) financing activities | $ 1,289 | $ 1,488 | $  895 | $ (58) | $(1,207) |
| **Cash flows—investing activities** | | | | | |
| Net loans (to) from to affiliates | $  (558) | $  (134) | $  114 | $(253) | $(2,025) |
| Capital expenditures, including purchases of mining-related assets and nuclear fuel | (2,074) | (519) | (1,585) | (322) | (586) |
| Proceeds from TCEH senior secured letter of credit facility deposited with bank | — | (1,250) | — | — | — |
| Other | (50) | 22 | 194 | (142) | (169) |
| Cash used in investing activities | $(2,682) | $ (1,881) | $(1,277) | $(717) | $(2,780) |

D-81

Confidential

EFIHMW00246811

PX 014
Page 1093 of 1116

*Year Ended December 31, 2008*—Cash provided by operating activities totaled $1.657 billion, driven by cash earnings (net income adjusted for the noncash earnings items identified in the cash flow statement) and also reflecting receipts of margin deposits, which largely were used to repay TCEH Commodity Collateral Posting Facility borrowings related to natural gas hedges due to declining natural gas prices.

*Successor Period from October 11, 2007 through December 31, 2007 compared to Three Months Ended December 31, 2006*—Cash used in operating activities totaled $248 million in the Successor period from October 11, 2007 through December 31, 2007 compared to cash provided by operating activities of $775 million in the three months ended December 31, 2006. The $1.023 billion decrease reflected:

- lower operating earnings after taking into account noncash items such as depreciation and amortization, deferred federal income tax expense, unrealized mark-to-market valuations and a charge related to a customer appreciation bonus, and

- a $598 million unfavorable change in net margin deposits which was largely funded by the Commodity Collateral Posting Facility, due to the effect of increases in forward natural gas prices on positions in the long-term hedging program.

*Predecessor Period from January 1, 2007 through October 10, 2007 Compared to Nine Months Ended September 30, 2006*—The $2.751 billion decrease in cash provided by operating activities reflected:

- an unfavorable change in federal income taxes payable of $1.5 billion due to timing of payments to EFH Corp.;

- a $1.149 billion unfavorable change in net margin deposits driven by the effect of higher forward natural gas prices on positions in the long-term hedging program, and

- a $102 million premium paid in 2007 related to a structured natural gas-related option transaction entered into as part of the long-term hedging program.

Recent capital spending trends reflect spending related to the development and construction of new generation facilities. Capital expenditures in 2008 totaled $1.908 billion.

Depreciation and amortization expense reported in the statement of cash flows exceeds the amount reported in the statement of income by $457 million, $129 million, $53 million, $16 million and $51 million for the year ended December 31, 2008, the period from October 11, 2007 through December 31, 2007, the period from January 1, 2007 through October 10, 2007, the three months ended December 31, 2006 and the nine months ended September 30, 2006, respectively. For the 2007 and 2006 Predecessor periods, this difference represents amortization of nuclear fuel, which is reported as fuel costs in the statement of income consistent with industry practice. For the 2008 and 2007 Successor periods, this difference also represents amortization of intangible net assets and debt fair value discounts arising from purchase accounting that is reported in various other income statement line items including operating revenues, fuel and purchased power costs and interest expense.

**Debt Financing Activity**—Long-term borrowings for the year ended December 31, 2008 totaled $1.685 billion and included $1.412 billion of borrowings under the TCEH Delayed Draw Term Loan Facility to fund capital expenditures, principally related to the construction of the new generation facilities, and the remarketing of $242 million principal amount of pollution control revenue bonds. Repayments for the year ended December 31, 2008 totaled $860 million and included the remarketing of $242 million principal amount of pollution control revenue bonds, repayment of $413 million of borrowings under the TCEH Commodity Collateral Posting Facility, which fully repaid borrowings under the facility, repayment of $165 million under the TCEH Initial Term Loan Facility and other repayments totaling $40 million, principally related to leases. Short-term borrowings increased $462 million in the year ended December 31, 2008 driven by $900 million of cash borrowings from the TCEH Revolving Credit Facility and decrease of $438 million in short-term borrowings under the Commodity Collateral Posting Facility.

D-82

EFIHMW00246812

See Note 12 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus for further detail of long-term debt and other financing arrangements.

EFCH or its affiliates may from time to time purchase outstanding debt securities for cash in open market purchases, privately negotiated transactions or other transactions. EFCH will evaluate any such transactions in light of market prices of the securities, taking into account its liquidity requirements and prospects for future access to capital, contractual restrictions and other factors. The amounts involved in any such transactions, individually or in the aggregate, may be material. No such purchases have occurred to date.

*Available Liquidity*—The following table summarizes changes in liquidity available for EFCH for the year ended December 31, 2008.

| | Available Liquidity | | |
| --- | --- | --- | --- |
| | December 31, 2008 (a) | December 31, 2007 | Change |
| Cash and cash equivalents | $   479 | $   215 | $   264 |
| Investments held in money market fund | 142 | — | 142 |
| TCEH Delayed Draw Term Loan Facility | 522 | 1,950 | (1,428) |
| TCEH Revolving Credit Facility | 1,767 | 2,636 | (869) |
| TCEH Letter of Credit Facility | 490 | 9 | 481 |
| Total (b) | $3,400 | $4,810 | $(1,410) |

(a) The TCEH Revolving Credit Facility includes $144 million of undrawn commitments from the Lehman subsidiary that is only available from the fronting banks in the form of letters of credit.

(b) Pursuant to PUCT rules, TCEH is required to maintain available capacity under its credit facilities to assure adequate credit worthiness of TCEH's REP subsidiaries, including the ability to return retail customer deposits, if necessary. As a result, at December 31, 2008, the total availability under the TCEH credit facilities should be further reduced by $266 million.

Note: Available liquidity above does not include the potential amounts available from exercising the payment-in-kind (PIK) option on the EFH Corp. Toggle Notes and TCEH Toggle Notes, which for the remaining payment dates from November 2009 through November 2012, could add approximately $1.6 billion of liquidity.

The decline in available liquidity of $1.410 billion in 2008 reflected borrowings to fund construction of the new generation facilities and use of cash for other capital expenditures, partially offset by reduced letters of credit issued driven by the effects of lower natural gas prices on commodity hedging positions.

The $142 million investments held in money market fund was received in January 2009.

The TCEH Delayed Draw Term Loan Facility is used to fund certain specified expenditures, principally related to the construction of the new generation facilities and the environmental retrofit program for existing facilities. The TCEH Revolving Credit Facility is used for working capital and other general corporate purposes. The TCEH Letter of Credit Facility is used for issuing letters of credit for general corporate purposes. The uncapped TCEH Commodity Collateral Posting Facility provides the collateral posting requirements for specified natural gas hedging transaction volumes. (See discussion below under "—Liquidity Effects of Commodity Hedging and Trading Activities.")

As of December 31, 2008, TCEH had borrowed $900 million under its Revolving Credit Facility, the majority of which was held as cash and cash equivalents and investment in money market fund. Although neither EFCH nor TCEH has any immediate needs for the additional liquidity from the cash borrowings from the TCEH Revolving Credit Facility, the borrowings were made in September and October 2008 as a precautionary measure due to significant dislocation in the financial markets as evidenced by, among other matters, the bankruptcy filing

D-83

Confidential

by Lehman as well as a substantial widening of credit default swap spreads of other institutional banks, a significant increase in the LIBOR rate, a significant halt in commercial paper markets and a significant widening of TED (the price difference between 3-month T-Bill futures and 3-month Eurodollar futures) spreads (collectively, "Key Market Metrics"). TCEH anticipated repaying some or all of these borrowings upon seeing an improvement in financial market conditions. Given the enactment of federal legislation that is intended to support the solvency of institutional banks, significant improvement in each of the Key Market Metrics and the increased interest cost associated with having these borrowings remain outstanding, TCEH repaid a portion of the September and October 2008 borrowings. EFCH and TCEH will continue to monitor financial market conditions, and TCEH anticipates repaying the remaining borrowings to the extent financial market conditions continue to improve. If, however, financial market conditions worsen, TCEH may continue to retain these borrowings and may borrow repaid funds. TCEH expects to maintain the cash proceeds from the borrowings in highly liquid short-term investments pending use for liquidity needs or repayment.

