# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on August 18, 2015 Wilmington Savings Fund Society, FSB, as successor trustee under that certain indenture ("WSFS"), by and through its undersigned counsel, served both a .pdf and Word version of *Responses and Objections of the Ad Hoc Consortium of Second Lien Creditors to the EFH Committee's Initial Consolidated Discovery Requests* (the "Discovery Responses") on the parties below via electronic mail.

| | |
|---|---|
| **SULLIVAN & CROMWELL LLP**<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, NY 10004<br>holleys@sullcrom.com<br>giuffrar@sullcrom.com<br>dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com | **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**<br>Natalie D. Ramsey<br>Davis Lee Wright<br>Mark A. Fink<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>nramsey@mmwr.com<br>dwright@mmwr.com<br>mfink@mmwr.com |
| **CROSS & SIMON, LLC**<br>Christopher P. Simon<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>csimon@crosslaw.com | **NIXON PEABODY LLP**<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>Christopher J. Fong<br>100 Summer Street<br>Boston, Massachusetts 02110<br>adarwin@nixonpeabody.com<br>rpedone@nixonpeabody.com<br>eschneider@nixonpeabody.com<br>cfong@nixonpeabody.com |

**PLEASE TAKE FURTHER NOTICE** that on August 18, 2015, WSFS also served a copy of the Discovery Responses upon counsel on the attached service list via electronic mail in accordance with the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order* [D.I. 4916].

Dated: August 18, 2015
       Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Stacy L. Newman*
William P. Bowden (I.D. No. 2553)
Gregory A. Taylor (I.D. No. 4008)
Stacy L. Newman (I.D. No. 5044)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and –

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Aaron B. Lauchheimer (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
James W. Stoll (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

**Email Service List for Plan Confirmation Discovery Matters**

| | | |
|---|---|---|
| esassower@kirkland.com<br>SHessler@kirkland.com<br>amcgaan@kirkland.com<br>BOconnor@kirkland.com<br>WPruitt@kirkland.com<br>MMcKane@kirkland.com<br>bschartz@kirkland.com<br>ddempsey@kirkland.com<br>jsprayregen@kirkland.com<br>CHusnick@kirkland.com<br>steven.serajeddini@kirkland.com<br>collins@RLF.com<br>defranceschi@RLF.com<br>madron@rlf.com | **KIRKLAND & ELLIS LLP**<br>Edward O. Sassower, P.C.<br>Stephen Hessler<br>Brian E. Schartz<br>James H.M. Sprayregen, P.C.<br>Mark E. McKane<br>Bridget O'Connor<br>David R. Dempsey<br>Andrew McGaan<br>William Pruitt<br>Chad J. Husnick<br>Steven N. Serajeddini<br><br>**RICHARDS, LAYTON & FINGER, P.A**<br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron | *Counsel to the Debtors and Debtors in Possession* |
| jpeck@mofo.com<br>brettmiller@mofo.com<br>tgoren@mofo.com<br>lmarinuzzi@mofo.com<br>ckerr@mofo.com<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br>skatona@polsinelli.com | **MORRISON & FOERSTER LLP**<br>James M. Peck<br>Brett H. Miller<br>Lorenzo M Arinuzzi<br>Todd M. Goren<br>Charles L. Kerr<br><br>**POLSINELLI PC**<br>Christopher A. Ward<br>Justin K. Edelson<br>Shanti M. Katona | *Counsel for TCEH Committee* |
| holleys@sullcrom.com<br>giuffrar@sullcrom.com<br>dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br>nramsey@mmwr.com<br>dwright@mmwr.com<br>mfink@mmwr.com | **SULLIVAN & CROMWELL LLP**<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Andrew G. Dietderich<br>Brian D. Glueckstein<br><br>**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**<br>Natalie D. Ramsey<br>Davis Lee Wright<br>Mark A. Fink | *Counsel for EFH Committee* |

