Highly Confidential

Strictly Private and Confidential

# Energy Future Holdings

TXU Energy

Luminant

ONCOR

# Strategic Discussion

## January 15, 2010

citi

EFIHMW00250032

EFIHMW00250032

Highly Confidential

# Table of Contents

1.  Overview                                                     1

2.  Execution Alternatives at EFH                                6

3.  Execution Alternatives at TCEH                               9

    Appendix

EFIHMW00250033

citi

EFIHMW00250032

Highly Confidential

# 1. Overview

EFIHMW00250034



EFIHMW00250032

# Situation Overview

We have considered a range of opportunistic transactions that will allow EFH to extend debt maturities beyond the 2014 tower and / or delever the capital structure.

- The Company successfully executed a $500 mm 10% Senior Secured Notes offering

  – Established a benchmark off which to execute future transactions

  – Demonstrated new issue investor enthusiasm; notes traded up with significant demand

    ▪ New notes are currently trading at ~9.4%

- The high yield bond and loan markets continue to show impressive strength

  – Secondary spreads tightening

  – Cash inflows continue to drive favorable environment

  – Catalysts for change not yet apparent

- The Company continues to have time and flexibility with regard to next steps

  – $500 mm of incremental cash available to deploy

  – $3.3 bn secured debt capacity remaining at EFH / EFIH

  – Significant TCEH secured debt capacity (up to $5.0 bn)

  – TCEH loan maturity extensions and other viable refinancing options

- Key bondholders (Franklin, WAMCO, Berkshire, Oaktree, Loomis, Fidelity) will play an important role in any liability management strategy

Highly Confidential

1



# Review of Strategic Alternatives

While it may not be efficient for EFH to utilize the $500 mm today, there are various strategies the Company should evaluate in addition to monitoring the markets for an opportunity to deploy the new issue proceeds.

| | Description | Key Considerations | Timing |
|---|---|---|---|
| **Use of Recent New Issuance Proceeds** | • $500+ mm cash tender for EFH / TCEH Notes<br><br>• Significant additional new issue capital is also available | • Eliminates negative carry<br><br>• Unlikely to capture meaningful discount at current trading levels | • Wait for the market and prices to weaken |
| **TCEH New Issuance Structures** | • Issue 2nd Lien Notes for Cash (to fund liability management efforts), or<br><br>• Issue 1st Lien Notes to refinance term loan, or<br><br>• Fund TCEH "loan trust" structures | • Capitalizes on current market conditions<br><br>• Establishes a benchmark for future executions<br><br>• Potential to capture loan discount | • Begin preparations for opportunistic execution |
| **TCEH Loan Maturity Extensions** | • Request existing lenders extend maturity of a portion of term loan holdings | • Ability to target 2014 tower<br><br>• Does not require full mark-to-market<br><br>• Does not capture discount | • Easy to execute on short notice<br><br>• Begin managing modest portions of 2014 tower in near-term |

*Simultaneously reengaging with Franklin and WAMCO to understand their willingness to negotiate on reasonable terms will be critical to launching any meaningful liability management transaction.*

2

Highly Confidential

citi

EFIHMW00250036

EFIHMW00250032

# Historical Debt Trading Levels

While the debt complex has rallied with the broader market, historical volatility suggests there will be a better opportunity to deploy the new issue proceeds in the future.



EFH Debt

TCEH Debt

Source: Advantage Data

EFIHMW00250037
PX 023
Page 6 of 32

EFIHMW00250032

# Current Debt Trading Levels

($ in mm)

## High Yield Notes

| Issuer | Tranche | Coupon | Size | Issue Date | Maturity | Ratings | | Price | As of January 15, 2010 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Corporate | Tranche | | YTW (yr) | STW(1) (yr) |
| Texas Comp Elec Holdings | Senior Notes | 10.250% | $1,913 | Dec-2007 | Nov-2015 | Caa1/B- | Caa2/CCC | 83.750 | 14.482% (15) | 1165 bps (15) |
| Texas Comp Elec Holdings | Senior Notes | 10.250% | $2,944 | Oct-2007 | Nov-2015 | Caa1/B- | Caa2/CCC | 82.750 | 14.778% (15) | 1194 bps (15) |
| Texas Comp Elec Holdings | Senior Toggle Notes | 10.500% / 11.250% | $1,948 | Dec-2007 | Nov-2016 | Caa1/B- | Caa2/CCC | 75.750 | 15.940% (16) | 1273 bps (16) |
| Energy Future Holdings | Senior Sec. Notes | 9.750% | $115 | Nov-2009 | Oct-2019 | Caa1/B- | Caa3/B+ | 101.000 | 9.552% (17) | 615 bps (17) |
| Energy Future Intermediate Holdings | Senior Sec. Notes | 9.750% | $141 | Nov-2009 | Oct-2019 | Caa1/B- | Caa3/B+ | 101.000 | 9.552% (17) | 615 bps (17) |
| Energy Future Holdings | Senior Sec. Notes | 10.000% | $500 | Jan-2010 | Jan-2020 | Caa1/B- | Caa3/B+ | 103.500 | 9.367% (18) | 592 bps (18) |
| Energy Future Holdings | Senior Notes | 10.875% | $1,831 | Oct-2007 | Nov-2017 | Caa1/B- | Caa3/B- | 82.500 | 14.715% (17) | 1130 bps (17) |
| Energy Future Holdings | Senior Toggle Notes | 11.250% / 12.000% | $2,797 | Oct-2007 | Nov-2017 | Caa1/B- | Caa3/B- | 75.250 | 16.209% (17) | 1279 bps (17) |
| Energy Future Holdings | Senior Notes | 5.550% | $983 | Nov-2004 | Nov-2014 | Caa1/B- | Caa3/CCC | 74.000 | 12.963% (14) | 1049 bps (14) |
| Energy Future Holdings | Senior Notes | 6.500% | $740 | Nov-2004 | Nov-2024 | Caa1/B- | Caa3/CCC | 52.500 | 14.292% (24) | 1029 bps (24) |
| Energy Future Holdings | Senior Notes | 6.550% | $744 | Nov-2004 | Nov-2034 | Caa1/B- | Caa3/CCC | 51.500 | 13.251% (34) | 878 bps (34) |

Source: Citi High Yield Trading Desk; TRACE
Note: Issue grouped by position within capital structure, then sorted by maturity
(1) Spread to worst based on interpolated U.S. Treasury curve

