

Confidential

EFIHMW00275611

**PX 024
Page 1 of 5**

## Confidentiality Notice

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION. BY ACCEPTING THIS DOCUMENT, THE RECIPIENT EXPRESSLY AGREES TO KEEP THIS DOCUMENT AND THE INFORMATION CONTAINED HEREIN STRICTLY CONFIDENTIAL. THE RECIPIENT ALSO EXPRESSLY AGREES NOT TO FURTHER DISTRIBUTE OR REPRODUCE THIS DOCUMENT (OTHER THAN TO THOSE PERSONS WITHIN ITS ORGANIZATION WITH A NEED TO KNOW OF THE TERMS HEREIN OR TO ITS ADVISORS) WITHOUT THE EXPRESS PRIOR WRITTEN CONSENT OF ENERGY FUTURE HOLDINGS CORP. IF THE RECIPIENT OF THIS DOCUMENT CAN NOT AGREE TO THESE TERMS OF CONFIDENTIALITY THEN THE RECIPIENT SHALL IMMEDIATELY RETURN THIS DOCUMENT TO ENERGY FUTURE HOLDINGS CORP.

1

1

Confidential

EFIHMW00275612

**PX 024
Page 2 of 5**

## Basic Terms

- **Exchange Offer**

  - **Basic Structure:**
    - Registered exchange offer on Form S-4
    - Launch exchange offer on initial filing date with SEC with closing subject to SEC declaring Form S-4 effective
    - 20 business day tender period (subject to extension at EFH discretion or due to SEC review)
    - Withdrawal rights for tenders during entire tender offer period

  - **Exchange Consideration:**
    - Early Tender Amount (applicable to tenders on or prior to day 10 (Early Tender Date)):
      - *EFH PIK Toggle*: 72.00
      - *EFH Cash Pay*: 78.50
    - $400MM of cash paid as part of Early Tender Amount
    - 5 point step-down and no cash consideration (only New Notes) for tenders received after Early Tender Date
    - Maximum amount of New Notes = $2.280 billion
    - Accrued interest paid on EFH Cash Pay Notes only

  - **New Notes:**
    - *Issuer:* EFIH
    - *Expected Interest Rate:* 10%
    - *Maturity:* 2020
    - *Covenant Terms:* Identical to existing 9.75% EFIH Senior Secured Notes
    - *Fungibility:* Separate CUSIP from existing EFIH 9.75% Senior Secured Notes
    - *NYSE:* EFH expects to apply for listing

2

## Basic Terms (cont.)

- **Waterfall Priority/Proration:**
  - EFH Cash Pay and PIK Toggle Notes in same priority level
  - Proration to the extent maximum amount of notes would be exceeded
- **EFH Condition to Closing:**
  - At least 50.1% of tenders received
  - Waivable at EFH discretion

- **Consent Solicitation**
  - Amendment to EFH LBO Notes covenants as proposed in Nov '09 exchange except that the ratio of 7:1 debt to EBITDA limitation on restricted payments to sponsors in EFH LBO notes to remain
  - $2.50 consent fee in cash per $1,000 notes tendered
  - Consents irrevocable after Consent Date (10 business days after launch)
  - Tenders prior to Consent Date automatically include consents

- **Lock-up Arrangements**
  - Confidentiality Agreement (signed 2-3 days prior to launch)
    - EFH provides copy of draft prospectus
    - Standstill provision - no trading in EFH/EFIH/TCEH debt during pre-launch and tender offer period
  - Lock-Up Agreement (signed immediately prior to launch)
    - Agree to include <u>all</u> bonds currently held in exchange
    - Arrangement will be disclosed in S-4

3



## Exchange Execution

| Business Days | Activity | Comments |
|---|---|---|
| t=0 | Launch (Tender / Consent) | • $400MM cash consideration for tenders made on or prior to Early Tender Date<br>• Consents paid $2.50 fee in cash per $1,000 notes tendered [1] |
| t=10 | Early Tender Date / Consent Date [2] | • Fix and announce ratio of notes and cash consideration for tenders prior to Early Tender Date based on participation<br>• Tenders following Early Tender Date:<br>  ➢ Step-down of 5pts from early tender consideration and no cash consideration<br>• Consents become irrevocable |
| t=11 | Execute Supplemental Indenture (New Tenders / Withdraw Tenders) | • No further consents |
| t=20 | Exchange Date | |

[1] Consent payment paid to all consenting holders even if later withdraw tender during days 11-20.
[2] Exchange subject to EFH 50.1% minimum tender condition.

4