ENERGY FUTURE HOLDINGS CORP.
EXCHANGE COMMITTEE
UNANIMOUS WRITTEN CONSENT OF COMMITTEE MEMBERS IN LIEU OF A MEETING

The undersigned, being all of the members of the Exchange Committee of the Executive Committee of the Board of Directors of Energy Future Holdings Corp., a Texas corporation, in lieu of a meeting of the Exchange Committee, call and notice of which are expressly waived, take the following actions and consent to the adoption of the following:

WHEREAS, on July 15, 2010, the Executive Committee of the Board of Directors (the "Executive Committee") of Energy Future Holdings Corp. (the "Company") determined by unanimous written consent that it is desirable and in the best interests of the Company and its stockholders and subsidiaries that the Company and the Company's wholly owned subsidiaries, Energy Future Intermediate Holding Company LLC ("Intermediate Holding") and EFIH Finance Inc. ("EFIH Finance"), effectuate certain transactions related to an exchange (the "Transactions") of certain of the Company's outstanding 10.875% Senior Notes due 2017 and 11.250%/12.000% Senior Toggle Notes due 2017 (the "Old Notes"), for up to $2.3 billion in aggregate principal amount of senior secured notes (the "New Notes") and the payment of an aggregate of $400 million in cash, with the material terms and conditions of the Transactions set forth in an exhibit attached to such unanimous written consent (the "Initial Consent");

WHEREAS, in the Initial Consent, the Executive Committee appointed John F. Young to serve as the member of a special committee of the Committee to be called the Exchange Committee (the "Exchange Committee");

WHEREAS, in the Initial Consent, the Executive Committee granted the Exchange Committee the full authority of the Executive Committee to approve any change to the terms and conditions of the Transactions, to take all actions necessary to effectuate the Transactions on terms and conditions different from those set forth in the Initial Consent, and to act on behalf of the Committee in connection with the Transactions; and

WHEREAS, the Exchange Committee has determined that it is desirable and in the best interests Company and its stockholders and subsidiaries that the terms and conditions of the Transactions be modified in accordance with Exhibit A attached hereto.

NOW THEREFORE, BE IT HEREBY

*Transactions*

RESOLVED, that, notwithstanding any resolutions heretofore adopted by the Executive Committee, the Transactions, as revised and set forth on Exhibit A attached hereto, and the performance by each of the Company, Intermediate Holding, EFIH Finance and EFCH Holdings of all of their respective obligations pursuant thereto be, and they hereby are, authorized and approved; and

RESOLVED FURTHER, that the Authorized Representatives (as defined below) are authorized to take all such actions as they may deem appropriate to effect the Transactions; and

RESOLVED FURTHER, that Intermediate Holding and EFIH Finance are each authorized to commence the Transactions and to offer and issue the New Notes in the Transactions, with the specific aggregate principal amount, coupon rate, maturity date and price or rate at which the New Notes will be exchanged for the Old Notes substantially as set forth on Exhibit A attached hereto; and

*Contribution of Cash*

RESOLVED, that each of John F. Young and Paul M. Keglevic (or their respective designees) in his capacity as an officer of the Company, is authorized to approve the actions of management in connection with the Company's contribution of a sufficient amount of the Company's available cash, up to $500

million, to Intermediate Holding to allow Intermediate Holding to consummate the Transactions on the terms and conditions set forth on Exhibit A hereto; and

*Authorized Representatives*

RESOLVED FURTHER, that each of John F. Young, Paul M. Keglevic, Robert C. Walters, Anthony R. Horton and Lisa M. Winston, in his or her capacity as an officer of the Company or otherwise (each, an "Authorized Representative"), is hereby authorized and directed, in the name and on behalf of the Company, either personally or by attorney, to file, execute, verify, attest, acknowledge and deliver, under seal of the Company or otherwise, any and all notices, certificates, instruments, documents and agreements in connection with the Transactions, and to do any and all such acts or things as they or any of them may deem necessary or advisable to carry out the intent and purpose of the resolutions adopted herein in connection with the Transactions; and

RESOLVED FURTHER, that to the extent these resolutions require the Authorized Representatives to take action, any single Authorized Representative may act individually, or two or more Authorized Representatives can act by written consent together to authorize any action that could be taken by all; and

*General Resolutions*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized and directed in the name and on behalf of the Company to pay all proper fees and expenses arising in connection with the Transactions or otherwise in connection with matters encompassed by the foregoing resolutions; and

RESOLVED FURTHER, that all actions heretofore taken by any director or officer of the Company in connection with any matters referred to in the foregoing resolutions are hereby approved, ratified and confirmed in all respects; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized and directed to do and perform, or cause to be done and performed, all such acts, deeds and things and to make, execute and deliver, or cause to be made, executed and delivered, all such agreements, undertakings, documents, instruments or certificates in the name and on behalf of the Company or otherwise as any Authorized Representative may deem necessary or appropriate to effectuate or carry out fully the purpose and intent of the foregoing resolutions and any of the transactions contemplated hereby (including the Transactions), with the execution of any such document or the taking of any such action conclusively evidencing such approval.

**Execution of this Consent by the undersigned director shall effect adoption of the above resolutions as of the date below. The undersigned directs that a copy of this Consent be filed with the minutes of the proceedings of the Exchange Committee.**

_____
John F. Young

Dated: July 15, 2010

## EXHIBIT A

1.  Exchange Consideration

    A.  72.00 for EFH 11.250%/12.000% Senior Toggle Notes due 2017 prior to Early Tender Date

    B.  78.50 for EFH 10.875% Senior Notes Due 2017 prior to Early Tender Date

    C.  **$500 million of cash** paid as part of Early Tender Amount

    D.  5.00 drop-down after Early Tender Date

2.  Maximum Amount of New Notes - **$2.2 billion**

3.  Terms of New Notes

    A.  Issuer: Intermediate Holding/EFIH Finance

    B.  Expected Interest Rate: 10%

    C.  Maturity: 2020

    D.  Covenant Terms and Collateral: Substantially similar to Intermediate Holding's 9.75% Senior Secured Notes due 2019

\* Modified information appears in bold, underlined font in this Exhibit.

Confidential