DRAFT

# Energy Future Holdings

## Next Steps

August 11, 2010








Strictly Private and Confidential

Highly Confidential

EFIHMW00242305

# EFH Debt Structure

DRAFT



Source: SEC filings, EFIH S-4A dated August 2, 2010.
(1) Debt balances for EFH and TCEH are pro forma for EFH liability management program through August 12, 2010. Assumes 80.4% of EFH LBO Notes accepted in the exchange offer launched on July 16, 2010.
(2) 10.000% Senior Secured Notes due 2020 and 9.750% Senior Secured Notes due 2019 are guaranteed by EFIH on a senior secured basis and by EFCH on a senior unsecured basis. The EFIH senior secure guarantee is secured by a pledge of EFIH's 80.03% ownership interest in Oncor.
(3) EFCH provides a secured guarantee to TCEH's senior secured facilities and an unsecured guarantee to EFH and TCEH's senior unsecured notes. EFIH provides an unsecured guarantee to EFH's senior unsecured notes.
(4) Total debt at EFH includes $6.0 bn of debt at Oncor.

1

Highly Confidential



Historical Debt Trading Levels

DRAFT

Highly Confidential

DRAFT

# EFH Group Trading Levels

*($ in millions)*

## High Yield Notes

| Issuer | Tranche | Coupon | Issue Date | Maturity | Ratings Corporate | Ratings Tranche | Price | YTW | (yr) | STW[1] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *As of August 10, 2010* | | | |
| Texas Comp Elec Holdings | Senior Notes | 10.250% | Oct-2007 | Nov-2015 | Caa1/CC | Caa2/CCC | 65.750 | 21.454% | (15) | 1993 bps |
| Texas Comp Elec Holdings | Senior Notes | 10.250% | Dec-2007 | Nov-2015 | Caa1/CC | Caa2/CCC | 65.750 | 21.454% | (15) | 1993 bps |
| Texas Comp Elec Holdings | Senior Toggle Notes | 10.500% / 11.250% | Dec-2007 | Nov-2016 | Caa1/CC | Caa2/CCC | 61.500 | 20.159% | (16) | 1830 bps |
| Energy Future Holdings | Senior Sec. Notes | 9.750% | Nov-2009 | Oct-2019 | Caa1/CC | Caa3/B+ | 96.250 | 10.389% | (19) | 778 bps |
| Energy Future Intermediate Holdings | Senior Sec. Notes | 9.750% | Nov-2009 | Oct-2019 | Caa1/CC | Caa3/B+ | 96.250 | 10.389% | (19) | 778 bps |
| Energy Future Holdings | Senior Sec. Notes | 10.000% | Jan-2010 | Jan-2020 | Caa1/CC | Caa3/B+ | 100.250 | 9.948% | (18) | 773 bps |
| Energy Future Intermediate Holdings | Senior Sec. Notes | 10.000% | Aug-2010 | Jan-2020 | Caa1/CC | Caa3/B+ | 99.875 | 10.389% | (19) | 770 bps |
| Energy Future Holdings [2] | Senior Notes | 10.875% | Oct-2007 | Nov-2017 | Caa1/CC | Caa3/CC | 63.500 | 20.860% | (17) | 1869 bps |
| Energy Future Holdings [2] | Senior Toggle Notes | 11.250% / 12.000% | Oct-2007 | Nov-2017 | Caa1/CC | Caa3/CC | 52.000 | 22.279% | (17) | 2011 bps |
| Energy Future Holdings | Senior Notes | 5.550% | Nov-2004 | Nov-2014 | Caa1/CC | Caa3/CCC | 56.500 | 21.706% | (14) | 2051 bps |
| Energy Future Holdings | Senior Notes | 6.500% | Nov-2004 | Nov-2024 | Caa1/CC | Caa3/CCC | 41.500 | 18.020% | (24) | 1499 bps |
| Energy Future Holdings | Senior Notes | 6.550% | Nov-2004 | Nov-2034 | Caa1/CC | Caa3/CCC | 41.000 | 16.482% | (34) | 1283 bps |

Source: Citi High Yield Trading Desk, TRACE
Note: Issue grouped by position within capital structure, then sorted by maturity.
(1) Spread to worst based on interpolated U.S. Treasury curve.
(2) Indicative level for "stubs."

