Table of Contents

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

Condensed Consolidating Statements of Income (Loss)
For the Three Months Ended June 30, 2009
(millions of dollars)

| | Parent/ Issuer | Guarantors | Non–Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Operating revenues | $ — | $ — | $ 2,342 | $ — | $ 2,342 |
| Fuel, purchased power costs and delivery fees | — | — | (700) | — | (700) |
| Net loss from commodity hedging and trading activities | — | — | (248) | — | (248) |
| Operating costs | — | — | (395) | — | (395) |
| Depreciation and amortization | — | — | (423) | — | (423) |
| Selling, general and administrative expenses | (35) | — | (235) | — | (270) |
| Franchise and revenue–based taxes | — | — | (79) | — | (79) |
| Other income | 1 | — | 12 | — | 13 |
| Other deductions | (3) | — | (4) | — | (7) |
| Interest income | 60 | — | 32 | (81) | 11 |
| Interest expense and related charges | (240) | (141) | (269) | 219 | (431) |
| | | | | | |
| Income (loss) before income taxes and equity earnings of subsidiaries | (217) | (141) | 33 | 138 | (187) |
| Income tax (expense) benefit | 67 | 47 | (19) | (47) | 48 |
| Equity earnings of subsidiaries | (5) | 7 | — | (2) | |
| | | | | | |
| Net income (loss) | (155) | (87) | 14 | 89 | (139) |
| Net income attributable to noncontrolling interests | — | — | (16) | — | (16) |
| | | | | | |
| Net loss attributable to EFH Corp. | $ (155) | $ (87) | $ (2) | $ 89 | $ (155) |

F–159

EFIHMW00052332

EFIHMW00051935

**PX 030**
**Page 398 of 734**

Table of Contents

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

Condensed Consolidating Statements of Income (Loss)
For the Six Months Ended June 30, 2010
(millions of dollars)

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Operating revenues | $ — | $ — | $ 3,992 | $ — | $ 3,992 |
| Fuel, purchased power costs and delivery fees | — | — | (2,121) | — | (2,121) |
| Net gain from commodity hedging and trading activities | — | — | 1,280 | — | 1,280 |
| Operating costs | — | — | (426) | — | (426) |
| Depreciation and amortization | — | — | (692) | — | (692) |
| Selling, general and administrative expenses | (12) | — | (361) | — | (373) |
| Franchise and revenue–based taxes | — | — | (49) | — | (49) |
| Other income | 74 | — | 98 | 72 | 244 |
| Other deductions | — | — | (18) | — | (18) |
| Interest income | 104 | 5 | 163 | (263) | 9 |
| Interest expense and related charges | (536) | (300) | (1,786) | 548 | (2,074) |
| | | | | | |
| Income (loss) before income taxes and equity in earnings of subsidiaries | (370) | (295) | 80 | 357 | (228) |
| Income tax (expense) benefit | 116 | 97 | (58) | (120) | 35 |
| Equity in earnings of consolidated subsidiaries | 61 | 44 | — | (105) | — |
| Equity in earnings of unconsolidated subsidiaries (net of tax) | 122 | 122 | — | (122) | 122 |
| | | | | | |
| Net income (loss) | (71) | (32) | 22 | 10 | (71) |
| Net income attributable to noncontrolling interests | — | — | — | — | — |
| | | | | | |
| Net income (loss) attributable to EFH Corp. | $ (71) | $ (32) | $ 22 | $ 10 | $ (71) |

F–160

EFIHMW00052333

EFIHMW00051935

Table of Contents

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

Condensed Consolidating Statements of Income
For the Six Months Ended June 30, 2009
(millions of dollars)

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Operating revenues | $ — | $ — | $ 4,481 | $ — | $ 4,481 |
| Fuel, purchased power costs and delivery fees | — | — | (1,301) | — | (1,301) |
| Net gain from commodity hedging and trading activities | — | — | 880 | — | 880 |
| Operating costs | — | — | (783) | — | (783) |
| Depreciation and amortization | — | — | (830) | — | (830) |
| Selling, general and administrative expenses | (63) | — | (453) | — | (516) |
| Franchise and revenue–based taxes | — | — | (165) | — | (165) |
| Impairment of goodwill | — | — | (90) | — | (90) |
| Other income | 2 | — | 24 | — | 26 |
| Other deductions | (3) | — | (15) | — | (18) |
| Interest income | 111 | — | 57 | (156) | 12 |
| Interest expense and related charges | (476) | (281) | (770) | 431 | (1,096) |
| | | | | | |
| Income (loss) before income taxes and equity earnings of subsidiaries | (429) | (281) | 1,035 | 275 | 600 |
| Income tax (expense) benefit | 137 | 92 | (421) | (93) | (285) |
| Equity earnings of subsidiaries | 579 | 629 | — | (1,208) | — |
| | | | | | |
| Net income | 287 | 440 | 614 | (1,026) | 315 |
| Net income attributable to noncontrolling interests | — | — | (28) | — | (28) |
| | | | | | |
| Net income attributable to EFH Corp. | $ 287 | $ 440 | $ 586 | $ (1,026) | $ 287 |

F–161

EFIHMW00052334

EFIHMW00051935

Table of Contents

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

Condensed Consolidating Statements of Cash Flows
For the Six Months Ended June 30, 2010
(millions of dollars)

| | Parent/ Issuer | Guarantors | Non–guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Cash provided by (used in) operating activities | $ 77 | $ 74 | $ (147) | $ 130 | $ 134 |
| **Cash flows—financing activities:** | | | | | |
| Issuances of long–term borrowings | 500 | — | — | — | 500 |
| Repayments/repurchases of long–term borrowings | (81) | (2) | (186) | (132) | (401) |
| Net short–term borrowings under accounts receivable sales program | — | — | 158 | — | 158 |
| Change in other short–term borrowings | — | — | (218) | — | (218) |
| Contributions from noncontrolling interests | — | — | 14 | — | 14 |
| Cash dividends paid | — | (2) | — | 2 | — |
| Change in advances—affiliates | (804) | 34 | 850 | (80) | — |
| Other, net | (17) | — | 3 | — | (14) |
| Cash provided by (used in) financing activities | (402) | 30 | 621 | (210) | 39 |
| **Cash flows—investing activities:** | | | | | |
| Capital expenditures and nuclear fuel purchases | — | — | (637) | — | (637) |
| Investment posted with derivative counterparty | 400 | — | — | — | 400 |
| Proceeds from sale of assets | — | — | 141 | — | 141 |
| Proceeds from sale of environmental allowances and credits | — | — | 6 | — | 6 |
| Purchases of environmental allowances and credits | — | — | (10) | — | (10) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 803 | — | 803 |
| Investments in nuclear decommissioning trust fund securities | — | — | (811) | — | (811) |
| Change in advances—affiliates | (60) | (20) | — | 80 | — |
| Other, net | (3) | — | (11) | — | (14) |
| Cash provided by (used in) investing activities | 337 | (20) | (519) | 80 | (122) |
| Net change in cash and cash equivalents | 12 | 84 | (45) | — | 51 |
| Effects of deconsolidation of Oncor Holdings | (29) | — | — | — | (29) |
| Cash and cash equivalents—beginning balance | 1,059 | — | 130 | — | 1,189 |
| Cash and cash equivalents—ending balance | $1,042 | $ 84 | $ 85 | $ — | $ 1,211 |

F–162

EFIHMW00052335

EFIHMW00051935

**PX 030**
**Page 401 of 734**

Table of Contents

ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

Condensed Consolidating Statements of Cash Flows
For the Six Months Ended June 30, 2009
(millions of dollars)

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Cash provided by (used in) operating activities | $ (114) | $    50 | $    684 | $ (116) | $    504 |
| Cash flows—financing activities: | | | | | |
| Issuances of long-term borrowings | — | — | 435 | — | 435 |
| Retirements of long-term borrowings | — | (2) | (226) | — | (228) |
| Change in short-term borrowings | — | — | 205 | — | 205 |
| Contributions from noncontrolling interests | — | — | 32 | — | 32 |
| Distributions paid to noncontrolling interests | — | — | (17) | — | (17) |
| Cash dividends paid | — | (58) | (58) | 116 | — |
| Change in advances—affiliates | 281 | 10 | — | (291) | — |
| Other, net | 20 | — | (3) | — | 17 |
| Cash provided by (used in) financing activities | 301 | (50) | 368 | (175) | 444 |
| Cash flows—investing activities: | | | | | |
| Capital expenditures and nuclear fuel purchases | — | — | (1,343) | — | (1,343) |
| Redemption of investment held in money market fund | — | — | 142 | — | 142 |
| Investment posted with counterparty | (400) | — | — | — | (400) |
| Reduction of restricted cash from letter of credit facility posted with trustee | — | — | 115 | — | 115 |
| Proceeds from sale of environmental allowances and credits | — | — | 7 | — | 7 |
| Purchases of environmental allowances and credits | — | — | (14) | — | (14) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 2,231 | — | 2,231 |
| Investments in nuclear decommissioning trust fund securities | — | — | (2,238) | — | (2,238) |
| Change in advances—affiliates | — | — | (291) | 291 | — |
| Other, net | — | — | 22 | — | 22 |
| Cash used in investing activities | (400) | — | (1,369) | 291 | (1,478) |
| Net change in cash and cash equivalents | (213) | — | (317) | — | (530) |
| Cash and cash equivalents—beginning balance | 1,075 | — | 614 | — | 1,689 |
| Cash and cash equivalents—ending balance | $ 862 | $    — | $    297 | $    — | $ 1,159 |

F-163

EFIHMW00052336

EFIHMW00051935

Table of Contents

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**
Condensed Consolidating Balance Sheets
at June 30, 2010
(millions of dollars)

| ASSETS | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Current assets: | | | | | |
| Cash and cash equivalents | $ 1,042 | $ 84 | $ 85 | $ — | $ 1,211 |
| Restricted cash | — | — | 6 | — | 6 |
| Advances to affiliates | — | — | 237 | (237) | — |
| Trade accounts receivable—net | 12 | 2 | 1,273 | (7) | 1,280 |
| Income taxes receivable | 33 | 1 | — | (34) | — |
| Notes receivable from affiliates | 920 | — | 1,631 | (2,551) | — |
| Inventories | — | — | 401 | — | 401 |
| Commodity and other derivative contractual assets | 107 | — | 2,750 | — | 2,857 |
| Accumulated deferred income taxes | 62 | — | 107 | — | 169 |
| Margin deposits related to commodity positions | — | — | 173 | — | 173 |
| Other current assets | 2 | — | 74 | — | 76 |
| Total current assets | 2,178 | 87 | 6,737 | (2,829) | 6,173 |
| Restricted cash | — | — | 1,135 | — | 1,135 |
| Receivables from unconsolidated subsidiary | 1,270 | — | — | — | 1,270 |
| Investments in unconsolidated subsidiaries | 4,711 | 3,703 | — | (2,964) | 5,450 |
| Other investments | 283 | 70 | 560 | (285) | 628 |
| Property, plant and equipment—net | — | — | 20,770 | — | 20,770 |
| Notes receivable from affiliates | 12 | — | 1,609 | (1,621) | — |
| Goodwill | — | — | 10,252 | — | 10,252 |
| Intangible assets—net | — | — | 2,513 | — | 2,513 |
| Commodity and other derivative contractual assets | — | — | 2,132 | — | 2,132 |
| Accumulated deferred income taxes | 562 | 135 | — | (697) | — |
| Unamortized debt issuance costs and other noncurrent assets | 108 | 89 | 612 | (90) | 719 |
| Total assets | $ 9,124 | $ 4,084 | $ 46,320 | $ (8,486) | $ 51,042 |
| **LIABILITIES AND EQUITY** | | | | | |
| Current liabilities: | | | | | |
| Short–term borrowings | $ — | $ — | $ 893 | $ — | $ 893 |
| Advances from affiliates | 236 | 1 | — | (237) | — |
| Long–term debt due currently | — | 8 | 245 | — | 253 |
| Trade accounts payable | 1 | — | 723 | — | 724 |
| Payables to affiliates/unconsolidated subsidiary | 1,638 | 34 | 1,094 | (2,548) | 218 |
| Commodity and other derivative contractual liabilities | 136 | — | 2,512 | — | 2,648 |
| Margin deposits related to commodity positions | — | — | 530 | — | 530 |
| Accrued interest | 147 | 100 | 312 | (102) | 457 |
| Other current liabilities | 2 | — | 362 | (12) | 352 |
| Total current liabilities | 2,160 | 143 | 6,671 | (2,899) | 6,075 |
| Accumulated deferred income taxes | — | — | 5,506 | (553) | 4,953 |
| Commodity and other derivative contractual liabilities | — | — | 1,336 | — | 1,336 |
| Notes or other liabilities due affiliates/unconsolidated subsidiary | 1,282 | — | 686 | (1,621) | 347 |
| Long–term debt, less amounts due currently | 7,202 | 5,099 | 29,735 | (5,268) | 36,768 |
| Other noncurrent liabilities and deferred credits | 1,749 | 3 | 3,019 | — | 4,771 |
| Total liabilities | 12,393 | 5,245 | 46,953 | (10,341) | 54,250 |
| EFH Corp. shareholders' equity | (3,269) | (1,161) | (702) | 1,863 | (3,269) |
| Noncontrolling interests in subsidiaries | — | — | 69 | (8) | 61 |
| Total equity | (3,269) | (1,161) | (633) | 1,855 | (3,208) |
| Total liabilities and equity | $ 9,124 | $ 4,084 | $ 46,320 | $ (8,486) | $ 51,042 |

F–164

EFIHMW00052337

EFIHMW00051935

**PX 030**
**Page 403 of 734**

Table of Contents

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**
Condensed Consolidating Balance Sheets
at December 31, 2009
(millions of dollars)

| | Parent/ Issuer | Guarantors | Non–Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents | $ 1,059 | $ — | $ 130 | $ — | $ 1,189 |
| Investment posted with counterparty | 425 | | | | 425 |
| Restricted cash | | | 48 | | 48 |
| Advances to affiliates | 471 | 5 | | (476) | |
| Trade accounts receivable—net | 8 | 2 | 1,253 | (3) | 1,260 |
| Income taxes receivable | 23 | 2 | | (25) | |
| Accounts receivable from affiliates | | | 22 | (22) | |
| Notes receivable from affiliates | 114 | — | 1,469 | (1,583) | |
| Inventories | | | 485 | | 485 |
| Commodity and other derivative contractual assets | 52 | | 2,339 | | 2,391 |
| Accumulated deferred income taxes | | 3 | 11 | (9) | 5 |
| Margin deposits related to commodity positions | | | 187 | | 187 |
| Other current assets | 2 | | 134 | | 136 |
| Total current assets | 2,154 | 12 | 6,078 | (2,118) | 6,126 |
| Restricted cash | | | 1,149 | | 1,149 |
| Investments in unconsolidated subsidiaries | | | 44 | | 44 |
| Other investments | 4,586 | 3,634 | 638 | (8,152) | 706 |
| Property, plant and equipment—net | | | 30,108 | | 30,108 |
| Notes receivable from affiliates | 12 | — | 2,236 | (2,248) | |
| Goodwill | | | 14,316 | | 14,316 |
| Intangible assets—net | | | 2,876 | | 2,876 |
| Regulatory assets—net | | | 1,959 | | 1,959 |
| Commodity and other derivative contractual assets | | | 1,533 | | 1,533 |
| Accumulated deferred income taxes | 647 | 111 | — | (758) | |
| Unamortized debt issuance costs and other noncurrent assets | 108 | 99 | 733 | (95) | 845 |
| Total assets | $ 7,507 | $ 3,856 | $ 61,670 | $ (13,371) | $ 59,662 |
| **LIABILITIES AND EQUITY** | | | | | |
| Current liabilities: | | | | | |
| Short–term borrowings | $ — | $ — | $ 1,569 | $ (476) | $ 1,569 |
| Advances from affiliates | | | 476 | | |
| Long–term debt due currently | | 8 | 409 | | 417 |
| Trade accounts payable | 4 | | 892 | | 896 |
| Accounts payable to affiliates | 16 | 6 | | (22) | |
| Notes payable to affiliates | 1,406 | 27 | 150 | (1,583) | |
| Commodity and other derivative contractual liabilities | 82 | | 2,310 | | 2,392 |
| Margin deposits related to commodity positions | | | 520 | | 520 |
| Accumulated deferred income taxes | 9 | | — | (9) | |
| Accrued interest | 119 | 93 | 408 | (94) | 526 |
| Other current liabilities | 7 | — | 761 | (24) | 744 |
| Total current liabilities | 1,643 | 134 | 7,495 | (2,208) | 7,064 |
| Accumulated deferred income taxes | | | 6,764 | (633) | 6,131 |
| Investment tax credits | | | 37 | | 37 |
| Commodity and other derivative contractual liabilities | | | 1,060 | | 1,060 |
| Notes or other liabilities due affiliates | 2,019 | — | 229 | (2,248) | |
| Long–term debt, less amounts due currently | 6,626 | 4,975 | 34,740 | (4,901) | 41,440 |
| Other noncurrent liabilities and deferred credits | 466 | 3 | 5,297 | | 5,766 |
| Total liabilities | 10,754 | 5,112 | 55,622 | (9,990) | 61,498 |
| EFH Corp. shareholders' equity | (3,247) | (1,256) | 4,637 | (3,381) | (3,247) |
| Noncontrolling interests in subsidiaries | | | 1,411 | | 1,411 |
| Total equity | (3,247) | (1,256) | 6,048 | (3,381) | (1,836) |
| Total liabilities and equity | $ 7,507 | $ 3,856 | $ 61,670 | $ (13,371) | $ 59,662 |

F–165

EFIHMW00052338

EFIHMW00051935

**PX 030**
**Page 404 of 734**

Table of Contents

GLOSSARY

When the following terms and abbreviations appear in the text of this report, they have the meanings indicated below.

| | |
|---|---|
| **2008 Audited Financial Statements** | Intermediate Holding's audited financial statements for the year ended December 31, 2008 included in Intermediate Holding's Registration Statement on Form S–4 dated November 4, 2009 (File No. 333–162327) |
| **2009 Form 10–K** | Intermediate Holding's Annual Report on Form 10–K for the year ended December 31, 2009 |
| **Adjusted EBITDA** | Adjusted EBITDA means EBITDA adjusted to exclude non–cash items, unusual items and other adjustments allowable under the EFIH Notes and certain debt arrangements of EFH Corp. and its subsidiaries. See definition of EBITDA below. Adjusted EBITDA and EBITDA are not recognized terms under GAAP and, thus, are non–GAAP financial measures. Intermediate Holding is providing its and EFH Corp.'s Adjusted EBITDA (see reconciliation in Annex C) solely because of the important role that Adjusted EBITDA plays in respect of certain covenants contained in the indenture for the EFIH Notes and EFH Corp. debt pushed down to Intermediate Holding as discussed in Note 5 to Financial Statements. Intermediate Holding does not intend for Adjusted EBITDA (or EBITDA) to be an alternative to net income as a measure of operating performance or an alternative to cash flows from operating activities as a measure of liquidity or an alternative to any other measure of financial performance presented in accordance with GAAP. Additionally, Intermediate Holding does not intend for Adjusted EBITDA (or EBITDA) to be used as a measure of free cash flow available for management's discretionary use, as the measure excludes certain cash requirements such as interest payments, tax payments and other debt service requirements. Because not all companies use identical calculations, Intermediate Holding's presentation of Adjusted EBITDA (and EBITDA) may not be comparable to similarly titled measures of other companies. |
| **CREZ** | Competitive Renewable Energy Zone |
| **EBITDA** | Refers to earnings (net income) before interest expense, income taxes, depreciation and amortization. See the definition of Adjusted EBITDA above. |
| **EFC Holdings** | Refers to Energy Future Competitive Holdings Company, a direct subsidiary of EFH Corp. and the direct parent of TCEH. |
| **EFH Corp.** | Refers to Energy Future Holdings Corp., a holding company, and/or its subsidiaries, depending on context. Its major subsidiaries include Oncor and TCEH. |
| **EFH Corp. 9.75% Notes** | Refers to EFH Corp.'s 9.75% Senior Secured Notes due October 15, 2019. |

