**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | Chapter 11<br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>Related to Docket No. 5196 |
| DELAWARE TRUST COMPANY, as INDENTURE TRUSTEE,<br>*Plaintiff*,<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC.<br>*Defendants.* | Adversary Proceeding<br>No. 14-50363 (CSS)<br><br>Related to Docket No. 314<br><br>**Related to BAP 15-30** |

**APPELLANTS' NOTICE OF FILING PURSUANT TO DEL. BANKR. L.R. 8009-1(a) AND (b) OF UNDOCKETED ITEMS IDENTIFIED IN DESIGNATION OF RECORD ON APPEAL**

**PLEASE TAKE NOTICE** that, on July 31, 2015, Appellants Delaware Trust Company and the holders of first lien notes issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., filed their Designation of Record[1], Statement of Issues and Certificate Regarding Transcripts pursuant to Federal Rule of Bankruptcy Procedure 8009 [Docket No. 5196].

**PLEASE TAKE FURTHER NOTICE** that pursuant to Del. Bankr. L.R. 8009-1(a) and (b), Appellants hereby file their undocketed *Exhibits Entered into Evidence at the trial conducted April 20-22, 2015*, and their *Joint Deposition Designations from the depositions of Kristopher Moldovan (dated November 20, 2014), Anthony Horton (dated December 9, 2014), and Paul Keglevic (dated December 10, 2014)*. The documents are listed below and are attached hereto as exhibits to this filing.

[1] All items designated by Appellants include all exhibits, schedules, attachments and other items included within or appended to such designated item.

Dated: August 18, 2015

*/s/ J. Kate Stickles*
COLE SCHOTZ P.C.
Norman L. Pernick (Bar No. 2290)
J. Kate Stickles (Bar No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
Court Plaza North
25 Main Street
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536
wusatine@coleschotz.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Philip D. Anker
Charles C. Platt
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888
Philip.Anker@wilmerhale.com
Charles.Platt@wilmerhale.com

Dennis L. Jenkins
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000
Dennis.Jenkins@wilmerhale.com

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

Todd C. Schiltz
222 Delaware Ave, Suite 1410
Wilmington, DE 19801-1612
Telephone: 302-467-4200
Facsimile: 302-467-4201
todd.schiltz@dbr.com

**EXHIBITS ADMITTED INTO EVIDENCE AT THE APRIL 20-22, 2015 TRIAL ON MOTION FOR RELIEF FROM STAY**

THE REST OF THIS PAGE IS LEFT INTENTIONALLY BLANK

| TAB | DOCUMENT |
|---|---|
| 1 | PX001-Preliminary Offering Memorandum for the 2007 Senior Notes due 2017 Indenture |
| 2 | PX002-Sponsor's Proposal on Key Terms relating to EFH 10.875% Senior Notes due 2017, 11.25%/12.00 Senior Toggle Notes due 2017, and 2007 TCEH Notes |
| 3 | PX003-E-mail from Shearman & Sterling dated Oct. 8, 2007 discussing the First Data Indenture as precedent |
| 4 | PX003A-Attachment to E-mail from Shearman & Sterling dated Oct. 8, 2007 - TCEH Senior Refinancing Indenture v.1 |
| 5 | PX003B-Attachment to E-mail from Shearman & Sterling dated Oct. 8, 2007 - TCEH Senior Refinancing Indenture v.2 |
| 6 | PX003C-Attachment to E-mail from Shearman & Sterling dated Oct. 8, 2007 - TCEH Senior Refinancing Indenture - blackline |
| 7 | PX003D-Attachment to E-mail from Shearman & Sterling dated Oct. 8, 2007 - TCEH Senior Refinancing Indenture - comparison. |
| 8 | PX004-Placement Agreement dated Oct. 24, 2007 for EFH 10.875% Senior Notes and EFH 11.25%/12.00% Senior Toggle Notes |
| 9 | PX005-Supplemental Preliminary Offering Memorandum relating to August 2010 Indenture for EFIH First Lien Notes |
| 10 | PX006-TCEH Offering Memorandum for 10.25% Senior Notes Due 2015, dated October 24, 2007 |
| 11 | PX007-EFH blackline Indenture, dated October 25, 2007 |
| 12 | PX008-Cover e-mail from Simpson Thacher dated Oct. 26, 2007 & Offering Memorandum for Oct. 31, 2007 10.875% Senior Notes and 11.25%/12.00% Senior Toggle Notes |

