Table of Contents

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR) AND
ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**1.    SIGNIFICANT ACCOUNTING POLICIES**

*Description of Business*

Oncor Holdings is a Dallas, Texas–based holding company whose financial statements reflect almost entirely the operations of its direct, majority (approximately 80%) owned subsidiary, Oncor. Oncor is a regulated electricity transmission and distribution company principally engaged in providing delivery services to REPs, including subsidiaries of TCEH, that sell power in the north–central, eastern and western parts of Texas. Distribution revenues from TCEH represented 38% and 39% of total revenues for the years ended December 31, 2009 and 2008, respectively. Oncor Holdings is a direct, wholly–owned subsidiary of Intermediate Holding, a direct, wholly–owned subsidiary of EFH Corp. With the closing of the Merger on October 10, 2007, EFH Corp. became a subsidiary of Texas Holdings, which is controlled by the Sponsor Group (see Note 2), and Oncor Holdings and Intermediate Holding were formed. See "Glossary" for definition of terms and abbreviations, including the Merger. References in this report to Oncor Holdings are to Oncor Holdings and/or its direct or indirect subsidiaries as apparent in the context. Oncor Holdings' financial statements reflect almost entirely the operations of Oncor; consequently, there are no separate reportable business segments.

Oncor Holdings' consolidated financial statements include its indirect, bankruptcy–remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC. This financing subsidiary was organized for the limited purpose of issuing specified transition bonds in 2003 and 2004. Oncor Electric Delivery Transition Bond Company LLC issued $1.3 billion principal amount of securitization (transition) bonds to recover generation–related regulatory asset stranded costs and other qualified costs under an order issued by the PUCT in 2002.

Various "ring–fencing" measures have been taken to enhance the credit quality of Oncor Holdings and Oncor. These measures serve to mitigate Oncor's and Oncor Holdings' credit exposure to the Texas Holdings Group and to reduce the risk that the assets and liabilities of Oncor or Oncor Holdings would be substantively consolidated with the assets and liabilities of the Texas Holdings Group in the event of a bankruptcy of one or more of those entities. Such measures include, among other things: Oncor's sale of a 19.75% equity interest to Texas Transmission in November 2008; maintenance of separate books and records for the Oncor Ring–Fenced Entities; the board of directors of Oncor Holdings and Oncor being comprised of a majority of independent directors, and prohibitions on the Oncor Ring–Fenced Entities' providing credit support to, or receiving credit support from, any member of the Texas Holdings Group. The assets and liabilities of the Oncor Ring–Fenced Entities are separate and distinct from those of the Texas Holdings Group, including TXU Energy and Luminant, and none of the assets of the Oncor Ring–Fenced Entities are available to satisfy the debt or other obligations of any member of the Texas Holdings Group. Oncor and Oncor Holdings do not bear any liability for obligations of the Texas Holdings Group (including, but not limited to, debt obligations), and vice versa. Accordingly, Oncor Holdings' operations are conducted, and its cash flows managed, independently from the Texas Holdings Group.

See Note 14 for discussion of noncontrolling interests sold by Oncor in November 2008.

*Basis of Presentation*

The consolidated financial statements of Oncor Holdings have been prepared in accordance with US GAAP. The accompanying consolidated statements of income (loss), comprehensive income (loss), cash flows and membership interests/shareholder's equity present results of operations and cash flows of Oncor Holdings for periods subsequent to the Merger (Successor) and of Oncor for periods preceding the Merger (Predecessor), since Oncor Holdings did not exist prior to the Merger. The consolidated financial statements have been prepared on

F–221

EFIHMW00052394

EFIHMW00051935

**PX 030**
**Page 460 of 734**

**Table of Contents**

the same basis as the 2008 Audited Financial Statements. The consolidated financial statements of the Successor reflect the application of purchase accounting in accordance with the provisions of accounting standards related to business combinations. All intercompany items and transactions have been eliminated in consolidation. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated. Subsequent events have been evaluated through February 18, 2010, the date these consolidated financial statements were issued.

*Income Taxes*

EFH Corp. files a consolidated federal income tax return. Prior to 2007, federal income taxes were allocated to subsidiaries, including Oncor Holdings and Oncor, based on their respective taxable income or loss. Effective with the November 2008 sale of equity interests in Oncor (see Note 14), Oncor became a partnership for US federal income tax purposes, and subsequently EFH Corp.'s share of partnership income is included in its consolidated federal income tax return. In connection with the Merger, Oncor, Oncor Holdings and EFH Corp. entered into a tax sharing agreement (amended in November 2008 to include Texas Transmission and Investment LLC) that is retroactive to January 1, 2007. The tax sharing agreement provides for the calculation of tax liability for each of Oncor Holdings and Oncor substantially as if these entities file their own income tax returns and requires tax payments to their members determined on that basis (without duplication for any income taxes paid by a subsidiary of Oncor Holdings). Deferred income taxes are provided for temporary differences between the book and tax bases of assets and liabilities of Oncor Holdings, which primarily relate to the difference between the book and tax basis of the investment in Oncor.

Amounts of deferred income tax assets and liabilities, as well as current and noncurrent accruals, are determined in accordance with the provisions of accounting guidance for income taxes and for uncertainty in income taxes. See Note 7 for additional detail.

*Use of Estimates*

Preparation of Oncor Holdings' financial statements requires management to make estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and the reported amounts of revenue and expense, including fair value measurements. In the event estimates and/or assumptions prove to be different from actual amounts, adjustments are made in subsequent periods to reflect more current information. No material adjustments, other than those disclosed elsewhere herein, were made to previous estimates or assumptions during the current year.

*Purchase Accounting*

The Merger was accounted for under purchase accounting, whereby the total purchase price of the transaction was allocated to EFH Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values, and the excess of the purchase price over the fair value of net assets acquired was recorded as goodwill. The allocation resulted in a significant amount of goodwill, a portion of which was assigned to Oncor Holdings. See Note 2 for details regarding the effect of purchase accounting.

*Derivative Instruments and Mark–to–Market Accounting*

Oncor has from time–to–time entered into derivative instruments, referred to as interest rate swaps, to hedge interest rate risk. If the instrument meets the definition of a derivative under accounting standards related to derivative instruments and hedging activities, the fair value of each derivative is required to be recognized on the balance sheet as a derivative asset or liability and changes in the fair value recognized in net income, unless criteria for certain exceptions are met. This recognition is referred to as "mark–to–market" accounting.

Because derivative instruments are frequently used as economic hedges, accounting standards related to derivative instruments and hedging activities allow for "hedge accounting," which provides for the designation of

EFIHMW00052395

EFIHMW00051935

Table of Contents

such instruments as cash flow or fair value hedges if certain conditions are met. A cash flow hedge mitigates the risk associated with the variability of the future cash flows related to an asset or liability (e.g., debt with variable interest rate payments), while a fair value hedge mitigates risk associated with fixed future cash flows (e.g., debt with fixed interest rate payments). In accounting for cash flow hedges, derivative assets and liabilities are recorded on the balance sheet at fair value with an offset to other comprehensive income to the extent the hedges are effective. Amounts remain in accumulated other comprehensive income, unless the underlying transactions become probable of not occurring, and are reclassified into net income as the related transactions (hedged items) settle and affect net income. Fair value hedges are recorded as derivative assets or liabilities with an offset to net income, and the carrying value of the related asset or liability (hedged item) is adjusted for changes in fair value with an offset to net income. If the fair value hedge is settled prior to the maturity of the hedged item, the cumulative fair value gain or loss associated with the hedge is amortized into income over the remaining life of the hedged item. To qualify for hedge accounting, a hedge must be considered highly effective in offsetting changes in fair value of the hedged item. Assessment of the hedge's effectiveness is tested at least quarterly throughout its term to continue to qualify for hedge accounting. Hedge ineffectiveness, even if the hedge continues to be assessed as effective, is immediately recognized in net income. Ineffectiveness is generally measured as the cumulative excess, if any, of the change in value of the hedging instrument over the change in value of the hedged item.

*Revenue Recognition*

Revenue from delivery services are recorded under the accrual method of accounting. Revenues are recognized when delivery services are provided to customers on the basis of periodic cycle meter readings and include an estimate for revenues earned from the meter reading date to the end of the period with an adjustment for the impact of weather and other factors on unmetered deliveries (unbilled revenue).

*Impairment of Goodwill and Other Intangible Assets*

Oncor Holdings evaluates goodwill for impairment at least annually. The impairment tests performed are based on determinations of enterprise value using discounted cash flow analyses, comparable company equity values and any relevant transactions indicative of enterprise values. See Note 20 for details of goodwill and other intangible assets and Note 3 for discussion of a goodwill impairment charge recorded in 2008.

In 2009, Oncor Holdings changed the annual test date from October 1 to December 1. Management determined the new annual goodwill test date is preferable because of efficiencies gained by aligning the test with Oncor Holdings' annual budget and five–year plan processes in the fourth quarter. The change in the annual test date did not delay, accelerate or avoid an impairment charge, and retrospective application of this change in accounting principle did not affect previously reported results.

*System of Accounts*

The accounting records of Oncor Holdings have been maintained in accordance with the FERC Uniform System of Accounts as adopted by the PUCT.

*Defined Benefit Pension Plans and Other Postretirement Employee Benefit (OPEB) Plans*

Oncor participates in an EFH Corp. pension plan that offers benefits based on either a traditional defined benefit formula or a cash balance formula and an OPEB plan that offers certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees from Oncor. Costs of pension and OPEB plans are dependent upon numerous factors, assumptions and estimates. See Note 17 for additional information regarding pension and OPEB plans.

F–223

EFIHMW00052396

EFIHMW00051935

**PX 030**
**Page 462 of 734**

Table of Contents

*Stock–Based Incentive Compensation*

Prior to the Merger, EFH Corp. provided discretionary awards payable in its common stock to qualified managerial employees of Oncor under EFH Corp.'s shareholder–approved long–term incentive plans. Oncor Holdings recognized expense for these awards over the vesting period based on the grant–date fair value of those awards. In November 2008, Oncor implemented the SARs Plan for certain management that purchased equity interests in Oncor indirectly by investing in Investment LLC. SARs have been awarded under the SARs Plan and are being accounted for based upon the provisions of guidance for share–based payment. See Note 18 for information regarding stock–based compensation, including SARs granted to certain members of Oncor's board of directors.

*Fair Value of Nonderivative Financial Instruments*

The carrying amounts for financial assets classified as current assets and the carrying amounts for financial liabilities classified as current liabilities approximate fair value due to the short maturity of such instruments. The fair values of other financial instruments, for which carrying amounts and fair values have not been presented, are not materially different than their related carrying amounts.

*Franchise Taxes*

Franchise taxes are assessed to Oncor by local governmental bodies, based on kWh delivered and are the principal component of "taxes other than income taxes" as reported in the income statement. Franchise taxes are not a "pass through" item. Rates charged to customers by Oncor are intended to recover the franchise taxes, but Oncor is not acting as an agent to collect the taxes from customers.

*Cash and Cash Equivalents*

For purposes of reporting cash and cash equivalents, temporary cash investments purchased with a remaining maturity of three months or less are considered to be cash equivalents. See Note 15 for details regarding restricted cash.

*Property, Plant and Equipment*

Properties are stated at original cost. The cost of self–constructed property additions includes materials and both direct and indirect labor and applicable overhead and an allowance for funds used during construction.

Depreciation of property, plant and equipment is calculated on a straight–line basis over the estimated service lives of the properties based on depreciation rates approved by the PUCT. Depreciation rates include plant removal costs as a component of depreciation expense, consistent with regulatory treatment. As is common in the industry, depreciation expense is recorded using composite depreciation rates that reflect blended estimates of the lives of major asset groups as compared to depreciation expense calculated on a component asset–by–asset basis.

In accordance with the PUCT's August 2009 order in Oncor's rate review, the remaining net book value and anticipated removal cost of existing meters that are being replaced by advanced meters is being charged (amortized) to expense over an 11–year cost recovery period.

*Allowance For Funds Used During Construction (AFUDC)*

AFUDC is a regulatory cost accounting procedure whereby both interest charges on borrowed funds and a return on equity capital used to finance construction are included in the recorded cost of utility plant and equipment being constructed. AFUDC is capitalized on all projects involving construction periods lasting greater

F–224

EFIHMW00052397

EFIHMW00051935

**PX 030**
**Page 463 of 734**

Table of Contents

than thirty days. The equity portion of capitalized AFUDC is accounted for as other income. There was no equity AFUDC for the periods presented. See Note 20 for detail of amounts charged to interest expense.

### Regulatory Assets and Liabilities

The financial statements of Oncor Holdings reflect regulatory assets and liabilities under cost–based rate regulation in accordance with accounting standards related to the effect of certain types of regulation. The assumptions and judgments used by regulatory authorities continue to have an impact on the recovery of costs, the rate earned on invested capital and the timing and amount of assets to be recovered by rates. See Note 8 for details of regulatory assets and liabilities.

### Sale of Noncontrolling Interests

See Note 14 for discussion of accounting for the sale of noncontrolling interests by Oncor.

### Changes in Accounting Standards

In June 2009, the FASB issued "The *FASB Accounting Standards Codification*™ and the Hierarchy of Generally Accepted Accounting Principles," which establishes the *FASB Accounting Standards Codification*™ (Codification) as the source of authoritative US GAAP recognized by the FASB to be applied to nongovernmental entities. The Codification was effective for financial statements issued for interim and annual periods ending after September 15, 2009. The adoption of the Codification did not affect reported results of operations, financial condition or cash flows.

In May 2009, the FASB issued new guidance related to subsequent events that requires disclosure of the date through which Oncor Holdings has evaluated subsequent events related to the financial statements being issued and the basis for that date. The adoption of this guidance as of April 1, 2009 did not affect reported results of operations, financial condition or cash flows, and the required disclosure is provided above in "Basis of Presentation."

### 2.    FINANCIAL STATEMENT EFFECTS OF THE MERGER

EFH Corp. accounted for the Merger under purchase accounting in accordance with the provisions of accounting standards related to business combinations, whereby the total purchase price of the transaction was allocated to EFH Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values as of the Merger date. As a result of cost–based regulatory rate–setting processes, the book value of the majority of Oncor's assets and liabilities effectively represents fair value, and no adjustments to the carrying value of those regulated assets or liabilities were recorded. The excess of the purchase price over the fair value of net assets acquired was recorded as goodwill. The purchase price was allocated to TCEH and Oncor. The purchase price amount assigned to Oncor was based on the relative enterprise value of the business on the closing date of the Merger and resulted in an excess of purchase price over fair value of assets and liabilities of $4.9 billion, which was recorded as goodwill. See Note 20 for disclosures related to goodwill and Note 3 regarding an impairment charge recorded in the fourth quarter of 2008.

F–225

EFIHMW00052398

EFIHMW00051935

**PX 030**
**Page 464 of 734**

Table of Contents
The following table summarizes the final purchase price allocation to the estimated fair values of the assets acquired and liabilities assumed (billions of dollars):

| | |
|---|---|
| Purchase price assigned to Oncor | $7.6 |
| Property, plant and equipment | 7.9 |
| Regulatory assets—net | 1.3 |
| Other assets | 1.3 |
| Total assets acquired | 10.5 |
| Short−term borrowings and long−term debt | 5.1 |
| Deferred income tax liabilities | 1.3 |
| Other liabilities | 1.4 |
| Total liabilities assumed | 7.8 |
| Net identifiable assets acquired | 2.7 |
| Goodwill | $4.9 |

As part of purchase accounting, the carrying value of certain generation−related regulatory assets securitized by transition bonds, which have been reviewed and approved by the PUCT for recovery but without earning a rate of return, was reduced by $213 million. This amount will be accreted to other income over the recovery period remaining as of the closing date of the Merger (approximately nine years). The related securitization (transition) bonds were also fair valued and the resulting discount of $12 million will be amortized to interest expense over the life of the bonds remaining as of the closing date of the Merger (approximately nine years).

The final purchase price allocation includes $16 million in liabilities recorded in connection with the notice of termination of outsourcing arrangements with Capgemini under the change of control provisions of such arrangements (also see Note 16). Oncor incurred $4 million of these exit liabilities during the year ended December 31, 2009. In December 2009, Oncor recorded a $10 million reversal of a portion of these exit liabilities due primarily to a shorter than expected outsourcing services transition period, and this reversal is reflected in other income (see Note 19). The remaining accrual totaling $2 million is expected to be settled in 2010.

3.    GOODWILL IMPAIRMENT

The 2009 annual goodwill impairment testing performed as of October 1 and December 1, 2009 in accordance with accounting guidance for a change in annual impairment testing dates resulted in no impairment (see discussion in Note 1 regarding change in the annual test date from October 1 to December 1). The testing determined that Oncor Holdings' estimated fair value (enterprise value) exceeded its carrying value by approximately 10%, resulting in no additional testing being required and no impairment. Key assumptions in the valuation include discount rates, growth of the rate base and return on equity allowed by the regulatory authority.

In the fourth quarter of 2008, Oncor Holdings recorded a goodwill impairment charge totaling $860 million, which is not deductible for income tax−related purposes.

Although the annual goodwill impairment test date set by management was October 1, management determined that in consideration of the continuing deterioration of securities values during the fourth quarter of 2008, an impairment testing trigger occurred subsequent to that test date; consequently, the impairment charge was based on estimated fair values at December 31, 2008. The fair value calculation was completed in the first quarter of 2009 with no additional impairment charge.

The impairment determination involved significant assumptions and judgments in estimating enterprise values and the fair values of assets and liabilities. The impairment primarily arose from the dislocation in the

F−226

EFIHMW00052399

EFIHMW00051935

**Table of Contents**
capital markets that increased interest rate spreads and the resulting discount rates used in estimating fair values and the effect of declines in market values of debt and equity securities of comparable companies.

The calculations supporting the impairment determination utilized models that took into consideration multiple inputs, including debt yields, equity prices of comparable companies and other inputs. These models were generally used in developing long−term forward discount rates for determining enterprise value and fair values of certain individual assets and liabilities. The fair value measurements resulting from such models are classified as Level 3 non−recurring fair value measurements consistent with accounting standards related to the determination of fair value.

**4.   STIPULATION APPROVED BY THE PUCT**

Oncor and Texas Holdings agreed to the terms of a stipulation, which was conditional upon completion of the Merger, with major interested parties to resolve all outstanding issues in the PUCT review related to the Merger. In February 2008, the PUCT entered an order approving the stipulation. The PUCT issued a final order on rehearing in April 2008 that has been appealed to the 200th District Court of Travis County, Texas. The parties to the appeal have agreed to a schedule that would result in a hearing in June 2010.

In addition to commitments Oncor made in its filings in the PUCT review, the stipulation included the following provisions, among others:

- Oncor provided a one−time $72 million refund to its REP customers in the September 2008 billing cycle. The refund was in the form of a credit on distribution fee billings. The liability for the refund was recorded as part of purchase accounting.

- Consistent with the 2006 cities rate settlement (see Note 5), Oncor filed a system−wide rate case in June 2008 based on a test−year ended December 31, 2007. In August 2009, the PUCT issued a final order on this rate case. See Note 8.

- Oncor agreed not to request recovery of approximately $56 million of regulatory assets related to self−insurance reserve costs and 2002 restructuring expenses. These regulatory assets were eliminated as part of purchase accounting.

- The dividends paid by Oncor will be limited through December 31, 2012, to an amount not to exceed Oncor's net income (determined in accordance with GAAP, subject to certain defined adjustments) for the period beginning October 11, 2007 and ending December 31, 2012, and are further limited by an agreement that Oncor's regulatory capital structure, as determined by the PUCT, will be at or below the assumed debt−to−equity ratio established periodically by the PUCT for ratemaking purposes, which is currently set at 60% debt to 40% equity.

- Oncor committed to minimum capital spending of $3.6 billion over the five−year period ending December 31, 2012, subject to certain defined conditions.

- Oncor committed to an additional $100 million in spending over the five−year period ending December 31, 2012 on demand−side management or other energy efficiency initiatives. These additional expenditures will not be recoverable in rates, and this amount was recorded as a regulatory liability as part of purchase accounting and consistent with accounting standards related to the effect of certain types of regulation.

