**Table of Contents**

The following table presents the distribution of credit exposure as of June 30, 2010 arising from wholesale energy sales and purchases and hedging and trading activities. This credit exposure represents wholesale trade accounts receivable and net asset positions on the balance sheet arising from hedging and trading activities after taking into consideration netting provisions within each contract, setoff provisions in the event of default and any master netting contracts with counterparties. See Note 11 to EFH Corp.'s historical consolidated financial statements for the three and six months ended June 30, 2010 for further discussion of portions of this exposure related to activities marked–to–market in the financial statements.

| | Exposure Before Credit Collateral | Credit Collateral | Net Exposure | 2 years or less | Gross Exposure by Maturity | | Total |
|---|---|---|---|---|---|---|---|
| | | | | | Between 2–5 years | Greater than 5 years | |
| Investment grade | $ 1,559 | $ 224 | $ 1,335 | $ 516 | $ 1,043 | $ — | $1,559 |
| Noninvestment grade | 36 | 29 | 7 | 36 | — | — | 36 |
| Totals | $ 1,595 | $ 253 | $ 1,342 | $ 552 | $ 1,043 | $ — | $1,595 |
| Investment grade | 97.7% | | 99.5% | | | | |
| Noninvestment grade | 2.3% | | 0.5% | | | | |

In addition to the exposures in the table above, contracts classified as "normal" purchase or sale and non–derivative contractual commitments are not marked–to–market in the financial statements. Such contractual commitments may contain pricing that is favorable considering current market conditions and therefore represent economic risk if the counterparties do not perform. Nonperformance could have a material adverse impact on future results of operations, financial condition and cash flows.

Significant (10% or greater) concentration of credit exposure exists with three counterparties, which represented 50%, 20% and 17% of the net $1.342 billion exposure. We view exposure to these counterparties to be within an acceptable level of risk tolerance due to the applicable counterparty's credit rating and the importance of our business relationship with the counterparty. However, this concentration increases the risk that a default would have a material effect on results of operations.

With respect to credit risk related to the long–term hedging program, essentially all of the transaction volumes are with counterparties with an A credit rating or better. However, there is current and potential credit concentration risk related to the limited number of counterparties that comprise the substantial majority of the program with such counterparties being in the banking and financial sector. The transactions with these counterparties contain certain credit rating provisions that would require the counterparties to post collateral in the event of a material downgrade in the credit rating of the counterparties. An event of default by one or more hedge counterparties could subsequently result in termination–related settlement payments that reduce available liquidity if amounts are owed to the counterparties related to the commodity contracts or delays in receipts of expected settlements if the hedge counterparties owe amounts to us. While the potential concentration of risk with these counterparties is viewed to be within an acceptable risk tolerance, the exposure to hedge counterparties is managed through the various ongoing risk management measures described above.

B–59

EFIHMW00052508

EFIHMW00051935

**PX 030**
**Page 574 of 734**

Table of Contents
Adjusted EBITDA Reconciliation

**EFH Corp.**
**Adjusted EBITDA Reconciliation**
**(millions of dollars)**

| | Six Months Ended June 30, 2010 | Six Months Ended June 30, 2009 | Twelve Months Ended June 30, 2010 | Twelve Months Ended June 30, 2009 |
|---|---|---|---|---|
| Net income (loss) attributable to EFH Corp. | $ (71) | $ 287 | $ (14) | $(4,951) |
| Income tax expense (benefit) | (35) | 285 | 47 | 2,278 |
| Interest expense and related charges | 2,074 | 1,096 | 3,890 | 4,357 |
| Depreciation and amortization | 692 | 830 | 1,616 | 1,654 |
| **EBITDA** | $ 2,660 | $ 2,498 | $ 5,539 | $ 3,338 |
| Oncor EBITDA | — | (636) | (718) | (496) |
| Oncor distributions/dividends (a) | 87 | 75 | 227 | 1,522 |
| Interest income | (9) | (12) | (42) | (26) |
| Amortization of nuclear fuel | 64 | 48 | 111 | 89 |
| Purchase accounting adjustments (b) | 114 | 180 | 280 | 394 |
| Impairment of goodwill | — | 90 | — | 8,090 |
| Impairment of assets and inventory write down (c) | 2 | 2 | 42 | 1,214 |
| Net gain on debt exchange offers | (143) | — | (230) | — |
| Net income (loss) attributable to noncontrolling interests | — | 28 | 36 | (132) |
| Equity in earnings of unconsolidated subsidiary | (122) | — | (122) | — |
| EBITDA amount attributable to consolidated unrestricted subsidiaries | — | 2 | 1 | 2 |
| Unrealized net gain resulting from hedging transactions | (848) | (710) | (1,364) | (9,402) |
| Amortization of "day one" net loss on Sandow 5 power purchase agreement | (11) | — | 5 | 23 |
| Losses on sale of receivables | — | 7 | — | — |
| Noncash compensation expenses (d) | 13 | 12 | 12 | 28 |
| Severance expense (e) | 3 | 8 | 5 | 11 |
| Transition and business optimization costs (f) | — | 19 | 3 | 40 |
| Transaction and merger expenses (g) | 24 | 42 | 63 | 80 |
| Insurance settlement proceeds (h) | — | — | (25) | (21) |
| Restructuring and other (i) | — | 12 | — | 41 |
| Expenses incurred to upgrade or expand a generation station (j) | 100 | 100 | 100 | 100 |
| **Adjusted EBITDA per Incurrence Covenant** | $ 1,934 | $ 1,765 | $ 3,903 | $ 4,895 |
| Add back Oncor adjusted EBITDA (reduced by Oncor distributions/dividends) | 632 | 542 | 1,213 | (206) |
| **Adjusted EBITDA per Restricted Payments Covenant** | $ 2,566 | $ 2,307 | $ 5,116 | $ 4,689 |

(a)  Twelve months ended June 30, 2009 amount includes $1.253 billion distribution of net proceeds from the sale of Oncor noncontrolling interests in November 2008.

(b)  Purchase accounting adjustments include amortization of the intangible net asset value of retail and wholesale power sales agreements, environmental credits, coal purchase contracts, nuclear fuel contracts and power purchase agreements and the stepped up value of nuclear fuel. Also include certain credits not recognized in net income due to purchase accounting.

B-60

EFIHMW00052509

EFIHMW00051935

**PX 030**
**Page 575 of 734**

Table of Contents

(c)     Impairment of assets includes impairments of emission allowances and trade name intangible assets, impairments of land and the natural gas–fueled generation fleet and charges related to the cancelled development of coal–fueled generation facilities.

(d)     Noncash compensation expenses are accounted for under accounting standards related to stock compensation and exclude capitalized amounts.

(e)     Severance expense includes amounts incurred related to outsourcing, restructuring and other amounts deemed to be in excess of normal recurring amounts.

(f)     Transition and business optimization costs include professional fees primarily for retail billing and customer care systems enhancements and incentive compensation.

(g)     Transaction and merger expenses include costs related to the Merger and abandoned strategic transactions, outsourcing transition costs, administrative costs related to the cancelled program to develop coal–fueled generation facilities, the Sponsor Group management fee, costs related to certain growth initiatives and costs related to the Oncor sale of noncontrolling interests.

(h)     Insurance settlement proceeds include the amount received for property damage to certain mining equipment.

(i)     Restructuring and other for twelve months ended June 30, 2010 primarily represents reversal of certain liabilities accrued in purchase accounting and recorded as other income, partially offset by restructuring and nonrecurring activities and for the twelve months ended June 30, 2009 includes a litigation accrual and a charge related to the bankruptcy of a subsidiary of Lehman Brothers Holdings Inc. and other restructuring initiatives and nonrecurring activities.

(j)     Expenses incurred to upgrade or expand a generation station reflect noncapital outage costs.

B–61

EFIHMW00052510

EFIHMW00051935

Table of Contents

**TCEH Consolidated**
**Adjusted EBITDA Reconciliation**
**(millions of dollars)**

| | Six Months Ended June 30, 2010 | Six Months Ended June 30, 2009 | Twelve Months Ended June 30, 2010 | Twelve Months Ended June 30, 2009 |
|---|---|---|---|---|
| Net income (loss) | $    43 | $    517 | $    235 | $    (3,905) |
| Income tax expense (benefit) | 46 | 341 | 153 | 2,364 |
| Interest expense and related charges | 1,664 | 562 | 2,936 | 3,304 |
| Depreciation and amortization | 681 | 559 | 1,294 | 1,119 |
| | | | | |
| EBITDA | $    2,434 | $    1,979 | $    4,618 | $    2,882 |
| Interest income | (42) | (19) | (87) | (54) |
| Amortization of nuclear fuel | 64 | 48 | 111 | 89 |
| Purchase accounting adjustments (a) | 91 | 157 | 233 | 348 |
| Impairment of goodwill | — | 70 | — | 8,070 |
| Impairment of assets and inventory write down (b) | 1 | — | 38 | 1,208 |
| EBITDA amount attributable to consolidated unrestricted subsidiaries | — | 2 | 1 | 2 |
| Unrealized net gain resulting from hedging transactions | (848) | (710) | (1,364) | (9,402) |
| Amortization of "day one" net loss on Sandow 5 power purchase agreement | (11) | — | (20) | — |
| Corporate depreciation, interest and income tax expenses included in SG&A expense | 5 | — | 10 | — |
| Losses on sale of receivables | — | 7 | 5 | 23 |
| Noncash compensation expense (c) | 10 | 4 | 8 | 10 |
| Severance expense (d) | 3 | 8 | 5 | 11 |
| Transition and business optimization costs (e) | 2 | 19 | 7 | 35 |
| Transaction and merger expenses (f) | 21 | 2 | 23 | 5 |
| Insurance settlement proceeds (g) | — | — | — | (21) |
| Restructuring and other (h) | 1 | 7 | (26) | 39 |
| Expenses incurred to upgrade or expand a generation station (i) | 100 | 100 | 100 | 100 |
| | | | | |
| Adjusted EBITDA per Incurrence Covenant | $    1,831 | $    1,674 | $    3,662 | $    3,345 |
| Expenses related to unplanned generation station outages (i) | 91 | 48 | 134 | 141 |
| Pro forma adjustment for Sandow 5 and Oak Grove 1 reaching 70% capacity in Q1 (j) | — | — | 56 | — |
| Other adjustments allowed to determine Adjusted EBITDA per Maintenance Covenant (k) | 9 | 12 | 35 | 23 |
| | | | | |
| Adjusted EBITDA per Maintenance Covenant | $    1,931 | $    1,734 | $    3,887 | $    3,509 |

_____

(a)   Purchase accounting adjustments include amortization of the intangible net asset value of retail and wholesale power sales agreements, environmental credits, coal purchase contracts, nuclear fuel contracts and power purchase agreements and the stepped up value of nuclear fuel. Also include certain credits not recognized in net income due to purchase accounting.

(b)   Impairment of assets includes impairments of emission allowances and trade name intangible assets and impairment of land and the natural gas–fueled generation fleet.

(c)   Noncash compensation expenses are accounted for under accounting standards related to stock compensation and exclude capitalized amounts.

B–62

EFIHMW00052511

EFIHMW00051935

Table of Contents

(d)  Severance expense includes amounts incurred related to outsourcing, restructuring and other amounts deemed to be in excess of normal recurring amounts.

(e)  Transition and business optimization costs include professional fees primarily for retail billing and customer care systems enhancements and incentive compensation.

(f)  Transaction and merger expenses include costs related to the Merger, outsourcing transition costs and costs related to certain growth initiatives.

(g)  Insurance settlement proceeds include the amount received for property damage to certain mining equipment.

(h)  Restructuring and other for the twelve months ended June 30, 2010 primarily represents reversal of certain liabilities accrued in purchase accounting and recorded as other income, partially offset by restructuring and nonrecurring activities, and for the twelve months ended June 30, 2009 includes a charge related to the bankruptcy of a subsidiary of Lehman Brothers Holdings Inc. and other restructuring initiatives and nonrecurring activities.

(i)  Expenses incurred to upgrade or expand a generation station reflect noncapital outage costs.

(j)  Pro forma adjustment for Sandow 5 and Oak Grove 1 represents the annualization of the actual six months ended June 30, 2010 EBITDA results for these two units.

(k)  Primarily pre−operating expenses relating to Oak Grove 2.

## Energy Future Intermediate Holding Company LLC Consolidated
## Adjusted EBITDA Reconciliation

|  | Six Months Ended June 30, 2010 | Six Months Ended June 30, 2009 | Twelve Months Ended June 30, 2010 | Twelve Months Ended June 30, 2009 |
|---|---|---|---|---|
| Net income (loss) attributable to Intermediate Holding | $ 25 | $ 21 | $ 78 | $ (556) |
| Income tax expense (benefit) | (49) | (46) | (96) | (90) |
| Interest expense and related charges | 150 | 137 | 291 | 268 |
| Depreciation and amortization | — | — | — | — |
| **EBITDA** | $ 126 | $ 112 | $ 273 | $ (378) |
| Oncor EBITDA | — | — | — | — |
| Oncor distributions/dividends (a) | 87 | 58 | 244 | 1,505 |
| Interest income | (4) | — | (8) | (2) |
| Other | — | 1 | (1) | 2 |
| Equity in earnings of unconsolidated subsidiary (net of tax) | (122) | (112) | (265) | 380 |
| **Adjusted EBITDA per Incurrence Covenant** | $ 87 | $ 59 | $ 243 | $ 1,507 |
| Add back Oncor Holdings adjusted EBITDA (reduced by Oncor Holdings distributions/dividends) | 632 | 559 | 1,197 | (188) |
| **Adjusted EBITDA per Restricted Payments Covenant** | $ 719 | $ 618 | $ 1,440 | $ 1,319 |

_____

(a)  Twelve months ended June 30, 2009 amount includes $1.253 billion distribution of net proceeds from the sale of Oncor noncontrolling interests in November 2008.

B−63

EFIHMW00052512

EFIHMW00051935

Table of Contents

MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS AS OF AND FOR THE YEAR ENDED DECEMBER 31, 2009

The following discussion and analysis of EFH Corp.'s financial condition and results of operations as of and for the fiscal years ended December 31, 2009, 2008 and 2007 was included in EFH Corp.'s Annual Report on Form 10−K for the year ended December 31, 2009 filed with the SEC on February 19, 2010 (except for disclosure regarding credit ratings, which has been deleted to comply with an intervening change in law). This MD&A should be read in conjunction with "Selected Historical Consolidated Financial Data for EFH Corp. and its Subsidiaries" and EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 and the notes to those statements, each included elsewhere in this Prospectus. This MD&A should also be read in conjunction with the disclosure set forth in "Summary—Recent Developments" beginning on page 14 of this Prospectus and "Management's Discussion and Analysis of Financial Condition and Results of Operations as of and for the Three and Six Months Ended June 30, 2010" above, each of which provides material updates to certain of the information contained in this MD&A.

All dollar amounts in the tables in the following discussion and analysis are stated in millions of US dollars unless otherwise indicated.

**Business**

EFH Corp. is a Dallas−based holding company conducting operations principally through our TCEH and Oncor subsidiaries. TCEH is a holding company for subsidiaries engaged in competitive electricity market activities largely in Texas including electricity generation, wholesale energy sales and purchases, commodity risk management and trading activities, and retail electricity sales. Oncor is a majority−owned (approximately 80%) subsidiary engaged in regulated electricity transmission and distribution operations in Texas. Various "ring−fencing" measures have been taken to enhance the credit quality of Oncor. See Note 1 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for a description of the material features of these "ring−fencing" measures and Note 15 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for discussion of noncontrolling interests sold by Oncor.

*Operating Segments*

EFH Corp. has aligned and reports its business activities as two operating segments: the Competitive Electric segment and the Regulated Delivery segment. The Competitive Electric segment is principally comprised of TCEH. The segment also includes equipment salvage and resale activities related to the cancellation of the development of eight new coal−fueled generation units in 2007. The Regulated Delivery segment is comprised of Oncor and its wholly−owned bankruptcy−remote financing subsidiary.

See Note 24 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for further information regarding reportable business segments.

*Significant Activities and Events*

*Long−Term Hedging Program*—TCEH has a long−term hedging program designed to reduce exposure to changes in future electricity prices due to changes in the price of natural gas. Under the program, the company has entered into market transactions involving natural gas−related financial instruments, and as of December 31, 2009, has effectively sold forward approximately 1.6 billion MMBtu of natural gas (equivalent to the natural gas exposure of approximately 200,000 GWh at an assumed 8.0 market heat rate) for the period from January 1, 2010 through December 31, 2014 at weighted average annual hedge prices ranging from $7.80 per MMBtu to $7.19 per MMBtu. These transactions, as well as forward power sales, have effectively hedged an estimated 68% of the natural gas price exposure related to TCEH's expected generation output for the period beginning January 1, 2010 and ending December 31, 2014 (on an average basis for such period and assuming an 8.0 market heat rate). The hedges were entered into with the continuing expectation that wholesale electricity prices in ERCOT will be

B−64

EFIHMW00052513

EFIHMW00051935

**PX 030
Page 579 of 734**

Table of Contents
highly correlated with natural gas prices, which is expected to be the marginal fuel for the purpose of setting electricity prices approximately 75% to 90% of the time. If the correlation changes in the future, the cash flows targeted under the long–term hedging program may not be achieved.

The long–term hedging program is comprised primarily of contracts with prices based on the New York Mercantile Exchange (NYMEX) Henry Hub pricing point. However, because there are other local and regional natural gas pricing points such as Houston Ship Channel, future wholesale power prices in ERCOT may not correlate as closely to the Henry Hub pricing as other pricing points, which could decrease the effectiveness of the positions in the long–term hedging program in mitigating power price exposure. The company has hedged more than 95% of the Houston Ship Channel versus Henry Hub pricing point risk for 2010.

The company has entered into related put and call transactions (referred to as collars), primarily for year 2014 of the program, that effectively hedge natural gas prices within a range. These transactions represented approximately 6% of the positions in the long–term hedging program at December 31, 2009, with the approximate weighted average strike prices under the collars being a floor of $7.80 per MMBtu and a ceiling of $11.75 per MMBtu. The company expects to use financial instruments, including collars, in future hedging activity under the long–term hedging program.

The following table summarizes the natural gas hedges in the long–term hedging program as of December 31, 2009:

| | Measure | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|
| Natural gas hedge volumes (a) | mm MMBtu | ~240 | ~447 | ~490 | ~300 | ~97 | ~1,574 |
| Weighted average hedge price (b) | $/MMBtu | ~7.79 | ~7.56 | ~7.36 | ~7.19 | ~7.80 | — |
| Weighted average market price (c) | $/MMBtu | ~5.79 | ~6.34 | ~6.53 | ~6.67 | ~6.84 | — |

(a)    Where collars are reflected, the volumes are estimated based on the natural gas price sensitivity (i.e., delta position) of the derivatives. The notional volumes for collars are approximately 150 million MMBtu, which corresponds to a delta position of approximately 97 million MMBtu in 2014.

(b)    Weighted average hedge prices are based on NYMEX Henry Hub prices of forward natural gas sales positions in the long–term hedging program (excluding the impact of offsetting purchases for rebalancing and pricing point basis transactions). Where collars are reflected, sales price represents the collar floor price.

(c)    Based on NYMEX Henry Hub prices.

Changes in the fair value of the instruments in the long–term hedging program are being recorded as unrealized gains and losses in net gain (loss) from commodity hedging and trading activities in the statement of income, which has and could continue to result in significant volatility in reported net income. Based on the size of the long–term hedging program as of December 31, 2009, a $1.00/MMBtu change in natural gas prices across the hedged period would result in the recognition of up to approximately $1.6 billion in pretax unrealized mark–to–market gains or losses.

