| | |
|---|---|
| **From:** | Shriram Bhashyam <Shriram.Bhashyam@Shearman.com> |
| **Sent:** | Tuesday, August 17, 2010 2:27 AM |
| **To:** | Houston, Iman <ihouston@velaw.com>; Wright, Andy <Andrew.Wright@energyfutureholdings.com>; 'Degeyter, Brock' <Brock.Degeyter@energyfutureholdings.com>; Santos, Greg <Gregory.Santos@energyfutureholdings.com>; Little, Rob <rlittle@velaw.com>; Blackmer, Jason <jblackmer@velaw.com>; Jimenez, Dora <djimenez@stblaw.com>; Davis, Kirsten L <kdavis@stblaw.com>; Tolley III, Ed P <etolley@stblaw.com>; julie.hoffman-ramos@bnymellon.com; Elkin, Jeff <JElkin@winston.com>; Lobrano, John D <jlobrano@stblaw.com> |
| **Cc:** | Lona Nallengara <LNallengara@Shearman.com>; Corey Reis <Corey.Reis@Shearman.com>; Christine Kim <Christine.Kim@Shearman.com>; David Ni <David.Ni@Shearman.com> |
| **Subject:** | EFH - Executed Indenture |
| **Attach:** | EFH - Executed Indenture (August 2010).pdf |

All,

Please find attached the executed Indenture. Please note that the version earlier distributed was based off a prior version of the Indenture (version 7), and the one attached hereto reflects the execution version (version 8) that was signed-off upon and circulated this afternoon.

Thanks,

**Shriram Bhashyam**
Associate | Capital Markets

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
D +1 212.848.7110 | F +1 646.848.7110
shriram.bhashyam@shearman.com | www.shearman.com

MOLDOVAN
PLAINTIFF'S EXHIBIT
10
11/20/14  KRB

Confidential                    EFIHMW00144188

EFIHMW00144188

**PX 032**
**Page 1 of 1**