OFFICERS' CERTIFICATE

OF

ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC

August 17, 2010

      The undersigned, Paul M. Keglevic, does hereby certify that he is the Executive Vice President and Chief Financial Officer of Energy Future Intermediate Holding Company LLC, a Delaware limited liability company ("EFIH"). The undersigned, Anthony R. Horton, does hereby certify that he is the Senior Vice President and Treasurer of EFIH. Pursuant to Section 5(e) of the Dealer Manager Agreement, dated July 16, 2010 (the "Dealer Manager Agreement"), among Energy Future Holdings Corp., EFIH, EFIH Finance Inc. and the Dealer Managers identified therein, each of the above officers does hereby certify, in his capacity as such officer, on behalf of EFIH, that he has examined the Offer Material and the Dealer Manager Agreement and that:

      1.    the representations and warranties of EFIH in the Dealer Manager Agreement are true and correct in all material respects as if made on the Exchange Date (unless such representation or warranty speaks only as of a certain date, in which case such representation and warranty need only be true as of such date), and EFIH has in all material respects performed all covenants and agreements and satisfied all conditions on its part to be performed or satisfied at or prior to the Exchange Date (after giving effect to the Exchange Offers and the other transactions contemplated by the Offer Material);

      2.    subsequent to the respective dates as of which information is given in the Preliminary Prospectus, the Disclosure Package and the Prospectus, there has not been any event or development with respect to EFIH and EFIH's consolidated subsidiaries, considered as one entity, that would reasonably be expected to result in a Material Adverse Effect, otherwise than as set forth or contemplated in the Preliminary Prospectus, the Disclosure Package and the Prospectus; and

      3.    the Registration Statement has been declared effective by the Commission, and no stop order suspending the effectiveness of the Registration Statement is in effect and no proceedings for such purpose are pending before or, to knowledge of EFIH, threatened by the Commission.

      Capitalized terms used but not defined herein shall have the meanings ascribed thereto in the Dealer Manager Agreement.



DEPOSITION EXHIBIT
Keglevic
/|\/
GAIL F. SCHORR, C.S.R., C.R.R.

US 502369v.2

Highly Confidential

       IN WITNESS WHEREOF, the undersigned have executed this Officers' Certificate as of the date first written above.

ENERGY FUTURE INTERMEDIATE
HOLDING COMPANY LLC

By: _____
Name: Paul M. Keglevic
Title:  Executive Vice President
        and Chief Financial Officer

By: _____
Name: Anthony R. Horton
Title:  Senior Vice President and Treasurer

SIGNATURE PAGE TO
OFFICERS' CERTIFICATE OF
ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC

Highly Confidential       EFIHMW00090976

**PX 034
Page 2 of 2**