Confidential

**Energy Future Holdings**

1601 Bryan Street
Dallas, Texas 75201-3411

Andrew M. Wright        T 214.812.6038
Vice President and Associate   C 214.587-6500
General Counsel         F 214.812.4072
Legal                   awright@energyfutureholdings.com

August 17, 2010

Citigroup Global Markets Inc.
390 Greenwich Street, 4th Floor
New York, New York 10013

Goldman, Sachs & Co.
200 West Street
New York, New York 10282-2198

Banc of America Securities LLC
Credit Suisse Securities (USA) LLC
J.P. Morgan Securities Inc.
Morgan Stanley & Co. Incorporated

c/o Citigroup Global Markets Inc.
390 Greenwich Street, 4th Floor
New York, New York 10013

Ladies and Gentlemen:

I am the Vice President and Associate General Counsel of EFH Corporate Services Company, a wholly-owned subsidiary of Energy Future Holdings Corp. ("EFH Corp."). As such, I have acted as counsel to EFH Corp., Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc. ("EFIH Finance," and together with EFIH, the "Offeror") in connection with (i) the offers by the Offeror to exchange the notes listed on Schedule I hereto (collectively, the "Old Notes") validly tendered and not validly withdrawn, for 10.000% Senior Secured Notes due 2020 of EFIH and EFIH Finance (the "New EFIH Senior Secured Notes") and (ii) EFH Corp.'s solicitation of consents to the adoption of proposed amendments to the indenture governing the Old Notes. Capitalized terms used in this opinion and not defined herein shall have the respective meanings assigned thereto in the Dealer Manager Agreement, dated July 16, 2010, among EFH Corp., EFIH, EFIH Finance and you, as dealer managers (the "Dealer Manager Agreement"). This opinion is delivered to you pursuant to Section 5(a)(iv) of the Dealer Manager Agreement.

EFIHMW00144481

Confidential

Page 2

I have examined the Preliminary Prospectus dated July 16, 2010, and the Preliminary Prospectus, dated August 2, 2010 (collectively, the "Preliminary Prospectus") and the Prospectus dated August 13, 2010 (the "Prospectus").

Based upon, and subject to, the limitations and qualifications stated below, I am of the opinion that, as of the date hereof, other than as disclosed in the Preliminary Prospectus and the Prospectus, (i) to my knowledge, there is no action, suit or proceeding now pending before or by any court, arbitrator or governmental agency, body or official to which EFH Corp. or the Offeror is a party or to which the business, assets or property of EFH Corp. or the Offeror is subject, and (ii) to my knowledge, no action, suit or proceeding is currently threatened in writing to which EFH Corp. or the Offeror would be a party or to which the business, assets or property of EFH Corp. or the Offeror would be subject, that in each case of (i) or (ii) could reasonably be expected to result in a Material Adverse Effect or could reasonably be expected to result in a material adverse effect on the performance by EFH Corp., EFIH and EFIH Finance of the Dealer Manager Agreement and the Transaction Documents, the issuance of the New EFIH Senior Secured Notes or the consummation of any of the transactions contemplated thereby or described in the Preliminary Prospectus and the Prospectus (exclusive of any amendment or supplement thereto).

I am a member of the Bar of the State of Texas. I do not express any opinion herein concerning any law other than the law of the State of Texas and the federal law of the United States. I have relied as to various questions of fact upon representations and warranties made by EFH Corp. and the Offeror contained in the Dealer Manager Agreement and upon certificates of officers of EFH Corp. and the Offeror furnished pursuant to the Dealer Manager Agreement. In addition, I have examined, and have relied as to matters of fact upon, the documents delivered to you at closing and originals, or duplicates or certified or conformed copies, of such corporate records, agreements, documents and other instruments and such certificates or comparable documents of public officials and of officers and representatives of EFH Corp. and the Offeror and have made such other investigations as I have deemed relevant and necessary in connection with the opinion hereinafter set forth.

This opinion is limited to the laws and facts in effect on the date hereof. I disclaim any obligation to advise you of facts, circumstances, events or developments that hereafter may be brought to my attention and that might alter, affect or modify the opinion expressed herein.

This opinion is given to you solely for the use of the Dealer Managers in connection with the Dealer Manager Agreement and the transactions contemplated therein and may not be relied upon by (or delivered to) any other person.

Sincerely,

*Andrew M. Wright*
Andrew M. Wright
Vice President and Associate General Counsel
EFH Corporate Services Company

EFIHMW00144482

EFIHMW00144481
PX 036
Page 2 of 3

Confidential

SCHEDULE I

| Outstanding Principal Amount (in thousands) | Issuer | Title of Securities |
|---|---|---|
| $1,787,000 | Energy Future Holdings Corp. | 10.875% Senior Notes due 2017 |
| $2,705,000 | Energy Future Holdings Corp. | 11.250%/12.000% Senior Toggle Notes due 2017 |

EFIHMW00144483

SCHEDULE I

EFIHMW00144481
**PX 036**
**Page 3 of 3**