| | |
|---|---|
| **From:** | julie.hoffman-ramos@bnymellon.com |
| **Sent:** | Thursday, October 7, 2010 2:38 PM |
| **To:** | Andrew.Wright@energyfutureholdings.com; Panossian, Armen <apanossian@oaktreecapital.com>; Brock.Degeyter@energyfutureholdings.com; Steinhardt, Brian M <BSteinhardt@STBLAW.com>; Rogers, Chris <crogers@velaw.com>; Jimenez, Dora <djimenez@stblaw.com>; Hepler, Erik <EHepler@STBLAW.com>; Tolley III, Ed P <etolley@stblaw.com>; Maguire, George E.B. <gebmaguire@debevoise.com>; Gregory.Santos@energyfutureholdings.com; Ascenzo, John R. <jascenzo@velaw.com>; jelkin@winston.com; Stout, Joan M. <jmstout@debevoise.com>; Davis, Kirsten L <KDavis@STBLAW.com>; To, My Chi <mcto@debevoise.com>; Ebel, Oran M. <oebel@debevoise.com>; Little, Rob <rlittle@velaw.com>; Guo, Wei <WGuo@stblaw.com> |
| **Subject:** | Fw: TXU - GMAM |
| **Attach:** | TXU-Legal Names.xls; TXU Holdings as of 9.10.10(condensed)-1.xlsx |

FYI

**Julie Hoffman-Ramos, Senior Associate** ◆ The Bank of New York Mellon
The Bank of New York Trust Company, N.A. 601 Travis Street, 16th Floor Houston, TX 77002 ◆ Tel 713.483.6563 ◆ Fax 713.483.6954 ◆ julie.hoffman-ramos@bnymellon.com

----- Forwarded by Julie Hoffman-Ramos/TX/DOMESTIC/BNY on 10/07/2010 09:37 AM -----

| | |
|---|---|
| From: | "Han, Grace" <ghan@oaktreecapital.com> |
| To: | "julie.hoffman-ramos@bnymellon.com" <julie.hoffman-ramos@bnymellon.com> |
| Cc: | "Park, Victoria" <vpark@oaktreecapital.com>, "Castro, Genevieve" <gcastro@oaktreecapital.com> |
| Date: | 10/07/2010 08:36 AM |
| Subject: | TXU - GMAM |

Julie,

We just noticed that on the spreadsheet was incorrect for GMAM. I☐m not sure where the type-o occurred, but the custodian bank for this account has always been State Street. Attached is an amended Appendix A along with my original email to Armen with our separate accounts.

Please make the changes ASAP as this set-up is failing on DTC.

Regards,

**Grace Han**
*Senior Administrator*
*Marketable Securities Operations*

Oaktree Capital Management, L.P.
333 S. Grand Avenue, 28th Floor

MOLDOVAN
PLAINTIFF'S EXHIBIT
23
11/20/14  KRB

Highly Confidential

EFIHMW00084711

PX 038
Page 1 of 5

Los Angeles, CA 90071

*p* +213-830-6243  *f* +213-830-6291
www.oaktreecapital.com
ghan@oaktreecapital.com
----- Message from "Han, Grace" <ghan@oaktreecapital.com> on Thu, 16 Sep 2010 10:45:39 -0700 -----

**To:** "Panossian, Armen" <apanossian@oaktreecapital.com>, "Castro, Genevieve" <gcastro@oaktreecapital.com>, "Scott, Regan" <rscott@oaktreecapital.com>

**cc:** "Scott, Regan" <rscott@oaktreecapital.com>, "Carlisle, Mel" <mcarlisle@oaktreecapital.com>, "Park, Victoria" <vpark@oaktreecapital.com>

**Subject:** RE: TXU exchange

Hi Armen,

Please see attached. Should I send legal a copy of this directly? If so, which lawyer should get a copy?

**Grace Han**
*p* +213-830-6243  *f* +213-830-6291
ghan@oaktreecapital.com

**From:** Panossian, Armen
**Sent:** Thursday, September 16, 2010 10:38 AM
**To:** Castro, Genevieve; Scott, Regan
**Cc:** Scott, Regan; Carlisle, Mel; Park, Victoria; Han, Grace
**Subject:** RE: TXU exchange

For the High Yield managed funds, the lawyers are telling me we need the full legal name for each of the managed accounts, not just the shortened names that were in the spreadsheet that I received. Can someone please send?

Thanks,
Armen

**From:** Castro, Genevieve
**Sent:** Monday, September 13, 2010 2:05 PM
**To:** Panossian, Armen
**Cc:** Scott, Regan; Carlisle, Mel; Park, Victoria; Han, Grace
**Subject:** RE: TXU

Attached is the information for the Distressed Debt Holdings.

**Genevieve Castro**
*p* +213-830-6218  *f* +213-830-6291
gcastro@oaktreecapital.com

**From:** Panossian, Armen
**Sent:** Monday, September 13, 2010 6:30 AM
**To:** Castro, Genevieve
**Cc:** Scott, Regan; Carlisle, Mel
**Subject:** FW: TXU

Genevieve,

We are in discussions with TXU regarding exchanging certain unsecured notes into new secured notes. We are going to exchange all of our 10.25% TCEH bonds (2 series) and our 10.5% TCEH bonds into new 2nd lien notes at the Company. The High Yield group is going to do the same.

