




# Texas Competitive Electric Holdings Company
# $300 Million Senior Secured 2nd Lien Notes

### Investor Presentation
### October 2010

Highly Confidential

EFIHMW00014958
**PX 039
Page 1 of 18**

## Safe Harbor Statement

This presentation contains forward-looking statements. All statements, other than statements of historical facts, that are included in this presentation, or made in response to questions or otherwise, that address activities, events or developments that Texas Competitive Electric Holdings Company LLC ("TCEH") expects or anticipates to occur in the future, including such matters as projections, liquidity, dividends, capital allocation, capital projects and expenditures, business strategy, competitive strengths, goals, acquisitions or dispositions, development or operation of power generation assets, regulatory matters, market and industry developments, commodity prices and market heat rates, and the growth of TCEH's business and operations (often, but not always, through the use of words or phrases such as "intends," "plans," "will likely result," "are expected to," "will continue," "is anticipated," "estimated," "should," "projection," "target," "goal," "objective," and "outlook"), are forward-looking statements. Although TCEH believes that, in making any such forward-looking statements, its expectations are based on reasonable assumptions, any such forward-looking statement involves risks and uncertainties that could cause actual results to differ materially from management's current projections, forecasts, estimates and expectations. As parent of TCEH and guarantor of certain TCEH securities, any such forward-looking statement is qualified in its entirety by reference to the discussion of risk factors contained in Energy Future Competitive Holdings Company's ("EFCH") filings with the Securities and Exchange Commission and the Offering Memorandum related hereto. Any forward-looking statement speaks only as of the date on which it is made, and except as may be required by applicable law, TCEH (and EFCH) undertakes no obligation to update any forward-looking statement to reflect events or circumstances after the date on which it is made or to reflect the occurrence of unanticipated events. New factors emerge from time to time, and it is not possible for TCEH (or EFCH) to predict all of them; nor can TCEH (or EFCH) assess the impact of each such factor or the extent to which any factor, or combination of factors, may cause results to differ materially from those contained in any forward-looking statement. You should not unduly rely on such forward-looking statements.

<u>Regulation G</u>
This presentation includes certain non-GAAP financial measures. A reconciliation of these measures to the most directly comparable GAAP measures is included in the appendix to this presentation.

2

## Offering Summary

| | |
|---|---|
| Issuer | Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. |
| Issue | $300 Million Senior Secured Second Lien Notes |
| Guarantors | Guaranteed on a senior basis, jointly and severally, by Energy Future Competitive Holdings Company ("EFCH") and each subsidiary of TCEH that guarantees the TCEH Senior Secured Credit Facilities (the "Subsidiary Guarantors") |
| Security | Secured by second priority liens on substantially all of the tangible and intangible assets of TCEH and the Subsidiary Guarantors that secure obligations under the TCEH Senior Secured Credit Facilities (to exclude any equity interests that would trigger additional SEC reporting requirements) |
| Tenor | ~ 10 years – Maturing in 2021 |
| Coupon Frequency | 4 quarterly payments per annum |
| Call Protection | NC-5 (subject to make-whole), callable thereafter at a premium declining to par |
| Equity Clawback | 35% at par plus coupon for the first 3 years |
| Change of Control | Investor put at 101%, plus accrued interest |
| Covenants | Substantially similar to recently issued TCEH Senior Secured Second Lien Notes |
| Use of Proceeds | For payment, repayment, prepayment or repurchase of term loans under the TCEH Senior Secured Credit Facilities and/or TCEH 2015/2016 LBO Notes, which may include repurchase of TCEH 2015/2016 Notes in connection with this offering, including from the initial purchasers |
| Escrow Arrangement | Net proceeds to be held in escrow prior to release for permitted use |
| Expected Ratings | CCC/Caa2/B |
| Distribution | Reg. S / 144A with registration rights |

3

Highly Confidential

EFIHMW00014960

PX 039
Page 3 of 18



Highly Confidential

EFIHMW00014961

**PX 039
Page 4 of 18**



New notes will be issued at EFH Corp.
EFH Corp. currently has ~$0.1 bn of secured debt which will grow to ~$0.4 bn through this issuance
New notes will be guaranteed by EFIH and EFCH
The EFIH guarantee will be secured by a first lien pledge of EFIH's membership interests in Oncor Electric Delivery Holdings
The EFCH guarantee will be unsecured

