CONFIDENTIAL FOR DISCUSSION PURPOSES ONLY

TCEH SENIOR SECURED CREDIT FACILITIES EXTENSION/AMENDMENTS
PRIVATE EXCHANGE FOR EFH 2017 NOTES
OUTLINE OF TERMS

*The following outlines certain key terms on which the Holders (defined below) would participate in a potential amend and extend transaction involving their loans under the TCEH Senior Secured Credit Facilities (the "**Transaction**"). Neither this outline nor any discussions among the parties concerning the matters set forth herein is or should be construed as an express or implied offer, commitment or agreement. This outline does not obligate any Holder, TCEH or EFIH to continue any discussion with respect to the subject matter hereof, and any Holder, TCEH or EFIH may withdraw or alter any term of this outline or discontinue any such discussions at any time in its sole discretion without any liability as a result thereof.*

*Nothing herein shall constitute an offer to sell or exchange, or the solicitation of an offer to buy or exchange, any of the securities described herein, which offer and/or solicitation will be made only through offering documents provided by TCEH or EFIH.*

| **Holders** | Oaktree Capital Management, L.P. |
|---|---|
| **New TCEH Senior Secured First Lien Notes** | New TCEH Senior Secured First Lien Notes due 2020 generating aggregate proceeds of approximately $1,950 million<br><br>• coupon will be [11 area]% per annum, payable quarterly<br>• NC-5, subject to make-whole; callable thereafter at a premium declining to par<br>• lien covenant to include cap on 1st lien capacity on Collateral consistent with 1st lien capacity on Collateral under TCEH Senior Secured Credit Facilities<br>• other covenants substantially the same as covenants in TCEH 15% Senior Secured Second Lien Notes<br>• Reg. S / 144A for life |

23405314v3

Confidential

EFIHMW00276980

EFIHMW00276980
PX 044
Page 1 of 7

| | |
|---|---|
| **Paydown of Loans / Reduction of Commitments** | Proceeds of New TCEH Senior Secured First Lien Notes will be used to pay down at par approximately $770 million TLB/DDTL loans (including approximately $51 million principal payment due on March 31, 2011) and approximately $188 Deposit L/C loans, to permanently replace up to approximately $860 million R/C loan / commitments, and to pay approximately $132 million of fees and expenses related to the Transaction |
| **Tenor of Extended Loans and Commitments** | 3 years, except if (a) more than $500 million aggregate principal amount of the TCEH 10.25% notes due 2015 (or any notes issued to exchange or refinance such notes) (other than notes held by EFH or its controlled affiliates) or more than $150 million aggregate principal amount of the TCEH 10.50% toggle notes due 2016 (or any notes issued to exchange or refinance such notes) (other than notes held by EFH or its controlled affiliates), as applicable, with a final maturity date that is earlier than 91 days after October 10, 2017, remains outstanding 91 days prior to the applicable maturity date and (b) TCEH's net leverage is above 6.0x at such applicable determination date, the maturity of Senior Secured Credit Facilities springs to 90 days inside the maturity date of the applicable series of notes. |
| **Consent Fee** | 50 bps, payable to any lender consenting to the amendments and acknowledgements by 12 noon (ET) on April 7th |
| **Extension Fee** | 350 bps on the aggregate principal amount of extended loans |
| **Interest Rate** | L+450 bps on extended TLB/DDTL loans, extended Deposit L/C loans and extended R/C loans (drawn); 100 bps on extended R/C commitments (undrawn) |

Confidential

EFIHMW00276981

EFIHMW00276980

**PX 044
Page 2 of 7**

| | |
|---|---|
| **Amendments / Acknowledgments** | Maintenance covenant to be revised as follows:<br><br>• Consolidated Secured Debt to Consolidated EBITDA Ratio will be amended to replace existing maximum ratios for each Test Period (as defined in the Credit Agreement) with those ratios set forth on Schedule 1 hereto; and<br><br>• up to an aggregate $1,500 million principal amount of New TCEH Senior Secured First Lien Notes and any future first lien notes to the extent used to pay down TLB/DDTL loans or Deposit L/C loans to be excluded from "Consolidated Secured Debt" in determining compliance<br><br>Appropriate amendments to give effect to the arrangements described below under "Conditions to Transaction—Intercompany Loans"<br><br>Amendments / acknowledgements satisfactory to TCEH and Holders to clarify no continuing defaults resulting from intercompany notes<br><br>Acknowledgement that 2008-2010 ECF calculations are correct, provided that such calculations are publicly disclosed in 8-K or on the public website for EFH or TCEH |
| **Conditions to Transaction** | The Transaction will be subject to the following conditions, which may not be waived by TCEH (except as otherwise noted), and other customary conditions for transactions of this sort |
| **Minimum Extension Threshold** | 80% of TLB/DDTL and Deposit L/C loans (including the TLB/DDTL and Deposit L/C loans held, whether directly or beneficially, by the Holders) shall be |

