As of September 30, 2010 and December 31, 2009, there were no derivative positions accounted for as cash flow or fair value hedges.

Margin deposits that contractually offset these derivative instruments are reported separately in the balance sheet and totaled $503 million and $358 million in net liabilities as of September 30, 2010 and December 31, 2009, respectively, which do not include the collateral investments related to certain interest rate swaps and commodity positions discussed immediately below. Reported amounts as presented in the above table do not reflect netting of assets and liabilities with the same counterparties under existing netting arrangements. This presentation can result in significant volatility in derivative assets and liabilities because we may enter into offsetting positions with the same counterparties, resulting in both assets and liabilities, and the underlying commodity prices can change significantly from period to period.

In 2009, we entered into collateral funding transactions with counterparties to certain interest rate swap agreements related to TCEH debt. Under the terms of these transactions, which we elected to enter into as a cash management measure, as of December 31, 2009, EFH Corp. (parent) had posted $400 million in cash and TCEH had posted $65 million in letters of credit to the counterparties, with the outstanding balance of such collateral earning interest. TCEH had also entered into commodity hedging transactions with one of these counterparties, and under an arrangement effective August 2009, both the interest rate swaps and certain of the commodity hedging transactions with the counterparty are under the same derivative agreement, which continues to be secured by a first-lien interest in the assets of TCEH. In accordance with the agreements, the counterparties returned the collateral, along with accrued interest, on March 31, 2010. As of December 31, 2009, the cash collateral was recorded as an investment and was presented in the balance sheet (including accrued interest) as a separate line item under current assets.

The following table presents the pre-tax effect on net income of derivatives not under hedge accounting, including realized and unrealized effects:

| Derivative (Income statement presentation) | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| Commodity contracts (Net gain from commodity hedging and trading activities) | $ 979 | $ 136 | $ 2,255 | $1,026 |
| Interest rate swaps (Interest expense and related charges) | (350) | (317) | (1,048) | 16 |
| Net gain (loss) | $ 629 | $ (181) | $ 1,207 | $1,042 |

The following tables present the pre-tax effect on net income and other comprehensive income (OCI) of derivative instruments previously accounted for as cash flow hedges:

| Derivative | Amount of gain (loss) recognized in OCI (effective portion) | | Income statement presentation of loss reclassified from accumulated OCI into income (effective portion) | Three Months Ended September 30, 2009 | Nine Months Ended September 30, 2009 |
|---|---|---|---|---|---|
| | Three Months Ended September 30, 2009 | Nine Months Ended September 30, 2009 | | | |
| Interest rate swaps | $ — | $ — | Interest expense and related charges | $ (19) | $ (72) |
| | | | Depreciation and amortization | (1) | (1) |
| Commodity contracts | — | — | Fuel, purchased power costs and delivery fees | — | — |
| | | | Operating revenues | — | (1) |
| Total | $ — | $ — | | $ (20) | $ (74) |

Confidential

| Derivative | Amount of gain (loss) recognized in OCI (effective portion) | | Income statement presentation of loss reclassified from accumulated OCI into income (effective portion) | Three Months Ended September 30, 2009 | Nine Months Ended September 30, 2009 |
|---|---|---|---|---|---|
| | Three Months Ended September 30, 2009 | Nine Months Ended September 30, 2009 | | | |
| Interest rate swaps | $  — | $  — | Interest expense and related charges | $  (56) | $  (140) |
| Commodity contracts | (6) | (31) | Fuel, purchased power costs and delivery fees | (6) | (10) |
| | | | Operating revenues | — | (2) |
| Total | $  (6) | $  (31) | | $  (62) | $  (152) |

There were no transactions designated as cash flow hedges during the three and nine months ended September 30, 2010. There were no ineffectiveness net gains or losses related to transactions designated as cash flow hedges in the three and nine months ended September 30, 2009.

Accumulated other comprehensive income related to cash flow hedges as of September 30, 2010 and December 31, 2009 totaled $79 million and $128 million in net losses (after-tax), respectively, substantially all of which relates to interest rate swaps. We expect that $26 million of net losses related to cash flow hedges included in accumulated other comprehensive income as of September 30, 2010 will be reclassified into net income during the next twelve months as the related hedged transactions affect net income.

*Derivative Volumes*

The following table presents the gross notional amounts of derivative volumes as of September 30, 2010 and December 31, 2009:

| Derivative type | September 30, 2010 Notional Volume | | December 31, 2009 | | Unit of Measure |
|---|---|---|---|---|---|
| Interest rate swaps: | | | | | |
| Floating/fixed | $ | 18,000 | $ | 18,000 | Million US dollars |
| Basis | $ | 16,300 | $ | 16,250 | Million US dollars |
| Natural gas: | | | | | |
| Long-term hedge forward sales and purchases (a) | | 2,727 | | 3,402 | Million MMBtu |
| Locational basis swaps | | 1,006 | | 1,010 | Million MMBtu |
| All other | | 1,094 | | 1,433 | Million MMBtu |
| Electricity | | 172,010 | | 198,230 | GWh |
| Coal | | 7 | | 6 | Million tons |
| Fuel oil | | 116 | | 161 | Million gallons |

(a)    Represents gross notional forward sales, purchases and options of fixed and basis (price point) transactions in the long-term hedging program. The net amount of these transactions, excluding basis transactions, was 1.25 billion MMBtu and 1.6 billion MMBtu as of September 30, 2010 and December 31, 2009, respectively.

*Credit Risk-Related Contingent Features of Derivatives*

The agreements that govern our derivative instrument transactions may contain certain credit risk-related contingent features that could trigger liquidity requirements in the form of cash collateral, letters of credit or some other form of credit enhancement. Certain of those agreements require the posting of collateral if our credit rating is downgraded by one or more of the credit rating agencies; however, due to our credit ratings being below investment grade, substantially all of such collateral posting requirements are already effective.

As of September 30, 2010 and December 31, 2009, the fair value of liabilities related to derivative instruments under agreements with credit risk-related contingent features that were not fully cash collateralized totaled $620 million and $687 million, respectively.

EFIHMW00223503

The liquidity exposure associated with these liabilities was reduced by cash and letter of credit postings with the counterparties totaling $94 million and $152 million as of September 30, 2010 and December 31, 2009, respectively. If all the credit risk-related contingent features related to these derivatives had been triggered, including cross default provisions, as of September 30, 2010 and December 31, 2009, the remaining related liquidity requirement would have totaled $24 million and $20 million, respectively, after reduction for net accounts receivable and derivative assets under netting arrangements.

F-135

EFIHMW00223504

In addition, certain derivative agreements that are collateralized primarily with asset liens include indebtedness cross-default provisions that could result in the settlement of such contracts if there were a failure under other financing arrangements to meet payment terms or to comply with other covenants that could result in the acceleration of such indebtedness. As of September 30, 2010 and December 31, 2009, the fair value of derivative liabilities subject to such cross-default provisions, largely related to interest rate swaps, totaled $2.358 billion and $1.482 billion, respectively, (before consideration of the amount of assets under the liens). No cash collateral or letters of credit were posted with these counterparties as of September 30, 2010 to reduce the liquidity exposure, but $489 million of such collateral was posted as of December 31, 2009, with the decline reflecting the return of collateral from counterparties to certain interest rate swaps related to TCEH debt as discussed above in this note. If all the credit risk-related contingent features related to these derivatives, including amounts related to cross-default provisions, had been triggered as of September 30, 2010 and December 31, 2009, the remaining related liquidity requirement would have totaled $1.124 billion and $480 million, respectively, after reduction for derivative assets under netting arrangements (before consideration of the amount of assets under the liens). See Note 12 to Financial Statements in the 2009 Form 10-K for a description of other obligations that are supported by asset liens.

As discussed immediately above, the aggregate fair values of liabilities under derivative agreements with credit risk-related contingent features, including cross-default provisions, totaled $2.978 billion and $2.169 billion as of September 30, 2010 and December 31, 2009, respectively. This amount is before consideration of cash and letter of credit collateral posted, net accounts receivable and derivative assets under netting arrangements and assets under related liens.

Some commodity derivative contracts contain credit risk-related contingent features that do not provide for specific amounts to be posted if the features are triggered. These provisions include material adverse change, performance assurance, and other clauses that generally provide counterparties with the right to request additional credit enhancements. The amounts disclosed above exclude credit risk-related contingent features that do not provide for specific amounts or exposure calculations.

### Concentrations of Credit Risk Related to Derivatives

TCEH has significant concentrations of credit risk with the counterparties to its derivative contracts. As of September 30, 2010, total credit risk exposure to all counterparties related to derivative contracts totaled $6.1 billion (including associated accounts receivable). The net exposure to those counterparties totaled $2.2 billion as of September 30, 2010 after taking into effect master netting arrangements, setoff provisions and collateral. The net exposure, assuming setoff provisions in the event of default across all EFH Corp. consolidated subsidiaries, totaled $1.6 billion. As of September 30, 2010, the credit risk exposure to the banking and financial sector represented 94% of the total credit risk exposure, a significant amount of which is related to the long-term hedging program, and the largest net exposure to a single counterparty totaled approximately $1.0 billion. Exposure to the banking and financial sector counterparties is considered to be within an acceptable level of risk tolerance because substantially all of this exposure is with counterparties with credit ratings of "A" or better. However, this concentration increases the risk that a default by any of these counterparties would have a material adverse effect on our financial condition and results of operations.

The transactions with these counterparties contain certain provisions that would require the counterparties to post collateral in the event of a material downgrade in their credit rating. We maintain credit risk policies with regard to our counterparties to minimize overall credit risk. These policies specify authorized risk mitigation tools including, but not limited to, use of standardized master netting contracts and agreements that allow for netting of positive and negative exposures associated with a single counterparty. Credit enhancements such as parent guarantees, letters of credit, surety bonds, liens on assets and margin deposits are also utilized. Prospective material adverse changes in the payment history or financial condition of a counterparty or downgrade of its credit quality result in the reassessment of the credit limit with that counterparty. The process can result in the subsequent reduction of the credit limit or a request for additional financial assurances. An event of default by one or more counterparties could subsequently result in termination-related settlement payments that reduce available liquidity if amounts are owed to the counterparties related to the derivative contracts or delays in receipts of expected settlements if the counterparties owe amounts to us.

F-136

EFIHMW00223505

**PX 045**
**Page 482 of 561**

## 12.  PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS (OPEB) COSTS

Net pension and OPEB costs for the three and nine months ended September 30, 2010 and 2009 are comprised of the following:

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2010 | 2009 | 2010 | 2009 |
| Components of net pension costs: | | | | |
| Service cost | $  11 | $  10 | $  32 | $  28 |
| Interest cost | 41 | 40 | 120 | 119 |
| Expected return on assets | (40) | (41) | (120) | (124) |
| Amortization of prior service cost | — | — | — | — |
| Amortization of net loss | 15 | 4 | 42 | 7 |
| Net pension costs | 27 | 13 | 74 | 30 |
| Components of net OPEB costs: | | | | |
| Service cost | 3 | 3 | 9 | 8 |
| Interest cost | 16 | 15 | 46 | 46 |
| Expected return on assets | (5) | (3) | (11) | (10) |
| Amortization of transition obligation | — | — | 1 | — |
| Amortization of prior service cost | — | — | (1) | — |
| Amortization of net loss | 6 | 3 | 16 | 9 |
| Net OPEB costs | 20 | 18 | 60 | 53 |
| Total net pension and OPEB costs | 47 | 31 | 134 | 83 |
| Less amounts expensed by Oncor | (9) | — | (27) | — |
| Less amounts deferred principally as a regulatory asset or property by Oncor | (23) | (18) | (66) | (51) |
| Amount recognized as expense by EFH Corp. and consolidated subsidiaries | $  15 | $  13 | $  41 | $  32 |

The discount rate reflected in net pension and OPEB costs in 2010 is 5.90%. The expected rates of return on pension and OPEB plan assets reflected in the 2010 cost amounts are 8.0% and 7.6%, respectively.

We made cash contributions related to our pension and OPEB plans totaling $28 million and $17 million, respectively, in the first nine months of 2010, of which $40 million was contributed by Oncor. We expect to make additional contributions of $15 million and $7 million, respectively, in the remainder of 2010, of which $17 million is expected to be contributed by Oncor.

## 13.  EFFECT OF HEALTH CARE LEGISLATION

The Patient Protection and Affordable Care Act and the Health Care and Education Reconciliation Act enacted in March 2010 reduces, effective in 2013, the amount of OPEB costs deductible for federal income tax purposes by the amount of the Medicare Part D subsidy we receive. Under income tax accounting rules, deferred tax assets related to accrued OPEB liabilities must be reduced immediately for the future effect of the legislation. Accordingly, in the three months ended March 31, 2010, EFH Corp.'s and Oncor's deferred tax assets were reduced by $50 million. Of this amount, $8 million was recorded as a charge to income tax expense and $42 million was recorded as a regulatory asset by Oncor (before gross-up for liability in lieu of deferred income taxes) as the additional income taxes are expected to be recoverable in Oncor's future rates.

F-137

Confidential

14.  **RELATED PARTY TRANSACTIONS**

The following represent the significant related-party transactions of EFH Corp.:

- We incur an annual management fee under the terms of a management agreement with the Sponsor Group for which we accrued $9 million for both the three months ended September 30, 2010 and 2009, and $27 million for both the nine months ended September 30, 2010 and 2009. The fee is reported as SG&A expense.

- In 2007, TCEH entered into the TCEH Senior Secured Facilities with syndicates of financial institutions and other lenders. These syndicates included affiliates of GS Capital Partners, which is a member of the Sponsor Group. Affiliates of GS Capital Partners and Kohlberg Kravis Roberts & Co. L.P. (a member of the Sponsor Group) have from time to time engaged in commercial banking and financial advisory transactions with us in the normal course of business.

- Fees paid to Goldman, Sachs & Co. (Goldman) related to debt issuances and exchanges total $11 million in 2010 through October, described as follows. Goldman acted as an initial purchaser in the issuance of $500 million principal amount of EFH Corp. 10% Notes in January 2010 as discussed in Note 6 and received fees totaling $3 million. Goldman acted as a dealer manager and solicitation agent in the debt exchange offers completed in August 2010 as discussed in Note 6 and received fees of $7 million. Goldman also acted as an initial purchaser in the issuance of $350 million principal amount of TCEH 15% Senior Secured Second Lien Notes (Series B) in October 2010 as discussed in Note 6 and received fees totaling $1 million.

- Affiliates of Goldman Sachs & Co. are parties to certain commodity and interest rate hedging transactions with us in the normal course of business.

- Affiliates of the Sponsor Group may sell or acquire debt or debt securities issued by us in open market transactions or through loan syndications.

- TCEH's retail operations incur electricity delivery fees charged by Oncor, which totaled $317 million and $839 million for the three and nine months ended September 30, 2010, respectively. The fees are based on rates regulated by the PUCT that apply to all REPs. The balance sheet as of September 30, 2010 reflects amounts due currently to Oncor totaling $182 million (included in net payables due to unconsolidated subsidiary), primarily related to these electricity delivery fees.

- Oncor's bankruptcy-remote financing subsidiary has issued securitization bonds to recover generation-related regulatory assets through a transition surcharge to its customers. Oncor's incremental income taxes related to the transition surcharges it collects are being reimbursed by TCEH. Therefore, the balance sheet reflects a noninterest bearing note payable to Oncor of $227 million ($38 million current portion included in net payables due to unconsolidated subsidiary) as of September 30, 2010.

- TCEH reimburses Oncor for interest expense on Oncor's bankruptcy-remote financing subsidiary's securitization bonds. This interest expense totaled $9 million and $28 million for the three and nine months ended September 30, 2010, respectively.

- A subsidiary of EFH Corp. charges Oncor for financial and other administrative services at cost, which totaled $9 million and $27 million for the three and nine months ended September 30, 2010, respectively.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility, reported in other investments on the balance sheet, is funded by a delivery fee surcharge billed to REPs by Oncor and remitted to TCEH, with the intent that the trust fund assets will be sufficient to fund the decommissioning liability, reported in noncurrent liabilities on the balance sheet. Income and expenses associated with the trust fund and the decommissioning liability incurred by us are offset by a net change in the intercompany receivable/payable with Oncor, which in turn results in a change in Oncor's net regulatory asset/liability. As of September 30, 2010, the excess of the trust fund balance over the decommissioning liability resulted in a payable to Oncor totaling $183 million included in noncurrent liabilities due to unconsolidated subsidiary in the balance sheet.

F-138

EFIHMW00223507

The intercompany receivable/payable with Oncor has changed from a receivable of $85 million as of January 1, 2010 to a payable of $183 million as of September 30, 2010 due to a new decommissioning cost estimate completed in the second quarter 2010 that resulted in a decline of the liability. The new cost estimate was completed in accordance with regulatory requirements to perform a cost estimate every five years. The lower estimated liability was driven by lower cost escalation assumptions in the new estimate. (Also see Note 16 under "Asset Retirement Obligations.")

