All eligible employees hired after January 1, 2001 participate under the Cash Balance Formula. Certain employees who, prior to January 1, 2002, participated under the Traditional Retirement Plan Formula, continue their participation under that formula. It is EFH Corp.'s policy to fund the plans on a current basis to the extent deductible under existing federal tax regulations.

Oncor also participated in an EFH Corp. supplemental retirement plan for certain employees, whose retirement benefits cannot be fully earned under the qualified Retirement Plan, the information for which is included below. Oncor ceased participation in the EFH Corp. plan and implemented its own supplemental retirement plan effective January 1, 2010.

### OPEB Plan

Oncor participates with EFH Corp. and certain other affiliated subsidiaries of EFH Corp. to offer certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees. For employees retiring on or after January 1, 2002, the retiree contributions required for such coverage vary based on a formula depending on the retiree's age and years of service.

### Pension and OPEB Costs Recognized as Expense

The following details net pension and OPEB costs recognized as expense:

| | Successor | | | Predecessor |
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
|---|---|---|---|---|
| Pension costs | $ 35 | $ 15 | $ 3 | $ 21 |
| OPEB costs | 55 | 44 | 9 | 50 |
| Total benefit costs | 90 | 59 | 12 | 71 |
| Less amounts deferred principally as a regulatory asset or property | (66) | (42) | (8) | (43) |
| Net amounts recognized as expense | $ 24 | $ 17 | $ 4 | $ 28 |

Consistent with accounting standards related to employers' accounting for pensions, EFH Corp. uses the calculated value method to determine the market-related value of the assets held in its trust. EFH Corp. includes the realized and unrealized gains or losses in the market-related value of assets over a rolling four-year period. Each year, 25% of such gains and losses for the current year and for each of the preceding three years is included in the market-related value. Each year, the market-related value of assets is increased for contributions to the plan and investment income and is decreased for benefit payments and expenses for that year.

The pension and OPEB amounts provided represent allocations to Oncor of amounts related to EFH Corp.'s plans.

### Regulatory Recovery of Pension and OPEB Costs

PURA provides for the recovery by Oncor of pension and OPEB costs for all applicable former employees of the regulated predecessor integrated electric utility, which in addition to Oncor's active and retired employees consists largely of active and retired personnel engaged in TCEH's activities, related to service of those additional personnel prior to the deregulation and disaggregation of EFH Corp.'s businesses effective January 1, 2002. Accordingly, Oncor and TCEH entered into an agreement whereby Oncor assumed responsibility for applicable pension and OPEB costs related to those personnel.

Oncor is authorized to establish a regulatory asset or liability for the difference between the amounts of pension and OPEB costs approved in current billing rates and the actual amounts that would otherwise have been recorded as charges or credits to earnings. Amounts deferred are ultimately subject to regulatory approval. As of December 31, 2009, Oncor had recorded regulatory assets totaling $889 million related to pension and OPEB costs, including amounts related to deferred expenses as well as amounts related to unfunded liabilities that otherwise would be recorded as other comprehensive income.

F-186

EFIHMW00223555

*Assumed Discount Rate*

The discount rates reflected in net pension and OPEB costs are 6.90% (6.85% for OPEB) and 6.55% for the years ended December 31, 2009 and 2008, respectively, 6.45% for the period October 11, 2007 through December 31, 2007 and 5.90% for the period January 1, 2007 through October 10, 2007. The expected rate of return on plan assets reflected in the 2009 cost amounts is 8.25% for the pension plan and 7.64% for OPEBs.

*Pension and OPEB Plan Cash Contributions*

Contributions to the benefit plans were as follows:

|  | December 31, | | |
|---|---|---|---|
|  | **2009** | **2008** | **2007** |
| Pension plan contributions | $66 | $46 | $ 3 |
| OPEB plan contributions | 18 | 31 | 33 |
| Total contributions | $84 | $77 | $36 |

Estimated funding in 2010 of the pension and OPEB plans is $43 million and $18 million, respectively.

*Thrift Plan*

Employees of Oncor may participate in a qualified savings plan, the EFH Corp. Thrift Plan (Thrift Plan). This plan is a participant-directed defined contribution plan intended to qualify under Section 401(a) of the Code, and is subject to the provisions of ERISA. Under the terms of the Thrift Plan, employees who do not earn more than the IRS threshold compensation limit used to determine highly compensated employees may contribute, through pre-tax salary deferrals and/or after-tax applicable payroll deductions, the lesser of 75% of their regular salary or wages or the maximum amount permitted under law. Employees who earn more than such threshold may contribute from 1% to 16% of their regular salary or wages. Employer matching contributions are also made in an amount equal to 100% of the first 6% of employee contributions for employees who are covered under the Cash Balance Formula of the Retirement Plan, and 75% of the first 6% of employee contributions for employees who are covered under the Traditional Retirement Plan Formula of the Retirement Plan. Effective January 1, 2006 through October 10, 2007, employees could reallocate or transfer all or part of their accumulated or future employer matching contributions to any of the plan's other investment options. As of October 10, 2007, employer matching contributions are made in cash and may be allocated by participants to any of the plan's investment options. Oncor's contributions to the Thrift Plan totaled $11 million, $9 million, $2 million and $13 million in the years ended December 31, 2009 and 2008, the period October 11, 2007 through December 31, 2007 and the period January 1, 2007 through October 10, 2007, respectively.

**18.   STOCK-BASED COMPENSATION**

*Successor*

In 2008, Oncor established the Oncor Electric Delivery Company LLC Stock Appreciation Rights Plan (the SARs Plan) under which certain employees of Oncor may be granted stock appreciation rights (SARs) payable in cash, or in some circumstances, Oncor units. Two types of SARs may be granted under the SARs Plan. Time-based SARs (Time SARs) vest solely based upon continued employment ratably on an annual basis on each of the first five anniversaries of the grant date. Performance-based SARs (Performance SARs) vest based upon both continued employment and the achievement of a predetermined level of Oncor EBITDA over time, generally ratably over five years based upon annual Oncor EBITDA levels, with provisions for vesting if the annual levels are not achieved but cumulative two- or three-year total Oncor EBITDA levels are achieved. Time and Performance SARs may also vest in part or in full upon the occurrence of certain specified liquidity events and are exercisable only upon the occurrence of certain specified liquidity events. Since the exercisability of the Time and Performance SARs is conditioned upon the occurrence of a liquidity event, compensation expense will not be recorded until it is probable that a liquidity event will occur. Generally, awards under the SARs Plan terminate on the tenth anniversary of the grant, unless the participant's employment is terminated earlier under certain circumstances.

F-187

EFIHMW00223556

In February 2009, Oncor also established the Oncor Electric Delivery Company LLC Director Stock Appreciation Rights Plan (the Director SARs Plan) under which certain non-employee members of Oncor's board of directors and other persons having a relationship with Oncor may be granted SARs payable in cash, or in some circumstances, Oncor units. SARs granted under the Director SARs Plan vest in eight equal quarterly installments over a two-year period and are exercisable only upon the occurrence of certain specified liquidity events. Since the exercisability of these SARs is conditioned upon the occurrence of a liquidity event, expense will not be recorded until it is probable a liquidity event will occur.

SARs under the SARs Plan and the Director SARs Plan are generally payable in cash based on the fair market value of the SAR on the date of exercise. No SARs were granted under the SARs Plan during the year ended December 31, 2009. Oncor granted 6.9 million Time SARs under the SARs Plan during the year ended December 31, 2008, and Time SARs vested at December 31, 2009 totaled 2.8 million. Oncor granted 6.9 million Performance SARs under the SARs Plan during the year ended December 31, 2008, and Performance SARs vested at December 31, 2009 totaled 1.4 million. Oncor granted 55 thousand SARs under the Director SARs Plan during the year ended December 31, 2009, and SARs vested under the Director SARs Plan at December 31, 2009 totaled 27.5 thousand. There were no SARs under either plan eligible for exercise at December 31, 2009.

*Predecessor*

Prior to the Merger, Oncor bore the costs of the EFH Corp. shareholder-approved long-term incentive plans for applicable management personnel engaged in Oncor's business activities. EFH Corp. provided discretionary awards of performance units to qualified management employees that were payable in its common stock. The awards generally vested over a three-year period, and the number of shares ultimately earned was based on the performance of EFH Corp.'s stock over the vesting period as compared to peer companies and established thresholds. EFH Corp. established restrictions that limited certain employees' opportunities to liquidate vested awards.

EFH Corp. determined the fair value of its stock-based compensation awards utilizing a valuation model that took into account three principal factors: expected volatility of the stock price of EFH Corp. and peer group companies, dividend rate of EFH Corp. and peer group companies and the restrictions limiting liquidation of vested stock awards. Based on the fair values determined under this model, Oncor's reported expense related to the awards totaled $3 million ($2 million after-tax) for the period January 1, 2007 through October 10, 2007. There were no awards granted in 2007.

With respect to awards to Oncor's employees, the fair value of awards that vested in the period January 1, 2007 through October 10, 2007 totaled $84 million based on the vesting date share prices.

## 19.  RELATED-PARTY TRANSACTIONS

The following represent significant related-party transactions of Oncor Holdings:

- Oncor records revenue from TCEH, principally for electricity delivery fees, which totaled $1.0 billion for each of the years ended December 31, 2009 and 2008, $209 million for the period October 11, 2007 through December 31, 2007 and $823 million for the period January 1, 2007 through October 10, 2007.

- Oncor records interest income from TCEH with respect to Oncor's generation-related regulatory assets, which have been securitized through the issuance of transition bonds by Oncor's bankruptcy-remote financing subsidiary. The interest income serves to offset Oncor's interest expense on the transition bonds. This interest income totaled $42 million and $46 million for the years ended December 31, 2009 and 2008, respectively, $11 million for the period October 11, 2007 through December 31, 2007 and $38 million for the period January 1, 2007 through October 10, 2007.

