| | |
|---|---|
| **From:** | Swamy, Sapna <Sapna.Swamy@energyfutureholdings.com> |
| **Sent:** | Friday, November 4, 2011 4:27 PM |
| **To:** | Ley, Geoffrey <Geoffrey.Ley@energyfutureholdings.com> |
| **Subject:** | Redemption Prices |
| **Attach:** | 2011 11 03_Redemption Prices.xls |

Geoff,
Please find attached the updated file. Please let me know if I need to change anything.
Thanks,
Sapna



Highly Confidential

EFIHMW00005742

**PX 050
Page 1 of 4**

**Bonds/Loans Redemption Prices**

| Security | Redemption Price | Notes |
|---|---|---|
| **EFH 10.875 Senior Notes (Cash Pay)** | | |
| Before November 1, 2010 (Equity Offerings) | 110.875 + accrued & unpaid interest | Up to 35% of the aggregate principal amount (using proceeds from equity offerings) provided that 50% of original issue remains outstanding after redemption |
| Before November 1, 2012 | 100.00 + accrued & unpaid interest + make-whole premium | Greater of 1% of the principal amount of such and excess of the PV of 105.438% + all required interest payments due on such notes through November 1, 2011 |
| After November 1, 2012 | 105.438% + accrued and unpaid interest | |
| After November 1, 2013 | 103.625% + accrued and unpaid interest | |
| After November 1, 2014 | 101.813% + accrued and unpaid interest | |
| 2015 and thereafter | 100.000% + accrued and unpaid interest | |
| **EFH 11.25%/12.0% Senior Notes** | | |
| Before November 1, 2010 (Equity Offerings) | 111.25 + accrued & unpaid interest | Up to 35% of the aggregate principal amount (using proceeds from equity offerings) provided that 50% of original issue remains outstanding after redemption |
| Before November 1, 2012 | 100.00 + accrued & unpaid interest + make-whole premium | Greater of 1% of the principal amount of such and excess of the PV of 105.625% + all required interest payments due on such notes through November 1, 2011 |
| After November 1, 2012 | 105.625% + accrued and unpaid interest | |
| After November 1, 2013 | 103.750% + accrued and unpaid interest | |
| After November 1, 2014 | 101.875% + accrued and unpaid interest | |
| 2015 and thereafter | 100.000% + accrued and unpaid interest | |
| **EFH Legacy Notes (2014, 2024, 2034)** | | |
| Makewhole redemption equal to the greater of: | | |
| a  100.00% of notes being redeemed, and | | |
| b  PV remaining principal and interest, (discounted at T+spread) | | |
| **TCEH 10.25% Senior Notes** | | |
| Before November 1, 2010 (Equity Offerings) | 110.25 + accrued & unpaid interest | Up to 35% of the aggregate principal amount (using proceeds from equity offerings) provided that 50% of original issue remains outstanding after redemption |
| Before November 1, 2011 | 100.00 + accrued & unpaid interest + make-whole premium | greater of 1% of the principal amount of such and excess of the PV of 105.125% + all required interest payments due on such notes through November 1, 2011 |
| After November 1, 2011 | 105.125% + accrued & unpaid interest | |
| After November 1, 2012 | 102.563 + accrued and unpaid interest | |
| After November 1, 2013 | 100.00 + accrued and unpaid interest | |
| **TCEH 10.50%/11.25 Senior Notes** | | |
| Before November 1, 2010 (Equity Offerings) | 110.5 + accrued & unpaid interest | Up to 35% of the aggregate principal amount (using proceeds from equity offerings) provided that 50% of original issue remains outstanding after redemption |
| Before November 1, 2011 | 100.00 + accrued & unpaid interest + make-whole premium | greater of 1% of the principal amount of such and excess of the PV of 105.125% + all required interest payments due on such notes through November 1, 2011 |
| After November 1, 2011 | 105.125% + accrued & unpaid interest | |
| After November 1, 2012 | 102.563 + accrued and unpaid interest | |
| After November 1, 2013 | 100.00 + accrued and unpaid interest | |
| **TCEH 15% Senior Secured 2nd Lien Notes** | | |
| Before October 1, 2013 (Equity Offerings) | 115% + accrued & unpaid interest | Up to 35% of the aggregate principal amount (using proceeds from equity offerings) provided that 50% of original issue remains outstanding after redemption |
| Before October 1, 2015 | 100.00 + accrued & unpaid interest + make-whole premium | greater of 1% of the principal amount of such and excess of the PV of 107.5% + all required interest payments due on such notes through October 1, 2015 |
| After October 1, 2015 | 107.50% + accrued & unpaid interest | |
| After October 1, 2016 | 105.00 + accrued and unpaid interest | |

