| From: | Ley, Geoffrey <geoffrey.ley@efh.com> |
|---|---|
| Sent: | Tuesday, February 7, 2012 8:17 PM |
| To: | Hempstead, James <James.Hempstead@moodys.com> |
| Subject: | RE: EFIH 2nd Lien Pricing Press Release |
| Attach: | 20120131 EFIH 2nd Lien Investor Presentation_FINAL.pptx; EFIH Final Offering Memorandum (Bannerless).pdf |

Attached is the presentation.  It was shared via Bloomberg Net Roadshow with investors at the time the transaction was being marketed.  Also attached the final OM for your records.

Thanks,

-Geoff
214-812-6554

---

**From:** Hempstead, James [mailto:James.Hempstead@moodys.com]
**Sent:** Tuesday, February 07, 2012 2:14 PM
**To:** Ley, Geoffrey
**Subject:** RE: EFIH 2nd Lien Pricing Press Release

Geoff – can you please send me a copy of the investor presentation?

**Jim Hempstead**
Senior Vice President
Global Project & Infrastructure Finance
212.553.4318 tel
james.hempstead@moodys.com

Moody's Investors Service
7 World Trade Center
250 Greenwich Street
17th Floor
New York, NY 10007
www.moodys.com

---

**From:** Ley, Geoffrey [mailto:Geoffrey.Ley@energyfutureholdings.com]
**Sent:** Tuesday, February 07, 2012 1:10 PM
**To:** Hempstead, James
**Subject:** RE: EFIH 2nd Lien Pricing Press Release

Jim-

Attached are our comments on the draft EFH Credit Summary that you sent.  Some of the important corrections that we made are:

- Updated 'Recent Events' to reflect use of proceeds from the $800mm EFIH 2nd Lien issuance
- In 'Complex Capital Structure' updated sentence to reflect EFH's stated intention to no longer borrow against the TCEH intercompany note for principal and interest on eligible notes
- In 'Complex Capital Stucture' updated Oncor dividends and added parenthetical statement about long-run expected distributions post-CREZ
- In 'Liquidity' updated statement on amortization to reflect no Term Loan amortization between now and Q3 2014 as a result of amend & extend transactions in April 2011

Please give me a call if you would like to discuss.

Thanks,

-Geoff
214-812-6554

---

**From:** Hempstead, James [mailto:James.Hempstead@moodys.com]
**Sent:** Monday, February 06, 2012 2:18 PM
**To:** Ley, Geoffrey
**Subject:** RE: EFIH 2nd Lien Pricing Press Release

Hi Geoff:

Hope all is well post transaction.
Attached is a draft of the EFH credit summary
As you will see, John and I are still developing the liquidity section.
But I wanted to pass this by you for confidential information and/or factual errors.
Looking to publish COB tomorrow.
Thanks
jim

**Jim Hempstead**
Senior Vice President
Global Project & Infrastructure Finance
212.553.4318 tel
james.hempstead@moodys.com

---

Highly Confidential

Moody's Investors Service
7 World Trade Center
250 Greenwich Street
17th Floor
New York, NY 10007
www.moodys.com

**From:** Ley, Geoffrey [mailto:Geoffrey.Ley@energyfutureholdings.com]
**Sent:** Wednesday, February 01, 2012 6:09 PM
**To:** Undisclosed recipients
**Subject:** EFIH 2nd Lien Pricing Press Release

Attached is a press release which will be distributed shortly.  As I mentioned earlier, the bonds will issue with a 12.00% yield based on an 11.75% coupon and 98.535 initial price.  The transaction will settle and be funded on Monday (2/6) at which time we proceed with the dividend from EFIH to EFH to repay $650mm of its borrowings on the intercompany note with TCEH.

I'll forward the final Offering Memorandum and any other materials as soon as they're available.

Thanks,

-Geoff
214-812-6554

Confidentiality Notice: This email message, including any attachments, contains or may contain confidential information intended only for the addressee. If you are not an intended recipient of this message, be advised that any reading, dissemination, forwarding, printing, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply message and delete this email message and any attachments from your system.
----------------------------------------
The information contained in this e-mail message, and any attachment thereto, is confidential and may not be disclosed without

Confidentiality Notice: This email message, including any attachments, contains or may contain confidential information intended only for the addressee. If you are not an intended recipient of this message, be advised that any reading, dissemination, forwarding, printing, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply message and delete this email message and any attachments from your system.
----------------------------------------
The information contained in this e-mail message, and any attachment thereto, is confidential and may not be disclosed without



  

