| | |
|---|---|
| **From:** | Ley, Geoffrey <Geoffrey.Ley@energyfutureholdings.com> |
| **Sent:** | Thursday, April 5, 2012 2:21 AM |
| **To:** | Moldovan, Kris <Kristopher.Moldovan@energyfutureholdings.com> |
| **Cc:** | Carter, Grant <Grant.Carter@energyfutureholdings.com> |
| **Subject:** | DRAFT - Makewhole Analysis |
| **Attach:** | 20120404 makewhole economics.xlsx |

Attached is a draft of the makewhole analysis for EFH/EFIH debt. The analysis assumes debt is called 4/6/2012 and principal + premium is refinanced with new 6.5% debt.

Please let me know if you have any questions or comments before review with Tony & Michael.

Thanks,

-Geoff
214-812-6554



EXHIBIT
Morton
9

Confidential                                                                                                                     EFIHMW00275045

## EFH/EFIH Makewhole Analysis Summary
$ millions

| | Current | | Makewhole | | |
| --- | --- | --- | --- | --- | --- |
| | Principal | Annual Interest | Premium | Interest Savings @ 6.5% | Effective Yield |
| **EFH/EFIH Debt** | | | | | |
| 9.75% EFH/EFIH 1st Lien | 257 | 25 | 86 | 3 | 3.2% |
| 10.00% EFH 1st Lien | 1,061 | 106 | 365 | 13 | 3.7% |
| 10.00% EFIH 1st Lien | 2,180 | 218 | 956 | 14 | 1.5% |
| 11.00% EFIH 2nd Lien | 406 | 45 | 217 | 4 | 1.9% |
| 11.75% EFIH 2nd Lien | 1,150 | 135 | 714 | 14 | 2.0% |
| 10.875% EFH Cash Pay | 196 | 21 | 32 | 7 | 20.4% |
| 11.25%/12.00% EFH PIK Toggle | 438 | 49 | 75 | 16 | 21.1% |
| **Subtotal** | **5,688** | **599** | **2,446** | **71** | **2.9%** |
| 5.55% EFH Cash Pay | 326 | 18 | 54 | (7) | -12.3% |
| 6.50% EFH Cash Pay | 740 | 48 | 525 | (34) | -6.5% |
| 6.55% EFH Cash Pay | 744 | 49 | 783 | (51) | -6.5% |
| **Total** | **7,498** | **714** | **3,808** | **(20)** | **-0.5%** |

| | 1st Call | | 2nd Call | | 3rd Call | | Final Call | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Date | Premium | Date | Premium | Date | Premium | Date | Premium |
| **EFH/EFIH Call Schedule** | | | | | | | | |
| 9.75% EFH/EFIH 1st Lien | 10/15/2014 | 104.875% | 10/15/2015 | 103.250% | 10/15/2016 | 101.625% | 10/15/2017 | 100.000% |
| 10.00% EFH 1st Lien | 1/15/2015 | 105.000% | 1/15/2016 | 103.333% | 1/15/2017 | 101.667% | 1/15/2018 | 100.000% |
| 10.00% EFIH 1st Lien | 12/1/2015 | 105.000% | 12/1/2016 | 103.333% | 12/1/2017 | 101.667% | 12/1/2018 | 100.000% |
| 11.00% EFIH 2nd Lien | 5/15/2016 | 105.500% | 5/15/2017 | 103.667% | 5/15/2018 | 101.833% | 5/15/2019 | 100.000% |
| 11.75% EFIH 2nd Lien | 3/1/2017 | 105.875% | 3/1/2018 | 103.917% | 3/1/2019 | 101.958% | 3/1/2020 | 100.000% |
| 10.875% EFH Cash Pay | 11/1/2012 | 105.438% | 11/1/2013 | 103.625% | 11/1/2014 | 101.813% | 11/1/2015 | 100.000% |
| 11.25%/12.00% EFH PIK Toggle | 11/1/2012 | 105.625% | 11/1/2013 | 103.750% | 11/1/2014 | 101.875% | 11/1/2015 | 100.000% |

## 9.75% EFH/EFIH 1st Lien Makewhole
$ millions

**Assumptions**

| | |
|---|---|
| Principal Outstanding | 257 |
| Coupon | 9.750% |
| Treasury Rate | 0.475% |
| 2-Year | 0.353% |
| 5-Year | 1.050% |
| Makewhole Spread | 0.500% |
| New Interest Rate | 6.500% |

