| From: | Ley, Geoffrey <geoffrey.ley@efh.com> |
|---|---|
| Sent: | Wednesday, May 2, 2012 9:51 PM |
| To: | Horton, Tony <Anthony.Horton@energyfutureholdings.com> |
| Subject: | EFH/EFIH Makewhole Summary |
| Attach: | 20120502 makewhole economics.xlsx |

Tony-

Attached is a summary of the EFH/EFIH makewhole costs assuming redemption in April 2012. Excluding the Legacy debt, the total makewhole/call premium required would be ~$2.5B.

The other columns show the interest savings/(cost) if the notes and makewhole/call premium are refinanced 6.5% and the effective yield of that interest savings/(cost) over the makewhole/call premium.

Thanks,

-Geoff
214-812-6554



EXHIBIT
Horton
10

Highly Confidential

EFIHMW00007382

## EFH/EFIH Makewhole Analysis Summary
$ millions

| | Current | | Makewhole (assuming Apr. 2012 call) | | |
| --- | --- | --- | --- | --- | --- |
| EFH/EFIH Debt | Principal | Annual Interest | Premium | Interest Savings @ 6.5% | Effective Yield |
| 9.75% EFH/EFIH 1st Lien (callable October 2014) | 257 | 25 | 86 | 3 | 3.2% |
| 10.00% EFH 1st Lien (callable January 2015) | 1,061 | 106 | 365 | 13 | 3.7% |
| 10.00% EFIH 1st Lien (callable December 2015) | 2,180 | 218 | 956 | 14 | 1.5% |
| 11.00% EFH 2nd Lien (callable May 2016) | 406 | 45 | 217 | 4 | 1.9% |
| 11.75% EFH 2nd Lien (callable March 2017) | 1,150 | 135 | 714 | 14 | 2.0% |
| 10.875% EFH Cash Pay (callable November 2012) | 196 | 21 | 32 | 7 | 20.4% |
| 11.25%/12.00% EFH PIK Toggle (callabel November 2012) | 438 | 49 | 75 | 16 | 21.1% |
| **Subtotal** | **5,688** | **599** | **2,446** | **71** | **2.9%** |
| 5.55% EFH Cash Pay (non-callable) | 326 | 18 | 54 | (7) | -12.3% |
| 6.50% EFH Cash Pay (non-callable) | 740 | 48 | 525 | (34) | -6.5% |
| 6.55% EFH Cash Pay (non-callable) | 744 | 49 | 783 | (51) | -6.5% |
| **Total** | **7,498** | **714** | **3,808** | **(20)** | **-0.5%** |

| | 1st Call | | 2nd Call | | 3rd Call | | Final Call | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| EFH/EFIH Call Schedule | Date | Premium | Date | Premium | Date | Premium | Date | Premium |
| 9.75% EFH/EFIH 1st Lien | 10/15/2014 | 104.875% | 10/15/2015 | 103.250% | 10/15/2016 | 101.625% | 10/15/2017 | 100.000% |
| 10.00% EFH 1st Lien | 1/15/2015 | 105.000% | 1/15/2016 | 103.333% | 1/15/2017 | 101.667% | 1/15/2018 | 100.000% |
| 10.00% EFIH 1st Lien | 12/1/2015 | 105.000% | 12/1/2016 | 103.333% | 12/1/2017 | 101.667% | 12/1/2018 | 100.000% |
| 11.00% EFH 2nd Lien | 5/15/2016 | 105.500% | 5/15/2017 | 103.667% | 5/15/2018 | 101.833% | 5/15/2019 | 100.000% |
| 11.75% EFH 2nd Lien | 3/1/2017 | 105.875% | 3/1/2018 | 103.917% | 3/1/2019 | 101.958% | 3/1/2020 | 100.000% |
| 10.875% EFH Cash Pay | 11/1/2012 | 105.438% | 11/1/2013 | 103.625% | 11/1/2014 | 101.813% | 11/1/2015 | 100.000% |
| 11.25%/12.00% EFH PIK Toggle | 11/1/2012 | 105.625% | 11/1/2013 | 103.750% | 11/1/2014 | 101.875% | 11/1/2015 | 100.000% |

