





**Energy Future Holdings**

**ONCOR**

**Luminant**

**TXU** energy

# Energy Future Intermediate Holding Company
## $250 million Senior Secured 1st Lien Notes
## $500 million Senior Secured 2nd Lien Notes

## Investor Presentation
## August 2012



MoLdovaN

PLAINTIFF'S EXHIBIT

KRB

1/20/14

EFIHMW00272272

Confidential

PX 055
Page 1 of 24



# Disclaimers

## Forward-Looking Statements

This presentation contains forward-looking statements. All statements, other than statements of historical facts, that are included in this presentation, or made in response to questions or otherwise, that address activities, events or developments that we expect or anticipate to occur in the future, including such matters as projections, liquidity (including sources of liquidity), dividends, capital projects and expenditures, collateral value, ability to incur additional debt, business strategy, goals, acquisitions or dispositions, regulatory matters and rate proceedings, allowed rates of returns on equity, market and industry developments and the growth of our business and operations (often, but not always, through the use of words or phrases such as "will likely result," "are expected to," "will continue," "is anticipated," "estimated," "projection," "target," "goal," "objective," and "outlook"), are forward-looking statements. Although we believe that in making any such forward-looking statements our expectations are based on reasonable assumptions, any such forward-looking statement involves risks and uncertainties that could cause actual results to differ materially from management's current projections, forecasts, estimates and expectations. Any such forward-looking statement is qualified in its entirety by reference to the discussion of risk factors contained in Energy Future Intermediate Holding Company LLC's ("EFIH") and Energy Future Holdings Corp.'s ("EFH Corp.") filings with the Securities and Exchange Commission. Any forward-looking statement speaks only as of the date on which it is made, and except as may be required by applicable law, we undertake no obligation to update any forward-looking statement to reflect events or circumstances after the date on which it is made or to reflect the occurrence of unanticipated events. New factors emerge from time to time, and it is not possible for us to predict all of them; nor can we assess the impact of each such factor or the extent to which any factor, or combination of factors, may cause results to differ materially from those contained in any forward-looking statement. You should not unduly rely on such forward-looking statements.

## Regulation G

This presentation includes certain non-GAAP financial measures. A reconciliation of these measures to the most directly comparable GAAP measures is included in the appendix to this presentation.

## Securities Laws

This presentation shall not constitute an offer to sell, or the solicitation of an offer to buy, any of the notes described herein, nor shall there be any sale of the notes in any state in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of such state. The notes have not been registered under the Securities Act of 1933 (the "Securities Act") or any state securities laws and may not be offered or sold in the United States absent registration or an applicable exemption from registration requirements of the Securities Act and applicable state securities laws. The notes will be offered inside the United States only to qualified institutional buyers in reliance on Rule 144A under the Securities Act and to persons outside the United States in reliance on Regulation S under the Securities Act.

Confidential

EFIHMW00272273

**PX 055**
**Page 2 of 24**

## Disclaimer Regarding Ring-Fencing of Oncor

EFIH's equity interest in Oncor Electric Delivery Holdings Company LLC ("Oncor Holdings") represents a substantial portion of EFIH's net assets and earnings. Oncor Holdings owns approximately 80% of the equity interests of Oncor Electric Delivery Company LLC ("Oncor," and together with Oncor Holdings and Oncor's subsidiary, the "Oncor Ring-Fenced Entities"), a Texas based electric regulated transmission and distribution company. In order to enhance the credit quality of Oncor, various "ring-fencing" measures have been implemented in order to "ring-fence" the Oncor Ring-Fenced Entities from EFIH, EFH Corp. and their non-regulated affiliates (the "Non Ring-Fenced Affiliates"), including, among others, prohibitions on the Oncor Ring-Fenced Entities providing credit support to, or receiving credit support from, any member of the Non Ring-Fenced Affiliates, including EFIH. Thus, none of the Oncor Ring-Fenced Entities will be liable for any payments or obligations associated with the notes contemplated hereby, and no holder of such notes will be able to look to any of the Oncor Ring-Fenced Entities for any such payment or obligation. Moreover, the assets and liabilities of the Oncor Ring-Fenced Entities are separate and distinct from those of the Non Ring-Fenced Affiliates, and none of the assets of the Oncor Ring-Fenced Entities are available to satisfy the debt or contractual obligations of any member of the Non Ring-Fenced Affiliates, including the notes contemplated hereby. Further, the Oncor Ring-Fenced Entities' operations are conducted, and their cash flows managed, independently from the Non Ring-Fenced Affiliates.

