*Fair Value of Long-Term Debt*

At June 30, 2012 and December 31, 2011, the estimated fair value of our long-term debt (including current maturities) totaled $6.307 billion and $6.705 billion, respectively, and the carrying amount totaled $5.581 billion and $5.638 billion, respectively. The fair values are estimated based upon market values as determined by quoted market prices, representing Level 1 valuations under accounting standards related to the determination of fair value.

## 6.  COMMITMENTS AND CONTINGENCIES

*Guarantees*

Oncor has entered into contracts that contain guarantees to unaffiliated parties that could require performance or payment under certain conditions as discussed below.

Oncor is the lessee under various operating leases that obligate it to guarantee the residual values of the leased assets. At June 30, 2012, both the aggregate maximum amount of residual values guaranteed and the estimated residual recoveries totaled $7 million. These leased assets consist primarily of vehicles used in distribution activities. The average life of the residual value guarantees under the lease portfolio is approximately 1.6 years.

For the purpose of obtaining greater access to materials, Oncor has guaranteed the repayment of borrowings under a nonaffiliated party's $5 million credit facility maturing on December 31, 2012. The nonaffiliated party's borrowings under the credit facility are limited to inventory produced solely to satisfy the terms of a contract with Oncor. Oncor would be entitled to the related inventory upon repayment of the credit facility (or payment to the nonaffiliated party). At June 30, 2012, the nonaffiliated party had no outstanding borrowings under the facility.

*Legal/Regulatory Proceedings*

In October 2010, the PUCT established Docket No. 38780 for the remand of Docket No. 20381, the 1999 wholesale transmission charge matrix case. A joint settlement agreement was entered into effective October 6, 2003. This settlement resolves disputes regarding wholesale transmission pricing and charges for the period of January 1997 through August 1999, the period prior to the September 1, 1999 effective date of the legislation that authorized 100% postage stamp pricing for ERCOT wholesale transmission. After a series of appeals became final, the 1999 matrix docket was remanded to the PUCT to address two additional issues.

The first issue is the wholesale transmission transition mechanism for the period of September 1999 through December 1999. The disputed issue is whether the PUCT should have allowed the transition mechanism to continue for the last four months of 1999. The appealing parties (Texas Municipal Power Agency, the City of Denton, the City of Garland and GEUS (formerly known as Greenville Electric Utility System)) argued that the transition mechanism was not authorized in the September 1, 1999 100% postage stamp pricing legislation. Oncor's transmission deficit position was mitigated by approximately $8 million in the last four months of 1999 through the transition mechanism. In October 2011, certain parties filed a proposed settlement of this issue, subject to PUCT approval, in which Oncor would pay approximately $9 million including interest through October 9, 2003. The PUCT approved the settlement in January 2012. No appeals were filed prior to the appeals deadline, and the PUCT order became final in February 2012. Oncor made the payment in accordance with the settlement in February 2012. Oncor believes recovery of the settlement payment through future rates is probable.

Highly Confidential

The second issue is the San Antonio City Public Service Board's (CPSB) claim that the PUCT did not have the authority to reduce CPSB's requested Transmission Cost of Service (TCOS) revenue requirement. CPSB's initial TCOS rate was in effect from 1997 through 2000. Since the period of January 1997 through August 1999 is incorporated in the joint settlement, CPSB's remaining claim is for the period of September 1999 through December 2000. In January 2011, CPSB made a filing with the PUCT (PUCT Docket No. 39068), seeking an additional $22 million of TCOS revenue, including interest, for the 16-month period, of which Oncor would be responsible for approximately $11 million. In late 2011, Oncor intervened in the proceeding and, along with several other parties, filed motions to dismiss CPSB's request. In January 2012, the PUCT upheld an administrative law judge's earlier decision to dismiss CPSB's request. No appeals were filed prior to the appeals deadline, and the PUCT order became final in February 2012.

