Case 14-10979-CSS    Doc 5564-1    Filed 08/18/15    Page 1 of 1

| | |
|---|---|
| From: | Wright, Andy <Andrew.Wright@energyfutureholdings.com> |
| Sent: | Friday, December 14, 2012 3:54 PM |
| To: | Dore, Stacey <Stacey.Dore@energyfutureholdings.com>; Keglevic, Paul <Paul.Keglevic@energyfutureholdings.com> |
| Subject: | FW: EFIH First Lien Exchange Offer: Offering Memorandum |
| Attach: | 101414122_5 (Offering Memorandum--EFIH First Lien Exchange).docx |

Fyi. First draft of OM for EFH/EFIH 1 lien exchanges.

Andrew M. Wright
VP & Deputy General Counsel
Energy Future Holdings Corp.
1601 Bryan, 43rd Floor
Dallas, Texas 75201
Telephone: (214) 812-6038
Cell: (214) 587-6500
Fax: (214) 812-5015
Email: awright@energyfutureholdings.com

**From:** Whalen, Jonathan [mailto:JWhalen@gibsondunn.com]
**Sent:** Thursday, December 13, 2012 9:00 PM
**To:** Wright, Andy; Santos, Greg; Frazier, Kelly; Horton, Tony; Szlauderbach, Stanley; Moldovan, Kris; Ley, Geoffrey; Horn, Meagan; Hogan, Tim; Lantrip, Les; julie.hoffman-ramos@bnymellon.com; Martinez, Rafael (rafael.martinez@bnymellon.com); jlehner@shearman.com; 'Harald.Halbhuber@shearman.com'; 'christine.kim@shearman.com'; 'Peter Saad'; 'Mandee Lee <Mandee.Lee@Shearman.com> (Mandee.Lee@Shearman.com)'; 'Quentin Wiest (Quentin.Wiest@Shearman.com)'; 'Rita de la Guardia'; Andrew Vinci; 'etolley@stblaw.com'; Lobrano, John D; 'kdavis@stblaw.com'; Rosenzweig, Brian; Cheong, Sunny <SCheong@stblaw.com> (SCheong@stblaw.com); Lundborg, K. Jona (jlundborg@stblaw.com); Surajat, Bennett (BSurajat@stblaw.com); 'Gullo, Randy J (US - Dallas)'; Stokx, Randy (US - Dallas)
**Cc:** Little, Robert B.; Lau, Jessica; Babcock, Chris; Peterson, Caitlin A.; Weiss, Romina; Schmutter, Rebecca
**Subject:** EFIH First Lien Exchange Offer: Offering Memorandum

All,

Attached, please find a draft offering memorandum for the EFIH first lien exchange offer. Please let us know if there are any comments.

Thanks,
Jonathan

**Jonathan M. Whalen**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Dallas, TX 75201-6912
Tel +1 214.698.3196 • Fax +1 214.571.2930
JWhalen@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.



Confidential

EFIHMW00053082

**PX 071
Page 1 of 1**