6.  **COMMITMENTS AND CONTINGENCIES**

*Guarantees*

Oncor has entered into contracts that contain guarantees to unaffiliated parties that could require performance or payment under certain conditions as discussed below.

Oncor is the lessee under various operating leases that obligate it to guarantee the residual values of the leased assets. At September 30, 2012, both the aggregate maximum amount of residual values guaranteed and the estimated residual recoveries totaled $7 million. These leased assets consist primarily of vehicles used in distribution activities. The average life of the residual value guarantees under the lease portfolio is approximately 1.7 years.

For the purpose of obtaining greater access to materials, Oncor has guaranteed the repayment of borrowings under a nonaffiliated party's $5 million credit facility maturing on December 31, 2012. The nonaffiliated party's borrowings under the credit facility are limited to inventory produced solely to satisfy the terms of a contract with Oncor. Oncor would be entitled to the related inventory upon repayment of the credit facility (or payment to the nonaffiliated party). At September 30, 2012, the nonaffiliated party had no outstanding borrowings under the facility.

*Legal/Regulatory Proceedings*

In October 2010, the PUCT established Docket No. 38780 for the remand of Docket No. 20381, the 1999 wholesale transmission charge matrix case. A joint settlement agreement was entered into effective October 6, 2003. This settlement resolves disputes regarding wholesale transmission pricing and charges for the period of January 1997 through August 1999, the period prior to the September 1, 1999 effective date of the legislation that authorized 100% postage stamp pricing for ERCOT wholesale transmission. After a series of appeals became final, the 1999 matrix docket was remanded to the PUCT to address two additional issues.

The first issue is the wholesale transmission transition mechanism for the period of September 1999 through December 1999. The disputed issue is whether the PUCT should have allowed the transition mechanism to continue for the last four months of 1999. The appealing parties (Texas Municipal Power Agency, the City of Denton, the City of Garland and GEUS (formerly known as Greenville Electric Utility System)) argued that the transition mechanism was not authorized in the September 1, 1999 100% postage stamp pricing legislation. Oncor's transmission deficit position was mitigated by approximately $8 million in the last four months of 1999 through the transition mechanism. In October 2011, certain parties filed a proposed settlement of this issue, subject to PUCT approval, in which Oncor would pay approximately $9 million including interest through October 9, 2003. The PUCT approved the settlement in January 2012. No appeals were filed prior to the appeals deadline, and the PUCT order became final in February 2012. Oncor made the payment in accordance with the settlement in February 2012. Oncor believes recovery of the settlement payment through future rates is probable.

The second issue is the San Antonio City Public Service Board's (CPSB) claim that the PUCT did not have the authority to reduce CPSB's requested Transmission Cost of Service (TCOS) revenue requirement. CPSB's initial TCOS rate was in effect from 1997 through 2000. Since the period of January 1997 through August 1999 is incorporated in the joint settlement, CPSB's remaining claim is for the period of September 1999 through December 2000. In January 2011, CPSB made a filing with the PUCT (PUCT Docket No. 39068), seeking an additional $22 million of TCOS revenue, including interest, for the 16-month period, of which Oncor would be responsible for approximately $11 million. In late 2011, Oncor intervened in the proceeding and, along with several other parties, filed motions to dismiss CPSB's request. In January 2012, the PUCT upheld an administrative law judge's earlier decision to dismiss CPSB's request. No appeals were filed prior to the appeals deadline, and the PUCT order became final in February 2012.

F-17

Highly Confidential

EFH2D10011464

EFH2D10011220
**PX 074
Page 245 of 255**

We are involved in various other legal and administrative proceedings in the normal course of business, the ultimate resolution of which, in the opinion of management, should not have a material effect upon our financial position, results of operations or cash flows. See Note 8 to Financial Statements included in our 2011 Audited Financial Statements for additional information concerning our legal and regulatory proceedings.

