Confidential--For Professional Eyes Only
Mike Kunkel

*Confidential*

# Project Olympus

**Investor Advisor Presentation**

**February 5, 2013**

**CONFIDENTIAL AND SUBJECT TO CONFIDENTIALITY AGREEMENTS**

Confidential--For Professional Eyes Only
Mike Kunkel



EXHIBIT
Horton
14

Confidential--For Professional Eyes Only
Mike Kunkel

*This presentation contains forward-looking statements, which are subject to various risks and uncertainties. All statements, other than statements of historical facts, that are included in this presentation, in response to questions or otherwise, that address activities, events, or developments that we expect or anticipate to occur in the future, including such matters as a financial restructuring, financial or operational projections, capital allocation, future capital expenditures, business strategy, competitive strengths, goals, future acquisitions or dispositions, development or operation of power generation assets, market and industry developments and the growth of our businesses and operations (often, but not always, through the use of words or phrases such as "intends," "plans," "will likely," "expected," "anticipated," "estimated," "should," "projection," "target," "goal," "objective" and "outlook"), are forward looking statements. A discussion of the risks and uncertainties that could cause actual results to differ materially from management's current projections, forecasts, estimates and expectations is contained in EFH Corp.'s filings with the Securities and Exchange Commission (SEC).*

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

Confidential--For Professional Eyes Only
Mike Kunkel

## Agenda and Discussion Topics

*Confidential*

- EFH is well run
- Balance sheet problem; not an operational problem
- Enterprise value enhanced by a consensual process
- Enterprise value enhanced by remaining consolidated
- How might a restructuring be accomplished?
- Next steps and timeline

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002553

Mike Kunkel

## Introduction                                                              *Confidential*

- ※ Company can continue operating under status quo for extended period
- ※ An organized restructuring process could right-size capital structure and maximize value
  - – Consensual, 1st Lien creditor pre-packaged EFCH/TCEH filing
  - – Recapitalize a solvent EFH/EFIH out-of-court
  - – Maintain EFH's ownership of EFIH and EFCH/TCEH companies and assets

Highly Confidential

EFH00002554

Confidential--For Professional Eyes Only
Mike Kunkel

## Consensual Approach to Restructuring

*Confidential*

## Enterprise Value Enhanced by a Consensual Process

- "Leakage" and liquidity constraints
- Restructuring costs
- Business risks
- Management continuity
- Market opportunities
- Regulatory considerations
- Minimize inter-creditor disputes

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002555

Confidential--For Professional Eyes Only
Mike Kunkel

**Consensual Approach to Restructuring** *Confidential*

## Enterprise Value Enhanced by TCEH Remaining in the EFH Family

※ Avoid ~$2.1bn in incremental tax at emergence related to separation of TCEH from EFH

※ Use EFH parent guarantee to satisfy $1.25bn cashless self-bonding requirement with TX Railroad Commission

※ Retain significant value from future growth potential of Oncor

※ Maintain synergies of up to $50mm annual EBITDA

※ Efficient capital deployment

※ Increase M&A opportunities

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential EFH00002556

**PX 077**
**Page 6 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

**Restructuring Proposal** *Confidential*

## General Outline

* EFH/EFIH to be recapitalized through cash infusion
    – Cash infusion will be amount needed to stabilize EFH/EFIH liquidity
* TCEH 1st Lien creditors convert debt into cash and equity at EFH
* EFH ownership will be shared with existing shareholders
    – EFH shareholders retain portion of EFH equity based on existing EFH/EFIH/Oncor equity value pro forma for new cash contribution to be agreed
* Restructuring implemented through a pre-packaged Chapter 11 filing of TCEH by May 1
    – TCEH $271mm unsecured interest payments are due May 1
    – Given timing, focus on minimizing road blocks and maximizing consensual nature of transaction
* EFH remaining outside Chapter 11 critical to securing timely return of TCEH $1.25bn cash collateral from TX Railroad Commission

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential                                               EFH00002557

**PX 077**
**Page 7 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

# I. EFH Is Well Run

Confidential--For Professional Eyes Only
Mike Kunkel

EFH00002558

Confidential--For Professional Eyes Only
Mike Kunkel

a. EFH

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002559

Confidential--For Professional Eyes Only
Mike Kunkel

## EFH Organizational Overview

*Confidential*



6
Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002560

**PX 077
Page 10 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

## Key Milestones Since Merger

*Confidential*



7
Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002561

Confidential--For Professional Eyes Only
Mike Kunkel

# Key Achievements Since Merger:
## All Merger Commitments Completed

*Confidential*

| Commitment | Results |
|---|---|
| **Energy Future Holdings** | |
| ❋ Reorganize EFH into three separate and distinct business units with separate boards, management teams and headquarters | ✓ Done |
| ❋ Maintain headquarters for each business in the DFW area | ✓ Done |
| ❋ Hold majority ownership in EFH Corp. and Oncor for at least five years | ✓ Done |
| ❋ Create a Sustainable Energy Advisory Board (SEAB) to provide input from environmental, economic, customer, reliability and technology viewpoints | ✓ Done |
| ❋ Ensure employee compensation, health benefits and retirement programs | ✓ Done |
| **TXU energy** | |
| ❋ Deliver a 15% residential price cut to legacy PTB customers | ✓ Done |
| ❋ Guarantee price protection against changing market conditions through December 2008 for legacy PTB customers | ✓ Done |
| ❋ Provide $150 million in low-income customer assistance over five years, through 2012 ($125 million, ~10% discount for qualifying customers and $25 million in bill payment assistance) | ✓ Done |
| ❋ Waive deposits for certain residential customers | ✓ Done: Implemented for eligible low-income elderly customers and those with good payment history |
| ❋ Form a new Low Income Advisory Committee (LIAC) comprising leaders in the social service delivery sector | ✓ Done |
| ❋ Invest $100 million over five years through 2012 in new tools for customers to manage their own electricity usage through innovative energy efficiency and conservation approaches | ✓ Done |

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002562

Confidential--For Professional Eyes Only
Mike Kunkel

## Key Achievements Since Merger:
## All Merger Commitments Completed (cont'd)

*Confidential*



| Commitment | Results |
|---|---|
| ※ Terminate eight planned coal units | ✓ Done |
| ※ Provide increased investment in alternative energy | ✓ Ongoing |
| ※ Start planning process for two IGCC commercial demonstration plants to be located in Texas | ✓ Done: IGCC RFP issued 12/07; suspended 8/09 due to market conditions |
| ※ Offset 100% of key emissions from new coal-fueled power plants and reduce nitrogen oxide, sulfur dioxide and mercury emissions by 20% from 2005 total levels from coal-fueled power plants through nation's largest voluntary emissions reduction program | ✓ Done |
| ※ Double wind energy purchases to 1,500 MW, maintaining status as the largest buyer of wind power in Texas | ✓ Ongoing: More than 900 MW of wind energy purchased |
| ※ Join the FutureGen Alliance | ✓ Joined the FutureGen Alliance 12/07(1) |
| ※ Join USCAP | ✓ Applied for membership to USCAP 11/07 |
| ※ Expedite voluntarily EFH's 14.101 filing | ✓ Done |
| ※ Make minimum capital spend of $3.6 billion for five years, through 2012 | ✓ Done |
| ※ Implement demand reduction program, including an additional five-year, $100 million investment in conservation and energy efficiency | ✓ Done |
| ※ Implement no rate increases as a result of the merger | ✓ Done: Merger has not resulted in any rate increases for customers |
| ※ File no system-wide rate case until 2008 | ✓ Done |
| ※ Generate no new debt as a result of the merger. | ✓ Done: Transaction has not generated any new debt for customers |
| ※ Limit debt so that Oncor's debt-to-equity ratio is at or below the assumed debt-to-equity ratio established by the PUC | ✓ Done: Ratio has not exceeded the ratio established by the PUC of 60% debt, 40% equity |
| ※ Agree to resolve all outstanding 14.101 issues | ✓ Done |
| ※ Issue one-time, $72 million retail customer credit | ✓ Done |
| ※ Provide annual reports to the PUC regarding commitments | ✓ Ongoing |

(1) Did not renew membership for 2009 following DOE's funding withdrawal

9

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002563

Confidential--For Professional Eyes Only
Mike Kunkel

## Management Continues to Focus on Operational Excellence

*Confidential*

| **Operational Excellence** | **Financial Optimization** | **Strategic Growth** |
|---|---|---|
| ※ Execute an aggressive operational plan | ※ Prudent financial management | ※ Identify and execute internal / organic opportunities |
| ※ Deliver top decile results | ※ Optimize balance sheet | ※ Seek external opportunities |
| ※ Maintain a competitive position in marketplace | ※ Optimize hedge platform | ※ Maintain competitive intelligence |
| ※ Build infrastructure | | ※ Engage in key public and governmental affairs issues |
| ※ Maintain and enhance TXU Energy brand | | |
| ※ Identify and mitigate operational risks | | |

**Sustainable, Flexible, Dynamic Organization**

10

Confidential--For Professional Eyes Only
Mike Kunkel

EFH00002564

Confidential--For Professional Eyes Only
Mike Kunkel

# EFH Consolidated

*Confidential*

*($ in millions)*





(1) Management EBITDA is Adjusted EBITDA per the TCEH Credit Agreement, excluding certain adjustments applied to calculate Adjusted EBITDA relative to GAAP EBITDA
(2) Eliminations applied equally against TXU Energy and Luminant
(3) Open EBITDA excludes value of long-term hedge program
(4) Cash CapEx excludes capitalized interest

11

Confidential--For Professional Eyes Only
Mike Kunkel

**PX 077**
**Page 15 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

## b. Luminant

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

Confidential--For Professional Eyes Only
Mike Kunkel

## Luminant Asset Overview

*Confidential*

- ✷ 15,500 MW of capacity (2nd – largest US competitive electric generator)
- ✷ 11th largest US coal miner
- ✷ No. 1 wind purchaser in Texas
- ✷ Growing business: added 3 new plants, 2 new mines since 2007



**Power Plants**
- ✷ Natural gas
- ✷ Coal
- ✷ Lignite Mines
- ✷ Nuclear



Generating Capacity (1) (as of 12/31/12)

Nuclear 15%
Coal 52%
Gas 33%

15,427 MW

Total Net Generation (LTM 12/31/2012)

Nuclear 28%
Gas 2%
Coal 70%

70,490 GWh

(1)    Includes four mothballed units (1,655 MW) not currently available for dispatch

12

Highly Confidential

EFH00002567

Confidential--For Professional Eyes Only
Mike Kunkel

## ERCOT Power Market Overview

*Confidential*

> **ERCOT is an independent grid covering ~85% of Texas – a unique "power island" in the US**



**ERCOT Reserve Margin (%)**

13.75% target reserve margin

2012  2013  2014  2015  2016  2017

※ December 2012 CDR [(1)]

Source: EIA and December, 2012 ERCOT CDR report
(1)   ERCOT Capacity, Demand and Reserve (CDR) Summary, December 2012.  Prior CDR used for 2012
(2)   EIA Electricity Monthly
(3)   ERCOT Quick Facts

