Confidential
Subject to 408 F.R.E.
For Settlement Discussion Purposes Only

# Millstein & Co.

## Project Olympus
### Preliminary Discussion Materials

May 2013

A-115

Confidential                                             SP_MW_00000732

MILSTEIN & Co.

CONFIDENTIAL
SUBJECT TO 408 F.R.E.
FOR SETTLEMENT DISCUSSION PURPOSES ONLY

Project Olympus

# Makewhole Compromise for EFH/EFIH

In light of the potential risks implied by the Company's proposed restructuring of EFIH/EFH, Millstein analyzed alternative scenarios that could improve the EFIH/EFH cash flows

- If EFIH and EFH file for bankruptcy, thereby accelerating the maturity of the EFH debt, the Company may be able to refinance EFIH without paying make-whole premiums, resulting in substantial savings compared to the Company's forecast

- This scenario could also reduce the refinancing risk inherent to the Company's proposal as the entire capital structure could be refinanced in the current favorable capital markets environment

- The following presents the cash flow improvements and total savings that would result if the EFIH and EFH creditors convert to equity and the remaining EFIH secured debt was refinanced at a market rate of 6.2% (current weighted average YTW of secured debt is 6.2%), with 1.5% fees

  ○ Total savings would be $1,001 million

A-116