**Citigroup Global Markets Inc.**

June 12th, 2013

# Liability Management Analysis
## Energy Future Holdings

Strictly Private and Confidential



EXHIBIT
Horton
1h

# Executive Summary of EFIH Refinancing

### 10% EFIH 1st Lien Notes Refinancing Overview

- In evaluating a refinancing of the first lien notes, EFIH has two options to consider
  - Refinance at the 2015 call date
    - Continue to pay current coupons from now to the 2015 call date and refinance in 2015
    - Refinancing at the call date could include a one-time decrease in coupon linked to a non-rating credit metric (e.g. Debt to EBITDA)
  - Refinance today at a premium to current market levels and issue new notes at market
    - Eliminates refinancing risk associated with a call in 2015
    - Locks in a current rate and extends tenor
- Although neither option results in significant interest reduction overall, the elimination of refinancing risk with an option to decrease interest cost at the right credit metric can be beneficial

### Transaction Considerations

| Consideration | Refinance Today | Refinance in 2015 |
|---|---|---|
| Repurchase Price | Premium to current market price of ~6.60% yield to 2015 call | Call Price (105%) |
| Interest Expense / New Issuance | Current market coupon replaces existing coupon for the duration of the security | 10% Coupon until 2015<br>Lower coupon (can be metric-linked) after the call date to maturity |
| Ongoing Refinancing Risk | ● | ◕ |

 ● Low  ◔ High

### Rollover Breakeven Analysis

- The break-even analysis determines the maximum rate at which EFIH would need to fund the target notes at the call date in order to outperform refinancing today
- The economics of this strategy are similar to a hedging strategy, but eliminates spread exposure as well
- The rollover increment is inclusive of both Treasury and credit movement

| Coupon | Call Date | Refinancing Level YTC | Price | Refinancing Tenor | Rate | DV01 | Period | Yield Difference | Roll-Over Rate | Roll-Over Increment |
|---|---|---|---|---|---|---|---|---|---|---|
| 10.000% | 12/01/15 | 6.10% | 113.105 | 7 | 6.100% | 0.058 | 2.46 | 0.00% | 6.10% | +0 bp |
| | | 5.00% | 115.880 | 7 | 6.100% | 0.058 | 2.46 | 1.10% | 6.57% | +47 bp |
| | | 4.50% | 117.170 | 7 | 6.100% | 0.058 | 2.46 | 1.60% | 6.78% | +68 bp |
| | | 4.00% | 118.478 | 7 | 6.100% | 0.058 | 2.46 | 2.10% | 6.99% | +89 bp |
| | | 3.50% | 119.804 | 7 | 6.100% | 0.058 | 2.46 | 2.60% | 7.20% | +110 bp |

1

citi

Highly Confidential

# Refinancing Now vs. The 2015 Call Date

## 7/8-Year Refinancing Today vs. 2015 Call Date

- Paying coupons until the call date and refinancing at 105% in December 2015 is similar to refinancing today at a price higher than the call price on an economic basis

### Refinancing At 2015 Call Date



### Current Refinancing at a Premium with Current Coupon



2

Highly Confidential

EFIHMW00047737

PX 083
Page 3 of 5

# Evaluating Repurchase Premium in a Current Refinancing

## Overview of Target Securities

| | |
|---|---|
| Coupon: | 10.000% |
| Maturity: | 12/01/20 |
| Call Feature | |
| Call Date: | 12/01/15 |
| Call Price: | 105.000 |
| Ratings: | B2 / B- |
| Make Whole: | T+50 |
| Benchmark Yield: | 0.45% |
| Settlement: | 06/14/13 |

## Strategic Refinancing Overview

- In considering an exchange or refinancing strategy, the following pricing factors should be carefully considered
    - *Absolute Dollar Price Offered*
        - The repurchase price offered versus par value and subsequent potential increase in principal amount
    - *Replacement Yield*
        - Valuation of the existing security in conjunction with the new security offered via a refinancing while also contemplating remaining cash flows to the call date
    - *Current Income Comparison*
        - Differential of coupons both on a current and pro-forma basis and any implications that may impede a negotiation or interest
    - *Tenor(s) of New Security Offered*
        - One or many different tenors offered via a refinancing and resulting implications from a capital structure and a takeout perspective

## Triangulating Valuation & Refinancing Level

- Determining fair value in the context of a takeout level on the 1st Lien Notes can be evaluated based on a number of different metrics including different comparable yields to the 2015 call date as well as the components of the newly issued security



Comparable Context (Yield) / Price

- Market Price (6.60% YTC) — 111.875% — LOWEST
- 6.10% Yield to 2015 Call — 113.105%
- "B" Index / 5.00% YTC — 115.860%
- 4.50% Yield To 2015 Call — 117.170%
- 4.00% Yield To 2015 Call — 118.478%
- 3.50% Yield To 2015 Call — 119.804%
- Make-Whole Call (1.00% Yield) — 126.871% — HIGHEST

(Indicative Repurchase / Refinancing Price)

citi

3

Highly Confidential

EFIHMW00047738

PX 083
Page 4 of 5

*IRS Circular 230 Disclosure:* Citigroup Inc. and its affiliates do not provide tax or legal advice. Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of any transaction contemplated hereby ("Transaction"). Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

Any terms set forth herein are intended for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements. This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment, nor are we acting as a fiduciary to you. By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the information contained herein and the existence of and proposed terms for any Transaction.

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction. In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should apprise senior management in your organization as to such legal, tax and accounting advice (and any risks associated with any Transaction) and our disclaimer as to these matters. By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us. We will ask for your complete name, street address, and taxpayer ID number. We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers. These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument. The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product. Any estimates included herein constitute our judgment as of the date hereof and are subject to change without any notice. We and/or our affiliates may make a market in these instruments for our customers and for our own account. Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citi corporate bond research, fixed income strategy or economic and market analysis, Citi policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports. So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citi has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.

© 2013 Citigroup Global Markets Inc. Member SIPC. All rights reserved. Citi and Citi and Arc Design are trademarks and service marks of Citigroup Inc. or its affiliates and are used and registered throughout the world.

Citi believes that sustainability is good business practice. We work closely with our clients, peer financial institutions, NGOs and other partners to finance solutions to climate change, develop industry standards, reduce our own environmental footprint, and engage with stakeholders to advance shared learning and solutions. Highlights of Citi's unique role in promoting sustainability include: (a) releasing in 2007 a Climate Change Position Statement, the first US financial institution to do so; (b) targeting $50 billion over 10 years to address global climate change: includes significant increases in investment and financing of renewable energy, clean technology, and other carbon-emission reduction activities; (c) committing to an absolute reduction in GHG emissions of all Citi owned and leased properties around the world by 10% by 2011; (d) purchasing more than 234,000 MWh of carbon neutral power for our operations over the last three years; (e) establishing in 2008 the Carbon Principles; a framework for banks and their U.S. power clients to evaluate and address carbon risks in the financing of electric power projects; (f) producing equity research related to climate issues that helps to inform investors on risks and opportunities associated with the issue; and (g) engaging with a broad range of stakeholders on the issue of climate change to help advance understanding and solutions.

Citi works with its clients in greenhouse gas intensive industries to evaluate emerging risks from climate change and, where appropriate, to mitigate those risks.

efficiency, renewable energy and mitigation

4

citi

Highly Confidential

EFIHMW00047739

PX 083
Page 5 of 5