

Deutsche Bank
Corporate Banking & Securities

CONFIDENTIAL

# TCEH Followup & EFIH Financing Thoughts

Oct 2013

*Passion to Perform*

Deutsche Bank Securities Inc., a subsidiary of Deutsche Bank AG, conducts investment banking and securities activities in the United States.

IMPORTANT: This presentation contains discussion materials in relation to potential transactions involving Energy Future Holdings Corp ("EFH"), Energy Future Intermediate Holding Co LLC ("EFIH"), Texas Competitive Electric Holdings Company LLC ("TCEH") and their affiliates/ subsidiaries ("Potential Transactions") THIS PRESENTATION IS FOR DISCUSSION/ INFORMATION PURPOSES AND SHALL BE SUBJECT TO RULE 408 OF THE UNITED STATES FEDERAL RULE OF EVIDENCE

For internal use only

"IMPORTANT. This presentation (the "**Presentation**") has been prepared by Deutsche Bank's investment banking department exclusively for the benefit and internal use of the recipient (the "**Recipient**") to whom it is addressed. The Recipient is not permitted to reproduce in whole or in part the information provided in this Presentation (the "**Information**") or to communicate the Information to any third party without our prior written consent. No party may rely on this Presentation without our prior written consent. Deutsche Bank and its affiliates, officers, directors, employees and agents do not accept responsibility or liability for this Presentation or its contents (except to the extent that such liability cannot be excluded by law).

Statements and opinions regarding the Recipient's investment case, positioning and valuation are not, and should not be construed as, an indication that Deutsche Bank will provide favourable research coverage of the Recipient or publish research containing any particular rating or price target for the Recipient's securities.

This Presentation is (i) for discussion purposes only; and (ii) speaks only as of the date it is given, reflecting prevailing market conditions and the views expressed are subject to change based upon a number of factors, including market conditions and the Recipient's business and prospects. The Information, whether taken from public sources, received from the Recipient or elsewhere, has not been verified and Deutsche Bank has relied upon and assumed without independent verification, the accuracy and completeness of all information which may have been provided directly or indirectly by the Recipient. No representation or warranty is made as to the Information's accuracy or completeness and Deutsche Bank assumes no obligation to update the Information. The Presentation is incomplete without reference to, and should be viewed solely in conjunction with, the oral briefing provided by Deutsche Bank. The analyses contained in the Presentation are not, and do not purport to be, appraisals of the assets, stock, or business of the Recipient. The Information does not take into account the effects of a possible transaction or transactions involving an actual or potential change of control, which may have significant valuation and other effects.

The Presentation is not exhaustive and does not serve as legal, accounting or tax advice. Nothing herein shall be taken as constituting the giving of investment advice and this Presentation is not intended to provide, and must not be taken as, the basis of any decision and should not be considered as a recommendation by Deutsche Bank. Recipient must make its own independent assessment and such investigations as it deems necessary. In preparing this presentation Deutsche Bank has acted as an independent contractor and nothing in this presentation is intended to create or shall be construed as creating a fiduciary relationship between the Recipient and Deutsche Bank."

For internal use only

Deutsche Bank
Corporate Banking & Securities

Highly Confidential

EFH2D10008736

# Contents

Section
1    Executive Summary                                              1
2    EFIH DIP Financing Thoughts                                3
3    EFIH DIP Financing Structure                                9

Appendix
I    Supplemental Materials                                        13

For internal use only

Deutsche Bank
Corporate Banking & Securities

Highly Confidential

EFH2D10008737
**PX 087**
**Page 3 of 22**



Deutsche Bank
Corporate Banking & Securities

EFH2D10008738

**PX 087**
**Page 4 of 22**

For internal use only

# Section 1

## Executive Summary

Highly Confidential

# Executive summary

Depending on whether a Chapter 11 Filing occurs Nov 1st or Nov 4th, the countdown is 9-12 days

DB is pleased to act as Joint Global Coordinator with Citi, and as Left Lead Arranger on the TCEH DIP Revolver

This deck presents our follow-up thoughts on:

– TCEH DIP revolver syndication strategy and near-term calendar

– Overall thoughts on EFIH refinancing

– Structure/ terms for an EFIH refinancing

Essential to finalize TCEH DIP term sheet/ Commitment Letters in the next 24 hours

– Roll-out credit docs with best commercial terms for the Company

– Citi and DB to get any stragglers over the hill on credit approvals

– Post Credit Agreement with review period prior to filing to reduce CP risk

EFIH Refinancing feasible at $5.0bn level

– $5.0bn can be raised in one tranche or in first lien/ second lien structure

– Important to detach make-whole litigation from financing (achieved through escrow of $1.0bn of funds or bifurcating financing into $4.0bn raise and $1.0bn add-on)

For internal use only

Deutsche Bank
Corporate Banking & Securities

Highly Confidential





# TCEH Followup
## TCEH DIP Revolver syndication timeline

TCEH DIP Revolver syndication strategy would be to finalize agreements with Citi & DB, have group of 6-8 banks sign onto docs on accelerated basis, and move to retail syndication upon entry of Interim DIP Order

| Action | Timing |
|--------|--------|
| – Deliver revised term sheets to group of 6-8 banks | – Wed, Oct 23rd |
| – Finalize term sheets with Citi and DB | – Wed/ Thurs, Oct 23-24 |
| – Execution version of Commitment Letters/ Fee Letters drafted | |
| – Distribute Execution versions of Letters to group of 6-8 banks with message that "TCEH has $1.7bn revolver done" | – Thurs, Oct 24th |
| – Confirm 6-8 banks are credit-approved on final Letters | – Mon, Oct 28th |
| – Discuss allocation with Company | |
| – If commitments exceed $1.7bn, first $170mn excess reduces Citi & DB's allocation | – Tues, Oct 29th |
| – Pro-rata allocation reduction thereafter | |
| – Work with any stragglers on pending approvals | – Ongoing |
| – Review Cash Collateral Orders, DIP Orders, Trading Assurance Agreements, etc | – Ongoing |
| – Post Credit Agreement | – Pre-Filing |
| – Goal is to post with 3-day review period, ending prior to Ch 11 Filing | |
| – Develop standard syndication package for retail syndication | – Ongoing |
| – Identify list of retail syndication targets | – Ongoing |
| – Sign NDAs with potential retail investors | – Ongoing |
| – Coordinate between term loan syndication and revolver syndication | – Ongoing |
| – Develop joint Intralinks site | – Ongoing |
| – Launch retail syndication following entry of Interim DIP Order | – Upon entry of Interim DIP Order |

