# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 8-K

Current Report
Pursuant to Section 13 or 15(d)
of the Securities Exchange Act of 1934

Date of Report (date of earliest event reported) – October 15, 2013

# Energy Future Holdings Corp.
(Exact name of registrant as specified in its charter)

| Texas | 1-12833 | 46-2488810 |
|-------|---------|------------|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

# Energy Future Intermediate Holding Company LLC
(Exact name of registrant as specified in its charter)

| Delaware | 1-34544 | 26-1191638 |
|----------|---------|------------|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

# Energy Future Competitive Holdings Company LLC
(Exact name of registrant as specified in its charter)

| Delaware | 1-34543 | 75-1837355 |
|----------|---------|------------|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201
(Address of principal executive offices, including zip code)

214-812-4600
(Registrants' telephone number, including Area Code)

DEPOSITION EXHIBIT
Horton 19
12911
GAIL F. SCHORR, C.S.R., C.R.R.

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrants under any of the following provisions (see General Instruction A.2. below):

☐     Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐     Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐     Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐     Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 7.01 Regulation FD Disclosure.**

<u>Introduction</u>

Energy Future Holdings Corp. ("EFH Corp."), Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), and Energy Future Intermediate Holding Company LLC ("EFIH" and together with EFH Corp., EFCH and TCEH, the "Companies") executed confidentiality agreements (the "Confidentiality Agreements") in September and October 2013 with certain unaffiliated holders of first lien senior secured claims against EFCH, TCEH and certain of TCEH's subsidiaries (collectively, the "TCEH Creditors"), certain unaffiliated holders of unsecured claims against EFIH (collectively, the "EFIH Creditors") and a significant creditor with claims against TCEH, EFCH, EFIH and EFH Corp. (the "Significant Creditor" and, collectively with the TCEH Creditors and the EFIH Creditors, the "Creditors"), to facilitate discussions with the Creditors concerning the Companies' potential restructuring (the "Restructuring"). Pursuant to the Confidentiality Agreements, the Companies agreed to disclose publicly after a specified period if certain conditions were met that the Companies and the Creditors have engaged in discussions concerning the Companies' capital structure, as well as certain confidential information concerning the Companies that the Companies have provided to the Creditors. The information included in this Current Report on Form 8-K is being furnished to satisfy the Companies' public disclosure obligations under the Confidentiality Agreements.

<u>Discussions with Creditors</u>

As part of an ongoing liability management program commenced in late 2009, EFH Corp. and certain of its subsidiaries (excluding Oncor Electric Delivery Holdings Company LLC ("Oncor Holdings") and its subsidiaries) have explored ways to reduce the amount and extend the maturity of their outstanding debt. Since 2009, as previously disclosed, the Companies (collectively and individually) have captured $2.5 billion of debt discount and extended the maturities of approximately $25.7 billion principal amount of debt to 2017-2021. Although the Companies do not have material debt maturities until October 2014, the Companies have continued to consider and evaluate a number of transactions and initiatives to address their highly leveraged balance sheets and significant cash interest requirements.

Consistent with the ongoing liability management program and as previously disclosed, the Companies entered into confidentiality agreements in March 2013 with certain unaffiliated holders of first lien senior secured claims against EFCH, TCEH and certain of TCEH's subsidiaries and engaged in discussions with these creditors in March and April 2013. The Companies and these creditors did not reach agreement during the discussions on the terms of any change in the Companies' capital structure. However, as disclosed in the Companies' filings with the Securities and Exchange Commission, since April 2013, the Companies and their professional advisors have engaged in additional discussions with the professional advisors of the TCEH Creditors and EFIH Creditors.

Following execution of the Confidentiality Agreements in September 2013, the Companies, principals of EFH Corp.'s existing equity holders (the "Equity Holders") and principals of the Creditors engaged in additional discussions with respect to the Companies' capital structure, including the possibility of a consensual, pre-packaged restructuring transaction. In these discussions, the Companies shared with the Creditors non-public information relating to the Companies, including prospective financial information, and the Companies and the Creditors discussed proposed changes to the Companies' capital structure as described below and as set forth in Exhibits 99.1, 99.2 and 99.3. The Companies' objectives in these discussions were to promote a sustainable capital structure and maximize enterprise value by, among other things, encouraging agreement on a restructuring plan that would minimize time spent in a restructuring through a proactive and organized solution; minimizing any potential adverse tax impacts of a restructuring; maintaining the Companies in one consolidated group; maintaining focus on operating EFH Corp.'s businesses; and maintaining the Companies' high-performing work force. The Companies, the Equity Holders, and the Creditors have not reached agreement on the terms of any change in the Companies' capital structure.

During discussions regarding the Restructuring, the Significant Creditor made a proposal as set forth in Exhibit 99.1 (the "Significant Creditor Proposal"), the TCEH Creditors made a proposal as set forth in Exhibit 99.2 (the "TCEH Creditor Proposal"), and the EFIH Creditors made a proposal as set forth in Exhibit 99.3 (the "EFIH Creditor Proposal" and collectively, the "Proposals").

Each of the Proposals would have resulted in a pre-negotiated restructuring of EFCH's approximately $32.2 billion principal amount of debt, EFH Corp.'s approximately $650 million principal amount of debt and EFIH's approximately $7.6 billion principal amount of debt (each as of June 30, 2013 and excluding debt held by affiliates). To effect the Restructuring, the Proposals contemplated that some combination of EFH Corp. and certain of its subsidiaries (including EFIH, EFCH and TCEH but excluding Oncor Holdings and Oncor Electric Delivery Company LLC ("Oncor")) would implement a plan of reorganization by commencing voluntary cases under Chapter 11 of the United States Bankruptcy Code ("Code"). The confirmation of the plan of reorganization in such cases would be subject to applicable regulatory approvals. Each of the Proposals contemplated that after the Restructuring EFH Corp. would continue to hold all of the equity interests in EFCH and EFIH; EFCH would continue to hold all of the equity interests in TCEH; and EFIH would continue to hold all of the equity interests in Oncor Holdings.

The Companies and the principals of the TCEH Creditors and the Significant Creditor have agreed to continue negotiations. However, the principals of the EFIH Creditors are currently not engaged in ongoing negotiations with the Companies. The EFIH Creditors have directed their advisors to continue to work with the Companies and their advisors to explore further whether the parties can reach an agreement on the terms of a consensual restructuring. The Companies expect to continue to explore all available restructuring alternatives to facilitate the creation of a sustainable capital structure for the Companies. In addition, the Companies and the Equity Holders may engage from time to time in additional discussions with the Creditors, other creditors of the Companies, and professional advisors to such creditors. Such discussions may include proposed changes to the Companies' capital structure. There can be no guarantee that any future changes in the Companies' capital structure will occur or, if any changes occur, that they will occur as described above or as set forth in the Proposals, ultimately be successful, or produce the desired outcome.

The TCEH Creditors that signed confidentiality agreements with the Companies and that supported the TCEH Creditor Proposal hold, in the aggregate, less than 66.7% of the total outstanding amount of TCEH first lien debt. The EFIH Creditors that signed confidentiality agreements with the Companies and that supported the EFIH Creditor Proposal hold, in the aggregate, less than 66.7% of the total outstanding amount of EFIH unsecured debt.

<u>Financial Information</u>

EFH Corp. and its subsidiaries generally do not publicly disclose detailed prospective financial information. However, in connection with their discussions with the Creditors and their advisors, the Companies provided certain financial information, consisting largely of forecasts, to the Creditors and their advisors pursuant to the Confidentiality Agreements. Management of the Companies prepared the forecasts from certain internal financial projections based on reasonable expectations, beliefs, opinions, and assumptions of the Companies' management at the time they were made. EFH Corp. also provided certain financial forecasts for Oncor based upon information provided to EFH Corp. by Oncor. The forecasts were not prepared with a view towards public disclosure and were not prepared in accordance with generally accepted accounting principles ("GAAP") or published guidelines established by the American Institute of Certified Public Accountants for preparation and presentation of "prospective financial information."

The inclusion of the forecasts in this Current Report on Form 8-K should not be regarded as an indication that the Companies and Oncor or any other person considered, or now consider, this information to be necessarily predictive of actual future results, and does not constitute an admission or representation by any person that such information is material, or that the expectations, beliefs, opinions, and assumptions that underlie such forecasts remain the same as of the date of this Current Report on Form 8-K, and readers are cautioned not to place undue reliance on the prospective financial information.

