| | |
|---|---|
| From: | Ley, Geoffrey <Geoffrey.Ley@energyfutureholdings.com> |
| Sent: | Saturday, October 19, 2013 3:14 PM |
| To: | Moldovan, Kris <Kristopher.Moldovan@energyfutureholdings.com> |
| Subject: | FW: AMR EETC Refinancing Calendar [I] |
| Attach: | EFH AMR EETC Calendar 10-18-2013.pdf; ATT00001.htm |

The most interesting thing in this analysis to me is that - in the end - only 27% of holders tendered into the exchange which offered 6.5pts of premium vs. continuing to fight via appeals and either get their 30-40pts of potential makewhole or just walk away with par. That's very telling of the mindset that we should expect from the EFIH 2nd Lien.

---

**From:** Horton, Tony
**Sent:** Friday, October 18, 2013 7:45 PM
**To:** Carter, Michael; Hessler Steve; Cieri Rick; Moldovan, Kris; Ley, Geoffrey
**Subject:** Fwd: AMR EETC Refinancing Calendar [I]


Sent from my iPhone

Begin forwarded message:

> **From:** Mark B Cohen <mark.b.cohen@db.com>
> **Date:** October 18, 2013 at 7:41:56 PM CDT
> **To:** "Horton, Tony" <Anthony.Horton@energyfutureholdings.com>, "'Chuck.McMullan@Evercore.com'" <Chuck.McMullan@Evercore.com>
> **Cc:** Craig Molson <craig.molson@db.com>, Jonathon Kaufman <jonathon.kaufman@db.com>, Martin Arzac <martin.arzac@db.com>, Kelvin Ji <kelvin.ji@db.com>
> **Subject: Fw: AMR EETC Refinancing Calendar [I]**
>
> Classification: For internal use only
>
> Tony and Chuck,
>
> We have attached a timeline for the AMR events relating to one of the financing we led for them this year. The EETC had a large makewhole that should have been voided by the bankruptcy. The investors obviously took the opposite view.
>
> In the end AMR won. Though, they could have pressed the calendar more.
>
> We have debated the different language in EFIH's debentures. And have looked at your question around the requirement for an escrow while appeals are pending.
>
> While still preliminary, it is unlikely that a bankruptcy court which finds that no make-whole is due would nonetheless require the debtor to escrow such a large amount of cash to cover a make-whole claim. US Bank made the same request in AMR and was denied. While AMR had cash available to pay any make-whole claim allowed on appeal and EFIH may not have the same cash resources, I don't think that changes the outcome.
>
> Additionally, the EFIH indentures give the noteholders the right to rescind the acceleration (just as the indentures did in AMR). I think that any such rescission for the purpose of increasing the claim violates the stay, and there is no good reason for the bankruptcy court to permit it (just like in AMR).
>
> We are happy to join a call with you and Kirkland to help strategize on how to navigate this issue.
>
> Mark
> Regards,
>
> Mark B Cohen
> 212 250 6038

---

> **From:** Kelvin Ji
> **To:** Mark B Cohen
> **Sent:** Fri Oct 18 18:50:28 2013
> **Subject:** AMR EETC Refinancing Calendar [I]
>
> Classification: For internal use only
>
>
> Kelvin W. Ji
> Vice President
> Corporate and Investment Bank
> Deutsche Bank
> Phone: (212) 250-7942
> Mobile: (646) 537-5545
> kelvin.ji@db.com


EXHIBIT Horton 18

This communication may contain confidential and/or privileged information. If you are not the intended recipient (or have received this communication in error) please notify the sender immediately and destroy this communication. Any unauthorized copying, disclosure or distribution of the material in this communication is strictly forbidden.

Deutsche Bank does not render legal or tax advice, and the information contained in this communication should not be regarded as such.

Highly Confidential

EFIHMW00051201

**PX 089
Page 2 of 3**

# AMR EETC refinancing timeline





- Nov 29, 2011 — AMR files for bkcy
- Oct 9, 2012 — EETC refinancing motion filed with the Bkcy Court
- Nov 8, 2012 — EETC refi Hearing
- Oct 23, 2012 — Objections filed due to no make-whole paid
- Feb 1, 2013 — Bkcy Court issues Final EETC Refi Order
- Jan 17, 2013 — Bkcy Court issues affirmative ruling on EETC refi
- Feb 14, 2013 — EETC noteholders appeal ruling
- May 23, 2013 — EETC tender motion filed with Bkcy Court
- Jun 19, 2013 — Bkcy Court enters Final EETC Tender Order
- Jun 26-Jul 10, 2013 — Early tender period
- Jul 24, 2013 — Launch and price EETC refi
- Aug 6, 2013 — Tender expiration date
- Sept 12, 2013 — Appellate Court affirms Bkcy Court ruling on make-whole

Phases: ~10.5 months | Court Ruling ~3 months | Strategy period ~5 months | Tender/syndication ~1.5 months

In the fall of 2012, DB analyzed AMR's capital structure and determined that a EETC refinancing would generate significant interest savings
- Existing tranches with rates of 8.625%, 10.375%, and 13.000% were targeted to be refinanced into a new EETC targeted in the 5.000% area
- Existing EETC indentures contained clear language that no make-whole was due upon an acceleration event (Bankruptcy)
- As anticipated, objections were filed when the EETC refi motion contemplated repaying existing EETCs without paying make-whole
- 3 months of objections and hearings ensued, with the Bankruptcy Court upholding DB and AMR's position that no make-whole needs to be made

EETC noteholders appealed the decision
- As the appeals process delayed the calendar and subjected AMR to market risk, DB and AMR decided to launch a tender offer for the EETC notes (proceeds financed by the new EETC issue) in order to lock in low rates
- Tender offered holders a settlement on the make-whole (which was in the 130-140s) at a price of 106.5 cents and closed in ~1.5 months
- Only 26.6% of holders tendered

On Sept 12, 2013, the Appellate Court affirmed the Bankruptcy Court's ruling that no make-whole was due

Highly Confidential

EFH2D10047298

**PX 089**
**Page 3 of 3**