June 4, 2014

**VIA FACSIMILE, FIRST CLASS MAIL (CERTIFIED,**
**RETURN RECEIPT REQUESTED), AND BY HAND**

CSC Trust Company of Delaware
2711 Centerville Road, Suite 220
Wilmington, DE 19808
Facsimile: (302) 636-5454
Attn: Sandra E. Horwitz

Re:     Waiver of Defaults and Rescission of Acceleration

Ladies and Gentlemen:

Reference is made to that certain Indenture dated as of August 17, 2010 (as supplemented by that certain First Supplemental Indenture dated as of January 29, 2013 and as otherwise amended or supplemented from time to time, the "Indenture") among Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. and CSC Trust Company of Delaware, as successor Trustee, pursuant to which $3,482,106,000 in aggregate principal amount of 10% Senior Secured Notes due 2020 (the "Notes") were issued. Capitalized terms used but not defined herein shall have the meanings ascribed in the Indenture.

The undersigned holders (the "Holders") are the beneficial owners of a majority in aggregate principal amount of the Notes.

By this letter (the "Letter") and pursuant to sections 6.02 and 6.04 of the Indenture and paragraph 12 of the back of the Notes, except as provided in the following paragraph, the Holders irrevocably and immediately, without the need for any further action or notice:

> (a) waive each and every Default that would otherwise constitute a Default pursuant to either section 6.01(a)(6) or section 6.01(a)(7) of the Indenture (each such Default, individually, a "Bankruptcy Default") and its consequences, with the effect that no such Default shall be deemed to have occurred; and

> (b) rescind any acceleration with respect to the Notes and its consequences that would otherwise result from any Bankruptcy Default, including, without limitation, any such acceleration pursuant to the second paragraph of section 6.02 of the Indenture and paragraph 12 of the back of the Notes, with the effect that no such acceleration shall be deemed to have occurred.

Solely in the event that the automatic stay pursuant to section 362 of the Bankruptcy Code applies to stay the delivery and/or effectiveness of this Letter, (i) this Letter is conditioned upon

Highly Confidential

entry of an order by a court of competent jurisdiction lifting the automatic stay to permit the delivery and/or effectiveness of this Letter (a "Lift Stay Order"); and (ii) upon entry of a Lift Stay Order, the waiver and rescission set forth above shall be effective as of the date of this letter.

Correspondence regarding this notice may be directed to Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, Attn: Keith H. Wofford, counsel to the Holders.

The Holders reserve all of their rights and remedies at law and in equity.

cc: Energy Future Intermediate Holding Company LLC (via facsimile and first class mail)
  Energy Plaza
  1601 Bryan Street
  Dallas, Texas 75201-3411
  Facsimile: (214) 812-6032
  Attn: General Counsel
  Facsimile: (214) 812-4097
  Attn: Treasurer

  EFIH Finance Inc. (via facsimile and first class mail)
  Energy Plaza
  1601 Bryan Street
  Dallas, Texas 75201-3411
  Facsimile: (214) 812-6032
  Attn: General Counsel
  Facsimile: (214) 812-4097
  Attn: Treasurer

  With a copy to:

  Simpson Thacher & Bartlett LLP (via facsimile and first class mail)
  425 Lexington Avenue
  New York, New York 10017
  Facsimile: (212) 445-2502
  Attn: Edward P. Tolley III

  Ropes & Gray LLP
  1211 Avenue of the Americas
  New York, New York 10036
  Facsimile: (646) 728-1663
  Attn: Mark R. Somerstein

Highly Confidential

CSC000000002

**Advanced Series Trust – AST Academic Strategies Asset Allocation Portfolio**

By: AQR Capital Management, LLC, as Investment Manager solely on  behalf of the Diversified Arbitrage Investment Sleeve

By: _____

      Name:  Bradley D. Asness
      Title:  Principal & Chief Legal Officer

Address:
Two Greenwich Plaza _____
4th Floor _____
Greenwich, CT 06830 _____
U.S.A. _____

Principal Amount of Notes Held:

1,875,000 _____

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

CSC000000003

[Insert Holder Name]

By: _____

Name: Brent Zimmerman

Title: President

Address:

_____ 100 Superior East _____

_____ Cleveland, OH 44114 _____

_____

_____

Principal Amount of Notes Held:

