**Confidential/Subject to Applicable Confidentiality Agreements**
**For Discussion Purposes Only**
**Subject to FRE 408**

# Summary of Draft Term Sheet

March 9, 2015

![Energy Future Holdings]



**Confidential/Subject to Applicable Confidentiality Agreements / For Discussion Purposes Only / Subject to FRE 408**

# Disclaimer

This Term Sheet is for discussion purposes only, and is disseminated as a settlement communication under FRE 408. This Term Sheet is confidential and subject to all applicable confidentiality agreements. The boards, including the disinterested directors and managers of EFH, EFIH, and EFCH/TCEH in consultation with the Debtors' respective conflicts matter advisors, are still evaluating the terms and conditions contained in this Term Sheet and Claims, along with various plan and restructuring proposals that have been discussed and received from various of the Debtors' creditors ("Creditor Proposals"). The Debtors' CROs and advisors are distributing this Term Sheet (which incorporates some of the elements and/or terms of some of the Creditor Proposals) as a compromise framework proposal. The boards, including the disinterested directors and managers of EFH, EFIH, and EFCH/TCEH, support distributing this compromise framework proposal to facilitate ongoing negotiations regarding a plan of reorganization and to continue the process, with the disinterested directors and managers of EFH, EFIH, and EFCH/TCEH in consultation with the Debtors' respective conflicts matter advisors, of conferring with all parties in negotiation, preparation, and prosecution of a plan of reorganization. The disinterested directors and managers of EFH, EFIH, and EFCH/TCEH, in consultation with the Debtors' respective conflicts matter advisors, will represent their respective debtors in any negotiations regarding actual conflicts matters. This Term Sheet is subject in its entirety to, and the Debtors have not sought, approval of the boards and, with respect to actual conflicts matters, the disinterested directors and managers of the Debtors. The disinterested directors and managers have not approved the terms, conditions, substantive content, or substantive treatment of claims set forth in this Term Sheet. Moreover, none of the Debtors' stakeholders has approved of the terms and conditions contained in this Term Sheet. In particular, the Holders of Interests in EFH Corp. have informed the Debtors of their disapproval of the substantive treatment contained in this Term Sheet. Various claims have been alleged among the Debtors, including claims by EFH against certain of the TCEH Debtors and the EFIH Debtors, claims by EFIH against certain of the TCEH Debtors and the EFH Debtors, and claims by TCEH against certain of the EFH Debtors and EFIH Debtors. The disinterested directors and managers of EFH, EFIH, and EFCH/TCEH, in consultation with the conflicts matter advisors, still are evaluating and negotiating all intercompany claims. This Term Sheet contemplates a global resolution of any intercompany claims. The disinterested directors and managers have not agreed upon the global resolution of intercompany claims set forth in this Term Sheet. The disinterested directors and managers, however, reserve all rights in connection with the allowance, priority, or treatment of intercompany claims, as well as which estates may be liable for and/or compromise intercompany claims.

**Confidential/Subject to Applicable Confidentiality Agreements / For Discussion Purposes Only / Subject to FRE 408**

# Summary of Plan Term Sheet

| | Plan Term Sheet Summary[1] |
|---|---|
| **EFIH 1st Liens** | ■ No make whole settlement |
| **EFIH 2nd Liens** | ■ Receive in cash:<br>– Principal; plus<br>– 20% of make whole; plus<br>– 100% of interest at the contract rate (including penalty interest) |
| **EFIH Unsecureds** | ■ Receive in cash:<br>– Principal; plus<br>– 20% of make whole; plus<br>– 100% of pre-petition and 25% of post-petition interest at the contract rate (including penalty interest) |
| **EFH Unsecureds** | ■ EFH LBOs receive in cash:<br>– Principal; plus<br>– 100% of pre-petition and 25% of post-petition interest at the contract rate (including penalty interest)<br>■ EFH Legacies receive:<br>– Principal; plus<br>– To the extent solvent, 12.5% make whole; plus<br>– To the extent solvent, 100% of pre-petition and 25% of post-petition interest at contract rate |
| **Sponsors** | ■ Receive a cash payment of up to $10 million treated pari passu with EFH general unsecured claims; and<br>■ Receive 20% of the transaction consideration remaining after all EFIH and EFH distributions (including the $450 million TCEH payment and the $10 million sponsor distribution) are satisfied ("**Excess Transaction Consideration**") up to $250 million, 20% of Excess Transaction Consideration after first $250 million up to $500 million and 60% above $500 million. |

Note: Co-CROs are evaluating a risk sharing concept that may be included in future drafts of the term sheet
(1) Represents settlement offers. Creditor classes will receive alternative treatment if they reject the plan

