

Computershare Trust Company, N.A.
8742 Lucent Boulevard, Suite 225, Highlands Ranch, CO  80129

---

**Energy Future Intermediate Holding Company LLC and EFIH Finance Inc.
Indenture dated as of April 25, 2011, as amended and supplemented**

---

*Pro rata Partial Prepayment Distribution Notice - EFIH 2nd Lien Notes*

Distribution Date: **3/11/2015**

| | 11.75% Second Lien Notes due 2022 (144A) | 11.75% Second Lien Notes due 2022 (RegS) | 11% Second Lien Notes due 2021 | Total |
|---|---|---|---|---|
| CUSIP No. | 29269QAD9 | U29197AB3 | 29269QAB3 | |
| Current Principal | $1,703,192,234.00 | $46,807,766.00 | $406,392,000.00 | $2,156,392,000.00 |
| Denomination | $1,000.00 | $1,000.00 | $1,000.00 | |

### Interest Payment Amounts

| | | | | |
|---|---|---|---|---|
| Accrued Interest Amount | $205,684,117.70 | $5,652,687.85 | $59,107,458.67 | |
| Additional Interest Amount | $8,752,515.65 | $240,539.91 | $0.00 | |
| Interest on Overdue Interest | $7,099,591.24 | $195,113.62 | $2,813,813.05 | |
| Total | $221,536,224.59 | $6,088,341.38 | $61,921,271.72 | $289,545,837.69 |

### Principal Payment Amounts

| | | | | |
|---|---|---|---|---|
| Principal Prepayment Amount | $351,834,949.23 | $9,669,259.67 | $83,949,953.41 | $445,454,162.31 |

### Rates per $1,000 principal amount

For your convenience, we have calculated the amount of interest and principal payable in respect of each $1,000 principal amount of notes held:

| **Interest Payment Rates** | 11.75% Second Lien Notes due 2022 (144A) | 11.75% Second Lien Notes due 2022 (RegS) | 11% Second Lien Notes due 2021 | |
|---|---|---|---|---|
| CUSIP No. | 29269QAD9 | U29197AB3 | 29269QAB3 | |
| Interest Rate Per $1,000 | $130.0711805556 | $130.0711805556 | $152.3683333333 | |
| Accrued Interest Per $1,000 | $120.7638888889 | $120.7638888889 | $145.4444444444 | |
| Additional Interest Per $1,000 | $5.1388888889 | $5.1388888889 | $0.0000000000 | |
| Overdue Interest Per $1,000 | $4.1684027778 | $4.1684027778 | $6.9238888889 | |
| Total $ | $221,536,224.59 | $6,088,341.38 | $61,921,271.72 | $289,545,837.69 |
| **Principal Payment Rates** | | | | |
| Principal Rate Per $1,000 | $206.5738336572 | $206.5738336572 | $206.5738336572 | |
| Total $ | $351,834,949.23 | $9,669,259.67 | $83,949,953.41 | $445,454,162.31 |
| Ending Principal Balance Factor: | 0.7934261663 | 0.7934261663 | 0.7934261663 | |
| **Total** | **$573,371,173.82** | **$15,757,601.05** | **$145,871,225.13** | **$735,000,000.00** |

*Computershare Trust Company, N.A., as Trustee*