**EXHIBIT D**

**CORPORATE STRUCTURE OF THE DEBTORS AND CERTAIN NON-DEBTOR AFFILIATES**

**(AS OF THE PETITION DATE)**

KE 26752493

**PX 125C**
**Page 1 of 2**

**(AS OF THE PETITION DATE)**

## Energy Future Holdings ("EFH")

Texas Energy Future Holdings Limited Partnership [TX]
Energy Future Holdings Corp. ("EFH Corp.") [TX]
Total Indebtedness: $1.929 billion (excluding guarantees)
Unsecured ($1.929 billion)
EFH Unsecured LBO Notes:
• 10.875% EFH LBO Senior Notes due 2017 ($33 million outstanding)
• 11.25%/12.0% EFH LBO Toggle Notes due 2017 ($27 million outstanding)
EFH Unsecured Legacy Notes:
• 5.55% EFH Legacy Notes due 2014 ($371 million outstanding)
• 6.50% EFH Legacy Notes due 2024 ($746 million outstanding)
• 6.55% EFH Legacy Notes due 2034 ($747 million outstanding)
EFH Other Unsecured Notes:
• 10.00% EFH Unsecured Notes due 2020 ($3 million outstanding)
• 9.75% EFH Unsecured Notes due 2019 ($2 million outstanding)
Total EFH Corp. $1.929 billion
Guarantees EFCH Tex-La Obligations
Energy Future Intermediate Holding Company LLC ("EFIH") [DE]
Total Indebtedness: $7.709 billion (excluding guarantees)
1st Lien Secured ($3.985 billion)
EFIH First Lien Notes:
• 6.875% EFIH Senior Secured First Lien Notes due 2017 ($503 million outstanding)
• 10.00% EFIH Senior Secured First Lien Notes due 2020 ($3.482 billion outstanding)
2nd Lien Secured ($2.156 billion)
EFIH Second Lien Notes:
• 11.00% EFIH Senior Secured Second Lien Notes due 2021 ($406 million outstanding)
• 11.75% EFIH Senior Secured Second Lien Notes due 2022 ($1.750 billion outstanding)
Unsecured ($1.568 billion)
EFIH Unsecured Toggle Notes:
• 11.25%/12.25% Senior Toggle Notes due 2018 ($1.566 billion outstanding)
EFIH Other Unsecured Notes:
• 9.75% EFIH Unsecured Notes due 2019 ($2 million outstanding)
Total EFIH Debt $7.707 billion
Guarantees EFH Unsecured LBO Notes
Texas Transmission Investment LLC3 [DE] (Outside Investors)
EFIH Finance Inc. [DE]
Outstanding Debt of $6.29 billion as of Dec. 31, 2013
Oncor Electric Delivery Holdings Company LLC [DE]
80.033%
19.75%
0.217%
Oncor Electric Delivery Company LLC [DE]
Oncor License Holdings Company LLC [TX]
Oncor Communications Holdings Company LLC [DE]
100% (Class A membership interests)
Managers/Directors
100% (Class B membership interests)
Oncor Management Investment LLC [DE]
Oncor Electric Delivery Transition Bond Company LLC [DE]
Oncor Electric Delivery Administration Corp. [TX]
ONCOR
Energy Future Competitive Holdings Company LLC ("EFCH") [DE]
Total Indebtedness: $70 million (excluding guarantees)
Secured ($61 million) EFCH Tex-La Obligations due 2019/2020 ($61 million outstanding)
Unsecured ($9 million) EFCH Notes due 2037 ($9 million outstanding)
Total EFCH $70 million
Guarantees EFH Unsecured LBO Notes
TCEH First Lien Debt
TCEH Second Lien Debt
TCEH Unsecured Notes (other than PCRBs)
Texas Competitive Electric Holdings Company LLC ("TCEH LLC") [DE]
Total Indebtedness: $32.068 billion
1st Lien Secured ($24.385 billion)
TCEH First Lien Debt:
• TCEH First Lien Credit Agreement ($22.635 billion outstanding)
• 11.50% TCEH First Lien Notes due 2020 ($1.750 billion outstanding)
• Obligations under TECH First Lien Interest Rate Swaps and TCEH First Lien Commodity Hedges to be determined)
2nd Lien Secured ($1.571 billion)
TCEH Second Lien Notes:
