**EXHIBIT F**

**REORGANIZED TCEH VALUATION ANALYSIS**

PX 125E
Page 1 of 6

**Reorganized TCEH Valuation Analysis**

THE VALUATION INFORMATION CONTAINED HEREIN IS NOT A PREDICTION OR GUARANTEE OF THE ACTUAL MARKET VALUE THAT MAY BE REALIZED THROUGH THE SALE OF ANY SECURITIES TO BE ISSUED PURSUANT TO THE PLAN.[1] THIS VALUATION IS PRESENTED SOLELY FOR THE PURPOSE OF PROVIDING ADEQUATE INFORMATION AS REQUIRED BY SECTION 1125 OF THE BANKRUPTCY CODE TO ENABLE THE HOLDERS OF CLAIMS OR INTERESTS ENTITLED TO VOTE TO ACCEPT OR REJECT THE PLAN TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN AND SHOULD NOT BE USED OR RELIED UPON FOR ANY OTHER PURPOSE, INCLUDING THE PURCHASE OR SALE OF CLAIMS AGAINST THE DEBTORS OR ANY OF THEIR AFFILIATES.

**I.     Introduction.**

Solely for purposes of the *Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (the "Plan") and the *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (the "Disclosure Statement"), Evercore Group L.L.C. ("Evercore"), as investment banker and financial advisor to the Debtors, has prepared this report (the "Valuation Analysis") to summarize Evercore's views as to the total enterprise value ("Reorganized TCEH Enterprise Value") and implied equity value of Reorganized TCEH on a going concern basis and pro forma for the transactions contemplated by the Plan.

Evercore will perform a separate valuation analysis of Oncor, and EFH Corp. in conjunction with the Debtors' anticipated motion to approve a stalking horse agreement pursuant to the *Order (A) Approving Revised Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof* [D.I.3295], or in the event a standalone reorganization is pursued with respect to EFH Corp. under the Plan.

The valuation information set forth in this section represents a hypothetical valuation of Reorganized TCEH based on the application of standard valuation techniques.  The estimated values set forth in this section: (a) do not purport to constitute an appraisal of the assets of Reorganized TCEH, (b) do not constitute an opinion on the terms and provisions or fairness from a financial point of view to any person of the consideration to be received by such person under the Plan, (c) do not constitute a recommendation to any Holder of Allowed Claims or Interests as to how such person should vote or otherwise act with respect to the Plan, and (d) do not necessarily reflect the actual market value that might be realized through a sale or liquidation of Reorganized TCEH, its securities or assets, which value may be significantly higher or lower than the estimate set forth in this Valuation Analysis.

The estimated values set forth herein are not necessarily indicative of the prices at which the Reorganized TCEH Common Stock or other securities of Reorganized TCEH may trade after

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement, to which this valuation analysis is attached hereto as **Exhibit F**.

giving effect to the reorganization and transactions set forth in the Plan, which prices may be significantly higher or lower than indicated by this Valuation Analysis. Neither the Debtors, the Reorganized Debtors, Evercore, nor any other person expresses any view or assumes responsibility for any differences between the ranges of estimated values and such actual outcomes. Actual market prices of securities of Reorganized TCEH at issuance will depend upon, among other things, the respective operating performance of Reorganized TCEH, prevailing interest rates, conditions in the financial markets, the anticipated holding period of securities received by prepetition creditors (some of whom may prefer to liquidate their investment rather than hold it on a long-term basis), developments in the Reorganized TCEH industry and economic conditions generally, and other factors which generally influence the prices of securities.

In preparing the estimates set forth below, Evercore has relied upon the accuracy, completeness, and fairness of financial and other information furnished by the Debtors and the Debtors' energy consultant, Filsinger Energy Partners ("FEP"). Evercore did not attempt to independently audit or verify such information, nor did it make an independent appraisal of the assets or liabilities of Reorganized TCEH. Evercore did not conduct an independent investigation into any of the legal or accounting matters affecting Reorganized TCEH, and therefore makes no representation as to their potential impact on the Reorganized TCEH Enterprise Value.

The Debtors' financial projections for Reorganized TCEH are attached as Exhibit E to the Disclosure Statement (the "Financial Projections"). The estimated values set forth herein assume that Reorganized TCEH will achieve its Financial Projections in all material respects, including: (i) earnings before interest, taxes, depreciation, and amortization ("EBITDA"), margins, earnings, cash flow, including terminal EBITDA prepared by FEP, and (ii) obtain the full intended tax benefit of the Preferred Stock Sale. Evercore has relied on the Debtors' representation and warranty that the Financial Projections (i) have been prepared in good faith, (ii) are based on fully disclosed assumptions, which, in light of the circumstances under which they were made, are reasonable, (iii) reflect the Debtors' and/or FEP's best currently available estimates; and (iv) reflect the good faith judgments of the Debtors and/or FEP. Evercore does not offer an opinion as to the attainability of the Financial Projections. The future results of Reorganized TCEH are dependent upon various factors, many of which are beyond the control or knowledge of the Debtors and FEP, and consequently are inherently difficult to project. Reorganized TCEH's actual future results may differ materially (positively or negatively) from the Financial Projections and as a result, the actual value of Reorganized TCEH Enterprise Value may be significantly higher or lower than the estimated ranges in this Valuation Analysis.

