Upon the terms and subject to the conditions of the exchange offers, including the Maximum Exchange Amount and the prorations, if necessary, resulting therefrom, participating holders of Old Notes will be eligible to receive, in exchange for each $1,000 principal amount of Old Notes validly tendered (and not validly withdrawn), the following:

(i) for Old Notes validly tendered (and not validly withdrawn) at or prior to the Early Tender Date and accepted for exchange, a principal amount of New EFIH Senior Secured Notes and cash equal, in the aggregate, to the "Total Consideration Amount" as listed in the table below under "Total Consideration Amount if Tendered At or Prior to the Early Tender Date," with the amount of New EFIH Senior Secured Notes (the "Total Notes Consideration") and the amount of cash (the "Total Cash Consideration") comprising the Total Consideration Amount depending on the aggregate principal amount of Old Notes validly tendered (and not validly withdrawn) at or prior to the Early Tender Date, as described below, and

(ii) for Old Notes validly tendered (and not validly withdrawn) after the Early Tender Date and at or prior to the Expiration Date and accepted for exchange, New EFIH Senior Secured Notes, referred to as the "Exchange Consideration" as listed in the table below under "Exchange Consideration if Tendered After the Early Tender Date and At or Prior to the Expiration Date." No cash consideration will be payable with respect to Old Notes that are validly tendered after the Early Tender Date.

| CUSIP/ISN | | Outstanding Principal Amount (in millions) | Issuer | Title of Old Notes | Total Consideration Amount if Tendered At or Prior to the Early Tender Date (1)(2) | Aggregate Consideration, Including Consent Payment, if Tendered At or Prior to the Early Tender Date (3) | Exchange Consideration if Tendered After the Early Tender Date and At or Prior to the Expiration Date (1) |
|---|---|---|---|---|---|---|---|
| 292680 AD7 / US 292680 AD70 .......... | E | $2,705 | Energy Future Holdings Corp. | 11.250%/12.000% Senior Toggle Notes due 2017 | $720.00 | $722.50 | $670.00 |
| 292680 AC9 / US 292680 AC97 292680 AA3 / US 292680 AA32 .......... | | $1,787 | Energy Future Holdings Corp. | 10.875% Senior Notes due 2017 | $785.00 | $787.50 | $735.00 |

(1)  Consideration per $1,000 principal amount of Old Notes. Excludes the consent payment of $2.50 per $1,000 principal amount of Old Notes payable in cash with respect to Consents validly delivered (and not validly revoked) at or prior to the Consent Date.
(2)  The Total Consideration Amount consists of the Total Notes Consideration and the Total Cash Consideration.
(3)  Includes the consent payment of $2.50 per $1,000 principal amount of Old Notes payable in cash with respect to Consents validly delivered (and not validly revoked) at or prior to the Consent Date.

The Offeror was advised by the Exchange Agent that, as of the Early Tender Date, a total of $4,469,868,133 aggregate principal amount of outstanding Old Notes, representing approximately 99.51% of the outstanding Old Notes, were validly tendered (and not validly withdrawn) in the exchange offers. Of the tendered Old Notes, as of the Early Tender Date, $1,776,033,000 aggregate principal amount of the outstanding 10.875% Senior Notes due 2017 of EFH Corp. ("Old Cash-Pay Notes") had been validly tendered and not validly withdrawn and $2,693,835,133 aggregate principal amount of the outstanding 11.250%/12.000% Senior Toggle Notes due 2017 of EFH Corp. ("Old Toggle Notes") had been validly tendered and not validly withdrawn.

Therefore, upon the terms and subject to the conditions of the exchange offers, the Total Consideration Amount payable for each $1,000 principal amount of each issue of Old Notes validly tendered at or prior to the Early Tender Date (and not validly withdrawn prior to the Expiration Date) and accepted for exchange, will consist of:

- in the case of Old Cash-Pay Notes, Total Cash Consideration of $146.46 and Total Notes Consideration of $638.54 principal amount of New EFIH Senior Secured Notes, and

ii

EFIHMW00143783

## SUMMARY

*This summary highlights selected information appearing elsewhere in this Prospectus. This summary is not complete and does not contain all of the information that you should consider before investing in the New EFIH Senior Secured Notes or delivering Consents with respect to the Old Notes. You should carefully read this summary together with the entire Prospectus, including the information set forth in the section entitled "Risk Factors."*

*Unless the context otherwise requires or as otherwise indicated: references in this Prospectus to "we," "our" and "us" refer to Energy Future Holdings Corp. and its subsidiaries; references to "EFH Corp.," "EFCH," "TCEH," "EFIH" and "EFIH Finance" refer to Energy Future Holdings Corp., Energy Future Competitive Holdings Company, Texas Competitive Electric Holdings Company LLC, Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., respectively, and not to any of their respective subsidiaries; and references to "Oncor Holdings" and "Oncor" refer to Oncor Electric Delivery Holdings Company LLC and Oncor Electric Delivery Company LLC, respectively, with or without their subsidiaries as indicated in context.*

*Investment funds associated with or designated by Kohlberg Kravis Roberts & Co. ("KKR"), TPG Capital, L.P. ("TPG") and Goldman, Sachs & Co. ("Goldman Sachs" and, together with KKR and TPG, the "Sponsor Group"), and certain other co-investors (collectively with the Sponsor Group, the "Investors"), own EFH Corp. through Texas Energy Future Holdings Limited Partnership ("Texas Holdings"), with the Sponsor Group controlling Texas Holdings' general partner, Texas Energy Future Capital Holdings LLC.*

### Our Businesses

We are a Dallas-based energy company with operations consisting of competitive and regulated energy businesses in Texas. EFH Corp. is a holding company conducting its operations principally through its subsidiaries, TCEH and Oncor. TCEH is wholly-owned, and EFH Corp. holds an approximately 80% interest in Oncor.

TCEH is a holding company for subsidiaries engaged in competitive electricity market activities largely in Texas including electricity generation, wholesale energy sales and purchases, commodity risk management and trading activities, and retail electricity sales. EFCH is the parent company of TCEH and a direct subsidiary of EFH Corp.

As of June 30, 2010, TCEH owned or leased 17,519 megawatts ("MW") of generation capacity in Texas, which consists of lignite/coal, nuclear and natural gas-fueled generation facilities. This amount includes two new lignite-fueled units (Sandow 5 and Oak Grove) that achieved substantial completion (as defined in the EPC agreements for the units) in fall of 2009 but does not include one new lignite-fueled unit (Oak Grove) that achieved substantial completion (as defined in the EPC Agreement for the unit) in June 2010. In addition, TCEH is the largest purchaser of wind-generated electricity in Texas and the fifth largest in the United States. TCEH provides competitive electricity and related services to more than two million retail electricity customers in Texas.

EFIH, a direct subsidiary of EFH Corp., is a holding company whose wholly-owned subsidiary, Oncor Holdings, holds a majority interest (approximately 80%) in Oncor. Oncor is a regulated electricity transmission and distribution company, principally engaged in providing delivery services to retail electric providers, including subsidiaries of TCEH, that sell power in the north-central, eastern and western parts of Texas.

Oncor is engaged in regulated electricity transmission and distribution operations in Texas that are primarily regulated by the PUCT. Oncor provides both distribution services to retail electric providers that sell electricity

12

Confidential

EFIHMW00143784

EFIHMW00143783

E

to consumers and transmission services to other electricity distribution companies, cooperatives and municipalities. Oncor operates the largest transmission and distribution system in Texas, delivering electricity to approximately three million homes and businesses and operating more than 117,000 miles of transmission and distribution lines. A significant portion of Oncor's revenues represent fees for delivery services provided to TCEH. Distribution revenues from TCEH represented 38% of Oncor's total revenues for the year ended December 31, 2009 and 37% for the six months ended June 30, 2010.

EFH Corp. and Oncor have implemented certain structural and operational "ring-fencing" measures based on commitments made by Texas Holdings and Oncor to the PUCT that are intended to enhance the credit quality of Oncor. These measures serve to mitigate Oncor's and Oncor Holdings' credit exposure to Texas Holdings and its other subsidiaries (collectively, the "Texas Holdings Group") and to reduce the risk that the assets and liabilities of Oncor or Oncor Holdings would be substantively consolidated with the assets and liabilities of the Texas Holdings Group in the event of a bankruptcy of one or more of those entities.

At June 30, 2010, we had approximately 9,100 full-time employees (including approximately 3,825 at Oncor), including approximately 2,730 employees under collective bargaining agreements (including approximately 690 at Oncor).

### The Sponsor Group

#### KKR

Founded in 1976 and led by Henry Kravis and George Roberts, KKR is a leading global alternative asset manager with $54.7 billion in assets under management as of March 31, 2010. With over 600 people and 14 offices around the world, KKR manages assets through a variety of investment funds and accounts covering multiple asset classes. KKR seeks to create value by bringing operational expertise to its portfolio companies and through active oversight and monitoring of its investments. KKR complements its investment expertise and strengthens interactions with investors through its client relationships and capital markets platforms. KKR is publicly traded on the New York Stock Exchange (NYSE: KKR).

#### TPG

TPG is a leading private investment firm with approximately $45 billion of assets under management as of March 31, 2010. The firm was founded in 1992 and is led by David Bonderman and James G. Coulter. Through its global buyout platform, TPG Capital, the firm generally makes significant investments in companies through acquisitions and restructurings across a broad range of industries throughout North America, Europe, Asia and Australia. Notable investments by TPG's energy, power and commodities practice have included Texas Genco, Kraton Performance Polymers and Valerus Compression Services.

#### Goldman Sachs

The Goldman Sachs Group, Inc. is a bank holding company and a leading global investment banking, securities and investment management firm. Established in 1986, the firm's Principal Investment Area ("PIA") is part of the Merchant Banking Division and includes the GS Capital Partners, GS Loan Partners and GS Mezzanine Partners funds. Since 1986, PIA has formed 15 investment vehicles aggregating $80 billion of capital. GS Capital Partners VI, L.P., with $20.3 billion in equity, is the Goldman Sachs Group, Inc.'s current primary investment vehicle for privately negotiated equity investments across the globe.

13

Confidential

### Recent Developments

*Liability Management Program*

In October 2009, EFH Corp. implemented a liability management program focused on improving its balance sheet by reducing debt and extending debt maturities.

#### July 2010 Liability Management Transaction

As part of its liability management program, on July 2, 2010, EFH Corp. consummated a private placement exchange transaction with an institutional investor. In the transaction, EFH Corp. exchanged approximately $412 million aggregate principal amount of EFH Corp. 10.000% Notes plus accrued and unpaid interest on the EFH Corp. Series P Notes (defined below) for approximately $549 million aggregate principal amount of its 5.55% Series P Senior Notes due November 15, 2014 (the "EFH Corp. Series P Notes"). Prior to the transaction, the institutional investor, who held a majority of the outstanding aggregate principal amount of the EFH Corp. Series P Notes, gave its consent to certain amendments to the Indenture (For Unsecured Debt Securities Series P), dated as of November 1, 2004, between EFH Corp. and Bank of New York Mellon ("BNY"), and related documents (collectively, the "Series P Indenture"). The Series P Indenture governs the EFH Corp. Series P Notes. As a result of the consent, EFH Corp. and BNY, as trustee under the Series P Indenture, entered into a Supplemental Indenture, dated as of July 1, 2010 (the "Series P Supplemental Indenture"), that amended and supplemented the Series P Indenture. The amendments to the Series P Indenture, among other things, modify or eliminate substantially all of the restrictive covenants contained in the Series P Indenture, modify or eliminate certain events of default, modify covenants regarding mergers and consolidations and modify or eliminate certain other provisions of the Series P Indenture, including the limitation on the incurrence of secured indebtedness.

