DEPOSITION EXHIBIT
Keglevic
141
GAIL F. SCHORR, C.S.R., C.R.R.

```
                              18,000
                             ( 4,200)
                              11,800

                            x    80%
                             ─────────
                              9,440
Pre Petition Cash             1,200
                             ─────────
                           − 10,640
Cost                          5,400
                              2,150
                                700
                             ─────────
                              11,700 (?)
                              ─────────
                              9,250 (?)
                              ─────────

        Assumed m/w      −   450  −

                              9,700

              Excess           960
```