**REDACTED**

March 17, 2015





**REDACTED**

**REDACTED**

3

**REDACTED**

4

**REDACTED**

- Any payment of alleged make whole claims would further increase the NOLs.

**REDACTED**

6

**REDACTED**

**REDACTED**

**REDACTED**

9

**REDACTED**

**REDACTED**

**PX 141**
**Page 11 of 17**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**