**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**OF NOTICES AND PLEADINGS (BY EMAIL ONLY)**

PLEASE TAKE NOTICE that Vincent E. Lazar, Esquire of Jenner & Block LLP enters his appearance in the captioned case as counsel to Energy Future Intermediate Holding Company LLC ("EFIH"), and requests that service of all notices in connection with this case be given to and served upon him, by email only, as follows:

Vincent E. Lazar, Esquire
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 923-2989
Email: vlazar@jenner.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders and notices of any application, motions, petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, including EFIH with respect to any of the (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of

the debtors may seek to use; or (2) requires or seeks to require any act, delivery or any property, payment or other conduct by EFIH.

**PLEASE TAKE FURTHER NOTICE** that EFIH intends that neither this Entry of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  August 19, 2015

                                                JENNER & BLOCK LLP

                                           */s/ Vincent E. Lazar*
                                          Vincent E. Lazar (admitted pro hac vice)
                                          JENNER & BLOCK LLP
                                          353 N. Clark Street
                                          Chicago, IL 60654
                                          Telephone:  (312) 923-2989
                                          Fax:  (312) 527-0484
                                          Email: vlazar@jenner.com

                                          Richard Levin (admitted pro hac vice)
                                          JENNER & BLOCK LLP
                                          919 Third Avenue
                                          New York, NY 10022
                                          Telephone:  (212) 891-1601
                                          Email: rlevin@jenner.com

                                          and

                                          Joseph H. Huston, Jr. (No. 4035)
                                          1105 North Market Street, Suite 700
                                          Wilmington, DE 19801
                                          Telephone: (302) 425-3310
                                          Fax:  (610) 371-7972
                                          Email: jhh@stevenslee.com

                                          *Independent Counsel for Energy Future*
                                          *Intermediate Holding Company LLC*