# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services | 165.0 | $ 20,625.00 |
| 3 | Sales and Use Tax Examination Consulting Services | 51.1 | $ 12,467.60 |
| 13 | CAO Financial Reporting Support | 353.0 | $ 77,660.00 |
| 18 | Phase II IT Costing Apptio Service Catalog | 14.0 | $ 2,590.00 |
| 21 | Transaction Cost Analysis | 46.2 | $ 22,264.00 |
| 22 | Claims Reconciliation | 163.0 | $ 28,525.00 |
| 25 | SOX Optimization | 664.5 | $ 123,545.00 |
| 26 | OneSource Indirect Tax | 290.8 | $ 138,463.90 |
| 27 | Repairs & Maintenance Review | 106.3 | $ 52,308.00 |
| 35 | Fee Statement and Fee Application Preparation | 95.5 | $ 26,629.60 |
| 36 | Retention Services | 1.1 | $ 357.50 |
| | **Total** | **1,950.5** | **$ 505,435.60**[1] |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 4,134.89 |
| Lodging | N/A | $ 6,396.33 |
| Travel Meals | N/A | $ 978.81 |
| Ground Transportation | N/A | $ 2,745.46 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 14,255.49** |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $999,923.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $494,487.90 thus benefitting the Chapter 11 estate by same amount.