**EXHIBIT B**

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Baltmanis, Peter | Principal - Tax | 4.0 | $ 720 | $ 2,880.00 |
| Burdett, Brian R | Principal - Tax | 5.0 | $ 682 | $ 3,410.00 |
| Kleppel, Robert | Managing Director - Tax | 25.1 | $ 682 | $ 17,118.20 |
| Costin, Harry | Managing Director - Tax | 4.0 | $ 680 | $ 2,720.00 |
| Cargile, David | Managing Director - Advisory | 27.5 | $ 305 | $ 8,387.50 |
| Homen, Greg | Senior Manager- Tax | 14.0 | $ 660 | $ 9,240.00 |
| Lee, Carson | Senior Manager - Tax | 0.3 | $ 660 | $ 198.00 |
| Lit, William | Director - Advisory | 1.0 | $ 660 | $ 660.00 |
| Plantes, James | Senior Manager- Tax | 3.0 | $ 660 | $ 1,980.00 |
| Sliva, John | Senior Manager- Tax | 1.0 | $ 660 | $ 660.00 |
| Wright, Brian | Director - Advisory | 32.5 | $ 660 | $ 21,450.00 |
| Fritzsche, Josh | Senior Manager - Tax | 29.9 | $ 595 | $ 17,790.50 |
| LeCompte, Dan | Senior Manager - Tax | 42.1 | $ 595 | $ 25,049.50 |
| Meredith, Kyle | Senior Manager - Tax | 70.8 | $ 595 | $ 42,126.00 |
| Seeman, Nick | Director - Advisory | 27.0 | $ 305 | $ 8,235.00 |
| Amadei, Michael D | Director - Advisory | 1.5 | $ 290 | $ 435.00 |
| Plangman, Monica | Associate Director - Bankruptcy | 4.9 | $ 325 | $ 1,592.50 |
| Laukhuff, Brittny | Manager - Tax | 13.0 | $ 560 | $ 7,280.00 |
| Fulmer, Brandon T | Manager - Tax | 0.5 | $ 437 | $ 218.50 |
| Yieh, Josh | Manager - Tax | 2.0 | $ 437 | $ 874.00 |
| Campbell, Celeste | Manager - Bankruptcy | 64.1 | $ 298 | $ 19,101.80 |
| Myrick, Cristina | Manager - Advisory | 147.8 | $ 175 | $ 25,865.00 |
| Freemer, Philip | Senior Associate - Tax | 3.0 | $ 430 | $ 1,290.00 |
| Carter, F | Senior Associate - Tax | 1.5 | $ 420 | $ 630.00 |
| Lack, Andrew | Senior Associate - Advisory | 8.5 | $ 420 | $ 3,570.00 |
| Payne, Lani | Senior Associate - Tax | 6.0 | $ 420 | $ 2,520.00 |
| Prywes, Joshua | Senior Associate - Tax | 23.2 | $ 420 | $ 9,744.00 |
| Asbell, Donny | Senior Associate - Tax | 38.2 | $ 350 | $ 13,370.00 |
| Dillard, Monique | Senior Associate - Tax | 0.5 | $ 350 | $ 175.00 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | 27.6 | $ 228 | $ 6,292.80 |
| Jeffcott, David | Senior Associate - Advisory | 177.0 | $ 220 | $ 38,940.00 |
| Lange, Jolandi de | Senior Associate - Advisory | 176.0 | $ 220 | $ 38,720.00 |
| Dabral, Pulkit | Senior Associate - Advisory | 118.8 | $ 175 | $ 20,790.00 |
| Ravishanker, Venkatesh | Senior Associate - Advisory | 175.8 | $ 175 | $ 30,765.00 |
| Zanini, Joseph | Senior Associate - Advisory | 1.5 | $ 175 | $ 262.50 |
| Dickson, Jake | Associate - Tax | 7.5 | $ 260 | $ 1,950.00 |
| Serafino, Chase | Associate - Tax | 4.0 | $ 260 | $ 1,040.00 |
| Stamchev, Alex | Associate - Tax | 26.0 | $ 260 | $ 6,760.00 |
| Jones, Virginia | Associate - Tax | 127.8 | $ 241 | $ 30,799.80 |
| LaMotte, Sloan | Associate - Advisory | 14.0 | $ 185 | $ 2,590.00 |
| Milner, Aaron | Associate - Advisory | 163.0 | $ 175 | $ 28,525.00 |
| Rangwala, Hussain | Associate - Advisory | 164.6 | $ 175 | $ 28,805.00 |
| Douthey, Amy | Associate - Advisory | 165.0 | $ 125 | $ 20,625.00 |
| **Total Hours and Fees** | | **1,950.5** | | **$ 505,435.60** |