## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 4,134.89 |
| Lodging | N/A | $ 6,396.33 |
| Travel Meals | N/A | $ 978.81 |
| Ground Transportation | N/A | $ 2,745.46 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 14,255.49** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 4,134.89 |
| Lodging | N/A | $ 6,396.33 |
| Travel Meals | N/A | $ 978.81 |
| Ground Transportation | N/A | $ 2,745.46 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 14,255.49** |