# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2015 through June 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 060047754 | OneSource Indirect Tax | 20150522 | LeCompte, Dan | air | | | $ 267.91 | Roundtrip coach class airfare from Austin, TX to Dallas, TX. Departure Date:5/26/15 Return Date:5/26/15. Business Purpose: Client OneSource Implementation Meetings |
| 060047754 | Repairs & Maintenance Review | 20150526 | Wright, Brian | air | | | $ 490.14 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 5/26/15 Return Date: 5/26/15. Business Purpose: Meeting with EFH tax group to discuss repairs project. |
| 060047754 | CAO Financial Reporting Support | 20150604 | Lange, Jolandi De | air | | | $ 364.64 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 06/01/2015 Return Date: 06/04/2015. Business Purpose: Energy Future Holdings |
| 060047754 | CAO Financial Reporting Support | 20150604 | Jeffcott, David | air | | | $ 402.04 | Economy class airfare from Houston Hobby airport on 06/01/15 7:00 am flight to Dallas Love airport and back from Dallas Love airport to Houston Hobby airport on 06/04/15 5:00 pm flight while performing work for EFH Corporate Accounting project. |
| 060047754 | OneSource Indirect Tax | 20150611 | LeCompte, Dan | air | | | $ 266.03 | Roundtrip coach class airfare from Austin, TX to Dallas, TX. Departure Date: 06/08/15 Return Date: 06/11/15. Business Purpose: EFH OneSource Implementation Meetings |
| 060047754 | CAO Financial Reporting Support | 20150611 | Lange, Jolandi De | air | | | $ 364.64 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 06/08/2015 Return Date: 06/11/2015. Business Purpose: Energy Future Holdings |
| 060047754 | CAO Financial Reporting Support | 20150611 | Jeffcott, David | air | | | $ 402.00 | Economy Airfare from Houston Hobby airport on 06/07/15 9:00 pm flight to Dallas Love airport and from Dallas Love airport to Raleigh-Durham airport on 06/11/15 5:40 pm flight while performing work for EFH Corporate Accounting project. (flight cost $646.58 - requested amount reduced) |
| 060047754 | CAO Financial Reporting Support | 20150618 | Lange, Jolandi De | air | | | $ 373.14 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 06/15/2015 Return Date: 06/18/2015. Business Purpose: Energy Future Holdings |
| 060047754 | CAO Financial Reporting Support | 20150618 | Jeffcott, David | air | | | $ 402.00 | Economy Airfare from Raleigh-Durham airport on 06/14/15 6:40 pm flight to Dallas Love airport and from Dallas Love airport to Houston Hobby airport on 06/18/15 5:00 pm flight while performing work for EFH Corporate Accounting project. (flight cost $655.08 - requested amount reduced) |
| 060047754 | CAO Financial Reporting Support | 20150625 | Lange, Jolandi De | air | | | $ 391.82 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 06/22/2015 Return Date: 06/25/2015. Business Purpose: Energy Future Holdings |
| 060047754 | CAO Financial Reporting Support | 20150625 | Jeffcott, David | air | | | $ 410.53 | Economy Airfare from Houston Hobby airport on 06/22/15 7:00 am flight to Dallas Love airport and from Dallas Love airport to Houston Hobby airport on 06/25/15 5:00 pm flight while performing work for EFH Corporate Accounting project. |
| | | | | **Total Air** | | | **$ 4,134.89** | |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2015 through June 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 060047754 | OneSource Indirect Tax | 20150521 | Kleppel, Robert | lodging | | | $ 389.58 | Hotel fees incurred in Dallas, TX for 2 nights from 05/19/15 thru 05/21/15 while performing work for EFH OneSource Implementation Project. |
| 060047754 | CAO Financial Reporting Support | 20150604 | Lange, Jolandi De | lodging | | | $ 414.93 | Sheraton hotel fees incurred in Dallas, TX for 3 nights from 06/01/15 thru 06/04/15, while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150604 | Jeffcott, David | lodging | | | $ 584.37 | Dallas Hotel for EFH for 3 nights from 6/01/15 thru 6/04/15. |
| 060047754 | OneSource Indirect Tax | 20150608 | Kleppel, Robert | lodging | | | $ 135.70 | Hotel fees incurred in Dallas, TX for 1 night (6/8) while performing work for EFH OneSource Implementation Project |
