IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 2662, 2771, 2798** |

**CERTIFICATION OF COUNSEL REGARDING
ORDER APPROVING STIPULATION BETWEEN ENERGY
FUTURE HOLDINGS CORP., *ET AL*, AND TARRANT REGIONAL
WATER DISTRICT, EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

The undersigned hereby certifies as follows:

1.     On October 30, 2014, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective Nunc Pro Tunc to the Petition Date* [D.I. 2662] (the "Motion") with this Court.[2]   Pursuant to the Motion, the Debtors were seeking entry of an order of this Court authorizing Luminant Generation Company LLC ("Luminant"), one of the Debtors, to reject that certain Agreement, dated March 15, 1976, regarding access to certain water rights (the "Water Contract"), between Luminant (as successor in interest to Texas Power & Light

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On October 30, 2014, the Debtors also filed the *Declaration of Michael Carter, Senior Vice President, Corporate Planning, and Assistant Treasurer of EFH Corporate Services Company, in Support of Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective Nunc Pro Tunc to the Petition Date* [D.I. 2663] in support of the Motion.

Company) and Tarrant Regional Water District (previously known as Tarrant County Water Control and Improvement District Number One) ("TRWD"), effective *nunc pro tunc* to April 29, 2014, to the extent the Water Contract is executory.

2.      The deadline to file an objection or other response to the relief requested in the Motion was November 13, 2014 at 4:00 p.m. (EST) (the "Objection Deadline").  The Debtors agreed to extend the Objection Deadline for TRWD only to November 14, 2014 at 4:00 p.m. (EST).

3.      By the Objection Deadline (as extended for TRWD), TRWD filed *Tarrant Regional Water District's Objection to Motion of Energy Future Holding Corp., et al., for Entry of an Order Authorizing Luminant Generation Company, LLC to Reject a Water Contract with Tarrant Regional Water District, Effective Nunc Pro Tunc to the Petition Date* [D.I. 2771] (the "Objection") in response to the Motion.[3]  On November 18, 2014, the Debtors filed the *Debtors' Reply to Tarrant Regional Water District's Objection to Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Generation Company, LLC to Reject a Water Contract with Tarrant Regional Water District Effective Nunc Pro Tunc to the Petition Date* [D.I. 2798] (the "Reply") in response to the Objection and in further support of the relief requested in the Motion.[4]

---

[3] On November 14, 2014, TRWD also filed the *Declaration of Dan Buhman in Support of Tarrant Regional Water District's Objection to Motion of Energy Future Holding Corp., et al., for Entry of an Order Authorizing Luminant Generation Company, LLC to Reject a Water Contract with Tarrant Regional Water District, Effective Nunc Pro Tunc to the Petition Date* [D.I. 2772] in support of the Objection.

[4] On November 18, 2014, the Debtors also filed the *Declaration of Michael Carter, Senior Vice President, Corporate Planning, and Assistant Treasurer of EFH Corporate Services Company, in Support of the Reply to Tarrant Regional Water District's Objection to Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Generation Company to Reject a Water Contract with Tarrant Regional Water District, Effective Nunc Pro Tunc to the Petition Date* [D.I. 2803] in connection with the Reply and in further support of the Motion.

RLF1 12820333v.1

4.      Since the Debtors filed the Reply, Luminant and TRWD (together, the "Parties")

have engaged in good faith, arm's length, discussions and negotiations, in an effort to resolve the

Motion and the Objection and, during that time, have agreed to adjourn consideration of the

Motion, the Objection and the Reply from month to month (see D.I. 2838, 3115, 3181, 3503,

3730, 4095, 4374).    Based on those discussions and negotiations, subject to this Court's

approval, the Parties have entered into that certain *Stipulation Between Energy Future Holdings*

*Corp., et al. and Tarrant Regional Water District, Effective Nunc Pro Tunc to the Petition Date,*

dated August 19, 2015 (the "Stipulation").  The Debtors have also prepared a proposed form of

order (the "Proposed Order") approving the Stipulation.  A copy of the Proposed Order is

attached hereto as **Exhibit A.**  A copy of the Stipulation is attached as **Exhibit 1** to the Proposed

Order.  Pursuant to the Stipulation, the Parties have agreed (subject to this Court's approval and

as set forth in greater detail in the Stipulation) to a full and final resolution of the Motion and the

Objection.

5.      The Debtors therefore respectfully request that the Court enter the Proposed

Order, substantially in the form attached hereto as **Exhibit A,** at its earliest convenience.

*[Remainder of page intentionally left blank.]*

3

Dated: August 19, 2015
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:           collins@rlf.com
                   defranceschi@rlf.com
                   madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:           edward.sassower@kirkland.com
                   stephen.hessler@kirkland.com
                   brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:           james.sprayregen@kirkland.com
                   marc.kieselstein@kirkland.com
                   chad.husnick@kirkland.com
                   steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*