# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: D.I. 2662, 2771, 2798 |

## ORDER APPROVING STIPULATION BETWEEN ENERGY FUTURE HOLDINGS CORP., *ET AL*, AND TARRANT REGIONAL WATER DISTRICT, EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

Upon consideration of the *Stipulation Between Energy Future Holdings Corp., et al. and Tarrant Regional Water District, Effective Nunc Pro Tunc to the Petition Date*, dated August 19, 2015 (the "Stipulation"), by and among Luminant Generation Company LLC (as successor in interest to Texas Power & Light Company) ("Luminant"), a debtor in the above-captioned chapter 11 cases, and Tarrant Regional Water District (previously known as Tarrant County Water Control and Improvement District Number One) ("TRWD" and, together with Luminant, the "Parties"), a copy of which is attached hereto as Exhibit 1, it is hereby

ORDERED that the Stipulation is APPROVED; and it is further

ORDERED that the Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation; and it is further

ORDERED that notwithstanding any applicability of Federal Rule of Bankruptcy Procedure 6004(h), the Stipulation and this Order shall immediately go into effect and shall not

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 12820331v.1

be stayed; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters or disputes arising from or relating to the Stipulation or this Order.

Dated: August **20**, 2015
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE