## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket Nos. 4976-4979** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                          ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 10, 2015, I caused to be served:

    a)  the "Notice of Twenty-Second Omnibus (Non-Substantive) Objection to Claims (Wrong Debtor) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1," dated July 10, 2015, to which was attached the "Twenty-Second Omnibus (Non-Substantive) Objection to Claims (Wrong Debtor) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1," dated July 10, 2015 [Docket No. 4976], (the "Full 22nd Omnibus Objection"),

    b)  the "Declaration of Michael Carter in Support of the Twenty-Second (Non-Substantive) Objection to Claims (Wrong Debtor) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1" dated July 10, 2015 [Docket No. 4977], (the "22nd Omnibus Objection Declaration"),

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

c) the "Twenty-Second Omnibus (Non-Substantive) Objection to Claims (Wrong Debtor) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1," dated July 10, 2015, *related to Docket No. 4976*, (the "22nd Omnibus Objection"),

d) *a customized Cover Memo from Energy Future Holdings, to include the affected claim holder's claim number(s) regarding their claim*, dated July 10, 2015, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "Cover Memo"),

e) a customized version of the "Notice of Twenty-Second Omnibus (Non-Substantive) Objection to Claims (Wrong Debtor) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated July 10, 2015, a sample of which is annexed hereto as <u>Exhibit B</u>, (the "22nd Omnibus Objection Custom Notice"),

f) the "Notice of Twenty-Third Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1," dated July 10, 2015, to which was attached the "Twenty-Third Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1," dated July 10, 2015 [Docket No. 4978], (the "Full 23rd Omnibus Objection"),

g) the "Declaration of Michael Carter in Support of the Twenty-Third Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1," dated July 10, 2015 [Docket No. 4979], (the "23rd Omnibus Objection Declaration"),

h) the "Twenty-Third Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1," dated July 10, 2015, *related to Docket No. 4978*, (the "23rd Omnibus Objection"), and

i) a customized version of the "Notice of Twenty-Third Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated July 10, 2015, (the "23rd Omnibus Objection Custom Notice"), a sample of which is annexed hereto as <u>Exhibit C</u>,

by causing true and correct copies of the:

i. Full 22nd Omnibus Objection, 22nd Omnibus Objection Declaration, Full 23rd Omnibus Objection, and 23rd Omnibus Objection Declaration, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>,

    ii.    Full 22nd Omnibus Objection, 22nd Omnibus Objection Declaration, Full 23rd Omnibus Objection, and 23rd Omnibus Objection Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>,

    iii.    22nd Omnibus Objection Declaration, 22nd Omnibus Objection, Cover Memo, and 22nd Omnibus Objection Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>, and

    iv.    23rd Omnibus Objection Declaration, 23rd Omnibus Objection, Cover Memo, and 23rd Omnibus Objection Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Konstantina Haidopoulos

Sworn to before me this
19th day of August, 2015

Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

**EXHIBIT A**

**Energy Future Holdings**

July 10, 2015

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' Chapter 11 proceedings.

The company is modifying your claim(s) - number(s) 5.  <u>Our reason(s) for the modification(s) to your claim(s) is/are detailed in the enclosed materials</u>.

As indicated in the enclosed Notice, which has been customized to address your claim and the company's response to your claim, if you have a response, you must file it with the Bankruptcy Court on or before **<u>July 24, 2015 at 4:00 PM (ET)</u>**.  You must also send a copy of any such response to the company's counsel listed on the Notice so that it is **<u>actually received</u>** by July 24, 2015 at 4:00 PM (ET).

If you have any questions, please call our counsel, Jared Zajac, at (212) 969-3705 or send your contact information to jzajac@proskauer.com and our counsel will be in touch with you shortly.

Thank you.

**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS (WRONG DEBTOR PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**TO:** WIRE ROPE INDUSTRIES LTD.
5501 TRANS-CANADA HIGHWAY
POINTE CLAIRE, QC  H9R 1B7
CANADA

**Claim Number:** 5

**Basis for Objection:** Wrong Debtor Claim

**Reason for Modification:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**Asserted Debtor / Priority / Amount**
EFH Corporate Services Company - Unsecured - $40,261.56

**Modified Debtor / Priority / Amount**
Luminant Mining Company LLC - Unsecured - $40,261.56

On July 10, 2015, Energy Future Holdings Corp. ("EFH Corp."), one of the above captioned debtors and debtors in possession (collectively, the "Debtors"), filed the **Twenty-Second Omnibus (Non-Substantive) Objection to Claims (Wrong Debtor) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1** (the "Objection"), a copy of which is attached hereto.

By the Objection, EFH Corp. seeks to modify the claim(s) listed as "Claim(s) to be Modified" for the reason stated above and as further described in the Objection.

Responses to the Objection, if any, must be in writing and filed on or before **July 24, 2015, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to EFH Corp. listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **AUGUST 11, 2015, AT 9:30 AM (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please contact EFH Corp.'s counsel, Jared Zajac, at (212) 969-3705 or send your contact information to jzajac@proskauer.com.

Wilmington, Delaware
Dated: July 10, 2015

**O'KELLY ERNST & BIELLI, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
Shannon J. Dougherty (No. 5740)
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone:     (302) 778-4000
Facsimile:     (302) 295-2873
Email:         dklauder@oeblegal.com
               sdougherty@oeblegal.com

-and-

**PROSKAUER ROSE LLP**

Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Telephone:     (312) 962-3550
Facsimile:     (312) 962-3551
Email:         jmarwil@proskauer.com
               mthomas@proskauer.com
               pyoung@proskauer.com

*Co-Counsel to Debtor*
*Energy Future Holdings Corp.*

**EXHIBIT C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF TWENTY-THIRD OMNIBUS (SUBSTANTIVE)
OBJECTION TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**TO:** BUTLER AND LAND INC.
P.O. BOX 550399
DALLAS, TX 75355

**Claim Number:** 85

**Basis for Objection:** Wrong Debtor and Modify Amount

**Reason for Modification:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for freight charges asserted (Debtor uses a third party logistics company to whom that liability is properly owed).

**Asserted Debtor / Priority / Amount**
EFH Corporate Services Company - Unsecured - $68,046.62

**Modified Debtor / Priority / Amount**
Luminant Generation Company LLC - Unsecured - $28,596.30
Luminant Mining Company LLC - Unsecured - $35,128.68
Oak Grove Management Company LLC - Unsecured - $3,667.00
Sandow Power Company LLC - Unsecured - $464.42

On July 10, 2015, Energy Future Holdings Corp. ("EFH Corp."), one of the above captioned debtors and debtors in possession (collectively, the "Debtors"), filed the **Twenty-Third Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1** (the "Objection"), a copy of which is attached hereto.

By the Objection, EFH Corp. seeks to modify the claim(s) listed as "Claim(s) to be Modified" for the reason stated above and as further described in the Objection.

Responses to the Objection, if any, must be in writing and filed on or before **July 24, 2015, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to EFH Corp. listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **AUGUST 11, 2015, AT 9:30 A.M. (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please contact EFH Corp.'s counsel, Jared Zajac, at (212) 969-3705 or send your contact information to jzajac@proskauer.com.

Wilmington, Delaware
Dated: July 10, 2015

**O'KELLY ERNST & BIELLI, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
Shannon J. Dougherty (No. 5740)
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone:      (302) 778-4000
Facsimile:      (302) 295-2873
Email:          dklauder@oeblegal.com
                sdougherty@oeblegal.com

-and-

**PROSKAUER ROSE LLP**

Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Telephone:      (312) 962-3550
Facsimile:      (312) 962-3551
Email:          jmarwil@proskauer.com
                mthomas@proskauer.com
                pyoung@proskauer.com

