## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) **Re: Docket No. 5120** |

## *NO ORDER REQUIRED* CERTIFICATE OF NO OBJECTION REGARDING THIRTEENTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JUNE 1, 2015 THROUGH JUNE 30, 2015

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Thirteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of TCEH Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period June 1, 2015 through June 30, 2015,* filed on July 28, 2015 [Docket No. 5120] (the "**Fee Statement**"). The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Fee Statement appears thereon. Pursuant to the Notice of Fee Statement, responses to the Fee Statement were to be filed and served no later than August 18, 2015 at 4:00 p.m. (ET). The Fee Statement was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee*, dated

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

51013004.1

August 21, 2014 [Docket No. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [Docket No. 2066] (the "**Administrative Order**").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession are authorized to pay FTI Consulting, Inc. 80% of its fees and 100% of its expenses requested in the Fee Statement upon filing of this certificate without the need for further order of the Court. A summary of the fees and expenses sought by FTI Consulting, Inc. is annexed hereto as Exhibit A.

*[Remainder of page intentionally left blank]*

Dated: Wilmington, Delaware
       August 20, 2015                         **MORRISON & FOERSTER LLP**
                                                   James M. Peck
                                                   Brett H. Miller
                                                   Lorenzo Marinuzzi
                                                   Todd M. Goren
                                                   250 West 55th Street
                                                   New York, New York 10019-9601
                                                   Telephone:  (212) 468-8000
                                                   Facsimile:  (212) 468-7900
                                                   E-mail:  jpeck@mofo.com
                                                              brettmiller@mofo.com
                                                              lmarinuzzi@mofo.com
                                                              tgoren@mofo.com

                                                   -and-

                                                 */s/ Christopher A. Ward* _____
                                                 Christopher A. Ward (Del. Bar No. 3877)
                                               Justin K. Edelson (Del. Bar No. 5002)
                                               Shanti M. Katona (Del. Bar No. 5352)
                                               Jarrett Vine (Del. Bar No. 5400)
                                             **POLSINELLI PC**
                                             222 Delaware Avenue, Suite 1101
                                             Wilmington, Delaware 19801
                                             Telephone: (302) 252-0920
                                             Facsimile:  (302) 252-0921
                                             E-mail:  cward@polsinelli.com
                                                          jedelson@polsinelli.com
                                                          skatona@polsinelli.com
                                                          jvine@polsinelli.com

                                               *Attorneys for the Official Committee of TCEH*
                                             *Unsecured Creditors*

# EXHIBIT A

## Professional Fees and Expenses
## Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested[1] | Total Expenses Requested[2] | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc.<br><br>Financial Advisor to the Official Committee of TCEH Unsecured Creditors | Thirteenth Monthly Fee Statement<br><br>6/1/2015 through 6/30/2015<br><br>Filed 7/28/2015<br><br>Docket No. 5120 | $506,083.50 | $816.24 | 8/18/2015 | $404,866.80 | $816.24 | $101,216.70 |

---

[1] Consistent with the terms of the Administrative Order, the requested fees in the Monthly Fee Statement shall be allocated $506,083.50, $0.00, and $0.00 to TCEH, EFIH and EFH, respectively.

[2] Consistent with the terms of the Administrative Order, the requested expenses in the Monthly Fee Statement shall be allocated $816.24, $0.00, and $0.00 to TCEH, EFIH and EFH, respectively.