# EXHIBIT A

## Assumption Schedule

Exhibit A

| | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | | Other Assumption Information | |
|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | Cure Amount | Details of Material Amendments | Assumption Date |
| 1 | Luminant Mining Company LLC | Services agreement dated 03/01/2011 plus amendments | Southern Tire Mart LLC | Attn: Jason Campbell, 1925 Harrison Road, Longview, TX 75604 | $ 62,798.00 | Price concessions and additional term | Upon entry of the Order |
| 2 | Luminant Mining Company LLC | Services agreement dated 04/02/2012 plus amendments | Southern Tire Mart LLC | Attn: Jason Campbell, 1925 Harrison Road, Longview, TX 75604 | $ - | Price concessions and additional term | Upon entry of the Order |
| 3 | Luminant Big Brown Mining Company LLC | Services agreement dated 07/01/2013 plus amendments | Southern Tire Mart LLC | Attn: Jason Campbell, 1925 Harrison Road, Longview, TX 75604 | $ - | Price concessions and additional term | Upon entry of the Order |
| 4 | Luminant Mining Company LLC | Services agreement dated 04/01/2011 plus amendments | Southern Tire Mart LLC | Attn: Jason Campbell, 1925 Harrison Road, Longview, TX 75604 | $ - | Price concessions and additional term | Upon entry of the Order |
| 5 | Oak Grove Management Company LLC | Services agreement dated 01/18/2010 plus amendments | Southern Tire Mart LLC | Attn: Jason Campbell, 1925 Harrison Road, Longview, TX 75604 | $ - | Price concessions and additional term | Upon entry of the Order |