IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDAWAL OF AARON B. LAUCHHEIMER

Pursuant to Local Rule 9010-2(b) please withdraw the appearance of attorney Aaron B. Lauchheimer, of Brown Rudnick LLP, as counsel of record for Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee ("WSFS"). Counsel from Ashby & Geddes, P.A., and Brown Rudnick LLP shall continue as counsel of record for WSFS.

Dated: August 21, 2015
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
William P. Bowden (I.D. No. 2553)
Gregory A. Taylor (I.D. No. 4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

– and –

*/s/ Aaron B. Lauchheimer*
Aaron B. Lauchheimer (admitted *pro hac vice*)
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
(212) 209-4800

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee*

{01037252;v1 }