Under the terms of the TCEH Senior Secured Facilities, the commitments of the lenders to make loans to TCEH are several and not joint. Accordingly, if any lender fails to make loans to TCEH, TCEH's available liquidity could be reduced by an amount up to the aggregate amount of such lender's commitments under the TCEH Senior Secured Facilities. See discussion below under "—Bankruptcy Filing of Lehman Brothers Holdings Inc."

See Note 12 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus for additional discussion of the facilities.

***Bankruptcy Filing of Lehman Brothers Holdings Inc.***—In September 2008, Lehman Brothers Holdings Inc. (Lehman) filed for bankruptcy under the US Bankruptcy Code. EFCH and its subsidiaries have business relationships with Lehman and its subsidiaries.

Subsidiaries of TCEH were counterparties with subsidiaries of Lehman with respect to wholesale energy marketing transactions, including natural gas hedging transactions that were part of EFCH's corporate hedging program. The obligations of these Lehman subsidiaries are guaranteed by Lehman, and the Lehman bankruptcy filing gave TCEH's subsidiaries the right to terminate the transactions. TCEH's subsidiaries provided notice to the Lehman subsidiaries terminating these transactions effective on September 15, 2008 (the "Termination Date") pursuant to its rights under the master agreement for the transactions. As of the Termination Date, the TCEH subsidiaries' direct net financial position with respect to these transactions was $26 million (excluding termination related costs), which was reserved for as a charge reported in other deductions in the three months ended September 30, 2008. EFCH's overall corporate hedging program was not materially impacted by this termination.

See "—Available Liquidity" above and Note 12 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus for the potential effects on the TCEH Senior Secured Facilities of Lehman's bankruptcy filing.

***Commodity Hedging and Trading Activities***—With the tightening of credit markets, there has been some decline in the number of market participants in the energy commodities markets, resulting in less liquidity particularly in the ERCOT wholesale electricity market. Participation by financial institutions and other intermediaries (including investment banks) has declined. However, traditional counterparties with physical assets to hedge continue to participate in the markets. EFCH continues to monitor liquidity and credit risk in the markets to assess any impacts on its overall hedging strategy.

***Additional Financial Market Uncertainty Considerations***—As of December 31, 2008, EFCH and its subsidiaries had no debt that was insured. TCEH has $204 million of tax-exempt long-term debt backed by $208 million in letters of credit expiring in 2014. If there is a loss of confidence in the creditworthiness of the letter of credit provider and TCEH were consequently unable to substitute letters of credit from an acceptable bank, TCEH could experience an increase in its interest expense.

Confidential

*PIK Interest Election*—EFH Corp. and TCEH have the option every six months until November 1, 2012, at their election, to use the payment-in-kind (PIK) feature of their respective toggle notes in lieu of making cash interest payments. While EFH Corp. and TCEH have sufficient liquidity to meet their anticipated ongoing needs without use of this PIK feature, the companies elected to do so for the May 1, 2009 interest payment date as an efficient and cost-effective method to further enhance liquidity, in light of the substantial dislocation in the financial markets. Moreover, the incremental liquidity obtained by using the PIK feature of the toggle notes for this specific payment period more than offset the liquidity that was effectively lost as a result of the default by affiliates of Lehman under TCEH's Senior Secured Facilities. In the future, EFH Corp. and TCEH will evaluate use of the PIK feature at each election period, taking into account market conditions and other relevant factors at such time.

EFH Corp. will make its May 2009 interest payment by using the PIK feature of the EFH Corp. Toggle Notes. The election will increase the interest rate on the toggle notes from 11.25% to 12.00% during the interest period covered by the PIK election and require EFH Corp. to issue an additional $150 million principal amount of EFH Corp. Toggle Notes on May 1, 2009. In addition, the election will increase liquidity by an amount equal to approximately $141 million, constituting the amount of cash interest that otherwise would have been payable on May 1, 2009, and increase the expected annual cash interest expense by approximately $17 million, constituting the additional cash interest that would be payable with respect to the $150 million of additional toggle notes.

Similarly, TCEH will make its May 2009 interest payment by using the PIK feature of the TCEH Toggle Notes. The election will increase the interest rate on the TCEH Toggle Notes from 10.50% to 11.25% during the interest period covered by the PIK election and require TCEH to issue an additional approximately $98.5 million principal amount of TCEH Toggle Notes on May 1, 2009. In addition, the election will increase liquidity by an amount equal to approximately $92 million, constituting the amount of cash interest that otherwise would have been payable on May 1, 2009, and increase the expected annual cash interest expense by approximately $10 million, constituting the additional cash interest that would be payable with respect to the $98.5 million of additional toggle notes.

*Liquidity Needs, Including Capital Expenditures*—Capital expenditures, including capitalized interest, for 2009 are expected to total approximately $1.6 billion and include:

- approximately $700 million related to the construction of one generation unit at Sandow and two generation units and mine development at Oak Grove;

- approximately $800 million for major maintenance, primarily in existing generation operations, and

- approximately $100 million for environmental expenditures related to existing generation units.

Because its businesses are capital intensive, EFCH expects to rely over the long-term upon access to financial markets as a significant source of liquidity for capital requirements not satisfied by cash-on-hand, operating cash flows or its credit facilities. The inability to raise capital on favorable terms or failure of counterparties to perform under credit, hedging or other financial agreements, particularly considering the current uncertainty in the financial markets, could impact EFCH's ability to sustain and grow its businesses and would likely increase capital costs. EFCH expects cash flows from operations combined with availability under its credit facilities discussed in Note 12 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus to provide sufficient liquidity to fund its current obligations, projected working capital requirements, any restructuring obligations and capital spending for a period that includes the next twelve months.

*Notes Receivable from Parent*—In November 2008, Oncor issued and sold a 19.75% noncontrolling stake to an investor group to further enhance Oncor's separation from Texas Holdings, EFH Corp., and EFH Corp.'s other subsidiaries. The proceeds received by Oncor from this sale were ultimately distributed to EFH Corp. Under the terms of certain financing arrangements of EFH Corp. and TCEH, upon such distribution, under

D-85

EFIHMW00246815

certain circumstances, EFH Corp. is required to repay certain outstanding intercompany loans from TCEH. Accordingly, in November 2008, EFH Corp. repaid the $253 million balance of such notes related to payments of principal and interest on EFH Corp. debt. As of December 31, 2008, TCEH had $584 million of notes receivable from EFH Corp., none of which related to payments of principal and interest on EFH Corp. debt.

*Liquidity Effects of Commodity Hedging and Trading Activities*—Commodity hedging and trading transactions typically require a counterparty to post collateral if the forward price of the underlying commodity moves such that the hedging or trading instrument held by such counterparty has declined in value. EFCH and its subsidiaries use cash and letters of credit and other collateral structures to satisfy such collateral obligations. In addition, TCEH's Commodity Collateral Posting Facility, an uncapped senior secured revolving credit facility, funds the cash collateral posting requirements for a significant portion of the positions in EFCH's long-term hedging program not otherwise secured by a first-lien in the assets of TCEH. The aggregate principal amount of this facility is determined by the exposure arising from higher forward market prices, regardless of the amount of such exposure, on a portfolio of certain natural gas hedging transaction volumes. Including those hedging transactions where margin deposits are covered by unlimited borrowings under the TCEH Commodity Collateral Posting Facility, at January 30, 2009, more than 95% of EFCH's long-term natural gas hedging program transactions were secured by a first-lien interest in the assets of TCEH that is pari passu with the TCEH Senior Secured Facilities, the effect of which is a significant reduction in EFCH's liquidity exposure associated with collateral requirements for those hedging transactions. See Note 12 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus for more information about this facility.

As of December 31, 2008, subsidiaries of EFCH have received or posted cash and letters of credit for commodity hedging and trading activities as follows:

- $317 million in cash has been received from counterparties for exchange cleared transactions (including initial margin), as compared to $79 million posted as of December 31, 2007,

- $402 million in cash has been received from counterparties for over-the-counter and other non-exchanged cleared transactions, as compared to $429 million posted as of December 31, 2007, and

- $342 million in letters of credit have been posted with counterparties, as compared to $592 million posted as of December 31, 2007.

Borrowings under the TCEH Commodity Collateral Posting Facility funded the substantial majority of the above cash postings. The posted letters of credit were largely supported by restricted cash borrowed under the TCEH Letter of Credit Facility. See Notes 12 and 23 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus.