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

**Email Service List for Plan Confirmation Discovery Matters**

| | | |
|---|---|---|
| mjoyce@crosslaw.com<br>gary.kaplan@friedfrank.com<br>matthew.roose@friedfrank.com<br>brad.eric.scheler@friedfrank.com | **CROSS & SIMON, LLC**<br>Michael J. Joyce<br>**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>Gary L. Kaplan<br>Matthew M. Roose<br>Brad Eric Scheler | *Counsel for Fidelity Management & Research Company* |
| abernstein@paulweiss.com<br>aehrlich@paulweiss.com<br>akornberg@paulweiss.com<br>jadlerstein@paulweiss.com<br>kcornish@paulweiss.com<br>pmorgan@ycst.com<br>jwaite@ycst.com<br>rbartley@ycst.com | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Alan W. Kornberg<br>Kelly A. Cornish<br>Andrew J. Ehrlich<br>Jacob A. Adlerstein<br>Adam J. Bernstein<br><br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>Pauline K. Morgan<br>Joel A. Waite<br>Ryan M. Bartley | *Counsel for the Ad Hoc Committee of TCEH First Lien Creditors* |
| tlauria@whitecase.com<br>cshore@whitecase.com<br>daudette@whitecase.com<br>gstarner@whitecase.com<br>mbrown@whitecase.com<br>jschlerf@foxrothschild.com<br>jstrock@foxrothschild.com<br>jbird@foxrothschild.com | **WHITE & CASE LLP**<br>J. Christopher Shore<br>Gregory M. Starner<br>Daniell M. Audette<br>Thomas E. Lauria<br>Matthew C. Brown<br><br>**FOX ROTHSCHILD LLP**<br>Jeffrey M. Schlerf<br>John H. Strock<br>L. John Bird | *Counsel for the Ad Hoc Group of TCEH Unsecured Noteholders* |
| aaron.krieger@ropesgray.com<br>andrew.devore@ropesgray.com<br>erin.macgowan@ropesgray.com<br>john.mcclain@ropesgray.com<br>keith.wofford@ropesgray.com<br>leonard.winters@ropesgray.com<br>mark.somerstein@ropesgray.com<br>martin.crisp@ropesgray.com<br>meredith.tinkham@ropesgray.com<br>ross.martin@ropesgray.com<br>ssally@ropesgray.com | **ROPES & GRAY LLP**<br>Keith H. Wofford<br>Mark R. Somerstein<br>Andrew G. Devore<br>D. Ross Martin<br><br>**COLE SCHOTZ MEISEL FORMAN & LEONARD, P.A.**<br>Norman L. Pernick<br>J. Kate Stickles<br>Nicholas J. Brannick<br>Warren A. Usatine | *Counsel for Delaware Trust Company, (f/k/a CSC Trust Company of Delaware)* |

{01029798;v1 }

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

**Email Service List for Plan Confirmation Discovery Matters**

| | | |
|---|---|---|
| timothy.farrell@ropesgray.com<br>William.Roberts@ropesgray.com<br>michael.winograd@ropesgray.com<br>npernick@coleschotz.com<br>kstickles@coleschotz.com<br>nbrannick@coleschotz.com<br>wusatine@coleschotz.com<br>Howard.Cohen@dbr.com<br>Robert.Malone@dbr.com<br>Phillip.anker@wilmerhale.com<br>Charles.platt@wilmerhale.com<br>Dennis.jenkins@wilmerhale.com | **DRINKER BIDDLE & REATH LLP**<br>Howard A. Cohen<br>Robert K. Malone<br><br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Phillip D. Anker<br>Charles C. Platt<br>Dennis L. Jenkins | |
| ghorowitz@kramerlevin.com<br>tmayer@kramerlevin.com<br>jbrody@kramerlevin.com<br>pbentley@kramerlevin.com<br>stephanie.wickouski@bryancave.com<br>ljones@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>jmorris@pszjlaw.com | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>Thomas Moers Mayer<br>Gregory A. Horowitz<br>Joshua K. Brody<br>Phillip Bentley<br><br>**BRYAN CAVE LLP**<br>Stephanie Wickouski<br><br>**PACHULSKI STANG ZIEHL JONES**<br>Laura Davis Jones<br>Robert J. Feinstein<br>John A. Morris | *Counsel for EFIH Second Lien Indenture Trustee* |
| hkaplan@foley.com<br>mhebbeln@foley.com<br>lapeterson@foley.com<br>bgfelder@foley.com<br>jfriedman@foley.com<br>rhays@foley.com<br>rlemisch@klehr.com | **FOLEY & LARDNER LLP**<br>Harold L. Kaplan<br>Mark F. Hebbeln<br>Lars A. Peterson<br>Barry G Felder<br>Jonathan H. Friedman<br>Rebecca A. Hays<br><br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Raymond H. Lemisch | *Counsel For UMB Bank, N.A.* |
| rpedone@nixonpeabody.com<br>adarwin@nixonpeabody.com<br>eschneider@nixonpeabody.com<br>mnighan@nixonpeabody.com<br>csimon@crosslaw.com<br>cfong@nixonpeabody.com | **NIXON PEABODY LLP**<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>Morgan Nighan<br>Christopher J. Fong | *Counsel for American Stock Transfer & Trust Company, LLC as Indenture Trustee for Certain Notes* |