## Leveraged Loans

| Issuer | Tranche | Coupon | Size | Issue Date | Maturity | Ratings | | Price (%) | As of January 15, 2010 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Corporate | Tranche | | Eff. Yield(1) | Spread(1) |
| Texas Comp Elec Holdings | TLB-1 | L+350 bps | $3,450 | Oct-2007 | Oct-2014 | Caa1/B- | B1/B+ | 83.375 | 11.181% | 898 bps |
| Texas Comp Elec Holdings | TLB-2 (2) | L+350 bps | $7,000 | Oct-2007 | Oct-2014 | Caa1/B- | B1/B+ | 83.500 | 11.135% | 893 bps |
| Texas Comp Elec Holdings | TLB-3 (3) | L+350 bps | $6,000 | Oct-2007 | Oct-2014 | Caa1/B- | B1/B+ | 82.750 | 11.412% | 921 bps |

Source: Citi Loan Trading Desk; Markit
Note: Trading Levels are sorted alphabetically
(1) Calculated to one year prior to maturity and with applicable swap rate
(2) "Soft-call" at 101 until October 2010, then callable at par
(3) Make Whole at T+50 until October 2010, then callable at par

## Oncor Notes

| Issuer | Tranche | Coupon | Size | Issue Date | Maturity | Ratings | | Price | As of January 15, 2010 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Corporate | Tranche | | YTW | STW(1) |
| Oncor Electric Delivery Company | Senior Sec. Notes | 6.800% | $550 | May-2009 | Sep-2018 | NR/BBB+ | Baa1/BBB+ | 113.000 | 4.930% (18) | 120 bps (18) |

Source: TRACE
(1) Spread to worst based on interpolated U.S. Treasury curve

Highly Confidential

4

citi

# Bondholder Distribution Profile

## Top Institutional Holders, as of August 2009

| Holder | TXU Legacy Notes Amount | % | EFH LBO Notes Amount | % | TCEH LBO Notes Amount | % | Total Ownership Amount | % |
|---|---|---|---|---|---|---|---|---|
| Franklin | $421.1 | 18.6% | $540.9 | 12.7% | $1,153.9 | 17.9% | $2,115.9 | 16.3% |
| WAMCO | 439.6 | 19.4 | 1,351.2 | 31.7 | 283.0 | 4.4 | 2,073.8 | 16.0 |
| Berkshire Hathaway | -- | 0.0 | -- | 0.0 | 2,043.2 | 31.7 | 2,043.2 | 15.8 |
| Oaktree | -- | 0.0 | 378.9 | 8.9 | 339.4 | 5.3 | 718.3 | 5.5 |
| Loomis, Sayles & Co. | 643.7 | 28.4 | 2.0 | 0.0 | 11.3 | 0.2 | 657.0 | 5.1 |
| Fidelity | -- | 0.0 | 401.8 | 9.4 | 164.7 | 2.6 | 566.5 | 4.4 |
| Capital Research & Mgmt | -- | 0.0 | -- | 0.0 | 448.8 | 7.0 | 448.8 | 3.5 |
| Wellington | 211.8 | 9.4 | 0.5 | 0.0 | 87.6 | 1.4 | 299.9 | 2.3 |
| PIMCO | 3.4 | 0.2 | 194.2 | 4.6 | 16.1 | 0.3 | 213.8 | 1.6 |
| T. Rowe Price | 3.5 | 0.2 | 120.4 | 2.8 | 16.3 | 0.3 | 140.3 | 1.1 |
| Top 10 Holders | $1,723.1 | 76.1% | $2,990.0 | 70.1% | $4,564.3 | 70.9% | $9,277.4 | 71.6% |
| Total | $2,263.8 | | $4,263.3 | | $6,437.9 | | $12,965.0 | |

Source DTC, as of August 2009.

## Concentration of Top Institutional Holders



The top 5 and 15 holders control 59% and 78% of the bond complex, respectively.

Top 5: 77% / 67% / 66% / 59%
Top 10: 81% / 77% / 75% / 72%
Top 15: 84% / 80% / 80% / 78%

Legend: ▒ TXU Legacy Notes ▓ EFH LBO Notes ▓ TCEH LBO Notes ▒ Total Ownership

## Top Holders of New Notes

| Holder | Sr. Secured Notes due 2020 Amount | % |
|---|---|---|
| Fidelity | $55.0 | 11.0% |
| Blackrock | 35.0 | 7.0 |
| Loomis | 30.0 | 6.0 |
| Neuberger | 30.0 | 6.0 |
| Oaktree | 30.0 | 6.0 |
| PIMCO | 30.0 | 6.0 |
| Seix | 25.0 | 5.0 |
| Nomura | 22.5 | 4.5 |
| Claren Road | 20.0 | 4.0 |
| Redwood | 20.0 | 4.0 |
| Top 10 Holders | $297.5 | 59.5% |
| Total | $500.0 | |

Source Citi Syndicate desk, as of January 2010.

## TCEH Ownership Breakdown by EFH Ownership



No Ownership of EFH 51%
> 5% of EFH 33%
1 - 5% of EFH 3%
< 1% of EFH 13%

33% of TCEH holders own at least 5% of EFH notes

Source DTC, as of August 2009.

Highly Confidential

EFIHMW00250039

EFIHMW00250032

citi



# 2. Execution Alternatives at EFH

Highly Confidential

EFIHMW00250032

# $500 mm Tender for EFH / TCEH Notes

## Indicative Transaction Assumptions

- Use $500 mm proceeds from recent new issuance to finance a below par tender for EFH / TCEH Notes
  - Prioritize repurchase of notes with largest discount to par
  - 25% participation implies maximum deleveraging of ~$260 mm
- Offer of cash to current bondholders will minimize premium required

## Key Considerations

- Does not appear to be the right time for large scale execution
  - Wait until market conditions change
- Excluding 2024s and 2034s, current discount capture is not necessarily compelling
- Cash may be more effectively used as part of an exchange or larger transaction

## Tender Offer Overview(1)

| Coupon | Maturity | Priority | Outstanding Amount | Waterfall Yield | Tender Offer Price | Hypothetical Participation % | $ (mm) | Acceptance Amount % | $ (mm) | Cash Spent | Interest Expense Inc. / (Dec) ($mm) | Discount Capture (%) | $ (mm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6.550% | 11/15/34 | 1 | $744.32 | 12.78% | 53.500 | 25% | $186.08 | 100% | $186.08 | $99.55 | ($12.19) | 46.5% | $86.53 |
| 6.500% | 11/15/24 | 1 | $739.81 | 13.77% | 54.500 | 25% | $184.95 | 100% | $184.95 | $100.80 | ($12.02) | 45.5% | $84.15 |
| 5.550% | 11/15/14 | 2 | $982.67 | 12.29% | 76.000 | 25% | $245.67 | 100% | $245.67 | $186.71 | ($13.63) | 24.0% | $58.96 |
| 11.250% | 11/01/17 | 2 | $2,797.29 | 16.54% | 77.250 | 25% | $699.32 | 21% | $146.20 | $112.94 | ($16.45) | 22.8% | $33.26 |
| 10.500% | 11/01/16 | 2 | $1,848.00 | 15.96% | 77.750 | 25% | $462.00 | 0% | $0.00 | $0.00 | $0.00 | 22.3% | $0.00 |
| 10.875% | 11/01/17 | 3 | $1,830.55 | 14.22% | 84.500 | 25% | $457.64 | 0% | $0.00 | $0.00 | $0.00 | 15.5% | $0.00 |
| 10.250% | 11/01/15 | 3 | $2,944.10 | 14.19% | 84.750 | 25% | $736.02 | 0% | $0.00 | $0.00 | $0.00 | 15.3% | $0.00 |
| 10.250% | 11/01/15 | 3 | $1,912.76 | 13.91% | 85.750 | 25% | $478.19 | 0% | $0.00 | $0.00 | $0.00 | 14.3% | $0.00 |
| | | | $13,799.50 | | 78.467 | | $3,449.87 | | $762.90 | $500.00 | ($54.29) | 21.5% | $262.90 |

(1) Assumes Pricing as of 01/14/10 and Settlement on 01/20/10.