## Leveraged Loans

| Issuer | Tranche | Coupon | Size | Issue Date | Maturity | Ratings Corporate | Ratings Tranche | Price (%) | Eff. Yield | Spread | Swap Rate[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *As of August 10, 2010* | | | |
| Texas Comp Elec Holdings | TLB-1 | L+350 bps | $3,351 | Oct-2007 | Oct-2014 | Caa1/CC | B1/B+ | 77.500 | 10.763% | 1037 bps | 11.792% |
| Texas Comp Elec Holdings | TLB-2 [2] | L+350 bps | $6,799 | Oct-2007 | Oct-2014 | Caa1/CC | B1/B+ | 77.500 | 10.763% | 1037 bps | 11.792% |
| Texas Comp Elec Holdings | TLB-3 [3] | L+350 bps | $5,827 | Oct-2007 | Oct-2014 | Caa1/CC | B1/B+ | 76.500 | 11.119% | 1072 bps | 12.153% |

Source: Citi Loan Trading Desk, Markit
Note: Trading Levels are sorted alphabetically.
(1) Calculated to maturity and with applicable swap rate.
(2) Soft call of 101 until October 2010, then callable at par.
(3) Make Whole at T+50 until October 2010, then callable at par.

## Oncor Notes

| Issuer | Tranche | Coupon | Size | Issue Date | Maturity | Ratings Corporate | Ratings Tranche | Price | YTW | (yr) | Spread |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *As of August 10, 2010* | | | |
| Oncor Electric Delivery Company | Senior Sec. Notes | 6.800% | $550 | May-2009 | Sep-2018 | NR/BBB+ | Baa1/BBB+ | 118.625 | 4.064% | (18) | 162 bps |
| Oncor Electric Delivery Company | Senior Sec. Notes | 6.375% | $500 | Oct-2003 | Jan-2015 | NR/BBB+ | Baa1/BBB+ | 114.000 | 2.974% | (15) | 164 bps |

Source: TRACE
(1) Spread to worst based on interpolated U.S. Treasury curve.

3

citi

EFIHMW00242308

# EFH / TCEH 2nd Lien Exchange Offers Overview (1)

DRAFT

## Overview of Exchange Offer Alternatives

- **EFH Exchange Offer**
  - After receiving consents on the EFH LBO Notes in the most recent exchange offer, there now exists additional 2nd lien capacity at EFIH
    - Citi proposes a $1.25 billion 2nd lien exchange offer targeting the remaining EFH LBO Notes and the legacy EFH notes
    - EFH can achieve significant principal discount from bondholders by offering them a step-up in the capital structure
- **TCEH Exchange Offer**
  - With limited new issue availability at TCEH, an exchange offer can effectively establish a new 10-year benchmark 2nd lien note while concurrently achieving principal discount
    - Citi proposes a $1.0 billion 2nd lien exchange offer targeting TCEH's LBO notes

## Exchange Offer Proposal

| Coupon | Maturity | Pre-Exch. Principal Amount ($mm) | Amount Exchanged ($mm) | Current Principal Amount ($mm) | Current Market (Offer-Side) Yield | Price | 2nd Lien Exchange Offer Ratios Yield | Price |
|---|---|---|---|---|---|---|---|---|
| *EFH Legacy Notes* | | | | | | | | |
| 5.550% | 11/15/14 | $433.95 | - | $433.95 | 20.69% | 58.500 | 18.03% | 64.000 |
| 6.500% | 11/15/24 | 739.75 | - | 739.75 | 17.27% | 43.500 | 15.79% | 47.875 |
| 6.550% | 11/15/34 | 744.30 | - | 744.30 | 15.76% | 43.000 | 14.39% | 47.375 |
| | | $1,918.00 | $0.00 | $1,918.00 | | 46.700 | | 51.329 |
| *EFH LBO Notes* | | | | | | | | |
| 11.250% | 11/01/17 | $2,705.00 | $2,165.63 | $539.37 | 20.76% | 57.500 | 20.50% | 62.875 |
| 10.875% | 11/01/17 | 1,787.00 | 1,428.26 | 358.74 | 19.77% | 66.500 | 17.77% | 72.500 |
| | | $4,492.00 | $3,593.89 | $898.11 | | 61.095 | | 66.720 |
| EFH Total: | | $6,410.00 | $3,593.89 | $2,816.11 | | 51.291 | | 56.238 |
| *TCEH Notes* | | | | | | | | |
| 10.250% | 11/01/15 | $4,667.88 | - | $4,667.88 | 21.58% | 65.500 | 16.73% | 78.000 |
| 10.500% | 11/01/16 | 2,008.00 | - | 2,008.00 | 19.90% | 62.500 | 16.81% | 74.500 |
| TCEH Total: | | $6,675.88 | $0.00 | $6,675.88 | | 64.598 | | 76.947 |

EFH Exchange Offer →
$1.25 billion 11.75% 2nd Lien Notes Due 2020
Principal Discount: $973mm
Int. Expense Increase: $21mm

TCEH Exchange Offer →
$1.00 billion 13.00% 2nd Lien Notes Due 2020
Principal Discount: $300mm
Int. Expense Increase: $37mm

citi

4   (1)  Assumes Pricing as of 08/11/10 and Settlement on 08/16/10.