F–166

EFIHMW00052339

EFIHMW00051935

**Table of Contents**

| | |
|---|---|
| **EFH Corp. Senior Notes** | Refers collectively to EFH Corp.'s 10.875% Senior Notes due November 1, 2017 (EFH Corp. 10.875% Notes) and EFH Corp.'s 11.25%/12.00% Senior Toggle Notes due November 1, 2017 (Toggle Notes). |
| **EFIH Finance** | Refers to EFIH Finance Inc., a direct, wholly-owned subsidiary of Intermediate Holding, formed for the sole purpose of serving as co-issuer with Intermediate Holding of certain debt securities. |
| **EFIH Notes** | Refers to Intermediate Holding's and EFIH Finance's 9.75% Senior Secured Notes due October 15, 2019. |
| **EPA** | US Environmental Protection Agency |
| **ERCOT** | Electric Reliability Council of Texas, the independent system operator and the regional coordinator of the various electricity systems within Texas |
| **FASB** | Financial Accounting Standards Board, the designated organization in the private sector for establishing standards for financial accounting and reporting |
| **FERC** | US Federal Energy Regulatory Commission |
| **Fitch** | Fitch Ratings, Ltd. (a credit rating agency) |
| **GAAP** | generally accepted accounting principles |
| **Intermediate Holding** | Refers to Energy Future Intermediate Holding Company LLC, a direct, wholly-owned subsidiary of EFH Corp. and the direct parent of Oncor Holdings, and/or its subsidiaries depending on context. |
| **Investment LLC** | Refers to Oncor Management Investment LLC, a limited liability company and minority membership interest owner (approximately 0.22%) of Oncor, whose managing member is Oncor and whose Class B Interests are owned by officers, directors and key employees of Oncor. |
| **Limited Liability Company Agreement** | |
| | The Second Amended and Restated Limited Liability Company Agreement of Oncor, dated as of November 5, 2008, by and among Oncor Holdings, Texas Transmission and Investment LLC, as amended. |
| **Luminant** | Refers to subsidiaries of TCEH engaged in competitive market activities consisting of electricity generation and wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas. |
| **Merger** | The transaction referred to in "Merger Agreement" (defined immediately below) that was completed on October 10, 2007. |
| **Merger Agreement** | Agreement and Plan of Merger, dated February 25, 2007, under which Texas Holdings agreed to acquire EFH Corp. |
| **Moody's** | Moody's Investors Services, Inc. (a credit rating agency) |
| **NERC** | North American Electric Reliability Corporation |

F-167

EFIHMW00052340

EFIHMW00051935

**Table of Contents**

| | |
|---|---|
| **Oncor** | Refers to Oncor Electric Delivery Company LLC, a direct, majority-owned subsidiary of Oncor Holdings, and/or its wholly-owned consolidated bankruptcy-remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC, depending on context. |
| **Oncor Holdings** | Refers to Oncor Electric Delivery Holdings Company LLC, a direct, wholly-owned subsidiary of Intermediate Holding and the direct majority owner of Oncor. |
| **Oncor Ring-Fenced Entities** | Refers to Oncor Holdings and its direct and indirect subsidiaries |
| **OPEB** | other postretirement employee benefits |
| **PUCT** | Public Utility Commission of Texas |
| **PURA** | Texas Public Utility Regulatory Act |
| **Purchase accounting** | The purchase method of accounting for a business combination as prescribed by US GAAP, whereby the cost or "purchase price" of a business combination, including the amount paid for the equity and direct transaction costs, are allocated to identifiable assets and liabilities (including intangible assets) based upon their fair values. The excess of the purchase price over the fair values of assets and liabilities is recorded as goodwill. |
| **REP** | retail electric provider |
| **S&P** | Standard & Poor's Ratings Services, a division of the McGraw-Hill Companies, Inc. (a credit rating agency) |
| **SEC** | US Securities and Exchange Commission |
| **Sponsor Group** | Collectively, the investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P. (KKR), TPG Capital, L.P. and GS Capital Partners, an affiliate of Goldman Sachs & Co. (See Texas Holdings below.) |
| **TCEH** | Refers to Texas Competitive Electric Holdings Company LLC, a direct, wholly-owned subsidiary of EFC Holdings and an indirect subsidiary of EFH Corp., and/or its subsidiaries, depending on context. |
| **TCEQ** | Texas Commission on Environmental Quality |
| **Texas Holdings** | Refers to Texas Energy Future Holdings Limited Partnership, a limited partnership controlled by the Sponsor Group that owns substantially all of the common stock of EFH Corp. |
| **Texas Holdings Group** | Refers to Texas Holdings and its direct and indirect subsidiaries other than the Oncor Ring-Fenced Entities. |
| **Texas Transmission** | Refers to Texas Transmission Investment LLC, a limited liability company that owns a 19.75% equity interest in Oncor. Texas Transmission is not affiliated with EFH Corp., any of EFH Corp.'s subsidiaries or any member of the Sponsor Group. |
| **TXU Energy** | Refers to TXU Energy Retail Company LLC, a direct, wholly-owned subsidiary of TCEH engaged in the retail sale of electricity to residential and business customers. TXU Energy is a REP in competitive areas of ERCOT. |
| **US** | United States of America |

F-168

EFIHMW00052341

EFIHMW00051935

Table of Contents

### REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Member of
Energy Future Intermediate Holding Company LLC
Dallas, Texas

We have audited the accompanying consolidated balance sheets of Energy Future Intermediate Holding Company LLC and subsidiaries ("Intermediate Holding" or the "Successor") as of December 31, 2009 and 2008, and the related statements of consolidated income (loss), comprehensive income (loss), cash flows and membership interests for the years ended December 31, 2009 and 2008, and the period from October 11, 2007 through December 31, 2007. We have also audited the consolidated income (loss), comprehensive income (loss), cash flows and membership interests of Oncor Electric Delivery Company LLC (the "Predecessor") for the period from January 1, 2007 through October 10, 2007. These financial statements are the responsibility of Intermediate Holding's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. Intermediate Holding is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of Intermediate Holding's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the Successor's consolidated financial statements referred to above present fairly, in all material respects, the financial position of Energy Future Intermediate Holding Company LLC and subsidiaries at December 31, 2009 and 2008, and the results of their operations and their cash flows for the years ended December 31, 2009 and 2008, and the period from October 11, 2007 through December 31, 2007 in conformity with accounting principles generally accepted in the United States of America. Further, in our opinion, the Predecessor's consolidated financial statements referred to above present fairly, in all material respects, the results of operations and cash flows of Oncor Electric Delivery Company LLC for the period from January 1, 2007 through October 10, 2007, in conformity with accounting principles generally accepted in the United States of America.

As discussed in Notes 1 and 2 to the consolidated financial statements, Intermediate Holding adopted amended consolidation accounting standards related to variable interest entities effective January 1, 2010, on a retrospective basis. As also discussed Note 1 to the consolidated financial statements, Intermediate Holding is a wholly owned subsidiary of Energy Future Holdings Corp., which was merged with Texas Energy Future Merger Sub Corp on October 10, 2007.

/s/ Deloitte & Touche LLP

Dallas, Texas
February 24, 2010

(May 27, 2010 as to the effects of the retrospective adoption of amended consolidation accounting standards related to variable interest entities as described in Notes 1 and 2)

F–169

EFIHMW00052342

EFIHMW00051935

Table of Contents

**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC (SUCCESSOR) AND
ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)**

**STATEMENTS OF CONSOLIDATED INCOME (LOSS)**
(millions of dollars)

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Interest income | $    4 | $    2 | $    — | $    — |
| Interest expense and related charges (Note 9) | (279) | (262) | (68) | — |
| | | | | |
| Loss before income taxes and equity in earnings of unconsolidated subsidiary | (275) | (260) | (68) | — |
| Income tax benefit | 93 | 88 | 23 | — |
| Equity in earnings (losses) of unconsolidated subsidiary (net of tax)(Note 2) | 256 | (323) | 64 | 263 |
| | | | | |
| Net income (loss) | $    74 | $    (495) | $    19 | $    263 |

See Notes to Financial Statements.

F–170

EFIHMW00052343

EFIHMW00051935

Table of Contents

ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC (SUCCESSOR) AND
ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)

STATEMENTS OF CONSOLIDATED COMPREHENSIVE INCOME (LOSS)
(millions of dollars)

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Net income (loss) | $    74 | $    (495) | $    19 | $    263 |
| Other comprehensive income, net of tax effects: | | | | |
| Cash flow hedges: | | | | |
| Net decrease in fair value of derivatives (net of tax benefit of —, $1, — and —) | — | (2) | — | — |
| Derivative value net losses related to hedged transactions recognized during the period in net income (net of tax expense of $— in all periods) | — | — | — | 1 |
| Comprehensive income (loss) | $    74 | $    (497) | $    19 | $    264 |

See Notes to Financial Statements.

F–171

EFIHMW00052344

EFIHMW00051935

Table of Contents

**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC (SUCCESSOR) AND
ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)**

**STATEMENTS OF CONSOLIDATED CASH FLOWS**
(millions of dollars)

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Cash flows—operating activities: | | | | |
| Net income (loss) | $    74 | $    (495) | $    19 | $    263 |
| Adjustments to reconcile net income to cash provided by operating activities: | | | | |
| Equity in (earnings) losses of unconsolidated subsidiary | (256) | 323 | (64) | (263) |
| Distributions of earnings from unconsolidated subsidiary | 216 | 330 | — | 326 |
| Amortization of debt issuance costs | 10 | 11 | 2 | — |
| Deferred income taxes—net | (56) | 1 | — | — |
| Noncash interest expense related to pushed down debt of parent | 265 | 251 | 24 | — |
| Changes in debt–related assets and liabilities: | | | | |
| Assets | (4) | — | — | — |
| Liabilities | (33) | (88) | 19 | — |
| Cash provided by operating activities | 216 | 333 | — | 326 |
| Cash flows—financing activities: | | | | |
| Proceeds from sale of Oncor equity interests, net of transaction costs (Note 7) | — | 1,253 | — | — |
| Distribution to parent of equity sale net proceeds | — | (1,253) | — | — |
| Distributions/dividends to EFH Corp. | (216) | (330) | — | (326) |
| Cash used in financing activities | (216) | (330) | — | (326) |
| Cash flows—investing activities: | | | | |
| Advances to EFH Corp. | — | (3) | — | — |
| Cash used in investing activities | — | (3) | — | — |
| Net change in cash and cash equivalents | — | — | — | — |
| Cash and cash equivalents—beginning balance | — | — | — | — |
| Cash and cash equivalents—ending balance | $    — | $    — | $    — | $    — |

See Notes to Financial Statements.

F–172

EFIHMW00052345

EFIHMW00051935

**PX 030
Page 411 of 734**

Table of Contents

**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC (SUCCESSOR)**
**CONSOLIDATED BALANCE SHEETS**
**(millions of dollars)**

| | Successor | |
|---|---|---|
| | December 31, 2009 | December 31, 2008 |
| **ASSETS** | | |
| Current assets: | | |
| Trade accounts receivable from affiliates—net | $ 2 | $ — |
| Advances to parent | 3 | 3 |
| Total current assets | 5 | 3 |
| Investment in Oncor Holdings (Note 2) | 5,396 | 5,305 |
| Investment in long–term debt of affiliates (Note 8) | 68 | — |
| Accumulated deferred income taxes | 55 | — |
| Other noncurrent assets | 53 | 55 |
| Total assets | $ 5,577 | $ 5,363 |
| **LIABILITIES AND MEMBERSHIP INTERESTS** | | |
| Current liabilities: | | |
| Trade accounts and other payables to affiliates | $ 6 | $ — |
| Income taxes payable to EFH Corp. (Note 8) | 1 | — |
| Accrued interest | 47 | 43 |
| Total current liabilities | 54 | 43 |
| Accumulated deferred income taxes | — | 1 |
| Long–term debt (Note 5) | 2,513 | 2,250 |
| Total liabilities | 2,567 | 2,294 |
| Commitments and Contingencies (Note 6) | | |
| Membership interests | 3,010 | 3,069 |
| Total liabilities and membership interests | $ 5,577 | $ 5,363 |

See Notes to Financial Statements.

F–173

EFIHMW00052346

EFIHMW00051935

Table of Contents

**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC (SUCCESSOR) AND
ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)
STATEMENTS OF CONSOLIDATED MEMBERSHIP INTERESTS
(millions of dollars)**

| | Successor | | | Predecessor |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Capital account: | | | | |
| Balance at beginning of period (a) | $ 3,071 | $ 5,439 | $ 7,539 | $ 2,994 |
| Net income (loss) | 74 | (495) | 19 | 263 |
| Distributions to EFH Corp. | (216) | (1,583) | — | (326) |
| Effect of debt push–down from EFH Corp. (Note 5) | 107 | 140 | (2,158) | — |
| Capital contributions (b) | 50 | — | — | — |
| Effect of retirement of EFH Corp. debt acquired in debt exchange (Note 8) | (74) | — | — | — |
| Effect of sale of Oncor equity interests (Note 7) | — | (406) | — | — |
| Distribution of investment in Oncor Communication Holding Company LLC to EFH Corp. | — | (24) | — | — |
| Investment by Texas Holdings | — | — | 12 | — |
| Settlement/effects of incentive compensation plans | — | — | 28 | 18 |
| Other | — | — | (1) | (8) |
| Balance at end of period | 3,012 | 3,071 | 5,439 | 2,941 |
| Accumulated other comprehensive income (loss), net of tax effects: | | | | |
| Balance at beginning of period (a) | (2) | — | — | (19) |
| Net effects of cash flow hedges | — | (2) | — | 1 |
| Balance at end of period | (2) | (2) | — | (18) |
| Total membership interests at end of period | $ 3,010 | $ 3,069 | $ 5,439 | $ 2,923 |

_____

(a)  The beginning equity balance for the period from October 11, 2007 through December 31, 2007 reflects the application of push–down accounting as a result of the Merger.

(b)  Reflects noncash settlement of certain income taxes payable arising as a result of the sale of equity interests by Oncor.

See Notes to Financial Statements.

F–174

EFIHMW00052347

EFIHMW00051935

**PX 030
Page 413 of 734**

Table of Contents

ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

1.    SIGNIFICANT ACCOUNTING POLICIES

*Description of Business*

Intermediate Holding is a Dallas, Texas–based holding company whose wholly–owned subsidiary, Oncor Holdings, holds a majority interest (approximately 80%) in Oncor. Oncor is a regulated electricity transmission and distribution company principally engaged in providing delivery services to REPs, including subsidiaries of TCEH, that sell power in the north–central, eastern and western parts of Texas. Intermediate Holding is a direct, wholly–owned subsidiary of EFH Corp. With the closing of the Merger on October 10, 2007, EFH Corp. became a subsidiary of Texas Holdings, which is controlled by the Sponsor Group, and Intermediate Holding was formed. See "Glossary" for definition of terms and abbreviations, including the Merger. Because Intermediate Holding is managed as an integrated business, there are no separate reportable business segments. See Note 2 regarding the deconsolidation of Oncor (and its majority owner, Oncor Holdings) as a result of amended consolidation accounting standards related to variable interest entities effective January 1, 2010.

References in this report to Intermediate Holding are to Intermediate Holding and/or its direct and indirect subsidiaries as apparent in the context.

Various "ring–fencing" measures have been taken to enhance the credit quality of Oncor Holdings and Oncor. These measures serve to mitigate Oncor's and Oncor Holdings' credit exposure to the Texas Holdings Group, which includes Intermediate Holding, and to reduce the risk that the assets and liabilities of Oncor or Oncor Holdings would be substantively consolidated with the assets and liabilities of the Texas Holdings Group in the event of a bankruptcy of one or more of those entities. Such measures include, among other things: Oncor's sale of a 19.75% equity interest to Texas Transmission in November 2008; maintenance of separate books and records for the Oncor Ring–Fenced Entities; the board of directors of Oncor Holdings and Oncor being comprised of a majority of independent directors, and prohibitions on the Oncor Ring–Fenced Entities' providing credit support to, or receiving credit support from, any member of the Texas Holdings Group. The assets and liabilities of the Oncor Ring–Fenced Entities are separate and distinct from those of the Texas Holdings Group, including TXU Energy and Luminant, and none of the assets of the Oncor Ring–Fenced Entities are available to satisfy the debt or other obligations of any member of the Texas Holdings Group. Oncor and Oncor Holdings do not bear any liability for obligations of the Texas Holdings Group (including, but not limited to, debt obligations of Intermediate Holding), and vice versa. Accordingly, Oncor Holdings' operations are conducted, and its cash flows managed, independently from the Texas Holdings Group.

See Note 7 for discussion of equity interests sold by Oncor in November 2008.

*Basis of Presentation*

The consolidated financial statements of Intermediate Holding have been prepared in accordance with US GAAP. The accompanying consolidated statements of income (loss), comprehensive income (loss), cash flows and membership interests present results of operations and cash flows of Intermediate Holding for periods subsequent to the Merger (Successor) and Oncor's results accounted for under the equity method for periods preceding the Merger (Predecessor), since Intermediate Holding did not exist prior to the Merger. The consolidated financial statements have been prepared on the same basis as the 2008 Audited Financial Statements with the exception of the retrospective adoption of amended guidance regarding consolidation accounting standards related to variable interest entities that resulted in the deconsolidation of Oncor Holdings and the accounting for the investment in Oncor Holdings under the equity method (see Note 2). The consolidated financial statements of the Successor reflect the application of purchase accounting in accordance with the provisions of accounting standards related to business combinations. All intercompany items and transactions

F–175

EFIHMW00052348

EFIHMW00051935

**PX 030**
**Page 414 of 734**

**Table of Contents**

have been eliminated in consolidation. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated.

*Income Taxes*

EFH Corp. files a consolidated federal income tax return; however, Intermediate Holding's income tax expense and related balance sheet amounts are recorded substantially as if Intermediate Holding files its own income tax returns, except that amounts due from Oncor Holdings under a tax sharing agreement are settled directly with EFH Corp. in accordance with that agreement. Deferred income taxes are provided for temporary differences between the book and tax basis of assets and liabilities.

*Use of Estimates*

Preparation of Intermediate Holding's financial statements requires management to make estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and the reported amounts of revenue and expense, including fair value measurements. In the event estimates and/or assumptions prove to be different from actual amounts, adjustments are made in subsequent periods to reflect more current information. No material adjustments, other than those disclosed elsewhere herein, were made to previous estimates or assumptions during the current year.