| TAB | DOCUMENT |
|---|---|
| 13 | PX009-EFH Indenture, dated October 31, 2007 |
| 14 | PX010-Term Sheet for the 10.875% Senior Notes and 11.25% / 12.00% Senior Toggle Notes |
| 15 | PX011-TCEH Indenture for 10.25% Senior Notes , dated October 31, 2007 |
| 16 | PX012- TCEH First Supplemental Indenture to October 31, 2007 Indenture for 10.25% Senior Notes (Series B) and 10.50%/11.25% Senior Toggle Notes, dated December 6, 2007 |
| 17 | PX013-Dealer Manager Agreement: relating to 9.75% Senior Secured Notes due 2019 |
| 18 | PX014-EFIH and EFH Prospectus 9.75% Senior Secured Notes due 2019 |
| 19 | PX015-EFIH Collateral Trust Agreement, dated November 16, 2009 |
| 20 | PX016-EFIH Pledge Agreement, dated November 16, 2009 |
| 21 | PX017-EFIH Indenture for 9.75% Senior Secured Notes due 2019, dated November 16, 2009 |
| 22 | PX018- EFH Indenture for 9.75% Senior Secured Notes due 2019, dated November 16, 2009 |
| 23 | PX019-2010 TCEH 15% Description of Notes |
| 24 | PX020-EFH Offering Memorandum - 10.00% Senior Secured Notes Due 2020, dated January 7, 2010 |
| 25 | PX021-EFH Indenture for 10.000% Senior Secured Notes due 2020, Dated January 12, 2010 |
| 26 | PX022-Offering Memorandum for January 12, 2010 EFH Senior Secured Notes due 2020 |
| 27 | PX023- January 2010 Strategic Discussion |
| 28 | PX024-Investor Presentation relating to August 2010 EFIH 10% First Lien Notes |

| TAB | DOCUMENT |
|---|---|
| 29 | PX025-Cover email and attached Blackline showing proposed changes to description of final EFIH 9.75% Senior Secured Notes due 2019 |
| 30 | PX025A-Unanimous Written Consent of Committee Members in Lieu of a Meeting re approval of Exchange |
| 31 | PX025B-Avenue Capital Management Exchange Agreement |
| 32 | PX025C-Franklin Advisers Exchange Agreement |
| 33 | PX025D-Western Asset Management Exchange Agreement |
| 34 | PX026-EFIH Dealer Management Agreement, dated July 16, 2010 |
| 35 | PX027-Final S-4 Registration Statement for the 2010 10.000% Senior Secured Notes Indenture Due 2020 |
| 36 | PX028-EFHC Form 8-K |
| 37 | PX029-August 11, 2010 CITI presentation to EFH discussing next steps and high levels of debt |
| 38 | PX030-EFIH entities Prospectus, dated August 12, 2010 |
| 39 | PX031-August 2010 Press Release: Announcing Results & Expiration of Exchange Offers |
| 40 | PX032-Cover e-mail from Shearman & Sterling re August 2010 Indenture for EFIH 1L 10% Notes |
| 41 | PX033- EFIH Indenture, dated August 17, 2010 |
| 42 | PX034-Officer's Certificate dated August 17, 2010 |
| 43 | PX035-Global Note: August 2010 EFIH First Lien 10% Secured Notes due 2020 (Issuance 1) |
| 44 | PX036-EFIH Company Opinion Letter to Underwriters re August 2010 issuance of 10.000% Senior Secured Notes due 2020 |

| TAB | DOCUMENT |
|---|---|
| 45 | PX037- Form 8-K filed August 18, 2010: Indenture for First Lien 10% Notes and completed Notes Offering |
| 46 | PX038-E-mail exchange dated September 12, 2010 between My Chi To of Debevoise and Armen Panossian of Oaktree stating that second-lien noteholders are only entitled to a makewhole in bankruptcy if they are oversecured included in string e-mail dated October 7, 2010 re TCEH lender |
| 47 | PX039-October 2010 Investor Presentation for TCEH Senior Secured 2nd Lien Notes |
| 48 | PX040-TCEH Indenture for 15% Senior Secured Second Lien Notes, dated October 6, 2010 |
| 49 | PX041-TCEH First Supplemental Indenture to October 6, 2010 Indenture for 15% Senior Secured Second Lien Notes due 2021 |
| 50 | PX042-Offering Memorandum for First Supplemental Indenture 15% Senior Secured Second Lien Notes Due 2021 |
| 51 | PX043-TCEH Second Supplemental Indenture to October 6, 2010 Indenture for 15% Senior Secured Second Lien Notes due 2021, dated November 15, 2010 |
| 52 | PX044- 2011 Private Exchange Term Sheet for EFIH 2017 Notes |
| 53 | PX045-EFHC Prospectus - Offer to Exchange, dated February 1, 2011 |
| 54 | PX046-TCEH Offering Memorandum for 11.5% Senior Secured Notes due 2020, dated April 14, 2011 |
| 55 | PX047- TCEH Indenture for 11.5% Senior Secured Notes due 2020, dated April 19, 2011 |
| 56 | PX048- EFIH Indenture for 11% Senior Secured Second Lien Notes Due 2021, dated April 24, 2011 |
| 57 | PX049-EFIH Junior Lien Pledge Agreement |