- If Oncor's credit rating is below investment grade with two or more rating agencies, TCEH will post a letter of credit in an amount of $170 million to secure TXU Energy's payment obligations to Oncor.

- Oncor agreed not to request recovery of the $4.9 billion of goodwill resulting from purchase accounting or any future impairment of the goodwill in its rates.

F−227

EFIHMW00052400

EFIHMW00051935

Table of Contents

5.    **CITIES RATE SETTLEMENT IN 2006**

In January 2006, Oncor agreed with a steering committee representing 108 cities in Texas (Cities) to defer the filing of a system–wide rate case with the PUCT to no later than July 1, 2008 (based on a test year ending December 31, 2007). Oncor filed the rate case with the PUCT in June 2008, and the PUCT issued a final order on the case in 2009. Oncor extended the benefits of the agreement to 292 nonlitigant cities. The agreements provided that Oncor would make payments to participating cities totaling approximately $70 million, including incremental franchise taxes.

This amount was recognized in earnings over the period from May 2006 through June 2008. Amounts recognized totaled $11 million in 2009, $23 million in 2008, $8 million for the period October 11, 2007 through December 31, 2007 and $25 million for the period January 1, 2007 through October 10, 2007, of which $2 million, $13 million, $6 million and $20 million, respectively, is reported in other deductions (see Note 20), and the remainder as taxes other than income taxes. Amounts recognized in 2009 represented extension of benefits per the agreement as a result of the timing of completion of the rate case.

6.    **ACCOUNTING FOR UNCERTAINTY IN INCOME TAXES**

Effective January 1, 2007, EFH Corp. and its subsidiaries adopted accounting guidance related to uncertain tax positions. This guidance requires that each tax position be reviewed and assessed with recognition and measurement of the tax benefit based on a "more–likely–than–not" standard with respect to the ultimate outcome, regardless of whether this assessment is favorable or unfavorable. Oncor Holdings applied updated guidance to determine if each tax position was effectively settled for the purpose of recognizing previously uncertain tax positions. Oncor Holdings completed its review and assessment of uncertain tax positions and in 2007 recorded a net charge to retained earnings and an increase to noncurrent liabilities of $9 million in accordance with the new accounting rule.

EFH Corp. and its subsidiaries file income tax returns in US federal, state and foreign jurisdictions and are subject to examinations by the IRS and other taxing authorities. Examinations of EFH Corp. and its subsidiaries' income tax returns for the years ending prior to January 1, 2003 are complete, but the tax years 1997 through 2002 remain in appeals with the IRS. In 2008, EFH Corp. was notified of the commencement of an IRS audit of tax years 2003 to 2006. The audit is expected to require two years to complete. Texas franchise and margin tax returns are under examination or still open for examination for tax years beginning after 2002. Prior to the 2007 Merger, Oncor was a member of EFH Corp.'s consolidated group federal income tax returns.

Oncor Holdings classifies interest and penalties expense related to uncertain tax positions as current income tax expense. Amounts recorded related to interest and penalties totaled a benefit of $5 million in the year ended December 31, 2009 and expenses of $6 million (including $2 million recorded as goodwill) in the year ended December 31, 2008, $2 million for the period October 11, 2007 through December 31, 2007 and $3 million for the period January 1, 2007 through October 10, 2007 (all amounts after tax).

Noncurrent liabilities included a total of $20 million and $22 million in accrued interest at December 31, 2009 and 2008, respectively. Effective in 2009, the federal income tax benefit on the interest accrued on uncertain tax positions is recorded as accumulated deferred income taxes. Such amounts were previously reported net as a reduction of the liability for uncertain tax positions.

F–228

EFIHMW00052401

EFIHMW00051935

**PX 030**
**Page 467 of 734**

Table of Contents

The following table summarizes the changes to the uncertain tax positions, reported in other noncurrent liabilities in the consolidated balance sheet, during the years ended December 31, 2009 and 2008:

|  | 2009 | 2008 |
|---|---|---|
| Balance at January 1, excluding interest and penalties | $122 | $111 |
| Additions based on tax positions related to prior years | 22 | 41 |
| Reductions based on tax positions related to prior years | (73) | (30) |
| Additions based on tax positions related to the current year | — | — |
| Balance at December 31, excluding interest and penalties | $ 71 | $122 |

Of the balance at December 31, 2009, $60 million represents tax positions for which the uncertainty relates to the timing of recognition for tax purposes. The disallowance of such positions would not affect the effective tax rate, but would accelerate the payment of cash under the tax sharing agreement to an earlier period.

With respect to tax positions for which the ultimate deductibility is uncertain (permanent items), should EFH Corp. or Oncor Holdings sustain such positions on income tax returns previously filed, Oncor Holdings' liabilities recorded would be reduced by $11 million, resulting in increased net income and a favorable impact on the effective tax rate.

Oncor Holdings does not expect the total amount of liabilities recorded related to uncertain tax positions will significantly increase or decrease within the next 12 months.

7.   **INCOME TAXES**

The components of Oncor Holdings' income tax expense are as follows:

|  | Successor | | | Predecessor |
|---|---|---|---|---|
|  | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Reported in operating expenses: |  |  |  |  |
| Current: |  |  |  |  |
| US federal | $    69 | $    37 | $    (46) | $    116 |
| State | 17 | 17 | — | 12 |
| Deferred: |  |  |  |  |
| US federal | 67 | 142 | 74 | 26 |
| State | (3) | — | (2) | — |
| Amortization of investment tax credits | (5) | (5) | (1) | (4) |
| Total | 145 | 191 | 25 | 150 |
| Reported in other income and deductions: |  |  |  |  |
| Current: |  |  |  |  |
| US federal | 13 | 8 | 7 | 8 |
| State | 1 | 1 | — | 1 |
| Deferred federal | 14 | 17 | (1) | — |
| Total deferred | 28 | 26 | 6 | 9 |
| Total income tax expense | $    173 | $    217 | $    31 | $    159 |

F–229

EFIHMW00052402

EFIHMW00051935

Table of Contents

Reconciliation of income taxes computed at the US federal statutory rate to income tax expense:

| | Successor | | | Predecessor |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Income (loss) before income taxes | $ 493 | $ (266) | $ 95 | $ 422 |
| Income taxes at the US federal statutory rate of 35% | $ 173 | $ (93) | $ 33 | $ 148 |
| Goodwill impairment | — | 301 | — | — |
| Amortization of investment tax credits—net of deferred tax effect | (5) | (5) | (1) | (4) |
| Amortization (under regulatory accounting) of statutory tax rate changes | (2) | (3) | (1) | (3) |
| Texas margin tax, net of federal tax benefit | 12 | 11 | (1) | 8 |
| Medicare subsidy | (6) | (5) | (2) | (5) |
| Nondeductible losses (gains) on benefit plan investments | (1) | 4 | — | (2) |
| Other, including audit settlements | 2 | 7 | 3 | 17 |
| Income tax expense | $ 173 | $ 217 | $ 31 | $ 159 |
| Effective rate | 35.1% | — | 32.6% | 37.7% |

Deferred income taxes provided for temporary differences based on tax laws in effect at the December 31, 2009 and 2008 balance sheet dates are as follows:

| | Successor | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | December 31, 2009 | | | December 31, 2008 (a) | | |
| | Total | Current | Noncurrent | Total | Current | Noncurrent |
| **Deferred Income Tax Assets:** | | | | | | |
| Alternative minimum tax credit carryforwards | $ 10 | $ 10 | $ — | $ 54 | $ 54 | $ — |
| Total | 10 | 10 | — | 54 | 54 | — |
| **Deferred Income Tax Liabilities:** | | | | | | |
| Basis difference in Oncor partnership | 1,369 | — | 1,369 | 1,333 | — | 1,333 |
| Total | 1,369 | — | 1,369 | 1,333 | — | 1,333 |
| **Net Deferred Income Tax (Asset) Liability** | $1,359 | $ (10) | $ 1,369 | $1,279 | $ (54) | $ 1,333 |

_____

(a)   See Note 13.

At December 31, 2009, Oncor Holdings had $10 million of alternative minimum tax (AMT) credit carryforwards available to offset future tax sharing payments. The AMT credit carryforwards have no expiration date.

The component of deferred income tax liabilities referred to as "basis difference in Oncor partnership" arose as a result of the Oncor equity interests sale (see Note 14) at which time Oncor became a partnership for US federal income tax purposes. The amount of this basis difference at the date of the transaction represented Oncor Holdings' interest (approximately 80%) in the net deferred tax liabilities related to Oncor's individual operating assets and liabilities. The remaining net deferred tax liabilities associated with Oncor ($321 million at December 31, 2009) that are attributable to the noncontrolling interests have been reclassified as other noncurrent liabilities (see Note 20).

See Note 6 for discussion regarding accounting for uncertain tax positions.

F–230

EFIHMW00052403

EFIHMW00051935

Table of Contents

8.    REGULATORY ASSETS AND LIABILITIES

Recognition of regulatory assets and liabilities and the amortization periods over which they are expected to be recovered or refunded through rate regulation reflect the decisions of the PUCT. Components of the regulatory assets and liabilities are provided in the table below. Amounts not earning a return through rate regulation are noted. On August 31, 2009, the PUCT issued a final order on Oncor's rate review filed in June 2008. The rate review included a determination of the recoverability of regulatory assets as of December 31, 2007, including the recoverability period of those assets deemed allowable by the PUCT. The PUCT's findings included denial of recovery of certain regulatory assets primarily related to business restructuring costs and rate case expenses, which resulted in a $25 million charge ($16 million after-tax) in the third quarter 2009 reported as write off of regulatory assets.

| | Remaining Rate Recovery/Amortization Period as of December 31, 2009 | Carrying Amount | |
| --- | --- | --- | --- |
| | | December 31, 2009 | December 31, 2008 |
| **Regulatory assets:** | | | |
| Generation–related regulatory assets securitized by transition bonds (a) | 7 years | $    759 | $    865 |
| Employee retirement costs | 5 years | 80 | — |
| Employee retirement costs to be reviewed (b)(c) | To be determined | 41 | 100 |
| Employee retirement liability (a)(c)(d) | To be determined | 768 | 559 |
| Self–insurance reserve (primarily storm recovery costs)—net | 7 years | 137 | — |
| Self–insurance reserve to be reviewed (b)(c) | To be determined | 106 | 214 |
| Nuclear decommissioning cost under–recovery (a)(c)(e) | Not applicable | 85 | 127 |
| Securities reacquisition costs (pre–industry restructure) | 8 years | 62 | 68 |
| Securities reacquisition costs (post–industry restructure) | Terms of related debt | 27 | 29 |
| Recoverable amounts for/in lieu of deferred income taxes—net | Life of related asset or liability | 68 | 77 |
| Rate case expenses (f) | Largely 3 years | 9 | 10 |
| Rate case expenses to be reviewed (b)(c) | To be determined | 1 | — |
| Advanced meter customer education costs | 10 years | 4 | 2 |
| Deferred conventional meter depreciation | 10 years | 14 | — |
| Energy efficiency performance bonus | 1 year | 9 | — |
| Business restructuring costs (g) | Not applicable | — | 20 |
| | | | |
| Total regulatory assets | | 2,170 | 2,071 |
| | | | |
| **Regulatory liabilities:** | | | |
| Committed spending for demand–side management initiatives (a) | 3 years | 78 | 96 |
| Deferred advanced metering system revenues | 10 years | 57 | — |
| Investment tax credit and protected excess deferred taxes | Various | 44 | 49 |
| Over–collection of securitization (transition) bond revenues (a) | 7 years | 27 | 28 |
| Other regulatory liabilities (a) | Various | 5 | 6 |
| | | | |
| Total regulatory liabilities | | 211 | 179 |
| | | | |
| Net regulatory asset | | $    1,959 | $    1,892 |

(a)    Not earning a return in the regulatory rate–setting process.
(b)    Costs incurred since the period covered under the last rate review.
(c)    Recovery is specifically authorized by statute, subject to reasonableness review by the PUCT.
(d)    Represents unfunded liabilities recorded in accordance with pension and OPEB accounting standards.
(e)    Offset by an intercompany payable to TCEH. See Note 19.

F–231

EFIHMW00052404

EFIHMW00051935

PX 030
Page 470 of 734

Table of Contents

(f)  Rate case expenses totaling $4 million were disallowed by the PUCT and written off in the third quarter of 2009.
(g)  All previously recorded business restructuring costs were disallowed by the PUCT and written off in the third quarter of 2009.

In September 2008, the PUCT approved a settlement for Oncor to recover its estimated future investment for advanced metering deployment. Oncor began billing the advanced metering surcharge in the January 2009 billing month cycle. The surcharge is expected to total $1.023 billion over the 11–year recovery period and includes a cost recovery factor of $2.19 per month per residential retail customer and $2.39 to $5.15 per month for non–residential retail customers. Oncor Holdings accounts for the difference between the surcharge billings for advanced metering facilities and the allowed revenues under the surcharge provisions, which are based on expenditures and an allowed return, as a regulatory asset or liability. Such differences arise principally as a result of timing of expenditures. As indicated in the table above, the regulatory liability at December 31, 2009 totaled $57 million.

See Note 2 for a discussion of effects of purchase accounting on the carrying value of generation–related regulatory assets, Note 4 for discussion of effects on regulatory assets and liabilities of the stipulation approved by the PUCT and Note 19 for additional information regarding nuclear decommissioning cost recovery.

9.    TRADE ACCOUNTS RECEIVABLE AND SALE OF RECEIVABLES PROGRAM
*Trade Accounts Receivable*

|  | December 31, 2009 | December 31, 2008 |
|---|---|---|
| Gross trade accounts receivable | $    395 | $    359 |
| Trade accounts receivable from TCEH | (150) | (135) |
| Allowance for uncollectible accounts | (2) | (7) |
| Trade accounts receivable from nonaffiliates—net | $    243 | $    217 |

Gross trade accounts receivable at December 31, 2009 and 2008 included unbilled revenues of $141 million and $140 million, respectively.

In April 2009, the PUCT finalized a new rule relating to the Certification of Retail Electric Providers. Under the new rule, write–offs of uncollectible amounts owed by REPs are deferred as a regulatory asset. Accordingly, Oncor Holdings recognized a $3 million one–time reversal of bad debt expense in 2009 representing bad debt reserves previously recognized for nonaffiliated REP accounts receivable. Due to the commitments made to the PUCT in connection with the Merger, Oncor may not recover bad debt expense, or certain other costs and expenses, from rate payers in the event of a default or bankruptcy by an affiliate REP.

*Sale of Receivables*

Prior to the Merger, Oncor participated in an accounts receivable securitization program established by EFH Corp. for certain of its subsidiaries, the activity under which was accounted for as a sale of accounts receivable in accordance with transfers and servicing accounting standards. Under the program, Oncor sold trade accounts receivable to TXU Receivables Company, a consolidated wholly–owned bankruptcy–remote direct subsidiary of EFH Corp., which sold undivided interests in those purchased accounts receivable for cash to special purpose entities established by financial institutions (the funding entities). In connection with the Merger, the accounts receivable securitization program was amended. Concurrently, the financial institutions required that Oncor

F–232

EFIHMW00052405

EFIHMW00051935

Table of Contents

repurchase all of the receivables it had previously sold to TXU Receivables Company, which totaled $254 million. Oncor funded such repurchases through borrowings under its credit facility of $113 million, and the related subordinated note receivable from TXU Receivables Company in the amount of $141 million was canceled. Oncor is no longer a participant in the accounts receivable securitization program.

Under the program, new trade receivables generated by Oncor were continuously purchased by TXU Receivables Company with the proceeds from collections of receivables previously purchased. Changes in the amount of funding under the program, through changes in the amount of undivided interests sold by TXU Receivables Company, reflected seasonal variations in the level of accounts receivable, changes in collection trends as well as other factors such as changes in delivery fees and volumes. TXU Receivables Company issued subordinated notes payable to Oncor for the difference between the face amount of the uncollected accounts receivable purchased, less a discount, and cash paid to Oncor that was funded by the sale of the undivided interests.

The discount from face amount on the purchase of receivables principally funded program fees paid by TXU Receivables Company to the funding entities. The discount also funded a servicing fee paid by TXU Receivables Company to EFH Corporate Services Company, a direct subsidiary of EFH Corp., but the amounts were immaterial. The program fees, referred to as losses on sale of the receivables under transfers and servicing accounting standards, consisted primarily of interest costs on the underlying financing and totaled $6 million and averaged 6.4% (on an annualized basis) as a percentage of the average funding under the program for the Predecessor period from January 1, 2007 through October 10, 2007. These fees represented essentially all of the net incremental costs of the program to Oncor and were reported in operation and maintenance expenses.

Funding under the program decreased $86 million to zero in 2007 with Oncor's exit from the program. Funding increases or decreases under the program were reflected as operating cash flow activity in the statement of cash flows. The carrying amount of the retained interests in the accounts receivable balance approximated fair value due to the short-term nature of the collection period.

Activities of TXU Receivables Company related to Oncor in 2007 were as follows:

|  | Successor (a) Period from October 11, 2007 through December 31, 2007 | Predecessor Period from January 1, 2007 through October 10, 2007 |
|---|---|---|
| Cash collections on accounts receivable | $ — | $ 1,082 |
| Face amount of new receivables purchased | — | (1,156) |
| Discount from face amount of purchased receivables | — | 5 |
| Program fees paid to funding entities | — | (6) |
| Increase in subordinated notes payable | — | 48 |
| Repurchase of receivables previously sold | 113 | — |
| Operating cash flows used by (provided to) Oncor under the program | $ 113 | $ (27) |

_____

(a)    Represents final activities related to Oncor's exit from the sale of receivables program.

**10.    BORROWINGS UNDER CREDIT FACILITIES**

At December 31, 2009, Oncor had a $2.0 billion secured revolving credit facility, expiring October 10, 2013, to be used for its working capital and general corporate purposes, including issuances of commercial paper and letters of credit. Oncor may request increases in the commitments under the facility in any amount up to $500 million, subject to the satisfaction of certain conditions. Amounts borrowed under the facility, once repaid, can be borrowed again by Oncor from time to time. Borrowings are classified as short-term on the balance sheet.

F-233

EFIHMW00052406

EFIHMW00051935

PX 030
Page 472 of 734

**Table of Contents**

In May 2008, Oncor secured this credit facility with a first priority lien on certain of its transmission and distribution assets. Oncor also secured all of its existing long–term debt securities (excluding the transition bonds) with the same lien in accordance with the terms of those securities. The lien contains customary provisions allowing Oncor to use the assets in its business, as well as to replace and/or release collateral as long as the market value of the aggregate collateral is at least 115% of the aggregate secured debt. The lien may be terminated at Oncor's option upon the termination of Oncor's current credit facility.

At December 31, 2009, Oncor had outstanding borrowings under the credit facility totaling $616 million with an interest rate of 0.58% at the end of the period. At December 31, 2008, Oncor had outstanding borrowings under the credit facility totaling $337 million with an interest rate of 1.98% at the end of the period. Availability under the credit facility as of December 31, 2009 was $1.262 billion. This availability excludes $122 million of commitments from a subsidiary of Lehman Brothers Holding Inc. (such subsidiary, Lehman) that has filed for bankruptcy under Chapter 11 of the US Bankruptcy Code. Availability under the credit facility as of December 31, 2008 was $1.508 billion, which excluded $155 million of commitments from Lehman.

Under the terms of Oncor's revolving credit facility, the commitments of the lenders to make loans to Oncor are several and not joint. Accordingly, if any lender fails to make loans to Oncor, Oncor's available liquidity could be reduced by an amount up to the aggregate amount of such lender's commitments under the facility.

Borrowings under this credit facility bear interest at per annum rates equal to, at Oncor's option, (i) adjusted LIBOR plus a spread of 0.275% to 0.800% (depending on the ratings assigned to Oncor's senior secured debt) or (ii) a base rate (the higher of (1) the prime rate of JPMorgan Chase Bank, N.A. and (2) the federal funds effective rate plus 0.50%). Under option (i) and based on Oncor's ratings as of December 31, 2009, its LIBOR–based borrowings, which apply to all outstanding borrowings at December 31, 2009, bear interest at LIBOR plus 0.350%.