The reported unrealized mark–to–market net gain related to the long–term hedging program for the year ended December 31, 2009 totaled $1.107 billion. This amount reflects a $1.857 billion net gain due to the effect of lower forward prices of natural gas on the value of positions in the program, which was partially offset by net losses of $750 million representing reversals of previously recorded unrealized gains on positions that settled in the period. The reported unrealized mark–to–market net gain related to the long–term hedging program for the year ended December 31, 2008 totaled $2.587 billion reflecting declines in forward prices of natural gas in 2008. Given the volatility of natural gas prices, it is not possible to predict future reported unrealized mark–to–market gains or losses and the actual gains or losses that will ultimately be realized upon settlement of the hedge positions in future years. If natural gas prices at settlement are lower than the prices of the hedge positions, the hedges are expected to mitigate the otherwise negative effect on earnings of lower wholesale electricity prices. However, if natural gas prices at settlement are higher than the prices of the hedge positions, the hedges are

EFIHMW00052514

EFIHMW00051935

Table of Contents

expected to dampen the otherwise positive effect on earnings of higher wholesale electricity prices and will in this context be viewed as having resulted in an opportunity cost. The cumulative unrealized mark–to–market net gain related to positions in the long–term hedging program totaled $1.978 billion and $871 million at December 31, 2009 and December 31, 2008, respectively. These values can change materially as market conditions change.

As of December 31, 2009, more than 95% of the long–term hedging program transactions were directly or indirectly secured by a first–lien interest in TCEH's assets (including the transactions supported by the TCEH Commodity Collateral Posting Facility—see discussion below under "Financial Condition—Liquidity and Capital Resources") thereby reducing the cash and letter of credit collateral requirements for the hedging program.

See "Key Risks and Challenges—Substantial Leverage, Uncertain Financial Markets and Liquidity Risk" and "—Natural Gas Price and Market Heat Rate Exposure."

*Debt Exchanges and Issuances*—See Note 12 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for discussion of debt exchange offers completed in November 2009 and the issuance of additional notes in January 2010.

*TCEH Interest Rate Swap Transactions*—As of December 31, 2009, TCEH had entered into a series of interest rate swaps that effectively fix the interest rates at between 7.3% and 8.3% on $16.30 billion principal amount of its senior secured debt maturing from 2010 to 2014. All of these swaps were entered into prior to January 1, 2009. Taking into consideration these swap transactions, approximately 10% of our total long–term debt portfolio at December 31, 2009 was exposed to variable interest rate risk. TCEH also entered into interest rate basis swap transactions, which further reduce the fixed (through swaps) borrowing costs, related to an aggregate of $16.25 billion principal amount of senior secured debt. We may enter into additional interest rate hedges from time to time. Unrealized mark–to–market net gains and losses related to all TCEH interest rate swaps, which are reported in interest expense and related charges, totaled $696 million in net gains for the year ended December 31, 2009 and $1.477 billion in net losses for the year ended December 31, 2008. The cumulative unrealized mark–to–market net liability related to all TCEH interest rate swaps totaled $1.212 billion and $1.909 billion at December 31, 2009 and 2008, respectively, of which $194 million and $364 million (both pre–tax), respectively, was reported in accumulated other comprehensive income. These fair values can change materially as market conditions change, which could result in significant volatility in reported net income. See discussion in Note 12 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 regarding various interest rate swap transactions.

*Texas Generation Facilities Development*—TCEH is nearing completion of a program to develop three lignite–fueled generation units (2 units at Oak Grove and 1 unit at Sandow) in Texas with a total estimated capacity of approximately 2,200 MW. The Sandow unit and the first Oak Grove unit achieved substantial completion (as defined in the EPC Agreements for the units) effective September 30, 2009 and December 22, 2009, respectively. Accordingly, the company has operational control of these units. We began depreciating these units and recognizing revenues and fuel costs for accounting purposes in the fourth quarter 2009. The second Oak Grove unit, which is in the commissioning and start–up phase, synchronized to the grid in January 2010 and is expected to achieve substantial completion (as defined in the EPC Agreement for the unit) in mid–2010. Aggregate cash capital expenditures for these three units are expected to total approximately $3.25 billion including all construction, site preparation and mining development costs, of which approximately $3.1 billion was spent as of December 31, 2009. Total recorded costs, including purchase accounting fair value adjustments and capitalized interest, are expected to total approximately $4.8 billion upon completion of the units, and the balance was $4.6 billion as of December 31, 2009. See discussion in Note 13 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 regarding contingencies related to these units.

B–66

EFIHMW00052515

EFIHMW00051935

**PX 030**
**Page 581 of 734**

**Table of Contents**

*Nuclear Generation Development*—In September 2008, a subsidiary of TCEH filed a combined operating license application with the NRC for two new nuclear generation units, each with approximately 1,700 MW (gross capacity), at its existing Comanche Peak nuclear generation site. In connection with the filing of the application, in January 2009, subsidiaries of TCEH and Mitsubishi Heavy Industries Ltd. (MHI) formed a joint venture, Comanche Peak Nuclear Power Company (CPNPC), to further the development of the two new nuclear generation units using MHI's US–Advanced Pressurized Water Reactor technology. The TCEH subsidiary owns an 88% interest in CPNPC, and a MHI subsidiary owns a 12% interest.

In March 2009, the NRC announced an official review schedule for the license application. Based on the schedule, the NRC expects to complete its review by December 2011, and it is expected that a license would be issued approximately one year later. In November 2009, CPNPC filed a comprehensive revision to the license application that updated the license application for developments occurring after the initial filing.

In 2009, the DOE announced that it had selected four applicants to proceed to the due diligence phase of its Loan Guarantee Program, and to commence negotiations towards potential loan guarantees for their respective generation projects. CPNPC was not among the initial four applicants selected by the DOE; however, CPNPC continues to update the DOE on its progress, with the goal of securing a DOE loan guarantee for financing the proposed units prior to commencement of construction.

*Idling of Natural Gas–Fueled Units*—In February 2009, we notified ERCOT of plans to retire 11 of our natural gas–fueled units, totaling 2,251 MW of capacity (2,341 MW installed nameplate capacity), in May 2009, and mothball (idle) an additional four units, totaling 1,651 MW of capacity (1,675 MW of installed nameplate capacity), in September 2009. In May and September 2009, we entered into reliability–must–run (RMR) agreements for the remainder of 2009 with ERCOT for the operation of one unit originally planned to be retired with 112 MW of capacity (115 MW of installed nameplate capacity) and one unit planned to be mothballed with 515 MW of capacity (540 MW of installed nameplate capacity), respectively. In December 2009, we entered into RMR agreements with ERCOT for these same two units for January through November 2010. The other units were retired in May 2009 or mothballed in September 2009 as originally planned. An impairment charge of $229 million related to the carrying value of these units was recorded in the fourth quarter of 2008.

*Global Climate Change*—See "Business—Environmental Regulations and Related Considerations" above for discussion of global climate change and the effects on the company.

*Impairment of Goodwill*—Financial market conditions had a significant effect on our 2008 assessment of the carrying value of goodwill. We recorded a total goodwill impairment charge of $8.950 billion (which was not deductible for income tax purposes) in 2008 and 2009, primarily arising from the dislocation in the capital markets that had increased interest rate spreads and the resulting discount rates used in estimating fair values and the effects of declines in market values of debt and equity securities of comparable companies.

This non–cash impairment did not cause EFH Corp. or its subsidiaries to be in default under any of their respective debt covenants or impact counterparty trading agreements or have a material impact on liquidity.

See Note 3 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 and "Application of Critical Accounting Policies" below for more information on the goodwill impairment charge.

*Oncor Technology Initiatives*—Oncor continues to invest in technology initiatives that include development of a modernized grid through the replacement of existing meters with advanced digital metering equipment and development of advanced digital communication, data management, real–time monitoring and outage detection capabilities. This modernized grid is expected to produce electricity service reliability improvements and provide the potential for additional products and services from REPs that will enable businesses and consumers to better manage their electricity usage and costs. Oncor's plans provide for the full

B–67

EFIHMW00052516

EFIHMW00051935

**PX 030**
**Page 582 of 734**

Table of Contents

deployment of over three million advanced meters by the end of 2012 to all residential and most non–residential retail electricity customers in Oncor's service area. The advanced meters can be read remotely, rather than by a meter reader physically visiting the location of each meter. Advanced meters facilitate automated demand side management, which allows consumers to monitor the amount of electricity they are consuming and adjust their electricity consumption habits.

As of December 31, 2009, Oncor has installed approximately 660 thousand advanced digital meters, including approximately 620 thousand during the year ended December 31, 2009. As the new meters are integrated, Oncor reports 15–minute interval, billing–quality electricity consumption data to ERCOT for market settlement purposes. The data makes it possible for REPs to support new programs and pricing options. Cumulative capital expenditures for the deployment of the advanced meter system totaled $196 million as of December 31, 2009.

As discussed below under "Regulation and Rates," Oncor has implemented a rate surcharge effective January 1, 2009 to recover its investment in the advanced meter deployment.

*Oncor Matters with the PUCT*—See discussion of these matters, including the awarded construction of $1.3 billion of transmission lines and a rate case with the PUCT, below under "Regulation and Rates."

KEY RISKS AND CHALLENGES

Following is a discussion of key risks and challenges facing management and the initiatives currently underway to manage such challenges.

*Substantial Leverage, Uncertain Financial Markets and Liquidity Risk*

Our substantial leverage, resulting in large part from debt incurred to finance the Merger, requires significant cash flows to be dedicated to interest and principal payments and could adversely affect our ability to raise additional capital to fund operations, limit our ability to react to changes in the economy, our industry or our business, and expose us to interest rate risk to the extent not hedged. Short–term borrowings and long–term debt, including amounts due currently, totaled $43.426 billion at December 31, 2009. Taking into consideration interest–rate swap transactions, as of December 31, 2009 approximately 90% of our total long–term debt portfolio is subject to fixed interest rates, at a weighted average interest rate of 8.95%. Interest payments on long–term debt in 2010 are expected to total approximately $3.059 billion, and principal payments are expected to total approximately $340 million.

While we believe our cash on hand and cash flow from operations combined with availability under existing credit facilities provide sufficient liquidity to fund current and projected expenses and capital requirements for 2010 (see "Financial Condition—Liquidity and Capital Resources" section below), there can be no assurance that counterparties to our credit facilities will perform as expected through the maturity dates or hedging and trading counterparties, particularly related to the long–term hedging program, will meet their obligations to us. Failure of such counterparties to meet their obligations or substantial changes in financial markets, the economy, the requirements of regulators or our industry or operations could result in constraints in our liquidity. See discussion of credit risk in "Quantitative and Qualitative Disclosures About Market Risk" below and discussion of credit facilities in "Financial Condition—Liquidity and Capital Resources" and in EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009. Also, as a result of the financial crisis that arose in 2008, there has been a reduction of available counterparties for our hedging and trading activities, particularly for longer–dated transactions, which could impact our ability to hedge our commodity price and interest rate exposure to desired levels at reasonable costs. However, traditional counterparties with physical assets to hedge, as well as financial institutions and other parties, continue to participate in the markets.

B–68

EFIHMW00052517

EFIHMW00051935

**PX 030
Page 583 of 734**

**Table of Contents**
A substantial amount of our indebtedness is scheduled to mature in the period from 2014 through 2017. We are focused on improving the balance sheet and expect to opportunistically look for ways to reduce the amount and extend the weighted average maturity of our outstanding debt. Progress to date on this initiative includes the August 2009 amendment to the Credit Agreement governing the TCEH Senior Secured Facilities that provides additional flexibility in restructuring debt obligations, the debt exchanges completed in November 2009 and the January 2010 issuance of $500 million of senior secured notes to be used for general corporate purposes, including but not limited to, repurchase of outstanding indebtedness. See Note 12 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for additional discussion of these transactions.

In addition, because our operations are capital intensive, we expect to rely over the long−term upon access to financial markets as a significant source of liquidity for capital requirements not satisfied by cash−on−hand, operating cash flows or our available credit facilities. Our ability to economically access the capital or credit markets could be restricted at a time when we would like, or need, to access those markets. Lack of such access could have an impact on our flexibility to react to changing economic and business conditions.

*Natural Gas Price and Market Heat−Rate Exposure*

Wholesale electricity prices in the ERCOT market generally move with the price of natural gas because marginal demand for electricity supply is generally met with natural gas−fueled generation facilities. Historically the price of natural gas has fluctuated due to the effects of weather, changes in industrial demand, supply availability, and other economic and market factors and such prices have been very volatile in recent years. Since 2005, forward natural gas prices ranged from below $4 per MMBtu to above $13 per MMBtu. The wholesale market price of power divided by the market price of natural gas represents the market heat rate. Market heat rate movements also affect wholesale electricity prices. Market heat rate reflects the efficiency of the marginal supplier (generally natural gas−fueled generation facilities) in generating electricity.

In contrast to our natural gas−fueled generation facilities, changes in natural gas prices have no significant effect on the cost of generating electricity from our nuclear and lignite/coal−fueled plants. All other factors being equal, these baseload generation assets, which provided 70% of supply volumes in 2009, increase or decrease in value as natural gas prices and market heat rates rise or fall, respectively, because of the effect of natural gas prices setting marginal wholesale power prices in ERCOT.

With the exposure to variability of natural gas prices, retail sales price management and hedging activities are critical to the profitability of the business and maintaining consistent cash flow levels.

Our approach to managing commodity price risk focuses on the following:

- employing disciplined hedging and risk management strategies through physical and financial energy−related (electricity and natural gas) contracts intended to partially hedge gross margins;

- continuing reduction of fixed costs to better withstand gross margin volatility;

- following a retail pricing strategy that appropriately reflects the magnitude and costs of commodity price and liquidity risk, and

- improving retail customer service to attract and retain high−value customers.

As discussed above under "Significant Activities and Events," we have implemented a long−term hedging program to mitigate the risk of future declines in wholesale electricity prices due to declines in natural gas prices.

The following sensitivity table provides estimates of the potential impact (in $millions) of movements in natural gas and certain other commodity prices and market heat rates on realized pre−tax earnings for the periods presented. The estimates related to price sensitivity are based on TCEH's unhedged position and forward prices

B−69

Table of Contents

as of December 31, 2009, which for natural gas reflects estimates of electricity generation less amounts hedged through the long–term natural gas hedging program and amounts under existing wholesale and retail sales contracts. On a rolling twelve–month basis, the substantial majority of retail sales under month–to–month arrangements are deemed to be under contract.

| | Balance 2010 (a) | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| $1.00/MMBtu change in gas price (b) | $  ~9 | $~45 | $~89 | $~308 | $~512 |
| 0.1/MMBtu/MWh change in market heat rate (c) | $  ~10 | $~44 | $~54 | $  ~57 | $  ~59 |
| $1.00/gallon change in diesel fuel price | $  ~1 | $  ~1 | $  ~2 | $  ~53 | $  ~57 |
| $10.00/pound change in uranium/nuclear fuel | $  — | $— | $  ~1 | $  ~5 | $  ~4 |

(a)  Balance of 2010 is from February 1, 2010 through December 31, 2010.
(b)  Assumes conversion of electricity positions based on an approximate 8.0 market heat rate with natural gas being on the margin 75% to 90% of the time (i.e., when coal is forecast to be on the margin, no natural gas position is assumed to be generated).
(c)  Based on Houston Ship Channel natural gas prices as of December 31, 2009.

Our market heat rate exposure is impacted by changes in the mix of generation assets, such as generation capacity increases, particularly increases in lignite/coal– and nuclear–fueled generation capacity, as well as wind capacity, which could result in lower market heat rates. We expect that decreases in market heat rates would decrease the value of our generation assets because lower market heat rates generally result in lower wholesale electricity prices, and vice versa. We mitigate market heat rate risk through retail and wholesale electricity sales contracts and shorter–term market heat rate hedging transactions. We evaluate opportunities to mitigate market heat rate risk over extended periods through longer–term electricity sales contracts where practical considering pricing, credit, liquidity and related factors.

On an ongoing basis, we will continue monitoring our overall commodity risks and seek to balance our portfolio based on our desired level of exposure to natural gas prices and market heat rates and potential changes to our operational forecasts of overall generation and consumption (which is also subject to volatility resulting from customer churn, weather, economic and other factors) in our native and growth business. Portfolio balancing may include the execution of incremental transactions, including heat rate hedges, the unwinding of existing transactions and the substitution of natural gas hedges with commitments for the sale of electricity at fixed prices. As a result, commodity price exposures and their effect on earnings could materially change from time to time.

The Obama Administration has proposed financial market reforms with respect to the currently unregulated Over–the–Counter (OTC) financial derivatives market. As a result, the US House of Representative has approved a bill to regulate OTC derivatives. The bill would require certain entities to clear OTC derivatives that are currently traded on the bilateral market through exchanges, which require that all collateral be in the form of cash. We have entered into a significant number of asset–backed OTC derivatives to hedge risks associated with commodity and interest rate exposure. The US House of Representatives legislation would not require us to clear our OTC derivatives through exchanges. However, other proposals would have required such clearing, and it is not evident what, if any, US Senate legislation might be approved. If we were required to clear such transactions, we would likely be precluded from using our noncash assets as collateral for hedging arrangements. This preclusion could have a material impact on our liquidity, particularly if the final legislation does not provide for the grandfathering of existing OTC derivatives. As a result, if applied to our OTC derivatives transactions, legislation that impairs the use of asset–backed transactions could significantly increase our costs of entering into OTC derivatives and/or could significantly limit our ability to enter into OTC derivatives and hedge our commodity and interest rate risks. We cannot predict whether or when final legislation will be enacted or whether the US House of Representatives bill exemptions will be included in any final legislation.

See "Financial Condition—Liquidity and Capital Resources" below for a discussion of the liquidity effects of the long–term hedging program. Also see additional discussion of risk below under "Quantitative and Qualitative Disclosures about Market Risk."

B–70

EFIHMW00052519

EFIHMW00051935

Table of Contents

*Competitive Retail Markets and Customer Retention*

Competitive retail activity in Texas has resulted in some volatility in retail customer counts. Total retail customer counts decreased less than 1% in 2007, rose 2% in 2008 and declined 3% in 2009. In responding to the competitive landscape in the ERCOT marketplace, we are focusing on the following key initiatives:

- Maintaining competitive pricing initiatives as evidenced by price reductions on most residential service plans in 2008 and 2009, in addition to the 15% cumulative price reduction in 2007 applicable to residential customers under qualifying service plans;

- Profitably growing the retail customer base by actively competing for new and existing customers in areas in Texas open to competition. The customer retention strategy remains focused on continuing to implement initiatives to deliver world–class customer service and improve the overall customer experience;

- Establishing TXU Energy as the most innovative retailer in the Texas market by continuing to develop tailored product offerings to meet customer needs. TXU Energy plans to invest $100 million over the five–year period beginning in 2008 (including $20 million invested through 2009) in retail initiatives aimed at helping consumers conserve energy and other demand–side management initiatives that are intended to moderate consumption and reduce peak demand for electricity, and

- Focusing business market initiatives largely on programs targeted to retain the existing highest–value customers and to recapture customers who have switched REPs. Initiatives include maintaining and continuously refining a disciplined contracting and pricing approach and economic segmentation of the business market to enhance targeted sales and marketing efforts and to more effectively deploy the direct–sales force. Tactical programs put into place include improved customer service, aided by a new customer management system implemented in 2009, the successful operation of which is critical to customer satisfaction, new product price/service offerings and a multichannel approach for the small business market.

*Volatile Energy Prices and Regulatory Risk*

Natural gas prices rose to unprecedented levels in the latter part of 2005, reflecting a world–wide increase in energy prices compounded by hurricane–related infrastructure damage. The related rise in electricity prices elevated public awareness of energy costs and dampened customer demand. Natural gas prices remain subject to events that create price volatility, and while not reaching 2005 levels, forward natural gas prices rose substantially in 2007 and part of 2008 before falling in the second half of 2008 and continuing to fall through most of 2009. Sustained high energy prices and/or ongoing price volatility also creates a risk for regulatory and/or legislative intervention with the mechanisms that govern the competitive wholesale and retail markets in ERCOT. We believe that competitive markets result in a broad range of innovative pricing and service alternatives to consumers and ultimately the most efficient use of resources and regulatory entities should continue to take actions that encourage competition in the industry. Regulatory and/or legislative intervention could disrupt the relationship between natural gas prices and electricity prices, which could impact the results of our long–term hedging strategy and our results of operations.