Could you please provide us the following information for our holdings:

1. Name of Oaktree entities holding these securities
2. Name and principal amount by cusip by fund
a. Cusips are: 882330AF0, 882330AG8, 882330AH6
3. DTC participant numbers for each fund that currently holds the existing unsecured notes.

Thanks,
Armen

**From:** To, My Chi [mailto:mcto@debevoise.com]
**Sent:** Sunday, September 12, 2010 10:07 PM
**To:** Panossian, Armen; Maguire, George E.B.
**Cc:** O'Leary, Robert; Graves, Scott; Ebel, Oran M.
**Subject:** TXU

A. Note Description & Intercreditor Agreement

I reviewed the docs quickly tonight and will give them a more careful read in the morning. How about speaking at 12:15 pm ET?

On two key points previously discussed with Armen:

Right to receive makewhole in bankruptcy: Based on the description of notes, the makewhole provisions in the new second lien indenture mirror those in the existing TCEH bond indenture. As noted in my email to Armen (attached for your reference), second lien noteholders will only be entitled to receive a makewhole in the event of a refinancing in bankruptcy to the extent that they are oversecured.

Rights with respect to DIP & 363 sale: Under the intercreditor agreement, second lien noteholders waive their right to object to any DIP, use of cash collateral or 363 sale supported by the first lien creditors. There is no reservation of second lien noteholders' right to credit bid. Second lien noteholders cannot offer their own DIP (or support a third party DIP provider) without the consent of the first lien creditors.

B. Exchange Agreement

Attached are our comments on the draft exchange agreement.

Here is a list of items to be provided/confirmed by Oaktree for this document:

? Name of Oaktree entity holding Exchange Securities
? Name, principal amount and CUSIP number of (1) Exchange Securities and (2) New Securities (Appendix A)
? Formula to calculate accrued interest payable at closing (☐1(a)(B))
? DTC participant number for issuance of New Securities (Appendix B)
? Closing Date (☐1(b))
? Accuracy of all reps (☐2)
? Notice information for Oaktree (☐6)

We indicated in footnotes in the draft a few questions/requests for the company (copied below for your reference):

Highly Confidential

EFIHMW00084713

**PX 038**
**Page 3 of 5**

? Please add TCEH Finance, Inc. as a party to the Exchange Agreement and make appropriate references to TCEH Financing, Inc. throughout (e.g., ☐3(f)) since it will be issuing the New Securities along with the Company
? Will the New Securities be issued under the same indenture as the new second lien notes issued for cash or a different indenture?
? Please provide copies of the letter agreement and registration rights agreement referred to in ☐2(k) and the form of the New Securities Supplemental Indenture referred to in ☐3(e)

Finally, we will ask Peter Furci to review the OID languagein ☐2(i).

My Chi

---

**From:** Panossian, Armen [mailto:apanossian@oaktreecapital.com]
**Sent:** Sunday, September 12, 2010 9:45 PM
**To:** Maguire, George E.B.; To, My Chi
**Cc:** O'Leary, Robert; Graves, Scott
**Subject:** Re: R: Fw: TCEH Documents

I was able to open it. This will still be a private exchange that is going to be concurrent with the new issue.

Company plans to launch the drive-by on Tuesday.

---

**From:** Maguire, George E.B.
**To:** Panossian, Armen; To, My Chi
**Cc:** O'Leary, Robert; Graves, Scott
**Sent:** Sun Sep 12 18:07:58 2010
**Subject:** R: Fw: TCEH Documents

Armen,

I am unable to open the Description of Notes at least on my blackberry -- unrecognized format. Can you open?

Is the plan still that this is done as a private exchange and not an open exchange offer?

I will be tied up until noon tomorrow. I do not know My Chi's schedule.

-- George

----- Messaggio originale -----
Da: Panossian, Armen <apanossian@oaktreecapital.com>
A: Maguire, George E.B.; To, My Chi
Cc: O'Leary, Robert <roleary@OakTreeCapital.com>; Graves, Scott <sgraves@oaktreecapital.com>
Inviato: Sun Sep 12 20:58:26 2010
Oggetto: Fw: TCEH Documents

TCEH intercreditor and 2nd lien notes description attached.

Let's discuss on Monday as soon as you have had an opportunity to review.

Highly Confidential

EFIHMW00084714

From: Horton, Tony
To: Panossian, Armen
Cc: Moldovan, Kris
Sent: Sun Sep 12 17:46:41 2010
Subject: FW: TCEH Documents

Armen,

Apologies for the long lead time, but please find attached the relevant documents for the TCEH new issuance. We are available to discuss any questions.

Thanks again

From: Santos, Greg
Sent: Sunday, September 12, 2010 6:41 PM
To: Horton, Tony
Cc: Wright, Andy
Subject: TCEH Documents

Tony:

Attached please find the draft Description of Notes and Intercreditor Agreement. Call with questions. Thanks.

Greg

Confidentiality Notice: This email message, including any attachments, contains or may contain confidential information intended only for the addressee. If you are not an intended recipient of this message, be advised that any reading, dissemination, forwarding, printing, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply message and delete this email message and any attachments from your system.


Information Classification: Highly Confidential
The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.