## Investment Highlights

### TCEH (Issuer of $300 Million Senior Secured Second Lien Notes)

| | |
|---|---|
| Security | • The new notes will be secured by a second lien on substantially all of the tangible and intangible assets of TCEH and the Subsidiary Guarantors that secure TCEH's Senior Secured Credit Facilities |
| | • Net proceeds to be held in escrow prior to release for permitted use |
| Largest Power Generation in Texas | • Unregulated generation business with substantial baseload capacity |
| | • 1,380 MWs of new baseload generation on line and additional 800 MWs reached substantial completion in June 2010 |
| | • Low cost lignite reserves |
| | • Nuclear development expansion opportunities |
| Largest Electricity Retailer in Texas | • Strong customer value proposition and high brand recognition in Texas |
| | • Competitive retail prices with innovative products and services |
| | • Leverages TCEH risk management and liquidity efficient capital structure |
| Strong liquidity profile | • As of June 30, 2010, TCEH's consolidated available liquidity totaled $2.4 billion |

6

Highly Confidential



Luminant results are primarily driven by the strength of its baseload generating assets and a liquidity-light natural gas hedging program which provides cash flow security
Nuclear: 2,300 MWs
Existing lignite/coal: 5,837 MWs
New build lignite/coal: 2,181 MWs
Oak Grove 1 and Sandow 5 have achieved substantial completion and Oak Grove 2 is on-schedule to achieve substantial completion in mid-2010
Margins at Luminant are further supported by its low-cost lignite reserves from Luminant mines in a market in which natural gas generally sets the marginal price of electricity





TXU Energy is the largest retail electricity provider in the ERCOT market and has maintained its market share since 2006
TXU Energy should benefit from projected demand growth from 2007-2017 in the ERCOT market which exceeds the US Average

Highly Confidential

EFIHMW00014966

## TXU Energy Operational Results



### Q2 10 Results

- Lower residential sales volumes driven by lower customer counts partially offset by slightly warmer weather in Q2 10 compared to Q2 09
- Business load growth attributable to new customers and slightly improved economy
- Lower residential customer counts reflect competitive activity in the marketplace

Retail electricity sales volumes by customer class; GWh



|  | Q2 09 | Q2 10 | YTD 09 | YTD 10 |
|---|---|---|---|---|
| Total | 12,543 | 12,766 | 23,450 | 24,986 |

Legend: SMB[1], LCI[2], Residential

*Volume increases due to weather and improved economy*

Total residential customers
End of period, thousands





| Q1 10 | Q2 10 | Q2 09 | Q2 10 |
|---|---|---|---|
| 1,849 | 1,830 | 1,911 | 1,830 |

*Continued strong competitive activity*

[1] SMB – small business
[2] LCI - large commercial and industrial
[3] Latest twelve months

10



Highly Confidential

EFIHMW00014968

PX 039
Page 11 of 18



Includes amortization of the TCEH Term Loans and additional debt issued in May and November 2009 and May 2010 related to the PIK election of the EFH and TCEH Toggle Notes; excludes unamortized discounts and premiums.
June 30, 2010 balances adjusted to include the effects of the various private exchanges and open market repurchases that closed in July 2010 and the ongoing Magellan exchange, assuming 80% pro rata participation.
Excludes the Deposit Letter of Credit Facility maturing in 2014.

Energy Future Holdings

TXU energy    Luminant    ONCOR

# Appendix

Highly Confidential

## EFCH Pro Forma Capitalization

| ($ millions) | As of 6/30/10 | As Adjusted[1] | As Further Adjusted for New 2nd Lien Notes |
|---|---|---|---|
| Cash and cash equivalents[2] | $85 | $66 | $66 |
| **Debt:** | | | |
| **EFCH:** | | | |
| 10.875% EFH Corp. Senior Notes due 2017[3] | $906 | $180 | $180 |
| 11.250%/12.000% EFH Corp. Senior Toggle Notes due 2017[3] | 1,379 | 269 | 269 |
| 9.75% EFH Corp. Senior Secured Notes due 2019[3] | 58 | 58 | 58 |
| 10.000% EFH Corp. Senior Secured Notes due 2020[3] | 92 | 328 | 328 |
| Other secured debt | 99 | 99 | 99 |
| Other unsecured debt | 9 | 9 | 9 |
| Unamortized fair value discount | (10) | (10) | (10) |
| Total EFCH debt | 2,533 | 933 | 933 |
| **TCEH:** | | | |
| Senior Secured Credit Facilities[4] | 22,036 | 22,036 | 22,036 |
| 10.25% Senior Notes due 2015[5] | 3,000 | 2,671 | 2,671 |
| 10.25% Senior Notes due 2015, Series B[5] | 2,000 | 1,906 | 1,906 |
| 10.50/11.25% Senior Toggle Notes due 2016[5] | 2,062 | 2,007 | 2,007 |
| 15.00 Senior Secured Second Lien Notes due 2021[6] | – | 336 | 336 |
| New Senior Secured Second Lien Notes due 2021 | – | – | 300 |
| Other secured debt[7] | 283 | 283 | 283 |
| Other unsecured debt | 1,540 | 1,540 | 1,540 |
| Unamortized fair value discount | (143) | (143) | (143) |
| Total TCEH debt | 30,778 | 30,636 | 30,936 |
| Total consolidated debt | 33,311 | 31,569 | 31,869 |
| EFCH shareholder's equity | (4,248) | (2,589) | (2,589) |
| Noncontrolling interests in subsidiaries | 69 | 69 | 69 |
| Total capitalization | $29,132 | $29,049 | $29,349 |