|  | extended or refinanced to October 10, 2017 or later; provided that if the aggregate amount of TLB/DDTL and Deposit L/C loans to be extended or refinanced to October 10, 2017 or later is less than 80% of TLB/DDTL and Deposit L/C loans outstanding on the date hereof, then TCEH, at its sole option, may elect to close the Transaction; provided further that if more than 20% ($4,240 million) of TLB/DDTL and Deposit L/C loans outstanding on the date hereof (excluding the TLB/DDTL and Deposit L/C loans held, whether directly or beneficially, by the Holders) are not agreed to be extended or refinanced in connection with the Transaction, then the Holders may elect not to extend any portion of their respective TLB/DDTL and/or Deposit L/C loans |
|---|---|
| **Intercompany Loans** | EFH to repay $770 million of borrowings under the SG&A/Other intercompany note at closing<br><br>EFIH and EFCH will guarantee on an unsecured basis the remaining balance of SG&A/Other intercompany note<br><br>TCEH will not make any further loans under the SG&A/Other intercompany note or otherwise provide funding to EFH or EFIH other than under the P&I intercompany note<br><br>Borrowings under the P&I intercompany note at any time outstanding will be capped at $2,000 million in the aggregate<br><br>Appropriate arrangements will be made to satisfactorily limit aggregate EFH/EFIH 2d lien debt and outstanding intercompany loan balances<br><br>EFH and TCEH will confirm mutual right of offset of intercompany loans |
| **Documentation** | Definitive documentation in form and substance satisfactory to Holders and TCEH/EFIH |

4

23405314v3

Confidential

| **Fees and Expenses** | Payment of fees and expenses of Holders including reasonable legal fees |

23405314v3

Confidential                                                                                                                    EFIHMW00276984

EFIHMW00276980
**PX 044**
**Page 5 of 7**

| Agreement to Execute Private Exchange | EFIH will agree to exchange (the "Private Exchange") New Senior Secured Second Lien Notes due 2021 for EFH 10.875% Cash Pay Notes due 2017 and/or EFH 11.25%/12.00% Toggle Notes due 2017 held by certain Holders<br><br>• Exchange to be at 95.0% of principal amount of existing notes exchanged<br>• Coupon on New Senior Secured Second Lien Notes due 2021 will be 11.0% per annum<br>• NC-5, subject to make-whole; callable thereafter at a premium declining to par<br>• covenants substantially the same as covenants in outstanding EFIH 10% Senior Secured First Lien Notes<br>• 144A with registration rights<br>• The Private Exchange will be conditioned on receiving Holders' consent to amendments but will not be conditioned on the closing of the Transaction |
|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

23405314v3

6

Schedule 1

| TEST PERIOD | RATIO |
|---|---|
| Test Period ending March 31, 2011 and each Test Period thereafter through the Test Period ending December 31, 2014 | 8.00 to 1.00 |
| March 31, 2015 | 7.75 to 1.00 |
| June 30, 2015 | 7.50 to 1.00 |
| September 30, 2015 | 7.25 to 1.00 |
| December 31, 2015 | 7.00 to 1.00 |
| March 31, 2016 | 6.50 to 1.00 |
| June 30, 2016 | 6.50 to 1.00 |
| September 30, 2016 | 6.50 to 1.00 |
| December 31, 2016 | 6.50 to 1.00 |
| March 31, 2017 | 5.50 to 1.00 |
| June 30, 2017 | 5.50 to 1.00 |
| September 30, 2017 and thereafter | 5.50 to 1.00 |

23405314v3

Confidential

EFIHMW00276986

EFIHMW00276980

PX 044
Page 7 of 7