- We file a consolidated federal income tax return; however, Oncor Holdings' federal income tax and Texas margin tax expense and related balance sheet amounts, including income taxes payable to or receivable from EFH Corp., are recorded as if Oncor Holdings files its own income tax return. As of September 30, 2010, the amount due to Oncor Holdings totaled $59 million and is included in net payables due to unconsolidated subsidiary.

- Certain transmission and distribution utilities in Texas have tariffs in place to assure adequate credit worthiness of any REP to support the REP's obligation to collect securitization bond-related (transition) charges on behalf of the utility. Under these tariffs, as a result of TCEH's credit rating being below investment grade, TCEH is required to post collateral support in an amount equal to estimated transition charges over specified time periods. Accordingly, as of September 30, 2010, TCEH had posted a letter of credit in the amount of $14 million for the benefit of Oncor.

- EFH Corp. and Oncor are jointly and severally liable for the funding of the EFH Corp. pension plan and a portion of the OPEB plan obligations. EFH Corp. is liable for the majority of the OPEB plan obligations. Oncor has contractually agreed to reimburse EFH Corp. with respect to certain pension plan and OPEB liabilities. Accordingly, as of September 30, 2010, the balance sheet of EFH Corp. reflects such unfunded liabilities and a corresponding receivable from Oncor in the amount of $1.270 billion, classified as noncurrent, which represents the portion of the obligations recoverable by Oncor under regulatory rate-setting provisions and reported by Oncor in its balance sheet.

- Oncor and Texas Holdings agreed to the terms of a stipulation with major interested parties to resolve all outstanding issues in the PUCT review related to the Merger. As part of this stipulation, TCEH would be required to post a letter of credit in an amount equal to $170 million to secure its payment obligations to Oncor if two or more rating agencies downgrade Oncor's credit ratings below investment grade.

## 15.  SEGMENT INFORMATION

Our operations are aligned into two reportable business segments: Competitive Electric and Regulated Delivery. The segments are managed separately because they are strategic business units that offer different products or services and involve different risks.

The Competitive Electric segment is engaged in competitive market activities consisting of electricity generation, wholesale energy sales and purchases, commodity risk management and trading activities, and retail electricity sales to residential and business customers, all largely in Texas. These activities are conducted by TCEH.

The Regulated Delivery segment is engaged in regulated electricity transmission and distribution operations in Texas. These activities are conducted by Oncor, including its wholly-owned bankruptcy-remote financing subsidiary. See Notes 1 and 3 for discussion of the deconsolidation of Oncor Holdings and, accordingly, the Regulated Delivery segment, effective as of January 1, 2010.

Corporate and Other represents the remaining nonsegment operations consisting primarily of discontinued businesses, general corporate expenses and interest on EFH Corp. (parent entity), EFIH and EFCH debt.

The accounting policies of the business segments are the same as those described in the summary of significant accounting policies in Note 1 above and in Note 1 in the 2009 Form 10-K. We evaluate performance based on income from continuing operations. We account for intersegment sales and transfers as if the sales or transfers were to third parties, that is, at current market prices.

F-139

EFIHMW00223508

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| | 2010 | 2009 | 2010 | 2009 |
|---|---|---|---|---|
| **Operating revenues:** | | | | |
| Competitive Electric | $ 2,607 | $2,433 | $ 6,599 | $6,144 |
| Regulated Delivery | — | 770 | — | 2,037 |
| Corporate and Other | — | 3 | — | 16 |
| Eliminations | — | (321) | — | (831) |
| Consolidated | $ 2,607 | $2,885 | $ 6,599 | $7,366 |
| **Affiliated revenues included in operating revenues:** | | | | |
| Competitive Electric | $ — | $ 2 | $ — | $ 5 |
| Regulated Delivery | — | 316 | — | 813 |
| Corporate and Other | — | 3 | — | 13 |
| Eliminations | — | (321) | — | (831) |
| Consolidated | $ — | $ — | $ — | $ — |
| **Equity in earnings of unconsolidated subsidiaries (net of tax):** | | | | |
| Regulated Delivery | $ 118 | $ — | $ 240 | $ — |
| **Net income (loss):** | | | | |
| Competitive Electric | $(3,710) | $ (44) | $(3,705) | $ 436 |
| Regulated Delivery | 118 | 132 | 240 | 272 |
| Corporate and Other | 690 | (142) | 492 | (447) |
| Consolidated | $(2,902) | $ (54) | $(2,973) | $ 261 |

Confidential

## 16.  SUPPLEMENTARY FINANCIAL INFORMATION

*Regulated Versus Unregulated Operations*

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| Operating revenues | | | | |
| Regulated | $    — | $    770 | $    — | $ 2,037 |
| Unregulated | 2,607 | 2,436 | 6,599 | 6,160 |
| Intercompany sales eliminations – regulated | — | (316) | — | (813) |
| Intercompany sales eliminations – unregulated | — | (5) | — | (18) |
| Total operating revenues | 2,607 | 2,885 | 6,599 | 7,366 |
| Fuel, purchased power and delivery fees – unregulated (a) | (1,400) | (870) | (3,521) | (2,171) |
| Net gain from commodity hedging and trading activities – unregulated | 992 | 123 | 2,272 | 1,003 |
| Operating costs – regulated | — | (228) | — | (668) |
| Operating costs – unregulated | (197) | (160) | (623) | (503) |
| Depreciation and amortization – regulated | — | (147) | — | (405) |
| Depreciation and amortization – unregulated | (352) | (309) | (1,043) | (881) |
| Selling, general and administrative expenses – regulated | — | (50) | — | (139) |
| Selling, general and administrative expenses – unregulated | (187) | (227) | (560) | (653) |
| Franchise and revenue-based taxes – regulated | — | (67) | — | (185) |
| Franchise and revenue-based taxes – unregulated | (24) | (27) | (73) | (74) |
| Impairment of goodwill | (4,100) | — | (4,100) | (90) |
| Other income | 1,033 | 45 | 1,278 | 71 |
| Other deductions | (4) | (32) | (23) | (50) |
| Interest income | — | 18 | 9 | 30 |
| Interest expense and other charges | (1,018) | (1,039) | (3,092) | (2,136) |
| Income (loss) before income taxes and equity in earnings of unconsolidated subsidiaries | $(2,650) | $    (85) | $(2,877) | $    515 |

(a)   Includes unregulated cost of fuel consumed of $414 million and $360 million for the three months ended September 30, 2010 and 2009, respectively, and $1.094 billion and $943 million for the nine months ended September 30, 2010 and 2009, respectively. The balance represents energy purchased for resale and delivery fees net of intercompany eliminations.

F-141

EFIHMW00223510

PX 045
Page 487 of 561

*Other Income and Deductions*

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| Other income: | | | | |
| Accretion of adjustment (discount) of regulatory assets resulting from purchase accounting | $   — | $ 10 | $   — | $ 30 |
| Debt extinguishment gains (Note 6) (a) | 1,023 | — | 1,166 | — |
| Gain on sale of interest in natural gas gathering pipeline business (b) | — | — | 37 | — |
| Gain on sale of land/water rights (b) | — | — | 44 | — |
| Reversal of reserve recorded in purchase accounting (c) | — | 23 | — | 23 |
| Fee received related to interest rate swap/commodity hedge derivative agreement (b) (Note 11) | — | 6 | — | 6 |
| Office space rental income (a) | 3 | — | 9 | — |
| Insurance/litigation settlements (b) | 6 | — | 6 | — |
| Sales tax refund | — | 3 | 5 | 3 |
| Other | 1 | 3 | 11 | 9 |
| Total other income | $ 1,033 | $ 45 | $ 1,278 | $ 71 |
| Other deductions: | | | | |
| Write-off of regulatory assets (d) | $   — | $ 25 | $   — | $ 25 |
| Ongoing pension and OPEB expense related to discontinued businesses | 1 | — | 6 | — |
| Severance charges | — | — | 2 | 6 |
| Net charges related to cancelled development of generation facilities | — | 1 | 2 | 3 |
| Other | 3 | 6 | 13 | 16 |
| Total other deductions | $ 4 | $ 32 | $ 23 | $ 50 |

(a)  Reported in Corporate and Other segment.

(b)  Reported in Competitive Electric segment.

(c)  Reversal of a use tax accrual, related to periods prior to the Merger, due to a state ruling in 2009 (reported in Competitive Electric segment).

(d)  The PUCT's order in Oncor's rate review in 2009 resulted in the denial of recovery of certain regulatory assets, primarily related to business restructuring costs and rate case expenses (reported in Regulated Delivery segment).

*Interest Expense and Related Charges*

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| Interest paid/accrued (including net amounts settled/accrued under interest rate swaps) | $ 672 | $ 743 | $1,999 | $2,232 |
| Accrued interest to be paid with additional toggle notes (Note 6) | 106 | 131 | 384 | 387 |
| Unrealized mark-to-market net (gain) loss on interest rate swaps | 181 | 138 | 542 | (527) |
| Amortization of interest rate swap losses at dedesignation of hedge accounting | 19 | 56 | 72 | 140 |
| Amortization of fair value debt discounts resulting from purchase accounting | 14 | 17 | 49 | 56 |
| Amortization of debt issuance costs and discounts | 32 | 34 | 99 | 104 |
| Capitalized interest | (6) | (80) | (53) | (256) |
| Total interest expense and related charges | $ 1,018 | $ 1,039 | $3,092 | $2,136 |

F-142

Confidential

*Restricted Cash*

| | September 30, 2010 | | December 31, 2009 | |
|---|---|---|---|---|
| | Current Assets | Noncurrent Assets | Current Assets | Noncurrent Assets |
| Amounts related to TCEH's Letter of Credit Facility (See Note 6) | $ — | $ 1,135 | $ — | $ 1,135 |
| Amounts related to margin deposits held | 31 | — | 1 | — |
| Amounts related to securitization (transition) bonds | — | — | 47 | 14 |
| Total restricted cash | $ 31 | $ 1,135 | $ 48 | $ 1,149 |

*Inventories by Major Category*

| | September 30, 2010 | December 31, 2009 |
|---|---|---|
| Materials and supplies (a) | $ 164 | $ 248 |
| Fuel stock | 197 | 204 |
| Natural gas in storage | 27 | 33 |
| Total inventories | $ 388 | $ 485 |

(a)   See Notes 1 and 3 for discussion of the deconsolidation of Oncor Holdings effective as of January 1, 2010.

*Other Investments*

| | September 30, 2010 | December 31, 2009 |
|---|---|---|
| Nuclear decommissioning trust | $ 508 | $ 475 |
| Assets related to employee benefit plans, including employee savings programs, net of distributions (a) | 114 | 184 |
| Land | 41 | 43 |
| Miscellaneous other | 4 | 4 |
| Total investments | $ 667 | $ 706 |

(a)   See Notes 1 and 3 for discussion of the deconsolidation of Oncor Holdings effective as of January 1, 2010.

*Nuclear Decommissioning Trust* — Investments in a trust that will be used to fund the costs to decommission the Comanche Peak nuclear generation plant are carried at fair value. Decommissioning costs are being recovered from Oncor's customers as a delivery fee surcharge over the life of the plant and deposited in the trust fund. Net gains and losses on investments in the trust fund are offset by a corresponding adjustment to Oncor's regulatory asset/liability. A summary of investments in the fund follows:

| | September 30, 2010 | | | |
|---|---|---|---|---|
| | Cost (a) | Unrealized gain | Unrealized loss | Fair market value |
| Debt securities (b) | $ 219 | $ 12 | $ (2) | $ 229 |
| Equity securities (c) | 208 | 90 | (19) | 279 |
| Total | $ 427 | $ 102 | $ (21) | $ 508 |

| | December 31, 2009 | | | |
|---|---|---|---|---|
| | Cost (a) | Unrealized gain | Unrealized loss | Fair market value |
| Debt securities (b) | $ 211 | $ 8 | $ (3) | $ 216 |
| Equity securities (c) | 195 | 83 | (19) | 259 |
| Total | $ 406 | $ 91 | $ (22) | $ 475 |

(a)   Includes realized gains and losses of securities sold.

(b)   The investment objective for debt securities is to invest in a diversified tax efficient portfolio with an overall portfolio rating of AA or above as graded by S&P or Aa2 by Moody's. The debt securities are heavily weighted with municipal bonds. The debt securities had an average coupon rate of 4.53% and 4.44% and an average maturity of 7.9 years and 7.8 years as of September 30, 2010 and December 31, 2009, respectively.

(c)   The investment objective for equity securities is to invest tax efficiently and to match the performance of the S&P 500 Index.

F-143

Confidential

Debt securities held as of September 30, 2010 mature as follows: $80 million in one to five years, $42 million in five to ten years and $107 million after ten years.

The following table summarizes proceeds from sales of available-for-sale securities and the related realized gains and losses from such sales.

| | Nine Months Ended September 30, | |
| | 2010 | 2009 |
|---|---|---|
| Realized gains | $ 1 | $ 1 |
| Realized losses | (1) | (4) |
| Proceeds from sale of securities | 937 | 2,972 |

### Property, Plant and Equipment

As of September 30, 2010 and December 31, 2009, property, plant and equipment of $20.5 billion and $30.1 billion, respectively, is stated net of accumulated depreciation and amortization of $3.9 billion and $7.1 billion, respectively.

### Asset Retirement Obligations

These liabilities primarily relate to nuclear generation plant decommissioning, land reclamation related to lignite mining, removal of lignite/coal-fueled plant ash treatment facilities and generation plant asbestos removal and disposal costs. There is no earnings impact with respect to the recognition of the asset retirement costs for nuclear decommissioning, as all costs are recoverable through the regulatory process as part of Oncor's rates.

The following table summarizes the changes to the asset retirement liability, reported in other current liabilities and other noncurrent liabilities and deferred credits in the balance sheet, during the nine months ended September 30, 2010:

| | |
|---|---|
| Asset retirement liability as of January 1, 2010 | $ 948 |
| Additions: | |
| Accretion | 46 |
| Reductions: | |
| Payments, essentially all mining reclamation | (33) |
| Adjustment for new cost estimate (a) | (498) |
| Asset retirement liability as of September 30, 2010 | 463 |
| Less amounts due currently | (35) |
| Noncurrent asset retirement liability as of September 30, 2010 | $ 428 |

(a)    Essentially all of the adjustment relates to the nuclear decommissioning liability, which resulted from a new cost estimate completed in the second quarter 2010. In accordance with regulatory requirements, a new cost estimate is completed every five years. A decline in the liability was driven by lower cost escalation assumptions in the new estimate. The reduction in the liability was offset in part by a reduction in the carrying value of the nuclear facility with the balance offset by an increase in the noncurrent liability to Oncor, which in turn resulted in a regulatory liability on Oncor's balance sheet. (Also see Note 14.)

F-144

EFIHMW00223513

*Other Noncurrent Liabilities and Deferred Credits*

The balance of other noncurrent liabilities and deferred credits consists of the following:

| | September 30, 2010 | December 31, 2009 |
|---|---|---|
| Uncertain tax positions (including accrued interest) | $ 1,824 | $ 1,999 |
| Retirement plan and other employee benefits | 1,656 | 1,711 |
| Asset retirement obligations | 428 | 948 |
| Unfavorable purchase and sales contracts | 680 | 700 |
| Liabilities related to subsidiary tax sharing agreement (a) | — | 321 |
| Other | 39 | 87 |
| Total other noncurrent liabilities and deferred credits | $ 4,627 | $ 5,766 |

(a)   See Notes 1 and 3 for discussion of the deconsolidation of Oncor Holdings effective as of January 1, 2010.

During the third quarter 2010, we engaged in negotiations with the Internal Revenue Service (IRS) regarding a worthlessness loss associated with our discontinued Europe business as well as other matters. Accordingly, we have adjusted the liability for uncertain tax positions to reflect the most likely settlement of the issues. The adjustment resulted in a net reduction of the liability for uncertain tax positions totaling $162 million. This reduction consisted of a $225 million reversal of accrued interest ($146 million after tax), reported as a reduction of income tax expense, principally related to the discontinued Europe business, partially offset by $63 million in adjustments related to several other positions that have been accounted for as reclassifications to net deferred tax liabilities. The conclusion of all issues contested from the 1997 through 2002 audit, including IRS Joint Committee review, is not expected to occur prior to 2011. Upon such conclusion, we expect to further reduce the liability for uncertain tax positions by approximately $700 million with an offsetting decrease in deferred tax assets that arose largely from previous payments of alternative minimum taxes. No cash income tax liability is expected related to the conclusion of the 1997 through 2002 audit.

*Unfavorable Purchase and Sales Contracts* — The amortization of unfavorable purchase and sales contracts totaled $7 million in both the three months ended September 30, 2010 and 2009 and $20 million and $21 million in the nine months ended September 30, 2010 and 2009, respectively. Favorable purchase and sales contracts are recorded as intangible assets (see Note 4).