- Incremental amounts payable by Oncor related to income taxes as a result of delivery fee surcharges to its customers related to transition bonds are reimbursed by TCEH. Oncor Holdings' financial statements reflect a note receivable from TCEH to Oncor of $254 million ($37 million reported as current in trade accounts and other receivables from affiliates) at December 31, 2009 and $289 million ($35 million reported as current in trade accounts and other receivables from affiliates) at December 31, 2008 related to these income taxes.

F-188

EFIHMW00223557

- As a result of actions taken at the time of the Merger to further ring-fence Oncor, short-term advances from EFH Corp. to Oncor ceased and outstanding amounts were repaid. The average daily balances of short-term advances from parent totaled $42 million for the period January 1, 2007 through October 10, 2007, and the weighted average interest rate for the period was 5.8%. Interest expense incurred on the advances totaled approximately $2 million for the period January 1, 2007 through October 10, 2007.

- An EFH Corp. subsidiary charges Oncor for financial and certain other administrative services at cost. These costs, which are reported in operation and maintenance expenses, totaled $22 million and $24 million for the years ended December 31, 2009 and 2008, respectively, $6 million for the period October 11, 2007 through December 31, 2007 and $20 million for the period January 1, 2007 through October 10, 2007.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility (reported on TCEH's balance sheet) is funded by a delivery fee surcharge collected from REPs by Oncor and remitted to TCEH. These trust fund assets are established with the intent to be sufficient to fund the estimated decommissioning liability (also reported on TCEH's balance sheet). Income and expenses associated with the trust fund and the decommissioning liability recorded by TCEH are offset by a net change in the Oncor and TCEH intercompany receivable/payable, which in turn results in a change in Oncor's reported net regulatory asset/liability. The regulatory asset of $85 million and $127 million at December 31, 2009 and 2008, respectively, represents the excess of the net decommissioning liability over the trust fund balance.

- Oncor has a 19.5% limited partnership interest, with a carrying value of $3 million and $5 million at December 31, 2009 and 2008, respectively, in an EFH Corp. subsidiary holding principally software-related assets. Equity losses related to this interest are reported in other deductions and totaled $2 million and $4 million for the years ended December 31, 2009 and 2008, respectively, $1 million for the period October 11, 2007 through December 31, 2007 and $2 million for the period January 1, 2007 through October 10, 2007. These losses primarily represent amortization of software assets held by the subsidiary.

- EFH Corp. files a consolidated federal income tax return and allocates income tax liabilities to Oncor Holdings under a tax sharing agreement substantially as if Oncor Holdings was filing its own income tax returns. Oncor Holdings' results are included in the consolidated Texas state margin tax return filed by EFH Corp. Oncor Holdings' amount payable to EFH Corp. related to income taxes totaled $5 million at December 31, 2009, and amount receivable from EFH Corp. related to income taxes, primarily due to timing of payments, totaled $22 million at December 31, 2008. Income tax payments in the year ended December 31, 2009 totaled $19 million to EFH Corp., and Oncor made federal income tax payments totaling $9 million to noncontrolling interests.

- Oncor held cash collateral of $15 million on both December 31, 2009 and 2008 from TCEH related to interconnection agreements for three generation units being developed by TCEH. The collateral is reported in the balance sheet in other current liabilities.

- Certain transmission and distribution utilities in Texas have tariffs in place to assure adequate credit worthiness of any REP to support the REP's obligation to collect securitization bond-related (transition) charges on behalf of the utility. Under these tariffs, as a result of TCEH's credit rating being below investment grade, TCEH is required to post collateral support in an amount equal to estimated transition charges over specified time periods. Accordingly, as of December 31, 2009 and 2008, TCEH had posted letters of credit in the amount of $15 million and $13 million, respectively, for Oncor's benefit.

F-189

- At the closing of the Merger, Oncor entered into its current $2 billion revolving credit facility with a syndicate of financial institutions and other lenders. The syndicate includes affiliates of GS Capital Partners. Affiliates of GS Capital Partners (a member of the Sponsor Group) have from time-to-time engaged in commercial banking transactions with Oncor Holdings or its subsidiaries in the normal course of business.

- Affiliates of the Sponsor Group have, and may, sell, acquire or participate in the offerings of debt or debt securities issued by Oncor Holdings or its subsidiaries in open market transactions or through loan syndications.

See Notes 7, 9, 13 and 17 for information regarding the tax sharing agreement, the accounts receivable securitization program, distributions to Intermediate Holding and the allocation of EFH Corp.'s pension and OPEB costs to Oncor, respectively.

## 20.  SUPPLEMENTARY FINANCIAL INFORMATION

### Other Income and Deductions

|  | Successor | | | Predecessor |
|---|---|---|---|---|
|  | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Other income: | | | | |
| Accretion of adjustment (discount) to regulatory assets due to purchase accounting (Note 2) | $ 39 | $ 44 | $ 10 | $ — |
| Reversal of exit liabilities recorded in connection with the termination of outsourcing arrangements (see Note 2) | 10 | — | — | — |
| Net gain on sale of other properties and investments | — | 1 | 1 | 3 |
| Total other income | $ 49 | $ 45 | $ 11 | $ 3 |
| Other deductions: | | | | |
| Costs related to 2006 cities rate settlement (Note 5) | $ 2 | $ 13 | $ 6 | $ 20 |
| Professional fees | 5 | 5 | 1 | 5 |
| Equity losses in unconsolidated affiliate (Note 19) | 2 | 4 | 1 | 2 |
| Expenses related to canceled InfrastruX Energy services joint venture (a) | — | — | — | 3 |
| Other | 5 | 3 | — | — |
| Total other deductions | $ 14 | $ 25 | $ 8 | $ 30 |

(a)  Consists of previously deferred costs arising from operational activities to transition to the joint venture arrangement, which was canceled in connection with the Merger.

### Major Customers

Distribution revenues from TCEH represented 38% and 39% of total operating revenues for the years ended December 31, 2009 and 2008, respectively, 39% for the period October 11, 2007 through December 31, 2007 and 42% for the period January 1, 2007 through October 10, 2007. Revenues from subsidiaries of one nonaffiliated REP collectively represented 14% and 16% of total operating revenues for the years ended December 31, 2009 and 2008, respectively, 15% for the period October 11, 2007 through December 31, 2007 and 16% for the period January 1, 2007 through October 10, 2007. No other customer represented 10% or more of total operating revenues.

F-190

Confidential

*Interest Expense and Related Charges*

| | Successor | | Predecessor |
|---|---|---|---|
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Interest | $ 338 | $ 314 | $ 70 | $ 242 |
| Amortization of fair value debt discounts resulting from purchase accounting | 3 | 3 | — | — |
| Amortization of debt issuance costs and discounts | 7 | 5 | 1 | 7 |
| Allowance for funds used during construction — capitalized interest portion | (2) | (6) | (1) | (7) |
| Total interest expense and related charges | $ 346 | $ 316 | $ 70 | $ 242 |

*Property, Plant and Equipment*

| | December 31, 2009 | December 31, 2008 |
|---|---|---|
| Assets in service: | | |
| Distribution | $ 8,778 | $ 8,429 |
| Transmission | 3,917 | 3,626 |
| Other assets | 579 | 477 |
| Total | 13,274 | 12,532 |
| Less accumulated depreciation | 4,444 | 4,158 |
| Net of accumulated depreciation | 8,830 | 8,374 |
| Construction work in progress | 321 | 213 |
| Held for future use | 23 | 19 |
| Property, plant and equipment — net | $ 9,174 | $ 8,606 |

Depreciation expense as a percent of average depreciable property approximated 3.1% for 2009 and 2.8% for 2008 and 2007.

*Intangible Assets*

Intangible assets other than goodwill reported in the balance sheet are comprised of the following:

| | As of December 31, 2009 | | | As of December 31, 2008 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Intangible assets subject to amortization included in property, plant and equipment: | | | | | | |
| Land easements | $ 188 | $ 72 | $116 | $ 184 | $ 69 | $115 |
| Capitalized software | 240 | 104 | 136 | 145 | 80 | 65 |
| Total | $ 428 | $ 176 | $252 | $ 329 | $ 149 | $180 |

Aggregate amortization expense for intangible assets totaled $27 million and $19 million for the years ended December 31, 2009 and 2008, respectively, $3 million for the period October 11, 2007 through December 31, 2007 and $11 million for the period January 1, 2007 through October 10, 2007. At December 31, 2009, the weighted average remaining useful lives of capitalized land easements and software were 67 years and 6 years, respectively. The estimated aggregate amortization expense for each of the next five fiscal years is as follows:

| Year | Amortization Expense |
|---|---|
| 2010 | $ 32 |
| 2011 | 23 |
| 2012 | 21 |
| 2013 | 21 |
| 2014 | 21 |

F-191

Confidential

At December 31, 2009 and 2008, goodwill of $4.1 billion was reported on the balance sheet. None of this goodwill is being deducted for tax purposes. This balance is net of the $860 million goodwill impairment charge recorded in the fourth quarter of 2008. No other impairments have been recorded since the Merger. See Note 2 for discussion of financial statement effects of the Merger, and Note 3 for discussion of the goodwill impairment.

*Other Noncurrent Liabilities and Deferred Credits*

The other noncurrent liabilities and deferred credits balance consists of the following:

| | Successor | |
| --- | --- | --- |
| | December 31, 2009 | December 31, 2008 |
| Retirement plan and other employee benefits | $  1,343 | $  1,115 |
| Liabilities related to subsidiary tax sharing agreement | 321 | 299 |
| Uncertain tax positions (including accrued interest) | 91 | 144 |
| Nuclear decommissioning cost under-recovery (a) | 85 | 127 |
| Other | 39 | 35 |
| Total other noncurrent liabilities and deferred credits | $  1,879 | $  1,720 |

(a)    Represents intercompany payable to TCEH offset in Oncor's net reported regulatory asset/liability. See Note 8.