| | | |
|---|---|---|
| After October 1, 2017 | 102.50 + accrued and unpaid interest | |
| After October 1, 2018 | 100.00 + accrued and unpaid interest | |
| **TCEH 11.5% Senior Secured 1st Lien Notes** | | |
| Before April 1, 2014 (Equity Offerings) | 111.5% + accrued & unpaid interest | Up to 35% of the aggregate principal amount (using proceeds from equity offerings) provided that 50% of the sum of original issue and any Additional notes issued under the 11.5% TCEH 1st Lien Indenture remains outstanding after redemption |
| Before April 1, 2016 | 100.000% + accrued & unpaid interest + make-whole premium | greater of 1% of the principal amount of such and excess of the PV of 105.750% + all required interest payments due on such notes through April 1, 2016 |
| After April 1, 2016 | 105.750% + accrued & unpaid interest | |
| After April 1, 2017 | 103.833% + accrued and unpaid interest | |
| After April 1, 2018 | 101.917% + accrued and unpaid interest | |
| After April 1, 2019 | 100.000% + accrued and unpaid interest | |
| **EFH 9.75% Senior Secured 1st Lien Notes** | | |
| Before October 15, 2012 (Equity Offerings) | 109.750% + accrued & unpaid interest | Up to 35% of the aggregate principal amount (using proceeds from equity offerings) provided that 50% of the sum of original issue and any Additional notes issued under the 9.75% EFH 1st Lien Indenture remains outstanding after redemption |
| Before October 15, 2014 | 100.000% + accrued & unpaid interest + make-whole premium | greater of 1% of the principal amount of such and excess of the PV of 104.875% + all required interest payments due on such notes through October 15, 2014 |
| After October 15, 2014 | 104.875% + accrued and unpaid interest | |
| After October 15, 2015 | 103.250% + accrued and unpaid interest | |
| After October 15, 2016 | 101.625% + accrued and unpaid interest | |
| After October 15, 2017 | 100.000% + accrued and unpaid interest | |
| **EFH 10.00% Senior Secured 1st Lien Notes** | | |
| Before January 15, 2013 (Equity Offerings) | 110.000% + accrued & unpaid interest | Up to 35% of the aggregate principal amount (using proceeds from equity offerings) provided that 50% of the sum of original issue and any Additional notes issued under the 10.00% EFH 1st Lien Indenture remains outstanding after redemption |
| Before January 15, 2015 | 100.000% + accrued & unpaid interest + make-whole premium | greater of 1% of the principal amount of such and excess of the PV of 105.000% + all required interest payments due on such notes through January 15, 2015 |
| After January 15, 2015 | 105.000% + accrued and unpaid interest | |
| After January 15, 2016 | 103.333% + accrued and unpaid interest | |
| After January 15, 2017 | 101.667% + accrued and unpaid interest | |
| After January 15, 2018 | 100.000% + accrued and unpaid interest | |
| **EFIH 9.75% Senior Secured 1st Lien Notes** | | |
| Before October 15, 2012 (Equity Offerings) | 109.750% + accrued & unpaid interest | Up to 35% of the aggregate principal amount (using proceeds from equity offerings) provided that 50% of the sum of original issue and any Additional notes issued under the 9.75% EFIH 1st Lien Indenture remains outstanding after redemption |
| Before October 15, 2014 | 100.000% + accrued & unpaid interest + make-whole premium | greater of 1% of the principal amount of such and excess of the PV of 104.875% + all required interest payments due on such notes through October 15, 2014 |
| After October 15, 2014 | 104.875% + accrued and unpaid interest | |
| After October 15, 2015 | 103.250% + accrued and unpaid interest | |
| After October 15, 2016 | 101.625% + accrued and unpaid interest | |
| After October 15, 2017 | 100.000% + accrued and unpaid interest | |
| **EFIH 10.00% Senior Secured 1st Lien Notes** | | |
| Before December 1, 2013 (Equity Offerings) | 110.000% + accrued & unpaid interest | Up to 35% of the aggregate principal amount (using proceeds from equity offerings) provided that 50% of the sum of original issue and any Additional notes issued under the 10.00% EFIH 1st Lien Indenture remains outstanding after redemption |

Case 14-10979-CSS    Doc 5537-2    Filed 08/18/15    Page 4 of 4



| | | |
|---|---|---|
| Before December 1, 2015 | 100.000% + accrued & unpaid interest + make-whole premium | greater of 1% of the principal amount of such and excess of the PV of 105.000% + all required interest payments due on such notes through December 1, 2015 |
| After December 1, 2015 | 105.000% + accrued and unpaid interest | |
| After December 1, 2016 | 103.333% + accrued and unpaid interest | |
| After December 1, 2017 | 101.667% + accrued and unpaid interest | |
| After December 1, 2018 | 100.000% + accrued and unpaid interest | |
| **EFIH 11.00% Senior Secured 2nd Lien Notes** | | |
| Before May 15, 2014 (Equity Offerings) | 111.000% + accrued & unpaid interest | Up to 35% of the aggregate principal amount (using proceeds from equity offerings) provided that 50% of the sum of original issue and any Additional notes issued under the 11.00% EFIH 2nd Lien Indenture remains outstanding after redemption |
| Before May 15, 2016 | 100.000% + accrued & unpaid interest + make-whole premium | greater of 1% of the principal amount of such and excess of the PV of 105.500% + all required interest payments due on such notes through May 15, 2016 |
| After May 15, 2016 | 105.500% + accrued and unpaid interest | |
| After May 15, 2017 | 103.667% + accrued and unpaid interest | |
| After May 15, 2018 | 101.833% + accrued and unpaid interest | |
| After May 15, 2019 | 100.000% + accrued and unpaid interest | |

**PX 050**
**Page 4 of 4**