# Energy Future Intermediate Holding Company $400 million Senior Secured 2nd Lien Notes

## Investor Presentation
## January 2012

Highly Confidential

EFIHMW00005503

# Disclaimers

**Forward-Looking Statements**
This presentation contains forward-looking statements. All statements, other than statements of historical facts, that are included in this presentation, or made in response to questions or otherwise, that address activities, events or developments that we expect or anticipate to occur in the future, including such matters as projections, liquidity, dividends, capital projects and expenditures, collateral value, business strategy, goals, acquisitions or dispositions, regulatory matters and rate proceedings, allowed rates of returns on equity, market and industry developments and the growth of our business and operations (often, but not always, through the use of words or phrases such as "will likely result," "are expected to," "will continue," "is anticipated," "estimated," "projection," "target," "goal," "objective," and "outlook"), are forward-looking statements. Although we believe that in making any such forward-looking statements our expectations are based on reasonable assumptions, any such forward-looking statement involves risks and uncertainties that could cause actual results to differ materially from management's current projections, forecasts, estimates and expectations. Any such forward-looking statement is qualified in its entirety by reference to the discussion of risk factors contained in Energy Future Intermediate Holding Company LLC's ("EFIH") and Energy Future Holdings Corp.'s ("EFH Corp.") filings with the Securities and Exchange Commission. Any forward-looking statement speaks only as of the date on which it is made, and except as may be required by applicable law, we undertake no obligation to update any forward-looking statement to reflect events or circumstances after the date on which it is made or to reflect the occurrence of unanticipated events. New factors emerge from time to time, and it is not possible for us to predict all of them; nor can we assess the impact of each such factor or the extent to which any factor, or combination of factors, may cause results to differ materially from those contained in any forward-looking statement. You should not unduly rely on such forward-looking statements.

**Regulation G**
This presentation includes certain non-GAAP financial measures. A reconciliation of these measures to the most directly comparable GAAP measures is included in the appendix to this presentation.

**Securities Laws**
This presentation shall not constitute an offer to sell, or the solicitation of an offer to buy, any of the notes described herein, nor shall there be any sale of the notes in any state in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of such state. The notes have not been registered under the Securities Act of 1933 (the "Securities Act") or any state securities laws and may not be offered or sold in the United States absent registration or an applicable exemption from registration requirements of the Securities Act and applicable state securities laws. The notes will be offered inside the United States only to qualified institutional buyers in reliance on Rule 144A under the Securities Act and to persons outside the United States in reliance on Regulation S under the Securities Act.

2

Highly Confidential

## Disclaimer Regarding Ring-Fencing of Oncor

EFIH's equity interest in Oncor Electric Delivery Holdings Company LLC ("Oncor Holdings") represents a substantial portion of EFIH's net assets and earnings. Oncor Holdings owns approximately 80% of the equity interests of Oncor Electric Delivery Company LLC ("Oncor," and together with Oncor Holdings, the "Oncor Ring-Fenced Entities"), a Texas based electric regulated transmission and distribution company. In order to enhance the credit quality of Oncor, various "ring-fencing" measures have been implemented in order to "ring-fence" the Oncor Ring-Fenced Entities from EFIH, EFH Corp. and their non-regulated affiliates (the "Non Ring-Fenced Affiliates"), including, among others, prohibitions on the Oncor Ring-Fenced Entities providing credit support to, or receiving credit support from, any member of the Non Ring-Fenced Affiliates, including EFIH. Thus, none of the Oncor Ring-Fenced Entities will be liable for any payments or obligations associated with the notes contemplated hereby, and no holder of such notes will be able to look to any of the Oncor Ring-Fenced Entities for any such payment or obligation. Moreover, the assets and liabilities of the Oncor Ring-Fenced Entities are separate and distinct from those of the Non Ring-Fenced Affiliates, and none of the assets of the Oncor Ring-Fenced Entities are available to satisfy the debt or contractual obligations of any member of the Non Ring-Fenced Affiliates, including the notes contemplated hereby. Further, the Oncor Ring-Fenced Entities' operations are conducted, and its cash flows managed, independently from the Non Ring-Fenced Affiliates.

3

Highly Confidential

EFIHMW00005505

EFIHMW00005503

**PX 052**
**Page 5 of 27**

## Offering Summary

| | |
|---|---|
| Issuer | ▪ Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc. |
| Issue | ▪ $400 million senior secured second lien notes |
| Guarantors | ▪ The notes will not initially be guaranteed |
| Collateral | ▪ Secured by a second lien on all of EFIH's equity interests in Oncor Electric Delivery Holdings Company LLC ("Oncor Holdings"), which is a holding company that owns ~80% of the equity interest of Oncor Electric Delivery Company LLC ("Oncor") |
| Tenor | ▪ 10 years – Maturing in 2022 |
| Call Protection | ▪ NC-5 (subject to make-whole) |
| Equity Clawback | ▪ 35% at par plus coupon for the first 3 years |
| Change of Control | ▪ Investor put at 101%, plus accrued interest |
| Covenants | ▪ Substantially the same as EFIH's 11.00% Senior Secured Second Lien Notes due 2021<br>▪ New cap on 2nd lien debt secured by the Collateral (including the existing 2nd lien notes and the notes offered hereby) equal to the greater of (x) $2.85 billion and (y) an amount derived from a consolidated junior lien leverage ratio more fully described on the next slide |
| Use of Proceeds | ▪ For payment of a dividend to EFH Corp., which will use the proceeds of the dividend to repay a portion of the demand notes payable by EFH Corp. (and guaranteed by EFIH) to Texas Competitive Electric Holdings Company LLC ("TCEH") |
| Expected Rating | ▪ Caa3 / CC |
| Distribution | ▪ 144A with Registration Rights |
| Joint Lead Bookrunners | ▪ Goldman, Sachs & Co., Citi, Credit Suisse, J.P. Morgan and Morgan Stanley |