**Call Schedule**

| Date | Premium |
|---|---|
| 10/15/2014 | 104.875% |
| 10/15/2015 | 103.250% |
| 10/15/2016 | 101.625% |
| 10/15/2017 | 100.000% |

| Cash Flows | 4/6/2012 | 4/15/2012 | 10/15/2012 | 4/15/2013 | 10/15/2013 | 4/15/2014 | 10/15/2014 |
|---|---|---|---|---|---|---|---|
| Principal | 256.53 | 256.53 | 256.53 | 256.53 | 256.53 | 256.53 | 256.53 |
| Call Premium | - | - | - | - | - | - | 12.51 |
| Interest | 11.88 | 0.63 | 12.51 | 12.51 | 12.51 | 12.51 | 12.51 |
| **Total** | **268.41** | **0.63** | **12.51** | **12.51** | **12.51** | **12.51** | **25.01** |
| | | | | | | | |
| Discounted | 268.41 | 0.63 | 12.44 | 12.38 | 12.32 | 12.26 | 24.41 |
| **Total Discounted** | **342.85** | | | | | | |
| | | | | | | | |
| **Makewhole Premium** | **86.32** | | | | | | |

**Interest Impact**

| | |
|---|---|
| Old Interest | 25.01 |
| New Interest | 22.29 |
| **Decrease in Interest** | **2.73** |
| *Effective Yield* | *3.2%* |

| Cash Flows | 10/6/2012 | 10/15/2012 | 4/15/2013 | 10/15/2013 | 4/15/2014 | 10/15/2014 |
|---|---|---|---|---|---|---|
| Principal | 256.53 | 256.53 | 256.53 | 256.53 | 256.53 | 256.53 |
| Call Premium | - | - | - | - | - | 12.51 |
| Interest | 11.88 | 0.63 | 12.51 | 12.51 | 12.51 | 12.51 |
| **Total** | **268.41** | **0.63** | **12.51** | **12.51** | **12.51** | **25.01** |
| | | | | | | |
| Discounted | 268.41 | 0.63 | 12.44 | 12.38 | 12.32 | 24.53 |
| **Total Discounted** | **330.71** | | | | | |
| | | | | | | |
| **Makewhole Premium** | **74.18** | | | | | |

**Interest Impact**

| | |
|---|---|
| Old Interest | 25.01 |
| New Interest | 21.50 |
| **Decrease in Interest** | **3.52** |
| *Effective Yield* | *4.7%* |

**10.00% EFH 1st Lien Makewhole**
$ millions

| Assumptions | |
|---|---|
| Principal Outstanding | 1,061 |
| Coupon | 10.000% |
| Treasury Rate | 0.524% |
| 2-Year | 0.353% |
| 5-Year | 1.050% |
| Makewhole Spread | 0.500% |
| | |
| New Interest Rate | 6.500% |

| Call Schedule | |
|---|---|
| Date | Premium |
| 1/15/2015 | 105.000% |
| 1/15/2016 | 103.333% |
| 1/15/2017 | 101.667% |
| 1/15/2018 | 100.000% |

| | 4/6/2012 | 7/1/2012 | 1/1/2013 | 7/1/2013 | 1/1/2014 | 7/1/2014 | 1/1/2015 |
|---|---|---|---|---|---|---|---|
| **Cash Flows** | | | | | | | |
| Principal | 1,060.76 | 1,060.76 | 1,060.76 | 1,060.76 | 1,060.76 | 1,060.76 | 1,060.76 |
| Call Premium | - | - | - | - | - | - | 53.04 |
| Interest | 27.99 | 25.05 | 53.04 | 53.04 | 53.04 | 53.04 | 53.04 |
| **Total** | **1,088.75** | **25.05** | **53.04** | **53.04** | **53.04** | **53.04** | **106.08** |
| | | | | | | | |
| Discounted | 1,088.75 | 24.99 | 52.64 | 52.37 | 52.11 | 51.84 | 103.16 |
| **Total Discounted** | **1,425.86** | | | | | | |
| | | | | | | | |
| **Makewhole Premium** | 365.10 | | | | | | |

| Interest Impact | |
|---|---|
| Old Interest | 106.08 |
| New Interest | 92.68 |
| **Decrease in Interest** | **13.40** |
| *Effective Yield* | *3.7%* |