## 9.75% EFH/EFIH 1st Lien Makewhole
$ millions

**Assumptions**

| Principal Outstanding | 257 |
|---|---|
| Coupon | 9.750% |
| Treasury Rate | 0.475% |
| 2-Year | 0.353% |
| 5-Year | 1.050% |
| Makewhole Spread | 0.500% |
| | |
| New Interest Rate | 6.500% |

**Call Schedule**

| Date | Premium |
|---|---|
| 10/15/2014 | 104.875% |
| 10/15/2015 | 103.250% |
| 10/15/2016 | 101.625% |
| 10/15/2017 | 100.000% |

| Cash Flows | 4/6/2012 | 4/15/2012 | 10/15/2012 | 4/15/2013 | 10/15/2013 | 4/15/2014 | 10/15/2014 |
|---|---|---|---|---|---|---|---|
| Principal | 256.53 | 256.53 | 256.53 | 256.53 | 256.53 | 256.53 | 256.53 |
| Call Premium | - | - | - | - | - | - | 12.51 |
| Interest | 11.88 | 0.63 | 12.51 | 12.51 | 12.51 | 12.51 | 12.51 |
| **Total** | **268.41** | **0.63** | **12.51** | **12.51** | **12.51** | **12.51** | **25.01** |
| | | | | | | | |
| Discounted | 268.41 | 0.63 | 12.44 | 12.38 | 12.32 | 12.26 | 24.41 |
| **Total Discounted** | **342.85** | | | | | | |
| | | | | | | | |
| **Makewhole Premium** | **86.32** | | | | | | |

**Interest Impact**

| Old Interest | 25.01 |
|---|---|
| New Interest | 22.29 |
| **Decrease in Interest** | **2.73** |
| *Effective Yield* | *3.2%* |

| Cash Flows | 10/6/2012 | 10/15/2012 | 4/15/2013 | 10/15/2013 | 4/15/2014 | 10/15/2014 |
|---|---|---|---|---|---|---|
| Principal | 256.53 | 256.53 | 256.53 | 256.53 | 256.53 | 256.53 |
| Call Premium | - | - | - | - | - | 12.51 |
| Interest | 11.88 | 0.63 | 12.51 | 12.51 | 12.51 | 12.51 |
| **Total** | **268.41** | **0.63** | **12.51** | **12.51** | **12.51** | **25.01** |
| | | | | | | |
| Discounted | 268.41 | 0.63 | 12.44 | 12.38 | 12.32 | 24.53 |
| **Total Discounted** | **330.71** | | | | | |
| | | | | | | |
| **Makewhole Premium** | **74.18** | | | | | |

**Interest Impact**

| Old Interest | 25.01 |
|---|---|
| New Interest | 21.50 |
| **Decrease in Interest** | **3.52** |
| *Effective Yield* | *4.7%* |

## 10.00% EFH 1st Lien Makewhole
$ millions

**Assumptions**

| | |
|---|---|
| Principal Outstanding | 1,061 |
| Coupon | 10.000% |
| Treasury Rate | 0.524% |
|   2-Year | 0.353% |
|   5-Year | 1.050% |
| Makewhole Spread | 0.500% |
| New Interest Rate | 6.500% |

Call Schedule

| Date | Premium |
|---|---|
| 1/15/2015 | 105.000% |
| 1/15/2016 | 103.333% |
| 1/15/2017 | 101.667% |
| 1/15/2018 | 100.000% |

| | 4/6/2012 | 7/1/2012 | 1/1/2013 | 7/1/2013 | 1/1/2014 | 7/1/2014 | 1/1/2015 |
|---|---|---|---|---|---|---|---|
| **Cash Flows** | | | | | | | |
| Principal | 1,060.76 | 1,060.76 | 1,060.76 | 1,060.76 | 1,060.76 | 1,060.76 | 1,060.76 |
| Call Premium | - | - | - | - | - | - | 53.04 |
| Interest | 27.99 | 25.05 | 53.04 | 53.04 | 53.04 | 53.04 | 53.04 |
| **Total** | **1,088.75** | **25.05** | **53.04** | **53.04** | **53.04** | **53.04** | **106.08** |
| Discounted | 1,088.75 | 24.99 | 52.64 | 52.37 | 52.11 | 51.84 | 103.16 |
| **Total Discounted** | **1,425.86** | | | | | | |
| **Makewhole Premium** | **365.10** | | | | | | |