Confidential

EFIHMW00272274

3

# Offering Summary

| | |
|---|---|
| Issuer | • Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc. |

| | | |
|---|---|---|
| Issue | • **$250mm Senior Secured 1st Lien Notes** | • **$500mm Senior Secured 2nd Lien Notes** |
| Guarantors | • The notes will not initially be guaranteed | • The notes will not initially be guaranteed |
| Collateral | • Secured by a first lien on all of EFIH's equity interests in Oncor Electric Delivery Holdings Company LLC ("Oncor Holdings"), which is a holding company that owns ~80% of the equity interest of Oncor Electric Delivery Company LLC ("Oncor") | • Secured by a second lien on all of EFIH's equity interests in Oncor Holdings, which is a holding company that owns ~80% of the equity interest of Oncor |
| Maturity | • 5 years | • Same as existing 2022 2nd Lien Notes (March 1, 2022) |
| Call Protection | • NC – 2.5 (subject to T+50 make whole call), callable thereafter at a premium declining to par | • Same as 2022 2nd Lien Notes<br>• NC until March 2017 (subject to T+50 make whole call), callable thereafter at a premium declining to par |
| Equity Clawback | • 35% at par plus coupon for the first 2.5 years | • Same as 2022 2nd Lien Notes<br>• 35% at 111.75% until March 2015 |
| Change of Control | • Investor put at 101% | • Investor put at 101% |
| Covenants | • Substantially similar to 2020 1st Lien Notes | • Same as 2022 2nd Lien Notes |
| Use of Proceeds | • To repay the demand notes payable by EFH Corp. (and guaranteed by EFIH) to Texas Competitive Electric Holdings Company LLC ("TCEH"), and for general corporate purposes | |
| Distribution | • Reg. S / 144A with Registration Rights | |

Confidential

4

EFIHMW00272275

# Company Overview

## EFH Corp.[1]

- EFH Corp. is a holding company with operations in two primary subsidiaries: TCEH and Oncor
- EFIH is an intermediate holding company below EFH Corp. and above Oncor Holdings
- EFIH indirectly owns an ~80% interest in Oncor, a regulated electric transmission and distribution utility
- TCEH, an indirect wholly-owned subsidiary of EFH Corp., is a holding company for various subsidiaries engaged in competitive electricity generation and retail activities

### Regulated Business

**Oncor Electric Delivery Holdings[1]**

Unrestricted Subsidiaries / Ring-Fenced Entities

ONCOR[1]

Minority Investors 19.97%

- Largest regulated transmission and distribution ("T&D") utility in Texas
- ~3.2 million electricity points of delivery; ~118,000 miles of T&D lines
- Growing customer base and constructive regulatory environment

### Unregulated Business

**Texas Competitive Electric Holdings[1]**



TXU energy

- Largest retail electric provider in Texas
- Strong customer value proposition
- ~1.8 million customers

Luminant

- Largest lignite/coal and nuclear generation fleet in Texas
- 2,200 MW of new lignite capacity (3 units) in operation

---

1   None of EFH Corp., EFCH, TCEH, any of EFCH's or TCEH's subsidiaries nor any of EFH's subsidiaries (including Oncor) will guarantee, nor are any of them (other than EFH Finance) otherwise liable for, the notes. The ring-fenced entities will not be restricted subsidiaries under the indentures governing the notes and will not be subject to covenants and events of default thereunder.

Confidential

# EFH Corp. Pro Forma Debt Structure

## As of June 30, 2012 (Pro-forma for the Notes and the use of proceeds therefrom)



Energy Future Holdings Corp. ("EFH Corp.")[3]

$115MM EFH 2019 Notes (first priority)
$1.061BB EFH 2020 Notes (first priority)
$660MM 2017 Notes[1]
$1.810BB Legacy Notes[2]

Energy Future Intermediate Holding Company ("EFIH")

New $250MM 2017 Notes (first priority)
$141MM EFIH 2019 Notes (first priority)
$2.18BB EFIH 2020 Notes (first priority)
Guarantor of EFH Corp. 2019 Notes (first priority)
Guarantor of EFH Corp. 2020 Notes (first priority)
Additional $500MM 2022 Notes (second priority)
$406MM Existing 2021 Notes (second priority)
$1.15BB Existing 2022 Notes (second priority)
Guarantor of 2017 Notes

Ring-Fenced[4]

Energy Future Competitive Holdings ("EFCH")[3]

Guarantor of TCEH Sr. Secured Credit Facilities[6]
Guarantor of TCEH 2020 Notes
Guarantor of TCEH 2021 Notes
Guarantor of TCEH 2015/2016 Notes
Guarantor of 2017 Notes
Guarantor of EFH Corp. 9.75% Notes
Guarantor of EFH Corp. 10.000% Notes

Texas Competitive Electric Holdings ("TCEH")[3][6]

$20.407BB TCEH Senior Secured Credit Facilities[6]
$1.75BB TCEH 2020 Notes
$1.571BB TCEH 2021 Notes
$4.781BB TCEH 2015/2016 Notes[7]
$1.120BB Pollution Control Revenue Bonds

Oncor Electric Delivery Holdings ("Oncor Holdings")[3]