We are involved in various other legal and administrative proceedings in the normal course of business, the ultimate resolution of which, in the opinion of management, should not have a material effect upon our financial position, results of operations or cash flows. See Note 8 to Financial Statements included in our 2011 Audited Financial Statements for additional information concerning our legal and regulatory proceedings.

## 7. MEMBERSHIP INTERESTS

On July 25, 2012, our board of directors declared a cash distribution of $32 million to be paid to EFIH on July 31, 2012. During the six months ended June 30, 2012, our board of directors declared, and we paid, the following cash distributions to EFIH:

| Declaration Date | Payment Date | Amount |
| --- | --- | --- |
| April 25, 2012 | May 1, 2012 | $33 |
| February 14, 2012 | February 21, 2012 | $36 |

While there are no direct restrictions on our ability to distribute our net income that are currently material, substantially all of our net income is derived from Oncor. Our board of directors and Oncor's board of directors, which are composed of a majority of independent directors, can withhold distributions to the extent the boards determine that it is necessary to retain such amounts to meet our expected future requirements.

Oncor's distributions are limited to its cumulative net income and may not be paid except to the extent Oncor maintains a required regulatory capital structure, as discussed below. At June 30, 2012, $140 million was eligible to be distributed to Oncor's members after taking into account these restrictions, of which approximately 80% relates to our ownership interest.

For the period beginning October 11, 2007 and ending December 31, 2012, Oncor's cash distributions (other than distributions of the proceeds of any issuance of limited liability company units) are limited by the Limited Liability Company Agreement and a stipulation agreement with the PUCT to an amount not to exceed its cumulative net income determined in accordance with US GAAP, as adjusted by applicable orders of the PUCT. Such adjustments include the removal of noncash impacts of purchase accounting and deducting two specific cash commitments. To date, the noncash impact consists of removing the effect of an $860 million goodwill impairment charge in 2008 and the cumulative amount of net accretion of fair value adjustments. The two specific cash commitments are the $72 million ($46 million after tax) one-time refund to customers in September 2008 and the funds spent as part of the $100 million commitment for additional energy efficiency initiatives of which $86 million ($56 million after tax) has been spent through June 30, 2012. The goodwill impairment charge and refund are described in Notes 2 and 3 to Financial Statements included in our 2011 Audited Financial Statements. At June 30, 2012, $390 million of membership interests was available for distribution under the cumulative net income restriction, of which 80% relates to our ownership interest.

F-18

Highly Confidential

EFIHMW00034214

**PX 058
Page 300 of 308**

Distributions are further limited by Oncor's required regulatory capital structure to be at or below the assumed debt-to-equity ratio established periodically by the PUCT for ratemaking purposes, which is currently set at 60% debt to 40% equity. At June 30, 2012, Oncor's regulatory capitalization ratio was 59.0% debt and 41.0% equity. The PUCT has the authority to determine what types of debt and equity are included in a utility's debt-to-equity ratio. For purposes of this ratio, debt is calculated as long-term debt plus unamortized gains on reacquired debt less unamortized issuance expenses, premiums and losses on reacquired debt. The debt calculation excludes transition bonds issued by Bondco. Equity is calculated as membership interests determined in accordance with US GAAP, excluding the effects of purchase accounting (which included recording the initial goodwill and fair value adjustments and the subsequent related impairments and amortization). At June 30, 2012, $140 million was available for distribution under the capital structure restriction, of which 80% relates to our ownership interest.

### Noncontrolling Interests

At June 30, 2012, Oncor's ownership was as follows: 80.03% held by us, 19.75% held by Texas Transmission and 0.22% held indirectly by certain members of Oncor's management team and board of directors.