## 7. MEMBERSHIP INTERESTS

On October 24, 2012, our board of directors declared a cash distribution of approximately $47 million to be paid to EFIH on October 30, 2012. During the nine months ended September 30, 2012, our board of directors declared, and we paid, the following cash distributions to EFIH:

| Declaration Date | Payment Date | Amount |
|---|---|---|
| July 25, 2012 | July 31, 2012 | $31 |
| April 25, 2012 | May 1, 2012 | $33 |
| February 14, 2012 | February 21, 2012 | $36 |

While there are no direct restrictions on our ability to distribute our net income that are currently material, substantially all of our net income is derived from Oncor. Our board of directors and Oncor's board of directors, which are composed of a majority of independent directors, can withhold distributions to the extent the boards determine that it is necessary to retain such amounts to meet our expected future requirements.

Oncor's distributions are limited to its cumulative net income and may not be paid except to the extent Oncor maintains a required regulatory capital structure, as discussed below. At September 30, 2012, $218 million was eligible to be distributed to Oncor's members after taking into account these restrictions, of which approximately 80% relates to our ownership interest.

For the period beginning October 11, 2007 and ending December 31, 2012, Oncor's cash distributions (other than distributions of the proceeds of any issuance of limited liability company units) are limited by the Limited Liability Company Agreement and a stipulation agreement with the PUCT to an amount not to exceed its cumulative net income determined in accordance with US GAAP, as adjusted by applicable orders of the PUCT. Such adjustments include the removal of noncash impacts of purchase accounting and deducting two specific cash commitments. To date, the noncash impact consists of removing the effect of an $860 million goodwill impairment charge in 2008 and the cumulative amount of net accretion of fair value adjustments. The two specific cash commitments are the $72 million ($46 million after tax) one-time refund to customers in September 2008 and the funds spent as part of the $100 million commitment for additional energy efficiency initiatives of which $94 million ($61 million after tax) has been spent through September 30, 2012. The goodwill impairment charge and refund are described in Notes 2 and 3 to Financial Statements included in our 2011 Audited Financial Statements. At September 30, 2012, $468 million of membership interests was available for distribution under the cumulative net income restriction, of which 80% relates to our ownership interest.

Distributions are further limited by Oncor's required regulatory capital structure to be at or below the assumed debt-to-equity ratio established periodically by the PUCT for ratemaking purposes, which is currently set at 60% debt to 40% equity. At September 30, 2012, Oncor's regulatory capitalization ratio was 58.5% debt and 41.5% equity. The PUCT has the authority to determine what types of debt and equity are included in a utility's debt-to-equity ratio. For purposes of this ratio, debt is calculated as long-term debt plus unamortized gains on reacquired debt less unamortized issuance expenses, premiums and losses on reacquired debt. The debt calculation excludes transition bonds issued by Bondco. Equity is calculated as membership interests determined in accordance with US GAAP,

Highly Confidential

excluding the effects of purchase accounting (which included recording the initial goodwill and fair value adjustments and the subsequent related impairments and amortization). At September 30, 2012, $218 million was available for distribution under the capital structure restriction, of which 80% relates to our ownership interest.

*Noncontrolling Interests*

At September 30, 2012, Oncor's ownership was as follows: 80.03% held by us, 19.75% held by Texas Transmission and 0.22% held indirectly by certain members of Oncor's management team and board of directors.

*Membership Interests*

The following tables present the changes to membership interests during the nine months ended September 30, 2012 and 2011, respectively:

|  | Capital Account | Accumulated Other Comprehensive Loss | Noncontrolling Interests | Total Membership Interests |
|---|---|---|---|---|
| Balance at December 31, 2011 | $5,745 | $(25) | $1,564 | $7,284 |
| Net income | 249 | — | 64 | 313 |
| Distributions paid to parent | (100) | — | — | (100) |
| Distributions to noncontrolling interests | — | — | (31) | (31) |
| Sale of related-party agreements (net of tax) (Note 9) | (2) | — | — | (2) |
| Net effects of cash flow hedges (net of tax) | — | 2 | 1 | 3 |
| Change related to future tax distributions from Oncor | — | — | 48 | 48 |
| Other—net | 1 | — | — | 1 |
| Balance at September 30, 2012 | $5,893 | $(23) | $1,646 | $7,516 |