**ERCOT as % of the US [(2)] (2011)**

Ercot 8%

Rest of U.S. 92%

100% = 4,100 TWh

**ERCOT Generational Fuel Mix [(3)] (2011)**

Hydro 0%
Wind 9%
Solar/Biomass/Other 0%
Nuclear 12%
Coal, 39%
Gas 40%

100% = 335 TWh

13

Confidential--For Professional Eyes Only
Mike Kunkel

EFH00002568

Confidential--For Professional Eyes Only
Mike Kunkel

# Luminant Generation Is A High-Performing Coal and Nuclear Operator

*Confidential*



Source: GKS, EUCG May, 2012 Comprehensive Data Release for Cost and WANO for Capability Factors
(1) Benchmarking net capacity factors based on GADS. Luminant is legacy lignite/coal fleet only and based on net GADS capacity
(2) Benchmarking peer set defined as 18 month fuel cycle U.S. nuclear plants

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002569

Confidential--For Professional Eyes Only
Mike Kunkel

# Luminant Generation and TXUE Represent Different ERCOT Power Price Positions

*Confidential*

| Position | Description |
|---|---|
| Luminant Generation = Long | ※ A long position refers to being a net seller of a commodity.  Long positions benefit/increase profitability when prices are high/rising.  On the flip side, long positions lose value/ decrease profitability when commodity prices are low/falling |
| | ※ Luminant Generation is "long" ERCOT power prices (and it is "long" the derivative drivers of power prices – natural gas prices and market heat rates) |
| TXU Energy = Short / Neutral | ※ A short position refers to being a net buyer of a commodity.  When power prices are low/falling, short positions benefit/increase profitability.  When prices are high/rising, short positions lose value/decrease profitability |
| | ※ TXU Energy is "short" ERCOT power prices over the near term – the cost of electricity increases more rapidly than retail prices and/or customers have fixed price products |
| | ※ Over the medium/long term, TXU Energy is neutral power prices; its rates will reflect a target margin level above the prevailing wholesale price |

## Luminant Energy Creates Value Around These Positions

※ Incremental value is created in each area of Luminant Energy (LUME) around these positions:

– Asset Management: Manages output and dispatch of generation portfolio

– Power Trading: Trades electricity in forward, day-ahead and spot ERCOT power market in support of generation output

– Gas Trading: Trades gas forward contracts as hedges to generation output

– Origination: Origination of short / medium-term contracts with Large C&I customers or REPs; alternative to selling generation in wholesale market

– Solid Fuel and Emissions: Trading of coal, uranium, fuel oil and emissions allowances in support of generation portfolio's needs

– Energy Supply Book: Manages TXUE's commodity exposure

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002570

Confidential--For Professional Eyes Only
Mike Kunkel

## c.  TXU Energy

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

Confidential--For Professional Eyes Only
Mike Kunkel

## TXU Energy is the Largest Retail Electricity Provider in Texas

*Confidential*



**Residential Customers / Meters ('000)[1]**



**Residential Customers ('000)**

| | 4Q08 | 4Q09 | 4Q10 | 4Q11 | 4Q12 |
|---|---|---|---|---|---|
| | 1,932 | 1,862 | 1,771 | 1,625 | 1,556 |
| Q3-Q4 Customer Attrition | 1.2% | (0.8%) | (1.6%) | (2.0%) | (0.5%) |



**Retail Electricity Sales Volumes by Customer Class (GWh)[2]**



**Projected Annual Demand Growth CAGR (2010-2020E)[3]**



(1) Source: KEMA Retailer Landscape Report dated 9/28/12; As of June 2012 , except TXUE as of 12/31/2012
(2) Source: Company data
(3) Source: NERC 2011 Long-Term Reliability Assessment (Summer Demand); ERCOT December 2012 CDR report

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002572

Confidential--For Professional Eyes Only
Mike Kunkel

## Maintaining A Targeted, Innovative Marketing Strategy     *Confidential*



17
Confidential--For Professional Eyes Only
Mike Kunkel

## Managing Expenses, Improving Cash Flow and
## Providing A Strong Customer Experience

*Confidential*



**Lowered Bad Debt Expense and Improved Days Sales Outstanding Over Time with Collection Initiatives, Customer Mix and Credit Policy Improvements**

Bad Debt Expense ($ Millions)     Days Sales Outstanding (Days)

**Enhanced Customer Experience: A Key Step to Customer Retention**



First Call Resolution



PUC Complaints

18

Confidential--For Professional Eyes Only
Mike Kunkel

EFH00002574

Confidential--For Professional Eyes Only
Mike Kunkel

d. Oncor

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002575

Confidential--For Professional Eyes Only
Mike Kunkel

## Overview of Oncor

*Confidential*

> Oncor, which is approximately 80% owned by EFH Corp, is the largest transmission & distribution utility in Texas

**Service Territory**



**Electric Energy Billed Volumes (1) (Gwh)**



**Electricity Distribution Points of Delivery End of Period (000's meters)**



Source: Company disclosure
(1) On average, billed volumes are on an approximate 17-day calendar lag; therefore, amounts shown reflect partial impacts from prior quarters

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002576

Confidential--For Professional Eyes Only
Mike Kunkel

## Overview of Oncor (Cont'd)

*Confidential*

### Business Profile

- 6th largest US transmission & distribution company
- Low costs and high reliability
- No commodity position
- Accelerated recovery of investments in advanced meters and transmission
- $2 billion CREZ investment

### Projected Peak Demand Growth (2010-2020E)(GW)[1]



### Unique Characteristics

- Supportive regulatory environment
- 10.25% authorized ROE
- Recently improved capital expenditure recovery (transmission and distribution)
- Low operating costs per customer
- Low rates compared to peers
- Strong reliability and safety performance
- Capital structure (60%/40%)

(1) Per ERCOT December 2012 CDR report
(2) Per Company data

### Rate Base (2010-2015E)($bn)[2]



Confidential--For Professional Eyes Only
Mike Kunkel

Confidential--For Professional Eyes Only
Mike Kunkel

## e. Energy Future Holdings Corp.

Confidential--For Professional Eyes Only
Mike Kunkel

Confidential--For Professional Eyes Only
Mike Kunkel

## Shared Services Transformed to Focus on Service, Excellence and Governance

*Confidential*



**Before July 2008**

❋ Business Services costs were not fully categorized or allocated

❋ Service Level Agreements ("SLA") were not in place

❋ Governance over shared services and alignment with businesses needed to be enhanced

❋ Transparency to Business Services cost needed to be improved

**Phase I**
❋ Align services and costs to match needs to EFH (SLA)

**Phase II**
❋ Improve transparency and functionalize costs

❋ Transfer costs of Business Services to improve governance and renegotiation

**Phase III**
❋ Cascade governance model enterprise-wide



**Driving Down SG&A Over Time**

20% Reduction in SG&A 2009–2012

| | | | |
|---|---|---|---|
| $875 (2009) | $751 (2010) | $742 (2011) | $698 (2012) [1] |

(1)   Company data

Highly Confidential

EFH00002579

**PX 077**
**Page 29 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

## Value Drivers

*Confidential*

| Luminant | TXUE | Oncor |
|---|---|---|
| ⊠ **Operational excellence**<br>– Integrated operations and commercial functions that optimize asset performance<br>– Industry-leading plant operation and performance management across the fleet<br>– Industry-leading safety performance with focus on zero safety incidents<br>– Potential to leverage operational expertise beyond ERCOT<br><br>⊠ **Strong Financial Performance**<br>– Consistently improved operational and financial efficiencies by meeting financial plan objectives including management challenge<br>– Robust asset management and commodity risk management strategy<br><br>⊠ **ERCOT Power Market Player**<br>– Leading generation player in ERCOT power market, a unique power "island"<br>– Business-friendly regulatory and political environment<br>– Growing Texas economy with diminishing reserve margins<br><br>⊠ **Long Gas Position**<br>– Coal-dominated portfolio in a gas-dominant power market results in a long-term net long gas position<br>– Potential upside as gas prices recover | ⊠ **Strong customer value proposition**<br>– High quality customer operations and experiences<br>– Preferred retail brand position for both residential and business markets by delivering superior value<br><br>⊠ **High brand recognition in Texas competitive areas**<br>– Competitive retail prices<br>– Innovative products and services<br>– Committed to low-income customer assistance<br>– Improved customer care delivery capabilities<br><br>⊠ **Technology-based product and service differentiation**<br><br>⊠ **Balance Sheet**<br>– Combined TCEH risk management and liquidity efficient capital structure<br>– Superior risk management<br><br>⊠ **Team-oriented culture with competitive drive** | ⊠ **Economic growth prospects of Texas**<br><br>⊠ **Business-friendly legislative and regulatory environment**<br><br>⊠ **Legislative recovery of pension and OPEB costs**<br><br>⊠ **Transmission and distribution rate adjustment mechanisms**<br><br>⊠ **Absence of generation/ commodity exposure and related volatility**<br><br>⊠ **Opportunity to invest capital**<br><br>⊠ **Potential for growth outside ERCOT**<br><br>⊠ **Opportunity to increase equity layer** |

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002580

Confidential--For Professional Eyes Only
Mike Kunkel

## II.  Balance Sheet Problem; Not an Operational Problem

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002581

Confidential--For Professional Eyes Only
Mike Kunkel

## Illustrative Capital Structure                                    *Confidential*

### Balances as of 12/31/2012 – Pro Forma for January 2013 Revolver Extension and Public Exchanges[1]

$46.6B total book value debt[2]



| EFIH 6.875% 1st Lien Notes due 2017 | $0.5 B |
| EFIH 10.00% 1st Lien Notes due 2020 | 3.5 B |
| EFIH 11.00% 2nd Lien Notes due 2021 | 0.4 B |
| EFIH 11.75% 2nd Lien Notes due 2022 | 1.7 B |
| EFIH 11.25%/12.25% Unsecured Notes due 2018 | 1.4 B |
| **Total EFIH Debt** | **$7.5 B** |

| EFH 10.875% and 11.25% Guaranteed Notes due 2017 | $0.1 B |
| EFH 5.55% Unsecured Notes due 2014 | 0.1 B |
| EFH 6.50% Unsecured Notes due 2024 | 0.2 B |
| EFH 6.55% Unsecured Notes due 2034 | 0.3 B |
| Other | 0.1 B |
| **Total EFH Corp. Debt** | **$0.7 B** |

| TCEH L+450 1st Lien Term Loans due 2017 | $16.7 B |
| TCEH L+450 1st Lien Term Loans due 2014 | 3.9 B |
| TCEH L+450 1st Lien Revolver due 2016 | 2.1 B |
| TCEH 11.50% 1st Lien Notes due 2020 | 1.7 B |
| TCEH 15.00% 2nd Lien Notes due 2021 | 1.6 B |
| TCEH 10.25% Unsecured Notes due 2015 | 3.1 B |
| TCEH 10.50%/11.25% Unsecured Toggle Notes due 2016 | 1.7 B |
| TCEH Unsecured PCRBs/Other | 1.2 B |
| **Total TCEH Debt** | **$32.0 B** |

| Revolver @ L+125bps due 2016 | $0.7 B |
| Long Term Debt @ avg. 6.1% | 5.1 B |
| Securitization Debt @ avg. 5.3% | 0.4 B |
| **Total Oncor Debt** | **$6.3 B** |