Deutsche Bank
Corporate Banking & Securities

For internal use only

2

Highly Confidential

EFH2D10008740

**PX 087**
**Page 6 of 22**



EFH2D10008741

**PX 087
Page 7 of 22**



Deutsche Bank
Corporate Banking & Securities

# Section 2

EFIH DIP Financing Thoughts

For internal use only

Highly Confidential



# Why pursue a $5 billion EFIH refinancing today?

DB expects interest rates to increase based on the upward sloping yield curve, which will result in substantially higher interest expense for EFIH if the financing is postponed

For every 50 bps increase in rate on a $5bn DIP, interest expense goes up by $25mn/ year

By postponing the refinancing, EFIH will have to pay accrued interest on the first lien debt at exit which is ~$250mn higher than the alternative

The Company will also retain the high coupons on the first lien debt, resulting in ~$160mn incremental interest expense per year

## DIP annual interest expense sensitivity analysis

| All-in interest rate | DIP size ($mm) | | | | | |
|---|---|---|---|---|---|---|
| | $3,000.0 | $3,500.0 | $4,000.0 | $4,500.0 | $5,000.0 |
| 4.00% | $120.0 | $140.0 | $160.0 | $180.0 | $200.0 |
| 4.50% | $135.0 | $157.5 | $180.0 | $202.5 | $225.0 |
| 5.00% | $150.0 | $175.0 | $200.0 | $225.0 | $250.0 |
| 5.50% | $165.0 | $192.5 | $220.0 | $247.5 | $275.0 |
| 6.00% | $180.0 | $210.0 | $240.0 | $270.0 | $300.0 |

## EFIH status quo vs. DIP financing analysis

($ in millions)

| Tranche | Size | Coupon | Months to exit | Accrued interest paid at exit | Annual interest post-exit |
|---|---|---|---|---|---|
| **Status quo:** | | | | | |
| 1st lien notes due 2017 | $503.0 | 6.875% | 18 | $51.9 | $34.6 |
| 1st lien notes due 2020 | $1,302.0 | 10.000% | 18 | $195.3 | $130.2 |
| 1st lien notes due 2020 | $2,180.0 | 10.000% | 18 | $327.0 | $218.0 |
| | $3,985.0 | | | $574.2 | $382.8 |

| Tranche | Equivalent size | All-in rate | Months to exit | Interest paid during BK | Annual interest post-exit |
|---|---|---|---|---|---|
| **DIP financing:** | | | | | |
| Equivalent DIP debt | $3,985.0 | 5.500% | 18 | $328.8 | $219.2 |
| **Differential** | | | | $245.4 | $163.6 |

Note  Analysis assumes 5.5% all-in interest rate on new DIP facility and assumes equivalent $3,985 million size for comparison purposes

For internal use only

Deutsche Bank
Corporate Banking & Securities

Highly Confidential

3



# Precedent DIPs done primarily to lower interest costs

| Issuer | Industry | Date | Size | Wavg pricing (a) | Tranches to be refied | Size to be refied | Wavg coupon to be refied (a) | Make-whole battle | Leads |
|---|---|---|---|---|---|---|---|---|---|
| American Airlines (b) | Airlines | Jul 2013 | 1,437 | 4.950% | EETCs, secured notes | 1,313 | 9.752% | | DB, MS |
| American Airlines | Airlines | Jun 2013 | 2,900 | L+366 | Secured notes | 536 | 10.500% | | DB, Citi |
| Tronox | Chemicals | Nov 2010 | 425 | L+500 | DIP | 425 | L+700 | | GS |
| General Growth Properties | Shopping malls | Jul 2010 | 400 | 5.500% | DIP | 400 | L+1200 | | Barclays |
| Chemtura | Chemicals | Feb 2010 | 450 | L+408 | DIP | 400 | L+664 | | Citi, BAML, Wells, Barclays |
| Cooper-Standard | Auto | Dec 2009 | 200 | L+600 | DIP | 200 | L+950 | | DB, GECC |
| Calpine | Power | Mar 2007 | 5,000 | L+225 | DIP, project debt | 4,516 | L+451 | ✓ | CS, GS, JPM, DB |
| Solutia | Chemicals | Jan 2007 | 1,225 | L+285 | DIP | 525 | L+408 | | Citi |
| Delphi | Auto | Jan 2007 | 4,496 | L+378 | DIP, bank debt | 4,488 | L+422 | ✓ | JPM, C, DB |

(a) Weighted-avg pricing is a weighted average of all revolver and term loan tranche pricing
(b) EETC refi done in bankruptcy

Overwhelming majority of DIPs funded for Chapter 11 operations

– To the extent a DIP rolls up pre-petition claims, it often rolls the claim at the pre-petition weighted-average interest rate or is done at higher pricing

Most DIPs executed for interest savings are DIP refis, rather than repayment of pre-petition debt

– Most DIP Refi deals only refinance the DIP to a cheaper rate, leaving pre-petition debt to be satisfied at emergence by Exit Financing

– American Airlines, Calpine, and Delphi priced in a robust credit environment, where DIP locked in low rates and repaid pre-petition debt

Since DIPs typically do not repay pre-petition, make-whole issues are primarily litigated at Exit

– As a result, only American Airlines and Calpine faced a make-whole battle

– Delphi sidestepped make-whole as the repaid class consisted of bank debt (no make-whole)

Deutsche Bank
Corporate Banking & Securities

Highly Confidential

EFH2D10008743

**PX 087**
**Page 9 of 22**



# Best-efforts vs. committed financing

Traditional DIPs to fund essential expenses are typically committed financings

In EFH's case, the TCEH DIP addresses day one needs while the EFIH DIP (as an opportunistic refinancing) can be best efforts