None of the independent auditor of the Companies, the independent auditor of Oncor, or any other independent accountant has examined, compiled, or performed any procedures with respect to the prospective financial information contained herein and, accordingly, none has expressed any opinion or any other form of assurance on such information or its achievability and none assumes any responsibility for the prospective financial information.

The prospective financial information:

- was prepared in the first half of 2013, except for the assumptions regarding natural gas prices and power prices, which as noted in some cases are as of August 30, 2013;

- is speculative by its nature and was based upon numerous expectations, beliefs, opinions, and assumptions, as further described below, which are inherently uncertain and many of which are beyond the control of the Companies, Oncor, and their respective subsidiaries and may not prove to be accurate;

- does not necessarily reflect current estimates or expectations, beliefs, opinions, or assumptions that the respective management of the Companies and Oncor may have about prospects for the Companies', Oncor's, and their respective subsidiaries' businesses, changes in general business or economic conditions, or any other transaction or event that has occurred or that may occur and that was not anticipated at the time the information was prepared;

- may not reflect current results or future performance, which may be significantly more favorable or less favorable than as set forth below; and

- is not, and should not be regarded as, a representation that any of the expectations contained in, or forming a part of, the forecasts will be achieved.

All of the financial information contained in this section entitled "Financial Information" is forward-looking in nature. The information is subjective in many respects and thus subject to interpretation. Further, the information relates to multiple future years and such information by its nature becomes less predictive with each succeeding year. Neither the Companies nor Oncor can provide assurance that the financial projections will be realized; rather, actual future financial results may vary materially from the forward-looking information presented herein.

Except as required by law, none of EFH Corp., EFCH or EFIH currently intends to update or revise publicly any of the information presented herein to reflect circumstances or other events occurring after the date the financial projections were prepared or to reflect the occurrence of future events. These considerations should be taken into account in reviewing the financial projections, which were prepared as of an earlier date. For additional information on factors that may cause actual future financial results to vary materially from the information presented herein, see the section entitled "Cautionary Note Regarding Forward-Looking Statements" below.

The Companies provided the Creditors and their advisors with the projected financial data regarding TCEH set forth in the table below.

| TCEH Projections Summary (2013-2017) (amounts in millions) | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| TCEH Consolidated Adjusted EBITDA[1,2] | $ 2,753 | $2,488 | $1,939 | $1,858 | $1,803 |
| TCEH EBITDA 8/30/2013 Commodity Price Impact[3] | $ (32) | $ (394) | $ (303) | $ (198) | $ 105 |
| TCEH EBITDA with 8/30/2013 Commodity Price Impact | $ 2,721 | $2,094 | $1,636 | $1,660 | $1,908 |
| Less: TCEH Hedge Value[4] | $(1,018) | $ (539) | — | — | — |
| TCEH Open EBITDA with 8/30/2013 Commodity Price Impact[5] | $ 1,703 | $1,555 | $1,636 | $1,660 | $1,908 |

[1]  EBITDA means net income (loss) before interest expense and related charges, income tax expense (benefit) and depreciation and amortization. TCEH Consolidated Adjusted EBITDA means EBITDA adjusted to exclude interest income, unusual items, results of discontinued operations and other adjustments. The more significant adjustments include unrealized gain/loss on commodity hedging and trading transactions, impairments of goodwill and other assets, amortization of nuclear fuel, charges related to pension plan actions, and purchase accounting adjustments, primarily related to amortization of intangible assets created as a result of the application of purchase accounting for EFH Corp.'s 2007 merger. TCEH Consolidated Adjusted EBITDA is essentially the same as defined in the TCEH Credit Agreement, dated October 10, 2007, as amended from time to time, by and among, TCEH and the lenders party thereto (the "TCEH Senior Secured Credit Facilities") except no adjustment is made for expenses to upgrade or expand, or for unplanned outages at, generation facilities. EBITDA and Adjusted EBITDA are financial measures not calculated in accordance with GAAP. Adjusted EBITDA is not intended to be an alternative to net income as a measure of operating performance, an alternative to cash flows from operating activities as a measure of liquidity or an alternative to any other measure of financial performance presented in accordance with GAAP, nor is it intended to be used as a measure of free cash flow available for discretionary use, because the measure excludes certain cash requirements such as interest payments, tax payments and other debt service requirements. Because not all companies use identical calculations, Adjusted EBITDA may not be comparable to similarly titled measures of other companies.

4

2       Projection based on commodity prices as of March 28, 2013.
3       Projected EBITDA impact of the change in natural gas prices and power prices from March 28, 2013 to August 30, 2013.
4       Because wholesale electricity prices in ERCOT have generally moved with natural gas prices, TCEH has a natural gas hedging program designed to mitigate the effect of natural gas price changes on future electricity revenues. Under the program, at March 31, 2013, TCEH and its subsidiaries were parties to market transactions effectively selling forward approximately 310 million MMBtu of natural gas at weighted average annual hedge prices as previously disclosed in EFH Corp.'s Quarterly Report on Form 10-Q for the quarter ended March 31, 2013. The amounts presented for TCEH Hedge Value represent unrealized mark-to-market hedging gains (pretax) associated with this program that increase TCEH Consolidated Adjusted EBITDA. TCEH and its subsidiaries do not have any significant amounts of hedges in place under the natural gas hedging program for periods after 2014.
5       TCEH Open EBITDA refers to TCEH Consolidated Adjusted EBITDA as adjusted to remove the effects of the TCEH natural gas hedging program by deducting the amounts for TCEH Hedge Value.

The information set forth below (which was prepared in the second quarter of 2013, except for the assumptions regarding natural gas prices and power prices, which are as of August 30, 2013) describes the key drivers of the year-to-year changes in the forecasted TCEH Consolidated Adjusted EBITDA amounts provided in the table above.

| Key Drivers | 2013E vs 2012A (in millions) | Assumptions |
|---|---|---|
| Generation Power Price[6] Gas Price[6] | N/A | • 2013: 70 TWh[7] net generation<br>• $34.28/MWh[8]<br>• $3.45/MMBtu[9] |
| Commodity / Fuel / Operational Costs | ($660) – ($560) | • Year-over-year hedge roll-off and change in average hedge price<br>• New power sales at higher expected heat rate net of lower implied market gas prices<br>• Higher operations and maintenance spending due to nuclear outage spend/scope, property tax and other |
| Retail Revenue | ($105) – ($45) | • Lower volumes, weather, and continued competitive pricing environment in 2013 |
| Key Drivers | 2014E vs 2013E (in millions) | Assumptions |
| Generation Power Price[6] Gas Price[6] | N/A | • 2014: 69 TWh[7] net generation<br>• $36.26/MWh[8]<br>• $3.88/MMBtu[9] |
| Commodity / Fuel / Operational Costs | ($580) – ($480) | • Year-over-year hedge roll-off<br>• Higher power prices<br>• Higher operations and maintenance spending due to two nuclear plant refueling outages |
| Retail Revenue | ($125) – ($75) | • Competitive pricing, higher commodity price environment |
| Key Drivers | 2015E vs 2014E (in millions) | Assumptions |
| Generation Power Price[6] Gas Price[6] | N/A | • 2015: 75 TWh[7] net generation<br>• $38.45/MWh[8]<br>• $4.08/MMBtu[9] |
| Commodity / Fuel / | | • Year-over-year hedge roll-off |

**PX 088**
**Page 6 of 29**

| | | |
|---|---|---|
| Operational Costs | ($500) – ($350) | • Higher power prices and Monticello full-year operations |
| | | • Lower operations and maintenance spending due to single nuclear plant refueling outage |
| Retail Revenue | ($60) – $0 | • Competitive pricing, higher commodity price environment |