_____ $40,408,000 _____

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

CSC000000004

Waterstone **Capital Management, L.P.**

By: _____

**Name**: Kurt Peterson
Title: CFO

Address:
2 Carlson Parkway
Suite #260
Plymouth, MN 55447

**Principal Amount of Notes Held:**

$24,000,000

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

**Owl Creek Asset Management, L.P.**, on behalf of funds it manages

By: _____
Name:   Reuben Kopel
Title:    General Counsel

Address:
640 Fifth Avenue, 20th Floor
New York, NY 10019

Principal Amount of Notes Held:
$204,500,000.00

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

CSC000000006

**BLUEMOUNTAIN DISTRESSED MASTER FUND L.P**
**BLUEMOUNTAIN GUADALUPE PEAK FUND L.P.**
**BLUEMOUNTAIN MONTENVERS MASTER FUND SCA SICAV-SIF**
**BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND L.P**
**BLUEMOUNTAIN CREDIT OPPORTUNITIES MASTER FUND I L.P.**
**BLUEMOUNTAIN KICKING HORSE FUND L.P.**
**BLUEMOUNTAIN LONG/SHORT CREDIT MASTER FUND L.P.**
**BLUEMOUNTAIN STRATEGIC CREDIT MASTER FUND L.P.**
**BLUEMOUNTAIN TIMBERLINE LTD.**
**BLUEMOUNTAIN LONG/SHORT CREDIT AND DISTRESSED REFLECTION FUND,**
**A SUB-FUND OF AAI BLUEMOUNTAIN FUND PLC**

By: BlueMountain Capital Management, LLC, its investment manager

By: _____

      Name: David M. O'Mara
      Title: Assistant General Counsel

Address:
C/O BlueMountain Capital Management, LLC
280 Park Ave., 12th Floor
New York, NY 10075
_____

Principal Amount of Notes Held:
561,874,000

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

CSC000000007

**WHITEBOX CREDIT ARBITRAGE PARTNERS, L.P.**
**By: Whitebox Credit Arbitrage Advisors, LLC, its investment adviser and general partner**
**By: Whitebox Advisors LLC, its managing member**

By: _____
Name: Michael McCormick
Title: Chief Financial Officer


Address:
c/o Whitebox Advisors LLC
3033 Excelsior Blvd., Suite 300
Minneapolis, MN 55416


Principal Amount of Notes Held:

**16,681,000**

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential                                                                    CSC000000008

**WHITEBOX MULTI-STRATEGY PARTNERS, L.P.**
**By: Whitebox Multi-Strategy Advisors, LLC, its investment adviser and general partner**
**By: Whitebox Advisors LLC, its managing member**

By: _____
Name: Michael McCormick
Title: Chief Financial Officer


Address:
c/o Whitebox Advisors LLC
3033 Excelsior Blvd., Suite 300
Minneapolis, MN 55416


Principal Amount of Notes Held:

<u>30,562,000</u>

Highly Confidential                                                        CSC000000009

**WHITEBOX ASYMMETRIC PARTNERS, L.P.**
**By: Whitebox Asymmetric Advisors, LLC, its Investment Manager**
**By: Whitebox Advisors LLC, its Managing Member**

By: _____
Name: Michael McCormick
Title: Chief Financial Officer


Address:
c/o Whitebox Advisors LLC
3033 Excelsior Blvd., Suite 300
Minneapolis, MN 55416


Principal Amount of Notes Held:

**15,000,000**

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential                                                    CSC000000010

**WHITEBOX INSTITUTIONAL PARTNERS, L.P.**
**By: Whitebox Advisors LLC, its investment adviser and general partner**

By: _____
Name: Michael McCormick
Title: Chief Financial Officer


Address:
c/o Whitebox Advisors LLC
3033 Excelsior Blvd., Suite 300
Minneapolis, MN 55416


Principal Amount of Notes Held:

**7,000,000**

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

CSC000000011

**WHITEBOX SPECIAL OPPORTUNITIES FUND, LP – SERIES O**
**By: Whitebox Special Opportunities Advisors, LLC, its investment adviser and general partner**
**By: Whitebox Advisors LLC, its managing member**

By: _____
Name: Michael McCormick
Title: Chief Financial Officer


Address:
c/o Whitebox Advisors LLC
3033 Excelsior Blvd., Suite 300
Minneapolis, MN 55416


Principal Amount of Notes Held:

**4,941,000**

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

CSC000000012

**PANDORA SELECT PARTNERS, L.P.**
**By: Pandora Select Advisors, LLC, its investment adviser and general partner**
**By: Whitebox Advisors LLC, its managing member**