2

**Confidential/Subject to Applicable Confidentiality Agreements / For Discussion Purposes Only / Subject to FRE 408**

# Summary of Plan Term Sheet (cont'd)

| | Plan Term Sheet Summary |
|---|---|
| **TCEH 1st Liens** | - 100% of reorganized TCEH stock (including the value of a partial step up in basis)<br>- 100% of cash proceeds of the new TCEH debt (less the distribution to TCEH unsecureds)<br>- Recovery from EFH:<br>  – 100% of TCEH claim against EFH up to $450 million<br>  – 60% of the Excess Transaction Consideration up to $250 million<br>  – 40% of the Excess Transaction Consideration after first $250 million up to $500 million<br>  – 20% of the Excess Transaction Consideration above $500 million |
| **TCEH Unsecured Claims (Excluding 1st Lien Deficiency Claims)** | - Guaranteed recovery of $150 million in cash<br>- Warrants of $450 million<br>- Recovery from EFH:<br>  – 20% of the Excess Transaction Consideration up to $250 million<br>  – 40% of the Excess Transaction Consideration after first $250 million up to $500 million<br>  – 20% of the Excess Transaction Consideration above $500 million |
| **Intercompany Claims** | - TCEH receives a cash payment of up to $450 million treated pari passu with EFH general unsecured claims on account of claims related to the tax sharing agreement or tax attributes of the consolidated EFH group.<br>- TCEH utilizes EFH tax attributes (i.e., NOLs) for tax basis step-up |
| **Other** | - Releases<br>  – The plan would include full Debtor releases and consensual third-party releases by and for all participating parties<br>  – All intercompany claims would be released<br>- Scheduling Order<br>- The Debtors will seek approval of a schedule, in advance of the disclosure statement hearing, for litigating each of the intercompany claims, sponsor claims, make whole claims, interest claims, valuation and other confirmation issues |

3

**Confidential/Subject to Applicable Confidentiality Agreements / For Discussion Purposes Only / Subject to FRE 408**

# Illustrative Settlement (12/31/15 Emergence)

*($ in millions)*

| | Full Amount | Settled Percent | Settled Claim | | | |
|---|---|---|---|---|---|---|
| **Oncor TEV** | | | | **$18,500** | **$18,750** | **$19,000** |
| Less: Net Debt | | | | (6,304) | (6,304) | (6,304) |
| Less: 20% Minority Interest | | | | (2,435) | (2,485) | (2,535) |
| **Oncor Holdings TEV** | | | | **$9,761** | **$9,961** | **$10,161** |
| Plus: Cash Available from EFIH / EFH (12/31/15)[1] | | | | 620 | 620 | 620 |
| **Total Value to EFIH / EFH** | | | | **$10,381** | **$10,581** | **$10,781** |
| **EFIH Undisputed Claims** | | | | | | |
| EFIH 1st Lien DIP | | | | $5,400 | $5,400 | $5,400 |
| EFIH 2nd Lien[2] | | | | 1,871 | 1,871 | 1,871 |
| EFIH PIK Notes | | | | 1,649 | 1,649 | 1,649 |
| EFH LBO Notes | | | | 63 | 63 | 63 |
| **Total EFIH Undisputed Claims** | | | | **$8,983** | **$8,983** | **$8,983** |
| **Distributable Value After EFIH Undisputed Claims** | | | | **$1,398** | **$1,598** | **$1,798** |
| **EFIH Disputed Claims** | | | | | | |
| EFIH 1st Lien Make Whole | $426 | --% | $-- | $-- | $-- | $-- |
| EFIH 2nd Lien Make Whole[2] | 399 | 20% | 80 | 80 | 80 | 80 |
| EFIH PIK Make Whole | 113 | 20% | 23 | 23 | 23 | 23 |
| EFIH PIK Post Petition Interest | 380 | 25% | 95 | 95 | 95 | 95 |
| EFH LBO Notes Post Petition Interest | 13 | 25% | 3 | 3 | 3 | 3 |
| **Total EFIH Disputed Claims** | **$1,331** | | **$201** | **$201** | **$201** | **$201** |
| **Distributable Value to EFH** | | | | **$1,197** | **$1,397** | **$1,597** |

Note: Co-CROs are evaluating a risk sharing concept that may be included in future drafts of the term sheet. Claims and recoveries subject to change depending on actual date of emergence and other factors.
(1) $1,383 million EFIH / EFH Cash Balance, less $750 million EFIH 2L paydown and $14 million amendment fees.
(2) Pro forma for $750 million pay down as of 3/31/15.