• 15.0% TCEH Second Lien Notes due 2021 ($1.571 billion outstanding)
Unsecured ($6.113 billion)
TCEH Unsecured Notes:
• 10.25% TCEH Fixed Senior Notes due 2015 ($3.488 billion outstanding)
• 10.50%/11.25% TCEH Senior Toggle Notes due 2016 ($1.749 billion outstanding)
TCEH Pollution Control Revenue Bonds:
• TCEH PCRBs ($875 million outstanding, $19 million supported by outstanding LCs) (PCRBs are owed only by TCEH LLC, not by any subsidiaries.
Total TCEH $32.068 billion
EFH Corporate Services Company [TX]
Dallas Power & Light Company, Inc. [TX]
Lone Star Energy Company, Inc. [TX]
Lone Star Pipeline Company, Inc. [TX]
Southwestern Electric Service Company, Inc. [TX]
Texas Electric Service Company, Inc. [TX]
Texas Energy Industries Company, Inc. [TX]
Texas Power and Light Company, Inc. [TX]
Texas Utilities Company, Inc. [TX]
Texas Utilities Electric Company, Inc. [TX]
TXU Electric Company, Inc. [TX]
EFH CG Management Company LLC [TX]
21.5%
EFH CG Holdings Company L.P.(1) [TX]
LSGT Gas Company LLC [TX]
LSGT SACROC, Inc. [TX]
Humphreys & Glasgow Limited [UK, in liquidation]
EEC Holdings, Inc. [NV]
EECI, Inc. [NV]
Ebasco Services of Canada Limited [Canada]
EFH Renewables Company LLC [DE]
Generation Development Company LLC [DE]
NCA Development Company LLC [TX]
TXU Receivables Company [DE]
EFH Vermont Insurance Company [VT]
Brighten Holdings LLC [DE]
Brighten Energy LLC [DE]
EFH Australia (No. 2) Holdings Company [DE]
EFH Finance (No. 2) Holdings Company [DE]
EFH FS Holdings Company [DE]
International Entities in Administration/ Liquidation
EFH Properties Company [TX]
Basic Resources Inc. [TX]
Generation MT Company LLC [DE]
Luminant Holding Company LLC [DE]
TCEH Finance, Inc. [DE]
Luminant Energy Company LLC (TX)
Luminant ET Services Company [TX]
Luminant Energy Trading California Company [TX]
Other wholly-owned subsidiaries of Luminant Holding Company LLC
Big Brown 3 Power Company LLC [TX]
Big Brown Power Company LLC [TX]
Collin Power Company LLC [DE]
DeCordova Power Company LLC [TX]
Luminant Mineral Development Company LLC [TX]
Lake Creek 3 Power Company LLC [TX]
Martin Lake 4 Power Company LLC [TX]
Monticello 4 Power Company LLC [TX]
Morgan Creek 7 Power Company LLC [TX]
NCA Resources Development Company LLC [TX]
Oak Grove Management Company LLC [DE]
Oak Grove Power Company LLC [TX]
Sandow Power Company LLC [TX]
Tradinghouse 3 & 4 Power Company LLC [TX]
Generation SVC Company [TX]
Tradinghouse Power Company LLC [TX]
Valley Power Company LLC [TX]
Decordova II Power Company LLC [DE]
Greenway Development Company LLC [DE]
Eagle Mountain Power Company LLC [DE]
Big Brown Lignite Company LLC [TX]
Luminant Big Brown Mining Company LLC [TX]
Luminant Mining Company LLC [TX]
Oak Grove Mining Company LLC [TX]
Luminant Generation Company LLC [TX]
Luminant Renewables Company LLC [TX]
Valley NG Power Company LLC [TX]
Nuclear Energy Future Holdings LLC [DE]
Nuclear Energy Future Holdings II LLC [DE]
88%
12%
Comanche Peak Nuclear Power Company LLC [DE]
MHI Nuclear North America, Inc. (Outside Investor)
Luminant
TXU Energy Retail Company LLC [TX]
TXU Energy Receivables Company LLC [DE]
4Change Energy Holdings LLC [TX]
TXU Retail Services Company [DE]
TXU Energy Solutions Company LLC [TX]
TXU SEM Company [DE]
4Change Energy Company [TX]
TXU energy

**PX 125C**