This report contemplates facts and conditions known and existing as of March 24, 2015. Events and conditions subsequent to this date, including updated projections, as well as other factors, could have a substantial effect upon Reorganized TCEH Enterprise Value. Among other things, failure to consummate the Plan in a timely manner may have a materially negative effect on the Reorganized TCEH Enterprise Value. For purposes of this valuation, Evercore has assumed that no material changes that would affect value will occur between the date of the Disclosure Statement and the Assumed Effective Date.

The following is a brief summary of certain financial analyses performed by Evercore to arrive at a range of estimated values for Reorganized TCEH.  The following summary does not purport to be a complete description of all of the analyses and factors undertaken to support Evercore's conclusions.  The preparation of a valuation is a complex process involving various determinations as to the most appropriate analyses and factors to consider, and the application of those analyses and factors under the particular circumstances.  As a result, the process involved in preparing a valuation report is not readily summarized.

In arriving at its valuation estimate for Reorganized TCEH, Evercore did not consider any one analysis or factor to the exclusion of any other analyses or factors.  Accordingly, Evercore believes that its analysis and views on the value of Reorganized TCEH must be considered as a whole and that selecting portions of its analysis and factors could create a misleading or incomplete view of the processes underlying the preparation of the valuation for Reorganized TCEH.

## II.   Overview of Reorganized TCEH Valuation.

Evercore has estimated the going concern value of Reorganized TCEH as of March 31, 2016 solely for purposes of the Plan, based on work performed by Evercore on the basis of information available to Evercore as of March 24, 2015.  The Valuation Analysis is based on the Financial Projections, including: (i) "Base Case" financial projections provided by the Debtors' for the years 2015 through 2020 (the "Reorganized TCEH Projection Period"); (ii) projected Base Case terminal EBITDA prepared by FEP; (iii) an "Environmental Case" prepared by FEP, which reflects adjustments to the Base Case terminal EBITDA, among others, for the effect of potential environmental regulations; and (iv) pro forma tax basis step-up of Reorganized TCEH resulting from the Preferred Stock Sale (collectively, the "Reorganized TCEH Financial Projections").  The Reorganized TCEH Enterprise Value assumes that the Effective Date takes place on or about March 31, 2016 (the "Assumed Effective Date").

Evercore estimates the Reorganized TCEH Enterprise Value, including the value of the tax basis step-up resulting from the Preferred Stock Sale, falls within a range of approximately $12.80 to $15.60 billion, with a midpoint valuation of $14.20 billion.

Based on estimated New Reorganized TCEH Debt, net of cash, of approximately $7.05 billion[2], and $50 million of the New Reorganized TCEH Sub Preferred Stock, projected as of the Assumed Effective Date, this implies a range of Reorganized TCEH common equity value, before the New Reorganized TCEH Warrants, from approximately $5.70 to $8.50 billion, with a midpoint of $7.10 billion.  Evercore estimates that the implied Reorganized TCEH common equity value (after any deduction related to the values of the New Reorganized TCEH Warrants) will range from [___] to [___] billion, with a midpoint of [___] billion.  Evercore estimates the potential per share price based on the implied Reorganized TCEH common equity value will range from [___] to [___], with a midpoint of [___], based on the distribution of [___] million shares of Reorganized TCEH Common Stock pursuant to the Plan.

---

[2] Net debt is comprised of $8.30 billion total indebtedness less unrestricted and restricted cash of approximately $1.25 billion.

The table below summarizes the Reorganized TCEH Enterprise Value and equity value ranges, as well as the respective midpoints:

| | Range | | |
|---|---|---|---|
| *($ in millions, except share price)* | **Low** | **Midpoint** | **High** |
| TCEH Enterprise Value | $12,800 | $14,200 | $15,600 |
| Less: Net Debt | (7,049) | (7,049) | (7,049) |
| Less: Preferred Stock | (50) | (50) | (50) |
| **Reorganized Common Equity Value (before Warrants)** | **$5,701** | **$7,101** | **$8,501** |
| Less: Value of Warrants | [___] | [___] | [___] |
| **Reorganized Common Equity Value (after Warrants)** | [___] | [___] | [___] |
| Common Shares Outstanding *(in millions)* | [___] | [___] | [___] |
| **Common Share Price** | [___] | [___] | [___] |

The equity values and share prices reflected herein do not give effect to the value of the New Reorganized TCEH Warrants or the potentially dilutive effect of any Reorganized TCEH Common Stock, warrants, or options that may be granted under the Reorganized TCEH Management Incentive Plan.