#### Liability Management Program Activities Since the Start of the Second Quarter

Since the start of the second quarter of 2010, under its liability management program, EFH Corp. has acquired (including the transactions described above but not including the exchange offers contemplated in this Prospectus), in aggregate, approximately $1.061 billion principal amount of its and TCEH's outstanding debt. As consideration for this acquired debt, EFH Corp. has issued approximately $527 million principal amount of EFH Corp. 10.000% Notes and paid approximately $235 million of cash (excluding accrued interest payments). These transactions have resulted in EFH Corp. capturing approximately $299 million of debt discount since the start of the second quarter of 2010.

#### Total Liability Management Program to Date

Since October 2009, when EFH Corp. began its liability management program, including the transactions described above but not including the Exchange Offers contemplated in this prospectus, EFH Corp. (together with EFIH) has acquired, in aggregate, approximately $1.465 billion principal amount of its and TCEH's outstanding debt. As consideration for this acquired debt, EFH Corp. has issued approximately $561 million principal amount of EFH Corp. 10.000% Notes and $115 million principal amount of EFH Corp. 9.75% Notes and paid approximately $235 million of cash (excluding accrued interest payments) and EFIH has issued approximately $141 million principal amount of EFIH 9.75% Notes. These transactions have resulted in EFH Corp. capturing approximately $413 million of debt discount under its liability management program.

The following is a summary of the principal amount of debt acquired to date under EFH Corp.'s liability management program:

- approximately $566 million of EFH Corp. Series P Notes;

14

- approximately $10 million of EFH Corp.'s 6.50% Series Q Senior Notes due 2024;
- approximately $6 million of EFH Corp.'s 6.55% Series R Senior Notes due 2034;
- approximately $213 million of EFH Corp.'s Old Cash-Pay Notes;
- approximately $266 million of EFH Corp.'s Old Toggle Notes;
- approximately $332 million of TCEH's 10.25% Senior Notes due 2015 and 10.25% Senior Notes due 2015, Series B (collectively, the "TCEH Notes");
- approximately $52 million of TCEH's 10.50%/11.25% Senior Toggle Notes due 2016 (the "TCEH Toggle Notes"); and
- approximately $20 million of TCEH's initial term loans under its Senior Secured Credit Facilities.

### Exchange Agreements

On July 15, 2010, EFH Corp., EFIH and EFIH Finance entered into exchange agreements with certain institutional investors that are holders of certain of the Old Notes, which we refer to as the Exchange Agreements, pursuant to which such holders agreed to participate in the exchange offers and the consent solicitation. Pursuant to the terms of the Exchange Agreements, at or prior to the Early Tender Date and the Consent Date such holders tendered and delivered consents in respect of approximately $2.3 billion aggregate principal amount of Old Notes, representing approximately 52% of the aggregate principal amount of outstanding Old Notes, in the exchange offers and the consent solicitation.

15

Confidential

### Organizational Structure

The chart below is a summary of EFH Corp.'s organizational and ownership structure and illustrates our long-term debt as of June 30, 2010, after giving effect to repurchases and exchanges of EFH Corp.'s and its subsidiaries' notes since June 30, 2010 described in "—Recent Developments—Liability Management Program" and under "Debt Related Activity in 2010 – 2010 Debt Exchanges and Repurchases" in Note 6 to EFH Corp.'s unaudited historical interim condensed consolidated financial statements and related notes for the three and six months ended June 30, 2010 included elsewhere in this Prospectus, as well as the issuance of New EFIH Senior Secured Notes offered by this Prospectus. Please see "Capitalization" for further information regarding our outstanding debt amounts after giving effect to the completion of the exchange offers. The chart below excludes subsidiaries of EFH Corp. that are not subsidiaries of EFIH or EFCH, including TXU Receivables Company. TXU Receivables Company conducts an accounts receivable securitization program.



(1)  Represents Old Notes subject to the exchange offers and consent solicitation. See "Capitalization".
(2)  EFH Corp.'s 5.55% Series P Senior Notes due 2014, 6.50% Series Q Senior Notes due 2024 and 6.55% Series R Senior Notes due 2034 (collectively, the "Legacy Notes"). Principal amount excludes $582 million aggregate principal amount of Legacy Notes held by EFH Corp. and EFIH.

16

Confidential

(3)  See "Capitalization". The New EFIH Senior Secured Notes will not be guaranteed by EFH Corp., EFCH or any of EFCH's subsidiaries.

(4)  Ring-fenced entities are all unrestricted under the indenture governing the New EFIH Senior Secured Notes, are not subject to the covenants and events of default thereof and are not guaranteeing the New EFIH Senior Secured Notes.

(5)  Principal amount excludes $386 million held by EFH Corp. and EFIH.

(6)  Principal amount excludes $20 million held by EFH Corp.

(7)  Substantially all of the subsidiaries of TCEH are engaged in competitive market activities.

17

EFIHMW00143789

EFIHMW00143783

PX 127
Page 7 of 32

As of June 30, 2010, on a pro forma basis after giving effect to the transactions contemplated by this Prospectus, assuming tender and acceptance of all Old Notes on a pro rata basis up to the Maximum Exchange Amount, (1) the Offeror would not have had any senior indebtedness other than the EFIH 9.75% Notes and the New EFIH Senior Secured Notes and the guarantee by EFIH of the EFH Corp. 9.75% Notes, the EFH Corp. 10.000% Notes and any Old Notes remaining outstanding following the exchange offers and (2) the New EFIH Senior Secured Notes would have been structurally subordinated to approximately $6.019 billion principal amount of indebtedness (includes long-term debt, including amounts due currently, and short-term borrowings) of the Offeror's subsidiaries (other than EFIH Finance), including all of Oncor Holdings' and its subsidiaries' indebtedness. As of June 30, 2010, Oncor had approximately $930 million of additional available capacity under its revolving credit facility (excluding $122 million of undrawn commitments from Lehman).

Guarantees . . . . . . . . . . . . . . . . . . . . . . . .    The New EFIH Senior Secured Notes will not initially be guaranteed.

Security . . . . . . . . . . . . . . . . . . . . . . . . . .    The New EFIH Senior Secured Notes will be secured, equally and ratably with the EFIH 9.75% Notes and EFIH's guarantees of the EFH Corp. 9.75% Notes and the EFH Corp. 10.000% Notes, by the Collateral. As of the date of this Prospectus, $1.317 billion aggregate principal amount of EFIH 9.75% Notes, EFH Corp. 9.75% Notes and EFH Corp. 10.000% Notes were outstanding. See "Risk Factors— Risks Related to the Exchange Offers and the New EFIH Senior Secured Notes—The indenture governing the New EFIH Senior Secured Notes may not protect holders from all actions that EFIH or the Oncor Subsidiaries may take that would reduce your interest in the Collateral or that may reduce the value of the Collateral, including sales or exchanges of the Collateral or the assets of the Oncor Subsidiaries for other assets or investments."

Optional Redemption  . . . . . . . . . . . . . .    The Offeror may redeem any of the New EFIH Senior Secured Notes on and after December 1, 2015 at the redemption prices set forth in this Prospectus. The Offeror may also redeem any of the New EFIH Senior Secured Notes at any time prior to December 1, 2015 at a price equal to 100% of their principal amount, plus accrued interest and a "make-whole" premium. In addition, before December 1, 2013, the Offeror may redeem up to 35% of the aggregate principal amount of the New EFIH Senior Secured Notes, using the proceeds from certain equity offerings at the redemption price set forth in this Prospectus. See "Description of the Notes—Optional Redemption."

Change of Control Offer . . . . . . . . . . . .    Upon the occurrence of certain transactions meeting the definition of "change of control," holders of the New EFIH Senior Secured Notes will have the right to require the Offeror to repurchase some or all of the New EFIH Senior Secured Notes at 101% of their principal amount, plus accrued and unpaid interest to the repurchase date. This

30

EFIHMW00143790

### EFH Corp. and its Subsidiaries
### Summary Historical Consolidated Financial Data

The following table sets forth our summary historical consolidated financial data as of and for the periods indicated. The historical financial data as of December 31, 2009 and 2008 (Successor) and for the years ended December 31, 2009 and 2008 (Successor), the period from October 11, 2007 through December 31, 2007 (Successor) and the period from January 1, 2007 through October 10, 2007 (Predecessor) have been derived from our audited historical consolidated financial statements and related notes included elsewhere in this Prospectus. The historical financial data as of December 31, 2007 (Successor), 2006 (Predecessor) and 2005 (Predecessor) and for the years ended December 31, 2006 and 2005 (Predecessor) have been derived from our audited historical consolidated financial statements that are not included in this Prospectus. The "Predecessor" period reflects the period prior to the merger of Texas Energy Future Merger Sub Corp ("Merger Sub") with and into EFH Corp. (the "Merger"), which occurred on October 10, 2007. The historical financial data as of June 30, 2010 and for the six months ended June 30, 2010 and 2009 have been derived from our unaudited historical interim condensed consolidated financial statements and related notes included elsewhere in this Prospectus. In EFH Corp.'s opinion, such unaudited interim financial data reflects all adjustments, consisting of normal recurring accruals, necessary for the fair presentation of the results for those periods. The results of operations for the interim periods, for seasonal and other factors, are not necessarily indicative of the results to be expected for the full year or any future period.

The summary historical consolidated financial data should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations as of and for the Year Ended December 31, 2009" and "Management's Discussion and Analysis of Financial Condition and Results of Operations as of and for the Three and Six Months Ended June 30, 2010," each included in Annex B to this Prospectus, and our historical consolidated financial statements and related notes that are included elsewhere in this Prospectus.

| | Successor | | | Predecessor | | |
|---|---|---|---|---|---|---|
| | Year Ended December 31, | | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, | |
| | 2009 | 2008 | | | 2006 | 2005 |
| | (millions of dollars, except ratios and per share amounts) | | | | | |
| **Statement of Income Data:** | | | | | | |
| Operating revenues . . . . . . . . . . . . . . | $9,546 | $11,364 | $ 1,994 | $8,044 | $10,703 | $10,826 |
| Income (loss) from continuing operations before extraordinary loss and cumulative effect of changes in accounting principles . . . . . . . . . . . | 408 | (9,998) | (1,361) | 699 | 2,465 | 1,775 |
| Income from discontinued operations, net of tax effect . . . . . . . . . . . . . . . | — | — | 1 | 24 | 87 | 5 |
| Extraordinary loss, net of tax effect . . . | — | — | — | — | — | (50) |
| Cumulative effect of changes in accounting principles, net of tax effect . . . . . . . . . . . . . . . . . . . . . | — | — | — | — | — | (8) |
| Preference stock dividends . . . . . . . . . . | — | — | — | — | — | 10 |
| Net income (loss) . . . . . . . . . . . . . . . | 408 | (9,998) | (1,360) | 723 | 2,552 | 1,712 |
| Net income (loss) attributable to noncontrolling interests . . . . . . . . . . | (64) | 160 | — | — | — | — |
| Net income (loss) attributable to EFH Corp. . . . . . . . . . . . . . . . . . . . . . . | 344 | (9,838) | (1,360) | 723 | 2,552 | 1,712 |
| Dividends declared per share . . . . . . . . | $ — | $ — | $ — | $ 1.30 | $ 1.67 | $ 1.26 |
| Ratio of earnings to fixed charges (a) . . . . . . . . . . . . . . . . . | 1.24 | — | — | 2.30 | 5.11 | 3.80 |
| Ratio of earnings to combined fixed charges and preference dividends (a) . . . . . . . . . . . . . . . . . | 1.24 | — | — | 2.30 | 5.11 | 3.74 |