| 060047754 | OneSource Indirect Tax | 20150609 | Meredith, Kyle | lodging | | | $ 135.70 | Hotel fees incurred in Dallas, TX for 1 night from 06/08/12 thru 06/09/15 while performing work for EFH OneSource Implementation Project. |
| 060047754 | OneSource Indirect Tax | 20150609 | Kleppel, Robert | lodging | | | $ 194.79 | Hotel fees incurred in Dallas, TX for 1 night (6/9) while performing work for EFH OneSource Implementation Project |
| 060047754 | OneSource Indirect Tax | 20150610 | Meredith, Kyle | lodging | | | $ 194.79 | Hotel fees incurred in Dallas, TX for 1 night from 06/09/15 thru 06/10/15 while performing work for EFH OneSource Implementation Project |
| 060047754 | CAO Financial Reporting Support | 20150611 | Lange, Jolandi De | lodging | | | $ 414.93 | Sheraton hotel fees incurred in Dallas, TX for 3 nights from 06/08/15 thru 06/11/15, while performing work for EFH Corporate Accounting project. |
| 060047754 | OneSource Indirect Tax | 20150611 | LeCompte, Dan | lodging | | | $ 584.37 | Hotel fees incurred in Dallas, TX for 3 nights (6/8 - 6/11) while performing work for EFH OneSource Implementation Project |
| 060047754 | CAO Financial Reporting Support | 20150611 | Jeffcott, David | lodging | | | $ 779.16 | Dallas Hotel for EFH for 4 nights from 6/07/15 thru 6/11/15. |
| 060047754 | CAO Financial Reporting Support | 20150618 | Lange, Jolandi De | lodging | | | $ 584.37 | Sheraton hotel fees incurred in Dallas, TX for 3 nights from 06/15/15 thru 06/18/15, while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150618 | Jeffcott, David | lodging | | | $ 584.37 | Dallas Hotel for EFH for 3 nights from 06/14/15 thru 06/18/15. |
| 060047754 | CAO Financial Reporting Support | 20150625 | Lange, Jolandi De | lodging | | | $ 584.37 | Sheraton hotel fees incurred in Dallas, TX for 3 nights from 06/22/15 thru 06/25/15, while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150625 | Jeffcott, David | lodging | | | $ 814.90 | Dallas Hotel for EFH for 3 nights from 06/22/15 thru 06/25/15. |
| | **Total Lodging** | | | | | | **$ 6,396.33** | |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2015 through June 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 060047754 | OneSource Indirect Tax | 20150519 | Kleppel, Robert | travel meals | | | $ 3.55 | Out of town breakfast at Starbuck's in Dallas, TX. Attendees: R. Kleppel (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | OneSource Indirect Tax | 20150519 | Kleppel, Robert | travel meals | | | $ 27.89 | Out of town lunch at Sonny Bryan's in Dallas, TX. Attendees: R. Kleppel (KPMG), D. Asbell (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | Repairs & Maintenance Review | 20150526 | Wright, Brian | travel meals | | | $ 14.66 | Out of town lunch At TGI Fridays in Dallas, TX. Attendees: B. Wright (all KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | Repairs & Maintenance Review | 20150526 | Wright, Brian | travel meals | | | $ 32.63 | Out of town dinner At Le Madeleine in Dallas, TX. Attendees: B. Wright Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | CAO Financial Reporting Support | 20150601 | Lange, Jolandi De | travel meals | | | $ 9.20 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150601 | Lange, Jolandi De | travel meals | | | $ 13.97 | Breakfast from Coffee at the Corner while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150601 | Jeffcott, David | travel meals | | | $ 18.22 | Out of town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 060047754 | CAO Financial Reporting Support | 20150601 | Lange, Jolandi De | travel meals | | | $ 24.79 | Dinner from Sushiya while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150602 | Jeffcott, David | travel meals | | | $ 11.43 | Out of town lunch at Beyond the Box while working on EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150603 | Lange, Jolandi De | travel meals | | | $ 9.74 | Lunch from The Hospitality Sweet while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150603 | Jeffcott, David | travel meals | | | $ 18.22 | Out of town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 060047754 | CAO Financial Reporting Support | 20150604 | Jeffcott, David | travel meals | | | $ 8.76 | Out of Town lunch at Noodle Nexus while on EFH Corporate Accounting project |
| 060047754 | CAO Financial Reporting Support | 20150604 | Lange, Jolandi De | travel meals | | | $ 9.90 | Lunch from Noodle Nexus while performing work for EFH Corporate Accounting project. |