*Co-Counsel to Debtor*
*Energy Future Holdings Corp.*

**EXHIBIT D**

ENERGY FUTURE HOLDINGS CORP., ET AL.
CONSENTED TO EMAIL FED. R. BANKR. P. RULE 2002 LIST PARTIES
EMAIL NOTICE

| Name | Counsel To / Attention | Email Address |
|------|------------------------|---------------|
| BAILEY BRAUER PLLC | (COUNSEL TO PINNACLE TECHNICAL RESOURCES INC) ATTN: BENJAMIN L STEWART ESQ | bstewart@baileybrauer.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN) ATTN: PAULA J JACOBI ESQ | pjacobi@btlaw.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN & GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| CRAVATH SWAINE & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: MICHAEL A PASKIN ESQ | mpaskin@cravath.com; tbroad@cravath.com |
| CROWE & DUNLEVY, PC | (COUNSEL TO DEVON ENERGY) ATTN: JUDY HAMILTON MORSE ESQ | judy.morse@crowedunlevy.com |
| GREGORY D. WILLARD, ESQ. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | gregoryd.willard@gmail.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: RICHARD LEVIN ESQ | rlevin@jenner.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ | tmoss@perkinscoie.com |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY T DONILON ESQ | gdonilon@pwujlaw.com |
| SEARCY & SEARCY PC | (COUNSEL TO D.COURTNEY CONSTRUCTION INC) ATTN: JASON R SEARCY ESQ AND JOSHUA P SEARCY ESQ | jsearcy@jrsearcylaw.com; joshsearcy@jrsearcylaw.com |

| | |
|---|---|
| Total Creditor Count | 10 |
| Total Email Count | 12 |

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN, SACHS & CO.) KEVIN G. ABRAMS & JOHN M. SEAMAN 20 MONTCHANIN RD STE 200 WILMINGTON DE 19807 |
| AKERMAN LLP | (COUNSEL TO SIEMENS POWER GENERATION INC.) ATTN: SUNDEEP S. SIDHU 420 S ORANGE AVE STE 1200 ORLANDO FL 32801-4904 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY; ONE BRYANT PARK, BANK OF AMERICA TOWER NEW YORK NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT ALBERINO; JOANNA NEWDECK ROBERT S. STRAUSS BUILDING 1333 NEW HAMPSHIRE AVE, NW WASHINGTON DC 20036-1564 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS, ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| ALVAREZ & MARSAL | ATTN: PAUL KINEALY 55 W MONROE STE 4000 CHICAGO IL 60603 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL 6201 15TH AVE BROOKLYN NY 11219 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM 6201 15TH AVENUE BROOKLYN NY 11219 |
| ASHBY & GEDDES, P.A. | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ PO BOX 1150 WILMINGTON DE 19899 |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J ALANIZ 2001 ROSS AVE DALLAS TX 75201-2980 |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) ATTN: MATTHEW G SUMMERS ESQ 919 N MARKET ST 11TH FL WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO CONVERDYN & GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: DAVID M POWLEN ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: DEBORAH L THORNE ESQ ONE N WACKER DR STE 4400 CHICAGO IL 60606-2833 |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: NEIL GLASSMAN ESQ 222 DELAWARE AVE STE 900 WILMINGTON DE 19801 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND ITS AFFILIATES AND SUBSIDIARIES) ATTN: KEVIN M. CAPUZZI 222 DELAWARE AVE STE 801 WILMINGTON DE 19801-1611 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL B. SCHAEDLE ONE LOGAN SQUARE 130 N 18TH ST PHILADELPHIA PA 19103 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL DEBAECHE; STANLEY TARR 1201 MARKET ST STE 800 WILMINGTON DE 19801 |
| BRICKFIELD, BURCHETTE, RITTS & STONE, PC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C. RYAN 1025 THOMAS JEFFERSON STREET, NW WASHINGTON DC 20007 |
| BROWN & CONNERY, LLP | (COUNSEL TO SAP INDUSTRIES, INC.) ATTN: DONALD K. LUDMAN 6 NORTH BROAD ST STE 100 WOODBURY NJ 08096 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ JEREMY COFFEY ESQ ONE FINANCIAL CENTER BOSTON MA 02111 |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-3300 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA, INC.) ATTN: SHAWN M. CHRISTIANSON 55 SECOND ST 17TH FL SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.) ATTN: KATHLEEN A. MURPHY 919 |

| Claim Name | Address Information |
|---|---|
| BUCHANAN INGERSOLL & ROONEY PC | N MARKET ST STE 1500 WILMINGTON DE 19801 |
| CHADBOURNE & PARKE LLP | (COUNSEL TO NEXTERA ENERGY RESOURCES, LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| CHIPMAN BROWN CICERO & COLE, LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: WILLIAM CHIPMAN JR ESQ; MARK OLIVERE ESQ 1007 N ORANGE ST STE 1110 WILMINGTON DE 19801 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS ENERGY; TXU 2007-1 RAILCAR, & RED BALL OXYGEN) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR 1204 N KING STREET WILMINGTON DE 19801 |
| CITIBANK, N.A. | ZORI MIGLIORINI,STANDBY LETTER OF CREDIT DEPT, AS FRONTING BANK 388 GREENWICH ST 21ST FL NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: ERIC O. LIGAN, VICE PRESIDENT 388 GREENWICH ST 32ND FL NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK, N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| CITIBANK, N.A. | ATTN: ANNEMARIE E. PAVCO SECURITIES PROCESSING SENIOR ANALYST GLOBAL LOANS, 1615 BRETT RD., OPS III NEW CASTLE DE 19720 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY 1000 THROCKMORTON ST FORT WORTH TX 76102 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J. ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COHEN & GRIGSBY, P.C. | (COUNSEL TO NOVA CHEMICALS INC.) ATTN: THOMAS D. MAXSON 625 LIBERTY AVE PITTSBURGH PA 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. 480 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA 1500, UNIVERSITY ST., SUITE 700 MONTREAL QC H3A 3S8 CANADA |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) ATTN: STEPHEN C. STAPLETON BANK OF AMERICA PLAZA 901 MAIN ST STE 3900 DALLAS TX 75202 |
| COZEN O'CONNOR | (COUNSEL TO J. ARON & COMPANY) ATTN: MARK E. FELGER 1201 N MARKET ST STE 1001 WILMINGTON DE 19801 |
| CROSS & SIMON LLC | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.) ATTN: MICHAEL J JOYCE ESQ 1105 N MARKET ST STE 901 WILMINGTON DE 19801 |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E. HORWITZ MANAGING DIRECTOR 2711 CENTERVILLE RD STE 400 WILMINGTON DE 19808 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS, ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER 450 LEXINGTON AVE NEW YORK NY 10017 |
| DEUTSCHE BANK | ATTN: MARCUS M. TARKINGTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO 300 DELAWARE AVE STE 1010 WILMINGTON DE 19801 |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: HOWARD A. COHEN & ROBERT K. MALONE 222 DELAWARE AVE STE 1410 WILMINGTON DE 19801-1621 |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: JEFFREY R FINE ESQ 1717 MAIN ST STE 4200 DALLAS TX 75201 |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND, AGENT 307 INTERNATIONAL CIRCLE STE 270 COCKEYSVILLE MD 21030 |
| EPIQ BANKRUPTY SOLUTIONS, LLC | (CLAIMS AGENT) ATTN: JAMES KATCHADURIAN, E.V.P. 777 THIRD AVE 12TH FL NEW YORK NY 10017 |
| EPSTEIN BECKER & GREEN PC | (COUNSEL TO BENBROOKE) ATTN: WENDY G MARCARI ESQ & STEPHANIE LERMAN ESQ 250 PARK AVE NEW YORK NY 10017 |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ 321 N CLARK ST STE 2800 CHICAGO IL 60654-5313 |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF; |

| Claim Name | Address Information |
|---|---|
| FOX ROTHSCHILD LLP | JOHN STROCK; L. JOHN BIRD 919 N MARKET ST STE 300 WILMINGTON DE 19801 |
| FRANKGECKER LLP | (COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS) ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRANKGECKER LLP | (COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS) ATTN: FRANCES GECKER ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO) ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ MATTHEW M ROOSE ESQ ONE NEW YORK PLAZA NEW YORK NY 10004 |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO.) ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN 1000 LOUISIANA, STE 3400 HOUSTON TX 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO COLLIN COUNTY) ATTN: DAVID MCCALL ESQ 777 E 15TH ST PLANO TX 75074 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO AURELIUS) ATTN: MICHAEL G. BUSENKELL 913 N MARKET ST 10TH FL WILMINGTON DE 19801 |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: DALE E BARNEY ESQ ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: NATASHA M SONGONUGA ESQ 1000 N WEST ST STE 1200 WILMINGTON DE 19801-1058 |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP) ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: JONATHAN HOOK 30 ROCKEFELLER CENTER, 26TH FL NEW YORK NY 10112 |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPANY) ATTN: IAN T. PECK 301 COMMERCE ST STE 2600 FORT WORTH TX 76102 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: PATRICK L. HUGHES 1221 MCKINNEY ST STE 2100 HOUSTON TX 77010 |
| HILLER & ARBAN LLC | (COUNSEL TO STEAG) ATTN: ADAM HILLER ESQ, BRIAN ARBAN ESQ JOHNNA M DARBY ESQ 1500 N FRENCH ST 2ND FL WILMINGTON DE 19801 |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS, INC.) ATTN: JENNIFER V. DORAN 28 STATE ST BOSTON MA 02109 |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS) ATTN: DANIEL K HOGAN ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| HOGAN MCDANIEL | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: GARVAN F MCDANIEL ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C RYAN ESQ 800 17TH ST NW STE 1100 WASHINGTON DC 20006 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MONICA S. BLACKER 901 MAIN ST STE 6000 DALLAS TX 75202 |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: J. SCOTT ROSE WESTON CENTRE 112 E PECAN ST STE 2400 SAN ANTONIO TX 78205 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL 2727 N HARWOOD STREET DALLAS TX 75201 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: MICHAEL L. DAVITT 2727 N HARWOOD STREET DALLAS TX 75201 |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN 1633 BROADWAY NEW YORK NY 10019 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS) ATTN: JAMES S. CARR, BENJAMINN D. FEDER & GILBERT R. SAYDAH 101 PARK AVE NEW YORK NY 10178 |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ 201 MAIN ST STE 2500 FORT WORTH TX 76102 |