With respect to exchange cleared transactions, these transactions typically require initial margin (i.e. the upfront cash and/or letter of credit posted to take into account the size and maturity of the positions and credit quality) in addition to variance margin (i.e. the daily cash margin posted to take into account changes in the value of the underlying commodity). The amount of initial margin required is generally defined by exchange rules. Clearing agents, however, typically have the right to request additional initial margin based on various factors including market depth, volatility and credit quality, which may be in the form of cash, letters of credit, a guaranty or other forms as negotiated with the clearing agent. With respect to cash collateral that is received, such cash collateral is either used by EFCH and its subsidiaries for working capital and other corporate purposes, including reducing short-term borrowings under credit facilities, or it is required to be deposited in a separate account and restricted from being used for working capital and other corporate purposes. On over-the-counter transactions, such counterparties generally have the right to substitute letters of credit for such cash collateral. In such event, the cash collateral previously posted would be returned to such counterparties thereby reducing EFH Corp.'s liquidity in the event that it was not restricted. As of December 31, 2008, cash collateral of $4 million was restricted. See Note 23 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus regarding restricted cash.

D-86

EFIHMW00246816

With the long-term hedging program, increases in natural gas prices result in increased cash collateral and letter of credit margin requirements. As a representative example, as of January 30, 2009, for each $1.00 per MMBtu increase in forward natural gas prices across the period from 2009 through 2014, EFCH's cash collateral posting requirements associated with its long-term hedging program would increase by approximately $0.8 billion, essentially all of which would be funded by the TCEH Commodity Collateral Posting Facility.

*Interest Rate Swap Transactions*—In January and February 2009, TCEH entered into interest rate basis swap transactions pursuant to which payments of the floating interest rates at three-month LIBOR on an aggregate of $5 billion of senior secured term loans of TCEH were exchanged for floating interest rates at one-month LIBOR plus spreads ranging from 0.201% to 0.353%. See Note 12 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus for TCEH interest rate swaps entered into as of December 31, 2008.

*Sale of Accounts Receivable*—Certain subsidiaries of EFCH that are engaged in retail sales of electricity participate in an accounts receivable securitization program established by EFH Corp., the activity under which is accounted for as a sale of accounts receivable in accordance with SFAS 140. Under the program, such subsidiaries (originators) sell trade accounts receivable to TXU Receivables Company, a consolidated wholly-owned bankruptcy-remote direct subsidiary of EFH Corp., which sells undivided interests in the purchased accounts receivable for cash to special purpose entities established by financial institutions. All new trade receivables under the program generated by the originators are continuously purchased by TXU Receivables Company with the proceeds from collections of receivables previously purchased. Funding under the program totaled $416 million and $363 million at December 31, 2008 and 2007, respectively. See Note 11 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus for a more complete description of the program including the impact of the program on the financial statements for the periods presented and the contingencies that could result in a reduction of funding available under the program.

*Capitalization*—The capitalization ratios of EFCH consisted of 118.8% and 88.5% long-term debt, less amounts due currently, and (18.8)% and 11.5% shareholders' equity, at December 31, 2008 and 2007, respectively. Total debt to capitalization, including short-term debt, was 118.0% and 88.7% at December 31, 2008 and 2007, respectively.

*Covenants and Restrictions under Financing Arrangements*—Each of the TCEH Senior Secured Facilities and indentures governing the TCEH Senior Notes and Senior Toggle Notes contains covenants that could have a material impact on the liquidity and operations of EFCH and its subsidiaries. A brief description of certain of these covenants is provided below. See also Note 12 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus for additional discussion of the covenants contained in these financing arrangements. Certain series of TCEH's pollution control revenue bonds, which were remarketed in June 2008, include covenants similar to those discussed below regarding the TCEH Notes.

When the term "Adjusted EBITDA" (see Glossary included in EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus) is referenced in the covenant description below, it is a reference to, and generally synonymous with, the term "Consolidated EBITDA" that is used in the TCEH Senior Secured Facilities and a reference to, and generally synonymous with, the term "EBITDA" that is used in the indenture governing the TCEH Notes. Further, the indenture governing the $4.5 billion principal amount of EFH Corp. senior notes issued subsequent to the Merger (EFH Corp. Notes) provides that for EFH Corp., Oncor results be included in Adjusted EBITDA when used in connection with making restricted payments and investments other than payments to the Sponsor Group but that the Oncor results be excluded and distributions received from Oncor be included when used in connection with the incurrence of debt. Adjusted EBITDA, as defined in the indenture governing the TCEH Notes for the year ended December 31, 2008 totaled $3.2 billion for TCEH. See "—Adjusted EBTIDA Reconciliation" for a reconciliation of net income to Adjusted EBITDA for TCEH and EFH Corp. for the years ended December 31, 2008 and 2007.

D-87

EFIHMW00246817

PX 014
Page 1099 of 1116

*Maintenance Covenant*—Under the TCEH Senior Secured Facilities, TCEH and its restricted subsidiaries are required to maintain a consolidated secured debt to Adjusted EBITDA ratio (as defined in the TCEH Senior Secured Facilities) measured over a rolling four-quarter measurement period, which must not exceed 7.25 to 1.00 for the measurement period ending December 31, 2008, declining over time to 5.75 to 1.00 for the measurement periods ending March 31, 2014 and thereafter. In the event that TCEH fails to comply with this ratio, it generally has the right to cure its non-compliance by soliciting a cash investment in an amount necessary to become compliant. The ratio for the period ended December 31, 2008 was 4.77 to 1.00.

*Debt Incurrence Covenants*—Under the indenture governing the EFH Corp. Notes, EFH Corp. and its restricted subsidiaries (other than TCEH and its restricted subsidiaries) are not permitted to incur indebtedness or issue certain classes of preferred stock unless, on a pro forma basis, after giving effect to such incurrence or issuance, the fixed charge coverage ratio (as defined in the EFH Corp. indenture) on a consolidated basis for EFH Corp. and its restricted subsidiaries is at least 2.0 to 1.0 or such incurrence or issuance is otherwise permitted by specified exceptions in the indenture. The fixed charge coverage ratio is generally defined as the ratio of Adjusted EBITDA of EFH Corp. to fixed charges of EFH Corp., in each case on a consolidated basis but excluding Oncor. The fixed charge coverage ratio for EFH Corp. was 1.5 to 1.0 at December 31, 2008. In addition, under this indenture, TCEH and its restricted subsidiaries are not permitted to incur indebtedness or issue certain classes of preferred stock unless, on a pro forma basis, after giving effect to such incurrence or issuance, the fixed charge coverage ratio (as defined in the indenture) on a consolidated basis for TCEH and its restricted subsidiaries is at least 2.0 to 1.0 or such incurrence or issuance is otherwise permitted by specified exceptions in the indenture. The fixed charge coverage ratio for that purpose is generally defined as the ratio of Adjusted EBITDA of TCEH to fixed charges of TCEH, in each case, on a consolidated basis. The fixed charge coverage ratio for TCEH as of December 31, 2008 was 1.3 to 1.0.

Under the TCEH Senior Secured Facilities, TCEH and its restricted subsidiaries are generally not permitted to incur indebtedness unless, on a pro forma basis, after giving effect to such incurrence, the Adjusted EBITDA to consolidated interest expense ratio (as defined in the TCEH Senior Secured Facilities) is at least 2.0 to 1.0 or such incurrence is otherwise permitted by specified exceptions in the TCEH Senior Secured Facilities. This ratio was 1.3 to 1.0 for the year ended December 31, 2008.

Under the indenture governing the TCEH Notes, TCEH and its restricted subsidiaries are not permitted to incur indebtedness or issue certain classes of preferred stock unless, on a pro forma basis, after giving effect to such incurrence or issuance, the fixed charge coverage ratio (as defined in such indenture) on a consolidated basis for TCEH and its restricted subsidiaries is at least 2.0 to 1.0 or such incurrence or issuance is otherwise permitted by specified exceptions in such indenture. The fixed charge coverage ratio is generally defined as the ratio of Adjusted EBITDA of TCEH to fixed charges of TCEH, in each case, on a consolidated basis. The ratio was 1.3 to 1.0 for the year ended December 31, 2008.