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

**Email Service List for Plan Confirmation Discovery Matters**

|  | **CROSS & SIMON, LLC**<br>Christopher P. Simon |  |
|---|---|---|
| idizengoff@akingump.com<br>sbaldini@akingump.com<br>rboller@akingump.com<br>aqureshi@akingump.com<br>mlahaie@akingump.com<br>chipman@chipmanbrown.com<br>olivere@chipmanbrown.com<br>kashishian@chipmanbrown.com | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Ira Dizengoff<br>Stephen M. Baldini<br>Robert J. Boller<br>Abid Qureshi<br>Meredith A. Lahaie<br><br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>William E. Chipman<br>Mark D. Olivere<br>Ann M. Kashishian | *Counsel for Ad Hoc Committee of EFIH Unsecured Noteholders, EHIH Second Lien DIP Commitment Parties* |
| JSSabin@Venable.com<br>Julia.frostdavies@morganlewis.com<br>christopher.carter@morganlewis.com | **VENABLE LLP**<br>Jeffrey Sabin<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br>Julia Frost-Davies<br>Christopher Carter | *Counsel for Pacific Investment Management Co. LLC* |
| kotwick@sewkis.com<br>ashmead@sewkis.com<br>Debaecke@BlankRome.com | **SEWARD & KISSEL LLP** Mark D. Kotwick<br>John Ashmead<br><br>**BLANK ROME LLP**<br>Michael D. DeBaecke | *Counsel for Wilmington Trust, N.A. in its Capacity as TCEH First Credit Agent* |
| akherring@wlrk.com<br>eakleinhaus@wlrk.com<br>jlynch@wlrk.com<br>LMWeiss@wlrk.com<br>rgmason@wlrk.com<br>efay@mnat.com<br>dabbott@mnat.com | **WACHTELL, LIPTON, ROSEN & KATZ**<br>Richard G. Mason<br>John F. Lynch<br>Emil A. Kleinhaus<br>Angela K. Herring<br><br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Derek C. Abbott<br>Erin R. Fay | *Counsel for Texas Energy Future Capital Holdings LLC and Texas Energy Future Holdings Limited Partnership* |

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

**Email Service List for Plan Confirmation Discovery Matters**

| | | |
|---|---|---|
| Richard.Schepacarter@usdoj.gov<br>Andrea.B.Schwartz@usdoj.gov | **OFFICE OF THE UNITED STATES TRUSTEE**<br>Richard L. Schepacarter<br>Andrea B. Schwartz | *Counsel for U.S. Trustee* |
| dalowenthal@pbwt.com<br>bguiney@pbwt.com<br>smiller@morrisjames.com | **PATTERSON BELKNAP WEBB & TYLER LLP**<br>Daniel A. Lowenthal<br>Brian P. Guiney<br><br>**MORRIS JAMES LLP**<br>Stephen M. Miller | *Counsel for Law Debenture Trust Company of New York, as Indenture Trustee* |
| pgoodman@mckoolsmith.com<br>mcarney@mckoolsmith.com<br>landis@lrclaw.com<br>mcguire@lrclaw.com<br>wright@lrclaw.com | **MCKOOL SMITH, P.C.**<br>Peter S. Goodman<br>Michael R. Carney<br><br>**LANDIS RATH & COBB LLP**<br>Adam G. Landis<br>Matthew B. McGuire<br>Joseph D. Wright | *Counsel for Alcoa Inc.* |
| mblacker@jw.com | **JACKSON WALKER L.L.P.**<br>Monica S. Blacker | *Counsel for Holt Texas, Ltd. d/b/a Holt Cat* |
| nsongonuga@gibbonslaw.com | **GIBBONS P.C.**<br>Natasha M. Songonuga | *Counsel for Veolia ES Industrial Services, Inc.* |
| kgwynne@reedsmith.com<br>klawson@reedsmith.com | **REED SMITH LLP**<br>Kurt F. Gwynne<br>Kimberly E. C. Lawson | *Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A.* |