Highly Confidential

EFIHMW00250032

# Indicative Terms for EFH Senior Secured Notes

If attractive opportunities to deploy cash appear, significant further new issue capital is available to EFH.

| Structure | Add-on to Existing 10.000% EFH Senior Secured Notes due 2020 |
|---|---|
| Issuer | Energy Future Holdings Corp. ("EFH") |
| Issue | $500+ mm of Add-on Senior Secured Notes |
| Guarantors | Same as existing 10.000% EFH Senior Secured Notes due 2020 |
| Security | Same as existing 10.000% EFH Senior Secured Notes due 2020 |
| Assumed Ratings | Corp.:     Caa1 / B-<br>Issue:     Caa3 / B+ |
| Tenor | Same as existing 10.000% EFH Senior Secured Notes due 2020 |
| Call Protection | Same as existing 10.000% EFH Senior Secured Notes due 2020 |
| Equity Clawback | Same as existing 10.000% EFH Senior Secured Notes due 2020 |
| Change of Control | Investor put at 101% |
| Covenant Package | Same as existing 10.000% EFH Senior Secured Notes due 2020 |
| Offering Format | Reg. S / 144A with Registration Rights |
| Indicative Price | 102.000 – 102.500 |
| Indicative Yield | 9.544% – 9.634% |

7

Highly Confidential

EFIHMW00250042

EFIHMW00250032

# EFH Exchange Offer Scenarios

The willingness of key investors (WAMCO and Franklin) to engage in reasonable negotiations will be <u>the</u> key driver for any contemplated exchange offer.

| Situation | Discussion / Next Step | Maximum Potential Discount Capture |
|---|---|---|
| **WAMCO and Franklin willing to negotiate**<br>• **Obtain consents** | • Exchange Legacy and LBO Notes into New 9.000% Senior Secured Notes due 2020<br>  – Prioritize EFH LBO and EFH PIK Notes<br>  – ~7 point investor pick up | $530 mm |
| **WAMCO willing to negotiate**<br>• **Potential to obtain consents** | • Exchange EFH LBO Notes into New 9.000% Senior Secured Notes due 2020 | $175 mm |
| | • Tender for Legacy Notes at ~10 points above current market levels | $150 mm |
| **Franklin willing to negotiate**<br>• **Potential to obtain consents** | • Exchange LBO Notes into New 9.000% Senior Secured Notes due 2020 | $70 mm |
| | • Tender for 2014 Legacy Notes at ~7 points above current market levels | $70 mm |
| **Neither WAMCO nor Franklin willing to negotiate**<br>• **No consents** | • Exchange Legacy and LBO Notes into New 9.000% Senior Secured Notes due 2020<br>  – ~6 point investor pick up | $600 mm |

Highly Confidential

8



EFIHMW00250032

Highly Confidential

# 3. Execution Alternatives at TCEH



# Summary of Execution Alternatives – TCEH

|  | Issue 2nd Lien Notes for Cash ① | Issue 1st Lien Notes to Refinance Term Loans ② | Term Loan Maturity Extension Trades | TCEH Exchange Offer |
|---|---|---|---|---|
| **Description** | • Issue New 2nd Lien TCEH Notes to finance a concurrent / future tender offer for existing TCEH LBO Notes | • Issue new 1st Lien TCEH Notes to refinance existing TCEH Term Loans | • Request TCEH Term Loan lenders to extend maturity in exchange for better pricing | • Exchange existing TCEH Notes into New 2nd Lien TCEH Notes |
| **Pros** | ► Capitalizes on current market conditions<br>► Establishes a benchmark for later executions<br>► Not coercive | ► Capitalizes on current market conditions<br>► Begins refinancing of 2014 maturity tower<br>► Reduces institutional loan market exposure<br>► Not coercive | ► Does not require full mark-to-market<br>► Begins refinancing of 2014 maturity tower<br>► Not coercive | ► Potential for maximum discount capture<br>► Establishes a benchmark for later executions |
| **Cons** | ▼ Expensive new debt; potential for negative carry<br>▼ Documentation will require time to prepare | ▼ Replaces attractively priced loan facility with higher interest expense debt<br>▼ No discount capture<br>▼ Documentation will require time to prepare<br>▼ Not coercive | ▼ Maintains heavy reliance on institutional loan market<br>▼ No discount capture | ▼ Current prices make a transaction with meaningful discount capture unlikely<br>▼ Execution dependent on whether market dynamics / sentiment weakens<br>▼ Does not monetize current market conditions<br>▼ Coercive transaction |
| **Key Transaction Drivers** — Discount Capture | | | | |
| **Key Transaction Drivers** — Maturity Extension | • Tradeoff between discount capture and higher coupon on new debt<br>• Market conditions | • Mark-to-market financing with primary benefit accruing to investors<br>• Market conditions | • Amendment already in place; relatively simple execution<br>• Not dependent on market conditions | • Discount capture driven by price differential between existing TCEH LBO notes and expected pricing on new 2nd Lien Notes |