Highly Confidential

# EFH 2nd Lien Exchange Offer Details (1)

DRAFT

## Exchange Offer Details

* Analysis assumes the new 11.75% 10-year 2nd lien notes trade at a 13.00% yield / 93.11% price

| Coupon | Maturity | Pre-Exch. Principal Amount ($mm) | Amount Exchanged ($mm) | Current Principal Amount ($mm) | Current Market (Offer-Side) Yield | Price | 2nd Lien Exchange Offer Ratios Yield | Price | Amount Accepted into 2nd Lien Exchange (%) | ($mm) | New 2nd Lien Notes Coupon | Maturity | Issued ($mm) | Pickup |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EFH Legacy Notes** | | | | | | | | | | | | | | |
| 5.550% | 11/15/14 | $433.95 | - | $433.95 | 20.69% | 58.500 | 18.03% | 64.000 | 79% | $342.51 | 11.75% | 08/15/20 | $219.21 | 1.09 |
| 6.500% | 11/15/24 | 739.75 | - | 739.75 | 17.27% | 43.500 | 15.79% | 47.875 | 79% | 583.87 | 11.75% | 08/15/20 | $279.53 | 1.08 |
| 6.550% | 11/15/34 | 744.30 | - | 744.30 | 15.76% | 43.000 | 14.39% | 47.375 | 79% | 587.47 | 11.75% | 08/15/20 | $278.31 | 1.11 |
| | | $1,918.00 | $0.00 | $1,918.00 | | 46.700 | | 51.329 | | $1,513.85 | | | $777.05 | 1.09 |
| **EFH LBO Notes** | | | | | | | | | | | | | | |
| 11.250% | 11/01/17 | $2,705.00 | $2,165.63 | $539.37 | 20.76% | 57.500 | 20.50% | 62.875 | 79% | $425.72 | 11.75% | 08/15/20 | $267.67 | 1.05 |
| 10.875% | 11/01/17 | 1,787.00 | 1,428.26 | 358.74 | 19.77% | 66.500 | 17.77% | 72.500 | 79% | 283.15 | 11.75% | 08/15/20 | $205.28 | 1.01 |
| | | $4,492.00 | $3,593.89 | $898.11 | | 61.095 | | 66.720 | | $708.86 | | | $472.95 | 1.03 |
| **EFH Total:** | | $6,410.00 | $3,593.89 | $2,816.11 | | 51.291 | | 56.238 | | $2,222.72 | | | $1,250.00 | 1.07 |

## Economic and Accounting Impact (2)

| Coupon | Maturity | Principal Amount ($mm) | Exchange Amount (%) | Exchange Amount ($mm) | Cost of Funds | Exchange Offer Yield | Exchange Offer Price | Principal Discount ($mm) | A/T Interest Savings ($mm) | PV Savings (%) | PV Savings ($mm) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **EFH Legacy Notes** | | | | | | | | | | | |
| 5.550% | 11/15/14 | $433.95 | 79% | $342.51 | 11.75% | 17.99% | 64.000% | $123.30 | ($6.75) | 15.64 | $53.58 |
| 6.500% | 11/15/24 | 739.75 | 79% | 583.87 | 11.75% | 15.79% | 47.875% | 304.34 | 5.11 | 16.19 | 94.51 |
| **EFH LBO Notes** | | | | | | | | | | | |
| 6.550% | 11/15/34 | 744.30 | 79% | 587.47 | 11.75% | 14.39% | 47.375% | 309.15 | 5.78 | 11.12 | 65.32 |
| 11.250% | 11/01/17 | 539.37 | 79% | 425.72 | 11.75% | 20.50% | 62.875% | 158.05 | (31.45) | 34.69 | 147.70 |
| 10.875% | 11/01/17 | 358.74 | 79% | 283.15 | 11.75% | 17.76% | 72.500% | 77.87 | 6.67 | 23.28 | 65.91 |
| | | $2,816.11 | | $2,222.72 | | | 56.238% | $972.72 | ($20.64) | 19.21 | $427.02 |

(1)  Assumes Pricing as of 08/11/10 and Settlement on 08/16/10.
(2)  Assumes a 0% tax rate.