*Purchase Accounting*

The Merger was accounted for under purchase accounting, whereby the total purchase price of the transaction was allocated to EFH Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values, and the excess of the purchase price over the fair value of net assets acquired was recorded as goodwill. The allocation resulted in a significant amount of goodwill, a portion of which was assigned to Oncor.

*Impairment of Investments*

Subsequent to the deconsolidation of Oncor, Intermediate Holding evaluates its investment in Oncor Holdings whenever indications exist that a loss in value that is not temporary has occurred. An impairment loss is recognized if the carrying value of the investment is greater than the fair value of the investment (i.e. the enterprise value of Oncor Holdings), and the loss is not deemed temporary. Fair value is determined by discounted cash flows, supported by available market valuations, if applicable.

*Fair Value of Nonderivative Financial Instruments*

The carrying amounts for financial assets classified as current assets and the carrying amounts for financial liabilities classified as current liabilities approximate fair value due to the short maturity of such instruments. The fair values of other financial instruments, for which carrying amounts and fair values have not been presented, are not materially different than their related carrying amounts.

*Cash and Cash Equivalents*

For purposes of reporting cash and cash equivalents, temporary cash investments purchased with a remaining maturity of three months or less are considered to be cash equivalents.

*Sale of Equity Interests by Oncor*

See Note 7 for discussion of accounting for the sale of equity interests by Oncor.

F-176

EFIHMW00052349

EFIHMW00051935

Table of Contents
*Push–Down of EFH Corp. Debt*

In accordance with SEC Staff Accounting Bulletin (SAB) Topic 5–J, Intermediate Holding reflects $2.372 billion principal amount of the EFH Corp. Senior Notes and 9.75% Notes on its balance sheet and the related interest expense in its income statement. The amount to be reflected on Intermediate Holding's balance sheet was calculated based upon the relative equity investment of EFC Holdings and Intermediate Holding in their respective operating subsidiaries at the time of the Merger (see Note 5).

*Changes in Accounting Standards*

In June 2009, the FASB issued "The *FASB Accounting Standards Codification*™ and the Hierarchy of Generally Accepted Accounting Principles," which establishes the *FASB Accounting Standards Codification*™ (Codification) as the source of authoritative US GAAP recognized by the FASB to be applied to nongovernmental entities. The Codification was effective for financial statements issued for interim and annual periods ending after September 15, 2009. The adoption of the Codification did not affect reported results of operations, financial condition or cash flows.

In June 2009, the FASB issued new guidance that requires reconsideration of consolidation conclusions for all variable interest entities and other entities with which Intermediate Holding is involved. Intermediate Holding adopted this new guidance as of January 1, 2010. See Note 2 for discussion of Intermediate Holding's evaluation of variable interest entities and the resulting deconsolidation of Oncor Holdings and its subsidiaries that resulted in the accounting for Intermediate Holding's investment in Oncor Holdings and its subsidiaries under the equity method. New disclosures are provided in Note 2.

2.    **INVESTMENT IN ONCOR HOLDINGS**

Intermediate Holding adopted amended accounting standards on January 1, 2010 that require consolidation of a variable interest entity (VIE) if it has the power to direct the significant activities of the VIE and the right or obligation to absorb profit and loss from the VIE. A VIE is an entity with which Intermediate Holding has a relationship or arrangement that indicates some level of control over the entity or results in economic risks to Intermediate Holding. As discussed below, Intermediate Holding's balance sheet reflects the deconsolidation of Oncor Holdings, which holds an approximate 80% interest in Oncor (an SEC filer) and the reporting of Intermediate Holding's investment in Oncor Holdings under the equity method on a retrospective basis.

Intermediate Holding's variable interests consist of equity investments in Oncor Holdings. In determining the appropriateness of consolidation of a VIE, Intermediate Holding evaluates its purpose, governance structure, decision making processes and risks that are passed on to its interest holders. Intermediate Holding also examined the nature of any related party relationships among the interest holders of the VIE and the nature of any special rights granted to the interest holders of the VIE.

In reaching the conclusion to deconsolidate, Intermediate Holding conducted an extensive analysis of Oncor Holdings' underlying governing documents and management structure. Oncor Holdings' unique governance structure was adopted in conjunction with the Merger, when the Sponsor Group, EFH Corp. and Oncor agreed to implement structural and operational measures to "ring–fence" (the Ring–Fencing Measures) Oncor Holdings and Oncor as discussed in Note 1. The Ring–Fencing Measures were designed to prevent, among other things, (i) increased borrowing costs at Oncor due to the attribution to Oncor of debt from EFH Corp.'s highly–leveraged unregulated operations, (ii) the activities of EFH Corp.'s unregulated operations following the Merger resulting in the deterioration of Oncor's business, financial condition and/or investment in infrastructure, and (iii) Oncor becoming substantively consolidated into a bankruptcy proceeding involving any member of the Texas Holdings Group. The Ring–Fencing Measures effectively separated the daily operational and management control of Oncor Holdings and Oncor from EFH Corp. and its other subsidiaries. By implementing the Ring–Fencing Measures, Oncor maintained its investment grade credit rating following the Merger and reaffirmed Oncor's independence from EFH Corp.'s unregulated businesses to the PUCT.

F–177

EFIHMW00052350

EFIHMW00051935

**Table of Contents**

Intermediate Holding determined the most significant activities affecting the economic performance of Oncor Holdings (and Oncor) are the operation, maintenance and growth of Oncor's electric transmission and distribution assets and the preservation of its investment grade credit profile. The boards of directors of Oncor Holdings and Oncor have ultimate responsibility for the management of the day-to-day operations of their respective businesses, including the approval of Oncor's capital expenditure and operating budgets and the timing and prosecution of Oncor's rate cases. While the boards include members appointed by Intermediate Holding, a majority of the board members are independent in accordance with rules established by the New York Stock Exchange, and therefore, Intermediate Holding concluded for purposes of applying the amended accounting standards that Intermediate Holding does not have power to control the activities deemed most significant to Oncor Holdings' (and Oncor's) economic performance.

In assessing Intermediate Holding's ability to exercise control over Oncor Holdings and Oncor, Intermediate Holding considered whether it could take actions to circumvent the purpose and intent of the Ring-Fencing Measures (including changing the composition of Oncor Holdings' or Oncor's board) in order to gain control over the day-to-day operations of either Oncor Holdings or Oncor. Intermediate Holding also considered whether (i) Intermediate Holding has the unilateral power to dissolve, liquidate or force into bankruptcy either Oncor Holdings or Oncor, (ii) Intermediate Holding could unilaterally amend the ring-fencing protections contained in underlying governing documents of Oncor Holdings or Oncor, and (iii) Intermediate Holding could control Oncor's ability to pay distributions and thereby enhance its own cash flow. Intermediate Holding concluded that, in each case, no such opportunity exists.

Intermediate Holding accounts for its investment in Oncor Holdings under the equity method, as opposed to the cost method, because Intermediate Holding has the ability to exercise significant influence (as defined in accounting standards) over its activities.

The carrying value of Intermediate Holding's variable interest in Oncor Holdings totaled $5.396 billion and $5.305 billion at December 31, 2009 and 2008, respectively, and is reported as investment in Oncor Holdings in the balance sheet. These amounts represent Oncor Holdings' equity at those dates net of the approximately 20% noncontrolling interest in Oncor ($1.363 billion and $1.355 billion, respectively). Intermediate Holding's maximum exposure to loss from these interests does not exceed its carrying value.

F-178

EFIHMW00052351

EFIHMW00051935

**PX 030**
**Page 417 of 734**

Table of Contents

Condensed statements of consolidated income of Oncor Holdings for the years ended December 31, 2009 and 2008, the period from October 11, 2007 through December 31, 2007 and the predecessor period from January 1, 2007 through October 10, 2007, which reflect the results of Oncor, Oncor Holdings' predecessor, are presented below:

| | Successor | | | Predecessor |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Operating revenues | $ 2,690 | $ 2,580 | $ 533 | $ 1,967 |
| Operation and maintenance expenses | (962) | (852) | (200) | (649) |
| Write off of regulatory assets | (25) | — | — | — |
| Depreciation and amortization | (557) | (492) | (96) | (366) |
| Taxes other than income taxes | (385) | (391) | (87) | (305) |
| Impairment of goodwill | — | (860) | — | — |
| Other income | 49 | 45 | 11 | 3 |
| Other deductions | (14) | (25) | (8) | (30) |
| Interest income | 43 | 45 | 12 | 44 |
| Interest expense and related charges | (346) | (316) | (70) | (242) |
| Income before income taxes | 493 | (266) | 95 | 422 |
| Income tax expense | (173) | (217) | (31) | (159) |
| Net income (loss) | 320 | (483) | 64 | 263 |
| Net (income) loss attributable to noncontrolling interests | (64) | 160 | — | — |
| Net income (loss) attributable to Oncor Holdings | $ 256 | $ (323) | $ 64 | $ 263 |

F–179

EFIHMW00052352

EFIHMW00051935

Table of Contents

Assets and liabilities of Oncor Holdings at December 31, 2009 and 2008 are presented below:

|  | December 31, 2009 | December 31, 2008 |
|---|---|---|
|  | (millions of dollars) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $    29 | $    126 |
| Restricted cash | 47 | 51 |
| Trade accounts receivable—net | 243 | 217 |
| Trade accounts and other receivables from affiliates | 188 | 182 |
| Income taxes receivable from EFH Corp. | — | 22 |
| Inventories | 92 | 63 |
| Accumulated deferred income taxes | 10 | 54 |
| Other current assets | 84 | 84 |
| Total current assets | 693 | 799 |
| Restricted cash | 14 | 16 |
| Other investments | 72 | 72 |
| Property, plant and equipment—net | 9,174 | 8,606 |
| Goodwill | 4,064 | 4,064 |
| Note receivable due from TCEH | 217 | 254 |
| Regulatory assets—net | 1,959 | 1,892 |
| Other noncurrent assets | 51 | 60 |
| Total assets | $    16,244 | $    15,763 |
| **LIABILITIES** | | |
| Current liabilities: | | |
| Short-term borrowings | $    616 | $    337 |
| Long-term debt due currently | 108 | 103 |
| Trade accounts payable—nonaffiliates | 129 | 124 |
| Income taxes payable to EFH Corp. | 5 | — |
| Accrued interest | 104 | 103 |
| Other current liabilities | 243 | 240 |
| Total current liabilities | 1,205 | 907 |
| Accumulated deferred income taxes | 1,369 | 1,333 |
| Investment tax credits | 37 | 42 |
| Long-term debt, less amounts due currently | 4,996 | 5,101 |
| Other noncurrent liabilities and deferred credits | 1,879 | 1,720 |
| Total liabilities | $    9,486 | $    9,103 |

3.    **FINANCIAL STATEMENT EFFECTS OF THE MERGER**

EFH Corp. accounted for the Merger under purchase accounting in accordance with the provisions of accounting standards related to business combinations, whereby the total purchase price of the transaction was allocated to EFH Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values as of the Merger date. As a result of cost-based regulatory rate-setting processes, the book value of the majority of Oncor's assets and liabilities effectively represents fair value, and no adjustments to the carrying value of those regulated assets or liabilities were recorded. The excess of the purchase price over the fair value of net assets acquired was recorded as goodwill. The purchase price was allocated to TCEH and Oncor.

F-180

EFIHMW00052353

EFIHMW00051935

**PX 030**
**Page 419 of 734**

Table of Contents
The purchase price amount assigned to Oncor was based on the relative enterprise value of the business on the closing date of the Merger and resulted in an excess of purchase price over fair value of assets and liabilities of $4.9 billion, which Oncor recorded as goodwill.

The following table summarizes the final purchase price allocation to the estimated fair values of the assets acquired and liabilities assumed of Oncor (billions of dollars):

| | |
|---|---|
| Purchase price assigned to Oncor | $ 7.6 |
| Property, plant and equipment | 7.9 |
| Regulatory assets—net | 1.3 |
| Other assets | 1.3 |
| Total assets acquired | 10.5 |
| Short-term borrowings and long-term debt | 5.1 |
| Deferred income tax liabilities | 1.3 |
| Other liabilities | 1.4 |
| Total liabilities assumed | 7.8 |
| Net identifiable assets acquired. | 2.7 |
| Goodwill | $ 4.9 |

As part of purchase accounting, the carrying value of certain generation-related regulatory assets securitized by transition bonds, which have been reviewed and approved by the PUCT for recovery but without earning a rate of return, was reduced by $213 million. Oncor will accrete this amount to other income over the recovery period remaining as of the closing date of the Merger (approximately nine years). The related securitization (transition) bonds were also fair valued and the resulting discount of $12 million will be amortized by Oncor to interest expense over the life of the bonds remaining as of the closing date of the Merger (approximately nine years).

Oncor's final purchase price allocation includes $16 million in liabilities recorded in connection with the notice of termination of outsourcing arrangements with Capgemini under the change of control provisions of such arrangements. Oncor incurred $4 million of these exit liabilities during the year ended December 31, 2009. In December 2009, Oncor recorded a $10 million reversal of a portion of these exit liabilities due primarily to a shorter than expected outsourcing services transition period, and this reversal is reflected in Oncor's other income. The remaining accrual totaling $2 million is expected to be settled in 2010.

*Unaudited Pro Forma Financial Information*

The following unaudited pro forma results of operations assume that the Merger-related transactions occurred on January 1, 2007. The unaudited pro forma information is provided for informational purposes only and is not necessarily indicative of what Intermediate Holding's results of operations would have been if the Merger-related transactions had occurred on that date, or what Intermediate Holding's results of operations will be for any future periods.

For the year ended December 31, 2007, unaudited pro forma net income was $170 million. Pro forma adjustments for the year ended December 31, 2007 consist of adjustments for the Predecessor period totaling $112 million in net loss, primarily related to the effects of the debt push down discussed in Note 5.

<div align="center">F–181</div>

EFIHMW00052354

EFIHMW00051935

Table of Contents

4.    **INCOME TAXES**

The components of Intermediate Holding's income tax expense are as follows:

| | Successor | | | Predecessor |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Current: | | | | |
| US federal | $ (36) | $ (89) | $ (23) | $ — |
| Deferred: | | | | |
| US federal | (57) | 1 | — | — |
| Total income tax expense (benefit) | $ (93) | $ (88) | $ (23) | $ — |

Reconciliation of income taxes computed at the US federal statutory rate to income tax expense:

| | Successor | | | Predecessor |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Income (loss) before income taxes | $ (275) | $ (260) | $ (68) | $ — |
| Income taxes at the US federal statutory rate of 35% | $ (96) | $ (91) | $ (24) | $ — |
| Goodwill impairment | | | | |
| Disallowed interest on pushed down debt | 3 | 3 | 1 | |
| Income tax expense | $ (93) | $ (88) | $ (23) | $ — |
| Effective rate | 33.8% | 33.8% | 33.8% | — |

Deferred income taxes provided for temporary differences based on tax laws in effect at the December 31, 2009 and 2008 balance sheet dates are as follows:

| | Successor | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | December 31, 2009 | | | December 31, 2008 | | |
| | Total | Current | Noncurrent | Total | Current | Noncurrent |
| **Deferred Income Tax Assets:** | | | | | | |
| Accrued interest | $ 55 | $ — | $ 55 | $ — | $ — | $ — |
| Total | 55 | — | 55 | — | — | — |
| **Deferred Income Tax Liabilities:** | | | | | | |
| Net operating loss (NOL) carryforwards | — | — | — | 1 | — | 1 |
| Total | — | — | — | 1 | — | 1 |
| **Net Deferred Income Tax (Asset) Liability** | $ (55) | $ — | $ (55) | $ 1 | $ — | $ 1 |

F–182

EFIHMW00052355

EFIHMW00051935

**PX 030**
**Page 421 of 734**

Table of Contents

5.   LONG–TERM DEBT

At December 31, 2009 and 2008, long–term debt consisted of the following:

| | December 31, 2009 | December 31, 2008 |
|---|---|---|
| 9.75% Fixed Senior Secured Notes due October 15, 2019 | $    141 | $    — |
| 10.875% EFH Corp. Fixed Senior Notes due November 1, 2017 (a) | 916 | 1,000 |
| 11.25/12.00% EFH Corp. Senior Toggle Notes due November 1, 2017 (a) | 1,399 | 1,250 |
| 9.75% EFH Corp. Fixed Senior Secured Notes due October 15, 2019 (a) | 57 | — |
| Total long–term debt (b) | $    2,513 | $    2,250 |

(a)   Represents 50% of the principal amount of these EFH Corp. securities guaranteed by Intermediate Holding (pushed–down debt) per the discussion below under "Push Down of EFH Corp. Notes."

(b)   Intermediate Holding had no long–term debt due currently at December 31, 2009 and 2008.

**EFH Corp. 10% Senior Secured Notes Issued in 2010**

In January 2010, EFH Corp. issued $500 million aggregate principal amount of 10.00% Senior Secured Notes due 2020 (EFH Corp. 10% Notes). The notes will mature on January 15, 2020, and interest is payable in cash in arrears on January 15 and July 15 of each year at a fixed rate of 10.00% per annum with the first interest payment due on July 15, 2010. Other than interest rate and maturity date, the notes have the same guarantees and collateral and substantially the same other terms and conditions as the EFH Corp. 9.75% Notes that are discussed below under "Push Down of EFH Corp. Notes."

**Push Down of EFH Corp. Notes**

Merger–related debt of EFH Corp. (parent) is fully and unconditionally guaranteed on a joint and several basis by EFC Holdings and Intermediate Holding. In accordance with SEC Staff Accounting Bulletin Topic 5–J, a portion of such debt and related interest expense is reflected in the financial statements of Intermediate Holding. The amount reflected on Intermediate Holding's balance sheet represents 50% of the guaranteed EFH Corp. Merger–related debt. This percentage reflects the fact that at the time of the Merger, the equity investments of EFC Holdings and Intermediate Holding in their respective operating subsidiaries were essentially equal amounts. Because payment of principal and interest on the notes is the responsibility of EFH Corp., Intermediate Holding records the settlement of such amounts as noncapital contributions from EFH Corp.

The Merger–related debt of EFH Corp. at December 31, 2009 guaranteed by EFC Holdings and Intermediate Holding consisted of $1.831 billion principal amount of 10.875% Senior Notes due November 2017 (EFH Corp. 10.875% Notes), $2.797 billion principal amount of 11.25%/12.00% Senior Toggle Notes due November 2017 (Toggle Notes) and $115 million principal amount of 9.75% Senior Secured Notes due October 2019 (EFH Corp. 9.75% Notes). Intermediate Holding's balance sheet at December 31, 2009 reflects 50% of these amounts. The EFH Corp. 9.75% Notes were issued in connection with exchange offers completed in November 2009 (discussed below), which also resulted in the retirement of $181 million aggregate principal amount of the EFH Corp. 10.875% and Toggle Notes.

The guarantee from EFC Holdings is not secured. The guarantee from Intermediate Holding with respect to the EFH Corp. 9.75% Notes is secured as described below. The guarantees are the general senior obligation of each guarantor and rank equally in right of payment with all existing and future senior indebtedness of each guarantor. The guarantees will be effectively subordinated to all secured indebtedness of each guarantor secured by assets other than the Collateral to the extent of the value of the assets securing such indebtedness and will be structurally subordinated to any existing and future indebtedness and liabilities of EFH Corp.'s subsidiaries that are not guarantors.