| TAB | DOCUMENT |
|---|---|
| 58 | PX050-Cover e-mail from Swamy dated November 4, 2011 and 2011 spreadsheet analyzing redemption price of EFIH debt |
| 59 | PX051-EFIH First Supplemental Indenture for 11.75% Senior Secured Second Lien Notes due 2022, dated February 6, 2012 |
| 60 | PX052-Cover Email and January 2012 Investor Presentation for Senior Secured Second Lien Notes |
| 61 | PX053-Email from Ley dated April 5, 2012 attaching Makewhole Analysis |
| 62 | PX054-Email from Ley dated May 2, 2012 attaching Makewhole Analysis |
| 63 | PX055-Investor Presentation dated August 2012 re 6.875% Senior Secured Notes |
| 64 | PX056- EFIH Offering Memorandum for 11.75% Senior Secured Second Lien Notes Under Fourth Supplemental Indenture, dated August 9, 2012 |
| 65 | PX057-EFIH Purchasing Agreement/Dealer-Manager Agreement for 6.875% Senior Secured Notes due 2017 |
| 66 | PX058-EFIH Offering Memorandum for 6.875% Senior Secured Notes Due 2017, dated August 8, 2012 |
| 67 | PX059-Term sheet - 6.875% Senior Secured Notes Due 2017 |
| 68 | PX060-Term sheet for First Supplemental Indenture to August 14, 2012 6.875% Senior Secured Notes Indenture |
| 69 | PX061-EFIH Fourth Supplemental Indenture for 11.75% Senior Secured Second Lien Notes due 2022, dated August 14, 2012 |
| 70 | PX062-EFIH Indenture for 6.875% Senior Secured Notes Due 2017, dated August 14, 2012 |
| 71 | PX063-EFHC Form 8K - Description of Notes - 6.875% Senior Secured Notes Due 2017 |
| 72 | PX064-EFIH Form 8-K - Closing of 6.875% Senior Secured Notes Due 2017 |

| TAB | DOCUMENT |
|---|---|
| 73 | PX065-EFIH Purchase Agreement, dated October 18, 2012 |
| 74 | PX066-EFIH Purchase Agreement for First Supplemental Indenture to August 14, 2012 6.875% Senior Secured Notes Indenture |
| 75 | PX067-October 23, 2012 First Supplemental Indenture to August 14, 2012 6.875% Senior Secured Notes Indenture |
| 76 | PX068- EFIH Registration Rights Agreement for First Supplemental Indenture to August 14, 2012 6.875% Senior Secured Notes Indenture |
| 77 | PX069-EFIH Indenture for 11.25%/12/25% Senior Toggle Notes Due 2018, dated December 6, 2012 |
| 78 | PX070-Draft Offering Memorandum for First Supplemental Indenture for January 2013 EFIH 1L 10% Notes (Issuance 2) dated December 13, 2012 |
| 79 | PX071-Cover e-mail from Wright dated December 14, 2012 re Draft Offering Memorandum for First Supplemental Indenture for Jan. 2013 EFIH 1L 10% Notes |
| 80 | PX072-Dealer Manager Agreement dated December 21, 2012 |
| 81 | PX073-Global Note (Attached as exhibit to First Supplemental Indenture) |
| 82 | PX074-Offering Memorandum: January 2013 EFIH First Lien 10% Notes Exchange Offer (Issuance 2) |
| 83 | PX075-EFIH First Supplemental Indenture, dated January 29, 2013 |
| 84 | PX076-EFHC Form 8-K |
| 85 | PX077-Investor Presentation, dated February 5, 2013 |
| 86 | PX080-EFHC Form 8-K |
| 87 | PX081-Project Millstein & Co., Project Olympus Preliminary Discussion Materials, dated May 2013 |