A facility fee is payable at a rate per annum equal to 0.100% to 0.200% (depending on the rating assigned to Oncor's senior secured debt) of the commitments under the facility. Based on Oncor's ratings as of December 31, 2009, its facility fee is 0.125%. A utilization fee is payable on the average daily amount of borrowings in excess of 50% of the commitments under the facility at a rate per annum equal to 0.125% per annum.

The credit facility contains customary covenants for facilities of this type, restricting, subject to certain exceptions, Oncor and its subsidiary from, among other things:

- incurring additional liens;
- entering into mergers and consolidations;
- selling certain assets, and
- making acquisitions and investments in subsidiaries.

In addition, the credit facility requires that Oncor maintain a consolidated senior debt–to–capitalization ratio of no greater than 0.65 to 1.00 and observe certain customary reporting requirements and other affirmative covenants.

The credit facility contains certain customary events of default for facilities of this type, the occurrence of which would allow the lenders to accelerate all outstanding loans and terminate their commitments under the facility.

F–234

EFIHMW00052407

EFIHMW00051935

**PX 030**
**Page 473 of 734**

Table of Contents

11. LONG—TERM DEBT

At December 31, 2009 and 2008, long—term debt consisted of the following:

| | December 31, 2009 | December 31, 2008 |
|---|---|---|
| Oncor (a): | | |
| 6.375% Fixed Senior Notes due May 1, 2012 | $ 700 | $ 700 |
| 5.950% Fixed Senior Notes due September 1, 2013 | 650 | 650 |
| 6.375% Fixed Senior Notes due January 15, 2015 | 500 | 500 |
| 6.800% Fixed Senior Notes due September 1, 2018 | 550 | 550 |
| 7.000% Fixed Debentures due September 1, 2022 | 800 | 800 |
| 7.000% Fixed Senior Notes due May 1, 2032 | 500 | 500 |
| 7.250% Fixed Senior Notes due January 15, 2033 | 350 | 350 |
| 7.500% Fixed Senior Notes due September 1, 2038 | 300 | 300 |
| Unamortized discount | (15) | (16) |
| Total Oncor | 4,335 | 4,334 |
| | | |
| Oncor Electric Delivery Transition Bond Company LLC (b): | | |
| 4.030% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2010 | 13 | 54 |
| 4.950% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2013 | 130 | 130 |
| 5.420% Fixed Series 2003 Bonds due in semiannual installments through August 15, 2015 | 145 | 145 |
| 3.520% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2009 | — | 39 |
| 4.810% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2012 | 197 | 221 |
| 5.290% Fixed Series 2004 Bonds due in semiannual installments through May 15, 2016 | 290 | 290 |
| Total Oncor Electric Delivery Transition Bond Company LLC | 775 | 879 |
| | | |
| Unamortized fair value discount related to transition bonds (c) | (6) | (9) |
| | | |
| Total consolidated (d) | 5,104 | 5,204 |
| Less amount due currently | (108) | (103) |
| | | |
| Total long—term debt | $ 4,996 | $ 5,101 |

(a) Secured with first priority lien as discussed in Note 10.
(b) The transition bonds are nonrecourse to Oncor and were issued to securitize a regulatory asset.
(c) The transition bonds, which secured regulatory assets not earning a return, were fair valued as of October 10, 2007 as a result of purchase accounting.
(d) According to its organizational documents, Oncor Holdings is prohibited from directly incurring indebtedness for borrowed money.

*Debt Repayments in 2009*

Repayments of long—term debt in 2009 totaled $104 million and represent transition bond principal payments at scheduled maturity dates.

F—235

EFIHMW00052408

EFIHMW00051935

**PX 030
Page 474 of 734**

**Table of Contents**
*Debt–Related Activity in 2008*

In September 2008, Oncor issued and sold senior secured notes with an aggregate principal amount of $1.5 billion consisting of $650 million aggregate principal amount of 5.95% senior secured notes maturing in September 2013, $550 million aggregate principal amount of 6.80% senior secured notes maturing in September 2018 and $300 million aggregate principal amount of 7.50% senior secured notes maturing in September 2038. Oncor used the net proceeds of approximately $1.487 billion from the sale of the notes to repay most of its borrowings under its credit facility as well as for general corporate purposes. The notes are secured by the first priority lien described in Note 10. The notes are secured equally and ratably with all of Oncor's other secured indebtedness. If the lien is terminated, the notes will cease to be secured obligations of Oncor and will become senior unsecured general obligations of Oncor.

Interest on these notes is payable in cash semiannually in arrears on March 1 and September 1 of each year. Oncor may redeem the notes, in whole or in part, at any time, at a price equal to 100% of their principal amount, plus accrued and unpaid interest and a "make–whole" premium. The notes also contain customary events of default, including failure to pay principal or interest on the notes when due.

Repayments of long–term debt in 2008 totaled $99 million and represent transition bond principal payments at scheduled maturity dates.

*Interest Rate Hedges*

In September 2008, Oncor entered into interest rate swap transactions hedging the variability of treasury bond rates used to determine the interest rates on an anticipated issuance of an aggregate of $1.0 billion of senior secured notes maturing from 2013 to 2018. The hedges were terminated the same day, and $2 million in after–tax losses were recorded as other comprehensive income. After–tax net losses of less than one million will be reclassified into net income during the next twelve months as the related hedged transactions affect net income.

*Maturities*

Long–term debt and transition bonds maturities are as follows:

| Year | |
|---|---|
| 2010 | $ 108 |
| 2011 | 113 |
| 2012 | 819 |
| 2013 | 775 |
| 2014 | 131 |
| Thereafter | 3,179 |
| Unamortized fair value discount | (6) |
| Unamortized discount | (15) |
| Total | $5,104 |

*Fair Value of Long–Term Debt*

The estimated fair value of long–term debt (including current maturities) totaled $5.644 billion and $4.990 billion at December 31, 2009 and 2008, respectively, and the carrying amount totaled $5.104 billion and $5.204 billion, respectively. The fair value is estimated at the lesser of either the call price or the market value as determined by quoted market prices.

F–236

EFIHMW00052409

EFIHMW00051935

**PX 030
Page 475 of 734**

Table of Contents

**12.  COMMITMENTS AND CONTINGENCIES**

*Leases*

At December 31, 2009, future minimum lease payments under operating leases (with initial or remaining noncancelable lease terms in excess of one year) were as follows:

| Year | |
|---|---:|
| 2010 | $12 |
| 2011 | 12 |
| 2012 | 10 |
| 2013 | 4 |
| 2014 | 4 |
| Thereafter | 7 |
| Total future minimum lease payments | $49 |

Rent charged to operation and maintenance expense totaled $11 million and $10 million for the years ended December 31, 2009 and 2008, respectively, $3 million for the period October 11, 2007 through December 31, 2007 and $7 million for the Predecessor period January 1, 2007 through October 10, 2007.

*Capital Expenditures*

Oncor and Texas Holdings agreed to the terms of a stipulation with major interested parties to resolve all outstanding issues in the PUCT review related to the Merger. As one of the provisions of this stipulation, Oncor committed to minimum capital spending of $3.6 billion over the five–year period ending December 31, 2012, subject to certain defined conditions. See Note 4.

*Efficiency Spending*

Oncor is required to annually invest in programs designed to improve customer electricity demand efficiencies to satisfy its ongoing regulatory requirements. The 2010 requirement is $44 million. Oncor also committed to invest $100 million in these programs in excess of regulatory requirements over the five years ending in 2012. See Note 4.

*Guarantees*

Oncor has entered into contracts that contain guarantees to unaffiliated parties that could require performance or payment under certain conditions.

Oncor is the lessee under various operating leases that obligate it to guarantee the residual values of the leased assets. At December 31, 2009, both the aggregate maximum amount of residual values guaranteed and the estimated residual recoveries totaled approximately $6 million. These leased assets consist primarily of vehicles used in distribution activities. The average life of the residual value guarantees under the lease portfolio is approximately two years.

*Legal Proceedings*

Oncor Holdings is involved in various legal and administrative proceedings in the normal course of business the ultimate resolution of which, in the opinion of management, should not have a material effect upon its financial position, results of operations or cash flows.

F–237

EFIHMW00052410

EFIHMW00051935

**PX 030**
**Page 476 of 734**

Table of Contents
*Labor Contracts*

Certain Oncor employees are represented by a labor union and covered by a collective bargaining agreement that will expire in October 2010. In June 2009, a group of approximately 50 employees voted to decertify the labor union as their representative. In December 2009, a group of approximately 350 employees elected to be represented by a labor union. The negotiation of a new labor agreement and the representation of this group of additional employees is not expected to have a material effect on Oncor Holdings' financial position, results of operations or cash flows.

*Environmental Contingencies*

Oncor must comply with environmental laws and regulations applicable to the handling and disposal of hazardous waste. Oncor is in compliance with all current laws and regulations; however, the impact, if any, of changes to existing regulations or the implementation of new regulations is not determinable. The costs to comply with environmental regulations can be significantly affected by the following external events or conditions:

- changes to existing state or federal regulation by governmental authorities having jurisdiction over control of toxic substances and hazardous and solid wastes, and other environmental matters, and

- the identification of additional sites requiring clean-up or the filing of other complaints in which Oncor Holdings may be asserted to be a potential responsible party.

## 13.    MEMBERSHIP INTERESTS

*Successor*

*Cash Distributions*—On February 11, 2010, the board of directors declared a cash distribution of between $34 million and $41 million to be paid to Intermediate Holding on February 19, 2010.

During 2009, Oncor Holdings' board of directors declared, and Oncor Holdings paid, the following cash distributions to Intermediate Holding:

| Declaration Date | Payment Date | Amount Paid |
|---|---|---|
| November 12, 2009 | November 13, 2009 | $    99 |
| August 18, 2009 | August 19, 2009 | $    59 |
| May 19, 2009 | May 20, 2009 | $    40 |
| February 18, 2009 | March 3, 2009 | $    18 |

During 2008, Oncor Holdings' board of directors declared, and Oncor Holdings paid, the following cash distributions to Intermediate Holding:

| Declaration Date | Payment Date | Amount Paid |
|---|---|---|
| November 13, 2008 | November 14, 2008 | $   117 |
| August 20, 2008 | August 21, 2008 | $    78 |
| May 14, 2008 | May 15, 2008 | $    78 |
| February 20, 2008 | March 31, 2008 | $    57 |

The net proceeds of $1.253 billion from Oncor's sale of equity interests in November 2008 were distributed to Intermediate Holding and ultimately to EFH Corp.

While there are no direct restrictions on Oncor Holdings' ability to distribute its net income that are currently material, substantially all of Oncor Holdings' net income is derived from Oncor. The boards of directors of each of Oncor and Oncor Holdings, which are composed of a majority of independent directors, can

F–238

EFIHMW00052411

EFIHMW00051935

**PX 030**
**Page 477 of 734**

**Table of Contents**

withhold distributions to the extent the boards determine that it is necessary to retain such amounts to meet expected future requirements of Oncor and/or Oncor Holdings. For the period beginning October 11, 2007 and ending December 31, 2012, distributions paid by Oncor (other than distributions of the proceeds of any issuance of limited liability company units) are limited by the Limited Liability Company Agreement to an amount not to exceed Oncor's net cumulative income determined in accordance with GAAP, as adjusted by applicable orders of the PUCT. Such adjustments include deducting the $72 million ($46 million after tax) one-time refund to customers in September 2008 and deducting funds spent as part of the $100 million commitment for additional demand-side management or other energy efficiency initiatives (see Note 4) of which $22 million ($14 million after tax) has been spent through December 31, 2009, neither of which impacted net income due to purchase accounting, and removing the effect of the $860 million goodwill impairment charge from fourth quarter 2008 net income available for distribution. The goodwill impairment charge and refund are described in Notes 3 and 4, respectively. Distributions are further limited by Oncor's required regulatory capital structure, as determined by the PUCT, to be at or below the assumed debt-to-equity ratio established periodically by the PUCT for ratemaking purposes, which is currently set at 60% debt to 40% equity. For 2009, $35 million of net income was restricted from being used to make distributions on membership interests. The net proceeds of $1.253 billion received from the 2008 sale of equity interests to Texas Transmission and certain members of Oncor's management and board of directors were excluded from these distribution limitations.

*Effect of Sale of Noncontrolling Interests*—The total amount of proceeds from the sale of noncontrolling interests in Oncor discussed in Note 14 was less than the carrying value of the interests sold by $265 million, which reflects the fact that Oncor's carrying value after purchase accounting is based on the Merger value, while the noncontrolling interests sale value did not include a control premium. The difference was accounted for as a reduction of membership interests.

During the preparation of Oncor Holdings' December 31, 2009 financial statements, Oncor Holdings determined that deferred income taxes related to its interest in Oncor should have been recorded upon the sale of noncontrolling interests in November 2008. Accordingly, the December 31, 2008 balance of noncurrent accumulated deferred income tax liabilities has been increased by $141 million (from the $1.192 billion previously reported) and total membership interests at that date has been decreased by the same amount (from the $6.801 billion previously reported). The recognition of the deferred tax liability is the result of applying rules for income tax accounting related to outside basis differences. This error did not affect net income or cash flows previously reported.

*Equity Contributions*—As a result of the Merger, all outstanding unvested stock-based incentive compensation awards previously granted by EFH Corp. to Oncor employees vested and such employees became entitled to receive the $69.25 per share Merger consideration. The settlement of these awards totaled $24 million and was accounted for as an equity contribution from EFH Corp., as was the settlement of $4 million of cash incentive compensation awards. See Note 18 for further discussion of stock-based compensation, including a SARs Plan implemented in November 2008.

In connection with the Merger, Texas Holdings paid a $12 million fee related to Oncor's $2 billion revolving credit facility. Such payment was accounted for as an investment by Texas Holdings.

In March 2008, Oncor Holdings distributed its investment in an entity with telecommunications-related activities that are not part of Oncor's current operations totaling $24 million to Intermediate Holding.

*Predecessor*

No shares of Oncor's common stock were held by or for its own account, nor were any shares of such capital stock reserved for its officers and employees or for options, warrants, conversions and other rights in connection therewith.

EFIHMW00052412

EFIHMW00051935

**PX 030**
**Page 478 of 734**

Table of Contents

Under accounting standards for share–based payments, expense related to EFH Corp.'s stock–based incentive compensation awards granted to Oncor's employees was accounted for as a noncash capital contribution from EFH Corp. Accordingly, Oncor recorded a credit to its common stock account of $3 million in the period January 1, 2007 through October 10, 2007.

Oncor recorded a credit to common stock of $15 million in the period January 1, 2007 through October 10, 2007 arising from the excess tax benefit generated by the distribution date value of the stock–based incentive awards exceeding the reported compensation expense. The $15 million credit (benefit) in 2007 was realized in the Successor period in conjunction with a tax payment to EFH Corp.

### 14.  NONCONTROLLING INTERESTS

In November 2008, equity interests in Oncor were sold to Texas Transmission for $1.254 billion in cash. Equity interests were also indirectly sold to certain members of Oncor's board of directors and its management team. Accordingly, after giving effect to all equity issuances, as of December 31, 2009, Oncor's ownership was as follows: 80.03% held by Oncor Holdings, 0.22% held indirectly by Oncor's management and board of directors and 19.75% held by Texas Transmission.

The proceeds (net of closing costs) of $1.253 billion received by Oncor from Texas Transmission and the members of Oncor management upon completion of these transactions were distributed to Oncor Holdings who distributed the proceeds to Intermediate Holding and ultimately to EFH Corp.

See Note 13 for discussion of amounts recorded as a reduction of membership interests as a result of the sale of Oncor interests.

The noncontrolling interests balance reported in the December 31, 2009 and 2008 consolidated balance sheets was $1.363 million and 1.355 billion, respectively. The noncontrolling interests balance reported in the December 31, 2009 consolidated balance sheet represented the proportional share of Oncor's net assets at the date of the transaction less $96 million representing the noncontrolling interests' share of Oncor's net losses for the periods subsequent to the transaction (including the goodwill impairment charge), net of $58 million in cash distributions.

### 15.  INVESTMENTS

The investments balance consists of the following:

| | December 31, 2009 | December 31, 2008 |
|---|---|---|
| Assets related to employee benefit plans, including employee savings programs, net of distributions | $ 67 | $ 65 |
| Investment in unconsolidated affiliates | 3 | 5 |
| Land | 2 | 2 |
| Total investments | $ 72 | $ 72 |

*Assets Related to Employee Benefit Plans*

The majority of these assets represent cash surrender values of life insurance policies that are purchased to fund liabilities under deferred compensation plans. As of December 31, 2009, Oncor pays the premiums and is the beneficiary of these life insurance policies. EFH Corp. was the previous beneficiary. As of December 31, 2009 and 2008, the face amount of these policies totaled $138 million and $151 million, and the net cash

F–240

EFIHMW00052413

EFIHMW00051935

Table of Contents
surrender values totaled $52 million and $53 million, respectively. Changes in cash surrender value are netted against premiums paid. Other investment assets held to satisfy deferred compensation liabilities are recorded at market value.

*Restricted Cash*

| | At December 31, 2009 | | At December 31, 2008 | |
| | Current Assets | Noncurrent Assets | Current Assets | Noncurrent Assets |
|---|---|---|---|---|
| Customer collections related to securitization (transition) bonds used only to service debt and pay expenses | $    47 | $    — | $    51 | $    — |
| Reserve for fees associated with transition bonds | — | 10 | — | 10 |
| Reserve for shortfalls of transition bond charges | — | 4 | — | 6 |
| Total restricted cash | $    47 | $    14 | $    51 | $    16 |

## 16.   TERMINATION OF OUTSOURCING ARRANGEMENTS

In connection with the closing of the Merger, EFH Corp., Oncor and TCEH commenced a review, under the change of control provision, of certain outsourcing arrangements with Capgemini, Capgemini America, Inc. and Capgemini North America, Inc. (collectively, CgE). In 2008, Oncor executed a Separation Agreement with CgE. Simultaneous with the execution of that Separation Agreement, EFH Corp. and TCEH entered into a substantially similar Separation Agreement with CgE. The Separation Agreements principally provide for (i) notice of termination of each of the Master Framework Agreements, dated as of May 17, 2004, each as amended, between Capgemini and each of Oncor and TCEH and the related service agreements under each of the Master Framework Agreements and (ii) termination of the joint venture arrangements between EFH Corp. (and its applicable subsidiaries) and CgE. Under the Master Framework Agreements and related services agreements, Capgemini provided to Oncor and EFH Corp. and its other subsidiaries outsourced support services, including information technology, customer care and billing, human resources, procurement and certain finance and accounting activities.

As a result, during the fourth quarter of 2008:

- EFH Corp. received approximately $70 million in cash in exchange for the termination of a purchase option agreement pursuant to which subsidiaries of EFH Corp. had the right to "put" to Capgemini (and Capgemini had the right to "call" from a subsidiary of EFH Corp.) EFH Corp.'s 2.9% limited partnership interest in Capgemini and licensed assets, principally software, upon the expiration of the Master Framework Agreements in 2014 or, in some circumstances, earlier. Oncor received $20 million of such proceeds, reflecting its share of the put option value.

- The parties entered into a mutual release of all claims under the Master Framework Agreement and related services agreements, subject to certain defined exceptions, and Oncor received $4 million in cash in settlement of such claims.

The carrying value of Oncor's share of the put option value was $48 million prior to the application of purchase accounting (recorded as a noncurrent asset). The effects of the termination of the outsourcing arrangements, including an accrued liability of $16 million for incremental costs to exit and transition the services, were included in the final purchase price allocation. See Note 2 for additional disclosure, including a reversal to income of a portion of the liability recorded in purchase accounting.

F–241

EFIHMW00052414

EFIHMW00051935

**PX 030**
**Page 480 of 734**

Table of Contents

17.  PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS (OPEB) PLANS

*Pension Plan*

Oncor is a participating employer in the EFH Retirement Plan (Retirement Plan), a defined benefit pension plan sponsored by EFH Corp. The Retirement Plan is a qualified pension plan under Section 401(a) of the Internal Revenue Code of 1986, as amended (Code), and is subject to the provisions of the Employee Retirement Income Security Act of 1974, as amended (ERISA). All benefits are funded by the participating employers. The Retirement Plan provides benefits to participants under one of two formulas: (i) a Cash Balance Formula under which participants earn monthly contribution credits based on their compensation and a combination of their age and years of service, plus monthly interest credits or (ii) a Traditional Retirement Plan Formula based on years of service and the average earnings of the three years of highest earnings. The interest component of the Cash Balance Formula is variable and is determined using the yield on 30-year Treasury bonds. Under the Cash Balance Formula, future increases in earnings will not apply to prior service costs.