*New and Changing Environmental Regulations*

We are subject to various environmental laws and regulations related to $SO_2$, $NO_x$ and mercury emissions as well as other environmental contaminants that impact air and water quality. We are in compliance with all current laws and regulations, but regulatory authorities continue to evaluate existing requirements and consider proposals for changes. We continue to closely monitor any potential legislative and regulatory changes pertaining to global climate change. In view of the fact that a substantial portion of our generation portfolio consists of lignite/coal–fueled generation facilities, our financial condition or results of operations could be materially adversely affected by the enactment of any legislation, regulation or judicial action that mandates a reduction in GHG emissions or that imposes financial penalties, costs or taxes on entities that produce GHG emissions. For

EFIHMW00052520

EFIHMW00051935

**Table of Contents**

example, federal, state or regional legislation or regulation addressing global climate change could result in us either incurring increased material costs to reduce our GHG emissions or to procure emission allowances or credits to comply with a mandatory cap–and–trade emissions reduction program or incurring increased taxes, which could be material, due to the imposition of a carbon tax. See further discussion under "Business—Environmental Regulations and Related Considerations."

*Exposures Related to Nuclear Asset Outages*

Our nuclear assets are comprised of two generation units at Comanche Peak, each with an installed nameplate capacity of 1,150 MW. The Comanche Peak plant represents approximately 13% of our total generation capacity. The nuclear generation units represent our lowest marginal cost source of electricity. Assuming both nuclear generation units experienced an outage, the unfavorable impact to pretax earnings is estimated to be approximately $2 million per day before consideration of any insurance proceeds. Also see discussion of nuclear facilities insurance in Note 13 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009.

The inherent complexities and related regulations associated with operating nuclear generation facilities result in environmental, regulatory and financial risks. The operation of nuclear generation facilities is complex and subject to continuing review and regulation by the NRC, covering, among other things, operations, maintenance, emergency planning, security, and environmental and safety protection. The NRC may implement changes in regulations that result in increased capital or operating costs, and it may require extended outages, modify, suspend or revoke operating licenses and impose fines for failure to comply with its existing regulations and the provisions of the Atomic Energy Act. In addition, an unplanned outage at another nuclear generation facility could result in the NRC taking action to shut down the Comanche Peak plant as a precautionary measure.

The Comanche Peak plant has not experienced an extended unplanned outage, and management continues to focus on the safe, reliable and efficient operations at the plant.

*Other Matters*

See Note 13 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for discussion of litigation related to our new lignite–fueled generation facility construction program and "Regulation and Rates" for discussion of ERCOT's planned implementation of a nodal market.

## APPLICATION OF CRITICAL ACCOUNTING POLICIES

Our significant accounting policies are discussed in Note 1 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009. We follow accounting principles generally accepted in the US. Application of these accounting policies in the preparation of our consolidated financial statements requires management to make estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and revenues and expenses during the periods covered. The following is a summary of certain critical accounting policies that are impacted by judgments and uncertainties and under which different amounts might be reported using different assumptions or estimation methodologies.

*Purchase Accounting*

In 2007, the Merger was accounted for under purchase accounting, whereby the purchase price of the transaction was allocated to our identifiable assets acquired and liabilities assumed based upon their fair values. The estimates of the fair values recorded were determined based on the principles in accounting standards related to the determination of fair value (see Note 16 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009) and reflect significant assumptions and judgments. Material valuation inputs for long–lived assets and liabilities included forward electricity and natural gas price curves and market heat rates,

B–72

EFIHMW00052521

EFIHMW00051935

**PX 030**
**Page 587 of 734**

**Table of Contents**

discount rates, nonperformance risk adjustments related to liabilities, retail customer attrition rates, generation plant operating and construction costs and asset lives. The valuations reflected considerations unique to the competitive wholesale power market in ERCOT as well as our assets. For example, the valuation of the baseload generation facilities considered our lignite fuel reserves and mining capabilities.

The results of the purchase price allocation included an increase in the total carrying value of our baseload generation plants and the recording of intangible assets related to the retail customer base, the TXU Energy trade name and emission credits. Further, commodity and other contracts not already subject to fair value accounting were valued, and amounts representing favorable or unfavorable contracts (versus market conditions as of the date of the Merger) were recorded as intangible assets or liabilities, respectively. Management believes all material intangible assets were identified. See Notes 2 and 3 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for details of the purchase price allocation and intangible assets recorded, respectively.

With respect to Oncor, the realization of its assets and settlement of its liabilities are largely subject to cost-based regulatory rate-setting processes. Accordingly, the historical carrying values of a majority of Oncor's assets and liabilities are deemed to represent fair values. See discussion in Note 25 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 regarding adjustments to the carrying values of Oncor's regulatory asset and related long-term debt.

The excess of the purchase price over the estimated fair values of the net assets acquired was recorded as goodwill. The goodwill amount recorded upon finalization of purchase accounting totaled $23.2 billion. Management believes the drivers of the goodwill amount included the incremental value of the future cash flow potential of the baseload generation facilities, including facilities under construction, over the values assigned to those assets under purchase accounting rules, considering the market-pricing mechanisms and growth potential in the ERCOT market, as well as the value derived from the scale of the retail business. Management also believes that the goodwill reflected the value of the relatively stable, long-lived cash flows of the regulated business, considering the constructive regulatory environment and market growth potential. In accordance with accounting guidance related to goodwill and other intangible assets, goodwill is not amortized to net income, but is required to be tested for impairment at least annually. This guidance requires that goodwill be assigned to "reporting units," which management has determined to be the Competitive Electric segment and the Regulated Delivery segment, which are almost entirely comprised of TCEH and Oncor, respectively. The assignment of goodwill was based on the relative estimated enterprise values of the operations as of the date of the Merger using discounted cash flow methodologies. Goodwill amounts assigned totaled $18.3 billion to the Competitive Electric segment and $4.9 billion to the Regulated Delivery segment. None of this goodwill balance is being deducted for tax purposes.

In the first quarter of 2009 and fourth quarter of 2008, we recorded goodwill impairment charges totaling $8.950 billion. The $90 million charge in the first quarter of 2009 resulted from the completion of the previously estimated fair value calculations supporting the initial $8.860 billion goodwill impairment charge that was recorded in the fourth quarter of 2008. See discussion immediately below under "Impairment of Assets."

*Impairment of Assets*

We evaluate long-lived assets (including intangible assets with finite lives) for impairment whenever indications of impairment exist, in accordance with accounting standards related to impairment or disposal of long-lived assets, whenever events or changes in circumstances indicate that their carrying amount may not be recoverable. One of those indications is a current expectation that "more likely than not" a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life (as was the case for the natural gas-fueled generation assets discussed below). For our baseload generation assets, another possible indication would be an expected long-term decline in natural gas prices and/or market heat rates. The determination of the existence of these and other indications of impairment involves judgments that are

B-73

EFIHMW00052522

EFIHMW00051935

**PX 030**
**Page 588 of 734**

**Table of Contents**

subjective in nature and may require the use of estimates in forecasting future results and cash flows related to an asset or group of assets. Further, the unique nature of our property, plant and equipment, which includes a fleet of generation assets with a diverse fuel mix and individual plants that have varying production or output rates, requires the use of significant judgments in determining the existence of impairment indications and the grouping of assets for impairment testing.

Goodwill and intangible assets with indefinite useful lives are required to be tested for impairment at least annually or whenever events or changes in circumstances indicate an impairment may exist, such as the possible impairments to long–lived assets discussed above. Effective with 2009 testing, we changed the annual test date for goodwill and intangible assets with indefinite useful lives from October 1 to December 1. Management determined the new annual goodwill test date is preferable because of efficiencies gained by aligning the test with our annual budget and five–year plan processes in the fourth quarter. The change in the annual test date did not delay, accelerate or avoid an impairment charge, and retrospective application of this change in accounting principle did not affect previously reported results. As required by accounting guidance related to goodwill and other intangible assets, we have allocated goodwill to our reporting units, which are our two segments: Competitive Electric and Regulated Delivery, and goodwill impairment testing is performed at the reporting unit level. Under this goodwill impairment analysis, if at the assessment date, a reporting unit's carrying value exceeds its estimated fair value (enterprise value), the estimated enterprise value of the reporting unit is compared to the estimated fair values of the reporting unit's operating assets (including identifiable intangible assets) and liabilities at the assessment date, and the resultant implied goodwill amount is then compared to the recorded goodwill amount. Any excess of the recorded goodwill amount over the implied goodwill amount is written off as an impairment charge.

The determination of enterprise value involves a number of assumptions and estimates. We use a combination of three fair value inputs to estimate enterprise values of our reporting units: internal discounted cash flow analyses (income approach), comparable company equity values and any recent pending and/or completed relevant transactions. The income approach involves estimates of future performance that reflect assumptions regarding, among other things, forward natural gas and electricity prices, market heat rates, generation plant performance and retail sales volume trends. Another key variable in the income approach is the discount rate, or weighted average cost of capital. The determination of the discount rate takes into consideration the capital structure, debt ratings and current debt yields of comparable companies as well as an estimate of return on equity that reflects historical market returns and current market volatility for the industry. Enterprise value estimates based on comparable company equity values involve using trading multiples of EBITDA of those selected companies to derive appropriate multiples to apply to the EBITDA of the reporting units. This approach requires an estimate, using historical acquisition data, of an appropriate control premium to apply to the reporting unit values calculated from such multiples. Critical judgments include the selection of comparable companies and the weighting of the three value inputs in developing the best estimate of enterprise value.

The 2009 annual impairment testing performed as of October 1, and December 1, 2009 for goodwill and intangible assets with indefinite useful lives in accordance with accounting guidance for a change in annual impairment testing dates resulted in no impairment (see discussion in Note 1 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 regarding change in the annual impairment test date from October 1 to December 1). The goodwill testing determined that the estimated fair value (enterprise value) of the Regulated Delivery segment exceeded its carrying value by approximately 10% resulting in no additional testing being required and no impairment for the segment. Key assumptions in the valuation of the regulated business include discount rates, growth of the rate base and return on equity allowed by the regulatory authority. Cash flows of the regulated business are relatively stable and more predictable than the competitive business. The Competitive Electric segment carrying value exceeded its estimated enterprise value (by less than 10%), so the estimated enterprise value of the segment was compared to the estimated fair values of its operating assets and liabilities. This additional testing indicated that the implied goodwill amount exceeded the recorded goodwill amount, and thus no goodwill impairment was recorded. The estimated enterprise value of the Competitive Electric segment reflects the impact of the decline in forward natural gas prices on wholesale

B–74

EFIHMW00052523

EFIHMW00051935

Table of Contents
electricity prices. Because lower wholesale electricity prices also result in lower fair values of our generation assets, calculated implied goodwill was sufficient to support the recorded goodwill amount. Key variables in the tests included forward natural gas prices, electricity prices, market heat rates and discount rates, assumptions regarding each of which could have a significant effect on valuations. Because of the volatility of these factors, we cannot predict the likelihood of any future impairment.

See Note 3 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for a discussion of the goodwill impairment charges of $8.860 billion and $90 million (not deductible for income tax purposes) recorded in the fourth quarter of 2008 and first quarter of 2009, respectively. The total $8.950 billion impairment charge represented approximately 39% of the goodwill balance resulting from purchase accounting for the Merger and reflected a decline of approximately 20% in the estimated value of EFH Corp. at year-end 2008 from the indicated value at the October 2007 Merger date. The impairment primarily arose from the dislocation in the capital markets that increased interest rate spreads and the resulting discount rates used in estimating fair values and the effect of declines in market values of debt and equity securities of comparable companies in the second half of 2008. Also see Note 3 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for discussion of the impairment charge of $481 million ($310 million after-tax) related to the trade name intangible asset also recorded in the fourth quarter of 2008. The estimated fair value of this intangible asset is based on an assumed royalty methodology.

In the fourth quarter of 2008, we recorded an impairment charge of $229 million ($147 million after-tax) related to our natural gas-fueled generation facilities. The natural gas-fueled generation units are generally operated to meet peak demands for electricity, and the facilities tested for impairment as an asset group. See Note 5 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for a discussion of the impairment. The estimated impairment was based on numerous judgments including forecasted production, forward prices of natural gas and electricity, overall generation availability in ERCOT and ERCOT grid congestion. See "Business—Significant Activities and Events" for discussion of natural gas-fueled units mothballed (idled) or retired in 2009 consistent with the factors that resulted in the impairment.

In 2007, we recorded a net charge totaling $757 million ($492 million after-tax) (substantially all of which was in the Predecessor period) in connection with the 2007 suspension and subsequent cancellation of the development of eight coal-fueled generation units. This decision and subsequent terminations of equipment orders required an evaluation and substantial judgments regarding the recoverability of recorded assets associated with the development program. In determining the net charges recorded, we applied accounting rules for impairment of long-lived assets under guidance related to impairment or disposal of long-lived assets and for exit activities under guidance related to accounting for costs associated with exit or disposal activities. See Note 4 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for additional discussion.

*Derivative Instruments and Mark-to-Market Accounting*

We enter into contracts for the purchase and sale of energy-related commodities, and also enter into other derivative instruments such as options, swaps, futures and forwards primarily to manage commodity price and interest rate risks. Under accounting standards related to derivative instruments and hedging activities, these instruments are subject to mark-to-market accounting, and the determination of market values for these instruments is based on numerous assumptions and estimation techniques.

Mark-to-market accounting recognizes changes in the fair value of derivative instruments in the financial statements as market prices change. Such changes in fair value are accounted for as unrealized mark-to-market gains and losses in net income with an offset to derivative assets and liabilities. The availability of quoted market prices in energy markets is dependent on the type of commodity (e.g., natural gas, electricity, etc.), time period specified and delivery point. In computing fair value for derivatives, each forward pricing curve is separated into liquid and illiquid periods. The liquid period varies by delivery point and commodity. Generally, the liquid

B-75

EFIHMW00052524

EFIHMW00051935

**PX 030
Page 590 of 734**

**Table of Contents**

period is supported by exchange markets, broker quotes and frequent trading activity. For illiquid periods, fair value is estimated based on forward price curves developed using modeling techniques that take into account available market information and other inputs that might not be readily observable in the market. We adopted new accounting standards related to the determination of fair value concurrent with the Merger and estimate fair value as described in Note 16 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 and discussed under "Fair Value Measurements" below.

Accounting standards related to derivative instruments and hedging activities allow for "normal" purchase or sale elections and hedge accounting designations, which generally eliminate or defer the requirement for mark-to-market recognition in net income and thus reduce the volatility of net income that can result from fluctuations in fair values. These elections and designations are intended to match the accounting recognition of the contract's financial performance to that of the transaction the contract is intended to hedge. "Normal" purchases and sales are contracts that provide for physical delivery of quantities expected to be used or sold over a reasonable period in the normal course of business and are not subject to mark-to-market accounting.

Under hedge accounting, changes in fair value of instruments designated as cash flow hedges are recorded in other comprehensive income with an offset to derivative assets and liabilities to the extent the change in value is effective; that is, it mirrors the offsetting change in fair value of the forecasted hedged transaction. Changes in value that represent ineffectiveness of the hedge are recognized in net income immediately, and the effective portion of changes in fair value initially recorded in other comprehensive income are recognized in net income in the period that the hedged transactions are recognized. Although as of December 31, 2009, we do not have any derivatives designated as cash flow or fair value hedges, we continually assess our hedge elections and could designate positions as cash flow hedges in the future. In March 2007, the instruments making up a significant portion of the long-term hedging program that were previously designated as cash flow hedges were dedesignated as allowed under accounting standards related to derivative instruments and hedging activities, and subsequent changes in their fair value are being marked-to-market in net income. In addition, in August 2008, interest rate swap transactions in effect at that time were dedesignated as cash flow hedges in accordance with accounting standards, and subsequent changes in their fair value are being marked-to-market in net income. See further discussion of the long-term hedging program and interest rate swap transactions above under "Business—Significant Activities and Events."

B-76

EFIHMW00052525

EFIHMW00051935

**PX 030**
**Page 591 of 734**

Table of Contents

The following tables provide the effects on both net income and other comprehensive income of mark–to–market accounting for those derivative instruments that we have determined to be subject to fair value measurement under accounting standards related to derivative instruments and hedging activities.

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Amounts recognized in net income (after–tax): | | | | |
| Unrealized net gains (losses) on positions marked–to–market in net income (a) | $ 1,573 | $ 518 | $ (955) | $ (492) |
| Unrealized net (gains) losses representing reversals of previously recognized fair values of positions settled in the period (a) | (333) | 25 | (56) | (36) |
| Unrealized ineffectiveness net gains (losses) on positions accounted for as cash flow hedges | — | (3) | $ — | 74 |
| Reversals of previously recognized unrealized net (gains) losses related to cash flow hedge positions settled in the period | 1 | — | — | (15) |
| Total | $ 1,241 | $ 540 | $ (1,011) | $ (469) |
| Amounts recognized in other comprehensive income (after–tax): | | | | |
| Net losses in fair value of positions accounted for as cash flow hedges | $ (20) | $ (183) | $ (177) | $ (288) |
| Net (gains) losses on cash flow hedge positions recognized in net income to offset hedged transactions | 130 | 122 | — | (89) |
| Total | $ 110 | $ (61) | $ (177) | $ (377) |

(a)    Amounts for 2009 and 2008 include $788 million and $1.503 billion in net after–tax gains related to commodity positions, respectively, and $452 million in net after–tax gains and $960 million in net after–tax losses related to interest rate swaps, respectively. Prior period amounts are essentially all related to commodity positions.

The effect of mark–to–market and hedge accounting for derivatives on the balance sheet is as follows:

| | Successor | |
|---|---|---|
| | December 31, 2009 | December 31, 2008 |
| Net commodity contract asset (a) | $ 1,714 | $ 466 |
| Net derivative liability related to interest rate hedges | (1,242) | (1,944) |
| Net accumulated other comprehensive loss included in shareholders' equity (amounts after tax) | $ (128) | $ (238) |

(a)    2009 amount includes $4 million in net derivative liabilities and 2008 amount includes $7 million in net derivative assets related to cash flow hedge positions not marked–to–market in net income.

B–77

EFIHMW00052526

EFIHMW00051935

PX 030
Page 592 of 734

Table of Contents
*Fair Value Measurements*

In addition to purchase accounting, we apply fair value accounting on a recurring basis to certain assets and financial instruments under the fair value hierarchy established in accounting standards related to the determination of fair value. We utilize several valuation techniques to measure the fair value of assets and liabilities, relying primarily on the market approach of using prices and other market information for identical and/or comparable assets and liabilities for those items that are measured on a recurring basis. These techniques include, but are not limited to, the use of broker quotes and statistical relationships between different price curves and are intended to maximize the use of observable inputs and minimize the use of unobservable inputs. In applying the market approach, we use a mid−market valuation convention (the mid−point between bid and ask prices) as a practical expedient.

Level 1 and Level 2 assets and liabilities consist primarily of commodity−related contracts for natural gas and electricity derivative instruments entered into for hedging purposes, securities associated with the nuclear decommissioning trust, and interest rate swaps intended to fix and/or lower interest payments on long−term debt. Level 1 valuations use quoted prices in active markets for identical assets or liabilities that are accessible at the measurement date. Level 2 valuations are based on evaluated prices that reflect observable market information, such as actual trade information of similar securities, adjusted for observable differences. Level 2 inputs include:

- quoted prices for similar assets or liabilities in active markets;

- quoted prices for identical or similar assets or liabilities in markets that are not active;

- inputs other than quoted prices that are observable for the asset or liability such as interest rates and yield curves observable at commonly quoted intervals, and

- inputs that are derived principally from or corroborated by observable market data by correlation or other means.

Examples of Level 2 valuation inputs utilized include over−the−counter broker quotes and quoted prices for similar assets or liabilities that are corroborated by correlation or through statistical relationships between different price curves. For example, certain physical power derivatives are executed for a particular location at specific time periods that might not have active markets; however, an active market might exist for such derivatives for a different time period at the same location. We utilize correlation techniques to compare prices for inputs at both time periods to provide a basis to value the non−active derivative. (See Note 16 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for additional discussion of how broker quotes are utilized.)