1. Adjusted for debt exchange and repurchase transactions in Q3 2010 as disclosed in EFCH's Form 10-Q for Q2 2010 and the debt exchange transaction completed by TCEH and disclosed in EFCH's Form 8-K filed on October 8, 2010.
2. As Adjusted cash and cash equivalents reflects accrued interest paid on TCEH 2015/2016 Notes acquired in the October 6, 2010 exchange transaction described under "Recent Developments - Recent Private Debt Exchange Transaction." As Further Adjusted does not include the proceeds from the issuance of the notes offered hereby because they will be held and reported as restricted cash.
3. Represents 50% of the principal amount of certain EFH Corp. debt that is guaranteed by EFCH (pushed-down debt), as discussed in Note 4 to EFCH's financial statements included in the EFCH June 30, 2010 Form 10-Q.
4. Includes $20 million principal amount held by EFH Corp.
5. Includes, collectively $386 million aggregate principal amount held by EFH Corp. and EFIH.
6. New notes issued in private exchange transaction.
7. Includes $158 million of funding under the accounts receivable securitization program.

14

Highly Confidential

EFIHMW00014971

PX 039
Page 14 of 18

## Financial Definitions

| Measure | Definition |
|---|---|
| GAAP | Generally accepted accounting principles. |
| EBITDA (non-GAAP) | Net income (loss) from continuing operations before interest expense and related charges, and income tax expense (benefit) plus depreciation and amortization. |
| Adjusted EBITDA (non-GAAP) | EBITDA adjusted to exclude interest income, noncash items, unusual items, interest income, income from discontinued operations and other adjustments allowable under the TCEH senior indentures. Adjusted EBITDA plays an important role in respect of certain covenants contained in these indentures. Adjusted EBITDA is not intended to be an alternative to GAAP results as a measure of operating performance or an alternative to cash flows from operating activities as a measure of liquidity or an alternative to any other measure of financial performance presented in accordance with GAAP, nor is it intended to be used as a measure of free cash flow available for discretionary use, as the measure excludes certain cash requirements such as interest payments, tax payments and other debt service requirements. Because not all companies use identical calculations, Adjusted EBITDA may not be comparable to similarly titled measures of other companies. |
| Purchase Accounting | The purchase method of accounting for a business combination as prescribed by GAAP, whereby the purchase price of a business combination is allocated to identifiable assets and liabilities (including intangible assets) based upon their fair values. The excess of the purchase price over the fair values of assets and liabilities is recorded as goodwill. Depreciation and amortization due to purchase accounting represents the net increase in such noncash expenses due to recording the fair market values of property, plant and equipment, debt and other assets and liabilities, including intangible assets such as emission allowances, customer relationships and sales and purchase contracts with pricing favorable to market prices at the date of the Merger. Amortization is reflected in revenues, fuel, purchased power costs and delivery fees, depreciation and amortization and interest expense in the income statement. |