The estimated amortization of unfavorable purchase and sales contracts for each of the five fiscal years from December 31, 2009 is as follows:

| Year | Amount |
|---|---|
| 2010 | $ 27 |
| 2011 | 27 |
| 2012 | 27 |
| 2013 | 26 |
| 2014 | 25 |

F-145

EFIHMW00223514

**PX 045**
**Page 491 of 561**

*Supplemental Cash Flow Information*

| | Nine Months Ended September 30, | |
|---|---|---|
| | 2010 | 2009 |
| Cash payments (receipts) related to: | | |
| Interest paid (a) | $1,770 | $2,042 |
| Capitalized interest | (53) | (256) |
| Interest paid (net of capitalized interest) (a) | 1,717 | 1,786 |
| Income taxes | 64 | (38) |
| Noncash investing and financing activities: | | |
| Noncash construction expenditures (b) | 38 | 132 |
| Capital leases | 9 | 15 |

(a)   Net of interest received on interest rate swaps.

(b)   Represents end-of-period accruals.

See Note 6 for noncash exchanges of debt.

F-146

## 17. SUPPLEMENTAL GUARANTOR CONDENSED FINANCIAL INFORMATION

As of September 30, 2010, EFH Corp. had outstanding $359 million principal amount of EFH Corp. 10.875% Notes and $539 million principal amount of EFH Corp. Toggle Notes (collectively, the EFH Corp. Senior Notes) and $115 million principal amount of EFH Corp. 9.75% Notes and $1.061 billion principal amount of EFH Corp. 10% Notes (collectively, the EFH Corp. Senior Secured Notes). The EFH Corp. Senior Notes and Senior Secured Notes are unconditionally guaranteed by EFCH and EFIH, 100% owned subsidiaries of EFH Corp. (collectively, the Guarantors) on an unsecured basis except for EFIH's guarantee of the EFH Corp. Senior Secured Notes, which is secured by a pledge of all membership interests and other investments EFIH owns or holds in Oncor Holdings or any of Oncor Holdings' subsidiaries as described in Note 6. The guarantees issued by the Guarantors are full and unconditional, joint and several guarantees of the EFIH Senior Notes and Senior Secured Notes. The guarantees by EFCH and the guarantee of the EFH Corp. Senior Notes by EFIH rank equally with any senior unsecured indebtedness of the Guarantors and rank effectively junior to all of the secured indebtedness of the Guarantors to the extent of the assets securing that indebtedness. All other subsidiaries of EFH Corp., either direct or indirect, do not guarantee the EFH Corp. Senior Notes and EFH Corp. Senior Secured Notes (collectively, the Non-Guarantors). The indentures governing the EFH Corp. Senior Notes and EFH Corp. Senior Secured Notes contain certain restrictions, subject to certain exceptions, on EFH Corp.'s ability to pay dividends or make investments. See Note 8.

The following tables have been prepared in accordance with Regulation S-X Rule 3-10, "Financial Statements of Guarantors and Issuers of Guaranteed Securities Registered or Being Registered" in order to present the condensed consolidating statements of income of EFH Corp. (the Parent/Issuer), the Guarantors and the Non-Guarantors for the three-month and nine-month periods ended September 30, 2010 and 2009, the condensed consolidating statements of cash flows of the Parent/Issuer, the Guarantors and the Non-Guarantors for the nine-month periods ended September 30, 2010 and 2009 and the consolidating balance sheets as of September 30, 2010 and December 31, 2009 of the Parent/Issuer, the Guarantors and the Non-Guarantors. Investments in consolidated subsidiaries are accounted for under the equity method. The presentations reflect the application of SEC Staff Accounting Bulletin Topic 5-J, "Push Down Basis of Accounting Required in Certain Limited Circumstances," including the effects of the push down of the $898 million and $4.63 billion principal amount of EFH Corp. Senior Notes and $771 million and $115 million principal amount of the EFH Corp. Senior Secured Notes to the Guarantors as of September 30, 2010 and December 31, 2009, respectively (see Note 6). Amounts pushed down reflect Merger-related debt and additional debt guaranteed by the Guarantors that was issued by EFH Corp. to refinance Merger-related or other debt existing at the time of the Merger.

EFH Corp. (Parent) received dividends from its subsidiaries totaling $2 million and $117 million for the nine months ended September 30, 2010 and 2009, respectively.

F-147

EFIHMW00223516

### ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

**Condensed Consolidating Statements of Income (Loss)**
**For the Three Months Ended September 30, 2010**
**(millions of dollars)**

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Operating revenues | $ — | $ — | $ 2,607 | $ — | $ 2,607 |
| Fuel, purchased power costs and delivery fees | — | — | (1,400) | — | (1,400) |
| Net gain from commodity hedging and trading activities | — | — | 992 | — | 992 |
| Operating costs | — | — | (197) | — | (197) |
| Depreciation and amortization | — | — | (352) | — | (352) |
| Selling, general and administrative expenses | (6) | — | (181) | — | (187) |
| Franchise and revenue-based taxes | — | — | (24) | — | (24) |
| Impairment of goodwill | — | — | (4,100) | — | (4,100) |
| Other income | 75 | — | 10 | 948 | 1,033 |
| Other deductions | — | — | (5) | 1 | (4) |
| Interest income | 55 | 72 | 79 | (206) | — |
| Interest expense and related charges | (271) | (136) | (899) | 288 | (1,018) |
| Income (loss) before income taxes and equity in earnings of subsidiaries | (147) | (64) | (3,470) | 1,031 | (2,650) |
| Income tax (expense) benefit | 85 | 32 | (109) | (378) | (370) |
| Equity in earnings of consolidated subsidiaries | (2,958) | (3,690) | — | 6,648 | — |
| Equity in earnings of unconsolidated subsidiaries (net of tax) | 118 | 118 | — | (118) | 118 |
| Net income (loss) | (2,902) | (3,604) | (3,579) | 7,183 | (2,902) |
| Net income attributable to noncontrolling interests | | | | | |
| Net income (loss) attributable to EFH Corp. | $(2,902) | $ (3,604) | $ (3,579) | $ 7,183 | $ (2,902) |

F-148

EFIHMW00223517

### ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

**Condensed Consolidating Statements of Income (Loss)**
**For the Three Months Ended September 30, 2009**
**(millions of dollars)**

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Operating revenues | $  — | $  — | $  2,885 | $  — | $  2,885 |
| Fuel, purchased power costs and delivery fees | — | — | (870) | — | (870) |
| Net gain from commodity hedging and trading activities | — | — | 123 | — | 123 |
| Operating costs | — | — | (388) | — | (388) |
| Depreciation and amortization | — | — | (456) | — | (456) |
| Selling, general and administrative expenses | (29) | — | (248) | — | (277) |
| Franchise and revenue-based taxes | — | — | (94) | — | (94) |
| Other income | — | — | 45 | — | 45 |
| Other deductions | — | — | (32) | — | (32) |
| Interest income | 62 | — | 46 | (90) | 18 |
| Interest expense and related charges | (250) | (142) | (876) | 229 | (1,039) |
| Income (loss) before income taxes and equity earnings of subsidiaries | (217) | (142) | 135 | 139 | (85) |
| Income tax (expense) benefit | 75 | 48 | (46) | (46) | 31 |
| Equity earnings of subsidiaries | 62 | 81 | — | (143) | — |
| Net income (loss) | (80) | (13) | 89 | (50) | (54) |
| Net income attributable to noncontrolling interests | — | — | (26) | — | (26) |
| Net income (loss) attributable to EFH Corp. | $  (80) | $  (13) | $  63 | $  (50) | $  (80) |

F-149

Confidential

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Income (Loss)**
**For the Nine Months Ended September 30, 2010**
**(millions of dollars)**

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Operating revenues | $ — | $ — | $ 6,599 | $ — | $ 6,599 |
| Fuel, purchased power costs and delivery fees | — | — | (3,521) | — | (3,521) |
| Net gain from commodity hedging and trading activities | — | — | 2,272 | — | 2,272 |
| Operating costs | — | — | (623) | — | (623) |
| Depreciation and amortization | — | — | (1,043) | — | (1,043) |
| Selling, general and administrative expenses | (18) | — | (542) | — | (560) |
| Franchise and revenue-based taxes | — | — | (73) | — | (73) |
| Impairment of goodwill | — | — | (4,100) | — | (4,100) |
| Other income | 150 | — | 108 | 1,020 | 1,278 |
| Other deductions | — | — | (24) | 1 | (23) |
| Interest income | 160 | 76 | 243 | (470) | 9 |
| Interest expense and related charges | (807) | (436) | (2,685) | 836 | (3,092) |
| Income (loss) before income taxes and equity in earnings of subsidiaries | (515) | (360) | (3,389) | 1,387 | (2,877) |
| Income tax (expense) benefit | 200 | 130 | (168) | (498) | (336) |
| Equity in earnings of consolidated subsidiaries | (2,898) | (3,646) | — | 6,544 | — |
| Equity in earnings of unconsolidated subsidiaries (net of tax) | 240 | 240 | — | (240) | 240 |
| Net income (loss) | (2,973) | (3,636) | (3,557) | 7,193 | (2,973) |
| Net income attributable to noncontrolling interests | | | | | |
| Net income (loss) attributable to EFH Corp. | $(2,973) | $ (3,636) | $ (3,557) | $ 7,193 | $ (2,973) |

F-150

EFIHMW00223519

ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

**Condensed Consolidating Statements of Income**
**For the Nine Months Ended September 30, 2009**
**(millions of dollars)**

| | Parent/ Issuer | Guarantors | Non- Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Operating revenues | $ — | $ — | $ 7,366 | $ — | $ 7,366 |
| Fuel, purchased power costs and delivery fees | — | — | (2,171) | — | (2,171) |
| Net gain from commodity hedging and trading activities | — | — | 1,003 | — | 1,003 |
| Operating costs | — | — | (1,171) | — | (1,171) |
| Depreciation and amortization | — | — | (1,286) | — | (1,286) |
| Selling, general and administrative expenses | (92) | — | (700) | — | (792) |
| Franchise and revenue-based taxes | — | (1) | (258) | — | (259) |
| Impairment of goodwill | — | — | (90) | — | (90) |
| Other income | 2 | — | 69 | — | 71 |
| Other deductions | (3) | — | (47) | — | (50) |
| Interest income | 173 | — | 103 | (246) | 30 |
| Interest expense and related charges | (727) | (423) | (1,647) | 661 | (2,136) |
| Income (loss) before income taxes and equity earnings of subsidiaries | (647) | (424) | 1,171 | 415 | 515 |
| Income tax (expense) benefit | 213 | 141 | (468) | (140) | (254) |
| Equity earnings of subsidiaries | 641 | 710 | — | (1,351) | — |
| Net income | 207 | 427 | 703 | (1,076) | 261 |
| Net income attributable to noncontrolling interests | — | — | (54) | — | (54) |
| Net income attributable to EFH Corp. | $ 207 | $ 427 | $ 649 | $ (1,076) | $ 207 |

F-151

Confidential

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Cash Flows**
**For the Nine Months Ended September 30, 2010**
**(millions of dollars)**

| | Parent/ Issuer | Guarantors | Non- Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Cash provided by operating activities | $ 3 | $ 88 | $ 723 | $ 152 | $ 966 |
| Cash flows — financing activities: | | | | | |
| Issuances of long-term borrowings | 500 | — | — | — | 500 |
| Repayments/repurchases of long-term borrowings | (96) | (3) | (249) | (654) | (1,002) |
| Net short-term borrowings under accounts receivable sales program | — | — | 228 | — | 228 |
| Change in other short-term borrowings | — | — | (873) | — | (873) |
| Capital contribution from parent | — | 440 | — | (440) | — |
| Contributions from noncontrolling interests | — | — | 24 | — | 24 |
| Cash dividends paid | — | (2) | — | 2 | — |
| Change in notes/advances — affiliates | (804) | 34 | 761 | (18) | (27) |
| Other, net | (28) | (30) | 41 | — | (17) |
| Cash provided by (used in) financing activities | (428) | 439 | (68) | (1,110) | (1,167) |
| Cash flows — investing activities: | | | | | |
| Capital expenditures and nuclear fuel purchases | — | — | (793) | — | (793) |
| Capital contribution to subsidiary | (440) | — | — | 440 | — |
| Investment in affiliate debt | — | (500) | — | 500 | — |
| Investment redeemed from derivative counterparty | 400 | — | — | — | 400 |
| Proceeds from sale of assets | — | — | 141 | — | 141 |
| Proceeds from sale of environmental allowances and credits | — | — | 7 | — | 7 |
| Purchases of environmental allowances and credits | — | — | (13) | — | (13) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 937 | — | 937 |
| Investments in nuclear decommissioning trust fund securities | — | — | (949) | — | (949) |
| Change in advances — affiliates | (2) | (16) | — | 18 | — |
| Other, net | (1) | — | (36) | — | (37) |
| Cash provided by (used in) investing activities | (43) | (516) | (706) | 958 | (307) |
| Net change in cash and cash equivalents | (468) | 11 | (51) | — | (508) |
| Effects of deconsolidation of Oncor Holdings | (29) | — | — | — | (29) |
| Cash and cash equivalents — beginning balance | 1,059 | — | 130 | — | 1,189 |
| Cash and cash equivalents — ending balance | $ 562 | $ 11 | $ 79 | $ — | $ 652 |

F-152

EFIHMW00223521

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Cash Flows**
**For the Nine Months Ended September 30, 2009**
**(millions of dollars)**

| | Parent/ Issuer | Guarantors | Non- Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Cash provided by (used in) operating activities | $ (43) | $ 113 | $ 1,907 | $ (234) | $ 1,743 |
| Cash flows — financing activities: | | | | | |
| Issuances of long-term borrowings | — | — | 522 | — | 522 |
| Retirements of long-term borrowings | — | (3) | (294) | — | (297) |
| Change in short-term borrowings | — | — | 200 | — | 200 |
| Contributions from noncontrolling interests | — | — | 42 | — | 42 |
| Distributions paid to noncontrolling interests | — | — | (32) | — | (32) |
| Cash dividends paid | — | (117) | (117) | 234 | — |
| Change in advances — affiliates | 289 | 7 | — | (296) | — |
| Other, net | 20 | — | (35) | — | (15) |
| Cash provided by (used in) financing activities | 309 | (113) | 286 | (62) | 420 |
| Cash flows — investing activities: | | | | | |
| Capital expenditures and nuclear fuel purchases | — | — | (2,004) | — | (2,004) |
| Redemption of investment held in money market fund | — | — | 142 | — | 142 |
| Investment posted with derivative counterparty | (400) | — | — | — | (400) |
| Net proceeds from sale of assets | — | — | 41 | — | 41 |
| Reduction of letter of credit facility posted with trustee | — | — | 115 | — | 115 |
| Proceeds from sale of environmental allowances and credits | — | — | 22 | — | 22 |
| Purchases of environmental allowances and credits | — | — | (23) | — | (23) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 2,972 | — | 2,972 |
| Investments in nuclear decommissioning trust fund securities | — | — | (2,983) | — | (2,983) |
| Change in advances — affiliates | — | — | (296) | 296 | — |
| Other, net | — | — | (9) | — | (9) |
| Cash used in investing activities | (400) | — | (2,023) | 296 | (2,127) |
| Net change in cash and cash equivalents | (134) | — | 170 | — | 36 |
| Cash and cash equivalents — beginning balance | 1,075 | — | 614 | — | 1,689 |
| Cash and cash equivalents — ending balance | $ 941 | $ — | $ 784 | $ — | $ 1,725 |

F-153

Confidential

EFIHMW00223522

ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

Condensed Consolidating Balance Sheets
As of September 30, 2010
(millions of dollars)