*Liabilities Related to Subsidiary Tax Sharing Agreement* — Amount represents the previously recorded net deferred tax liabilities of Oncor related to the noncontrolling interests. Upon the sale of noncontrolling interests in Oncor (see Note 14), Oncor became a partnership for US federal income tax purposes, and the temporary differences which gave rise to the deferred taxes will, over time, become taxable to the noncontrolling interests. Under a tax sharing agreement among Oncor and its equity holders, Oncor reimburses its equity holders for federal income taxes as the partnership earnings become taxable to such holders. Accordingly, as the temporary differences become taxable, the equity holders will be reimbursed by Oncor. In the unlikely event such amounts are not reimbursed under the tax sharing agreement, it is probable they would be refunded to rate payers. The net changes in the liability for the year ended December 31, 2009 totaling $22 million reflected changes in temporary differences.

*Supplemental Cash Flow Information*

| | Successor | | | Predecessor |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Cash payments: | | | | |
| Interest paid | $     337 | $     284 | $     72 | $     240 |
| Capitalized interest | (2) | (6) | (1) | (7) |
| Interest (net of amounts capitalized) | 335 | 278 | 71 | 233 |
| Income taxes | 28 | 65 | 26 | 106 |
| Noncash investing and financing activities: | | | | |
| Noncash construction expenditures (a) | 61 | 49 | 70 | 25 |
| Noncash capital contribution related to settlement of certain income taxes payable (b) | 50 | — | — | — |
| Noncash distribution of investment to parent | — | 24 | — | — |
| Noncash contribution related to incentive compensation plans | — | — | 28 | — |
| Noncash capital contribution from Texas Holdings | — | — | 12 | — |

(a)    Represents end-of-period accruals.

(b)    Reflects noncash settlement of certain income taxes payable arising as a result of the sale of noncontrolling interests in Oncor.

F-192

EFIHMW00223561

21.   CONDENSED FINANCIAL INFORMATION OF REGISTRANT

ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC
CONDENSED FINANCIAL INFORMATION OF REGISTRANT
CONDENSED STATEMENTS OF INCOME (LOSS)
(millions of dollars)

| | Successor | | | Predecessor |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Income tax benefit | $         — | $          4 | $         — | $         — |
| Equity in earnings (losses) of subsidiary | 256 | (327) | 64 | 263 |
| Net income (loss) | $      256 | $     (323) | $        64 | $      263 |

See Notes to Financial Statements.

F-193

EFIHMW00223562

## ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC
## CONDENSED FINANCIAL INFORMATION OF REGISTRANT
## CONDENSED STATEMENTS OF CASH FLOWS
### (millions of dollars)

| | Successor | | | Predecessor |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 |
| Cash flows — operating activities: | | | | |
| Net income | $ 256 | $ (323) | $ 64 | $ 263 |
| Adjustments to reconcile net income to cash provided by operating activities: | | | | |
| Equity in (earnings) losses of subsidiaries | (256) | 327 | (64) | (263) |
| Deferred income taxes — net | (50) | (4) | — | — |
| Net changes in operating assets and liabilities | 266 | 331 | — | — |
| Cash provided by operating activities | 216 | 331 | — | — |
| Cash flows — financing activities: | | | | |
| Proceeds from sale of noncontrolling interests, net of transaction costs (Note 14) | — | 1,253 | — | — |
| Distribution to parent of equity sale net proceeds | — | (1,253) | — | — |
| Distributions to parent | (216) | (330) | — | — |
| Cash used in financing activities | (216) | (330) | — | — |
| Cash flows — investing activities: | | | | |
| Cash used in investing activities | — | — | — | — |
| Net change in cash and cash equivalents | — | 1 | — | — |
| Cash and cash equivalents — beginning balance | 1 | — | — | — |
| Cash and cash equivalents — ending balance | $ 1 | $ 1 | $ — | $ — |

See Notes to Financial Statements.

F-194

EFIHMW00223563

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC**
**CONDENSED FINANCIAL INFORMATION OF REGISTRANT**
**CONDENSED BALANCE SHEETS**
**(millions of dollars)**

| | Successor | |
| --- | --- | --- |
| | December 31, 2009 | December 31, 2008 |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 1 | $ 1 |
| Income taxes receivable from EFH Corp. | 3 | 1 |
| Other current assets | 2 | 2 |
| Total current assets | 6 | 4 |
| Investments | 5,804 | 5,741 |
| Total assets | $ 5,810 | $ 5,745 |
| **LIABILITIES AND MEMBERSHIP INTEREST** | | |
| Current liabilities: | | |
| Other current liabilities | $ 3 | $ — |
| Total current liabilities | 3 | — |
| Accumulated deferred income taxes | 91 | 141 |
| Other noncurrent liabilities and deferred credits | 321 | 299 |
| Total liabilities | 415 | 440 |
| Membership interest | 5,395 | 5,305 |
| Total liabilities and membership interest | $ 5,810 | $ 5,745 |

See Notes to Financial Statements.

F-195

EFIHMW00223564

ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC
CONDENSED FINANCIAL INFORMATION OF REGISTRANT
NOTES TO CONDENSED FINANCIAL STATEMENTS

*Basis of Presentation*

The accompanying unconsolidated condensed balance sheets, statements of income (loss) and cash flows present results of operations and cash flows of Oncor Holdings for periods subsequent to the Merger, at which time Oncor Holdings was formed. Oncor Holdings, which is a Delaware limited liability company wholly-owned by Intermediate Holding, is the holding company for approximately 80% of the membership interests in Oncor as of December 31, 2009. The financial statements reflect the application of purchase accounting for the Merger at Oncor. Certain information and footnote disclosures normally included in financial statements prepared in accordance with US GAAP have been omitted pursuant to the rules of the SEC. Because the unconsolidated condensed financial statements do not include all of the information and footnotes required by US GAAP, they should be read in conjunction with Oncor Holdings' consolidated financial statements and Notes 1 through 20. Oncor Holdings' subsidiaries have been accounted for under the equity method. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated. The predecessor to Oncor Holdings is Oncor. Accordingly, Predecessor amounts in the accompanying unconsolidated condensed statements of income (loss) and cash flows reflect Oncor's results accounted for under the equity method. The financial statements of Oncor are presented as the Predecessor of Oncor Holdings' historical consolidated financial statements and related notes.

*Distribution Restrictions*

While there are no direct restrictions on Oncor Holdings' ability to distribute its net income that are currently material, substantially all of Oncor Holdings' net income is derived from Oncor. The boards of directors of each of Oncor and Oncor Holdings, which are composed of a majority of independent directors, can withhold distributions to the extent the boards determine that it is necessary to retain such amounts to meet expected future requirements of Oncor and/or Oncor Holdings. For the period beginning October 11, 2007 and ending December 31, 2012, distributions paid by Oncor (other than distributions of the proceeds of any issuance of limited liability company units) are limited by the Limited Liability Company Agreement to an amount not to exceed Oncor's net cumulative income determined in accordance with GAAP, as adjusted by applicable orders of the PUCT. Such adjustments include deducting the $72 million ($46 million after tax) one-time refund to customers in September 2008 and deducting funds spent as part of the $100 million commitment for additional demand-side management or other energy efficiency initiatives (see Note 4) of which $22 million ($14 million after tax) has been spent through December 31, 2009, neither of which impacted net income due to purchase accounting, and removing the effect of the $860 million goodwill impairment charge from fourth quarter 2008 net income available for distribution. The goodwill impairment charge and refund are described in Notes 3 and 4, respectively. Distributions are further limited by Oncor's required regulatory capital structure, as determined by the PUCT, to be at or below the assumed debt-to-equity ratio established periodically by the PUCT for ratemaking purposes, which is currently set at 60% debt to 40% equity. For 2009, $35 million of net income was restricted from being used to make distributions on membership interests. The net proceeds of $1.253 billion received from the 2008 sale of equity interests to Texas Transmission and certain members of Oncor's management and board of directors were excluded from these distribution limitations.

On February 11, 2010, Oncor's board of directors declared a cash distribution of between $34 million and $41 million to be paid to Oncor Holdings on February 19, 2010. During 2009 and 2008, Oncor's board of directors declared, and Oncor paid, cash distributions to Oncor Holdings totaling $216 million and $330 million, respectively. No dividends were received for the period from October 11, 2007 through December 31, 2007.

The net proceeds of $1.253 billion from Oncor's sale of equity interests in November 2008 were distributed to Intermediate Holding and ultimately to EFH Corp.