4

Highly Confidential

EFIHMW00005506

EFIHMW00005503

## New Cap on 2nd Lien Debt Secured by Collateral

- The indenture governing the new notes will contain a new cap limiting all second lien debt at EFH Corp. / EFIH secured by Collateral (including the existing second lien notes and notes offered hereby) to an amount equal to the greater of:

  - $2.85 billion and

  - An amount derived from Oncor Holdings consolidated LTM Adj. EBITDA multiplied by 7.5, less total consolidated debt of Oncor Holdings and its subsidiaries, less $4 billion (the amount of 1st lien debt that can be incurred by EFH Corp. / EFIH) plus unrestricted cash (treating Oncor Holdings and its subsidiaries as restricted subsidiaries)

### Calculation of 2nd Lien Cap

|  | As of 9/30/11 |
|---|---|
| Oncor Holdings LTM Adj. EBITDA (Including BondCo) | $ 1,599 |
| Max Lien Incurrence Ratio | 7.50 x |
| Subtotal | $ 11,993 |
| *Less:* | |
| Oncor Holdings Debt (Including BondCo) | (5,928) |
| Max EFIH / EFH 1st Lien Debt | (4,000) |
| *Plus:* | |
| Oncor Holdings Unrestricted Cash | 2 |
| EFIH Unrestricted Cash | 42 |
| **2nd Lien Cap Per Ratio Test** | **$ 2,109** |
| Floor 2nd Lien Allowable | 2,850 |
| **Greater of Floor and Cap** | **$ 2,850** |
| Less:  Pro Forma 2nd Lien Outstanding[1] | (806) |
| **Remaining 2nd Lien Capacity** | **$ 2,044** |
| **Implied Pro Forma Leverage Through 2nd Lien[2]** | **6.7  x** |

1   *Includes existing $406 million and is pro forma for this offering.*
2   *Assumes same leverage ratio methodology used for the 2nd lien cap covenant.*

5

Highly Confidential

EFIHMW00005507

EFIHMW00005503



## EFH Corp. Pro Forma Debt Structure

As of September 30, 2011 (Pro-forma for the Notes, the use of proceeds therefrom and the October 2011 Debt Exchange[1])[2]

1. "October 2011 Debt Exchange" refers to EFH Corp. Issuance of $53 million of EFH Corp. 11.25%/12.00% Toggle Notes due 2017 in exchange for $65 million principal amount of EFH Corp. 5.55% Series P Senior Notes due 2014.
2. Summary diagram excludes unamortized discounts and premiums and excludes subsidiaries of EFH Corp. that are not subsidiaries of EFIH or EFCH, including TXU Receivables Company, which buys receivables from TXU Energy and sells undivided interests in such receivables under the TXU receivables program.
3. Excludes $4.214 billion principal amount of 2017 Notes held by EFIH.
4. Excludes $618 million aggregate principal amount of Legacy Notes held by EFH Corp. and EFIH. Includes $61 million of Building Financing (EP Lease).
5. None of EFH Corp., EFCH, TCEH, any of EFCH's or TCEH's subsidiaries nor any of EFIH's subsidiaries (including Oncor) will guarantee, nor are any of them otherwise liable for, the notes. The ring-fenced entities will not be restricted subsidiaries under the indenture governing the notes and will not be subject to covenants and events of default thereunder.
6. EFIH guarantees all of EFH Corp.'s debt listed above except the Legacy Notes.
7. Excludes $244 million principal amount of TCEH 2015/2016 Notes held by EFH Corp. and $79 million principal amount of TCEH 2015/2016 Notes held by EFIH.
8. Excludes $19 million principal amount of TCEH Senior Secured Credit Facilities held by EFH Corp.
9. Includes legacy debt and capital leases totaling $102 million.