| | 10/6/2012 | 1/1/2013 | 7/1/2013 | 1/1/2014 | 7/1/2014 | 1/1/2015 |
|---|---|---|---|---|---|---|
| **Cash Flows** | | | | | | |
| Principal | 1,060.76 | 1,060.76 | 1,060.76 | 1,060.76 | 1,060.76 | 1,060.76 |
| Call Premium | - | - | - | - | - | 53.04 |
| Interest | 27.99 | 25.05 | 53.04 | 53.04 | 53.04 | 53.04 |
| **Total** | **1,088.75** | **25.05** | **53.04** | **53.04** | **53.04** | **106.08** |
| | | | | | | |
| Discounted | 1,088.75 | 24.98 | 52.64 | 52.37 | 52.11 | 103.68 |
| **Total Discounted** | **1,374.54** | | | | | |
| | | | | | | |
| **Makewhole Premium** | 313.79 | | | | | |

| Interest Impact | |
|---|---|
| Old Interest | 106.08 |
| New Interest | 89.35 |
| **Decrease in Interest** | **16.73** |
| *Effective Yield* | *5.3%* |

**10.00% EFIH 1st Lien Makewhole**
$ millions

| Assumptions | |
|---|---|
| Principal Outstanding | 2,180 |
| Coupon | 10.000% |
| Treasury Rate | 0.737% |
| 2-Year | 0.353% |
| 5-Year | 1.050% |
| Makewhole Spread | 0.500% |
| | |
| New Interest Rate | 6.500% |

| Call Schedule | |
|---|---|
| Date | Premium |
| 12/1/2015 | 105.000% |
| 12/1/2016 | 103.333% |
| 12/1/2017 | 101.667% |
| 12/1/2018 | 100.000% |

| Cash Flows | 4/6/2012 | 6/1/2012 | 12/1/2012 | 6/1/2013 | 12/1/2013 | 6/1/2014 | 12/1/2014 | 6/1/2015 | 12/1/2015 |
|---|---|---|---|---|---|---|---|---|---|
| Principal | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 |
| Call Premium | - | - | - | - | - | - | - | - | 109.00 |
| Interest | 75.69 | 33.31 | 109.00 | 109.00 | 109.00 | 109.00 | 109.00 | 109.00 | 109.00 |
| Total | 2,255.69 | 33.31 | 109.00 | 109.00 | 109.00 | 109.00 | 109.00 | 109.00 | 218.00 |
| | | | | | | | | | |
| Discounted | 2,255.69 | 33.24 | 108.13 | 107.47 | 106.81 | 106.15 | 105.50 | 104.86 | 208.43 |
| Total Discounted | 3,136.28 | | | | | | | | |
| | | | | | | | | | |
| Makewhole Premium | 956.28 | | | | | | | | |

| Interest Impact | |
|---|---|
| Old Interest | 218.00 |
| New Interest | 203.86 |
| **Decrease in Interest** | **14.14** |
| *Effective Yield* | *1.5%* |

| Cash Flows | 10/6/2012 | 12/1/2012 | 6/1/2013 | 12/1/2013 | 6/1/2014 | 12/1/2014 | 6/1/2015 | 12/1/2015 |
|---|---|---|---|---|---|---|---|---|
| Principal | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 |
| Call Premium | - | - | - | - | - | - | - | 109.00 |
| Interest | 75.69 | 33.31 | 109.00 | 109.00 | 109.00 | 109.00 | 109.00 | 109.00 |
| Total | 2,255.69 | 33.31 | 109.00 | 109.00 | 109.00 | 109.00 | 109.00 | 218.00 |
| | | | | | | | | |
| Discounted | 2,255.69 | 33.24 | 108.13 | 107.47 | 106.81 | 106.15 | 105.51 | 209.72 |
| Total Discounted | 3,032.72 | | | | | | | |
| | | | | | | | | |
| Makewhole Premium | 852.72 | | | | | | | |

| Interest Impact | |
|---|---|
| Old Interest | 218.00 |
| New Interest | 197.13 |
| **Decrease in Interest** | **20.87** |
| *Effective Yield* | *2.4%* |