**Interest Impact**

| | |
|---|---|
| Old Interest | 106.08 |
| New Interest | 92.68 |
| **Decrease in Interest** | **13.40** |
| *Effective Yield* | *3.7%* |

| | 10/6/2012 | 1/1/2013 | 7/1/2013 | 1/1/2014 | 7/1/2014 | 1/1/2015 |
|---|---|---|---|---|---|---|
| **Cash Flows** | | | | | | |
| Principal | 1,060.76 | 1,060.76 | 1,060.76 | 1,060.76 | 1,060.76 | 1,060.76 |
| Call Premium | - | - | - | - | - | 53.04 |
| Interest | 27.99 | 25.05 | 53.04 | 53.04 | 53.04 | 53.04 |
| **Total** | **1,088.75** | **25.05** | **53.04** | **53.04** | **53.04** | **106.08** |
| Discounted | 1,088.75 | 24.98 | 52.64 | 52.37 | 52.11 | 103.68 |
| **Total Discounted** | **1,374.54** | | | | | |
| **Makewhole Premium** | **313.79** | | | | | |

**Interest Impact**

| | |
|---|---|
| Old Interest | 106.08 |
| New Interest | 89.35 |
| **Decrease in Interest** | **16.73** |
| *Effective Yield* | *5.3%* |

## 10.00% EFIH 1st Lien Makewhole
$ millions

**Assumptions**

| | |
|---|---|
| Principal Outstanding | 2,180 |
| Coupon | 10.000% |
| Treasury Rate | 0.737% |
| 2-Year | 0.353% |
| 5-Year | 1.050% |
| Makewhole Spread | 0.500% |
| New Interest Rate | 6.500% |

**Call Schedule**

| Date | Premium |
|---|---|
| 12/1/2015 | 105.000% |
| 12/1/2016 | 103.333% |
| 12/1/2017 | 101.667% |
| 12/1/2018 | 100.000% |

**Cash Flows**

| | 4/6/2012 | 6/1/2012 | 12/1/2012 | 6/1/2013 | 12/1/2013 | 6/1/2014 | 12/1/2014 | 6/1/2015 | 12/1/2015 |
|---|---|---|---|---|---|---|---|---|---|
| Principal | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 |
| Call Premium | - | - | - | - | - | - | - | - | 109.00 |
| Interest | 75.69 | 33.31 | 109.00 | 109.00 | 109.00 | 109.00 | 109.00 | 109.00 | 109.00 |
| Total | 2,255.69 | 33.31 | 109.00 | 109.00 | 109.00 | 109.00 | 109.00 | 109.00 | 218.00 |
| | | | | | | | | | |
| Discounted | 2,255.69 | 33.24 | 108.13 | 107.47 | 106.81 | 106.15 | 105.50 | 104.86 | 208.43 |
| Total Discounted | 3,136.28 | | | | | | | | |
| | | | | | | | | | |
| Makewhole Premium | 956.28 | | | | | | | | |

**Interest Impact**

| | |
|---|---|
| Old Interest | 218.00 |
| New Interest | 203.86 |
| **Decrease in Interest** | **14.14** |
| *Effective Yield* | *1.5%* |

**Cash Flows**

| | 10/6/2012 | 12/1/2012 | 6/1/2013 | 12/1/2013 | 6/1/2014 | 12/1/2014 | 6/1/2015 | 12/1/2015 |
|---|---|---|---|---|---|---|---|---|
| Principal | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 | 2,180.00 |
| Call Premium | - | - | - | - | - | - | - | 109.00 |
| Interest | 75.69 | 33.31 | 109.00 | 109.00 | 109.00 | 109.00 | 109.00 | 109.00 |
| Total | 2,255.69 | 33.31 | 109.00 | 109.00 | 109.00 | 109.00 | 109.00 | 218.00 |
| | | | | | | | | |
| Discounted | 2,255.69 | 33.24 | 108.13 | 107.47 | 106.81 | 106.15 | 105.51 | 209.72 |
| Total Discounted | 3,032.72 | | | | | | | |
| | | | | | | | | |
| Makewhole Premium | 852.72 | | | | | | | |