80.03% Equity Ownership

Guarantors of TCEH Senior Secured Credit Facilities
Guarantors of TCEH 2020 Notes
Guarantor of TCEH 2021 Notes
Guarantor of TCEH 2015/2016 Notes

Guarantors of TCEH Sr. Secured Credit Facilities
Guarantors of TCEH 2020 Notes
Guarantor of TCEH 2021 Notes
Guarantor of TCEH 2015/2016 Notes

Texas Transmission Investment LLC

19.75% Equity Ownership

Oncor Investment Management

0.22% Equity Ownership

(1) Excludes $4.542 billion principal amount of 2017 Notes held by EFIH as investments.
(2) Excludes $54 million aggregate principal amount of Legacy Notes held by EFIH as investments.
(3) None of EFH Corp., EFIH's subsidiaries (including Oncor), or EFCH or its subsidiaries will guarantee, and none of them (other than EFIH Finance) will be otherwise liable for, the notes.
(4) The ring-fenced entities will not be restricted subsidiaries under the indentures governing the notes and will not be subject to covenants and events of default thereunder.
(5) Substantially all of the subsidiaries of TCEH are engaged in competitive market activities.
(6) Excludes $19 million principal amount of TCEH Senior Secured Credit Facilities held by EFH Corp.
(7) Excludes $284 million principal amount of TCEH 2015/2016 Notes held by EFH Corp. and $79 million principal amount of TCEH 2015/2016 Notes held by EFIH as investments.

Confidential

6

EFIHMW00272277

# Investment Highlights

**EFH (Issuer of $750 million new Senior Secured First and Second Lien Notes)**

| | |
|---|---|
| **Collateral** | • The new notes will be secured by first and second-priority liens, respectively, on the equity interests EFH holds in Oncor Holdings |
| | • The new notes are structured to be substantially similar to the existing 1st and 2nd lien senior secured notes |
| | — 1st lien debt at EFH Corp. / EFIH secured by Oncor Holdings' equity capped at $4 billion |
| | — 2nd lien debt at EFH Corp. / EFIH secured by Oncor Holdings' equity capped by the 2nd lien notes at the greater of (x) $2.85 billion and (y) an amount derived from Oncor Holdings' consolidated LTM Adj. EBITDA multiplied by 7.5, less total consolidated debt of Oncor Holdings and its subsidiaries, less $4 billion (the 1st lien debt cap) plus unrestricted cash (treating Oncor Holdings and its subsidiaries as restricted subsidiaries) |

**Oncor (Indirect, ~80% owned unrestricted subsidiary of EFIH)**

| | |
|---|---|
| **Pure infrastructure business with regulated ROE** | • Regulated infrastructure business with regulated ROE of 10.25% based on a capital structure of 60% debt / 40% equity |
| | • Financial performance is not directly exposed to commodity prices |
| **Oncor has a strong credit profile with substantial liquidity as of 6/30/2012** | • Credit profile supported by ring-fencing provisions |
| | • Total available liquidity of $1.5 billion as of June 30, 2012 |
| | • $2.4 billion credit facility available through October 2016 |
| | • Total leverage of 3.7x as of June 30, 2012[1] |
| **Constructive regulatory environment in ERCOT** | • In Oncor's last rate case, the Public Utility Commission of Texas ("PUCT") approved the recovery of all of Oncor's capital investment in its T&D system |
| | • Annual rate increases for transmission investments, including CREZ expenditures |
| | • Corporate ring-fence recognized by the PUCT |
| **Sound growth platform** | • $7.6 billion capital program with mechanisms that are expected to provide for efficient recovery between 2010 and 2016 |
| | • CREZ build-out should offer strong growth over next few years (~$2.0 billion Oncor investment from 2009-2014, of which ~$1.2 billion has been spent through the end of Q2 2012) |
| | • Projected long-term demand growth in ERCOT of 2.0% CAGR between 2008 and 2016 |
| **Strong operations** | • Industry-leading operating performance and reliability |
| | • Experienced management team |

**EFH Corp. (Parent of EFIH)**

| | |
|---|---|
| **Substantial liquidity** | • As of June 30, 2012, EFH Corp. consolidated (excluding Oncor) available liquidity totaled $3.0 billion |

(1) Excludes Transition BondCo.

Confidential

7

EFIHMW00272278

# Oncor Business Overview

**Oncor, which is approximately 80% indirectly owned by EFIH, is the largest transmission & distribution utility in Texas.**

## Business Profile

- 6th largest US transmission & distribution company
- Low costs and high reliability
- Financial performance is not directly exposed to commodity prices
- Accelerated recovery of investments in advanced meters and transmission
- $2.0 billion[1] CREZ investment

## Value Drivers

- Constructive regulatory environment
- 10.25% authorized ROE
- Improved capital expenditure recovery
- Low operating costs per customer
- Low rates compared to peers
- Strong reliability and safety performance

### Projected peak demand growth 08-18E; GW

ERCOT CAGR: 2.0%



Sources: ERCOT, CDR Report, May 2012

### Actual and Estimated Capital Expenditures '08 - '16E; $ millions



CREZ / Voltage Support
Transmission
Grid Expansion
Advanced Metering
New Service
IT / Maintenance / General Plant

(1) Oncor currently estimates that the total cost of the CREZ / Voltage Support projects will be approximately $2.0 billion, of which ~$1.2 billion has been spent through the end of Q2 2012.