### Membership Interests

The following tables present the changes to membership interests during the six months ended June 30, 2012 and 2011, respectively:

|  | Capital Account | Accumulated Other Comprehensive Loss | Noncontrolling Interests | Total Membership Interests |
|---|---|---|---|---|
| Balance at December 31, 2011 | $5,745 | $(25) | $1,564 | $7,284 |
| Net income | 141 | — | 36 | 177 |
| Distributions paid to parent | (69) | — | — | (69) |
| Distributions to noncontrolling interests | — | — | (21) | (21) |
| Change related to future tax distributions from Oncor | — | — | 27 | 27 |
| Net effects of cash flow hedges (net of tax) | — | 1 | 1 | 2 |
| Other | 1 | — | — | 1 |
| Balance at June 30, 2012 | $5,818 | $(24) | $1,607 | $7,401 |

|  | Capital Account | Accumulated Other Comprehensive Loss | Noncontrolling Interests | Total Membership Interests |
|---|---|---|---|---|
| Balance at December 31, 2010 | $5,546 | $ (2) | $1,452 | $6,996 |
| Net income | 122 | — | 31 | 153 |
| Distributions paid to parent | (32) | — | — | (32) |
| Distributions to noncontrolling interests | — | — | (8) | (8) |
| Capital contributions (a) | 18 | — | — | 18 |
| Change related to future tax distributions from Oncor | — | — | 25 | 25 |
| Other | — | — | 1 | 1 |
| Balance at June 30, 2011 | $5,654 | $ (2) | $1,501 | $7,153 |

(a) Reflects noncash settlement of certain income taxes payable arising as a result of the sale of noncontrolling interests in Oncor.

Highly Confidential

EFIHMW00034215

PX 058
Page 301 of 308

8. **PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS (OPEB) COSTS**

Oncor is a participating employer in the EFH Retirement Plan and also participates with EFH Corp. and other subsidiaries of EFH Corp. to offer certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees. Oncor also participates in the Oncor Plan, which is a supplemental retirement plan for certain employees whose retirement benefits cannot be fully earned under the qualified EFH Retirement Plan.

Oncor's net pension and OPEB costs related to the EFH Retirement Plan, the OPEB Plan and the Oncor Plan for the three and six months ended June 30, 2012 and 2011 were comprised of the following:

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2012 | 2011 | 2012 | 2011 |
| Components of net allocated pension costs: | | | | |
| Service cost | $ 6 | $ 5 | $ 11 | $ 10 |
| Interest cost | 27 | 28 | 54 | 56 |
| Expected return on assets | (26) | (25) | (52) | (50) |
| Amortization of net loss | 18 | 16 | 37 | 32 |
| Net pension costs | 25 | 24 | 50 | 48 |
| Components of net OPEB costs: | | | | |
| Service cost | 1 | 2 | 2 | 4 |
| Interest cost | 9 | 13 | 19 | 26 |
| Expected return on assets | (3) | (3) | (6) | (6) |
| Amortization of net transition obligation | 1 | — | 1 | — |
| Amortization of prior service cost | (5) | — | (10) | — |
| Amortization of net loss | 4 | 6 | 7 | 12 |
| Net OPEB costs | 7 | 18 | 13 | 36 |
| Total net pension and OPEB costs | 32 | 42 | 63 | 84 |
| Less amounts deferred principally as a regulatory asset or property | (23) | (33) | (45) | (66) |
| Net amounts recognized as expense | $ 9 | $ 9 | $ 18 | $ 18 |

The discount rates reflected in net pension and OPEB costs in 2012 are 5.00% and 4.95%. The expected rates of return on pension and OPEB plan assets reflected in the 2012 cost amounts are 7.4% and 6.8%, respectively.

Oncor made cash contributions to the EFH Retirement Plan, the OPEB Plan and the Oncor Plan of $58 million, $4 million and $1 million, respectively, during the six months ended June 30, 2012, and expects to make additional cash contributions of $64 million, $7 million and $2 million, respectively, in the remainder of 2012.