|  | Capital Account | Accumulated Other Comprehensive Loss | Noncontrolling Interests | Total Membership Interests |
|---|---|---|---|---|
| Balance at December 31, 2010 | $5,546 | $ (2) | $1,452 | $6,996 |
| Net income | 235 | — | 60 | 295 |
| Distributions paid to parent | (64) | — | — | (64) |
| Distributions to noncontrolling interests | — | — | (16) | (16) |
| Capital contributions (a) | 30 | — | — | 30 |
| Net effects of cash flow hedges (net of tax benefit of—, $13, $4 and $17) | — | (24) | (6) | (30) |
| Change related to future tax distributions from Oncor | — | — | 71 | 71 |
| Balance at September 30, 2011 | $5,747 | $(26) | $1,561 | $7,282 |

(a) Reflects noncash settlement of certain income taxes payable arising as a result of the sale of noncontrolling interests in Oncor.

F-19

Highly Confidential                                                                                                     EFH2D10011466

## 8. PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS (OPEB) PLANS

Oncor is a participating employer in the EFH Retirement Plan and also participates with EFH Corp. and other subsidiaries of EFH Corp. to offer certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees. Oncor also participates in the Oncor Plan, which is a supplemental retirement plan for certain employees whose retirement benefits cannot be fully earned under the qualified EFH Retirement Plan.

Oncor's net pension and OPEB costs related to the EFH Retirement Plan, the OPEB Plan and the Oncor Plan for the three and nine months ended September 30, 2012 and 2011 were comprised of the following:

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2012 | 2011 | 2012 | 2011 |
| Components of net allocated pension costs: | | | | |
| Service cost | $ 6 | $ 5 | $ 17 | $ 15 |
| Interest cost | 26 | 27 | 80 | 83 |
| Expected return on assets | (28) | (25) | (80) | (75) |
| Amortization of net loss | 21 | 16 | 58 | 48 |
| Net pension costs | 25 | 23 | 75 | 71 |
| Components of net OPEB costs: | | | | |
| Service cost | 2 | 2 | 4 | 6 |
| Interest cost | 10 | 14 | 29 | 40 |
| Expected return on assets | (3) | (4) | (9) | (10) |
| Amortization of net transition obligation | — | 1 | 1 | 1 |
| Amortization of prior service cost | (5) | (1) | (15) | (1) |
| Amortization of net loss | 3 | 7 | 10 | 19 |
| Net OPEB costs | 7 | 19 | 20 | 55 |
| Total net pension and OPEB costs | 32 | 42 | 95 | 126 |
| Amounts deferred principally as a regulatory asset or property | (23) | (33) | (68) | (99) |
| Net amounts recognized as expense | $ 9 | $ 9 | $ 27 | $ 27 |

The discount rate reflected in net pension costs for January through July 2012 is 5.00% and for August and September 2012 is 4.15% (see discussion below). The discount rate reflected in net OPEB costs in 2012 is 4.95%. The expected rates of return on pension and OPEB plan assets reflected in the 2012 cost amounts are 7.4% and 6.8%, respectively.

Oncor made cash contributions to the EFH Retirement Plan, the OPEB Plan and the Oncor Plan of $89 million, $8 million and $2 million, respectively, during the nine months ended September 30, 2012, and expects to make additional cash contributions of zero, $3 million and $1 million, respectively, in the remainder of 2012.

In August 2012, EFH Corp. approved certain amendments to the EFH Retirement Plan. These amendments will result in:

- the splitting off of assets and liabilities under the plan associated with Oncor employees and all retirees and terminated vested participants of EFH Corp. and its subsidiaries (and discontinued businesses) to a new plan that is expected to be sponsored and administered by Oncor;

Highly Confidential

EFH2D10011467

EFH2D10011220

PX 074
Page 248 of 255

- maintaining assets and liabilities under the plan associated with active collective bargaining unit employees of EFH Corp.'s competitive subsidiaries under the current plan;

- the splitting off of assets and liabilities under the plan associated with all other plan participants to a terminating plan, and freezing benefits and vesting all accrued plan benefits for these participants, and

- the termination of, distributions of benefits under, and settlement of all of EFH Corp.'s liabilities under the terminating plan.