(1)  Excludes intercompany note balances
(2)  Excludes $82 million from A/R securitization and swap MTM
(3)  Book value debt excludes unamortized debt discounts and premiums, fair value discounts and premiums, and A/R securitization

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002582

Confidential--For Professional Eyes Only
Mike Kunkel

**Credit Statistics** *Confidential*

### As of 12/31/2012 – Pro Forma for January 2013 Revolver Extension and Public Exchanges; 2014 EBITDA

*($ in millions)*





| EFH/EFIH | |
|---|---|
| EFH/EFIH Debt | $8,187 |
| 80% Oncor Debt | 5,037 |
| **Total Debt** | **$13,223** |
| EFH 2014E EBITDA | ($3) |
| 80% Oncor 2014E EBITDA | 1,606 |
| **Total EBITDA** | **$1,603** |
| **Total Debt/EBITDA** | **8.2x** |

| TCEH | |
|---|---|
| TCEH Debt[2] | $32,180 |
| TCEH 2014E Open EBITDA | 1,870 |
| **Debt/EBITDA** | **17.2x** |

| EFH/EFIH | |
|---|---|
| EFH 2014E EBITDA | ($3) |
| 80% Oncor 2014E EBITDA | 1,606 |
| **Total EBITDA** | **$1,603** |
| EFH/EFIH Interest | $632 |
| 80% Oncor Interest | 280 |
| **Total Interest** | **$912** |
| **EBITDA/Interest** | **1.8x** |

| TCEH | |
|---|---|
| TCEH 2014E Open EBITDA | $1,870 |
| TCEH Interest[3] | 2,505 |
| **EBITDA/Interest** | **0.7x** |

Source: Company data
(1) Management EBITDA is Adjusted EBITDA per the TCEH Credit Agreement, excluding certain adjustments applied to calculate Adjusted EBITDA relative to GAAP EBITDA
(2) Excludes swap MTM
(3) Includes swap interest payments

24

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002583

Confidential--For Professional Eyes Only
Mike Kunkel

## EFH/EFIH Capital Structure

*Confidential*

## Recent Transactions Update

*($ in millions)*

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Equivalents | $1,483 | $253 | $1,736 | $-- | $1,736 | $-- | $1,736 | $-- | $1,736 | ($317) | $1,419 | ($698) | $721 |
| **SECURED** | | | | | | | | | | | | | |
| EFH 3.75% 1st Lien Notes due 2019 | 115 | | 115 | | 115 | | 115 | (115) | -- | | -- | | -- |
| EFH 9.75% 1st Lien Notes due 2019 | 141 | | 141 | | 141 | | 141 | (141) | -- | | -- | | -- |
| EFH 10.00% 1st Lien Notes due 2020 | 1,061 | | 1,061 | | 1,061 | | 1,061 | (1,061) | -- | | -- | | -- |
| EFH 10.00% 1st Lien Notes due 2020 | 2,180 | | 2,180 | | 2,180 | | 2,180 | 1,302 | 3,482 | | 3,482 | | 3,482 |
| EFH 6.875% 1st Lien Notes due 2017 | 250 | 253 | 503 | | 503 | | 503 | | 503 | | 503 | | 503 |
| EFH 11.00% 2011 2nd Lien Notes due 2021 | 406 | | 406 | | 406 | | 406 | | 406 | | 406 | | 406 |
| EFH 11.75% 2012 2nd Lien Notes due 2022 | 1,750 | | 1,750 | | 1,750 | | 1,750 | | 1,750 | | 1,750 | | 1,750 |
| **Total Secured Debt** | $5,903 | $253 | $6,156 | $-- | $6,156 | $-- | $6,156 | ($15) | $6,141 | $-- | $6,141 | $-- | $6,141 |
| **UNSECURED** | | | | | | | | | | | | | |
| EFH 11.25%/12.25% Unsecured Toggle Notes due 2018 | | | 1,145 | 1,145 | 157 | 1,303 | 64 | 1,366 | | 1,366 | | 1,366 | | 2 |
| EFH 9.75% Unsecured Notes due 2019 (formerly 1st Lien) | | | | | | | 2 | 2 | | 2 | | 2 | | |
| Subsidiary-Guaranteed | | | | | | | | | | | | | |
| EFH 10.875% Guaranteed Notes due 2017 | 196 | | 196 | (94) | 102 | (39) | 63 | (31) | 32 | | 32 | | 32 |
| EFH 11.25%/12.00% Unsecured Toggle Notes due 2017 | 492 | | 492 | (313) | 179 | (119) | 60 | (33) | 27 | | 27 | | 27 |
| Demand Note (T&D)[1] | 466 | | 466 | | 466 | | 466 | | 466 | (466) | -- | | -- |
| Demand Note (SG&A)[1] | 233 | | 233 | | 233 | | 233 | | 233 | (233) | -- | | -- |
| **Total EFH/EFIH Unsec. and Sub-Guaranteed** | $1,386 | $-- | $1,386 | $738 | $2,125 | ($1) | $2,124 | $2 | $2,126 | $-- | $2,126 | ($698) | $1,428 |
| Non-Guaranteed | | | | | | | | | | | | | |
| EFH 5.55% Unsecured Notes due 2014 | 326 | | 326 | (234) | 92 | | 92 | | 92 | | 92 | | 92 |
| EFH 6.50% Unsecured Notes due 2024 | 740 | | 740 | (510) | 230 | | 230 | | 230 | | 230 | | 230 |
| EFH 6.55% Unsecured Notes due 2034 | 744 | | 744 | (453) | 291 | | 291 | | 291 | | 291 | | 291 |
| EFH 9.75% Unsecured Notes due 2019 (formerly 1st Lien) | | | | | | | 2 | 2 | | 2 | | 2 | | |
| EFH 10.00% Unsecured Notes due 2030 (formerly 1st Lien) | | | | | | | 3 | 3 | | 3 | | 3 | | |
| **Total Non-Guaranteed** | $1,810 | $-- | $1,810 | ($1,197) | $613 | $-- | $613 | $5 | $618 | $-- | $618 | $-- | $618 |
| **Total Unsecured Debt** | $3,196 | $-- | $3,196 | ($459) | $2,738 | ($1) | $2,737 | $7 | $2,744 | $-- | $2,744 | ($698) | $2,046 |
| **EFH Debt** | $6,572 | -- | $6,572 | ($459) | $6,113 | (156) | $5,958 | (1,235) | $5,375 | -- | $5,375 | (698) | $4,677 |
| **EFIH Debt** | 4,727 | 253 | 4,980 | 1,145 | 6,125 | 157 | 6,282 | 1,227 | 7,510 | -- | 7,510 | -- | 7,510 |
| Total EFH/EFIH Debt | 9,899 | 253 | 10,152 | (650) | 8,894 | (1) | 8,893 | (8) | 8,885 | -- | 8,885 | (698) | 8,187 |
| Net EFH/EFIH Debt | 7,616 | -- | 7,616 | (650) | 7,158 | (1) | 7,157 | (8) | 7,149 | 317 | 7,466 | -- | 7,466 |
| Total External Debt (ex. Demand Notes) | 8,401 | 253 | 8,654 | (650) | 8,195 | (1) | 8,195 | (8) | 8,187 | -- | 8,187 | -- | 8,187 |
| Net External Debt (ex. Demand Notes) | 6,918 | -- | 6,918 | (650) | 6,460 | (1) | 6,459 | (8) | 6,451 | 317 | 6,768 | 698 | 7,466 |

Source: Company filings
Note: Excludes lease on Dallas headquarters that was prefunded through an LC draw, as well as certain EFCH debt amounts that are incorporated in the TCEH capital structure herein
(1) As of 12/31/2012

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002584

**PX 077**
**Page 34 of 71**

Confidential—For Professional Eyes Only
Mike Kunkel

## EFH/EFIH Capital Structure  *Confidential*

### PF for Recent Transactions (incl. Exchanges and Demand Note Repayment)  *($ in millions)*

| | | | | | | | | | (1) | (2) |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Equivalents | | $1,419 | ($698) | $721 | | | | | | |
| **SECURED** | | | | | | | | | | |
| EFH 9.75% 1st Lien Notes due 2019 | 10/15/19 | 115 | (115) | -- | 10/15/14 | 105 | 109 | 6.0% | FC | Caa3/CC |
| EFH 9.75% 1st Lien Notes due 2019 | 10/15/19 | 141 | (141) | -- | 10/15/14 | 105 | 109 | 6.6% | FC | Caa3/CC |
| EFH 10.00% 1st Lien Notes due 2020 | 01/15/20 | 1,061 | (1,061) | -- | 01/15/15 | 105 | 114 | 4.9% | FC | Caa3/CC |
| EFIH 10.00% 1st Lien Notes due 2020 | 12/01/20 | 2,180 | 1,302 | 3,482 | 12/01/15 | 105 | 115 | 5.9% | FC | Caa3/B- |
| EFIH 6.88% 1st Lien Notes due 2017 | 08/15/17 | 503 | -- | 503 | 02/15/15 | 103 | 107 | 4.9% | FC | Caa3/B- |
| EFIH 11.00% 2011 2nd Lien Notes due 2021 | 11/01/21 | 406 | -- | 406 | 05/15/16 | 106 | 114 | 7.6% | FC | Caa3/CCC- |
| EFIH 11.75% 2012 2nd Lien Notes due 2022 | 03/01/22 | 1,750 | -- | 1,750 | 03/01/17 | 106 | 114 | 8.8% | FC | Caa3/CCC- |
| **Total Secured Debt** | | **$6,156** | **($115)** | **$6,141** | | | | | | |
| **UNSECURED** | | | | | | | | | | |
| EFIH 11.25%/12.25% Unsecured Toggle Notes due 2018 | 12/01/18 | 1,303 | 64 | 1,366 | 12/01/14 | 106 | 114 | 5.8% | FC | NA |
| EFIH 9.75% Unsecured Notes due 2019 (formerly 1st Lien) | 10/15/19 | | 2 | 2 | 10/15/14 | 105 | 109 | 6.6% | FC | Caa3/CC |
| *Subsidiary-Guaranteed* | | | | | | | | | | |
| *Non-Guaranteed* | | | | | | | | | | |
| EFH 10.88% Guaranteed Notes due 2017 | 11/01/17 | 63 | (31) | 32 | 11/01/13 | 104 | 95 | 12.4% | M | Ca/D |
| EFH 11.25%/12.00% Unsecured Toggle Notes due 2017 | 11/01/17 | 60 | (33) | 27 | 11/01/13 | 104 | 95 | 12.8% | M | Ca/D |
| Demand Note (P&I) | | 466 | (466) | -- | na | na | na | na | | NA |
| Demand Note (SG&A) | | 233 | (233) | -- | na | na | na | na | | NA |
| Total EFIH Unsec. and Sub-Guaranteed | | $2,124 | ($697) | $1,428 | | | | | | |
| EFH 5.55% Unsecured Notes due 2014 | 11/15/14 | 92 | -- | 92 | na | na[2] | 93 | 9.9% | M | Ca/D |
| EFH 6.50% Unsecured Notes due 2024 | 11/15/24 | 230 | -- | 230 | na | na[2] | 68 | 11.5% | M | Ca/D |
| EFH 6.55% Unsecured Notes due 2034 | 11/15/34 | 291 | -- | 291 | na | na[2] | 65 | 10.7% | M | Ca/D |
| EFH 9.75% Unsecured Notes due 2019 (formerly 1st Lien) | 10/15/19 | | 2 | 2 | 10/15/14 | 105 | 109 | 6.6% | FC | Caa3/CC |
| EFH 10.00% Unsecured Notes due 2020 (formerly 1st Lien) | 01/15/20 | | 3 | 3 | 01/15/15 | 105 | 114 | 4.9% | FC | Caa3/CC |
| Total Non-Guaranteed | | $613 | $5 | $618 | | | | | | |
| **Total Unsecured Debt** | | **$2,737** | **($692)** | **$2,046** | | | | | | |
| **EFH Debt** | | $2,410 | ($1,933) | $677 | | | | | | |
| **EFIH Debt** | | 6,282 | 1,227 | 7,510 | | | | | | |
| **Total EFH/EFIH Debt** | | 8,693 | (700) | 8,187 | | | | | | |
| **Net EFH/EFIH Debt** | | 7,474 | (8) | 7,466 | | | | | | |
| **Total External Debt (ex. Demand Note)** | | 8,195 | (8) | 8,187 | | | | | | |
| **Net External Debt (ex. Demand Note)** | | 6,776 | 690 | 7,466 | | | | | | |