Comparison

| Best efforts | Committed |
|---|---|
| – Lower cost, no commitment fees paid | – Backstop provides certainty of funding |
| – Some market risk on execution | – No calendar risk from potential cancellation/ pulling of |
| – Simpler court process | best-efforts deal |

**Incremental economics under Committed Deal**

| | |
|---|---|
| Coupon/ OID | 150-175bps wide of best-efforts deal |
| Floor | Same as best efforts |
| Fees | 75-100bps higher than best-efforts deal |
| All-in economics | 225-250bps higher than best-efforts deal |

Highly Confidential

EFH2D10008744
**PX 087
Page 10 of 22**

# Formulating the optimal structure

In formulating our structure, we looked to sizing, cost, detaching the make-whole litigation from the financing, and locking in an exit capital structure



| Objectives | | | |
|---|---|---|---|
| Maximum sizing at EFIH to repay first and second liens | Benefit from today's low pricing environment | Reduce execution risk (ie, separate make-whole litigation from financing) | Develop long-term capital structure post-reorganization |

Optimal EFIH DIP structure

– EFIH DIP can launch 30+ days post-filing

– Allows time to complete TCEH DIP syndication

– Sufficient time to as to not distract management team from various first-month items

– Funding still occurs early enough to lock in low pricing

– Can be structured as a uni-tranche or a first lien/ second lien

– $4.0bn to repay EFIH first liens, $1.0bn funded into escrow or raised as add-on

– Escrow/ add-on detaches make-whole litigation from financing and encourages Bkcy Court to allow financing to proceed without resolution on make-whole

– DIP structured to automatically roll to longer-term Exit Financing upon satisfactory POR or an alternative Plan

– Locks in long-term capital structure and avoids running RFP/ paying fees twice

| Constraints/Variables | |
|---|---|
| **EFIH specific** | **Market specific** |
| ① Generate a sustainable balance sheet | ① Investor appetite and market robustness |
| ② Outcome on make-whole litigation | ② State of credit, DIP, and Exit Financing markets |
| ③ Achieving a satisfactory Plan of Reorganization | ③ Outlook for the power space |

Deutsche Bank
Corporate Banking & Securities

For internal use only

6

Highly Confidential

EFH2D10008745

**PX 087**
**Page 11 of 22**

# Indicative timeline – EFIH DIP



**Nov 2013**
Bankruptcy filing, TCEH Interim DIP Order

**Dec 2013**
TCEH DIP closes
TCEH Final DIP Order

**Jan 2014**
EFIH DIP Motion filed
EFIH noteholders object

**Feb 2014**
EFIH DIP Hearing

**Mar 2014**
Court rules no make-whole needed; approves EFIH DIP

**Apr 2014**
EFIH DIP syndicates (30 days)

**June-Aug 2014**
Appellate Court affirms Bkcy Court ruling on make-whole

Initial Period & TCEH DIP ~2 months

Court Ruling ~3 months

EFIH DIP ~1 month

Timeline assumes first 2 months are dedicated to the first-day motions and the TCEH DIP

EFIH DIP process launched Jan 2014

– Objections expected to be filed and appealed to the extent the Bkcy Court rules in favor of the make-whole

– Bondholders may file motion for relief from stay to de-accelerate automatic acceleration caused by bkcy filing

– Bkcy Court may delay approval of EFIH DIP Motion until ruling is made on make-whole issue, or make-whole proceeds are escrowed

– Syndication can occur after the Bkcy Court approves EFIH DIP

Syndication can occur in a 30 days following entry of DIP Order

– Financing will allow for a par repayment of EFIH first liens

– If pressed by Bkcy Court to show ability to fund make-whole, EFIH may indicate willingness to either provide an escrow, or fund from a DIP add-on at later date

– If Company wins on make-whole, $1bn can be used to pay down EFIH second liens

Highly Confidential

EFH2D10008746

**PX 087**
**Page 12 of 22**



# EFIH current first and second lien investors

## First and second lien bondholders

| Institution | Total Held ($mm) | Total O/S |
|---|---|---|
| Fidelity | 1,268 | 16.86% |
| PIMCO | 1,008 | 13.39% |
| BlackRock | 912 | 12.12% |
| Loomis Sayles | 481 | 6.39% |
| York Capital | 316 | 4.20% |
| JPM Inv. Mgmt | 258 | 3.43% |
| WAMCO | 227 | 3.02% |
| DDJ Capital | 202 | 2.69% |
| Avenue Capital | 192 | 2.55% |
| GSO Capital | 165 | 2.19% |

## 6.875% 1st lien notes due 2017

| Institution | Position ($mm) 5/24/13 | % O/S |
|---|---|---|
| PIMCO | 287 | 57.14% |
| BlackRock | 67 | 13.33% |
| WAMCO | 33 | 6.51% |
| Fidelity | 18 | 3.63% |
| JPM Inv. Mgmt | 13 | 2.59% |
| Federated | 10 | 1.94% |
| Nomura | 8 | 1.61% |
| Eaton Vance | 7 | 1.39% |
| Barclays Capital | 7 | 1.37% |
| AllianceBernstein | 7 | 1.29% |

## 10.000% 1st lien notes due 2020 - A

| Institution | Position ($mm) 5/24/13 | % O/S |
|---|---|---|
| BlackRock | 510 | 23.40% |
| PIMCO | 463 | 21.24% |
| Fidelity | 251 | 11.50% |
| JPM Inv. Mgmt | 155 | 7.13% |
| MacKay Shields | 126 | 5.78% |
| WAMCO | 85 | 3.91% |
| RBC | 53 | 2.44% |
| State Street | 53 | 2.44% |
| York Capital | 40 | 1.83% |
| Euroclear Bank | 29 | 1.34% |

## 10.000% 1st lien notes due 2020 - B

| Institution | Position ($mm) 5/24/13 | % O/S |
|---|---|---|
| Fidelity | 303 | 23.27% |
| PIMCO | 220 | 16.90% |
| BlackRock | 127 | 9.74% |
| Pine River | 95 | 7.29% |
| Brigade Capital | 72 | 5.50% |
| JPM Inv. Mgmt | 46 | 3.53% |
| Loomis Sayles | 42 | 3.22% |
| Allianz | 40 | 3.07% |
| Lord Abbett | 28 | 2.11% |
| Franklin | 24 | 1.86% |