5

| Key Drivers | 2016E vs 2015E (in millions) | Assumptions |
|---|---|---|
| Generation Power Price[6] Gas Price [6] | N/A | • 2016: 77 TWh[7] net generation<br>• $40.36/MWh[8]<br>• $4.20/MMBtu[9] |
| Commodity / Fuel / Operational Costs | ($20) – $130 | • Higher fuel cost due to higher Powder River Basin blend and prices |
| Retail Revenue | ($60) – $0 | • Competitive pricing, higher commodity price environment |

| Key Drivers | 2017E vs 2016E (in millions) | Assumptions |
|---|---|---|
| Generation Power Price[6] Gas Price [6] | N/A | • 2017: 76 TWh[7] net generation;<br>• $45.19/MWh[8]<br>• $4.31/MMBtu[9] |
| Commodity / Fuel / Operational Costs | $190 – $340 | • Higher power price offset by higher fuel price and Powder River Basin blend<br>• Higher operations and maintenance spending due to two nuclear plant refueling outages<br>• Higher fossil-fuel plants operations and maintenance |
| Retail Revenue | ($45) – $15 | • Competitive pricing, higher commodity price environment |

6  Power prices are as of August 30, 2013, reflecting observable market prices for 2013-15E, model-based pricing for 2017E and an interpolation between 2015E and 2017E for 2016E. Gas prices are market as of August 30, 2013, reflecting Houston Ship Channel index prices.
7  terawatt-hours
8  megawatt-hours
9  million British thermal units

The Companies also disclosed to the Creditors and their advisors that for 2018, their internal model-based pricing assumes a generation power price and gas price of $46.57/MWh and $4.44/MMBtu, respectively.

The financial information provided to the Creditors and their advisors also included certain financial forecasts for Oncor based upon information provided to EFH Corp. by Oncor. EFIH's wholly owned subsidiary Oncor Holdings owns approximately 80% of the equity interests of Oncor. Certain amounts in the table below are presented as without or including "Securitization." "Securitization" refers to revenue, expenses and debt related to securitization (transition) bonds issued by Oncor Electric Delivery Transition Bond Company LLC, a wholly owned consolidated bankruptcy-remote financing subsidiary of Oncor, to recover certain regulatory assets and other costs.

Oncor has informed the Companies and the Creditors that the financial forecasts presented below reflect adjustments to the financial forecasts for Oncor previously disclosed on April 15, 2013, which adjustments are based on internal review and revision by Oncor to account for, among other things, changes in market conditions and other developments in Oncor's business, including higher estimated operating expenses. The amounts in the following table are in millions of dollars and may not foot due to rounding.

| Certain Financial Forecasts for Oncor (2013-2017) | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Revenue (excluding Securitization) | $3,387 | $3,687 | $3,811 | $3,907 | $3,993 |
| Revenue (impact of Securitization) | 147 | 146 | 92 | 18 | — |
| Revenue (including Securitization) | $3,535 | $3,834 | $3,903 | $3,925 | $3,993 |
| EBITDA[10] (excluding Securitization) | $1,744 | $1,822 | $1,855 | $1,901 | $1,928 |
| EBITDA[10] (impact of Securitization) | 146 | 145 | 91 | 18 | — |
| EBITDA[10] (including Securitization) | $1,890 | $1,968 | $1,946 | $1,919 | $1,928 |

6

| Certain Financial Forecasts for Oncor (2013-2017) | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Depreciation & Amortization (excluding Securitization) | $ 690 | $ 726 | $ 758 | $ 780 | $ 780 |
| Depreciation & Amortization (impact of Securitization) | 126 | 132 | 85 | 18 | — |
| Depreciation & Amortization (including Securitization) | $ 816 | $ 858 | $ 843 | $ 798 | $ 780 |
| Net income | $ 395 | $ 427 | $ 446 | $ 453 | $ 465 |
| Distribution to owners[11] | $ 310 | $ 253 | $ 355 | $ 362 | $ 398 |
| Capital expenditures[12] | $1,054 | $1,008 | $1,002 | $1,022 | $1,059 |
| Net debt (excluding Securitization) | $5,933 | $6,109 | $6,255 | $6,389 | $6,544 |
| Net debt (including Securitization) | $6,172 | $6,220 | $6,274 | $6,389 | $6,544 |

10    EBITDA means net income (loss) before interest expense and related charges, income tax expense (benefit) and depreciation and amortization (including amortization of regulatory assets reported in operation and maintenance expense) and other income related to purchase accounting. EBITDA is also adjusted for certain noncash and unusual items, none of which is material in the years presented. EBITDA is a financial measure not calculated in accordance with GAAP. EBITDA is not intended to be an alternative to net income as a measure of operating performance, an alternative to cash flows from operating activities as a measure of liquidity or an alternative to any other measure of financial performance presented in accordance with GAAP, nor is it intended to be used as a measure of free cash flow available for discretionary use, because the measure excludes certain cash requirements such as interest payments, tax payments and other debt service requirements. EBITDA as presented in the table reflects EFH Corp.'s calculations of EBITDA for Oncor on a basis consistent with EFH Corp.'s prior public disclosures, except for the exclusion of amortization of regulatory assets reported in operation and maintenance expense. Accordingly, and because not all companies use identical calculations, EBITDA may not be comparable to EBITDA as calculated by Oncor or to similarly titled measures of other companies.

11    Reflects 100% of distributions from Oncor (excluding tax sharing payments). EFIH's wholly owned subsidiary Oncor Holdings owns approximately 80% of the equity interests of Oncor. Accordingly, distributions to EFIH will be approximately 80% of each distribution, excluding any portion of the distribution retained by Oncor Holdings to settle its obligations under its tax sharing agreement.

12    Capital expenditures include expenditures for transmission facilities, infrastructure maintenance, information technology initiatives, distribution facilities to serve new customers and other general investments.

The information provided by the Companies to the Creditors and their advisors also included financial forecasts for TCEH and its subsidiaries, assuming the proposed changes to the Companies' capital structure described above were executed through a Chapter 11 filing of EFCH and its subsidiaries on November 1, 2013 (EFCH and its subsidiaries have not approved any such filing on November 1, 2013 or any other date). In general terms, the financial information provided below assumes the execution of transactions pursuant to which, as a result of the restructuring, (i) holders of TCEH first lien claims would receive equity interests in EFH Corp. and $6.0 billion in cash in exchange for their first lien claims and (ii) TCEH would exit the restructuring with $3.0 billion in available liquidity and issue $6.0 billion of new long-term debt. The amounts are in millions of dollars and may not foot due to rounding.

| TCEH | 1/1/2013 - 10/31/2013 | At Filing 11/1/2013 | 11/1/2013 - 12/31/2013 | 1/1/2014 - 6/30/2014 | At Emergence[14] | 7/1/2014 - 12/31/2014 | 2015 FY | 2016 FY | 2017 FY |
|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOWS** | | | | | | | | | |
| Open EBITDA | $ 1,416 | $ — | $ 286 | $ 704 | $ — | $ 851 | $ 1,636 | $ 1,660 | $ 1,908 |
| Hedge Value | $ 886 | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — |
| Cash Impact of adjustments to EBITDA | (45) | — | (7) | (28) | — | (12) | (22) | (23) | (43) |
| Subtotal | $ 2,258 | $ — | $ 278 | $ 676 | $ — | $ 839 | $1,614 | $1,637 | $1,865 |
| Capital Expenditures | (579) | — | (151) | (315) | — | (279) | (684) | (685) | (628) |
| Working Capital | (78) | — | 74 | 15 | — | 8 | 69 | 6 | (8) |
| Margin Deposits | (267) | — | 17 | 2 | — | — | — | — | — |
| Other Cash Flow Items | (450) | (1,752) | 19 | (60) | 1,244 | 1,101 | (31) | (38) | (38) |
| External Tax Payment to EFH Corp. | (133) | — | — | (27) | — | (3) | (148) | (164) | (248) |
| Free Cashflow – Unlevered | $ 750 | $ (1,752) | $ 236 | $ 291 | $ 1,244 | $ 1,666 | $ 820 | $ 755 | $ 943 |
| Cumulative | $ 750 | $ (1,003) | $ (766) | $ (475) | $ 769 | $ 2,434 | $3,254 | $4,009 | $4,952 |
| **FINANCING & OTHER** | | | | | | | | | |
| Interest Payments | $ (1,638) | $ — | $ (9) | $ (40) | $ — | $ (155) | $ (302) | $ (311) | $ (337) |
| Repayment of I/C Note | 698 | — | — | — | — | — | — | — | — |
| Debt Maturities | (90) | (204) | (2) | (6) | — | (13) | (21) | (18) | (36) |
| Revolver Draw / (Repayment) | — | — | — | — | 521 | (521) | — | — | — |
| Swap Settlements | (469) | — | — | — | — | — | — | — | — |