By: _____
Name: Michael McCormick
Title: Chief Financial Officer

Address:
c/o Whitebox Advisors LLC
3033 Excelsior Blvd., Suite 300
Minneapolis, MN 55416

Principal Amount of Notes Held:

__14,822,000__

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

**WINGSPAN MASTER FUND, LP**
By: Wingspan GP, LLC, as its general partner

By: _____
        Name: Brendan Driscoll
        Title:  CFO

Address:

650 Madison Ave

23rd Floor

New York, NY 10022

_____


Principal Amount of Notes Held:

1,000,000.00

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

CSC000000014

**WATERSHED CAPITAL INSTITUTIONAL PARTNERS III, L.P.**
By: WS Partners, LLC, its General Partner

By: _____
     Name: Meridee A. Moore
     Title: Senior Managing Member

Address:
c/o Watershed Asset Management, LLC
One Maritime Plaza, Suite 1525
San Francisco, CA 94111
_____

Principal Amount of Notes Held:

_____1,754_____

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

CSC000000015

**HCN LP**
**Halcyon Restructuring Fund II Master LP**
**Halcyon Master Fund L.P.**
**Gryphon Hidden Values VIII Limited**
**Halcyon MAC 19 Ltd.**

By Halcyon Offshore Asset Management LLC, their investment manager

By: _____

    Name:    Manish K. Mital
    Title:     General Counsel
                Managing Principal

**HLF LP**
**Halcyon Mount Bonnell Fund LP**
**HLTS Fund II LP**
**Wilshire Institutional Master II SPC on behalf of Wilshire Halcyon Multistrategy**
    **Segregated Portfolio**

By Halcyon Long Term Strategies LP, their investment manager

By: _____

    Name:    Manish K. Mital
    Title:     General Counsel
                Managing Principal

Address:
477 Madison Avenue _____
8th Floor _____
New York, NY  10022 _____
_____

Principal Amount of Notes Held:

See attached schedule _____

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

CSC000000016

Schedule of Halcyon Group Holdings
June 2, 2014

29269QAA5 Energy Future/EFIH Finan 10% 12/01/2020

| Account | Principal Amount Held |
|---|---|
| HCN LP | 20,302,000.00 |
| Halcyon Restructuring Fund II Master LP | 3,049,000.00 |
| HLF LP | 13,368,000.00 |
| Halcyon Mount Bonnell Fund LP | 10,580,000.00 |
| HLTS Fund II LP | 9,768,000.00 |
| Wilshire Institutional Master II SPC on behalf of Wilshire    Halcyon Multistrategy Segregated Portfolio | 981,000.00 |
| Halcyon Master Fund L.P. | 62,827,000.00 |
| Gryphon Hidden Values VIII Limited | 3,825,000.00 |
| Halcyon MAC 19 Ltd. | 3,000,000.00 |
| **TOTAL** | **127,700,000.00** |

29269QAK3 Energy Future/EFIH Finan 10% 12/01/2020 (29269QAK3)

| Account | Principal Amount Held |
|---|---|
| Halcyon Restructuring Fund II Master LP | 1,193,000.00 |
| HLF LP | 9,105,000.00 |
| Halcyon Mount Bonnell Fund LP | 4,060,000.00 |
| HLTS Fund II LP | 11,699,000.00 |
| Wilshire Institutional Master II SPC on behalf of Wilshire    Halcyon Multistrategy Segregated Portfolio | 24,396,000.00 |
| Halcyon Master Fund L.P. | 1,529,000.00 |
| Gryphon Hidden Values VIII Limited | 1,097,000.00 |
| **TOTAL** | **65,000,000.00** |

Highly Confidential

CSC000000017

**Hotchkis and Wiley Capital Management, LLC**
**As investment advisor to clients who are Holders**

By: _____

      Anna Marie Lopez
      Chief Operating Officer

Address:

725 S. Figueroa Street, 39th Floor
Los Angeles, CA 90017-5439

Principal Amount of Notes Held:  $18,596,0 00

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

**VR Global Partners, L.P.**

By: _____
    Name: Emile Du Toit
    Title: Director of VR Advisory Services Ltd. in its capacity as General Partner

Address:

Intertrust (Cayman) Limited
190 Elgin Avenue, George Town
Grand Cayman KY1-9005
Cayman Islands

Principal Amount of Notes Held:

USD 65,000,000

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

**Nomura Securities International, Inc.**

By: _____

Name: Sandor Hau
Title: Managing Director

Address:

Worldwide Plaza
309 West 49th Street
New York, New York 10019
Attention: Matthew Jacobson and Matthew Midera

Principal Amount of 10% of Notes Due 2020 Held:

US$ 42,783,000

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

CSC000000020

**MidOcean Credit Opportunity Master Fund, LP**

**By: MidOcean Credit Fund Management, LP as Investment Manager**

By: _____

Name: Jim Wiant

Title: Managing Director

Address:

320 Park Avenue, 16th Floor

New York, NY 10022

Principal Amount of 10% Notes Held:

19,740,000

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

CSC000000021

**PX 100**

**Page 21 of 38**

MidOcean Credit Focus Fund I, LP

By: MidOcean Credit Fund Management, LP as Investment Manager

By: _____
     Name: Jim Wiant
     Title: Managing Director

Address:
320 Park Avenue, 16th Floor
New York, NY 10022

Principal Amount of 10% Notes Held:
3,660,000

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

**Muzinich & Co., Inc. on behalf of its clients**


By: _____
     Name:  David Goldenberg
     Title:    General Counsel

Address:
    450 Park Avenue
    New York, NY 10022
    _____
    _____


Principal Amount of Notes Held:

    $3,700,000

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

**MFS Intermediate High Income Fund\***

By: _____
Name: David Cole
Title: Its authorized representative and not individually

**MFS Intermarket Income Trust I\***

By: _____
Name: David Cole
Title: Its authorized representative and not individually

**MFS Series Trust III, on behalf of one of its series,**
**MFS High Yield Pooled Portfolio\***

By: _____
Name: David Cole
Title: Its authorized representative and not individually

**MFS Variable Insurance Trust II, on behalf of one of its series,**
**MFS High Yield Portfolio\***

By: _____
Name: David Cole
Title: Its authorized representative and not individually

**MFS Meridian Funds-High Yield Fund**

**By its investment manager,**
**Massachusetts Financial Services Company**

By: _____
Name: David Cole
Title: Its authorized representative and not individually

**MFS Charter Income Trust\***

By: _____
Name: David Cole
Title: Its authorized representative and not individually

-3-

Highly Confidential

CSC000000024

**MFS Series Trust III, on behalf of one of its series,**
**MFS High Income Fund***

By: _____
     Name: David Cole
     Title: Its authorized representative and not individually

**MFS Special Value Trust***

By: _____
     Name: David Cole
     Title: Its authorized representative and not individually

**MFS Multimarket Income Trust***

By: _____
     Name: David Cole
     Title: Its authorized representative and not individually

Address:
c/o MFS Investment Management
111 Huntington Avenue
Boston, MA 02199


Aggregate Principal Amount of Notes Held

$13,627,000.00


ACCEPTED AND AGREED:

CSC Trust Company of Delaware,
as Trustee, and not in its individual capacity


By: _____
     Name: William G. Popeo
     Title: President & CEO

*A copy of the Declaration of Trust of the undersigned (the "Trust") is on file with the Secretary of State of The Commonwealth of Massachusetts. You acknowledge that the obligations of or arising out of this instrument are not binding upon any of the Trust's trustees, officers, employees, agents or shareholders individually, but are binding solely upon the assets and property of the Trust in accordance with its proportionate interest hereunder. If this instrument is executed by the Trust on behalf of one or more series of the Trust, you further acknowledge that the assets and liabilities of each series of the Trust are separate and distinct and that the obligations of or arising out of this instrument are binding solely upon the assets or property of the series on whose behalf the Trust has executed this instrument. If the Trust has executed this instrument on behalf of more than one series of the Trust, you also agree that the obligations of each series hereunder shall be several and not joint, in accordance with its proportionate interest hereunder, and you agree not to proceed against any series for the obligations of another series.

-4-

Highly Confidential

**Hudson Bay Master Fund Ltd**

By: _____

Name:  Yoav Roth
Title:    Authorized Signatory

Address:
_____777 Third Avenue_____
_____30th floor_____
_____New York, New York  10017_____
_____

Principal Amount of Notes Held:

_____$2,000,000_____

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

CSC000000026

**Hudson Bay Absolute Return Credit Opportunities Master Fund Ltd.**

By: _____

       Name: Marc Sole
       Title: Portfolio Manager

Address:
777 Third Avenue, 30th FL
New York, NY 10017
_____
_____


Principal Amount of Notes Held:

$22,000,000

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

**Saye Capital Management LP**

By: _____

Name: Jeffrey Saye

Title: President

Address:

    820 Manhattan Avenue Suite 206

    Manhattan Beach, CA 90266

_____

_____

Principal Amount of Notes Held:

$6,000,000

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

CSC000000028

**LUXOR CAPITAL GROUP, LP**

By: _____

Name: Norris Nissim
Title: General Counsel

Address:
1114 Avenue of the Americas, 29th Floor
New York, NY 10036

Principal Amount of Notes Held:

$ 92,000,000—

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

**AQR Opportunistic Premium Offshore Fund, L.P.**

By: AQR Capital Management, LLC, as Investment Manager

By: _____
   Name: Bradley D. Asness
   Title: Principal & Chief Legal Officer

Address:
Two Greenwich Plaza_____
4th Floor_____
Greenwich, CT 06830_____
U.S.A._____

Principal Amount of Notes Held:

2,925,000_____

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

**WATERSHED CAPITAL PARTNERS (OFFSHORE) MASTER FUND II, L.P.**
By: WS Partners, LLC, its General Partner

By: _____
    Name: Meridee A. Moore
    Title: Senior Managing Member

Address:
c/o Watershed Asset Management, LLC
One Maritime Plaza, Suite 1525
San Francisco, CA 94111
_____

Principal Amount of Notes Held:

_____1935_____

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

**WATERSHED CAPITAL PARTNERS (OFFSHORE) MASTER FUND, L.P.**
By: WS Partners, LLC, its General Partner

By: _____
    Name: Meridee A. Moore
    Title: Senior Managing Member

Address:
c/o Watershed Asset Management, LLC
One Maritime Plaza, Suite 1525
San Francisco, CA 94111
_____

Principal Amount of Notes Held:

_____ 19,311 _____

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

**Pentwater Capital Management LP.**

By: _____

    Name:  Neal Nenadovic

    Title:    *C F O*

Address:

614 Davis Street

Evanston, IL  60201

_____

_____

Principal Amount of Notes Held:

$10,000,000.00    - CUSIP - 29269QAA5   - 10 %  - (12-1-20)

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

CSC000000033

**Southpaw Credit Opportunity Master Fund LP**

By: _____

     Name:  Kevin Wyman
     Title:  Managing Member of General Partner, Southpaw GP LLC

Address:
2 Greenwich Office Park _____
Greenwich, CT 06831 _____
_____
_____

Principal Amount of Notes Held:

$20,000,000 of CUSIP 29269QAA5
$21,000,000 of CUSIP 29269QAK3

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

REDWOOD OPPORTUNITY MASTER FUND, LTD.,
By Redwood Capital Management, LLC,
Its Investment Manager


By:
Name: Jonathan Kolatch
Title: Managing Member

Address:
Redwood Capital Management, LLC
910 Sylvan Avenue
Englewood Cliffs, NJ 07632

Principal Amount of 10% Notes Held:
1,580,000 CUSIP: 29269QAK3
4,000,000 CUSIP: 29269QAA5

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

CSC000000035

**Cyrus Capital Partners, L.P., in its capacity as investment manager to
and on behalf of Cyrus Opportunities Master Fund II, Ltd., CRS Master Fund, LP,
Crescent 1, L.P., Cyrus Select Opportunities Master Fund, Ltd., Cyrus Lightyear Fund,
L.P., Cyrus Special Strategies Master Fund, L.P., and Cyrus Heartland, L.P.**

By: _____

Name:    Jennifer M. Pulick

Title:    Authorized Signatory

Address:
c/o Cyrus Capital Partners, L.P.
399 Park Avenue, 39th Floor
New York, New York 10022
Attn:  John Rapaport

Principal Amount of Notes Held:

296,300,000

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

**AQR Funds – AQR Diversified Arbitrage Fund**

By: _____

    Name: Bradley D. Asness
    Title: Vice President

Address:
Two Greenwich Plaza
4th Floor
Greenwich, CT 06830
U.S.A.

Principal Amount of Notes Held:

25,200,000

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

REDWOOD MASTER FUND, LTD.,
By Redwood Capital Management, LLC,
Its Investment Manager

By:
Name: Jonathan Kolatch
Title: Managing Member

Address:
Redwood Capital Management, LLC
910 Sylvan Avenue
Englewood Cliffs, NJ 07632

Principal Amount of 10% Notes Held:
14,205,000 CUSIP: 29269QAK3

Signature Page to Letter re: Waiver of Defaults and Rescission of Acceleration

Highly Confidential

CSC000000038