4

**Confidential/Subject to Applicable Confidentiality Agreements / For Discussion Purposes Only / Subject to FRE 408**

# Illustrative Settlement (12/31/15 Emergence)

*($ in millions)*

| | Full Amount | Settled Percent | Settled Claim | $18,500 | $18,750 | $19,000 |
|---|---|---|---|---|---|---|
| **Oncor TEV** | | | | | | |
| Distributable Value to EFH | | | | 1,197 | 1,397 | 1,597 |
| **EFH Undisputed Claims** | | | | | | |
| EFH Unsecureds Principal and Pre-Petition Accrued Interest | $604 | 100% | $604 | $604 | $604 | $604 |
| Other EFH Claims | 48 | 100% | 48 | 48 | 48 | 48 |
| **Total EFH Undisputed Claims** | **$652** | | **$652** | **$652** | **$652** | **$652** |
| **EFH Disputed Claims** | | | | | | |
| EFH Unsecureds Make Whole | $200 | 12.5% | $25 | $25 | $25 | $25 |
| EFH Unsecureds Accrued | 67 | 25% | 17 | 17 | 17 | 17 |
| **Total EFH Disputed Claims** | **$268** | | **$42** | **$42** | **$42** | **$42** |
| **Total EFH Claims** | **$920** | | **$694** | **$694** | **$694** | **$694** |
| TCEH Claim | | | 450 | 450 | 450 | 450 |
| Sponsor Distribution | | | 10 | 10 | 10 | 10 |
| **Total Claims at EFH** | | | **$1,890** | **$1,112** | **$1,112** | **$1,112** |
| **Excess Transaction Consideration to TCEH / Sponsors** | | | | **$43** | **$243** | **$443** |
| **Total TCEH / Sponsors Recoveries** | | | | | | |
| TCEH | | | | $484 | $645 | $805 |
| Sponsors | | | | 19 | 59 | 99 |
| **Total** | | | | **$503** | **$703** | **$903** |
| *Memo: Value Available to EFIH, EFH, TCEH, Sponsors After Undisputed Claims* | | | | *$746* | *$946* | *$1,146* |

5

**Confidential/Subject to Applicable Confidentiality Agreements / For Discussion Purposes Only / Subject to FRE 408**

# Illustrative Settlement (12/31/15 Emergence)

*($ in millions)*

| **Oncor TEV** | | **$18,500** | **$18,750** | **$19,000** |
|---|---|---|---|---|
| **Excess Transaction Consideration** | | | | |
| **First $250 Million** | **% Allocation** | | | |
| TCEH 1st Liens | 60% | $26 | $146 | $150 |
| TCEH Unsecureds | 20% | 9 | 49 | 50 |
| Sponsors | 20% | 9 | 49 | 50 |
| Total | | $43 | $243 | $250 |
| **Next $250 Million** | **% Allocation** | | | |
| TCEH 1st Liens | 40% | $-- | $-- | $77 |
| TCEH Unsecureds | 40% | -- | -- | 77 |
| Sponsors | 20% | -- | -- | 39 |
| Total | | $-- | $-- | $193 |
| **Above $500 Million** | **% Allocation** | | | |
| TCEH 1st Liens | 20% | $-- | $-- | $-- |
| TCEH Unsecureds | 20% | -- | -- | -- |
| Sponsors | 60% | -- | -- | -- |
| Total | | $-- | $-- | $-- |
| **Total Excess Transaction Consideration** | | | | |
| TCEH 1st Liens | | $26 | $146 | $227 |
| TCEH Unsecureds | | 9 | 49 | 127 |
| Sponsors | | 9 | 49 | 89 |
| **Total** | | **$43** | **$243** | **$443** |

6

**Confidential/Subject to Applicable Confidentiality Agreements / For Discussion Purposes Only / Subject to FRE 408**

# Illustrative Settlement (12/31/15 Emergence)

*($ in millions)*

| Oncor TEV | $18,500 | $18,750 | $19,000 |
|---|---:|---:|---:|
| **TCEH 1st Lien Recovery**[1] | | | |
| TCEH Stock and Cash | TBD | TBD | TBD |
| Value of Tax Basis Step-Up | TBD | TBD | TBD |
| Less: Warrants to TCEH Unsecureds | (450) | (450) | (450) |
| TCEH Claim Against EFH | 450 | 450 | 450 |
| Excess Transaction Consideration | 26 | 146 | 227 |
|    Total Recovery | **TBD** | **TBD** | **TBD** |
| **TCEH Unsecureds Recovery**[1] | | | |
| Guaranteed Cash Recovery | $150 | $150 | $150 |
| Warrants | 450 | 450 | 450 |
| Excess Transaction Consideration | 9 | 49 | 127 |
|    Total Recovery | **$609** | **$649** | **$727** |
| **Sponsor Recovery** | | | |
| Sponsor Distribution ($10 million) | $10 | $10 | $10 |
| Excess Transaction Consideration | 9 | 49 | 89 |
|    Total Recovery | **$19** | **$59** | **$99** |

(1) The following simplified recovery figures are for illustrative and discussion purposes only. Recoveries may be materially different based on actual valuation and claims.

7