**III.    Reorganized TCEH Valuation Methodology.**

In estimating the Reorganized TCEH Enterprise Value and implied equity value of Reorganized TCEH, Evercore: (i) reviewed certain historical financial information of the Debtors for recent years and interim periods; (ii) reviewed certain internal financial and operating data of the Debtors; (iii) discussed the Debtors' operations and future prospects with the senior management team as well as their views concerning the Reorganized TCEH's business prospects before and after giving effect to the Plan; (iv) reviewed and discussed certain financial and operational forecasts of Reorganized TCEH prepared by FEP; (v) reviewed certain publicly available financial data for, and considered the market value of, companies that Evercore deemed generally comparable to the operating business of Reorganized TCEH; (vi) reviewed the Plan and related documents; (vii) considered certain economic and industry information relevant to the operating business; and (viii) conducted such other studies, analyses, inquiries and investigations as Evercore deemed appropriate. Although Evercore conducted a review and analysis of the Debtors' business, operating assets and liabilities, and the business plan of Reorganized TCEH, it assumed and relied on the accuracy and completeness of the Financial Projections and all financial and other information furnished to it by the Debtors' and FEP, as well as publicly available information.

Evercore's valuation analysis for Reorganized TCEH includes (i) a discounted cash flow ("DCF") analysis and (ii) peer group company analysis. Reliance on only one of the methodologies used or portions of the analysis performed could create a misleading or incomplete conclusion as to Reorganized TCEH Enterprise Value. Evercore assigned equal weightings to the two methodologies, before adding the value of the tax basis step-up resulting from the Preferred Stock Sale, which is valued separately. Evercore considered certain precedent transactions for businesses similar to that of Reorganized TCEH and concluded that precedent transactions analysis was not applicable to the Reorganized TCEH valuation.

PX 125E
Page 5 of 6

A.  **Reorganized TCEH Discounted Cash Flow Analysis.**

The DCF analysis involved deriving the unlevered free cash flows that Reorganized TCEH operations would generate based on the Financial Projections, for the period beginning April 1, 2016 and ending December 31, 2020, assuming Reorganized TCEH realized such projections.[3] To determine the Reorganized TCEH Enterprise Value range, Evercore discounted these cash flows and an estimated terminal value at the end of the Reorganized TCEH Projection Period to the Assumed Effective Date (March 31, 2016), using the estimated weighted average cost of capital range of 5.7% to 6.2% for Reorganized TCEH. The terminal value is derived by applying a 1-year forward EBITDA multiple range of 8.1x to 9.1x to Reorganized TCEH's projected EBITDA in 2021. Evercore also considered the perpetuity growth method for estimating the terminal value and concluded that the perpetuity growth method was not applicable for the Reorganized TCEH valuation given the nature of the Reorganized TCEH's business.

Evercore performed a DCF analysis based on the following projections: (i) Base Case projections are assigned a 67% weighting within the DCF analysis and (ii) Environmental Case projections are assigned a 33% weighting.

B.  **Reorganized TCEH Peer Group Company Analysis.**

The peer group company valuation analysis involved identifying publicly traded companies that have operating and financial characteristics similar to Reorganized TCEH, for example, comparable lines of business, nature of the assets, business risks, growth prospects, market and geographic presence, and size and scale of operations. In addition, Evercore examined each of the selected peer group companies' operational performance, profitability, leverage, and business trends.

Although Evercore used the selected companies for comparison purposes, no selected company is either identical or directly comparable to the business of Reorganized TCEH. Under this methodology, certain financial multiples and ratios are calculated based on the enterprise values of the selected peer group companies to apply to Reorganized TCEH's EBITDA to derive a range of implied Reorganized TCEH Enterprise Values. Evercore assumed EBITDA multiple ranges for 2016, 2017, and 2018 EBITDA of 8.1x to 9.1x, 8.0x to 9.0x, and 7.7x to 8.7x, respectively, which are equally weighted within the peer group company valuation analysis. Evercore used EBITDA from the Base Case Financial Projections for the peer group company analysis.

C.  **Reorganized TCEH Tax Basis Step-up Analysis.**

The Reorganized TCEH Enterprise Value includes an estimated value for Reorganized TCEH's tax basis step-up, resulting from the Preferred Stock Sale, of approximately $1.0 billion, based on a DCF analysis.

---

[3] Projections relating to Reorganized TCEH tax basis step-up resulting from the Preferred Stock Sale are valued separately.

5