33

EFIHMW00143791

EFIHMW00143783

| | Successor | | | Predecessor | | |
|---|---|---|---|---|---|---|
| | Year Ended December 31, | | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, | |
| | 2009 | 2008 | | | 2006 | 2005 |
| | (millions of dollars, except ratios and per share amounts) | | | | | |
| **Statement of Cash Flows Data:** | | | | | | |
| Cash flows provided by (used in) operating activities from continuing operations . . . . . . . . . . . . . . . . . . | $ 1,711 | $ 1,505 | $   (450) | $ 2,265 | $ 4,954 | $ 2,793 |
| Cash flows provided by (used in) financing activities from continuing operations . . . . . . . . . . . . . . . . . . | 422 | 2,837 | 33,865 | 1,394 | (2,332) | (1,563) |
| Cash flows used in investing activities from continuing operations . . . . . . . | (2,633) | (2,934) | (34,563) | (2,283) | (2,664) | (1,038) |
| **Other Financial Data:** | | | | | | |
| Capital expenditures, including nuclear fuel . . . . . . . . . . . . . . . . . . . . . . . | $ 2,545 | $ 3,015 | $   716 | $ 2,542 | $ 2,337 | $ 1,148 |

| | Successor | | | Predecessor | |
|---|---|---|---|---|---|
| | December 31, | | | December 31, | |
| | 2009 | 2008 | 2007 | 2006 | 2005 |
| | (millions of dollars) | | | | |
| **Balance Sheet Data:** | | | | | |
| Total assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $59,662 | $59,263 | $64,804 | $27,216 | $27,978 |
| Property, plant & equipment—net . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 30,108 | 29,522 | 28,650 | 18,569 | 17,006 |
| Goodwill and intangible assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17,192 | 17,379 | 27,319 | 729 | 728 |
| Total debt (b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 43,426 | 42,460 | 40,834 | 12,607 | 13,380 |
| Preferred stock of subsidiaries (c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | — | — | — |
| Total equity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (1,836) | (2,318) | 6,685 | 2,140 | 475 |

(a)  Fixed charges exceeded "earnings" (net loss) by $10.469 billion and $2.034 billion for the year ended December 31, 2008 and for the period from October 11, 2007 through December 31, 2007, respectively.

(b)  Includes long-term debt, including amounts due currently, and short-term borrowings. Also includes equity-linked debt securities in the amount of $179 million for the year ended December 31, 2005.

(c)  Preferred stock outstanding at the end of 2008, 2007, 2006 and 2005 has a stated amount of $51 thousand. There was no outstanding preferred stock at the end of 2009.

34

EFIHMW00143792

EFIHMW00143783

**PX 127**
**Page 10 of 32**

Although EFH Corp. continued as the same legal entity after the merger in October 2007, its "Summary Historical Consolidated Financial Data" for periods preceding the merger and for periods succeeding the merger are presented as the consolidated financial statements of the "Predecessor" and the "Successor," respectively. See "Basis of Presentation" in Note 1 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009 included elsewhere in this Prospectus. The consolidated financial statements of the Successor also reflect the application of "purchase accounting." Results for 2008 were significantly impacted by impairment charges related to goodwill, trade name and emission allowances intangible assets and natural gas-fueled generation plants. Results for 2010 reflect the prospective adoption of amended guidance regarding consolidation accounting standards related to variable interest entities that resulted in the deconsolidation of Oncor Holdings as discussed in Note 3 to EFH Corp.'s historical condensed consolidated financial statements for the three and six months ended June 30, 2010 included elsewhere in this Prospectus and amended guidance regarding transfers of financial assets that resulted in the accounts receivable securitization program no longer being accounted for as a sale of accounts receivable and the funding under the program now reported as short-term borrowings as discussed in Note 5 to EFH Corp.'s historical condensed consolidated financial statements for the three and six months ended June 30, 2010 included elsewhere in this Prospectus.

|  | Successor | |
|---|---|---|
|  | Six Months Ended June 30, 2010 | Six Months Ended June 30, 2009 |
|  | (millions of dollars, except ratios) | |
| **Statement of Income Data:** | | |
| Operating revenues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $3,992 | $ 4,481 |
| Net income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (71) | 315 |
| Net income attributable to noncontrolling interests . . . . . . . . . . . . . . . . . . . | — | (28) |
| Net income (loss) attributable to EFH Corp . . . . . . . . . . . . . . . . . . . . . . . . . | (71) | 287 |
| Ratio of earnings to fixed charges (b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 1.47 |
| Ratio of earnings to combined fixed charges and preference dividends . . . . . | — | 1.47 |
| **Statement of Cash Flows Data:** | | |
| Cash flows provided by operating activities . . . . . . . . . . . . . . . . . . . . . . . . . | $  134 | $  504 |
| Cash flows provided by financing activities . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | 444 |
| Cash flows used in investment activities . . . . . . . . . . . . . . . . . . . . . . . . . . . | (122) | (1,478) |
| **Other Financial Data:** | | |
| Capital expenditures, including nuclear fuel . . . . . . . . . . . . . . . . . . . . . . . . | $  637 | $ 1,364 |

|  | Successor |
|---|---|
|  | June 30, 2010 |
|  | (millions of dollars) |
| **Balance Sheet Data:** | |
| Total assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $51,042 |
| Property, plant & equipment—net . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20,770 |
| Goodwill and intangible assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12,765 |
| Total debt (a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37,914 |
| Total equity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (3,208) |

(a) Includes long-term debt, including amounts due currently, and short-term borrowings.
(b) Fixed charges exceeded earnings by $141 million for the six months ended June 30, 2010.

35

Confidential

EFIHMW00143793

EFIHMW00143783

**EFIH and its Subsidiaries**
**Summary Historical Consolidated Financial Data**

The following table sets forth EFIH and its subsidiaries' summary historical consolidated financial data as of and for the periods indicated. The historical financial data as of December 31, 2009 and 2008 (Successor) and for the years ended December 31, 2009 and 2008 (Successor), the period from October 11, 2007 through December 31, 2007 (Successor) and the period from January 1, 2007 through October 10, 2007 (Predecessor) have been derived from EFIH and its subsidiaries' audited historical consolidated financial statements and related notes included elsewhere in this Prospectus. The historical financial data as of December 31, 2007 (Successor) reflects Oncor accounted for under the equity method. The historical financial data as of December 31, 2006 and 2005 (Predecessor) and for the years ended December 31, 2006 and 2005 (Predecessor) reflect Oncor accounted for under the equity method; EFIH was formed at the time of the merger in October 2007, and its predecessor is Oncor. The historical financial data as of June 30, 2010 and for the six months ended June 30, 2010 and 2009 have been derived from EFIH and its subsidiaries' unaudited historical interim condensed consolidated financial statements and related notes included elsewhere in this Prospectus. In EFIH's opinion, such unaudited interim financial data reflects all adjustments, consisting of normal recurring accruals, necessary for the fair presentation of the results for those periods. The results of operations for the interim periods, for seasonal and other factors, are not necessarily indicative of the results to be expected for the full year or any future period.

The summary historical consolidated financial data should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations as of and for the Year Ended December 31, 2009" and "Management's Discussion and Analysis of Financial Condition and Results of Operations as of and for the Three and Six Months Ended June 30, 2010," each included in Annex C to this Prospectus, and EFIH and its subsidiaries' historical consolidated financial statements and related notes that are included elsewhere in this Prospectus.



|  | Successor (a) | | | Predecessor (a) | | |
|---|---|---|---|---|---|---|
|  | Year Ended December 31, | | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, | |
|  | 2009 | 2008 | | | 2006 | 2005 |
|  | (millions of dollars, except ratios) | | | | | |
| **Statement of Income Data:** | | | | | | |
| Income (loss) before income taxes and equity in earnings of unconsolidated subsidiary ................. | $(275) | $(260) | $(68) | $— | $— | $— |
| Equity in earnings (losses) of unconsolidated subsidiary (net of tax) (b) ............. | 256 | (323) | 64 | 263 | 344 | 351 |
| Net income (loss) ..................... | 74 | (495) | 19 | 263 | 344 | 351 |
| Ratio of earnings to fixed charges (c) ...... | — | 1.27 | — | — | — | — |
| **Statement of Cash Flows Data:** | | | | | | |
| Cash flows provided by operating activities ........................... | $ 216 | $ 333 | $— | $ 326 | $ 340 | $— |
| Cash flows used in financing activities ..... | (216) | (330) | — | (326) | (340) | — |
| Cash flows used in investing activities ..... | — | (3) | — | | | |

36

Confidential

EFIHMW00143794

EFIHMW00143783

**Balance Sheet Data:**

| | Successor (a) | | | Predecessor (a) | |
|---|---|---|---|---|---|
| | December 31, | | | December 31, | |
| | 2009 | 2008 | 2007 | 2006 | 2005 |
| Total assets | $5,577 | $5,363 | $7,732 | $2,975 | $2,935 |
| Total debt (d) | 2,513 | 2,250 | 2,250 | — | — |
| Total membership interests | 3,010 | 3,069 | 5,439 | 2,975 | 2,935 |

(a)  Amounts reflect the retrospective adoption of amended guidance regarding consolidation accounting standards related to variable interest entities that resulted in the deconsolidation of Oncor Holdings and the accounting for EFIH's investment in Oncor Holdings (the carrying value of which totaled $5,396 million at December 31, 2009) under the equity method. See Note 2 to EFIH and its subsidiaries' audited historical consolidated financial statements as of and for the year ended December 31, 2009 included elsewhere in this Prospectus. EFIH was formed at the time of the merger in October 2007; consequently Predecessor data represents Oncor presented under the equity method of accounting. The consolidated financial statements of the Successor reflect the application of purchase accounting to Oncor.

(b)  Amount in 2008 includes the effects of Oncor's $860 million goodwill impairment charge.

(c)  Fixed charges exceeded earnings by $59 million and $68 million for the year ended December 31, 2009 and the period from October 11, 2007, respectively. There were no fixed charges for the predecessor periods. For the year ended December 31, 2009 on a pro forma basis for the effects of the exchange offers assuming 99.51% participation in the exchange offers at or prior to the Early Tender Date, no subsequent withdrawals and no participation in the exchange offers after the Early Tender Date, fixed charges would have exceeded earnings by $118 million.

(d)  Reflects push down of certain EFH Corp. (parent) debt due to EFIH's guarantee of the debt. See Note 5 to EFIH and its subsidiaries' historical consolidated financial statements for the year ended December 31, 2009 included elsewhere in this Prospectus.

| | Successor (a) | |
|---|---|---|
| | Six Months Ended June 30, 2010 | Six Months Ended June 30, 2009 |
| | (millions of dollars, except ratios) | |
| **Statement of Income Data:** | | |
| Loss before income taxes and equity in earnings of unconsolidated subsidiary | $(146) | $(137) |
| Equity in earnings of unconsolidated subsidiary (net of tax) | 122 | 112 |
| Net income | 25 | 21 |
| | | |
| Ratio of earnings to fixed charges (b) | — | — |
| **Statement of Cash Flows Data:** | | |
| Cash flows provided by operating activities | $ 85 | $ 58 |
| Cash flows used in financing activities | (5) | (58) |
| Cash flows provided by investing activities | 3 | — |

| | Successor |
|---|---|
| | June 30, 2010 |
| | (millions of dollars) |
| **Balance Sheet Data:** | |
| Total assets | $5,717 |
| Total debt (c) | 2,575 |
| Total membership interests | 3,087 |

(a)  Amounts reflect the retrospective adoption of amended guidance regarding consolidation accounting standards related to variable interest entities that resulted in the deconsolidation of Oncor Holdings and the accounting for EFIH's investment in Oncor Holdings (the carrying value of which totaled $5,450 billion at June 30, 2010) under the equity method. See Note 2 to EFIH and its subsidiaries' historical condensed consolidated financial statements as of and for the three and six months ended June 30, 2010 included elsewhere in this Prospectus.