| 060047754 | OneSource Indirect Tax | 20150608 | Meredith, Kyle | travel meals | | | $ 7.23 | Out of town lunch at Wendy's in Dallas, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | CAO Financial Reporting Support | 20150608 | Lange, Jolandi De | travel meals | | | $ 9.20 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 060047754 | OneSource Indirect Tax | 20150608 | Meredith, Kyle | travel meals | | | $ 9.76 | Out of town breakfast at Bucees in New Braunfels, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | OneSource Indirect Tax | 20150608 | LeCompte, Dan | travel meals | | | $ 10.01 | Out of town lunch at Subway in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | CAO Financial Reporting Support | 20150608 | Jeffcott, David | travel meals | | | $ 18.22 | Out of Town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 060047754 | OneSource Indirect Tax | 20150608 | LeCompte, Dan | travel meals | | | $ 25.98 | Out of town dinner at hotel in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | CAO Financial Reporting Support | 20150608 | Lange, Jolandi De | travel meals | | | $ 31.39 | Dinner from The Kitchen Table Sheraton Dallas while performing work for EFH Corporate Accounting project. |
| 060047754 | OneSource Indirect Tax | 20150609 | Meredith, Kyle | travel meals | | | $ 6.70 | Out of town lunch at Chik-fil-A in Dallas, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | OneSource Indirect Tax | 20150609 | LeCompte, Dan | travel meals | | | $ 6.98 | Out of town lunch at Chik-fil-A in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | OneSource Indirect Tax | 20150609 | LeCompte, Dan | travel meals | | | $ 26.00 | Out of town breakfast at Marriott Hotel in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | CAO Financial Reporting Support | 20150609 | Jeffcott, David | travel meals | | | $ 14.89 | Out of Town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2015 through June 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 060047754 | OneSource Indirect Tax | 20150609 | LeCompte, Dan | travel meals | | | $ 28.00 | Out of town dinner at hotel in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | OneSource Indirect Tax | 20150609 | Kleppel, Robert | travel meals | | | $ 8.78 | Out of town lunch at Chik-fil-A in Dallas, TX. Attendees: R. Kleppel (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | OneSource Indirect Tax | 20150610 | LeCompte, Dan | travel meals | | | $ 6.77 | Out of town lunch at Subway in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | CAO Financial Reporting Support | 20150610 | Lange, Jolandi De | travel meals | | | $ 7.30 | Lunch from Sunrise Café and Grill while performing work for EFH Corporate Accounting project. |
| 060047754 | OneSource Indirect Tax | 20150610 | Meredith, Kyle | travel meals | | | $ 9.45 | Out of town dinner at Bucees in New Braunfels, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | OneSource Indirect Tax | 20150610 | Meredith, Kyle | travel meals | | | $ 9.61 | Out of town lunch at Taco Cabana in Dallas, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | OneSource Indirect Tax | 20150610 | Meredith, Kyle | travel meals | | | $ 11.10 | Out of town breakfast at Subway in Dallas, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | CAO Financial Reporting Support | 20150610 | Lange, Jolandi De | travel meals | | | $ 22.57 | Dinner from Sushiya while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150610 | Jeffcott, David | travel meals | | | $ 31.23 | Out of Town dinner at CBD Provisions while working on EFH Corporate Accounting Project. |
| 060047754 | OneSource Indirect Tax | 20150610 | LeCompte, Dan | travel meals | | | $ 135.00 | Out of town dinner at Pappadeaux in Dallas, TX. Attendees: K. Meredith (KPMG), D. LeCompte (KPMG), R. Kleppel (KPMG)  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | OneSource Indirect Tax | 20150609 | Kleppel, Robert | travel meals | | | $ 8.65 | Out of town dinner at Texas Burger in Madisonville, TX. Attendees: R. Kleppel (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | OneSource Indirect Tax | 20150610 | Kleppel, Robert | travel meals | | | $ 11.31 | Out of town lunch at Subway in Dallas, TX. Attendees: R. Kleppel (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | OneSource Indirect Tax | 20150611 | LeCompte, Dan | travel meals | | | $ 7.44 | Out of town lunch at Chik-fil-A in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | CAO Financial Reporting Support | 20150611 | Lange, Jolandi De | travel meals | | | $ 10.28 | Lunch from The Hospitality Sweet while performing work for EFH Corporate Accounting project. |