| Claim Name | Address Information |
|---|---|
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE) ATTN: RAYMOND H LEMISCH ESQ 919 MARKET ST STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LACKEY HERSHMAN, LLP | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ 3102 OAK LAWN AVE STE 777 DALLAS TX 75219 |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC) ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ 919 MARKET ST STE 1800 WILMINGTON DE 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 400 MADISON AVE STE 4D NEW YORK NY 10017 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS; NAT. GAS PIPELINE CO OF AMERICA; EL PASO NAT. GAS) ATTN: PATRICIA WILLIAMS PREWITT 10953 VISTA LAKE COURT NAVASOTA TX 77868 |
| LAW OFFICES OF ROBERT E LUNA PC | (COUNSEL TO CARROLLTON-FARMERS BRANCH ISD) ATTN: DANIEL K BEARDEN ESQ 4411 N CENTRAL EXPRESSWAY DALLAS TX 75205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER ESQ 2777 N STEMMONS FWY STE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN ESQ PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ 816 CONGRESS AVE STE 1900 AUSTIN TX 78701 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION COMPANY) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130-6036 |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG ESQ 2800 JPMORGAN CHASE TOWER 600 TRAVIS HOUSTON TX 77002 |
| LOWER COLORADO RIVER AUTHORITY | LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORPORATION (LCRA TSC) LEGAL SERVICES ATTN: WILLIAM T. MEDAILLE PO BOX 220 AUSTIN TX 78767 |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ THE NEMOURS BUILDING 1007 N ORANGE ST 10TH FL WILMINGTON DE 19801 |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION, INC.) ATTN: JAMES E. HUGGETT & AMY D. BROWN 300 DELAWARE AVE STE 800 WILMINGTON DE 19801 |
| MASLON EDELMAN BORMAN & BRAND, LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI 90 S SEVENTH ST STE 3300 MINNEAPOLIS MN 55402 |
| MCCATHERN PLLC | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L HOWELL ESEQ REGENCY PLAZA 3710 RAWLINS, SUITE 1600 DALLAS TX 75219 |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) ATTN: LEE GORDON PO BOX 1269 ROUND ROCK TX 78680 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO TCEH DEBTORS) ATTN: DAVID P PRIMACK ESQ 300 DELAWARE AVE STE 770 WILMINGTON DE 19801 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY ONE BRYANT PARK, 47TH FL NEW YORK NY 10036 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D. MOAK, ESQ. 600 TRAVIS ST STE 7000 HOUSTON TX 77002 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING, INC.) 111 N 6TH ST PO BOX 846 CLINTON OK 73601 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: DENNIS F DUNNE ESQ, EVAN R FLECK ESQ KAREN GARTENBERG ESQ 28 LIBERTY STREET NEW YORK NY 10005-1413 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: JONATHAN BROWN 28 LIBERTY STREET NEW YORK NY 10005-1413 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER PO BOX 475 JEFFERSON CITY MO 65105-0475 |

| Claim Name | Address Information |
|---|---|
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: NATALIE D RAMSEY ESQ, DAVIS LEE WRIGHT ESQ MARK A FINK ESQ 1105 N MARKET ST 15TH FL WILMINGTON DE 19801 |
| MORGAN LEWIS BOCKIUS LLP | (COUNSEL TO PACFIC INVESTMENT MANAGEMENT COMPANY) ATTN: JULIA FROST-DAVIES & CHRISTOPHER CARTER ESQS ONE FEDERAL ST BOSTON MA 02110-1726 |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M MILLER ESQ PO BOX 2306 WILMINGTON DE 19899-2306 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY 1201 N MARKET ST STE 1600 WILMINGTON DE 19801 |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ 250 W 55TH ST NEW YORK NY 10019 |
| MUNGER, TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ; SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ 355 S GRAND AVE 35TH FL LOS ANGELES CA 90071 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: KEVIN M LIPPMAN ESQ 500 N AKARD ST STE 3800 DALLAS TX 75201-6659 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: RUSSELL L MUNSCH ESQ 3050 FROST BANK TOWER 401 CONGRESS AVE AUSTIN TX 78701-4071 |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON ESQ PO BOX 1470 WACO TX 76703-1470 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC.) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN 1320 MAIN ST 17TH FL PO BOX 11070 (29211) COLUMBIA SC 29201 |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ 100 SUMMER ST BOSTON MA 02110 |
| O'KELLY ERNST & BIELLI LLC | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: DAVID M KLAUDER ESQ & SHANNON DOUGHERTY ESQ 901 N  MARKET ST STE 100 WILMINGTON DE 19801 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS & ASHLEY BARTRAM BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS ESQ PO BOX 2046 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 – LOCKBOX #35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: LAURA DAVIS JONES ESQ; ROBERT FEINSTEIN ESQ PO BOX 8705 WILMINGTON DE 19899 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT ESQ BRIAN P GUINEY ESQ 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO ESQ 500 E BORDER ST STE 640 ARLINGTON TX 76010 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS TX 76307 |

| Claim Name | Address Information |
|---|---|
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK ESQ 1235 N LOOP WEST STE 600 HOUSTON TX 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO CAMERON ISD, THORNDALE ISD BUCKHOLTS ISD, COPPERAS COVE ISD, MCALLEN ISD, HIDALGO COUNTY & HIDALGO COUNTY DRAINAGE DIST #1) ATTN: JOHN T BANKS ESQ 3301 NORTHLAND DR STE 505 AUSTIN TX 78731 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: EDWARD FOX ESQ 900 THIRD AVE 21ST FL NEW YORK NY 10022 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ 222 DELAWARE AVE STE 1101 WILMINGTON DE 19801 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT 500 W 7TH ST STE 600 FORT WORTH TX 76102 |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: JEREMY RYAN ESQ 1313 N MARKET ST 6TH FL PO BOX 951 WILMINGTON DE 19801 |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: JEFF J MARWIL ESQ, MARK K THOMAS ESQ PETER J YOUNG ESQ THREE FIRST NATIONAL PLAZA 70 W MADISON ST STE 3800 CHICAGO IL 60602 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4700 W 77TH ST STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: HOHN A. HARRIS; JASON D. CURRY RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEES) ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE) ATTN: RICHARD A. ROBINSON 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) ATTN: AMY M. TONTI, ESQ. REED SMITH CENTRE 225 FIFTH AVE STE 1200 PITTSBURGH PA 15222 |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: JOSEPH E SHICKICH JR & HILARY B MOHR ESQS 1001 – 4TH AVE STE 4500 SEATTLE WA 98154 |
| ROPES & GRAY LLP | ATTN: MARK R. SOMERSTEIN 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) ATTN: CHRISTOPHER R BELMONTE ESQ AND PAMELA A BOSSWICK ESQ 230 PARK AVE NEW YORK NY 10169 |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: MARK MINUTI ESQ PO BOX 1266 WILMINGTON DE 19899 |
| SAUL EWING LLP | (COUNSEL TO JOHNSON MATTHEY) ATTN: LUCIAN B MURLEY ESQ 222 DELAWARE AVE STE 1200 WILMINGTON DE 19899 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE) ATTN: RICHARD A BARKASY ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST NA–FIRST LIEN AGENT) ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES ONE BATTERY PARK PLAZA NEW YORK NY 10014 |
| SHEARMAN & STERLING LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ 599 LEXINGTON AVE NEW YORK NY 10022 |
| SHEEHY, LOVELACE & MAYFIELD, PC | (COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.) ATTN: STEVEN M. BURTON 510 N VALLEY MILLS DR STE 500 WACO TX 76710 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: JAY M GOFFMAN ESQ FOUR TIMES SQUARE NEW YORK NY 10036-6522 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: MARK S CHEHI ESQ PO BOX 636 WILMINGTON DE 19899-0636 |