*Restricted Payments/Limitation on Investments*—Under the indenture governing the EFH Corp. Notes, EFH Corp. and its restricted subsidiaries have limitations, subject to certain exceptions, on making restricted payments (as defined in the indenture), including cash dividends, equity repurchases, subordinated debt repayments and investments, unless the amount of such restricted payments is less than a formula based on 50% of consolidated net income (as defined in such indenture) and unless a fixed charge coverage ratio (as defined in such indenture), on a pro forma basis, after giving effect to such restricted payment, is at least 2.0 to 1.0 (or 2.0 to 1.0 of TCEH in the case of certain restricted payments by TCEH and its restricted subsidiaries) or as such restricted payment is otherwise permitted by specified exceptions in the indenture. The fixed charge coverage ratio for this purpose is generally defined as the fixed charge coverage ratio of EFH Corp. and all of its restricted subsidiaries, including Oncor Holdings and its subsidiaries as restricted subsidiaries for purposes of such calculation, and was 1.3 to 1.0 as of December 31, 2008. However, in the case of payments to the Sponsor Group, the fixed charge coverage ratio for this purpose is defined as the fixed charge coverage ratio of EFH Corp. and its restricted subsidiaries (but not including Oncor Holdings and its subsidiaries as restricted subsidiaries for purposes of such calculation) and was 1.5 to 1.0 as of December 31, 2008. Notwithstanding any other provisions of the indenture, EFH Corp.

D-88

EFIHMW00246818

and its restricted subsidiaries may not pay any dividends or other returns to Texas Holdings unless, on a pro forma basis, after giving effect to such payment, the consolidated leverage ratio of EFH Corp. is equal to or less than 7.0 to 1.0. The consolidated leverage ratio is generally defined as the ratio of consolidated total indebtedness (as defined in the indenture) of EFH Corp. to Adjusted EBITDA of EFH Corp., in each case, on a consolidated basis, excluding Oncor Holdings and its subsidiaries, and was 6.9 to 1.0 as of December 31, 2008.

Under the terms of the TCEH Senior Secured Facilities, TCEH is required, commencing with and including the year ended December 31, 2008, to prepay within 90 days after the end of each such year, principal amounts of term loans with certain excess cash flows as defined in the indenture. TCEH realized no excess cash flows for the year ended December 31, 2008; therefore, no such prepayments are required to be made in 2009 under these provisions.

Under the TCEH Senior Secured Facilities and indenture governing the TCEH Notes, TCEH and its restricted subsidiaries have limitations (subject to certain exceptions) on making restricted payments or investments (as defined in the applicable debt agreements), including certain dividends, equity repurchases, debt repayments, extensions of credit and certain types of investments.

*Financial Covenants, Credit Rating Provisions and Cross Default Provisions*—The terms of certain financing arrangements of subsidiaries of EFCH contain financial covenants that require maintenance of leverage ratios and/or contain a minimum net worth covenant. As of December 31, 2008, EFCH's subsidiaries were in compliance with all such applicable covenants.

*Credit Ratings*—The rating agencies assign issuer credit ratings for EFCH and its subsidiaries. The issuer credit ratings as of February 20, 2009 for EFCH and its subsidiaries are B-, B2 and B by S&P, Moody's and Fitch, respectively.

Additionally, the rating agencies assign credit ratings on certain debt securities issued by EFH Corp. and its subsidiaries. The credit ratings assigned for debt securities issued by EFCH and certain of its subsidiaries and by EFH Corp. that are guaranteed by EFCH as of February 20, 2009 are presented below:

|  | S&P | Moody's | Fitch |
|---|---|---|---|
| EFH Corp. (Senior Unsecured) (a) | B- | B3 | B+ |
| EFCH (Senior Unsecured) | CCC | Caa1 | CCC+ |
| TCEH (Senior Secured) | B+ | Ba3 | BB |
| TCEH (Senior Unsecured) (b) | CCC | B3 | B+ |
| TCEH (Unsecured) | CCC | Caa1 | B- |

(a)  EFH Corp. Cash-Pay Notes and EFH Corp. Toggle Notes
(b)  TCEH Cash-Pay Notes and TCEH Toggle Notes

S&P and Fitch have placed the ratings for EFH Corp. and its subsidiaries on "stable outlook." In November 2008, Moody's announced that it changed the rating outlook for EFH Corp. and TCEH to negative from stable stating that the change was primarily related to the decision to elect PIK interest option on the EFH Corp. Toggle Notes and the TCEH Toggle Notes for the interest due on May 1, 2009. Furthermore, in February 2009, Moody's placed the ratings for EFH Corp. and TCEH on review for possible downgrade.

A rating reflects only the view of a rating agency, and is not a recommendation to buy, sell or hold securities. Ratings can be revised upward or downward at any time by a rating agency if such rating agency decides that circumstances warrant such a change.

*Material Credit Rating Covenants and Credit Worthiness Effects on Liquidity*—As a result of TCEH's non-investment grade credit rating and considering collateral thresholds of certain retail and wholesale commodity contracts, as of December 31, 2008, counterparties to those contracts could have required TCEH to

Confidential

post up to an aggregate of $87 million in additional collateral. This amount largely represents the below market terms of these contracts as of December 31, 2008; thus, this amount will vary depending on the value of these contracts on any given day.

Certain transmission and distribution utilities in Texas have tariffs in place to assure adequate credit worthiness of any REP to support the REP's obligation to collect securitization bond-related (transition) charges on behalf of the utility. Under these tariffs, as a result of the previous downgrade of TCEH's credit rating to below investment grade, TCEH is required to post collateral support in an amount equal to estimated transition charges over specified time periods. The amount of collateral support required to be posted, as well as the time period of transition charges covered, varies by utility. Based on requests to post collateral support from utilities that have been received by TCEH and its subsidiaries as of December 31, 2008, TCEH has posted collateral support in the form of letters of credit to the applicable utilities in an aggregate amount equal to $42 million, with $13 million of this amount posted for the benefit of Oncor.

The PUCT has rules in place to assure adequate credit worthiness of any REP. Under these rules, TCEH maintains availability under its credit facilities of an amount no less than the aggregate amount of customer deposits and any advanced payments received from customers, and other cash resources required by PUCT rules. As of December 31, 2008, the amount of customer deposits received from customers held by TCEH's REP subsidiaries and other required cash resources totaled approximately $266 million.

The RRC has rules in place to assure adequate credit worthiness of parties that have mining reclamation obligations. Under these rules, should the RRC determine that the credit worthiness of Luminant Generation Company LLC is not sufficient to support Luminant's reclamation obligations, TCEH may be required to post cash or letter of credit collateral support in an amount currently estimated to be approximately $600 million to $800 million. This amount would vary depending upon numerous factors, including Luminant Generation Company LLC's credit worthiness and the level of mining reclamation obligations.

ERCOT also has rules in place to assure adequate credit worthiness of parties that schedule power on the ERCOT System. Under these rules, TCEH has posted collateral support, predominantly in the form of letters of credit, totaling $33 million as of December 31, 2008 (which is subject to weekly adjustments based on settlement activity with ERCOT).

Oncor and Texas Holdings agreed to the terms of a stipulation with major interested parties to resolve all outstanding issues in the PUCT review related to the Merger. As part of this stipulation, TCEH is required to post a letter of credit in an amount equal to $170 million to secure TXU Energy's payment obligations to Oncor if two or more of Oncor's credit ratings are below investment grade. As of February 20, 2009, Oncor maintains an investment grade rating with each of the rating agencies.

Other arrangements of EFCH, including the accounts receivable securitization program (see Note 11 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus) and certain leases, contain terms pursuant to which the interest rates charged under the agreements may be adjusted depending on the credit ratings of TCEH.

In the event that any or all of the additional collateral requirements discussed above are triggered, EFCH believes it will have adequate liquidity to satisfy such requirements.

*Material Cross Default Provisions*—Certain financing arrangements contain provisions that may result in an event of default if there were a failure under other financing arrangements to meet payment terms or to observe other covenants that could or does result in an acceleration of payments due. Such provisions are referred to as "cross default" provisions.

D-90

Confidential

A default by TCEH or any restricted subsidiary in respect of indebtedness, excluding indebtedness relating to the sale of receivables program, in an aggregate amount in excess of $200 million may result in a cross default under the TCEH Senior Secured Facilities. Under these facilities such a default may cause the maturity of outstanding balances ($22.1 billion at January 30, 2009) under such facilities to be accelerated.

The indenture governing the $6.75 billion of TCEH Notes contains a cross acceleration provision where a payment default at maturity or on acceleration of principal indebtedness under any instrument or instruments of TCEH and any of its restricted subsidiaries in the aggregate amount equal to or greater than $250 million may cause the acceleration of the TCEH Notes.

Under the terms of a TCEH rail car master equipment lease with approximately $49 million in remaining lease principal payments as of December 31, 2008, if TCEH failed to perform under agreements causing its indebtedness in aggregate principal amount of $100 million or more to become accelerated, the lessor could, among other remedies, terminate the lease and effectively accelerate the payment of any remaining lease payments due under the lease.