Least Effective ←---------- SCALE ----------→ Most Effective

Highly Confidential

citi

EFIHMW00250045

EFIHMW00250032

**PX 023**
**Page 14 of 32**

# Summary of Execution Alternatives – TCEH (cont'd)

Highly Confidential

|  | TCEH Loan Trust New Issuance (5) | TCEH Loan Trust Exchange |
|---|---|---|
| **Description** | • Newly formed trust issues secured notes to repurchase TCEH loans at a discount<br>• Trust agrees to extend maturity of purchased loans to match tenor of issued notes<br>• Coupon on extended loans increased to pay interest on trust notes | • Newly formed trust issues secured notes in exchange for TCEH loans at par<br>• New notes issued with significant below market coupon (not truly giving investors new par security)<br>• Trust agrees to extend maturity of received loans to match tenor of issued notes |
| **Pros** | ▶ Monetizes current market conditions<br>▶ Enables discount capture on significant loan facilities<br>▶ Extends portion of 2014 maturity tower<br>▶ Diversifies away from institutional loan market<br>▶ Not coercive | ▶ Monetizes current market conditions<br>▶ Extends portion of 2014 maturity tower<br>▶ Diversifies away from institutional loan market<br>▶ Not a coercive exchange – beneficial to all parties<br>▶ Par-for-par transaction broadens potential investor interest |
| **Cons** | ▶ Many remaining structural complexities to work through<br>▶ Requires time to implement<br>▶ Unusual structure may yield inefficiencies | ▶ Many remaining structural complexities to work through<br>▶ Requires time to implement<br>▶ Unusual structure may yield inefficiencies<br>▶ Does not require full mark-to-market of liabilities |
| **Discount Capture** | (scale icon) | (scale icon) |
| **Maturity Extension** | (scale icon) | (scale icon) |
| **Key Transaction Drivers** | • Continuing legal / regulatory / tax analysis of structure | • Continuing legal / regulatory / tax analysis of structure |

Least Effective ◀——— SCALE ———▶ Most Effective

EFIHMW00250046

**PX 023**
**Page 15 of 32**

citi

EFIHMW00250032

# Issue 2nd Lien TCEH Notes for Cash

Option 1

## Transaction Description

- TCEH issues $500+ mm of new 2nd lien notes
  - Capitalize on current strength of new issue market
- New liquidity used to finance below par cash tenders at TCEH to capture discount
- No existing reference security – requires structuring and documentation
  - Begin preparatory efforts now and execute when market conditions are optimal

## Indicative Terms

| | |
|---|---|
| Issuer | Texas Competitive Electric Holdings Company LLC / TCEH Finance, Inc. ("TCEH") |
| Issue | $500+ mm Second Lien Senior Secured Notes |
| Guarantors | Same as existing TCEH LBO Notes |
| Security | Same as existing TCEH Senior Secured Credit Facilities, but on a second lien basis and excluding a pledge of TCEH's stock and the stock of any subsidiary to the extent it would give rise to additional 3-16 reporting requirements |
| Assumed Ratings | Corp:    Caa1 / B-<br>Issue:    Low single-B to high triple-C |
| Tenor | 10 years |
| Call Protection | NC-5 (subject to a makewhole call @ T+50 bps) then callable at a premium declining to par |
| Equity Clawback | 35% at par plus coupon for the first 3 years |
| Change of Control | Investor put at 101% |
| Covenant Package | Same as existing TCEH LBO Notes with modifications to the asset sale and liens covenants appropriate for a second lien secured financing |
| Offering Format | Reg S / 144A with Registration Rights |
| Indicative Yield | 11.500% area |

## Tender Offer Overview[1]

| Coupon | Maturity | Priority | Outstanding Amount | Waterfall Tender Offer Yield | Waterfall Tender Offer Price | Hypothetical Participation % | Hypothetical Participation $ (mm) | Acceptance Amount % | Acceptance Amount $ (mm) | Cash Spent | Interest Expense Inc. / (Dec) ($mm) | Discount Capture (%) | Discount Capture $ (mm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10.500% | 11/01/16 | 1 | $1,848.00 | 15.98% | 77.750 | 30% | $554.40 | 100% | $554.40 | $431.05 | ($53.21) | 22.3% | $123.35 |
| 10.250% | 11/01/15 | 2 | $2,944.10 | 14.48% | 83.750 | 20% | $588.82 | 8% | $49.67 | $41.60 | ($5.09) | 16.3% | $8.07 |
| 10.250% | 11/01/15 | 2 | $1,912.76 | 14.19% | 84.750 | 20% | $382.55 | 8% | $32.27 | $27.35 | ($3.31) | 15.3% | $4.92 |
| | | | $6,704.86 | | 82.382 | | $1,525.77 | | $636.35 | $500.00 | ($66.61) | 18.2% | $136.35 |

(1) Assumes Pricing as of 01/14/10 and Settlement on 01/20/10.

Highly Confidential

11

EFIHMW00250047

EFIHMW00250032

# Managing Institutional Loan Market Exposure

**Options 2, 3, 5, 6**

Given the fundamental changes in the leveraged loan market, Citi recommends EFH consider "chipping away" at the 2014 maturity tower by opportunistically extending portions of its Term Loan facilities or refinancing into the secured note market.

## Fundamentally Changed Market

- The reduction in leverage available to investors and the halt in CLO / CDO creation has dramatically impacted the institutional loan market

  - Currently, large executions are around $1+ bn vs. many multiples of that in early 2007

- Many borrowers face refinancing challenges and are proactively beginning to manage their institutional loan market exposure and maturity profile

## Refinancing Overhang ($ in bn)

*Over $450 bn in leveraged loan maturities need to be digested through 2016*



## While Loan Markets Improved Significantly in 2009...

- Investor buying has been supported by available cash from early 2009 loan refinancings
  - Not an endless supply of capital
- Heavy CLO new issuance is not expected to return in the near term
  - Will be required for true demand recovery
- Many issuers have large 2013 / 2014 maturities
  - Could drive a concurrent "refinancing rush"
- Increase in sponsor acquisition finance likely to add supply pressure

## Recent Loan Issuance ($ in bn)

*The institutional loan market has begun showing signs of life with 65% of 2009 new issuance pricing in the fourth quarter*



New Issue Volume ▨   Maturity Extensions ▦

# Issue 1st Lien TCEH Notes to Refinance Term Loans

**Option 2**

## Transaction Description

- TCEH issues $500+ mm of new 1st lien notes
  - Capitalize on current strength of new issue market
- Proceeds swept to refinance Term Loans at par
- No existing reference security – requires structuring and documentation
  - Begin preparatory efforts now and execute when market conditions are optimal

## Indicative Terms

| Issuer | Texas Competitive Electric Holdings Company LLC / TCEH Finance, Inc. ("TCEH") |
|---|---|
| Issue | $500+ mm First Lien Senior Secured Notes |
| Guarantors | Same as existing TCEH LBO Notes |
| Security | Same as existing TCEH Senior Secured Credit Facilities, but excluding a pledge of TCEH's stock and the stock of any subsidiary to the extent it would give rise to additional 3-16 reporting requirements |
| Assumed Ratings | Corp.:    Caa1 / B-<br>Issue:    B1 / B+ |
| Tenor | 10 years |
| Call Protection | NC-5 (subject to a makewhole call @ T+50 bps) then callable at a premium declining to par |
| Equity Clawback | 35% at par plus coupon for the first 3 years |
| Change of Control | Investor put at 101% |
| Covenant Package | Same as existing TCEH LBO Notes with modifications to the asset sale and liens covenants appropriate for a first lien secured financing |
| Offering Format | Reg. S / 144A with Registration Rights |
| Indicative Yield | 9.750% – 10.000% |