5

Highly Confidential

# TCEH 2nd Lien Exchange Offer Details (1)



DRAFT

## Exchange Offer Details

* Analysis assumes the new 13.00% 10-year 2nd lien notes trade at a 16.00% yield / 85.27% price

| Coupon | Maturity | Pre-Exch. Principal Amount ($mm) | Amount Exchanged ($mm) | Current Principal Amount ($mm) | Current Market (Offer-Side) Yield | Price | 2nd Lien Exchange Offer Ratios Yield | Price | Amount Accepted into 2nd Lien Exchange (%) | ($mm) | New 2nd Lien Notes Coupon | Maturity | Issued ($mm) | Pickup |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TCEH Notes** | | | | | | | | | | | | | | |
| 10.250% | 11/01/15 | $4,667.88 | - | $4,667.88 | 21.58% | 65.500 | 16.73% | 78.000 | 19% | $908.69 | 13.00% | 08/15/20 | $708.78 | 1.01 |
| 10.500% | 11/01/16 | $2,008.00 | - | $2,008.00 | 19.90% | 62.500 | 16.81% | 74.500 | 19% | $390.90 | 13.00% | 08/15/20 | $291.22 | 1.03 |
| TCEH Total | | $6,675.88 | $0.00 | $6,675.88 | | 64.598 | | 76.947 | | $1,299.59 | | | $1,000.00 | 1.02 |

## Economic and Accounting Impact (2)

| Coupon | Maturity | Principal Amount ($mm) | Exchange Amount (%) | ($mm) | Cost of Funds | Exchange Offer Yield | Price | Principal Discount ($mm) | A/T Interest Savings ($mm) | PV Savings (%) | ($mm) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **TCEH LBO Notes** | | | | | | | | | | | |
| 10.250% | 11/01/15 | 4667.88 | 19% | 908.69 | 13.00% | 16.73% | 78.000% | 199.91 | 1.00 | 11.76 | 106.87 |
| 10.500% | 11/01/16 | 2008.00 | 19% | 390.90 | 13.00% | 16.81% | 74.500% | 99.68 | (37.86) | 15.01 | 58.67 |
| | | $6,675.88 | | $1,299.59 | | | 76.947% | $299.59 | ($36.86) | 12.74 | $165.53 |

(1) Assumes Pricing as of 08/11/10 and Settlement on 08/16/10.
(2) Assumes a 0% tax rate.

6

Highly Confidential

*IRS Circular 230 Disclosure: Citigroup Inc. and its affiliates do not provide tax or legal advice. Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of any transaction contemplated hereby ("Transaction"). Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.*

Any terms set forth herein are intended for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements. This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment, nor are we acting as a fiduciary to you. By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the information contained herein and the existence of and proposed terms for any Transaction.

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction. In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should apprise senior management in your organization as to such legal, tax and accounting advice (and any risks associated with any Transaction) and our disclaimer as to these matters. By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us. We will ask for your complete name, street address, and taxpayer ID number. We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers. These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument. The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product. Any estimates included herein constitute our judgment as of the date hereof and are subject to change without any notice. We and/or our affiliates may make a market in these instruments for our customers and for our own account. Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citi corporate bond research, fixed income strategy or economic and market analysis, Citi policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports. So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citi has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.

© 2010 Citigroup Global Markets Inc. Member SIPC. All rights reserved. Citi and Citi and Arc Design are trademarks and service marks of Citigroup Inc. or its affiliates and are used and registered throughout the world.

Citi believes that sustainability is good business practice. We work closely with our clients, peer financial institutions, NGOs and other partners to finance solutions to climate change, develop industry standards, reduce our own environmental footprint, and engage with stakeholders to advance shared learning and solutions. Highlights of Citi's unique role in promoting sustainability include: (a) releasing in 2007 a Climate Change Position Statement, the first US financial institution to do so; (b) targeting $50 billion over 10 years to address global climate change: includes significant increases in investment and financing of renewable energy, clean technology, and other carbon-emission reduction activities; (c) committing to an absolute reduction in GHG emissions of all Citi owned and leased properties around the world by 10% by 2011; (d) purchasing more than 234,000 MWh of carbon neutral power for our operations over the last three years; (e) establishing in 2008 the Carbon Principles; a framework for banks and their U.S. power clients to evaluate and address carbon risks in the financing of electric power projects; (f) producing equity research related to climate issues that helps to inform investors on risks and opportunities associated with the issue; and (g) engaging with a broad range of stakeholders on the issue of climate change to help advance understanding and solutions.

Citi works with its clients in greenhouse gas intensive industries to evaluate emerging risks from climate change and, where appropriate, to mitigate those risks.

efficiency, renewable energy & mitigation

citi

EFIHMW00242312

**PX 029
Page 8 of 8**