F–183

EFIHMW00052356

EFIHMW00051935

**PX 030**
**Page 422 of 734**

**Table of Contents**

Borrowings under the EFH Corp. 10.875% Notes bear interest semiannually in arrears on May 1 and November 1 of each year at a fixed rate of 10.875% per annum payable in cash. Borrowing under the EFH Corp. 9.75% Notes bear interest semiannually in arrears payable in cash on April 15 and October 15 of each year at a fixed rate of 9.75% per annum. Borrowings under the Toggle Notes bear interest semiannually in arrears on May 1 and November 1 of each year at a fixed rate of 11.250% per annum for cash interest and at a fixed rate of 12.000% per annum for PIK interest. For any interest period until November 2012, EFH Corp. may elect to pay interest on the Toggle Notes (i) entirely in cash; (ii) by increasing the principal amount of the notes or by issuing new Toggle Notes, or (iii) 50% in cash and 50% in PIK interest. Once EFH Corp. makes a PIK election, the election is valid for each succeeding interest payment period until EFH Corp. revokes the election. EFH Corp. made the PIK election for both the interest payments in 2009, resulting in an increase in the aggregate principal amount of its Toggle Notes totaling $309 million (50% of which is reflected in Intermediate Holding's balance sheet).

Before November 1, 2010, EFH Corp. may redeem, with the net cash proceeds of certain equity offerings, up to 35% of the aggregate principal amount of its 10.875% and Toggle Notes from time to time at a redemption price of 110.875% and 111.250%, respectively, of the aggregate principal amounts, plus accrued and unpaid interest, if any. EFH Corp. may redeem the notes at any time prior to November 1, 2012 at a price equal to 100% of their principal amount, plus accrued and unpaid interest and a "make−whole" premium. EFH Corp. may also redeem the notes, in whole or in part, at any time on or after November 1, 2012, at specified redemption prices, plus accrued and unpaid interest, if any. Upon the occurrence of a change in control of EFH Corp., EFH Corp. may be required to offer to repurchase its 10.875%, Toggle and 9.75% Notes at 101% of their principal amount, plus accrued and unpaid interest, if any. See immediately below for additional terms of the EFH Corp. 9.75% Notes.

*Debt Exchanges*

In October 2009, EFH Corp., Intermediate Holding and EFIH Finance, a wholly−owned subsidiary of Intermediate Holding, commenced offers to exchange up to approximately $4.9 billion principal amount of EFH Corp. 10.875% Notes, Toggle Notes and EFH Corp. Series P, Q and R Notes and the TCEH 10.25% Notes due November 2015 (collectively, the Old Notes) for up to $3.0 billion of new senior secured notes, with up to $1.35 billion to be issued by EFH Corp. and up to $1.65 billion to be issued by Intermediate Holding and EFIH Finance (the Co−Issuers). The purpose of the debt exchanges was to reduce the outstanding principal amount and extend the weighted average maturity of EFH Corp.'s and its subsidiaries long−term debt.

The debt exchange transactions, which closed in November 2009, resulted in the tendering of $357 million principal amount of Old Notes (including $181 million principal amount of EFH Corp. 10.875% Notes and Toggle Notes, 50% of which was previously pushed down to Intermediate Holding, and $176 million principal amount of TCEH and other EFH Corp. debt securities) in exchange for $115 million principal amount of EFH Corp. 9.75% Notes and $141 million principal amount of 9.75% Senior Secured Notes issued by the Co−Issuers (the EFIH Notes). The EFH Corp. 9.75% Notes and EFIH Notes will mature in October 2019, with interest payable in cash semi−annually in arrears on April 15 and October 15.

Intermediate Holding acquired $196 million principal amount of Old Notes in the debt exchanges, comprised of:

- $9 million principal amount of EFH Corp. 5.55% Series P Senior Notes due 2014,
- $6 million principal amount of EFH Corp. 6.50% Series Q Senior Notes due 2024,
- $3 million principal amount of EFH Corp. 6.55% Series R Senior Notes due 2034,
- $93 million principal amount of the EFH Corp. 10.875% Notes due 2017,
- $6 million principal amount of the EFH Corp. Toggle Notes (11.25/12.00%) due 2017,

F−184

EFIHMW00052357

EFIHMW00051935

Table of Contents

- $31 million principal amount of the TCEH 10.25% Senior Notes due 2015, and
- $48 million principal amount of the TCEH 10.25% Senior Notes, Series B due 2015.

As of December 31, 2009, the Old Notes acquired by Intermediate Holdings, except for the $99 million principal amount of EFH Corp. 10.875% and Toggle Notes that were contributed to EFH Corp. and retired, were held as investments by Intermediate Holding. The investment was recorded at a cost of $67 million, which represents the $141 million principal amount of debt issued by Intermediate Holding in the debt exchange transaction reduced by the principal amount of such debt issued allocated as cost of the retired EFH Corp. notes ($74 million).

The EFH Corp. 9.75% Notes are fully and unconditionally guaranteed on a joint and several basis by EFC Holdings and Intermediate Holding. The guarantee from Intermediate Holding is secured by the pledge of all membership interests and other investments Intermediate Holding owns or holds in Oncor Holdings or any of Oncor Holdings' subsidiaries (the Collateral). The guarantee from EFC Holdings is not secured. The EFIH Notes are secured by the Collateral on a parity lien basis with Intermediate Holding's guarantee of the EFH Corp. 9.75% Notes.

The EFH Corp. 9.75% Notes and EFIH Notes are senior obligations of the issuers and rank equally in right of payment with all senior indebtedness of each issuer and are senior in right of payment to any future subordinated indebtedness of each issuer. The EFH Corp. 9.75% Notes are effectively subordinated to any indebtedness of EFH Corp. secured by assets of EFH Corp. to the extent of the value of the assets securing such indebtedness and structurally subordinated to all indebtedness and other liabilities of EFH Corp.'s non-guarantor subsidiaries. The EFIH Notes are effectively senior to all unsecured indebtedness of the Co-Issuers, to the extent of the value of the Collateral, and will be effectively subordinated to any indebtedness of the Co-Issuers secured by assets of the Co-Issuers other than the Collateral, to the extent of the value of the assets securing such indebtedness. Furthermore, the EFIH Notes will be structurally subordinated to all indebtedness and other liabilities of Intermediate Holding's subsidiaries (other than EFIH Finance), including Oncor Holdings and its subsidiaries.

The guarantees of the EFH Corp. 9.75% Notes are the general senior obligation of each guarantor and rank equally in right of payment with all existing and future senior indebtedness of each guarantor. The guarantee from Intermediate Holding is effectively senior to all unsecured indebtedness of Intermediate Holding to the extent of the value of the Collateral. The guarantee will be effectively subordinated to all secured indebtedness of each guarantor secured by assets other than the Collateral to the extent of the value of the assets securing such indebtedness and will be structurally subordinated to any existing and future indebtedness and liabilities of EFH Corp.'s subsidiaries that are not guarantors.

The EFH Corp. 9.75% Notes and EFIH Notes and indentures governing such notes restrict the issuers and their restricted subsidiaries' ability to, among other things, make restricted payments, incur debt and issue preferred stock, incur liens, permit dividend and other payment restrictions on restricted subsidiaries, merge, consolidate or sell assets and engage in transactions with affiliates. These covenants are subject to a number of limitations and exceptions. The notes and indentures also contain customary events of default, including, among others, failure to pay principal or interest on the notes when due. If certain events of default occur and are continuing under a series of notes and the related indenture, the trustee or the holders of at least 30% in principal amount outstanding of the notes of such series may declare the principal amount of the notes of such series to be due and payable immediately.

There currently are no restricted subsidiaries under the indenture governing the EFIH Notes (other than EFIH Finance, which has no assets). Oncor Holdings, the immediate parent of Oncor, and its subsidiaries are unrestricted subsidiaries under the indenture governing the EFIH Notes and, accordingly, will not be subject to any of the restrictive covenants in the indenture.

F-185

EFIHMW00052358

EFIHMW00051935

**Table of Contents**

The respective issuers may redeem the EFH Corp. 9.75% Notes and EFIH Notes, in whole or in part, at any time on or after October 15, 2014, at specified redemption prices, plus accrued and unpaid interest, if any. In addition, before October 15, 2012, the respective issuers may redeem up to 35% of the aggregate principal amount of each applicable series of the notes from time to time at a redemption price of 109.750% of the aggregate principal amount of such series of the notes, plus accrued and unpaid interest, if any, with the net cash proceeds of certain equity offerings. The respective issuers may also redeem each applicable series of the notes at any time prior to October 15, 2014 at a price equal to 100% of their principal amount, plus accrued and unpaid interest and the applicable premium as defined in the indenture. Upon the occurrence of a change of control (as described in the indenture), the respective issuers may be required to offer to repurchase each applicable series of the notes at 101% of their principal amount, plus accrued and unpaid interest, if any.

*Interest Rate Hedges*

In September 2008, Oncor entered into interest rate swap transactions hedging the variability of treasury bond rates used to determine the interest rates on an anticipated issuance of an aggregate of $1.0 billion of senior secured notes maturing from 2013 to 2018. The hedges were terminated the same day, and $2 million in after−tax losses were recorded as other comprehensive income. After−tax net losses of less than $1 million will be reclassified by Oncor into net income during the next twelve months as the related hedged transactions affect Oncor's net income.

*Maturities*

As shown in the table above, all of Intermediate Holding's debt matures in 2017 and 2019.

*Fair Value of Long−Term Debt*

The estimated fair value of long−term debt (including pushed down debt) totaled $1.908 billion and $1.297 billion at December 31, 2009 and 2008, respectively, and the carrying amount totaled $2.513 billion and $2.250 billion, respectively. The fair value is estimated at the lesser of either the call price or the market value as determined by quoted market prices.

**6.    COMMITMENTS AND CONTINGENCIES**

*Guarantees*

See Note 5 for discussion of Intermediate Holding's guarantee of certain EFH Corp. debt.

*Legal Proceedings*

Intermediate Holding may be involved in various legal and administrative proceedings in the normal course of business the ultimate resolution of which, in the opinion of management, should not have a material effect upon its financial position, results of operations or cash flows.

**7.    MEMBERSHIP INTERESTS**

*Cash Distributions*—During 2009, Intermediate Holding's board of directors declared, and Intermediate Holding paid, the following cash distributions to EFH Corp.:

| Declaration Date | Payment Date | Amount Paid |
|---|---|---|
| November 12, 2009 | November 13, 2009 | $    99 |
| August 18, 2009 | August 19, 2009 | $    59 |
| May 19, 2009 | May 20, 2009 | $    40 |
| February 18, 2009 | March 3, 2009 | $    18 |

F−186

EFIHMW00052359

EFIHMW00051935

Table of Contents

During 2008, Intermediate Holding's board of directors declared, and Intermediate Holding paid, the following cash distributions to EFH Corp.:

| Declaration Date | Payment Date | Amount Paid |
|---|---|---|
| November 13, 2008 | November 14, 2008 | $   117 |
| August 20, 2008 | August 21, 2008 | $    78 |
| May 14, 2008 | May 15, 2008 | $    78 |
| February 20, 2008 | March 31, 2008 | $    57 |

The net proceeds of $1.253 billion from Oncor's sale of equity interests in November 2008 were distributed to EFH Corp.

The indenture governing the EFIH Notes includes covenants that, among other things and subject to certain exceptions, restrict Intermediate Holding's ability to pay dividends or make other distributions with respect to its membership interest. Accordingly, essentially all of Intermediate Holding's net income is restricted from being used to make distributions with respect to its membership interest unless such distributions are expressly permitted under the indenture. The indenture further restricts Intermediate Holding from making any distribution to EFH Corp. for the ultimate purpose of making a distribution to Texas Holdings unless at the time, and after giving effect to such distribution, Intermediate Holding's consolidated leverage ratio is equal to or less than 6.0 to 1.0. The consolidated leverage ratio is generally defined as the ratio of consolidated total indebtedness (as defined in the indenture) to Adjusted EBITDA on a consolidated basis, excluding Oncor Holdings and its subsidiaries.

In addition, under applicable law, Intermediate Holding would be prohibited from paying any dividend to the extent that immediately following payment of such dividend, Intermediate Holding would be insolvent.

Substantially all of Intermediate Holding's net income is derived from Oncor. The boards of directors of each of Oncor and Oncor Holdings, which are composed of a majority of independent directors, can withhold distributions to the extent the boards determine that it is necessary to retain such amounts to meet expected future requirements of Oncor and/or Oncor Holdings. The directors of Oncor and Oncor Holdings are the same, except for the two directors representing Texas Transmission appointed to the Oncor board that are not directors of Oncor Holdings. For the period beginning October 11, 2007 and ending December 31, 2012, distributions paid by Oncor (other than distributions of the proceeds of any issuance of limited liability company units) are limited by the Limited Liability Company Agreement to an amount not to exceed Oncor's net cumulative income determined in accordance with GAAP, as adjusted by applicable orders of the PUCT. Such adjustments include deducting a $72 million ($46 million after tax) one-time refund to customers in September 2008 and deducting funds spent as part of a $100 million commitment for additional demand–side management or other energy efficiency initiatives of which $22 million ($14 million after tax) has been spent through December 31, 2009, neither of which impacted net income due to purchase accounting, and removing the effect of an $860 million goodwill impairment charge from fourth quarter 2008 net income available for distribution. Distributions are further limited by Oncor's required regulatory capital structure, as determined by the PUCT, to be at or below the assumed debt–to–equity ratio established periodically by the PUCT for ratemaking purposes, which is currently set at 60% debt to 40% equity. For 2009, $35 million of Oncor's net income was restricted from being used to make distributions on its membership interests. The net proceeds of $1.253 billion received from the 2008 sale of equity interests to Texas Transmission and certain members of Oncor's management and board of directors were excluded from these distribution limitations.

*Effect of Sale of Equity Interests by Oncor*—In November 2008, equity interests in Oncor were sold to each of Oncor and Oncor Holdings for $1.254 billion in cash. Equity interests were also sold to certain members of Oncor's board of directors and its management team. Accordingly, after giving effect to all equity issuances, as of December 31, 2009, Oncor's ownership was as follows: 80.03% held by Oncor Holdings, 0.22% held indirectly by Oncor's management and board of directors and 19.75% held by Texas Transmission.

F–187

EFIHMW00052360

EFIHMW00051935

**Table of Contents**

The proceeds (net of closing costs) of $1.253 billion received by Oncor from Texas Transmission and the members of Oncor management upon completion of these transactions were distributed to Oncor Holdings who distributed the proceeds to Intermediate Holding and ultimately to EFH Corp.

*Distributions to EFH Corp.*—In November 2009, Intermediate Holding distributed to EFH Corp. the $99 million aggregate principal amount of EFH Corp. 10.875% and Toggle Notes acquired in the debt exchanges and retired by EFH Corp., as discussed in Note 5. The distribution was recorded as a reduction of membership interest in the amount of the cost of the notes ($74 million).

In May 2008, Intermediate Holding distributed to EFH Corp. its investment totaling $24 million in an entity with telecommunications–related activities that are not part of Oncor's current operations.

*Capital Contributions*—As a result of the Merger, all outstanding unvested stock–based incentive compensation awards previously granted by EFH Corp. to Oncor employees vested and such employees became entitled to receive the $69.25 per share Merger consideration. The settlement of these awards totaled $24 million and was accounted for as an equity contribution from EFH Corp., as was the settlement of $4 million of cash incentive compensation awards.

In connection with the Merger, Texas Holdings paid a $12 million fee related to Oncor's $2 billion revolving credit facility. Such payment was accounted for as an investment by Texas Holdings.

See Notes 1 and 5 for discussion of noncash contributions from EFH Corp. related to debt pushed down to Intermediate Holding in accordance with SEC Staff Accounting Bulletin Topic 5–J.

8. **RELATED–PARTY TRANSACTIONS**

The following represent significant related–party transactions of Intermediate Holding:

- Short–term advances to parent totaled $3 million at both December 31, 2009 and 2008. Interest income on the advances was immaterial in 2009 and $2 million for the year ended December 31, 2008, at a weighted average interest rate of 10.9% during both periods. A $25 million advance was settled in May 2008 as part of Intermediate Holding's distribution of its investment in an entity with telecommunications–related activities that are not part of Oncor's current operations in Note 7.

- EFH Corp. files a consolidated federal income tax return and allocates income tax liabilities to Intermediate Holding substantially as if Intermediate Holding was filing its own income tax returns, except that amounts due from Oncor Holdings under a tax sharing agreement are settled directly with EFH Corp. in accordance with that agreement. Intermediate Holding's results are included in the consolidated Texas state margin tax return filed by EFH Corp. Intermediate Holding's amount payable to EFH Corp. related to income taxes totaled $1 million at December 31, 2009.

- As a result of debt exchanges in November 2009, Intermediate Holding acquired $79 million and $18 million principal amount of TCEH and EFH Corp. debt securities, respectively, reported as investment in long term debt of affiliates. The carrying value of the investments totaling $68 million as of December 31, 2009 represents $67 million principal amount of debt issued in the debt exchange plus $1 million of accretion of purchase discount. Intermediate Holding intends to hold the securities to maturity. Interest income recorded on these investments for the year ended December 31, 2009 totaled $2 million. See Note 5 for additional information on the debt exchanges, including a list of the principal amounts and coupon rates of the securities acquired. The $68 million of debt securities held mature as follows: $7 million in one to five years, $57 million in five to ten years and $4 million after ten years. The fair value of the debt securities as of December 31, 2009 was $74 million, and gross unrealized gains totaled $6 million.

F–188

EFIHMW00052361

EFIHMW00051935

Table of Contents

- Affiliates of the Sponsor Group participated in debt exchange offers completed in November 2009 by EFH Corp., Intermediate Holding and EFH Finance to exchange new senior secured notes for certain EFH Corp. and TCEH notes as discussed in Note 5. Goldman, Sachs & Co. and KKR Capital Markets LLC acted as dealer managers and TPG Capital, L.P. served as an advisor in the exchange offers. These affiliates were compensated for their services in accordance with the terms of the respective agreements. These fees totaled $1 million for the year ended December 31, 2009.

- Affiliates of the Sponsor Group have, and may, sell, acquire or participate in the offerings of debt or debt securities issued by Intermediate Holding or its subsidiaries in open market transactions or through loan syndications.

See Notes 4, 5 and 7 for information regarding income taxes, guarantees and push-down of certain EFH Corp. debt and distributions to EFH Corp., respectively.

Significant related–party transactions involving Oncor Holdings (including its consolidated subsidiary Oncor) and EFH Corp., other affiliates of EFH Corp. and the Sponsor Group are as follows:

- Oncor records revenue from TCEH, principally for electricity delivery fees, which totaled $1.0 billion for each of the years ended December 31, 2009 and 2008, $209 million for the period October 11, 2007 through December 31, 2007 and $823 million for the period January 1, 2007 through October 10, 2007.