| TAB | DOCUMENT |
|---|---|
| 88 | PX083-Liability Management Analysis slides from Citigroup dated June 12, 2013 discussing refinancing 10% Notes outside of bankruptcy |
| 89 | PX086-TCEH Follow-up & EFIH Financing Thoughts presentation prepared by Deutsche Bank dated Oct. 2013 |
| 90 | PX087-October 2013 Deutsche Bank Presentation re TCEH Follow-up & EFIH Financing Thoughts |
| 91 | PX088-EFH entities SEC Form 8-K, dated October 15, 2013 |
| 92 | PX089-E-mail dated Oct. 19, 2013 from Ley to Moldovan summarizing AMR results in response to e-mail forwarded by Horton with attached AMR EETC refinancing timeline |
| 93 | PX091-Cover e-mail and letter from Akin to K&E and Wachtell dated October 24, 2013 arguing for a standalone EFIH restructuring |
| 94 | PX092-EFH entities SEC Form 8-K, dated November 1, 2013 |
| 95 | PX093-EFHC Form 8-K |
| 96 | PX094-EFIH First Lien DIP Motion filed Apr. 29, 2014 (Dkt # 74) |
| 97 | PX095-Declaration of Paul Keglevic filed Apr. 29, 2014 (Dkt # 98) |
| 98 | PX096-EFHC Form 8-K |
| 99 | PX097-EFIH Information Memorandum, dated May 6, 2014 |
| 100 | PX098-EFHC Form 8-K |
| 101 | PX099-EFHC Form 8-K |
| 102 | PX100-De-Acceleration Letter dated June 4, 2014 regarding Waiver of Defaults and Rescission of Acceleration |
| 103 | PX101-DIP Financing Order, Case No. 14-10979, D.I. 859 (Bankr. D. Del. June 6, 2014) |
| 104 | PX104-EFH entities SEC Form 8-K, dated July 24, 2014 |

| TAB | DOCUMENT |
|---|---|
| 105 | PX105-Amended Notice of 30(b)(6) Deposition dated November 17, 2014 |
| 106 | PX111-Debtors' PowerPoint Presentation re Summary of Draft Term Sheet - UNDER SEAL |
| 107 | PX112-Computershare - EFIH 2L Prepayment Paydown |
| 108 | PX115-EFIH Form 10-K for fiscal year ended December 31, 2014 |
| 109 | PX116-EFCH Form 10-K for fiscal year ended December 31, 2014 |
| 110 | PX117-EFH Form 10-K for fiscal year ended December 31, 2014 |
| 111 | PX121-Bloomberg Trading Chart - EFH 6.5% |
| 112 | PX122-Bloomberg Trading Chart - EIFH 11.250% |
| 113 | PX123-Bloomberg Trading Chart - EIFH 11.750% |
| 114 | PX124-Joint Plan of Reorganization (Dkt. 4142) |
| 115 | PX125-Disclosure Statement for Joint Plan of Reorganization (Dkt. 4143) |
| 116 | PX125A-Disclosure Statement - Exh. A |
| 117 | PX125B-Disclosure Statement - Exh. B |
| 118 | PX125C-Disclosure Statement - Exh. D |
| 119 | PX125D-Disclosure Statement - Exh. E |
| 120 | PX125E-Disclosure Statement - Exh. F |
| 121 | PX125F-Disclosure Statement - Exh. G |
| 122 | PX126-Global Note for First Supplemental Indenture - 6.875% Senior Secured Notes Due 2017 |
| 123 | PX127-Exhibit 1 to S-4 Registration Statement August 2010 EFIH First Lien 10% Notes Exchange Offer (Issuance 1) |
| 124 | PX128-Description of Notes: August 2010 10% EFIH First Lien Notes |
| 125 | PX129-Keglevic handwritten calculations |
| 126 | PX134-Transcript of Deposition of David Ying dated June 23, 2014 |

| TAB | DOCUMENT |
|---|---|
| 127 | PX138-Designations of Deposition of Kristopher Moldovan |
| 128 | PX139-Designations of Deposition of Anthony Horton |
| 129 | PX140-Designations of Deposition of Paul Keglevic |
| 130 | PX141-Redacted Presentation From Debtors |

**DEPOSITION DESIGNATIONS FROM THE DEPOSITIONS OF KRISTOPHER MOLDOVAN (DATED NOVEMBER 20, 2014), ANTHONY HORTON (DATED DECEMBER 9, 2014), AND PAUL KEGLEVIC (DATED DECEMBER 10, 2014)**

| TAB | DOCUMENT |
|---|---|
| 131 | Moldovan designation |
| 132 | Horton designation |
| 133 | Keglevic designation |