All eligible employees hired after January 1, 2001 participate under the Cash Balance Formula. Certain employees who, prior to January 1, 2002, participated under the Traditional Retirement Plan Formula, continue their participation under that formula. It is EFH Corp.'s policy to fund the plans on a current basis to the extent deductible under existing federal tax regulations.

Oncor also participated in an EFH Corp. supplemental retirement plan for certain employees, whose retirement benefits cannot be fully earned under the qualified Retirement Plan, the information for which is included below. Oncor ceased participation in the EFH Corp. plan and implemented its own supplemental retirement plan effective January 1, 2010.

*OPEB Plan*

Oncor participates with EFH Corp. and certain other affiliated subsidiaries of EFH Corp. to offer certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees. For employees retiring on or after January 1, 2002, the retiree contributions required for such coverage vary based on a formula depending on the retiree's age and years of service.

*Pension and OPEB Costs Recognized as Expense*

The following details net pension and OPEB costs recognized as expense:

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Pension costs | $    35 | $    15 | $    3 | $    21 |
| OPEB costs | 55 | 44 | 9 | 50 |
| Total benefit costs | 90 | 59 | 12 | 71 |
| Less amounts deferred principally as a regulatory asset or property | (66) | (42) | (8) | (43) |
| Net amounts recognized as expense | $    24 | $    17 | $    4 | $    28 |

Consistent with accounting standards related to employers' accounting for pensions, EFH Corp. uses the calculated value method to determine the market-related value of the assets held in its trust. EFH Corp. includes the realized and unrealized gains or losses in the market-related value of assets over a rolling four-year period. Each year, 25% of such gains and losses for the current year and for each of the preceding three years is included

F-242

EFIHMW00052415

EFIHMW00051935

**PX 030**
**Page 481 of 734**

**Table of Contents**

in the market–related value. Each year, the market–related value of assets is increased for contributions to the plan and investment income and is decreased for benefit payments and expenses for that year.

The pension and OPEB amounts provided represent allocations to Oncor of amounts related to EFH Corp.'s plans.

### Regulatory Recovery of Pension and OPEB Costs

PURA provides for the recovery by Oncor of pension and OPEB costs for all applicable former employees of the regulated predecessor integrated electric utility, which in addition to Oncor's active and retired employees consists largely of active and retired personnel engaged in TCEH's activities, related to service of those additional personnel prior to the deregulation and disaggregation of EFH Corp.'s businesses effective January 1, 2002. Accordingly, Oncor and TCEH entered into an agreement whereby Oncor assumed responsibility for applicable pension and OPEB costs related to those personnel.

Oncor is authorized to establish a regulatory asset or liability for the difference between the amounts of pension and OPEB costs approved in current billing rates and the actual amounts that would otherwise have been recorded as charges or credits to earnings. Amounts deferred are ultimately subject to regulatory approval. As of December 31, 2009, Oncor had recorded regulatory assets totaling $889 million related to pension and OPEB costs, including amounts related to deferred expenses as well as amounts related to unfunded liabilities that otherwise would be recorded as other comprehensive income.

### Assumed Discount Rate

The discount rates reflected in net pension and OPEB costs are 6.90% (6.85% for OPEB) and 6.55% for the years ended December 31, 2009 and 2008, respectively, 6.45% for the period October 11, 2007 through December 31, 2007 and 5.90% for the period January 1, 2007 through October 10, 2007. The expected rate of return on plan assets reflected in the 2009 cost amounts is 8.25% for the pension plan and 7.64% for OPEBs.

### Pension and OPEB Plan Cash Contributions

Contributions to the benefit plans were as follows:

|  | December 31, | | |
|---|---|---|---|
|  | 2009 | 2008 | 2007 |
| Pension plan contributions | $ 66 | $ 46 | $  3 |
| OPEB plan contributions | 18 | 31 | 33 |
| Total contributions | $ 84 | $ 77 | $ 36 |

Estimated funding in 2010 of the pension and OPEB plans is $43 million and $18 million, respectively.

### Thrift Plan

Employees of Oncor may participate in a qualified savings plan, the EFH Corp. Thrift Plan (Thrift Plan). This plan is a participant–directed defined contribution plan intended to qualify under Section 401(a) of the Code, and is subject to the provisions of ERISA. Under the terms of the Thrift Plan, employees who do not earn more than the IRS threshold compensation limit used to determine highly compensated employees may contribute, through pre–tax salary deferrals and/or after–tax applicable payroll deductions, the lesser of 75% of their regular salary or wages or the maximum amount permitted under law. Employees who earn more than such threshold may contribute from 1% to 16% of their regular salary or wages. Employer matching contributions are also made in an amount equal to 100% of the first 6% of employee contributions for employees who are covered under the

F–243

EFIHMW00052416

EFIHMW00051935

**Table of Contents**
Cash Balance Formula of the Retirement Plan, and 75% of the first 6% of employee contributions for employees who are covered under the Traditional Retirement Plan Formula of the Retirement Plan. Effective January 1, 2006 through October 10, 2007, employees could reallocate or transfer all or part of their accumulated or future employer matching contributions to any of the plan's other investment options. As of October 10, 2007, employer matching contributions are made in cash and may be allocated by participants to any of the plan's investment options. Oncor's contributions to the Thrift Plan totaled $11 million, $9 million, $2 million and $13 million in the years ended December 31, 2009 and 2008, the period October 11, 2007 through December 31, 2007 and the period January 1, 2007 through October 10, 2007, respectively.

18.   STOCK–BASED COMPENSATION

*Successor*

   In 2008, Oncor established the Oncor Electric Delivery Company LLC Stock Appreciation Rights Plan (the SARs Plan) under which certain employees of Oncor may be granted stock appreciation rights (SARs) payable in cash, or in some circumstances, Oncor units. Two types of SARs may be granted under the SARs Plan. Time–based SARs (Time SARs) vest solely based upon continued employment ratably on an annual basis on each of the first five anniversaries of the grant date. Performance–based SARs (Performance SARs) vest based upon both continued employment and the achievement of a predetermined level of Oncor EBITDA over time, generally ratably over five years based upon annual Oncor EBITDA levels, with provisions for vesting if the annual levels are not achieved but cumulative two– or three–year total Oncor EBITDA levels are achieved. Time and Performance SARs may also vest in part or in full upon the occurrence of certain specified liquidity events and are exercisable only upon the occurrence of certain specified liquidity events. Since the exercisability of the Time and Performance SARs is conditioned upon the occurrence of a liquidity event, compensation expense will not be recorded until it is probable that a liquidity event will occur. Generally, awards under the SARs Plan terminate on the tenth anniversary of the grant, unless the participant's employment is terminated earlier under certain circumstances.

   In February 2009, Oncor also established the Oncor Electric Delivery Company LLC Director Stock Appreciation Rights Plan (the Director SARs Plan) under which certain non–employee members of Oncor's board of directors and other persons having a relationship with Oncor may be granted SARs payable in cash, or in some circumstances, Oncor units. SARs granted under the Director SARs Plan vest in eight equal quarterly installments over a two–year period and are exercisable only upon the occurrence of certain specified liquidity events. Since the exercisability of these SARs is conditioned upon the occurrence of a liquidity event, expense will not be recorded until it is probable a liquidity event will occur.

   SARs under the SARs Plan and the Director SARs Plan are generally payable in cash based on the fair market value of the SAR on the date of exercise. No SARs were granted under the SARs Plan during the year ended December 31, 2009. Oncor granted 6.9 million Time SARs under the SARs Plan during the year ended December 31, 2008, and Time SARs vested at December 31, 2009 totaled 2.8 million. Oncor granted 6.9 million Performance SARs under the SARs Plan during the year ended December 31, 2008, and Performance SARs vested at December 31, 2009 totaled 1.4 million. Oncor granted 55 thousand SARs under the Director SARs Plan during the year ended December 31, 2009, and SARs vested under the Director SARs Plan at December 31, 2009 totaled 27.5 thousand. There were no SARs under either plan eligible for exercise at December 31, 2009.

*Predecessor*

   Prior to the Merger, Oncor bore the costs of the EFH Corp. shareholder–approved long–term incentive plans for applicable management personnel engaged in Oncor's business activities. EFH Corp. provided discretionary awards of performance units to qualified management employees that were payable in its common stock. The awards generally vested over a three–year period, and the number of shares ultimately earned was based on the performance of EFH Corp.'s stock over the vesting period as compared to peer companies and established thresholds. EFH Corp. established restrictions that limited certain employees' opportunities to liquidate vested awards.

F–244

EFIHMW00052417

EFIHMW00051935

**Table of Contents**

EFH Corp. determined the fair value of its stock–based compensation awards utilizing a valuation model that took into account three principal factors: expected volatility of the stock price of EFH Corp. and peer group companies, dividend rate of EFH Corp. and peer group companies and the restrictions limiting liquidation of vested stock awards. Based on the fair values determined under this model, Oncor's reported expense related to the awards totaled $3 million ($2 million after–tax) for the period January 1, 2007 through October 10, 2007. There were no awards granted in 2007.

With respect to awards to Oncor's employees, the fair value of awards that vested in the period January 1, 2007 through October 10, 2007 totaled $84 million based on the vesting date share prices.

**19.   RELATED–PARTY TRANSACTIONS**

The following represent significant related–party transactions of Oncor Holdings:

- Oncor records revenue from TCEH, principally for electricity delivery fees, which totaled $1.0 billion for each of the years ended December 31, 2009 and 2008, $209 million for the period October 11, 2007 through December 31, 2007 and $823 million for the period January 1, 2007 through October 10, 2007.

- Oncor records interest income from TCEH with respect to Oncor's generation–related regulatory assets, which have been securitized by the issuance of transition bonds by Oncor's bankruptcy–remote financing subsidiary. The interest income serves to offset Oncor's interest expense on the transition bonds. This interest income totaled $42 million and $46 million for the years ended December 31, 2009 and 2008, respectively, $11 million for the period October 11, 2007 through December 31, 2007 and $38 million for the period January 1, 2007 through October 10, 2007.

- Incremental amounts payable by Oncor related to income taxes as a result of delivery fee surcharges to its customers related to transition bonds are reimbursed by TCEH. Oncor Holdings' financial statements reflect a note receivable from TCEH to Oncor of $254 million ($37 million reported as current in trade accounts and other receivables from affiliates) at December 31, 2009 and $289 million ($35 million reported as current in trade accounts and other receivables from affiliates) at December 31, 2008 related to these income taxes.

- As a result of actions taken at the time of the Merger to further ring–fence Oncor, short–term advances from EFH Corp. to Oncor ceased and outstanding amounts were repaid. The average daily balances of short–term advances from parent totaled $42 million for the period January 1, 2007 through October 10, 2007, and the weighted average interest rate for the period was 5.8%. Interest expense incurred on the advances totaled approximately $2 million for the period January 1, 2007 through October 10, 2007.

- An EFH Corp. subsidiary charges Oncor for financial and certain other administrative services at cost. These costs, which are reported in operation and maintenance expenses, totaled $22 million and $24 million for the years ended December 31, 2009 and 2008, respectively, $6 million for the period October 11, 2007 through December 31, 2007 and $20 million for the period January 1, 2007 through October 10, 2007.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility (reported on TCEH's balance sheet) is funded by a delivery fee surcharge collected from REPs by Oncor and remitted to TCEH. These trust fund assets are established with the intent to be sufficient to fund the estimated decommissioning liability (also reported on TCEH's balance sheet). Income and expenses associated with the trust fund and the decommissioning liability recorded by TCEH are offset by a net change in the Oncor and TCEH intercompany receivable/payable, which in turn results in a change in Oncor's reported net regulatory asset/liability. The regulatory asset of $85 million and $127 million at December 31, 2009 and 2008, respectively, represents the excess of the net decommissioning liability over the trust fund balance.

- Oncor has a 19.5% limited partnership interest, with a carrying value of $3 million and $5 million at December 31, 2009 and 2008, respectively, in an EFH Corp. subsidiary holding principally

F–245

EFIHMW00052418

EFIHMW00051935

**PX 030**
**Page 484 of 734**

Table of Contents

software–related assets. Equity losses related to this interest are reported in other deductions and totaled $2 million and $4 million for the years ended December 31, 2009 and 2008, respectively, $1 million for the period October 11, 2007 through December 31, 2007 and $2 million for the period January 1, 2007 through October 10, 2007. These losses primarily represent amortization of software assets held by the subsidiary.

- EFH Corp. files a consolidated federal income tax return and allocates income tax liabilities to Oncor Holdings under a tax sharing agreement substantially as if Oncor Holdings was filing its own income tax returns. Oncor Holdings' results are included in the consolidated Texas state margin tax return filed by EFH Corp. Oncor Holdings' amount payable to EFH Corp. related to income taxes totaled $5 million at December 31, 2009, and amount receivable from EFH Corp. related to income taxes, primarily due to timing of payments, totaled $22 million at December 31, 2008. Income tax payments in the year ended December 31, 2009 totaled $19 million to EFH Corp., and Oncor made federal income tax payments totaling $9 million to noncontrolling interests.

- Oncor held cash collateral of $15 million on both December 31, 2009 and 2008 from TCEH related to interconnection agreements for three generation units being developed by TCEH. The collateral is reported in the balance sheet in other current liabilities.

- Certain transmission and distribution utilities in Texas have tariffs in place to assure adequate credit worthiness of any REP to support the REP's obligation to collect securitization bond–related (transition) charges on behalf of the utility. Under these tariffs, as a result of TCEH's credit rating being below investment grade, TCEH is required to post collateral support in an amount equal to estimated transition charges over specified time periods. Accordingly, as of December 31, 2009 and 2008, TCEH had posted letters of credit in the amount of $15 million and $13 million, respectively, for Oncor's benefit.

- At the closing of the Merger, Oncor entered into its current $2 billion revolving credit facility with a syndicate of financial institutions and other lenders. The syndicate includes affiliates of GS Capital Partners. Affiliates of GS Capital Partners (a member of the Sponsor Group) have from time–to–time engaged in commercial banking transactions with Oncor Holdings or its subsidiaries in the normal course of business.

- Affiliates of the Sponsor Group have, and may, sell, acquire or participate in the offerings of debt or debt securities issued by Oncor Holdings or its subsidiaries in open market transactions or through loan syndications.

See Notes 7, 9, 13 and 17 for information regarding the tax sharing agreement, the accounts receivable securitization program, distributions to Intermediate Holding and the allocation of EFH Corp.'s pension and OPEB costs to Oncor, respectively.

F–246

EFIHMW00052419

EFIHMW00051935

**PX 030
Page 485 of 734**

Table of Contents

20.  SUPPLEMENTARY FINANCIAL INFORMATION

*Other Income and Deductions*

| | Successor | | | Predecessor |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Other income: | | | | |
| Accretion of adjustment (discount) to regulatory assets due to purchase accounting (Note 2) | $    39 | $    44 | $    10 | $    — |
| Reversal of exit liabilities recorded in connection with the termination of outsourcing arrangements (see Note 2) | 10 | — | — | — |
| Net gain on sale of other properties and investments | — | 1 | 1 | 3 |
| Total other income | $    49 | $    45 | $    11 | $    3 |
| Other deductions: | | | | |
| Costs related to 2006 cities rate settlement (Note 5) | $    2 | $    13 | $    6 | $    20 |
| Professional fees | 5 | 5 | 1 | 5 |
| Equity losses in unconsolidated affiliate (Note 19) | 2 | 4 | 1 | 2 |
| Expenses related to canceled InfrastruX Energy services joint venture (a) | — | — | — | 3 |
| Other | 5 | 3 | — | — |
| Total other deductions | $    14 | $    25 | $    8 | $    30 |

(a)  Consists of previously deferred costs arising from operational activities to transition to the joint venture arrangement, which was canceled in connection with the Merger.

*Major Customers*

Distribution revenues from TCEH represented 38% and 39% of total operating revenues for the years ended December 31, 2009 and 2008, respectively, 39% for the period October 11, 2007 through December 31, 2007 and 42% for the period January 1, 2007 through October 10, 2007. Revenues from subsidiaries of one nonaffiliated REP collectively represented 14% and 16% of total operating revenues for the years ended December 31, 2009 and 2008, respectively, 15% for the period October 11, 2007 through December 31, 2007 and 16% for the period January 1, 2007 through October 10, 2007. No other customer represented 10% or more of total operating revenues.

F–247

EFIHMW00052420

EFIHMW00051935

**PX 030**
**Page 486 of 734**

Table of Contents
*Interest Expense and Related Charges*

| | Successor | | | Predecessor |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Interest | $    338 | $    314 | $    70 | $    242 |
| Amortization of fair value debt discounts resulting from purchase accounting | 3 | 3 | — | — |
| Amortization of debt issuance costs and discounts | 7 | 5 | 1 | 7 |
| Allowance for funds used during construction—capitalized interest portion | (2) | (6) | (1) | (7) |
| Total interest expense and related charges | $    346 | $    316 | $    70 | $    242 |

*Property, Plant and Equipment*

| | December 31, 2009 | December 31, 2008 |
| --- | --- | --- |
| Assets in service: | | |
| Distribution | $    8,778 | $    8,429 |
| Transmission | 3,917 | 3,626 |
| Other assets | 579 | 477 |
| Total | 13,274 | 12,532 |
| Less accumulated depreciation | 4,444 | 4,158 |
| Net of accumulated depreciation | 8,830 | 8,374 |
| Construction work in progress | 321 | 213 |
| Held for future use | 23 | 19 |
| Property, plant and equipment—net | $    9,174 | $    8,606 |

Depreciation expense as a percent of average depreciable property approximated 3.1% for 2009 and 2.8% for 2008 and 2007.

*Intangible Assets*

Intangible assets other than goodwill reported in the balance sheet are comprised of the following:

| | As of December 31, 2009 | | | As of December 31, 2008 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Intangible assets subject to amortization included in property, plant and equipment: | | | | | | |
| Land easements | $    188 | $    72 | $116 | $    184 | $    69 | $115 |
| Capitalized software | 240 | 104 | 136 | 145 | 80 | 65 |
| Total | $    428 | $    176 | $252 | $    329 | $    149 | $180 |

F–248

EFIHMW00052421

EFIHMW00051935

**PX 030**
**Page 487 of 734**

<u>**Table of Contents**</u>

Aggregate amortization expense for intangible assets totaled $27 million and $19 million for the years ended December 31, 2009 and 2008, respectively, $3 million for the period October 11, 2007 through December 31, 2007 and $11 million for the period January 1, 2007 through October 10, 2007. At December 31, 2009, the weighted average remaining useful lives of capitalized land easements and software were 67 years and 6 years, respectively. The estimated aggregate amortization expense for each of the next five fiscal years is as follows:

| Year | Amortization Expense |
|------|---------------------:|
| 2010 | $                 32 |
| 2011 |                   23 |
| 2012 |                   21 |
| 2013 |                   21 |
| 2014 |                   21 |

At December 31, 2009 and 2008, goodwill of $4.1 billion was reported on the balance sheet. None of this goodwill is being deducted for tax purposes. This balance is net of the $860 million goodwill impairment charge recorded in the fourth quarter of 2008. No other impairments have been recorded since the Merger. See Note 2 for discussion of financial statement effects of the Merger, and Note 3 for discussion of the goodwill impairment.

*Other Noncurrent Liabilities and Deferred Credits*

The other noncurrent liabilities and deferred credits balance consists of the following:

| | Successor | |
|---|---:|---:|
| | December 31, 2009 | December 31, 2008 |
| Retirement plan and other employee benefits | $ 1,343 | $ 1,115 |
| Liabilities related to subsidiary tax sharing agreement | 321 | 299 |
| Uncertain tax positions (including accrued interest) | 91 | 144 |
| Nuclear decommissioning cost under-recovery (a) | 85 | 127 |
| Other | 39 | 35 |
| Total other noncurrent liabilities and deferred credits | $ 1,879 | $ 1,720 |

(a)  Represents intercompany payable to TCEH offset in Oncor's net reported regulatory asset/liability. See Note 8.