Level 3 assets and liabilities consist primarily of more complex long−term power purchases and sales agreements, including longer−term wind and other power purchase and sales contracts and certain natural gas positions (collars) in the long−term hedging program. Level 3 assets and liabilities are valued using significant unobservable inputs that are supported by little or no market activity and that are significant to the fair value of the assets and liabilities. We use the most meaningful information available from the market, combined with our own internally developed valuation methodologies, to develop our best estimate of fair value. The determination of fair value for Level 3 assets and liabilities requires significant management judgment and estimation.

Valuations of Level 3 assets and liabilities are sensitive to the assumptions used for the significant inputs. Where market data is available, the inputs used for valuation reflect that information as of our valuation date. In periods of extreme volatility, lessened liquidity or in illiquid markets, there may be more variability in market pricing or a lack of market data to use in the valuation process. An illiquid market is one in which little or no observable activity has occurred or one that lacks willing buyers. Valuation risk is mitigated through the performance of stress testing of the significant inputs to understand the impact that varying assumptions may have on the valuation and other review processes performed to ensure appropriate valuation.

B−78

EFIHMW00052527

EFIHMW00051935

**PX 030**
**Page 593 of 734**

Table of Contents

As part of our valuation of assets subject to fair value accounting, counterparty credit risk is taken into consideration by measuring the extent of netting arrangements in place with the counterparty along with credit enhancements and the estimated credit rating of the counterparty. Our valuation of liabilities subject to fair value accounting takes into consideration the market's view of our credit risk along with the existence of netting arrangements in place with the counterparty and credit enhancements posted by us. We consider the credit risk adjustment to be a Level 3 input since judgment is used to assign credit ratings, recovery rate factors and default rate factors.

Level 3 assets totaled $350 million and $283 million at December 31, 2009 and 2008, respectively, and represented approximately 8% and 7%, respectively, of the assets measured at fair value, or less than 1% of total assets. Level 3 liabilities totaled $269 million and $355 million at December 31, 2009 and 2008, respectively, and represented approximately 8% and 7%, respectively, of the liabilities measured at fair value, or less than 1% of total liabilities.

Valuations of several of our Level 3 assets and liabilities are based on long-dated price curves for electricity that are developed internally. Additionally, Level 3 assets and liabilities are sensitive to changes in discount rates, option-pricing model inputs such as volatility factors and credit risk adjustments. As of December 31, 2009, a $5.00 per MWh change in electricity price assumptions across unobservable inputs, primarily related to the outer years in our long-dated pricing model (years that are not market observable) would cause an approximate $72 million change in net Level 3 assets. A 10% change in diesel fuel price assumptions across unobservable inputs would cause an approximate $11 million change in net Level 3 assets. In addition, we have derivative contracts that are valued based on option-pricing models with unobservable inputs. A 10% increase in volatility and correlation related to these contracts would cause an approximate $5 million change in net Level 3 assets. See Note 16 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for additional information about fair value measurements, including a table presenting the changes in Level 3 assets and liabilities for the twelve months ended December 31, 2009.

*Revenue Recognition*

Our revenue includes an estimate for unbilled revenue that represents estimated daily kWh consumption after the meter read date to the end of the period multiplied by the applicable billing rates. Estimated daily kWh usage is derived using historical kWh usage information adjusted for weather and other measurable factors affecting consumption. Calculations of unbilled revenues during certain interim periods are generally subject to more estimation variability because of seasonal changes in demand. Accrued unbilled revenues totaled $546 million, $505 million and $477 million at December 31, 2009, 2008 and 2007, respectively.

*Accounting for Contingencies*

Our financial results may be affected by judgments and estimates related to loss contingencies. A significant contingency that we account for is the loss associated with uncollectible trade accounts receivable. The determination of such bad debt expense is based on factors such as historical write-off experience, aging of accounts receivable balances, changes in operating practices, regulatory rulings, general economic conditions, effects of hurricanes and other natural disasters and customers' behaviors. Changes in customer count and mix due to competitive activity and seasonal variations in amounts billed add to the complexity of the estimation process. Historical results alone are not always indicative of future results, causing management to consider potential changes in customer behavior and make judgments about the collectability of accounts receivable. Bad debt expense totaled $113 million, $81 million, $13 million and $46 million for the years ended December 31, 2009 and 2008, the period from October 11, 2007 to December 31, 2007 and the period from January 1, 2007 to October 10, 2007, respectively. The increase in bad debt in 2009 reflected higher delinquencies due to delays in final bills and disconnects resulting from a customer billing and information management system conversion, customer losses and general economic conditions. Amounts in 2008 reflected competitive customer acquisitions in south Texas and the effects of Hurricane Ike. See Note 10 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 regarding a reserve recorded in 2008 for amounts due from subsidiaries of Lehman.

B-79

EFIHMW00052528

EFIHMW00051935

**Table of Contents**

Litigation contingencies also may require significant judgment in estimating amounts to accrue. We accrue liabilities for litigation contingencies when such liabilities are considered probable of occurring and the amount is reasonably estimable. No significant amounts have been accrued for such contingencies during the three–year period ended December 31, 2009. See "Legal Proceedings" elsewhere herein for discussion of major litigation.

*Accounting for Income Taxes*

Our income tax expense and related balance sheet amounts involve significant management estimates and judgments. Amounts of deferred income tax assets and liabilities, as well as current and noncurrent accruals, involve judgments and estimates of the timing and probability of recognition of income and deductions by taxing authorities. In assessing the likelihood of realization of deferred tax assets, management considers estimates of the amount and character of future taxable income. Actual income taxes could vary from estimated amounts due to the future impacts of various items, including changes in income tax laws, our forecasted financial condition and results of operations in future periods, as well as final review of filed tax returns by taxing authorities. Our income tax returns are regularly subject to examination by applicable tax authorities. In management's opinion, the liability recorded pursuant to income tax accounting guidance related to uncertain tax positions reflects future taxes that may be owed as a result of any examination.

As discussed in Note 8 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009, in January 2007 we adopted new accounting standards that provide interpretive guidance for accounting for uncertain tax positions. See Notes 1 and 9 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for discussion of income tax matters.

*Depreciation and Amortization*

Depreciation expense related to generation facilities is based on the estimates of fair value and economic useful lives as determined in the application of purchase accounting described above. The accuracy of these estimates directly affects the amount of depreciation expense. If future events indicate that the estimated lives are no longer appropriate, depreciation expense will be recalculated prospectively from the date of such determination based on the new estimates of useful lives.

The estimated remaining lives range from 23 to 60 years for the lignite/coal– and nuclear–fueled generation units. See Note 1 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 under "Property, Plant and Equipment" for discussion of the change from composite to asset–by–asset depreciation effective with the Merger.

As a result of cost–based regulatory rate–setting processes, the book value of the majority of Oncor's assets and liabilities effectively represent fair value, and no adjustments to those regulated assets or liabilities were recorded as part of purchase accounting for the Merger. Depreciation expense for such assets totaled $394 million, $330 million and $298 million in 2009, 2008 and 2007, or 3.1% of carrying value in 2009 and 2.8% in 2008 and 2007.

Finite–lived intangibles identified as a result of purchase accounting are amortized over their estimated useful lives based on the expected realization of economic effects. See Note 3 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for additional information.

*Regulatory Assets*

The financial statements at December 31, 2009 and 2008, reflect total regulatory assets of $2.170 billion and $2.071 billion, respectively. These amounts include $759 million and $865 million, respectively, of generation–related regulatory assets recoverable by securitization (transition) bonds as discussed immediately below. Rate

EFIHMW00052529

EFIHMW00051935

**Table of Contents**

regulation is premised on the full recovery of prudently incurred costs and a reasonable rate of return on invested capital. The assumptions and judgments used by regulatory authorities continue to have an impact on the recovery of costs, the rate earned on invested capital and the timing and amount of assets to be recovered by rates. (See "Oncor's Regulatory Assets and Liabilities" in Note 25 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009.)

Generation-related regulatory asset stranded costs arising prior to the 1999 Restructuring Legislation became subject to recovery through issuance of $1.3 billion principal amount of transition bonds in accordance with a regulatory financing order. The carrying value of the regulatory asset upon final issuance of the bonds in 2004 represented the projected future cash flows to be recovered from REPs by Oncor through revenues as a transition charge to service the principal and fixed rate interest on the bonds. The regulatory asset is being amortized to expense in an amount equal to the transition charge revenues being recognized. As discussed in Note 2 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009, the regulatory asset and related transition bonds were adjusted to fair value on the date of the Merger in accordance with purchase accounting rules.

Other regulatory assets that we believe are probable of recovery, but are subject to review and possible disallowance, totaled $148 million at December 31, 2009. These amounts consist primarily of storm-related service recovery costs and employee retirement costs.

In August 2009, the PUCT issued a final order in Oncor's first rate review in more than seven years. As discussed in Note 25 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009, the order resulted in a write off of regulatory assets of $25 million.

*Defined Benefit Pension Plans and OPEB Plans*

We provide pension benefits based on either a traditional defined benefit formula or a cash balance formula and also provide certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees from our company. Reported costs of providing noncontributory defined pension benefits and OPEB are dependent upon numerous factors, assumptions and estimates.

PURA provides for the recovery by Oncor of pension and OPEB costs for all applicable former employees of the regulated predecessor integrated electric utility. These costs are associated with Oncor's active and retired employees, as well as active and retired personnel engaged in other EFH Corp. activities related to their service prior to the deregulation and disaggregation of our business effective January 1, 2002. Oncor is authorized to establish a regulatory asset or liability for the difference between the amounts of pension and OPEB costs reflected in Oncor's approved (by the PUCT) billing rates and the actual amounts that would otherwise have been recorded as charges or credits to earnings. Accordingly, Oncor defers (principally as a regulatory asset or property) additional pension and OPEB costs consistent with PURA. Amounts deferred are ultimately subject to regulatory approval.

Benefit costs are impacted by actual employee demographics (including but not limited to age, compensation levels and years of accredited service), the level of contributions made to retiree plans, expected and actual earnings on plan assets and the discount rates used in determining the projected benefit obligation. Changes made to the provisions of the plans may also impact current and future benefit costs. Fluctuations in actual equity market returns as well as changes in general interest rates may result in increased or decreased benefit costs in future periods.

B-81

EFIHMW00052530

EFIHMW00051935

Table of Contents

In accordance with accounting rules, changes in benefit obligations associated with these factors may not be immediately recognized as costs in the income statement, but are recognized in future years over the remaining average service period of plan participants. As such, significant portions of benefit costs recorded in any period may not reflect the actual level of cash benefits provided to plan participants. Pension and OPEB costs as determined under applicable accounting rules are summarized in the following table:

|  | Successor | | | Predecessor |
|---|---|---|---|---|
|  | Year Ended December 31, | | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
|  | 2009 | 2008 | | |
| Pension costs | $ 44 | $ 21 | $ (1) | $ 34 |
| OPEB costs | 70 | 58 | 11 | 49 |
| Total benefit costs | $ 114 | $ 79 | $ 10 | $ 83 |
| Less amounts deferred principally as a regulatory asset or property | (66) | (42) | (8) | (43) |
| Net amounts recognized as expense | $ 48 | $ 37 | $ 2 | $ 40 |
| Discount rate (a) | 6.90% | 6.55% | 6.45% | 5.90% |

_____
(a)    Discount rate for OPEB was 6.85% in 2009.

See Note 21 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 regarding other disclosures related to pension and OPEB obligations.

Sensitivity of these costs to changes in key assumptions is as follows:

| Assumption | Increase/(decrease) in 2009 Pension and OPEB Costs |
|---|---|
| Discount rate—1% increase | $ (36) |
| Discount rate—1% decrease | $ 44 |
| Expected return on assets—1% increase | $ (22) |
| Expected return on assets—1% decrease | $ 22 |

**PRESENTATION AND ANALYSIS OF RESULTS**

The accompanying statements of consolidated income and cash flows for 2007 are presented for two periods: January 1, 2007 through October 10, 2007 (Predecessor) and October 11, 2007 through December 31, 2007 (Successor), which relate to the period before the Merger and the period after the Merger, respectively. Management's discussion and analysis of results of operations and cash flows has been prepared by comparing the results of operations and cash flows of the Successor for the year ended December 31, 2009 to those of the Successor for the year ended December 31, 2008, by comparing the results of operations and cash flows of the Successor for the three months ended December 31, 2008 to those of the Successor for the period October 11, 2007 through December 31, 2007 and by comparing the results of operations and cash flows of the Successor for the nine months ended September 30, 2008 to those of the Predecessor for the period January 1, 2007 through October 10, 2007. To facilitate the discussion, certain volumetric and statistical data for 2008 have been presented as of and for the nine months ended September 30, 2008 compared to the nine months ended September 30, 2007 and as of and for the three months ended December 31, 2008 compared to the three months ended December 31, 2007. Such volumetric and statistical data are measured and reported on a monthly, quarterly and annual basis.

B–82

EFIHMW00052531

EFIHMW00051935

Table of Contents
RESULTS OF OPERATIONS
*Consolidated Financial Results*

| | Successor | | | | | Predecessor |
|---|---|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Three Months Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Nine Months Ended September 30, 2008 | Period from January 1, 2007 through October 10, 2007 |
| Operating revenues | $ 9,546 | $ 11,364 | $ 2,364 | $ 1,994 | $ 9,001 | $ 8,044 |
| Fuel, purchased power costs and delivery fees | (2,878) | (4,595) | (728) | (644) | (3,867) | (2,381) |
| Net gain (loss) from commodity hedging and trading activities | 1,736 | 2,184 | 2,432 | (1,492) | (248) | (554) |
| Operating costs | (1,598) | (1,503) | (383) | (306) | (1,120) | (1,107) |
| Depreciation and amortization | (1,754) | (1,610) | (393) | (415) | (1,217) | (634) |
| Selling, general and administrative expenses | (1,068) | (957) | (245) | (216) | (712) | (691) |
| Franchise and revenue-based taxes | (359) | (363) | (104) | (93) | (259) | (282) |
| Impairment of goodwill | (90) | (8,860) | (8,860) | — | — | 69 |
| Other income | 204 | 80 | 37 | 14 | 43 | 69 |
| Other deductions | (97) | (1,301) | (718) | (61) | (583) | (841) |
| Interest income | 45 | 27 | 5 | 24 | 22 | 56 |
| Interest expense and related charges | (2,912) | (4,935) | (2,431) | (839) | (2,505) | (671) |
| Income (loss) from continuing operations before income taxes | 775 | (10,469) | (9,024) | (2,034) | (1,445) | 1,008 |
| Income tax (expense) benefit | (367) | 471 | 9 | 673 | 462 | (309) |
| Income (loss) from continuing operations | 408 | (9,998) | (9,015) | (1,361) | (983) | 699 |
| Income from discontinued operations, net of tax effect | — | — | — | 1 | — | 24 |
| Net income (loss) | 408 | (9,998) | (9,015) | (1,360) | (983) | 723 |
| Net (income) loss attributable to noncontrolling interests | (64) | — | — | — | — | — |
| Net income (loss) attributable to EFH Corp. | $ 344 | $ (9,838) | $ (8,855) | $ (1,360) | $ (983) | $ 723 |

*Consolidated Financial Results—Year Ended December 31, 2009 Compared to Year Ended December 31, 2008*

Reference is made to comparisons of results by business segment following the discussion of consolidated results. The business segment comparisons provide additional detail and quantification of items affecting financial results.

Operating revenues decreased $1.818 billion, or 16%, to $9.546 billion in 2009.

- Operating revenues in the Competitive Electric segment decreased $1.876 billion, or 19%, to $7.911 billion.

B–83

EFIHMW00052532

EFIHMW00051935

Table of Contents

- Operating revenues in the Regulated Delivery segment increased $110 million, or 4%, to $2.690 billion.

- Net intercompany sales eliminations increased $52 million, reflecting Oncor's higher distribution revenues from REP subsidiaries of TCEH.

Fuel, purchased power costs and delivery fees decreased $1.717 billion, or 37%, to $2.878 billion in 2009, driven by lower purchased power costs. See discussion below in the analysis of Competitive Electric segment results of operations.

Net gains from commodity hedging and trading activities totaled $1.736 billion in 2009 and $2.184 billion in 2008. Results in 2009 and 2008 included unrealized mark−to−market net gains totaling $1.277 billion and $2.281 billion, respectively, driven by the effect of lower forward market prices of natural gas on the value of positions in the long−term hedging program. See discussion below in the analysis of Competitive Electric segment results of operations.

Operating costs increased $95 million, or 6%, to $1.598 billion in 2009.

- Operating costs in the Competitive Electric segment increased $16 million, or 2%, to $693 million.

- Operating costs in the Regulated Delivery segment increased $80 million, or 10%, to $908 million.

Depreciation and amortization increased $144 million, or 9%, to $1.754 billion in 2009.

- Depreciation and amortization in the Competitive Electric segment increased $80 million, or 7%, to $1.172 billion.

- Depreciation and amortization in the Regulated Delivery segment increased $65 million, or 13%, to $557 million.

SG&A increased $111 million, or 12%, to $1.068 billion in 2009.

- SG&A expenses in the Competitive Electric segment increased $59 million, or 9%, to $741 million.

- SG&A expenses in the Regulated Delivery segment increased $30 million, or 18%, to $194 million.

- Corporate and Other SG&A expenses increased $22 million, or 20%, to $133 million driven by higher transition costs associated with outsourced support services.

See Note 3 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for discussion of the $90 million and $8.860 billion impairments of goodwill in 2009 and 2008, respectively.

Other income totaled $204 million in 2009 and $80 million in 2008, including $39 million and $44 million, respectively, in accretion of the fair value adjustment to certain regulatory assets due to purchase accounting. The 2009 amount also included an $87 million debt extinguishment gain (see discussion of debt exchanges in Note 12 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009), $23 million of income arising from the reversal of a use tax accrual recorded in purchase accounting related to periods prior to the Merger, which was triggered by a state ruling in the third quarter of 2009, and $21 million of income arising from the reversal of exit liabilities recorded in purchase accounting due to sooner than expected transition of outsourcing services (see Notes 2 and 20 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009). The 2008 amount also included a $21 million net insurance recovery for damage to certain mining equipment.

Other deductions totaled $97 million in 2009 and $1.301 billion in 2008. The 2009 amount included an impairment charge of $34 million related to land expected to be sold within the next 12 months and a $25 million

B−84

EFIHMW00052533

EFIHMW00051935

**PX 030**
**Page 599 of 734**

**Table of Contents**
write off of regulatory assets as discussed in Note 25 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 under "Oncor's Regulatory Assets and Liabilities." The 2008 amount included impairment charges of $501 million related to NOx and SO2 environmental allowances intangible assets and $481 million related to trade name intangible assets, both discussed in Note 3 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009, $229 million in impairment charges related to the natural gas–fueled generation facilities and $26 million in charges to reserve for net receivables (excluding termination related costs) from terminated hedging transactions with subsidiaries of Lehman Brothers Holdings Inc., which filed for bankruptcy under Chapter 11 of the US Bankruptcy Code. See Note 10 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for details of other income and deductions.

Interest income increased $18 million, or 67%, to $45 million driven by interest on $465 million in collateral under a funding arrangement described in Note 18 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009.

Interest expense and related charges decreased $2.023 billion to $2.912 billion in 2009 reflecting a $696 million unrealized mark–to–market net gain related to interest rate swaps in 2009 as compared to a $1.477 billion net loss in 2008, which was partially offset by $118 million in increased noncash amortization of losses on interest rate swaps dedesignated as cash flow hedges and a $34 million decrease in capitalized interest. See Note 25 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009.

Income tax expense totaled $367 million in 2009 compared to an income tax benefit of $471 million in 2008. The effective rate on income in 2009 was 47.4%, and the effective rate on a loss in 2008 was 4.5%. The increase in the rate reflects the impacts of nondeductible goodwill impairments of $90 million in 2009 and $8.860 billion in 2008, which increased the effective rate by 5.0 percentage points in 2009 and decreased the effective rate by 24.8 percentage points in 2008. The increase also reflects the effect of interest accrued for uncertain tax positions, which increased the rate on income in 2009 and decreased the rate on a loss in 2008.