15

**Table 1: TCEH Selected Preliminary Financial Data**
**Three and Twelve Months Ended September 30, 2010 and 2009**
**$ millions**

| Factor | Q3 10 | Q3 09 | TTM 10[1] | TTM 09[1] |
|---|---|---|---|---|
| Net income (loss) | (3,690) | (25) | (3,430) | (7,559) |
| Income tax expense (benefit) | 214 | (11) | 377 | 343 |
| Interest expense and related charges | 852 | 770 | 3,017 | 3,492 |
| Depreciation and amortization | 345 | 303 | 1,337 | 1,127 |
| **EBITDA** | **(2,279)** | **1,037** | **1,301** | **(2,597)** |
| Adjustments to EBITDA (pre-tax): | | | | |
| Interest income | (23) | (21) | (89) | (55) |
| Amortization of nuclear fuel | 38 | 27 | 139 | 97 |
| Purchase accounting adjustments[2] | 33 | 63 | 186 | 343 |
| Impairment of goodwill | 4,100 | - | 4,100 | 8,070 |
| Impairment of assets and inventory writedown[3] | - | 2 | 38 | 710 |
| EBITDA amount attributable to consolidated unrestricted subsidiaries | - | 1 | - | 3 |
| Unrealized net (gain) loss resulting from hedging transactions | (767) | (3) | (2,127) | (3,263) |
| Amortization of "day one" net loss on Sandow 5 power purchase agreement | (9) | (7) | (22) | (7) |
| Corp. depreciation, interest and income tax expense included in SG&A | 4 | 5 | 9 | 5 |
| Losses on sale of receivables | - | 2 | 3 | 17 |
| Noncash compensation expense[4] | - | (3) | 11 | 3 |
| Severance expense[5] | - | 1 | 4 | 10 |
| Transition and business optimization costs[6] | 1 | 3 | 6 | 26 |
| Transaction and merger expenses[7] | 11 | 1 | 31 | 12 |

Note: Table and footnotes to this table continue on following page

16

Highly Confidential

EFIHMW00014973

**PX 039
Page 16 of 18**

**Table 1: TCEH Selected Preliminary Financial Data (continued from previous page)**
**Three and Twelve Months Ended September 30, 2010 and 2009**
**$ millions**

| Factor | Q3 10 | Q3 09 | TTM 10[1] | TTM 09[1] |
|---|---|---|---|---|
| Insurance settlement proceeds[8] | - | - | - | (21) |
| Restructuring and other[9] | - | (22) | (4) | (15) |
| Expenses incurred to upgrade or expand a generation station[10] | - | - | 100 | 100 |
| **TCEH Adjusted EBITDA per Incurrence Covenant** | **1,109** | **1,086** | **3,686** | **3,438** |
| Expenses related to unplanned generation station outages | 31 | 13 | 152 | 93 |
| Pro forma adjustment for Sandow 5 and Oak Grove 1 reaching 70% capacity in Q1 2010[11] | - | - | 42 | - |
| Other adjustments allowed to determine Adjusted EBITDA per Maintenance Covenant[12] | 10 | 9 | 36 | 28 |
| **TCEH Adjusted EBITDA per Maintenance Covenant** | **1,150** | **1,108** | **3,916** | **3,559** |

[1] Trailing twelve months for period ending September 30, 2010 and 2009, respectively
[2] Purchase accounting adjustments include amortization of the intangible net asset value of retail and wholesale power sales agreements, environmental credits, coal purchase contracts, nuclear fuel contracts and power purchase agreements and the stepped up value of nuclear fuel. Also include certain credits not recognized in net income due to purchase accounting
[3] Impairment of assets includes impairment of trade name intangible asset and impairment of land and the natural gas-fueled generation fleet.
[4] Noncash compensation expenses are accounted for under accounting standards related to stock compensation and exclude capitalized amounts.
[5] Severance expense includes amounts incurred related to outsourcing, restructuring and other amounts deemed to be in excess of normal recurring amounts.
[6] Transition and business optimization costs include professional fees primarily for retail billing and customer care systems enhancements and incentive compensation.
[7] Transaction and merger expenses include costs related to the Merger, outsourcing transition costs and costs related to certain growth initiatives.
[8] Insurance settlement proceeds include the amount received for property damage to certain mining equipment.
[9] Restructuring and other for the twelve months ended September 30, 2010 includes restructuring and nonrecurring activities, and for the twelve months ended September 30, 2009 primarily represents reversal of certain liabilities accrued in purchase accounting and recorded as other income, partially offset by restructuring and nonrecurring activities.
[10] Expenses incurred to upgrade or expand a generation station reflect noncapital outage costs.
[11] Pro forma adjustment represents the annualization of the actual nine months ended September 30, 2010 EBITDA results for these two units.
[12] Primarily pre-operating expenses relating to Oak Grove 2.

17






# Texas Competitive Electric Holdings Company
# $300 Million Senior Secured 2nd Lien Notes

### Investor Presentation
### October 2010

Highly Confidential

EFIHMW00014975
**PX 039**
**Page 18 of 18**