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents | $ 562 | $ 11 | $ 79 | $ — | $ 652 |
| Restricted cash | — | — | 31 | — | 31 |
| Advances to affiliates | — | — | 242 | (242) | — |
| Trade accounts receivable — net | 26 | 177 | 1,244 | (191) | 1,256 |
| Income taxes receivable | 376 | — | 6 | (382) | — |
| Notes receivable from affiliates | 924 | — | 1,690 | (2,614) | — |
| Inventories | — | — | 388 | — | 388 |
| Commodity and other derivative contractual assets | 137 | — | 3,383 | — | 3,520 |
| Accumulated deferred income taxes | 10 | 2 | 48 | — | 60 |
| Margin deposits related to commodity positions | — | — | 196 | — | 196 |
| Other current assets | 1 | — | 65 | — | 66 |
| Total current assets | 2,036 | 190 | 7,372 | (3,429) | 6,169 |
| Restricted cash | — | — | 1,135 | — | 1,135 |
| Receivables from unconsolidated subsidiary | 1,270 | — | — | — | 1,270 |
| Investments in unconsolidated subsidiaries | 2,339 | 104 | 599 | 3,082 | 5,525 |
| Other investments | 311 | 2,692 | 599 | (2,935) | 667 |
| Property, plant and equipment — net | — | — | 20,530 | — | 20,530 |
| Notes receivable from affiliates | 12 | — | 1,609 | (1,621) | — |
| Goodwill | — | — | 6,152 | — | 6,152 |
| Intangible assets — net | — | — | 2,466 | — | 2,466 |
| Commodity and other derivative contractual assets | — | — | 2,553 | — | 2,553 |
| Accumulated deferred income taxes | 326 | — | — | (326) | — |
| Unamortized debt issuance costs and other noncurrent assets | 101 | 56 | 578 | (88) | 647 |
| Total assets | $ 6,395 | $ 3,042 | $ 42,994 | $ (5,317) | $ 47,114 |
| **LIABILITIES AND EQUITY** | | | | | |
| Current liabilities: | | | | | |
| Short-term borrowings | $ — | $ — | $ 308 | $ — | $ 308 |
| Advances from affiliates | 239 | 3 | — | (242) | — |
| Long-term debt due currently | — | 8 | 244 | — | 252 |
| Trade accounts payable | 1 | — | 646 | — | 647 |
| Payables to affiliates/unconsolidated subsidiary | 1,691 | 38 | 1,105 | (2,555) | 279 |
| Commodity and other derivative contractual liabilities | 166 | — | 2,899 | — | 3,065 |
| Margin deposits related to commodity positions | — | — | 693 | — | 693 |
| Accrued interest | 302 | 97 | 505 | (253) | 651 |
| Other current liabilities | 3 | 32 | 431 | (86) | 380 |
| Total current liabilities | 2,402 | 178 | 6,831 | (3,136) | 6,275 |
| Accumulated deferred income taxes | — | 205 | 5,658 | (546) | 5,317 |
| Commodity and other derivative contractual liabilities | — | — | 1,422 | — | 1,422 |
| Notes or other liabilities due affiliates/unconsolidated subsidiary | 1,282 | — | 711 | (1,621) | 372 |
| Long-term debt, less amounts due currently | 7,115 | 4,079 | 29,679 | (5,704) | 35,169 |
| Other noncurrent liabilities and deferred credits | 1,735 | 13 | 2,879 | — | 4,627 |
| Total liabilities | 12,534 | 4,475 | 47,180 | (11,007) | 53,182 |
| EFH Corp. shareholders' equity | (6,139) | (1,433) | (4,265) | 5,698 | (6,139) |
| Noncontrolling interests in subsidiaries | — | — | 79 | (8) | 71 |
| Total equity | (6,139) | (1,433) | (4,186) | 5,690 | (6,068) |
| Total liabilities and equity | $ 6,395 | $ 3,042 | $ 42,994 | $ (5,317) | $ 47,114 |

F-154

EFIHMW00223523

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

**Condensed Consolidating Balance Sheets**
**As of December 31, 2009**
**(millions of dollars)**

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents | $ 1,059 | $ — | $ 130 | $ — | $ 1,189 |
| Investment posted with counterparty | 425 | — | — | — | 425 |
| Restricted cash | — | — | 48 | — | 48 |
| Advances to affiliates | 471 | 5 | — | (476) | — |
| Trade accounts receivable — net | 8 | 2 | 1,253 | (3) | 1,260 |
| Income taxes receivable | 23 | 2 | — | (25) | — |
| Accounts receivable from affiliates | — | — | 22 | (22) | — |
| Notes receivable from affiliates | 114 | — | 1,469 | (1,583) | — |
| Inventories | — | — | 485 | — | 485 |
| Commodity and other derivative contractual assets | 52 | — | 2,339 | — | 2,391 |
| Accumulated deferred income taxes | — | 3 | 11 | (9) | 5 |
| Margin deposits related to commodity positions | — | — | 187 | — | 187 |
| Other current assets | 2 | — | 134 | — | 136 |
| Total current assets | 2,154 | 12 | 6,078 | (2,118) | 6,126 |
| Restricted cash | — | — | 1,149 | — | 1,149 |
| Investments in unconsolidated subsidiaries | — | — | 44 | — | 44 |
| Other investments | 4,586 | 3,634 | 638 | (8,152) | 706 |
| Property, plant and equipment — net | — | — | 30,108 | — | 30,108 |
| Notes receivable from affiliates | 12 | — | 2,236 | (2,248) | — |
| Goodwill | — | — | 14,316 | — | 14,316 |
| Intangible assets — net | — | — | 2,876 | — | 2,876 |
| Regulatory assets — net | — | — | 1,959 | — | 1,959 |
| Commodity and other derivative contractual assets | — | — | 1,533 | — | 1,533 |
| Accumulated deferred income taxes | 647 | 111 | — | (758) | — |
| Unamortized debt issuance costs and other noncurrent assets | 108 | 99 | 733 | (95) | 845 |
| Total assets | $ 7,507 | $ 3,856 | $ 61,670 | $ (13,371) | $ 59,662 |
| **LIABILITIES AND EQUITY** | | | | | |
| Current liabilities: | | | | | |
| Short-term borrowings | $ — | $ — | $ 1,569 | $ — | $ 1,569 |
| Advances from affiliates | — | — | 476 | (476) | — |
| Long-term debt due currently | — | 8 | 409 | — | 417 |
| Trade accounts payable | 4 | — | 892 | — | 896 |
| Accounts payable to affiliates | 16 | 6 | — | (22) | — |
| Notes payable to affiliates | 1,406 | 27 | 150 | (1,583) | — |
| Commodity and other derivative contractual liabilities | 82 | — | 2,310 | — | 2,392 |
| Margin deposits related to commodity positions | — | — | 520 | — | 520 |
| Accumulated deferred income taxes | 9 | — | — | (9) | — |
| Accrued interest | 119 | 93 | 408 | (94) | 526 |
| Other current liabilities | 7 | — | 761 | (24) | 744 |
| Total current liabilities | 1,643 | 134 | 7,495 | (2,208) | 7,064 |
| Accumulated deferred income taxes | — | — | 6,764 | (633) | 6,131 |
| Investment tax credits | — | — | 37 | — | 37 |
| Commodity and other derivative contractual liabilities | — | — | 1,060 | — | 1,060 |
| Notes or other liabilities due affiliates | 2,019 | — | 229 | (2,248) | — |
| Long-term debt, less amounts due currently | 6,626 | 4,975 | 34,740 | (4,901) | 41,440 |
| Other noncurrent liabilities and deferred credits | 466 | 3 | 5,297 | — | 5,766 |
| Total liabilities | 10,754 | 5,112 | 55,622 | (9,990) | 61,498 |
| EFH Corp. shareholders' equity | (3,247) | (1,256) | 4,637 | (3,381) | (3,247) |
| Noncontrolling interests in subsidiaries | — | — | 1,411 | — | 1,411 |
| Total equity | (3,247) | (1,256) | 6,048 | (3,381) | (1,836) |
| Total liabilities and equity | $ 7,507 | $ 3,856 | $ 61,670 | $ (13,371) | $ 59,662 |

F-155

EFIHMW00223524

## GLOSSARY

When the following terms and abbreviations appear in the text of these financial statements, they have the meanings indicated below.

| | |
|---|---|
| **2008 Audited Financial Statements** | Oncor Holdings' audited financial statements for the year ended December 31, 2008 |
| **Capgemini** | Capgemini Energy LP, a provider of business process support services to Oncor |
| **EBITDA** | Refers to earnings (net income) before interest expense, income taxes, depreciation and amortization |
| **EFH Corp.** | Refers to Energy Future Holdings Corp., a holding company, and/or its subsidiaries, depending on context. Its major subsidiaries include Oncor and TCEH. |
| **ERCOT** | Electric Reliability Council of Texas, the independent system operator and the regional coordinator of the various electricity systems within Texas |
| **ERISA** | Employee Retirement Income Security Act of 1974, as amended |
| **FASB** | Financial Accounting Standards Board, the designated organization in the private sector for establishing standards for financial accounting and reporting |
| **FERC** | US Federal Energy Regulatory Commission |
| **GAAP** | generally accepted accounting principles |
| **Intermediate Holding** | Refers to Energy Future Intermediate Holding Company LLC, a direct, wholly-owned subsidiary of EFH Corp. and the direct parent of Oncor Holdings. |
| **Investment LLC** | Refers to Oncor Management Investment LLC, a limited liability company and noncontrolling interest owner of Oncor, whose managing member is Oncor and whose Class B Interests are owned by officers, directors and key employees of Oncor. |
| **IRS** | US Internal Revenue Service |
| **kWh** | kilowatt-hours |
| **LIBOR** | London Interbank Offered Rate. An interest rate at which banks can borrow funds, in marketable size, from other banks in the London interbank market. |
| **Limited Liability Company Agreement** | The Second Amended and Restated Limited Liability Company Agreement of Oncor, dated as of November 5, 2008, by and among Oncor Holdings, Texas Transmission and Investment LLC, as amended. |
| **Luminant** | Refers to subsidiaries of TCEH engaged in competitive market activities consisting of electricity generation and wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas. |
| **Merger** | The transaction referred to in "Merger Agreement" (defined immediately below) that was completed on October 10, 2007. |

F-156

Confidential

| | |
|---|---|
| **Merger Agreement** | Agreement and Plan of Merger, dated February 25, 2007, under which Texas Holdings agreed to acquire EFH Corp. |
| **Oncor** | Refers to Oncor Electric Delivery Company LLC, a direct, majority-owned subsidiary of Oncor Holdings, and/or its wholly-owned consolidated bankruptcy-remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC, depending on context. |
| **Oncor Holdings** | Refers to Oncor Electric Delivery Holdings Company LLC, a direct, wholly-owned subsidiary of Intermediate Holding and the direct majority owner of Oncor. |
| **Oncor Ring-Fenced Entities** | Refers to Oncor Holdings and its direct and indirect subsidiaries |
| **OPEB** | other postretirement employee benefits |
| **PUCT** | Public Utility Commission of Texas |
| **PURA** | Texas Public Utility Regulatory Act |
| **Purchase accounting** | The purchase method of accounting for a business combination as prescribed by GAAP, whereby the cost or "purchase price" of a business combination, including the amount paid for the equity and direct transaction costs, are allocated to identifiable assets and liabilities (including intangible assets) based upon their fair values. The excess of the purchase price over the fair values of assets and liabilities is recorded as goodwill. |
| **REP** | retail electric provider |
| **SARs** | Stock Appreciation Rights |
| **SARs Plan** | Refers to the Oncor Electric Delivery Company LLC Stock Appreciation Rights Plan |
| **Sponsor Group** | Collectively, the investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P. (KKR), TPG Capital, L.P. and GS Capital Partners, an affiliate of Goldman Sachs & Co. (See Texas Holdings below.) |
| **TCEH** | Refers to Texas Competitive Electric Holdings Company LLC, a direct, wholly-owned subsidiary of Energy Future Competitive Holdings Company and an indirect subsidiary of Texas Holdings, and/or its subsidiaries, depending on context. |
| **Texas Holdings** | Refers to Texas Energy Future Holdings Limited Partnership, a limited partnership controlled by the Sponsor Group that owns substantially all of the common stock of EFH Corp. |
| **Texas Holdings Group** | Refers to Texas Holdings and its direct and indirect subsidiaries other than the Oncor Ring-Fenced Entities. |
| **Texas Transmission** | Refers to Texas Transmission Investment LLC, a limited liability company that owns a 19.75% equity interest in Oncor. Texas Transmission is not affiliated with EFH Corp., any of EFH Corp.'s subsidiaries or any member of the Sponsor Group. |
| **TXU Energy** | Refers to TXU Energy Retail Company LLC, a direct, wholly-owned subsidiary of TCEH engaged in the retail sale of electricity to residential and business customers. TXU Energy is a REP in competitive areas of ERCOT. |

F-157

Confidential

**US**                                     United States of America

This prospectus occasionally makes references to Oncor Holdings or Oncor when describing actions, rights or obligations of their respective subsidiaries. These references reflect the fact that the subsidiaries are consolidated with their respective parent companies for financial reporting purposes. However, these references should not be interpreted to imply that the parent company is actually undertaking the action or has the rights or obligations of the relevant subsidiary company or that the subsidiary company is undertaking an action or has the rights or obligations of its parent company or any other affiliate.

F-158

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Member of
Oncor Electric Delivery Holdings Company LLC
Dallas, Texas

We have audited the accompanying consolidated balance sheets of Oncor Electric Delivery Holdings Company LLC and subsidiaries ("Oncor Holdings" or the "Successor") as of December 31, 2009 and 2008 (Successor balance sheets), and the related statements of consolidated income (loss), comprehensive income (loss), cash flows, and membership interests for the years ended December 31, 2009 and 2008 (Successor operations), and the period from October 11, 2007 through December 31, 2007 (Successor operations). We have also audited the accompanying statements of consolidated income (loss), comprehensive income (loss), cash flows, and shareholder's equity of Oncor Electric Delivery Company LLC (the "Predecessor") for the period from January 1, 2007 through October 10, 2007 (Predecessor operations). These financial statements are the responsibility of the Oncor Holdings' management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. Oncor Holdings is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Oncor Holdings' internal control over financial reporting. Accordingly, we express no such opinion. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the Successor's consolidated financial statements referred to above present fairly, in all material respects, the financial position of Oncor Electric Delivery Holdings Company LLC and subsidiaries as of December 31, 2009 and 2008, and the results of their operations and their cash flows for the years ended December 31, 2009 and 2008 and the period from October 11, 2007 through December 31, 2007 in conformity with accounting principles generally accepted in the United States of America. Further, in our opinion, the Predecessor's consolidated financial statements referred to above present fairly, in all material respects, the results of operations and cash flows of Oncor Electric Delivery Company LLC for the period from January 1, 2007 through October 10, 2007 in conformity with accounting principles generally accepted in the United States of America.

As discussed in Note 1 to the consolidated financial statements, Oncor Holdings is a wholly-owned subsidiary of Energy Future Holdings Corp., which was merged with Texas Energy Future Merger Sub Corp on October 10, 2007.

/s/  Deloitte & Touche LLP

Dallas, Texas
February 18, 2010

F-159

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR) AND**
**ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)**
**STATEMENTS OF CONSOLIDATED INCOME (LOSS)**
**(millions of dollars)**

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Operating revenues: | | | | |
| Affiliated | $  1,018 | $  1,000 | $  209 | $  823 |
| Nonaffiliated | 1,672 | 1,580 | 324 | 1,144 |
| Total operating revenues | 2,690 | 2,580 | 533 | 1,967 |
| | | | | |
| Operating expenses: | | | | |
| Operation and maintenance | 962 | 852 | 200 | 649 |
| Write off of regulatory assets (Note 8) | 25 | — | | |
| Depreciation and amortization | 557 | 492 | 96 | 366 |
| Income taxes | 145 | 191 | 25 | 150 |
| Taxes other than income taxes | 385 | 391 | 87 | 305 |
| Total operating expenses | 2,074 | 1,926 | 408 | 1,470 |
| | | | | |
| Operating income | 616 | 654 | 125 | 497 |
| Other income and deductions: | | | | |
| Impairment of goodwill (Note 3) | — | 860 | — | — |
| Other income (Note 20) | 49 | 45 | 11 | 3 |
| Other deductions (Note 20) | 14 | 25 | 8 | 30 |
| Nonoperating income taxes | 28 | 26 | 6 | 9 |
| Interest income | 43 | 45 | 12 | 44 |
| Interest expense and related charges (Note 20) | 346 | 316 | 70 | 242 |
| Net income (loss) | 320 | (483) | 64 | 263 |
| Net (income) loss attributable to noncontrolling interests | (64) | 160 | — | — |
| Net income (loss) attributable to Oncor Holdings | $  256 | $  (323) | $  64 | $  263 |

See Notes to Financial Statements.

F-160

EFIHMW00223529

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR) AND**
**ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)**
**STATEMENTS OF CONSOLIDATED COMPREHENSIVE INCOME (LOSS)**
**(millions of dollars)**

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | **Year Ended December 31, 2009** | **Year Ended December 31, 2008** | **Period from October 11, 2007 through December 31, 2007** | **Period from January 1, 2007 through October 10, 2007** |
| Net income (loss) | $       320 | $       (483) | $       64 | $       263 |
| Other comprehensive income, net of tax effects: | | | | |
| Cash flow hedges: | | | | |
| Net decrease in fair value of derivatives (net of tax benefit of —, $1, — and —) | — | (2) | — | — |
| Derivative value net losses related to hedged transactions recognized during the period in net income (net of tax expense of $—in all periods) | — | — | — | 1 |
| Comprehensive income (loss) | 320 | (485) | 64 | 264 |
| Comprehensive (income) loss attributable to noncontrolling interests | (64) | 160 | — | — |
| Comprehensive income (loss) attributable to Oncor Holdings | $       256 | $       (325) | $       64 | $       264 |

See Notes to Financial Statements.