F-196

Confidential

## GLOSSARY

When the following terms and abbreviations appear in the text of this report, they have the meanings indicated below.

| | |
|---|---|
| **2009 Audited Financial Statements** | Oncor Holdings' audited financial statements for the year ended December 31, 2009 included in EFH Corp.'s Annual Report on Form 10-K for the year ended December 31, 2009 filed on February 19, 2010 (Commission File No. 1-12833) |
| **Bondco** | Refers to Oncor Electric Delivery Transition Bond Company LLC, a wholly-owned consolidated bankruptcy-remote financing subsidiary of Oncor. |
| **Deed of Trust** | Deed of Trust, Security Agreement and Fixture Filing, dated as of May 15, 2008, made by Oncor to and for the benefit of The Bank of New York Mellon (formerly The Bank of New York), as collateral agent, as amended |
| **EFH Corp.** | Refers to Energy Future Holdings Corp., a holding company, and/or its subsidiaries, depending on context. Its major subsidiaries include Oncor and TCEH. |
| **EFIH** | Refers to Energy Future Intermediate Holding Company LLC, a direct, wholly-owned subsidiary of EFH Corp. and the direct parent of Oncor Holdings. |
| **ERCOT** | Electric Reliability Council of Texas, the independent system operator and the regional coordinator of the various electricity systems within Texas |
| **FASB** | Financial Accounting Standards Board, the designated organization in the private sector for establishing standards for financial accounting and reporting |
| **FERC** | US Federal Energy Regulatory Commission |
| **GAAP** | generally accepted accounting principles |
| **Investment LLC** | Refers to Oncor Management Investment LLC, a limited liability company and minority membership interest owner of Oncor, whose managing member is Oncor and whose Class B Interests are owned by officers, directors and key employees of Oncor. |
| **LIBOR** | London Interbank Offered Rate. An interest rate at which banks can borrow funds, in marketable size, from other banks in the London interbank market. |
| **Limited Liability Company Agreement** | The Second Amended and Restated Limited Liability Company Agreement of Oncor, dated as of November 5, 2008, by and among Oncor Holdings, Texas Transmission and Investment LLC, as amended |
| **Luminant** | Refers to subsidiaries of TCEH engaged in competitive market activities consisting of electricity generation and wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas. |
| **Merger** | The transaction referred to in "Merger Agreement" (defined immediately below) that was completed on October 10, 2007. |
| **Merger Agreement** | Agreement and Plan of Merger, dated February 25, 2007, under which Texas Holdings agreed to acquire EFH Corp. |
| **Oncor** | Refers to Oncor Electric Delivery Company LLC, a direct, majority-owned subsidiary of Oncor Holdings, and/or its wholly-owned consolidated bankruptcy-remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC, depending on context. |

F-197

Confidential

| | |
|---|---|
| **Oncor Holdings** | Refers to Oncor Electric Delivery Holdings Company LLC, a direct, wholly-owned subsidiary of EFIH and the direct majority owner of Oncor, and/or its subsidiaries, depending on context. |
| **Oncor Ring-Fenced Entities** | Refers to Oncor Holdings and its direct and indirect subsidiaries. |
| **OPEB** | other postretirement employee benefits |
| **PUCT** | Public Utility Commission of Texas |
| **purchase accounting** | The purchase method of accounting for a business combination as prescribed by US GAAP, whereby the cost or "purchase price" of a business combination, including the amount paid for the equity and direct transaction costs, are allocated to identifiable assets and liabilities (including intangible assets) based upon their fair values. The excess of the purchase price over the fair values of assets and liabilities is recorded as goodwill. |
| **REP** | retail electric provider |
| **SEC** | US Securities and Exchange Commission |
| **Sponsor Group** | Refers collectively to the investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P. (KKR), TPG Capital, L.P. and GS Capital Partners, an affiliate of Goldman Sachs & Co. (See Texas Holdings below.) |
| **TCEH** | Refers to Texas Competitive Electric Holdings Company LLC, a direct, wholly-owned subsidiary of Energy Future Competitive Holdings Company and an indirect subsidiary of EFH Corp., and/or its subsidiaries, depending on context. |
| **Texas Holdings** | Refers to Texas Energy Future Holdings Limited Partnership, a limited partnership controlled by the Sponsor Group that owns substantially all of the common stock of EFH Corp. |
| **Texas Holdings Group** | Refers to Texas Holdings and its direct and indirect subsidiaries other than the Oncor Ring-Fenced Entities. |
| **Texas Transmission** | Refers to Texas Transmission Investment LLC, a limited liability company that owns a 19.75% equity interest in Oncor. Texas Transmission is not affiliated with EFH Corp., any of EFH Corp.'s subsidiaries or any member of the Sponsor Group. |
| **TXU Energy** | Refers to TXU Energy Retail Company LLC, a direct, wholly-owned subsidiary of TCEH engaged in the retail sale of electricity to residential and business customers. TXU Energy is a REP in competitive areas of ERCOT. |
| **US** | United States of America |
| **VIE** | variable interest entity |

These financial statements occasionally make references to Oncor Holdings or Oncor when describing actions, rights or obligations of their respective subsidiaries. These references reflect the fact that the subsidiaries are consolidated with their respective parent companies for financial reporting purposes. However, these references should not be interpreted to imply that the parent company is actually undertaking the action or has the rights or obligations of the relevant subsidiary company or that the subsidiary company is undertaking an action or has the rights or obligations of its parent company or any other affiliate.

F-198

Confidential

## ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC
## CONDENSED STATEMENTS OF CONSOLIDATED INCOME
### (Unaudited)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| | 2010 | 2009 | 2010 | 2009 |
| --- | --- | --- | --- | --- |
| | (millions of dollars) | | | |
| Operating revenues: | | | | |
| Affiliated | $ 317 | $ 308 | $ 839 | $ 783 |
| Nonaffiliated | 514 | 462 | 1,397 | 1,254 |
| Total operating revenues | 831 | 770 | 2,236 | 2,037 |
| Operating expenses: | | | | |
| Operation and maintenance | 256 | 245 | 757 | 698 |
| Depreciation and amortization | 176 | 147 | 507 | 405 |
| Write off of regulatory assets (Note 2) | — | 25 | — | 25 |
| Income taxes | 73 | 49 | 156 | 122 |
| Taxes other than income taxes | 100 | 99 | 287 | 287 |
| Total operating expenses | 605 | 565 | 1,707 | 1,537 |
| Operating income | 226 | 205 | 529 | 500 |
| Other income and deductions: | | | | |
| Other income (Note 9) | 8 | 10 | 28 | 30 |
| Other deductions (Note 9) | 1 | 5 | 5 | 14 |
| Nonoperating income taxes | 7 | 7 | 21 | 19 |
| Interest income | 9 | 13 | 29 | 32 |
| Interest expense and related charges (Note 9) | 87 | 85 | 259 | 258 |
| Net income | 148 | 131 | 301 | 271 |
| Net income attributable to noncontrolling interests | (30) | (26) | (61) | (54) |
| Net income attributable to Oncor Holdings | $ 118 | $ 105 | $ 240 | $ 217 |

See Notes to Financial Statements.

F-199

Confidential

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC**
**CONDENSED STATEMENTS OF CONSOLIDATED CASH FLOWS**
**(Unaudited)**

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2010 | 2009 |
| | (millions of dollars) | |
| Cash flows — operating activities: | | |
| Net income | $    301 | $    271 |
| Adjustments to reconcile net income to cash provided by operating activities: | | |
| Depreciation and amortization | 510 | 379 |
| Write off of regulatory assets (Note 2) | — | 25 |
| Deferred income taxes – net | 105 | 63 |
| Amortization of investment tax credits | (3) | (4) |
| Other – net | — | (2) |
| Changes in operating assets and liabilities: | | |
| Deferred advanced metering system revenues | 11 | 51 |
| Other operating assets and liabilities | (201) | (129) |
| Cash provided by operating activities | 723 | 654 |
| Cash flows — financing activities: | | |
| Issuance of long-term debt (Note 4) | 475 | — |
| Repayments of long-term debt (Note 4) | (72) | (70) |
| Net increase (decrease) in short-term borrowings | (188) | 200 |
| Distributions to parent | (141) | (117) |
| Distributions to noncontrolling interests | (35) | (32) |
| Decrease in income tax-related note receivable from TCEH | 27 | 27 |
| Debt discount, financing and reacquisition expenses – net | (11) | (3) |
| Cash provided by financing activities | 55 | 5 |
| Cash flows — investing activities: | | |
| Capital expenditures | (782) | (758) |
| Other | (14) | (4) |
| Cash used in investing activities | (796) | (762) |
| Net change in cash and cash equivalents | (18) | (103) |
| Cash and cash equivalents — beginning balance | 29 | 126 |
| Cash and cash equivalents — ending balance | $    11 | $    23 |

See Notes to Financial Statements.

F-200

Confidential

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**

| | September 30, 2010 | December 31, 2009 |
|---|---|---|
| | (millions of dollars) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 11 | $ 29 |
| Restricted cash (relates to Bondco (Note 9)) | 63 | 47 |
| Trade accounts receivable from nonaffiliates — net (Note 9) | 291 | 243 |
| Trade accounts and other receivables from affiliates | 220 | 188 |
| Income taxes receivable from EFH Corp. (Note 8) | 59 | — |
| Materials and supplies inventories — at average cost | 94 | 92 |
| Accumulated deferred income taxes | 1 | 10 |
| Prepayments | 75 | 76 |
| Other current assets | 4 | 8 |
| Total current assets | 818 | 693 |
| Restricted cash (relates to Bondco (Note 9)) | 16 | 14 |
| Investments and other property (Note 9) | 76 | 72 |
| Property, plant and equipment — net (Note 9) | 9,529 | 9,174 |
| Goodwill (Note 9) | 4,064 | 4,064 |
| Note receivable due from TCEH (Note 8) | 189 | 217 |
| Regulatory assets — net (2010 includes $531 related to Bondco (Notes 2 and 9)) | 1,652 | 1,959 |
| Other noncurrent assets | 238 | 51 |
| Total assets | $ 16,582 | $ 16,244 |
| **LIABILITIES AND MEMBERSHIP INTERESTS** | | |
| Current liabilities: | | |
| Short-term borrowings (Note 3) | $ 428 | $ 616 |
| Long-term debt due currently (relates to Bondco (Notes 4 and 9)) | 111 | 108 |
| Trade accounts payable | 111 | 129 |
| Income taxes payable to EFH Corp. (Note 8) | — | 5 |
| Accrued taxes other than income | 116 | 137 |
| Accrued interest | 73 | 104 |
| Other current liabilities | 94 | 106 |
| Total current liabilities | 933 | 1,205 |
| Accumulated deferred income taxes | 1,478 | 1,369 |
| Investment tax credits | 34 | 37 |
| Long-term debt, less amounts due currently (2010 includes $588 related to Bondco (Notes 4 and 9)) | 5,395 | 4,996 |
| Other noncurrent liabilities and deferred credits (Note 9) | 1,775 | 1,879 |
| Total liabilities | 9,615 | 9,486 |
| Commitments and Contingencies (Note 5) | | |
| Membership interests (Note 6): | | |
| Oncor Holdings membership interest | 5,525 | 5,395 |
| Noncontrolling interests in subsidiary | 1,442 | 1,363 |
| Total membership interests | 6,967 | 6,758 |
| Total liabilities and membership interests | $ 16,582 | $ 16,244 |

See Notes to Financial Statements.