6

Highly Confidential

EFIHMW00005508

EFIHMW00005503

## Investment Highlights

### EFIH (Issuer of $400mm Senior Secured Second Lien Notes)

| Collateral | • The new notes will be issued by EFIH and will be secured by a second-priority lien on the equity interests it holds in Oncor Holdings |
|---|---|
| | • New notes will contain a new cap limiting all 2nd lien debt at EFH Corp./EFIH secured by Collateral (including the existing second lien notes and notes offered hereby) to an amount equal to the greater of (x) $2.85 billion and (y) an amount derived from Oncor Holdings consolidated LTM Adj. EBITDA multiplied by 7.5, less total consolidated debt of Oncor Holdings and its subsidiaries, less $4 billion (the amount of 1st lien debt that can be incurred by EFH Corp./EFIH) plus unrestricted cash (treating Oncor Holdings and its subsidiaries as restricted subsidiaries) |

### Oncor (indirect, ~80% owned unrestricted subsidiary of EFIH)

| Pure infrastructure business with regulated ROE | • Regulated infrastructure business with regulated ROE of 10.25% based on a capital structure of 60% debt / 40% equity |
|---|---|
| | • Financial performance is not directly exposed to commodities |
| Oncor has an investment grade credit profile with strong liquidity as of 9/30/2011 | • Credit ratings of Baa1 / A– supported by ring-fencing provisions |
| | • Total available liquidity of $1.3 billion as of 9/30/2011 |
| | • $2.0 billion credit facility extended through 10/10/2016 |
| | • Total leverage of 3.5x Debt / LTM 9/30/2011 Adj. EBITDA |
| Constructive regulatory environment in ERCOT | • In Oncor's last rate case, the Public Utility Commission of Texas (PUCT) approved the recovery of all of Oncor's capital investment in its T&D system |
| | • Annual rate increases for transmission investments, including CREZ expenditures |
| | • Corporate ring-fence recognized by the PUCT |
| Sound growth platform | • $7.6 billion capital program with mechanisms that are expected to provide for efficient recovery between 2010 and 2016 |
| | • CREZ build-out should offer strong growth over next few years (~$2.0 billion Oncor investment from 2009-2014, of which ~$689 million has been spent through the end of Q3 2011) |
| | • Projected long-term demand growth in ERCOT of 2.0% CAGR between 2008 and 2016 |
| Strong operations | • Industry-leading operating performance and reliability |
| | • Experienced management team |

### EFH Corp. (Parent of EFIH)

| Strong liquidity as of 9/30/2011 | • As of 9/30/2011, EFH Corp. consolidated (excluding Oncor) available liquidity totaled $3.1 billion. |
|---|---|

7

Highly Confidential

EFIHMW00005509

EFIHMW00005503



## Company Overview

**EFH Corp.[1]**

- EFH Corp. is a holding company with operations in two primary subsidiaries: TCEH and Oncor
- EFIH is an intermediate holding company below EFH Corp. and above Oncor Holdings
- EFIH indirectly owns an ~80% interest in Oncor, a regulated electric transmission and distribution utility
- TCEH, an indirect wholly-owned subsidiary of EFH Corp., is a holding company for various subsidiaries engaged in competitive generation and retail activities

**Regulated Business**

Oncor Electric Delivery Holdings[1]

ONCOR[1]

Minority Investors 19.97%

Unrestricted Subsidiaries / Ring-Fenced Entities

- Largest regulated transmission and distribution ("T&D") utility in Texas
- ~3.2 million electricity points of delivery; ~118,000 miles of T&D lines
- Growing customer base and constructive regulatory environment

**Unregulated Business**

Texas Competitive Electric Holdings

TXU energy

Luminant

- Largest retail electric provider in Texas
- Strong customer value proposition
- ~1.8 million customers

- Largest lignite/coal and nuclear generation fleet in Texas
- 2,200 MW of new lignite capacity (3 units) in operation

1.  None of EFH Corp., EFCH, TCEH, any of EFCH's or TCEH's subsidiaries nor any of EFIH's subsidiaries (including Oncor) will guarantee, nor are any of them otherwise liable for, the notes. The ring-fenced entities will not be restricted subsidiaries under the indenture governing the notes and will not be subject to covenants and events of default thereunder.

8

Highly Confidential

EFIHMW00005510

EFIHMW00005503

## Oncor Business Overview

Oncor, which is approximately 80% indirectly owned by EFIH, is the largest transmission & distribution utility in Texas.

### Business Profile

- 6th largest US transmission & distribution company
- Low costs and high reliability
- Financial performance is not driven by commodity prices
- Accelerated recovery of investments in advanced meters and transmission
- $2.0 billion[1] CREZ investment

### Value Drivers

- Constructive regulatory environment
- 10.25% authorized ROE
- Improved capital expenditure recovery
- Low operating costs per customer
- Low rates compared to peers
- Strong reliability and safety performance