**11.00% EFIH 2nd Lien Makewhole**
$ millions

| Assumptions | |
|---|---|
| Principal Outstanding | 406 |
| Coupon | 11.000% |
| Treasury Rate | 0.842% |
| 2-Year | 0.353% |
| 5-Year | 1.050% |
| Makewhole Spread | 0.500% |
| | |
| New Interest Rate | 6.500% |

| Call Schedule | |
|---|---|
| Date | Premium |
| 5/15/2016 | 105.500% |
| 5/15/2017 | 103.667% |
| 5/15/2018 | 101.833% |
| 5/15/2019 | 100.000% |

| Cash Flows | 4/6/2012 | 5/15/2012 | 11/15/2012 | 5/15/2013 | 11/15/2013 | 5/15/2014 | 11/15/2014 | 5/15/2015 | 11/15/2015 | 5/15/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Principal | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 |
| Call Premium | - | - | - | - | - | - | - | - | - | 22.35 |
| Interest | 17.51 | 4.84 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 |
| Total | 423.90 | 4.84 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 | 44.70 |
| | | | | | | | | | | |
| Discounted | 423.90 | 4.84 | 22.17 | 22.02 | 21.88 | 21.73 | 21.59 | 21.45 | 21.30 | 42.32 |
| Total Discounted | 623.20 | | | | | | | | | |
| | | | | | | | | | | |
| Makewhole Premium | 216.80 | | | | | | | | | |

| Interest Impact | |
|---|---|
| Old Interest | 44.70 |
| New Interest | 40.51 |
| Decrease in Interest | 4.20 |
| *Effective Yield* | *1.9%* |

| Cash Flows | 10/6/2012 | 11/15/2012 | 5/15/2013 | 11/15/2013 | 5/15/2014 | 11/15/2014 | 5/15/2015 | 11/15/2015 | 5/15/2016 |
|---|---|---|---|---|---|---|---|---|---|
| Principal | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 |
| Call Premium | - | - | - | - | - | - | - | - | 22.35 |
| Interest | 17.51 | 4.84 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 |
| Total | 423.90 | 4.84 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 | 44.70 |
| | | | | | | | | | |
| Discounted | 423.90 | 4.84 | 22.17 | 22.02 | 21.88 | 21.73 | 21.59 | 21.44 | 42.60 |
| Total Discounted | 602.18 | | | | | | | | |
| | | | | | | | | | |
| Makewhole Premium | 195.79 | | | | | | | | |

| Interest Impact | |
|---|---|
| Old Interest | 44.70 |
| New Interest | 39.14 |
| Decrease in Interest | 5.56 |
| *Effective Yield* | *2.8%* |

**11.75% EFIH 2nd Lien Makewhole**
$ millions

| Assumptions | |
|---|---|
| Principal Outstanding | 1,150 |
| Coupon | 11.750% |
| Treasury Rate | 0.912% |
| 2-Year | 0.353% |
| 5-Year | 1.050% |
| Makewhole Spread | 0.500% |
| | |
| New Interest Rate | 6.500% |

| Call Schedule | |
|---|---|
| Date | Premium |
| 3/1/2017 | 105.875% |
| 3/1/2018 | 103.917% |
| 3/1/2019 | 101.958% |
| 3/1/2020 | 100.000% |

| Cash Flows | 4/6/2012 | 9/1/2012 | 3/1/2013 | 9/1/2013 | 3/1/2014 | 9/1/2014 | 3/1/2015 | 9/1/2015 | 3/1/2016 | 9/1/2016 | 3/1/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Principal | | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 |
| Call Premium | | - | - | - | - | - | - | - | - | - | 67.56 |
| Interest | 13.14 | 54.43 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 |
| Total | 1,163.14 | 54.43 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 135.13 |
| | | | | | | | | | | | |
| Discounted | 1,163.14 | 54.12 | 66.71 | 66.25 | 65.79 | 65.32 | 64.87 | 64.41 | 63.97 | 63.52 | 126.15 |
| Total Discounted | 1,864.25 | | | | | | | | | | |
| | | | | | | | | | | | |
| Makewhole Premium | 714.25 | | | | | | | | | | |

| Interest Impact | |
|---|---|
| Old Interest | 135.13 |
| New Interest | 121.18 |
| Decrease in Interest | 13.95 |
| *Effective Yield* | *2.0%* |

| Cash Flows | 10/6/2012 | 3/1/2013 | 9/1/2013 | 3/1/2014 | 9/1/2014 | 3/1/2015 | 9/1/2015 | 3/1/2016 | 9/1/2016 | 3/1/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Principal | | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 |
| Call Premium | | - | - | - | - | - | - | - | - | 67.56 |
| Interest | 13.14 | 54.43 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 |
| Total | 1,163.14 | 54.43 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 135.13 |
| | | | | | | | | | | |
| Discounted | 1,163.14 | 54.12 | 66.71 | 66.25 | 65.78 | 65.33 | 64.87 | 64.42 | 63.96 | 127.04 |
| Total Discounted | 1,801.63 | | | | | | | | | |
| | | | | | | | | | | |
| Makewhole Premium | 651.63 | | | | | | | | | |

| Interest Impact | |
|---|---|
| Old Interest | 135.13 |
| New Interest | 117.11 |
| Decrease in Interest | 18.02 |
| *Effective Yield* | *2.8%* |