**Interest Impact**

| | |
|---|---|
| Old Interest | 218.00 |
| New Interest | 197.13 |
| **Decrease in Interest** | **20.87** |
| *Effective Yield* | *2.4%* |

## 11.00% EFIH 2nd Lien Makewhole
$ millions

**Assumptions**

| | |
|---|---|
| Principal Outstanding | 406 |
| Coupon | 11.000% |
| Treasury Rate | 0.842% |
| 2-Year | 0.353% |
| 5-Year | 1.050% |
| Makewhole Spread | 0.500% |
| New Interest Rate | 6.500% |

**Call Schedule**

| Date | Premium |
|---|---|
| 5/15/2016 | 105.500% |
| 5/15/2017 | 103.667% |
| 5/15/2018 | 101.833% |
| 5/15/2019 | 100.000% |

**Cash Flows**

| | 4/6/2012 | 5/15/2012 | 11/15/2012 | 5/15/2013 | 11/15/2013 | 5/15/2014 | 11/15/2014 | 5/15/2015 | 11/15/2015 | 5/15/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Principal | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 |
| Call Premium | - | - | - | - | - | - | - | - | - | 22.35 |
| Interest | 17.51 | 4.84 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 |
| **Total** | **423.90** | **4.84** | **22.35** | **22.35** | **22.35** | **22.35** | **22.35** | **22.35** | **22.35** | **44.70** |
| Discounted | 423.90 | 4.84 | 22.17 | 22.02 | 21.88 | 21.73 | 21.59 | 21.45 | 21.30 | 42.32 |
| **Total Discounted** | **623.20** | | | | | | | | | |
| **Makewhole Premium** | **216.80** | | | | | | | | | |

**Interest Impact**

| | |
|---|---|
| Old Interest | 44.70 |
| New Interest | 40.51 |
| **Decrease in Interest** | **4.20** |
| *Effective Yield* | *1.9%* |

**Cash Flows**

| | 10/6/2012 | 11/15/2012 | 5/15/2013 | 11/15/2013 | 5/15/2014 | 11/15/2014 | 5/15/2015 | 11/15/2015 | 5/15/2016 |
|---|---|---|---|---|---|---|---|---|---|
| Principal | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 | 406.39 |
| Call Premium | - | - | - | - | - | - | - | - | 22.35 |
| Interest | 17.51 | 4.84 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 | 22.35 |
| **Total** | **423.90** | **4.84** | **22.35** | **22.35** | **22.35** | **22.35** | **22.35** | **22.35** | **44.70** |
| Discounted | 423.90 | 4.84 | 22.17 | 22.02 | 21.88 | 21.73 | 21.59 | 21.44 | 42.60 |
| **Total Discounted** | **602.18** | | | | | | | | |
| **Makewhole Premium** | **195.79** | | | | | | | | |

**Interest Impact**

| | |
|---|---|
| Old Interest | 44.70 |
| New Interest | 39.14 |
| **Decrease in Interest** | **5.56** |
| *Effective Yield* | *2.8%* |

## 11.75% EFIH 2nd Lien Makewhole
$ millions

**Assumptions**

| | |
|---|---|
| Principal Outstanding | 1,150 |
| Coupon | 11.750% |
| Treasury Rate | 0.912% |
| 2-Year | 0.353% |
| 5-Year | 1.050% |
| Makewhole Spread | 0.500% |
| New Interest Rate | 6.500% |

Call Schedule

| Date | Premium |
|---|---|
| 3/1/2017 | 105.875% |
| 3/1/2018 | 103.917% |
| 3/1/2019 | 101.958% |
| 3/1/2020 | 100.000% |