Confidential

8

EFIHMW00272279

PX 055
Page 8 of 24



# Oncor's Strong, Stable Financial Performance

**Operating Revenues ($mm)**

2009: $2,543
2010: $2,761
2011: $2,967
LTM Q2: $3,121

**Operating Cash Flow [1] ($mm)**

2009: $853
2010: $982
2011: $1,178
LTM Q2: $1,165

**Adjusted Net Income ($mm)**

2009: $306
2010: $331
2011: $348
LTM Q2: $375

**Adjusted EBITDA ($mm)**

2009: $1,237
2010: $1,442
2011: $1,537
LTM Q2: $1,630

Note: See Appendix for Regulation G reconciliations and definitions.
[1] Cash provided by operating activities.

Confidential

9

EFIHMW0272280

PX 055
Page 9 of 24

# New Oncor Infrastructure

**Oncor expects to invest ~$2.0 billion[1] on new CREZ-related transmission lines…**

**…to support the continued buildout of wind capacity in Texas**





*Oncor's investment in CREZ will receive accelerated recovery, consistent with other transmission investment, mitigating regulatory delay.*

[1] Oncor currently estimates that the cost of these projects will be approximately $2.0 billion, of which ~$1.2 billion has been spent through the end of Q2 2012.

Confidential

EFIHMW00272281

10

# Significant Oncor Collateral Value

- In 2008, Texas Transmission Investment LLC acquired a ~19.75% equity interest in Oncor for $1.254 billion, implying a gross equity value of Oncor of ~$6.35 billion (assuming no control premium) and an ~9.0x EV / EBITDA based on LTM Adj. EBITDA of $1.22 billion
- Since then, Oncor Adj. EBITDA has increased ~33% to ~$1.6 billion (LTM 6/30/2012)
- The chart below illustrates significant collateral value based on Oncor LTM 6/30/2012 Adj. EBITDA[1]
- Does not reflect any value growth driven by Oncor's ongoing capital investments (including CREZ)
- Additional considerations include:
- Multiple sources of EFH / EFIH liquidity, including
- Oncor dividends to EFIH
- Tax payments from Oncor to EFH
- Other sources including $705mm of EFH / EFIH cash, $253mm of 1st Lien capacity and $794mm of 2nd Lien capacity
- Illustrative valuation does not reflect other assets of EFIH or any net proceeds EFIH would receive from any new 1st lien or 2nd lien notes offerings or assets acquired with such net proceeds or in such offerings (e.g., debt securities)

## Illustrative Oncor Collateral Value to EFIH[1]

| | 9.00x | 10.00x | 11.00x |
|---|---|---|---|
| EV / EBITDA Range based on T&D Public Comps | | | |
| Control Premium | None | −20% | −40% |
| Oncor LTM 6/30/12 Adj. EBITDA (Excluding BondCo) | $1,630 | $1,630 | $1,630 |
| Implied Enterprise Value (100% of Oncor) | 14,670 | 16,300 | 17,930 |
| Less: 6/30/12 Oncor Net Debt (Excluding BondCo) | (5,992) | (5,992) | (5,992) |
| Implied Equity Value Range (100% of Oncor) | 8,678 | 10,308 | 11,938 |
| **Implied Equity Value of EFH's 80% Stake** | **$6,945** | **$8,249** | **$9,554** |
| **First Lien** | | | |
| Implied Equity Value of EFH's 80% Stake | $6,945 | $8,249 | $9,554 |
| Less: Existing EFH Guarantees of EFH 1st Lien Debt | (1,176) | (1,176) | (1,176) |
| Less: Existing EFH 1st Lien Debt | (2,321) | (2,321) | (2,321) |
| Less: New EFH 1st Lien Debt Issued Hereby | (250) | (250) | (250) |
| Total 1st Lien Debt | (3,747) | (3,747) | (3,747) |
| Pro Forma Total 1st Lien Debt Loan-to-Value | 54% | 45% | 39% |
| **Equity Value after Pro-Forma 1st Lien Debt** | **$3,198** | **$4,502** | **$5,807** |
| **Second Lien** | | | |
| Implied Equity of EFH's 80% Stake | $6,945 | $8,249 | $9,554 |
| Less: Max Permitted 1st Lien Debt | (4,000) | (4,000) | (4,000) |
| **Equity Value Available to 2nd Lien Debt** | **$2,945** | **$4,249** | **$5,554** |
| Less: Existing EFH 2nd Lien Debt | (1,556) | (1,556) | (1,556) |
| Less: New EFH 2nd Lien Debt Issued Hereby | (500) | (500) | (500) |
| Total 2nd Lien Debt | (2,056) | (2,056) | (2,056) |
| Pro Forma Total 1st and 2nd Lien Debt Loan-to-Value | 87% | 73% | 63% |
| **Equity Value after Pro-Forma 2nd Lien Debt** | **$889** | **$2,193** | **$3,498** |