9. **RELATED-PARTY TRANSACTIONS**

The following represent our significant related-party transactions:

- Oncor records revenue from TCEH, principally for electricity delivery fees, which totaled $238 million and $251 million for the three months ended June 30, 2012 and 2011, respectively, and $465 million and $490 million for the six months ended June 30, 2012 and 2011, respectively. These fees are based on rates regulated by the PUCT that apply to all REPs. The balance sheets at June 30, 2012 and December 31, 2011 reflect receivables from TCEH totaling $149

- million and $138 million, respectively, primarily related to these electricity delivery fees. These revenues included less than $1 million for each of the three- and six-month periods ended June 30, 2012 and 2011 pursuant to a transformer maintenance agreement with TCEH.
- Oncor recognizes interest income from TCEH with respect to its generation-related regulatory assets, which have been securitized through the issuance of transition bonds by Bondco. This interest income, which is received on a monthly basis, serves to offset Oncor's interest expense on the transition bonds. This interest income totaled $7 million and $8 million for the three months ended June 30, 2012 and 2011, respectively, and $14 million and $16 million for the six months ended June 30, 2012 and 2011, respectively.
- Incremental amounts payable by Oncor related to income taxes as a result of delivery fee surcharges to customers related to transition bonds are reimbursed by TCEH. Our financial statements reflect a note receivable from TCEH to Oncor of $159 million ($42 million reported as current in trade accounts and other receivables from affiliates) at June 30, 2012 and $179 million ($41 million reported as current in trade accounts and other receivables from affiliates) at December 31, 2011 related to these income taxes. We review economic conditions, TCEH's credit ratings and historical payment activity to assess the overall collectability of these affiliated receivables. At June 30, 2012, there were no credit loss allowances related to the note receivable from TCEH.
- EFH Corp. subsidiaries charge Oncor for certain administrative services and shared facilities at cost. These costs, which are primarily reported in operation and maintenance expenses, totaled $9 million for each of the three-month periods ended June 30, 2012 and 2011 and $16 million and $18 million for the six months ended June 30, 2012 and 2011, respectively.
- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility is funded by a delivery fee surcharge Oncor collects from REPs and remits monthly to TCEH. Delivery fee surcharges totaled $4 million for each of the three-month periods ended June 30, 2012 and 2011, and $8 million for each of the six-month periods ended June 30, 2012 and 2011. These trust fund assets are established with the intent to be sufficient to fund the estimated decommissioning liability (both reported on TCEH's balance sheet). Income and expenses associated with the trust fund and the decommissioning liability are offset by a net change in Oncor's intercompany receivable/payable to TCEH, which in turn results in a change in Oncor's reported net regulatory asset/liability. The regulatory liability of $260 million and $225 million at June 30, 2012 and December 31, 2011, respectively, represents the excess of the trust fund balance over the net decommissioning liability (see Note 3).
- We are a member of EFH Corp.'s consolidated tax group, though Oncor is not, and EFH Corp.'s consolidated federal income tax return includes our results. Under the terms of a tax sharing agreement, we are obligated to make payments to EFH Corp. in an aggregate amount that is substantially equal to the amount of federal income taxes that we would have been required to pay if we were filing our own corporate income tax return. Also under the terms of the tax sharing agreement, Oncor makes similar payments to Texas Transmission and Investment LLC, pro rata in accordance with their respective membership interests in Oncor, in an aggregate amount that is substantially equal to the amount of federal income taxes that Oncor would have been required to pay if it were filing its own corporate income tax return. EFH Corp. also includes Oncor's results in its consolidated Texas state margin tax return, and consistent with the tax sharing agreement, Oncor remits to EFH Corp. Texas margin tax payments, which are accounted for as income taxes and calculated as if Oncor were filing its own return. See discussion in Note 1 to Financial Statements included in our 2011 Audited Financial Statements under "Income Taxes." At June 30, 2012 we had amounts due from EFH Corp. under the agreement totaling $6 million. At December 31, 2011 we had amounts due to EFH Corp. under the agreement totaling $2 million. During the six months ended June 30,

Highly Confidential

EFHMW00034217

PX 058
Page 303 of 308

2012, we made income tax payments to EFH Corp. totaling $37 million, and Oncor made income tax payments to noncontrolling interests totaling less than $1 million. During the six months ended June 30, 2011, we made income tax payments to EFH Corp. totaling $18 million.