EFH Corp. has informed Oncor that it intends to make cash contributions (currently estimated to aggregate approximately $240 million) to settle the terminating plan obligations and fully fund the EFH Corp. competitive business portion of liabilities (including discontinued businesses) under the new plan expected to be sponsored by Oncor. Of the estimated $240 million cash contribution, EFH Corp. paid $150 million in October 2012 and expects to contribute the remainder in the fourth quarter of 2012.

As a result of the amendments, Oncor's plan asset values and obligations were remeasured as of July 31, 2012, resulting in the projected benefit obligation, after consideration of the curtailment of benefits related to the terminating plan participants, increasing by $260 million, the fair value of assets increasing by $105 million and regulatory assets increasing by $155 million as compared to December 31, 2011 values. Assumptions used in the remeasurement included a decrease in the discount rate to 4.15% from 5.00% and no change in the expected return on assets of 7.4% assumed at December 31, 2011. The remeasurement did not materially affect reported pension expense for the three months ended September 30, 2012. Another remeasurement will be performed in the fourth quarter of 2012 upon the splitting off of assets and liabilities, which is not expected to have a material impact on our reported results of operations or financial condition.

In July 2012, the US Congress enacted legislation that includes, among other things, pension funding stabilization provisions. These provisions are expected to reduce required minimum pension plan contributions in the near term, but have no impact on long-term funding levels absent a sustained low interest rate environment. As a result of the new legislation and the effect of the amendments on the EFH Retirement Plan, Oncor estimates its aggregate pension funding for the year 2013 and the 2014 to 2016 period to total $10 million and $330 million, respectively.

9. **RELATED-PARTY TRANSACTIONS**

The following represent our significant related-party transactions:

- Oncor records revenue from TCEH, principally for electricity delivery fees, which totaled $281 million and $309 million for the three months ended September 30, 2012 and 2011, respectively, and $746 million and $798 million for the nine months ended September 30, 2012 and 2011, respectively. These fees are based on rates regulated by the PUCT that apply to all REPs. The balance sheets at September 30, 2012 and December 31, 2011 reflect receivables from TCEH totaling $154 million and $138 million, respectively, primarily related to these electricity delivery fees.

- Oncor recognized interest income from TCEH under an agreement related to its generation-related regulatory assets, which have been securitized through the issuance of transition bonds by Bondco. This interest income, which served to offset Oncor's interest expense on the transition bonds, totaled $2 million and $8 million for the three months ended September 30, 2012 and 2011, respectively, and $16 million and $24 million for the nine months ended September 30, 2012 and 2011, respectively. See discussion below regarding the sale to EFIH of this interest reimbursement agreement.

F-21

Highly Confidential

Incremental amounts payable by Oncor related to income taxes as a result of delivery fee surcharges to customers related to transition bonds were reimbursed by TCEH. Prior to the August 2012 sale to EFIH disclosed below, our financial statements reflected a note receivable from TCEH to Oncor that totaled $179 million ($41 million reported as current in trade accounts and other receivables from affiliates) at December 31, 2011 related to these income taxes.

In August 2012, Oncor sold to EFIH all future interest reimbursements and the remaining $159 million obligation under the note with TCEH. As a result, EFIH paid, and Oncor received, an aggregate $159 million to assign the agreements. The sale of the related-party agreements was reported as a $2 million (after tax) decrease in total membership interests for the three months ended September 30, 2012 in accordance with accounting rules for related-party matters.