Source: Company filings

Note: Excludes lease on Dallas headquarters that was prefunded through an LC draw, as well as certain EFCH debt amounts that are incorporated in the TCEH capital structure herein

(1) M = Maturity Date; FC = First Call Date  (2) Legacy bonds are redeemable anytime at redemption price

Confidential—For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002585

Confidential--For Professional Eyes Only
Mike Kunkel

## TCEH/EFCH Capital Structure

*Confidential*

### Pro Forma for Revolver Draw & Extension

*($ in millions)*

| TCEH | | Amount | Revision | Pro Forma | | Pro Forma | Rate | YTD | PC/FC | M/FC |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Equivalents | | $1,174 | | $1,174 | 698 | $1,872 | | | | |
| Restricted Cash (LC) | | 947 | | 947 | | 947 | | | | |
| **Cash & Investments** | | **$2,121** | | **$2,121** | | **$2,819** | | | | |
| TCEH 7.46% Secured Notes due 2015 | 01/01/15 | 12 | | 12 | | 12 | 7.46% | na | na | |
| TCEH 7.50% Capital Leases due 2025 | 12/31/25 | 64 | | 64 | | 64 | 7.50% | na | na | |
| TCEH Other - Promissory Note | na | 3 | | 3 | | 3 | na | na | na | |
| EFCH 8.88% Notes due 2020 | 12/01/20 | 73 | | 73 | | 73 | 8.88% | na | na | |
| TCEH Sale of Receivables Program | na | 82 | | 82 | | 82 | na | na | na | |
| TCEH PCRBs Backed by LCs[2] | Various | 204 | | 204 | | 204 | 5.67% | na | na | |
| **Total Structurally Senior Debt** | | **$438** | **$--** | **$438** | **$--** | **$438** | | | | |
| TCEH L+350 1st Lien Term Loans due 2014 | 10/10/14 | 3,809 | | 3,809 | | 3,809 | L+350 | 75 | 22.0% | M |
| TCEH L+450 1st Lien Term Loans due 2017 | 10/10/17 | 15,351 | | 15,351 | | 15,351 | L+450 | 66 | 14.9% | M |
| TCEH L+450 1st Lien Term Loans due 2017 | 10/10/17 | -- | 340 | 340 | | 340 | L+450 | 66 | 14.9% | M |
| TCEH L+450 1st Lien Revolver due 2016 | 10/10/16 | 645 | | 645 | | 645 | L+450 | 61 | 19.7% | M |
| TCEH L+450 1st Lien Revolver due 2016 | 10/10/16 | 1,409 | | 1,409 | | 1,409 | L+450 | 63 | 18.9% | M |
| TCEH L+350 1st Lien L/C Facility due 2014 | 10/10/14 | 42 | | 42 | | 42 | L+350 | 64 | 32.5% | M |
| TCEH L+450 1st Lien L/C Facility due 2017 | 10/10/17 | 1,020 | | 1,020 | | 1,020 | L+450 | 64 | 15.8% | M |
| TCEH 11.50% 1st Lien Notes due 2020 | 10/1/20 | 1,750 | | 1,750 | | 1,750 | 11.50% | 79 | 16.4% | M |
| Interest Rate Swaps (net of set-off) | | 1,257 | | 1,257 | | 1,257 | na | na | na | na |
| **Total 1st Lien Debt (excl. Structurally Snr.)** | | **$25,283** | **$340** | **$25,623** | **$--** | **$25,623** | | | | |
| TCEH 15.00% 2nd Lien Notes due 2021 | 04/01/21 | 1,571 | | 1,571 | | 1,571 | 15.00% | 34 | 47.2% | M |
| **Total 2nd Lien Debt** | | **$1,571** | **$--** | **$1,571** | **$--** | **$1,571** | | | | |
| TCEH 10.50% /11.25% Unsecured Toggle Notes due 2016[3] | 11/01/16 | 1,749 | | 1,749 | | 1,749 | 10.50% | 25 | 68.4% | M |
| TCEH 10.25% Unsecured Notes due 2015 | 11/01/15 | 3,125 | | 3,125 | | 3,125 | 10.25% | 28 | 76.6% | M |
| TCEH 7.00% Unsecured Notes due 2013 | 03/15/13 | 5 | | 5 | | 5 | 7.00% | -- | na | M |
| TCEH Unsecured PCRBs[2] | Various | 916 | | 916 | | 916 | 5.67% | na | na | na |
| EFCH Jr. Debentures | 01/30/37 | 10 | | 10 | | 10 | Various | na | na | na |
| **Total Unsecured Debt** | | **$5,805** | **$--** | **$5,805** | **$--** | **$5,805** | | | | |
| **Total TCEH/EFCH Debt** | | **$33,097** | **$340** | **$33,437** | **$--** | **$33,437** | | | | |
| **Net Debt** | | **30,976** | **340** | **31,316** | **(698)** | **30,618** | | | | |

Source: Company filings
(1) M = Maturity Date; FC = First Call Date
(2) Consists of Pollution Control Revenue Bond securities of varying terms; coupon represents weighted average interest rate. PCRBs are thinly traded and pricing is not readily available
(3) Interest payment due May 2013 will be the first period when cash interest is required

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002586

**PX 077**
**Page 36 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

## III. Enterprise Value Enhanced by a Consensual Process

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002587

Confidential--For Professional Eyes Only
Mike Kunkel

## Enterprise Value Enhanced by a Consensual Process

*Confidential*

- ※ "Leakage" and liquidity constraints
- ※ Restructuring costs
- ※ Business risks
- ※ Management continuity
- ※ Market opportunities
- ※ Regulatory considerations
- ※ Minimize inter-creditor disputes

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002588

Confidential--For Professional Eyes Only
Mike Kunkel

## IV. Enterprise Value Enhanced by TCEH Remaining in the EFH Family

Confidential--For Professional Eyes Only
Mike Kunkel

Confidential--For Professional Eyes Only
Mike Kunkel

## Enterprise Value Enhanced by TCEH Remaining in the EFH Family

*Confidential*

❋    **Benefits of a consolidated solution:**

– Avoid ~$2.1bn in incremental tax at emergence related to separation of TCEH from EFH

– Use EFH parent guarantee to satisfy $1.25bn cashless self-bonding requirement with TX Railroad Commission

– Retain significant value from future growth potential of Oncor as a member of the consolidated group

– Maintain synergies of up to $50mm annual EBITDA

– Efficient capital deployment

– Increase M&A opportunities

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002590

Confidential--For Professional Eyes Only
Mike Kunkel

## Current EFH Tax Structure

*Confidential*



Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002591

Confidential--For Professional Eyes Only
Mike Kunkel

## Comparison of Potential Tax Outcomes

*Confidential*

*($ in billions)*

| | With ELA[1] Resolution | | Without ELA[1] Resolution | |
|---|---|---|---|---|
| | Consolidated[2] | Deconsolidated[2] | Consolidated | Deconsolidated |
| Taxable gain on sale of assets | $-- | $5.0 | $-- | $5.0 |
| Acceleration of Uncertain Tax Positions | 4.0 | 4.0 | -- | 4.0 |
| Utilize available Net Operating Losses ("NOLs") to offset gain (TCEH $3B + EFH $2.5B) | (4.0) | (5.5) | -- | (5.5) |
| **Total taxable gain** | $-- | $3.5 | $-- | $3.5 |
| Cancellation of indebtedness income ("CODI")[3] | $19.0 | $19.0 | $19.0 | $19.0 |
| Tax attribute reduction - NOLs | (1.5) | -- | (5.5) | -- |
| Tax attribute reduction - tax basis | -- | -- | (7.5) | -- |
| **Remaining CODI after attribute reduction ("Black-hole CODI")** | $17.5 | $19.0 | $6.0 | $19.0 |
| Tax-Free CODI | $17.5 | $19.0 | $-- | $4.4 |
| Taxable CODI (lesser of remaining CODI or ELA) | -- | -- | 6.0 | 14.6 |
| Total taxable CODI and gain | -- | 3.5 | 6.0 | 18.1 |
| Potential Consolidated tax liability due - 35%[4] | -- | (1.2) | (2.2) | (6.3) |
| **Maximum potential TCEH tax liability due - 35%[5]** | $-- | ($2.1) | ($3.1) | ($7.2) |
| Go-forward depreciable tax basis - TCEH | $7.5 | $12.5 | $-- | $12.5 |
| NPV of future depreciable tax basis | 1.2 | 2.0 | -- | 2.0 |
| NPV of future deferred income | -- | -- | (0.8) | -- |
| **Potential NPV gain/(loss) to TCEH** | $1.2 | ($0.1) | ($3.9) | ($5.2) |
| **Incremental NPV Compared to Consolidated with ELA Resolution Scenario** | $-- | ($1.3) | ($5.1) | ($6.5) |

(1) Excess Loss Account
(2) As used in this deck, "consolidated" refers to scenarios in which TCEH remains with the EFH group, and "deconsolidated" refers to scenarios in which TCEH is separated from the EFH group.  The term is not used to refer to the consolidated return rules
(3) Does not include CODI related to interest rate swaps and commodity hedges; this activity is accounted in NOLs
(4) Tax liabilities are the responsibility of EFH Corp but corporate members of consolidated group have joint and several liability
(5) Assumes TCEH reimburses EFH for (i) use of $2.5bn NOLs to offset TCEH income according to Competitive TSA (unless no tax liability exists) and (ii) for all taxes arising from restructuring of TCEH debt

31

Confidential--For Professional Eyes Only
Mike Kunkel

EFH00002592

**PX 077
Page 42 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

## Transaction to Eliminate ELA and DIG

*Confidential*

- ❊ An excess loss account ("ELA") of $19 billion and a deferred intercompany gain ("DIG") of $4 billion are reflected in the tax basis of the EFCH stock held by EFH, as a result of the 2007 Merger and a prior corporate transaction
- ❊ A restructuring could have potential negative tax consequences (i.e., trigger ELA/DIG into income). A private letter ruling has been requested from the IRS to confirm the following transaction will eliminate the ELA and DIG:



**Step 1:** Newco is created and EFH contributes EFCH stock to Newco in a tax-free Section 351 transaction.

**Step 3:** Merge EFH with and into Newco in a Section 368(a)(1)(A) tax-free reorganization.

**Step 2:** Convert EFCH from a corporation to a single-member LLC and change to a disregarded entity. The combination of Steps 1 and 2 will constitute a Section 368(a)(1)(F) tax-free reorganization.