## 11.000% 2nd lien notes due 2021

| Institution | Position ($mm) 5/24/13 | % O/S |
|---|---|---|
| Fidelity | 169 | 41.64% |
| DDJ Capital | 93 | 22.98% |
| Franklin | 49 | 11.94% |
| UBS O'Connor | 16 | 3.94% |
| Magnetar | 11 | 2.71% |
| Omega Advisors | 11 | 2.71% |
| Morgan Stanley | 10 | 2.46% |
| Prudential | 10 | 2.46% |
| JPM Private Bank | 7 | 1.76% |
| Deutsche Inv. Mgt | 4 | 0.88% |

## 11.750% 2nd lien notes due 2022

| Institution | Position ($mm) 5/24/13 | % O/S |
|---|---|---|
| Fidelity | 409 | 23.57% |
| BlackRock | 112 | 6.40% |
| WAMCO | 109 | 6.23% |
| DDJ Capital | 103 | 5.89% |
| York Capital | 103 | 5.87% |
| Prudential | 102 | 5.83% |
| Franklin | 49 | 2.81% |
| JPM Inv. Mgmt | 44 | 2.49% |
| PIMCO | 38 | 2.15% |
| RBC Capital | 37 | 2.11% |

For internal use only



Deutsche Bank
Corporate Banking & Securities

Highly Confidential

EFH2D10008747

**PX 087**
**Page 13 of 22**



Deutsche Bank
Corporate Banking & Securities

# Section 3

EFIH DIP Financing Structure

For internal use only

Highly Confidential

# Transaction overview

$4.0bn DIP 1st lien term loan and 1.0bn DIP 2nd lien term loan

Implied TEV for Oncor is ~$15-17 billion based on 8.5x 2014E EBITDA multiple for the broad utilities sector

Collateral coverage for the new $4.0 billion DIP 1st lien term loan will be ~2.0x

**Collateral coverage**

| | |
|---|---|
| 2014E EBITDA | $1,968 |
| (x) Utilities multiple | 8.5x |
| TEV | $16,728 |
| (-) Oncor net debt | (6,502) |
| Oncor equity value | $10,226 |
| (%) EFIH share | 80% |
| EFIH value | $8,181 |
| EFIH DIP 1st lien TL | 4,000 |
| Collateral cov. (1st lien) | 2.0x |
| EFIH DIP secured debt | 5,000 |
| Collateral cov. (sec.) | 1.6x |

**Implied cushion**

| | |
|---|---|
| EFIH DIP sec. debt | $5,000 |
| EFIH value | $8,181 |
| % debt / cap | 61% |
| % equity cushion | 39% |

**Cash sources of funds**

| | |
|---|---|
| EFIH DIP Roll to Exit 1st lien term loan | $4,000 |
| EFIH DIP Roll to Exit 2nd lien term loan | 1,000 |
| **Total sources** | **$5,000** |

**Cash uses of funds**

| | |
|---|---|
| Repay EFIH first lien notes | $3,985 |
| Escrowed cash for make-whole | 890 |
| OID, fees and expenses | 125 |
| **Total uses** | **$5,000** |

($ in millions)

| | Existing | Adj. | Pro forma | x2013E EBITDA | x2014E EBITDA |
|---|---|---|---|---|---|
| **Oncor** | | | | | |
| Proportional Oncor cash | $46 | -- | $46 | | |
| Proportional Oncor debt | 5,247 | | 5,247 | | |
| **Total OpCo debt** | **$5,247** | | **$5,247** | 3.5x | 3.3x |
| **Net OpCo debt** | **$5,202** | | **$5,202** | 3.4x | 3.3x |
| **EFIH** | | | | | |
| EFIH cash | 389 | | 389 | | |
| EFIH restricted cash | -- | 890 | 890 | | |
| EFIH DIP Roll to Exit 1st lien term loan | -- | 4,000 | 4,000 | | |
| 6 7/8% first lien notes due 2017 | 503 | (503) | -- | | |
| 10% first lien notes due 2020 | 1,302 | (1,302) | -- | | |
| 10% first lien notes due 2020 | 2,180 | (2,180) | -- | | |
| **Total EFIH first lien debt** | **$3,985** | | **$4,000** | 6.1x | 5.9x |
| EFIH DIP Roll to Exit 2nd lien term loan | -- | 1,000 | 1,000 | | |
| **Total EFIH secured debt** | **$3,985** | | **$5,000** | 6.8x | 6.5x |
| **EFIH Legacy debt** | | | | | |
| 11% second lien notes due 2021 | 406 | | 406 | | |
| 11 3/4% second lien notes due 2022 | 1,750 | | 1,750 | | |
| **Total EFIH secured debt (incl. legacy)** | **$6,141** | | **$7,156** | 8.2x | 7.9x |
| Unsecured debt | 1,478 | | 1,478 | | |
| **Total HoldCo debt** | **$7,619** | | **$8,634** | 9.2x | 8.8x |
| **Net HoldCo debt** | **$7,230** | | **$8,245** | 8.9x | 8.6x |
| **Consolidated** | | | | | |
| **Total Oncor + EFIH debt** | **$12,866** | | **$13,881** | 9.2x | 8.8x |
| **Net Oncor + EFIH debt** | **$12,432** | | **$13,447** | 8.9x | 8.5x |
| **Financial metrics** | | | | | |
| EBITDA | | | | $1,512 | $1,574 |

Note: Oncor cash, debt, and EBITDA represent EFIH 80% share

For internal use only

Deutsche Bank
Corporate Banking & Securities

Highly Confidential

9

EFH2D10008749

PX 087
Page 15 of 22



# 1 Projected free cash flow profile

$4.0bn DIP 1st lien term loan and 1.0bn DIP 2nd lien term loan

Assumes L+375-400 with a 1.0% LIBOR floor and 1.0% amortization per year on DIP 1st lien facility and L+775-800 with a 1.0% LIBOR floor on DIP 2nd lien facility