7

| TCEH | 1/1/2013 - 10/31/2013 | At Filing 11/1/2013 | 11/1/2013 - 12/31/2013 | 1/1/2014 - 6/30/2014 | At Emergence[14] | 7/1/2014 - 12/31/2014 | 2015 FY | 2016 FY | 2017 FY |
|---|---|---|---|---|---|---|---|---|---|
| Sale A/R Program | (82) | | | | | | | | |
| **TRANSACTION RELATED** | | | | | | | | | |
| Change in Restricted Cash | $ — | $ 947 | $ — | $ — | $ — | $ — | $ — | $ — | $ — |
| Restructuring Fees / Business Impacts | (74) | — | (94) | (227) | — | — | — | — | |
| Adequate Protection | | | (210) | (634) | | | | | |
| Debtor-in-Possession Facility | — | 890 | 79 | 616 | (1,585) | | | | |
| New Debt Proceeds | | | | | 6,000 | | | | |
| Debt Issuance Costs | | (50) | — | — | (180) | | | | |
| Cash Distribution to TCEH 1st Lien | | | | | (6,000) | | | | |
| **Total** | $ (1,655) | $ 1,583 | $ (236) | $ (291) | $ (1,244) | $ (690) | $ (324) | $ (329) | $ (373) |
| Free Cashflow – Levered | $ (905) | $ (170) | $ — | $ — | $ — | $ 976 | $ 496 | $ 426 | $ 570 |
| *Cumulative* | $ (905) | $ (1,075) | $ (1,075) | $ (1,075) | $ (1,075) | $ (99) | $ 397 | $ 823 | $1,393 |
| **LIQUIDITY (ex. Restricted Cash)** | | | | | | | | | |
| Cash Beginning Balance | $ 1,175 | $ 270 | $ 100 | $ 100 | $ 100 | $ 100 | $ 1,076 | $ 1,572 | $ 1,998 |
| Free Cashflow | (905) | (170) | — | — | — | 976 | 496 | 426 | 570 |
| **Cash Ending Balance** | $ 270 | $ 100 | $ 100 | $ 100 | $ 100 | $ 1,076 | $1,572 | $1,998 | $2,568 |

---

14   Assumes a June 30, 2014 emergence from bankruptcy.

At September 30, 2013, TCEH had $1.3 billion of cash and cash equivalents and $171 million of available capacity under its letter of credit facility.

The information provided by the Companies to the Creditors and their advisors also included financial forecasts for EFH Corp. and EFIH, assuming (i) as of June 30, 2014, conversion of $1.6 billion (including accrued interest) of EFIH unsecured debt and $0.7 billion (including accrued interest) of EFH Corp. unsecured debt into equity of EFH Corp., (ii) no new cash is used for debt reduction, (iii) a refinancing of the EFIH first lien notes and the EFIH second lien notes at certain illustrative rates, and (iv) financing fees equal to 1.5%. The amounts may not foot due to rounding.

| EFH/EFIH | 1/1/2013 - 10/31/2013 | At Filing 11/2/2013 | 11/2/2013 - 12/31/2013 | 1/1/2014 - 6/30/2014 | At Emergence[14] | 7/1/2014 - 12/31/2014 | 2015 FY | 2016 FY | 2017 FY |
|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOWS** | | | | | | | | | |
| EBITDA | $ (4) | $ — | $ — | $ (2) | $ — | $ (1) | $ (3) | $ (3) | $ (4) |
| Cash Adjustments | 11 | — | — | 3 | 8 | — | 10 | 26 | 25 |
| TECH Dividend | | | | | | | | | |
| Oncor Dividend (80%) | 218 | — | — | 121 | — | 55 | 258 | 265 | 294 |
| CapEx | (31) | — | — | (7) | (14) | — | (14) | (20) | (19) |
| Pension/OPEB funding | (8) | — | (2) | (8) | — | (11) | (30) | (28) | (25) |
| Other CF Items | 139 | — | — | 1 | — | 32 | 5 | 15 | 6 |
| **Cashflow** | $ 326 | $ — | $ — | $ (4) | $ 104 | $ — | $ 70 | $237 | $256 |
| TCEH Tax Payments | 133 | — | — | 27 | — | 3 | 148 | 164 | 248 |
| Oncor Tax Payments | 105 | — | — | 8 | 156 | — | 136 | 288 | 264 |
| Federal/State Tax Payments | (60) | — | — | (8) | (54) | — | (6) | (317) | (273) |
| **Total Tax** | $ 178 | $ — | $ — | $ 128 | $ — | $ 133 | $118 | $155 | $ 160 |
| **Free Cashflow - Unlevered** | $ 504 | $ — | $ — | $ (4) | $ 233 | $ — | $ 203 | $355 | $411 |
| *Cumulative from Emergence* | | | | | | $ 203 | $ 558 | $ 970 | $1,413 |
| **FINANCING & OTHER** | | | | | | | | | |
| Cash Interest | $ (492) | $ — | $ — | $ (219) | $ (341) | $ (118) | $ (41) | $(458) | $(457) |
| Repayment of I/C Note | (698) | | | | | | | | |
| Debt Maturities/ Repayment | (83) | — | — | — | — | (6,474) | — | | |
| Call Premium | | | | | | | | | |
| Debt Issuances for Refinancing | | | | | | 6,235 | | | |
| Debt Issuances for WC Needs | — | | | | | | | | |
| Debt Issuance Costs | (6) | — | — | — | — | (94) | | | |
| Restructuring Fee / Business Impact | (8) | — | — | (3) | (9) | — | | | |

8

| EFH/EFIH | 1/1/2013 - 10/31/2013 | At Filing 11/1/2013 | 11/2/2013 - 12/31/2013 | 1/1/2014 – 6/30/2014 | At Emergence[14] | 7/1/2014 – 12/31/2014 | 2015 FY | 2016 FY | 2017 FY |
|---|---|---|---|---|---|---|---|---|---|
| New Cash | — | — | — | — | — | — | — | — | — |
| Debt Equitization /Convert | — | — | — | — | 2,332 | | | | |
| Total | $ (1,288) | $ — | $ (223) | $ (350) | $ (118) | $ (41) | $(458) | $(457) | $(456) |
| Free Cashflow – Levered | $ (783) | $ — | $ (226) | $ (118) | $ (118) | $ 162 | $(103) | $ (45) | $ (12) |
| Cumulative from Emergence | | | | | $ (118) | $ 44 | $ (59) | $(104) | $(116) |
| LIQUIDITY | | | | | | | | | |
| Cash Beginning Balance | $ 1,419 | $ 635 | $ 635 | $ 409 | $ 292 | $ 174 | $ 336 | $ 233 | $ 188 |
| Free Cashflow | (783) | — | (226) | (118) | (118) | 162 | (103) | (45) | (12) |
| Cash Ending Balance | $ 635 | $ 635 | $ 409 | $ 292 | $ 174 | $ 336 | $ 233 | $ 188 | $ 176 |

14     Assumes a June 30, 2014 emergence from bankruptcy by the applicable debtors.

The information provided by the Companies to the Creditors and their advisors also included forecasts for debt and leverage ratios for EFH Corp. and EFIH based on the assumptions described above the immediately preceding table.

| EFH / EFIH | 11/2/2013- 12/31/2013 | 1/1/2014- 6/30/2014 | At Emergence[15] | 7/1/2014- 12/31/2014 | 2015 FY | 2016 FY | 2017 FY |
|---|---|---|---|---|---|---|---|
| 1st Lien Debt | $ 3,985 | $ 3,985 | $ 4,046 | $ 4,046 | $ 4,046 | $ 4,046 | $ 4,046 |
| 2nd Lien Debt | 2,156 | 2,156 | 2,189 | 2,189 | 2,189 | 2,189 | 2,189 |
| EFIH Unsecured Debt | 648 | 648 | — | — | — | — | — |
| EFIH Unsecured Debt | 1,567 | 1,680 | — | — | — | — | — |
| Total Debt | $ 8,355 | $ 8,468 | $ 6,235 | $ 6,235 | $ 6,235 | $ 6,235 | $ 6,235 |
| Less: Cash | $ (409) | $ (292) | $ (174) | $ (336) | $ (233) | $ (188) | $ (176) |
| Net Debt | $ 7,946 | $ 8,177 | $ 6,061 | $ 5,899 | $ 6,002 | $ 6,047 | $ 6,059 |
| Total Leverage[16] | 9.4x | 9.5x | 8.0x | 7.6x | 7.6x | 7.5x | 7.5x |
| Net Leverage[16] | 9.1x | 9.3x | 7.8x | 7.4x | 7.4x | 7.4x | 7.3x |