(b)  Fixed charges exceeded earnings by $59 million and $79 million for the six months ended June 30, 2010 and 2009, respectively. For the six months June 30, 2010 on a pro forma basis for the effects of the exchange offers assuming 99.51% participation in the exchange offers at or prior to the Early Tender Date, no subsequent withdrawals and no participation in the exchange offers after the Early Tender Date, fixed charges would have exceeded earnings by $79 million.

(c)  Reflects push down of certain EFH Corp. (parent) debt due to EFIH's guarantee of the debt. See Note 3 to EFIH's historical condensed consolidated financial statements for the three and six months ended June 30, 2010 included elsewhere in this Prospectus.

37

Confidential

EFIHMW00143795

EFIHMW00143783

necessary to meet required payments of principal, premium, if any, and interest on its indebtedness, or if the Offeror or its subsidiaries or affiliated entities otherwise fail to comply with the various covenants, including any financial and operating covenants, in the instruments governing their indebtedness, they could be in default under the terms of the agreements governing such indebtedness. In the event of such default, the holders of such indebtedness could elect to declare all the funds borrowed thereunder to be due and payable, together with accrued and unpaid interest, and/or the lenders could elect to terminate their commitments thereunder, cease making further loans and, in the case of the holders of the EFH Corp. 9.75% Notes, the EFH Corp. 10.000% Notes or the EFIH 9.75% Notes, institute foreclosure proceedings against the Collateral, and the Offeror could be forced into bankruptcy, liquidation or insolvency. If EFH Corp.'s subsidiaries breach the covenants under the TCEH Senior Secured Facilities or the indenture governing the TCEH senior notes and seek a waiver, they may not be able to obtain a waiver from the required lenders. If this occurs, such subsidiaries would be in default under the instrument governing that indebtedness, the lenders could exercise their rights, as described above, and such subsidiaries could be forced into bankruptcy, liquidation or insolvency.

*There will be no guarantors of the New EFIH Senior Secured Notes. As a result, the New EFIH Senior Secured Notes will be structurally subordinated to all liabilities of all of EFIH's subsidiaries (other than EFIH Finance) and will have no claim on the assets of EFH Corp. or its subsidiaries.*

The New EFIH Senior Secured Notes will not be guaranteed. EFIH is a holding company. EFIH has no operations, and it relies on distributions from its subsidiaries. EFIH's subsidiaries generated all of its consolidated net income for the year ended December 31, 2009 and for the six months ended June 30, 2010, and as of June 30, 2010, EFIH's investments in its subsidiaries represented 95% of its total assets.    D

EFIH's subsidiaries (including Oncor Holdings and Oncor and its subsidiaries) are separate and distinct legal entities and have no obligation, contingent or otherwise, to pay any amounts due pursuant to the New EFIH Senior Secured Notes, or to make any funds available therefore, whether by dividends, loans, distributions or other payments. The New EFIH Senior Secured Notes will be structurally subordinated to the indebtedness and other liabilities of all of EFIH's subsidiaries (including Oncor Holdings and Oncor and its subsidiaries), other than EFIH Finance, and holders of the New EFIH Senior Secured Notes will have no claim on the assets of EFH Corp., EFCH, TCEH or any of TCEH's subsidiaries, none of which is obligated to make payments on the New EFIH Senior Secured Notes.

*EFH Corp. and TCEH are not obligated to make payments on the New EFIH Senior Secured Notes, and the Offeror's ability to obtain funds from EFH Corp. and TCEH to pay principal, premium and interest on the New EFIH Senior Secured Notes will be limited in some circumstances.*

None of EFH Corp., EFCH or TCEH and its subsidiaries, are obligated to make any payments on the New EFIH Senior Secured Notes. However, EFH Corp. may choose to, but is not obligated to, loan or contribute cash to the Offeror to make such payments. EFH Corp. is a holding company and substantially all of its consolidated assets are held by its subsidiaries. Therefore, to the extent EFH Corp. chooses to loan or contribute cash to make payments on the New EFIH Senior Secured Notes, EFH Corp. will likely depend on cash generated by or loans from EFCH, TCEH and its subsidiaries to make such contributions. Pursuant to the Indenture, dated as of October 31, 2007, by and among TCEH, TCEH Finance, Inc., The Bank of New York Mellon Trust Company, N.A. and each of the guarantors party thereto (the "TCEH Indenture"), and the TCEH Senior Secured Facilities, as long as TCEH is a subsidiary of EFH Corp., TCEH may provide EFH Corp. with intercompany loans on arm's length terms, in an unlimited amount, to allow EFH Corp. to pay principal, premium and interest on certain indebtedness of EFH Corp. However, the TCEH Indenture limits TCEH's ability to provide such loans for payment of principal, premium and interest on indebtedness of EFH Corp.'s subsidiaries, including the New EFIH Senior Secured Notes. Further, under the terms of TCEH's debt agreements and applicable state law, TCEH is restricted from paying dividends, except in limited circumstances.

43

Confidential

Secured Notes issued as consideration for the Old Notes for the principal amount of the New EFIH Senior
Secured Notes may be limited to an amount equal to the sum of:

- the original issue price for the New EFIH Senior Secured Notes; and

- that portion of the OID that does not constitute "unmatured interest" for purposes of the U.S.
  Bankruptcy Code.

Bankruptcy courts have not developed a uniform method for determining the original issue price of new
notes where the consideration for such new notes is not cash. Rather, the facts and circumstances of the particular
issuance appear to dictate how the original issue price of such new notes is determined. Measures of the original
issue price of new notes where the consideration for such new notes is not cash have included the fair market
value of the consideration for such new notes at the time of the issuance of such new notes and the selling price
of such new notes on their first day of trading.

Any OID that was not amortized as of the date of the bankruptcy filing would constitute unmatured interest.
Accordingly, holders of the New EFIH Senior Secured Notes under these circumstances may have their claims
allowed in a lesser amount than the face amount of their claims would be under the terms of the indenture
governing the New EFIH Senior Secured Notes, even if sufficient funds are available to pay such holders the
unamortized portion of any OID as of the bankruptcy filing.

***The interests of the Sponsor Group may differ from the interests of the holders of the New EFIH Senior
Secured Notes.***

The Sponsor Group indirectly owns approximately 60% of EFH Corp.'s capital stock on a fully diluted basis
through their investment in Texas Holdings. As a result of this ownership and the Sponsor Group's ownership in
interests of the general partner of Texas Holdings, the Sponsor Group has control over decisions regarding our
operations, plans, strategies, finances and structure, including whether to enter into any corporate transaction, and
will have the ability to prevent any transaction that requires the approval of EFIH's or EFH Corp.'s shareholders.

The interests of these persons may differ from your interests in material respects. For example, if we
encounter financial difficulties or are unable to pay our debts as they mature, the interests of the Sponsor Group,
as equity holders, might conflict with your interests as a noteholder. The Sponsor Group may also have an
interest in pursuing acquisitions, divestitures, financings or other transactions (including changes to EFH Corp.'s
hedging provider) that, in their judgment, could enhance their equity investments, even though such transactions
might involve risks to you as a noteholder. Additionally, the indenture governing the New EFIH Senior Secured
Notes permits us to pay advisory fees, dividends or make other restricted payments under certain circumstances,
and the Sponsor Group may have an interest in our doing so.

**Risks Related to Our and EFH Corp.'s Substantial Indebtedness and Debt Agreements**

***Our and EFH Corp.'s substantial leverage could adversely affect our ability to raise additional capital to
fund our operations, limit our ability to react to changes in the economy or our industry, expose us to
interest rate risk to the extent of our variable rate debt and prevent us from meeting obligations under the
various debt agreements governing our and EFH Corp.'s indebtedness.***

We and EFH Corp. are highly leveraged. As of June 30, 2010, EFH Corp.'s consolidated principal amount
of debt (short-term borrowings and long-term debt, including amounts due currently) totaled $38.620 billion (see
Note 12 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009

54

Confidential

included elsewhere in this Prospectus and Note 6 to EFH Corp.'s historical condensed consolidated financial statements for the three and six months ended June 30, 2010 included elsewhere in this Prospectus). Our and EFH Corp.'s substantial leverage could have important consequences, including:

- making it more difficult for us to make payments on our indebtedness;

- requiring a substantial portion of cash flow from operations to be dedicated to the payment of principal and interest on indebtedness, therefore reducing our ability to use our cash flow to fund operations, capital expenditures and future business opportunities and execute our strategy;

- increasing our vulnerability to adverse economic, industry or competitive developments;

- exposing us to the risk of increased interest rates because, as of June 30, 2010, taking into consideration interest swap transactions, approximately 11% of EFH Corp.'s long-term borrowings were at variable rates of interest;    **F**

- limiting our ability to make strategic acquisitions or causing us to make non-strategic divestitures;

- limiting our ability to obtain additional financing for working capital, capital expenditures, product development, debt service requirements, acquisitions and general corporate or other purposes, or to refinance existing debt;

- limiting our ability to adjust to changing market conditions; and

- placing us at a competitive disadvantage compared to competitors who are less highly leveraged and who therefore, may be able to take advantage of opportunities that we cannot due to our substantial leverage.

A substantial amount of this indebtedness is comprised of EFH Corp.'s indebtedness under the TCEH Senior Secured Facilities, substantially all of which matures in October 2014. EFH Corp. may not be able to refinance the TCEH Senior Secured Facilities or its other existing indebtedness because of its high levels of debt and debt incurrence restrictions under its debt agreements or because of generally adverse conditions in credit markets.

In addition, future transactions and initiatives that we continuously contemplate and may pursue may have significant effects on our business, capital structure, liquidity and/or results of operations. For example, in addition to the exchange offers contemplated hereby, we have and may continue to pursue, from time to time, transactions and initiatives of various types, including, without limitation, other exchange transactions, debt repurchases, equity or debt issuances, asset sales, joint ventures, recapitalizations, business combinations and other strategic transactions. There can be no guarantee that any of such transactions or initiatives would ultimately be successful or produce the desired outcome, which could ultimately affect us in a material and adverse manner. Moreover, the effects of any of these transactions or initiatives could be material and adverse to holders of our debt and could be disproportionate, and directionally different, with respect to one class or type of debt than with respect to others.

> ***Despite our current high indebtedness level, we may still be able to incur substantially more indebtedness. This could further exacerbate the risks associated with our substantial indebtedness.***

We may be able to incur additional indebtedness in the future. Although our debt agreements contain restrictions on the incurrence of additional indebtedness, these restrictions are subject to a number of significant qualifications and exceptions, and under certain circumstances, the amount of indebtedness, including secured indebtedness, that could be incurred in compliance with these restrictions could be substantial. The indenture for the New EFIH Senior Secured Notes will allow EFH Corp. and EFIH to incur up to an aggregate of $4.0 billion of debt, including the EFH Corp. 9.75% Notes, the EFH Corp. 10.000% Notes, the EFIH 9.75% Notes and the New EFIH Senior Secured Notes, secured by a first-priority security interest in the Collateral, and a substantial amount of additional indebtedness, which additional indebtedness may be secured by a junior-priority security

55

Confidential

EFIHMW00143783

**PX 127**
**Page 16 of 32**

improvements to service and reliability. Furthermore, there can be no guarantee that Oncor's capital investments, including its approximate $1.3 billion investment (based on April 2008 ERCOT cost estimates for CREZ construction projects) associated with projects to construct CREZ-related transmission lines and facilities will ultimately be recoverable through rates or, if recovered, that they will be recovered on a timely basis. With the construction of these projects, it is likely Oncor will incur additional material amounts of debt. In addition, Oncor may incur additional material amounts of debt in connection with other investments in infrastructure or technology. For more information regarding the limitation on recovering the value of investments using rates, see "Management's Discussion and Analysis of Financial Condition and Results of Operations as of and for the Year Ended December 31, 2009—Key Risks and Challenges" included in Annex C to this Prospectus and EFIH and its subsidiaries' historical consolidated financial statements for the year ended December 31, 2009 and the three and six months ended June 30, 2010 and related notes that are included elsewhere in this Prospectus. There can also be no assurance that the PUCT's award of CREZ construction projects will not be delayed, modified or otherwise vacated through judicial or administrative actions. Three of the CREZ construction projects awarded to Oncor are located in CREZs that are currently subject to a PUCT proceeding that may, if the PUCT determines there is not sufficient financial commitment from the generators of renewable energy for the projects, result in the PUCT delaying the filing of CREZ Certificates of Convenience and Necessity applications. The estimated cost of these construction projects is $380 million. See "Management's Discussion and Analysis of Financial Condition and Results of Operations as of and for the Three and Six Months Ended June 30, 2010—Regulation and Rates" included in Annex C in this Prospectus for more information regarding this proceeding.