| 060047754 | OneSource Indirect Tax | 20150611 | LeCompte, Dan | travel meals | | | $ 26.00 | Out of town breakfast at Marriott Hotel in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | OneSource Indirect Tax | 20150611 | LeCompte, Dan | travel meals | | | $ 26.00 | Out of town dinner at hotel in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 060047754 | CAO Financial Reporting Support | 20150615 | Lange, Jolandi De | travel meals | | | $ 6.03 | Breakfast from Coffee at the Corner while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150615 | Lange, Jolandi De | travel meals | | | $ 9.20 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150615 | Jeffcott, David | travel meals | | | $ 18.22 | Out of Town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 060047754 | CAO Financial Reporting Support | 20150616 | Jeffcott, David | travel meals | | | $ 13.29 | Out of Town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 060047754 | CAO Financial Reporting Support | 20150616 | Lange, Jolandi De | travel meals | | | $ 22.57 | Dinner from Sushiya while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150617 | Lange, Jolandi De | travel meals | | | $ 9.90 | Lunch from Noodle Nexus while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150617 | Jeffcott, David | travel meals | | | $ 32.34 | Out of Town dinner at Sushiya while working on EFH Corporate Accounting Project. |
| 060047754 | CAO Financial Reporting Support | 20150618 | Lange, Jolandi De | travel meals | | | $ 8.55 | Lunch from Potbelly Sandwich while performing work for EFH Corporate Accounting project. |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2015 through June 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 060047754 | CAO Financial Reporting Support | 20150622 | Lange, Jolandi De | travel meals | | | $ 9.20 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150622 | Jeffcott, David | travel meals | | | $ 18.22 | Out of Town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 060047754 | CAO Financial Reporting Support | 20150623 | Jeffcott, David | travel meals | | | $ 14.43 | Out of Town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 060047754 | CAO Financial Reporting Support | 20150624 | Lange, Jolandi De | travel meals | | | $ 9.90 | Lunch from Noodle Nexus while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150624 | Jeffcott, David | travel meals | | | $ 18.22 | Out of Town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 060047754 | CAO Financial Reporting Support | 20150625 | Jeffcott, David | travel meals | | | $ 8.39 | Out of Town lunch from Noodle Nexus while working on EFH Corporate Accounting Project. |
| 060047754 | CAO Financial Reporting Support | 20150625 | Lange, Jolandi De | travel meals | | | $ 10.76 | Lunch from Miguel's Cantina while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150629 | Lange, Jolandi De | travel meals | | | $ 6.03 | Breakfast from Coffee at the Corner while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150629 | Lange, Jolandi De | travel meals | | | $ 7.33 | Dinner from 7-Eleven while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150629 | Lange, Jolandi De | travel meals | | | $ 9.20 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150630 | Jeffcott, David | travel meals | | | $ 18.22 | Out of Town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| | **Total Travel Meals** | | | | | | **$ 978.81** | |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2015 through June 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 060047754 | OneSource Indirect Tax | 20150519 | Kleppel, Robert | ground transportation | | | $ 140.00 | Mileage reimbursement for travel from Houston, TX to EFH location in Dallas, TX in excess of normal commute. 243.48 miles @ .575 = $140.00 |