| Claim Name | Address Information |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ 155 N WACKER DR STE 2700 CHICAGO IL 60606-1720 |
| SMITH, KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA LLC & VALERO TEXAS POWER) ATTN: KATHLEEN M MILLER ESQ PO BOX 410 WILMINGTON DE 19899 |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES, INC.) ATTN: DAVID E. LETA 15 W SOUTH TEMPLE STE 1200 SALT LAKE CITY UT 84101 |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER & ANDREW M. SIMON 221 E FOURTH ST STE 2900 CINCINNATI OH 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| STREUSAND, LANDON & OZBURN, LLP | (COUNSEL TO ALLEN SHRODE) ATTN: SABRINA L. STREUSAND 811 BARTON SPRINGS RD STE 811 AUSTIN TX 78704 |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN MICHAEL H TORKIN ESQS 125 BROAD ST NEW YORK NY 10004 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY, LLC) ATTN: ELIHU E. ALLINSON, III 901 N MARKET ST STE 1300 WILMINGTON DE 19801 |
| SUTHERLAND, ASBILL & BRENNAN LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) ATTN: LINO MENDIOLA, III, ESQ. ONE AMERICAN CENTER 600 CONGRESS AVENUE, SUITE 2000 AUSTIN TX 78701 |
| TAYLOR ENGLISH DUMA LLP | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: STEPHEN C GREENBERG ESQ 1600 PARKWOOD CIR STE 400 ATLANTA GA 30339 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP 385 RIFLE CAMP RD 3RD FL WOODLAND PARK NJ 07424 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP – CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE TAUBMAN COMPANY AND THE TAUBMAN LANDLORDS | ATTN: ANDREW S CONWAY ESQ 200 E LONG LAKE RD STE 300 BLOOMFIELD HILLS MI 48304 |
| THE UNIVERSITY OF TEXAS SYSTEM | ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON OFFICE OF GENERAL COUNSEL ATTN: TRACI L COTTON ESQ 201 W SEVENTH ST AUSTIN TX 78701 |
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) ATTN: DAVID D. FARRELL ONE US BANK PLAZA, STE 3200 SAINT LOUIS MO 63101 |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY PO BOX 1748 AUSTIN TX 78767 |
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS) ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ AND BRETT GOODMAN ESQ 875 THIRD AVENUE NEW YORK NY 10022 |
| TUCKER ARENSBERG, P.C. | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND AFFILIATES AND SUBSIDIARIES) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ 1500 ONE PPG PLACE PITTSBURGH PA 15222 |
| TW TELECOM INC | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR #400 LITTLETON CO 80124 |
| UMB BANK, N.A. | ATTN: LAURA ROBERSON, VP 2 S BROADWAY STE 600 ST. LOUIS MO 63102 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J TROY ESQ CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) FEDERAL COMMUNICATIONS COMMISSION ATTN: MATTHEW J TROY, CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |

| Claim Name | Address Information |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: ANNA GRACE – TRIAL ATTORNEY P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ BRIDGEWATER PLACE PO BOX 352 GRAND RAPIDS MI 49501-0352 |
| VEDDER PRICE PC | (COUNSEL TO FIRST UNION RAIL CORPORATION) ATTN: MICHAEL L SCHEIN ESQ 1633 BROADWAY 47TH FL NEW YORK NY 10019 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: JEFFREY S. SABIN ESQ 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: JAMIE L. EDMONSON 1201 NORTH MARKET STREET WILMINGTON DE 19801 |
| WACHTELL, LIPTON, ROSEN & KATZ | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT 51 W 52ND ST NEW YORK NY 10019 |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC) ATTN: GREGORY M WEINSTEIN ESQ 6688 N CENTRAL EXPY STE 675 DALLAS TX 75206 |
| WEIR & PARTNERS LLP | (COUNSEL TO EVERCORE GROUP LLC) ATTN: JEFFREY S CIANCIULLI ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: "J" JACKSON SHRUM ESQ & DUANE D WERB ESQ PO BOX 25046 WILMINGTON DE 19899 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE) ATTN: THOMAS LAURIA ESQ; MATTHEW BROWN ESQ 200 S BISCAYNE BLVD STE 4900 MIAMI FL 33131 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ 7 WORLD TRADE CENTER, 205 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO CSC TRUST COMPANY OF DELAWARE AS IND. & COLLATERAL TTEE FOR 10% SR SECUR NOTES DUE 2020) ATTN: PHILIP D ANKER; CHARLES C PLATT; DENNIS L JENKINS & GEORGE W SHUSTER JR ESQ 7 WORLD TRADE CENTER 250 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND ESQ 60 STATE ST BOSTON MA 02109 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J. HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE 50 S SIXTH ST STE 1290 MINNEAPOLIS MN 55402 |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) ATTN: DAVID NEIER, ESQ. 200 PARK AVE NEW YORK NY 10166 |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) ATTN: STACEY L KREMLING ESQ 8301 KATY FREEWAY HOUSTON TX 77024 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) ATTN: STEVEN K KORTANEK; MARK L DESGROSSEILLIERS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: FRANCIS A MONACO JR & KEVIN J MANGAN ESQS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLTITE) ATTN: KEVIN J MANGAN ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |

**Total Creditor count  209**

**EXHIBIT F**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

Notices mailed by: July 10, 2015

NOTICE OF TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS (WRONG DEBTOR PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 1 of 10

**Exhibit 1**

4 STAR ELECTRONICS, INC.
ATTN: ACCOUTING DEPT.
930 CALLE NEGOCIO, STE C
SAN CLEMENTE, CA  92673

A B ERWIN WELDING, LLC
152 US HWY 84 W
TEAGUE, TX  75860

A.K. GILLIS & SONS, INC
PO BOX 576
SULPHUR SPRINGS, TX  75483

ABC AUTO SALES
PO BOX 3627
LONGVIEW, TX  75606-3627

ALDON COMPANY, INC
3410 SUNSET AVE
WAUKEGAN, IL  60087

ALLIED ELECTRONICS, INC.
7151 JACK NEWELL BLVD S
FORT WORTH, TX  76118-7037

AMSTED RAIL COMPANY INC.
ATTN: DONNA BOWERS
1700 WALNUT ST
GRANITE CITY, IL  62040

ANTHONY MECHANICAL SERV INC
PO BOX 3460
LUBBOCK, TX  79452-3460

AREVA NP INC
ATTN: STEVEN J. CUEVAS, ESQ.
7207 IBM DR CLT-2D
CHARLOTTE, NC  28262

ASM CAPITAL, LP
AS ASSIGNEE FOR W.O.I. PETROLEUM
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY  11797

AUTOMATION TECHNOLOGY INC
PO BOX 3440
SUNNYVALE, CA  94088

BADGER DAYLIGHTING CORP
1300 EAST U.S. HIGHWAY 136
SUITE E
PITTBORO, IN  46167

BECTON, DANA
BEE-LINE PROMOTIONS
6287 HIGHWAY 31 EAST
MURCHISON, TX  75778

BENTLEY SYSTEMS INC.
DBA BENTLEY SYSTEMS
ATTN: THOMAS DORAN, 685 STOCKTON DR
EXTON, PA  19341-1151

BLAND CONSTRUCTION CO
963 N FM 908
ROCKDALE, TX  76567

BLAND CONSTRUCTION CO.
963 N FM 908
ROCKDALE, TX  76567

BLAND CONSTRUCTION CO.
963 N. FM 908
ROCKDALE, TX  76567

BLOODWORTH, JAMES D
503 W RIECK RD
TYLER, TX  75703-3525

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by:  July 10, 2015

NOTICE OF TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS (WRONG DEBTOR PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 2 of  10