Under the terms of a TCEH rail car master lease with approximately $56 million in remaining lease payments as of December 31, 2008, if obligations of TCEH in the aggregate in excess of $200 million for payments of obligations to third party creditors under lease agreements, deferred purchase agreements or loan or credit agreements have been accelerated prior to their original stated maturity, the lessor could, among other remedies, terminate the lease and effectively accelerate the payment of any remaining lease payments due under the lease.

The indenture governing the $4.5 billion of EFH Corp. Notes contains a cross acceleration provision where a payment default at maturity or on acceleration of principal indebtedness under any instrument or instruments of EFH Corp. and any of its restricted subsidiaries in the aggregate amount equal to or greater than $250 million may cause the acceleration of the EFH Corp. Notes.

The accounts receivable securitization program contains a cross default provision with a threshold of $200 million that applies in the aggregate to the originators, any parent guarantor of an originator or TCEH acting as collection agent under the program. TXU Receivables Company and EFH Corporate Services Company, as collection agent, in the aggregate have a cross default threshold of $50,000. If any of the aforementioned defaults on indebtedness of the applicable threshold were to occur, the program could terminate.

EFCH and its subsidiaries enter into energy-related and financial contracts, the master forms of which contain provisions whereby an event of default or acceleration of settlement would occur if EFCH or those subsidiaries were to default under an obligation in respect of borrowings in excess of thresholds, which vary, stated in the contracts. The entities whose default would trigger cross default vary depending on the contract.

Each of TCEH's natural gas hedging agreements that are secured with a lien on its assets on a pari passu basis with the TCEH Senior Secured Facilities contains a cross default provision. In the event of a default by TCEH or any of its subsidiaries relating to indebtedness (such amounts varying by contract but ranging from $200 million to $250 million), then each counterparty under these hedging agreements would have the right to terminate its hedge agreement with TCEH and require all outstanding obligations under such agreement to be settled.

In the event of a default by TCEH relating to indebtedness in an amount equal to or greater than $200 million that results in the acceleration of such debt, then each counterparty under TCEH's interest rate swap agreements with a notional value totaling $32 billion at January 30, 2009 would have the right to terminate its interest rate swap agreement with TCEH and require all outstanding obligations under such agreement to be settled.

D-91

EFIHMW00246821

**PX 014**
**Page 1103 of 1116**

Other arrangements, including leases, have cross default provisions, the triggering of which would not result in a significant effect on liquidity.

***Long-Term Contractual Obligations and Commitments***—The following table summarizes EFCH's contractual cash obligations as of December 31, 2008 (see Notes 12 and 13 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus for additional disclosures regarding these long-term debt and noncancellable purchase obligations).

| Contractual Cash Obligations | Less Than One Year | One to Three Years | Three to Five Years | More Than Five Years | Total |
|---|---|---|---|---|---|
| Long-term debt—principal (a) | $ 258 | $ 860 | $ 509 | $30,218 | $31,845 |
| Long-term debt—interest (b) | 2,277 | 4,633 | 4,404 | 3,775 | 15,089 |
| Operating and capital leases (c) | 69 | 179 | 103 | 381 | 732 |
| Obligations under commodity purchase and services agreements (d) | 1,679 | 1,409 | 598 | 603 | 4,289 |
| Total contractual cash obligations (e) | $4,283 | $7,081 | $5,614 | $34,977 | $51,955 |

(a) Excludes capital lease obligations, unamortized discounts and fair value discounts related to purchase accounting. Also excludes $174 of additional principal amount of notes to be issued in May 2009 and due in 2016 and 2017, reflecting the election of the PIK feature on toggle notes as discussed above under PIK Interest Election.

(b) Includes net amounts payable under interest rate swaps. Variable interest payments and net amounts payable under interest rate swaps are calculated based on interest rates in effect at December 31, 2008.

(c) Includes short-term noncancellable leases.

(d) Includes capacity payments, nuclear fuel and natural gas take-or-pay contracts, coal contracts, business services and nuclear-related outsourcing and other purchase commitments. Amounts presented for variable priced contracts assumed the year-end 2008 price remained in effect for all periods except where contractual price adjustment or index-based prices were specified.

(e) Table does not include estimated 2009 funding of the pension and other postretirement benefits plans totaling approximately $2 million. It also does not include cancellable contracts associated with the construction of new generation facilities with obligations totaling approximately $550 million through 2010. See Note 13 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus.

The following contractual obligations were excluded from the table above:

* contracts between affiliated entities and intercompany debt;

* individual contracts that have an annual cash requirement of less than $1 million (however, multiple contracts with one counterparty that are more than $1 million on an aggregated basis have been included);

* contracts that are cancellable without payment of a substantial cancellation penalty;

* employment contracts with management, and

* liabilities related to uncertain tax positions totaling $788 million discussed in Note 7 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus as the ultimate timing of payment is not known.

***Guarantees***—See Note 13 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus for details of guarantees.

D-92

**Off Balance Sheet Arrangements**

See discussion above under "—Financial Condition—Liquidity and Capital Resources—Sale of Accounts Receivable" and in Note 11 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus.

Also see Note 13 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus regarding guarantees.

**Commitments and Contingencies**

See Note 13 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus for discussion of commitments and contingencies.

**Changes in Accounting Standards**

See Note 1 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus for a discussion of changes in accounting standards.

**Regulation and Rates**

*2009 Texas Legislative Session*

The Texas Legislature convened in its regular biennial session beginning January 13, 2009. The session will conclude June 1, 2009. EFCH is actively monitoring and providing input regarding legislation that could impact its operations. EFCH is unable to predict the outcome of the 2009 legislative process or its impact, if any, on its financial position, results of operations or cash flows.

*Regulatory Investigations and Reviews*

See Note 13 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus.

*Certification of REPs*

In October 2008, the PUCT proposed a replacement of the rule relating to Certification of Retail Electric Providers. The proposed new rule is expected to strengthen the certification requirements for REPs in order to better protect customers, transmission and distribution utilities (TDUs), and other REPs from the insolvency and other harmful conditions and activities of REPs. The new rule would be considered a competition rule and thus be subject to judicial review as specified in PURA. The new rule proposes, among other things, increased creditworthiness requirements and financial reporting for REPs, additional customer protection requirements, deposit requirements to TDUs, and regulatory asset consideration for bad debt expenses. The PUCT is expected to finalize the new rule in the first quarter of 2009. EFCH cannot predict the final outcome of this proposed rule.

*Wholesale Market Design*

In August 2003, the PUCT adopted a rule that, when implemented, will alter the wholesale market design in the ERCOT market. The rule requires ERCOT to:

- use a stakeholder process to develop a new wholesale market model;
- operate a voluntary day-ahead energy market;
- directly assign all congestion rents to the resources that caused the congestion;
- use nodal energy prices for resources;

D-93

EFIHMW00246823

- provide information for energy trading hubs by aggregating nodes;
- use zonal prices for loads, and
- provide congestion revenue rights (but not physical rights).

ERCOT currently has a zonal wholesale market structure consisting of four geographic zones. The proposed location-based congestion-management market is referred to as a "nodal" market because wholesale pricing would differ across the various nodes on the transmission grid. The implementation of a nodal market is being done in conjunction with transmission improvements designed to reduce current congestion. In 2006, the PUCT approved a set of Nodal Protocols that was filed by ERCOT and describes the operation of a wholesale nodal market, and set an implementation date of no later than January 1, 2009. ERCOT has delayed the start of the nodal market beyond the January 1, 2009 implementation date. Pursuant to a request from the PUCT, ERCOT announced in November 2008 a new preliminary schedule for the implementation of the nodal market by December 2010. Additionally, pursuant to a request from the PUCT, ERCOT prepared a revised cost-benefit analysis for implementation of a nodal market design that showed a net present value of total system cost savings of $520 million compared to a net present value of $222 million of going forward costs for a nodal market design. In accordance with a PUCT order, ERCOT included a preliminary Nodal Program Integrated Project Schedule as part of the overall nodal budget filing with the PUCT in February 2009 as discussed immediately below.