Highly Confidential



EFIHMW00250049

EFIHMW00250032

# Term Loan Maturity Extension

Options

**Transaction Description**

August 2009 amendment built-in mechanics for TCEH loan maturity extensions

Execution only requires approval of each extending lender

Begin "chipping away" at 2014 loan maturity

Target shifting 10% – 30% into 2016 in near-term

Prevents full mark-to-market; modest target amount and extension tenor only require marginal clearing terms

Transaction could be completed in "some" as "18 weeks with limited demands on senior EFH management

**Why Act Sooner?**

- Begins de-risking loan maturity significantly in advance of 2014

- Monetizes current relatively strong loan market conditions
  - Uncertain how long this window will last (CLO creation still very light)

- Ability to execute extension without fully marking facility to market (investors value modest pricing increase earned over remaining 4+ year baseline tenor)

**Why Wait Until Later?**

- Current below-market financing rate is a corporate asset

- Loan market conditions may continue to improve

- Extension will increase cash interest expense well in advance of maturity

Highly Confidential

14

citi

EFIHMW00250032

# Term Loan Maturity Extension (cont'd)

Options

## Offer to Lender in Return for a Two Year Extension

- Increase margin by 100-125 bps
  - Anticipate $2 – 4 bn of extensions

- To significantly increase participation, offer a 1.5% LIBOR floor
  - Anticipate $6+ bn of extensions
  - Given forward curve 1.5% floor is expected to have limited economic cost

- Lenders have previously expressed interest in TCEH maturity extensions in exchange for modest pricing concessions

## Indicative Execution Impact

### EFH / TCEH Maturity Profile



Amount ($ in millions)

## Current Top Term Loan Holders

($ in mm)

| Rank | Lender | Amount | % |
|---|---|---|---|
| 1 | JP Morgan Chase | $1,483.4 | 6.15% |
| 2 | Morgan Stanley | 1,210.9 | 5.02 |
| 3 | Franklin | 1,167.0 | 4.84 |
| 4 | Fidelity Investments | 1,086.3 | 4.50 |
| 5 | Oaktree Capital Management | 1,032.2 | 4.28 |
| 6 | Goldman Sachs | 1,026.8 | 4.26 |
| 7 | BlackRock | 815.0 | 3.38 |
| 8 | Credit Suisse | 762.8 | 3.16 |
| 9 | Caisse de Depot | 745.9 | 3.09 |
| 10 | Citigroup (excluding TRS votes) | 683.2 | 2.83 |
| 11 | PIMCO | 644.0 | 2.67 |
| 12 | TPG | 571.0 | 2.37 |
| 13 | KKR Fixed Income | 559.7 | 2.32 |
| 14 | Lehman Brothers | 513.3 | 2.13 |
| 15 | Apollo Value Management | 500.0 | 2.07 |
| 16 | Blackstone / GSO | 415.2 | 1.72 |
| 17 | Credit Suisse | 414.5 | 1.72 |
| 18 | Oak Hill | 402.3 | 1.67 |
| 19 | MSD Capital | 354.4 | 1.47 |
| 20 | Highland Capital | 299.3 | 1.24 |
| 21 | Angelo Gordon | 297.9 | 1.24 |
| 22 | Shumway Capital | 283.5 | 1.18 |
| 23 | Taconic Capital Partners | 261.2 | 1.08 |
| 24 | Wells Fargo | 200.2 | 0.83 |
| 25 | Prudential Insurance | 191.7 | 0.79 |
| | **Top 25 Total** | **$15,921.9** | **65.22%** |
| | **Total** | **$24,119.6** | **100.00%** |

Highly Confidential

citi

EFIHMW00250051

PX 023
Page 20 of 32

EFIHMW00250032

# TCEH Exchange Offer

## Exchange Offer Overview

**Target TCEH Securities**
- $2.94 bn 10.250% Senior Notes due 2015
- $1.91 bn 10.250% Senior Notes due 2015
- $1.85 bn 10.500% Toggle Notes due 2016



**Exchange**




Option 1

**Exchange Offer**
- Exchange into new 11.000% Second Lien notes due 2020

## Investor Pickup Analysis

| Old Notes Coupon | Maturity | Principal Amt ($mm) | Current Market Yield | Price | Exchange Ratio | New TCEH Second Lien Notes Coupon | Maturity | Yield | Price | Investor Pick-Up |
|---|---|---|---|---|---|---|---|---|---|---|
| 10.250% | 11/01/15 | $2,944.10 | 14.78% | 82.750 | 88.250 | 11.000% | 01/15/20 | 11.500% | 97.071 | 2.916 |
| 10.250% | 11/01/15 | $1,912.76 | 14.48% | 83.750 | 89.375 | 11.000% | 01/15/20 | 11.500% | 97.071 | 3.008 |
| 10.500% | 11/01/16 | $1,848.00 | 16.57% | 75.750 | 81.125 | 11.000% | 01/15/20 | 11.500% | 97.071 | 2.999 |
| | | $6,704.86 | | 81.106 | 86.607 | | | | | 2.965 |

## Estimated Participation Summary

| Old Notes Coupon | Maturity | Principal Amt ($mm) | Exchange Ratio | Participation (%) | Acceptance Amount Amt ($mm) | (%) | New TCEH Second Lien Notes Coupon | Maturity | Yield | Price | Issued | Interest Expense Inc./(Dec) ($mm) | Total Discount Capture |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10.250% | 11/01/15 | $2,944.10 | 88.250 | 60% | $1,766.46 | 100% | 11.000% | 01/15/20 | 11.500% | 97.071 | $1,558.90 | ($9.59) | $207.56 |
| 10.250% | 11/01/15 | $1,912.76 | 89.375 | 60% | $1,147.66 | 100% | 11.000% | 01/15/20 | 11.500% | 97.071 | $1,025.72 | ($4.81) | $121.94 |
| 10.500% | 11/01/16 | $1,848.00 | 81.125 | 60% | $1,108.80 | 100% | 11.000% | 01/15/20 | 11.500% | 97.071 | $899.51 | ($17.48) | $209.29 |
| | | $6,704.86 | | | $4,022.92 | | | | | | | ($31.87) | $538.78 |

(1) Assumes Pricing as of 01/14/10 and Settlement on 01/20/10.