- Oncor records interest income from TCEH with respect to Oncor's generation–related regulatory assets, which have been securitized through the issuance of transition bonds by Oncor's bankruptcy–remote financing subsidiary. The interest income serves to offset Oncor's interest expense on the transition bonds. This interest income totaled $42 million and $46 million for the years ended December 31, 2009 and 2008, respectively, $11 million for the period October 11, 2007 through December 31, 2007 and $38 million for the period January 1, 2007 through October 10, 2007.

- Incremental amounts payable by Oncor related to income taxes as a result of delivery fee surcharges to its customers related to transition bonds are reimbursed by TCEH. Oncor Holdings' financial statements reflect a note receivable from TCEH to Oncor of $254 million ($37 million reported as current in trade accounts and other receivables from affiliates) at December 31, 2009 and $289 million ($35 million reported as current in trade accounts and other receivables from affiliates) at December 31, 2008 related to these income taxes.

- An EFH Corp. subsidiary charges Oncor for financial and certain other administrative services at cost. These costs, which are reported in Oncor Holdings' operation and maintenance expenses, totaled $22 million and $24 million for the years ended December 31, 2009 and 2008, respectively, $6 million for the period October 11, 2007 through December 31, 2007 and $20 million for the period January 1, 2007 through October 10, 2007.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility (reported on TCEH's balance sheet) is funded by a delivery fee surcharge collected from REPs by Oncor and remitted to TCEH. These trust fund assets are established with the intent to be sufficient to fund the estimated decommissioning liability (also reported on TCEH's balance sheet). Income and expenses associated with the trust fund and the decommissioning liability recorded by TCEH are offset by a net change in the Oncor and TCEH intercompany receivable/payable, which in turn results in a change in Oncor's reported net regulatory asset/liability. Oncor's regulatory asset of $85 million and $127 million at December 31, 2009 and 2008, respectively, represents the excess of the net decommissioning liability over the trust fund balance.

- EFH Corp. files a consolidated federal income tax return and allocates income tax liabilities to Oncor Holdings under a tax sharing agreement substantially as if Oncor Holdings was filing its own income tax returns. Oncor Holdings' results are included in the consolidated Texas state margin tax return filed by EFH Corp. Oncor Holdings' amount payable to EFH Corp. related to income taxes totaled $5 million at December 31, 2009, and amount receivable from EFH Corp. related to income taxes,

F–189

EFIHMW00052362

EFIHMW00051935

**PX 030**
**Page 428 of 734**

Table of Contents

primarily due to timing of payments, totaled $22 million at December 31, 2008. Oncor Holding's income tax payments in the year ended December 31, 2009 totaled $19 million to EFH Corp., and Oncor made federal income tax payments totaling $9 million to noncontrolling interests.

- Oncor held cash collateral of $15 million on both December 31, 2009 and 2008 from TCEH related to interconnection agreements for three generation units being developed by TCEH.

- Certain transmission and distribution utilities in Texas have tariffs in place to assure adequate credit worthiness of any REP to support the REP's obligation to collect securitization bond–related (transition) charges on behalf of the utility. Under these tariffs, as a result of TCEH's credit rating being below investment grade, TCEH is required to post collateral support in an amount equal to estimated transition charges over specified time periods. Accordingly, as of December 31, 2009 and 2008, TCEH had posted letters of credit in the amount of $15 million and $13 million, respectively, for Oncor's benefit.

- At the closing of the Merger, Oncor entered into its current $2 billion revolving credit facility with a syndicate of financial institutions and other lenders. The syndicate includes affiliates of GS Capital Partners. Affiliates of GS Capital Partners (a member of the Sponsor Group) have from time-to-time engaged in commercial banking transactions with Oncor Holdings or its subsidiaries in the normal course of business.

- Affiliates of the Sponsor Group have, and may, sell, acquire or participate in the offerings of debt or debt securities issued by Oncor Holdings or its subsidiaries in open market transactions or through loan syndications.

- Oncor participates in plans sponsored by EFH Corp. that provide pension, health care and other retiree benefits. Accordingly, Oncor Holdings' financial statements reflect allocations to Oncor of amounts related to these retiree benefit plans. Certain regulatory provisions allow for the recovery by Oncor of retiree benefit costs for all applicable former employees of EFH Corp.'s regulated predecessor integrated electric utility, which in addition to Oncor's active and retired employees consists largely of active and retired personnel engaged in TCEH's activities, related to service of those additional personnel prior to the deregulation and disaggregation of EFH Corp.'s businesses effective January 1, 2002. Accordingly, Oncor and TCEH entered into an agreement whereby Oncor assumed responsibility for applicable retiree benefit costs related to those personnel.

## 9. SUPPLEMENTARY FINANCIAL INFORMATION

*Interest Expense and Related Charges*

| | Successor | | | Predecessor |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Interest | $ 269 | $ 251 | $ 66 | $ — |
| Amortization of debt issuance costs | 10 | 11 | 2 | — |
| Total interest expense and related charges | $ 279 | $ 262 | $ 68 | $ — |

F-190

EFIHMW00052363

EFIHMW00051935

**PX 030**
**Page 429 of 734**

**Table of Contents**
*Supplemental Cash Flow Information*

| | Successor | | | Predecessor |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Noncash investing and financing activities: | | | | |
| Effect of Parent's payment of interest and issuance of Toggle Notes as consideration for cash interest, net of tax, on pushed-down debt | $ 227 | $ 140 | $ 24 | $ — |
| Debt exchange transaction | (55) | — | — | — |
| Capital contribution related to settlement of certain income taxes payable (a) | 50 | — | — | — |
| Effect of push down of debt from EFH Corp. | (33) | — | (2,182) | — |
| Contribution related to incentive compensation plans | — | — | 28 | — |
| Capital contribution from Texas Holdings | — | — | 12 | — |

(a)    Reflects noncash settlement of certain income taxes payable arising as a result of the sale of equity interests by Oncor.

F–191

EFIHMW00052364

EFIHMW00051935

Table of Contents

# GLOSSARY

When the following terms and abbreviations appear in the text of this report, they have the meanings indicated below.

| | |
|---|---|
| **2009 Form 10–K** | Intermediate Holding's Annual Report on Form 10–K for the year ended December 31, 2009 |
| **Adjusted EBITDA** | Adjusted EBITDA means EBITDA adjusted to exclude non–cash items, unusual items and other adjustments allowable under the EFIH Notes and certain debt arrangements of EFH Corp. and its subsidiaries. See definition of EBITDA below. Adjusted EBITDA and EBITDA are not recognized terms under GAAP and, thus, are non–GAAP financial measures. Intermediate Holding is providing its and EFH Corp.'s Adjusted EBITDA elsewhere herein for the quarter ended June 30, 2010 (see reconciliation in Annex C) solely because of the important role that Adjusted EBITDA plays in respect of certain covenants contained in the indenture for the EFIH Notes and EFH Corp. debt pushed down to Intermediate Holding as discussed in Note 3 to Financial Statements. Intermediate Holding does not intend for Adjusted EBITDA (or EBITDA) to be an alternative to net income as a measure of operating performance or an alternative to cash flows from operating activities as a measure of liquidity or an alternative to any other measure of financial performance presented in accordance with GAAP. Additionally, Intermediate Holding does not intend for Adjusted EBITDA (or EBITDA) to be used as a measure of free cash flow available for management's discretionary use, as the measure excludes certain cash requirements such as interest payments, tax payments and other debt service requirements. Because not all companies use identical calculations, Intermediate Holding's presentation of Adjusted EBITDA (and EBITDA) may not be comparable to similarly titled measures of other companies. |
| **CREZ** | Competitive Renewable Energy Zone |
| **EBITDA** | Refers to earnings (net income) before interest expense, income taxes, depreciation and amortization. See the definition of Adjusted EBITDA above. |
| **EFC Holdings** | Refers to Energy Future Competitive Holdings Company, a direct wholly–owned subsidiary of EFH Corp. and the direct parent of TCEH and or its subsidiaries, depending on context. |
| **EFH Corp.** | Refers to Energy Future Holdings Corp., a holding company, and/or its subsidiaries, depending on context. Its major subsidiaries include Oncor and TCEH. |
| **EFH Corp. Senior Notes** | Refers collectively to EFH Corp.'s 10.875% Senior Notes due November 1, 2017 (EFH Corp. 10.875% Notes) and EFH Corp.'s 11.25%/12.00% Senior Toggle Notes due November 1, 2017 (EFH Corp. Toggle Notes). |
| **EFH Corp. Senior Secured Notes** | Refers collectively to EFH Corp.'s 9.75% Senior Secured Notes due October 15, 2019 (EFH Corp. 9.75% Notes) and EFH Corp.'s 10.000% Senior Secured Notes due January 15, 2020 (EFH Corp. 10% Notes). |

EFIHMW00052365

EFIHMW00051935

**PX 030**
**Page 431 of 734**

| | |
|---|---|
| **EFIH Finance** | Refers to EFIH Finance Inc., a direct, wholly–owned subsidiary of Intermediate Holding, formed for the sole purpose of serving as co–issuer with Intermediate Holding of certain debt securities. |
| **EFIH 9.75% Notes** | Refers to Intermediate Holding's and EFIH Finance's 9.75% Senior Secured Notes due October 15, 2019. |
| **EPA** | US Environmental Protection Agency |
| **ERCOT** | Electric Reliability Council of Texas, the independent system operator and the regional coordinator of the various electricity systems within Texas |
| **FASB** | Financial Accounting Standards Board, the designated organization in the private sector for establishing standards for financial accounting and reporting |
| **FERC** | US Federal Energy Regulatory Commission |
| **Fitch** | Fitch Ratings, Ltd. (a credit rating agency) |
| **GAAP** | generally accepted accounting principles |
| **Intermediate Holding** | Refers to Energy Future Intermediate Holding Company LLC, a direct, wholly–owned subsidiary of EFH Corp. and the direct parent of Oncor Holdings, and/or its subsidiaries depending on context. |
| **Investment LLC** | Refers to Oncor Management Investment LLC, a limited liability company and minority membership interest owner (approximately 0.22%) of Oncor, whose managing member is Oncor and whose Class B Interests are owned by officers, directors and key employees of Oncor. |
| **Limited Liability Company Agreement** | The Second Amended and Restated Limited Liability Company Agreement of Oncor, dated as of November 5, 2008, by and among Oncor Holdings, Texas Transmission and Investment LLC, as amended. |
| **Luminant** | Refers to subsidiaries of TCEH engaged in competitive market activities consisting of electricity generation and wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas. |
| **Merger** | The transaction referred to in "Merger Agreement" (defined immediately below) that was completed on October 10, 2007. |
| **Merger Agreement** | Agreement and Plan of Merger, dated February 25, 2007, under which Texas Holdings agreed to acquire EFH Corp. |
| **Moody's** | Moody's Investors Services, Inc. (a credit rating agency) |
| **NERC** | North American Electric Reliability Corporation |
| **Oncor** | Refers to Oncor Electric Delivery Company LLC, a direct, majority–owned subsidiary of Oncor Holdings, and/or its wholly–owned consolidated bankruptcy–remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC, depending on context. |
| **Oncor Holdings** | Refers to Oncor Electric Delivery Holdings Company LLC, a direct, wholly–owned subsidiary of Intermediate Holding and the direct majority owner of Oncor, and/or its subsidiaries, depending on context. |

**Table of Contents**

| | |
|---|---|
| **Oncor Ring–Fenced Entities** | Refers to Oncor Holdings and its direct and indirect subsidiaries |
| **OPEB** | other postretirement employee benefits |
| **PUCT** | Public Utility Commission of Texas |
| **PURA** | Texas Public Utility Regulatory Act |
| **Purchase accounting** | The purchase method of accounting for a business combination as prescribed by US GAAP, whereby the cost or "purchase price" of a business combination, including the amount paid for the equity and direct transaction costs, are allocated to identifiable assets and liabilities (including intangible assets) based upon their fair values. The excess of the purchase price over the fair values of assets and liabilities is recorded as goodwill. |
| **REP** | retail electric provider |
| **S&P** | Standard & Poor's Ratings Services, a division of the McGraw-Hill Companies, Inc. (a credit rating agency) |
| **SEC** | US Securities and Exchange Commission |
| **Sponsor Group** | Collectively, the investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P. (KKR), TPG Capital, L.P. and GS Capital Partners, an affiliate of Goldman Sachs & Co. (See Texas Holdings below.) |
| **TCEH** | Refers to Texas Competitive Electric Holdings Company LLC, a direct, wholly-owned subsidiary of EFC Holdings and an indirect subsidiary of EFH Corp., and/or its subsidiaries, depending on context. |
| **TCEQ** | Texas Commission on Environmental Quality |
| **Texas Holdings** | Refers to Texas Energy Future Holdings Limited Partnership, a limited partnership controlled by the Sponsor Group that owns substantially all of the common stock of EFH Corp. |
| **Texas Holdings Group** | Refers to Texas Holdings and its direct and indirect subsidiaries other than the Oncor Ring–Fenced Entities. |
| **Texas Transmission** | Refers to Texas Transmission Investment LLC, a limited liability company that owns a 19.75% equity interest in Oncor. Texas Transmission is not affiliated with EFH Corp., any of EFH Corp.'s subsidiaries or any member of the Sponsor Group. |
| **TRE** | Refers to Texas Regional Entity, an independent organization that develops reliability standards for the ERCOT region and monitors and enforces compliance with NERC standards and ERCOT protocols. |
| **TXU Energy** | Refers to TXU Energy Retail Company LLC, a direct, wholly-owned subsidiary of TCEH engaged in the retail sale of electricity to residential and business customers. TXU Energy is a REP in competitive areas of ERCOT. |
| **US** | United States of America |
| **VIE** | variable interest entity |

F–194

EFIHMW00052367

EFIHMW00051935

**PX 030**
**Page 433 of 734**

Table of Contents

### ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC
### CONDENSED STATEMENTS OF CONSOLIDATED INCOME
(Unaudited)

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2010 | 2009 | 2010 | 2009 |
| | (millions of dollars) | | | |
| Interest income | $ 3 | $ — | $ 4 | $ — |
| Interest expense and related charges (Note 7) | (76) | (69) | (150) | (137) |
| Loss before income taxes and equity in earnings of unconsolidated subsidiary | (73) | (69) | (146) | (137) |
| Income tax benefit | 25 | 23 | 49 | 46 |
| Equity in earnings of unconsolidated subsidiary (net of tax) (Note 2) | 59 | 66 | 122 | 112 |
| Net income | $ 11 | $ 20 | $ 25 | $ 21 |

See Notes to Financial Statements.

F−195

EFIHMW00052368

EFIHMW00051935

**PX 030**
**Page 434 of 734**

Table of Contents

**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC**
**CONDENSED STATEMENTS OF CONSOLIDATED CASH FLOWS**
(Unaudited)

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2010 | 2009 |
| | (millions of dollars) | |
| Cash flows—operating activities: | | |
| Net income | $    25 | $    21 |
| Adjustments to reconcile net income to cash provided by operating activities: | | |
| Equity in earnings of unconsolidated subsidiary | (122) | (112) |
| Distributions of earnings from unconsolidated subsidiary | 87 | 58 |
| Amortization of debt issuance costs | 5 | 5 |
| Deferred income taxes—net | (10) | — |
| Noncash interest expense related to pushed down debt of parent (Note 3) | 136 | 131 |
| Changes in operating assets and liabilities: | | |
| Net changes in debt–related assets and liabilities | (36) | (45) |
| Cash provided by operating activities | 85 | 58 |
| | | |
| Cash flows—financing activities: | | |
| Advances from EFH Corp. | 4 | — |
| Distributions to EFH Corp. | (2) | (58) |
| Debt exchange and issuance costs | (7) | — |
| Cash used in financing activities | (5) | (58) |
| | | |
| Cash flows—investing activities: | | |
| Advances to EFH Corp. | 3 | — |
| Cash provided by investing activities | 3 | — |
| | | |
| Net change in cash and cash equivalents | 83 | |
| Cash and cash equivalents—beginning balance | — | — |
| | | |
| Cash and cash equivalents—ending balance | $    83 | $    — |

See Notes to Financial Statements.

F–196

EFIHMW00052369

EFIHMW00051935

**PX 030**
**Page 435 of 734**

Table of Contents

**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**

| | June 30, 2010 | December 31, 2009 |
|---|---|---|
| | (millions of dollars) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 83 | $ — |
| Trade accounts and other receivable from affiliates—net | 2 | 2 |
| Advances to parent (Note 6) | — | 3 |
| Total current assets | 85 | 5 |
| Investment in Oncor Holdings (Note 2) | 5,450 | 5,396 |
| Investment in long-term debt of affiliates (Note 6) | 69 | 68 |
| Accumulated deferred income taxes | 65 | 55 |
| Other noncurrent assets | 48 | 53 |
| Total assets | $ 5,717 | $ 5,577 |
| **LIABILITIES AND MEMBERSHIP INTERESTS** | | |
| Current liabilities: | | |
| Trade accounts and other payables to affiliates | $ — | $ 6 |
| Income taxes payable to EFH Corp. (Note 6) | — | 1 |
| Advances from parent (Note 6) | 4 | — |
| Accrued interest | 51 | 47 |
| Total current liabilities | 55 | 54 |
| Long-term debt (Note 3) | 2,575 | 2,513 |
| Total liabilities | 2,630 | 2,567 |
| Commitments and Contingencies (Note 4) | | |
| Membership interests (Note 5) | 3,087 | 3,010 |
| Total liabilities and membership interests | $ 5,717 | $ 5,577 |

See Notes to Financial Statements.

F–197

EFIHMW00052370

EFIHMW00051935

Table of Contents

ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC
NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
(Unaudited)

**1. SIGNIFICANT ACCOUNTING POLICIES AND BUSINESS**

*Description of Business*

Intermediate Holding is a Dallas, Texas–based holding company whose wholly–owned subsidiary, Oncor Holdings, holds a majority interest (approximately 80%) in Oncor. Oncor is a regulated electricity transmission and distribution company principally engaged in providing delivery services to REPs, including subsidiaries of TCEH, that sell power in the north–central, eastern and western parts of Texas. Intermediate Holding is a direct, wholly–owned subsidiary of EFH Corp. Because Intermediate Holding is managed as an integrated business, there are no separate reportable business segments. See Note 2 regarding the deconsolidation of Oncor (and its majority owner, Oncor Holdings) as a result of amended consolidation accounting standards related to variable interest entities (VIEs) effective January 1, 2010.

References in this report to Intermediate Holding are to Intermediate Holding and/or its direct and indirect subsidiaries as apparent in the context. See "Glossary" for definition of terms and abbreviations.

Various "ring–fencing" measures have been taken to enhance the credit quality of Oncor Holdings and Oncor. These measures serve to mitigate Oncor's and Oncor Holdings' credit exposure to the Texas Holdings Group, which includes Intermediate Holding, and to reduce the risk that the assets and liabilities of Oncor or Oncor Holdings would be substantively consolidated with the assets and liabilities of the Texas Holdings Group in the event of a bankruptcy of one or more of those entities. Such measures include, among other things: Oncor's sale of a 19.75% equity interest to Texas Transmission in November 2008; maintenance of separate books and records for the Oncor Ring–Fenced Entities; the board of directors of Oncor Holdings and Oncor being comprised of a majority of independent directors, and prohibitions on the Oncor Ring–Fenced Entities' providing credit support to, or receiving credit support from, any member of the Texas Holdings Group. The assets and liabilities of the Oncor Ring–Fenced Entities are separate and distinct from those of the Texas Holdings Group, including TXU Energy and Luminant, and none of the assets of the Oncor Ring–Fenced Entities are available to satisfy the debt or contractual obligations of any member of the Texas Holdings Group. Oncor and Oncor Holdings do not bear any liability for debt or contractual obligations of the Texas Holdings Group, and vice versa. Accordingly, Oncor Holdings' operations are conducted, and its cash flows managed, independently from the Texas Holdings Group.