*Liabilities Related to Subsidiary Tax Sharing Agreement*—Amount represents the previously recorded net deferred tax liabilities of Oncor related to the noncontrolling interests. Upon the sale of noncontrolling interests in Oncor (see Note 14), Oncor became a partnership for US federal income tax purposes, and the temporary differences which gave rise to the deferred taxes will, over time, become taxable to the noncontrolling interests. Under a tax sharing agreement among Oncor and its equity holders, Oncor reimburses its equity holders for federal income taxes as the partnership earnings become taxable to such holders. Accordingly, as the temporary differences become taxable, the equity holders will be reimbursed by Oncor. In the unlikely event such amounts are not reimbursed under the tax sharing agreement, it is probable they would be refunded to rate payers. The net changes in the liability for the year ended December 31, 2009 totaling $22 million reflected changes in temporary differences.

F–249

EFIHMW00052422

EFIHMW00051935

**Table of Contents**

*Supplemental Cash Flow Information*

| | Successor | | | Predecessor |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Cash payments: | | | | |
| Interest paid | $ 337 | $ 284 | $ 72 | $ 240 |
| Capitalized interest | (2) | (6) | (1) | (7) |
| Interest (net of amounts capitalized) | 335 | 278 | 71 | 233 |
| Income taxes | 28 | 65 | 26 | 106 |
| Noncash investing and financing activities: | | | | |
| Noncash construction expenditures (a) | 61 | 49 | 70 | 25 |
| Noncash capital contribution related to settlement of certain income taxes payable (b) | 50 | — | — | — |
| Noncash distribution of investment to parent | — | 24 | — | — |
| Noncash contribution related to incentive compensation plans | — | — | 28 | — |
| Noncash capital contribution from Texas Holdings | — | — | 12 | — |

_____

(a)   Represents end-of-period accruals.

(b)   Reflects noncash settlement of certain income taxes payable arising as a result of the sale of noncontrolling interests in Oncor.

F-250

EFIHMW00052423

EFIHMW00051935

Table of Contents

21.    CONDENSED FINANCIAL INFORMATION OF REGISTRANT

ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC
CONDENSED FINANCIAL INFORMATION OF REGISTRANT
CONDENSED STATEMENTS OF INCOME (LOSS)
(millions of dollars)

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Income tax benefit | $ — | $ 4 | $ — | $ — |
| Equity in earnings (losses) of subsidiary | 256 | (327) | 64 | 263 |
| Net income (loss) | $ 256 | $ (323) | $ 64 | $ 263 |

See Notes to Financial Statements.

F–251

EFIHMW00052424

EFIHMW00051935

**PX 030**
**Page 490 of 734**

Table of Contents

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC**
**CONDENSED FINANCIAL INFORMATION OF REGISTRANT**
**CONDENSED STATEMENTS OF CASH FLOWS**
(millions of dollars)

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Cash flows—operating activities: | | | | |
| Net income | $ 256 | $ (323) | $ 64 | $ 263 |
| Adjustments to reconcile net income to cash provided by operating activities: | | | | |
| Equity in (earnings) losses of subsidiaries | (256) | 327 | (64) | (263) |
| Deferred income taxes—net | (50) | (4) | — | — |
| Net changes in operating assets and liabilities | 266 | 331 | — | — |
| Cash provided by operating activities | 216 | 331 | — | — |
| | | | | |
| Cash flows—financing activities: | | | | |
| Proceeds from sale of noncontrolling interests, net of transaction costs (Note 14) | — | 1,253 | — | — |
| Distribution to parent of equity sale net proceeds | — | (1,253) | — | — |
| Distributions to parent | (216) | (330) | — | — |
| Cash used in financing activities | (216) | (330) | — | — |
| | | | | |
| Cash flows—investing activities: | | | | |
| Cash used in investing activities | — | — | — | — |
| | | | | |
| Net change in cash and cash equivalents | — | 1 | — | — |
| Cash and cash equivalents—beginning balance | 1 | — | — | — |
| Cash and cash equivalents—ending balance | $ 1 | $ 1 | $ — | $ — |

See Notes to Financial Statements.

F–252

EFIHMW00052425

EFIHMW00051935

PX 030
Page 491 of 734

Table of Contents

ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC
CONDENSED FINANCIAL INFORMATION OF REGISTRANT
CONDENSED BALANCE SHEETS
(millions of dollars)

| | Successor | |
|---|---|---|
| ASSETS | December 31, 2009 | December 31, 2008 |
| Current assets: | | |
| Cash and cash equivalents | $ 1 | $ 1 |
| Income taxes receivable from EFH Corp. | 3 | 1 |
| Other current assets | 2 | 2 |
| Total current assets | 6 | 4 |
| Investments | 5,804 | 5,741 |
| Total assets | $ 5,810 | $ 5,745 |
| LIABILITIES AND MEMBERSHIP INTEREST | | |
| Current liabilities: | | |
| Other current liabilities | $ 3 | $ — |
| Total current liabilities | 3 | — |
| Accumulated deferred income taxes | 91 | 141 |
| Other noncurrent liabilities and deferred credits | 321 | 299 |
| Total liabilities | 415 | 440 |
| Membership interest | 5,395 | 5,305 |
| Total liabilities and membership interest | $ 5,810 | $ 5,745 |

See Notes to Financial Statements.

F–253

EFIHMW00052426

EFIHMW00051935

Table of Contents

ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC
CONDENSED FINANCIAL INFORMATION OF REGISTRANT
NOTES TO CONDENSED FINANCIAL STATEMENTS

*Basis of Presentation*

The accompanying unconsolidated condensed balance sheets, statements of income (loss) and cash flows present results of operations and cash flows of Oncor Holdings for periods subsequent to the Merger, at which time Oncor Holdings was formed. Oncor Holdings, which is a Delaware limited liability company wholly–owned by Intermediate Holding, is the holding company for approximately 80% of the membership interests in Oncor as of December 31, 2009. The financial statements reflect the application of purchase accounting for the Merger at Oncor. Certain information and footnote disclosures normally included in financial statements prepared in accordance with US GAAP have been omitted pursuant to the rules of the SEC. Because the unconsolidated condensed financial statements do not include all of the information and footnotes required by US GAAP, they should be read in conjunction with Oncor Holdings' consolidated financial statements and Notes 1 through 20. Oncor Holdings' subsidiaries have been accounted for under the equity method. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated. The predecessor to Oncor Holdings is Oncor. Accordingly, Predecessor amounts in the accompanying unconsolidated condensed statements of income (loss) and cash flows reflect Oncor's results accounted for under the equity method. The financial statements of Oncor are presented as the Predecessor of Oncor Holdings' historical consolidated financial statements and related notes.

*Distribution Restrictions*

While there are no direct restrictions on Oncor Holdings' ability to distribute its net income that are currently material, substantially all of Oncor Holdings' net income is derived from Oncor. The boards of directors of each of Oncor and Oncor Holdings, which are composed of a majority of independent directors, can withhold distributions to the extent the boards determine that it is necessary to retain such amounts to meet expected future requirements of Oncor and/or Oncor Holdings. For the period beginning October 11, 2007 and ending December 31, 2012, distributions paid by Oncor (other than distributions of the proceeds of any issuance of limited liability company units) are limited by the Limited Liability Company Agreement to an amount not to exceed Oncor's net cumulative income determined in accordance with GAAP, as adjusted by applicable orders of the PUCT. Such adjustments include deducting the $72 million ($46 million after tax) one–time refund to customers in September 2008 and deducting funds spent as part of the $100 million commitment for additional demand–side management or other energy efficiency initiatives (see Note 4) of which $22 million ($14 million after tax) has been spent through December 31, 2009, neither of which impacted net income due to purchase accounting, and removing the effect of the $860 million goodwill impairment charge from fourth quarter 2008 net income available for distribution. The goodwill impairment charge and refund are described in Notes 3 and 4, respectively. Distributions are further limited by Oncor's required regulatory capital structure, as determined by the PUCT, to be at or below the assumed debt–to–equity ratio established periodically by the PUCT for ratemaking purposes, which is currently set at 60% debt to 40% equity. For 2009, $35 million of net income was restricted from being used to make distributions on membership interests. The net proceeds of $1.253 billion received from the 2008 sale of equity interests to Texas Transmission and certain members of Oncor's management and board of directors were excluded from these distribution limitations.

On February 11, 2010, Oncor's board of directors declared a cash distribution of between $34 million and $41 million to be paid to Oncor Holdings on February 19, 2010. During 2009 and 2008, Oncor's board of directors declared, and Oncor paid, cash distributions to Oncor Holdings totaling $216 million and $330 million, respectively. No dividends were received for the period from October 11, 2007 through December 31, 2007.

The net proceeds of $1.253 billion from Oncor's sale of equity interests in November 2008 were distributed to Intermediate Holding and ultimately to EFH Corp.

F–254

EFIHMW00052427

EFIHMW00051935

Table of Contents

# GLOSSARY

When the following terms and abbreviations appear in the text of this report, they have the meanings indicated below.

**2009 Audited Financial Statements**

|  |  |
|---|---|
|  | Oncor Holdings' audited financial statements for the year ended December 31, 2009 included in EFH Corp.'s Annual Report on Form 10-K for the year ended December 31, 2009 filed on February 19, 2010 (Commission File No. 1–12833) |
| **Bondco** | Refers to Oncor Electric Delivery Transition Bond Company LLC, a wholly–owned consolidated bankruptcy–remote financing subsidiary of Oncor. |
| **EFH Corp.** | Refers to Energy Future Holdings Corp., a holding company, and/or its subsidiaries, depending on context. Its major subsidiaries include Oncor and TCEH. |
| **ERCOT** | Electric Reliability Council of Texas, the independent system operator and the regional coordinator of the various electricity systems within Texas |
| **FASB** | Financial Accounting Standards Board, the designated organization in the private sector for establishing standards for financial accounting and reporting |
| **FERC** | US Federal Energy Regulatory Commission |
| **GAAP** | generally accepted accounting principles |
| **Intermediate Holding** | Refers to Energy Future Intermediate Holding Company LLC, a direct, wholly–owned subsidiary of EFH Corp. and the direct parent of Oncor Holdings. |
| **Investment LLC** | Refers to Oncor Management Investment LLC, a limited liability company and minority membership interest owner of Oncor, whose managing member is Oncor and whose Class B Interests are owned by officers, directors and key employees of Oncor. |
| **LIBOR** | London Interbank Offered Rate. An interest rate at which banks can borrow funds, in marketable size, from other banks in the London interbank market. |
| **Limited Liability Company Agreement** | The Second Amended and Restated Limited Liability Company Agreement of Oncor, dated as of November 5, 2008, by and among Oncor Holdings, Texas Transmission and Investment LLC, as amended. |
| **Luminant** | Refers to subsidiaries of TCEH engaged in competitive market activities consisting of electricity generation and wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas. |
| **Merger** | The transaction referred to in "Merger Agreement" (defined immediately below) that was completed on October 10, 2007. |
| **Merger Agreement** | Agreement and Plan of Merger, dated February 25, 2007, under which Texas Holdings agreed to acquire EFH Corp. |

F–255

EFIHMW00052428

EFIHMW00051935

**PX 030**
**Page 494 of 734**

Table of Contents

| | |
|---|---|
| **Oncor** | Refers to Oncor Electric Delivery Company LLC, a direct, majority–owned subsidiary of Oncor Holdings, and/or its wholly–owned consolidated bankruptcy–remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC, depending on context. |
| **Oncor Holdings** | Refers to Oncor Electric Delivery Holdings Company LLC, a direct, wholly–owned subsidiary of Intermediate Holding and the direct majority owner of Oncor, and/or its subsidiaries, depending on context. |
| **Oncor Ring–Fenced Entities** | Refers to Oncor Holdings and its direct and indirect subsidiaries |
| **OPEB** | other postretirement employee benefits |
| **PUCT** | Public Utility Commission of Texas |
| **Purchase accounting** | The purchase method of accounting for a business combination as prescribed by US GAAP, whereby the cost or "purchase price" of a business combination, including the amount paid for the equity and direct transaction costs, are allocated to identifiable assets and liabilities (including intangible assets) based upon their fair values. The excess of the purchase price over the fair values of assets and liabilities is recorded as goodwill. |
| **REP** | retail electric provider |
| **SEC** | US Securities and Exchange Commission |
| **Sponsor Group** | Collectively, the investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P. (KKR), TPG Capital, L.P. and GS Capital Partners, an affiliate of Goldman Sachs & Co. (See Texas Holdings below.) |
| **TCEH** | Refers to Texas Competitive Electric Holdings Company LLC, a direct, wholly–owned subsidiary of Energy Future Competitive Holdings Company and an indirect subsidiary of EFH Corp., and/or its subsidiaries, depending on context. |
| **Texas Holdings** | Refers to Texas Energy Future Holdings Limited Partnership, a limited partnership controlled by the Sponsor Group that owns substantially all of the common stock of EFH Corp. |
| **Texas Holdings Group** | Refers to Texas Holdings and its direct and indirect subsidiaries other than the Oncor Ring–Fenced Entities. |
| **Texas Transmission** | Refers to Texas Transmission Investment LLC, a limited liability company that owns a 19.75% equity interest in Oncor. Texas Transmission is not affiliated with EFH Corp., any of EFH Corp.'s subsidiaries or any member of the Sponsor Group. |
| **TXU Energy** | Refers to TXU Energy Retail Company LLC, a direct, wholly–owned subsidiary of TCEH engaged in the retail sale of electricity to residential and business customers. TXU Energy is a REP in competitive areas of ERCOT. |
| **US** | United States of America |
| **VIE** | variable interest entity |

These financial statements occasionally make references to Oncor Holdings or Oncor when describing actions, rights or obligations of their respective subsidiaries. These references reflect the fact that the subsidiaries are consolidated with their respective parent companies for financial reporting purposes. However, these references should not be interpreted to imply that the parent company is actually undertaking the action or has the rights or obligations of the relevant subsidiary company or that the subsidiary company is undertaking an action or has the rights or obligations of its parent company or any other affiliate.

EFIHMW00052429

EFIHMW00051935

**PX 030**
**Page 495 of 734**

Table of Contents

## ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC
### CONDENSED STATEMENTS OF CONSOLIDATED INCOME
#### (Unaudited)

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| | (millions of dollars) | | | |
| Operating revenues: | | | | |
| Affiliated | $ 257 | $ 246 | $ 521 | $ 474 |
| Nonaffiliated | 445 | 407 | 884 | 792 |
| Total operating revenues | 702 | 653 | 1,405 | 1,266 |
| Operating expenses: | | | | |
| Operation and maintenance | 252 | 230 | 501 | 456 |
| Depreciation and amortization | 164 | 132 | 331 | 258 |
| Income taxes | 41 | 34 | 83 | 57 |
| Taxes other than income taxes | 93 | 90 | 187 | 187 |
| Total operating expenses | 550 | 486 | 1,102 | 958 |
| Operating income | 152 | 167 | 303 | 308 |
| Other income and deductions: | | | | |
| Other income (Note 9) | 9 | 10 | 19 | 20 |
| Other deductions (Note 9) | 2 | 4 | 3 | 8 |
| Nonoperating income taxes | 8 | 14 | 15 | 28 |
| Interest income | 9 | 10 | 19 | 19 |
| Interest expense and related charges (Note 9) | 86 | 87 | 170 | 171 |
| Net income | 74 | 82 | 153 | 140 |
| Net income attributable to noncontrolling interests | (15) | (16) | (31) | (28) |
| Net income attributable to Oncor Holdings | $ 59 | $ 66 | $ 122 | $ 112 |

See Notes to Financial Statements.

F–257

EFIHMW00052430

EFIHMW00051935

**PX 030**
**Page 496 of 734**

Table of Contents

ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC
CONDENSED STATEMENTS OF CONSOLIDATED CASH FLOWS
(Unaudited)

| | Six Months Ended June 30, | |
| | 2010 | 2009 |
| | (millions of dollars) | |
|---|---|---|
| Cash flows—operating activities: | | |
| Net income | $ 153 | $ 140 |
| Adjustments to reconcile net income to cash provided by operating activities: | | |
| Depreciation and amortization | 332 | 240 |
| Deferred income taxes—net | (27) | 45 |
| Amortization of investment tax credits | (2) | (2) |
| Other—net | (1) | (3) |
| Changes in operating assets and liabilities: | | |
| Deferred advanced metering system revenues (Note 2) | 8 | 37 |
| Other operating assets and liabilities | (109) | (116) |
| Cash provided by operating activities | 354 | 341 |
| Cash flows—financing activities: | | |
| Repayments of long-term debt | (54) | (52) |
| Net increase in short-term borrowings | 332 | 205 |
| Distributions to parent | (87) | (58) |
| Distributions to noncontrolling interests | (21) | (17) |
| Decrease in income tax-related note receivable from TCEH | 17 | 16 |
| Debt discount, financing and reacquisition expenses—net | (1) | (2) |
| Cash provided by financing activities | 186 | 92 |
| Cash flows—investing activities: | | |
| Capital expenditures | (554) | (537) |
| Other | (1) | 14 |
| Cash used in investing activities | (555) | (523) |
| Net change in cash and cash equivalents | (15) | (90) |
| Cash and cash equivalents—beginning balance | 29 | 126 |
| Cash and cash equivalents—ending balance | $ 14 | $ 36 |

See Notes to Financial Statements.

F–258

EFIHMW00052431

EFIHMW00051935

Table of Contents

ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC
CONDENSED CONSOLIDATED BALANCE SHEETS
(Unaudited)

| | June 30, 2010 | December 31, 2009 |
|---|---|---|
| | (millions of dollars) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $    14 | $    29 |
| Restricted cash (relates to Bondco (Note 9)) | 47 | 47 |
| Trade accounts receivable from nonaffiliates—net (Note 9) | 282 | 243 |
| Trade accounts and other receivables from affiliates | 215 | 188 |
| Income taxes receivable from EFH Corp. (Note 8) | 3 | — |
| Materials and supplies inventories—at average cost | 95 | 92 |
| Accumulated deferred income taxes | 6 | 10 |
| Prepayments | 82 | 76 |
| Other current assets | 4 | 8 |
| Total current assets | 748 | 693 |
| Restricted cash (relates to Bondco (Note 9)) | 16 | 14 |
| Investments and other property (Note 9) | 75 | 72 |
| Property, plant and equipment—net (Note 9) | 9,459 | 9,174 |
| Goodwill (Note 9) | 4,064 | 4,064 |
| Note receivable due from TCEH (Note 8) | 199 | 217 |
| Regulatory assets—net (2010 includes $555 related to Bondco (Notes 2 and 9)) | 1,707 | 1,959 |
| Other noncurrent assets | 207 | 51 |
| Total assets | $16,475 | $  16,244 |
| **LIABILITIES AND MEMBERSHIP INTERESTS** | | |
| Current liabilities: | | |
| Short–term borrowings (Note 3) | $   948 | $   616 |
| Long–term debt due currently (relates to Bondco (Notes 4 and 9)) | 110 | 108 |
| Trade accounts payable | 147 | 129 |
| Income taxes payable to EFH Corp. (Note 8) | — | 5 |
| Accrued taxes other than income | 80 | 137 |
| Accrued interest | 102 | 104 |
| Other current liabilities | 92 | 106 |
| Total current liabilities | 1,479 | 1,205 |
| Accumulated deferred income taxes | 1,374 | 1,369 |
| Investment tax credits | 35 | 37 |
| Long–term debt, less amounts due currently (2010 includes $606 related to Bondco (Notes 4 and 9)) | 4,942 | 4,996 |
| Other noncurrent liabilities and deferred credits (Note 9) | 1,788 | 1,879 |
| Total liabilities | 9,618 | 9,486 |
| Commitments and Contingencies (Note 5) | | |
| Membership interests (Note 6): | | |
| Oncor Holdings membership interest | 5,450 | 5,395 |
| Noncontrolling interests in subsidiary | 1,407 | 1,363 |
| Total membership interests | 6,857 | 6,758 |
| Total liabilities and membership interests | $16,475 | $  16,244 |

See Notes to Financial Statements.