Reflecting the goodwill and other impairment charges recorded in 2008, after tax–results improved $10.406 billion to $408 million in net income in 2009.

- After–tax results in the Competitive Electric segment improved $9.560 billion to $631 million in net income in 2009.

- After–tax results in the Regulated Delivery segment improved $806 million to $320 million in net income in 2009.

- Corporate and Other net expenses totaled $543 million in 2009 and $583 million in 2008. The amounts in 2009 and 2008 include recurring interest expense on outstanding debt and notes payable to subsidiaries, as well as corporate general and administrative expenses. The after–tax decrease of $40 million reflected the debt extinguishment gain of $57 million and $16 million in interest income related to the collateral discussed above, partially offset by a $20 million goodwill impairment charge and the $14 million increase in SG&A expense as discussed above.

*Consolidated Financial Results—Three Months Ended December 31, 2008 Compared to Successor Period From October 11, 2007 Through December 31, 2007*

Reference is made to comparisons of results by business segment following the discussion of consolidated results. The business segment comparisons provide additional detail and quantification of items affecting financial results.

Operating revenues increased $370 million, or 19%, to $2.364 billion in 2008.

- Operating revenues in the Competitive Electric segment increased $308 million, or 18%, to $1.979 billion.

B–85

EFIHMW00052534

EFIHMW00051935

**PX 030**
**Page 600 of 734**

Table of Contents

- Operating revenues in the Regulated Delivery segment increased $80 million, or 15%, to $612 million.
- Net intercompany sales eliminations increased $18 million, reflecting Oncor's higher distribution revenues from REP subsidiaries of TCEH.

Fuel, purchased power costs and delivery fees increased $84 million, or 13%, to $728 million in 2008. See discussion below in the analysis of Competitive Electric segment results of operations.

Net gain (loss) from commodity hedging and trading activities totaled $2.432 billion in net gains in 2008 compared to $1.492 billion in net losses in 2007. Results in 2008 included $2.586 billion in unrealized mark–to–market net gains, and results in 2007 included $1.556 billion in unrealized mark–to–market net losses driven by the effect of changes in forward market prices of natural gas on the value of positions in the long–term hedging program. See discussion below in the analysis of Competitive Electric segment results of operations.

Operating costs increased $77 million, or 25%, to $383 million in 2008.

- Operating costs in the Competitive Electric segment increased $53 million, or 43%, to $177 million.
- Operating costs in the Regulated Delivery segment increased $26 million, or 14%, to $208 million.

Depreciation and amortization decreased $22 million, or 5%, to $393 million in 2008.

- Depreciation and amortization in the Competitive Electric segment decreased $50 million, or 16%, to $265 million.
- Depreciation and amortization in the Regulated Delivery segment increased $26 million, or 27%, to $122 million.

SG&A expenses increased $29 million, or 13%, to $245 million in 2008.

- SG&A expenses in the Competitive Electric segment increased $29 million, or 19%, to $183 million.
- SG&A expenses in the Regulated Delivery segment decreased $7 million, or 16%, to $38 million.
- Corporate and Other SG&A expenses increased $7 million, or 41%, to $24 million due primarily to incentive compensation and benefits expenses.

See Note 3 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for discussion of the $8.860 billion goodwill impairment charge recorded in the fourth quarter of 2008.

Other income totaled $37 million in 2008 and $14 million in 2007, including $11 million and $10 million, respectively, in accretion of the fair value adjustment to certain regulatory assets due to purchase accounting. The 2008 amount also included a $21 million net insurance recovery for damage to certain mining equipment. Other deductions totaled $718 million in 2008 and $61 million in 2007. The 2008 amount included impairment charges of $481 million related to trade name intangible assets and $229 million related to the natural gas–fueled generation fleet. The 2007 amount included $51 million of professional fees incurred related to the Merger. See Note 10 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for details of other income and deductions.

Interest expense and related charges increased $1.592 billion to $2.431 billion in 2008. The increase in interest expense and related charges was partially due to $27 million in expense and charges attributable to the ten fewer days in the 2007 period. The increase reflects increased rates, which includes an unrealized mark–to–market net loss on interest rate swaps of $1.512 billion, and higher average borrowings, partially offset by increased capitalized interest.

**Table of Contents**

Income tax benefit totaled $9 million in 2008 compared to $673 million in 2007. The effective rate on a loss in 2008 was 5.5%, excluding the impact of the $8.860 billion goodwill impairment charge (this nondeductible charge distorts the comparison; therefore, it has been excluded for purposes of a more meaningful discussion), and the effective rate on a loss in 2007 was 33.1%. The decrease in the rate was driven by an increase in interest accrued for uncertain tax positions.

Reflecting the goodwill impairment charge in 2008, after–tax results declined $7.655 billion to a loss of $9.015 billion in 2008.

- After–tax results in the Competitive Electric segment declined $6.822 billion to a loss of $8.067 billion in 2008.
- After–tax results in the Regulated Delivery segment declined $858 million to a loss of $795 million in 2008.
- Corporate and Other net expenses totaled $153 million in 2008 and $178 million in 2007. The amounts in 2008 and 2007 include recurring interest expense on outstanding debt and notes payable to subsidiaries, as well as corporate general and administrative expenses. The decrease of $25 million was driven by financial advisory, legal and other professional fees in 2007 directly related to the Merger.

***Consolidated Financial Results—Nine Months Ended September 30, 2008 Compared to Predecessor Period From January 1, 2007 Through October 10, 2007***

Reference is made to comparisons of results by business segment following the discussion of consolidated results. The business segment comparisons provide additional detail and quantification of items affecting financial results.

Operating revenues increased $957 million, or 12%, to $9.001 billion in 2008.

- Operating revenues in the Competitive Electric segment increased $925 million, or 13%, to $7.809 billion.
- Operating revenues in the Regulated Delivery segment decreased $18 million, or less than 1%, to $1.969 billion.
- Net intercompany sales eliminations decreased $50 million, reflecting lower sales by Oncor to REP subsidiaries of TCEH.

Fuel, purchased power costs and delivery fees increased $1.486 billion, or 62%, to $3.867 billion in 2008. See discussion below in the analysis of Competitive Electric segment results of operations.

Net gain (loss) from commodity hedging and trading activities totaled $248 million in net losses in 2008 compared to $554 million in net losses in 2007. Results in 2008 included unrealized mark–to–market net losses totaling $305 million driven by the effect of higher forward market prices of natural gas on the value of hedge positions. See discussion below in the analysis of Competitive Electric segment results of operations.

Operating costs increased $13 million, or 1%, to $1.120 billion in 2008.

- Operating costs in the Competitive Electric segment increased $29 million, or 6%, to $500 million.
- Operating costs in the Regulated Delivery segment decreased $17 million, or 3%, to $620 million.

Depreciation and amortization increased $583 million, or 92%, to $1.217 billion in 2008.

- Depreciation and amortization in the Competitive Electric segment increased $574 million to $827 million.
- Depreciation and amortization in the Regulated Delivery segment increased $4 million, or 1%, to $370 million.

B–87

EFIHMW00052536

EFIHMW00051935

**PX 030**
**Page 602 of 734**

Table of Contents

SG&A expenses increased $21 million, or 3%, to $712 million in 2008.

- SG&A expenses in the Competitive Electric segment increased $10 million, or 2%, to $499 million.

- SG&A expenses in the Regulated Delivery segment decreased $13 million, or 9%, to $126 million.

- Corporate and Other SG&A expenses increased $24 million, or 38%, to $87 million due primarily to Sponsor management fees of $26 million.

Other income totaled $43 million in 2008 and $69 million in 2007. The 2008 amount included $33 million in accretion of the fair value adjustment to certain regulatory assets due to purchase accounting. The 2007 amount included $36 million of amortization of a deferred gain on sale of a business that was eliminated in purchase accounting. Other deductions totaled $583 million in 2008 and $841 million in 2007. The 2008 amount included impairment charges of $501 million related to NOx and SO2 environmental allowances intangible assets and $26 million in charges to reserve for net receivables (excluding termination related costs) from terminated hedging transactions with subsidiaries of Lehman Brothers Holdings Inc., which filed for bankruptcy under Chapter 11 of the US Bankruptcy Code. The 2007 amount included net charges of $755 million related to the cancelled development of eight coal–fueled generation units (see Note 4 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009). See Note 10 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for details of other income and deductions.

Interest expense and related charges increased $1.834 billion to $2.505 billion in 2008 reflecting $1.397 billion due to higher average borrowings, driven by the Merger–related financings, and $614 million in higher average interest rates, including $54 million of amortization of debt fair value discount resulting from purchase accounting and a $36 million unrealized mark–to–market net gain related to interest rate swaps, partially offset by $150 million in increased capitalized interest. The increase was also net of $27 million in additional interest in the 2007 period attributable to the ten additional days in the period. See Note 25 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009.

Income tax benefit totaled $462 million in 2008 compared to income tax expense of $309 million in 2007. The 2007 amount includes a deferred tax benefit of $70 million related to an amendment of the Texas margin tax by the Texas legislature. Excluding the effect of this 2007 item, the effective income tax rates were 32.0% on a loss in 2008 compared to 37.6% on income in 2007. (The deferred tax benefit in 2007 distorts the comparison; therefore, it has been excluded for purposes of a more meaningful discussion.) The decrease in the effective tax rate is driven by the effect of interest accrued for uncertain tax positions.

After–tax results declined $1.706 billion to a loss of $983 million in 2008.

- After–tax results in the Competitive Electric segment declined $1.584 billion to a loss of $862 million in 2008.

- Net income in the Regulated Delivery segment increased $44 million to $309 million in 2008.

- Corporate and Other net expenses totaled $430 million in 2008 and $288 million in 2007. The amounts in 2008 and 2007 include recurring interest expense on outstanding debt and notes payable to subsidiaries, as well as corporate general and administrative expenses. The increase of $142 million reflected:

  - a $115 million increase in net interest expense, driven by issuance of Merger–related debt;

  - $23 million in lower other income reflecting the absence, due to purchase accounting, of amortization of a gain on the sale of a business;

  - a $38 million deferred tax benefit in 2007 related to the Texas margin tax, and

  - a $15 million increase in SG&A expense as discussed above.

B–88

EFIHMW00052537

EFIHMW00051935

PX 030
Page 603 of 734

Table of Contents
partially offset by:

- the write-off in 2007 of $25 million in previously deferred costs related to anticipated strategic transactions (including expected financings) that were no longer expected to be completed as a result of the Merger, and

- $25 million in financial advisory, legal and other professional fees in 2007 related to the Merger.

*Competitive Electric Segment*

The following tables present financial operating results of the Competitive Electric segment for the Successor periods of the years ended December 31, 2009 and 2008, the three months ended December 31, 2008, the period from October 11, 2007 through December 31, 2007 and the nine months ended September 30, 2008, and for the Predecessor period from January 1, 2007 through October 10, 2007. Volumetric and other statistical data have been presented as of and for the Successor periods of the years ended December 31, 2009 and 2008, the three months ended December 31, 2008, and for the Predecessor period for the nine months ended September 30, 2007.

*Financial Results*

| | Successor | | | | | Predecessor |
|---|---|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Three Months Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Nine Months Ended September 30, 2008 | Period from January 1, 2007 through October 10, 2007 |
| Operating revenues | $ 7,911 | $ 9,787 | $ 1,979 | $ 1,671 | $ 7,809 | $ 6,884 |
| Fuel, purchased power costs and delivery fees | (3,934) | (5,600) | (954) | (852) | (4,646) | (3,209) |
| Net gain (loss) from commodity hedging and trading activities | 1,736 | 2,184 | 2,432 | (1,492) | (248) | (554) |
| Operating costs | (693) | (677) | (177) | (124) | (500) | (471) |
| Depreciation and amortization | (1,172) | (1,092) | (265) | (315) | (827) | (253) |
| Selling, general and administrative expenses | (741) | (682) | (183) | (154) | (499) | (489) |
| Franchise and revenue-based taxes | (108) | (110) | (36) | (30) | (74) | (81) |
| Impairment of goodwill | (70) | (8,000) | (8,000) | — | — | — |
| Other income | 59 | 34 | 26 | 2 | 8 | 22 |
| Other deductions | (68) | (1,274) | (715) | (8) | (559) | (735) |
| Interest income | 64 | 61 | 15 | 10 | 46 | 271 |
| Interest expense and related charges | (1,946) | (4,010) | (2,187) | (609) | (1,824) | (357) |
| Income (loss) before income taxes | 1,038 | (9,379) | (8,065) | (1,901) | (1,314) | 1,028 |
| Income tax (expense) benefit | (407) | 450 | (2) | 656 | 452 | (306) |
| Net income (loss) | $ 631 | $ (8,929) | $ (8,067) | $ (1,245) | $ (862) | $ 722 |

B–89

EFIHMW00052538

EFIHMW00051935

<u>**Table of Contents**</u>
*Competitive Electric Segment*
*Sales Volume and Customer Count Data*

| | Successor | Successor | Successor | Three Months | Successor | Predecessor |
|---|---|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Three Months Ended December 31, 2008 | Three Months Ended December 31, 2007 | Nine Months Ended September 30, 2008 | Nine Months Ended September 30, 2007 |
| **Sales volumes:** | | | | | | |
| Retail electricity sales volumes—(GWh): | | | | | | |
| Residential | 28,046 | 28,135 | 5,982 | 5,967 | 22,153 | 21,256 |
| Small business (a) | 7,962 | 7,363 | 1,561 | 1,622 | 5,802 | 5,861 |
| Large business and other customers | 14,573 | 13,945 | 2,994 | 3,591 | 10,951 | 10,946 |
| Total retail electricity | 50,581 | 49,443 | 10,537 | 11,180 | 38,906 | 38,063 |
| Wholesale electricity sales volumes | 43,259 | 47,270 | 11,741 | 11,198 | 35,529 | 27,914 |
| Net sales (purchases) of balancing electricity to/from ERCOT | (939) | (527) | 808 | 47 | (1,335) | 622 |
| Total sales volumes | 92,901 | 96,186 | 23,086 | 22,425 | 73,100 | 66,599 |
| **Average volume (kWh) per residential customer (b)** | 14,855 | 14,780 | 3,101 | 3,197 | 11,767 | 11,399 |
| **Weather (North Texas average)—percent of normal (c):** | | | | | | |
| Cooling degree days | 98.9% | 108.5% | 101.3% | 171.8% | 109.0% | 94.2% |
| Heating degree days | 99.9% | 92.5% | 90.7% | 89.7% | 93.7% | 106.2% |
| **Customer counts:** | | | | | | |
| Retail electricity customers (end of period and in thousands) (d): | | | | | | |
| Residential | 1,862 | 1,914 | 1,914 | 1,857 | 1,909 | 1,839 |
| Small business (a) | 262 | 275 | 275 | 274 | 276 | 275 |
| Large business and other customers | 23 | 25 | 25 | 33 | 27 | 35 |
| Total retail electricity customers | 2,147 | 2,214 | 2,214 | 2,164 | 2,212 | 2,149 |

(a)   Customers with demand of less than 1 MW annually.
(b)   Calculated using average number of customers for the period.
(c)   Weather data is obtained from Weatherbank, Inc., an independent company that collects and archives weather data from reporting stations of the National Oceanic and Atmospheric Administration (a federal agency under the US Department of Commerce). Normal is defined as the average over a 20–year period.
(d)   Based on number of meters. Typically, large business and other customers have more than one meter; therefore, number of meters does not reflect the number of individual customers. Each of the year ended December 31, 2008 and three months ended December 31, 2008 and 2007 amounts reflects reclassification of 18 thousand meters, and the nine months ended September 30, 2007 amounts reflect the reclassification of 19 thousand meters from residential to small business to conform to current presentation.

B–90

EFIHMW00052539

EFIHMW00051935

**Table of Contents**
*Competitive Electric Segment*
*Revenue and Commodity Hedging and Trading Activities*

| | Successor | | | | | Predecessor |
|---|---|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Three Months Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Nine Months Ended September 30, 2008 | Period from January 1, 2007 through October 10, 2007 |
| **Operating revenues:** | | | | | | |
| Retail electricity revenues: | | | | | | |
| Residential | $ 3,806 | $ 3,782 | $ 816 | $ 654 | $ 2,966 | $ 3,064 |
| Small business (a) | 1,164 | 1,099 | 247 | 202 | 852 | 880 |
| Large business and other customers | 1,261 | 1,447 | 304 | 286 | 1,143 | 1,070 |
| Total retail electricity revenues | 6,231 | 6,328 | 1,367 | 1,142 | 4,961 | 5,014 |
| Wholesale electricity revenues (b) | 1,463 | 3,329 | 532 | 505 | 2,797 | 1,637 |
| Net sales (purchases) of balancing electricity to/from ERCOT | (80) | (214) | 13 | (9) | (227) | (14) |
| Amortization of intangibles (c) | 5 | (36) | (21) | (50) | (15) | — |
| Other operating revenues | 292 | 380 | 88 | 83 | 293 | 247 |
| Total operating revenues | $ 7,911 | $ 9,787 | $ 1,979 | $ 1,671 | $ 7,809 | $ 6,884 |
| **Net gain (loss) from commodity hedging and trading activities:** | | | | | | |
| Unrealized net gains (losses) from changes in fair value | $ 1,741 | $ 2,290 | $ 2,527 | $ (1,469) | $ (237) | $ (646) |
| Unrealized net gains (losses) representing reversals of previously recognized fair values of positions settled in the current period | (464) | (9) | 59 | (87) | (68) | (76) |
| Realized net gains (losses) on settled positions | 459 | (97) | (154) | 64 | 57 | 168 |
| Total gain (loss) | $ 1,736 | $ 2,184 | $ 2,432 | $ (1,492) | $ (248) | $ (554) |

(a) Customers with demand of less than 1 MW annually.
(b) Upon settlement of physical derivative power sales and purchase contracts that are marked-to-market in net income, wholesale electricity revenues and fuel and purchased power costs are reported at approximated market prices, as required by accounting rules, instead of the contract price. As a result, these line item amounts include a noncash component, which the company considers "unrealized." These amounts are as follows:

| | Successor | | | | | Predecessor |
|---|---|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Three Months Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Nine Months Ended September 30, 2008 | Period from January 1, 2007 through October 10, 2007 |
| Reported in revenues | $ (166) | $ 42 | $ (113) | $ — | $ 155 | $ — |
| Reported in fuel and purchased power costs | 114 | 6 | 77 | — | (71) | — |
| Net gain (loss) | $ (52) | $ 48 | $ (36) | $ — | $ 84 | $ — |

(c) Represents amortization of the intangible net asset value of retail and wholesale power sales agreements resulting from purchase accounting.