F-161

EFIHMW00223530

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR) AND**
**ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)**
**STATEMENTS OF CONSOLIDATED CASH FLOWS**
**(millions of dollars)**

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Cash flows — operating activities: | | | | |
| Net income (loss) | $    320 | $    (483) | $    64 | $    263 |
| Adjustments to reconcile net income to cash provided by operating activities: | | | | |
| Depreciation and amortization | 522 | 451 | 95 | 366 |
| Write off of regulatory assets (Note 8) | 25 | — | — | — |
| Deferred income taxes — net | 78 | 159 | 71 | 21 |
| Amortization of investment tax credits | (5) | (5) | (1) | (4) |
| Reversal of reserve recorded in purchase accounting (Note 13) | (10) | — | — | — |
| Impairment of goodwill (Note 3) | — | 860 | — | — |
| Bad debt expense | (3) | 1 | (2) | 2 |
| Stock-based incentive compensation expense | — | — | — | 3 |
| Other, net | 2 | 5 | 3 | 1 |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable — trade (including affiliates) | (29) | (1) | 39 | (47) |
| Impact of accounts receivable sales program (Note 9) | — | — | (113) | 27 |
| Inventories | (29) | (12) | 6 | 19 |
| Accounts payable — trade (including affiliates) | 7 | 6 | (3) | 8 |
| Deferred advanced metering system revenues (Note 8) | 57 | — | — | — |
| Other — assets | (40) | (141) | (32) | (24) |
| Other — liabilities | 55 | (11) | (62) | 47 |
| Cash provided by operating activities | 950 | 829 | 65 | 682 |
| Cash flows — financing activities: | | | | |
| Issuance of long-term debt | — | 1,500 | — | 800 |
| Repayments of long-term debt | (104) | (99) | (832) | (264) |
| Net increase (decrease) in short-term borrowings | 279 | (943) | 895 | (288) |
| Proceeds from sale of noncontrolling interests, net of transaction costs (Note 14) | — | 1,253 | — | — |
| Distribution to parent of equity sale net proceeds | — | (1,253) | — | — |
| Distributions/dividends to parent | (216) | (330) | — | (326) |
| Distributions to noncontrolling interests | (56) | — | — | — |
| Net decrease in advances from parent | — | — | — | (24) |
| Decrease in income tax-related note receivable from TCEH | 35 | 34 | 9 | 24 |
| Excess tax benefit on stock-based incentive compensation | — | 10 | 15 | — |
| Debt discount, financing and reacquisition expenses — net | (3) | (18) | (1) | (10) |
| Cash provided by (used in) financing activities | (65) | 154 | 86 | (88) |
| Cash flows — investing activities: | | | | |
| Capital expenditures | (998) | (919) | (162) | (580) |
| Cash settlements related to outsourcing contract termination (Note 16) | — | 20 | — | — |
| Other | 16 | 20 | 16 | 2 |
| Cash used in investing activities | (982) | (879) | (146) | (578) |
| Net change in cash and cash equivalents | (97) | 104 | 5 | 16 |

F-162

Confidential

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR) AND**
**ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)**
**STATEMENTS OF CONSOLIDATED CASH FLOWS (Cont'd)**
**(millions of dollars)**

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | **Year Ended December 31, 2009** | **Year Ended December 31, 2008** | **Period from October 11, 2007 through December 31, 2007** | **Period from January 1, 2007 through October 10, 2007** |
| Cash and cash equivalents — beginning balance | 126 | 22 | 17 | 1 |
| Cash and cash equivalents — ending balance | $ 29 | $ 126 | $ 22 | $ 17 |

See Notes to Financial Statements.

F-163

ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR)
CONSOLIDATED BALANCE SHEETS
(millions of dollars)

| | Successor | |
|---|---|---|
| | December 31, 2009 | December 31, 2008 |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 29 | $ 126 |
| Restricted cash (Note 15) | 47 | 51 |
| Trade accounts receivable from nonaffiliates — net (Note 9) | 243 | 217 |
| Trade accounts and other receivables from affiliates | 188 | 182 |
| Income taxes receivable from EFH Corp. (Note 19) | — | 22 |
| Materials and supplies inventories — at average cost | 92 | 63 |
| Accumulated deferred income taxes (Note 7) | 10 | 54 |
| Prepayments | 76 | 75 |
| Other current assets | 8 | 9 |
| Total current assets | 693 | 799 |
| Restricted cash (Note 15) | 14 | 16 |
| Investments and other property (Note 15) | 72 | 72 |
| Property, plant and equipment — net (Note 20) | 9,174 | 8,606 |
| Goodwill (Note 20) | 4,064 | 4,064 |
| Note receivable due from TCEH (Note 19) | 217 | 254 |
| Regulatory assets — net (Note 8) | 1,959 | 1,892 |
| Other noncurrent assets | 51 | 60 |
| Total assets | $ 16,244 | $ 15,763 |
| **LIABILITIES AND MEMBERSHIP INTERESTS** | | |
| Current liabilities: | | |
| Short-term borrowings (Note 10) | $ 616 | $ 337 |
| Long-term debt due currently (Note 11) | 108 | 103 |
| Trade accounts payable | 129 | 124 |
| Income taxes payable to EFH Corp. (Note 19) | 5 | — |
| Accrued taxes other than income taxes | 137 | 141 |
| Accrued interest | 104 | 103 |
| Other current liabilities | 106 | 99 |
| Total current liabilities | 1,205 | 907 |
| Accumulated deferred income taxes (Notes 1 and 7) | 1,369 | 1,333 |
| Investment tax credits | 37 | 42 |
| Long-term debt, less amounts due currently (Note 11) | 4,996 | 5,101 |
| Other noncurrent liabilities and deferred credits (Note 20) | 1,879 | 1,720 |
| Total liabilities | 9,486 | 9,103 |
| Commitments and contingencies (Note 12) | | |
| Membership interests (Note 13): | | |
| Oncor Holdings membership interest | 5,395 | 5,305 |
| Noncontrolling interests in subsidiary | 1,363 | 1,355 |
| Total membership interests | 6,758 | 6,660 |
| Total liabilities and membership interests | $ 16,244 | $ 15,763 |

See Notes to Financial Statements.

F-164

Confidential

ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR)
STATEMENTS OF CONSOLIDATED MEMBERSHIP INTERESTS
(millions of dollars)

| | Successor | | |
|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 |
| Capital account: | | | |
| Balance at beginning of period (a) | $ 5,307 | $ 7,643 | $ 7,539 |
| Net income (loss) attributable to Oncor Holdings | 256 | (323) | 64 |
| Distributions paid to parent | (216) | (1,583) | — |
| Capital contributions (b) | 50 | — | — |
| Effect of sale of noncontrolling interests (Notes 13 and 14) | — | (406) | — |
| Distribution of investment in Oncor Communications Holding Company LLC to parent | — | (24) | — |
| Investment by Texas Holdings | — | — | 12 |
| Settlement of incentive compensation plans | — | — | 28 |
| Balance at end of period | 5,397 | 5,307 | 7,643 |
| Accumulated other comprehensive income (loss), net of tax effects: | | | |
| Balance at beginning of period | (2) | — | — |
| Net effects of cash flow hedges | — | (2) | — |
| Balance at end of period | (2) | (2) | — |
| Oncor Holdings membership interest at end of period | 5,395 | 5,305 | 7,643 |
| Noncontrolling interests in subsidiary (Note 14): | | | |
| Balance at beginning of period | 1,355 | — | — |
| Net income (loss) attributable to noncontrolling interests | 64 | (160) | — |
| Distributions to noncontrolling interests | (56) | (2) | — |
| Investment | — | 1,253 | — |
| Effect of sale of noncontrolling interests (Note 14) | — | 265 | — |
| Other | — | (1) | — |
| Noncontrolling interests in subsidiary at end of period | 1,363 | 1,355 | — |
| Total membership interests at end of period | $ 6,758 | $ 6,660 | $ 7,643 |

(a)    The beginning equity balance for the period from October 11, 2007 through December 31, 2007 reflects the application of push-down accounting as a result of the Merger.

(b)    Reflects noncash settlement of certain income taxes payable arising as a result of the sale of noncontrolling interests in Oncor.

See Notes to Financial Statements.

F-165

EFIHMW00223534

ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)
STATEMENT OF CONSOLIDATED SHAREHOLDER'S EQUITY
(millions of dollars)

| | Predecessor Period from January 1, 2007 through October 10, 2007 |
|---|---|
| Common stock without par value (number of authorized shares — 100,000,000): | |
| Balance at beginning of period | $ 1,986 |
| Effects of stock-based incentive compensation plans (Note 13) | 18 |
| Balance at end of period (number of shares outstanding October 10, 2007 — 0) | 2,004 |
| Retained earnings: | |
| Balance at beginning of period | 1,008 |
| Net income | 263 |
| Dividends to parent | (326) |
| Effect of adoption of accounting guidance related to uncertain tax positions (Note 6) | (9) |
| Other | 1 |
| Balance at end of period | 937 |
| Accumulated other comprehensive income (loss), net of tax effects: | |
| Balance at beginning of period | (19) |
| Net effects of cash flow hedges | 1 |
| Balance at end of period | (18) |
| Total shareholder's equity at end of period | $ 2,923 |

See Notes to Financial Statements.

F-166

Confidential

## ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC (SUCCESSOR) AND
## ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## 1.    SIGNIFICANT ACCOUNTING POLICIES

### *Description of Business*

Oncor Holdings is a Dallas, Texas-based holding company whose financial statements reflect almost entirely the operations of its direct, majority (approximately 80%) owned subsidiary, Oncor. Oncor is a regulated electricity transmission and distribution company principally engaged in providing delivery services to REPs, including subsidiaries of TCEH, that sell power in the north-central, eastern and western parts of Texas. Distribution revenues from TCEH represented 38% and 39% of total revenues for the years ended December 31, 2009 and 2008, respectively. Oncor Holdings is a direct, wholly-owned subsidiary of Intermediate Holding, a direct, wholly-owned subsidiary of EFH Corp. With the closing of the Merger on October 10, 2007, EFH Corp. became a subsidiary of Texas Holdings, which is controlled by the Sponsor Group (see Note 2), and Oncor Holdings and Intermediate Holding were formed. See "Glossary" for definition of terms and abbreviations, including the Merger. References in these financial statements to Oncor Holdings are to Oncor Holdings and/or its direct or indirect subsidiaries as apparent in the context. Oncor Holdings' financial statements reflect almost entirely the operations of Oncor; consequently, there are no separate reportable business segments.

Oncor Holdings' consolidated financial statements include its indirect, bankruptcy-remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC. This financing subsidiary was organized for the limited purpose of issuing specified transition bonds in 2003 and 2004. Oncor Electric Delivery Transition Bond Company LLC issued $1.3 billion principal amount of securitization (transition) bonds to recover generation-related regulatory asset stranded costs and other qualified costs under an order issued by the PUCT in 2002.

Various "ring-fencing" measures have been taken to enhance the credit quality of Oncor Holdings and Oncor. These measures serve to mitigate Oncor's and Oncor Holdings' credit exposure to the Texas Holdings Group and to reduce the risk that the assets and liabilities of Oncor or Oncor Holdings would be substantively consolidated with the assets and liabilities of the Texas Holdings Group in the event of a bankruptcy of one or more of those entities. Such measures include, among other things: Oncor's sale of a 19.75% equity interest to Texas Transmission in November 2008; maintenance of separate books and records for the Oncor Ring-Fenced Entities; the board of directors of Oncor Holdings and Oncor being comprised of a majority of independent directors, and prohibitions on the Oncor Ring-Fenced Entities' providing credit support to, or receiving credit support from, any member of the Texas Holdings Group. The assets and liabilities of the Oncor Ring-Fenced Entities are separate and distinct from those of the Texas Holdings Group, including TXU Energy and Luminant, and none of the assets of the Oncor Ring-Fenced Entities are available to satisfy the debt or other obligations of any member of the Texas Holdings Group. Oncor and Oncor Holdings do not bear any liability for obligations of the Texas Holdings Group (including, but not limited to, debt obligations), and vice versa. Accordingly, Oncor Holdings' operations are conducted, and its cash flows managed, independently from the Texas Holdings Group.

See Note 14 for discussion of noncontrolling interests sold by Oncor in November 2008.

### *Basis of Presentation*

The consolidated financial statements of Oncor Holdings have been prepared in accordance with US GAAP. The accompanying consolidated statements of income (loss), comprehensive income (loss), cash flows and membership interests/shareholder's equity present results of operations and cash flows of Oncor Holdings for periods subsequent to the Merger (Successor) and of Oncor for periods preceding the Merger (Predecessor), since Oncor Holdings did not exist prior to the Merger. The consolidated financial statements have been prepared on the same basis as the 2008 Audited Financial Statements. The consolidated financial statements of the Successor reflect the application of purchase accounting in accordance with the provisions of accounting standards related to business combinations. All intercompany items and transactions have been eliminated in consolidation. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated. Subsequent events have been evaluated through February 18, 2010, the date these consolidated financial statements were issued.

F-167

*Income Taxes*

EFH Corp. files a consolidated federal income tax return. Prior to 2007, federal income taxes were allocated to subsidiaries, including Oncor Holdings and Oncor, based on their respective taxable income or loss. Effective with the November 2008 sale of equity interests in Oncor (see Note 14), Oncor became a partnership for US federal income tax purposes, and subsequently EFH Corp.'s share of partnership income is included in its consolidated federal income tax return. In connection with the Merger, Oncor, Oncor Holdings and EFH Corp. entered into a tax sharing agreement (amended in November 2008 to include Texas Transmission and Investment LLC) that is retroactive to January 1, 2007. The tax sharing agreement provides for the calculation of tax liability for each of Oncor Holdings and Oncor substantially as if these entities file their own income tax returns and requires tax payments to their members determined on that basis (without duplication for any income taxes paid by a subsidiary of Oncor Holdings). Deferred income taxes are provided for temporary differences between the book and tax bases of assets and liabilities of Oncor Holdings, which primarily relate to the difference between the book and tax basis of the investment in Oncor.

Amounts of deferred income tax assets and liabilities, as well as current and noncurrent accruals, are determined in accordance with the provisions of accounting guidance for income taxes and for uncertainty in income taxes. See Note 7 for additional detail.

*Use of Estimates*

Preparation of Oncor Holdings' financial statements requires management to make estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and the reported amounts of revenue and expense, including fair value measurements. In the event estimates and/or assumptions prove to be different from actual amounts, adjustments are made in subsequent periods to reflect more current information. No material adjustments, other than those disclosed elsewhere herein, were made to previous estimates or assumptions during the current year.

*Purchase Accounting*

The Merger was accounted for under purchase accounting, whereby the total purchase price of the transaction was allocated to EFH Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values, and the excess of the purchase price over the fair value of net assets acquired was recorded as goodwill. The allocation resulted in a significant amount of goodwill, a portion of which was assigned to Oncor Holdings. See Note 2 for details regarding the effect of purchase accounting.

*Derivative Instruments and Mark-to-Market Accounting*

Oncor has from time-to-time entered into derivative instruments, referred to as interest rate swaps, to hedge interest rate risk. If the instrument meets the definition of a derivative under accounting standards related to derivative instruments and hedging activities, the fair value of each derivative is required to be recognized on the balance sheet as a derivative asset or liability and changes in the fair value recognized in net income, unless criteria for certain exceptions are met. This recognition is referred to as "mark-to-market" accounting.

Because derivative instruments are frequently used as economic hedges, accounting standards related to derivative instruments and hedging activities allow for "hedge accounting," which provides for the designation of such instruments as cash flow or fair value hedges if certain conditions are met. A cash flow hedge mitigates the risk associated with the variability of the future cash flows related to an asset or liability (e.g., debt with variable interest rate payments), while a fair value hedge mitigates risk associated with fixed future cash flows (e.g., debt with fixed interest rate payments). In accounting for cash flow hedges, derivative assets and liabilities are recorded on the balance sheet at fair value with an offset to other comprehensive income to the extent the hedges are effective. Amounts remain in accumulated other comprehensive income, unless the underlying transactions become probable of not occurring, and are reclassified into net income as the related transactions (hedged items) settle and affect net income. Fair value hedges are recorded as derivative assets or liabilities with an offset to net income, and the carrying value of the related asset or liability (hedged item) is adjusted for changes in fair value with an offset to net income. If the fair value hedge is settled prior to the maturity of the hedged item, the cumulative fair value gain or loss associated with the hedge is amortized into income over the remaining life of the hedged item. To qualify for hedge accounting, a hedge must be considered highly effective in offsetting changes in fair value of the hedged item. Assessment of the hedge's effectiveness is tested at least quarterly throughout its term to continue to qualify for hedge accounting. Hedge ineffectiveness, even if the hedge continues to be assessed as effective, is immediately recognized in net income. Ineffectiveness is generally measured as the cumulative excess, if any, of the change in value of the hedging instrument over the change in value of the hedged item.

F-168

EFIHMW00223537

*Revenue Recognition*

Revenue from delivery services are recorded under the accrual method of accounting. Revenues are recognized when delivery services are provided to customers on the basis of periodic cycle meter readings and include an estimate for revenues earned from the meter reading date to the end of the period with an adjustment for the impact of weather and other factors on unmetered deliveries (unbilled revenue).

*Impairment of Goodwill and Other Intangible Assets*

Oncor Holdings evaluates goodwill for impairment at least annually. The impairment tests performed are based on determinations of enterprise value using discounted cash flow analyses, comparable company equity values and any relevant transactions indicative of enterprise values. See Note 20 for details of goodwill and other intangible assets and Note 3 for discussion of a goodwill impairment charge recorded in 2008.