F-201

EFIHMW00223570

**ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## 1.  SIGNIFICANT ACCOUNTING POLICIES AND BUSINESS

*Description of Business*

Oncor Holdings is a Dallas, Texas-based holding company whose financial statements reflect almost entirely the operations of its direct, majority (approximately 80%) owned subsidiary, Oncor. Oncor is a regulated electricity transmission and distribution company principally engaged in providing delivery services to REPs, including subsidiaries of TCEH, that sell power in the north-central, eastern and western parts of Texas. Distribution revenues from TCEH represented 38% of total revenues for both the nine months ended September 30, 2010 and 2009. Oncor Holdings is a direct, wholly-owned subsidiary of EFIH, a direct, wholly-owned subsidiary of EFH Corp. With the closing of the Merger on October 10, 2007, EFH Corp. became a subsidiary of Texas Holdings, which is controlled by the Sponsor Group, and Oncor Holdings and EFIH were formed. See "Glossary" for definition of terms and abbreviations, including the Merger. References in this report to Oncor Holdings are to Oncor Holdings and/or its direct or indirect subsidiaries as apparent in the context. Oncor Holdings' financial statements reflect almost entirely the operations of Oncor, which is managed as an integrated business; consequently, there are no separate reportable business segments.

*Oncor Holdings' consolidated financial statements include Bondco.*

Various "ring-fencing" measures have been taken to enhance the credit quality of Oncor Holdings and Oncor. These measures serve to mitigate Oncor's and Oncor Holdings' credit exposure to the Texas Holdings Group and to reduce the risk that the assets and liabilities of Oncor or Oncor Holdings would be substantially consolidated with the assets and liabilities of the Texas Holdings Group in the event of a bankruptcy of one or more of those entities. Such measures include, among other things: Oncor's sale of a 19.75% equity interest to Texas Transmission in November 2008; maintenance of separate books and records for the Oncor Ring-Fenced Entities; the board of directors of Oncor Holdings and Oncor being comprised of a majority of independent directors, and prohibitions on the Oncor Ring-Fenced Entities' providing credit support to, or receiving credit support from, any member of the Texas Holdings Group. The assets and liabilities of the Oncor Ring-Fenced Entities are separate and distinct from those of the Texas Holdings Group, including TXU Energy and Luminant, and none of the assets of the Oncor Ring-Fenced Entities are available to satisfy the debt or contractual obligations of any member of the Texas Holdings Group. Oncor and Oncor Holdings do not bear any liability for debt or contractual obligations of the Texas Holdings Group, and vice versa. Accordingly, Oncor Holdings' operations are conducted, and its cash flows managed, independently from the Texas Holdings Group.

*Basis of Presentation*

The condensed consolidated financial statements of Oncor Holdings have been prepared in accordance with US GAAP and on the same basis as the 2009 Audited Financial Statements. All adjustments (consisting of normal recurring accruals) necessary for a fair presentation of the results of operations and financial position have been included therein. All intercompany items and transactions have been eliminated in consolidation. Certain information and footnote disclosures normally included in annual consolidated financial statements prepared in accordance with US GAAP have been omitted pursuant to the rules and regulations of the SEC. Because the condensed consolidated interim financial statements do not include all of the information and footnotes required by US GAAP, they should be read in conjunction with the audited financial statements and related notes included in the 2009 Audited Financial Statements. The results of operations for an interim period may not give a true indication of results for a full year. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated. Subsequent events have been evaluated through November 2, 2010, the date these consolidated financial statements were issued.

F-202

*Use of Estimates*

Preparation of Oncor Holdings' financial statements requires management to make estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and the reported amounts of revenue and expense, including fair value measurements. In the event estimates and/or assumptions prove to be different from actual amounts, adjustments are made in subsequent periods to reflect more current information. No material adjustments, other than those disclosed elsewhere herein, were made to previous estimates or assumptions during the current year.

## 2.  REGULATORY ASSETS AND LIABILITIES

Recognition of regulatory assets and liabilities and the amortization periods over which they are expected to be recovered or refunded through rate regulation reflect the decisions of the PUCT. Components of the regulatory assets and liabilities are provided in the table below. Amounts not earning a return through rate regulation are noted.

| | Remaining Rate Recovery/Amortization Period at September 30, 2010 | Carrying Amount | |
| --- | --- | --- | --- |
| | | September 30, 2010 | December 31, 2009 |
| Regulatory assets: | | | |
| Generation-related regulatory assets securitized by transition bonds (a) | 6 years | $  677 | $  759 |
| Employee retirement costs | 4 years | 67 | 80 |
| Employee retirement costs to be reviewed (b)(c) | To be determined | 66 | 41 |
| Employee retirement liability (a)(c)(d) | To be determined | 726 | 768 |
| Self-insurance reserve (primarily storm recovery costs) — net | 6 years | 122 | 137 |
| Self-insurance reserve to be reviewed (b)(c) | To be determined | 139 | 106 |
| Nuclear decommissioning cost under-recovery (a)(c)(e) | Not applicable | — | 85 |
| Securities reacquisition costs (pre-industry restructure) | 7 years | 57 | 62 |
| Securities reacquisition costs (post-industry restructure) | Terms of related debt | 26 | 27 |
| Recoverable amounts in lieu of deferred income taxes — net | Life of related asset or liability | 107 | 68 |
| Rate case expenses | Largely 3 years | 7 | 9 |
| Rate case expenses to be reviewed (b)(c) | To be determined | 2 | 1 |
| Advanced meter customer education costs | 10 years | 7 | 4 |
| Deferred conventional meter depreciation | 10 years | 49 | 14 |
| Energy efficiency performance bonus (a) | 1 year | 2 | 9 |
| Total regulatory assets | | 2,054 | 2,170 |
| Regulatory liabilities: | | | |
| Nuclear decommissioning cost over-recovery (a)(e) | Not applicable | 183 | — |
| Committed spending for demand-side management initiatives (a) | 3 years | 65 | 78 |
| Deferred advanced metering system revenues | 10 years | 68 | 57 |
| Investment tax credit and protected excess deferred taxes | Various | 41 | 44 |
| Over-collection of securitization (transition) bond revenues (a) | 6 years | 39 | 27 |
| Energy efficiency programs (a) | Not applicable | 6 | 5 |
| Total regulatory liabilities | | 402 | 211 |
| Net regulatory asset | | $  1,652 | $  1,959 |

(a)  Not earning a return in the regulatory rate-setting process.

(b)  Costs incurred since the period covered under the last rate review.

(c)  Recovery is specifically authorized by statute, subject to reasonableness review by the PUCT.

(d)  Represents unfunded liabilities recorded in accordance with pension and OPEB accounting standards.

(e)  Offset by an intercompany payable to/receivable from TCEH. See Note 8.

F-203

EFIHMW00223572

The Patient Protection and Affordable Care Act and the Health Care and Education Reconciliation Act enacted in March 2010 reduce, effective 2013, the amount of OPEB costs deductible for federal income tax purposes by the amount of the Medicare Part D subsidy received by the EFH Corp. OPEB plans in which Oncor participates. Under income tax accounting rules, deferred tax assets related to accrued OPEB liabilities must be reduced immediately for the future effect of the legislation. Accordingly, in the first quarter of 2010, Oncor Holdings' deferred tax assets were reduced by $42 million. All of this amount was recorded as a regulatory asset (before gross-up for liability in lieu of deferred income taxes) as the additional amounts due related to income taxes are expected to be recoverable in Oncor's future rates.

As part of accounting for the Merger, the carrying value of certain generation-related regulatory assets securitized by transition bonds, which have been reviewed and approved by the PUCT for recovery but without earning a rate of return, was reduced by $213 million. This amount will be accreted to other income over the recovery period remaining as of the closing date of the Merger (approximately nine years).

On August 31, 2009, the PUCT issued a final order on Oncor's rate review filed in June 2008. The rate review included a determination of the recoverability of regulatory assets at December 31, 2007, including the recoverability period of those assets deemed allowable by the PUCT. The PUCT's findings included denial of recovery of certain regulatory assets primarily related to business restructuring costs and rate case expenses, which resulted in a $25 million charge ($16 million after tax) in the third quarter 2009 reported as write off of regulatory assets.

## 3.  BORROWINGS UNDER CREDIT FACILITIES

At September 30, 2010, Oncor had a $2.0 billion secured revolving credit facility, expiring October 10, 2013, to be used for its working capital and general corporate purposes, issuances of letters of credit and support for any commercial paper issuances. Oncor may request increases in the commitments under the facility in any amount up to $500 million, subject to the satisfaction of certain conditions. Amounts borrowed under the facility, once repaid, can be borrowed again by Oncor from time to time. Borrowings are classified as short-term on the balance sheet.

The credit facility is secured equally and ratably with all of Oncor's other secured indebtedness by a first priority lien on property acquired or constructed by Oncor for the transmission and distribution of electricity. The property is mortgaged under the Deed of Trust. On September 3, 2010, Oncor amended the Deed of Trust to eliminate Oncor's ability to release the lien upon satisfaction and discharge of its obligations under the revolving credit facility (see Note 4).

At September 30, 2010, Oncor had outstanding borrowings under the credit facility totaling $428 million with an interest rate of 0.53% and outstanding letters of credit totaling $6 million. At December 31, 2009, Oncor had outstanding borrowings under the credit facility totaling $616 million with an interest rate of 0.58% at the end of the period. All outstanding borrowings at September 30, 2010 bear interest at LIBOR plus 0.275%, letters of credit bear interest at 0.275%, and a facility fee is payable (currently at a rate per annum equal to 0.100%) on the commitments under the facility, each based on Oncor's current credit ratings.