**Projected peak demand growth**
08-18E; GW

ERCOT CAGR: 2.0%

Sources: ERCOT, CDR Report, May 2011

**Actual and Estimated Capital Expenditures**
'10 - '16E; $ millions

| | 10 | 11E | 12E | 13E | 14E | 15E | 16E |
|---|---|---|---|---|---|---|---|
| Total | 1,020 | 1,410 | 1,250 | 950 | 1,000 | 1,005 | 1,010 |
| CREZ[1] / Voltage Support | 202 | 590 | 566 | 300 | 155 | | |
| Transmission Grid Expansion | 257 | 290 | 160 | 340 | 345 | 475 | 490 |
| Advanced Metering | 164 | 160 | 150 | 135 | 200 | 205 | |
| New Service | 171 | 180 | 170 | 185 | | 325 | 215 |
| IT / Maintenance / General Plant | 226 | 200 | 230 | 240 | 305 | | 305 |

CREZ[1] / Voltage Support
Transmission Grid Expansion
Advanced Metering
New Service
IT / Maintenance / General Plant

[1] Oncor currently estimates that the total cost of the CREZ / Voltage Support projects will be approximately $2.0 billion, of which ~$689 million has been spent through the end of Q3 2011.

9

Highly Confidential

EFIHMW00005511

EFIHMW00005503



Highly Confidential

EFIHMW00005512

EFIHMW00005503



Highly Confidential

EFIHMW00005513

EFIHMW00005503

## Significant Oncor Collateral Value

- In 2008, Texas Transmission Investment LLC acquired a ~19.75% equity interest in Oncor for $1.254 billion, implying a gross equity value of Oncor of ~$6.35 billion (assuming no control premium) and an ~9.0x EV / EBITDA based on LTM Adj. EBITDA of $1.22 billion
  - Since then, Oncor Adj. EBITDA has increased ~24% to ~$1.5 billion (LTM 9/30/2011)
- The table below illustrates significant collateral value based on Oncor LTM 9/30/2011 Adj. EBITDA[1]
  - Does not reflect any value growth driven by Oncor's ongoing capital investments (including CREZ)
- Additional considerations include:
  - Multiple sources of EFIH liquidity, including
    - Oncor dividends
    - Interest income on EFH Corp./TCEH notes held as investments by EFIH
    - Potential equity contributions and/or loans from EFH Corp. from its current cash reserves (~$600 million as of 9/30/2011) or future tax payments received from Oncor
  - Illustrative valuation does not reflect other assets of EFIH or any net proceeds EFIH would receive from any new 1st lien or 2nd lien notes offerings or assets acquired with such net proceeds or in such offerings (e.g., debt securities)

### Illustrative Oncor Collateral Value to EFIH[1]

| EV / EBITDA Range based on T&D Public Comps | Based on LTM Adj. EBITDA Multiple | | |
|---|---|---|---|
| | 9.00 x (No Control Premium) | 10.80 x (~20% Control Premium) | 11.00 x (~40% Control Premium) |
| Oncor LTM 9/30/11 Adj. EBITDA (Excluding BondCo) | $ 1,509 | $ 1,509 | $ 1,509 |
| Implied Enterprise Value (100% Oncor) | 13,581 | 15,090 | 16,599 |
| 9/30/2011 Oncor Net Debt (Excluding BondCo) | (5,339) | (5,339) | (5,339) |
| Implied Equity Value Range (100% Oncor) | $ 8,242 | $ 9,751 | $ 11,260 |
| Implied Equity of EFIH's 80% Stake | $ 6,596 | $ 7,804 | $ 9,011 |
| Less: Max Allowable 1st Lien Debt | (4,000) | (4,000) | (4,000) |
| Equity Available to 2nd Lien Debt | $ 2,596 | $ 3,804 | $ 5,011 |
| Less: Existing 2nd Lien Debt | (406) | (406) | (406) |
| Less: New 2nd Lien Debt Issued Hereby | (400) | (400) | (400) |
| Equity Value after Pro Forma 2nd Lien Debt | $ 1,790 | $ 2,998 | $ 4,205 |
| Pro Forma Total 1st and 2nd Lien Debt Loan-to-Value | 73% | 62% | 53% |

Source: Oncor Electric Delivery public filings
1  Implied collateral value shown for illustrative purposes only and may not represent actual collateral value to EFIH, whether now or at any given time in the future.

12

Highly Confidential

EFIHMW00005514

EFIHMW00005503



# Luminant Business Summary[1]

Luminant is the largest power generator in Texas.