## 10.875% EFH Cash Pay Makewhole
$ millions

**Assumptions**

| | |
|---|---:|
| Principal Outstanding | 196 |
| Coupon | 10.875% |
| Treasury Rate | 0.021% |
| 2-Year | 0.353% |
| 5-Year | 1.050% |
| Makewhole Spread | 0.500% |
| New Interest Rate | 6.500% |

**Call Schedule**

| Date | Premium |
|---|---:|
| 11/1/2012 | 105.438% |
| 11/1/2013 | 103.625% |
| 11/1/2014 | 101.813% |
| 11/1/2015 | 100.000% |

| | 4/6/2012 | 5/1/2012 | 11/1/2012 |
|---|---:|---:|---:|
| **Cash Flows** | | | |
| Principal | 196.21 | 196.21 | 196.21 |
| Call Premium | - | - | 10.67 |
| Interest | 9.19 | 1.48 | 10.67 |
| **Total** | **205.40** | **1.48** | **21.34** |
| | | | |
| Discounted | 205.40 | 1.48 | 21.28 |
| **Total Discounted** | **228.16** | | |
| | | | |
| **Makewhole Premium** | **31.94** | | |

**Interest Impact**

| | |
|---|---:|
| Old Interest | 21.34 |
| New Interest | 14.83 |
| **Decrease in Interest** | **6.51** |
| ***Effective Yield*** | ***20.4%*** |

| | 10/6/2012 | 11/1/2012 |
|---|---:|---:|
| **Cash Flows** | | |
| Principal | 196.21 | 196.21 |
| Call Premium | - | 10.67 |
| Interest | 9.19 | 1.48 |
| **Total** | **205.40** | **12.15** |
| | | |
| Discounted | 205.40 | 12.15 |
| **Total Discounted** | **217.55** | |
| | | |
| **Makewhole Premium** | **21.33** | |

**Interest Impact**

| | |
|---|---:|
| Old Interest | 21.34 |
| New Interest | 14.14 |
| **Decrease in Interest** | **7.20** |
| ***Effective Yield*** | ***33.7%*** |

## 11.25%/12.00% EFH PIK Toggle Makewhole
$ millions

| Assumptions | |
|---|---|
| Principal Outstanding | 438 |
| Coupon | 11.250% |
| Treasury Rate | 0.021% |
|   2-Year | 0.353% |
|   5-Year | 1.050% |
| Makewhole Spread | 0.500% |
| | |
| New Interest Rate | 6.500% |

| Call Schedule | |
|---|---|
| Date | Premium |
| 11/1/2012 | 105.625% |
| 11/1/2013 | 103.750% |
| 11/1/2014 | 101.875% |
| 11/1/2015 | 100.000% |

| | 4/6/2012 | 5/1/2012 | 11/1/2012 |
|---|---|---|---|
| **Cash Flows** | | | |
| Principal | 437.68 | 437.68 | 437.68 |
| Call Premium | - | - | 24.62 |
| Interest | 22.61 | 3.65 | 24.62 |
| **Total** | **460.29** | **3.65** | **49.24** |
| | | | |
| Discounted | 460.29 | 3.65 | 49.09 |
| **Total Discounted** | 513.03 | | |
| | | | |
| **Makewhole Premium** | 75.35 | | |

| Interest Impact | |
|---|---|
| Old Interest | 49.24 |
| New Interest | 33.35 |
| **Decrease in Interest** | **15.89** |
| *Effective Yield* | *21.1%* |

| | 10/6/2012 | 11/1/2012 |
|---|---|---|
| **Cash Flows** | | |
| Principal | 437.68 | 437.68 |
| Call Premium | - | 24.62 |
| Interest | 21.20 | 3.42 |
| **Total** | **458.88** | **28.04** |
| | | |
| Discounted | 458.88 | 28.03 |
| **Total Discounted** | 486.91 | |
| | | |
| **Makewhole Premium** | 49.23 | |

| Interest Impact | |
|---|---|
| Old Interest | 49.24 |
| New Interest | 31.65 |
| **Decrease in Interest** | **17.59** |
| *Effective Yield* | *35.7%* |