**Cash Flows**

| | 4/6/2012 | 9/1/2012 | 3/1/2013 | 9/1/2013 | 3/1/2014 | 9/1/2014 | 3/1/2015 | 9/1/2015 | 3/1/2016 | 9/1/2016 | 3/1/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Principal | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 |
| Call Premium | | | | | | | | | | | 67.56 |
| Interest | 13.14 | 54.43 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 |
| Total | 1,163.14 | 54.43 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 135.13 |
| Discounted | 1,163.14 | 54.12 | 66.71 | 66.25 | 65.79 | 65.32 | 64.87 | 64.41 | 63.97 | 63.52 | 126.15 |
| Total Discounted | 1,864.25 | | | | | | | | | | |
| Makewhole Premium | 714.25 | | | | | | | | | | |

**Interest Impact**

| | |
|---|---|
| Old Interest | 135.13 |
| New Interest | 121.18 |
| Decrease in Interest | 13.95 |
| *Effective Yield* | *2.0%* |

**Cash Flows**

| | 10/6/2012 | 3/1/2013 | 9/1/2013 | 3/1/2014 | 9/1/2014 | 3/1/2015 | 9/1/2015 | 3/1/2016 | 9/1/2016 | 3/1/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Principal | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 |
| Call Premium | | | | | | | | | | 67.56 |
| Interest | 13.14 | 54.43 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 |
| Total | 1,163.14 | 54.43 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 67.56 | 135.13 |
| Discounted | 1,163.14 | 54.12 | 66.71 | 66.25 | 65.78 | 65.33 | 64.87 | 64.42 | 63.96 | 127.04 |
| Total Discounted | 1,801.63 | | | | | | | | | |
| Makewhole Premium | 651.63 | | | | | | | | | |

**Interest Impact**

| | |
|---|---|
| Old Interest | 135.13 |
| New Interest | 117.11 |
| Decrease in Interest | 18.02 |
| *Effective Yield* | *2.8%* |

# 10.875% EFH Cash Pay Makewhole
$ millions

**Assumptions**

| | |
|---|---|
| Principal Outstanding | 196 |
| Coupon | 10.875% |
| Treasury Rate | 0.021% |
| 2-Year | 0.353% |
| 5-Year | 1.050% |
| Makewhole Spread | 0.500% |
| | |
| New Interest Rate | 6.500% |

Call Schedule

| Date | Premium |
|---|---|
| 11/1/2012 | 105.438% |
| 11/1/2013 | 103.625% |
| 11/1/2014 | 101.813% |
| 11/1/2015 | 100.000% |

| | 4/6/2012 | 5/1/2012 | 11/1/2012 |
|---|---|---|---|
| **Cash Flows** | | | |
| Principal | 196.21 | 196.21 | 196.21 |
| Call Premium | - | - | 10.67 |
| Interest | 9.19 | 1.48 | 10.67 |
| **Total** | **205.40** | **1.48** | **21.34** |
| | | | |
| Discounted | 205.40 | 1.48 | 21.28 |
| **Total Discounted** | **228.16** | | |
| | | | |
| **Makewhole Premium** | **31.94** | | |

**Interest Impact**

| | |
|---|---|
| Old Interest | 21.34 |
| New Interest | 14.83 |
| **Decrease in Interest** | **6.51** |
| *Effective Yield* | *20.4%* |

| | 10/6/2012 | 11/1/2012 |
|---|---|---|
| **Cash Flows** | | |
| Principal | 196.21 | 196.21 |
| Call Premium | - | 10.67 |
| Interest | 9.19 | 1.48 |
| **Total** | **205.40** | **12.15** |
| | | |
| Discounted | 205.40 | 12.15 |
| **Total Discounted** | **217.55** | |
| | | |
| **Makewhole Premium** | **21.33** | |

**Interest Impact**

| | |
|---|---|
| Old Interest | 21.34 |
| New Interest | 14.14 |
| **Decrease in Interest** | **7.20** |
| *Effective Yield* | *33.7%* |

## 11.25%/12.00% EFH PIK Toggle Makewhole

$ millions

### Assumptions

| | |
|---|---|
| Principal Outstanding | 438 |
| Coupon | 11.250% |
| Treasury Rate | 0.021% |
| 2-Year | 0.353% |
| 5-Year | 1.050% |
| Makewhole Spread | 0.500% |
| | |
| New Interest Rate | 6.500% |

### Call Schedule

| Date | Premium |
|---|---|
| 11/1/2012 | 105.625% |
| 11/1/2013 | 103.750% |
| 11/1/2014 | 101.875% |
| 11/1/2015 | 100.000% |