Source: Oncor Electric Delivery public filings
1 Implied collateral value shown for illustrative purposes only and may not represent actual collateral value to EFIH, whether now or at any given time in the future.

# Luminant Business Summary[1]

Luminant is the largest power generator in Texas.

## Business Profile

- Largest coal & nuclear generation fleet in ERCOT with around-the-clock assets that dispatch at low heat rate levels
- Top decile nuclear plant production and cost performance
- Top quartile coal fleet production and cost performance
- Liquidity-light natural gas hedging program designed to provide cash flow security for hedged periods
- Comanche Peak expansion through Mitsubishi partnership provides a long term nuclear growth option

## Value Drivers

- Safety
- Wholesale power prices
- Natural gas hedge program
- Coal/ Nuclear plant reliability
- Mining operations
- Fuel/ O&M costs
- Peaking gas assets
- Operational excellence/continuous improvement
- Competitive market

## Generation

Generating Capacity2 as of 12/31/11     Total Net Generation3 12/31/11



15,427 MW     78,681 GWh

Gas   Coal   Nuclear   New Build-Coal

## Generation Capacity in ERCOT (12/31/2011)

| | MW |
|---|---|
| Nuclear | 2,300 MW |
| Coal | 8,017 |
| Natural gas[2] | 5,110 |
| Total | 15,427 MW |

Power Plants
- Natural gas
- Coal
- Nuclear
- all new build

Source: November 2011 EEI presentation and 2011 10-K.
[1] Luminant is not a subsidiary or parent company of EFIH and will not be an obligor or guarantor of the Notes.
[2] Includes four mothballed units (1,655 MW) not available for dispatch.
[3] Twelve months ended December 31, 2011 (excludes purchased power).

Confidential

EFIHMW00272283

12

PX 055
Page 12 of 24

# TXU Energy Business Summary[1]

## TXU Energy is the largest electricity retailer in Texas.

### Residential Customers / Meters (in millions)
*TXU Energy is the leading electricity retailer in the ERCOT market*



| TXU Energy | Reliant | Direct Energy | Stream Energy | Ambit | Green Mountain | First Choice |
|---|---|---|---|---|---|---|
| 1.6 | 1.5 | 0.6 | 0.4 | 0.3 | 0.2 | 0.2 |

Source: Latest available company filings, TXU Energy estimates as of 6/30/2012.

## Value Drivers

- **Strong customer value proposition**
  - High brand recognition in Texas competitive areas
  - Competitive retail prices
  - Innovative products and services
  - Committed to low-income customer assistance
  - Improved customer care delivery capabilities
- **Balance Sheet**
  - Combined TCEH risk management and liquidity efficient capital structure
- **Expected margins (5–10% net)**

Source: November 2011 EEI presentation.
[1] TXU Energy is not a subsidiary or parent company of EFIH and will not be an obligor or guarantor of the Notes.

### Residential Customers (in thousands)
*Continued disciplined approach in a very competitive market*



| 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|
| 2,207 | 2,145 | 1,982 | 1,850 | 1,857 | 1,914 | 1,882 | 1,771 | 1,625 | 1,578 |

2012 is as of 6/30/2012; all other years are as of year-end

### Projected Annual Demand Growth
CAGR (2010A–2019E)

1.2 — US Average    92%    2.3 — ERCOT

Sources: NERC, ERCOT

Confidential

EFIHMW00272284

13

# Summary

**New Notes Structure**

- Issued by EFIH, a holding company that indirectly owns ~80% interest in Oncor, a regulated electric transmission and distribution company
- First lien on EFIH's equity interests in Oncor Holdings capped at $4 billion
- Second lien on EFIH's equity interests in Oncor Holdings capped at the greater of $2.85 billion and an amount derived from the consolidated junior lien leverage ratio

**Oncor's Strong Business Profile[1]**

- Regulated infrastructure business with regulated ROE; constructive regulatory environment
- Financial performance is not directly exposed to commodity prices
- Significant capital expenditure program with recovery of all T&D investments approved by PUCT in Oncor's last rate case
- Oncor has been granted authority to construct ~$2.0 billion infrastructure in CREZ investment (of which ~$1.2 billion has been spent through the end of Q2 2012)

**Oncor's Structural Protection And Credit Profile**

- Ring-fencing provisions intended to insulate Oncor's credit from rest of EFH Corp. family's credit
- 60% debt / 40% equity ratio required by regulators limits leverage at Oncor

**New Notes Collateral Coverage**

- EFIH's equity ownership in Oncor should offer substantial collateral value to bondholders
- CREZ build-out and improved economy is expected to drive growth

[1] Neither Oncor Holdings nor any of its subsidiaries (including Oncor) will be an obligor or guarantor of the Notes.