- Certain transmission and distribution utilities in Texas have tariffs in place to assure adequate credit worthiness of any REP to support the REP's obligation to collect transition bond-related charges on behalf of the utility. Under these tariffs, as a result of TCEH's credit rating being below investment grade, TCEH is required to post collateral support in an amount equal to estimated transition charges over specified time periods. Accordingly, at both June 30, 2012 and December 31, 2011, TCEH had posted letters of credit in the amount of $12 million for Oncor's benefit.

- Affiliates of the Sponsor Group have, and from time-to-time may in the future (1) sell, acquire or participate in the offerings of Oncor's debt or debt securities in open market transactions or through loan syndications, and (2) perform various financial advisory, dealer, commercial banking and investment banking services for Oncor and certain of our affiliates for which they have received or will receive customary fees and expenses. See Note 15 to Financial Statements included in our 2011 Audited Financial Statements for additional information.

See Notes 7 and 8 for information regarding distributions to EFIH and noncontrolling interests and the allocation of EFH Corp.'s pension and OPEB costs, respectively.

## 10. SUPPLEMENTARY FINANCIAL INFORMATION

### Major Customers

Revenues from TCEH represented 29% and 33% of total operating revenues for the three months ended June 30, 2012 and 2011, respectively, and 29% and 34% of total operating revenues for the six months ended June 30, 2012 and 2011, respectively. Revenues from REP subsidiaries of a nonaffiliated entity collectively represented 13% and 14% of total operating revenues for the three months ended June 30, 2012 and 2011, respectively, and 14% and 15% of total operating revenues for the six months ended June 30, 2012 and 2011, respectively. No other customer represented 10% or more of total operating revenues.

### Other Income and Deductions

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | 2012 | 2011 | 2012 | 2011 |
| Other income: | | | | |
| Accretion of fair value adjustment (discount) to regulatory assets due to purchase accounting | $ 6 | $ 7 | $12 | $ 15 |
| Other | 1 | — | 2 | — |
| Total other income | $ 7 | $ 7 | $14 | $ 15 |
| Other deductions: | | | | |
| Professional fees | $— | $ 1 | $ 2 | $ 2 |
| Other | 1 | 2 | 1 | 3 |
| Total other deductions | $ 1 | $ 3 | $ 3 | $ 5 |

Highly Confidential

EFIHMW00034218

PX 058
Page 304 of 308

*Interest Expense and Related Charges*

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2012 | 2011 | 2012 | 2011 |
| Interest expense | $93 | $88 | $185 | $176 |
| Amortization of debt issuance costs and discounts | 2 | 1 | 3 | 2 |
| Allowance for funds used during construction—capitalized interest portion | (3) | (1) | (5) | (1) |
| Total interest expense and related charges | $92 | $88 | $183 | $177 |

*Restricted Cash*

All restricted cash amounts reported on our balance sheet at June 30, 2012 and December 31, 2011 relate to the transition bonds.

*Trade Accounts Receivable*

|  | June 30, 2012 | December 31, 2011 |
|---|---|---|
| Gross trade accounts receivable | $ 486 | $ 436 |
| Trade accounts receivable from TCEH | (142) | (131) |
| Allowance for uncollectible accounts | (2) | (2) |
| Trade accounts receivable from nonaffiliates—net | $ 342 | $ 303 |

Gross trade accounts receivable at June 30, 2012 and December 31, 2011 included unbilled revenues of $143 million and $127 million, respectively. At June 30, 2012 and December 31, 2011, REP subsidiaries of a nonaffiliated entity collectively represented approximately 14% and 10% of the nonaffiliated trade accounts receivable amount, respectively.