- EFH Corp. subsidiaries charge Oncor for certain administrative services and shared facilities at cost. These costs, which are primarily reported in operation and maintenance expenses, totaled $10 million for each of the three-month periods ended September 30, 2012 and 2011 and $27 million and $28 million for the nine months ended September 30, 2012 and 2011, respectively.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility is funded by a delivery fee surcharge Oncor collects from REPs and remits monthly to TCEH. Delivery fee surcharges totaled $5 million for each of the three-month periods ended September 30, 2012 and 2011, respectively, and $12 million and $13 million for the nine months ended September 30, 2012 and 2011, respectively. These trust fund assets are established with the intent to be sufficient to fund the estimated decommissioning liability (both reported on TCEH's balance sheet). Income and expenses associated with the trust fund and the decommissioning liability are offset by a net change in Oncor's intercompany receivable/payable to TCEH, which in turn results in a change in Oncor's reported net regulatory asset/liability. The regulatory liability of $286 million and $225 million at September 30, 2012 and December 31, 2011, respectively, represents the excess of the trust fund balance over the net decommissioning liability (see Note 3).

- We are a member of EFH Corp.'s consolidated tax group, though Oncor is not, and EFH Corp.'s consolidated federal income tax return includes our results. Under the terms of a tax sharing agreement, we are obligated to make payments to EFH Corp. in an aggregate amount that is substantially equal to the amount of federal income taxes that we would have been required to pay if we were filing our own corporate income tax return. Also under the terms of the tax sharing agreement, Oncor makes similar payments to Texas Transmission and Investment LLC, pro rata in accordance with their respective membership interests in Oncor, in an aggregate amount that is substantially equal to the amount of federal income taxes that Oncor would have been required to pay if it were filing its own corporate income tax return. EFH Corp. also includes Oncor's results in its consolidated Texas state margin tax return, and consistent with the tax sharing agreement, Oncor remits to EFH Corp. Texas margin tax payments, which are accounted for as income taxes and calculated as if Oncor were filing its own return. See discussion in Note 1 to Financial Statements included in our 2011 Audited Financial Statements under "Income Taxes." At September 30, 2012 and December 31, 2011 we had amounts due to EFH Corp. under the agreement totaling $17 million and $2 million, respectively. In the nine months ended September 30, 2012, we made income tax payments to EFH Corp. totaling $27 million (net of a $21 million federal income tax-related refund received from EFH Corp.). In the nine months ended September 30, 2011, income tax payments to EFH Corp. related to the Texas margin tax totaled $20 million, and Oncor received federal income tax refunds totaling $109 million and $25 million from EFH Corp. and noncontrolling interests, respectively.

F-22

- Certain transmission and distribution utilities in Texas have tariffs in place to assure adequate credit worthiness of any REP to support the REP's obligation to collect transition bond-related charges on behalf of the utility. Under these tariffs, as a result of TCEH's credit rating being below investment grade, TCEH is required to post collateral support in an amount equal to estimated transition charges over specified time periods. Accordingly, at September 30, 2012 and December 31, 2011, TCEH had posted letters of credit in the amount of $11 million and $12 million, respectively, for Oncor's benefit.
- Affiliates of the Sponsor Group have, and from time-to-time may in the future (1) sell, acquire or participate in the offerings of Oncor's debt or debt securities in open market transactions or through loan syndications, and (2) perform various financial advisory, dealer, commercial banking and investment banking services for Oncor and certain of our affiliates for which they have received or will receive customary fees and expenses. See Note 15 to Financial Statements included in our 2011 Audited Financial Statements for additional information.

See Notes 7 and 8 for information regarding distributions to EFIH and noncontrolling interests and the allocation of EFH Corp.'s pension and OPEB costs, respectively.

### 10. SUPPLEMENTARY FINANCIAL INFORMATION

*Major Customers*

Revenues from TCEH represented 30% and 34% of total operating revenues for the three months ended September 30, 2012 and 2011, respectively, and 29% and 34% of total operating revenues for the nine months ended September 30, 2012 and 2011, respectively. Revenues from REP subsidiaries of a nonaffiliated entity collectively represented 16% and 17% of total operating revenues for the three months ended September 30, 2012 and 2011, respectively, and 15% and 16% of total operating revenues for the nine months ended September 30, 2012 and 2011, respectively. No other customer represented 10% or more of total operating revenues.