- ❊ Newco survives; name changed to EFH
- ❊ New EFH has same management, organization documents and assets as old EFH
- ❊ ELA and DIG eliminated upon merger without cash tax liability
- ❊ EFH filed a PLR with the IRS in September 2012 to address elimination of negative tax consequences of ELA/DIG (expect response in early 2013)
- ❊ Transaction required to eliminate negative tax consequences also requires Nuclear Regulatory Commission approval (expect response in early 2013)

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002593

**PX 077**
**Page 43 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

## Tax Considerations

*Confidential*

※  Tax Net Value Representation

–  To obtain a favorable PLR ruling, EFH has represented that it will have net value (i.e., equity value) at the time of the transaction

–  EFH will need to confirm the continued accuracy of the net value representation to conclude the transaction

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002594

Confidential--For Professional Eyes Only
Mike Kunkel

## Comparison of Tax Scenarios (1/4)

*Confidential*

### Consolidated with ELA/DIG Resolution

*($ in billions)*

※ The proposed internal restructuring will eliminate the potential negative tax consequences that could result from triggering the ELA/DIG into income.  Once the ELA/DIG has been eliminated, the COD income that TCEH will realize from the restructuring will not result in taxable income.  In addition, EFH and TCEH will be able to retain a significant amount of tax basis for future depreciation

※ Further, EFH will have an opportunity to negotiate a favorable outcome on uncertain tax positions with little to no cash tax impact

| | |
|---|---:|
| Acceleration of uncertain tax positions | $4.0 |
| Offset with Available NOLs[1] | (4.0) |
| Taxable Gain | $-- |
| | |
| CODI | $19.0 |
| Tax attribute reduction (Remaining NOLs)[1] | (1.5) |
| Tax attribute reduction (basis in assets) | -- |
| Tax-free Black-Hole CODI | $17.5 |
| **Tax Liability upon Emergence** | $-- |
| | |
| **TCEH NPV @ 10% of retaining tax basis[2]** | $1.2 |

(1) Assumption: $5.5bn NOL Available ($3.0bn TCEH + $2.5bn EFH) estimated end of year for the year of emergence (2014); TCEH NOL used first
(2) NPV = $1.2bn representing value of future depreciation deductions by retaining $7.5bn historical tax basis

34

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002595

Confidential--For Professional Eyes Only
Mike Kunkel

## Comparison of Tax Scenarios (2/4)                                    *Confidential*

### Deconsolidated with ELA/DIG Resolution                              *($ in billions)*

❋ Although the PLR and subsequent transaction would eliminate the negative tax consequences of ELA/DIG related to a restructuring, TCEH/EFH could still be subject to potential taxes should the creditors attempt to foreclose on the TCEH equity, resulting in a deconsolidation of TCEH from the EFH Group

❋ Foreclosing on TCEH assets/equity would be treated as a taxable sale of assets:

| | |
|---|---|
| Enterprise Value (set forth here for illustrative purposes) | $12.5 |
| Tax Basis in Assets | (7.5) |
| **Gain on Sale of Assets** | **$5.0** |
| Acceleration of Uncertain Tax Positions | 4.0 |
| NOLs Utilized to Offset Gain | (5.5) |
| **Taxable Gain** | **$3.5** |
| Tax Rate | 35% |
| Potential consolidated tax due upon emergence | $1.2 |
| **Maximum potential TCEH tax due upon emergence[1]** | **$2.1** |
| TCEH NPV @ 10% of tax, net of step up in tax basis[2] | ($0.1) |
| **Incremental NPV compared to Consolidated with ELA/DIG Resolution scenario[3]** | **($1.3)** |

❋ For illustrative purposes, a post-deconsolidation TCEH would receive a step-up in tax basis to $12.5bn, with a NPV of $2.0bn, reducing the incremental cost of the tax by ~$0.8bn on a NPV basis as compared to the Consolidated with ELA/DIG Resolution scenario (i.e., the difference between $2.0bn and $1.2bn)

(1) Tax liability of TCEH under Competitive Tax Sharing Agreement
(2) NPV = -$2.1bn tax + $2.0bn NPV of step-up in tax basis
(3) The difference between NPV of -$0.1bn and the Consolidated with ELA/DIG Resolution Scenario NPV of $1.2bn

35
Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential                                    EFH00002596

Confidential--For Professional Eyes Only
Mike Kunkel

## Comparison of Tax Scenarios (3/4)

*Confidential*

## Consolidated without ELA/DIG Resolution

*($ in billions)*

※ If ELA/DIG is not eliminated, a restructuring will result in a significant liability even if TCEH remains consolidated with EFH:

| | |
|---|---:|
| CODI | $19.0 |
| Tax attribute reduction (NOLs)[1] | (5.5) |
| Tax attribute reduction (basis in assets) | (7.5) |
| Taxable income at emergence | $6.0 |
| Tax rate | 35.0% |
| Potential consolidated tax due upon emergence | $2.2 |
| Maximum potential TCEH tax due upon emergence | $3.1 |
| TCEH NPV @ 10% of tax, deferred income and reduction in tax basis[2] | ($3.9) |
| Incremental NPV compared to Consolidated with ELA/DIG Resolution scenario[3] | ($5.1) |

(1) Assumption: $5.5bn NOLs ($3.0bn TCEH + $2.5bn EFH), estimated end of year balances for the year of emergence (2014)
(2) NPV = -$2.2bn consolidated tax - $0.9bn (TCEH to reimburse EFH for use of $2.5bn NOLs) – $0.8bn uncertain tax position. Note that in this scenario, TCEH retains no depreciable basis in its assets; accordingly, there is no value associated with asset basis
(3) The difference between NPV of -$3.9bn and the Consolidated with ELA/DIG Resolution Scenario NPV of $1.2bn

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002597



Confidential--For Professional Eyes Only
Mike Kunkel

## Comparison of Tax Scenarios (4/4)                        *Confidential*

### Deconsolidated without ELA/DIG Resolution               *($ in billions)*

※ If ELA/DIG are not eliminated, and if TCEH is deconsolidated from EFH (via foreclosure on the TCEH equity or assets), then the negative tax consequences discussed previously are magnified:

| | | |
|---|---:|---:|
| Gain on sale of assets from deconsolidation | | $5.0 |
| Acceleration of uncertain tax positions | | 4.0 |
| NOLs utilized to offset gain[1] | | (5.5) |
| Taxable gain | | $3.5 |
| | | |
| CODI | $19.0 | |
| Adjusted ELA[2] | 14.6 | |
| Taxable CODI (lesser of CODI and ELA) | | $14.6 |
| Total taxable CODI and gain | | $18.1 |
| | | |
| Tax rate | | 35.0% |
| Potential consolidated tax due upon emergence | | $6.3 |
| Maximum potential TCEH tax due upon emergence | | $7.2 |
| | | |
| TCEH NPV @ 10% of tax, net of step up in tax basis[3] | | ($5.2) |
| Incremental NPV compared to Consolidated with ELA/DIG Resolution scenario[4] | | ($6.5) |

※ A post-deconsolidation TCEH would receive a step-up in tax basis to $12.5bn, with a NPV of $2.0bn, reducing the incremental cost of the tax by ~$0.8bn on a NPV basis as compared to the Consolidated with ELA/DIG Resolution scenario (i.e., the difference between $2.0bn and $1.2bn)

(1) Assumption: $5.5bn NOLs ($3.0bn TCEH + $2.5bn EFH); estimated end of year balances for the year of emergence (2014)
(2) Starting ELA of $18.5bn decreased by net adjustments of $3.9bn
(3) NPV = -$6.3bn consolidated tax - $0.9bn (TCEH reimbursement to EFH for use of $2.5bn NOLs) + $2.0bn stepped-up future tax basis
(4) The difference between NPV of -$5.2bn and the Consolidated with ELA/DIG Resolution Scenario NPV of $1.2bn

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential
                                                            EFH00002598

**PX 077**
**Page 48 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

# Facilitates Potential Return of $1.25bn Collateral from TX Railroad Commission upon Emergence

*Confidential*



| | |
|---|---|
| **Credit Support for Reclamation Obligations** | ✳ Under existing TX Railroad Commission (RCT) rules and regulations, surface mining companies must provide credit support for their reclamation obligations<br>✳ The credit support may be provided in the following primary ways, at the discretion of the RCT<br>　– The permit holder provides some form of <u>cash collateral</u>, a letter of credit or unencumbered assets;<br>　– The permit holder "<u>self-bonds</u>" by satisfying certain RCT financial metrics; or<br>　– A <u>third-party guarantor</u> provides credit support for the permit holder by satisfying all of the RCT's requirements to self-bond |
| **Current Luminant Mining Bonding Arrangement** | ✳ Luminant Mining's current reclamation bonding obligations are approximately $1.25 billion<br>✳ Luminant Mining Company LLC, the permit holder of Luminant's lignite mines, does not satisfy the financial metrics to "self-bond"<br>✳ Luminant Generation Company LLC, an affiliate of Luminant Mining, provides a third-party guarantee to the RCT to satisfy Luminant Mining's reclamation obligations |
| **Effects of Bankruptcy on Ability to Self-Bond** | ✳ Under RCT rules and regulations:<br>　– a permit holder is not eligible to "self-bond" (or have a guarantor "self-bond" on its behalf) if during the previous five years it has been subject to a bankruptcy proceeding; and<br>　– an entity is not eligible to provide a guarantee of a permit holder's obligations if during the previous five years it has been subject to a bankruptcy proceeding<br>✳ If Luminant Mining <u>or</u> Luminant Generation files for bankruptcy protection, Luminant Mining will be required to post a substitute bond, likely in $1.25 billion of cash or letters of credit to the RCT to satisfy its reclamation obligations.  If Luminant Mining files, it will not be able to self-bond for at least 5 years |
| **Possible Solutions** | ✳ Luminant Mining and Luminant Generation are guarantors and restricted subsidiaries under TCEH's secured debt arrangements.  Accordingly, a bankruptcy filing of TCEH would also require Luminant Mining and Luminant Generation to file<br>✳ Prior to a bankruptcy filing by TCEH, Luminant Mining could be designated as an unrestricted subsidiary under TCEH's secured debt arrangements (designation will use capacity under "Investment" covenant basket), avoiding the need for Luminant Mining to file for bankruptcy<br>✳ If EFH and Luminant Mining are not subject to the bankruptcy proceeding, EFH could be eligible to serve as a guarantor of Luminant Mining's reclamation obligations upon TCEH's emergence from Chapter 11, as long as it meets the financial metrics required by the RCT to provide a third-party guarantee |

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002599

**PX 077**
**Page 49 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

## Enterprise Value Enhanced by TCEH Remaining in the EFH Family

*Confidential*

### Maintain/Increase Synergies

* Maximizes benefits related to shared services

    – EFH has focused its shared services to ensure efficient delivery for service and functionality

    – Economies of scale and cost-sharing across the EFH family have reduced SG&A by 20% since 2009

    – A separation of EFH, EFIH, and/or TCEH would require a duplication of shared services and staffing for each company, resulting in a loss of up to $50mm of synergies

    – Services include Finance, Legal, Public Affairs, IT, Tax, Human Resources, etc.