($ in millions)

| | PF at filing | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|
| **Oncor financials** | | | | | | |
| Proportional Oncor revenue | | $2,828 | $3,067 | $3,122 | $3,140 | $3,194 |
| Proportional Oncor EBITDA | | $1,512 | $1,574 | $1,557 | $1,535 | $1,542 |
| **EFH cash flows** | | Stub Nov-Dec | | | | |
| **Adj. EBITDA** | | $3 | $15 | $23 | $22 | $23 |
| (+) Oncor dividend | | -- | 176 | 258 | 265 | 294 |
| (-) Capex | | (7) | (28) | (20) | (19) | (16) |
| (-) Pension/OPEB | | (2) | (19) | (30) | (28) | (25) |
| (-) Restructuring fee | | (3) | (9) | -- | -- | -- |
| (+) External tax payments | | -- | 261 | 118 | 155 | 160 |
| (+) other CF items | | 1 | 32 | 5 | 15 | 6 |
| **CFADS** | | **($11)** | **$428** | **$354** | **$410** | **$442** |
| (-) Cash interest expense | | (46) | (275) | (271) | (268) | (263) |
| (-) Mandatory amortization | | (7) | (40) | (40) | (40) | (40) |
| **FCF** | | **($64)** | **$113** | **$43** | **$102** | **$139** |
| | | | | | | |
| **Consolidated capitalization** | | | | | | |
| **Oncor:** | | | | | | |
| Proportional Oncor cash | $46 | $46 | $46 | $46 | $46 | $46 |
| Proportional Oncor debt | 5,247 | 5,247 | 5,247 | 5,247 | 5,247 | 5,247 |
| **EFIH:** | | | | | | |
| EFIH cash | $389 | $325 | $382 | $403 | $454 | $524 |
| EFIH DIP Roll to Exit term loan | 4,000 | 3,993 | 3,897 | 3,835 | 3,744 | 3,634 |
| **Total first lien debt** | **$9,247** | **$9,241** | **$9,144** | **$9,083** | **$8,991** | **$8,882** |
| EFIH DIP Roll to Exit 2nd lien term loan | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| **Total secured debt** | **$10,247** | **$10,241** | **$10,144** | **$10,083** | **$9,991** | **$9,882** |
| | | | | | | |
| **EFIH Legacy debt:** | | | | | | |
| 11% second lien notes due 2021 | 406 | 406 | -- | -- | -- | -- |
| 11 3/4% second lien notes due 2022 | 1,750 | 1,750 | -- | -- | -- | -- |
| **Total consolidated debt (incl. legacy)** | **$12,403** | **$12,397** | **$10,144** | **$10,083** | **$9,991** | **$9,882** |
| | | | | | | |
| **Credit statistics** | | | | | | |
| First lien debt / EBITDA | 6.1x | 6.1x | 5.8x | 5.8x | 5.9x | 5.8x |
| Total sec. debt / EBITDA | 6.8x | 6.8x | 6.4x | 6.5x | 6.5x | 6.4x |
| Total consolidated debt / EBITDA | 8.2x | 8.2x | 6.4x | 6.5x | 6.5x | 6.4x |
| EBITDA / Interest expense | 5.5x | 5.5x | 5.7x | 5.7x | 5.7x | 5.9x |
| DSCR | 4.8x | 4.8x | 5.0x | 5.0x | 5.0x | 5.1x |

Note: Assumes Oncor debt is static throughout projection, and no interest expense on EFIH second lien notes. Oncor financials represent EFH's 80% share.

For internal use only

Deutsche Bank
Corporate Banking & Securities

Highly Confidential



**2  Transaction overview**
$5.0bn DIP 1st lien term loan

Implied TEV for Oncor is ~$15-17 billion based on 8.5x 2014E EBITDA multiple for the broad utilities sector

Collateral coverage for the new $5.0 billion DIP term loan will be ~1.6x

| Collateral coverage | |
|---|---|
| 2014E EBITDA | $1,968 |
| (x) Utilities multiple | 8.5x |
| TEV | $16,728 |
| (-) Oncor net debt | (6,502) |
| Oncor equity value | $10,226 |
| (%) EFIH share | 80% |
| EFIH value | $8,181 |
| EFIH DIP 1st lien TL | 5,000 |
| Collateral cov. (1st lien) | 1.6x |
| EFIH DIP secured debt | 5,000 |
| Collateral cov. (sec.) | 1.6x |

| Implied cushion | |
|---|---|
| EFIH DIP sec debt | $5,000 |
| EFIH value | $8,181 |
| % debt / cap | 61% |
| % equity cushion | 39% |

| Cash sources of funds | |
|---|---|
| EFIH DIP Roll to Exit term loan | $5,000 |
| Total sources | $5,000 |

| Cash uses of funds | |
|---|---|
| Repay EFIH first lien notes | $3,985 |
| Escrowed cash for make-whole | 890 |
| OID, fees and expenses | 125 |
| Total uses | $5,000 |

($ in millions)

| | Existing | Adj. | Pro forma | x2013E EBITDA | x2014E EBITDA |
|---|---|---|---|---|---|
| **Oncor** | | | | | |
| Proportional Oncor cash | $46 | -- | $46 | | |
| Proportional Oncor debt | 5,247 | | 5,247 | | |
| **Total OpCo debt** | **$5,247** | | **$5,247** | 3.5x | 3.3x |
| **Net OpCo debt** | **$5,202** | | **$5,202** | 3.4x | 3.3x |
| **EFIH** | | | | | |
| EFIH cash | 389 | -- | 389 | | |
| EFIH restricted cash | -- | 890 | 890 | | |
| EFIH DIP Roll to Exit term loan | -- | 5,000 | 5,000 | | |
| 6 7/8% first lien notes due 2017 | 503 | (503) | -- | | |
| 10% first lien notes due 2020 | 1,302 | (1,302) | -- | | |
| 10% first lien notes due 2020 | 2,180 | (2,180) | -- | | |
| **Total EFIH first lien debt** | **$3,985** | | **$5,000** | | |
| **EFIH Legacy debt** | | | | | |
| 11% second lien notes due 2021 | 406 | | 406 | | |
| 11 3/4% second lien notes due 2022 | 1,750 | | 1,750 | | |
| **Total EFIH secured debt (incl. legacy)** | **$6,141** | | **$7,156** | 6.8x | 6.5x |
| Unsecured debt | 1,478 | | 1,478 | | |
| **Total HoldCo debt** | **$7,619** | | **$8,634** | 8.2x | 7.9x |
| **Net HoldCo debt** | **$7,230** | | **$8,245** | 8.9x | 8.6x |
| **Consolidated** | | | | | |
| **Total Oncor + EFIH debt** | **$12,866** | | **$13,881** | 9.2x | 8.8x |
| **Net Oncor + EFIH debt** | **$12,432** | | **$13,447** | 8.9x | 8.5x |
| **Financial metrics** | | | | | |
| EBITDA | | | | $1,512 | $1,574 |