15     Assumes a June 30, 2014 emergence from bankruptcy by the applicable debtors.

16     Includes proportionate amount of Oncor debt, cash and EBITDA.

Tax Information

Pursuant to the existing tax sharing agreement between EFH Corp. and TCEH and the existing tax sharing agreement between EFH Corp. and Oncor, and as a result of the settlement of certain earlier open tax years with the Internal Revenue Service, in September 2013, TCEH made a federal income tax payment of $84 million to EFH Corp., and Oncor made a federal income tax payment of $33 million to EFH Corp.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
|---|---|
| 99.1 | Significant Creditor Proposal |
| 99.2 | TCEH Creditor Proposal |
| 99.3 | EFIH Creditor Proposal |

9

*Cautionary Note Regarding Forward-Looking Statements*

This Current Report on Form 8-K includes forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, which are subject to risks and uncertainties. All statements, other than statements of historical facts, are forward-looking statements. The projected financial information included herein constitutes forward-looking statements. Readers are cautioned not to place undue reliance on forward-looking statements. Although we believe that in making any such forward-looking statement our expectations are based on reasonable assumptions, any such forward-looking statement involves uncertainties and is qualified in its entirety by reference to the discussion of risk factors under Item 1A, "Risk Factors" and the discussion under Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations" in the Annual Reports on Form 10-K filed by each of EFH Corp., EFIH, EFCH and Oncor and the following important factors, among others, that could cause actual results to differ materially from those projected in such forward-looking statements:

- prevailing governmental policies and regulatory actions with respect to, among other things:
  - allowed prices;
  - allowed rates of return;
  - permitted capital structure;
  - industry, market and rate structure;
  - purchased power and recovery of investments;
  - operations of nuclear generation facilities;
  - operations of fossil-fueled generation facilities;
  - operations of mines;
  - self-bonding requirements;
  - acquisition and disposal of assets and facilities;
  - development, construction and operation of facilities;
  - decommissioning costs;
  - present or prospective wholesale and retail competition;
  - changes in tax laws and policies;
  - changes in and compliance with environmental and safety laws and policies, and
  - clearing over-the-counter derivatives through exchanges and posting of cash collateral therewith;
- legal and administrative proceedings and settlements;
- general industry trends;
- economic conditions, including the impact of an economic downturn or the shut-down of the US federal government;
- our ability to collect trade receivables from counterparties;
- our ability to attract and retain profitable customers;
- our ability to profitably serve our customers;
- restrictions on competitive retail pricing;
- changes in wholesale electricity prices or energy commodity prices, including the price of natural gas;
- changes in prices of transportation of natural gas, coal, fuel oil and refined products;

10

- changes in market heat rates in the Electric Reliability Council of Texas, Inc. electricity market (ERCOT);

- our ability to effectively hedge against unfavorable commodity price movement, including the price of natural gas, market heat rates and interest rates;

- weather conditions, including drought and limitations on access to water, and other natural phenomena, and acts of sabotage, wars or terrorist or cybersecurity threats or activities;

- population growth or decline, or changes in market supply or demand and demographic patterns, particularly in ERCOT;

- changes in business strategy, development plans or vendor relationships;

- access to adequate transmission facilities to meet changing demands;

- changes in interest rates, commodity prices, rates of inflation or foreign exchange rates;

- changes in operating expenses, liquidity needs and capital expenditures;

- commercial bank market and capital market conditions and the potential impact of disruptions in US and international credit markets;

- the willingness of our lenders to extend the maturities of our debt instruments and the terms and conditions of any such extensions;

- access to capital, the cost of such capital, and the results of financing and refinancing efforts, including availability of funds in capital markets;

- activity in the credit default swap market related to our debt instruments;

- restrictions placed on us by the agreements governing our debt instruments;

- our ability to generate sufficient cash flow to make interest payments on, or refinance, our debt instruments;

- our ability to successfully execute our liability management, reach agreement with our creditors on the terms of any change in our capital structure, or otherwise address our significant interest payments and debt maturities, including through the potential exchange of debt securities for debt or equity securities, the potential waiver of any covenants contained in our debt agreements and/or an in-court restructuring;

- any defaults under certain of our financing arrangements that could trigger cross default or cross acceleration provisions under other financing arrangements;

- our ability to make intercompany loans or otherwise transfer funds among different entities in our corporate structure;

- competition for new energy development and other business opportunities;

- inability of various counterparties to meet their obligations with respect to our financial instruments;

- changes in technology used by and services offered by us;

- changes in electricity transmission that allow additional electricity generation to compete with our generation assets;

- significant changes in our relationship with our employees, including the availability of qualified personnel, and the potential adverse effects if labor disputes or grievances were to occur;

- changes in assumptions used to estimate costs of providing employee benefits and future funding requirements related thereto;

- changes in assumptions used to estimate future executive compensation payments;

- hazards customary to the industry and the possibility that we may not have adequate insurance to cover losses resulting from such hazards;

11

- significant changes in critical accounting policies;
- actions by credit rating agencies;
- adverse claims by our creditors or holders of our debt securities;
- our ability to effectively execute our operational strategy, and
- our ability to implement cost reduction initiatives.

Any forward-looking statement speaks only at the date on which it is made, and except as may be required by law, we undertake no obligation to update any forward-looking statement to reflect events or circumstances after the date on which it is made or to reflect the occurrence of unanticipated events. New factors emerge from time to time, and it is not possible for us to predict all of them; nor can we assess the impact of each such factor or the extent to which any factor, or combination of factors, may cause results to differ materially from those contained in any forward-looking statement. As such, readers should not unduly rely on such forward-looking statements.

12

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, each registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**ENERGY FUTURE HOLDINGS CORP.**

/s/ Stan J. Szlauderbach

Name:        Stan J. Szlauderbach
Title:        Senior Vice President & Controller

**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC**

/s/ Stan J. Szlauderbach

Name:        Stan J. Szlauderbach
Title:        Senior Vice President & Controller

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC**

/s/ Stan J. Szlauderbach

Name:        Stan J. Szlauderbach
Title:        Senior Vice President & Controller

October 15, 2013

13

**PX 088
Page 15 of 29**

**Exhibit 99.1**

DRAFT; SUBJECT TO MATERIAL REVISION; PREPARED
AT THE REQUEST OF COUNSEL; SUBJECT TO F.R.E. 408

**ILLUSTRATIVE TERM SHEET RELATING TO**
*ENERGY FUTURE HOLDINGS,*
*ENERGY FUTURE INTERMEDIATE HOLDING COMPANY,*
*AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY*

October 7, 2013



DRAFT; SUBJECT TO MATERIAL REVISION; PREPARED
AT THE REQUEST OF COUNSEL; SUBJECT TO F.R.E. 408

## SITUATION OVERVIEW

*EFH and its advisors have engaged in extensive discussions with the various stakeholders; however, a consensual resolution has not yet been achieved*

- Energy Future Holdings ("EFH") has engaged in extensive negotiations with its stakeholders; however, it has yet to reach agreement on the terms of an orderly restructuring
- [Significant Creditor] is aware of the significant benefits of a consensual agreement that will allow EFH to avoid the significant cost, expense, and business risk due to a protracted Chapter 11 and material breakage costs associated with a deconsolidation of the structure, including:
  - Operational dissynergies;
  - Significant tax cost;
  - Value degradation of the retail business;
  - Regulatory uncertainty; and
  - Professional fees

*As a result of its significant holdings at various EFH entities, [Significant Creditor] is in a unique position to help bridge the differences between stakeholders at EFH, EFIH, and TCEH to achieve a consensual restructuring transaction and avoid the significant costs and value leakages associated with a protracted and contentious free fall Chapter 11*