### *Market volatility may have impacts on Oncor's business and financial condition that Oncor currently cannot predict.*

Because its operations are capital intensive, Oncor expects to rely over the long term upon access to financial markets as a significant source of liquidity for capital requirements not satisfied by cash-on-hand, operating cash flows or its revolving credit facility. Recently, the capital and credit markets have experienced extreme volatility and disruption. Oncor's ability to access the capital or credit markets may be severely restricted at a time when Oncor would like, or needs, to access those markets, which could have an impact on Oncor's flexibility to react to changing economic and business conditions. In addition, the cost of debt financing may be materially and adversely impacted by these market conditions. Even if Oncor is able to obtain debt financing, it may be unable to recover in rates some or all of the costs of such debt financing as a result of its agreement with the PUCT that it will, in rate cases initiated prior to December 31, 2012, support a cost of debt that will be based on the then-current cost of debt of electric utilities with investment grade credit ratings equal to Oncor's ratings as of October 1, 2007. Accordingly, there can be no assurance that the capital and credit markets will continue to be a reliable or acceptable source of short-term or long-term financing for Oncor. Additionally, disruptions in the capital and credit markets could have a broader impact on the economy in general in ways that could lead to reduced electricity usage, which could have a negative impact on Oncor's revenues, or could have an impact on Oncor's customers, causing them to fail to meet their obligations to Oncor.

### E. *Oncor's revenues are concentrated in a small number of customers, and any delay or default in payment could adversely affect its cash flows, financial condition and results of operations.*

Oncor's revenues from the distribution of electricity are collected from 80 retail electric providers, including TXU Energy (a subsidiary of TCEH), that sell the electricity Oncor distributes to their customers. Distribution revenues from TCEH represented and 37% of Oncor's total revenues for the year ended December 31, 2009 and the six months ended June 30, 2010, respectively. Adverse economic conditions, structural problems in the market served by ERCOT or financial difficulties of one or more retail electric providers could impair the ability of these retail providers to pay for Oncor's services or could cause them to delay such payments. Oncor depends on these retail electric providers to timely remit these revenues to Oncor. Oncor could experience delays or defaults in payment from these retail electric providers, which could adversely affect Oncor's cash flows, financial condition and results of operations. Due to the commitments made to the PUCT in connection with the

Confidential

EFIHMW00143799

EFIHMW00143783

- economic weakness in the ERCOT market;
- changes in interest rates;
- a deterioration of Oncor's credit or a reduction in Oncor's credit ratings;
- a deterioration of the credit of EFH Corp., the Offeror or their other subsidiaries or a reduction in the credit ratings of EFH Corp., the Offeror or their other subsidiaries that is perceived to potentially have an adverse impact on Oncor despite the ring-fencing of the Oncor Ring-Fenced Entities from the Texas Holdings Group;
- a material breakdown in Oncor's risk management procedures; and
- the occurrence of changes in Oncor's businesses that restrict its ability to access its credit facility or the capital markets.

Oncor's primary source of liquidity aside from operating cash flows is its ability to borrow under its revolving credit facility. The facility contains a debt-to-capital ratio covenant that effectively limits Oncor's ability to incur indebtedness in the future. As of June 30, 2010, Oncor was in compliance with such covenant. The credit facility and the senior notes issued by Oncor are secured by a deed of trust, which permits Oncor to secure other indebtedness with the lien of the deed of trust up to the aggregate of (i) the amount of available bond credits, and (ii) 85% of the fair value of certain property additions that could be certified to the deed of trust collateral agent. As of June 30, 2010, the available bond credits were approximately $1.296 billion and the amount of additional potential indebtedness that could be secured by property additions, subject to appraisal and a certification process, was $1.042 billion. In connection with the Merger, Oncor also committed to the PUCT that it would maintain a regulatory capital structure at or below the assumed debt-to-equity ratio established periodically by the PUCT for ratemaking purposes, which is currently set at 60% debt to 40% equity. As of June 30, 2010, Oncor is in compliance with such commitment.

### *The litigation environment in which Oncor operates poses a significant risk to its businesses.*

Oncor is involved in the ordinary course of business in a number of lawsuits involving employment, commercial, environmental and injuries and damages issues, among other matters. Judges and juries in the State of Texas have demonstrated a willingness to grant large verdicts, including punitive damages, to plaintiffs in personal injury, property damage and business tort cases. Oncor uses appropriate means to contest litigation threatened or filed against it, but the litigation environment in the State of Texas poses a significant business risk.

### *The allocated costs of providing pension and OPEB and related funding requirements are subject to changes in pension fund values, changing demographics and fluctuating actuarial assumptions and may have a material adverse effect on Oncor's results of operations and financial condition.*

Oncor is a participating employer in the pension plan sponsored by EFH Corp. and offers pension benefits based on either a traditional defined benefit formula or a cash balance formula. Oncor also participates in health care and life insurance benefit plans offered by EFH Corp. to eligible employees and their eligible dependents upon retirement of such employees from Oncor. Oncor's allocated costs of providing such benefits and related funding requirements are dependent upon numerous factors, assumptions and estimates and are subject to changes in these factors, assumptions and estimates, including the market value of the assets funding EFH Corp.'s pension and OPEB plans. Benefits costs and related funding requirements are also subject to changing employee demographics (including but not limited to age, compensation levels and years of accredited service), the level of contributions made to retiree plans, expected and actual earnings on plan assets and the discount rates used in determining the projected benefit obligation. Changes made to the provisions of the plans may also impact current and future benefit costs. Fluctuations in actual market returns as well as changes in general interest rates may result in increased or decreased benefit costs in future periods.

The substantial dislocation in the financial markets that began in 2008 caused the value of the investments that fund EFH Corp.'s pension and OPEB plans to significantly differ from, and may alter the values and

76

Confidential

## CAPITALIZATION

**EFH Corp.**

The following table sets forth as of June 30, 2010, EFH Corp.'s cash and cash equivalents and capitalization of EFH Corp. and certain of its subsidiaries:

(1) on an actual basis;

(2) on an as adjusted basis to give effect to repurchases and exchanges of EFH Corp.'s and its subsidiaries' notes since June 30, 2010 described in this Prospectus under "Summary—Recent Developments" and under "Debt Related Activity in 2010 – 2010 Debt Exchanges and Repurchases" in Note 6 to EFH Corp.'s unaudited historical interim condensed consolidated financial statements and related notes for the three and six months ended June 30, 2010 included elsewhere in this Prospectus; and

(3) on an adjusted basis to give effect to the completion of the exchange offers, assuming 99.51% participation in the exchange offers at or prior to the Early Tender Date, no subsequent withdrawals, no participation in the exchange offers after the Early Tender Date and the proration resulting therefrom.

| | Actual | As Adjusted | As Further Adjusted (a) |
|---|---|---|---|
| | | (millions of dollars) | |
| Cash and cash equivalents | $ 1,211 | $ 1,204 | $ 665 |
| **Debt:** | | | |
| EFH Corp.: | | | |
| 5.55% Series P Senior Notes due 2014 | 983 | 434 | 434 |
| 6.50% Series Q Senior Notes due 2024 | 740 | 740 | 740 |
| 6.55% Series R Senior Notes due 2034 | 744 | 744 | 744 |
| 10.875% Senior Notes due 2017 | 1,812 | 1,787 | 359 |
| 11.250%/12.000% Senior Toggle Notes due 2017 | 2,758 | 2,705 | 539 |
| 9.75% Senior Secured Notes due 2019 | 115 | 115 | 115 |
| 10.000% Senior Secured Notes due 2020 | 606 | 1,061 | 1,061 |
| Capital lease obligations | 7 | 7 | 7 |
| Unamortized fair value discount | (569) | (493) | (493) |
| Total EFH Corp. debt | 7,196 | 7,100 | 3,506 |
| EFIH: (b) | | | |
| 9.75% Senior Secured Notes due 2019 | 141 | 141 | 141 |
| 10.000% Senior Secured Notes due 2020 offered hereby | — | — | 2,180 |
| Unamortized discount on New EFIH Senior Secured Notes | — | — | — |
| Total EFIH debt | 141 | 141 | 2,321 |
| EFCH: (c) | | | |
| Secured debt | 89 | 89 | 89 |
| Unsecured debt | 9 | 9 | 9 |
| Total EFCH debt | 98 | 98 | 98 |
| TCEH: | | | |
| TCEH Senior Secured Facilities | 22,016 | 22,016 | 22,016 |
| TCEH Notes | 4,689 | 4,668 | 4,668 |
| TCEH Toggle Notes | 2,007 | 2,007 | 2,007 |
| Other secured debt (d) | 280 | 280 | 280 |
| Other unsecured debt | 1,400 | 1,400 | 1,400 |
| Total TCEH debt | 30,392 | 30,371 | 30,371 |
| Debt of Other Subsidiaries: | | | |
| Secured debt (e) | 87 | 87 | 87 |
| Total consolidated debt | 37,914 | 37,797 | 36,383 |
| EFH Corp. shareholders' equity | (3,269) | (3,203) | (2,656) |
| Noncontrolling interest in subsidiaries | 61 | 61 | 61 |
| Total capitalization | $34,706 | $34,655 | $33,788 |

(a) The adjustment to cash and cash equivalents reflects the Total Cash Consideration, consent fees and estimated issuance costs related to the transaction. EFH Corp. shareholders' equity reflects an estimated $547 million after tax gain on the transaction. Amounts do not reflect accrued and unpaid interest on the Old Cash-Pay Notes, which is expected to total approximately $47 million.

(b) Excludes the push down effects of EFIH's guarantees of the Old Notes, the EFH Corp. 9.75% Notes and the EFH Corp. 10.000% Notes.

(c) Excludes the push down effects of EFCH's guarantees of the Old Notes, the EFH Corp. 9.75% Notes and the EFH Corp. 10.000% Notes.

(d) Includes $158 million of funding under the accounts receivable securitization program.

(e) Consists of a building finance lease.