| 060047754 | OneSource Indirect Tax | 20150521 | Kleppel, Robert | ground transportation | | | $ 140.00 | Mileage reimbursement for travel from EFH in Dallas, TX to Houston, TX in excess of normal commute. 243.48 miles @ .575 = $140.00 |
| 060047754 | Repairs & Maintenance Review | 20150526 | Wright, Brian | ground transportation | | | $ 56.50 | Taxi from DFW airport to KPMG office in downtown Dallas for the purpose of attending the KPMG / EFH repairs planning meeting. |
| 060047754 | Repairs & Maintenance Review | 20150526 | Wright, Brian | ground transportation | | | $ 64.11 | Taxi from KPMG Dallas office to DFW airport after attending the KPMG / EFH repairs planning meeting. |
| 060047754 | Repairs & Maintenance Review | 20150526 | Wright, Brian | ground transportation | | | $ 74.00 | Taxi from home to O'Hare International Airport (ORD) for the purpose of attending the KPMG / EFH repairs planning meeting. |
| 060047754 | CAO Financial Reporting Support | 20150601 | Jeffcott, David | ground transportation | | | $ 33.00 | Taxi for travel from Dallas Love Airport to EFH site. |
| 060047754 | CAO Financial Reporting Support | 20150601 | Lange, Jolandi De | ground transportation | | | $ 66.00 | Taxi from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150601 | Jeffcott, David | ground transportation | | | $ 75.00 | Taxi for travel from home to Houston Hobby Airport. |
| 060047754 | CAO Financial Reporting Support | 20150604 | Jeffcott, David | ground transportation | | | $ 34.00 | Taxi for travel to Dallas Love Airport from EFH site. |
| 060047754 | CAO Financial Reporting Support | 20150604 | Lange, Jolandi De | ground transportation | | | $ 66.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150604 | Jeffcott, David | ground transportation | | | $ 80.00 | Taxi from Houston Hobby Airport to home while performing work for EFH Corporate Accounting project. |
| 060047754 | SOX Optimization | 20150605 | Dabral, Pulkit | ground transportation | | | $ 20.70 | Mileage reimbursement for travel from home in Dallas, TX, to TXU Energy, Irving, TX on 6/1/15 and 6/5/15. 36 miles @ .575 = $20.70 |
| 060047754 | CAO Financial Reporting Support | 20150607 | Jeffcott, David | ground transportation | | | $ 24.15 | Mileage reimbursement for roundtrip travel from Home to Hobby Airport by family member. 42 miles @ .575 = $24.15 |
| 060047754 | CAO Financial Reporting Support | 20150607 | Jeffcott, David | ground transportation | | | $ 33.00 | Taxi from Dallas Love Airport to Marriott. |
| 060047754 | CAO Financial Reporting Support | 20150608 | Lange, Jolandi De | ground transportation | | | $ 27.60 | Taxi from Dallas airport to EFH site while performing work for EFH Corporate Accounting project. |
| 060047754 | OneSource Indirect Tax | 20150608 | LeCompte, Dan | ground transportation | | | $ 28.14 | Taxi expense incurred for travel from Dallas, TX airport to hotel. Business Purpose: EFH OneSource Implementation Meetings |
| 060047754 | CAO Financial Reporting Support | 20150608 | Lange, Jolandi De | ground transportation | | | $ 66.00 | Taxi from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 060047754 | OneSource Indirect Tax | 20150608 | Meredith, Kyle | ground transportation | | | $ 160.43 | Mileage reimbursement for travel from San Antonio, TX to EFH in Dallas, TX in excess of normal commute. 279.01 miles @ .575 = $160.43 |
| 060047754 | OneSource Indirect Tax | 20150608 | Kleppel, Robert | ground transportation | | | $ 133.40 | Mileage reimbursement for travel from Cypress, TX to EFH in Dallas, TX in excess of normal commute. 232 miles @ .575 = $133.40 |
| 060047754 | OneSource Indirect Tax | 20150609 | Kleppel, Robert | ground transportation | | | $ 29.23 | Parking at Hotel incurred in Dallas, TX for 1 night (6/9) while performing work for EFH OneSource Implementation Project |
| 060047754 | CAO Financial Reporting Support | 20150610 | Jeffcott, David | ground transportation | | | $ 30.00 | Taxi to and from Dinner at CBD Provisions. |
| 060047754 | OneSource Indirect Tax | 20150610 | Meredith, Kyle | ground transportation | | | $ 160.43 | Mileage reimbursement for travel from EFH location in Dallas, TX to home in San Antonio, TX in excess of normal commute. 279.01 miles @ .575 = $160.43 |
| 060047754 | OneSource Indirect Tax | 20150610 | Kleppel, Robert | ground transportation | | | $ 133.40 | Mileage reimbursement for travel from EFH location in Dallas, TX to Cypress, TX in excess of normal commute. 232 miles @ .575 = $133.40 |