**Exhibit 1**

BLOODWORTH, JAMES D
505 W RIECK RD
TYLER, TX  75703-3525

BORAL MATERIAL TECHNOLOGIES INC
45 N E LOOP 410
SUITE 700
SAN ANTONIO, TX  78216

BUG MASTER EXTERMINATING SERVICE INC
1912 SMITH RD
AUSTIN, TX  78721-3547

BUG MASTER EXTERMINATING SERVICE INC
THE BUG MASTER
1912 SMITH RD
AUSTIN, TX  78721

C.L. SMITH INDUSTRIAL COMPANY
2972 ARNOLD TENBROOK ROAD
ARNOLD, MO  63010

CAPCORP CONVEYOR AGGREGATE PRODUCTS
CORP
CAPCORP
10500 N. STEMMONS FRWY
DALLAS, TX  75220

CARTHAGE MACHINE & WELDING INC
PO BOX 232
CARTHAGE, TX  75631

CAT GLOBAL MINING
C/O CATERPILLAR INC.
100 N.E. ADAMS STREET
PEORIA, IL  61629-7310

CECO SALES CORPORATION
708 N MAIN ST
FORT WORTH, TX  76164-9435

CENTRAL TEXAS SECURITY & FIRE
EQUIPMENT, INC.
ATTN: STEVEN M. BURTON, 510 N. VALLEY
MILLS DRIVE, SUITE 500
WACO, TX  76710

CESCO, INC.
PO BOX 550727
DALLAS, TX  75355

CHAPMAN CONSTRUCTION COMPANY LP
10011 W UNIVERSITY DR
MCKINNEY, TX  75071-6076

CHEMICAL WEED CONTROL INC
P.O. BOX 519
WEATHERFORD, TX  76086

CHEMICAL WEED CONTROL, INC.
P.O. BOX 519
WEATHERFORD, TX  76086

CHEMTEX INDUSTRIAL
ATTN: JERRY PAUL FUDGE
117 EDGEWOOD ST
LONGVIEW, TX  75604

CHROMALOX INC.
103 GAMMA DR.
PITTSBURGH, PA  15238

CITY OF MONAHANS
112 W 2ND ST
MONAHANS, TX  79756-4207

CLARY E&I SERVICES
PO BOX 343
OVERTON, TX  75684

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: July 10, 2015**

NOTICE OF TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS (WRONG DEBTOR PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 3 of 10

Exhibit 1

CLARY E+I SERVICES, LLC
PO BOX 343
OVERTON, TX 75684

CLASSIC CHEVROLET BUICK GMC
ATTN: ANN MOORE
1909 E HWY 377
GRANBURY, TX 76049

COASTAL CHEMICAL CO. LLC
C/O BRENNTAG NORTH AMERICA, INC.
ATTN: R. BURBANK, 5083 POTTSVILLE PIKE
READING, PA 19605-9724

CONTINENTAL FIELD SYSTEMS
23 WESTGATE BOULEVARD
SAVANNAH, GA 31405

CONTINENTAL WIRELESS INC
10455 VISTA PARK RD
DALLAS, TX 75238-1645

CONTROL COMPONENTS, INC.
22591 AVENIDA EMPRESSA
RANCHO SANTA MARGARITA, CA 92688

CORE VISUAL INSPECTION SERVICES INC
12407 N MOPAC EXPWY
STE 100-415
AUSTIN, TX 78758

CORPRO COMPANIES, INC.
APRIL A. GREER
17988 EDISON AVE.
CHESTERFIELD, MO 63005

CORPRO COMPANIES, INC.
ATTN: GENERAL COUNSEL
7000B HOLLISTER ROAD
HOUSTON, TX 77040

COSA XENTAUR CORPORATION
D/B/A COSA INSTRUMENT CORPORATION
84 H. HORSEBLOCK ROAD
YAPHANK, NY 11980

CRAWFORD ELECTRIC CO, INC.
4401 AGNES
CORPUS CHRISTI, TX 78405

CRAWFORD ELECTRIC CO, INC.
CARL WILLIAMS, RCM
7390 NORTHCOURT RD
HOUSTON, TX 77040

CSS DIRECT INC
ATTN: STEVE MCCOY, VP
3707 N 200TH ST
OMAHA, NE 68022

CUSTOM HOSE LLC
PO BOX 679
PALESTINE, TX 75802

DBA ALL PRO AUTOMOTIVE
701 US HIGHWAY 79 N
HENDERSON, TX 75652-6107

DEALERS ELECTRICAL SUPPLY CO.
PO BOX 2676
WACO, TX 76702-2676

DENNIS CAMERON CONSTRUCTION &
EQUIPMENT
1406 INDUSTRIAL ROAD
MOUNT PLEASANT, TX 75455

DUNNIER, JEFF
C/O EAST TEXAS WILDLIFE DAMAGE CONTROL
5286 HARRIS LAKE RD
MARSHALL, TX 75672

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: July 10, 2015**

NOTICE OF TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS (WRONG DEBTOR PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 4 of 10

**Exhibit 1**

DXP ENTERPRISES INC
7272 PINEMONT
HOUSTON, TX  77040

EDKO LLC
PO BOX 7241
SHREVEPORT, LA  71137-7241

ELECTRICO INC
2500 S BUSINESS 45
CORSICANA, TX  75110

ELECTROMARK
6188 WEST PORT BAY ROAD
WOLCOTT, NY  14590

ELECTROMARK
JOANNE WILLIAMS, ASST. GENERAL COUNSEL
C/O BRADY CORPORATION, 6555 W. GOOD HOPE RD.
MILWAUKEE, WI  53223

ENERFLEX ENERGY SYSTEMS INC.
10815 TELGE RD
HOUSTON, TX  77095-5038

EOL WATER SUPPLY
9226 ELK RD
AXTELL, TX  76624-1500

EOL WATER SUPPLY
EOL WATER SUPPLY
3203 ROBINSON DRIVE
WACO, TX  76706

EQUIPMENT IMAGING & SOLUTIONS
ATTN: MARK BAIRD
11155 CR2312
TERRELL, TX  75160-8960

EXPRESS CLEANING SERVICES, INC.
14877 HWY 1105
WHITEHOUSE, TX  75791

FALKENBERG CONSTRUCTION
4850 SAMUELL BLVD
MESQUITE, TX  75149-1025

FE MORAN, INC. SPECIAL HAZARD SYSTEMS
2265 CARLSON DR
NORTHBROOK, IL  60062-6705

FIRETROL PROTECTION SYSTEMS, INC.
1900 W CHANDLER BLVD
SUITE #15-385
CHANDLER, AZ  85224

FISHER CONTROLS INTERNATIONAL LLC
ATTN: JOSEPH MIKSCHE
8000 NORMAN CENTER DR., SUITE 1200
BLOOMINGTON, MN  55437

GABRIEL JORDAN CHEVROLET
1704 KILGORE DR
HENDERSON, TX  75652

GEAR CLEANING SOLUTIONS LLC
2221 MANANA DR.
STE. 190
DALLAS, TX  75220

GEOTECH ENVIRONMENTAL EQUIPMENT, INC.
2650 E 40TH AVE
DENVER, CO  80205

GLOBAL TECHNICAL TRAINING SERVICES INC
ATTN: SID CROUCH, VP/CLAY SCHILE, PRES.
P.O. BOX 1679
SENECA, SC  29679

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**Case #:  14-10979 (CSS)**

**Notices mailed by:  July 10, 2015**

NOTICE OF TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS (WRONG DEBTOR PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 5 of  10