In August 2006, the PUCT adopted an interim order approving ERCOT's application for a surcharge imposed on all Qualified Scheduling Entities in the ERCOT market (including subsidiaries of TCEH) for the purpose of financing 38% of ERCOT's expected nodal implementation costs. The surcharge took effect in October 2006. Additionally, in May 2008, the PUCT approved an increase in the surcharge. In November 2008, ERCOT filed a request with the PUCT for approval of an interim increase in the nodal surcharge from $0.169 per MWh to $0.38 per MWh. At the PUCT's Open Meeting on January 14, 2009, the PUCT voted to extend the existing $0.169 per MWh nodal surcharge through the end of February 2009. ERCOT submitted a revised not to exceed budget of $658.7 million with the PUCT in February 2009, up from the initial nodal budget of $363.5 million. At the PUCT open meeting on February 26, 2009, the PUCT commissioners voted to extend the ERCOT nodal program until March 31, 2009, while maintaining the existing nodal surcharge of $0.169 per MWh. The PUCT directed ERCOT to submit a filing for approval of the full nodal surcharge, budget and schedule by March 31, 2009. At the current level of the nodal surcharge, EFCH expects that the annual impact of the surcharge would be approximately $10 to $11 million in additional expenses; however, EFCH is unable to predict the ultimate impact of the proposed nodal wholesale market design on its operations or financial results.

### Environmental Regulations

See discussion in Note 3 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus regarding the invalidation of the EPA's Clean Air Interstate Rule and the related impairment of intangible assets representing NOx and SO2 emission allowances.

### Summary

EFCH cannot predict future regulatory or legislative actions or any changes in economic and securities market conditions. Such actions or changes could significantly alter its basic financial position, results of operations or cash flows.

### Quantitative and Qualitative Disclosures about Market Risk

Market risk is the risk that EFCH may experience a loss in value as a result of changes in market conditions affecting factors such as commodity prices and interest rates, to which EFCH is exposed in the ordinary course of business. EFCH's exposure to market risk is affected by a number of factors, including the size, duration and composition of its energy and financial portfolio, as well as the volatility and liquidity of markets. EFCH enters

Confidential

into instruments such as interest rate swaps to manage interest rate risk related to its indebtedness, as well as exchange traded, over-the-counter contracts and other contractual commitments to manage commodity price risk as part of its wholesale activities. EFCH's interest rate risk discussed below was significantly affected by debt issuances in connection with the Merger.

### Risk Oversight

TCEH manages the commodity price, counterparty credit and commodity-related operational risk related to the unregulated energy business within limitations established by senior management and in accordance with EFCH's overall risk management policies. Interest rate risk is managed centrally by the corporate treasury function. Market risks are monitored by risk management groups that operate independently of the wholesale commercial operations, utilizing defined practices and analytical methodologies. These techniques measure the risk of change in value of the portfolio of contracts and the hypothetical effect on this value from changes in market conditions and include, but are not limited to, Value at Risk (VaR) methodologies. Key risk control activities include, but are not limited to, transaction review and approval (including credit review), operational and market risk measurement, validation of transaction capture, portfolio valuation and reporting, including mark-to-market valuation, VaR and other risk measurement metrics.

EFH Corp. has a corporate risk management organization that is headed by the Chief Financial Officer, who functions as the Chief Risk Officer. The Chief Risk Officer, through his designees at TCEH, enforces applicable risk limits, including the respective policies and procedures to ensure compliance with such limits and evaluates the risks inherent in the various businesses of EFCH and their associated transactions.

### Commodity Price Risk

EFCH's businesses are subject to the inherent risks of market fluctuations in the price of electricity, natural gas and other energy-related products they market or purchase. EFCH's businesses actively manage their portfolio of owned generation assets, fuel supply and retail sales load to mitigate the near-term impacts of these risks on results of operations. These businesses, similar to other participants in the market, cannot fully manage the long-term value impact of structural declines or increases in natural gas and power prices and spark spreads (differences between the market price of electricity and its cost of production).

In managing energy price risk, subsidiaries of EFCH enter into a variety of market transactions including, but not limited to, short- and long-term contracts for physical delivery, exchange traded and over-the-counter financial contracts and bilateral contracts with customers. Activities in the wholesale operations include hedging, the structuring of long-term contractual arrangements and proprietary trading. The wholesale operation continuously monitors the valuation of identified risks and adjusts positions based on current market conditions. EFCH strives to use consistent assumptions regarding forward market price curves in evaluating and recording the effects of commodity price risk.

*Long-Term Hedging Program*—See "—Executive Summary—Significant Activities and Events" above for a description of the program, including potential effects on reported results.

*VaR Methodology*—A VaR methodology is used to measure the amount of market risk that exists within the portfolio under a variety of market conditions. The resultant VaR produces an estimate of a portfolio's potential for loss given a specified confidence level and considers among other things, market movements utilizing standard statistical techniques given historical and projected market prices and volatilities.

A Monte Carlo simulation methodology is used to calculate VaR and is considered by management to be the most effective way to estimate changes in a portfolio's value based on assumed market conditions for liquid markets. The use of this method requires a number of key assumptions, such as use of (i) an assumed confidence level; (ii) an assumed holding period (i.e. the time necessary for management action, such as to liquidate positions); and (iii) historical estimates of volatility and correlation data.

D-95

Confidential

*Trading VaR*—This measurement estimates the potential loss in fair value, due to changes in market conditions, of all contracts entered into for trading purposes based on a 95% confidence level and an assumed holding period of five to 60 days.

|  | Successor | |
|---|---|---|
|  | Year Ended December 31, 2008 | Year Ended December 31, 2007 |
| Month-end average Trading VaR: . . . . . . . . . . . . . . . . . . . . . . . | $ 6 | $ 9 |
| Month-end high Trading VaR: . . . . . . . . . . . . . . . . . . . . . . | $15 | $14 |
| Month-end low Trading VaR: . . . . . . . . . . . . . . . . . . . . . . . . | $ 2 | $ 6 |

*VaR for Energy-Related Contracts Subject to Mark-to-Market (MtM) Accounting*—This measurement estimates the potential loss in fair value, due to changes in market conditions, of all contracts marked-to-market in net income (principally hedges not accounted for as cash flow hedges and trading positions), based on a 95% confidence level and an assumed holding period of five to 60 days.

|  | Successor | |
|---|---|---|
|  | Year Ended December 31, 2008 | Year Ended December 31, 2007 |
| Month-end average MtM VaR: . . . . . . . . . . . . . . . . . . . . . . . | $2,290 | $1,081 |
| Month-end high MtM VaR: . . . . . . . . . . . . . . . . . . . . . . . . | $3,549 | $1,576 |
| Month-end low MtM VaR: . . . . . . . . . . . . . . . . . . . . . . . . | $1,087 | $ 322 |

*Earnings at Risk (EaR)*—This measurement estimates the potential reduction of pretax earnings for the periods presented, due to changes in market conditions, of all energy-related contracts marked-to-market in net income and contracts not marked-to-market in net income that are expected to be settled within the fiscal year (physical purchases and sales of commodities). Transactions accounted for as cash flow hedges are also included for this measurement. A 95% confidence level and a five to 60 day holding period are assumed in determining EaR.

|  | Successor | |
|---|---|---|
|  | Year Ended December 31, 2008 | Year Ended December 31, 2007 |
| Month-end average EaR: . . . . . . . . . . . . . . . . . . . . . . . . . . . | $2,300 | $1,070 |
| Month-end high EaR: . . . . . . . . . . . . . . . . . . . . . . . . . . . | $3,916 | $1,559 |
| Month-end low EaR: . . . . . . . . . . . . . . . . . . . . . . . . . . . | $1,069 | $ 318 |

The increases in the risk measures (MtM VaR and EaR) above were driven by higher natural gas prices and significant increases in market volatility.