Highly Confidential

citi

EFIHMW00250052

**PX 023**
**Page 21 of 32**

EFIHMW00250032

# TCEH Term Loan Structural Alternative #1

Option 5

## Simplified Current Situation

EFH ......... EFCH ......... TCEH → Debt Investors A

Loans

- Ignores EFIH, Oncor Holdings, and Oncor

## Step 1

EFH ......... EFCH ......... TCEH → Debt Investors A

Loans

New Trust

- EFH forms a New Trust subsidiary

17

Highly Confidential

citi

EFIHMW00250053

PX 023
Page 22 of 32

EFIHMW00250032

# TCEH Term Loan Structural Alternative #1 (cont'd)

Option 5

## Step 2

EFH

EFCH

TCEH → Loans → Debt Investors A

New Trust ⇠ Secured Notes ⇠ Debt Investors B

- New Trust issues Secured Notes collateralized by all assets of the trust

## Step 3

EFH

EFCH

TCEH ⇠ Loans ⇠ Debt Investors A

New Trust — $ → (TCEH)

New Trust → Secured Notes → Debt Investors F

- New Trust utilizes proceeds of the Secured Notes to purchase TCEH Loans, likely via a tender offer
- TCEH Loans bought-in at a discount, serving to:
  – Deliver the consolidated EFH family
  – Overcollateralize the Secured Notes (>$1 of Loans purchased for each $1 of Secured Notes issued)



Highly Confidential

18



EFIHMW00250054
PX 023
Page 23 of 32

EFIHMW00250032

# TCEH Term Loan Structural Alternative #1 (cont'd)

Option 5

## Step 4

----Extension Offer----

EFH

EFCH

TCEH

Loans

New Trust

Secured Notes

Debt Investors B

- TCEH launches an Extension Offer
  - Extend TCEH Loans to match tenor of Secured Notes
  - Offer increased coupon required for New Trust to pay interest on the Secured Notes
  - Add call protection to Loans to match Secured Notes
- New Trust consents to Extension Offer as a lender

19

Highly Confidential

EFIHMW00250032

# TCEH Term Loan Structural Alternative #2

## Simplified Current Situation

EFH ····> EFCH ····> TCEH ──Loans──> Debt Investors

- Ignores EFIH, Oncor Holdings, and Oncor

## Step 1

Option 0

EFH ····> EFCH ····> TCEH ──Loans──> Debt Investors

EFH ┈┈┈ New Trust

- EFH forms a New Trust subsidiary

Highly Confidential

20

citi

EFIHMW00250032

# TCEH Term Loan Structural Alternative #2 (cont'd)

## Step 2



- New Trust issues Secured Notes collateralized by all assets of the trust
- Issued to existing Debt Investors in a par-for-par exchange for their TCEH Loans
- Par-for-par exchange, but new Secured Notes issued with a below-market coupon – not expected to trade at par
- Target to trade a few points above existing Loans to motivate lender exchanges

## Step 3



- TCEH launches an Extension Offer
  - Extend TCEH Loans to match tenor of Secured Notes
  - Offer increased coupon required for New Trust to pay interest on the Secured Notes
  - Add call protection to Loans to match Secured Notes
- New Trust consents to Extension Offer as a lender



Highly Confidential

21

Highly Confidential

# Appendix



EFIHMW00250058

# Successful "W" and "F" Negotiations (1)

## Transaction Overview

- Target EFH Securities
  - $2.80 bn 11.250% LBO Notes due 2017
  - $1.83 bn 10.875% LBO Notes due 2017
  - $982.67 mm 5.500% Legacy Notes due 2014
  - $744.32 mm 6.550% Legacy Notes due 2034
  - $739.81 mm 6.500% Legacy Notes due 2024



### Exchange Offer

- Exchange into new 9.000% notes due 2020
- Make EFH LBO and Toggle Notes First Priority due to the nature of the holders
- New notes secured by Oncor equity
- Obtain consents

## Investor Pickup Analysis

| Priority | Coupon | Old Notes Maturity | Principal Amt ($mm) | Current Market Yield | Current Market Price | Consideration Cash | Consideration Notes | Exchange Ratio | New EFH Notes Coupon | Maturity | Yield | Price | Issued | Investor Pick-Up |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11.250% | 11/01/17 | $2,797.29 | 17.11% | 75.250 | 0% | 100% | 87.000 | 9.000% | 01/15/20 | 9.250% | 98.390 | $1,703.55 | 10,349 |
| 1 | 10.875% | 11/01/17 | $1,830.55 | 14.72% | 82.500 | 0% | 100% | 87.000 | 9.000% | 01/15/20 | 9.250% | 98.390 | $1,114.80 | 3,099 |
| 2 | 5.550% | 11/15/14 | $982.67 | 12.97% | 74.000 | 0% | 100% | 77.250 | 9.000% | 01/15/20 | 9.250% | 98.390 | $379.56 | 2,006 |
| 3 | 6.550% | 11/15/34 | $744.32 | 13.25% | 51.500 | 0% | 100% | 54.375 | 9.000% | 01/15/20 | 9.250% | 98.390 | $3.29 | 2,000 |
| 4 | 6.500% | 11/15/24 | $739.81 | 14.29% | 52.500 | 0% | 100% | 55.375 | 9.000% | 01/15/20 | 9.250% | 98.390 | $0.00 | 1,984 |
| | | | $7,094.64 | | 72.083 | | | 78.929 | | | | | $3,200.00 | 6,756 |

## Estimated Participation Summary

| Priority | Coupon | Old Notes Maturity | Principal Amt ($mm) | Exchange Ratio (%) | Participation Amt ($mm) | Participation (%) | Acceptance Amount ($mm) | Acceptance Amount (%) | Coupon | Maturity | Yield | Price | New EFH Notes Issued | Interest Expense Inc. / (Dec) ($mm) | Total Discount Capture |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11.250% | 11/01/17 | $2,797.29 | 70% | $1,958.10 | 100% | $1,958.10 | 100% | 9.000% | 01/15/20 | 9.250% | 98.390 | $1,703.55 | ($66.97) | $254.55 |
| 1 | 10.875% | 11/01/17 | $1,830.55 | 70% | $1,281.38 | 100% | $1,281.38 | 100% | 9.000% | 01/15/20 | 9.250% | 98.390 | $1,114.80 | ($39.02) | $168.58 |
| 2 | 5.550% | 11/15/14 | $982.67 | 50% | $491.33 | 100% | $491.33 | 100% | 9.000% | 01/15/20 | 9.250% | 98.390 | $379.56 | $6.89 | $111.78 |
| 3 | 6.550% | 11/15/34 | $744.32 | 50% | $372.16 | 50% | $3.85 | 1% | 9.000% | 01/15/20 | 9.250% | 98.390 | $3.29 | ($0.06) | $1.76 |
| 4 | 6.500% | 11/15/24 | $739.81 | 50% | $369.91 | 50% | $0.00 | 0% | 9.000% | 01/15/20 | 9.250% | 98.390 | $0.00 | $0.00 | $0.00 |
| | | | $7,094.64 | | $4,472.89 | | $3,734.67 | | | | | | $3,200.00 | ($99.16) | $534.67 |



Highly Confidential

22

(1) Assumes Pricing as of 01/14/10 and Settlement on 01/20/10.