*Basis of Presentation*

The condensed consolidated financial statements have been prepared in accordance with US GAAP and on the same basis as the audited financial statements included in the 2009 Form 10–K with the exception of the retrospective adoption of amended guidance regarding consolidation accounting standards related to VIEs that resulted in the deconsolidation of Oncor Holdings and the accounting for the investment in Oncor Holdings under the equity method (see Note 2). All adjustments (consisting of normal recurring accruals) necessary for a fair presentation of the results of operations and financial position have been included therein. All intercompany items and transactions have been eliminated in consolidation. Certain information and footnote disclosures normally included in annual consolidated financial statements prepared in accordance with US GAAP have been omitted pursuant to the rules and regulations of the SEC. Because the condensed consolidated interim financial statements do not include all of the information and footnotes required by US GAAP, they should be read in conjunction with the audited financial statements and related notes included in the 2009 Form 10–K. The results of operations for an interim period may not give a true indication of results for a full year. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated.

F–198

EFIHMW00052371

EFIHMW00051935

**PX 030
Page 437 of 734**

Table of Contents
*Use of Estimates*

Preparation of Intermediate Holding's financial statements requires management to make estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and the reported amounts of income and expense. In the event estimates and/or assumptions prove to be different from actual amounts, adjustments are made in subsequent periods to reflect more current information. No material adjustments were made to previous estimates or assumptions during the current year.

*Changes in Accounting Standards*

In June 2009, the FASB issued new guidance that requires reconsideration of consolidation conclusions for all VIEs and other entities with which Intermediate Holding is involved. Intermediate Holding adopted this new guidance as of January 1, 2010. See Note 2 for discussion of Intermediate Holding's evaluation of VIEs and the resulting deconsolidation of Oncor Holdings and its subsidiaries that resulted in the accounting for Intermediate Holding's investment in Oncor Holdings and its subsidiaries under the equity method.

**2. INVESTMENT IN ONCOR HOLDINGS**

Intermediate Holding adopted amended accounting standards on January 1, 2010 that require consolidation of a VIE if it has the power to direct the significant activities of the VIE and the right or obligation to absorb profit and loss from the VIE. A VIE is an entity with which Intermediate Holding has a relationship or arrangement that indicates some level of control over the entity or results in economic risks to Intermediate Holding. As discussed below, Intermediate Holding's balance sheet reflects the deconsolidation of Oncor Holdings, which holds an approximate 80% interest in Oncor (an SEC registrant) and the reporting of Intermediate Holding's investment in Oncor Holdings under the equity method on a retrospective basis.

Intermediate Holding's variable interests consist of equity investments in Oncor Holdings. In determining the appropriateness of consolidation of a VIE, Intermediate Holding evaluates its purpose, governance structure, decision making processes and risks that are passed on to its interest holders. Intermediate Holding also examined the nature of any related party relationships among the interest holders of the VIE and the nature of any special rights granted to the interest holders of the VIE.

In reaching the conclusion to deconsolidate, Intermediate Holding conducted an extensive analysis of Oncor Holdings' underlying governing documents and management structure. Oncor Holdings' unique governance structure was adopted in conjunction with the Merger, when the Sponsor Group, EFH Corp. and Oncor agreed to implement structural and operational measures to "ring–fence" (the Ring–Fencing Measures) Oncor Holdings and Oncor as discussed in Note 1. The Ring–Fencing Measures were designed to prevent, among other things, (i) increased borrowing costs at Oncor due to the attribution to Oncor of debt from any of EFH Corp.'s other subsidiaries, (ii) the activities of EFH Corp.'s unregulated operations following the Merger resulting in the deterioration of Oncor's business, financial condition and/or investment in infrastructure, and (iii) Oncor becoming substantively consolidated into a bankruptcy proceeding involving any member of the Texas Holdings Group. The Ring–Fencing Measures effectively separated the daily operational and management control of Oncor Holdings and Oncor from EFH Corp. and its other subsidiaries. By implementing the Ring–Fencing Measures, Oncor maintained its investment grade credit rating following the Merger and reaffirmed Oncor's independence from EFH Corp.'s unregulated businesses to the PUCT.

Intermediate Holding determined the most significant activities affecting the economic performance of Oncor Holdings (and Oncor) are the operation, maintenance and growth of Oncor's electric transmission and distribution assets and the preservation of its investment grade credit profile. The boards of directors of Oncor Holdings and Oncor have ultimate responsibility for the management of the day–to–day operations of their respective businesses, including the approval of Oncor's capital expenditure and operating budgets and the timing and prosecution of Oncor's rate cases. While the boards include members appointed by Intermediate

EFIHMW00052372

EFIHMW00051935

**PX 030
Page 438 of 734**

Table of Contents
Holding, a majority of the board members are independent in accordance with rules established by the New York Stock Exchange, and therefore, Intermediate Holding concluded for purposes of applying the amended accounting standards that Intermediate Holding does not have power to control the activities deemed most significant to Oncor Holdings' (and Oncor's) economic performance.

In assessing Intermediate Holding's ability to exercise control over Oncor Holdings and Oncor, Intermediate Holding considered whether it could take actions to circumvent the purpose and intent of the Ring−Fencing Measures (including changing the composition of Oncor Holdings' or Oncor's board) in order to gain control over the day−to−day operations of either Oncor Holdings or Oncor. Intermediate Holding also considered whether (i) Intermediate Holding has the unilateral power to dissolve, liquidate or force into bankruptcy either Oncor Holdings or Oncor, (ii) Intermediate Holding could unilaterally amend the Ring−Fencing Measures contained in underlying governing documents of Oncor Holdings or Oncor, and (iii) Intermediate Holding could control Oncor's ability to pay distributions and thereby enhance its own cash flow. Intermediate Holding concluded that, in each case, no such opportunity exists.

Intermediate Holding accounts for its investment in Oncor Holdings under the equity method, as opposed to the cost method, because Intermediate Holding has the ability to exercise significant influence (as defined by US GAAP) over its activities.

The carrying value of Intermediate Holding's variable interest in Oncor Holdings that it does not consolidate totaled $5.450 billion and $5.396 billion at June 30, 2010 and December 31, 2009, respectively, and is reported as investment in Oncor Holdings in the balance sheet. Intermediate Holding's maximum exposure to loss from these interests does not exceed its carrying value.

Condensed statements of consolidated income of Oncor Holdings for the three and six months ended June 30, 2010 and 2009 are presented below:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| Operating revenues | $    702 | $    653 | $    1,405 | $    1,266 |
| Operation and maintenance expenses | (252) | (230) | (501) | (456) |
| Depreciation and amortization | (164) | (132) | (331) | (258) |
| Taxes other than income taxes | (93) | (90) | (187) | (187) |
| Other income | 9 | 10 | 19 | 20 |
| Other deductions | (2) | (4) | (3) | (8) |
| Interest income | 9 | 10 | 19 | 19 |
| Interest expense and related charges | (86) | (87) | (170) | (171) |
| Income before income taxes | 123 | 130 | 251 | 225 |
| Income taxes | (49) | (48) | (98) | (85) |
| Net income | 74 | 82 | 153 | 140 |
| Net income attributable to noncontrolling interests | (15) | (16) | (31) | (28) |
| Net income attributable to Oncor Holdings | $    59 | $    66 | $    122 | $    112 |

F−200

EFIHMW00052373

EFIHMW00051935

Table of Contents

Assets and liabilities of Oncor Holdings at June 30, 2010 and December 31, 2009 are presented below:

|  | June 30, 2010 | December 31, 2009 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 14 | $ 29 |
| Restricted cash | 47 | 47 |
| Trade accounts receivable from nonaffiliates—net | 282 | 243 |
| Trade accounts and other receivables from affiliates | 215 | 188 |
| Income taxes receivable from EFH Corp. | 3 | — |
| Accumulated deferred income taxes | 6 | 10 |
| Materials and supplies inventories—at average cost | 95 | 92 |
| Prepayments | 82 | 76 |
| Other current assets | 4 | 8 |
| Total current assets | 748 | 693 |
| Restricted cash | 16 | 14 |
| Investments and other property | 75 | 72 |
| Property, plant and equipment—net | 9,459 | 9,174 |
| Goodwill | 4,064 | 4,064 |
| Note receivable due from TCEH | 199 | 217 |
| Regulatory assets—net | 1,707 | 1,959 |
| Other noncurrent assets | 207 | 51 |
| Total assets | $16,475 | $ 16,244 |
| **LIABILITIES** | | |
| Current liabilities: | | |
| Short-term borrowings | $ 948 | $ 616 |
| Long-term debt due currently | 110 | 108 |
| Trade accounts payable | 147 | 129 |
| Income taxes payable to EFH Corp. | — | 5 |
| Accrued taxes other than income | 80 | 137 |
| Accrued interest | 102 | 104 |
| Other current liabilities | 92 | 106 |
| Total current liabilities | 1,479 | 1,205 |
| Accumulated deferred income taxes | 1,374 | 1,369 |
| Investment tax credits | 35 | 37 |
| Long-term debt, less amounts due currently | 4,942 | 4,996 |
| Other noncurrent liabilities and deferred credits | 1,788 | 1,879 |
| Total liabilities | $ 9,618 | $ 9,486 |

F–201

EFIHMW00052374

EFIHMW00051935

**PX 030**
**Page 440 of 734**

Table of Contents
3. LONG−TERM DEBT

At June 30, 2010 and December 31, 2009, long−term debt consisted of the following:

| | June 30, 2010 | December 31, 2009 |
|---|---|---|
| 9.75% Fixed Senior Secured Notes due October 15, 2019 | $   141 | $   141 |
| 10.875% EFH Corp. Fixed Senior Notes due November 1, 2017 (a) | 906 | 916 |
| 11.25/12.00% EFH Corp. Senior Toggle Notes due November 1, 2017 (a) | 1,379 | 1,399 |
| 9.75% EFH Corp. Fixed Senior Secured Notes due October 15, 2019 (a) | 57 | 57 |
| 10.000% EFH Corp. Fixed Senior Secured Notes due January 15, 2020 (a) | 92 | — |
| Total long−term debt (b) | $ 2,575 | $   2,513 |

_____

(a)   Represents 50% of the principal amount of these EFH Corp. securities guaranteed by Intermediate Holding (pushed−down debt) per the discussion below under "Push Down of EFH Corp. Notes."

(b)   Intermediate Holding had no long−term debt due currently at June 30, 2010 or December 31, 2009.

*Debt−Related Activity in 2010*

   **EFH Corp. 10% Senior Secured Notes**—In January 2010, EFH Corp. issued $500 million aggregate principal amount of 10.000% Senior Secured Notes due 2020 (the EFH Corp. 10% Notes). In various exchange transactions in March through July 2010, EFH Corp. issued an additional $561 million of EFH Corp. 10% Notes (see "2010 Debt Exchanges and Repurchases" below). The notes will mature on January 15, 2020, and interest is payable in cash in arrears on January 15 and July 15 of each year, beginning July 15, 2010, at a fixed rate of 10.00% per annum.

   The EFH Corp. 10% Notes are fully and unconditionally guaranteed on a joint and several basis by EFC Holdings and Intermediate Holding. The guarantee from Intermediate Holding is secured by the pledge of all membership interests and other investments Intermediate Holding owns or holds in Oncor Holdings or any of Oncor Holdings' subsidiaries (the Collateral). The guarantee from EFC Holdings is not secured. The EFH Corp. 10% Notes are secured by the Collateral on an equal and ratable basis with the EFH Corp. 9.75% and EFIH 9.75% Notes (see "EFH Corp. and Intermediate Holding Senior Secured Notes" below).

   The EFH Corp. 10% Notes are a senior obligation and rank equally in right of payment with all senior indebtedness of EFH Corp. and are senior in right of payment to any future subordinated indebtedness of EFH Corp. These notes are effectively subordinated to any indebtedness of EFH Corp. secured by assets of EFH Corp. to the extent of the value of the assets securing such indebtedness and structurally subordinated to all indebtedness and other liabilities of EFH Corp.'s non−guarantor subsidiaries.

   The guarantees of the EFH Corp. 10% Notes are the general senior obligations of each guarantor and rank equally in right of payment with all existing and future senior indebtedness of each guarantor. The guarantee from Intermediate Holding is effectively senior to all unsecured indebtedness of Intermediate Holding to the extent of the value of the Collateral. The guarantees are effectively subordinated to all secured indebtedness of each guarantor secured by assets other than the Collateral to the extent of the value of the assets securing such indebtedness and are structurally subordinated to any existing and future indebtedness and liabilities of EFH Corp.'s subsidiaries that are not guarantors.

   Until January 15, 2013, EFH Corp. may redeem, with the net cash proceeds of certain equity offerings, up to 35% of the aggregate principal amount of the EFH Corp. 10% Notes from time to time at a redemption price of 110.000% of the aggregate principal amount of the notes being redeemed, plus accrued and unpaid interest, if any. EFH Corp. may redeem the notes at any time prior to January 15, 2015 at a price equal to 100% of their principal amount, plus accrued and unpaid interest and the applicable premium as defined in the indenture. EFH

F−202

EFIHMW00052375

EFIHMW00051935

**PX 030**

**Page 441 of 734**

Table of Contents

Corp. may also redeem the notes, in whole or in part, at any time on or after January 15, 2015, at specified redemption prices, plus accrued and unpaid interest, if any. Upon the occurrence of a change of control (as described in the indenture), EFH Corp. must offer to repurchase the notes at 101% of their principal amount, plus accrued and unpaid interest, if any.

*2010 Debt Exchanges and Repurchases*—Debt exchanges and repurchases completed by EFH Corp. year–to–date July 2010 resulted in acquisitions of $1.108 billion aggregate principal amount of outstanding EFH Corp. and TCEH debt in exchange for $561 million aggregate principal amount of EFH Corp. 10% Notes due 2020 and $235 million in cash. Of the $1.108 billion debt acquired, $298 million had been pushed down to Intermediate Holding (at 50%), and all of the $561 million debt issued is subject to push down (at 50%). These transactions are described immediately below.

In a private exchange completed in March 2010, EFH Corp. issued an additional $34 million principal amount of EFH Corp. 10% Notes in exchange for $20 million principal amount of EFH Corp. Toggle Notes and $27 million principal amount of the TCEH Merger–related debt securities.

In private transactions completed in April through June 2010, EFH Corp. repurchased $96 million principal amount of EFH Corp. Toggle Notes, $19 million principal amount of EFH Corp. 10.875% Notes and $196 million principal amount of TCEH Merger–related debt for $211 million cash plus accrued interest, and also issued an additional $72 million principal amount of EFH Corp. 10% Notes in exchange for $85 million principal amount of EFH Corp. Toggle Notes and $17 million principal amount of TCEH Merger–related debt securities.

In private transactions completed in July 2010, EFH Corp. repurchased $28 million principal amount of EFH Corp. Toggle Notes and $8 million principal amount of TCEH Merger–related debt for $24 million in cash plus accrued interest, and also issued an additional $455 million principal amount of EFH Corp. 10% Notes in exchange for $549 million principal amount of EFH Corp. 5.55% Series P Senior Notes (not pushed down to Intermediate Holding), $25 million principal amount of EFH Corp. Toggle Notes, $25 million principal amount of EFH Corp. 10.875% Notes and $13 million principal amount of TCEH Merger–related debt.

The EFH Corp. 10.875% Notes and EFH Corp. Toggle Notes acquired in the transactions described above were cancelled by EFH Corp. See "Push Down of EFH Corp. Notes" below.

*July 2010 Debt Exchange Offer*—In July 2010, Intermediate Holding and EFIH Finance, a wholly–owned subsidiary of Intermediate Holding, (collectively, the Offerors) commenced offers to exchange the outstanding EFH Corp. Toggle Notes and EFH Corp. 10.875% Notes (collectively, the Exchange Notes) for up to $2.18 billion aggregate principal amount of new 10.000% senior secured notes due 2020 (new senior secured notes) to be issued by the Offerors and an aggregate of up to $500 million in cash, subject to certain conditions. The purpose of the exchange offers is to reduce the outstanding principal amount and extend the weighted average maturity of the long–term debt of EFH Corp. and its subsidiaries.

Concurrent with the exchange offers, EFH Corp. solicited consents from holders of the Exchange Notes to certain proposed amendments to the indenture that governs the Exchange Notes. The proposed amendments would eliminate substantially all of the restrictive covenants in the indenture, eliminate certain events of default, modify the covenant regarding mergers and consolidations, and modify or eliminate certain other provisions.

EFH Corp. has been advised by the exchange agent for the exchange offers that, as of 5:00 p.m., New York City time, on July 29, 2010, consents were delivered with respect to $4.47 billion aggregate principal amount of outstanding Exchange Notes, representing approximately 99.5% of the outstanding Exchange Notes. As a result, EFH Corp. received the requisite consents to adopt, and executed a supplemental indenture to effectuate, the proposed amendments. This supplemental indenture to the indenture related to the Exchange Notes will not become operative until the exchange offers are complete.

The consummation of the exchange offers is conditioned, among other things, on at least a majority of the outstanding aggregate principal amount of Exchange Notes being validly tendered (and not validly withdrawn) at

F–203

EFIHMW00052376

EFIHMW00051935

**PX 030**
**Page 442 of 734**

Table of Contents

or prior to midnight, New York City time, on August 12, 2010. Subject to applicable law, the Offerors have the right to amend any of the exchange offers or the consent solicitation at any time and for any reason and to terminate or withdraw any of the exchange offers and consent solicitation if any of the applicable conditions are not satisfied.

The Offerors filed a registration statement on Form S–4 (Registration Statement) relating to the exchange offers and the consent solicitation with the SEC in July 2010. The Registration Statement has not yet become effective, and the new senior secured notes may not be issued, nor may the exchange offers be completed, until such time as the Registration Statement has been declared effective by the SEC and is not subject to a stop order or any proceedings for that purpose. There is no assurance that the exchange offers will be completed or that they will be completed on the contemplated terms and conditions.

*Push Down of EFH Corp. Notes*

Merger–related debt of EFC Holdings and its subsidiaries consists of debt issued or existing at the time of the Merger. Debt issued in exchange for Merger–related debt is considered Merger–related. Merger–related debt that is fully and unconditionally guaranteed on a joint and several basis by EFC Holdings and Intermediate Holding is subject to push down in accordance with SEC Staff Accounting Bulletin Topic 5–J, and as a result, a portion of such debt and related interest expense is reflected in the financial statements of Intermediate Holding. The amount reflected on Intermediate Holding's balance sheet represents 50% of the EFH Corp. Merger–related debt it has guaranteed. This percentage reflects the fact that at the time of the Merger, the equity investments of EFC Holdings and Intermediate Holding in their respective operating subsidiaries were essentially equal amounts. Because payment of principal and interest on the notes is the responsibility of EFH Corp., Intermediate Holding records the settlement of such amounts as noncash capital contributions from EFH Corp.