F–259

EFIHMW00052432

EFIHMW00051935

**PX 030**
**Page 498 of 734**

Table of Contents

ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC
NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
(Unaudited)

1.  SIGNIFICANT ACCOUNTING POLICIES AND BUSINESS

*Description of Business*

Oncor Holdings is a Dallas, Texas–based holding company whose financial statements reflect almost entirely the operations of its direct, majority (approximately 80%) owned subsidiary, Oncor. Oncor is a regulated electricity transmission and distribution company principally engaged in providing delivery services to REPs, including subsidiaries of TCEH, that sell power in the north–central, eastern and western parts of Texas. Distribution revenues from TCEH represented 37% of total revenues for both the six months ended June 30, 2010 and 2009. Oncor Holdings is a direct, wholly–owned subsidiary of Intermediate Holding, a direct, wholly–owned subsidiary of EFH Corp. With the closing of the Merger on October 10, 2007, EFH Corp. became a subsidiary of Texas Holdings, which is controlled by the Sponsor Group, and Oncor Holdings and Intermediate Holding were formed. See "Glossary" for definition of terms and abbreviations, including the Merger. References in this report to Oncor Holdings are to Oncor Holdings and/or its direct or indirect subsidiaries as apparent in the context. Oncor Holdings' financial statements reflect almost entirely the operations of Oncor; consequently, there are no separate reportable business segments.

Oncor Holdings' consolidated financial statements include its indirect, bankruptcy–remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC.

Various "ring–fencing" measures have been taken to enhance the credit quality of Oncor Holdings and Oncor. These measures serve to mitigate Oncor's and Oncor Holdings' credit exposure to the Texas Holdings Group and to reduce the risk that the assets and liabilities of Oncor or Oncor Holdings would be substantively consolidated with the assets and liabilities of the Texas Holdings Group in the event of a bankruptcy of one or more of those entities. Such measures include, among other things: Oncor's sale of a 19.75% equity interest to Texas Transmission in November 2008; maintenance of separate books and records for the Oncor Ring–Fenced Entities; the board of directors of Oncor Holdings and Oncor being comprised of a majority of independent directors, and prohibitions on the Oncor Ring–Fenced Entities' providing credit support to, or receiving credit support from, any member of the Texas Holdings Group. The assets and liabilities of the Oncor Ring–Fenced Entities are separate and distinct from those of the Texas Holdings Group, including TXU Energy and Luminant, and none of the assets of the Oncor Ring–Fenced Entities are available to satisfy the debt or contractual obligations of any member of the Texas Holdings Group. Oncor and Oncor Holdings do not bear any liability for debt or contractual obligations of the Texas Holdings Group, and vice versa. Accordingly, Oncor Holdings' operations are conducted, and its cash flows managed, independently from the Texas Holdings Group.

*Basis of Presentation*

The condensed consolidated financial statements of Oncor Holdings have been prepared in accordance with US GAAP and on the same basis as the 2009 Audited Financial Statements. All adjustments (consisting of normal recurring accruals) necessary for a fair presentation of the results of operations and financial position have been included therein. All intercompany items and transactions have been eliminated in consolidation. Certain information and footnote disclosures normally included in annual consolidated financial statements prepared in accordance with US GAAP have been omitted pursuant to the rules and regulations of the SEC. Because the condensed consolidated interim financial statements do not include all of the information and footnotes required by US GAAP, they should be read in conjunction with the audited financial statements and related notes included in the 2009 Audited Financial Statements. The results of operations for an interim period may not give a true indication of results for a full year. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated. Subsequent events have been evaluated through August 2, 2010, the date these consolidated financial statements were issued.

F–260

EFIHMW00052433

EFIHMW00051935

PX 030
Page 499 of 734

Table of Contents
*Use of Estimates*

Preparation of Oncor Holdings' financial statements requires management to make estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and the reported amounts of revenue and expense, including fair value measurements. In the event estimates and/or assumptions prove to be different from actual amounts, adjustments are made in subsequent periods to reflect more current information. No material adjustments, other than those disclosed elsewhere herein, were made to previous estimates or assumptions during the current year.

## 2.    REGULATORY ASSETS AND LIABILITIES

Recognition of regulatory assets and liabilities and the amortization periods over which they are expected to be recovered or refunded through rate regulation reflect the decisions of the PUCT. Components of the regulatory assets and liabilities are provided in the table below. Amounts not earning a return through rate regulation are noted.

| | Remaining Rate Recovery/Amortization Period as of June 30, 2010 | Carrying Amount June 30, 2010 | Carrying Amount December 31, 2009 |
|---|---|---|---|
| Regulatory assets: | | | |
| Generation–related regulatory assets securitized by transition bonds (a) | 6 years | $ 706 | $ 759 |
| Employee retirement costs | 5 years | 72 | 80 |
| Employee retirement costs to be reviewed (b)(c) | To be determined | 57 | 41 |
| Employee retirement liability (a)(c)(d) | To be determined | 741 | 768 |
| Self–insurance reserve (primarily storm recovery costs)—net | 7 years | 127 | 137 |
| Self–insurance reserve to be reviewed (b)(c) | To be determined | 125 | 106 |
| Nuclear decommissioning cost under–recovery (a)(c)(e) | Not applicable | — | 85 |
| Securities reacquisition costs (pre–industry restructure) | 7 years | 59 | 62 |
| Securities reacquisition costs (post–industry restructure) | Terms of related debt | 26 | 27 |
| Recoverable amounts in lieu of deferred income taxes—net | Life of related asset or liability | 109 | 68 |
| Rate case expenses | Largely 3 years | 7 | 9 |
| Rate case expenses to be reviewed (b)(c) | To be determined | 2 | 1 |
| Advanced meter customer education costs | 10 years | 6 | 4 |
| Deferred conventional meter depreciation | 10 years | 37 | 14 |
| Energy efficiency performance bonus (a) | 1 year | 5 | 9 |
| Total regulatory assets | | 2,079 | 2,170 |
| Regulatory liabilities: | | | |
| Nuclear decommissioning cost over–recovery (a)(e) | Not applicable | 148 | — |
| Committed spending for demand–side management initiatives (a) | 3 years | 70 | 78 |
| Deferred advanced metering system revenues | 10 years | 65 | 57 |
| Investment tax credit and protected excess deferred taxes | Various | 43 | 44 |
| Over–collection of securitization (transition) bond revenues (a) | 6 years | 34 | 27 |
| Energy efficiency programs (a) | Not applicable | 12 | 5 |
| Total regulatory liabilities | | 372 | 211 |
| Net regulatory asset | | $ 1,707 | $ 1,959 |

(a)    Not earning a return in the regulatory rate–setting process.

F–261

EFIHMW00052434

EFIHMW00051935

Table of Contents

(b)  Costs incurred since the period covered under the last rate review.
(c)  Recovery is specifically authorized by statute, subject to reasonableness review by the PUCT.
(d)  Represents unfunded liabilities recorded in accordance with pension and OPEB accounting standards.
(e)  Offset by an intercompany payable to/receivable from TCEH. See Note 8.

The Patient Protection and Affordable Care Act and the Health Care and Education Reconciliation Act enacted in March 2010 reduces, effective 2013, the amount of OPEB costs deductible for federal income tax purposes by the amount of the Medicare Part D subsidy received by the EFH Corp. OPEB plans in which Oncor participates as discussed in Note 7. Under income tax accounting rules, deferred tax assets related to accrued OPEB liabilities must be reduced immediately for the future effect of the legislation. Accordingly, in the first quarter of 2010, Oncor's assets in lieu of deferred tax assets were reduced by $42 million. All of this amount was recorded as a regulatory asset (before gross-up for liability in lieu of deferred income taxes) as the additional amounts due related to income taxes are expected to be recoverable in Oncor's future rates.

As part of accounting for the Merger, the carrying value of certain generation-related regulatory assets securitized by transition bonds, which have been reviewed and approved by the PUCT for recovery but without earning a rate of return, was reduced by $213 million. This amount will be accreted to other income over the recovery period remaining as of the closing date of the Merger (approximately nine years).

3.  **BORROWINGS UNDER CREDIT FACILITIES**

At June 30, 2010, Oncor had a $2.0 billion secured revolving credit facility, expiring October 10, 2013, to be used for its working capital and general corporate purposes, issuances of letters of credit and support for any commercial paper issuances. Oncor may request increases in the commitments under the facility in any amount up to $500 million, subject to the satisfaction of certain conditions. Amounts borrowed under the facility, once repaid, can be borrowed again by Oncor from time to time. Borrowings are classified as short-term on the balance sheet. The credit facility is secured by a first priority lien on certain transmission and distribution assets equally and ratably with all of Oncor's other secured indebtedness.

At June 30, 2010, Oncor had outstanding borrowings under the credit facility totaling $948 million with an interest rate of 0.70% at the end of the period. At December 31, 2009, Oncor had outstanding borrowings under the credit facility totaling $616 million with an interest rate of 0.58% at the end of the period. All outstanding borrowings at June 30, 2010 bear interest at LIBOR plus 0.350%, and a facility fee is payable (currently at a rate per annum equal to 0.125%) on the commitments under the facility, each based on Oncor's current credit ratings.

Availability under the credit facility as of June 30, 2010 was $930 million. This availability excludes $122 million of commitments from a subsidiary of Lehman Brothers Holding Inc. (such subsidiary, Lehman) that has filed for bankruptcy under Chapter 11 of the US Bankruptcy Code. Availability under the credit facility as of December 31, 2009 was $1.262 billion, which excluded $122 million of commitments from Lehman. See Note 10 to the 2009 Audited Financial Statements for additional information.

F-262

EFIHMW00052435

EFIHMW00051935

**PX 030**
**Page 501 of 734**

Table of Contents

4.    **LONG–TERM DEBT**

At June 30, 2010 and December 31, 2009, long–term debt consisted of the following:

|  | June 30, 2010 | December 31, 2009 |
|---|---|---|
| Oncor (a): | | |
| 6.375% Fixed Senior Notes due May 1, 2012 | $ 700 | $ 700 |
| 5.950% Fixed Senior Notes due September 1, 2013 | 650 | 650 |
| 6.375% Fixed Senior Notes due January 15, 2015 | 500 | 500 |
| 6.800% Fixed Senior Notes due September 1, 2018 | 550 | 550 |
| 7.000% Fixed Debentures due September 1, 2022 | 800 | 800 |
| 7.000% Fixed Senior Notes due May 1, 2032 | 500 | 500 |
| 7.250% Fixed Senior Notes due January 15, 2033 | 350 | 350 |
| 7.500% Fixed Senior Notes due September 1, 2038 | 300 | 300 |
| Unamortized discount | (14) | (15) |
| Total Oncor | 4,336 | 4,335 |
| Oncor Electric Delivery Transition Bond Company LLC (b): | | |
| 4.030% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2010 | — | 13 |
| 4.950% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2013 | 119 | 130 |
| 5.420% Fixed Series 2003 Bonds due in semiannual installments through August 15, 2015 | 145 | 145 |
| 4.810% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2012 | 167 | 197 |
| 5.290% Fixed Series 2004 Bonds due in semiannual installments through May 15, 2016 | 290 | 290 |
| Total Oncor Electric Delivery Transition Bond Company LLC | 721 | 775 |
| Unamortized fair value discount related to transition bonds (c) | (5) | (6) |
| Total consolidated (d) | 5,052 | 5,104 |
| Less amount due currently | (110) | (108) |
| Total long–term debt | $ 4,942 | $ 4,996 |

(a)    Secured by first priority lien on certain transmission and distribution assets equally and ratably with all of Oncor's other secured indebtedness. If the lien is terminated at Oncor's option upon the termination of the current revolving credit facility, the notes will cease to be secured obligations of Oncor and will become senior unsecured general obligations of Oncor. See Note 11 to the 2009 Audited Financial Statements for additional information.
(b)    The transition bonds are nonrecourse to Oncor and were issued to securitize a regulatory asset.
(c)    The transition bonds, which secured regulatory assets not earning a return, were fair valued as of October 10, 2007 as a result of purchase accounting.
(d)    According to its organizational documents, Oncor Holdings (parent) is prohibited from directly incurring indebtedness for borrowed money.

*Debt Repayments in 2010*

Repayments of long–term debt in 2010 totaled $54 million and represent transition bond principal payments at scheduled maturity dates.

EFIHMW00052436

EFIHMW00051935

**Table of Contents**
*Fair Value of Long—Term Debt*

The estimated fair value of long—term debt (including current maturities) totaled $5.784 billion and $5.644 billion at June 30, 2010 and December 31, 2009, respectively, and the carrying amount totaled $5.052 billion and $5.104 billion, respectively. The fair value is estimated at the lesser of either the call price or the market value as determined by quoted market prices.

5. **COMMITMENTS AND CONTINGENCIES**

*Guarantees*

Oncor has entered into contracts that contain guarantees to unaffiliated parties that could require performance or payment under certain conditions.

Oncor is the lessee under various operating leases that obligate it to guarantee the residual values of the leased assets. At June 30, 2010, both the aggregate maximum amount of residual values guaranteed and the estimated residual recoveries totaled approximately $5 million. These leased assets consist primarily of vehicles used in distribution activities. The average life of the residual value guarantees under the lease portfolio is approximately three years.

In June 2010, Oncor, for the purpose of obtaining greater access to materials, guaranteed the repayment of borrowings under a nonaffiliated party's $20 million credit facility maturing on June 7, 2011. The nonaffiliated party's borrowings under the credit facility are limited to inventory produced solely to satisfy the terms of a contract with Oncor. Oncor would be entitled to the related inventory upon repayment of the credit facility (or payment to nonaffiliated party). As of June 30, 2010, the nonaffiliated party had no borrowings under the facility.

*Legal Proceedings*

Oncor Holdings is involved in various legal and administrative proceedings in the normal course of business, the ultimate resolution of which, in the opinion of management, should not have a material effect upon its financial position, results of operations or cash flows.

6. **MEMBERSHIP INTERESTS**

As of June 30, 2010, Oncor's ownership was as follows: 80.03% held by Oncor Holdings, 0.22% held indirectly by certain members of Oncor's management and board of directors and 19.75% held by Texas Transmission.

*Cash Distributions*

During 2010, Oncor Holdings' board of directors declared, and Oncor Holdings paid/will pay, the following cash distributions to Intermediate Holding:

| Declaration Date | Payment Date | Amount |
|---|---|---|
| July 28, 2010 | August 3, 2010 | $ 54 |
| May 5, 2010 | May 6, 2010 | $ 57 |
| February 11, 2010 | February 19, 2010 | $ 30 |

While there are no direct restrictions on Oncor Holdings' ability to distribute its net income that are currently material, substantially all of Oncor Holdings' net income is derived from Oncor. The boards of directors of each of Oncor and Oncor Holdings, which are composed of a majority of independent directors, can withhold distributions to the extent the boards determine that it is necessary to retain such amounts to meet expected future requirements of Oncor and/or Oncor Holdings. For the period beginning October 11, 2007 and

F—264

EFIHMW00052437

EFIHMW00051935

Table of Contents

ending December 31, 2012, distributions paid by Oncor (other than distributions of the proceeds of any issuance of limited liability company units) are limited by the Limited Liability Company Agreement to an amount not to exceed Oncor's net cumulative income determined in accordance with US GAAP, as adjusted by applicable orders of the PUCT. Such adjustments include deducting the $72 million ($46 million after tax) one-time refund to customers in September 2008 and deducting funds spent as part of the $100 million commitment for additional demand–side management or other energy efficiency initiatives (see Note 4 to the 2009 Audited Financial Statements) of which $30 million ($20 million after tax) has been spent through June 30, 2010, neither of which impacted net income due to purchase accounting, and removing the effect of the $860 million goodwill impairment charge from fourth quarter 2008 net income available for distribution. The goodwill impairment charge and refund are described in the 2009 Audited Financial Statements. Distributions are further limited by Oncor's required regulatory capital structure, as determined by the PUCT, to be at or below the assumed debt–to–equity ratio established periodically by the PUCT for ratemaking purposes, which is currently set at 60% debt to 40% equity. For the six months ended June 30, 2010, $16 million of net income was restricted from being used to make distributions on membership interests.

*Changes in Membership Interests*

The following table presents the changes to membership interests during the six months ended June 30, 2010:

| | Capital Account | Accumulated Other Comprehensive Loss | Noncontrolling Interests | Total Membership Interests |
|---|---|---|---|---|
| Balance at December 31, 2009 | $ 5,397 | $ (2) | $ 1,363 | $ 6,758 |
| Net income | 122 | — | 31 | 153 |
| Distributions paid to parent | (87) | — | — | (87) |
| Distributions to noncontrolling interests | — | — | (21) | (21) |
| Capital contributions (a) | 19 | — | — | 19 |
| Change related to future tax distributions from Oncor | — | — | 35 | 35 |
| Other | 1 | — | (1) | — |
| Balance at June 30, 2010 | $ 5,452 | $ (2) | $ 1,407 | $ 6,857 |

_____

(a)   Reflects noncash settlement of certain income taxes payable arising as a result of the sale of noncontrolling interests in Oncor.

The following table presents the changes to membership interests during the six months ended June 30, 2009:

| | Capital Account | Accumulated Other Comprehensive Loss | Noncontrolling Interests | Total Membership Interests |
|---|---|---|---|---|
| Balance at December 31, 2008 | $ 5,448 | $ (2) | $ 1,355 | $ 6,801 |
| Net income | 112 | — | 28 | 140 |
| Distributions paid to parent | (58) | — | — | (58) |
| Distributions to noncontrolling interests | — | — | (17) | (17) |
| Balance at June 30, 2009 | $ 5,502 | $ (2) | $ 1,366 | $ 6,866 |

**7.   PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS (OPEB) COSTS**

Oncor is a participating employer in the EFH Retirement Plan, a defined benefit pension plan sponsored by EFH Corp., and also participates with EFH Corp. and certain other affiliated subsidiaries of EFH Corp. to offer

F–265

EFIHMW00052438

EFIHMW00051935

**PX 030**
**Page 504 of 734**

Table of Contents
certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees.

In November 2009, Oncor entered into a supplemental retirement plan that became effective January 1, 2010 (the Oncor Plan), and on January 1, 2010, Oncor ceased participating in the EFH Corp. supplemental retirement plan. The Oncor Plan covers certain employees whose retirement benefits cannot be fully earned under the qualified EFH Retirement Plan. The Oncor Plan is substantially similar to the EFH Corp. supplemental retirement plan, except that Oncor acts as sponsor of the Oncor Plan. At inception, the projected benefit obligation of the Oncor Plan was $32 million, which was 100% funded. Oncor recognized $1 million and $2 million in net pension costs related to the Oncor Plan, primarily composed of interest costs, for the three and six months June 30, 2010, respectively.

The net direct and allocated pension and OPEB costs applicable to Oncor for all of these plans for the three and six months ended June 30, 2010 and 2009 are comprised of the following:

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2010 | 2009 | 2010 | 2009 |
| Amounts recognized as expense | $   9 | $   4 | $ 18 | $   9 |
| Amounts deferred principally as a regulatory asset or property | 22 | 17 | 44 | 33 |
| Net pension and OPEB costs | $  31 | $  21 | $ 62 | $ 42 |

The discount rate reflected in net pension and OPEB costs in 2010 is 5.90%. The expected rates of return on pension and OPEB plan assets reflected in the 2010 cost amounts are 8.0% and 7.6%, respectively.

Oncor made cash contributions to EFH Corp.'s pension and OPEB plans and the Oncor Plan of $13 million, $9 million and $2 million, respectively, during the six months ended June 30, 2010, and expects to make additional cash contributions of $28 million, $9 million and $1 million, respectively, in the remainder of 2010.

8.    RELATED–PARTY TRANSACTIONS

The following represent significant related–party transactions of Oncor Holdings:

- Oncor records revenue from TCEH, principally for electricity delivery fees, which totaled $257 million and $246 million for the three months ended June 30, 2010 and 2009, respectively, and $521 million and $474 million for the six months ended June 30, 2010 and 2009, respectively. The fees are based on rates regulated by the PUCT that apply to all REPs. The balance sheets at June 30, 2010 and December 31, 2009 reflect receivables from TCEH totaling $177 million and $151 million, respectively, primarily related to these electricity delivery fees.