B–91

EFIHMW00052540

EFIHMW00051935

Table of Contents
*Competitive Electric Segment*

*Production, Purchased Power and Delivery Cost Data*

| | Successor | | | | | Predecessor |
|---|---|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Three Months Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Nine Months Ended September 30, 2008 | Period from January 1, 2007 through October 10, 2007 |
| **Fuel, purchased power costs and delivery fees ($ millions):** | | | | | | |
| Nuclear fuel | $ 114 | $ 95 | $ 26 | $ 21 | $ 69 | $ 66 |
| Lignite/coal | 670 | 640 | 155 | 127 | 485 | 467 |
| Total baseload fuel | 784 | 735 | 181 | 148 | 554 | 533 |
| Natural gas fuel and purchased power (a) | 1,224 | 2,881 | 349 | 302 | 2,532 | 1,435 |
| Amortization of intangibles (b) | 292 | 318 | 72 | 67 | 246 | — |
| Other costs | 202 | 351 | 47 | 68 | 304 | 213 |
| Fuel and purchased power costs | 2,502 | 4,285 | 649 | 585 | 3,636 | 2,181 |
| Delivery fees (c) | 1,432 | 1,315 | 305 | 267 | 1,010 | 1,028 |
| Total | $ 3,934 | $ 5,600 | $ 954 | $ 852 | $ 4,646 | $ 3,209 |

| | Successor | | | Three Months Ended December 31, 2007 | Successor | Predecessor |
|---|---|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Three Months Ended December 31, 2008 | | Nine Months Ended September 30, 2008 | Nine Months Ended September 30, 2007 |
| **Fuel and purchased power costs (which excludes generation plant operating costs) per MWh:** | | | | | | |
| Nuclear fuel (d) | $ 5.66 | $ 4.92 | $ 5.46 | $ 4.64 | $ 4.75 | $ 4.59 |
| Lignite/coal (d) | $ 16.47 | $ 15.80 | $ 15.68 | $ 13.48 | $ 15.83 | $ 14.31 |
| Natural gas fuel and purchased power | $ 43.10 | $ 81.99 | $ 46.63 | $ 60.04 | $ 91.55 | $ 62.29 |
| **Delivery fees per MWh** | $ 28.09 | $ 26.33 | $ 28.66 | $ 26.64 | $ 25.69 | $ 25.60 |
| **Production and purchased power volumes (GWh):** | | | | | | |
| Nuclear | 20,104 | 19,218 | 4,770 | 5,157 | 14,448 | 13,664 |
| Lignite/coal | 45,684 | 44,923 | 11,226 | 12,197 | 33,697 | 34,297 |
| Total baseload generation | 65,788 | 64,141 | 15,996 | 17,354 | 48,145 | 47,961 |
| Natural gas–fueled generation | 2,447 | 4,122 | 279 | 500 | 3,843 | 3,491 |
| Purchased power | 26,018 | 31,018 | 7,202 | 5,483 | 23,816 | 18,619 |
| Total energy supply | 94,253 | 99,281 | 23,477 | 23,337 | 75,804 | 70,071 |
| Less line loss and power imbalances (e) | 1,352 | 3,095 | 391 | 912 | 2,704 | 3,472 |
| Net energy supply volumes | 92,901 | 96,186 | 23,086 | 22,425 | 73,100 | 66,599 |
| **Baseload capacity factors:** | | | | | | |
| Nuclear | 100.0% | 95.2% | 94.0% | 101.6% | 95.6% | 90.8% |
| Lignite/coal | 86.5% | 87.6% | 86.3% | 94.5% | 87.7% | 89.7% |
| Total baseload | 90.3% | 89.8% | 88.5% | 96.5% | 89.9% | 90.0% |

(a)   See note (b) on previous page.
(b)   Represents amortization of the intangible net asset values of emission credits, coal purchase contracts, nuclear fuel contracts and power purchase agreements and the stepped up value of nuclear fuel resulting from purchase accounting.
(c)   Includes delivery fee charges from Oncor that are eliminated in consolidation.
(d)   Includes depreciation and amortization of lignite mining assets, which is reported in the depreciation and amortization expense line item, but is part of overall fuel costs.
(e)   Includes physical purchases and sales, the financial results of which are reported in commodity hedging and trading activities in the income statement.

B–92

EFIHMW00052541

EFIHMW00051935

**Table of Contents**
*Competitive Electric Segment—Financial Results—Year Ended December 31, 2009 Compared to Year Ended December 31, 2008*

Operating revenues decreased $1.876 billion, or 19%, to $7.911 billion in 2009.

Wholesale electricity revenues decreased $1.866 billion, or 56%, to $1.463 billion in 2009 as compared to 2008 when wholesale revenues increased 55%. Volatility in wholesale revenues and purchased power costs reflects movements in natural gas prices, as lower natural gas prices in 2009 drove a 46% decline in average wholesale electricity sales prices. Reported wholesale revenues and purchased power costs also reflect changes in volumes of bilateral contracting activity entered into to mitigate the effects of demand volatility and congestion. Results in 2009 reflect lower demand volatility and a decline in congestion, which drove an 8% decline in wholesale sales volumes.

Bilateral electricity contracting activity includes hedging transactions that utilize contracts for physical delivery. Wholesale sales and purchases of electricity are reported gross in the income statement if the transactions are scheduled for physical delivery with ERCOT.

Comparisons of wholesale balancing activity, reported net, are generally not meaningful because the activity represents intraday purchases and sales transactions with ERCOT for real-time balancing purposes, as measured in 15-minute intervals, which are highly variable. The activity in 2009 reflected reduced volatility and congestion, in part due to actions taken by ERCOT.

Retail electricity revenues declined $97 million, or 2%, to $6.231 billion and reflected the following:

- Lower average pricing contributed $242 million to the revenue decline. The change in average pricing reflected lower average contracted business rates driven by lower wholesale electricity prices, partially offset by higher average pricing in the residential and non-contract business markets resulting from advanced meter surcharges as well as customer mix.

- Retail sales volume growth of 2% increased revenues by $145 million. Volumes rose in the business markets driven by changes in customer mix resulting from contracting activity, but declined slightly in the residential market driven by a 3% decrease in customers.

Other operating revenues decreased $88 million, or 23%, to $292 million in 2009 due to lower natural gas prices and lower volumes on sales of natural gas to industrial customers.

The change in operating revenues also reflected a $41 million decrease in amortization of intangible assets arising from purchase accounting reflecting expiration of retail sales contracts.

Fuel, purchased power costs and delivery fees decreased $1.666 billion, or 30%, to $3.934 billion in 2009. This decrease was driven by lower purchased power costs due to the effect of lower natural gas prices, decreased demand volatility and reduced congestion as discussed above regarding wholesale revenues. Lower costs of replacement power during unplanned generation unit repair outages contributed to improved margin. Other factors contributing to lower fuel and purchased power costs included lower natural gas-fueled generation and lower related fuel costs ($374 million), the effect of lower natural gas prices on natural gas purchased for sale to industrial customers ($116 million) and lower amortization of intangible assets arising from purchase accounting ($26 million).

Overall baseload generation production increased 3% in 2009 reflecting a 5% increase in nuclear production and a 2% increase in lignite/coal-fueled production. The increase in nuclear production, which reflects two refueling outages in 2008 compared to one refueling outage in 2009 and investments to increase generation capacity, resulted in improved margin. The increase in lignite/coal-fueled production reflected generation from the new units placed in service in the fourth quarter 2009, partially offset by generation reductions during certain periods when power could be purchased in the wholesale market at prices below production costs, which was largely due to lower natural gas prices and higher wind generation availability.

B-93

EFIHMW00052542

EFIHMW00051935

**PX 030**
**Page 608 of 734**

Table of Contents

Following is an analysis of amounts reported as net gain (loss) from commodity hedging and trading activities for the years ended December 31, 2009 and 2008, which totaled $1.736 billion and $2.184 billion in net gains, respectively:

*Year Ended December 31, 2009*—Unrealized mark–to–market net gains totaling $1.277 billion included:

- $1.260 billion in net gains related to hedge positions, which includes $1.719 billion in net gains from changes in fair value, driven by the impact of lower forward natural gas prices on the value of positions in the long–term hedging program, and $459 million in net losses that represent reversals of previously recorded net gains on positions settled in the period, and

- $17 million in net gains related to trading positions, which includes $22 million in net gains from changes in fair value and $5 million in net losses that represent reversals of previously recorded net gains on positions settled in the period.

Realized net gains totaling $459 million included:

- $449 million in net gains related to positions that primarily hedged electricity revenues recognized in the period, and

- $10 million in net gains related to trading positions.

*Year Ended December 31, 2008*—Unrealized mark–to–market net gains totaling $2.281 billion included:

- $2.324 billion in net gains related to hedge positions, which includes $2.282 billion in net gains from changes in fair value and $42 million in net gains that represent reversals of previously recorded fair values of positions settled in the period;

- $68 million in "day one" net losses related to large hedge positions (see Note 18 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009), and

- $25 million in net gains related to trading positions, which includes $76 million in net gains from changes in fair value and $51 million in net losses that represent reversals of previously recorded fair values of positions settled in the period.

Realized net losses totaling $97 million included:

- $177 million in net losses related to hedge positions that primarily offset hedged electricity revenues and fuel and purchased power costs recognized in the period, and

- $80 million in net gains related to trading positions.

Unrealized gains and losses that are related to physically settled derivative commodity contracts and are reported as revenues and purchased power costs, as required by accounting rules, totaled $52 million in net losses in 2009 and $48 million in net gains in 2008.

Operating costs increased $16 million, or 2%, to $693 million in 2009 driven by $28 million in costs related to the new lignite–fueled generation facilities. The change also reflected $19 million in higher maintenance costs incurred during planned and unplanned lignite–fueled generation unit outages in 2009 that was more than offset by the $31 million effect of two planned nuclear generation unit outages in 2008 as compared to one in 2009.

Depreciation and amortization increased $80 million, or 7%, to $1.172 billion in 2009. The increase was driven by $39 million in higher amortization expense related to the intangible asset representing retail customer relationships recorded in purchase accounting and $24 million due to the placement in service of two new generation units and related mining assets. Increased lignite generation unit depreciation as a result of normal capital additions as well as adjustments to useful lives of components was partially offset by lower natural gas generation unit depreciation resulting from an impairment in 2008.

B–94

EFIHMW00052543

EFIHMW00051935

Table of Contents

SG&A expenses increased $59 million, or 9%, to $741 million in 2009. The increase reflected $36 million in higher retail bad debt expense, reflecting higher delinquencies due to delays in final bills and disconnects resulting from a system conversion, customer losses and general economic conditions. The increase also reflected higher employee related expenses, the implementation of a new retail customer information management system and the transition of certain previously outsourced customer operations, partially offset by $13 million in lower fees associated with the sale of receivables program.

See Note 3 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for discussion of the impairments of goodwill of $70 million in 2009 and $8.0 billion in 2008.

Other income totaled $59 million in 2009 and $34 million in 2008. The 2009 amount included a $23 million reversal of a use tax accrual, an $11 million reversal of exit liabilities recorded in connection with the termination of outsourcing arrangements (see Notes 2 and 20 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009), a $6 million fee received related to an interest rate swap/commodity hedge derivative agreement, $5 million in royalty income and $5 million in sales/use tax refunds. The 2008 amount included an insurance recovery of $21 million and $4 million in royalty income. See Note 10 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for more details.

Other deductions totaled $68 million in 2009 and $1.274 billion in 2008. The 2009 amount included $34 million in charges for the impairment of land expected to be sold within the next 12 months, $7 million in charges for severance and other individually immaterial miscellaneous expenses. The 2008 amount included $501 million in impairment charges related to NOx and SO2 environmental allowances intangible assets and $481 million related to trade name intangible assets, both discussed in Note 3 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009, $229 million in impairment charges related to the natural gas–fueled generation facilities discussed in Note 5 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 and $26 million in charges to reserve for net receivables (excluding termination related costs) from terminated hedging transactions with subsidiaries of Lehman Brothers Holdings Inc., which filed for bankruptcy under Chapter 11 of the US Bankruptcy Code. See Note 10 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for more details.

Interest expense and related charges decreased $2.064 billion, or 51%, to $1.946 billion in 2009. The decrease reflected a $696 million unrealized mark–to–market net gain related to interest rate swaps in 2009 compared to a $1.477 billion net loss in 2008, partially offset by $118 million in increased noncash amortization of losses on interest rate swaps designated as cash flow hedges in August 2008.

Income tax expense totaled $407 million in 2009 compared to an income tax benefit totaling $450 million in 2008. Excluding the impacts of the goodwill impairment of $70 million in 2009 and $8.0 billion in 2008, the effective income tax rate was 36.7% in 2009 and 32.6% in 2008. (These nondeductible charges distort the comparison; therefore, they have been excluded for purposes of a more meaningful discussion.) The increase in the rate reflects the effect of interest accrued for uncertain tax positions, which increased the rate on income in 2009 and decreased the rate on a loss in 2008.

After–tax results for the segment improved $9.560 billion to net income of $631 million in 2009, reflecting the 2008 impairment of goodwill, the 2008 impairment charges reported in other deductions and the change in unrealized mark–to–market values of interest rate swaps reported in interest expense, partially offset by lower net gains from commodity hedging and trading activities driven by lower unrealized mark–to–market net gains.

*Competitive Electric Segment—Financial Results—Three Months Ended December 31, 2008 Compared to Successor Period from October 11, 2007 through December 31, 2007*

Operating revenues increased $308 million, or 18%, to $1.979 billion in 2008.

B–95

EFIHMW00052544

EFIHMW00051935

Table of Contents

Retail electricity revenues increased $225 million, or 20%, to $1.367 billion in 2008 and reflected the following:

- The increase in retail electricity revenues was largely due to $186 million in revenues attributable to the ten fewer days in the 2007 period.

- Higher average pricing in all markets contributed to the revenue increase, with residential rates increasing an average of 7%, and higher average rates in the business markets reflecting a change in customer mix in the large business market.

- The effect of higher retail pricing was partially offset by the effect of a 6% decline in total retail sales volumes driven by the business markets. The lower sales volumes in the business markets reflected a decline in commercial and industrial activity due to economic conditions.

- Total retail electricity customer counts at December 31, 2008 increased 2% from December 31, 2007, driven by a 3% increase in residential customers.

Wholesale electricity revenues increased $27 million, or 5%, to $532 million in 2008. The increase in wholesale electricity revenues reflected $66 million in revenues attributable to the ten fewer days in the 2007 period. The change also reflected lower wholesale electricity prices driven by lower natural gas prices.

The change in operating revenues also reflected a $29 million decrease in amortization of intangible assets arising in purchase accounting.

Fuel, purchased power costs and delivery fees increased $102 million, or 12%, to $954 million in 2008. The increase was largely due to $123 million in costs attributable to the ten fewer days in the 2007 period.

Following is an analysis of amounts reported as net gain (loss) from commodity hedging and trading activities for the three months ended December 31, 2008 and the Successor period from October 11, 2007 through December 31, 2007:

*Three Months Ended December 31, 2008*—Net gain totaling $2.432 billion included:

- Unrealized mark-to-market net gains of $2.586 billion, substantially all of which related to commodity hedge positions and

- Realized net losses totaling $154 million, including $101 million in net losses related to commodity hedge positions that primarily offset hedged electricity revenues recognized in the period and $53 million in net losses related to trading positions.

*Period from October 11 through December 31, 2007*—Net losses totaling $1.492 billion included:

- Unrealized mark-to-market net losses of $1.556 billion, substantially all of which related to commodity hedge positions and

- Realized net gains totaling $64 million consisting primarily of net gains related to commodity hedge positions that offset hedged electricity revenues and fuel and purchased power costs recognized in the period.

Operating costs increased $53 million, or 43%, to $177 million in 2008. The increase was partially due to $19 million in costs attributable to the ten fewer days in the 2007 period. The increase in operating costs also reflects higher maintenance costs related to the timing and scope of planned and unplanned outages in baseload generation facilities, higher staffing and benefits costs and expenses associated with operational readiness of the generation units under construction.

B–96

EFIHMW00052545

EFIHMW00051935

PX 030
Page 611 of 734

Table of Contents

Depreciation and amortization decreased $50 million, or 16%, to $265 million in 2008. The decrease in depreciation and amortization reflected lower amortization expense related to the intangible value of customer relationships, partially offset by incremental depreciation expense from stepped-up property, plant and equipment values, both related to purchase accounting and $8 million in expense attributable to the ten fewer days in the 2007 period.

SG&A expenses increased $29 million, or 19%, to $183 million in 2008. The increase was partially due to $15 million in expenses attributable to the ten fewer days in the 2007 period. The increase in SG&A expenses also reflected higher bad debt expense due in part to the effects of Hurricane Ike and higher salaries and contractor costs to support customer growth initiatives and computer system enhancements, net of a decrease in fees associated with the sale of accounts receivable program and lower advertising-related costs.

See Note 3 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for discussion of the $8.0 billion goodwill impairment charge recorded in the fourth quarter of 2008.

Other income totaled $26 million in 2008 and $2 million in 2007. Other deductions totaled $715 million in 2008 and $8 million in 2007. Other income in 2008 included a $21 million insurance recovery for damages to certain mining equipment. Other deductions in 2008 included a charge of $481 million for the impairment of a trade name intangible asset (see Note 3 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009) and a $229 million charge to write down the natural gas-fueled generation facilities to fair value (see Note 5 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009).

Interest income increased $5 million to $15 million in 2008 reflecting higher average balances of notes/advances to parent.

Interest expense and related charges increased $1.578 billion to $2.187 billion in 2008. The increase was driven by an unrealized mark-to-market net loss on interest rate swaps of $1.512 billion.

Income tax expense on a pre-tax loss for 2008 totaled $2 million compared to a $656 million income tax benefit on a pre-tax loss in 2007. Excluding the impact of the $8.0 billion goodwill impairment in 2008, the effective rate on a pre-tax loss was 3.1% in 2008 compared to 34.5% in 2007. (This nondeductible charge distorts the comparison; therefore, it has been excluded for purposes of a more meaningful discussion.) The decrease in the rate is driven by the unfavorable impact of tax provision adjustments recorded in 2008 on a small pre-tax loss.

After-tax results for the segment declined by $6.822 billion to a loss of $8.067 billion driven by impairment charges related to goodwill, the trade name intangible asset and the natural gas-fueled generation facilities and the unrealized mark-to-market net losses on interest rate swaps, partially offset by the change in unrealized mark-to-market values of commodity hedge positions in the long-term hedging program.

*Competitive Electric Segment—Financial Results—Nine Months Ended September 30, 2008 Compared to Predecessor Period from January 1, 2007 through October 10, 2007*

Operating revenues increased $925 million, or 13%, to $7.809 billion in 2008.

Wholesale electricity revenues increased $1.160 billion, or 71%. A 40% increase in average wholesale electricity prices driven by higher natural gas prices contributed $797 million to revenue growth and a 27% increase in sales volumes contributed $429 million. The rise in natural gas prices reflected the overall trend of higher energy prices and increased demand in natural gas-fueled generation due to warmer weather in 2008. Higher wholesale sales and purchase volumes reflected several factors, including increased demand (due to warmer weather), baseload plant outages and congestion, as well as increased near-term bilateral power contracting activity due in part to increased demand and market volatility in 2008. The higher natural gas prices also contributed to the increase in fuel and purchased power costs. The increase in wholesale electricity revenues and sales volumes was partially offset by $66 million in revenues attributable to the ten additional days in the 2007 period.

B–97

EFIHMW00052546

EFIHMW00051935

Table of Contents

The $53 million, or 1%, decrease in retail electricity revenues reflected the following:

- The ten additional days in the 2007 period contributed $186 million to the decrease in retail electricity revenues.

- The decrease in retail electricity revenues was partially offset by a 2% increase in retail sales volumes that increased revenues by $107 million. Residential volumes increased 4% reflecting the effects of warmer than normal weather in 2008 combined with the cooler than normal weather experienced in 2007 and a 4% increase in residential customer counts. Business and other customer volumes were comparable with 2007.

- The decrease in retail electricity revenues was also partially offset by higher average pricing that increased revenues by $26 million. Higher average retail pricing reflected higher prices in the business markets driven by higher natural gas prices, partially offset by an approximate $108 million effect of lower pricing in the residential customer market. Lower residential pricing reflected the effect of a 6% price discount in March 2007, an additional 4% price discount in June 2007 and another 5% price discount in October 2007 to those residential customers in Oncor's service territory with month–to–month service plans and a rate equivalent to the former price–to–beat.

Comparisons of wholesale balancing activity, reported net, are generally not meaningful because the activity represents intraday purchases and sales transactions with ERCOT for real–time balancing purposes, as measured in 15–minute intervals, which are highly variable. The relatively large amount in 2008 reflects weather–driven volatility, generation facility outages and congestion effects.

Other operating revenues increased $46 million, or 19%, to $293 million primarily due to higher retail natural gas revenues reflecting increased prices, the effect of which was partially offset by $11 million in revenues attributable to the ten additional days in the 2007 period.