In 2009, Oncor Holdings changed the annual test date from October 1 to December 1. Management determined the new annual goodwill test date is preferable because of efficiencies gained by aligning the test with Oncor Holdings' annual budget and five-year plan processes in the fourth quarter. The change in the annual test date did not delay, accelerate or avoid an impairment charge, and retrospective application of this change in accounting principle did not affect previously reported results.

*System of Accounts*

The accounting records of Oncor Holdings have been maintained in accordance with the FERC Uniform System of Accounts as adopted by the PUCT.

*Defined Benefit Pension Plans and Other Postretirement Employee Benefit (OPEB) Plans*

Oncor participates in an EFH Corp. pension plan that offers benefits based on either a traditional defined benefit formula or a cash balance formula and an OPEB plan that offers certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees from Oncor. Costs of pension and OPEB plans are dependent upon numerous factors, assumptions and estimates. See Note 17 for additional information regarding pension and OPEB plans.

*Stock-Based Incentive Compensation*

Prior to the Merger, EFH Corp. provided discretionary awards payable in its common stock to qualified managerial employees of Oncor under EFH. Corp.'s shareholder-approved long-term incentive plans. Oncor Holdings recognized expense for these awards over the vesting period based on the grant-date fair value of those awards. In November 2008, Oncor implemented the SARs Plan for certain management that purchased equity interests in Oncor indirectly by investing in Investment LLC. SARs have been awarded under the SARs Plan and are being accounted for based upon the provisions of guidance for share-based payment. See Note 18 for information regarding stock-based compensation, including SARs granted to certain members of Oncor's board of directors.

*Fair Value of Nonderivative Financial Instruments*

The carrying amounts for financial assets classified as current assets and the carrying amounts for financial liabilities classified as current liabilities approximate fair value due to the short maturity of such instruments. The fair values of other financial instruments, for which carrying amounts and fair values have not been presented, are not materially different than their related carrying amounts.

F-169

EFIHMW00223538

*Franchise Taxes*

Franchise taxes are assessed to Oncor by local governmental bodies, based on kWh delivered and are the principal component of "taxes other than income taxes" as reported in the income statement. Franchise taxes are not a "pass through" item. Rates charged to customers by Oncor are intended to recover the franchise taxes, but Oncor is not acting as an agent to collect the taxes from customers.

*Cash and Cash Equivalents*

For purposes of reporting cash and cash equivalents, temporary cash investments purchased with a remaining maturity of three months or less are considered to be cash equivalents. See Note 15 for details regarding restricted cash.

*Property, Plant and Equipment*

Properties are stated at original cost. The cost of self-constructed property additions includes materials and both direct and indirect labor and applicable overhead and an allowance for funds used during construction.

Depreciation of property, plant and equipment is calculated on a straight-line basis over the estimated service lives of the properties based on depreciation rates approved by the PUCT. Depreciation rates include plant removal costs as a component of depreciation expense, consistent with regulatory treatment. As is common in the industry, depreciation expense is recorded using composite depreciation rates that reflect blended estimates of the lives of major asset groups as compared to depreciation expense calculated on a component asset-by-asset basis.

In accordance with the PUCT's August 2009 order in Oncor's rate review, the remaining net book value and anticipated removal cost of existing meters that are being replaced by advanced meters is being charged (amortized) to expense over an 11-year cost recovery period.

*Allowance For Funds Used During Construction (AFUDC)*

AFUDC is a regulatory cost accounting procedure whereby both interest charges on borrowed funds and a return on equity capital used to finance construction are included in the recorded cost of utility plant and equipment being constructed. AFUDC is capitalized on all projects involving construction periods lasting greater than thirty days. The equity portion of capitalized AFUDC is accounted for as other income. There was no equity AFUDC for the periods presented. See Note 20 for detail of amounts charged to interest expense.

*Regulatory Assets and Liabilities*

The financial statements of Oncor Holdings reflect regulatory assets and liabilities under cost-based rate regulation in accordance with accounting standards related to the effect of certain types of regulation. The assumptions and judgments used by regulatory authorities continue to have an impact on the recovery of costs, the rate earned on invested capital and the timing and amount of assets to be recovered by rates. See Note 8 for details of regulatory assets and liabilities.

*Sale of Noncontrolling Interests*

See Note 14 for discussion of accounting for the sale of noncontrolling interests by Oncor.

*Changes in Accounting Standards*

In June 2009, the FASB issued "The FASB Accounting Standards Codification™ and the Hierarchy of Generally Accepted Accounting Principles," which establishes the FASB Accounting Standards Codification™ (Codification) as the source of authoritative US GAAP recognized by the FASB to be applied to nongovernmental entities. The Codification was effective for financial statements issued for interim and annual periods ending after September 15, 2009. The adoption of the Codification did not affect reported results of operations, financial condition or cash flows.

F-170

EFIHMW00223539

In May 2009, the FASB issued new guidance related to subsequent events that requires disclosure of the date through which Oncor Holdings has evaluated subsequent events related to the financial statements being issued and the basis for that date. The adoption of this guidance as of April 1, 2009 did not affect reported results of operations, financial condition or cash flows, and the required disclosure is provided above in "Basis of Presentation."

## 2.   FINANCIAL STATEMENT EFFECTS OF THE MERGER

EFH Corp. accounted for the Merger under purchase accounting in accordance with the provisions of accounting standards related to business combinations, whereby the total purchase price of the transaction was allocated to EFH Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values as of the Merger date. As a result of cost-based regulatory rate-setting processes, the book value of the majority of Oncor's assets and liabilities effectively represents fair value, and no adjustments to the carrying value of those regulated assets or liabilities were recorded. The excess of the purchase price over the fair value of net assets acquired was recorded as goodwill. The purchase price was allocated to TCEH and Oncor. The purchase price amount assigned to Oncor was based on the relative enterprise value of the business on the closing date of the Merger and resulted in an excess of purchase price over fair value of assets and liabilities of $4.9 billion, which was recorded as goodwill. See Note 20 for disclosures related to goodwill and Note 3 regarding an impairment charge recorded in the fourth quarter of 2008.

The following table summarizes the final purchase price allocation to the estimated fair values of the assets acquired and liabilities assumed (billions of dollars):

| | |
|---|---:|
| Purchase price assigned to Oncor | $ 7.6 |
| Property, plant and equipment | 7.9 |
| Regulatory assets — net | 1.3 |
| Other assets | 1.3 |
| Total assets acquired | 10.5 |
| Short-term borrowings and long-term debt | 5.1 |
| Deferred income tax liabilities | 1.3 |
| Other liabilities | 1.4 |
| Total liabilities assumed | 7.8 |
| Net identifiable assets acquired | 2.7 |
| Goodwill | $ 4.9 |

As part of purchase accounting, the carrying value of certain generation-related regulatory assets securitized by transition bonds, which have been reviewed and approved by the PUCT for recovery but without earning a rate of return, was reduced by $213 million. This amount will be accreted to other income over the recovery period remaining as of the closing date of the Merger (approximately nine years). The related securitization (transition) bonds were also fair valued and the resulting discount of $12 million will be amortized to interest expense over the life of the bonds remaining as of the closing date of the Merger (approximately nine years).

The final purchase price allocation includes $16 million in liabilities recorded in connection with the notice of termination of outsourcing arrangements with Capgemini under the change of control provisions of such arrangements (also see Note 16). Oncor incurred $4 million of these exit liabilities during the year ended December 31, 2009. In December 2009, Oncor recorded a $10 million reversal of a portion of these exit liabilities due primarily to a shorter than expected outsourcing services transition period, and this reversal is reflected in other income (see Note 19). The remaining accrual totaling $2 million is expected to be settled in 2010.

## 3.   GOODWILL IMPAIRMENT

The 2009 annual goodwill impairment testing performed as of October 1 and December 1, 2009 in accordance with accounting guidance for a change in annual impairment testing dates resulted in no impairment (see discussion in Note 1 regarding change in the annual test date from October 1 to December 1). The testing determined that Oncor Holdings' estimated fair value (enterprise value) exceeded its carrying value by approximately 10%, resulting in no additional testing being required and no impairment. Key assumptions in the valuation include discount rates, growth of the rate base and return on equity allowed by the regulatory authority.

F-171

EFIHMW00223540

In the fourth quarter of 2008, Oncor Holdings recorded a goodwill impairment charge totaling $860 million, which is not deductible for income tax-related purposes.

Although the annual goodwill impairment test date set by management was October 1, management determined that in consideration of the continuing deterioration of securities values during the fourth quarter of 2008, an impairment testing trigger occurred subsequent to that test date; consequently, the impairment charge was based on estimated fair values at December 31, 2008. The fair value calculation was completed in the first quarter of 2009 with no additional impairment charge.

The impairment determination involved significant assumptions and judgments in estimating enterprise values and the fair values of assets and liabilities. The impairment primarily arose from the dislocation in the capital markets that increased interest rate spreads and the resulting discount rates used in estimating fair values and the effect of declines in market values of debt and equity securities of comparable companies.

The calculations supporting the impairment determination utilized models that took into consideration multiple inputs, including debt yields, equity prices of comparable companies and other inputs. These models were generally used in developing long-term forward discount rates for determining enterprise value and fair values of certain individual assets and liabilities. The fair value measurements resulting from such models are classified as Level 3 non-recurring fair value measurements consistent with accounting standards related to the determination of fair value.

**4.    STIPULATION APPROVED BY THE PUCT**

Oncor and Texas Holdings agreed to the terms of a stipulation, which was conditional upon completion of the Merger, with major interested parties to resolve all outstanding issues in the PUCT review related to the Merger. In February 2008, the PUCT entered an order approving the stipulation. The PUCT issued a final order on rehearing in April 2008 that has been appealed to the 200th District Court of Travis County, Texas. The parties to the appeal have agreed to a schedule that would result in a hearing in June 2010.

In addition to commitments Oncor made in its filings in the PUCT review, the stipulation included the following provisions, among others:

- Oncor provided a one-time $72 million refund to its REP customers in the September 2008 billing cycle. The refund was in the form of a credit on distribution fee billings. The liability for the refund was recorded as part of purchase accounting.

- Consistent with the 2006 cities rate settlement (see Note 5), Oncor filed a system-wide rate case in June 2008 based on a test-year ended December 31, 2007. In August 2009, the PUCT issued a final order on this rate case. See Note 8.

- Oncor agreed not to request recovery of approximately $56 million of regulatory assets related to self-insurance reserve costs and 2002 restructuring expenses. These regulatory assets were eliminated as part of purchase accounting.

- The dividends paid by Oncor will be limited through December 31, 2012, to an amount not to exceed Oncor's net income (determined in accordance with GAAP, subject to certain defined adjustments) for the period beginning October 11, 2007 and ending December 31, 2012, and are further limited by an agreement that Oncor's regulatory capital structure, as determined by the PUCT, will be at or below the assumed debt-to-equity ratio established periodically by the PUCT for ratemaking purposes, which is currently set at 60% debt to 40% equity.

- Oncor committed to minimum capital spending of $3.6 billion over the five-year period ending December 31, 2012, subject to certain defined conditions.

- Oncor committed to an additional $100 million in spending over the five-year period ending December 31, 2012 on demand-side management or other energy efficiency initiatives. These additional expenditures will not be recoverable in rates, and this amount was recorded as a regulatory liability as part of purchase accounting and consistent with accounting standards related to the effect of certain types of regulation.

F-172

EFIHMW00223541

- If Oncor's credit rating is below investment grade with two or more rating agencies, TCEH will post a letter of credit in an amount of $170 million to secure TXU Energy's payment obligations to Oncor.

- Oncor agreed not to request recovery of the $4.9 billion of goodwill resulting from purchase accounting or any future impairment of the goodwill in its rates.

## 5.    CITIES RATE SETTLEMENT IN 2006

In January 2006, Oncor agreed with a steering committee representing 108 cities in Texas (Cities) to defer the filing of a system-wide rate case with the PUCT to no later than July 1, 2008 (based on a test year ending December 31, 2007). Oncor filed the rate case with the PUCT in June 2008, and the PUCT issued a final order on the case in 2009. Oncor extended the benefits of the agreement to 292 nonlitigant cities. The agreements provided that Oncor would make payments to participating cities totaling approximately $70 million, including incremental franchise taxes.

This amount was recognized in earnings over the period from May 2006 through June 2008. Amounts recognized totaled $11 million in 2009, $23 million in 2008, $8 million for the period October 11, 2007 through December 31, 2007 and $25 million for the period January 1, 2007 through October 10, 2007, of which $2 million, $13 million, $6 million and $20 million, respectively, is reported in other deductions (see Note 20), and the remainder as taxes other than income taxes. Amounts recognized in 2009 represented extension of benefits per the agreement as a result of the timing of completion of the rate case.

## 6.    ACCOUNTING FOR UNCERTAINTY IN INCOME TAXES

Effective January 1, 2007, EFH Corp. and its subsidiaries adopted accounting guidance related to uncertain tax positions. This guidance requires that each tax position be reviewed and assessed with recognition and measurement of the tax benefit based on a "more-likely-than-not" standard with respect to the ultimate outcome, regardless of whether this assessment is favorable or unfavorable. Oncor Holdings applied updated guidance to determine if each tax position was effectively settled for the purpose of recognizing previously uncertain tax positions. Oncor Holdings completed its review and assessment of uncertain tax positions and in 2007 recorded a net charge to retained earnings and an increase to noncurrent liabilities of $9 million in accordance with the new accounting rule.

EFH Corp. and its subsidiaries file income tax returns in US federal, state and foreign jurisdictions and are subject to examinations by the IRS and other taxing authorities. Examinations of EFH Corp. and its subsidiaries' income tax returns for the years ending prior to January 1, 2003 are complete, but the tax years 1997 through 2002 remain in appeals with the IRS. In 2008, EFH Corp. was notified of the commencement of an IRS audit of tax years 2003 to 2006. The audit is expected to require two years to complete. Texas franchise and margin tax returns are under examination or still open for examination for tax years beginning after 2002. Prior to the 2007 Merger, Oncor was a member of EFH Corp.'s consolidated group federal income tax returns.

Oncor Holdings classifies interest and penalties expense related to uncertain tax positions as current income tax expense. Amounts recorded related to interest and penalties totaled a benefit of $5 million in the year ended December 31, 2009 and expenses of $6 million (including $2 million recorded as goodwill) in the year ended December 31, 2008, $2 million for the period October 11, 2007 through December 31, 2007 and $3 million for the period January 1, 2007 through October 10, 2007 (all amounts after tax).

Noncurrent liabilities included a total of $20 million and $22 million in accrued interest at December 31, 2009 and 2008, respectively. Effective in 2009, the federal income tax benefit on the interest accrued on uncertain tax positions is recorded as accumulated deferred income taxes. Such amounts were previously reported net as a reduction of the liability for uncertain tax positions.

The following table summarizes the changes to the uncertain tax positions, reported in other noncurrent liabilities in the consolidated balance sheet, during the years ended December 31, 2009 and 2008:

F-173

EFIHMW00223542

|  | 2009 | 2008 |
|---|---|---|
| Balance at January 1, excluding interest and penalties | $122 | $111 |
| Additions based on tax positions related to prior years | 22 | 41 |
| Reductions based on tax positions related to prior years | (73) | (30) |
| Additions based on tax positions related to the current year | — | — |
| Balance at December 31, excluding interest and penalties | $ 71 | $122 |

Of the balance at December 31, 2009, $60 million represents tax positions for which the uncertainty relates to the timing of recognition for tax purposes. The disallowance of such positions would not affect the effective tax rate, but would accelerate the payment of cash under the tax sharing agreement to an earlier period.

With respect to tax positions for which the ultimate deductibility is uncertain (permanent items), should EFH Corp. or Oncor Holdings sustain such positions on income tax returns previously filed, Oncor Holdings' liabilities recorded would be reduced by $11 million, resulting in increased net income and a favorable impact on the effective tax rate.

Oncor Holdings does not expect the total amount of liabilities recorded related to uncertain tax positions will significantly increase or decrease within the next 12 months.