Subject to the limitations described below, borrowing capacity availability under the credit facility at September 30, 2010 and December 31, 2009 was $1.444 billion and $1.262 billion, respectively. The availability at both dates excludes $122 million of commitments from a subsidiary of Lehman Brothers Holding Inc. (such subsidiary, Lehman) that has filed for bankruptcy under Chapter 11 of the US Bankruptcy Code. See Note 10 to the 2009 Audited Financial Statements for additional information. As described in Note 4, the availability under the credit facility is limited by the amount of available bond credits, which was approximately $1.338 billion at September 30, 2010. However, at September 30, 2010, Oncor could secure up to an additional $1.040 billion of potential indebtedness with certain property additions, subject to the completion of a certification process.

F-204

EFIHMW00223573

## 4.   LONG-TERM DEBT

At September 30, 2010 and December 31, 2009, long-term debt consisted of the following:

| | September 30, 2010 | December 31, 2009 |
|---|---|---|
| Oncor (a): | | |
| 6.375% Fixed Senior Notes due May 1, 2012 | $ 700 | $ 700 |
| 5.950% Fixed Senior Notes due September 1, 2013 | 650 | 650 |
| 6.375% Fixed Senior Notes due January 15, 2015 | 500 | 500 |
| 6.800% Fixed Senior Notes due September 1, 2018 | 550 | 550 |
| 7.000% Fixed Debentures due September 1, 2022 | 800 | 800 |
| 7.000% Fixed Senior Notes due May 1, 2032 | 500 | 500 |
| 7.250% Fixed Senior Notes due January 15, 2033 | 350 | 350 |
| 7.500% Fixed Senior Notes due September 1, 2038 | 300 | 300 |
| 5.250% Fixed Senior Notes due September 30, 2040 | 475 | — |
| Unamortized discount | (18) | (15) |
| Total Oncor | $ 4,807 | $ 4,335 |
| Oncor Electric Delivery Transition Bond Company LLC (b): | | |
| 4.030% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2010 | — | 13 |
| 4.950% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2013 | 101 | 130 |
| 5.420% Fixed Series 2003 Bonds due in semiannual installments through August 15, 2015 | 145 | 145 |
| 4.810% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2012 | 167 | 197 |
| 5.290% Fixed Series 2004 Bonds due in semiannual installments through May 15, 2016 | 290 | 290 |
| Total Oncor Electric Delivery Transition Bond Company LLC | 703 | 775 |
| Unamortized fair value discount related to transition bonds (c) | (4) | (6) |
| Total consolidated (d) | 5,506 | 5,104 |
| Less amount due currently | (111) | (108) |
| Total long-term debt | $ 5,395 | $ 4,996 |

(a)   Secured by first priority lien on certain transmission and distribution assets equally and ratably with all of Oncor's other secured indebtedness. See Deed of Trust Amendment below and Note 11 to the 2009 Audited Financial Statements for additional information.

(b)   The transition bonds are nonrecourse to Oncor and were issued to securitize a regulatory asset.

(c)   The transition bonds, which secured regulatory assets not earning a return, were fair valued at October 10, 2007 as a result of purchase accounting.

(d)   According to its organizational documents, Oncor Holdings (parent) is prohibited from directly incurring indebtedness for borrowed money.

*Debt-Related Activity in 2010*

Repayments of long-term debt in 2010 totaled $72 million and represent transition bond principal payments at scheduled maturity dates.

*Issuance of New Senior Secured Notes*

In September 2010, Oncor issued $475 million aggregate principal amount of 5.250% senior secured notes maturing in September 2040 (2040 Notes). Oncor used the net proceeds of approximately $465 million from the sale of the notes to repay borrowings under its revolving credit facility, including loans under the revolving credit facility made by certain of the initial purchasers or their affiliates, and for general corporate purposes. The notes are secured by the first priority lien described below, and are secured equally and ratably with all of Oncor's other secured indebtedness.

Confidential

Interest on the 2040 Notes is payable in cash semiannually in arrears on March 30 and September 30 of each year, beginning on March 30, 2011. Oncor may redeem the notes, in whole or in part, at any time, at a price equal to 100% of their principal amount, plus accrued and unpaid interest and a "make-whole" premium. The notes also contain customary events of default, including failure to pay principal or interest on the notes when due.

The 2040 Notes were issued in a private placement and have not been registered under the Securities Act of 1933, as amended (Securities Act). Oncor has agreed, subject to certain exceptions, to register with the SEC notes having substantially identical terms as the 2040 Notes (except for provisions relating to the transfer restriction and payment of additional interest) as part of an offer to exchange freely tradable exchange notes for the 2040 Notes. Oncor has agreed to use commercially reasonable efforts to cause the exchange offer to be completed within 315 days after the issue date of the 2040 Notes, or if required, to use commercially reasonable efforts to have one or more shelf registration statements declared effective within the later of 180 days after such shelf registration statement filing obligation arises and 270 days after the issue date of the Notes. If Oncor does not comply with this obligation (a registration default), the annual interest rate on the notes will increase by 0.50% per annum until the earlier of the expiration of the registration default or the second anniversary of the issue date of the 2040 Notes.

*Debt Exchange*

In September 2010, Oncor announced an offer to exchange up to $350 million of its outstanding 6.375% senior secured notes due 2012 and up to $325 million of its outstanding 5.950% senior secured notes due 2013 (collectively, the Original Notes) for newly issued 5.000% senior secured notes due 2017 (2017 Notes) and newly issued 5.750% senior secured notes due 2020 (2020 Notes, and together with the 2017 Notes, New Notes), respectively. The exchange offer expired on October 5, 2010 and settled on October 8, 2010. At settlement, Oncor issued approximately $324.4 million aggregate principal amount of the 2017 Notes and approximately $126.3 million aggregate principal amount of the 2020 Notes in exchange for an equivalent principal amount of the respective Original Notes validly tendered. Oncor did not receive any cash proceeds from the exchange.

The New Notes have not been registered under the Securities Act. In connection with the issuance of the New Notes, Oncor agreed, subject to certain exceptions, to register with the SEC notes having substantially identical terms as the New Notes (except for provisions relating to the transfer restriction and payment of additional interest) as part of an offer to exchange freely tradable exchange notes for the New Notes. Oncor has agreed to use commercially reasonable efforts to cause this exchange offer to be completed within 315 days after the issue date of the New Notes, or if required, to use commercially reasonable efforts to have one or more shelf registration statements declared effective within the later of 180 days after such shelf registration statement filing obligation arises and 270 days after the issue date of the New Notes. If Oncor does not comply with this obligation (a registration default), the annual interest rate on the New Notes will increase by 0.50% per annum for the period during which the registration default continues, but not later than the second anniversary of the issue date of the New Notes. Oncor also agreed to file a registration statement containing a "market making prospectus" and to keep it effective, subject to certain exceptions, for a period of ten years after the issue date of the New Notes.

*Deed of Trust Amendment*

Oncor's secured indebtedness, including the 2040 Notes and New Notes described above and the revolving credit facility described in Note 3, are secured equally and ratably by a first priority lien on property acquired or constructed by Oncor for the transmission and distribution of electricity. The property is mortgaged under the Deed of Trust. The Deed of Trust permits Oncor to secure other indebtedness with the lien of the Deed of Trust up to the aggregate of (i) the amount of available bond credits, and (ii) 85% of the fair value of certain property additions that could be certified to the Deed of Trust collateral agent. At September 30, 2010, the available bond credits were approximately $1.338 billion and the amount of additional potential indebtedness that could be secured by property additions, subject to a certification process, was $1.040 billion.

On September 3, 2010, Oncor amended the Deed of Trust. Prior to the amendment, the Deed of Trust provided that Oncor could release the lien upon the satisfaction and discharge of all of its obligations under its revolving credit facility. The amendment to the Deed of Trust eliminated this ability to release the lien prior to the payment and performance in full of all obligations secured by the lien of the Deed of Trust.

F-206

EFIHMW00223575

*Fair Value of Long-Term Debt*

The estimated fair value of long-term debt (including current maturities) totaled $6.455 billion and $5.644 billion at September 30, 2010 and December 31, 2009, respectively, and the carrying amount totaled $5.506 billion and $5.104 billion, respectively. The fair value is estimated at the lesser of either the call price or the market value as determined by quoted market prices.

## 5.  COMMITMENTS AND CONTINGENCIES

*Guarantees*

Oncor has entered into contracts that contain guarantees to unaffiliated parties that could require performance or payment under certain conditions.

Oncor is the lessee under various operating leases that obligate it to guarantee the residual values of the leased assets. At September 30, 2010, both the aggregate maximum amount of residual values guaranteed and the estimated residual recoveries totaled approximately $2 million. These leased assets consist primarily of vehicles used in distribution activities. The average life of the residual value guarantees under the lease portfolio is approximately three years.

In June 2010, Oncor, for the purpose of obtaining greater access to materials, guaranteed the repayment of borrowings under a nonaffiliated party's $20 million credit facility maturing on June 7, 2011. The nonaffiliated party's borrowings under the credit facility are limited to inventory produced solely to satisfy the terms of a contract with Oncor. Oncor would be entitled to the related inventory upon repayment of the credit facility (or payment to nonaffiliated party). At September 30, 2010, the nonaffiliated party had borrowings of $1.8 million under the facility.

*Legal Proceedings*

Oncor Holdings is involved in various legal and administrative proceedings in the normal course of business, the ultimate resolution of which, in the opinion of management, should not have a material effect upon its financial position, results of operations or cash flows.

## 6.  MEMBERSHIP INTERESTS

At September 30, 2010, Oncor's ownership was as follows: 80.03% held by Oncor Holdings, 19.75% held by Texas Transmission and 0.22% held indirectly by certain members of Oncor's management and board of directors.