## Business Profile

- Largest coal & nuclear generation fleet in ERCOT with around-the-clock assets that dispatch at low heat rate levels
- Top decile nuclear plant production and cost performance
- Top quartile coal fleet production and cost performance
- Liquidity-light natural gas hedging program designed to provide cash flow security for hedged periods
- Comanche Peak expansion through Mitsubishi partnership may provide a long term nuclear growth option

## Generation

Generating Capacity[2] as of 12/31/10

15,427 MW

Total Net Generation[3] Sept. 2011

60,775 GWh

Gas    Coal    Nuclear    New Build-Coal

## Value Drivers

- Safety
- Wholesale power prices
- Natural gas hedge program
- Coal/ Nuclear plant reliability
- Mining operations
- Fuel/ O&M costs
- Peaking gas assets
- Operational excellence/continuous improvement
- Competitive market

## Generation Capacity in ERCOT (12/31/2010)

| | |
|---|---|
| Nuclear | 2,300 MW |
| Coal | 8,017 |
| Natural gas[2] | 5,110 |
| Total | 15,427 MW |

Power Plants
Natural gas
Coal
Coal, now build
Nuclear

[1] Luminant is not a subsidiary or parent company of EFIH and will not be an obligor or guarantor of the Notes.
[2] Includes four mothballed units (1,655 MW) not available for dispatch and eight units (1,268 MW) operated for unaffiliated parties.
[3] Nine months ended September 30, 2011 (excludes purchased power).

13

Highly Confidential

EFIHMW00005515

EFIHMW00005503



EFIHMW00005516

## Summary

| | |
|---|---|
| **New Notes Structure** | • Issued by EFIH, a holding company that indirectly owns ~80% interest in Oncor, a regulated electric transmission and distribution company |
| | • Secured by a second lien on EFIH's equity interests in Oncor Holdings |
| | • Maximum of $4 billion of first lien on collateral |
| | • Maximum amount of junior lien on collateral equal to greater of $2.85 billion and an amount derived from the consolidated junior lien leverage ratio |
| **Oncor's Strong Business Profile[1]** | • Regulated infrastructure business with regulated ROE; constructive regulatory environment |
| | • Financial performance is not directly exposed to commodities |
| | • Significant capital expenditure program with recovery of all T&D investments approved by PUCT in Oncor's last rate case |
| | • Oncor has been granted authority to construct ~$2.0 billion infrastructure in CREZ investment (of which, ~$689 million has been spent through Q3 2011) |
| **Oncor's Structural Protection And Credit Profile** | • Ring-fencing provisions intended to insulate Oncor's credit from rest of EFH Corp. family's credit |
| | • Baa1 / A- credit profile |
| | • 60% debt / 40% equity ratio required by regulators limits leverage at Oncor |
| **New Notes Collateral Coverage** | • EFIH's equity ownership in Oncor should offer substantial collateral value to bondholders |
| | • CREZ build-out and improved economy is expected to drive growth in collateral value |

[1] Neither Oncor Holdings nor any of its subsidiaries (including Oncor) will be an obligor or guarantor of the Notes.

15

Highly Confidential

EFIHMW00005517

EFIHMW00005503



Highly Confidential

# EFIH Pro-Forma Debt

## Debt Issued or Guaranteed by EFIH

| | As of September 30, 2011 | |
|---|---|---|
| | As Adjusted (a) | As Further Adjusted (b) |
| **First Lien Secured Debt (c)** | | |
| EFIH 9.75% Senior Secured Notes due 2019 | $ 141 | $ 141 |
| EFIH 10.000% Senior Secured Notes due 2020 | 2,180 | 2,180 |
| EFH Corp. 9.75% Senior Secured Notes due 2019 | 115 | 115 |
| EFH Corp. 10.000% Senior Secured Notes due 2020 | 1,061 | 1,061 |
| **Total First Lien Secured Debt (issued or guaranteed)** | **$ 3,497** | **$ 3,497** |
| **Second Lien Secured Debt (d)** | | |
| EFIH 11.000% Senior Secured 2nd Lien Notes due 2021 | $ 406 | $ 406 |
| EFIH      % Senior Secured 2nd Lien Notes due 2022 offered hereby | - | 400 |
| **Total Second Lien Secured Debt (issued or guaranteed)** | **$ 406** | **$ 806** |
| **Unsecured Debt** | | |
| EFH Corp. 10.875% Senior Notes due 2017 (e) | $ 196 | $ 196 |
| EFH Corp. 11.250%/12.000% Senior Toggle Notes due 2017 (f) | 416 | 416 |
| EFH Corp. P&I and SG&A demand notes payable to TCEH (g) | 1,404 | 1,012 |
| **Total Unsecured Debt (issued or guaranteed)** | **$ 2,016** | **$ 1,624** |
| **Total Debt (issued or guaranteed)** | **$ 5,919** | **$ 5,927** |

(a)  On an adjusted basis after giving effect to the October 2011 Debt Exchange transaction.
(b)  On an as further adjusted basis to give effect to the offering of the notes hereby.
(c)  These notes or EFIH's guarantee thereof, as applicable, are secured by the Collateral on a second-priority basis.
(d)  These notes are secured by the collateral on a second-priority basis.
(e)  Net of $1.591 billion principal amount of these notes held by EFIH.
(f)  Net of $2.623 billion principal amount of these notes held by EFIH.
(g)  These notes are payable on demand. As of December 31, 2011, $1.592 billion was outstanding under the EFH Corp. P&I and SG&A demand notes payable.  Net proceeds from the
     offering will be used to pay a dividend to EFH Corp., which will use the proceeds of the dividend to repay a portion of these demand notes.