## 5.55% EFH Cash Pay
$ millions

**Assumptions**

| | |
|---|---:|
| Principal Outstanding | 326 |
| Coupon | 5.550% |
| Treasury Rate | 0.495% |
| 2-Year | 0.353% |
| 5-Year | 1.050% |
| Makewhole Spread | 0.500% |
| New Interest Rate | 6.500% |

**Call Schedule**

| Date | Premium |
|---|---:|
| 11/15/2014 | 100.000% |

| Cash Flows | 4/6/2012 | 5/15/2012 | 11/15/2012 | 5/15/2013 | 11/15/2013 | 5/15/2014 | 11/15/2014 |
|---|---:|---:|---:|---:|---:|---:|---:|
| Principal | 326.26 | 326.26 | 326.26 | 326.26 | 326.26 | 326.26 | 326.26 |
| Call Premium | - | - | - | - | - | - | - |
| Interest | 7.09 | 1.96 | 9.05 | 9.05 | 9.05 | 9.05 | 9.05 |
| **Total** | **333.35** | **1.96** | **9.05** | **9.05** | **9.05** | **9.05** | **9.05** |
| | | | | | | | |
| Discounted | 333.35 | 1.96 | 9.00 | 8.96 | 8.91 | 8.87 | 8.82 |
| **Total Discounted** | **379.86** | | | | | | |
| | | | | | | | |
| **Makewhole Premium** | **53.61** | | | | | | |

**Interest Impact**

| | |
|---|---:|
| Old Interest | 18.11 |
| New Interest | 24.69 |
| **Decrease in Interest** | **(6.58)** |
| *Effective Yield* | *-12.3%* |

| Cash Flows | 10/6/2012 | 11/15/2012 | 5/15/2013 | 11/15/2013 | 5/15/2014 | 11/15/2014 |
|---|---:|---:|---:|---:|---:|---:|
| Principal | 326.26 | 326.26 | 326.26 | 326.26 | 326.26 | 326.26 |
| Call Premium | - | - | - | - | - | - |
| Interest | 7.09 | 1.96 | 9.05 | 9.05 | 9.05 | 9.05 |
| **Total** | **333.35** | **1.96** | **9.05** | **9.05** | **9.05** | **9.05** |
| | | | | | | |
| Discounted | 333.35 | 1.96 | 9.00 | 8.95 | 8.91 | 8.87 |
| **Total Discounted** | **371.04** | | | | | |
| | | | | | | |
| **Makewhole Premium** | **44.78** | | | | | |

**Interest Impact**

| | |
|---|---:|
| Old Interest | 18.11 |
| New Interest | 24.12 |
| **Decrease in Interest** | **(6.01)** |
| *Effective Yield* | *-13.4%* |



**6.55% EFH Cash Pay Makewhole**
$ millions

**Assumptions**

| | |
|---|---|
| Principal Outstanding | 744 |
| Coupon | 6.550% |
| Treasury Rate | 2.542% |
| 20 Year | 2.230% |
| 30 Year | 3.300% |
| Makewhole Spread | 0.500% |
| New Interest Rate | 6.500% |

Call Schedule

| | |
|---|---|
| 11/15/2024 | 100.000% |

**Cash Flows**

| | 4/6/2012 | 5/15/2012 | 11/15/2012 | 5/15/2013 | 11/15/2013 | 5/15/2014 | 11/15/2014 | 5/15/2015 | 11/15/2015 | 5/15/2016 | 11/15/2016 | 5/15/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Principal | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 |
| Call Premium | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | 19.03 | 5.29 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 |
| Total | 763.41 | 5.29 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 |
| Discounted | 763.41 | 5.26 | 23.88 | 23.48 | 23.08 | 22.73 | 22.32 | 21.95 | 21.57 | 21.21 | 20.65 | 20.51 |
| Total Discounted | 1,527.26 | | | | | | | | | | | |
| Makewhole Premium | 782.94 | | | | | | | | | | | |