### Cash Flows

| | 4/6/2012 | 5/1/2012 | 11/1/2012 |
|---|---|---|---|
| Principal | 437.68 | 437.68 | 437.68 |
| Call Premium | - | - | 24.62 |
| Interest | 22.61 | 3.65 | 24.62 |
| **Total** | **460.29** | **3.65** | **49.24** |
| | | | |
| Discounted | 460.29 | 3.65 | 49.09 |
| **Total Discounted** | **513.03** | | |
| | | | |
| **Makewhole Premium** | **75.35** | | |

### Interest Impact

| | |
|---|---|
| Old Interest | 49.24 |
| New Interest | 33.35 |
| **Decrease in Interest** | **15.89** |
| *Effective Yield* | *21.1%* |

### Cash Flows

| | 10/6/2012 | 11/1/2012 |
|---|---|---|
| Principal | 437.68 | 437.68 |
| Call Premium | - | 24.62 |
| Interest | 21.20 | 3.42 |
| **Total** | **458.88** | **28.04** |
| | | |
| Discounted | 458.88 | 28.03 |
| **Total Discounted** | **486.91** | |
| | | |
| **Makewhole Premium** | **49.23** | |

### Interest Impact

| | |
|---|---|
| Old Interest | 49.24 |
| New Interest | 31.65 |
| **Decrease in Interest** | **17.59** |
| *Effective Yield* | *35.7%* |

## 5.55% EFH Cash Pay

$ millions

**Assumptions**

| | |
|---|---|
| Principal Outstanding | 326 |
| Coupon | 5.550% |
| Treasury Rate | 0.495% |
| 2-Year | 0.353% |
| 5-Year | 1.050% |
| Makewhole Spread | 0.500% |
| | |
| New Interest Rate | 6.500% |

Call Schedule

| Date | Premium |
|---|---|
| 11/15/2014 | 100.000% |

| Cash Flows | 4/6/2012 | 5/15/2012 | 11/15/2012 | 5/15/2013 | 11/15/2013 | 5/15/2014 | 11/15/2014 |
|---|---|---|---|---|---|---|---|
| Principal | 326.26 | 326.26 | 326.26 | 326.26 | 326.26 | 326.26 | 326.26 |
| Call Premium | - | - | - | - | - | - | - |
| Interest | 7.09 | 1.96 | 9.05 | 9.05 | 9.05 | 9.05 | 9.05 |
| Total | **333.35** | **1.96** | **9.05** | **9.05** | **9.05** | **9.05** | **9.05** |
| | | | | | | | |
| Discounted | 333.35 | 1.96 | 9.00 | 8.96 | 8.91 | 8.87 | 8.82 |
| **Total Discounted** | **379.86** | | | | | | |
| | | | | | | | |
| **Makewhole Premium** | **53.61** | | | | | | |

**Interest Impact**

| | |
|---|---|
| Old Interest | 18.11 |
| New Interest | 24.69 |
| **Decrease in Interest** | **(6.58)** |
| *Effective Yield* | *-12.3%* |

| Cash Flows | 10/6/2012 | 11/15/2012 | 5/15/2013 | 11/15/2013 | 5/15/2014 | 11/15/2014 |
|---|---|---|---|---|---|---|
| Principal | 326.26 | 326.26 | 326.26 | 326.26 | 326.26 | 326.26 |
| Call Premium | - | - | - | - | - | - |
| Interest | 7.09 | 1.96 | 9.05 | 9.05 | 9.05 | 9.05 |
| Total | **333.35** | **1.96** | **9.05** | **9.05** | **9.05** | **9.05** |
| | | | | | | |
| Discounted | 333.35 | 1.96 | 9.00 | 8.95 | 8.91 | 8.87 |
| **Total Discounted** | **371.04** | | | | | |
| | | | | | | |
| **Makewhole Premium** | **44.78** | | | | | |

**Interest Impact**

| | |
|---|---|
| Old Interest | 18.11 |
| New Interest | 24.12 |
| **Decrease in Interest** | **(6.01)** |
| *Effective Yield* | *-13.4%* |



**PX 054**
**Page 11 of 12**