Confidential

14

EFIHMW00272285

Energy Future Holdings



TXU energy



Luminant

ONCOR

# Appendix –
## Additional Slides and
## Regulation G Reconciliations

Confidential

EFIHMW0272286

# 1st and 2nd Lien Debt Secured by the Collateral

## 1st Lien Debt Secured by the Collateral

- 1st lien debt secured by the Collateral is capped at $4.0 billion
  - Outstanding 1st lien debt includes the EFIH 9.75% notes, the EFIH 10.00% notes, the EFH Corp. 9.75% notes, the EFH Corp. 10.00% notes and will include the additional 1st lien notes offered hereby
- Approximately $253mm of additional debt capacity will be available at EFH Corp. and EFIH after this offering

## 2nd Lien Debt Secured by the Collateral

- The indenture governing the new 2nd lien notes will contain the same cap as the 2022 2nd lien notes limiting 2nd lien debt at EFIH Corp. / EFIH secured by the Collateral (including the existing second lien notes and second lien notes offered hereby) to an amount equal to the greater of:
  - $2.85 billion and
  - An amount derived from Oncor Holdings consolidated LTM Adj. EBITDA multiplied by 7.5, less total consolidated debt of Oncor Holdings and its subsidiaries, less $4 billion (the amount of 1st lien debt that can be incurred by EFH Corp. / EFIH) plus unrestricted cash (treating Oncor Holdings and its subsidiaries as restricted subsidiaries)

## 2nd Lien Debt Secured by the Collateral (cont'd)

### Calculation of 2nd Lien Capacity

|  | As of 06/30/12 |
|---|---|
| Oncor Holdings LTM Adj. EBITDA (including BondCo) | $1,717 |
| Max Lien Incurrence Ratio | 7.50x |
| **Subtotal** | **$12,878** |
| *Less:* |  |
| Oncor Holdings Debt (Including BondCo) | ($6,516) |
| Max. EFH / EFH 1st Lien Debt | (4,000) |
| **Subtotal** | **($10,516)** |
| *Plus:* |  |
| Oncor Holdings Unrestricted Cash | $33 |
| EFIH Unrestricted Cash | 79 |
| **2nd Lien Cap Per Ratio Test** | **$2,474** |
| Floor 2nd Lien Allowable | 2,850 |
| **Greater of Floor and Cap** | **$2,850** |
| Less: Current 2nd Lien Outstanding | (1,556) |
| Less: Pro Forma New 2nd Lien Debt Issued Hereby | (500) |
| **Remaining 2nd Lien Capacity** | **$794** |
| Implied Pro Forma Leverage Through 2nd Lien [1] | 7.3x |

(1) Includes full $4.0 billion of 1st Lien capacity.

Confidential

16

EFIHMW00272287

# EFIH Pro-Forma Debt

| | As of 06/30/12 | Adjustment | Pro Forma As of 06/30/12 |
|---|---|---|---|
| **First Lien Secured Debt (a)** | | | |
| EFIH 9.750% Senior Secured Notes due 2019 | $141 | | $141 |
| EFIH 10.000% Senior Secured Notes due 2020 | 2,180 | | 2,180 |
| EFIH New Senior Secured Notes due 2017 | - | 250 | 250 |
| EFH Corp 9.750% Senior Secured Notes due 2019 | 115 | | 115 |
| EFH Corp 10.000% Senior Secured Notes due 2020 | 1,061 | | 1,061 |
| **Total First Lien Secured Debt (issued or guaranteed)** | **$3,497** | | **$3,747** |
| **Second Lien Secured Debt (b)** | | | |
| EFIH 11.000% Senior Secured Second Lien Notes due 2021 | $406 | | $406 |
| EFIH 11.750% Senior Secured Second Lien Notes due 2022 | 1,150 | 500 | 1,650 |
| **Total Second Lien Secured Debt (issued or guaranteed)** | **$1,556** | | **$2,056** |
| **Unsecured Debt** | | | |
| EFH Corp 10.875% Cash Pay Notes due 2017 (c) | $196 | | $196 |
| EFH Corp 11.250% / 12.000% PIK Toggle Notes due 2017 (d) | 464 | | 464 |
| EFH Corp. P&I and SG&A demand notes payable to TCEH (e) | 680 | (680) | 0 |
| **Total Unsecured Debt (issued or guaranteed)** | **$1,340** | | **$660** |
| **Total Debt (issued or guaranteed)** | **$6,393** | | **$6,463** |

(a)  These notes or EFIH's guarantee thereof, as applicable, are secured by the Collateral on a first-priority basis.
(b)  These notes are secured by the Collateral on a second-priority basis.
(c)  Net of $1.591 billion principal amount of these notes held by EFIH as of June 30, 2012.
(d)  Net of $2.951 billion principal amount of these notes held by EFIH as of June 30, 2012.
(e)  These notes are payable on demand. As of June 30, 2012, $680 million was outstanding under the EFH Corp. P&I and SG&A demand notes.  A portion of the net proceeds from this offering will ultimately be used to repay these demand notes.