*Investments and Other Property*

Investments and other property reported on our balance sheet consisted of the following:

|  | June 30, 2012 | December 31, 2011 |
|---|---|---|
| Assets related to employee benefit plans, including employee savings programs, net of distributions | $72 | $70 |
| Land | 3 | 3 |
| Total investments and other property | $75 | $73 |

*Property, Plant and Equipment*

Property, plant and equipment reported on our balance sheet consisted of the following:

|  | June 30, 2012 | December 31, 2011 |
|---|---|---|
| Total assets in service | $15,684 | $15,227 |
| Less accumulated depreciation | 5,331 | 5,203 |
| Net of accumulated depreciation | 10,353 | 10,024 |
| Construction work in progress | 649 | 530 |
| Held for future use | 15 | 15 |
| Property, plant and equipment—net | $11,017 | $10,569 |

F-23

*Intangible Assets*

Intangible assets (other than goodwill) reported on our balance sheet consisted of the following:

|  | June 30, 2012 | | | December 31, 2011 | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Identifiable intangible assets subject to amortization included in property, plant and equipment: | | | | | | |
| Land easements | $263 | $ 78 | $185 | $248 | $ 77 | $171 |
| Capitalized software | 378 | 194 | 184 | 378 | 181 | 197 |
| Total intangible assets | $641 | $272 | $369 | $626 | $258 | $368 |

Aggregate amortization expense for intangible assets totaled $13 million for each of the three-month periods ended June 30, 2012 and 2011, and $26 million and $23 million for the six months ended June 30, 2012 and 2011, respectively. The estimated aggregate amortization expense for each of the next five fiscal years from December 31, 2011 is as follows:

| Year | Amortization Expense |
| --- | --- |
| 2012 | $52 |
| 2013 | 52 |
| 2014 | 52 |
| 2015 | 52 |
| 2016 | 49 |

At both June 30, 2012 and December 31, 2011, goodwill totaling $4.1 billion was reported on our balance sheet. None of this goodwill is being deducted for tax purposes.

*Other Noncurrent Liabilities and Deferred Credits*

Other noncurrent liabilities and deferred credits balances consisted of the following:

|  | June 30, 2012 | December 31, 2011 |
| --- | --- | --- |
| Retirement plan and other employee benefits | $1,321 | $1,340 |
| Liabilities related to subsidiary tax sharing agreement | 283 | 286 |
| Uncertain tax positions (including accrued interest) | 153 | 147 |
| Other | 47 | 59 |
| Total other noncurrent liabilities and deferred credits | $1,804 | $1,832 |

F-24

Highly Confidential

EFIHMW00034220

PX 058
Page 306 of 308

*Supplemental Cash Flow Information*

|  | Six Months Ended June 30, | |
|---|---|---|
|  | 2012 | 2011 |
| Cash payments related to: | | |
|    Interest | $195 | $178 |
|    Capitalized interest | (5) | (1) |
|       Interest (net of amounts capitalized) | $190 | $177 |
|    Income taxes | $ 37 | $ 18 |
| Noncash investing and financing activities: | | |
|    Noncash construction expenditures (a) | $131 | $103 |
|    Noncash capital contribution related to settlement of certain income taxes payable (b) | $— | $ 18 |

(a) Represents end-of-period accruals.
(b) Reflects noncash settlement of certain income taxes payable arising as a result of the sale of noncontrolling interests in Oncor.

F-25

Highly Confidential

EFIHMW00034221

**PX 058**
**Page 307 of 308**

# ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC

# EFIH FINANCE INC.

## $250,000,000 6.875% Senior Secured Notes due 2017

## $600,000,000 11.750% Senior Secured Second Lien Notes due 2022

---

### OFFERING MEMORANDUM

August 9, 2012

---

Citigroup
Goldman, Sachs & Co.
Credit Suisse
J.P. Morgan
Morgan Stanley

---

The Williams Capital Group, L.P.

Highly Confidential

EFIHMW00034222

**PX 058
Page 308 of 308**