*Other Income and Deductions*

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2012 | 2011 | 2012 | 2011 |
| Other income: | | | | |
| Accretion of fair value adjustment (discount) to regulatory assets due to purchase accounting | $ 6 | $7 | $18 | $22 |
| Other | — | 1 | 2 | 1 |
| Total other income | $ 6 | $8 | $20 | $23 |
| Other deductions: | | | | |
| Professional fees | $— | $1 | $ 2 | $ 3 |
| Other | 1 | 1 | 2 | 4 |
| Total other deductions | $ 1 | $2 | $ 4 | $ 7 |

*Interest Expense and Related Charges*

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2012 | 2011 | 2012 | 2011 |
| Interest expense | $90 | $ 88 | $275 | $263 |
| Amortization of debt issuance costs and discounts | 8 | 1 | 11 | 3 |
| Allowance for funds used during construction—capitalized interest portion | (2) | — | (7) | (1) |
| Total interest expense and related charges | $96 | $ 89 | $279 | $265 |

*Restricted Cash*

All restricted cash amounts reported on our balance sheet at September 30, 2012 and December 31, 2011 relate to the transition bonds.

*Trade Accounts Receivable*

|  | September 30, 2012 | December 31, 2011 |
|---|---|---|
| Gross trade accounts receivable | $ 535 | $ 436 |
| Trade accounts receivable from TCEH | (158) | (131) |
| Allowance for uncollectible accounts | (2) | (2) |
| Trade accounts receivable from nonaffiliates—net | $ 375 | $ 303 |

Gross trade accounts receivable at September 30, 2012 and December 31, 2011 included unbilled revenues of $143 million and $127 million, respectively. At September 30, 2012 and December 31, 2011, REP subsidiaries of a nonaffiliated entity collectively represented approximately 14% and 10% of the nonaffiliated trade accounts receivable amount, respectively.

*Investments and Other Property*

Investments and other property reported on our balance sheet consisted of the following:

|  | September 30, 2012 | December 31, 2011 |
|---|---|---|
| Assets related to employee benefit plans, including employee savings programs, net of distributions | $75 | $70 |
| Land | 3 | 3 |
| Total investments and other property | $78 | $73 |

F-24

Highly Confidential

EFH2D10011471

EFH2D10011220

PX 074
Page 252 of 255

*Property, Plant and Equipment*

Property, plant and equipment reported on our balance sheet consisted of the following:

|  | September 30, 2012 | December 31, 2011 |
|---|---|---|
| Total assets in service | $15,771 | $15,227 |
| Less accumulated depreciation | 5,406 | 5,203 |
| Net of accumulated depreciation | 10,365 | 10,024 |
| Construction work in progress | 811 | 530 |
| Held for future use | 15 | 15 |
| Property, plant and equipment—net | $11,191 | $10,569 |

*Intangible Assets*

Intangible assets (other than goodwill) reported on our balance sheet consisted of the following:

|  | September 30, 2012 | | | December 31, 2011 | | |
|---|---|---|---|---|---|---|
|  | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Identifiable intangible assets subject to amortization included in property, plant and equipment: | | | | | | |
| Land easements | $264 | $79 | $185 | $248 | $77 | $171 |
| Capitalized software | 399 | 206 | 193 | 378 | 181 | 197 |
| Total intangible assets | $663 | $285 | $378 | $626 | $258 | $368 |

Aggregate amortization expense for intangible assets totaled $13 million and $7 million for the three months ended September 30, 2012 and 2011, respectively, and $39 million and $30 million for the nine months ended September 30, 2012 and 2011, respectively. The estimated aggregate amortization expense for each of the next five fiscal years from December 31, 2011 is as follows:

| Year | Amortization Expense |
|---|---|
| 2012 | $53 |
| 2013 | 55 |
| 2014 | 55 |
| 2015 | 55 |
| 2016 | 52 |

At both September 30, 2012 and December 31, 2011, goodwill totaling $4.1 billion was reported on our balance sheet. None of this goodwill is being deducted for tax purposes.