    – Provides opportunities for additional synergies with certain structural changes or transactions

* Ability to file with IRS as a consolidated group generally results in lower consolidated tax liabilities than separate group tax liabilities, due to offsetting of income and losses among group members

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002600

Confidential–For Professional Eyes Only
Mike Kunkel

**Enterprise Value Enhanced by TCEH Remaining
in the EFH Family Consolidated** *Confidential*

## Efficient Capital Deployment / Increase M&A Opportunities

※ Maintains efficient capital deployment

※ Widens scope of potential merger partners and strategic flexibility

— Limited number of sizeable potential generation/retail "pure play" partners or break-up opportunities

— Potential merger partners are largely integrateds that do not appear to want to change their business model

※ Recent scale transactions in the Power and Utility sector have all been "look-alike" transactions

※ With integrated scale, able to explore out-of-territory expansion

Highly Confidential

EFH00002601

Confidential--For Professional Eyes Only
Mike Kunkel

## Enterprise Value Enhanced by TCEH Remaining in the EFH Family

*Confidential*

### Increase M&A Opportunities (Cont'd)



**Largest Power Companies, And Likely Potential Transaction Partners, Are Mostly Integrated Companies**

| Unregulated MW | 1,806 | 6,403 | 15,784 | 34,594 | 1,836 | | 8,215 | 13,464 | 9,677 | 7,205 | 621 | 27,458 | 46,318 (1) | 12,270 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Legend: Utility / Integrated / Generation / Unregulated MW

Companies: Duke, Dominion Resources, NextEra Energy Inc, Exelon Corp, American Electric Power, PG&E Corp, FirstEnergy Corp, Public Service Enterprise, Edison International, Entergy Corp, DTE Energy Co, Calpine, NRG (1), Dynegy

**Limited Sizeable Generation/Retail Partners**

| Generation Co | MW | TX | Retail |
|---|---|---|---|
| Calpine | 27,458 | ✓ | |
| NRG | 46,318 | ✓ | ✓ |
| Dynegy | 12,270 | | |

✻ Ability to separate and acquire the generation/retail portfolio of other integrated companies unclear given current valuation levels, commodity cycles and companies' strategic objectives

Source: Factset, SNL
Note: Market data as of 2/1/2013
(1) Pro forma for acquisition of GenOn

**Recent Scale Transactions**



Reliant Energy / nrg
nrg / GenOn
Duke Energy / Progress Energy
Northeast Utilities / NSTAR
Exelon / Constellation Energy
FirstEnergy / Allegheny Energy, Inc.

41

Confidential--For Professional Eyes Only
Mike Kunkel

EFH00002602

**PX 077**
**Page 52 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

# V. How Might a Restructuring Be Accomplished?

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002603

Confidential--For Professional Eyes Only
Mike Kunkel

## Restructuring Transaction <span style="float:right">*Confidential*</span>

### Objectives and Guiding Principles Underlying Current Discussions

❋ Agree on pursuing a structured process, starting with a small group of key creditors, to work toward a proactive, organized, and long-term solution

❋ Guiding principles and objectives:

1. Maximize enterprise value
2. Create a sustainable capital structure
3. Minimize time spent in a restructuring through proactive and organized solution
4. Minimize tax impact of restructuring
5. EFH, EFIH, and TCEH remain members of a consolidated group
6. Maintain focus of operating business
7. Retain existing management and key employees
8. Enter restructuring with clear vision, strong brand, and growth strategy to execute upon emergence

❋ Discuss rationale and merits of objectives, guiding principles, and proposed restructuring plan

❋ Agree on timeline and next steps

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential                EFH00002604

**PX 077**
**Page 54 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

## Restructuring Transaction                                                    *Confidential*

### Transaction Structure

- ※ Consolidated structure maintained through simultaneous restructuring and recapitalization transactions:
  - – EFH/EFIH recapitalized out-of-court
  - – EFCH/TCEH restructured in-court
- ※ EFH raises new cash (e.g., $[2]bn)
  - – Use of proceeds to redeem debt at EFH/EFIH pursuant to capital redemption and equity clawback provisions
- ※ TCEH 1st Lien creditors exchange debt claims for $5bn of cash funded by a new debt issue at TCEH and [ ]% EFH equity stake
- ※ EFH continues to own 100% stake of EFCH/TCEH



Source: Total debt figures per $2bn Debt Exchange management guidance
(1) Excludes DIP; includes $1,257mm of Swap claims
(2) Includes $1.1bn revolver draw at emergence expected to be repaid in its entirety in 2014 and $1bn cash collateralized LC facility

43

Highly Confidential

EFH00002605

**PX 077**
**Page 55 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

**Restructuring Transaction** *Confidential*

## Transaction Overview and Assumptions

### TCEH Restructuring

TIMING ASSUMPTIONS
- Filing: May 1, 2013
- Emergence: January 1, 2014
  - TCEH remains part of EFH consolidated group

FILING ASSUMPTIONS
- Post $1.25bn cash collateral to TX Railroad Commission for mining bond
  - Assumes cash collateral returned to Company post-emergence (mid-2014)
- Prepetition LCs drawn at filing: $947mm
  - All cash returned post-emergence (mid- 2014), except $0.2bn for PCRB bonds
- Adequate protection: $0.9bn
- Additional bankruptcy costs (incl. business disruption): $480mm
- DIP: $2bn commitment with $0.9mm maximum draw
- ELA is eliminated pre-filing; no cash taxes due at /post-emergence as a result of restructuring

EMERGENCE ASSUMPTIONS
- Pro Forma Debt Capitalization at emergence: $8bn
  - RC Facility: $2bn commitment; $1.1bn drawn at emergence (Libor + 550 bps)
  - LC Facility: $1bn (cash collateralized)
  - 1st Lien TL (new money): $5bn (Libor + 550 bps)
  - Total Financing Fees: $160mm (200 bps)
  - Assumes no amortization or maturities during post-emergence period
- 1st Lien creditors receive $5.0bn cash recovery and equity in EFH
  - Assumes $1.3bn of 1st Lien interest rate swaps claim
  - No recovery to 2nd Lien or unsecured TCEH notes

### EFH New Cash

- New cash: $2.0bn
  - $2.0bn for debt reduction[5] and related costs at EFH

(1) Alternatively, there may be an opportunity to acquire the Oncor minority interest with the new cash proceeds

### EFH Recapitalization

- Reflects Q4 2012 exchange of $1.2bn principal Legacy bonds (2014, 2024 and 2034) and $0.6bn LBO Bonds at market for $1.4bn EFIH 11.25%/12.25% Unsecured Notes). All debt kept in place or repaid in conjunction with TCEH's emergence
- $2.0bn of new cash used for debt reduction:
  - EFIH 10.00% 1st Lien: $508mm retired with $51mm of premium
  - EFIH 11.00% 2nd Lien: $142mm retired with $16mm of premium
  - EFIH 11.75% 2nd Lien: $613mm retired with $72mm of premium
  - EFIH 11.25%/12.25% PIK Notes: $538mm retired with $61mm of premium
- Post-emergence, refinance 1st Lien debt at 6% and 2nd Lien debt at 7.5% based on maturity and call schedules. Incremental debt raised in amounts equal to call premiums

### Additional Assumptions

FINANCIAL PROJECTIONS
- All financial projections per management's projections
  - Open EBITDA assumed for TCEH (derivatives terminated in bankruptcy)
  - EBITDA including securitization assumed for Oncor

TAX AND DIVIDENDS
- Oncor dividend and tax payment to EFH per Oncor management's projections
- TCEH tax payment to EFH per management's projections
- EFH Federal/State tax payment per management's projections

FINANCING (pre-filing)
- TCEH
  - Reflects Q4 2012 revolver extension and corresponding 1st Lien debt issuance
  - Fully drawn revolver ($2.1bn)
- EFH/EFIH
  - Reflects 2013 repayment of $0.7bn of I/C Note with proceeds from 2012 debt issuance

44
Confidential--For Professional Eyes Only
Mike Kunkel

EFH00002606

Confidential—For Professional Eyes Only
Mike Kunkel

## Restructuring Transaction

*Confidential*

## Sources & Uses and Pro Forma Capitalization

*($ in millions)*

### Financing Sources and Uses

| EFIH / EFH Sources | | EFIH / EFH Uses | |
|---|---|---|---|
| New Cash | $2,000 | Equity Clawback | $1,801 |
| | | Bond Call Premium | 199 |
| Total Sources | $2,000 | Total Uses | $2,000 |

| TCEH Sources | | TCEH Uses | |
|---|---|---|---|
| New TCEH 1st Lien Debt | $5,000 | Cash to TCEH 1st Lien | $5,000 |
| New Revolver | 1,060 | Financing Costs | 160 |
| New LC Facility | 1,000 | LC Cash Collateral | 1,000 |
| | | DIP Repayment | 900 |
| Total Cash Sources | $7,060 | Total Cash Uses | $7,060 |

### Pro Forma Capitalization

#### EFIH/EFH

| | Pre | Adjustment | Pro Forma |
|---|---|---|---|
| 1st Lien | $3,985 | ($508) | $3,477 |
| 2nd Lien | 2,156 | (755) | 1,402 |
| EFH LBO Notes | 59 | -- | 59 |
| EFIH 11.25%/12.25% PIK | 1,538 | (538) | 999 |
| Unsecured EFH/EFIH Notes | 621 | -- | 621 |
| Other | -- | -- | -- |
| Gross Debt | $8,359 | ($1,801) | $6,558 |
| Less: Cash | (229) | -- | (229) |
| Less: New Cash | | (2,000) | (2,000) |
| Plus: Debt Retirement | | 2,000 | 2,000 |
| Net Debt | $8,130 | ($1,801) | $6,329 |
| Total Secured Debt | 6,142 | (1,263) | 4,879 |
| Net Secured Debt | 5,913 | (1,263) | 4,650 |