Note: Oncor cash, debt, and EBITDA represent EFIH 80% share

For internal use only

Deutsche Bank
Corporate Banking & Securities

Highly Confidential

11

EFH2D10008751

PX 087
Page 17 of 22

# ❷ Projected free cash flow profile
## $5.0bn DIP 1st lien term loan

Assumes L+450-475 with a 1.0% LIBOR floor and 1.0% amortization per year on DIP facility

($ in millions)

| | PF at filing | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|
| **Oncor financials** | | | | | | |
| Proportional Oncor revenue | | $2,828 | $3,067 | $3,122 | $3,140 | $3,194 |
| Proportional Oncor EBITDA | | $1,512 | $1,574 | $1,557 | $1,535 | $1,542 |
| **EFIH cash flows** | | Stub Nov-Dec | | | | |
| Adj. EBITDA | | $3 | $15 | $23 | $22 | $23 |
| (+) Oncor dividend | | | 176 | 258 | 265 | 294 |
| (-) Capex | | (7) | (28) | (20) | (19) | (16) |
| (-) Pension/OPEB | | (2) | (19) | (30) | (28) | (25) |
| (-) Restructuring fee | | (3) | (9) | -- | -- | -- |
| (+) External tax payments | | -- | 261 | 118 | 155 | 160 |
| (+) other CF items | | 1 | 32 | 5 | 15 | 6 |
| **CFADS** | | **($11)** | **$428** | **$354** | **$410** | **$442** |
| (-) Cash interest expense | | (46) | (272) | (267) | (262) | (256) |
| (-) Mandatory amortization | | (8) | (50) | (50) | (50) | (50) |
| **FCF** | | **($65)** | **$106** | **$37** | **$98** | **$136** |
| **Consolidated capitalization** | | | | | | |
| **Oncor:** | | | | | | |
| Proportional Oncor cash | $46 | $46 | $46 | $46 | $46 | $46 |
| Proportional Oncor debt | 5,247 | 5,247 | 5,247 | 5,247 | 5,247 | 5,247 |
| **EFIH:** | | | | | | |
| EFIH cash | $389 | $324 | $377 | $396 | $444 | $512 |
| EFIH DIP Roll to Exit term loan | 5,000 | 4,992 | 4,889 | 4,820 | 4,721 | 4,603 |
| **Total first lien debt** | **$10,247** | **$10,239** | **$10,136** | **$10,067** | **$9,968** | **$9,851** |
| **EFIH Legacy debt:** | | | | | | |
| 11% second lien notes due 2021 | 406 | 406 | -- | -- | -- | -- |
| 11 3/4% second lien notes due 2022 | 1,750 | 1,750 | -- | -- | -- | -- |
| **Total consolidated debt (incl. legacy)** | **$12,403** | **$12,395** | **$10,136** | **$10,067** | **$9,968** | **$9,851** |
| **Credit statistics** | | | | | | |
| First lien debt / EBITDA | 6.8x | 6.8x | 6.4x | 6.5x | 6.5x | 6.4x |
| Total consolidated debt / EBITDA | 8.2x | 8.2x | 6.4x | 6.5x | 6.5x | 6.4x |
| EBITDA / Interest expense | 5.5x | 5.5x | 5.8x | 5.8x | 5.9x | 6.0x |
| DSCR | 4.7x | 4.7x | 4.9x | 4.9x | 4.9x | 5.0x |

Note: Assumes Oncor debt is static throughout projection, and no interest expense on EFIH second lien notes. Oncor financials represent EFH's 80% share.

For internal use only

Deutsche Bank
Corporate Banking & Securities

Highly Confidential

EFH2D10008752

**PX 087**
**Page 18 of 22**

12



EFH2D10008753
**PX 087**
**Page 19 of 22**



For internal use only

# Appendix I

## Supplemental Materials

Deutsche Bank
Corporate Banking & Securities

Highly Confidential

# IPP detailed capital structure comparables



($ in millions)