- [Significant Creditor] is a significant long-term investor in EFH with material holdings in the indebtedness of EFH, Energy Future Intermediate Holding Company ("EFIH"), and Texas Competitive Electric Holdings Company ("TCEH")
- [Significant Creditor], together with its advisors, has developed a restructuring proposal focused on the following key tenets:
  - Avoid unnecessary business risk, transaction costs and tax inefficiencies
  - Bridge constituent demands on EFIH and TCEH sides of the EFH structure
    - Balance relative value
    - Balance form of recovery
    - Maintain relative priority
    - Provide for sufficient deleveraging to avoid future restructuring risk



**DRAFT; SUBJECT TO MATERIAL REVISION; PREPARED AT THE REQUEST OF COUNSEL; SUBJECT TO F.R.E. 408**

## TRANSACTION OVERVIEW

*The illustrative term sheet provides for:*

- *TCEH First Lien lenders to receive control of EFIH and substantially all of the value of TCEH*

- *EFIH Unsecured Debt Holders to receive a par recovery over time*

- *EFH debt and equity to continue to participate in the value of EFH assets*

- *Other claimants to participate in EFH value through warrants*

- [Significant Creditor]'s term sheet provides for significant deleveraging of EFIH and TCEH, including:
  - EFIH: Refinancing of First Lien Debt, equity claw of 35% of Second Lien Debt and equitization of Unsecured Debt
  - TCEH: Equitization of significant portion of First Lien Debt and cancelation of all junior debt (with value protection through new warrants)
  - EFH: Equitization of EFH Unsecured Debt

- The EFIH equitization will be completed through an offering of New Tracking Stock at EFH which will track the value and business of EFIH and its subsidiaries
  - The New Tracking Stock will provide for distributions to current holders of EFIH Unsecured Notes up to par value plus accrued interest plus an annual return
  - The EFIH Unsecured Noteholders will backstop a rights offering for ~$0.8 billion of New Tracking Stock, the proceeds of which will be used to claw 35% of the Second Lien Notes
  - To provide for additional cash flow, the EFIH First Lien Debt will be refinanced at market rates (while providing existing lenders with a premium over par)

- Holders of TCEH First Lien Debt will exchange into substantially all of the New EFH Equity
  - TCEH First Lien Lenders will receive 94.2% [1] of the New EFH Equity and approximately $8.0 billion of cash (from proceeds of the issuance of new First Lien Debt at TCEH)

- Holders of the EFH Unsecured Debt will receive 11.8% of the New Tracking Stock and 3.8% [1] of the New EFH Equity

- The existing equity Sponsors will receive 2.0% of the New EFH Equity and 2.0% of the New Tracking Stock
  - Other junior TCEH creditors will receive short duration warrants in New EFH Equity to provide value at in-the-money enterprise valuation levels

Notes:     (1) Pro forma EFH equity allocations based on market-implied value of TCEH of approximately $16.5 billion

DRAFT; SUBJECT TO MATERIAL REVISION; PREPARED
AT THE REQUEST OF COUNSEL; SUBJECT TO F.R.E. 408

## ILLUSTRATIVE TRANSACTION RATIONALE

*A consensual restructuring would provide significant benefits to all parties by, among other things, avoiding the significant costs in money and time associated with a protracted and contentious process*

*The table below illustrates certain potential benefits associated with the proposed transaction*

| | |
|---|---|
| **TCEH FIRST LIEN LENDERS** | • Receive substantially all of the value attributable to TCEH assets<br>• Receive control of EFH without paying for control premium<br>• Obtain expeditious control of TCEH assets<br>• Receive upside value of Oncor assets, after redemption of the New Tracking Stock<br>• Benefit from delevered EFIH with virtually no future restructuring risk<br>• Avoid costs of contentious Chapter 11<br>• Avoid diminution in value of the retail business associated with a potentially lengthy and contentious Chapter 11 process |
| **EFIH FIRST LIENS** | • Receive cash in excess of par value in near term |
| **EFIH SECOND LIENS** | • 35% of holdings repaid at par plus coupon through utilization of equity claw<br>• At each holder's election, may tender additional Notes for cash equal to equity claw price<br>• Reinstated holders benefit from delevered capital structure and improved liquidity profile |
| **EFIH UNSECURED NOTES** | • Receive New Tracking Stock designed to capture par plus accrued interest of EFIH Unsecured Notes plus an annual return<br>• Provides unlimited timeframe to recapture Oncor value through New Tracking Stock<br>• Benefit from delevered EFIH, improved liquidity profile, and removal of bankruptcy overhang<br>• Benefit from potential incremental value that may be generated through amending Oncor ring-fenced structure<br>• Ability to prove value and backstop / participate in rights offering for New Tracking Stock<br>• Protected from any future volatility of TCEH earnings |
| **OTHER TCEH CREDITORS** | • Receive limited duration warrants at appropriate strike prices to capture value at in-the-money enterprise valuation levels<br>• Potential to participate in Oncor valuation upside as well |
| **EFH UNSECURED DEBT** | • Continue to receive benefit of EFH and EFIH value through ownership of New Tracking Stock and New EFH Equity |
| **SPONSORS** | • Continue to receive benefit of EFH and EFIH value through ownership of New Tracking Stock and New EFH Equity<br>• Granted full releases |
| **MANAGEMENT** | • To receive new incentive plan to ensure alignment of interests with new ownership of EFH |



DRAFT; SUBJECT TO MATERIAL REVISION; PREPARED
AT THE REQUEST OF COUNSEL; SUBJECT TO F.R.E. 408

## SUMMARY ILLUSTRATIVE TERM SHEET

*The table below highlights key terms of the illustrative term sheet*

| | | AMOUNT ($BN) | TREATMENT, PRIOR TO DILUTION FROM MANAGEMENT INCENTIVE PLAN |
|---|---|---|---|
| **EFH** | Building Financing & First Lien Debt | $0.1 | • Reinstated |
| | Unsecured Notes | $0.6 | • Exchanged into 11.8% of New Tracking Stock and 3.8% of New EFH Equity |
| | Inter-Company Debt | $1.7 | • Canceled |
| **SPONSORS** | Equity | - | • 2.0% of New EFH Equity[1]<br>• 2.0% of New Tracking Stock |
| **EFIH** | First Lien Debt | $4.0 | • Refinanced<br>• Existing First Lien Debt Holders receive cash at [105.2%]; proceeds of New EFIH First Lien Debt |
| | Second Lien Debt | $2.2 | • $0.8 million / 35% clawed at average price of 111.6% with proceeds of offering of New Tracking Stock<br>• Remaining principal provided option to receive:<br>  – Reinstatement, or<br>  – Repayment at equity claw price; proceeds of New EFIH First Lien Debt |
| | Unsecured Debt | $1.5 | • Exchanged for 54.9% of New Tracking Stock<br>• Holders to backstop rights offering for issuance of no less than $0.8 billion of New Tracking Stock (31.3%), the proceeds of which will be used to claw Second Lien Notes<br>• Providers of New Tracking Stock backstop to receive fee TBD |
| **TCEH** | Revolving Credit Facility | TBD | • New revolving credit facility to be obtained on market terms |
| | First Lien Debt[2] | $24.4 | • Exchanged for pro rata share of:<br>  – $8.0 billion cash; proceeds of New First Lien TCEH Bank Debt<br>  – 94.2% of EFH equity[1] |
| | Capital Leases and Fixed Secured Facility Notes | $0.1 | • [Reinstated] |
| | Second Lien Debt | $1.6 | • Warrants for TBD of pro forma equity of EFH, set at a TBD strike price (with limited duration) |
| | Unsecured Debt | $4.9 | • Warrants for TBD of pro forma equity of EFH, set at a TBD strike price (with limited duration) |
| **EFCH** | EFCH Debt | $0.1 | • Warrants for TBD of pro forma equity of EFH, set at a TBD strike price (with limited duration) |
| **MGMT PLAN** | Equity | - | • Terms TBD |