80

EFIHMW00143801

EFIHMW00143783

**PX 127**
**Page 19 of 32**

**EFIH**

The following table sets forth as of June 30, 2010, EFIH's cash and cash equivalents and capitalization of EFIH and certain of its subsidiaries:

(1) on an actual basis;

(2) on an as adjusted basis to give effect to repurchases and exchanges of EFH Corp.'s and its subsidiaries' notes since June 30, 2010 described in this Prospectus under "Summary—Recent Developments" and under "Debt Related Activity in 2010 – 2010 Debt Exchanges and Repurchases" in Note 3 to EFIH's unaudited historical interim condensed consolidated financial statements and related notes for the three and six months ended June 30, 2010 included elsewhere in this Prospectus; and

(3) on an adjusted basis to give effect to the completion of the exchange offers, assuming 99.51% participation in the exchange offers at or prior to the Early Tender Date, no subsequent withdrawals, no participation in the exchange offers after the Early Tender Date and the proration resulting therefrom.

| | Actual | As Adjusted | As Further Adjusted (a) |
|---|---|---|---|
| | | (millions of dollars) | |
| Cash and cash equivalents | $ 83 | $ 83 | $ 55 |
| **Debt:** | | | |
| **EFIH:** | | | |
| 10.875% EFH Corp. Senior Notes due 2017 (b) | 906 | 894 | 180 |
| 11.250%/12.000% EFH Corp. Senior Toggle Notes due 2017 (b) | 1,379 | 1,352 | 269 |
| 9.75% EFH Corp. Senior Secured Notes due 2019 (b) | 57 | 57 | 57 |
| 10.000% EFH Corp. Senior Secured Notes due 2020 (b) | 92 | 328 | 328 |
| 9.75% Senior Secured Notes due 2019 | 141 | 141 | 141 |
| 10.000% Senior Secured notes due 2020 offered hereby | — | — | 2,180 |
| Unamortized discount on 10.000% Senior Secured Notes due 2020 offered hereby | — | — | — |
| Total consolidated debt | 2,575 | 2,772 | 3,155 |
| Total membership interest (c) | 3,087 | 2,890 | 5,217 |
| Total capitalization | $5,662 | $5,662 | $8,372 |

(a) The adjustment to cash and cash equivalents reflects the estimated issuance costs related to the transaction. The 10.875% EFH Corp. Senior Notes and 11.250%/12.000% EFH Corp. Senior Toggle Notes reflect the push down effects of the acquired debt (50% of book value), which is guaranteed by EFIH. Total membership interest reflects the push down effects of the acquired debt and a $500 million cash contribution from EFH Corp. to fund the Total Cash Consideration.
(b) Represents 50% of the principal amount of EFH Corp. debt guaranteed by EFIH (pushed-down debt), as discussed in Note 3 to EFIH's historical condensed consolidated financial statements for the three and six months ended June 30, 2010 included elsewhere in this Prospectus.
(c) "As Adjusted" amount includes push down effects (arising from the EFIH guarantee) of the retirement of Old Notes and the issuance of EFH Corp. 10.000% Notes.

81

EFIHMW00143783
**PX 127**
**Page 20 of 32**

THE TRANSACTIONS

**The Merger**

On October 10, 2007, the Merger occurred. Upon the effectiveness of the Merger, each share of EFH Corp. common stock outstanding immediately prior to the Merger (other than shares held by EFH Corp. or any of its subsidiaries or Texas Holdings or any of its subsidiaries, including Merger Sub, in each case not held on behalf of third parties, or shares held by holders who properly exercised their rights of dissent and appraisal under Texas law) was cancelled and converted into the right to receive $69.25 in cash, without interest and less any applicable withholding taxes.

**Equity Contributions**

At the closing of the Merger, Texas Holdings received an aggregate equity investment of approximately $8.3 billion. Investment funds affiliated with the Sponsor Group, or their respective assignees, contributed approximately $5.1 billion to Texas Holdings. The Sponsor Group consists of investment funds associated with or designated by KKR, TPG and Goldman Sachs who, along with certain other co-investors, own EFH Corp. through Texas Holdings, with the Sponsor Group controlling Texas Holdings' general partner, Texas Energy Future Capital Holdings LLC. In addition, Citigroup Global Markets Inc., a Dealer Manager with respect to the exchange offers and a solicitation agent with respect to the consent solicitation, and Morgan Stanley & Co. Incorporated, or their respective affiliates, each made equity investments of approximately $250 million in Texas Holdings. The Sponsor Group obtained approximately $2.3 billion in equity investments from other existing investors in KKR's and TPG's private equity funds and other third party investors. Following the closing of the Merger and as of the date of this Prospectus, the Sponsor Group owned approximately 62% of the limited partnership units issued by Texas Holdings in connection with the Merger.

The equity contributions by the Sponsor Group and the Investors are referred to in this Prospectus as the "Equity Contributions."

**Debt Financing**

In connection with the Merger, in addition to the Equity Contributions described above, EFH Corp. and/or its subsidiaries entered into the following debt financing arrangements, in each case, arranged by a consortium of arrangers and bookrunners:

- The TCEH Senior Secured Facilities, which are guaranteed by EFCH and subsidiaries of TCEH;

- a $6.75 billion senior unsecured interim loan facility of TCEH (the "TCEH Senior Interim Facility"), which was used to fund the Merger and related transactions; and

- a $4.5 billion senior unsecured interim loan facility of EFH Corp. (the "EFH Senior Interim Facility"), which was used to fund the Merger and related transactions.

In October and December 2007, TCEH and TCEH Finance, Inc. issued $6.75 billion aggregate principal amount of the TCEH Notes in two private offerings. The proceeds from the offerings of the TCEH Notes, along with cash on hand, were used by TCEH to repay in full the TCEH Senior Interim Facility.

In October 2007, EFH Corp. issued the Old Notes in a private offering. The proceeds from the offering of the Old Notes, along with cash on hand, were used by EFH Corp. to repay in full the EFH Senior Interim Facility.

We refer to the above, collectively, as the "Debt Financing."

Concurrently with the transactions described above, Oncor entered into a $2.0 billion senior revolving credit facility (the "Oncor Revolving Credit Facility"), which may be increased by up to $500 million, subject to certain conditions, which is being used by Oncor for working capital and for other general corporate purposes. No

82

Confidential

borrowers and guarantors under such financing documents. Lenders under the TCEH Senior Secured Facilities and the holders of the EFH Corp. 10.000% Notes, the EFH Corp. 9.75% Notes, the EFIH 9.75% Notes, the Old Notes and the TCEH senior notes also agreed, and the future holders of such notes will agree, by acceptance of such notes, that they will not initiate any bankruptcy or similar proceeding against Oncor Holdings or its subsidiaries and that Oncor Holdings and its subsidiaries are entitled to enforce this non-petition covenant. In addition, holders of New EFIH Senior Secured Notes, by acceptance of such notes, will acknowledge the legal separateness of Oncor and its subsidiaries from the Offeror under such financing documents. Holders of New EFIH Senior Secured Notes, by acceptance of such notes, will also agree that they will not initiate any bankruptcy or similar proceeding against Oncor Holdings or its subsidiaries and that Oncor Holdings and its subsidiaries are entitled to enforce this non-petition covenant.

**Sale of Noncontrolling Interests in Oncor**



In November 2008, Oncor issued and sold additional equity interests to Texas Transmission for $1.254 billion in cash. At the closing of the sale, Oncor also offered and sold additional equity interests to Oncor Management Investment LLC, an entity owned by certain members of Oncor's management, for the same price per unit of equity interest paid by Texas Transmission. Accordingly, the equity issuances resulted in EFH Corp. and EFIH indirectly owning 80.04% of Oncor, certain members of Oncor management indirectly owning 0.21% of Oncor and Texas Transmission owning 19.75% of Oncor.

The investor rights agreement dated as of November 5, 2008, by and among Oncor, Oncor Holdings, Texas Transmission, EFH Corp. and any other persons that subsequently become a party thereto (the "Investor Rights Agreement") governs certain rights of certain members of Oncor and EFH Corp. arising out of their direct or indirect ownership of Oncor membership interests, including, without limitation, transfers of Oncor membership interests and restrictions thereon. Among other transfer restrictions, the Investor Rights Agreement provides that, prior to the earlier of the completion of a qualified initial public offering or seven years from the date of the Investor Rights Agreement, Texas Transmission may transfer its Oncor membership interests only to certain permitted transferees or with the prior approval of Oncor Holdings. Following such time period, Texas Transmission may transfer its Oncor membership interests under a registration statement or pursuant to applicable securities laws. The Investor Rights Agreement also grants Texas Transmission certain "tag-along" rights in relation to certain sales, transfers or pledges of Oncor membership interests by Oncor Holdings or indirectly by EFH Corp. or its subsidiaries. Subject to certain conditions, these "tag-along" rights allow Texas Transmission to transfer a pro-rata portion of its Oncor membership interests in the event of a transfer of Oncor membership interests by Oncor Holdings or indirectly by EFH Corp. or its subsidiaries on the same terms as Oncor Holdings, EFH Corp. or a subsidiary of EFH Corp. would receive for the Oncor membership interests. The agreement further provides that under certain offerings of equity securities occurring before an initial public offering of Oncor, Texas Transmission and Oncor Holdings will receive preemptive rights to purchase their pro-rata share of the equity securities to be sold pursuant to such offerings. The Investor Rights Agreement also provides EFH Corp. with a right of first refusal to purchase any Oncor membership interests to be sold in a permitted sale by Texas Transmission or its permitted transferees.

Additionally, Texas Holdings, EFH Corp., certain of EFH Corp.'s subsidiaries and Oncor Holdings have certain "drag-along" rights in relation to offers from third-parties to purchase their directly or indirectly owned membership interests in Oncor, where the resulting sale would constitute a change of control of Oncor. These "drag-along" rights compel Texas Transmission and all other members of Oncor to sell or otherwise transfer their membership interests in Oncor on substantially the same terms as Texas Holdings, EFH Corp., the EFH Corp. subsidiary or Oncor Holdings (as applicable). Pursuant to the Investor Rights Agreement, all members of Oncor that have entered into such agreement must cooperate with Oncor in connection with an initial public offering of Oncor.

84

Confidential

## SELECTED HISTORICAL CONSOLIDATED FINANCIAL DATA FOR EFH CORP. AND ITS SUBSIDIARIES

The following table sets forth our selected historical consolidated financial data as of and for the periods indicated. The selected historical financial data as of December 31, 2009 and 2008 (Successor) and for the years ended December 31, 2009 and 2008 (Successor), the period from October 11, 2007 through December 31, 2007 (Successor), the period from January 1, 2007 through October 10, 2007 (Predecessor) have been derived from our audited historical consolidated financial statements and related notes included elsewhere in this Prospectus. The historical financial data as of December 31, 2007 (Successor), 2006 (Predecessor) and 2005 (Predecessor) and for the years ended December 31, 2006 and 2005 (Predecessor) have been derived from our audited historical consolidated financial statements that are not included in this Prospectus. The "Predecessor" period reflects the period prior to the Merger, which occurred on October 10, 2007. The historical financial data as of June 30, 2010 and for the six months ended June 30, 2010 and 2009 have been derived from our unaudited historical interim condensed consolidated financial statements and related notes included elsewhere in this Prospectus. In EFH Corp.'s opinion, such unaudited interim financial data reflects all adjustments, consisting of normal recurring accruals, necessary for the fair presentation of the results for those periods. The results of operations for the interim periods, for seasonal and other factors, are not necessarily indicative of the results to be expected for the full year or any future period.