| 060047754 | OneSource Indirect Tax | 20150611 | LeCompte, Dan | ground transportation | | | $ 30.00 | Taxi expense incurred for travel from EFH location to Dallas airport. Business Purpose: EFH OneSource Implementation Meetings |
| 060047754 | CAO Financial Reporting Support | 20150611 | Lange, Jolandi De | ground transportation | | | $ 38.00 | Taxi from EFH to Dallas airport while performing work for EFH Corporate Accounting project. |
| 060047754 | OneSource Indirect Tax | 20150611 | LeCompte, Dan | ground transportation | | | $ 57.87 | Parking expense at Austin airport for 4 days from 06/08/15 thru 06/11/15. Business Purpose: EFH OneSource Implementation Meetings |
| 060047754 | CAO Financial Reporting Support | 20150611 | Lange, Jolandi De | ground transportation | | | $ 66.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2015 through June 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 060047754 | SOX Optimization | 20150612 | Dabral, Pulkit | ground transportation | | | $ 20.70 | Mileage reimbursement for travel from home in Dallas, TX, to TXU Energy, Irving, TX on 06/8/15 and 06/12/15. 36 miles @ .575 = $20.70 |
| 060047754 | CAO Financial Reporting Support | 20150614 | Jeffcott, David | ground transportation | | | $ 33.00 | Taxi from Dallas Love Airport to Marriott. |
| 060047754 | CAO Financial Reporting Support | 20150615 | Lange, Jolandi De | ground transportation | | | $ 28.00 | Taxi from Dallas airport to EFH site while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150615 | Lange, Jolandi De | ground transportation | | | $ 66.00 | Taxi from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150617 | Jeffcott, David | ground transportation | | | $ 15.00 | Roundtrip travel via taxi to Sushiya for dinner while traveling. |
| 060047754 | CAO Financial Reporting Support | 20150618 | Lange, Jolandi De | ground transportation | | | $ 39.00 | Taxi from EFH to Dallas airport while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150618 | Lange, Jolandi De | ground transportation | | | $ 66.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150618 | Jeffcott, David | ground transportation | | | $ 75.00 | Taxi from Houston Hobby Airport to Home. |
| 060047754 | SOX Optimization | 20150619 | Dabral, Pulkit | ground transportation | | | $ 20.70 | Mileage reimbursement for travel from home in Dallas, TX, to TXU Energy, Irving, TX on 06/15/15 and 06/17/15. 36 miles @ .575 = $20.70 |
| 060047754 | CAO Financial Reporting Support | 20150622 | Jeffcott, David | ground transportation | | | $ 37.00 | Taxi from Dallas Love Airport to EFH. |
| 060047754 | CAO Financial Reporting Support | 20150622 | Lange, Jolandi De | ground transportation | | | $ 66.00 | Taxi from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150625 | Lange, Jolandi De | ground transportation | | | $ 33.00 | Taxi from EFH to Dallas airport while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150625 | Lange, Jolandi De | ground transportation | | | $ 66.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150625 | Jeffcott, David | ground transportation | | | $ 75.00 | Taxi from Houston Hobby Airport to Home |
| 060047754 | SOX Optimization | 20150626 | Dabral, Pulkit | ground transportation | | | $ 41.40 | Mileage reimbursement for travel from home in Dallas, TX, to TXU Energy, Irving, TX on 6/22/15, 6/23/15,6/24/15 and 6/25/15. 72 miles @ .575 = $41.40 |
| 060047754 | CAO Financial Reporting Support | 20150629 | Jeffcott, David | ground transportation | | | $ 35.00 | Taxi for travel from Dallas Love Airport to EFH site. |
| 060047754 | CAO Financial Reporting Support | 20150629 | Lange, Jolandi De | ground transportation | | | $ 66.00 | Taxi from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 060047754 | CAO Financial Reporting Support | 20150629 | Jeffcott, David | ground transportation | | | $ 75.00 | Taxi for travel from Home to Hobby airport. |
| 060047754 | SOX Optimization | 20150630 | Dabral, Pulkit | ground transportation | | | $ 20.70 | Mileage reimbursement for travel from home in Dallas, TX, to TXU Energy, Irving, TX on 06/29/15 and 06/30/15. 36 miles @ .575 = $20.70 |
| | | | **Total Ground** | | | | **$ 2,745.46** | |