Exhibit 1

HELENA CHEMICAL COMPANY
41232B PARK 290
WALLER, TX  77848

HELWIG CARBON PRODUCTS INC.
8900 W. TOWER AVE
MILWAUKEE, WI  53224

HENRY PRATT COMPANY, LLC
ATTN: MARK GINGERICH
500 WEST ELDORADO STREET
DECATUR, IL  62525

HF & ASSOCIATES
118 VERDANT
SAN ANTONIO, TX  78209

HOLMAN BOILER WORKS
KATHY EVANS
1956 SINGLETON BLVD
DALLAS, TX  75212

HOLMAN BOILER WORKS
PO BOX 226865
DALLAS, TX  75222-6865

HONEYWELL
ATTN: LYDIA MONTALVO
950 KEYNOTE CIRCLE
BROOKLYN HTS., OH  44131

HURON INDUSTRIES, INC.
ATTN: DEBRA HARDY
2301 16TH STREET
PORT HURON, MI  48060

HYTORC
333 RT. 17 NORTH
MAHWAH, NJ  07430

IMG COLLEGE, LLC
ATTN: MARK BENNETT
540 N. TRADE ST.
WINSTON-SALEM, NC  27101

INSTRUMENT AND VALVE SERVICES COMPANY
ATTN: JOSEPH MIKSCHE
8000 NORMAN CENTER DR., SUITE 1200
BLOOMINGTON, MN  55437

INTELLIRENT
604 HENRIETTA CREEK, SUITE 400
ROANOKE, TX  76262

ITS A PIECE OF CAKE - CUSTOM CAKES
1209 BERKLEY DR.
GRAPEVINE, TX  76051

JIM COX SALES INC
PO BOX 2380
KELLER, TX  76244-2380

JOE EAST ENTERPRISES INC
2001 MIDWAY RD STE 110
CARROLLTON, TX  75006-4916

JOY GLOBAL SURFACE MINING INC
F/K/A P&H MINING EQUIPMENT INC
4400 W NATIONAL AVE
MILWAUKEE, WI  53214

JOYCE STEEL ERECTION, LTD.
C/O LOUANN JOYCE
PO BOX 8466
LONGVIEW, TX  75607-8466

KALSI ENGINEERING, INC.
745 PARK TWO DR.
SUGAR LAND, TX  77478

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  July 10, 2015**

NOTICE OF TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS (WRONG DEBTOR PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 6 of  10

**Exhibit 1**

KNUCKLEHEADS
P.O. BOX 1302
FRANKLIN, TX  77856

KSB INC.
ATTN: ANN MCGUIRE
4415 SARELLEN ROAD
RICHMOND, VA  23231

L Q MANAGEMENT LLC
909 HIDDEN RDG STE 600
IRVING, TX  75038-3822

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: REPUBLIC SHEET METAL AND
MANUFACTURING, ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ  07601

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: RICOCHET FUEL DISTRIBUTORS
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ  07601

LIQUIDITY SOLUTIONS,INC. AS ASSIGNEE OF
ROYAL PURPLE, LLC
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ  07601

LONE STAR SAFETY & SUPPLY INC
PO BOX 29131
DALLAS, TX  75229-0131

LUBRICATION ENGINEERS INC
300 BAILEY AVE
FORT WORTH, TX  76107-1856

MARCO INSPECTION SERVICES LLC
PO BOX 1941
KILGORE, TX  75663

MASTER LEE DECON SERVICES, INC.
5631 ROUTE 981
LATROBE, PA  15650

MCGRAW HILL COMPANIES
148 PRINCETON HIGHTSTOWN ROAD
HIGHTSTOWN, NJ  08520

MCMASTER-CARR SUPPLY COMPANY
6100 FULTON INDUSTRIAL BLVD.
ATLANTA, GA  30336

MICHAEL C. FINA CORPORATE SALES INC.
PO BOX 36208
NEWARK, NJ  07188-6208

MIDCO SLING OF EAST TEXAS
415 W COTTON ST
LONGVIEW, TX  75601

MORGAN LEWIS & BOCKIUS LLP
1701 MARKET ST
PHILADELPHIA, PA  19103-2921

MOTION INDUSTRIES
PO BOX 1477
BIRMINGHAM, AL  35201-1477

NAVASOTA VALLEY ELECTRIC
PO BOX 848
FRANKLIN, TX  77856-0848

N-LINE TRAFFIC MAINTENANCE
PO BOX 4750
BRYAN, TX  77805-4750

Debtor: **ENERGY FUTURE HOLDINGS CORP.**, et al.

Case #:  **14-10979 (CSS)**

Notices mailed by:  **July 10, 2015**

**NOTICE OF TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS (WRONG DEBTOR PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 7 of  10

**Exhibit 1**

NORSE TECHNOLOGIES INC.
PO BOX 470548
FORT WORTH, TX  76147

NUCON INTERNATIONAL, INC
7000 HUNTLEY ROAD
COLUMBUS, OH  54339

ORBITAL TOOL TECHNOLOGIES, CORP.
ATTN: JOHN FLANAGAN
13979 WILLOWBROOK ROAD
ROSCOE, IL  61073

ORTIZ, FELIPE
2308 LAS CRUCES LN
DALLAS, TX  75227-9211

OSISOFT LLC
ATTN: LYNDA HIMES
777 DAVIS ST
SAN LEANDRO, CA  94577

PALL TRINITY MICRO
A DIVISION OF PALL CORP
PO BOX 85001311
PHILADELPHIA, PA  19178-1311

PETRO VALVE
11248 E HARDY RD
HOUSTON, TX  77093-2368

PROCESS SOLUTIONS INTEGRATION LLC
PO BOX 7645
AMARILLO, TX  79114-7645

PROSIGNS
636 WEST PANOLA ST
CARTHAGE, TX  75633

PROSIGNS
SUSAN SOAPE
PO BOX 1444
CARTHAGE, TX  75633

REED SMITH
ATTN: BRIAN ANSELL
REED SMITH CENTRE, 225 FIFTH AVENUE
PITTSBURGH, PA  15222

RIATA FORD LTD.
PO BOX 4648
AUSTIN, TX  78765

RIMPULL CORP
PO BOX 748
OLATHE, KS  66051-0748

ROBERTSON COUNTY WATER SUPPLY CORP
ATTN: SHEA WATKINS
PO BOX 876
FRANKLIN, TX  77856

ROBERTSON COUNTY WATER SUPPLY CORP
ATTN: SHEA WATKINS
PO BOX 877
FRANKLIN, TX  77856

ROBERTSON COUNTY WATER SUPPLY CORP
ATTN: SHEA WATKINS
PO BOX 880
FRANKLIN, TX  77856

ROBERTSON COUNTY WATER
ATTN: SHEA WATKINS
SUPPLY CORP, PO BOX 875
FRANKLIN, TX  77856

ROTA-TECH, INCORPORATED
106 EAST BOYD STREET
MAIDEN, NC  28650

NOTICE OF TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS (WRONG DEBTOR PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

**Exhibit 1**

RR DONNELLEY
4101 WINFIELD RD
WARRENVILLE, IL  60555

SENIOR OPERATIONS LLC
2400 LONGHORN INDUSTRIAL DRIVE
NEW BRAUNFELS, TX  78130-2530

SGS NORTH AMERICA INC
16130 VAN DRUNEN RD
SOUTH HOLLAND, IL  60473-1244

SHI INTERNATIONAL CORP.
ATTN: ELAINE BINOSA - ACCOUNTING
290 DAVIDSON AVENUE
SOMERSET, NJ  08873

SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND
ATT-IN-FACT FOR IT'S A PIECE OF CAKE
19772 MACARTHUR BLVD #200
IRVINE, CA  92612

SILVER POP SYSTEMS INC.
ATTN: DENISE JONES
200 GALLERIA PKWY, SUITE 1000
ATLANTA, GA  30339

SIMPLEXGRINNELL
ATTN: BANKRUPTCY
50 TECHNOLOGY DR
WESTMINSTER, MA  01441

SKINNER, TODD
DBA INDEPENDENT AIR BRAKE SERVICE
PO BOX 518
HUGHES SPRINGS, TX  75656

SKYHAWK CHEMICALS, INC.
ATTN: CLARK KNICKERBOCKER
701 N POST OAK RD, STE 540
HOUSTON, TX  77024

SLOAN, BRUCE DBA
PIONEER ENTERPRISES
1155 NELSON RD
AZLE, TX  76020

SOUTHWEST FANNIN COUNTY
ATTN: DANA MELUGIN
WATER SUPPLY CORP, 8046 W HIGHWAY 56
SAVOY, TX  75479

SOUTHWEST OCEAN SERVICES INC
ATTN: WHITNEY BAKER
5721 HARVEY WILSON DR
HOUSTON, TX  77020

SOUTHWEST RESEARCH INSTITUTE
6220 CULEBRA RD
SAN ANTONIO, TX  78238

SPENCER-HARRIS OF ARKANSAS INC
HIGHWAY 82 EAST
BOX 579
MAGNOLIA, AR  71753

SPM FLOW CONTROL, INC.
601 WEIR WAY
FORT WORTH, TX  76108

SPX FLOW TECHNOLOGY
19191 HEMPSTEAD HWY
HOUSTON, TX  77065

STEIN, SOLOMON
1229 MOHAWK TRL
RICHARDSON, TX  75080-3924

SUSMAN GODFREY LLP
901 MAIN STREET, SUITE 5100
DALLAS, TX  75202

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  July 10, 2015**

NOTICE OF TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS (WRONG DEBTOR PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 9 of  10