Confidential

*Interest Rate Risk*

The table below provides information concerning EFCH's financial instruments as of December 31, 2008 and 2007 that are sensitive to changes in interest rates, which include debt obligations and interest rate swaps. EFCH has entered into interest rate swaps under which it has agreed to exchange the difference between fixed-rate and variable-rate interest amounts calculated with reference to specified notional principal amounts at dates that generally coincide with interest payments. In addition, in connection with entering into certain interest rate basis swaps to further reduce fixed borrowing costs, EFCH has changed the variable interest rate terms of certain debt from three-month LIBOR to one-month LIBOR, as discussed in Note 12 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus. The weighted average interest rate presented is based on the rate in effect at the reporting date. Capital leases and the effects of unamortized premiums and discounts and fair value hedges are excluded from the table. See Note 12 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus for a discussion of changes in debt obligations.

| | Expected Maturity Date | | | | | | Successor | | | |
| | (millions of dollars, except percentages) | | | | | | | | | |
| | 2009 | 2010 | 2011 | 2012 | 2013 | There-After | 2008 Total Carrying Amount | 2008 Total Fair Value | 2007 Total Carrying Amount | 2007 Total Fair Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Long-term debt (including current maturities) | | | | | | | | | | |
| Fixed rate debt amount (a) | $ 85 | $ 21 | $ 439 | $ 25 | $ 84 | $ 9,930 | $10,584 | $ 6,838 | $10,745 | $10,578 |
| Average interest rate | 7.32% | 8.06% | 5.82% | 8.07% | 7.13% | 10.18% | 9.94% | | 9.78% | |
| Variable rate debt amount | $ 173 | $ 200 | $ 200 | $ 200 | $ 200 | $20,288 | $21,261 | $14,886 | $20,256 | $19,909 |
| Average interest rate | 5.44% | 5.40% | 5.40% | 5.40% | 5.40% | 5.28% | 5.28% | | 8.29% | |
| Total debt | $ 258 | $ 221 | $ 639 | $ 225 | $ 284 | $30,218 | $31,845 | $21,724 | $31,001 | $30,487 |
| Debt swapped to fixed: | | | | | | | | | | |
| Amount | $1,250 | $ 500 | $ 600 | $2,600 | $3,600 | $ 9,000 | $17,550 | | $15,050 | |
| Average pay rate | 7.33% | 7.43% | 7.57% | 7.99% | 7.60% | 8.31% | 8.00% | | 8.01% | |
| Average receive rate | 5.89% | 5.89% | 5.89% | 5.89% | 5.83% | 5.89% | 5.88% | | 8.40% | |
| Variable basis swaps: | | | | | | | | | | |
| Amount | $6,345 | $1,100 | $1,500 | $4,100 | $ — | $ — | $13,045 | | $ — | |
| Average pay rate | 2.51% | 2.39% | 2.67% | 2.39% | — | | 2.48% | | | |
| Average receive rate | 2.07% | 1.82% | 2.32% | 1.82% | — | | 2.00% | | | |

(a)  Reflects the remarketing date and not the maturity date for certain debt that is subject to mandatory tender for remarketing prior to maturity. See Note 12 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus for details concerning long-term debt subject to mandatory tender for remarketing.

As of December 31, 2008, the potential reduction of annual pretax earnings due to a one-point increase in interest rates totaled approximately $26 million, taking into account the interest rate swaps discussed in Note 12 to EFCH's historical consolidated financial statements for the year ended December 31, 2008 included elsewhere in this Prospectus.

*Credit Risk*

**Credit Risk**—Credit risk relates to the risk of loss associated with nonperformance by counterparties. EFCH and its subsidiaries maintain credit risk policies with regard to their counterparties to minimize overall credit risk. These policies prescribe practices for evaluating a potential counterparty's financial condition, credit rating and other quantitative and qualitative credit criteria and specify authorized risk mitigation tools including, but not limited to, use of standardized master netting contracts and agreements that allow for netting of positive and negative exposures associated with a single counterparty. EFCH has processes for monitoring and managing credit exposure of its businesses including methodologies to analyze counterparties' financial strength, measurement of current and potential future exposures and contract language that provides rights for netting and set-off. Credit enhancements such as parental guarantees, letters of credit, surety bonds and margin deposits are also utilized.

Confidential

Additionally, individual counterparties and credit portfolios are managed to assess overall credit exposure. This evaluation results in establishing exposure limits or collateral requirements for entering into an agreement with a counterparty that creates exposure. Additionally, EFCH has established controls to determine and monitor the appropriateness of these limits on an ongoing basis. Prospective material adverse changes in the payment history or financial condition of a counterparty or downgrade of its credit quality result in the reassessment of the credit limit with that counterparty. This process can result in the subsequent reduction of the credit limit or a request for additional financial assurances.

*Credit Exposure*—EFCH's gross exposure to credit risk associated with trade accounts receivable (retail and wholesale) and net asset positions arising from hedging and trading activities totaled $2.046 billion at December 31, 2008. The components of this exposure are discussed in more detail below.

Assets subject to credit risk as of December 31, 2008 include $715 million in accounts receivable from the retail sale of electricity to residential and business customers. As of December 31, 2008, EFCH held cash deposits of $108 million as collateral for these receivables. The risk of material loss (after consideration of bad debt allowances) from nonperformance by these customers is unlikely based upon historical experience. Allowances for uncollectible accounts receivable are established for the potential loss from nonpayment by these customers based on historical experience, market or operational conditions and changes in the financial condition of large business customers.

Most of the remaining credit exposure is with wholesale counterparties. These counterparties include energy companies, financial institutions, electric utilities, independent power producers, oil and gas producers, local distribution companies and energy trading and marketing companies. As of December 31, 2008, the exposure to credit risk from the wholesale customers and counterparties totaled $1.331 billion taking into account standardized master netting contracts and agreements described above but before taking into account $536 million in credit collateral (cash, letters of credit and other security interests) held by EFCH subsidiaries.

Of this $795 million net exposure, 82% is with investment grade customers and counterparties, as determined using publicly available information including major rating agencies' published ratings and EFCH's internal credit evaluation process. Those customers and counterparties without a S&P rating of at least BBB- or similar rating from another major rating agency are rated using internal credit methodologies and credit scoring models to estimate a S&P equivalent rating. EFCH routinely monitors and manages its credit exposure to these customers and counterparties on this basis. See discussion above under "—Financial Condition—Liquidity and Capital Resources—Bankruptcy Filing of Lehman Brothers Holdings Inc."

The following table presents the distribution of credit exposure as of December 31, 2008, for wholesale counterparties. This credit exposure represents wholesale trade accounts receivable and net asset positions on the balance sheet arising from hedging and trading activities after taking into consideration netting within each contract and any master netting contracts with counterparties. The amounts below do not include asset liens held as security for a portion of the net exposure.

| | Exposure Before Credit Collateral | Credit Collateral | Net Exposure | Net Exposure by Maturity | | | |
| | | | | 2 years or less | Between 2-5 years | Greater than 5 years | Total |
|---|---|---|---|---|---|---|---|
| Investment grade | $1,180 | $528 | $652 | $503 | $83 | $ 66 | $652 |
| Noninvestment grade | 151 | 8 | 143 | 140 | 3 | —— | 143 |
| Totals | $1,331 | $536 | $795 | $643 | $86 | $ 66 | $795 |
| Investment grade | 89% | | 82% | | | | |
| Noninvestment grade | 11% | | 18% | | | | |

D-98

EFIHMW00246828

In addition to the exposures in the table above, EFCH has contracts classified as "normal" purchase or sale and non-derivative contractual commitments that are not marked-to-market in the financial statements. Such contractual commitments may contain pricing that is favorable considering current market conditions and therefore represent economic risk if the counterparties do not perform. Nonperformance could have a material adverse impact on EFCH's future results of operations, financial condition and cash flows.

EFCH does not anticipate any material adverse effect on its financial position or results of operations due to nonperformance by any customer or counterparty.

EFCH's subsidiaries had credit exposure to two counterparties each having an exposure greater than 10% of the net $795 million credit exposure. These two counterparties represented 29% and 18%, respectively, of the net exposure. EFCH views exposure to these counterparties to be within an acceptable level of risk tolerance due to the applicable counterparty's credit rating and business relationship with EFCH. However, this concentration increases the risk that a default would have a material effect on EFCH's net income and cash flows.

With respect to credit risk related to the long-term hedging program, over 98% of the transaction volumes are with counterparties with an A credit rating or better. However, EFCH has current and potential credit concentration risk related to the limited number of counterparties that comprise the substantial majority of the program with such counterparties being in the banking and financial sector. The transactions with these counterparties contain certain credit rating provisions that would require the counterparties to post collateral in the event of a material downgrade in the credit rating of the counterparties. An event of default by one or more of EFCH's hedge counterparties could subsequently result in termination-related settlement payments that reduce available liquidity if EFCH owes amounts related to its commodity contracts or delays in receipts of expected settlements if the hedge counterparties owe amounts to EFCH. While EFCH views the potential concentration of risk with these counterparties to be within an acceptable risk tolerance, EFCH strives to manage its exposure to its hedge counterparties through various ongoing risk management measures.