EFIHMW00250059

citi

EFIHMW00250032

# "W" – Friendly Transaction (1)

## Transaction Overview



**Target EFH Securities**

- $2.80 bn 11.250% LBO Notes due 2017
- $1.83 bn 10.875% LBO Notes due 2017
- $982.67 mm 5.500% Legacy Notes due 2014
- $744.32 mm 6.550% Legacy Notes due 2034
- $739.81 mm 6.500% Legacy Notes due 2024



Exchange

**Exchange Offer**
- Exchange into new 9.000% notes due 2020
- New notes secured by Oncor equity
- Potential to obtain consents

**Tender Offer**
- Offer to repurchase outstanding EFH Legacy notes at 10 points above current market levels

## Investor Pickup Analysis

| Old Notes Coupon | Maturity | Principal Amt ($mm) | Current Market Yield | Price | Consideration Cash | Notes | Exchange Ratio | New EFH Notes Coupon | Maturity | Yield | Price | Investor Pick-Up |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11.250% | 11/01/17 | $2,797.29 | 17.11% | 75.250 | 0% | 100% | 87.000 | 9.000% | 01/15/20 | 9.250% | 98.390 | 10,349 |
| 10.875% | 11/01/17 | $1,830.55 | 14.72% | 82.500 | 0% | 100% | 87.000 | 9.000% | 01/15/20 | 9.250% | 98.390 | 3,099 |
| | | $4,627.84 | | 78.118 | | | 87.000 | | | | | 10,156 |

## Estimated Participation Summary

| Old Notes Coupon | Maturity | Principal Amt ($mm) | Exchange Ratio | Participation (%) | Participation Amt ($mm) | Acceptance Amount (%) | Acceptance Amount Amt ($mm) | New EFH Notes Coupon | Maturity | Yield | Price | Issued | Interest Expense Inc. / (Dec) ($mm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11.250% | 11/01/17 | $2,797.29 | 87.000 | 47% | $1,315.17 | 100% | $1,315.17 | 9.000% | 01/15/20 | 9.250% | 98.390 | $1,144.19 | ($44.98) |
| 10.875% | 11/01/17 | $1,830.55 | 87.000 | 2% | $36.04 | 100% | $36.04 | 9.000% | 01/15/20 | 9.250% | 98.390 | $31.35 | ($1.10) |
| | | $4,627.84 | | | $1,351.20 | | $1,351.20 | | | | | $1,175.55 | ($46.08) |

## Strategic Repurchase Overview

| Coupon | Maturity | Outstanding Amount | Market (Offer-Side) Yield | Price | Repurchase Level Yield | Price | "W" Position | Cash Spent | Interest Expense Inc. / (Dec) ($mm) | Discount Capture (%) | $ (mm) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5.550% | 11/15/14 | $982.67 | 12.97% | 74.000 | 9.79% | 84.000 | $93.59 | $78.61 | ($5.19) | 16.0% | $14.97 |
| 6.500% | 11/15/24 | $739.81 | 14.29% | 52.500 | 11.96% | 62.500 | $75.79 | $47.37 | ($4.93) | 37.5% | $28.42 |
| 6.550% | 11/15/34 | $744.32 | 13.25% | 51.500 | 11.15% | 61.500 | $270.21 | $166.18 | ($17.70) | 38.5% | $104.03 |
| | | $2,466.80 | | 58.141 | | 68.141 | $439.59 | $292.16 | ($27.82) | 33.5% | $147.43 |

(1) Assumes Pricing as of 01/14/10 and Settlement on 01/20/10.

Highly Confidential

23

citi

EFIHMW002060

EFIHMW00250032

# "F" – Friendly Transaction (1)

## Transaction Overview

**Target EFH Securities**
- $2.80 bn 11.250% LBO Notes due 2017
- $1.83 bn 10.875% LBO Notes due 2017
- $982.67 mm 5.500% Legacy Notes due 2014
- $744.32 mm 6.550% Legacy Notes due 2034
- $739.81 mm 6.500% Legacy Notes due 2024



Exchange



**Exchange Offer**
- Exchange into new 9.000% notes due 2020
- New notes secured by Oncor equity
- Potential to obtain consents

**Tender Offer**
- Offer to repurchase outstanding 2014 notes at 10 points above current market levels

## Investor Pickup Analysis

| Old Notes Coupon | Maturity | Principal Amt ($mm) | Current Market Yield | Current Market Price | Consideration Cash | Consideration Notes | Exchange Ratio | New EFH Coupon | New EFH Maturity | New EFH Yield | New EFH Price | Investor Pick-Up |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11.250% | 11/01/17 | $2,797.29 | 17.11% | 75.250 | 0% | 100% | 87.000 | 9.000% | 01/15/20 | 9.250% | 98.390 | 10,349 |
| 10.875% | 11/01/17 | $1,830.55 | 14.72% | 82.500 | 0% | 100% | 87.000 | 9.000% | 01/15/20 | 9.250% | 98.390 | 3,099 |
| | | $4,627.84 | | 78.118 | | | 87.000 | | | | | 7,265 |

## Estimated Participation Summary

| Old Notes Coupon | Maturity | Principal Amt ($mm) | Exchange Ratio | Participation (%) | Participation Amt ($mm) | Acceptance (%) | Acceptance Amt ($mm) | New EFH Coupon | New EFH Maturity | New EFH Yield | New EFH Price | Issued | Interest Expense Inc./(Dec) ($mm) | Total Discount Capture Inc./(Dec) ($mm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11.250% | 11/01/17 | $2,797.29 | 87.000 | 11% | $310.78 | 100% | $310.78 | 9.000% | 01/15/20 | 9.250% | 98.390 | $270.38 | ($10.63) | $40.40 |
| 10.875% | 11/01/17 | $1,830.55 | 87.000 | 13% | $230.10 | 100% | $230.10 | 9.000% | 01/15/20 | 9.250% | 98.390 | $200.19 | ($7.01) | $29.91 |
| | | $4,627.84 | | | $540.88 | | $540.88 | | | | | $470.57 | ($17.64) | $70.31 |

## Strategic Repurchase Overview

| Coupon | Maturity | Outstanding Amount | Market (Offer-Side) Yield | Market (Offer-Side) Price | Repurchase Level Yield | Repurchase Level Price | "F" Position | Cash Spent | Interest Expense Inc./(Dec) ($mm) | Discount Capture (%) | Discount Capture $ (mm) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5.550% | 11/15/14 | $982.67 | 12.97% | 74.000 | 9.79% | 84.000 | $415.43 | $348.96 | ($23.06) | 16.0% | $66.47 |

(1) Assumes Pricing as of 01/14/10 and Settlement on 01/20/10.