The Merger–related debt of EFH Corp. at June 30, 2010 guaranteed by EFC Holdings and Intermediate Holding consisted of $1.812 billion principal amount of 10.875% Senior Notes due November 2017 (EFH Corp. 10.875% Notes), $2.758 billion principal amount of EFH Corp. Toggle Notes, $115 million principal amount of 9.75% Senior Secured Notes due October 2019 (EFH Corp. 9.75% Notes) and $184 million principal amount of EFH Corp. 10% Notes. Intermediate Holding's balance sheet at June 30, 2010 reflects 50% of these amounts. The $184 million principal amount of EFH Corp. 10% Notes subject to push down reflects the principal amount ($106 million) of such notes issued in exchange for EFH Corp. and TCEH Merger–related debt plus a portion of the principal amount ($78 million) of EFH Corp. 10% Notes issued in January 2010, with such portion representing cash proceeds from the issuance subsequently used to repurchase EFH Corp. Merger–related debt.

The guarantee from EFC Holdings on the Merger–related debt is not secured, and the guarantee from Intermediate Holding on the EFH Corp. Senior Notes is not secured. The guarantee from Intermediate Holding with respect to the EFH Corp. 10% and 9.75% Notes is secured as described above and below, respectively. The guarantees are the general senior obligation of each guarantor and rank equally in right of payment with all existing and future senior indebtedness of each guarantor. The guarantees will be effectively subordinated to all secured indebtedness of each guarantor secured by assets other than the Collateral to the extent of the value of the assets securing such indebtedness and will be structurally subordinated to any existing and future indebtedness and liabilities of EFH Corp.'s subsidiaries that are not guarantors.

Borrowings under the EFH Corp. 10.875% Notes bear interest that is payable semiannually in arrears on May 1 and November 1 of each year at a fixed rate of 10.875% per annum. Borrowings under the EFH Corp. 9.75% Notes bear interest that is payable semiannually in arrears on April 15 and October 15 of each year at a fixed rate of 9.75% per annum. Borrowings under the EFH Corp. Toggle Notes bear interest that is payable semiannually in arrears on May 1 and November 1 of each year at a fixed rate of 11.250% per annum for cash interest and at a fixed rate of 12.000% per annum for PIK interest. For any interest period until November 2012, EFH Corp. may elect to pay interest on the EFH Corp. Toggle Notes (i) entirely in cash, (ii) by increasing the principal amount of the notes or by issuing new EFH Corp. Toggle Notes; or (iii) 50% in cash and 50% in PIK

F–204

EFIHMW00052377

EFIHMW00051935

**PX 030**
**Page 443 of 734**

Table of Contents
interest. Once EFH Corp. makes a PIK election, the election is valid for each succeeding interest payment period until EFH Corp. revokes the election.

Until November 1, 2010, EFH Corp. may redeem, with the net cash proceeds of certain equity offerings, up to 35% of the aggregate principal amount of its 10.875% and Toggle Notes from time to time at a redemption price of 110.875% and 111.250%, respectively, of the aggregate principal amounts, plus accrued and unpaid interest, if any. EFH Corp. may redeem the notes at any time prior to November 1, 2012 at a price equal to 100% of their principal amount, plus accrued and unpaid interest and the applicable premium as defined in the indenture. EFH Corp. may also redeem the notes, in whole or in part, at any time on or after November 1, 2012, at specified redemption prices, plus accrued and unpaid interest, if any. Upon the occurrence of a change in control of EFH Corp., EFH Corp. must offer to repurchase its 10.875%, Toggle and 9.75% Notes at 101% of their principal amount, plus accrued and unpaid interest, if any. See immediately below for additional terms of the EFH Corp. 9.75% Notes.

### EFH Corp. and Intermediate Holding 9.75% Senior Secured Notes

The EFH Corp. 9.75% Notes and Intermediate Holding's and EFIH Finance's 9.75% Senior Secured Notes due October 15, 2019 (the EFIH 9.75% Notes) bear interest that is payable semiannually in arrears on April 15 and October 15 of each year at a fixed rate of 9.75% per annum. The EFH Corp. 9.75% Notes and the EFH Corp. 10% Notes discussed above are collectively referred to as the EFH Corp. Senior Secured Notes.

The EFH Corp. Senior Secured Notes are fully and unconditionally guaranteed on a joint and several basis by EFC Holdings and Intermediate Holding. The guarantee from Intermediate Holding is secured by the pledge of the Collateral. The guarantee from EFC Holdings is not secured. The EFIH 9.75% Notes are secured by the Collateral on a parity lien basis with the Intermediate Holding guarantee of the EFH Corp. Senior Secured Notes.

Until October 15, 2012, the respective issuers may redeem the EFH Corp. 9.75% Notes and EFIH 9.75% Notes, with the net cash proceeds of certain equity offerings, up to 35% of the aggregate principal amount of each series of the notes from time to time at a redemption price of 109.750% of the aggregate principal amount of such series of notes being redeemed, plus accrued and unpaid interest, if any. The applicable issuer may also redeem each series of the notes at any time prior to October 15, 2014 at a price equal to 100% of their principal amount, plus accrued and unpaid interest and the applicable premium as defined in the indenture. The applicable issuer may redeem the EFH Corp. 9.75% Notes and EFIH 9.75% Notes, in whole or in part, at any time on or after October 15, 2014, at specified redemption prices, plus accrued and unpaid interest, if any. Upon the occurrence of a change of control (as described in the indenture), the applicable issuer must offer to repurchase its respective series of the notes at 101% of their principal amount, plus accrued and unpaid interest, if any.

### Fair Value of Long−Term Debt

The estimated fair value of long−term debt (including current maturities) attributable to Intermediate Holding (including 50% of the EFH Corp. Merger−related debt) totaled $1.827 billion and $1.908 billion at June 30, 2010 and December 31, 2009, respectively, and the carrying amount totaled $2.575 billion and $2.513 billion, respectively. The fair value is estimated at the lesser of either the call price or the market value as determined by quoted market prices.

## 4. COMMITMENTS AND CONTINGENCIES

### Guarantees

See Note 3 above and Note 11 to the 2009 Form 10−K Financial Statements for discussion of Intermediate Holding's guarantee of certain EFH Corp. debt.

F−205

EFIHMW00052378

EFIHMW00051935

**PX 030**
**Page 444 of 734**

**Table of Contents**
*Legal Proceedings*

Intermediate Holding may be involved in various legal and administrative proceedings in the normal course of business, the ultimate resolution of which, in the opinion of management, should not have a material effect upon its financial position, results of operations or cash flows.

**5. MEMBERSHIP INTERESTS**

*Cash Distributions*

On April 15, 2010, Intermediate Holding paid a cash distribution totaling $2 million to EFH Corp. The distribution was declared by the board of directors on April 13, 2010. Intermediate Holding paid no cash distributions to EFH Corp. in the three months ended March 31, 2010.

The indenture governing the EFIH 9.75% Notes includes covenants that, among other things and subject to certain exceptions, restrict Intermediate Holding's ability to pay dividends or make other distributions with respect to its membership interest. Accordingly, essentially all of Intermediate Holding's net income is restricted from being used to make distributions with respect to its membership interest unless such distributions are expressly permitted under the indenture. The indenture further restricts Intermediate Holding from making any distribution to EFH Corp. for the ultimate purpose of making a distribution on EFH Corp.'s common stock unless at the time, and after giving effect to such distribution, Intermediate Holding's consolidated leverage ratio is equal to or less than 6.0 to 1.0. The consolidated leverage ratio is generally defined as the ratio of Intermediate Holding's consolidated total indebtedness (as defined in the indenture) to Intermediate Holding's Adjusted EBITDA on a consolidated basis, including Oncor Holdings and its subsidiaries.

In addition, under applicable law, Intermediate Holding would be prohibited from paying any dividend to the extent that immediately following payment of such dividend, Intermediate Holding would be insolvent.

Substantially all of Intermediate Holding's net income is derived from Oncor. The boards of directors of each of Oncor and Oncor Holdings can withhold distributions to the extent the boards determine that it is necessary to retain such amounts to meet expected future requirements of Oncor and/or Oncor Holdings. For the period beginning October 11, 2007 and ending December 31, 2012, distributions paid by Oncor (other than distributions of the proceeds of any issuance of limited liability company units) are limited by the Limited Liability Company Agreement to an amount not to exceed Oncor's net cumulative income determined in accordance with US GAAP, as adjusted by applicable orders of the PUCT. Such adjustments include deducting the $72 million ($46 million after tax) one–time refund to customers in September 2008 and deducting funds spent as part of the $100 million commitment for additional demand–side management or other energy efficiency initiatives (see Note 4 to the 2009 Form 10–K Financial Statements) of which $30 million ($20 million after tax) has been spent through June 30, 2010, neither of which impacted net income due to purchase accounting, and removing the effect of the $860 million goodwill impairment charge from fourth quarter 2008 net income available for distribution. Distributions are further limited by Oncor's required regulatory capital structure, as determined by the PUCT, to be at or below the assumed debt–to–equity ratio established periodically by the PUCT for ratemaking purposes, which is currently set at 60% debt to 40% equity. For the six months ended June 30, 2010, $16 million of net income was restricted from being used to make distributions on membership interests.

F-206

EFIHMW00052379

EFIHMW00051935

Table of Contents
*Membership Interests*

The following table presents the changes to membership interests during the six months ended June 30, 2010:

| | Capital Accounts | Accumulated Other Comprehensive Loss | Total Membership Interests |
|---|---|---|---|
| Balance at December 31, 2009 | $ 3,012 | $ (2) | $ 3,010 |
| Net income | 25 | — | 25 |
| Distributions to EFH Corp. | (2) | — | (2) |
| Effect of debt push–down from EFH Corp. (Note 3) | 35 | — | 35 |
| Capital contributions (a) | 19 | — | 19 |
| Balance at June 30, 2010 | $ 3,089 | $ (2) | $ 3,087 |

(a)   Reflects noncash settlement of certain income taxes payable arising as a result of the sale of noncontrolling interests in Oncor.

**6. RELATED–PARTY TRANSACTIONS**

The following represent significant related–party transactions of Intermediate Holding:

- Short–term advances from parent totaled $4 million at June 30, 2010 and short–term advances to parent totaled $3 million at December 31, 2009. Interest expense/income amounts related to the advances were immaterial.

- EFH Corp. files a consolidated federal income tax return and allocates income tax liabilities to Intermediate Holding substantially as if Intermediate Holding was filing its own income tax returns, except that amounts due from Oncor Holdings under a tax sharing agreement are settled directly with EFH Corp. in accordance with that agreement. Intermediate Holding's results are included in the consolidated Texas state margin tax return filed by EFH Corp. Intermediate Holding's amount payable to EFH Corp. related to income taxes totaled less than $1 million at both June 30, 2010 and December 31, 2009. There were no income tax payments to EFH Corp. in the six months ended June 30, 2010.

- As a result of debt exchanges in November 2009, Intermediate Holding acquired $79 million and $18 million principal amount of TCEH and EFH Corp. debt securities, respectively, reported as investment in long term debt of affiliates. The carrying value of the investments, which totaled $69 million and $68 million as of June 30, 2010 and December 31, 2009, represents $67 million principal amount of debt issued by Intermediate Holding in the debt exchange plus $2 million and $1 million of accretion of purchase discount, respectively. Intermediate Holding intends to hold the securities to maturity. Interest income recorded on these investments for the three and six months ended June 30, 2010 totaled $3 million and $4 million, respectively. The $69 million of debt securities held as of June 30, 2010 mature as follows: $7 million in one to five years, $57 million in five to ten years and $4 million in more than ten years. The principal amount and coupon rates of the debt securities held is as follows:

  - $9 million principal amount of EFH Corp. 5.55% Series P Senior Notes due 2014,

  - $6 million principal amount of EFH Corp. 6.50% Series Q Senior Notes due 2024,

  - $3 million principal amount of EFH Corp. 6.55% Series R Senior Notes due 2034,

  - $31 million principal amount of the TCEH 10.25% Senior Notes due 2015, and

  - $48 million principal amount of the TCEH 10.25% Senior Notes due 2015, Series B.

F–207

EFIHMW00052380

EFIHMW00051935

**PX 030**
**Page 446 of 734**

**Table of Contents**

The fair value of the debt securities as of June 30, 2010 and December 31, 2009 totaled $62 million and $74 million, respectively, and gross unrealized losses totaled $7 million at June 30, 2010 and gross unrealized gains totaled $6 million at December 31, 2009.

- Goldman, Sachs & Co. (Goldman) is acting as a dealer manager and solicitation agent in the ongoing debt exchange offers launched in July 2010 as discussed in Note 3. For its services in connection with the exchange offers and related consent solicitation, Intermediate Holding, EFIH Finance and EFH Corp. have agreed to pay Goldman an exchange agent fee of up to $5.5 million and an incentive fee of up to $3 million that will be determined at the end of the exchange offers depending on the results of the exchange.

- Affiliates of the Sponsor Group have, and may, sell, acquire or participate in other offerings of debt or debt securities issued by Intermediate Holding or its subsidiaries in open market transactions or through loan syndications.

See Note 3 for information regarding guarantees and push down of certain EFH Corp. debt and an exchange offer launched in July 2010 for EFH Corp. debt and Note 5 regarding distributions to EFH Corp. and noncash settlement of certain income taxes payable.

Significant related–party transactions between Oncor Holdings (including its consolidated subsidiary Oncor) and EFH Corp., other affiliates of EFH Corp. and the Sponsor Group are as follows:

- Oncor records revenue from TCEH, principally for electricity delivery fees, which totaled $257 million and $246 million for the three months ended June 30, 2010 and 2009, respectively, and $521 million and $474 million for the six months ended June 30, 2010 and 2009, respectively. The fees are based on rates regulated by the PUCT that apply to all REPs. Oncor Holdings' balance sheets at June 30, 2010 and December 31, 2009 reflect receivables from TCEH totaling $177 million and $151 million, respectively, primarily related to these electricity delivery fees.

- Oncor records interest income from TCEH with respect to Oncor's generation–related regulatory assets, which have been securitized through the issuance of transition bonds by Oncor's bankruptcy–remote financing subsidiary. The interest income serves to offset Oncor's interest expense on the transition bonds. This interest income totaled $9 million and $11 million for the three months ended June 30, 2010 and 2009, respectively, and $19 million and $21 million for the six months ended June 30, 2010 and 2009, respectively.

- Incremental amounts payable by Oncor related to income taxes as a result of delivery fee surcharges to its customers related to transition bonds are reimbursed by TCEH. Oncor Holding's financial statements reflect a note receivable from TCEH to Oncor of $237 million ($38 million reported as current in trade accounts and other receivables from affiliates) at June 30, 2010 and $254 million ($37 million reported as current in trade accounts and other receivables from affiliates) at December 31, 2009 related to these income taxes.

- An EFH Corp. subsidiary charges Oncor for financial and certain other administrative services at cost. These costs, which are reported in Oncor Holdings' operation and maintenance expenses, totaled $10 million and $7 million for the three months ended June 30, 2010 and 2009, respectively, and $17 million and $13 million for the six months ended June 30, 2010 and 2009, respectively.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility (reported on TCEH's balance sheet) is funded by a delivery fee surcharge collected from REPs by Oncor and remitted to TCEH. These trust fund assets are established with the intent to be sufficient to fund the estimated decommissioning liability (also reported on TCEH's balance sheet). Income and expenses associated with the trust fund and the decommissioning liability recorded by TCEH are offset by a net change in the Oncor and TCEH intercompany receivable/payable, which in turn results in a change in Oncor's reported net regulatory asset/liability. A regulatory liability

F–208

EFIHMW00052381

EFIHMW00051935

**PX 030**
**Page 447 of 734**

**Table of Contents**

represents the excess of the trust fund balance over the net decommissioning liability, and a regulatory asset represents the excess of the net decommissioning liability over the trust fund balance.

The change from a regulatory asset of $85 million at December 31, 2009 to a regulatory liability of $148 million at June 30, 2010 reflects a new decommissioning cost estimate completed in the second quarter 2010. In accordance with regulatory requirements, a new cost estimate is completed every five years. The change reflected lower cost escalation assumptions as compared to the previous estimate, resulting in a decline in the estimated decommissioning liability.

- EFH Corp. files a consolidated federal income tax return and allocates income tax liabilities to Oncor Holdings under a tax sharing agreement substantially as if Oncor Holdings was filing its own income tax returns. Oncor Holdings' results are included in the consolidated Texas state margin tax return filed by EFH Corp. Oncor Holdings' amount receivable from EFH Corp. related to income taxes, primarily due to timing of payments, totaled $3 million at June 30, 2010, and amount payable to EFH Corp. related to income taxes totaled $5 million at December 31, 2009. Oncor Holdings' income tax payments in the six months ended June 30, 2010 totaled $95 million to EFH Corp., and Oncor made federal income tax payments totaling $18 million to noncontrolling interests.

- Certain transmission and distribution utilities in Texas have tariffs in place to assure adequate credit worthiness of any REP to support the REP's obligation to collect securitization bond–related (transition) charges on behalf of the utility. Under these tariffs, as a result of TCEH's credit rating being below investment grade, TCEH is required to post collateral support in an amount equal to estimated transition charges over specified time periods. Accordingly, as of June 30, 2010 and December 31, 2009, TCEH had posted letters of credit in the amount of $16 million and $15 million, respectively, for Oncor's benefit.

- At the closing of the Merger in 2007, Oncor entered into its current $2 billion revolving credit facility with a syndicate of financial institutions and other lenders. The syndicate includes affiliates of GS Capital Partners (a member of the Sponsor Group).

- Affiliates of the Sponsor Group have, and may, from time–to–time provide investment banking, dealer, commercial banking and financial advisory services to Oncor for which they have received, and may receive, customary fees.

- Affiliates of the Sponsor Group have, and may, sell, acquire or participate in the offerings of debt or debt securities issued by Oncor in open market transactions or through loan syndications.

## 7. SUPPLEMENTARY FINANCIAL INFORMATION
*Interest Expense and Related Charges*

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | 2010 | 2009 | 2010 | 2009 |
| Interest expense | $ 74 | $ 67 | $ 145 | $ 132 |
| Amortization of debt issuance costs and discounts | 2 | 2 | 5 | 5 |
| Total interest expense and related charges | $ 76 | $ 69 | $ 150 | $ 137 |

EFIHMW00052382

EFIHMW00051935

**Table of Contents**
*Supplemental Cash Flow Information*

| | Six Months Ended June 30, | |
| | 2010 | 2009 |
| --- | --- | --- |
| Cash payments related to: | | |
| Interest paid | $    6 | $    — |
| Noncash investing and financing activities: | | |
| Effect of Parent's payment of interest and issuance of toggle notes as consideration for cash interest, net of tax, on pushed down debt | 98 | 111 |
| Capital contribution related to settlement of certain income taxes payable (a) | 19 | — |
| Effect of push down of debt from EFH Corp. | (18) | — |

(a)    Reflects noncash settlement of certain income taxes payable arising as a result of the sale of noncontrolling interests in Oncor.