- Oncor records interest income from TCEH with respect to Oncor's generation–related regulatory assets, which have been securitized through the issuance of transition bonds by Oncor's bankruptcy–remote financing subsidiary. The interest income serves to offset Oncor's interest expense on the transition bonds. This interest income totaled $9 million and $11 million for the three months ended June 30, 2010 and 2009, respectively, and $19 million and $21 million for the six months ended June 30, 2010 and 2009, respectively.

- Incremental amounts payable by Oncor related to income taxes as a result of delivery fee surcharges to its customers related to transition bonds are reimbursed by TCEH. Oncor Holding's financial statements reflect a note receivable from TCEH to Oncor of $237 million ($38 million reported as current in trade accounts and other receivables from affiliates) at June 30, 2010 and $254 million ($37 million reported as current in trade accounts and other receivables from affiliates) at December 31, 2009 related to these income taxes.

F–266

EFIHMW00052439

EFIHMW00051935

PX 030
Page 505 of 734

Table of Contents

- An EFH Corp. subsidiary charges Oncor for financial and certain other administrative services at cost. These costs, which are reported in operation and maintenance expenses, totaled $10 million and $7 million for the three months ended June 30, 2010 and 2009, respectively, and $17 million and $13 million for the six months ended June 30, 2010 and 2009, respectively.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility (reported on TCEH's balance sheet) is funded by a delivery fee surcharge collected from REPs by Oncor and remitted to TCEH. These trust fund assets are established with the intent to be sufficient to fund the estimated decommissioning liability (also reported on TCEH's balance sheet). Income and expenses associated with the trust fund and the decommissioning liability recorded by TCEH are offset by a net change in the Oncor and TCEH intercompany receivable/payable, which in turn results in a change in Oncor's reported net regulatory asset/liability. A regulatory liability represents the excess of the trust fund balance over the net decommissioning liability, and a regulatory asset represents the excess of the net decommissioning liability over the trust fund balance.

  The change from a regulatory asset of $85 million at December 31, 2009 to a regulatory liability of $148 million at June 30, 2010 reflects a new decommissioning cost estimate completed in the second quarter 2010. In accordance with regulatory requirements, a new cost estimate is completed every five years. The change reflected lower cost escalation assumptions as compared to the previous estimate, resulting in a decline in the estimated decommissioning liability (see Note 2).

- EFH Corp. files a consolidated federal income tax return and allocates income tax liabilities to Oncor Holdings under a tax sharing agreement substantially as if Oncor Holdings was filing its own income tax returns. Oncor Holdings' results are included in the consolidated Texas state margin tax return filed by EFH Corp. Oncor Holdings' amount receivable from EFH Corp. related to income taxes, primarily due to timing of payments, totaled $3 million at June 30, 2010, and amount payable to EFH Corp. related to income taxes totaled $5 million at December 31, 2009. Income tax payments in the six months ended June 30, 2010 totaled $95 million to EFH Corp., and Oncor made federal income tax payments totaling $18 million to noncontrolling interests.

- Oncor held cash collateral of $4 million and $15 million on June 30, 2010 and December 31, 2009, respectively, from TCEH related to interconnection agreements for generation units being developed by TCEH. The collateral is reported in the balance sheet in other current liabilities. In January 2010, Oncor returned $11 million of the collateral and paid $1 million in accrued interest related to these units.

- Certain transmission and distribution utilities in Texas have tariffs in place to assure adequate credit worthiness of any REP to support the REP's obligation to collect securitization bond–related (transition) charges on behalf of the utility. Under these tariffs, as a result of TCEH's credit rating being below investment grade, TCEH is required to post collateral support in an amount equal to estimated transition charges over specified time periods. Accordingly, as of June 30, 2010 and December 31, 2009, TCEH had posted letters of credit in the amount of $16 million and $15 million, respectively, for Oncor's benefit.

- At the closing of the Merger in 2007, Oncor entered into its current $2 billion revolving credit facility with a syndicate of financial institutions and other lenders. The syndicate includes affiliates of GS Capital Partners (a member of the Sponsor Group).

- Affiliates of the Sponsor Group have, and may, from time-to-time provide investment banking, dealer, commercial banking and financial advisory services to Oncor for which they have received, and may receive, customary fees.

- Affiliates of the Sponsor Group have, and may, sell, acquire or participate in the offerings of debt or debt securities issued by Oncor in open market transactions or through loan syndications.

F-267

EFIHMW00052440

EFIHMW00051935

Table of Contents

See Notes 6 and 7 for information regarding distributions to Intermediate Holding and the allocation of EFH Corp.'s pension and OPEB costs to Oncor, respectively.

## 9.    SUPPLEMENTARY FINANCIAL INFORMATION

### Consolidation of Variable Interest Entities

Oncor Holdings adopted amended accounting standards on January 1, 2010 that require consolidation of a variable interest entity if Oncor Holdings has the power to direct the significant activities of the VIE and the right or obligation to absorb profit and loss from the VIE. A VIE is an entity with which Oncor Holdings has a relationship or arrangement that indicates some level of control over the entity or results in economic risks to Oncor Holdings (typically borne by an equity owner). The adoption of this accounting guidance did not result in Oncor Holdings consolidating any additional VIEs or deconsolidating any VIEs.

Oncor is the primary beneficiary and consolidates a wholly–owned VIE, Oncor Electric Delivery Transition Bond Company LLC (Bondco), which was organized for the limited purpose of issuing securitization (transition) bonds and purchasing and owning transition property acquired from Oncor, which is pledged as collateral to secure the bonds. Oncor acts as the servicer for this entity to collect securitization transition charges authorized by the PUCT. These funds are remitted to the trustee for the transition bonds and are used for interest and principal payments on the transition bonds and related costs.

The assets and liabilities of Bondco are presented separately on the face of Oncor Holdings' Condensed Consolidated Balance Sheet because the assets are restricted and can only be used to settle the obligations of Bondco, and Bondco's creditors do not have any recourse to the general credit or assets of Oncor Holdings or any of its subsidiaries.

Oncor Holdings' maximum exposure does not exceed its equity investment in Bondco, which was $16 million as of June 30, 2010 and December 31, 2009. Oncor Holdings did not provide any financial support to Bondco during the six month periods ended June 30, 2010 and 2009.

### Other Income and Deductions

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2010 | | 2009 | | 2010 | | 2009 | |
| Other income: | | | | | | | | |
| Accretion of adjustment (discount) to regulatory assets due to purchase accounting | $ | 9 | $ | 10 | $ | 18 | $ | 20 |
| Other | | — | | — | | 1 | | — |
| Total other income | $ | 9 | $ | 10 | $ | 19 | $ | 20 |
| Other deductions: | | | | | | | | |
| Professional fees | $ | 1 | $ | 3 | $ | 2 | $ | 5 |
| Costs related to 2006 cities rate settlement | | — | | — | | — | | 1 |
| Other | | 1 | | 1 | | 1 | | 2 |
| Total other deductions | $ | 2 | $ | 4 | $ | 3 | $ | 8 |

### Major Customers

Distribution revenues from TCEH represented 37% and 38% of total operating revenues for the three months ended June 30, 2010 and 2009, respectively, and 37% of total operating revenues for both six months

F–268

EFIHMW00052441

EFIHMW00051935

Table of Contents

ended June 30, 2010 and 2009. Revenues from subsidiaries of one nonaffiliated REP collectively represented 12% and 15% of total operating revenues for the three months ended June 30, 2010 and 2009, respectively, and 13% and 15% of total operating revenues for the six months ended June 30, 2010 and 2009, respectively. No other customer represented 10% or more of total operating revenues.

*Interest Expense and Related Charges*

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2010 | 2009 | 2010 | 2009 |
| Accrued interest | $ 85 | $ 85 | $ 167 | $ 169 |
| Amortization of fair value debt discounts resulting from purchase accounting | — | 1 | 1 | 2 |
| Amortization of debt issuance costs and discounts | 2 | 2 | 3 | 3 |
| Allowance for funds used during construction—capitalized interest portion | (1) | (1) | (1) | (3) |
| Total interest expense and related charges | $ 86 | $ 87 | $ 170 | $ 171 |

*Trade Accounts Receivable*

| | June 30, 2010 | December 31, 2009 |
| --- | --- | --- |
| Gross trade accounts receivable | $ 456 | $ 395 |
| Trade accounts receivable from TCEH | (172) | (150) |
| Allowance for uncollectible accounts | (2) | (2) |
| Trade accounts receivable from nonaffiliates—net | $ 282 | $ 243 |

Gross trade accounts receivable at both June 30, 2010 and December 31, 2009 included unbilled revenues of $141 million.

*Investments*

| | June 30, 2010 | December 31, 2009 |
| --- | --- | --- |
| Assets related to employee benefit plans, including employee savings programs, net of distributions | $ 70 | $ 67 |
| Investments in unconsolidated affiliates | 2 | 3 |
| Land | 3 | 2 |
| Total investments | $ 75 | $ 72 |

*Property, Plant and Equipment*

At June 30, 2010 and December 31, 2009, property, plant and equipment of $9.5 billion and $9.2 billion, respectively, is stated net of accumulated depreciation and amortization of $4.5 billion and $4.4 billion, respectively.

F–269

EFIHMW00052442

EFIHMW00051935

Table of Contents
*Identifiable Intangible Assets*

Intangible assets other than goodwill reported in the balance sheet are comprised of the following:

| | As of June 30, 2010 | | | As of December 31, 2009 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Intangible assets subject to amortization included in property, plant and equipment: | | | | | | |
| Land easements | $ 202 | $ 72 | $130 | $ 188 | $ 72 | $116 |
| Capitalized software | 326 | 121 | 205 | 240 | 104 | 136 |
| Total | $ 528 | $ 193 | $335 | $ 428 | $ 176 | $252 |

Aggregate amortization expense for intangible assets totaled $9 million and $5 million for the three months ended June 30, 2010 and 2009, respectively, and $18 million and $12 million for the six months ended June 30, 2010 and 2009, respectively. The estimated aggregate amortization expense for each of the next five fiscal years from December 31, 2009 is as follows:

| Year | Amortization Expense |
|---|---|
| 2010 | $ 34 |
| 2011 | 29 |
| 2012 | 25 |
| 2013 | 25 |
| 2014 | 25 |

At June 30, 2010 and December 31, 2009, goodwill of $4.1 billion was reported on the balance sheet. None of this goodwill balance is being deducted for tax purposes.

*Exit Liabilities*

Liabilities related to the termination and transition of outsourcing arrangements were accrued in purchase accounting for exit activities resulting from the Merger (see Note 2 to the 2009 Audited Financial Statements). Oncor settled the remaining exit liabilities totaling $2 million during the six months ended June 30, 2010.

*Other Noncurrent Liabilities and Deferred Credits*

The other noncurrent liabilities and deferred credits balance consists of the following:

| | June 30, 2010 | December 31, 2009 |
|---|---|---|
| Retirement plan and other employee benefits | $ 1,348 | $ 1,343 |
| Liabilities related to subsidiary tax sharing agreement | 298 | 321 |
| Uncertain tax positions (including accrued interest) | 93 | 91 |
| Nuclear decommissioning cost under–recovery (a) | — | 85 |
| Other | 49 | 39 |
| Total other noncurrent liabilities and deferred credits | $ 1,788 | $ 1,879 |

---

(a)   Represents intercompany payable to TCEH offset in Oncor's net reported regulatory asset/liability. See Note 2.

EFIHMW00052443

EFIHMW00051935

**PX 030**
**Page 509 of 734**

**Table of Contents**

Oncor Holdings does not expect the total amount of liabilities recorded related to uncertain tax positions will significantly increase or decrease within the next 12 months.

*Supplemental Cash Flow Information*

| | Six Months Ended June 30, | |
|---|---|---|
| | 2010 | 2009 |
| Cash payments: | | |
| Interest paid | $ 170 | $ 168 |
| Capitalized interest | (1) | (3) |
| Interest paid (net of amounts capitalized) | 169 | 165 |
| Income taxes | 113 | 46 |
| Noncash investing and financing activities: | | |
| Noncash construction expenditures (a) | 70 | 51 |

(a)   Represents end-of-period accruals.

F-271

EFIHMW00052444

EFIHMW00051935

**PX 030**
**Page 510 of 734**

Table of Contents

ANNEX A—DEFINITIONS

The following are definitions of certain terms contained in Annexes B, C and D of this Prospectus.

"*1999 Restructuring Legislation.*" Texas Electric Choice Plan, the legislation that restructured the electric utility industry in Texas to provide for retail competition.

"*Adjusted EBITDA.*" refers to EBITDA adjusted to exclude non-cash items, unusual items and other adjustments allowable under certain debt arrangements of EFH Corp. and certain of its subsidiaries. See the definition of EBITDA below. Adjusted EBITDA and EBITDA are not recognized terms under GAAP and, thus, are non-GAAP financial measures. Adjusted EBITDA is used solely because of the important role that Adjusted EBITDA plays in respect of the certain covenants contained in the debt arrangements. Adjusted EBITDA (or EBITDA) is not intended to be an alternative to net income as a measure of operating performance or an alternative to cash flows from operating activities as a measure of liquidity or an alternative to any other measure of financial performance presented in accordance with GAAP. Additionally, Adjusted EBITDA (or EBITDA) is not intended to be used as a measure of free cash flow available for management's discretionary use, as the measure excludes certain cash requirements such as interest payments, tax payments and other debt service requirements. Because not all companies use identical calculations, our presentation of Adjusted EBITDA (and EBITDA) may not be comparable to similarly titled measures of other companies.

"*Ancillary services.*" Refers to services necessary to support the transmission of energy and maintain reliable operations for the entire transmission system.

"*CAIR.*" Clean Air Interstate Rule.

"*Capgemini.*" Capgemini Energy LP, a provider of business support services to EFH Corp. and its subsidiaries.

"*CO2.*" Carbon dioxide.

"*Competitive Electric segment.*" Refers to the EFH Corp. business segment that consists principally of TCEH.

"*CREZ.*" Competitive Renewable Energy Zone.

"*DOE.*" US Department of Energy.

"*EBITDA.*" Refers to earnings (net income) before interest expense, income taxes, depreciation and amortization.

"*EFCH*" or "*EFC Holdings.*" Energy Future Competitive Holdings Company, a direct, wholly-owned subsidiary of EFH Corp. and the direct parent of TCEH, and/or its consolidated subsidiaries, depending on context.

"*EFH Corp.*" Energy Future Holdings Corp., a holding company, and/or its subsidiaries, depending on context. Its major subsidiaries include Oncor and TCEH.

"*EFH Corp. 9.75% Notes.*" Refers to EFH Corp.'s 9.75% Senior Secured Notes due October 15, 2019.

"*EFH Corp. 2009 Form 10-K.*" EFH Corp.'s Annual Report on Form 10-K for the year ended December 31, 2009.

A-1

EFIHMW00052445

EFIHMW00051935

**Table of Contents**

"*EFH Corp. Senior Notes.*" Refers collectively to EFH Corp.'s 10.875% Senior Notes due November 1, 2017 (EFH Corp. 10.875% Notes) and the EFH Corp. Toggle Notes.

"*EFH Corp. Senior Secured Notes.*" Refers collectively to EFH Corp.'s 9.75% Notes and EFH Corp.'s 10.000% Senior Secured Notes due January 15, 2020 (EFH Corp. 10% Notes).

"*EFH Corp. Toggle Notes.*" EFH Corp.'s 11.25%/12.00% Senior Toggle Notes due November 1, 2017.

"*EFIH*" or "*Intermediate Holding.*" Energy Future Intermediate Holding Company LLC, a direct, wholly–owned subsidiary of EFH Corp. and the direct parent of Oncor Holdings.

"*EFIH 2009 Form 10–K,*" EFIH's Annual Report on Form 10–K for the year ended December 31, 2009.

"*EFIH Finance.*" Refers to EFIH Finance Inc., a direct, wholly–owned subsidiary of EFIH, formed for the sole purpose of serving as co–issuer with EFIH of certain debt securities.

"*EFIH 9.75% Notes*" or "*EFIH Notes.*" Refers to EFIH's and EFIH Finance's 9.75% Senior Secured Notes due October 15, 2019.

"*EPA.*" US Environmental Protection Agency.

"*EPC.*" Engineering, procurement and construction.

"*ERCOT.*" Electric Reliability Council of Texas, the independent system operator and the regional coordinator of the various electricity systems within Texas.

"*ERCOT Protocols.*" Protocols adopted by ERCOT govern the procedures used by ERCOT and market participants in the ERCOT system and zonal market.

"*ERISA.*" Employee Retirement Income Security Act of 1974, as amended.

"*FASB.*" Financial Accounting Standards Board, the designated organization in the private sector for establishing standards for financial accounting and reporting.

"*FERC.*" US Federal Energy Regulatory Commission.

"*Fitch.*" Fitch Ratings, Ltd. (a credit rating agency).

"*GAAP.*" Generally accepted accounting principles.

"*GHG.*" Greenhouse gas.

"*GWh.*" Gigawatt–hours.

"*Investment LLC.*" Refers to Oncor Management Investment LLC, a limited liability company and minority interest owner of Oncor, whose managing member is Oncor and whose Class B Interests are owned by officers, directors and key employees of Oncor.

"*IRS.*" Internal Revenue Service.

"*kV.*" Kilovolts.

"*kW.*" Kilowatt.

A–2

EFIHMW00052446

EFIHMW00051935

**PX 030**
**Page 512 of 734**

**Table of Contents**

"*kWh.*" Kilowatt–hours.

"*Lehman.*" Refers to certain subsidiaries of Lehman Brothers Holdings Inc., which filed for bankruptcy under Chapter 11 of the US Bankruptcy Code in 2008.

"*LIBOR.*" London Interbank Offered Rate. An interest rate at which banks can borrow funds, in marketable size, from other banks in the London interbank market.

"*Limited Liability Company Agreement.*" The Second Amended and Restated Limited Liability Company Agreement of Oncor, dated as of November 5, 2008, by and among Oncor Holdings, Texas Transmission and Investment LLC, as amended.

"*Luminant.*" Refers to subsidiaries of TCEH engaged in competitive market activities consisting of electricity generation and wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas.

"*Market heat rate.*" Heat rate is a measure of the efficiency of converting a fuel source to electricity. Market heat rate is the implied relationship between wholesale electricity prices and natural gas prices and is calculated by dividing the wholesale market price of electricity, which is based on the price offer of the marginal supplier in ERCOT (generally natural gas plants), by the market price of natural gas. Forward wholesale electricity market price quotes in ERCOT are generally limited to two or three years; accordingly, forward market heat rates are generally limited to the same time period. Forecasted market heat rates for time periods for which market price quotes are not available are based on fundamental economic factors and forecasts, including electricity supply, demand growth, capital costs associated with new construction of generation supply, transmission development and other factors.

"*Merger.*" The transaction referred to in the Merger Agreement (defined immediately below) that was completed on October 10, 2007.

"*Merger Agreement.*" Agreement and Plan of Merger, dated February 25, 2007, under which Texas Holdings agreed to acquire EFH Corp.

"*MMBtu.*" Million British thermal units.

"*Moody's.*" Moody's Investors Services, Inc. (a credit rating agency).

"*MW.*" Megawatts.

"*MWh.*" Megawatt–hours.

"*NERC.*" North American Electric Reliability Corporation.

"*Nodal Protocols.*" ERCOT Protocols to become effective when the ERCOT market switches from a zonal to a nodal system on or about December 2010.

"*NOx.*" Nitrogen oxide.

"*NRC.*" US Nuclear Regulatory Commission.

"*Oncor.*" Oncor Electric Delivery Company LLC, a direct, majority–owned subsidiary of Oncor Holdings and an indirect subsidiary of EFH Corp., and/or its wholly–owned consolidated bankruptcy–remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC, depending on context, that is engaged in regulated electricity transmission and distribution activities.

A–3

EFIHMW00052447

EFIHMW00051935

**Table of Contents**

"*Oncor Holdings.*" Oncor Electric Delivery Holdings Company LLC, a direct, wholly-owned subsidiary of EFIH and the direct majority owner of Oncor.

"*Oncor Ring-Fenced Entities.*" Refers to Oncor Holdings and its direct and indirect subsidiaries, including Oncor.

"*OPEB.*" Other postretirement employee benefits.