Fuel, purchased power costs and delivery fees increased $1.437 billion, or 45%, to $4.646 billion. The increase was driven by higher purchased power costs, reflecting 28% growth in purchased power volumes as well as the effect of higher natural gas prices on wholesale power prices. The increase also reflected greater utilization of natural gas–fueled generation facilities to meet peak demand and a 56% increase in fuel costs per MWh in those facilities due to higher natural gas prices. Higher fuel costs also reflected higher usage and prices (including transportation costs) of purchased coal. The increase reflects $246 million of net expense recorded in the 2008 period representing amortization of the intangible net asset values of environmental credits, coal purchase contracts and power purchase agreements and the stepped–up value of nuclear fuel resulting from purchase accounting. Other cost increases included $101 million related primarily to congestion–related charges and $41 million in higher costs of natural gas for resale. The increase in fuel, purchased power costs and delivery fees was partially offset by $123 million in costs attributable to the ten additional days in the 2007 period.

Following is an analysis of amounts reported as net gain (loss) from commodity hedging and trading activities for the nine months ended September 30, 2008 and the Predecessor period from January 1, 2007 through October 10, 2007, which totaled $248 million and $554 million in net losses, respectively:

*Nine Months Ended September 30, 2008*—Unrealized mark–to–market net losses totaling $305 million include:

- $250 million in net losses related to hedge positions, which includes $248 million in net losses from changes in fair value and $2 million in net losses that represent reversals of previously recorded fair values of positions settled in the period;

- $69 million in "day one" net losses related to large hedge positions (see Note 18 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009), and

- $13 million in net gains related to trading positions, which includes $79 million in net gains from changes in fair value and $66 million in net losses that represent reversals of previously recorded fair values of positions settled in the period.

B–98

EFIHMW00052547

EFIHMW00051935

**PX 030**
**Page 613 of 734**

**Table of Contents**

Realized net gains totaling $57 million include:

- $76 million in net losses related to hedge positions that primarily offset hedged electricity revenues recognized in the period, and

- $133 million in net gains related to trading positions.

*Period from January 1, 2007 through October 10, 2007*—Unrealized mark−to−market net losses totaling $722 million include:

- $566 million in net losses related to hedge positions, which includes $528 million in net losses from changes in fair value and $38 million in net losses that represent reversals of previously recorded fair values of positions settled in the period;

- $90 million in hedge ineffectiveness net gains, which includes $111 million of net gains from changes in fair values and $21 million in net losses that represent reversals of previously recorded ineffectiveness net gains related to positions settled in the period. These amounts relate to positions accounted for as cash flow hedges;

- $45 million net losses related to trading positions, which includes $28 million in net losses from changes in fair values and $17 million in net losses that represent reversals of previously recorded fair values of positions settled in the period;

- $231 million in "day one" losses related to large hedge positions entered into at below−market prices, and

- a $30 million "day one" gain related to a power purchase agreement.

Realized net gains totaling $168 million include:

- $125 million in net gains related to hedge positions that offset hedged electricity revenues and fuel and purchased power costs recognized in the period, and

- $43 million in net gains related to trading positions.

Operating costs increased $29 million, or 6%, to $500 million in 2008. The increase reflects $36 million in higher maintenance costs related to the timing and scope of planned and unplanned outages in baseload generation facilities, $11 million in costs related to combustion turbines now being operated for our own benefit, $10 million in higher property taxes and $5 million of expenses associated with operational readiness of the generation units under construction, partially offset by $7 million in costs in 2007 for utilization of SO2 credits for the lignite/coal−fueled generation plants and $3 million in individually insignificant items. The increase in operating costs was partially offset by $19 million in costs attributable to the ten additional days in the 2007 period.

Depreciation and amortization increased $574 million to $827 million. The increase includes $502 million of incremental depreciation expense from stepped−up property, plant and equipment values and $38 million in incremental amortization expense related to the intangible value of customer relationships, both resulting from the effects of purchase accounting. The remaining increase primarily reflects normal additions and replacements of equipment in generation operations. The increase in depreciation and amortization was partially offset by $8 million in costs attributable to the ten additional days in the 2007 period.

SG&A expenses increased $10 million, or 2%, to $499 million in 2008. The increase reflects:

- $26 million in higher expenses in the retail operations, primarily increased employees and labor costs to support customer growth initiatives and increased marketing and computer systems enhancement costs, net of a $6 million decrease in fees associated with the sale of accounts receivable program, and

- $16 million in higher retail customer bad debt expense,

B−99

EFIHMW00052548

EFIHMW00051935

**PX 030**
**Page 614 of 734**

**Table of Contents**
partially offset by

- $15 million in expenses attributable to the ten additional days in the 2007 period, and

- lower administrative costs related to generation facility development activities reflecting the 2007 cancellation of certain coal–fueled generation projects.

Other income totaled $8 million in 2008 and $22 million in 2007. The 2007 amount includes $7 million of royalty income and $6 million in penalties received due to nonperformance under a coal transportation agreement. Other income totaling $3 million in 2007 was attributable to the ten additional days in the period.

Other deductions totaled $559 million in 2008 and $735 million in 2007. The 2008 amount includes $501 million in impairment charges related to NOx and SO2 environmental allowances intangible assets discussed in Note 3 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 and $26 million in charges to reserve for net receivables (excluding termination related costs) from terminated hedging transactions with subsidiaries of Lehman Brothers Holdings Inc., which has filed for protection under Chapter 11 of the US Bankruptcy Code. The 2007 amount includes net charges of $812 million in connection with the cancellation of the development of eight coal–fueled generation units, a $48 million reduction in the liability previously recorded for leases related to gas–fueled combustion turbines that we had ceased operating for our own benefit and a $10 million charge related to the termination of a railcar operating lease. See Note 10 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for more details.

Interest income decreased $225 million, or 83%, to $46 million in 2008 reflecting lower average balances of notes/advances to parent. The ten additional days in the 2007 period contributed $11 million to the decrease.

Interest expense and related charges increased $1.467 billion to $1.824 billion in 2008. The increase reflects $1.672 billion due to higher average borrowings, driven by the Merger–related financings, partially offset by $150 million in increased capitalized interest, a $36 million unrealized mark–to–market gain related to interest rate swaps and $11 million of amortization of debt fair value discount resulting from purchase accounting. The increase was also net of $15 million in additional interest in the 2007 period attributable to the ten additional days in the period.

Income tax benefit on a pretax loss totaled $452 million in 2008 and income tax expense on pretax income totaled $306 million in 2007. The 2007 amount includes a deferred tax benefit of $32 million related to an amendment of the Texas margin tax by the Texas legislature. Excluding the effect of this 2007 item, the effective income tax rates were 34.4% on a loss in 2008 compared to 32.9% on income in 2007. (The deferred tax benefit in 2007 distorts the comparison; therefore it has been excluded for purposes of a more meaningful discussion.) The increase in the effective tax rate is due to a lower lignite depletion benefit in 2008, partially offset by the effect of the Texas margin tax under which interest expense is not deductible.

Net income (loss) decreased $1.584 billion to a net loss of $862 million in 2008 driven by higher net interest expense, the impairment of environmental allowances intangible assets and the effects of purchase accounting, partially offset by the effect of the 2007 impairment charge in connection with the cancellation of certain generation facility development activities and the decrease in net unrealized mark–to–market losses on positions in the long–term hedging program.

*Regulated Delivery Segment*

The following tables present financial operating results of the Regulated Delivery segment for the Successor periods of the years ended December 31, 2009 and 2008, the three months ended December 31, 2008, the period from October 11, 2007 through December 31, 2007 and the nine months ended September 30, 2008, and for the Predecessor period from January 1, 2007 through October 10, 2007. Volumetric and other statistical data have been presented as of and for the Successor periods of the years ended December 31, 2009 and 2008, the three months ended December 31, 2008 and 2007 and the nine months ended December 31, 2008, and for the Predecessor period for the nine months ended September 30, 2007.

B–100

EFIHMW00052549

EFIHMW00051935

Table of Contents
*Financial Results*

| | Successor | | | | | Predecessor |
|---|---|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Three Months Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Nine Months Ended September 30, 2008 | Period from January 1, 2007 through October 10, 2007 |
| Operating revenues | $ 2,690 | $ 2,580 | $ 612 | $ 532 | $ 1,969 | $ 1,987 |
| Operating costs | (908) | (828) | (208) | (182) | (620) | (637) |
| Depreciation and amortization | (557) | (492) | (122) | (96) | (370) | (366) |
| Selling, general and administrative expenses | (194) | (164) | (38) | (45) | (126) | (139) |
| Franchise and revenue–based taxes | (250) | (255) | (69) | (62) | (186) | (198) |
| Impairment of goodwill | | (860) | (860) | | | |
| Other income | 49 | 45 | 11 | 11 | 34 | 3 |
| Other deductions | (34) | (19) | (2) | (7) | (17) | (27) |
| Interest income | 43 | 45 | 11 | 12 | 34 | 44 |
| Interest expense and related charges | (346) | (317) | (89) | (70) | (229) | (242) |
| Income (loss) before income taxes | 493 | (265) | (754) | 93 | 489 | 425 |
| Income tax expense (a) | (173) | (221) | (41) | (30) | (180) | (160) |
| Net income (loss) | $ 320 | $ (486) | $ (795) | $ 63 | $ 309 | $ 265 |

(a)   Effective with the sale of noncontrolling interests (see Note 15 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009), Oncor is taxed as a partnership and thus not subject to income taxes; however, subsequent to the sale, Oncor reflects a "provision in lieu of income taxes," and the results of segments are evaluated as if they file their own income tax returns.

*Operating Data*

| | | Successor | | | Successor | Predecessor |
|---|---|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Three Months Ended December 31, 2008 | Three Months Ended December 31, 2007 | Nine Months Ended September 30, 2008 | Nine Months Ended September 30, 2007 |
| **Operating statistics—volumes:** | | | | | | |
| Electric energy billed volumes (GWh) | 103,376 | 107,828 | 23,969 | 25,784 | 83,859 | 79,645 |
| **Reliability statistics (a):** | | | | | | |
| System Average Interruption Duration Index (SAIDI) (nonstorm) | 84.5 | 85.4 | 85.4 | 77.9 | 82.6 | 79.2 |
| System Average Interruption Frequency Index (SAIFI) (nonstorm) | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 |
| Customer Average Interruption Duration Index (CAIDI) (nonstorm) | 77.2 | 74.7 | 74.7 | 70.6 | 75.3 | 69.5 |
| **Electric points of delivery (end of period and in thousands):** | | | | | | |
| Electricity distribution points of delivery (based on number of meters) | 3,145 | 3,123 | 3,123 | 3,093 | 3,116 | 3,087 |

B–101

EFIHMW00052550

EFIHMW00051935

**PX 030**
**Page 616 of 734**

Table of Contents

| | Successor | | | | | Predecessor |
|---|---|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Three Months Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Nine Months Ended September 30, 2008 | Period from January 1, 2007 through October 10, 2007 |
| **Operating revenues:** | | | | | | |
| Electricity distribution revenues (b): | | | | | | |
| Affiliated (TCEH) | $ 1,017 | $ 998 | $ 226 | $ 208 | $ 773 | $ 821 |
| Nonaffiliated | 1,339 | 1,264 | 304 | 257 | 960 | 921 |
| Total distribution revenues | 2,356 | 2,262 | 530 | 465 | 1,733 | 1,742 |
| Third–party transmission revenues | 299 | 280 | 73 | 60 | 207 | 199 |
| Other miscellaneous revenues | 35 | 38 | 9 | 7 | 29 | 46 |
| Total operating revenues | $ 2,690 | $ 2,580 | $ 612 | $ 532 | $ 1,969 | $ 1,987 |

(a)    SAIDI is the average number of minutes electric service is interrupted per consumer in a year. SAIFI is the average number of electric service interruptions per consumer in a year. CAIDI is the average duration in minutes per electric service interruption in a year. The statistics presented are based on the preceding twelve months' data.

(b)    Includes transition charge revenue associated with the issuance of securitization bonds totaling $147 million and $140 million for the years ended December 31, 2009 and 2008, respectively; $32 million for the three months ended December 31, 2008; $29 million for the period October 11, 2007 through December 31, 2007; $108 million for the nine months ended September 30, 2008 and $116 million for the period January 1, 2007 through October 10, 2007. Also includes disconnect/reconnect fees and other discretionary revenues for services requested by REPs.

*Regulated Delivery Segment—Financial Results—Year Ended December 31, 2009 Compared to Year Ended December 31, 2008*

Operating revenues increased $110 million, or 4%, to $2.690 billion in 2009. The increase reflected:

•    $55 million from increased distribution tariffs, including the August 2009 rate review order;

•    $28 million from a surcharge to recover advanced metering deployment costs and $11 million from a surcharge to recover additional energy efficiency costs, both of which became effective with the January 2009 billing cycle;

•    $20 million in higher transmission revenues reflecting rate increases to recover ongoing investment in the transmission system;

•    an estimated $14 million impact from growth in points of delivery;

•    $9 million performance bonus for meeting PUCT energy efficiency targets, and

•    $7 million in higher charges to REPs related to transition bonds (with an offsetting increase in amortization of the related regulatory asset),

partially offset by an estimated $27 million in lower average consumption primarily due to the effects of milder weather and general economic conditions and $7 million due to less requested REP discretionary and third–party maintenance services.

B–102

EFIHMW00052551

EFIHMW00051935

**PX 030**
**Page 617 of 734**

Table of Contents

Operating costs increased $80 million, or 10%, to $908 million in 2009. The increase reflected $45 million in higher fees paid to other transmission entities, $21 million in additional expense recognition as a result of the PUCT's August 2009 final order in the rate review (see discussion immediately below) and $10 million in costs related to programs designed to improve customer electricity demand efficiency, the majority of which are reflected in the revenue increases discussed above.

Under accounting rules for rate regulated utilities, certain costs are deferred as regulatory assets (see Note 25 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009) when incurred and are recognized as expense when recovery of the costs are allowed in revenue under regulatory approvals. Accordingly, beginning in September 2009, the effective date of the new tariffs resulting from the rate review (see "Regulation and Rates" below), Oncor began to amortize as operating costs or SG&A expenses certain costs previously deferred as regulatory assets over the recoverability period under the rate review order and recognized higher costs related to the current period. The additional expense recognized included $14 million related to storm recovery costs and $10 million related to pension and OPEB costs (including $3 million reported in SG&A expense).

Depreciation and amortization increased $65 million, or 13%, to $557 million in 2009. The increase reflected $34 million in higher depreciation due to ongoing investments in property, plant and equipment (including $11 million related to advanced meters), $24 million due to increased depreciation and amortization rates implemented upon the PUCT approval of new tariffs in September 2009 and $7 million in higher amortization of regulatory assets associated with securitization bonds (with an offsetting increase in revenues).

SG&A expenses increased $30 million, or 18%, to $194 million in 2009. The increase reflected $12 million related to advanced meters and $3 million in additional expense recognition as a result of the PUCT's final order in the rate review, both of which have related revenue increases, $8 million in higher professional and contractor fees driven by outsourcing transition and CREZ development activities and $6 million in higher costs related to employee benefit plans, partially offset by a $3 million one-time reversal of bad debt expense due to the PUCT's finalization of the Certification of Retail Electric Providers rule in April 2009. Write-offs of uncollectible amounts owed by nonaffiliated REPs are deferred as a regulatory asset (see "Regulation and Rates").

Taxes other than amounts related to income taxes decreased $5 million, or 2%, to $250 million in 2009 reflecting a decrease in local franchise fees due to decreased volumes of electricity delivered.

See Note 3 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for a discussion of the $860 million goodwill impairment charge recorded in 2008.

Other income totaled $49 million in 2009 and $45 million in 2008. The 2009 and 2008 amounts included accretion of an adjustment (discount) to regulatory assets resulting from purchase accounting totaling $39 million and $44 million, respectively. The 2009 amount also included $10 million due to the reversal of exit liabilities recorded in purchase accounting related to the termination of outsourcing arrangements. See Note 2 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009.

Other deductions totaled $34 million in 2009 and $19 million in 2008. The 2009 amount included a $25 million write off of regulatory assets (see Note 25 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009). The 2009 and 2008 amounts included costs totaling $2 million and $13 million, respectively, associated with the 2006 rate settlement with certain cities.

Interest income decreased $2 million, or 4%, to $43 million in 2009. The decrease reflected $4 million in lower reimbursement of transition bond interest from TCEH due to lower remaining principal amounts of the bonds and $2 million in lower interest income on temporary cash investments and restricted cash due to lower interest rates, partially offset by $4 million in higher earnings on investments held for certain employee benefit plans.

EFIHMW00052552

EFIHMW00051935

**Table of Contents**

Interest expense and related charges increased $29 million, or 9%, to $346 million in 2009. The increase reflected $17 million in higher average borrowings, reflecting ongoing capital investments. The increase also reflected $12 million due to higher average interest rates, which was driven by refinancing of short–term borrowings with $1.5 billion of senior secured notes issued in September 2008. The majority of the proceeds of the September 2008 notes issuance was used to pay outstanding short–term borrowings under Oncor's credit facility.

Income tax expense totaled $173 million in 2009 compared to $221 million in 2008. The effective rate decreased to 35.1% in 2009 from 37.2% in 2008, excluding the impact of the $860 million goodwill impairment in 2008. (This nondeductible charge distorts the comparison; therefore, it has been excluded for purposes of a more meaningful discussion.) The decrease in the rate was driven by the reversal of accrued interest due to the favorable resolution of uncertain tax positions.

Net income for 2009 totaled $320 million and net loss for 2008 totaled $486 million. The change reflects the $860 million goodwill impairment charge recorded in 2008, as well as $53 million in lower results in 2009 driven by the effect of lower average consumption on revenues, the write–off of certain regulatory assets and increased interest expense.

*Regulated Delivery Segment—Financial Results—Three Months Ended December 31, 2008 Compared to Successor Period from October 11, 2007 through December 31, 2007*

Operating revenues increased $80 million, or 15%, to $612 million in 2008. The increase is largely due to $68 million in revenues attributable to the ten fewer days in the 2007 period. The increase also reflected increased distribution tariffs to recover transmission costs, the impact of growth in points of delivery and higher transmission revenues primarily due to a rate increase to recover ongoing investment in the transmission system, partially offset by lower average consumption due to the effects of milder weather.

Operating costs increased $26 million, or 14%, to $208 million in 2008. The increase is largely due to $21 million in costs attributable to the ten fewer days in the 2007 period. The increase also reflected higher property taxes and higher fees paid to other transmission entities, partially offset by lower vegetation management expenses.

Depreciation and amortization increased $26 million, or 27%, to $122 million in 2008. The increase included $12 million in costs attributable to the ten fewer days in the 2007 period. The remaining increase largely reflected higher depreciation due to ongoing investments in property, plant and equipment.

SG&A expenses decreased $7 million, or 16%, to $38 million in 2008. The decrease reflected lower incentive compensation expense and decreased employee benefit costs, partially offset by $2 million in costs attributable to the ten fewer days in the 2007 period.

Franchise and revenue–based taxes increased $7 million, or 11%, to $69 million in 2008. The increase is largely due to the ten fewer days in the 2007 period.

See Note 3 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for a discussion of the $860 million goodwill impairment charge recorded in 2008.

Other income totaled $11 million in both 2008 and 2007. The amounts reflected accretion of an adjustment (discount) to regulatory assets resulting from purchase accounting. Other deductions totaled $2 million and $7 million in 2008 and 2007, respectively. The 2007 amount included costs associated with the 2006 rate settlement with certain cities totaling $6 million.

Interest income decreased $1 million, or 8%, to $11 million in 2008. The decrease reflected lower earnings on investments held for certain employee benefit plans, partially offset by $2 million in interest income attributable to the ten fewer days in the 2007 period.

B–104

EFIHMW00052553

EFIHMW00051935

Table of Contents

Interest expense and related charges increased by $19 million, or 27%, to $89 million in 2008. The increase included $9 million in costs attributable to the ten fewer days in the 2007 period. The remaining increase reflected $7 million from higher average borrowings, reflecting ongoing capital investments, and $1 million from higher average interest rates.