## 7.   INCOME TAXES

The components of Oncor Holdings' income tax expense are as follows:

|  | Successor | | | Predecessor |
|---|---|---|---|---|
|  | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Reported in operating expenses: | | | | |
| Current: | | | | |
| US federal | $ 69 | $ 37 | $ (46) | $ 116 |
| State | 17 | 17 | — | 12 |
| Deferred: | | | | |
| US federal | 67 | 142 | 74 | 26 |
| State | (3) | — | (2) | — |
| Amortization of investment tax credits | (5) | (5) | (1) | (4) |
| Total | 145 | 191 | 25 | 150 |
| Reported in other income and deductions: | | | | |
| Current: | | | | |
| US federal | 13 | 8 | 7 | 8 |
| State | 1 | 1 | — | 1 |
| Deferred federal | 14 | 17 | (1) | — |
| Total deferred | 28 | 26 | 6 | 9 |
| Total income tax expense | $ 173 | $ 217 | $ 31 | $ 159 |

F-174

Reconciliation of income taxes computed at the US federal statutory rate to income tax expense:

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Income (loss) before income taxes | $ 493 | $ (266) | $ 95 | $ 422 |
| Income taxes at the US federal statutory rate of 35% | $ 173 | $ (93) | $ 33 | $ 148 |
| Goodwill impairment | — | 301 | — | — |
| Amortization of investment tax credits — net of deferred tax effect | (5) | (5) | (1) | (4) |
| Amortization (under regulatory accounting) of statutory tax rate changes | (2) | (3) | (1) | (3) |
| Texas margin tax, net of federal tax benefit | 12 | 11 | (1) | 8 |
| Medicare subsidy | (6) | (5) | (2) | (5) |
| Nondeductible losses (gains) on benefit plan investments | (1) | 4 | — | (2) |
| Other, including audit settlements | 2 | 7 | 3 | 17 |
| Income tax expense | $ 173 | $ 217 | $ 31 | $ 159 |
| Effective rate | 35.1% | | 32.6% | 37.7% |

Deferred income taxes provided for temporary differences based on tax laws in effect at the December 31, 2009 and 2008 balance sheet dates are as follows:

| | Successor | | | | | |
|---|---|---|---|---|---|---|
| | December 31, 2009 | | | December 31, 2008 (a) | | |
| | Total | Current | Noncurrent | Total | Current | Noncurrent |
| **Deferred Income Tax Assets:** | | | | | | |
| Alternative minimum tax credit carryforwards | $ 10 | $ 10 | $ — | $ 54 | $ 54 | $ — |
| Total | 10 | 10 | | 54 | 54 | |
| **Deferred Income Tax Liabilities:** | | | | | | |
| Basis difference in Oncor partnership | 1,369 | — | 1,369 | 1,333 | — | 1,333 |
| Total | 1,369 | | 1,369 | 1,333 | | 1,333 |
| **Net Deferred Income Tax (Asset) Liability** | $1,359 | $ (10) | $ 1,369 | $1,279 | $ (54) | $ 1,333 |

(a)    See Note 13.

At December 31, 2009, Oncor Holdings had $10 million of alternative minimum tax (AMT) credit carryforwards available to offset future tax sharing payments. The AMT credit carryforwards have no expiration date.

The component of deferred income tax liabilities referred to as "basis difference in Oncor partnership" arose as a result of the Oncor equity interests sale (see Note 14) at which time Oncor became a partnership for US federal income tax purposes. The amount of this basis difference at the date of the transaction represented Oncor Holdings' interest (approximately 80%) in the net deferred tax liabilities related to Oncor's individual operating assets and liabilities. The remaining net deferred tax liabilities associated with Oncor ($321 million at December 31, 2009) that are attributable to the noncontrolling interests have been reclassified as other noncurrent liabilities (see Note 20).

See Note 6 for discussion regarding accounting for uncertain tax positions.

Confidential

EFIHMW00223544

## 8.   REGULATORY ASSETS AND LIABILITIES

Recognition of regulatory assets and liabilities and the amortization periods over which they are expected to be recovered or refunded through rate regulation reflect the decisions of the PUCT. Components of the regulatory assets and liabilities are provided in the table below. Amounts not earning a return through rate regulation are noted. On August 31, 2009, the PUCT issued a final order on Oncor's rate review filed in June 2008. The rate review included a determination of the recoverability of regulatory assets as of December 31, 2007, including the recoverability period of those assets deemed allowable by the PUCT. The PUCT's findings included denial of recovery of certain regulatory assets primarily related to business restructuring costs and rate case expenses, which resulted in a $25 million charge ($16 million after-tax) in the third quarter 2009 reported as write off of regulatory assets.

| | Remaining Rate Recovery/Amortization Period as of December 31, 2009 | Carrying Amount | |
| --- | --- | --- | --- |
| | | December 31, 2009 | December 31, 2008 |
| Regulatory assets: | | | |
| Generation-related regulatory assets securitized by transition bonds (a) | 7 years | $         759 | $         865 |
| Employee retirement costs | 5 years | 80 | |
| Employee retirement costs to be reviewed (b)(c) | To be determined | 41 | 100 |
| Employee retirement liability (a)(c)(d) | To be determined | 768 | 559 |
| Self-insurance reserve (primarily storm recovery costs) — net | 7 years | 137 | — |
| Self-insurance reserve to be reviewed (b)(c) | To be determined | 106 | 214 |
| Nuclear decommissioning cost under-recovery (a)(c)(e) | Not applicable | 85 | 127 |
| Securities reacquisition costs (pre-industry restructure) | 8 years | 62 | 68 |
| Securities reacquisition costs (post-industry restructure) | Terms of related debt | 27 | 29 |
| Recoverable amounts for/in lieu of deferred income taxes — net | Life of related asset or liability | 68 | 77 |
| Rate case expenses (f) | Largely 3 years | 9 | 10 |
| Rate case expenses to be reviewed (b)(c) | To be determined | 1 | — |
| Advanced meter customer education costs | 10 years | 4 | 2 |
| Deferred conventional meter depreciation | 10 years | 14 | — |
| Energy efficiency performance bonus | 1 year | 9 | — |
| Business restructuring costs (g) | Not applicable | — | 20 |
| Total regulatory assets | | 2,170 | 2,071 |
| Regulatory liabilities: | | | |
| Committed spending for demand-side management initiatives (a) | 3 years | 78 | 96 |
| Deferred advanced metering system revenues | 10 years | 57 | — |
| Investment tax credit and protected excess deferred taxes | Various | 44 | 49 |
| Over-collection of securitization (transition) bond revenues (a) | 7 years | 27 | 28 |
| Other regulatory liabilities (a) | Various | 5 | 6 |
| Total regulatory liabilities | | 211 | 179 |
| Net regulatory asset | | $       1,959 | $       1,892 |

(a)   Not earning a return in the regulatory rate-setting process.

(b)   Costs incurred since the period covered under the last rate review.

(c)   Recovery is specifically authorized by statute, subject to reasonableness review by the PUCT.

(d)   Represents unfunded liabilities recorded in accordance with pension and OPEB accounting standards.

(e)   Offset by an intercompany payable to TCEH. See Note 19.

(f)   Rate case expenses totaling $4 million were disallowed by the PUCT and written off in the third quarter of 2009.

(g)   All previously recorded business restructuring costs were disallowed by the PUCT and written off in the third quarter of 2009.

F-176

EFIHMW00223545

In September 2008, the PUCT approved a settlement for Oncor to recover its estimated future investment for advanced metering deployment. Oncor began billing the advanced metering surcharge in the January 2009 billing month cycle. The surcharge is expected to total $1.023 billion over the 11-year recovery period and includes a cost recovery factor of $2.19 per month per residential retail customer and $2.39 to $5.15 per month for non-residential retail customers. Oncor Holdings accounts for the difference between the surcharge billings for advanced metering facilities and the allowed revenues under the surcharge provisions, which are based on expenditures and an allowed return, as a regulatory asset or liability. Such differences arise principally as a result of timing of expenditures. As indicated in the table above, the regulatory liability at December 31, 2009 totaled $57 million.

See Note 2 for a discussion of effects of purchase accounting on the carrying value of generation-related regulatory assets, Note 4 for discussion of effects on regulatory assets and liabilities of the stipulation approved by the PUCT and Note 19 for additional information regarding nuclear decommissioning cost recovery.

## 9.    TRADE ACCOUNTS RECEIVABLE AND SALE OF RECEIVABLES PROGRAM

*Trade Accounts Receivable*

|  | December 31, 2009 | December 31, 2008 |
|---|---|---|
| Gross trade accounts receivable | $    395 | $    359 |
| Trade accounts receivable from TCEH | (150) | (135) |
| Allowance for uncollectible accounts | (2) | (7) |
| Trade accounts receivable from nonaffiliates — net | $    243 | $    217 |

Gross trade accounts receivable at December 31, 2009 and 2008 included unbilled revenues of $141 million and $140 million, respectively.

In April 2009, the PUCT finalized a new rule relating to the Certification of Retail Electric Providers. Under the new rule, write-offs of uncollectible amounts owed by REPs are deferred as a regulatory asset. Accordingly, Oncor Holdings recognized a $3 million one-time reversal of bad debt expense in 2009 representing bad debt reserves previously recognized for nonaffiliated REP accounts receivable. Due to the commitments made to the PUCT in connection with the Merger, Oncor may not recover bad debt expense, or certain other costs and expenses, from rate payers in the event of a default or bankruptcy by an affiliate REP.

*Sale of Receivables*

Prior to the Merger, Oncor participated in an accounts receivable securitization program established by EFH Corp. for certain of its subsidiaries, the activity under which was accounted for as a sale of accounts receivable in accordance with transfers and servicing accounting standards. Under the program, Oncor sold trade accounts receivable to TXU Receivables Company, a consolidated wholly-owned bankruptcy-remote direct subsidiary of EFH Corp., which sold undivided interests in those purchased accounts receivable for cash to special purpose entities established by financial institutions (the funding entities). In connection with the Merger, the accounts receivable securitization program was amended. Concurrently, the financial institutions required that Oncor repurchase all of the receivables it had previously sold to TXU Receivables Company, which totaled $254 million. Oncor funded such repurchases through borrowings under its credit facility of $113 million, and the related subordinated note receivable from TXU Receivables Company in the amount of $141 million was canceled. Oncor is no longer a participant in the accounts receivable securitization program.

Under the program, new trade receivables generated by Oncor were continuously purchased by TXU Receivables Company with the proceeds from collections of receivables previously purchased. Changes in the amount of funding under the program, through changes in the amount of undivided interests in accounts receivable, reflected seasonal variations in the level of accounts receivable, changes in collection trends as well as other factors such as changes in delivery fees and volumes. TXU Receivables Company issued subordinated notes payable to Oncor for the difference between the face amount of the uncollected accounts receivable purchased, less a discount, and cash paid to Oncor that was funded by the sale of the undivided interests.

F-177

EFIHMW00223546

The discount from face amount on the purchase of receivables principally funded program fees paid by TXU Receivables Company to the funding entities. The discount also funded a servicing fee paid by TXU Receivables Company to EFH Corporate Services Company, a direct subsidiary of EFH Corp., but the amounts were immaterial. The program fees, referred to as losses on sale of the receivables under transfers and servicing accounting standards, consisted primarily of interest costs on the underlying financing and totaled $6 million and averaged 6.4% (on an annualized basis) as a percentage of the average funding under the program for the Predecessor period from January 1, 2007 through October 10, 2007. These fees represented essentially all of the net incremental costs of the program to Oncor and were reported in operation and maintenance expenses.

Funding under the program decreased $86 million to zero in 2007 with Oncor's exit from the program. Funding increases or decreases under the program were reflected as operating cash flow activity in the statement of cash flows. The carrying amount of the retained interests in the accounts receivable balance approximated fair value due to the short-term nature of the collection period.

Activities of TXU Receivables Company related to Oncor in 2007 were as follows:

|  | Successor (a) Period from October 11, 2007 through December 31, 2007 | Predecessor Period from January 1, 2007 through October 10, 2007 |
| --- | --- | --- |
| Cash collections on accounts receivable | $ — | $ 1,082 |
| Face amount of new receivables purchased | — | (1,156) |
| Discount from face amount of purchased receivables | — | 5 |
| Program fees paid to funding entities | — | (6) |
| Increase in subordinated notes payable | — | 48 |
| Repurchase of receivables previously sold | 113 | — |
| Operating cash flows used by (provided to) Oncor under the program | $ 113 | $ (27) |

(a)    Represents final activities related to Oncor's exit from the sale of receivables program.

## 10.  BORROWINGS UNDER CREDIT FACILITIES

At December 31, 2009, Oncor had a $2.0 billion secured revolving credit facility, expiring October 10, 2013, to be used for its working capital and general corporate purposes, including issuances of commercial paper and letters of credit. Oncor may request increases in the commitments under the facility in any amount up to $500 million, subject to the satisfaction of certain conditions. Amounts borrowed under the facility, once repaid, can be borrowed again by Oncor from time to time. Borrowings are classified as short-term on the balance sheet. In May 2008, Oncor secured this credit facility with a first priority lien on certain of its transmission and distribution assets. Oncor also secured all of its existing long-term debt securities (excluding the transition bonds) with the same lien in accordance with the terms of those securities. The lien contains customary provisions allowing Oncor to use the assets in its business, as well as to replace and/or release collateral as long as the market value of the aggregate collateral is at least 115% of the aggregate secured debt. The lien may be terminated at Oncor's option upon the termination of Oncor's current credit facility.

At December 31, 2009, Oncor had outstanding borrowings under the credit facility totaling $616 million with an interest rate of 0.58% at the end of the period. At December 31, 2008, Oncor had outstanding borrowings under the credit facility totaling $337 million with an interest rate of 1.98% at the end of the period. Availability under the credit facility as of December 31, 2009 was $1.262 billion. This availability excludes $122 million of commitments from a subsidiary of Lehman Brothers Holding Inc. (such subsidiary, Lehman) that has filed for bankruptcy under Chapter 11 of the US Bankruptcy Code. Availability under the credit facility as of December 31, 2008 was $1.508 billion, which excluded $155 million of commitments from Lehman.

Under the terms of Oncor's revolving credit facility, the commitments of the lenders to make loans to Oncor are several and not joint. Accordingly, if any lender fails to make loans to Oncor, Oncor's available liquidity could be reduced by an amount up to the aggregate amount of such lender's commitments under the facility.

Borrowings under this credit facility bear interest at per annum rates equal to, at Oncor's option, (i) adjusted LIBOR plus a spread of 0.275% to 0.800% (depending on the ratings assigned to Oncor's senior secured debt) or (ii) a base rate (the higher of (1) the prime rate of JPMorgan Chase Bank, N.A. and (2) the federal funds effective rate plus 0.50%). Under option (i) and based on Oncor's ratings as of December 31, 2009, its LIBOR-based borrowings, which apply to all outstanding borrowings at December 31, 2009, bear interest at LIBOR plus 0.350%.

F-178

EFIHMW00223547

A facility fee is payable at a rate per annum equal to 0.100% to 0.200% (depending on the rating assigned to Oncor's senior secured debt) of the commitments under the facility. Based on Oncor's ratings as of December 31, 2009, its facility fee is 0.125%. A utilization fee is payable on the average daily amount of borrowings in excess of 50% of the commitments under the facility at a rate per annum equal to 0.125% per annum.

The credit facility contains customary covenants for facilities of this type, restricting, subject to certain exceptions, Oncor and its subsidiary from, among other things:

- incurring additional liens;

- entering into mergers and consolidations;

- selling certain assets, and

- making acquisitions and investments in subsidiaries.

In addition, the credit facility requires that Oncor maintain a consolidated senior debt-to-capitalization ratio of no greater than 0.65 to 1.00 and observe certain customary reporting requirements and other affirmative covenants.

The credit facility contains certain customary events of default for facilities of this type, the occurrence of which would allow the lenders to accelerate all outstanding loans and terminate their commitments under the facility.

## 11. LONG-TERM DEBT

At December 31, 2009 and 2008, long-term debt consisted of the following:

| | December 31, 2009 | December 31, 2008 |
|---|---|---|
| Oncor (a): | | |
| 6.375% Fixed Senior Notes due May 1, 2012 | $ 700 | $ 700 |
| 5.950% Fixed Senior Notes due September 1, 2013 | 650 | 650 |
| 6.375% Fixed Senior Notes due January 15, 2015 | 500 | 500 |
| 6.800% Fixed Senior Notes due September 1, 2018 | 550 | 550 |
| 7.000% Fixed Debentures due September 1, 2022 | 800 | 800 |
| 7.000% Fixed Senior Notes due May 1, 2032 | 500 | 500 |
| 7.250% Fixed Senior Notes due January 15, 2033 | 350 | 350 |
| 7.500% Fixed Senior Notes due September 1, 2038 | 300 | 300 |
| Unamortized discount | (15) | (16) |
| Total Oncor | 4,335 | 4,334 |
| Oncor Electric Delivery Transition Bond Company LLC (b): | | |
| 4.030% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2010 | 13 | 54 |
| 4.950% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2013 | 130 | 130 |
| 5.420% Fixed Series 2003 Bonds due in semiannual installments through August 15, 2015 | 145 | 145 |
| 3.520% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2009 | — | 39 |
| 4.810% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2012 | 197 | 221 |
| 5.290% Fixed Series 2004 Bonds due in semiannual installments through May 15, 2016 | 290 | 290 |
| Total Oncor Electric Delivery Transition Bond Company LLC | 775 | 879 |
| Unamortized fair value discount related to transition bonds (c) | (6) | (9) |
| Total consolidated (d) | 5,104 | 5,204 |
| Less amount due currently | (108) | (103) |
| Total long-term debt | $ 4,996 | $ 5,101 |

F-179

Confidential

---

(a)    Secured with first priority lien as discussed in Note 10.

(b)    The transition bonds are nonrecourse to Oncor and were issued to securitize a regulatory asset.

(c)    The transition bonds, which secured regulatory assets not earning a return, were fair valued as of October 10, 2007 as a result of purchase accounting.