*Cash Distributions*

During 2010, Oncor Holdings' board of directors declared, and Oncor Holdings paid/will pay, the following cash distributions to EFIH:

| Declaration Date | Payment Date | Amount |
|---|---|---|
| October 27, 2010 | November 1, 2010 | $   28 |
| July 28, 2010 | August 3, 2010 | $   54 |
| May 5, 2010 | May 6, 2010 | $   57 |
| February 11, 2010 | February 19, 2010 | $   30 |

While there are no direct restrictions on Oncor Holdings' ability to distribute its net income that are currently material, substantially all of Oncor Holdings' net income is derived from Oncor. The boards of directors of each of Oncor and Oncor Holdings, which are composed of a majority of independent directors, can withhold distributions to the extent the boards determine that it is necessary to retain such amounts to meet expected future requirements of Oncor and/or Oncor Holdings.

Oncor's distributions are limited to Oncor's cumulative net income and may not be made except to the extent Oncor maintains a required regulatory capital structure, as discussed below. At September 30, 2010, $35 million was eligible to be distributed to Oncor's members after taking into account these restrictions.

F-207

EFIHMW00223576

For the period beginning October 11, 2007 and ending December 31, 2012, distributions paid by Oncor (other than distributions of the proceeds of any issuance of limited liability company units) are limited by the Limited Liability Company Agreement and a stipulation agreement with the PUCT (see Note 4 to the 2009 Audited Financial Statements) to an amount not to exceed Oncor's cumulative net income determined in accordance with US GAAP, as adjusted by applicable orders of the PUCT. Such adjustments include deducting the $72 million ($46 million after tax) one-time refund to customers in September 2008, net accretion of fair value adjustments resulting from purchase accounting and funds spent as part of the $100 million commitment for additional demand-side management or other energy efficiency initiatives of which $35 million ($23 million after tax) has been spent through September 30, 2010, and removing the effect of the $860 million goodwill impairment charge from fourth quarter 2008 net income available for distribution. The goodwill impairment charge and refund are described in the 2009 Audited Financial Statements. As a result, $9 million of Oncor's $149 million net income earned in the three months ended September 30, 2010, was restricted from being used to make distributions of membership interests under the cumulative net income restriction.

Distributions are further limited by Oncor's required regulatory capital structure to be at or below the assumed debt-to-equity ratio established periodically by the PUCT for ratemaking purposes, which is currently set at 60% debt to 40% equity. At September 30, 2010 and December 31, 2009, Oncor's regulatory capitalization ratios were 59.7% debt and 40.3% equity and 58.1% debt and 41.9% equity, respectively. The PUCT has the authority to determine what types of debt and equity are included in a utility's debt-to-equity ratio. For purposes of this ratio, debt is calculated as long-term debt plus unamortized gains on reacquired debt less unamortized issuance expenses, premiums and losses on reacquired debt. The debt calculation excludes transition bonds issued by Bondco. Equity is calculated as membership interests determined in accordance with GAAP, excluding the effects of accounting for the Merger (which included recording the initial goodwill and fair value adjustments and the subsequent related impairments and amortization). Oncor is required to file a quarterly Earnings Monitor Report with the PUCT that sets forth its debt-to-equity ratio. This Earnings Monitor Report shall not be deemed a part of, or incorporated by reference into, this report. At September 30, 2010, $35 million of membership interests was available for distribution under the capital structure restriction of which approximately 80% relates to Oncor Holdings' ownership interest.

*Changes in Membership Interests*

The following table presents the changes to membership interests during the nine months ended September 30, 2010:

| | Capital Account | Accumulated Other Comprehensive Loss | Noncontrolling Interests | Total Membership Interests |
|---|---|---|---|---|
| Balance at December 31, 2009 | $5,397 | $ (2) | $ 1,363 | $ 6,758 |
| Net income | 240 | — | 61 | 301 |
| Distributions paid to parent | (141) | — | — | (141) |
| Distributions to noncontrolling interests | — | — | (35) | (35) |
| Capital contributions (a) | 31 | — | — | 31 |
| Change related to future tax distributions from Oncor | — | — | 53 | 53 |
| Other | — | — | — | — |
| Balance at September 30, 2010 | $5,527 | $ (2) | $ 1,442 | $ 6,967 |

(a) Reflects noncash settlement of certain income taxes payable arising as a result of the sale of noncontrolling interests in Oncor.

F-208

EFIHMW00223577
PX 045
Page 554 of 561

The following table presents the changes to membership interests during the nine months ended September 30, 2009:

| | Capital Account | Accumulated Other Comprehensive Loss | Noncontrolling Interests | Total Membership Interests |
|---|---|---|---|---|
| Balance at December 31, 2008 | $5,448 | $ (2) | $ 1,355 | $ 6,801 |
| Net income | 217 | — | 54 | 271 |
| Distributions paid to parent | (117) | — | — | (117) |
| Distributions to noncontrolling interests | — | — | (32) | (32) |
| Capital contributions (a) | 22 | — | — | 22 |
| Other | — | — | 1 | 1 |
| Balance at September 30, 2009 | $5,570 | $ (2) | $ 1,378 | $ 6,946 |

(a)    Reflects noncash settlement of certain income taxes payable arising as a result of the sale of noncontrolling interests in Oncor.

## 7. PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS (OPEB) COSTS

Oncor is a participating employer in the EFH Retirement Plan, a defined benefit pension plan sponsored by EFH Corp., and also participates with EFH Corp. and certain other affiliated subsidiaries of EFH Corp. to offer certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees.

In November 2009, Oncor entered into a supplemental retirement plan that became effective January 1, 2010 (the Oncor Plan), and on January 1, 2010, Oncor ceased participating in the EFH Corp. supplemental retirement plan. The Oncor Plan covers certain employees whose retirement benefits cannot be fully earned under the qualified EFH Retirement Plan. The Oncor Plan is substantially similar to the EFH Corp. supplemental retirement plan, except that Oncor acts as sponsor of the Oncor Plan. At inception, the projected benefit obligation of the Oncor Plan was $32 million, which was 100% funded. Oncor recognized $1 million and $3 million in net pension costs related to the Oncor Plan, primarily composed of interest costs, for the three and nine months ended September 30, 2010, respectively.

The net direct and allocated pension and OPEB costs applicable to Oncor for all of these plans for the three and nine months ended September 30, 2010 and 2009 are comprised of the following:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| Amounts recognized as expense | $ 9 | $ 5 | $ 27 | $ 14 |
| Amounts deferred principally as a regulatory asset or property | 24 | 18 | 68 | 51 |
| Net pension and OPEB costs | $ 33 | $ 23 | $ 95 | $ 65 |

The discount rate reflected in net pension and OPEB costs in 2010 is 5.90%. The expected rates of return on pension and OPEB plan assets reflected in the 2010 cost amounts are 8.0% and 7.6%, respectively.

Oncor made cash contributions to EFH Corp.'s pension and OPEB plans and the Oncor Plan of $27 million, $13 million and $2 million, respectively, during the nine months ended September 30, 2010.

F-209

EFIHMW00223578

## 8. RELATED–PARTY TRANSACTIONS

The following represent significant related-party transactions of Oncor Holdings:

- Oncor records revenue from TCEH, principally for electricity delivery fees, which totaled $317 million and $308 million for the three months ended September 30, 2010 and 2009, respectively, and $839 million and $783 million for the nine months ended September 30, 2010 and 2009, respectively. The fees are based on rates regulated by the PUCT that apply to all REPs. The balance sheets at September 30, 2010 and December 31, 2009 reflect receivables from TCEH totaling $182 million and $151 million, respectively, primarily related to these electricity delivery fees.

- Oncor records interest income from TCEH with respect to Oncor's generation-related regulatory assets, which have been securitized through the issuance of transition bonds by Oncor's bankruptcy-remote financing subsidiary. The interest income serves to offset Oncor's interest expense on the transition bonds. This interest income totaled $9 million and $10 million for the three months ended September 30, 2010 and 2009, respectively, and $28 million and $32 million for the nine months ended September 30, 2010 and 2009, respectively.

- Incremental amounts payable by Oncor related to income taxes as a result of delivery fee surcharges to its customers related to transition bonds are reimbursed by TCEH. Oncor Holding's financial statements reflect a note receivable from TCEH to Oncor of $227 million ($38 million reported as current in trade accounts and other receivables from affiliates) at September 30, 2010 and $254 million ($37 million reported as current in trade accounts and other receivables from affiliates) at December 31, 2009 related to these income taxes.

- An EFH Corp. subsidiary charges Oncor for certain administrative services at cost. These costs, which are reported in operation and maintenance expenses, totaled $9 million and $6 million for the three months ended September 30, 2010 and 2009, respectively, and $27 million and $19 million for the nine months ended September 30, 2010 and 2009, respectively.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility (reported on TCEH's balance sheet) is funded by a delivery fee surcharge collected from REPs by Oncor and remitted to TCEH. These trust fund assets are established with the intent to be sufficient to fund the estimated decommissioning liability (also reported on TCEH's balance sheet). Income and expenses associated with the trust fund and the decommissioning liability recorded by TCEH are offset by a net change in the Oncor and TCEH intercompany receivable/payable, which in turn results in a change in Oncor's reported net regulatory asset/liability. A regulatory liability represents the excess of the trust fund balance over the net decommissioning liability, and a regulatory asset represents the excess of the net decommissioning liability over the trust fund balance.

  The change from a regulatory asset of $85 million at December 31, 2009 to a regulatory liability of $183 million at September 30, 2010 reflects a new decommissioning cost estimate completed in the second quarter 2010. In accordance with regulatory requirements, a new cost estimate is completed every five years. The change reflected lower cost escalation assumptions as compared to the previous estimate, resulting in a decline in the estimated decommissioning liability (see Note 2).