17

EFIHMW00005519

## Financial Definitions - Oncor

| Measure | Definition |
|---|---|
| Operating Cash Flow (GAAP) | Cash provided by operating activities. |
| Debt (non-GAAP) | Total debt less transition bonds. |
| Total Debt (GAAP) | Long-term debt (including current portion) plus bank loans and commercial paper. |
| Adjusted Net Income | Net income less effects of purchase accounting (including goodwill adjustments), write offs of regulatory assets and Oncor Electric Delivery Transition Bond Company. |
| Adjusted EBITDA (non-GAAP) | Income from continuing operations before interest expense and related charges, and provisions in lieu of income tax plus depreciation and amortization and special items.  Adjusted EBITDA is a measure used by Oncor to assess performance. |
| Debt/Adjusted EBITDA (non-GAAP) | Total debt less transition bonds divided by Adjusted EBITDA.  Transition, or securitization, bonds are serviced by a regulatory transition charge on wires rates and are therefore excluded from debt in credit reviews.  Debt/Adjusted EBITDA is a measure used by Oncor to assess credit quality. |
| Adjusted EBITDA/Cash Interest (non-GAAP) | Adjusted EBITDA divided by cash interest expense is a measure used by Oncor to assess credit quality. |

18

Highly Confidential

EFIHMW00005520

EFIHMW00005503

## Table 1: Oncor Adjusted EBITDA[1] Reconciliation
### Twelve months ended 12/31/08, 12/31/09, 12/31/10 and LTM 9/30/11
### $ millions

| Factor | 2008 | 2009 | 2010 | LTM 3Q11 |
|---|---|---|---|---|
| Net income | (487) | 320 | 352 | 350 |
| Provision in lieu of income taxes | 221 | 173 | 215 | 238 |
| Interest expense and related charges – Oncor | 316 | 346 | 347 | 353 |
| Depreciation and amortization | 492 | 557 | 673 | 706 |
| Net income – BondCo | - | - | - | - |
| Depreciation & amortization – BondCo | (94) | (104) | (115) | (116) |
| Provision in lieu of income taxes – BondCo | - | - | - | - |
| Interest expense – BondCo | (46) | (42) | (37) | (33) |
| Effects of fair value accounting (pre-tax) | 817 | (39) | (34) | (30) |
| Write-off of regulatory assets (pre-tax) | - | 25 | - | - |
| Regulatory Asset Amortization | - | 11 | 41 | 41 |
| Adjustment of Goodwill Liability | - | (10) | - | - |
| **Adjusted EBITDA, excluding BondCo** | **1,219** | **1,237** | **1,442** | **1,509** |
| | | | | |
| Depreciation & amortization – BondCo | 94 | 104 | 115 | 116 |
| Interest expense – BondCo | 46 | 42 | 37 | 33 |
| Regulatory Asset Amortization | - | (11) | (41) | (41) |
| Adjustment of Goodwill Liability | - | 10 | - | - |
| Interest income | (45) | (43) | (38) | (34) |
| Non-cash compensation expense | 1 | - | 1 | 6 |
| Transition and business optimization costs | - | 4 | 6 | 7 |
| Transaction and merger expenses | 3 | (4) | - | - |
| Restructuring and other | (3) | - | 1 | 3 |
| **Adjusted EBITDA per EFIH Restricted Payments Covenant** | **1,315** | **1,339** | **1,523** | **1,589** |

[1]  Excludes impacts from transition bond debt and purchase accounting related adjustments associated with the October 2007 merger, including subsequent goodwill impairment.    19

Highly Confidential

EFIHMW00005521

EFIHMW00005503

| Table 2: Oncor Adjusted Net Income[1] Reconciliation<br>Twelve months ended 12/31/08, 12/31/09, 12/31/10 and LTM 9/30/11<br>$ millions | | | | |
| --- | --- | --- | --- | --- |
| **Description** | **2008** | **2009** | **2010** | **LTM3Q11** |
| Net income – Oncor | (487) | 320 | 352 | 350 |
| Net income – BondCo | - | - | - | - |
| Effects of purchase accounting (after-tax) | 837 | (24) | (21) | (19) |
| Write-off of regulatory assets (after-tax) | - | 16 | - | - |
| Adjustment of Goodwill Liability | - | (6) | - | - |
| Net income, excluding BondCo | 350 | 306 | 331 | 331 |

[1] Excludes impacts from transition bond debt and purchase accounting-related adjustments associated with the October 2007 merger, including subsequent goodwill impairment.    20

Highly Confidential

EFIHMW00005522

EFIHMW00005503

**Table 3: Oncor Operating Revenues[1] Reconciliation**
**Twelve months ended 12/31/08, 12/31/09, 12/31/10 and LTM 9/30/11**
**$ millions**

| Description | 2008 | 2009 | 2010 | LTM 3Q11 |
|---|---|---|---|---|
| Operating revenues – Oncor | 2,580 | 2,690 | 2,914 | 3,037 |
| Operating revenues – BondCo | (140) | (147) | (153) | (151) |
| Operating revenues, excluding BondCo | 2,440 | 2,543 | 2,761 | 2,886 |

[1]  Excludes impacts from transition bond debt.