| | 11/15/2017 | 5/15/2018 | 11/15/2018 | 5/15/2019 | 11/15/2019 | 5/15/2020 | 11/15/2020 | 5/15/2021 | 11/15/2021 | 5/15/2022 | 11/15/2022 | 5/15/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Principal | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 |
| Call Premium | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 |
| Total | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 |
| Discounted | 20.16 | 19.83 | 19.49 | 19.17 | 18.84 | 18.53 | 18.21 | 17.91 | 17.61 | 17.32 | 17.02 | 16.74 |

| | 11/15/2023 | 5/15/2024 | 11/15/2024 | 5/15/2025 | 11/15/2025 | 5/15/2026 | 11/15/2026 | 5/15/2027 | 11/15/2027 | 5/15/2028 | 11/15/2028 | 5/15/2029 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Principal | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 |
| Call Premium | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 |
| Total | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 |
| Discounted | 16.46 | 16.18 | 15.91 | 15.64 | 15.38 | 15.12 | 14.87 | 14.62 | 14.37 | 14.12 | 13.89 | 13.66 |

| | 11/15/2029 | 5/15/2030 | 11/15/2030 | 5/15/2031 | 11/15/2031 | 5/15/2032 | 11/15/2032 | 5/15/2033 | 11/15/2033 | 5/15/2034 | 11/15/2034 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Principal | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 |
| Call Premium | - | - | - | - | - | - | - | - | - | - | - |
| Interest | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 |
| Total | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 |
| Discounted | 13.43 | 13.21 | 12.98 | 12.77 | 12.55 | 12.34 | 12.13 | 11.93 | 11.73 | 11.54 | 11.34 |

**Interest Impact**

| | |
|---|---|
| Old Interest | 48.75 |
| New Interest | 99.27 |
| Decrease in Interest | (50.52) |
| *Effective Yield* | -6.5% |

**Cash Flows**

| | 10/6/2012 | 11/15/2012 | 5/15/2013 | 11/15/2013 | 5/15/2014 | 11/15/2014 | 5/15/2015 | 11/15/2015 | 5/15/2016 | 11/15/2016 | 5/15/2017 | 11/15/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Principal | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 |
| Call Premium | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | 19.09 | 5.29 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 |
| Total | 763.41 | 5.29 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 |
| Discounted | 763.41 | 5.26 | 23.88 | 23.48 | 23.09 | 22.70 | 22.32 | 21.94 | 21.58 | 21.21 | 20.86 | 20.51 |
| Total Discounted | 1,515.95 | | | | | | | | | | | |
| Makewhole Premium | 771.63 | | | | | | | | | | | |

| | 5/15/2018 | 11/15/2018 | 5/15/2019 | 11/15/2019 | 5/15/2020 | 11/15/2020 | 5/15/2021 | 11/15/2021 | 5/15/2022 | 11/15/2022 | 5/15/2023 | 11/15/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Principal | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 |
| Call Premium | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 |
| Total | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 |
| Discounted | 20.16 | 19.82 | 19.49 | 19.16 | 18.84 | 18.53 | 18.22 | 17.92 | 17.61 | 17.31 | 17.03 | 16.74 |

| | 5/15/2024 | 11/15/2024 | 5/15/2025 | 11/15/2025 | 5/15/2026 | 11/15/2026 | 5/15/2027 | 11/15/2027 | 5/15/2028 | 11/15/2028 | 5/15/2029 | 11/15/2029 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Principal | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 |
| Call Premium | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 |
| Total | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 |
| Discounted | 16.46 | 16.18 | 15.91 | 15.64 | 15.38 | 15.12 | 14.87 | 14.62 | 14.37 | 14.10 | 13.90 | 13.66 |

| | 5/15/2030 | 11/15/2030 | 5/15/2031 | 11/15/2031 | 5/15/2032 | 11/15/2032 | 5/15/2033 | 11/15/2033 | 5/15/2034 | 11/15/2034 |
|---|---|---|---|---|---|---|---|---|---|---|
| Principal | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 | 744.32 |
| Call Premium | - | - | - | - | - | - | - | - | - | - |
| Interest | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 |
| Total | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 | 24.38 |
| Discounted | 13.43 | 13.21 | 12.99 | 12.77 | 12.55 | 12.34 | 12.14 | 11.93 | 11.73 | 11.53 |

**Interest Impact**

| | |
|---|---|
| Old Interest | 48.75 |
| New Interest | 98.54 |
| Decrease in Interest | (49.78) |
| *Effective Yield* | -6.5% |