Confidential

17

EFIHMV00272288

# Financial Definitions - Oncor

| Measure | Definition |
|---|---|
| Operating Cash Flow (GAAP) | Cash provided by operating activities. |
| Debt (non-GAAP) | Total debt less transition bonds. |
| Total Debt (GAAP) | Long-term debt (including current portion) plus bank loans and commercial paper. |
| Net Debt | Total debt less cash and cash equivalents |
| Adjusted Net Income | Net income less effects of purchase accounting (including goodwill adjustments), write offs of regulatory assets and Oncor Electric Delivery Transition Bond Company. |
| Adjusted EBITDA (non-GAAP) | Income from continuing operations before interest expense and related charges, and provisions in lieu of income tax plus depreciation and amortization and special items. Adjusted EBITDA is a measure used by Oncor to assess performance. Adjusted EBITDA is also a measure used to calculate certain EFIH and EFH Corp debt covenant ratios. |
| Debt/Adjusted EBITDA (non-GAAP) | Total debt less transition bonds divided by Adjusted EBITDA. Transition, or securitization, bonds are serviced by a regulatory transition charge on wires rates and are therefore excluded from debt in credit reviews. Debt/Adjusted EBITDA is a measure used by Oncor to assess credit quality. |
| Adjusted EBITDA/Cash Interest (non-GAAP) | Adjusted EBITDA divided by cash interest expense is a measure used by Oncor to assess credit quality. |

EFIHMW00272289

Confidential

## Table 1: Oncor Adjusted EBITDA Reconciliation
## Twelve months ended 12/31/09, 12/31/10, 12/31/11 and LTM 6/30/12
## $ millions

| Factor | 2009 | 2010 | 2011 | LTM 2Q12 |
|---|---|---|---|---|
| Net income | 320 | 352 | 367 | 392 |
| Provision in lieu of income taxes | 173 | 215 | 229 | 252 |
| Interest expense and related charges – Oncor | 346 | 347 | 359 | 365 |
| Depreciation and amortization | 557 | 673 | 719 | 745 |
| Net income – BondCo | - | - | - | - |
| Depreciation & amortization – BondCo | (104) | (115) | (118) | (117) |
| Provision in lieu of income taxes – BondCo | - | - | - | - |
| Interest expense – BondCo | (42) | (37) | (32) | (29) |
| Effects of fair value accounting (pre-tax) | (39) | (34) | (29) | (26) |
| Write-off of regulatory assets (pre-tax) | 25 | - | - | - |
| Regulatory Asset Amortization | 11 | 41 | 42 | 48 |
| Adjustment of Goodwill Liability | (10) | - | - | - |
| Adjusted EBITDA, excluding BondCo[1] | 1,237 | 1,442 | 1,537 | 1,630 |
| Depreciation & amortization – BondCo | 104 | 115 | 118 | 117 |
| Interest expense – BondCo | 42 | 37 | 32 | 29 |
| Regulatory Asset Amortization | (11) | (41) | (42) | (48) |
| Adjustment of Goodwill Liability | 10 | - | - | - |
| Interest income | (43) | (38) | (32) | (35) |
| Non-cash compensation expense | - | 1 | 7 | 8 |
| Transition and business optimization costs and other | 4 | 7 | 10 | 7 |
| Transaction and merger expenses | (4) | - | 1 | 1 |
| Inventory write-down | - | - | 8 | 8 |
| Adjusted EBITDA per EFIH Restricted Payments Covenant | 1,339 | 1,523 | 1,639 | 1,717 |

[1] Excludes impacts from transition bond debt and purchase accounting related adjustments associated with the October 2007 merger, including subsequent goodwill impairment.

Confidential

## Table 2: Oncor Adjusted Net Income1 Reconciliation
## Twelve months ended 12/31/09, 12/31/10, 12/31/11 and LTM 6/30/12
## $ millions

| Description | 2009 | 2010 | 2011 | LTM2Q12 |
|---|---|---|---|---|
| Net income – Oncor | 320 | 352 | 367 | 392 |
| Net income – BondCo | - | - | - | - |
| Effects of purchase accounting (after-tax) | (24) | (21) | (19) | (17) |
| Write-off of regulatory assets (after-tax) | 16 | - | - | - |
| Adjustment of Goodwill Liability | (6) | - | - | - |
| Net income, excluding BondCo | 306 | 331 | 348 | 375 |

[1] Excludes impacts from transition bond debt and purchase accounting-related adjustments associated with the October 2007 merger, including subsequent goodwill impairment.