F-25

*Other Noncurrent Liabilities and Deferred Credits*

Other noncurrent liabilities and deferred credits balances consisted of the following:

|  | September 30, 2012 | December 31, 2011 |
|---|---|---|
| Retirement plan and other employee benefits | $1,441 | $1,340 |
| Liabilities related to subsidiary tax sharing agreement | 280 | 286 |
| Uncertain tax positions (including accrued interest) | 168 | 147 |
| Other | 55 | 59 |
| Total other noncurrent liabilities and deferred credits | $1,944 | $1,832 |

*Supplemental Cash Flow Information*

|  | Nine Months Ended September 30, | |
|---|---|---|
|  | 2012 | 2011 |
| Cash payments (receipts) related to: |  |  |
| Interest | $291 | $311 |
| Capitalized interest | (7) | (1) |
| Interest (net of amounts capitalized) | $284 | $310 |
| Income taxes | $27 | $(114) |
| Noncash investing and financing activities: |  |  |
| Noncash construction expenditures (a) | $78 | $103 |
| Noncash capital contribution related to settlement of certain income taxes payable (b) | $— | $30 |

(a) Represents end-of-period accruals.
(b) Reflects noncash settlement of certain income taxes payable arising as a result of the sale of noncontrolling interests in Oncor.

F-26

Highly Confidential

EFH2D10011473

EFH2D10011220
PX 074
Page 254 of 255

*The Exchange Agent for the exchange offers is:*

**Global Bondholder Services Corporation**

*By Regular, Registered or Certified Mail,*
*By Overnight Courier or By Hand*

| By Facsimile | 65 Broadway, Suite 404 | Banks and Brokers Call: |
|---|---|---|
| (For Eligible Institutions only) | New York, New York 10006 | (212) 430-3774 |
| (212) 430-3775 | Attention: Corporate Actions | All Others Call Toll-Free: |
| Attention: Corporate Actions | | (866) 470-3900 |

Any questions or requests for assistance may be directed to any of the Dealer Managers or the Information Agent at the addresses and telephone numbers set forth below. Requests for additional copies of this Offering Memorandum and the Consent and Letter of Transmittal may be directed to the Information Agent. Holders of Existing Notes may also contact their broker, dealer, commercial bank, trust company or other nominee for assistance concerning the exchange offers and the consent solicitations.

*The Information Agent for the exchange offers is:*

**Global Bondholder Services Corporation**

65 Broadway, Suite 404
New York, New York 10006
Banks and Brokers Call Collect: (212) 430-3774
All Others Call Toll-Free: (866) 470-3900

*The Dealer Managers for the exchange offers and the consent solicitations are:*

| **Citigroup Global Markets Inc.** | **Goldman, Sachs & Co.** |
|---|---|
| Liability Management Group | Attn: Liability Management Group |
| 390 Greenwich Street, 1st Floor | 200 West Street |
| New York, New York 10013 | New York, NY 10282 |
| (212) 723-6106 (Collect) | (212) 902-5183 (Collect) |
| (800) 558-3745 (Toll-Free) | (800) 828-3182 (Toll-Free) |

| **Credit Suisse Securities (USA) LLC** | **J.P. Morgan Securities LLC** | **Morgan Stanley & Co. LLC** |
|---|---|---|
| Attn: Liability Management | 383 Madison Avenue | Attn: Liability Management Group |
| 11 Madison Avenue | New York, New York 10179 | 1585 Broadway |
| New York, New York 10010 | (212) 834-4802 (Collect) | Floor 04 |
| (212) 538-2147 (Collect) | (866) 834-4666 (Toll-Free) | New York, New York 10036 |
| (800) 820-1653 (Toll-Free) | | (212) 761-1057 (Collect) |
| | | (800) 624-1808 (Toll-Free) |

Highly Confidential

EFH2D10011474

EFH2D10011220