#### TCEH

| | Pre | Adjustment | Pro Forma |
|---|---|---|---|
| DIP | $900 | ($900) | $-- |
| New Revolver | -- | 1,060 | 1,060 |
| New LC Facility | -- | 1,000 | 1,000 |
| Structurally Senior | 59 | -- | 59 |
| First Lien [2] | 25,623 | (20,623) | 5,000 |
| Junior Lien | 1,571 | (1,571) | -- |
| Unsecured | 5,800 | (5,800) | -- |
| Gross Debt | $33,953 | ($26,834) | $7,119 |
| Less: Cash | (50) | -- | (50) |
| Less: Restricted Cash | | (1,000) | (1,000) |
| Net Debt | $33,903 | ($27,834) | $6,069 |
| Total Secured Debt | 26,582 | (19,463) | 7,119 |
| Net Secured Debt | 26,532 | (20,463) | 6,069 |
| TCEH Open 2014E EBITDA | 1,870 | | 1,870 |
| Interest Expense (2012/2014) | 1,829 | | 480 |
| 2014E Capital Expenditure | 594 | | 594 |

| *TCEH CREDIT STATISTICS* | Pre | | Pro Forma |
|---|---|---|---|
| Total Debt / 2014 EBITDA | 18.2x | | 3.8x |
| Net Debt / 2014 EBITDA | 18.1x | | 3.2x |
| Total Secured Debt / 2014 EBITDA | 14.2x | | 3.8x |
| Net Secured Debt / 2014 EBITDA | 14.2x | | 3.2x |
| 2014 EBITDA / Int. Expense | 1.0x | | 3.9x |
| 2014 EBITDA - CapEx / Int. Exp. | 0.7x | | 2.7x |

Source: Company projections
(1) Comprised of TCEH 7.46% Secured Notes ($4mm), TCEH 7.50% Capital Leases ($55mm) and TCEH Other -- Promissory Note ($32mm)
(2) Includes $1,257mm of swap claims

Confidential—For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002607

**PX 077**
**Page 57 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

## Restructuring Transaction

*Confidential*

### EFH/EFIH Cash Flow and Liquidity

*($ in millions)*

| EFH / EFIH | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CASHFLOWS** | | | | | | | |
| EBITDA | $6 | ($1) | $-- | ($3) | $-- | ($3) | ($3) |
| Cash Adjustments | (7) | 4 | -- | 11 | -- | 17 | 26 |
| TCEH Dividend | -- | -- | -- | -- | -- | -- | -- |
| Oncor Dividend (80%) | :47 | 32 | -- | 185 | -- | 197 | 294 |
| CapEx | (33) | (13) | -- | (25) | -- | (28) | (20) |
| Pension/OPEB funding | (.18) | (3) | -- | (6) | -- | (19) | (30) |
| Other CF Items | (20) | 71 | -- | 70 | -- | 32 | 5 |
| Cashflow | ($26) | $90 | $-- | $232 | $-- | $195 | $273 |
| TCEH Tax Payments | $84 | $0 | $-- | ($67) | $-- | $209 | $197 |
| Oncor Tax Payments | 55 | 48 | -- | 81 | -- | 313 | 307 |
| Federal/State Tax Payments | (72) | -- | -- | (60) | -- | (96) | (285) |
| Taxes Related to Transaction | -- | -- | -- | -- | -- | -- | -- |
| Total Tax | $67 | $48 | $-- | ($45) | $-- | $426 | $219 |
| *Free Cashflow - Unlevered* | $41 | $138 | $-- | $186 | $-- | $621 | $492 |
| *Cumulative* | $41 | $179 | $179 | $365 | $365 | $987 | $1,479 |
| **FINANCING & OTHER** | | | | | | | |
| Cash Interest | ($632) | ($166) | $-- | ($559) | $-- | ($700) | ($643) |
| Repayment of I/C Note | (894) | (698) | -- | -- | -- | -- | -- |
| I/C between TCEH and EFCH | -- | -- | -- | -- | -- | -- | -- |
| Debt Maturities/Repayment | (12) | (85) | -- | (0) | (1,801) | (1,157) | (3,477) |
| Call Premium | -- | -- | -- | -- | (199) | (57) | (169) |
| Debt Issuances | 2,253 | 0 | -- | 0 | -- | 1,456 | 3,643 |
| Debt Issuance Costs | (43) | (6) | -- | (0) | -- | (22) | (55) |
| Restructuring Fee / Business Impact | -- | -- | -- | -- | -- | -- | -- |
| New Cash | -- | -- | -- | -- | 2,000 | -- | -- |
| Total | $672 | ($955) | $-- | ($559) | $-- | ($481) | ($701) |
| *Free Cashflow - Levered* | $713 | ($818) | $-- | ($373) | $-- | $141 | ($209) |
| *Cumulative* | $713 | ($105) | ($105) | ($477) | ($477) | ($336) | ($546) |
| **LIQUIDITY** | | | | | | | |
| Cash Beginning Balance | $706 | $1,419 | $601 | $601 | $229 | $229 | $369 |
| Free Cashflow | 713 | (818) | -- | (373) | -- | 140 | (209) |
| Cash Ending Balance | $1,419 | $601 | $601 | $229 | $229 | $369 | $160 |

Source:  Company projections
(1)  For illustrative purposes, a 1/1/2014 emergence is assumed

> Represents equity clawback of varying amounts of EFIH 1st Lien, 2nd Lien, and Unsecured Notes using new cash at emergence

> New cash allows Company to delever through debt repayment at emergence and maintain sufficient liquidity

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002608

Confidential--For Professional Eyes Only
Mike Kunkel

## Restructuring Transaction

*Confidential*

### EFH/EFIH Balance Sheet

*($ in billions)*

| Account | 1/1/2014 | Cash Activity | 12/31/2014 | Cash Activity | 12/31/2015 |
|---|---|---|---|---|---|
| Cash | $0.2 | $0.1 | $0.4 | ($0.2) | $0.2 |
| Working Capital | -- | -- | -- | -- | -- |
| Investment in Oncor | 8.3 | 0.1 | 8.5 | 0.1 | 8.5 |
| Total Assets | $8.6 | $0.3 | $8.8 | ($0.1) | $8.7 |
| Debt | $6.6 | $0.3 | $6.9 | $0.2 | $7.0 |
| Equity | 2.0 | (0.0) | 2.0 | (0.3) | 1.7 |
| Total Liabilities and Equity | $8.6 | $0.3 | $8.8 | ($0.1) | $8.7 |
| Net Debt | $6.3 | | $6.5 | | $6.9 |

Source: Company projections

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002609

**PX 077**
**Page 59 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

## Restructuring Transaction

*Confidential*

### TCEH Cash Flow and Liquidity

*($ in millions)*

| | | | | | | |
|---|---|---|---|---|---|---|
| **CASH FLOWS** | | | | | | |
| Management EBITDA | $3,409 | $710 | $-- | $1,452 | $-- | $1,870 $1,883 |
| Cash Impact of Adj to EBITDA | (131) | (22) | -- | -- | -- | (54) (26) |
| Adj. Mgmt. EBITDA | $3,277 | $687 | $-- | $1,376 | $-- | $1,816 $1,848 |
| Dividend to EFH | 1-- | 1-- | 1-- | 1-- | 1-- | 1-- 1-- |
| Environmental CapEx | (221) | (7) | -- | (15) | -- | (56) (12) |
| Other CapEx | (580) | (203) | -- | (465) | -- | (538) (666) |
| Working Capital | (97) | 137 | (504) | (122) | -- | 315 24 |
| Margin Deposits | (678) | (89) | -- | -- | -- | -- -- |
| Pension Curtailment/OPEB Contributions | (143) | -- | -- | -- | -- | -- -- |
| Other Cash Flow Items | (215) | (42) | -- | 173 | -- | (23) (31) |
| External Tax Payments to EFH | (94) | (0) | -- | 57 | -- | (207) (197) |
| **Free Cashflow - Unlevered** | $2,570 | $483 | ($504) | $1,014 | $-- | $1,504 $972 |
| **Cumulative** | $2,570 | $3,053 | $2,549 | $3,562 | $3,562 | $5,066 $6,038 |
| **FINANCING & OTHER** | | | | | | |
| Interest Payments | ($1,529) | ($488) | ($103) | ($132) | $-- | ($450) ($436) |
| Repayment of L/C Note | 894 | 698 | -- | -- | -- | -- -- |
| Repayment of L/C Note bet. TCEH and EPCH | -- | -- | (202) | (7) | -- | -- -- |
| Debt Maturities | (29) | (77) | -- | -- | -- | (8) (7) |
| Debt Issuances | 12 | 175 | -- | 0 | -- | 0 0 |
| Revolver Draw/ (Repayment) | 1,584 | -- | -- | -- | 1,660 | (1,900) -- |
| Swap Settlements | (676) | (168) | -- | -- | -- | -- -- |
| Sale A/R Program | (22) | (29) | (53) | -- | -- | -- -- |
| Pre-pay Onror Make Whole Payments | (178) | -- | -- | -- | -- | -- -- |
| **TRANSACTION - RELATED** | | | | | | |
| Change in Restricted Cash | $129 | 1-- | $947 | $0 | ($1,000) | 1-- 1-- |
| Pre-Petition L/C Cash | -- | -- | (743) | (0) | -- | 743 -- |
| Mine Reclamation Bond | -- | -- | (1,250) | -- | -- | 1,250 -- |
| Restructuring Fees/ Business Impacts | -- | -- | -- | (480) | -- | -- -- |
| Adequate Protection | -- | -- | -- | (886) | -- | -- -- |
| DIP | -- | -- | 410 | 490 | (900) | (0) -- |
| New Debt Proceeds | -- | -- | -- | -- | 6,300 | -- -- |
| Debt Issuance Costs | -- | (3) | (40) | 0 | (160) | (6) (6) |
| Cash Distribution to TCEH 1st Lien | -- | -- | -- | -- | (5,000) | -- -- |
| **Total** | ($215) | $907 | ($1,233) | ($1,046) | $-- | $445 ($445) |
| **Free Cashflow - Levered** | $2,855 | $391 | ($1,783) | ($80) | $-- | $1,949 $527 |
| **Cumulative** | $2,855 | $3,643 | ($809) | ($370) | ($370) | $1,579 $3,406 |
| **LIQUIDITY (ex. Restricted Cash)** | | | | | | |
| Cash Beginning Balance | $520 | $1,175 | $6,765 | 850 | $50 | $50 $3,999 |
| Free Cashflow | 1,655 | 591 | (1,783) | (0) | -- | 1,949 527 |
| **Cash Ending Balance** | $2,175 | $3,765 | $50 | 850 | $50 | $1,999 $3,526 |

Source: Company projections
(1) For illustrative purposes, a 1/1/2014 emergence is assumed

> No dividends to EFH/EFIH

> Assumes working capital benefit post-emergence in mid-2014, comprised of $350mm for trading, $154mm for accounts payable, and other normal course items