|  | nrg | AES | CALPINE | DYNEGY | INTERGEN |
|---|---|---|---|---|---|
| **Ratings** | | | | | |
| Corporate ratings | Ba3 / BB- | Ba3 / BB- | B1 / B+ | B2 / B | B1 / B+ |
| Secured ratings | Baa3 / BB+ | Ba1 / BB+ | B1 / BB- | B2 / B | B2 / B+ |
| Unsecured /2nd lien ratings | B1 / BB- | Ba3 / BB- | -- / -- | B3 / B+ | -- / -- |
| **Financial metrics** | | | | | |
| LTM EBITDA | $2,154 | $4,699 | $1,650 | $215 | $443 |
| LTM Interest expense | 925 | 1,376 | 713 | 92 | 90 |
| Capital expenditures | 3,084 | 2,031 | 603 | 122 | 9 |
| **Operational information** | | | | | |
| # of assets | 91 | 135 | 88 | 12 | 15 |
| Primary/power markets | PJM, ERCOT, NY-ISO | CAISO, ERCOT, PJM | ERCOT, CAISO, PJM | MISO, CAISO, PJM | UK, Mexico, Netherlands |
| MWs | 46,302 | 39,429 | 27,331 | 9,751 | 6,101 |
| % Coal | 31% | 39% | -- | 31% | 8% |
| % Gas | 64% | 33% | 97% | 69% | 82% |
| % Other | 4% | 29% | 3% | 0% | 0% |
| % hedged | '13-'15 40% contracted | '13-'15 75% contracted | '13-'15 35% contracted | '13-'15 40% contracted | '13-'15 75% contracted |
| **Capitalization** | | | | | |
| Cash | $1,635 | $2,376 | $852 | $461 | $222 |
| Revolver size | 2,500 | 800 | 1,000 | 475 | 500 |
| % of EBITDA | 116.1% | 17.0% | 60.6% | 223.5% | 113.0% |
| % of total corporate debt | 30.9% | 13.8% | 12.6% | 36.5% | 37.5% |
| % of total debt | 15.0% | 3.8% | 9.1% | 36.5% | 16.6% |
| % of net debt | 16.7% | 4.2% | 9.6% | 56.6% | 16.3% |
| % of capitalization | 9.9% | 2.6% | 5.2% | 14.7% | NA |
| Project debt | 8,523 | 15,399 | 3,055 | -- | 1,637 |
| Total project debt | $8,523 | $15,399 | $3,055 | -- | $1,637 |
| **Corporate debt:** | | | | | |
| Term loan | 2,011 | 807 | 2,450 | 800 | 300 |
| Secured notes | -- | -- | 5,304 | -- | 1,023 |
| Capital leases | 16 | -- | 211 | -- | -- |
| Total secured corporate debt | $2,027 | $807 | $7,965 | $800 | $1,323 |
| Unsecured notes | 6,076 | 4,995 | -- | 500 | -- |
| Total corporate debt | $8,103 | $5,802 | $7,965 | $1,300 | $1,323 |
| Net corporate debt | $6,468 | $3,426 | $7,113 | $839 | $1,101 |
| Total debt | $16,626 | $21,201 | $11,020 | $1,300 | $2,960 |
| Net debt | 8,512 | 9,922 | 8,256 | 1,942 | NA |
| Market capitalization | 8,512 | 9,922 | 8,256 | 1,942 | NA |
| Total capitalization | $25,138 | $31,123 | $19,276 | $3,242 | NA |
| **Credit statistics** | | | | | |
| Project debt / LTM EBITDA | 4.0x | 3.3x | 1.9x | 0.0x | 3.7x |
| Secured debt / LTM EBITDA (b) | 4.4x | 3.4x | 6.7x | 3.8x | 3.3x |
| % of debt structure secured | 63% | 76% | 100% | 62% | 100% |
| Corporate debt / LTM EBITDA | 3.8x | 1.2x | 4.8x | 6.1x | 3.0x |
| Net debt / LTM EBITDA (c) | 3.0x | 0.7x | 4.3x | 3.9x | 2.5x |
| Total debt / LTM EBITDA | 7.7x | 4.5x | 6.7x | 6.1x | 6.7x |
| Net debt / LTM EBITDA | 7.0x | 4.0x | 6.2x | 3.9x | 6.2x |
| Corporate debt / total capitalization | 48.8% | 36.9% | 49.1% | 40.1% | NA |
| Total debt / total capitalization | 66.1% | 68.1% | 57.2% | 40.1% | NA |
| Total debt / MW | $359 | $538 | $403 | $133 | $485 |
| EBITDA / Interest expense | 2.3x | 3.4x | 2.3x | 2.3x | 4.9x |

(a) Pro forma for acquisition of GenOn.
(b) Secured debt includes Opco debt + Parent secured debt.
(c) InterGen's Parent Debt / Adjusted EFACG is 8.2x.