Notes:  (1) All equity amounts illustrated are prior to dilution from a new management incentive plan and warrants to TCEH junior creditors. Pro forma equity allocations based on market-implied  TCEH First Note trading value of approximately  $16.5 billion
(2) Amount excludes  Pollution Control Bonds, which are assumed to be reinstated



DRAFT; SUBJECT TO MATERIAL REVISION; PREPARED AT THE REQUEST OF COUNSEL; SUBJECT TO F.R.E. 408

## ILLUSTRATIVE TERMS OF NEW TRACKING STOCK

*The New Tracking Stock provides for deleveraging of EFIH, through unsecured debt exchange and new money to fund an equity claw of EFIH Second Lien Debt*

*The New Tracking Stock would act similar to preferred equity in EFIH, without risk of triggering adverse tax consequences for the broader EFH group*

*The table below illustrates certain key terms of the New Tracking Stock*

| | |
|---|---|
| **INITIAL REDEMPTION PRICE** | • ~$2.6 billion |
| **REFERENCE ENTITY** | • Tracks the value of EFIH |
| **DIVIDEND POLICY** | • To the extent EFIH dividends funds to EFH, a dividend will be paid on the New Tracking Stock<br>  – Subject to capital surplus at EFH; otherwise funds to be reinvested into EFIH<br>  – Dividends will reflect an annual return of [TBD]% on the initial value of the New Tracking Stock |
| **REDEMPTION** | • Redeemable by EFH at a price equal to the initial value plus accrued but unpaid dividends. Initial value of New Tracking Stock will reflect:<br>  a) Par plus accrued interest on converted EFIH Unsecured Debt; plus<br>  b) Proceeds of the New Tracking Stock rights offering |
| **GOVERNANCE / OTHER** | • New Tracking Stock to receive voting rights at EFIH only<br>• Restrictions on issuances by EFH of securities senior to the New Tracking Stock and other customary protections<br>• Tax Sharing Agreements amended to provide that Oncor tax payments are made directly to EFIH |
| **PRO FORMA OWNERSHIP** | • New Tracking Stock issued for EFIH Second Lien Claw: 31.3%<br>• EFIH Unsecured Debt Holders: 54.9%<br>• EFH Unsecured Debt Holders: 11.8%<br>• Sponsors: 2.0% |



PERELLA WEINBERG PARTNERS

PX 088
Page 21 of 29

**DRAFT; SUBJECT TO MATERIAL REVISION; PREPARED
AT THE REQUEST OF COUNSEL; SUBJECT TO F.R.E. 408**

## SUMMARY CORPORATE STRUCTURE

*The chart below summarizes the corporate structure of EFH, TCEHEFCH, and EFIH*



*Deconsolidated and Ring-fenced entities*

Source:   Company filings
Note:    Debt amounts illustrated prior to unamortized  premium / discount

PERELLA
WEINBERG
PARTNERS

Confidential – Subject to F.R.E. 408

7

DRAFT; SUBJECT TO MATERIAL REVISION; PREPARED
AT THE REQUEST OF COUNSEL; SUBJECT TO F.R.E. 408

## SUMMARY OF PROPOSED RESTRUCTURING PROPOSAL

*The chart below summarizes the illustrative proposed restructuring transaction of EFH, TCEH, EFCH, and EFIH*



Notes:    All equity amounts illustrated are prior to dilution from a new management incentive plan and warrants

PERELLA
WEINBERG
PARTNERS

DRAFT; SUBJECT TO MATERIAL REVISION; PREPARED
AT THE REQUEST OF COUNSEL; SUBJECT TO F.R.E. 408

## SUMMARY OF PRO FORMA STRUCTURE

*The chart below summarizes the illustrative proposed restructuring transaction of EFH, TCEH, EFCH, and EFIH*



Notes:   All equity amounts illustrated are prior to dilution from a new management incentive plan and warrants
          (1) For illustrative purposes only, assumes 100% of Second Lien Notes outstanding subsequent to equity claw decline cash redemption

DRAFT; SUBJECT TO MATERIAL REVISION; PREPARED
AT THE REQUEST OF COUNSEL; SUBJECT TO F.R.E. 408

## LEGAL DISCLAIMER

This Presentation has been provided to you by Perella Weinberg Partners and its affiliates (collectively "**Perella Weinberg Partners**" or the "**Firm**") and Fried, Frank, Harris, Shriver & Jacobson LLP ("**Fried Frank**" and collectively with Perella Weinberg Partners, the "**Firms**") and may not be used or relied upon for any purpose without the written consent of Perella Weinberg Partners and Fried Frank. The information contained herein (the "Information") is confidential. By accepting this Information, you agree that you and your directors, partners, officers, employees, attorney(s), agents and representatives agree to use it for informational purposes only and will not divulge any such Information to any other party. Reproduction of this Information, in whole or in part, is prohibited. These contents are proprietary and a product of Perella Weinberg Partners and Fried Frank. **The Information contained herein is not an offer to buy or sell or a solicitation of an offer to buy or sell any corporate advisory services or security or to participate in any corporate advisory services or trading strategy.** Any decision regarding corporate advisory services or to invest in the investments described herein should be made after, as applicable, reviewing such definitive offering memorandum, conducting such investigations as you deem necessary and consulting the investor's own investment, legal, accounting and tax advisors in order to make an independent determination of the suitability and consequences of an investment or service.

The information used in preparing these materials may have been obtained from or through you or your representatives or from public sources. Perella Weinberg Partners and Fried Frank assume no responsibility for independent verification of such information and have relied on such information being complete and accurate in all material respects. To the extent such information includes estimates and/or forecasts of future financial performance (including estimates of potential cost savings and synergies) prepared by or reviewed or discussed with the management of your company and/or other potential transaction participants or obtained from public sources, we have assumed that such estimates and forecasts have been reasonably prepared on bases reflecting the best currently available estimates and judgments of such management (or, with respect to estimates and forecasts obtained from public sources, represent reasonable estimates). The Firms have no obligation (express or implied) to update any or all of the Information or to advise you of any changes; nor do we make any express or implied warranties or representations as to the completeness or accuracy or accept responsibility for errors.

Nothing contained herein should be construed as tax, accounting or legal advice. You (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the transactions contemplated by these materials and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and structure. For this purpose, the tax treatment of a transaction is the purported or claimed U.S. federal income tax treatment of the transaction and the tax structure of a transaction is any fact that may be relevant to understanding the purported or claimed U.S. federal income tax treatment of the transaction.



Exhibit 99.2

Privileged & Confidential
Attorney Work Product
Attorney-Client Communication
Subject to FRE 408

**ENERGY FUTURE HOLDINGS CORP.**
Key Terms of Restructuring of EFH and its Subsidiaries
October 7, 2013

This term sheet (the "Term Sheet") describes certain terms of a proposed restructuring (the "Restructuring") of claims against Energy Future Holdings Corp. ("EFH"), Energy Future Intermediate Holding Company LLC ("EFIH"), Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH") and certain of TCEH's subsidiaries (the "Subsidiary Guarantors", and together with EFCH and TCEH, the "TCEH Debtors"). This Term Sheet does not describe all of the material terms of a Restructuring. Nothing herein shall be deemed an admission of any kind. Pursuant to Federal Rule of Evidence 408 and any applicable state rules of evidence, this Term Sheet and all negotiations relating hereto shall not be discoverable or admissible into evidence in any case or proceeding. This Term Sheet is not an offer with respect to any securities or solicitation of acceptances of a chapter 11 plan pursuant to section 1125 of the Bankruptcy Code. This Term Sheet shall not be construed as (i) an offer capable of acceptance, (ii) a binding agreement of any kind, (iii) a commitment to enter into, or offer to enter into, any financing or other agreement, or (iv) an agreement to support any chapter 11 plan or disclosure statement or to consummate any transactions otherwise described herein. The transactions described herein are subject in all respects to, among other things, ongoing diligence and definitive documentation.