The selected historical consolidated financial data should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations as of and for the Year Ended December 31, 2009" and "Management's Discussion and Analysis of Financial Condition and Results of Operations as of and for the Three and Six Months Ended June 30, 2010," each included in Annex B to this Prospectus, and our historical consolidated financial statements and related notes that are included elsewhere in this Prospectus.

| | Successor | | | Predecessor | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Year Ended December 31, | | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, | |
| | 2009 | 2008 | | | 2006 | 2005 |
| | (millions of dollars, except ratios) | | | | | |
| Operating Revenues . . . . . . . . . . . . . . . . . | $9,546 | $11,364 | $ 1,994 | $8,044 | $10,703 | $10,826 |
| Income (loss) from continuing operations before extraordinary loss and cumulative effect of changes in accounting principles . . . . . . . . . . . . . . . . . . . . . . . . | 408 | (9,998) | (1,361) | 699 | 2,465 | 1,775 |
| Income from discontinued operations, net of tax effect . . . . . . . . . . . . . . . . . . . . . . | — | — | 1 | 24 | 87 | 5 |
| Extraordinary loss, net of tax effect . . . . . . | — | — | — | — | — | (50) |
| Cumulative effect of changes in accounting principles, net of tax effect . . . . . . . . . . . | — | — | — | — | — | (8) |
| Preference stock dividends . . . . . . . . . . . . . | — | — | — | — | — | 10 |
| Net income (loss) . . . . . . . . . . . . . . . . . . . . | 408 | (9,998) | (1,360) | 723 | 2,552 | 1,712 |
| Net income (loss) attributable to noncontrolling interests . . . . . . . . . . . . . . | (64) | 160 | — | | | |
| Net income (loss) attributable to EFH Corp. . . . . . . . . . . . . . . . . . . . . . . . | 344 | (9,838) | (1,360) | 723 | 2,552 | 1,712 |
| Ratio of earnings to fixed charges (a) . . . . . | 1.24 | — | — | 2.30 | 5.11 | 3.80 |
| Ratio of earnings to combined fixed charges and preference dividends (a) . . . . | 1.24 | — | — | 2.30 | 5.11 | 3.74 |
| Embedded interest cost on long-term debt—end of period (b) . . . . . . . . . . | 7.2% | 9.2% | 9.5% | 6.5% | 6.6% | 6.3% |
| Capital expenditures, including nuclear fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $2,545 | $ 3,015 | $ 716 | $2,542 | $ 2,337 | $ 1,148 |

85

| | Successor | | | Predecessor | |
|---|---|---|---|---|---|
| | December 31, | | | December 31, | |
| | **2009** | **2008** | **2007** | **2006** | **2005** |
| | (millions of dollars, except ratios) | | | | |
| Total assets—end of year | $59,662 | $59,263 | $64,804 | $27,216 | $27,978 |
| Property, plant & equipment—net—end of year | $30,018 | $29,522 | $28,650 | $18,569 | $17,006 |
| Goodwill and intangible assets—end of year | $17,192 | $17,379 | $27,319 | $    729 | $    728 |
| **Capitalization—end of year** | | | | | |
| Equity-linked debt securities | $    — | $    — | $    — | $    — | $    179 |
| All other long-term debt, less amounts due currently | 41,440 | 40,838 | 38,603 | 10,631 | 11,153 |
| Preferred stock of subsidiaries (not subject to mandatory redemption) (c) | | | | | |
| EFH Corp. common stock equity | (3,247) | (3,673) | 6,685 | 2,140 | 475 |
| Noncontrolling interests in subsidiaries | 1,411 | 1,355 | | | |
| Total | $39,604 | $38,520 | $45,288 | $12,771 | $11,807 |
| **Capitalization ratios—end of year** | | | | | |
| Equity-linked debt securities | — % | — % | — % | — % | 1.5% |
| All other long-term debt, less amounts due currently | 104.6 | 106.0 | 85.2 | 83.2 | 94.5 |
| Preferred stock of subsidiaries (c) | | | | | |
| EFH Corp. common stock equity | (8.2) | (9.5) | 14.8 | 16.8 | 4.0 |
| Noncontrolling interests in subsidiaries | 3.6 | 3.5 | | | |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Short-term borrowings—end of year | $ 1,569 | $ 1,237 | $ 1,718 | $ 1,491 | $    798 |
| Long-term debt due currently—end of year | $    417 | $    385 | $    513 | $    485 | $ 1,250 |

(a) Fixed charges exceeded "earnings" (net loss) by $10.469 billion and $2.034 billion for the year ended December 31, 2008 and for the period from October 11, 2007 through December 31, 2007, respectively.

(b) Represents the annual interest using year-end rates for variable rate debt and reflecting the effects of interest rate swaps (excluding unrealized mark-to-market gains or losses) and amortization of any discounts, premiums, issuance costs and any deferred gains/losses on reacquisitions divided by the carrying value of the debt plus or minus the unamortized balance of any discounts, premiums, issuance costs and gains/losses on reacquisitions at the end of the year.

(c) Preferred stock outstanding at the end of 2008, 2007, 2006 and 2005 has a stated amount of $51 thousand. There was no outstanding preferred stock at the end of 2009.

Note: Although EFH Corp. continued as the same legal entity after the Merger, its "Selected Historical Consolidated Financial Data" for periods preceding the Merger and for periods succeeding the Merger are presented as the consolidated financial statements of the "Predecessor" and the "Successor," respectively. See "Basis of Presentation in Note 1 to EFH Corp.'s historical consolidated financial statements for the year ended December 31, 2009. The consolidated financial statements of the Successor reflect the application of "purchase accounting." Results for 2008 were significantly impacted by impairment charges related to goodwill, trade name and emission allowances intangible assets and natural gas-fueled generation facilities. Results for 2010 reflect the prospective adoption of amended guidance regarding consolidation accounting standards related to variable interest entities that resulted in the deconsolidation of Oncor Holdings as discussed in Note 3 to EFH Corp.'s historical condensed consolidated financial statements for the three and six months ended June 30, 2010 included elsewhere in this Prospectus and amended guidance regarding transfers of financial assets that resulted in the accounts receivable securitization program no longer being accounted for as a sale of accounts receivable and the funding under the program now reported as short-term borrowings as discussed in Note 5 to EFH Corp.'s historical condensed consolidated financial statements for the three and six months ended June 30, 2010 included elsewhere in this Prospectus.

86

EFIHMW00143783

**PX 127**
**Page 24 of 32**

|  | Successor | |
|---|---|---|
|  | Six Months Ended June 30, 2010 | Six Months Ended June 30, 2009 |
|  | (millions of dollars, except ratios) | |
| Operating revenues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $3,992 | $4,481 |
| Net income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ (71) | $ 315 |
| Net income attributable to noncontrolling interests . . . . . . . . . . . . . . . . . . . . . . . . | $ — | $ (28) |
| Net income (loss) attributable to EFH Corp. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ (71) | $ 287 |
| Ratio of earnings to fixed charges (a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 1.47 |
| Ratio of earnings to combined fixed charges and preference dividends (a) . . . . . . . . | — | 1.47 |
| Capital expenditures, including nuclear fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 637 | $1,364 |

|  | Successor |
|---|---|
|  | June 30, 2010 |
|  | (millions of dollars, except ratios) |
| Total assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $51,042 |
| Property, plant & equipment—net . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $20,770 |
| Goodwill and intangible assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $12,765 |
| Capitalization | |
|     Long-term debt, less amounts due currently . . . . . . . . . . . . . . . . . . . . . . . . . . . | $36,768 |
|     EFH Corp. shareholders' equity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (3,269) |
|     Noncontrolling interests in subsidiaries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 61 |
|         Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $33,560 |
| Capitalization ratios | |
|     Long-term debt, less amounts due currently . . . . . . . . . . . . . . . . . . . . . . . . . . . | 109.5% |
|     EFH Corp. shareholders' equity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (9.7) |
|     Noncontrolling interests in subsidiaries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.2 |
|         Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 100.0% |
| Short-term borrowings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 893 |
| Long-term debt due currently . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 253 |
| Embedded interest cost on long-term debt—end of period (b) . . . . . . . . . . . . . . . . | 5.2% |

(a)  Fixed charges exceeded earnings by $141 million for the six months ended June 30, 2010.
(b)  Represents the annual interest using end of period rates for variable rate debt and reflecting the effects of interest rate swaps (excluding unrealized mark-to-market gains or losses) and amortization of any discounts, premiums, issuance costs and any deferred gains/losses on reacquisitions divided by the carrying value of the debt plus or minus the unamortized balance of any discounts, premiums, issuance costs and gains/losses on reacquisitions at the end of the period.

**Quarterly Information (unaudited)**

    Results of operations by quarter are summarized below. In the opinion of EFH Corp., all adjustments (consisting of normal recurring accruals) necessary for a fair statement of such amounts have been made. Quarterly results are not necessarily indicative of a full year's operations because of seasonal and other factors. All amounts are in millions of dollars.

87

Confidential

EFIHMW00143807

EFIHMW00143783

**PX 127**
**Page 25 of 32**

**2010:**

| | Successor | |
|---|---|---|
| | First Quarter | Second Quarter |
| Operating revenues | $1,999 | $1,993 |
| Net income (loss) | 355 | (426) |
| Net income (loss) attributable to EFH Corp. | $ 355 | $ (426) |

B

**2009:**

| | Successor | | | |
|---|---|---|---|---|
| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
| Operating revenues | $ 2,139 | $ 2,342 | $2,885 | $ 2,180 |
| Net income (loss) | 454 | (139) | (54) | 147 |
| Net loss attributable to noncontrolling interests | (12) | (16) | (26) | (10) |
| Net income (loss) attributable to EFH Corp. | $ 442 | $ (155) | $ (80) | $ 137 |

B   D

**2008:**

| | Successor | | | |
|---|---|---|---|---|
| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
| Operating revenues | $ 2,354 | $ 2,951 | $3,695 | $ 2,364 |
| Net income (loss) | (1,269) | (3,331) | 3,617 | (9,015) |
| Net loss attributable to noncontrolling interests | — | — | — | 160 |
| Net income (loss) attributable to EFH Corp. | $(1,269) | $(3,331) | $3,617 | $(8,855) |

B   D

88

EFIHMW00143808

EFIHMW00143783

## SELECTED HISTORICAL CONSOLIDATED FINANCIAL DATA FOR
## EFIH AND ITS SUBSIDIARIES

The following table sets forth EFIH and its subsidiaries' selected historical consolidated financial data as of and for the periods indicated. The selected historical financial data as of December 31, 2009 and 2008 (Successor) and for the years ended December 31, 2009 and 2008 (Successor), the period from October 11, 2007 through December 31, 2007 (Successor) and the period from January 1, 2007 through October 10, 2007 (Predecessor) have been derived from EFIH and its subsidiaries' audited historical consolidated financial statements and related notes included elsewhere in this Prospectus. The historical financial data as of December 31, 2009 (Successor) reflects Oncor accounted for under the equity method. The historical financial data as of December 31, 2006 (Predecessor) and 2005 (Predecessor) and for the years ended December 31, 2006 and 2005 (Predecessor) reflect Oncor accounted for under the equity method; EFIH was formed at the time of the Merger, and its predecessor is Oncor. The historical financial data as of June 30, 2010 and for the six months ended June 30, 2010 and 2009 have been derived from EFIH and its subsidiaries' unaudited historical interim condensed consolidated financial statements and related notes included elsewhere in this Prospectus. In EFIH's opinion, such unaudited interim financial data reflects all adjustments, consisting of normal recurring accruals, necessary for the fair presentation of the results for those periods. The results of operations for the interim periods, for seasonal and other factors, are not necessarily indicative of the results to be expected for the full year or any future period.

The selected historical consolidated financial data should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations as of and for the Year Ended December 31, 2009" and "Management's Discussion and Analysis of Financial Condition and Results of Operations as of and for the Three and Six Months Ended June 30, 2010," each included in Annex C to this Prospectus, and our historical consolidated financial statements and related notes that are included elsewhere in this Prospectus.

| | Successor (a) | | | Predecessor (a) | | |
|---|---|---|---|---|---|---|
| | Year Ended December 31, | | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, | |
| | 2009 | 2008 | | | 2006 | 2005 |
| | (millions of dollars, except ratios) | | | | | |
| Income (loss) before income taxes and equity in earnings of unconsolidated subsidiary | $(275) | $(260) | $ (68) | $— | $— | $— |
| Equity in earnings (losses) of unconsolidated subsidiary (net of tax) (b) | 256 | (323) | 64 | 263 | 344 | 351 |
| Net income (loss) | 74 | (495) | 19 | 263 | 344 | 351 |
| Ratio of earnings to fixed charges (c) | — | 1.27 | — | — | — | — |
| Embedded interest cost on long-term debt—end of period (d) | 11.4% | 11.6% | 11.6% | — | — | — |

(a) EFIH and Oncor Holdings were formed at the time of the Merger; consequently, Predecessor data represents Oncor presented under the equity method of accounting. The consolidated financial statements of the Successor reflect the application of purchase accounting.