**Exhibit 1**

SYNIVERSE TECHNOLOGIES LLC
8125 HIGHWOODS PALM WAY
TAMPA, FL  33647

TALLEY CHEMICAL AND SUPPLY
PO BOX 831
MEXIA, TX  76667-0831

TANNOR PARTNERS CREDIT FUND LP
AS ASSIGNEE FOR RAILROAD FRICTION ET AL
150 GRAND ST STE 401
WHITE PLAINS, NY  10601

TANNOR PARTNERS CREDIT FUND LP
AS ASSIGNEE FOR THE EADS COMPANY
150 GRAND ST STE 401
WHITE PLAINS, NY  10601

TANNOR PARTNERS CREDIT FUND, LP
TRANSFEROR: BABCOCK & WILCOX POWER
GENERATION GROUP; ATTN: ROBERT TANNOR,
150 GRAND STREET, STE 401
WHITE PLAINS, NY  10601

TEXAS DIESEL MAINTENANCE
ATTN: TRACEY MARCANTEL
2327 TIMBERBREEZE COURT
MAGNOLIA, TX  77355

TEXAS ENGINEERING EXPERIMENT STATION
ATTN: RON EDWARDS
3124 TAMU
COLLEGE STATION, TX  77843-3124

THERMO EBERLINE
C/O TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA  15222

THERMO ENVIRONMENTAL INSTRUMENTS INC
C/O TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA  15222

THERMO ORION, INC.
C/O TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA  15222

TISCHLER/KOCUREK
107 SOUTH MAYS
ROUND ROCK, TX  78664

TOP HAT SERVICES
PO BOX 546
ROCKDALE, TX  76567

TRANSMISSIONS & DISTRIBUTION
SERVICES INC
PO BOX 547
GLENBROOK, NV  89413

TRANSUNION LLC
ATTN: ACCOUNTS RECEIVABLE
555 WEST ADAMS STREET
CHICAGO, IL  60661

TRC MASTER FUND LLC
TRANSFEROR: BNL INDUSTRIES, INC.
ATTN: TERREL ROSS, PO BOX 633
WOODMERE, NY  11598

TY FLOT INC
305 MASSABESIC ST
MANCHESTER, NH  03103

TYLER JUNIOR COLLEGE
CAROL HUTSON, DIR ACCTING SVCS.
PO BOX 9020
TYLER, TX  75711-9020

TYLER JUNIOR COLLEGE
WEST CAMPUS/RTDC (REGIONAL
TRAINING & DEVELOPMENT CENTER), 1530 SSW
LOOP 323
TYLER, TX  75701

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  July 10, 2015**

NOTICE OF TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS (WRONG DEBTOR PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

**Exhibit 1**

UFP GRANDVIEW, LLC
ATTN: LEGAL DEPARTMENT
2801 EAST BELTLINE AVE NE
GRAND RAPIDS, MI  49525

UNITED CONVEYOR SUPPLY COMPANY
ATTN: FRED SCHROEDER
2100 NORMAN DRIVE WEST
WAUKEGAN, IL  60085

UNITED ELECTRIC COOPERATIVE SERVICES INC
C/O MCONDALD SANDERS, PC
ATTN: RANDYL MEIGS, 777 MAIN ST., SUITE 1300
FORT WORTH, TX  76102

UNIVERSAL RECYCLING TECHNOLOGIES, LLC
ATTN: ACCOUNTS PAYABLE
2535 BELOIT AVE.
JANESVILLE, WI  53546

US PLASTIC CORP
1390 NEUBRECHT ROAD
LIMA, OH  45801-3196

VICTORIA BEARING & INDUSTRIAL SUPPPLY
COLUMBUS BEARING
PO BOX 2112
VICTORIA, TX  77902

WILSON COMPANY
PO BOX 9100
ADDISON, TX  75001

WIRE ROPE INDUSTRIES LTD.
5501 TRANS-CANADA HIGHWAY
POINTE CLAIRE, QC  H9R 1B7  CANADA

XEROX CORPORATION
1303 RIDGEVIEW DRIVE - 450
LEWISVILLE, TX  75057

YOKOGAWA CORPORATION OF AMERICA
ATTN: LAURA WATSON
2 DART RD
NEWNAN, GA  30265

YORK PUMP & EQUIPMENT, A DXP CO
C/O DXP ENTERPRISES INC
7272 PINEMONT
HOUSTON, TX  77040

ZEEFAX INC
6049 KELLERS CHURCH ROAD
PIPERSVILLE, PA  18947

ZEP SALES & SERVICES
C/O ENGEL, HAIRSTON & JOHANSON, P.C.
ATTN: JONATHAN E. RAULSTON, P.O. BOX 11405
BIRMINGHAM, AL  35202

Total Parties: 175

**EXHIBIT G**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: July 10, 2015**

**NOTICE OF TWENTY-THIRD OMNIBUS (SUBSTANTIVE)
OBJECTION TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Exhibit 1**

4-STAR HOSE AND SUPPLY, INC.
PO BOX 541356
DALLAS, TX  75354-1356

A K ARMATURE INC
315 N JEFFERSON ST
IRVING, TX  75061-7629

ABLE COMMUNICATIONS, INC.
C/O BARLOW GARSEK & SIMON, LLP
ATTN: ROBERT A. SIMON, 920 FOCH STREET
FORT WORTH, TX  76107

ADVANCED DISCOVERY INC
13915 N. MOPAC EXPY STE 400
AUSTIN, TX  78728

BAYLESS AUTO SUPPLY
357 W COMMERCE ST
FAIRFIELD, TX  75840

BAYLESS AUTO SUPPLY
357 W. COMMERCE ST.
FAIRFIELD, TX  75840

BRAY INTERNATIONAL  INC.
13333 WESTLAND EAST BLVD.
HOUSTON, TX  77041

BUTLER AND LAND INC.
P.O. BOX 550399
DALLAS, TX  75355

CONTROL COMPONENTS, INC.
22591 AVENIDA EMPRESSA
RANCHO SANTA MARGARITA, CA  92688

CROSS CLEANING SOLUTIONS LLC
PO BOX 1103
GLADEWATER, TX  75647-1103

DON DRIVE INTERIORS INC
ATTN: BILLY THOMAS
8408 CHANCELLOR ROW
DALLAS, TX  75247

EULENFELD, RODNEY W.
DBA A-SWAT PEST CONTROL
P.O. BOX 243
THORNDALE, TX  76577

FISERV
255 FISERV DR
BROOKFIELD, WI  53045-5815

FLANDERS ELECTRIC INC.
901 HARRISON RD
LONGVIEW, TX  75604

HATFIELD & CO INC
2475 DISCOVERY BLVD
ROCKWALL, TX  75032-6200

HIGHWAY MACHINE CO INC
ATTN: JANET FISHER
SUITE 208, 80 BUSINESS PARK DRIVE
ARMONK, NY  10504

JEFF HARLOW DBA HARLOW FILTER SUPPLY
4843 ALMOND AVE
DALLAS, TX  75247

LAMBERT OIL CO
PO BOX 636
CLEBURNE, TX  76033-0636

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: July 10, 2015**

NOTICE OF TWENTY-THIRD OMNIBUS (SUBSTANTIVE)
OBJECTION TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 2 of 3

**Exhibit 1**

LIQUIDITY SOLUTIONS, INC. AS ASSIGNEE OF
PRIEFERT MFG. CO., INC
1 UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ  07601

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: REDDY ICE CORPORATION
SUITE 1800
DALLAS, TX  75231

MOBILE ANALYTICAL LABORTORIES
PO BOX 69210
ODESSA, TX  79769-0210

MOTION INDUSTRIES
PO BOX 1477
BIRMINGHAM, AL  35201-1477

NEUNDORFER, INC.
ATTN: JEAN OCKULY
4590 HAMANN PARKWAY
WILLOUGHBY, OH  44094

PBS AND J
N/K/A ATKINS NORTH AMERICA, INC.
4030 W BOY SCOUT BLVD STE 700
TAMPA, FL  33607-5713

REDDY ICE CORPORATION
8750 NORTH CENTRAL EXPRESSWAY
SUITE 312, ONE UNIVERSITY PLAZA
HACKENSACK, NJ  07601

RIVER CITY VALVE SERVICE, INC.
ATTN: GEORGE LEBLANC, PRESIDENT
134 DELGADO DRIVE
BATON ROUGE, LA  70808

SAFETY-KLEEN SYSTEMS INC
PO BOX 250389
PLANO, TX  75025

SAFETY-KLEEN SYSTEMS INC
SAFETY-KLEEN SYSTEMS, INC
600 LONGWATER DR
NORWELL, MA  02061

SETON IDENTIFICATION PRODUCTS
C/O EMEDCO
PO BOX 369
BUFFALO, NY  14240

SONAR CREDIT PARTNERS III, LLC
TRANSFEROR: HIGHWAY MACHINE CO INC
3010 S OLD US HWY 41
PRINCETON, IN  47670

STUART C IRBY CO
STUART C IRBY
PO BOX 1819
JACKSON, MS  39215-1819

SUNGARD CONSULTING SERVICES LLC
C/O SHUTTS & BOWEN, LLP
ATTN: JAMES A. TIMKO, ESQ., 300 S. ORANGE
AVE, STE 1000
ORLANDO, FL  32801