D-99

Confidential

**Adjusted EBITDA Reconciliation**

**TCEH Consolidated**
**Adjusted EBITDA Reconciliation**

| | Year Ended December 31, 2008 | Year Ended December 31, 2007 |
|---|---|---|
| | (millions of dollars) | |
| Net income (loss) | $(8,862) | $ 35 |
| Income tax benefit | (411) | (56) |
| Interest expense and related charges | 3,918 | 910 |
| Depreciation and amortization | 1,092 | 568 |
| **EBITDA** | **$(4,263)** | **$1,457** |
| Interest income | (60) | (281) |
| Amortization of nuclear fuel | 76 | 69 |
| Purchase accounting adjustments (a) | 413 | 128 |
| Impairment of goodwill | 8,000 | — |
| Impairment of assets and inventory write down (b) | 1,210 | — |
| Unrealized net (gain) or loss resulting from hedging transactions | (2,329) | 2,278 |
| Losses on sale of receivables | 29 | 39 |
| Noncash compensation expense (SFAS 123R) (c) | 10 | 8 |
| Severance expense (d) | 3 | — |
| Transition and business optimization costs (e) | 33 | 21 |
| Transaction and merger expenses (f) | 10 | — |
| Insurance settlement proceeds (g) | (21) | — |
| Restructuring and other (h) | 31 | (33) |
| Expenses incurred to upgrade or expand a generation station (i) | 100 | 5 |
| **Adjusted EBITDA per Incurrence Covenant** | **$ 3,242** | **$3,691** |
| Expenses related to unplanned generation station outages (i) | 250 | — |
| Other adjustments allowed to determine Adjusted EBITDA per Maintenance Covenant (j) | 15 | — |
| **Adjusted EBITDA per Maintenance Covenant** | **$ 3,507** | **$3,691** |

(a) Purchase accounting adjustments include amortization of the intangible net asset value of retail and wholesale power sales agreements, environmental credits, coal purchase contracts, nuclear fuel contracts and power purchase agreements and the stepped up value of nuclear fuel. Also includes certain credits not recognized in net income due to purchase accounting.

(b) Impairment of assets includes impairments of emission allowances and trade name intangible assets and impairment of the natural gas-fueled generation fleet.

(c) Noncash compensation expenses exclude capitalized amounts.

(d) Severance expense includes amounts incurred related to outsourcing, restructuring and other amounts deemed to be in excess of normal recurring amounts.

(e) Transition and business optimization costs include professional fees primarily for retail billing and customer care systems enhancements and incentive compensation.

(f) Transaction and merger expenses include costs related to the Merger and costs related to certain growth initiatives.

(g) Insurance settlement proceeds include the amount received for property damage to certain mining equipment.

(h) Restructuring and other for 2008 includes the charge related to the bankruptcy of a subsidiary of Lehman Brothers Holdings Inc., and for 2007 includes credits related to impaired combustion turbine leases and other restructuring initiatives and nonrecurring activities.

(i) Expenses incurred to upgrade or expand a generation station reflect noncapital outage costs.

(j) Primarily pre-operating expenses relating to Oak Grove and Sandow 5.

D-100

Confidential

**EFH Corp. Consolidated**
**Adjusted EBITDA Reconciliation**

| | Year Ended December 31, 2008 | Year Ended December 31, 2007 |
|---|---|---|
| | (millions of dollars) | |
| **Net loss** | $(9,838) | $ (637) |
| **Income tax benefit** | (471) | (364) |
| **Interest expense and related charges** | 4,935 | 1,510 |
| **Depreciation and amortization** | 1,610 | 1,049 |
| **EBITDA** | $(3,764) | $ 1,558 |
| Oncor EBITDA | (496) | (1,291) |
| Oncor distributions/dividends (a) | 1,582 | 326 |
| Interest income | (27) | (80) |
| Amortization of nuclear fuel | 76 | 69 |
| Purchase accounting adjustments (b) | 460 | 138 |
| Impairment of goodwill | 8,000 | — |
| Impairment of assets and inventory write down (c) | 1,221 | 757 |
| Net loss attributable to noncontrolling interests | (160) | — |
| Unrealized net (gain) or loss resulting from hedging transactions | (2,329) | 2,278 |
| Losses on sale of receivables | 29 | 39 |
| Income from discontinued operations, net of tax effect | — | (25) |
| Noncash compensation expense (SFAS 123R) (d) | 27 | 22 |
| Severance expense (e) | 3 | — |
| Equity losses of unconsolidated affiliate engaged in broadband over power lines | — | 1 |
| Transition and business optimization costs (f) | 45 | 24 |
| Transaction and merger expenses (g) | 64 | 150 |
| Insurance settlement proceeds (h) | (21) | — |
| Restructuring and other (i) | 35 | (33) |
| Expenses incurred to upgrade or expand a generation station (j) | 100 | 5 |
| **Adjusted EBITDA per Incurrence Covenant** | $ 4,845 | $ 3,938 |
| **Add back Oncor adjustments** | $ (267) | $ 978 |
| **Adjusted EBITDA per Restricted Payments Covenants** | $ 4,578 | $ 4,916 |

(a)   Includes $1.253 billion distribution of net proceeds from the sale of Oncor noncontrolling interests.

(b)   Purchase accounting adjustments include amortization of the intangible net asset value of retail and wholesale power sales agreements, environmental credits, coal purchase contracts, nuclear fuel contracts and power purchase agreements and the stepped up value of nuclear fuel. Also includes certain credits not recognized in net income due to purchase accounting.

(c)   Impairment of assets includes impairments of emission allowances and trade name intangible assets, impairment of the natural gas-fueled generation fleet and charges related to the cancelled development of coal-fueled generation plants.

(d)   Noncash compensation expenses exclude capitalized amounts.

(e)   Severance expense includes amounts incurred related to outsourcing, restructuring and other amounts deemed to be in excess of normal recurring amounts.

(f)   Transition and business optimization costs include professional fees primarily for retail billing and customer care systems enhancements and certain incentive compensation.

Confidential

(g) Transaction and merger expenses include costs related to the Merger, abandoned strategic transactions and a terminated joint-venture. Also includes administrative costs related to the cancelled program to develop coal-fueled generation facilities, the Sponsor management fee, costs related to certain growth initiatives and costs related to the Oncor sale of noncontrolling interests.

(h) Insurance settlement proceeds include the amount received for property damage to certain mining equipment.

(i) Restructuring and other for 2008 includes a litigation accrual and the charge related to the bankruptcy of a subsidiary of Lehman Brothers Holdings Inc., and for 2007 includes credits related to impaired combustion turbine leases and other restructuring initiatives and nonrecurring activities.

(j) Expenses incurred to upgrade or expand a generation station reflect noncapital outage costs.


### CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE

There were no changes in or disagreements with accountants on accounting and financial disclosure during EFCH's two most recent fiscal years and each subsequent interim period since the end of the most recent fiscal year.

D-102

Confidential

Confidential

EFIHMW00246833

The Consent and Letter of Transmittal and any other required documents should be sent or delivered by each holder of Old Notes or such holder's broker, dealer, commercial bank, trust company or other nominee to the Exchange Agent at its address or facsimile number set forth below.

*Exchange Agent:*

# Global Bondholder Services Corporation

*By Mail, Hand or Overnight Courier:*                   *By Facsimile (for Eligible Institutions only):*

Global Bondholder Services Corporation                            (212) 430-3774
Attention: Corporate Actions
65 Broadway – Suite 723                                          Confirmation:
New York, New York 10006
                                                                (212) 430-3774

Questions and requests for assistance or for additional copies of the exchange offer documents may be directed to the Information Agent at its telephone number and mailing and delivery address listed below. You may also contact your broker, dealer, commercial bank, trust company or other nominee for assistance concerning the exchange offers and consent solicitations.

*Information Agent:*

# Global Bondholder Services Corporation

65 Broadway – Suite 723
New York, New York 10006
Attention: Corporate Actions

Banks and Brokers: (212) 430-3774
Toll free: (866) 387-1500

*Dealer Managers and Solicitation Agents:*

**Citigroup Global Markets Inc.**          **Goldman, Sachs & Co.**
**390 Greenwich Street, 4th Floor**        **One New York Plaza, 48th Floor**
**New York, New York 10013**               **New York, New York 10004**
**Attention: Liability Management Group**  **Liability Management Group**
**(800) 558-3745 (toll free)**             **(800) 828-3182 (toll free)**
**(212) 723-6106 (collect)**               **(212) 357-4692 (collect)**

**Dealer Prospectus Delivery Obligation**

Until December 5, 2009, all dealers that effect transactions in the New Senior Secured Notes, whether or not participating in the exchange offers, may be required to deliver a prospectus. This is in addition to the dealers' obligation to deliver a prospectus when acting as underwriters.