24

Highly Confidential

citi

EFIHMW00250032

# Unsuccessful "W" and "F" Negotiations (1)

## Transaction Overview

**Target Securities**
- $4.628 bn EFH LBO and LBO Toggle Notes
- $2.467 bn EFH Legacy Notes
- $4.857 bn TCEH Cash Pay Notes



Exchange →

**Exchange Offer**
- Exchange into new 9.000% notes due 2020
- Make EFH LBO and Toggle Notes First Priority due to the nature of the holders
- New notes secured by Oncor equity

## Investor Pickup Analysis

| Priority | Old Notes Coupon | Maturity | Principal Amt ($mm) | Exchange Ratio | Current Market Yield | Price | Consideration Cash | Notes | Exchange Ratio | New EFH Notes Coupon | Maturity | Yield | Price | Investor Pick-up |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11.250% | 11/01/17 | $2,797.29 | 17.11% | 75.250 | 0% | 100% | 87.000 | 9.000% | 01/15/20 | 9.250% | 98.390 | 10.349 |
| 1 | 10.875% | 11/01/17 | $1,830.55 | 14.72% | 82.500 | 0% | 100% | 82.500 | 9.000% | 01/15/20 | 9.250% | 98.390 | 3.099 |
| 2 | 5.550% | 11/15/14 | $982.67 | 12.97% | 74.000 | 0% | 100% | 85.375 | 9.000% | 01/15/20 | 9.250% | 98.390 | 10.001 |
| 2 | 6.550% | 11/15/34 | $744.32 | 13.25% | 51.500 | 0% | 100% | 62.500 | 9.000% | 01/15/20 | 9.250% | 98.390 | 9.994 |
| 2 | 6.500% | 11/15/24 | $739.81 | 14.29% | 52.500 | 0% | 100% | 63.500 | 9.000% | 01/15/20 | 9.250% | 98.390 | 9.978 |
| 3 | 10.250% | 11/01/15 | $2,944.10 | 14.78% | 82.750 | 0% | 100% | 87.250 | 9.000% | 01/15/20 | 9.250% | 98.390 | 3.095 |
| 3 | 10.250% | 11/01/15 | $1,912.76 | 14.48% | 83.750 | 0% | 100% | 88.250 | 9.000% | 01/15/20 | 9.250% | 98.390 | 3.079 |
| | | | **$11,951.50** | | **76.578** | | | **84.148** | | | | | **6.105** |

## Estimated Participation Summary

| Priority | Old Notes Coupon | Maturity | Principal Amt ($mm) | Exchange Ratio | Participation Amt ($mm) | (%) | Acceptance Amount Amt ($mm) | (%) | New EFH Notes Coupon | Maturity | Yield | Price | Issued | Interest Expense Inc./(Dec) ($mm) | Total Discount Capture |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11.250% | 11/01/17 | $2,797.29 | 87.000 | 20% | $559.46 | 100% | $559.46 | 9.000% | 01/15/20 | 9.250% | 98.390 | $488.73 | ($19.13) | $72.73 |
| 1 | 10.875% | 11/01/17 | $1,830.55 | 87.000 | 20% | $366.11 | 100% | $366.11 | 9.000% | 01/15/20 | 9.250% | 98.390 | $318.52 | ($11.10) | $47.59 |
| 2 | 5.550% | 11/15/14 | $982.67 | 85.375 | 40% | $393.07 | 100% | $393.07 | 9.000% | 01/15/20 | 9.250% | 98.390 | $335.58 | $8.39 | $57.49 |
| 2 | 6.550% | 11/15/34 | $744.32 | 62.500 | 40% | $297.73 | 100% | $297.73 | 9.000% | 01/15/20 | 9.250% | 98.390 | $186.08 | $8.75 | $111.65 |
| 2 | 6.500% | 11/15/24 | $739.81 | 63.500 | 40% | $295.92 | 100% | $295.92 | 9.000% | 01/15/20 | 9.250% | 98.390 | $187.91 | $2.32 | $108.01 |
| 3 | 10.250% | 11/01/15 | $2,944.10 | 87.250 | 35% | $1,030.43 | 100% | $1,027.20 | 9.000% | 01/15/20 | 9.250% | 98.390 | $896.23 | ($24.63) | $130.97 |
| 3 | 10.250% | 11/01/15 | $1,912.76 | 88.250 | 35% | $669.47 | 100% | $667.37 | 9.000% | 01/15/20 | 9.250% | 98.390 | $588.95 | ($15.40) | $78.42 |
| | | | **$11,951.50** | | | **$3,612.19** | | **$3,606.85** | | | | | **$3,000.00** | **($67.00)** | **$606.85** |




Highly Confidential

25

(1) Assumes Pricing as of 01/14/10 and Settlement on 01/20/10.

Highly Confidential

*IRS Circular 230 Disclosure: Citigroup Inc. and its affiliates do not provide tax or legal advice. Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of any transaction contemplated hereby ("Transaction"). Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.*

Any terms set forth herein are intended for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements. This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment. Nor are we acting in any other capacity as a fiduciary to you. By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the existence of and proposed terms for any Transaction.

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction. In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should apprise senior management in your organization as to such legal, tax and accounting advice (and any risks associated with any Transaction) and our disclaimer as to these matters. By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us. We will ask for your complete name, street address, and taxpayer ID number. We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers. These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument. The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product. Any estimates included herein constitute our judgments as of the date hereof and are subject to change without any notice. We and/or our affiliates may make a market in these instruments for our customers and for our own account. Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citi corporate bond research, fixed income strategy or economic and market analysis, Citi policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports. So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citi has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.

© 2010 Citigroup Global Markets Inc. Member SIPC. All rights reserved. Citi and Citi and Arc Design are trademarks and service marks of Citigroup Inc. or its affiliates and are used and registered throughout the world.

In January 2007, Citi released a Climate Change Position Statement, the first US financial institution to do so. As a sustainability leader in the financial sector, Citi has taken concrete steps to address this important issue of climate change by: (a) targeting $50 bn over 10 years to address global climate change, including significant increases in investment and financing of alternative energy, clean technology, and other carbon-emission reduction activities; (b) committing to reduce GHG emissions of all Citi owned and leased properties around the world by 10% by 2011; (c) purchasing more than 52,200 MWh of green (carbon neutral) power for our operations in 2006; (d) creating Sustainable Development Investments (SDI) that make private equity investments in renewable energy and clean technologies; (e) providing lending and investing services to clients for renewable energy development and projects; (f) producing equity research related to climate issues that helps to inform investors on risks and opportunities associated with the issue; and (g) engaging with a broad range of stakeholders on the issue of climate change to help advance understanding and solutions.

Citi works with its clients in greenhouse gas intensive industries to evaluate emerging risks from climate change and, where appropriate, to mitigate those risks.

**efficiency, renewable energy & mitigation**



EFIHMW00250063

**PX 023**
**Page 32 of 32**

EFIHMW00250032