F–210

EFIHMW00052383

EFIHMW00051935

Table of Contents

# GLOSSARY

When the following terms and abbreviations appear in the text of this report, they have the meanings indicated below.

| | |
|---|---|
| **2008 Audited Financial Statements** | Oncor Holdings' audited financial statements for the year ended December 31, 2008 |
| **Capgemini** | Capgemini Energy LP, a provider of business process support services to Oncor |
| **EBITDA** | Refers to earnings (net income) before interest expense, income taxes, depreciation and amortization |
| **EFH Corp.** | Refers to Energy Future Holdings Corp., a holding company, and/or its subsidiaries, depending on context. Its major subsidiaries include Oncor and TCEH. |
| **ERCOT** | Electric Reliability Council of Texas, the independent system operator and the regional coordinator of the various electricity systems within Texas |
| **ERISA** | Employee Retirement Income Security Act of 1974, as amended |
| **FASB** | Financial Accounting Standards Board, the designated organization in the private sector for establishing standards for financial accounting and reporting |
| **FERC** | US Federal Energy Regulatory Commission |
| **GAAP** | generally accepted accounting principles |
| **Intermediate Holding** | Refers to Energy Future Intermediate Holding Company LLC, a direct, wholly-owned subsidiary of EFH Corp. and the direct parent of Oncor Holdings. |
| **Investment LLC** | Refers to Oncor Management Investment LLC, a limited liability company and noncontrolling interest owner of Oncor, whose managing member is Oncor and whose Class B Interests are owned by officers, directors and key employees of Oncor. |
| **IRS** | US Internal Revenue Service |
| **kWh** | kilowatt-hours |
| **LIBOR** | London Interbank Offered Rate. An interest rate at which banks can borrow funds, in marketable size, from other banks in the London interbank market. |
| **Limited Liability Company Agreement** | The Second Amended and Restated Limited Liability Company Agreement of Oncor, dated as of November 5, 2008, by and among Oncor Holdings, Texas Transmission and Investment LLC, as amended. |
| **Luminant** | Refers to subsidiaries of TCEH engaged in competitive market activities consisting of electricity generation and wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas. |
| **Merger** | The transaction referred to in "Merger Agreement" (defined immediately below) that was completed on October 10, 2007. |

F–211

EFIHMW00052384

EFIHMW00051935

**PX 030**
**Page 450 of 734**

Table of Contents

| | |
|---|---|
| **Merger Agreement** | Agreement and Plan of Merger, dated February 25, 2007, under which Texas Holdings agreed to acquire EFH Corp. |
| **Oncor** | Refers to Oncor Electric Delivery Company LLC, a direct, majority−owned subsidiary of Oncor Holdings, and/or its wholly−owned consolidated bankruptcy−remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC, depending on context. |
| **Oncor Holdings** | Refers to Oncor Electric Delivery Holdings Company LLC, a direct, wholly−owned subsidiary of Intermediate Holding and the direct majority owner of Oncor. |
| **Oncor Ring−Fenced Entities** | Refers to Oncor Holdings and its direct and indirect subsidiaries |
| **OPEB** | other postretirement employee benefits |
| **PUCT** | Public Utility Commission of Texas |
| **PURA** | Texas Public Utility Regulatory Act |
| **Purchase accounting** | The purchase method of accounting for a business combination as prescribed by GAAP, whereby the cost or "purchase price" of a business combination, including the amount paid for the equity and direct transaction costs, are allocated to identifiable assets and liabilities (including intangible assets) based upon their fair values. The excess of the purchase price over the fair values of assets and liabilities is recorded as goodwill. |
| **REP** | retail electric provider |
| **SARs** | Stock Appreciation Rights |
| **SARs Plan** | Refers to the Oncor Electric Delivery Company LLC Stock Appreciation Rights Plan |
| **Sponsor Group** | Collectively, the investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P. (KKR), TPG Capital, L.P. and GS Capital Partners, an affiliate of Goldman Sachs & Co. (See Texas Holdings below.) |
| **TCEH** | Refers to Texas Competitive Electric Holdings Company LLC, a direct, wholly−owned subsidiary of Energy Future Competitive Holdings Company and an indirect subsidiary of EFH Corp., and/or its subsidiaries, depending on context. |
| **Texas Holdings** | Refers to Texas Energy Future Holdings Limited Partnership, a limited partnership controlled by the Sponsor Group that owns substantially all of the common stock of EFH Corp. |
| **Texas Holdings Group** | Refers to Texas Holdings and its direct and indirect subsidiaries other than the Oncor Ring−Fenced Entities. |
| **Texas Transmission** | Refers to Texas Transmission Investment LLC, a limited liability company that owns a 19.75% equity interest in Oncor. Texas Transmission is not affiliated with EFH Corp., any of EFH Corp.'s subsidiaries or any member of the Sponsor Group. |

F−212

EFIHMW00052385

EFIHMW00051935

**PX 030**
**Page 451 of 734**

**Table of Contents**

| | |
|---|---|
| **TXU Energy** | Refers to TXU Energy Retail Company LLC, a direct, wholly–owned subsidiary of TCEH engaged in the retail sale of electricity to residential and business customers. TXU Energy is a REP in competitive areas of ERCOT. |
| **US** | United States of America |

This Annual Report occasionally makes references to Oncor Holdings or Oncor when describing actions, rights or obligations of their respective subsidiaries. These references reflect the fact that the subsidiaries are consolidated with their respective parent companies for financial reporting purposes. However, these references should not be interpreted to imply that the parent company is actually undertaking the action or has the rights or obligations of the relevant subsidiary company or that the subsidiary company is undertaking an action or has the rights or obligations of its parent company or any other affiliate.

F–213

EFIHMW00052386

EFIHMW00051935

**PX 030**
**Page 452 of 734**

Table of Contents

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Member of
Oncor Electric Delivery Holdings Company LLC
Dallas, Texas

We have audited the accompanying consolidated balance sheets of Oncor Electric Delivery Holdings Company LLC and subsidiaries ("Oncor Holdings" or the "Successor") as of December 31, 2009 and 2008 (Successor balance sheets), and the related statements of consolidated income (loss), comprehensive income (loss), cash flows, and membership interests for the years ended December 31, 2009 and 2008 (Successor operations), and the period from October 11, 2007 through December 31, 2007 (Successor operations). We have also audited the accompanying statements of consolidated income (loss), comprehensive income (loss), cash flows, and shareholder's equity of Oncor Electric Delivery Company LLC (the "Predecessor") for the period from January 1, 2007 through October 10, 2007 (Predecessor operations). These financial statements are the responsibility of the Oncor Holdings' management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. Oncor Holdings is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Oncor Holdings' internal control over financial reporting. Accordingly, we express no such opinion. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the Successor's consolidated financial statements referred to above present fairly, in all material respects, the financial position of Oncor Electric Delivery Holdings Company LLC and subsidiaries as of December 31, 2009 and 2008, and the results of their operations and their cash flows for the years ended December 31, 2009 and 2008 and the period from October 11, 2007 through December 31, 2007 in conformity with accounting principles generally accepted in the United States of America. Further, in our opinion, the Predecessor's consolidated financial statements referred to above present fairly, in all material respects, the results of operations and cash flows of Oncor Electric Delivery Company LLC for the period from January 1, 2007 through October 10, 2007 in conformity with accounting principles generally accepted in the United States of America.

As discussed in Note 1 to the consolidated financial statements, Oncor Holdings is a wholly-owned subsidiary of Energy Future Holdings Corp., which was merged with Texas Energy Future Merger Sub Corp on October 10, 2007.

/s/  Deloitte & Touche LLP

Dallas, Texas
February 18, 2010

F-214

EFIHMW00052387

EFIHMW00051935

**PX 030**
**Page 453 of 734**

Table of Contents

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR) AND
ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)
STATEMENTS OF CONSOLIDATED INCOME (LOSS)**
(millions of dollars)

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Operating revenues: | | | | |
| Affiliated | $ 1,018 | $ 1,000 | $ 209 | $ 823 |
| Nonaffiliated | 1,672 | 1,580 | 324 | 1,144 |
| Total operating revenues | 2,690 | 2,580 | 533 | 1,967 |
| Operating expenses: | | | | |
| Operation and maintenance | 962 | 852 | 200 | 649 |
| Write off of regulatory assets (Note 8) | 25 | — | — | — |
| Depreciation and amortization | 557 | 492 | 96 | 366 |
| Income taxes | 145 | 191 | 25 | 150 |
| Taxes other than income taxes | 385 | 391 | 87 | 305 |
| Total operating expenses | 2,074 | 1,926 | 408 | 1,470 |
| Operating income | 616 | 654 | 125 | 497 |
| Other income and deductions: | | | | |
| Impairment of goodwill (Note 3) | — | 860 | — | — |
| Other income (Note 20) | 49 | 45 | 11 | 3 |
| Other deductions (Note 20) | 14 | 25 | 8 | 30 |
| Nonoperating income taxes | 28 | 26 | 6 | 9 |
| Interest income | 43 | 45 | 12 | 44 |
| Interest expense and related charges (Note 20) | 346 | 316 | 70 | 242 |
| Net income (loss) | 320 | (483) | 64 | 263 |
| Net (income) loss attributable to noncontrolling interests | (64) | 160 | — | — |
| Net income (loss) attributable to Oncor Holdings | $ 256 | $ (323) | $ 64 | $ 263 |

See Notes to Financial Statements.

F–215

EFIHMW00052388

EFIHMW00051935

**PX 030
Page 454 of 734**

Table of Contents

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR) AND
ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)**

**STATEMENTS OF CONSOLIDATED COMPREHENSIVE INCOME (LOSS)**
(millions of dollars)

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Net income (loss) | $    320 | $    (483) | $    64 | $    263 |
| Other comprehensive income, net of tax effects: | | | | |
| Cash flow hedges: | | | | |
| Net decrease in fair value of derivatives (net of tax benefit of—, $1,—and—) | — | (2) | — | — |
| Derivative value net losses related to hedged transactions recognized during the period in net income (net of tax expense of $—in all periods) | — | — | — | 1 |
| Comprehensive income (loss) | 320 | (485) | 64 | 264 |
| Comprehensive (income) loss attributable to noncontrolling interests | (64) | 160 | — | — |
| Comprehensive income (loss) attributable to Oncor Holdings | $    256 | $    (325) | $    64 | $    264 |

See Notes to Financial Statements.

F–216

EFIHMW00052389

EFIHMW00051935

**PX 030
Page 455 of 734**

Table of Contents

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR) AND
ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)
STATEMENTS OF CONSOLIDATED CASH FLOWS
(millions of dollars)**

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Cash flows—operating activities: | | | | |
| Net income (loss) | $ 320 | $ (483) | $ 64 | $ 263 |
| Adjustments to reconcile net income to cash provided by operating activities: | | | | |
| Depreciation and amortization | 522 | 451 | 95 | 366 |
| Write off of regulatory assets (Note 8) | 25 | — | — | — |
| Deferred income taxes—net | 78 | 159 | 71 | 21 |
| Amortization of investment tax credits | (5) | (5) | (1) | (4) |
| Reversal of reserve recorded in purchase accounting (Note 13) | (10) | — | — | — |
| Impairment of goodwill (Note 3) | — | 860 | — | — |
| Bad debt expense | (3) | 1 | (2) | 2 |
| Stock–based incentive compensation expense | — | — | — | 3 |
| Other, net | 2 | 5 | 3 | 1 |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable—trade (including affiliates) | (29) | (1) | 39 | (47) |
| Impact of accounts receivable sales program (Note 9) | — | — | (113) | 27 |
| Inventories | (29) | (12) | 6 | 19 |
| Accounts payable—trade (including affiliates) | 7 | 6 | (3) | 8 |
| Deferred advanced metering system revenues (Note 8) | 57 | — | — | — |
| Other—assets | (40) | (141) | (32) | (24) |
| Other—liabilities | 55 | (11) | (62) | 47 |
| Cash provided by operating activities | 950 | 829 | 65 | 682 |
| Cash flows—financing activities: | | | | |
| Issuance of long–term debt | — | 1,500 | — | 800 |
| Repayments of long–term debt | (104) | (99) | (832) | (264) |
| Net increase (decrease) in short–term borrowings | 279 | (943) | 895 | (288) |
| Proceeds from sale of noncontrolling interests, net of transaction costs (Note 14) | — | 1,253 | — | — |
| Distribution to parent of equity sale net proceeds | — | (1,253) | — | — |
| Distributions/dividends to parent | (216) | (330) | — | (326) |
| Distributions to noncontrolling interests | (56) | — | — | — |
| Net decrease in advances from parent | — | — | — | (24) |
| Decrease in income tax–related note receivable from TCEH | 35 | 34 | 9 | 24 |
| Excess tax benefit on stock–based incentive compensation | — | 10 | 15 | — |
| Debt discount, financing and reacquisition expenses—net | (3) | (18) | (1) | (10) |
| Cash provided by (used in) financing activities | (65) | 154 | 86 | (88) |
| Cash flows—investing activities: | | | | |
| Capital expenditures | (998) | (919) | (162) | (580) |
| Cash settlements related to outsourcing contract termination (Note 16) | — | 20 | — | — |
| Other | 16 | 20 | 16 | 2 |
| Cash used in investing activities | (982) | (879) | (146) | (578) |
| Net change in cash and cash equivalents | (97) | 104 | 5 | 16 |
| Cash and cash equivalents—beginning balance | 126 | 22 | 17 | 1 |
| Cash and cash equivalents—ending balance | $ 29 | $ 126 | $ 22 | $ 17 |

See Notes to Financial Statements.

F–217

EFIHMW00052390

EFIHMW00051935

PX 030
Page 456 of 734

Table of Contents

ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR)
CONSOLIDATED BALANCE SHEETS
(millions of dollars)

| | Successor | |
|---|---|---|
| | December 31, 2009 | December 31, 2008 |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 29 | $ 126 |
| Restricted cash (Note 15) | 47 | 51 |
| Trade accounts receivable from nonaffiliates—net (Note 9) | 243 | 217 |
| Trade accounts and other receivables from affiliates | 188 | 182 |
| Income taxes receivable from EFH Corp. (Note 19) | — | 22 |
| Materials and supplies inventories—at average cost | 92 | 63 |
| Accumulated deferred income taxes (Note 7) | 10 | 54 |
| Prepayments | 76 | 75 |
| Other current assets | 8 | 9 |
| Total current assets | 693 | 799 |
| Restricted cash (Note 15) | 14 | 16 |
| Investments and other property (Note 15) | 72 | 72 |
| Property, plant and equipment—net (Note 20) | 9,174 | 8,606 |
| Goodwill (Note 20) | 4,064 | 4,064 |
| Note receivable due from TCEH (Note 19) | 217 | 254 |
| Regulatory assets—net (Note 8) | 1,959 | 1,892 |
| Other noncurrent assets | 51 | 60 |
| Total assets | $ 16,244 | $ 15,763 |
| **LIABILITIES AND MEMBERSHIP INTERESTS** | | |
| Current liabilities: | | |
| Short-term borrowings (Note 10) | $ 616 | $ 337 |
| Long-term debt due currently (Note 11) | 108 | 103 |
| Trade accounts payable | 129 | 124 |
| Income taxes payable to EFH Corp. (Note 19) | 5 | — |
| Accrued taxes other than income taxes | 137 | 141 |
| Accrued interest | 104 | 103 |
| Other current liabilities | 106 | 99 |
| Total current liabilities | 1,205 | 907 |
| Accumulated deferred income taxes (Notes 1 and 7) | 1,369 | 1,333 |
| Investment tax credits | 37 | 42 |
| Long-term debt, less amounts due currently (Note 11) | 4,996 | 5,101 |
| Other noncurrent liabilities and deferred credits (Note 20) | 1,879 | 1,720 |
| Total liabilities | 9,486 | 9,103 |
| Commitments and contingencies (Note 12) | | |
| Membership interests (Note 13): | | |
| Oncor Holdings membership interest | 5,395 | 5,305 |
| Noncontrolling interests in subsidiary | 1,363 | 1,355 |
| Total membership interests | 6,758 | 6,660 |
| Total liabilities and membership interests | $ 16,244 | $ 15,763 |

See Notes to Financial Statements.

F-218

EFIHMW00052391

EFIHMW00051935

Table of Contents

ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR)
STATEMENTS OF CONSOLIDATED MEMBERSHIP INTERESTS
(millions of dollars)

| | Successor | | |
| --- | --- | --- | --- |
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 |
| Capital account: | | | |
| Balance at beginning of period (a) | $    5,307 | $    7,643 | $    7,539 |
| Net income (loss) attributable to Oncor Holdings | 256 | (323) | 64 |
| Distributions paid to parent | (216) | (1,583) | — |
| Capital contributions (b) | 50 | — | — |
| Effect of sale of noncontrolling interests (Notes 13 and 14) | — | (406) | — |
| Distribution of investment in Oncor Communications Holding Company LLC to parent | — | (24) | — |
| Investment by Texas Holdings | — | — | 12 |
| Settlement of incentive compensation plans | — | — | 28 |
| Balance at end of period | 5,397 | 5,307 | 7,643 |
| Accumulated other comprehensive income (loss), net of tax effects: | | | |
| Balance at beginning of period | (2) | — | — |
| Net effects of cash flow hedges | — | (2) | — |
| Balance at end of period | (2) | (2) | — |
| Oncor Holdings membership interest at end of period | 5,395 | 5,305 | 7,643 |
| Noncontrolling interests in subsidiary (Note 14): | | | |
| Balance at beginning of period | 1,355 | — | — |
| Net income (loss) attributable to noncontrolling interests | 64 | (160) | — |
| Distributions to noncontrolling interests | (56) | (2) | — |
| Investment | — | 1,253 | — |
| Effect of sale of noncontrolling interests (Note 14) | — | 265 | — |
| Other | — | (1) | — |
| Noncontrolling interests in subsidiary at end of period | 1,363 | 1,355 | — |
| Total membership interests at end of period | $    6,758 | $    6,660 | $    7,643 |

(a)    The beginning equity balance for the period from October 11, 2007 through December 31, 2007 reflects the application of push-down accounting as a result of the Merger.

(b)    Reflects noncash settlement of certain income taxes payable arising as a result of the sale of noncontrolling interests in Oncor.

See Notes to Financial Statements.

F-219

EFIHMW00052392

EFIHMW00051935

PX 030
Page 458 of 734

Table of Contents

ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)
STATEMENT OF CONSOLIDATED SHAREHOLDER'S EQUITY
(millions of dollars)

| | Predecessor Period from January 1, 2007 through October 10, 2007 |
|---|---|
| Common stock without par value (number of authorized shares—100,000,000): | |
| Balance at beginning of period | $ 1,986 |
| Effects of stock–based incentive compensation plans (Note 13) | 18 |
| Balance at end of period (number of shares outstanding October 10, 2007—0) | 2,004 |
| Retained earnings: | |
| Balance at beginning of period | 1,008 |
| Net income | 263 |
| Dividends to parent | (326) |
| Effect of adoption of accounting guidance related to uncertain tax positions (Note 6) | (9) |
| Other | 1 |
| Balance at end of period | 937 |
| Accumulated other comprehensive income (loss), net of tax effects: | |
| Balance at beginning of period | (19) |
| Net effects of cash flow hedges | 1 |
| Balance at end of period | (18) |
| Total shareholder's equity at end of period | $ 2,923 |

See Notes to Financial Statements.

F–220

EFIHMW00052393

EFIHMW00051935

**PX 030**
**Page 459 of 734**