"*PUCT.*" Public Utility Commission of Texas.

"*PURA.*" Texas Public Utility Regulatory Act.

"*Purchase Accounting.*" The purchase method of accounting for a business combination as prescribed by GAAP, whereby the cost or "purchase price" of a business combination, including the amount paid for the equity and direct transaction costs are allocated to identifiable assets and liabilities (including intangible assets) based upon their fair values. The excess of the purchase price over the fair values of assets and liabilities is recorded as goodwill.

"*Regulated Delivery segment.*" Refers to the EFH Corp. business segment, which consists of the operations of Oncor.

"*REP.*" Retail electric provider.

"*RRC.*" Railroad Commission of Texas, which has oversight of lignite mining activity in Texas.

"*S&P.*" Standard & Poor's Ratings Services, a division of the McGraw-Hill Companies Inc. (a credit rating agency).

"*SEC.*" US Securities and Exchange Commission.

"*Securities Act.*" Securities Act of 1933, as amended.

"*SG&A.*" Selling, general and administrative.

"*SO2.*" Sulfur dioxide.

"*Sponsor Group.*" Refers collectively to the investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. and GS Capital Partners, an affiliate of Goldman Sachs & Co., a dealer manager in the exchange offers and a solicitation agent in the consent solicitations (See Texas Holdings below).

"*TCEH.*" Texas Competitive Electric Holdings Company LLC, a direct, wholly-owned subsidiary of EFCH and an indirect subsidiary of EFH Corp., and/or its subsidiaries, depending on context.

"*TCEH Senior Notes.*" Refers collectively to TCEH's 10.25% Senior Notes due November 1, 2015 and 10.25% Senior Notes due November 1, 2015 Series B (collectively, TCEH 10.25% Notes) and TCEH Toggle Notes.

"*TCEH Senior Secured Facilities.*" Refers collectively to the TCEH Initial Term Loan Facility, TCEH Delayed Draw Term Loan Facility, TCEH Revolving Credit Facility, TCEH Letter of Credit Facility and TCEH Commodity Collateral Posting Facility. See Note 6 to EFH Corp.'s historical condensed consolidated financial statements for the three and six months ended June 30, 2010.

A-4

EFIHMW00052448

EFIHMW00051935

**PX 030**
**Page 514 of 734**

"*TCEH Toggle Notes.*" TCEH's 10.50%/11.25% Senior Toggle Notes due November 1, 2016.

"*TCEQ.*" Texas Commission on Environmental Quality.

"*Texas Holdings.*" Texas Energy Future Holdings Limited Partnership, a limited partnership controlled by the Sponsor Group that owns substantially all of the common stock of EFH Corp.

"*Texas Holdings Group.*" Refers to Texas Holdings and its direct and indirect subsidiaries other than the Oncor Ring−Fenced Entities.

"*Texas Transmission.*" Texas Transmission Investment LLC, a limited liability company that purchased a 19.75% equity interest in Oncor in November 2008. Texas Transmission is not affiliated with EFH Corp., any of EFH Corp.'s subsidiaries or any member of the Sponsor Group.

"*TRE.*" Texas Regional Entity, an independent organization that develops reliability standards for the ERCOT region and monitors and enforces compliance with NERC standards and ERCOT proposals.

"*TXU Energy.*" TXU Energy Retail Company LLC, a direct, wholly−owned subsidiary of TCEH engaged in the retail sale of electricity to residential and business customers. TXU Energy is a REP in competitive areas of ERCOT.

"*US.*" United States of America.

"*VIE.*" Variable interest entity.

A−5

EFIHMW00052449

EFIHMW00051935

Table of Contents

ANNEX B—INFORMATION RELATING TO EFH CORP.

**Capitalized terms used in this Annex B and not**
**otherwise defined herein have the meanings ascribed to them in Annex A to this Prospectus**

BUSINESS

**EFH Corp. Business and Strategy**

EFH Corp. is a Dallas–based energy company with a portfolio of competitive and regulated energy businesses in Texas. EFH Corp. is a holding company conducting its operations principally through its subsidiaries, TCEH and Oncor. TCEH is wholly–owned, and EFH Corp. holds an approximately 80% interest in Oncor. Unless the context otherwise requires or as otherwise indicated, references in this Annex B to "EFH Corp.", "we," "our" and "us" refer to Energy Future Holdings Corp. and its subsidiaries.

TCEH is a holding company for subsidiaries engaged in competitive electricity market activities largely in Texas including electricity generation, wholesale energy sales and purchases, commodity risk management and trading activities, and retail electricity sales.

TCEH owns or leases 17,519 MW of generation capacity in Texas, which consists of lignite/coal, nuclear and natural gas–fueled generation facilities. This amount includes two new lignite–fueled units (Sandow 5 and Oak Grove) that achieved substantial completion (as defined in the EPC agreements for the units) in fall of 2009 but does not include one new lignite–fueled unit (Oak Grove) that recently achieved substantial completion (as defined in the EPC Agreement for the unit) in the second quarter of 2010. In addition, TCEH is the largest purchaser of wind–generated electricity in Texas and the fifth largest in the US. TCEH provides competitive electricity and related services to more than two million retail electricity customers in Texas.

Oncor is engaged in regulated electricity transmission and distribution operations in Texas that are primarily regulated by the PUCT. Oncor provides both distribution services to retail electric providers that sell electricity to consumers and transmission services to other electricity distribution companies, cooperatives and municipalities. Oncor operates the largest transmission and distribution system in Texas, delivering electricity to approximately three million homes and businesses and operating more than 117,000 miles of transmission and distribution lines. A significant portion of Oncor's revenues represent fees for delivery services provided to TCEH. Distribution revenues from TCEH represented 38% and 39% of Oncor's total revenues for the years ended December 31, 2009 and 2008, respectively.

EFH Corp. and Oncor have implemented certain structural and operational "ring–fencing" measures based on commitments made by Texas Holdings and Oncor to the PUCT that are intended to enhance the credit quality of Oncor. These measures serve to mitigate Oncor's and Oncor Holdings' credit exposure to the Texas Holdings Group and to reduce the risk that the assets and liabilities of Oncor or Oncor Holdings would be substantively consolidated with the assets and liabilities of the Texas Holdings Group in the event of a bankruptcy of one or more of those entities. See Note 1 to EFH Corp.'s historical consolidated financial statements for the three and six months ended June 30, 2010 for a description of the material features of these "ring–fencing" measures.

At June 30, 2010, we had approximately 9,100 full–time employees (including approximately 3,825 at Oncor), including approximately 2,730 employees under collective bargaining agreements (including approximately 690 at Oncor).

**EFH Corp.'s Market**

EFH Corp. operates primarily within the ERCOT market. This market represents approximately 85% of electricity consumption in Texas. ERCOT is the regional reliability coordinating organization for member electricity systems in Texas and the system operator of the interconnected transmission grid for those systems.

B–1

EFIHMW00052450

EFIHMW00051935

**PX 030**
**Page 516 of 734**

**Table of Contents**
ERCOT's membership consists of more than 300 corporate and associate members, including electric cooperatives, municipal power agencies, independent generators, independent power marketers, investor-owned utilities, REPs and consumers.

The ERCOT market is currently divided into four regions or congestion management zones (North, Houston, South and West), which reflect transmission constraints that are commercially significant and which have limits as to the amount of electricity that can flow across zones. These constraints and zonal differences can result in differences between wholesale power prices among zones. Of TCEH's baseload (lignite/coal and nuclear-fueled) generation units, twelve (12) units are located in the North zone and two are located in the South zone. See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Regulation and Rates—Wholesale Market Design—Nodal Market" for discussion of ERCOT's planned implementation of a nodal market design by December 2010.

The ERCOT market operates under reliability standards adopted and enforced by the NERC and the TRE. The PUCT has primary jurisdiction over the ERCOT market to ensure adequacy and reliability of power supply across Texas' main interconnected transmission grid. The ERCOT independent system operator is responsible for maintaining reliable operations of the bulk electricity supply system in the market. Its responsibilities include ensuring that electricity production and delivery are accurately accounted for among the generation resources and wholesale buyers and sellers. Unlike certain other regional power markets, the ERCOT market is not a centrally dispatched power pool, and the ERCOT independent system operator does not procure energy on behalf of its members, except to the extent that it acquires ancillary services as agent for market participants. Members who sell and purchase power are responsible for contracting sales and purchases of power with other members through bilateral transactions. The ERCOT independent system operator also serves as agent for procuring ancillary services for those members who elect not to provide their own ancillary services.

Oncor, along with other owners of transmission and distribution facilities in Texas, assists the ERCOT independent system operator in its operations. Oncor has planning, design, construction, operation and maintenance responsibility for the portion of the transmission grid and for the load-serving substations it owns, primarily within its certificated distribution service area. Oncor participates with the ERCOT independent system operator and other ERCOT utilities in obtaining regulatory approvals and planning, designing and constructing new transmission lines in order to remove existing constraints on the ERCOT transmission grid. The transmission lines are necessary to meet reliability needs, support renewable energy production and increase bulk power transfer capability.

The following data is derived from information published by ERCOT:

From 1999 through September 2009, over 41,000 MW of mostly natural gas-fueled and wind generation capacity has been developed in the ERCOT market. Installed generation capacity in the ERCOT market totals approximately 87,000 MW, including approximately 2,500 MW mothballed (idled) capacity, as well as wind (over 9,000 MW), hydro and other resources that may not be available coincident with system need. In 2009, hourly demand peaked at a record 63,400 MW. ERCOT's estimate of total available capacity for 2010 reserve margin calculation is approximately 76,000 MW of which, approximately 66% is natural gas-fueled generation and approximately 33% is lignite/coal and nuclear-fueled baseload generation. ERCOT currently has a target reserve margin level of 12.5%; the reserve margin is projected by ERCOT to be 21.4% in 2010, 17.1% in 2011, and drop to 12.9% by 2015. Reserve margin is the difference between system generation capability and anticipated peak load.

The ERCOT market has limited interconnections to other markets in the US, which currently limits potential imports into and exports out of the ERCOT market to 1,106 MW of generation capacity (or approximately 2% of peak demand). In addition, wholesale transactions within the ERCOT market are generally not subject to regulation by the FERC.

Natural gas-fueled generation is the predominant electricity capacity resource in the ERCOT market and accounted for approximately 42% of the electricity produced in the ERCOT market in 2009. Because of the

B-2

EFIHMW00052451

EFIHMW00051935

**Table of Contents**

significant natural gas–fueled capacity and the ability of such facilities to more readily increase or decrease production when compared to baseload generation, marginal demand for electricity is usually met by natural gas–fueled facilities. As a result, wholesale electricity prices in ERCOT are highly correlated with natural gas prices.

*EFH Corp.'s Strategies*

Each of our businesses focuses its operations on key drivers for that business, as described below:

- TCEH focuses on optimizing and developing its generation fleet to safely provide reliable electricity supply in a cost–effective manner, hedging its electricity price risk and providing high quality service and innovative energy products to retail and wholesale customers.

- Oncor focuses on delivering electricity in a safe and reliable manner, minimizing service interruptions and investing in its transmission and distribution infrastructure to maintain its system, serve its growing customer base with a modernized grid and support renewable energy production.

Other elements of our strategies include:

- *Increase value from existing business lines.* Our strategy focuses on striving for top quartile or better performance across our operations in terms of safety, reliability, cost and customer service. In establishing tactical objectives, we incorporate the following core operating principles:

  - *Safety:* Placing the safety of communities, customers and employees first;

  - *Environmental Stewardship:* Continuing to make strategic and operational improvements that lead to cleaner air, land and water;

  - *Customer Focus:* Delivering products and superior service to help customers more effectively manage their use of electricity;

  - *Community Focus:* Being an integral part of the communities in which we live, work and serve;

  - *Operational Excellence:* Incorporating continuous improvement and financial discipline in all aspects of the business to achieve top–tier results that maximize the value of the company for stakeholders, including operating world–class facilities that produce and deliver safe and dependable electricity at affordable prices, and

  - *Performance–Driven Culture:* Fostering a strong values– and performance–based culture designed to attract, develop and retain best–in–class talent.

- *Pursue growth opportunities across business lines.* Scale in our operating businesses allows us to take part in large capital investments, such as new generation projects and investments in the transmission and distribution system, with a smaller fraction of overall capital at risk and with an enhanced ability to streamline costs. We expect to also explore smaller–scale growth initiatives that are not expected to be material to our performance over the near term but can enhance our growth profile over time. Specific growth initiatives include:

  - Pursue generation development opportunities to help meet ERCOT's growing electricity needs over the longer term from a diverse range of alternatives such as nuclear, renewable energy and advanced coal technologies.

  - Profitably increase the number of retail customers served throughout the competitive ERCOT market areas by delivering superior value through high quality customer service and innovative energy products, including leading energy efficiency initiatives and service offerings.

  - Invest in transmission and distribution technology upgrades, including advanced metering systems and energy efficiency initiatives, and construct new transmission and distribution facilities to meet the needs of the growing Texas market. These growth initiatives benefit from regulatory capital recovery mechanisms known as "capital trackers" that enable adequate and timely recovery of transmission and advanced metering investments through regulated rates.

B–3

EFIHMW00052452

EFIHMW00051935

**PX 030**
**Page 518 of 734**

Table of Contents

- *Reduce the volatility of cash flows through a commodity risk management strategy.* The strong historical correlation between natural gas prices and wholesale electricity prices in the ERCOT market provides us an opportunity to manage our exposure to variability of wholesale electricity prices. We have established a long-term hedging program designed to reduce exposure to changes in future electricity prices due to changes in the price of natural gas. Under the program, TCEH has entered into market transactions involving natural gas-related financial instruments, and as of June 30, 2010, has effectively sold forward approximately 1.4 billion MMBtu of natural gas (equivalent to the natural gas exposure of approximately 175,000 GWh at an assumed 8.0 market heat rate) for the period July 1, 2010 through December 31, 2014 at weighted average annual hedge prices ranging from $7.80 per MMBtu to $7.18 per MMBtu. These transactions, as well as forward power sales, have effectively hedged an estimated 65% of the natural gas price exposure related to TCEH's expected generation output for the period beginning July 1, 2010 and ending December 31, 2014 (on an average basis for such period and assuming an 8.0 market heat rate). The hedges were entered into with the continuing expectation that wholesale electricity prices in ERCOT will be highly correlated with natural gas prices, which are expected to be the marginal fuel for the purpose of setting electricity prices approximately 75% to 90% of the time. If this correlation changes, the cash flows targeted under the long-term hedging program may not be achieved. As of June 30, 2010, more than 95% of the long-term hedging program transactions were directly or indirectly secured by a first-lien interest in TCEH's assets (including the transactions supported by the TCEH Commodity Collateral Posting Facility discussed in "Management's Discussion and Analysis of Financial Condition and Results of Operations—Financial Condition—Liquidity and Capital Resources—Liquidity Effects of Commodity Hedging and Trading Activities"), thereby reducing the cash and letter of credit collateral requirements for the hedging program.

- *Pursue new environmental initiatives.* We are committed to continue to operate in compliance with all environmental laws, rules and regulations and to reduce our impact on the environment. EFH Corp.'s Sustainable Energy Advisory Board advises in the pursuit of technology development opportunities that reduce our impact on the environment while balancing the need to help address the energy requirements of Texas. The Sustainable Energy Advisory Board is comprised of individuals who represent the following interests, among others: the environment, labor unions, customers, economic development in Texas and technology/reliability standards. In addition, we are focused on and are pursuing opportunities to reduce emissions from our existing and new lignite/coal-fueled generation units in the ERCOT market. We have voluntarily committed to reduce emissions of mercury, NOx and SO2 at our existing units. We expect to make these reductions through a combination of investment in new emission control equipment, new coal cleaning technologies and optimizing fuel blends. In addition, we expect to invest $400 million over a five-year period that began in 2008 in programs designed to encourage customer electricity demand efficiencies, representing $200 million more than amounts planned to be invested by Oncor to meet regulatory requirements. As of December 31, 2009, we invested a total of $145 million in these programs.

### Seasonality

EFH Corp.'s revenues and results of operations are subject to seasonality, weather conditions and other electricity usage drivers, with revenues being highest in the summer.

### Operating Segments

EFH Corp. has aligned and reports its business activities as two operating segments: the Competitive Electric segment (primarily represented by TCEH) and the Regulated Delivery segment (primarily represented by Oncor). The functional separation between competitive and regulated affiliate was required by PURA§39.051. See Note 24 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 and Note 15 to EFH Corp.'s historical consolidated financial statements for the three and six months ended June 30, 2010 for additional financial information for the segments.

B-4

EFIHMW00052453

EFIHMW00051935

**PX 030**
**Page 519 of 734**

<u>Table of Contents</u>
*Competitive Electric Segment*

Key management activities, including commodity risk management, are performed on an integrated basis. However, for purposes of operational accountability, performance management and market identity, the segment operations have been grouped into Luminant, which is engaged in electricity generation and wholesale markets activities, and TXU Energy, which is engaged in retail electricity sales activities. These activities are conducted through separate legal entities.

*Luminant*—Luminant's existing electricity generation fleet consists of 18 plants in Texas with total installed nameplate generating capacity as shown in the table below:

| Fuel Type | Installed Nameplate Capacity (MW) | Number of Plants | Number of Units (a) |
|---|---|---|---|
| Nuclear | 2,300 | 1 | 2 |
| Lignite/coal (b) | 7,217 | 5 | 11 |
| Natural gas (c)(d) | 8,002 | 12 | 35 |
| Total | 17,519 | 18 | 48 |

(a) Leased units consist of six natural gas–fueled units totaling 390 MW of capacity. All other units are owned.
(b) Does not include generation capacity of the second unit at Oak Grove, which recently achieved substantial completion (as defined in the EPC Agreement for the unit) in June 2010.
(c) Includes 1,953 MW representing seven units mothballed and not currently available for dispatch and 655 MW representing two units operated under reliability–must–run (RMR) contracts with ERCOT. See "Natural Gas–Fueled Generation Operations" below and "Management's Discussion and Analysis of Financial Condition and Results of Operations as of and for the Three and Six Months Ended June 30, 2010—Significant Activities and Events—Idling of Natural Gas–Fueled Units."
(d) Includes 1,528 MW representing 12 units currently operated for unaffiliated parties.

The generation plants are located primarily on land owned in fee. Nuclear and lignite/coal–fueled (baseload) plants are generally scheduled to run at capacity except for periods of scheduled maintenance activities or, in the case of lignite/coal units, backdown due to periods of low wholesale power prices (i.e., economic backdown) or ERCOT instruction. The natural gas–fueled generation units supplement the baseload generation capacity in meeting consumption in peak demand periods as production from a certain number of these units can more readily be ramped up or down as demand warrants.

*Nuclear Generation Operations*—Luminant operates two nuclear generation units at the Comanche Peak plant, each of which is designed for a capacity of 1,150 MW. Comanche Peak's Unit 1 and Unit 2 went into commercial operation in 1990 and 1993, respectively, and are generally operated at full capacity to meet the load requirements in ERCOT. Refueling (nuclear fuel assembly replacement) outages for each unit are scheduled to occur every eighteen months during the spring or fall off–peak demand periods. Every three years, the refueling cycle results in the refueling of both units during the same year, which last occurred in 2008. While one unit is undergoing a refueling outage, the remaining unit is intended to operate at full capacity. During a refueling outage, other maintenance, modification and testing activities are completed that cannot be accomplished when the unit is in operation. Over the last three years, excluding the 55–day outage in 2007 to refuel and replace the steam generators and reactor vessel head in Unit 1, the refueling outage period per unit has ranged from 19 to 27 days. The Comanche Peak plant operated at a capacity factor of 93.5% in 2007, reflecting the planned extended refueling outage to replace the steam generator and reactor vessel head in Unit 1, 95.2% in 2008, reflecting refueling of both units and 100.0% in 2009.

Luminant has contracts in place for all of its uranium, nuclear fuel conversion services and nuclear fuel enrichment services for 2010. For the period of 2011–2015, Luminant has contracts in place for the acquisition of approximately 75% of its uranium requirements, 81% of its nuclear fuel conversion services requirements and

B–5

EFIHMW00052454

EFIHMW00051935

**PX 030**
**Page 520 of 734**