Income tax expense totaled $41 million in 2008 compared to $30 million in 2007. The effective income tax rate increased to 38.7% in 2008, excluding the impact of the $860 million goodwill impairment charge, from 32.3% in 2007. (This nondeductible charge distorts the comparison; therefore, it has been excluded for purposes of a more meaningful discussion.) The increase in the effective rate was driven by the impact of higher Texas margin tax due in part to the effects of the tax sharing agreement in 2007 and higher accrued interest related to uncertain tax positions.

Net loss for 2008 totaled $795 million and net income for 2007 totaled $63 million. The change was driven by the $860 million goodwill impairment charge recorded in 2008.

*Regulated Delivery Segment—Financial Results—Nine Months Ended September 30, 2008 Compared to Predecessor Period from January 1, 2007 through October 10, 2007*

Operating revenues decreased $18 million, or less than 1%, to $1.969 billion in 2008. The decreased revenue reflected:

- $68 million attributable to the ten additional days in the 2007 period;

- $19 million in lower revenues due to the absence in 2008 of revenues for installation of third party equipment related to Oncor's technology initiatives, and

- $4 million in lower charges to REPs related to securitization bonds (with an offsetting decrease in amortization of the related regulatory asset),

partially offset by:

- $32 million from increased distribution tariffs to recover higher transmission costs;

- an estimated $16 million impact from growth in points of delivery;

- $15 million in higher transmission revenues primarily due to rate increases to recover ongoing investment in the transmission system;

- an estimated $3 million from higher average consumption, as the estimated effect of warmer weather was partially offset by usage declines, and

- $7 million in increased miscellaneous revenues, including $3 million of revenues for services provided to REPs and other customers (with a related increase in operating costs) and $2 million of pole contact revenues.

Operating costs decreased $17 million, or 3%, to $620 million in 2008. The decrease reflected:

- $21 million attributable to the ten additional days in the 2007 period, and

- $18 million of lower expenses due to the absence in 2008 of costs for installation of third party equipment related to Oncor's technology initiatives,

partially offset by:

- $15 million in increased labor and benefits costs for restoration of service as a result of weather events, more stringent service requirements, increased services provided to REPs and other customers and equipment installation activities;

EFIHMW00052554

EFIHMW00051935

**PX 030**
**Page 620 of 734**

Table of Contents

- $3 million in higher vegetation management expenses, and

- $3 million in software license and service expenses related to Oncor's purchase of a broadband over power line (BPL) based "Smart Grid" network in May 2008.

Depreciation and amortization increased $4 million, or 1%, to $370 million in 2008. The increase reflected $21 million in higher depreciation due to ongoing investments in property, plant and equipment, partially offset by $4 million in lower amortization of the regulatory assets associated with securitization bonds (with an offsetting decrease in revenues) and $12 million attributable to the ten additional days in the 2007 period.

SG&A expenses decreased $13 million, or 9%, to $126 million in 2008. The decrease reflected:

- $7 million in lower incentive compensation expense;

- $5 million in lower fees due to Oncor's exit from the sale of accounts receivable program;

- $4 million in expenses in 2007 related to the rebranding of TXU Electric Delivery Company to Oncor Electric Delivery Company;

- $2 million attributable to the ten additional days in the 2007 period, and

- $1 million in decreased bad debt expense,

partially offset by $4 million in higher professional fees and $4 million in increased employee benefits costs.

Franchise and revenue-based taxes decreased $12 million, or 6%, to $186 million in 2008. Of the decrease, $8 million was attributable to the ten additional days in the 2007 period. A decrease in state franchise taxes of $9 million due to the 2007 enactment of the Texas margin tax, which is accounted for as an income tax, was partially offset by a $5 million increase in local franchise fees reflecting increased volumes of electricity delivered. Local franchise fees resulting from the 2006 cities rate settlement totaled $7 million for the nine months ended September 30, 2008 and $5 million for the period from January 1, 2007 through October 10, 2007.

Other income totaled $34 million in 2008 and $3 million in 2007. The 2008 amount reflected accretion of an adjustment (discount) to regulatory assets resulting from purchase accounting.

Other deductions totaled $17 million in 2008 and $27 million in 2007. The 2008 amount includes:

- $13 million in costs as a result of the 2006 settlement with certain cities related to rates, and

- $3 million in equity losses (representing amortization expense) related to the ownership interest in an EFH Corp. subsidiary holding computer software.

The 2007 amount includes:

- $20 million in costs as a result of the 2006 cities rate settlement;

- $3 million in costs related to a cancelled joint venture arrangement, and

- $2 million in equity losses (representing amortization expense) related to the ownership interest in an EFH Corp. subsidiary.

Interest income decreased $10 million, or 23%, to $34 million in 2008. The decrease reflected $4 million in lower earnings on assets held for certain employee benefit plans, a $3 million decrease in reimbursement of transition bond interest from TCEH and $2 million attributable to the ten additional days in the 2007 period.

Interest expense decreased $13 million, or 5%, to $229 million in 2008. The decrease reflected $9 million attributable to the ten additional days in the 2007 period.

EFIHMW00052555

EFIHMW00051935

**PX 030**
**Page 621 of 734**

Table of Contents

Income tax expense totaled $180 million in 2008 compared to $160 million in 2007. The effective income tax rate decreased to 36.8% in 2008 from 37.6% in 2007. The decrease in the effective rate was primarily driven by a decrease in the benefit from the Medicare subsidy for post-employment benefits.

Net income increased $44 million, or 17%, to $309 million driven by increased revenues and higher other income, which reflects the effects of purchase accounting.

*Energy-Related Commodity Contracts and Mark-to-Market Activities*

The table below summarizes the changes in commodity contract assets and liabilities for the periods presented. The net changes in these assets and liabilities, excluding "fair value adjustments", "other activity" and "reclassification" as described below, represent the pretax effect on earnings of positions in the commodity contract portfolio that are marked-to-market in net income (see Note 18 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009). The portfolio consists primarily of economic hedges but also includes trading positions.

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | October 11, 2007 through December 31, 2007 | January 1, 2007 through October 10, 2007 |
| Commodity contract net asset (liability) at beginning of period | $ 430 | $ (1,917) | $ (920) | $ (23) |
| Settlements of positions (a) | (518) | 39 | (87) | (55) |
| Changes in fair value (b) | 1,741 | 2,294 | (1,469) | (757) |
| Fair value adjustments at Merger closing date (c) | — | — | 144 | — |
| Reclassification at Merger closing date (d) | — | — | 400 | — |
| Other activity (e) | 65 | 14 | 15 | (85) |
| Commodity contract net asset (liability) at end of period (f) | $ 1,718 | $ 430 | $ (1,917) | $ (920) |

(a)    Represents reversals of previously recognized unrealized gains and losses upon settlement (offsets realized gains and losses recognized in the settlement period).

(b)    Represents unrealized gains and losses recognized, primarily related to positions in the long-term hedging program (see discussion above under "Long-Term Hedging Program"). Includes gains and losses recorded at contract inception dates (see Note 18 to the EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009).

(c)    Represents purchase accounting adjustments arising primarily from the adoption of fair value accounting (largely nonperformance risk effect).

(d)    Represents reclassification of fair values of derivatives previously accounted for as cash flow hedges.

(e)    These amounts do not represent unrealized gains or losses. Includes initial values of positions involving the receipt or payment of cash or other consideration, generally related to options purchased/sold and physical natural gas exchange transactions. Activity in 2009 included $36 million for the net payment of option premiums, $29 million in natural gas provided under physical gas exchange transactions and $18 million in amortization of derivative liabilities related to settlement of certain multi-year power sales agreements (see Note 18 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009), partially offset by $18 million for expired option premiums. Activity in the 2007 Predecessor period included $257 million (net of amounts settled for $7 million) in liabilities related to certain power sales agreements, net of a $102 million payment related to a structured economic hedge transaction in the long-term hedging program and $64 million in natural gas provided under physical gas exchange transactions.

(f)    2009 amount excludes $4 million in net derivative liabilities related to cash flow hedge positions not marked-to-market in net income.

B-107

EFIHMW00052556

EFIHMW00051935

**PX 030**
**Page 622 of 734**

Table of Contents

In addition to the effect on net income of recording unrealized mark–to–market gains and losses that are reflected in the table above, similar effects arise in the recording of unrealized ineffectiveness gains and losses associated with commodity–related positions accounted for as cash flow hedges. These effects on net income, which include reversals of previously recorded unrealized ineffectiveness gains and losses to offset realized gains and losses upon settlement, are reflected in the balance sheet as changes in cash flow hedge and other derivative assets and liabilities (see Note 18 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009). The total pretax effect of recording unrealized gains and losses in net income related to commodity contracts is summarized as follows:

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | October 11, 2007 through December 31, 2007 | January 1, 2007 through October 10, 2007 |
| Unrealized gains (losses) related to contracts marked–to–market | $  1,223 | $  2,333 | $  (1,556) | $  (812) |
| Ineffectiveness gains (losses) related to cash flow hedges | 2 | (4) | — | 90 |
| Total unrealized gains (losses) related to commodity contracts | $  1,225 | $  2,329 | $  (1,556) | $  (722) |

*Maturity Table*—The following table presents the net commodity contract asset arising from recognition of fair values under mark–to–market accounting as of December 31, 2009, scheduled by the source of fair value and contractual settlement dates of the underlying positions.

| | Maturity dates of unrealized commodity contract asset at December 31, 2009 | | | | |
|---|---|---|---|---|---|
| Source of fair value | Less than 1 year | 1–3 years | 4–5 years | Excess of 5 years | Total |
| Prices actively quoted | $  (63) | $  (92) | $  — | $  — | $  (155) |
| Prices provided by other external sources | 745 | 904 | 143 | — | 1,792 |
| Prices based on models | 39 | (7) | 227 | (178) | 81 |
| Total | $  721 | $  805 | $  370 | $  (178) | $1,718 |
| Percentage of total fair value | 42% | 47% | 21% | (10)% | 100% |

The "prices actively quoted" category reflects only exchange traded contracts for which active quotes are readily available. The "prices provided by other external sources" category represents forward commodity positions valued using prices for which over–the–counter broker quotes are available in active markets. Over–the–counter quotes for power in ERCOT that are deemed active markets (excluding the West zone) generally extend through 2012 and over–the–counter quotes for natural gas generally extend through 2015, depending upon delivery point. The "prices based on models" category contains the value of all nonexchange traded options, valued using option pricing models. In addition, this category contains other contractual arrangements that may have both forward and option components, as well as other contracts that are valued using proprietary long–term pricing models that utilize certain market based inputs. See Note 16 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for fair value disclosures and discussion of fair value measurements.

B–108

EFIHMW00052557

EFIHMW00051935

Table of Contents
COMPREHENSIVE INCOME

Cash flow hedge activity reported in other comprehensive income included (all amounts after–tax):

|  | Successor | | | Predecessor |
|---|---|---|---|---|
|  | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Net increase (decrease) in fair value of cash flow hedges: |  |  |  |  |
| Commodities | $ (20) | $ (8) | $ 5 | $ (288) |
| Financing—interest rate swaps | — | (175) | (182) | — |
|  | (20) | (183) | (177) | (288) |
| Derivative value net losses (gains) reported in net income that relate to hedged transactions recognized in the period: |  |  |  |  |
| Commodities | 11 | 11 | — | (95) |
| Financing—interest rate swaps | 119 | 111 | — | 6 |
|  | 130 | 122 | — | (89) |
| Total income (loss) effect of cash flow hedges reported in other comprehensive income | $ 110 | $ (61) | $ (177) | $ (377) |

All amounts included in accumulated other comprehensive income as of October 10, 2007, which totaled $34 million in net gains, were eliminated as part of purchase accounting.

We have historically used, and expect to continue to use, derivative instruments that are effective in offsetting future cash flow variability in interest rates and energy commodity prices. Amounts in accumulated other comprehensive income include the value of dedesignated and terminated cash flow hedges at the time of such dedesignation/termination, less amounts reclassified to earnings as the original hedged transactions are recognized, unless the hedged transactions become probable of not occurring. The effects of the hedge will be recorded in the statement of income as the hedged transactions are actually settled and affect earnings. Also see Note 18 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009.

B–109

EFIHMW00052558

EFIHMW00051935

PX 030
Page 624 of 734

Table of Contents
FINANCIAL CONDITION

*Liquidity and Capital Resources*

    **Consolidated Cash Flows**—Cash flows from operating, financing and investing activities included:

| | Successor | | | | | Predecessor Period from January 1, 2007 through October 10, 2007 |
| --- | --- | --- | --- | --- | --- | --- |
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Three Months Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Nine Months Ended September 30, 2008 | |
| Cash flows—operating activities | | | | | | |
| Income (loss) from continuing operations | $ 408 | $ (9,998) | $ (9,015) | $ (1,361) | $ (983) | $ 699 |
| Adjustments to reconcile income (loss) from continuing operations to cash provided by (used in) operating activities: | | | | | | |
| Depreciation and amortization | 2,172 | 2,070 | 516 | 568 | 1,554 | 684 |
| Deferred income tax expense (benefit)—net | 253 | (477) | (44) | (736) | (433) | (111) |
| Impairment charges | 124 | 10,071 | 9,570 | — | 501 | — |
| Increase of toggle notes in lieu of cash interest | 511 | — | — | — | — | — |
| Net charges related to cancelled development of generation facilities | — | — | — | 2 | — | 676 |
| Unrealized net (gains) losses from mark-to-market valuations of commodity positions | (1,225) | (2,329) | (2,550) | 1,556 | 221 | 722 |
| Unrealized net (gains) losses from mark-to-market valuations of interest rate swaps | (696) | 1,477 | 1,512 | — | (36) | — |
| Other, net | 196 | 182 | 55 | 16 | 128 | 52 |
| Changes in operating assets and liabilities (including margin deposits) | (32) | 509 | 504 | (495) | 5 | (457) |
| Cash provided by (used in) operating activities | $ 1,711 | $ 1,505 | $ 548 | $ (450) | $ 957 | $ 2,265 |
| Cash flows—financing activities | | | | | | |
| Equity financing from Sponsor Group and other investors | $ — | $ — | $ — | $ 8,236 | $ — | $ — |
| Net issuances, repayments and repurchases of borrowings | 458 | 1,537 | (1,468) | 26,615 | 3,005 | 2,304 |
| Net proceeds from sale of noncontrolling interests | — | 1,253 | 1,253 | — | — | — |
| Common stock dividends paid | — | — | — | — | — | (788) |
| Debt discount, financing and reacquisition expenses | (49) | (21) | (2) | (986) | (19) | (17) |
| Other, net | 13 | 68 | 2 | — | 66 | (105) |
| Cash provided by (used in) financing activities | $ 422 | $ 2,837 | $ (215) | $ 33,865 | $ 3,052 | $ 1,394 |
| Cash flows—investing activities | | | | | | |
| Acquisition of EFH Corp. | $ — | $ — | $ — | $ (32,694) | $ — | $ — |
| Capital expenditures, including purchases of mining-related assets and nuclear fuel | (2,545) | (3,015) | (810) | (716) | (2,205) | (2,542) |
| Investment posted with derivative counterparty | (400) | — | — | — | — | — |
| Reduction of (proceeds from) TCEH senior secured letter of credit facility deposited with bank | 115 | — | — | (1,250) | — | — |
| Other, net | 197 | 81 | 250 | 97 | (169) | 259 |
| Cash used in investing activities | $ (2,633) | $ (2,934) | $ (560) | $ (34,563) | $ (2,374) | $ (2,283) |

B–110

EFIHMW00052559

EFIHMW00051935

**Table of Contents**
*Year Ended December 31, 2009 Compared to Year Ended December 31, 2008*—Cash provided by operating activities totaled $1.711 billion in 2009 compared to $1.505 billion in 2008. The $206 million increase reflected:

- a $489 million decrease in cash interest paid due to the payment of approximately $465 million of interest with an increase in toggle notes instead of cash as discussed under "Toggle Notes Interest Election" below, and

- a $57 million favorable impact of timing of advanced metering surcharges,

partially offset by a $347 million decrease in net margin deposits received primarily due to the effects of forward natural gas prices on positions in the long–term hedging program.

*Three Months Ended December 31, 2008 Compared to Successor Period from October 11, 2007 through December 31, 2007*—Cash provided by operating activities totaled $548 million in the three months ended December 31, 2008 compared to cash used in operating activities of $450 million in the Successor period from October 11, 2007 through December 31, 2007. The $998 million increase reflects a $1.445 billion favorable change in net margin deposits primarily due to the effect of lower forward natural gas prices on positions in the long–term hedging program and a $143 million favorable change in income taxes paid due to a refund received in 2008, partially offset by a $737 million increase in cash interest payments.

*Nine Months Ended September 30, 2008 Compared to Predecessor Period from January 1, 2007 through October 10, 2007*—Cash provided by operating activities totaled $957 million in the nine months ended September 30, 2008 compared to $2.265 billion in the Predecessor period from January 1, 2007 through October 10, 2007. The $1.308 billion decrease reflected a $1.588 billion increase in cash interest payments, partially offset by a $333 million favorable change in margin deposits primarily due to the effect of lower forward natural gas prices on hedge positions.

The decline in capital spending for the year ended December 31, 2009 as compared to the year ended December 31, 2008 primarily reflected a decrease in spending related to the construction of new generation facilities, which is nearing completion, partially offset by capital expenditures in the regulated business for advanced metering deployment and CREZ. Capital expenditures in 2009 totaled $1.324 billion in the Competitive Electric segment and $998 million in the Regulated Delivery segment.

Depreciation and amortization expense reported in the statement of cash flows exceeded the amount reported in the statement of income by $418 million, $460 million, $123 million, $153 million, $337 million and $50 million for the years ended December 31, 2009 and December 31, 2008, the three months ended December 31, 2008, the period from October 11, 2007 through December 31, 2007, the nine months ended September 30, 2008 and the Predecessor period from January 1, 2007 through October 10, 2007, respectively. For the 2007 Predecessor period, this difference represented amortization of nuclear fuel, which is reported as fuel costs in the statement of income consistent with industry practice. For the 2009, 2008 and 2007 Successor periods, this difference also represented amortization of intangible net assets and debt fair value discounts arising from purchase accounting that is reported in various other income statement line items including operating revenues, fuel and purchased power costs, other income and interest expense.

B–111

EFIHMW00052560

EFIHMW00051935

Table of Contents

*Debt Financing Activity*—Activities related to short-term borrowings and long-term debt during the year ended December 31, 2009 are as follows (all amounts presented are principal, and repayments and repurchases, including exchanges, include amounts related to capital leases and exclude amounts related to debt discount, financing and reacquisition expenses):

|  | Borrowings (a) | Repayments and Repurchases (b) |
|---|---|---|
| TCEH | $ 739 | $ 415 |
| EFCH | — | 7 |
| EFIH | 141 | — |
| EFH Corp. | 424 | 227 |
| Oncor | — | 104 |
| Total long-term | 1,304 | 753 |
| TCEH | 53 | — |
| Oncor | 279 | — |
| Total short-term (c) | 332 | — |
| Total | $ 1,636 | $ 753 |

(a)   Includes $782 million of noncash principal increases consisting of: $309 million of EFH Corp. Toggle Notes and $202 million of TCEH Toggle Notes in May and November 2009 in payment of accrued interest as discussed below under "Toggle Notes Interest Election," $256 million of EFH Corp. and EFIH notes issued in debt exchanges as discussed in Note 12 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 and $15 million related to capital leases.

(b)   Includes $357 million of noncash retirements as a result of debt exchanges discussed in Note 12 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009.

(c)   Short-term amounts represent net borrowings/repayments.

See Note 12 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for further detail of long-term debt and other financing arrangements.

We, our affiliates or our agents may from time to time purchase our outstanding debt securities for cash in open market purchases or privately negotiated transactions or pursuant to a Section 10b-5(1) plan, or we may refinance existing debt securities. We will evaluate any such transactions in light of market prices of the securities, taking into account liquidity requirements and prospects for future access to capital, contractual restrictions and other factors. The amounts involved in any such transactions, individually or in the aggregate, may be material. See Note 12 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 for discussion of debt exchange offers completed in November 2009.

B-112

EFIHMW00052561

EFIHMW00051935

PX 030
Page 627 of 734