(d)    According to its organizational documents, Oncor Holdings is prohibited from directly incurring indebtedness for borrowed money.

### *Debt Repayments in 2009*

Repayments of long-term debt in 2009 totaled $104 million and represent transition bond principal payments at scheduled maturity dates.

### *Debt-Related Activity in 2008*

In September 2008, Oncor issued and sold senior secured notes with an aggregate principal amount of $1.5 billion consisting of $650 million aggregate principal amount of 5.95% senior secured notes maturing in September 2013, $550 million aggregate principal amount of 6.80% senior secured notes maturing in September 2018 and $300 million aggregate principal amount of 7.50% senior secured notes maturing in September 2038. Oncor used the net proceeds of approximately $1.487 billion from the sale of the notes to repay most of its borrowings under its credit facility as well as for general corporate purposes. The notes are secured by the first priority lien described in Note 10. The notes are secured equally and ratably with all of Oncor's other secured indebtedness. If the lien is terminated, the notes will cease to be secured obligations of Oncor and will become senior unsecured general obligations of Oncor.

Interest on these notes is payable in cash semiannually in arrears on March 1 and September 1 of each year. Oncor may redeem the notes, in whole or in part, at any time, at a price equal to 100% of their principal amount, plus accrued and unpaid interest and a "make-whole" premium. The notes also contain customary events of default, including failure to pay principal or interest on the notes when due.

Repayments of long-term debt in 2008 totaled $99 million and represent transition bond principal payments at scheduled maturity dates.

### *Interest Rate Hedges*

In September 2008, Oncor entered into interest rate swap transactions hedging the variability of treasury bond rates used to determine the interest rates on an anticipated issuance of an aggregate of $1.0 billion of senior secured notes maturing from 2013 to 2018. The hedges were terminated the same day, and $2 million in after-tax losses were recorded as other comprehensive income. After-tax net losses of less than one million will be reclassified into net income during the next twelve months as the related hedged transactions affect net income.

F-180

EFIHMW00223549

**PX 045**
**Page 526 of 561**

*Maturities*

Long-term debt and transition bonds maturities are as follows:

| Year | |
|---|---:|
| 2010 | $  108 |
| 2011 | 113 |
| 2012 | 819 |
| 2013 | 775 |
| 2014 | 131 |
| Thereafter | 3,179 |
| Unamortized fair value discount | (6) |
| Unamortized discount | (15) |
| Total | $5,104 |

*Fair Value of Long-Term Debt*

The estimated fair value of long-term debt (including current maturities) totaled $5.644 billion and $4.990 billion at December 31, 2009 and 2008, respectively, and the carrying amount totaled $5.104 billion and $5.204 billion, respectively. The fair value is estimated at the lesser of either the call price or the market value as determined by quoted market prices.

## 12.  COMMITMENTS AND CONTINGENCIES

*Leases*

At December 31, 2009, future minimum lease payments under operating leases (with initial or remaining noncancelable lease terms in excess of one year) were as follows:

| Year | |
|---|---:|
| 2010 | $12 |
| 2011 | 12 |
| 2012 | 10 |
| 2013 | 4 |
| 2014 | 4 |
| Thereafter | 7 |
| Total future minimum lease payments | $49 |

Rent charged to operation and maintenance expense totaled $11 million and $10 million for the years ended December 31, 2009 and 2008, respectively, $3 million for the period October 11, 2007 through December 31, 2007 and $7 million for the Predecessor period January 1, 2007 through October 10, 2007.

*Capital Expenditures*

Oncor and Texas Holdings agreed to the terms of a stipulation with major interested parties to resolve all outstanding issues in the PUCT review related to the Merger. As one of the provisions of this stipulation, Oncor committed to minimum capital spending of $3.6 billion over the five-year period ending December 31, 2012, subject to certain defined conditions. See Note 4.

*Efficiency Spending*

Oncor is required to annually invest in programs designed to improve customer electricity demand efficiencies to satisfy its ongoing regulatory requirements. The 2010 requirement is $44 million. Oncor also committed to invest $100 million in these programs in excess of regulatory requirements over the five years ending in 2012. See Note 4.

*Guarantees*

Oncor has entered into contracts that contain guarantees to unaffiliated parties that could require performance or payment under certain conditions.

F-181

Confidential

Oncor is the lessee under various operating leases that obligate it to guarantee the residual values of the leased assets. At December 31, 2009, both the aggregate maximum amount of residual values guaranteed and the estimated residual recoveries totaled approximately $6 million. These leased assets consist primarily of vehicles used in distribution activities. The average life of the residual value guarantees under the lease portfolio is approximately two years.

*Legal Proceedings*

Oncor Holdings is involved in various legal and administrative proceedings in the normal course of business the ultimate resolution of which, in the opinion of management, should not have a material effect upon its financial position, results of operations or cash flows.

*Labor Contracts*

Certain Oncor employees are represented by a labor union and covered by a collective bargaining agreement that will expire in October 2010. In June 2009, a group of approximately 50 employees voted to decertify the labor union as their representative. In December 2009, a group of approximately 350 employees elected to be represented by a labor union. The negotiation of a new labor agreement and the representation of this group of additional employees is not expected to have a material effect on Oncor Holdings' financial position, results of operations or cash flows.

*Environmental Contingencies*

Oncor must comply with environmental laws and regulations applicable to the handling and disposal of hazardous waste. Oncor is in compliance with all current laws and regulations; however, the impact, if any, of changes to existing regulations or the implementation of new regulations is not determinable. The costs to comply with environmental regulations can be significantly affected by the following external events or conditions:

- changes to existing state or federal regulation by governmental authorities having jurisdiction over control of toxic substances and hazardous and solid wastes, and other environmental matters, and

- the identification of additional sites requiring clean-up or the filing of other complaints in which Oncor Holdings may be asserted to be a potential responsible party.

## 13. MEMBERSHIP INTERESTS

*Successor*

*Cash Distributions* — On February 11, 2010, the board of directors declared a cash distribution of between $34 million and $41 million to be paid to Intermediate Holding on February 19, 2010.

During 2009, Oncor Holdings' board of directors declared, and Oncor Holdings paid, the following cash distributions to Intermediate Holding:

| Declaration Date | Payment Date | Amount Paid |
|---|---|---|
| November 12, 2009 | November 13, 2009 | $ 99 |
| August 18, 2009 | August 19, 2009 | $ 59 |
| May 19, 2009 | May 20, 2009 | $ 40 |
| February 18, 2009 | March 3, 2009 | $ 18 |

During 2008, Oncor Holdings' board of directors declared, and Oncor Holdings paid, the following cash distributions to Intermediate Holding:

| Declaration Date | Payment Date | Amount Paid |
|---|---|---|
| November 13, 2008 | November 14, 2008 | $ 117 |
| August 20, 2008 | August 21, 2008 | $ 78 |
| May 14, 2008 | May 15, 2008 | $ 78 |
| February 20, 2008 | March 31, 2008 | $ 57 |

F-182

EFIHMW00223551

The net proceeds of $1.253 billion from Oncor's sale of equity interests in November 2008 were distributed to Intermediate Holding and ultimately to EFH Corp.

While there are no direct restrictions on Oncor Holdings' ability to distribute its net income that are currently material, substantially all of Oncor Holdings' net income is derived from Oncor. The boards of directors of each of Oncor and Oncor Holdings, which are composed of a majority of independent directors, can withhold distributions to the extent the boards determine that it is necessary to retain such amounts to meet expected future requirements of Oncor and/or Oncor Holdings. For the period beginning October 11, 2007 and ending December 31, 2012, distributions paid by Oncor (other than distributions of the proceeds of any issuance of limited liability company units) are limited by the Limited Liability Company Agreement to an amount not to exceed Oncor's net cumulative income determined in accordance with GAAP, as adjusted by applicable orders of the PUCT. Such adjustments include deducting the $72 million ($46 million after tax) one-time refund to customers in September 2008 and deducting funds spent as part of the $100 million commitment for additional demand-side management or other energy efficiency initiatives (see Note 4) of which $22 million ($14 million after tax) has been spent through December 31, 2009, neither of which impacted net income due to purchase accounting, and removing the effect of the $860 million goodwill impairment charge from fourth quarter 2008 net income available for distribution. The goodwill impairment charge and refund are described in Notes 3 and 4, respectively. Distributions are further limited by Oncor's required regulatory capital structure, as determined by the PUCT, to be at or below the assumed debt-to-equity ratio established periodically by the PUCT for ratemaking purposes, which is currently set at 60% debt to 40% equity. For 2009, $35 million of net income was restricted from being used to make distributions on membership interests. The net proceeds of $1.253 billion received from the 2008 sale of equity interests to Texas Transmission and certain members of Oncor's management and board of directors were excluded from these distribution limitations.

*Effect of Sale of Noncontrolling Interests* — The total amount of proceeds from the sale of noncontrolling interests in Oncor discussed in Note 14 was less than the carrying value of the interests sold by $265 million, which reflects the fact that Oncor's carrying value after purchase accounting is based on the Merger value, while the noncontrolling interests sale value did not include a control premium. The difference was accounted for as a reduction of membership interests.

During the preparation of Oncor Holdings' December 31, 2009 financial statements, Oncor Holdings determined that deferred income taxes related to its interest in Oncor should have been recorded upon the sale of noncontrolling interests in November 2008. Accordingly, the December 31, 2008 balance of noncurrent accumulated deferred income tax liabilities has been increased by $141 million (from the $1.192 billion previously reported) and total membership interests at that date has been decreased by the same amount (from the $6.801 billion previously reported). The recognition of the deferred tax liability is the result of applying rules for income tax accounting related to outside basis differences. This error did not affect net income or cash flows previously reported.

*Equity Contributions* — As a result of the Merger, all outstanding unvested stock-based incentive compensation awards previously granted by EFH Corp. to Oncor employees vested and such employees became entitled to receive the $69.25 per share Merger consideration. The settlement of these awards totaled $24 million and was accounted for as an equity contribution from EFH Corp., as was the settlement of $4 million of cash incentive compensation awards. See Note 18 for further discussion of stock-based compensation, including a SARs Plan implemented in November 2008.

In connection with the Merger, Texas Holdings paid a $12 million fee related to Oncor's $2 billion revolving credit facility. Such payment was accounted for as an investment by Texas Holdings.

In March 2008, Oncor Holdings distributed its investment in an entity with telecommunications-related activities that are not part of Oncor's current operations totaling $24 million to Intermediate Holding.

### Predecessor

No shares of Oncor's common stock were held by or for its own account, nor were any shares of such capital stock reserved for its officers and employees or for options, warrants, conversions and other rights in connection therewith.

F-183

EFIHMW00223552

Under accounting standards for share-based payments, expense related to EFH Corp.'s stock-based incentive compensation awards granted to Oncor's employees was accounted for as a noncash capital contribution from EFH Corp. Accordingly, Oncor recorded a credit to its common stock account of $3 million in the period January 1, 2007 through October 10, 2007.

Oncor recorded a credit to common stock of $15 million in the period January 1, 2007 through October 10, 2007 arising from the excess tax benefit generated by the distribution date value of the stock-based incentive awards exceeding the reported compensation expense. The $15 million credit (benefit) in 2007 was realized in the Successor period in conjunction with a tax payment to EFH Corp.

## 14.  NONCONTROLLING INTERESTS

In November 2008, equity interests in Oncor were sold to Texas Transmission for $1.254 billion in cash. Equity interests were also indirectly sold to certain members of Oncor's board of directors and its management team. Accordingly, after giving effect to all equity issuances, as of December 31, 2009, Oncor's ownership was as follows: 80.03% held by Oncor Holdings, 0.22% held indirectly by Oncor's management and board of directors and 19.75% held by Texas Transmission.

The proceeds (net of closing costs) of $1.253 billion received by Oncor from Texas Transmission and the members of Oncor management upon completion of these transactions were distributed to Oncor Holdings who distributed the proceeds to Intermediate Holding and ultimately to EFH Corp.

See Note 13 for discussion of amounts recorded as a reduction of membership interests as a result of the sale of Oncor interests.

The noncontrolling interests balance reported in the December 31, 2009 and 2008 consolidated balance sheets was $1.363 million and 1.355 billion, respectively. The noncontrolling interests balance reported in the December 31, 2009 consolidated balance sheet represented the proportional share of Oncor's net assets at the date of the transaction less $96 million representing the noncontrolling interests' share of Oncor's net losses for the periods subsequent to the transaction (including the goodwill impairment charge), net of $58 million in cash distributions.

## 15.  INVESTMENTS

The investments balance consists of the following:

|  | December 31, 2009 | December 31, 2008 |
|---|---|---|
| Assets related to employee benefit plans, including employee savings programs, net of distributions | $    67 | $    65 |
| Investment in unconsolidated affiliates | 3 | 5 |
| Land | 2 | 2 |
| Total investments | $    72 | $    72 |

### *Assets Related to Employee Benefit Plans*

The majority of these assets represent cash surrender values of life insurance policies that are purchased to fund liabilities under deferred compensation plans. As of December 31, 2009, Oncor pays the premiums and is the beneficiary of these life insurance policies. EFH Corp. was the previous beneficiary. As of December 31, 2009 and 2008, the face amount of these policies totaled $138 million and $151 million, and the net cash surrender values totaled $52 million and $53 million, respectively. Changes in cash surrender value are netted against premiums paid. Other investment assets held to satisfy deferred compensation liabilities are recorded at market value.

F-184

EFIHMW00223553

*Restricted Cash*

| | At December 31, 2009 | | At December 31, 2008 | |
| --- | --- | --- | --- | --- |
| | Current Assets | Noncurrent Assets | Current Assets | Noncurrent Assets |
| Customer collections related to securitization (transition) bonds used only to service debt and pay expenses | $ 47 | $ — | $ 51 | $ — |
| Reserve for fees associated with transition bonds | — | 10 | — | 10 |
| Reserve for shortfalls of transition bond charges | — | 4 | — | 6 |
| Total restricted cash | $ 47 | $ 14 | $ 51 | $ 16 |

## 16.  TERMINATION OF OUTSOURCING ARRANGEMENTS

In connection with the closing of the Merger, EFH Corp., Oncor and TCEH commenced a review, under the change of control provision, of certain outsourcing arrangements with Capgemini, Capgemini America, Inc. and Capgemini North America, Inc. (collectively, CgE). In 2008, Oncor executed a Separation Agreement with CgE. Simultaneous with the execution of that Separation Agreement, EFH Corp. and TCEH entered into a substantially similar Separation Agreement with CgE. The Separation Agreements principally provide for (i) notice of termination of each of the Master Framework Agreements, dated as of May 17, 2004, each as amended, between Capgemini and each of Oncor and TCEH and the related service agreements under each of the Master Framework Agreements and (ii) termination of the joint venture arrangements between EFH Corp. (and its applicable subsidiaries) and CgE. Under the Master Framework Agreements and related services agreements, Capgemini provided to Oncor and EFH Corp. and its other subsidiaries outsourced support services, including information technology, customer care and billing, human resources, procurement and certain finance and accounting activities.

As a result, during the fourth quarter of 2008:

- EFH Corp. received approximately $70 million in cash in exchange for the termination of a purchase option agreement pursuant to which subsidiaries of EFH Corp. had the right to "put" to Capgemini (and Capgemini had the right to "call" from a subsidiary of EFH Corp.) EFH Corp.'s 2.9% limited partnership interest in Capgemini and licensed assets, principally software, upon the expiration of the Master Framework Agreements in 2014 or, in some circumstances, earlier. Oncor received $20 million of such proceeds, reflecting its share of the put option value.

- The parties entered into a mutual release of all claims under the Master Framework Agreement and related services agreements, subject to certain defined exceptions, and Oncor received $4 million in cash in settlement of such claims.

The carrying value of Oncor's share of the put option value was $48 million prior to the application of purchase accounting (recorded as a noncurrent asset). The effects of the termination of the outsourcing arrangements, including an accrued liability of $16 million for incremental costs to exit and transition the services, were included in the final purchase price allocation. See Note 2 for additional disclosure, including a reversal to income of a portion of the liability recorded in purchase accounting.

## 17.  PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS (OPEB) PLANS

*Pension Plan*

Oncor is a participating employer in the EFH Retirement Plan (Retirement Plan), a defined benefit pension plan sponsored by EFH Corp. The Retirement Plan is a qualified pension plan under Section 401(a) of the Internal Revenue Code of 1986, as amended (Code), and is subject to the provisions of the Employee Retirement Income Security Act of 1974, as amended (ERISA). All benefits are funded by the participating employers. The Retirement Plan provides benefits to participants under one of two formulas: (i) a Cash Balance Formula under which participants earn monthly contribution credits based on their compensation and a combination of their age and years of service, plus monthly interest credits or (ii) a Traditional Retirement Plan Formula based on years of service and the average earnings of the three years of highest earnings. The interest component of the Cash Balance Formula is variable and is determined using the yield on 30-year Treasury bonds. Under the Cash Balance Formula, future increases in earnings will not apply to prior service costs.

F-185

Confidential