- EFH Corp. files a consolidated federal income tax return and allocates income tax liabilities to Oncor Holdings under a tax sharing agreement substantially as if Oncor Holdings was filing its own income tax returns. Oncor Holdings' results are included in the consolidated Texas state margin tax return filed by EFH Corp. Oncor Holdings' amount receivable from EFH Corp. related to income taxes under the tax sharing agreement totaled $59 million at September 30, 2010, and amount payable to EFH Corp. related to income taxes totaled $5 million at December 31, 2009. In the nine months ended September 30, 2010, Oncor made payments in lieu of federal income taxes totaling $107 million to EFH Corp., and $21 million to noncontrolling interests.

- Oncor held cash collateral of $4 million and $15 million at September 30, 2010 and December 31, 2009, respectively, from TCEH related to interconnection agreements for generation units being developed by TCEH. The collateral is reported in the balance sheet in other current liabilities. In January 2010, Oncor returned $11 million of the collateral and paid $1 million in accrued interest related to these units.

F-210

EFIHMW00223579

- Certain transmission and distribution utilities in Texas have tariffs in place to assure adequate credit worthiness of any REP to support the REP's obligation to collect securitization bond-related (transition) charges on behalf of the utility. Under these tariffs, as a result of TCEH's credit rating being below investment grade, TCEH is required to post collateral support in an amount equal to estimated transition charges over specified time periods. Accordingly, at September 30, 2010 and December 31, 2009, TCEH had posted letters of credit in the amount of $14 million and $15 million, respectively, for Oncor's benefit.

- At the closing of the Merger in 2007, Oncor entered into its current $2 billion revolving credit facility with a syndicate of financial institutions and other lenders. The syndicate includes affiliates of GS Capital Partners (a member of the Sponsor Group). Affiliates of GS Capital Partners have from time-to-time engaged in commercial transactions with Oncor in the normal course of business.

- Affiliates of the Sponsor Group have, from time-to-time, performed, and may in the future perform, various financial advisory, dealer, commercial banking and investment banking services for Oncor and certain of its affiliates for which they have received or will receive customary fees and expenses.

- Affiliates of the Sponsor Group have, and may, sell, acquire or participate in the offerings of debt or debt securities issued by Oncor in open market transactions or through loan syndications.

See Notes 6 and 7 for information regarding distributions to EFIH and the allocation of EFH Corp.'s pension and OPEB costs to Oncor, respectively.

## 9. SUPPLEMENTARY FINANCIAL INFORMATION

*Consolidation of Variable Interest Entities*

Oncor Holdings adopted amended accounting standards on January 1, 2010 that require consolidation of a variable interest entity if Oncor Holdings has the power to direct the significant activities of the VIE and the right or obligation to absorb profit and loss from the VIE. A VIE is an entity with which Oncor Holdings has a relationship or arrangement that indicates some level of control over the entity or results in economic risks to Oncor Holdings that are typically borne by an equity owner. The adoption of this accounting guidance did not result in Oncor Holdings consolidating any additional VIEs.

Oncor is the primary beneficiary and consolidates a wholly-owned VIE, Bondco, which was organized for the limited purpose of issuing securitization (transition) bonds and purchasing and owning transition property acquired from Oncor, which is pledged as collateral to secure the bonds. Oncor acts as the servicer for this entity to collect securitization transition charges authorized by the PUCT. These funds are remitted to the trustee and used for interest and principal payments on the transition bonds and related costs.

The assets and liabilities of Bondco are presented separately on the face of Oncor Holdings' Condensed Consolidated Balance Sheet because the assets are restricted and can only be used to settle the obligations of Bondco, and Bondco's creditors do not have any recourse to the general credit or assets of Oncor Holdings or any of its subsidiaries.

Oncor Holdings' maximum exposure does not exceed its equity investment in Bondco, which was $16 million at both September 30, 2010 and December 31, 2009. Oncor Holdings did not provide any financial support to Bondco during the nine months ended September 30, 2010 and 2009.

F-211

EFIHMW00223580

*Other Income and Deductions*

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| Other income: | | | | |
| Accretion of adjustment (discount) to regulatory assets due to purchase accounting | $ 8 | $ 10 | $ 26 | $ 30 |
| Other | — | — | 2 | — |
| Total other income | $ 8 | $ 10 | $ 28 | $ 30 |
| | | | | |
| Other deductions: | | | | |
| Professional fees | $ — | $ 2 | $ 2 | $ 7 |
| Costs related to 2006 cities rate settlement | — | 1 | — | 2 |
| Other | 1 | 2 | 3 | 5 |
| Total other deductions | $ 1 | $ 5 | $ 5 | $ 14 |

*Major Customers*

Distribution revenues from TCEH represented 38% and 40% of total operating revenues for the three months ended September 30, 2010 and 2009, respectively, and 38% of total operating revenues for both the nine months ended September 30, 2010 and 2009. Revenues from subsidiaries of one nonaffiliated REP collectively represented 12% and 13% of total operating revenues for the three months ended September 30, 2010 and 2009, respectively, and 12% and 14% of total operating revenues for the nine months ended September 30, 2010 and 2009, respectively. No other customer represented 10% or more of total operating revenues.

*Interest Expense and Related Charges*

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| Accrued interest | $ 84 | $ 84 | $ 253 | $ 254 |
| Amortization of fair value debt discounts resulting from purchase accounting | 1 | — | 2 | 2 |
| Amortization of debt issuance costs and discounts | 2 | 2 | 5 | 5 |
| Allowance for funds used during construction — capitalized interest portion | — | (1) | (1) | (3) |
| Total interest expense and related charges | $ 87 | $ 85 | $ 259 | $ 258 |

*Trade Accounts Receivable*

| | At September 30, 2010 | At December 31, 2009 |
|---|---|---|
| Gross trade accounts receivable | $ 469 | $ 395 |
| Trade accounts receivable from TCEH | (176) | (150) |
| Allowance for uncollectible accounts | (2) | (2) |
| Trade accounts receivable from nonaffiliates — net | $ 291 | $ 243 |

Gross trade accounts receivable at both September 30, 2010 and December 31, 2009 included unbilled revenues of $141 million.

*Investments*

| | September 30, 2010 | December 31, 2009 |
|---|---|---|
| Assets related to employee benefit plans, including employee savings programs, net of distributions | $ 72 | $ 67 |
| Investments in unconsolidated affiliates | 1 | 3 |
| Land | 3 | 2 |
| Total investments | $ 76 | $ 72 |

F-212

*Property, Plant and Equipment*

At September 30, 2010 and December 31, 2009, property, plant and equipment of $9.5 billion and $9.2 billion, respectively, is stated net of accumulated depreciation and amortization of $4.6 billion and $4.4 billion, respectively.

*Identifiable Intangible Assets*

Intangible assets other than goodwill reported in the balance sheet are comprised of the following:

| | At September 30, 2010 | | | At December 31, 2009 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Intangible assets subject to amortization included in property, plant and equipment: | | | | | | |
| Land easements | $ 201 | $ 73 | $128 | $ 188 | $ 72 | $116 |
| Capitalized software | 337 | 131 | 206 | 240 | 104 | 136 |
| Total | $ 538 | $ 204 | $334 | $ 428 | $ 176 | $252 |

Aggregate amortization expense for intangible assets totaled $10 million and $9 million for the three months ended September 30, 2010 and 2009, respectively, and $28 million and $21 million for the nine months ended September 30, 2010 and 2009, respectively. The estimated aggregate amortization expense for each of the next five fiscal years from December 31, 2009 is as follows:

| Year | Amortization Expense |
|---|---|
| 2010 | $ 39 |
| 2011 | 41 |
| 2012 | 32 |
| 2013 | 32 |
| 2014 | 32 |

At both September 30, 2010 and December 31, 2009, goodwill of $4.1 billion was reported on the balance sheet. None of this goodwill balance is being deducted for tax purposes.

*Exit Liabilities*

Liabilities related to the termination and transition of outsourcing arrangements were accrued in purchase accounting for exit activities resulting from the Merger (see Note 2 to the 2009 Audited Financial Statements). Oncor settled the remaining exit liabilities totaling $2 million during the six months ended June 30, 2010.

*Other Noncurrent Liabilities and Deferred Credits*

The other noncurrent liabilities and deferred credits balance consists of the following:

| | September 30, 2010 | December 31, 2009 |
|---|---|---|
| Retirement plan and other employee benefits | $ 1,355 | $ 1,343 |
| Liabilities related to subsidiary tax sharing agreement | 297 | 321 |
| Uncertain tax positions (including accrued interest) | 74 | 91 |
| Nuclear decommissioning cost under-recovery (a) | — | 85 |
| Other | 49 | 39 |
| Total other noncurrent liabilities and deferred credits | $ 1,775 | $ 1,879 |

(a)    Represents intercompany payable to TCEH offset in Oncor's net reported regulatory asset/liability. See Note 2.

F-213

EFIHMW00223582

PX 045
Page 559 of 561

*Supplemental Cash Flow Information*

|  | Nine Months Ended September 30, | |
|  | 2010 | 2009 |
|---|---|---|
| Cash payments: | | |
|    Interest paid | $ 284 | $ 283 |
|    Capitalized interest | (1) | (3) |
|       Interest paid (net of amounts capitalized) | 283 | 280 |
|    Income taxes | 128 | 28 |
| Noncash investing and financing activities: | | |
|    Noncash construction expenditures (a) | 58 | 56 |
| Capital contributions related to settlement of certain income taxes payable (see Note 6) | 31 | 22 |

(a)   Represents end-of-period accruals.

F-214

EFIHMW00223583

# ENERGY FUTURE HOLDINGS CORP.

### Offer to Exchange

$1,060,757,000 aggregate principal amount of its 10.000% Senior Secured Notes due 2020, which have been registered under the Securities Act of 1933, as amended, for any and all of its outstanding 10.000% Senior Secured Notes due 2020

**Until the date that is 180 days from the date of this prospectus, all dealers that effect transactions in these securities, whether or not participating in the exchange offer, may be required to deliver a prospectus. This is in addition to the dealers' obligation to deliver a prospectus when acting as underwriters with respect to their unsold allotments or subscriptions.**