21

Highly Confidential

EFIHMW00005523

EFIHMW00005503

**Table 4: Oncor Operating Cash Flow[1] Reconciliation**
**Twelve months ended 12/31/08, 12/31/09, 12/31/10 and LTM 9/30/11**
**$ millions**

| Description | 2008 | 2009 | 2010 | LTM 3Q11 |
|---|---|---|---|---|
| Operating cash flow – Oncor | 828 | 950 | 1,098 | 1,246 |
| Operating cash flow – BondCo | (94) | (97) | (116) | (117) |
| Operating cash flow, excluding BondCo | 734 | 853 | 982 | 1,129 |

[1] Excludes impacts from transition bond debt.

22

Highly Confidential

EFIHMW00005524

EFIHMW00005503

**Table 5: Oncor Total Debt[1] Reconciliation**
**As of 12/31/08, 12/31/09, 12/31/10 and 9/30/11**
**$ millions**

| Description | 2008 | 2009 | 2010 | 9/30/2011 |
|---|---|---|---|---|
| Short-term debt - Oncor | 337 | 616 | 377 | 553 |
| Long-term debt due currently - Oncor | 103 | 108 | 113 | 493 |
| Long-term debt, less amounts due currently - Oncor | 5,101 | 4,996 | 5,333 | 4,882 |
| Total debt including BondCo | 5,541 | 5,720 | 5,823 | 5,928 |
| | | | | |
| Less: Oncor cash & cash equivalents | (125) | (28) | (33) | (2) |
| Net debt including BondCo | 5,416 | 5,692 | 5,790 | 5,926 |
| | | | | |
| Total debt including BondCo | 5,541 | 5,720 | 5,823 | 5,928 |
| Less amounts related to BondCo: | | | | |
| Short-term debt | - | - | - | - |
| Long-term debt due currently | (103) | (108) | (113) | (117) |
| Long-term debt, less due currently | (775) | (667) | (554) | (472) |
| Fair value adjustment | 9 | 6 | 4 | 2 |
| Total debt, excluding BondCo | 4,672 | 4,951 | 5,160 | 5,341 |
| | | | | |
| Less: Oncor cash & cash equivalents | (125) | (28) | (33) | (2) |
| Net debt, excluding BondCo | 4,547 | 4,923 | 5,127 | 5,339 |

[1] Excludes impacts from transition bond debt and purchase accounting related adjustments associated with the October 2007 merger.

23

Highly Confidential
EFIHMW00005525

EFIHMW00005503

**Table 6: Oncor Cash Interest Expense[1] Reconciliation and Debt Coverage**
**Twelve months ended 12/31/08, 12/31/09, 12/31/10 and 9/30/11**
**$ millions**

| Description | 2008 | 2009 | 2010 | 9/30/11 | Ref | Source |
|---|---|---|---|---|---|---|
| Interest expense and related charges – Oncor | 316 | 346 | 347 | 353 | | |
| Amortization of debt fair value discount - Oncor | (3) | (3) | (2) | - | | |
| Amortization of debt discount - Oncor | (5) | (7) | (5) | (3) | | |
| AFUDC - Oncor | 6 | 2 | 2 | 2 | | |
| Cash interest expense | 314 | 338 | 342 | 352 | | |
| Interest expense - BondCo | (46) | (42) | (37) | (33) | | |
| Cash interest expense, excluding BondCo | 268 | 296 | 305 | 319 | A | |
| Adjusted EBITDA, excluding BondCo | 1,219 | 1,237 | 1,442 | 1,509 | B | Table 1 |
| Total debt, excluding BondCo | 4,672 | 4,951 | 5,160 | 5,341 | C | Table 5 |
| Adjusted EBITDA/interest – ratio (B/A) | 4.5x | 4.2x | 4.7x | 4.7x | | |
| Debt/Adjusted EBITDA – ratio (B/A) | 3.8x | 4.0x | 3.6x | 3.5x | | |

[1] Excludes impacts from transition bond debt and purchase accounting related adjustments associated with the October 2007 merger.

24

Highly Confidential

EFIHMW00005526

EFIHMW00005503

**Energy Future Holdings**







# Energy Future Intermediate Holding Company
# $400 million Senior Secured 2nd Lien Notes

### Investor Presentation
### January 2012

Highly Confidential

EFIHMW00005527