Confidential

20

EFIHMW00272291

**PX 055**
**Page 20 of 24**

## Table 3: Oncor Operating Revenues[1] Reconciliation
### Twelve months ended 12/31/09, 12/31/10, 12/31/11 and LTM 6/30/12
$ millions

| Description | 2009 | 2010 | 2011 | LTM 2Q12 |
|---|---|---|---|---|
| Operating revenues – Oncor | 2,690 | 2,914 | 3,118 | 3,267 |
| Operating revenues – BondCo | (147) | (153) | (151) | (146) |
| Operating revenues, excluding BondCo | 2,543 | 2,761 | 2,967 | 3,121 |

[1] Excludes impacts from transition bond debt.

Confidential

## Table 4: Oncor Operating Cash Flow1 Reconciliation
### Twelve months ended 12/31/09, 12/31/10, 12/31/11 and LTM 6/30/12
$ millions

| Description | 2009 | 2010 | 2011 | LTM 2Q12 |
|---|---|---|---|---|
| Operating cash flow – Oncor | 950 | 1,098 | 1,295 | 1,281 |
| Operating cash flow – BondCo | (97) | (116) | (117) | (116) |
| Operating cash flow, excluding BondCo | 853 | 982 | 1,178 | 1,165 |

1 Excludes impacts from transition bond debt.

Confidential

EFIHMW00272293

## Table 5: Oncor Total Debt1 Reconciliation
### As of 12/31/09, 12/31/10, 12/31/11 and 6/30/12
### $ millions

| Description | 2009 | 2010 | 2011 | 6/30/2012 |
|---|---|---|---|---|
| Short-term debt - Oncor | 616 | 377 | 392 | 935 |
| Long-term debt due currently - Oncor | 108 | 113 | 494 | 121 |
| Long-term debt, less amounts due currently - Oncor | 4,996 | 5,333 | 5,144 | 5,460 |
| **Total debt including BondCo** | **5,720** | **5,823** | **6,030** | **6,516** |
| | | | | |
| Less: Oncor cash & cash equivalents | (28) | (33) | (12) | (33) |
| **Net debt including BondCo** | **5,692** | **5,790** | **6,018** | **6,483** |
| | | | | |
| Total debt including BondCo | 5,720 | 5,823 | 6,030 | 6,516 |
| Less amounts related to BondCo: | | | | |
| Short-term debt | - | - | - | - |
| Long-term debt due currently | (108) | (113) | (118) | (121) |
| Long-term debt, less due currently | (667) | (554) | (436) | (372) |
| Fair value adjustment | 6 | 4 | 3 | 2 |
| **Total debt, excluding BondCo** | **4,951** | **5,160** | **5,479** | **6,025** |
| | | | | |
| Less: Oncor cash & cash equivalents | (28) | (33) | (12) | (33) |
| **Net debt, excluding BondCo** | **4,923** | **5,127** | **5,467** | **5,992** |

1 Excludes impacts from transition bond debt and purchase accounting related adjustments associated with the October 2007 merger.

Confidential

EFIHMW00272294

23

## Table 6: Oncor Cash Interest Expense[1] Reconciliation and Debt Coverage
### Twelve months ended 12/31/09, 12/31/10, 12/31/11 and 6/30/12
$ millions

| Description | 2009 | 2010 | 2011 | 6/30/12 | Ref | Source |
|---|---|---|---|---|---|---|
| Interest expense and related charges -- Oncor | 346 | 347 | 359 | 365 | | |
| Amortization of debt fair value discount - Oncor | (3) | (2) | - | - | | |
| Amortization of debt discount - Oncor | (7) | (5) | (3) | (4) | | |
| AFUDC - Oncor | 2 | 2 | 3 | 7 | | |
| Cash interest expense | 338 | 342 | 359 | 368 | | |
| Interest expense - BondCo | (42) | (37) | (32) | (29) | | |
| Cash interest expense, excluding BondCo | 296 | 305 | 327 | 339 | A | |
| Adjusted EBITDA, excluding BondCo | 1,237 | 1,442 | 1,537 | 1,630 | B | Table 1 |
| Total debt, excluding BondCo | 4,951 | 5,160 | 5,479 | 6,025 | C | Table 5 |
| Adjusted EBITDA/interest -- ratio (B/A) | 4.2x | 4.7x | 4.7x | 4.8x | | |
| Debt/Adjusted EBITDA -- ratio (B/A) | 4.0x | 3.6x | 3.6x | 3.7x | | |

[1] Excludes impacts from transition bond debt and purchase accounting related adjustments associated with the October 2007 merger.

Confidential

EFIHMW00272295