> Assumes no tax liability triggered by restructuring

> Consists of $175mm of A/R note and $204mm of PCRBs backed by LCs

> Assumes all LC cash (excluding the amount collateralizing PCRBs) is returned in mid-2014

> Assumes $1,250mm of cash collateral is posted to the TX Railroad Commission at filing and returned in its entirety post-emergence in mid-2014, in conjunction with EFH guaranteeing the underlying mining reclamation obligation

> Represents impact of restructuring including advisors costs and business disruption

> Assumes adequate protection at stated pre-petition interest rates

48

Confidential--For Professional Eyes Only
Mike Kunkel

EFH00002610

Confidential--For Professional Eyes Only
Mike Kunkel

## Restructuring Transaction

*Confidential*

### TCEH Balance Sheet

*($ in billions)*

| Account | 1/1/2014 | Cash Activity | 12/31/2014 | Cash Activity | 12/31/2015 |
|---|---|---|---|---|---|
| Cash | $0.1 | $1.9 | $2.0 | $0.5 | $2.5 |
| Working Capital | 2.8 | (2.6) | 0.1 | (0.1) | 0.1 |
| Other Assets | 10.8 | -- | 10.8 | -- | 10.8 |
| Total Assets | $13.6 | ($0.7) | $13.0 | $0.4 | $13.4 |
| | | | | | |
| Debt (excl. Revolver) | $5.1 | ($0.0) | $5.1 | ($0.1) | $5.0 |
| Revolver | 1.1 | (1.1) | -- | -- | -- |
| Equity | 7.5 | 0.4 | 7.9 | 0.5 | 8.4 |
| Total Liabilities and Equity | $13.6 | ($0.7) | $13.0 | $0.4 | $13.4 |
| | | | | | |
| Net Debt | $6.1 | | $3.1 | | $2.5 |

Source: Company projections
Note: Cash and debt excludes restricted cash and LC Facility, respectively

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002611

Confidential--For Professional Eyes Only
Mike Kunkel

## Restructuring Transaction

*Confidential*

### Consolidated Balance Sheet

*($ in billions)*

| | | | | | |
|---|---|---|---|---|---|
| Cash | $0.3 | $2.1 | $2.4 | $0.3 | $2.7 |
| Working Capital | 2.8 | (2.6) | 0.1 | (0.1) | 0.1 |
| Investment in Oncor | 8.3 | 0.1 | 8.5 | 0.1 | 8.5 |
| Other Assets | 10.8 | -- | 10.8 | -- | 10.8 |
| Total Assets | $22.2 | ($0.4) | $21.8 | $0.3 | $22.1 |
| | | | | | |
| Debt (excl. Revolver) | $11.6 | $0.3 | $11.9 | $0.1 | $12.0 |
| Revolver | 1.1 | (1.1) | -- | -- | -- |
| Equity | 9.5 | 0.4 | 9.9 | 0.2 | 10.1 |
| Total Liabilities and Equity | $22.2 | ($0.4) | $21.8 | $0.3 | $22.1 |
| | | | | | |
| Net Debt | $12.4 | | $9.5 | | $9.3 |

Source: Company projections
Note: Cash and debt excludes restricted cash and LC Facility, respectively

50

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002612

Confidential--For Professional Eyes Only
Mike Kunkel

# VI.  Implementation

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002613

Confidential--For Professional Eyes Only
Mike Kunkel

## Implementation <span style="float:right">*Confidential*</span>

### Key Issues for Consideration

> **Maximize value through consensual, prepackaged EFCH/TCEH bankruptcy filing with requisite votes from TCEH 1st Lien creditors**

※ If the stakeholders work collaboratively, we will increase our collective ability to obtain broad support for a value-maximizing restructuring

  – Reaching agreement, and executing a restructuring support agreement, is important to setting the foundation for a deal that can be rolled out to other 1st Lien holders

  – Our goal is for the Company and core 1st Lien holders to build momentum pre-filing and achieve broad support across the 1st Lien creditor class through a formal solicitation of votes (at least 2/3 in amount; more than 50% in number) for a pre-packaged bankruptcy filing

  – A pre-packaged filing, with requisite support from TCEH 1st Lien creditors, will maximize the likelihood of a prompt and successful restructuring

※ The amount of DIP commitment can be significantly reduced through an earlier filing and shorter restructuring process

※ Structuring a deal that is supported by the Texas regulators is critical to avoid delays and obtain required approvals

※ The pro forma capital structure must be feasible and sustainable

  – Provide sufficient downside protection to withstand continued market weakness, while positioning EFH for growth

   ※ A $5 decline in power price would reduce current after-tax FCF of ~$500mm by ~$230 million

  – TCEH has limited debt capacity given weak market fundamentals and expiration of hedges

  – New cash at EFH should be sufficient to:

   ※ Repay high cost debt and facilitate cost effective refinancings, and

   ※ Optimize and self-sustain capital structure of EFH/EFIH

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

Confidential--For Professional Eyes Only
Mike Kunkel

## Regulatory Considerations

*Confidential*

### Federal

| Regulatory Agency | | Entity/Business under Regulation |
|---|---|---|
| Federal Energy Regulatory Commission (FERC) | ※ Wholesale electric and gas rates | Oncor[1] |
| | ※ Power pools and transmission | Luminant Energy[1] |
| North American Electric Reliability Corporation (NERC) | ※ Power grid reliability standards | Oncor |
| | | Luminant Generation |
| Securities and Exchange Commission (SEC) | ※ Securities | All businesses |
| | ※ M&A | |
| Environmental Protection Agency (EPA) | ※ Air and water quality | Oncor |
| | ※ Solid waste disposal | Luminant Generation |
| Nuclear Regulatory Commission (NRC) | ※ Nuclear licenses | Luminant Generation |
| | ※ M&A involving nuclear | |
| Commodity Futures Trading Commission (CFTC) | ※ Commodity derivatives | Luminant Energy |
| Federal Communications Commission (FCC) | ※ Wireless radio licenses | Luminant |

(1) FERC jurisdiction limited to specific tariffs allowing interconnection and sale of electricity to grids outside of ERCOT

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002615

**PX 077**
**Page 65 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

## Regulatory Considerations                                    *Confidential*

### State

| Regulatory Agency | | Entity/Business under Regulation |
|---|---|---|
| Public Utility Commission of Texas (PUCT) | ※ Financial (competitive wholesale and retail market oversight and enforcement, TDU rates, certain M&A) | Oncor |
| | | TXU Energy |
| | ※ Operational (service areas and standards) | Luminant Generation |
| | ※ Construction plans | Luminant Energy |
| ERCOT | ※ Ensure reliable operation of ERCOT grid; subject to oversight by PUCT | Oncor |
| | | TXU Energy |
| | ※ Manage financial settlement process in wholesale market | Luminant Generation |
| | | Luminant Energy |
| Texas Reliability Entity (TRE) | ※ Enforce NERC Reliability Standards and ERCOT | Oncor |
| | | Luminant Generation |
| Texas Commission on Environmental Quality (TCEQ) | ※ Air quality | Luminant Generation |
| | ※ Water quality | |
| | ※ Waste management | |
| Railroad Commission of Texas (RCT) | ※ Permits, enforces, and oversees Texas surface mining and reclamation process | Luminant Mining |

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

Confidential--For Professional Eyes Only
Mike Kunkel

# VII.  Next Steps and Timeline

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002617

Confidential--For Professional Eyes Only
Mike Kunkel

## Next Steps                                                                                           *Confidential*

1. Key creditors' financial and legal advisors conduct due diligence with Company and its advisors

    1. Data room access

    2. Management presentations

2. If, after performing their diligence, key creditors' advisors agree with proposed restructuring concept, then Company and advisors will agree on NDA and approach for key creditors to become restricted and relevant parties to attempt to reach agreement on economic terms, while allowing Company to cleanse key creditors if deal cannot be reached

3. If agreement cannot be reached, key creditors are cleansed

4. If, however, a successful agreement is achieved, jointly roll out restructuring plan, solicit requisite votes, and implement pre-packaged EFCH/TCEH filing and EFH reorganization

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential                                                            EFH00002618

**PX 077**
**Page 68 of 71**

Confidential--For Professional Eyes Only
Mike Kunkel

# Illustrative Timeline

*Confidential*

Note: Illustrative timeline assumes agreement is reached with key TCEH 1st Lien creditors and restructuring transaction is implemented

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

Confidential--For Professional Eyes Only
Mike Kunkel

# Appendix

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002620

Confidential--For Professional Eyes Only
Mike Kunkel

## EFH Consolidated Financial Summary

*Confidential*

### Per 2012 Long-Range Plan[1]

*($ in millions)*

**EFH Management EBITDA[2]**

| | Projected | | | |
|---|---|---|---|---|
| | 2012A | 2013E | 2014E | 2015E |
| Luminant | $2,646 | $2,068 | $1,860 | $1,321 |
| TXU Energy | 845 | 769 | 665 | 647 |
| ESB Elimination | (82) | (83) | (83) | (84) |
| TCEH | $3,409 | $2,754 | $2,442 | $1,884 |
| EFH/EFIH | 6 | (4) | (3) | (3) |
| Competitive | $3,415 | $2,750 | $2,439 | $1,881 |
| Oncor | 1,801 | 1,890 | 2,008 | 2,016 |
| EFH Consolidated | $5,216 | $4,640 | $4,447 | $3,897 |
| *Hedge Impact* | *$1,833* | *$993* | *$574* | *$--* |

| 2012 Long-Range Plan | Units | 2012A | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|
| HSC Gas Price[3][4] | $/MMBtu | 3.18 | 3.71 | 4.25 | 4.42 |
| Heat Rate | MMBtu/MWh | 10.16 | 9.8 | 9.48 | 9.17 |
| Power Price[4] | $/MWh | 32.30 | 36.33 | 40.29 | 40.53 |

**EFH Cash CapEx**

| | Projected | | | |
|---|---|---|---|---|
| | 2012A | 2013E | 2014E | 2015E |
| Luminant | $574 | $661 | $532 | $654 |
| ERP | 221 | 22 | 56 | 12 |
| TXU Energy | 6 | 6 | 6 | 6 |
| TCEH | $801 | $689 | $594 | $672 |
| EFH/EFIH | 33 | 38 | 28 | 20 |
| Competitive | $834 | $727 | $622 | $692 |
| Oncor[5] | 1,389 | 1,054 | 1,008 | 1,002 |
| EFH Consolidated | $2,223 | $1,781 | $1,630 | $1,694 |

Source: Company 2012 Long-Range Plan
Note: Values may not foot because of rounding.
(1) Does not include the impact of any restructuring transactions
(2) Management EBITDA is Adjusted EBITDA per the TCEH Credit Agreement, excluding certain adjustments applied to calculate Adjusted EBITDA relative to GAAP EBITDA
(3) Houston Ship Channel Natural Gas Index
(4) 2013 uses Natural Gas and Power prices based on 7/31/2012 Pricing Curves and 2014 and 2015 prices based on Oct 11, 2012 curves
(5) Oncor Capex numbers are cash flow view

Confidential--For Professional Eyes Only
Mike Kunkel

Highly Confidential

EFH00002621