For internal use only

Deutsche Bank
Corporate Banking & Securities

Highly Confidential



# IPP debt trading comparables

| ($ in millions) Issuer | Issue | Coupon | Floor | Amount | Maturity | Facility ratings Moody's | S&P | Next Call Date | Price | Bid | Current Yield | Spread |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The AES Corporation | Term loan B | L+275 | 1.000% | $807 | 05/27/18 | Ba1 | BB+ | MWC | T-75 | 100.875 | 3.531% | 253 |
| The AES Corporation | Senior notes | 7.750% | - | $500 | 03/01/14 | Ba3 | BB- | MWC | T-50 | 102.125 | 1.810% | 177 |
| The AES Corporation | Senior notes | 7.750% | - | $500 | 10/15/15 | Ba3 | BB- | MWC | T-50 | 111.000 | 2.061% | 174 |
| The AES Corporation | Senior notes | 9.750% | - | $535 | 04/15/16 | Ba3 | BB- | MWC | T-50 | 118.250 | 2.162% | 172 |
| The AES Corporation | Senior notes | 8.000% | - | $1,500 | 10/15/17 | Ba3 | BB- | MWC | T-50 | 117.250 | 3.339% | 241 |
| The AES Corporation | Senior notes | 8.000% | - | $625 | 06/01/20 | Ba3 | BB- | MWC | T-50 | 116.750 | 4.993% | 323 |
| The AES Corporation | Senior notes | 4.875% | - | $750 | 05/15/23 | Ba3 | BB- | 05/15/18 | 102.440 | 95.750 | 5.450% | 300 |
| AES/DPL | Senior notes | 6.500% | - | $450 | 10/15/16 | Ba1 | BB | 05/15/16 | T-50 | 108.000 | 3.572% | 300 |
| AES/DPL | Senior notes | 7.250% | - | $800 | 10/01/21 | Ba1 | BB | MWC | T-50 | 105.000 | 6.421% | 439 |
| IPALCO Enterprises | Sr. secured notes | 7.250% | - | $400 | 04/01/16 | Ba1 | BB+ | MWC | T-50 | 110.500 | 2.776% | 234 |
| IPALCO Enterprises | Sr. secured notes | 5.000% | - | $400 | 05/01/18 | Ba1 | BB- | MWC | T-50 | 104.500 | 3.888% | 277 |
| Calpine Construction Finance | Term loan B | L+225 | 0.750% | $900 | 05/03/20 | Ba3 | BB | 11/02/13 | 100.000 | 98.750 | 3.313% | 256 |
| Calpine Construction Finance | Senior notes | L+250 | 0.750% | $300 | 11/03/21 | Ba3 | BB | 05/02/14 | 100.000 | 98.750 | 3.563% | 281 |
| Calpine Construction Finance | Term loan B | L+300 | 1.000% | $1,632 | 03/01/18 | B1 | BB- | 02/13/14 | 100.000 | 100.375 | 3.906% | 291 |
| Calpine Corp | Term loan B | L+300 | 1.000% | $833 | 09/28/19 | B1 | BB- | 02/13/14 | 100.000 | 100.375 | 3.906% | 291 |
| Calpine Corp | Sr. secured notes | 7.250% | - | $1,080 | 10/15/17 | B1 | BB- | 10/15/13 | 103.625 | 104.200 | 3.294% | 327 |
| Calpine Corp | Sr. secured notes | 7.875% | - | $983 | 07/31/20 | B1 | BB- | 07/31/15 | 103.938 | 109.000 | 4.679% | 442 |
| Calpine Corp | Sr. secured notes | 7.500% | - | $1,800 | 02/15/21 | B1 | BB- | 02/15/15 | 103.750 | 108.000 | 5.107% | 478 |
| Calpine Corp | Sr. secured notes | 7.875% | - | $1,080 | 01/15/23 | B1 | BB- | 01/15/17 | 103.940 | 108.750 | 5.976% | 530 |
| Dynegy | Term loan B | L+300 | 1.000% | $500 | 04/23/20 | B2 | BB- | 04/23/14 | 100.000 | 100.125 | 3.969% | 297 |
| Dynegy | Term loan B | L+300 | 1.000% | $800 | 04/23/20 | B2 | BB- | 04/23/14 | 100.000 | 100.125 | 3.969% | 297 |
| Dynegy | Senior notes | 5.875% | - | $500 | 06/01/23 | B3 | B+ | 06/01/18 | 102.940 | 92.500 | 6.957% | 454 |
| InterGen | Term loan B | L+450 | 1.000% | $300 | 06/07/20 | B1 | B+ | 06/30/18 | 103.500 | 99.500 | 5.625% | 463 |
| InterGen | Sr. secured notes | 7.000% | - | $750 | 06/30/23 | B1 | B+ | 06/30/18 | 103.500 | 102.375 | 6.598% | 408 |
| NRG Energy | Term loan B | L+200 | 0.750% | $2,022 | 07/01/18 | Baa3 | BB+ | 02/05/14 | 100.000 | 102.500 | 6.578% | 455 |
| NRG Energy | Senior notes | 7.625% | - | $1,200 | 01/15/18 | B1 | BB- | NCL | MWC | 112.000 | 4.479% | 346 |
| NRG Energy | Senior notes | 7.625% | - | $800 | 05/15/19 | B1 | BB- | 05/15/14 | 103.813 | 106.250 | 3.127% | 305 |
| NRG Energy | Senior notes | 8.500% | - | $700 | 06/15/19 | B1 | BB- | 06/15/14 | 104.250 | 107.750 | 2.893% | 281 |
| NRG Energy | Senior notes | 8.250% | - | $1,100 | 09/01/20 | B1 | BB- | 09/01/15 | 104.125 | 111.000 | 4.194% | 391 |
| NRG Energy | Senior notes | 7.875% | - | $1,200 | 05/15/21 | B1 | BB- | 05/15/16 | 103.938 | 109.250 | 5.415% | 494 |
| NRG Energy | Senior notes | 6.625% | - | $990 | 03/15/23 | B1 | BB- | 09/15/17 | 103.313 | 101.250 | 6.397% | 455 |
| GenOn Energy (NRG) | Senior notes | 7.875% | - | $725 | 06/15/17 | B3 | B- | MWC | T-50 | 110.250 | 4.778% | 397 |
| GenOn Energy (NRG) | Senior notes | 9.500% | - | $675 | 10/15/18 | B3 | B- | MWC | T-50 | 114.750 | 6.029% | 477 |
| GenOn Energy (NRG) | Senior notes | 9.875% | - | $550 | 10/15/20 | B3 | B- | MWC | T-50 | 111.250 | 6.142% | 583 |
| GenOn Energy (NRG) | Senior notes | 8.500% | - | $450 | 10/01/21 | B3 | B- | MWC | T-50 | 108.000 | 7.161% | 512 |
| GenOn Energy (NRG) | Senior notes | 9.125% | - | $400 | 05/01/31 | B3 | B- | MWC | T-50 | 106.000 | 8.462% | 542 |

14

Deutsche Bank
Corporate Banking & Securities

For internal use only

# Comparison of IPP revolver and term loan B terms

   

|  | AES | CALPINE | DYNEGY | nrg. | INTERGEN |
|---|---|---|---|---|---|
| **Revolver:** | | | | | |
| Date | – July 2013 | – June 2013 | – April 2013 | – May 2013 | – June 2013 |
| Amount | – $800m | – $1.0bn | – $475m | – $2.51bn | – $500m |
| Corp ratings | – Ba3 / BB- | – B1 / B+ | – B2 / B | – Ba3 / BB- | – B1 / B+ |
| Coupon | – L+250, based on pricing grid | – L+225, based on pricing grid | – L+275 | – L+225 | – L+350, based on pricing grid |
| OID | – 100.0 | – 100.0 | – 100.0 | – 100.0 | – 98.5 (hold >$30m) / – 99.0 (hold = $30m) |
| Unused fee | – 50 bps | – 50 bps, based on pricing grid | – 50 bps, based on pricing grid | – 50 bps | – 50 bps |
| **Term Loan B:** | | | | | |
| Date | – February 2013 (repricing) | – February 2013 (repricing) | – April 2013 | – May 2013 | – June 2013 |
| Amount | – $807m | – $2.45bn | – $800m | – $2.01bn | – $300m |
| Corp ratings | – Ba3 / BB- | – B1 / B+ | – B2 / B | – Ba3 / BB- | – B1 / B+ |
| Coupon | – L+275 | – L+300 | – L+300 | – L+200 | – L+450 |
| LIBOR floor | – 1.00% | – 1.00% | – 1.00% | – 0.75% | – 1.00% |
| OID | – 100.0 | – 100.0 | – 99.5 | – 99.5 (new money) / – 100.0 (old money) | – 97.0 |
| DB Role | *Joint Lead Arranger* | *Joint Lead Arranger* | *Joint Lead Arranger* | *Joint Lead Arranger* | *Lead Left Arranger* |

Highly Confidential

EFH2D10008756

**PX 087**
**Page 22 of 22**