| TCEH First Lien Creditors | Each holder (collectively, the "TCEH First Lien Creditors") of a senior secured first lien claim against the TCEH Debtors (collectively, the "TCEH First Lien Claims") would receive its pro rata share of: |
|---|---|
| | • $6 billion of new senior secured first lien debt of the reorganized TCEH Debtors issued on market terms that are acceptable to the TCEH First Lien Creditors (or at the TCEH First Lien Creditors' election, the equivalent amount in cash from the issuance of such new debt to third parties); |
| | • $2 billion of pay-in-kind debt of the reorganized TCEH Debtors; and |
| | • 100% of the common equity interests in restructured EFH (the "EFH Common Stock") (subject to dilution only on account of an agreed-upon management equity incentive plan). |
| EFIH First Lien Creditors | Each holder (collectively, the "EFIH First Lien Creditors") of a first lien secured note issued by EFIH (collectively, the "EFIH First Lien Notes") would receive its pro rata share of $4,137 million of new first lien senior secured notes (or the equivalent amount in cash from the issuance of new debt to third parties) to be issued by reorganized EFIH on the effective date. |

| | |
|---|---|
| | of the Restructuring (the "New EFIH First Lien Notes"). The New EFIH First Lien Notes would include market terms and conditions, including interest rate, that are acceptable to the TCEH First Lien Creditors. EFIH First Lien Creditors would not receive any consideration beyond that described above (whether in the form of additional New EFIH First Lien Notes or above-market terms and conditions for such EFIH First Lien Notes), including in respect of any claims they may have for unaccrued interest, any make-whole amount, optional redemption premium, or other premium or costs associated with refinancing the EFIH First Lien Notes (any such amounts, the "EFIH First Lien Refinancing Claims"). |
| **EFIH Second Lien Creditors** | Each holder (collectively, the "EFIH Second Lien Creditors") of a second lien secured note issued by EFIH (collectively, the "EFIH Second Lien Notes") would receive its pro rata share of (a) $1,000 million of cash (the "EFIH Second Lien Paydown") and (b) $1,211 million of new second lien senior secured notes (or the equivalent amount in cash from the issuance of new debt to third parties) to be issued by reorganized EFIH on the effective date of the Restructuring (the "New EFIH Second Lien Notes"). The New EFIH Second Lien Notes would include market terms and conditions, including interest rate, that are acceptable to the TCEH First Lien Creditors. EFIH Second Lien Creditors would not receive any consideration beyond that described above (whether in the form of additional cash, additional New EFIH Second Lien Notes or above-market terms and conditions for such New EFIH Second Lien Notes), including in respect of any claims they may have for unaccrued interest, any make-whole amount, optional redemption premium, or other premium or costs associated with refinancing the EFIH Second Lien Notes (any such amounts, the "EFIH Second Lien Refinancing Claims," and together with the EFIH First Lien Refinancing Claims, the "EFIH Refinancing Claims"). |
| **EFIH Unsecured Creditors, EFH Unsecured Creditors and Sponsors** | The holders of (1) unsecured claims against EFIH (the "EFIH Unsecured Creditors"), (2) unsecured claims against EFH (the "EFH Unsecured Creditors"), and (3) the existing equity interests in EFH (the "Sponsors") would receive, in the aggregate, $800 million in cash (the "EFH/EFIH Junior Stakeholder Payment"), to be allocated among the EFIH Unsecured Creditors, EFH Unsecured Creditors and Sponsors in a manner to be determined; provided, however, that the EFH/EFIH Junior Stakeholder Payment shall be reduced dollar-for-dollar by any payments made, or other consideration given, on account of the EFIH Refinancing Claims. |

2

| | |
|---|---|
| **TCEH/EFIH Pro Forma Capital Structure** | Reorganized TCEH ($9.8 billion total debt) <br><br> • $7.8 billion of senior secured first lien cash-pay debt: <br><br>     • $6 billion issued to the TCEH First Lien Creditors (or at the TCEH First Lien Creditors' election, the equivalent amount in cash from the issuance of such new debt to third parties); and <br><br>     • $1.8 billion issued to third-parties, the cash proceeds of which would fund the EFIH Second Lien Paydown and the EFH/EFIH Junior Stakeholder Payment. <br><br> • $2 billion of pay-in-kind debt of the reorganized TCEH Debtors issued to the TCEH First Lien Creditors. <br><br> • The amount and structure of the pro forma reorganized TCEH debt described herein is conditioned upon and assumes the consummation of the transactions associated with the Restructuring. <br><br> Reorganized EFIH ($5.3 billion total debt) <br><br> • The terms of reorganized EFIH's debt, and the relative proportion of first and second lien debt, will be structured to optimize reorganized EFIH's capital structure and minimize its interest expense. |
| **Conditions** | • EFH and its Subsidiaries (excluding Oncor Holdings and its Subsidiaries) will file for protection under chapter 11 of title 11 of the United States Code on or before November 1, 2013. <br><br> • The Restructuring, and all of the transactions described herein and related thereto, must be consummated by June 30, 2014. <br><br> • Any costs of off-market refinancing of the EFIH First Lien Notes or EFIH Second Lien Notes will reduce dollar-for-dollar the EFH/EFIH Junior Stakeholder Payment. Such potential costs include, among other things: <br><br>     • Net present value of future costs associated with above-market interest rates, including if the existing EFIH First Lien Notes and EFIH Second Lien Notes are reinstated; and <br><br>     • Payment on account of any premium or make-whole amount (or settlements related thereto) associated with refinancing the EFIH First Lien Notes or EFIH Second Lien Notes. <br><br> • Reorganized EFIH must be projected to be cash flow positive on a *pro forma* basis (i.e., no credit given in cash flows for cash on the balance sheet of EFH or EFIH on the petition date). |

3

Exhibit 99.3

PRIVILEGED & CONFIDENTIAL DRAFT PREPARED AT THE DIRECTION OF COUNSEL
ATTORNEY WORK PRODUCT | PREPARED IN CONTEMPLATION OF LITIGATION

**EFIH Toggle Note**
**Cash Out Proposal**
**October 10, 2013**

This term sheet summarizes the principal terms (the "Term Sheet") of a proposed restructuring (the "Restructuring") of Energy Future Holdings Corp. ("EFH"), Energy Future Intermediate Holdings LLC ("EFIH"), Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), and certain subsidiaries of TCEH. This proposal is made in response to the request of EFH and certain EFH Equity Interest Holders to make a cash-out counter proposal to the October 7, 2013 Term Sheet provided by certain TCEH First Lien Lenders given ongoing valuation disputes between certain EFIH PIK Toggle Noteholders and certain TCEH First Lien Lenders. This Term Sheet does not constitute (nor will it be construed as) an offer with respect to any securities, it being understood that such an offering, if any, only will be made in compliance with applicable provisions of securities and/or other applicable laws. The terms and conditions set forth in this Term Sheet are meant to be part of a comprehensive compromise, each element of which is consideration for the other elements and an integral aspect of the proposed restructuring. The Term Sheet is in the nature of a settlement proposal in furtherance of settlement discussions and is entitled to protection from any use or disclosure to any party or person pursuant to Federal Rule of Evidence 408 and any other rule of similar import.

| | |
|---|---|
| Transaction Overview | • This term sheet is premised upon the October 7, 2013 Term Sheet proposed by certain TCEH First Lien Creditors as modified herein. <br><br> • The restructuring shall be consummated through a chapter 11 plan of reorganization and must be consummated by no later than September 1, 2014 (the "Plan"). |
| Treatment of EFH Equity Interest Holders | • Upon the effective date of the Plan, holders of EFH Equity Interests shall receive such treatment on terms to be determined by EFH with the consent of the TCEH First Lien Creditors. |
| Treatment of EFH Unsecured Creditors | • Upon the effective date of the Plan, holders of EFH Unsecured Claims shall receive such treatment on terms to be determined by EFH with the consent of the TCEH First Lien Creditors. |
| Treatment of EFIH Toggle Note Claims | • Upon the effective date of the Plan, holders of EFIH Toggle Note Claims shall receive their pro rata share of: <br><br>    • $1.45 billion cash <br><br>    • $100 million unsecured note from EFIH (the "EFIH Note") <br><br> • Key economic terms of EFIH Note: <br><br>    • No interest <br><br>    • Repaid via EFIH cash flow sweep on terms TBD <br><br> • Amounts and timing of payments not subject to any conditions or adjustments. <br><br> • Payments contemplated herein shall be made from proceeds of the new senior secured debt issued by the reorganized TCEH Debtors, and shall not be subject to reduction. <br><br> • Oncor TSA will be terminated on the effective date of the Plan so that tax distributions from Oncor are made directly to EFIH. |