(b) Amount in 2008 includes the effect of Oncor's $860 million goodwill impairment charge.

(c) Fixed charges exceeded earnings (net loss) by $59 million and $68 million for the year ended December 31, 2009 and for the period from October 11, 2007 through December 31, 2007, respectively. There were no fixed charges for the predecessor periods. For the year ended December 31, 2009 on a pro forma basis for the effects of the Exchange Offers, fixed charges would have exceeded earnings by $118 million.

(d) Represents the annual interest and amortization of any discounts, premiums, issuance costs and any deferred gains/losses on reacquisitions divided by the carrying value of the debt plus or minus the unamortized balance of any discounts, premiums, issuance costs and gains/losses on reacquisitions at the end of the year and excludes advances from affiliates.

89

EFIHMW00143809

| | Successor (a) | | | Predecessor (a) | |
| --- | --- | --- | --- | --- | --- |
| | December 31, | | | December 31, | |
| | 2009 | 2008 | 2007 | 2006 | 2005 |
| | (millions of dollars, except ratios) | | | | |
| Total assets—end of year | $5,577 | $5,363 | $7,732 | $2,975 | $2,935 |
| Capitalization—end of year | | | | | |
| Long-term debt (b) | $2,513 | $2,250 | $2,250 | $ — | $ — |
| Membership interest | 3,010 | 3,069 | 5,439 | 2,975 | 2,935 |
| Total | $5,523 | $5,319 | $7,689 | $2,975 | $2,935 |
| Capitalization ratios—end of year | | | | | |
| Long-term debt (b) | 45.5% | 42.3% | 29.3% | | |
| Membership interest | 54.5 | 57.7 | 70.7 | 100.0 | 100.0 |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

(a) EFIH and Oncor Holdings were formed at the time of the Merger; consequently, Predecessor data represents Oncor presented under the equity method of accounting. The consolidated financial statements of the Successor reflect the application of purchase accounting.

(b) Reflects push down of certain EFH Corp. (parent) debt due to EFIH's guarantee of the debt.

| | Successor | |
| --- | --- | --- |
| | Six Months Ended June 30, 2010 | Six Months Ended June 30, 2009 |
| Loss before income taxes and equity earnings of unconsolidated subsidiary | $(146) | $(137) |
| Equity in earnings of unconsolidated subsidiary (net of tax) | 122 | 112 |
| Net income | 25 | 21 |
| Ratio of earnings to fixed charges (a) | — | — |

| | Successor |
| --- | --- |
| | June 30, 2010 |
| | (millions of dollars, except ratios) |
| Total assets | $5,717 |
| Capitalization | |
| Long-term debt (b) | $2,575 |
| Membership interest | 3,087 |
| Total | $5,662 |
| Capitalization ratios | |
| Long-term debt (b) | 45.5% |
| Membership interest | 54.5 |
| Total | 100.0% |
| Embedded interest cost on long-term debt—end of period | 10.8% |

(a) Fixed charges exceeded earnings by $59 million and $79 million for the six months ended June 30, 2010 and 2009, respectively. For the six months ended June 30, 2010 on a pro forma basis for the effects of the Exchange Offers, fixed charges would have exceeded earnings by $79 million.

(b) Reflects push down of certain EFH Corp. (parent) debt due to EFIH's guarantee of the debt.



90

EFIHMW00143810

EFIHMW00143783

**Quarterly Information (unaudited)**

Results of operations by quarter are summarized below. In the opinion of EFIH, all adjustments (consisting of normal recurring accruals) necessary for a fair statement of such amounts have been made. Quarterly results are not necessarily indicative of a full year's operations because of seasonal and other factors. All amounts are in millions of dollars.

|  | Successor | |
|---|---|---|
|  | First Quarter | Second Quarter |
| **2010:** | | |
| Loss before income taxes and equity in earnings of unconsolidated subsidiary .............. | $(72) | $(73) |
| Equity in earnings of unconsolidated subsidiary (net of tax) ............................ | 63 | 59 |
| Net income ................................................................... | 15 | 11 |

|  | Successor | | | |
|---|---|---|---|---|
|  | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
| **2009:** | | | | |
| Loss before income taxes and equity earnings of unconsolidated subsidiary .................................................. | $(69) | $(69) | $(69) | $(68) |
| Equity in earnings of unconsolidated subsidiary (net of tax) .............. | 47 | 66 | 105 | 38 |
| Net income (loss) ........................................ | 1 | 20 | 59 | (6) |

|  | Successor | | | |
|---|---|---|---|---|
|  | First Quarter | Second Quarter | Third Quarter | Fourth Quarter (a) |
| **2008:** | | | | |
| Loss before income taxes and equity earnings of unconsolidated subsidiary .................................................. | $(66) | $(66) | $(63) | $ (65) |
| Equity in earnings of (losses) of unconsolidated subsidiary (net of tax) ................................................ | 85 | 85 | 139 | (632) |
| Net income (loss) ........................................ | 41 | 41 | 96 | (673) |

(a) Equity in earnings (losses) of unconsolidated subsidiary (net of tax) includes the effects of Oncor's $860 million goodwill impairment charge.

91

Confidential

Exhibit 12(a)

**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC (SUCCESSOR) AND
ONCOR ELECTRIC DELIVERY COMPANY LLC (PREDECESSOR)
COMPUTATION OF RATIO OF EARNINGS TO FIXED CHARGES**

| | Successor | | | Predecessor | | | |
|---|---|---|---|---|---|---|---|
| | **2009** | **2008** | **Period from October 11, 2007 through December 31, 2007** | **Period from January 1, 2007 through October 10, 2007** | **2006** | **2005** | |
| EARNINGS: | | | | | | | |
| Net loss before income taxes and equity in earnings of unconsolidated subsidiary | $(275) | $(260) | $    (68) | $ | $— | $— | |
| Add: Distributed income of equity investees | 216 | 330 | — | | 326 | 340 | |
| Fixed charges (see detail below) | 279 | 262 | 68 | | — | — | |
| Total earnings | $ 220 | $ 332 | $    — | $ | 326 | $340 | $— |
| | | | | | | | |
| FIXED CHARGES: | | | | | | | |
| Interest expense | $ 279 | $ 262 | $    68 | $ | — | $— | $— |
| Rentals representative of the interest factor | — | — | — | | — | — | |
| Total fixed charges | $ 279 | $ 262 | $    68 | $ | — | $— | $— |
| | | | | | | | |
| RATIO OF EARNINGS TO FIXED CHARGES (a) | 0.79 | 1.27 | — | — | | | |

(a)   Fixed charges exceeded earnings by $59 million and $68 million for the year ended December 31, 2009 and the period from October 11, 2007 through December 31, 2007, respectively.

| | Successor Six Months Ended June 30, | |
|---|---|---|
| | **2010** | **2009** |
| EARNINGS: | | |
| Net loss before income taxes and equity in earnings of unconsolidated subsidiary | $    (146) | $    (137) |
| Add: Distributed income of equity investees | 87 | 58 |
| Fixed charges (see detail below) | 150 | 137 |
| Total earnings | $    91 | $    58 |
| | | |
| FIXED CHARGES: | | |
| Interest expense | $    150 | $    137 |
| Rentals representative of the interest factor | — | — |
| Total fixed charges | $    150 | $    137 |
| | | |
| RATIO OF EARNINGS TO FIXED CHARGES (a) | 0.61 | 0.42 |

(a)   Fixed charges exceeded earnings by $59 million and $79 million for the six months ended June 30, 2010 and 2009, respectively.

EFIHMW00143812

Exhibit 12(b)

**ENERGY FUTURE HOLDINGS CORP.**
**COMPUTATION OF RATIO OF EARNINGS TO FIXED CHARGES,**
**AND RATIO OF EARNINGS TO COMBINED FIXED CHARGES AND PREFERENCE DIVIDENDS**

| | Successor | | | Predecessor | | |
|---|---|---|---|---|---|---|
| | **2009** | **2008** | **Period from October 11, 2007 Through December 31, 2007** | **Period from January 1, 2007 through October 10, 2007** | **2006** | **2005** |
| **EARNINGS:** | | | | | | |
| Income (loss) from continuing operations before extraordinary loss and cumulative effect of changes in accounting principles | $ 408 | $(9,998) | $ (1,361) | $ 699 | $2,465 | $1,775 |
| Add: Total federal income tax expense (benefit) | 367 | (471) | (673) | 309 | 1,263 | 632 |
| Fixed charges (see detail below) | 3,225 | 5,280 | 905 | 777 | 907 | 856 |
| Preferred dividends of subsidiaries | — | — | — | — | — | 3 |
| Total earnings (loss) | $4,000 | $(5,189) | $ (1,129) | $ 1,785 | $4,635 | $3,266 |
| **FIXED CHARGES:** | | | | | | |
| Interest expense | $3,190 | $ 5,246 | $ 899 | $ 750 | $ 877 | $ 817 |
| Rentals representative of the interest factor | 35 | 34 | 6 | 27 | 30 | 39 |
| Fixed charges deducted from earnings | 3,225 | 5,280 | 905 | 777 | 907 | 856 |
| Preferred dividends of subsidiaries (pretax) (a) | — | — | — | — | — | 4 |
| Total fixed charges | 3,225 | 5,280 | 905 | 777 | 907 | 860 |
| Preference dividends of registrant (pretax) | — | — | — | — | — | 14 |
| Fixed charges and preference dividends | $3,225 | $ 5,280 | $ 905 | $ 777 | $ 907 | $ 874 |
| **RATIO OF EARNINGS TO FIXED CHARGES (b)** | 1.24 | — | — | 2.30 | 5.11 | 3.80 |
| **RATIO OF EARNINGS TO COMBINED FIXED CHARGES AND PREFERENCE DIVIDENDS (b)** | 1.24 | — | — | 2.30 | 5.11 | 3.74 |

(a)  Preferred/preference dividends multiplied by the ratio of pretax income to net income.
(b)  Fixed charges and combined fixed charges and preference dividends exceeded earnings by $10.469 billion and $2.034 billion for the year ended December 31, 2008 and for the period from October 11, 2007 through December 31, 2007, respectively.

| | Successor | |
|---|---|---|
| | Six Months Ended June 30, | |
| | **2010** | **2009** |
| **EARNINGS:** | | |
| Net income (loss) before income taxes and equity in earnings of unconsolidated subsidiaries | $ (228) | $ 600 |
| Add: Distributed income of equity investees | 87 | — |
| Fixed charges (see detail below) | 2,136 | 1,290 |
| Preferred dividends of subsidiaries | — | — |
| Total earnings | $ 1,995 | $ 1,890 |
| **FIXED CHARGES:** | | |
| Interest expense | $ 2,120 | $ 1,273 |
| Rentals representative of the interest factor | 16 | 17 |
| Fixed charges deducted from earnings | 2,136 | 1,290 |
| Preferred dividends of subsidiaries (pretax) (a) | — | — |
| Total fixed charges | 2,136 | 1,290 |
| Preference dividends of registrant (pretax) | — | — |
| Fixed charges and preference dividends | $ 2,136 | $ 1,290 |
| **RATIO OF EARNINGS TO FIXED CHARGES** | 0.93 | 1.47 |
| **RATIO OF EARNINGS TO COMBINED FIXED CHARGES AND PREFERENCE DIVIDENDS** | 0.93 | 1.47 |

Confidential

EFIHMW00143813

EFIHMW00143783

(a)   Preferred/preference dividends multiplied by the ratio of pretax income to net income.

Confidential                                                                EFIHMW00143814