SUNGARD CONSULTING SERVICES LLC
DAVID JEFFERS, CFO
680 E SWEDESFORD RD
WAYNE, PA  19087

TANNOR PARTNERS CREDIT FUND LP AS
ASSIGNEE FOR UNITED CONVEYOR SUPPLY
CORP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY  10601

TANNOR PARTNERS CREDIT FUND LP
AS ASSIGNEE FOR POWERRAIL DISTRIBUTION
150 GRAND ST STE 401
WHITE PLAINS, NY  10601

TANNOR PARTNERS CREDIT FUND LP
AS ASSIGNEE FOR WIREROPE WORKS INC.
150 GRAND ST STE 401
WHITE PLAINS, NY  10601

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  July 10, 2015**

**NOTICE OF TWENTY-THIRD OMNIBUS (SUBSTANTIVE)**
**OBJECTION TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT**
**TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,**
**3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Exhibit 1**

TELECOM ELECTRIC SUPPLY CO
PO BOX 860307
PLANO, TX  75086-0307

TELECOM ELECTRIC SUPPLY COMPANY
P.O. BOX 860307
PLANO, TX  75086-0307

TELECOM ELECTRIC SUPPLY COMPANY
PO BOX 860307
PLANO, TX  75086-0307

TYCO ELECTRONICS CORP
PO BOX 3608
MS 38-26
HARRISBURG, PA  17105

WASTE MANAGEMENT - RMC
2625 W. GRANDVIEW RD. STE. 150
PHOENIX, AZ  85023

Total Parties: 41

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #: 14-10979 (CSS)

Notices mailed by:

NOTICE OF TWENTY-THIRD OMNIBUS (SUBSTANTIVE)
OBJECTION TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 1 of 2

**Exhibit 2**

ABL SERVICES, INC.
P.O. BOX 8572
TYLER, TX  75711

BOTTOM CLEANERS
PO BOX 74
BREMOND, TX  76629

BULLARD INC
PO BOX 1518
PALESTINE, TX  75802-1518

CAPPS HARDWARE & AG CENTER
ATTN: BARRY CAPPS
512 W US HWY 84
FAIRFIELD, TX  75840

CDW
ATTN: RONELLE ERICKSON
200 N. MILWAUKEE AVE
VERNON HILLS, IL  60061

CELTEX INDUSTRIES, INC.
997 CHEROKEE TRACE
WHITE OAK, TX  75693

CORROSION ELIMINATORS INC
PO BOX 1546
MINERAL WELLS, TX  76068

DALLAS BASKETBALL LTD
2909 TAYLOR ST
DALLAS, TX  75226

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES
(RMS)
P.O. BOX 5126
TIMONIUM, MD  21094

ENERGY SERVICES GROUP INTL. INC.
ATTN: DICK SMITH
3601 LA GRANGE PARKWAY
TOANO, VA  23168

GLEN ROSE AUTO PARTS
PO BOX 2141
GLEN ROSE, TX  76043

H&E EQUIPMENT SERVICES, INC.
C/O BELL NUNNALLY
ATTN: RANDALL K. LINDLEY, 3232 MCKINNEY
AVE., STE. 1400
DALLAS, TX  75204

LAMBERT OIL CO
PO BOX 636
CLEBURNE, TX  76033-0636

MAGNUM ENGINEERING & CONTROLS
DBA MAGNUM TECHNICAL SERVICES
24 COMMERCIAL PL
SCHERTZ, TX  78154-3101

OAKRIDGE BELLOWS
P.O. BOX 311583
NEW BRAUNFELS, TX  78131

PENTAIR VALVES & CONTROLS INC.
5500 WAYZATA BOULEVARD, STE. 800
MINNEAPOLIS, MN  55416

PENTAIR VALVES & CONTROLS INC.
MARY WEINER
10707 CLAY RD
HOUSTON, TX  77041

PNEUMAT SYSTEMS, INC
110 MOHR DRIVE
MANKATO, MN  56001

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by:**

NOTICE OF TWENTY-THIRD OMNIBUS (SUBSTANTIVE)
OBJECTION TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 2 of  2

**Exhibit 2**

REGULATOR TECHNOLOGIES INC.
ATTN: JOSEPH MIKSCHE
8000 NORMAN CENTER DR., SUITE 1200
BLOOMINGTON, MN  55437

RICHARD AUTOMATION INC.
750 PEARL STREET
BEAUMONT, TX  77701

TANNOR PARTNERS CREDIT FUND LP
AS ASSIGNEE FOR LEICA GEOSYSTEMS ET AL
150 GRAND ST STE 401
WHITE PLAINS, NY  10601

WAUKESHA-PEARCE INDUSTRIES, INC.
ATTN: DAVID G. MCMILLEN
12320 S MAIN
HOUSTON, TX  77035

WINDHAM MANUFACTURING COMPANY INC
8520 FORNEY RD
DALLAS, TX  75227-4515

Total Parties: 23

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:**

**NOTICE OF TWENTY-THIRD OMNIBUS (SUBSTANTIVE)**
**OBJECTION TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT**
**TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,**
**3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Exhibit 3**

DELTA FABRICATIONS & MACHINE INC.
ATTN: GERALD WILLIAMS
PO BOX 980
DAINGERFIELD, TX  75638

PROGRESSIVE WATER TREATMENT
JANET BARNHART
2535 E UNIVERSITY DR
MCKINNEY, TX  75069

PROGRESSIVE WATER TREATMENT
MARC J STEVENS
PO BOX 774
MCKINNEY, TX  75070

WCR
2601 W STROOP RD #100
DAYTON, OH  45439-1929

WESTERN MARKETING INC
PO BOX 147
ABILENE, TX  79604-0147

Total Parties: 5

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:**

**NOTICE OF TWENTY-THIRD OMNIBUS (SUBSTANTIVE)
OBJECTION TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Exhibit 4**

ARBILL INDUSTRIES
10450 DRUMMOND ROAD
PHILADELPHIA, PA  19154

BEIRNE MAYNARD & PARSONS LLP
P.O. BOX 27457
HOUSTON, TX  77056-3014

DOCUMENT BINDING
2221 MANANA DR
SUITE 130
DALLAS, TX  76053

GOETZ, LEWIS
PO BOX 895
PITTSBURGH, PA  15230

KLEIN PRODUCTS INC
PO BOX 3700
ONTARIO, CA  91761

LEE HECHT HARRISON LLC
2301 LUCIEN WAY, SUITE 325
MAITLAND, FL  32751

LEE, PHILIP
D/B/A LEECO ENERGY SERVICES
3572 COUNTY ROAD 4101
JACKSONVILLE, TX  75766-6933

POWER CONTROL SYSTEMS ENGINEERING, INC.
9013 KINGSWOOD PLACE
WACO, TX  76712

SONAR CREDIT PARTNERS III, LLC
TRANSFEROR: ARBILL INDUSTRIES
80 BUSINESS PARK DRIVE, SUITE 208
ARMONK, NY  10504

TELECOM ELECTRIC SUPPLY COMPANY
P.O. BOX 860307
PLANO, TX  75086-0307

Total Parties: 10

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:**

**NOTICE OF TWENTY-THIRD OMNIBUS (SUBSTANTIVE)
OBJECTION TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Exhibit 5**

BARSCO INC
PO BOX 460
ADDISON, TX  75001-0460

Total Parties: 1

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**NOTICE OF TWENTY-THIRD OMNIBUS (SUBSTANTIVE)
OBJECTION TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Notices mailed by:**

**Exhibit 6**

JOE R WALLIS
PO BOX 1590
FORT WORTH, TX  76101-1590

Total Parties: 1