# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: September 11, 2015 at 4:00 p.m. |

## NOTICE OF FEE STATEMENT

**PLEASE TAKE NOTICE** that Guggenheim Securities, LLC (the "**Applicant**") has today filed the attached Ninth Monthly Fee Statement of Guggenheim Securities, LLC, investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From July 1, 2015 Through July 31, 2015 (the "**Fee Statement**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Administrative Order**") and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew R. Vara the acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company (the "**TCEH Committee**"), Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi and Jennifer Marines; (viii) co-counsel to the TCEH Committee, Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attn: Christopher A. Ward; (ix) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; (x) co-counsel to the EFH Committee, Sullivan & Cromwell, LLP, 125 Broad Street, New York, NY

10004-2498, Attn. Judith Fiorini and Alexa Kranzley; (xi) co-counsel to the EFH Committee, Montgomery McCracken, Walker & Rhoads, LLP, 1105 North Market Street, 15th Floor, Wilmington, DE 19801, Attn: Natalie D. Ramsey and Davis Lee Wright; and (xii) the Applicant, Guggenheim Securities, LLC, 330 Madison Avenue, New York, NY 10017, Attn: Ronen Bojmel, by **no later than 4:00 p.m. (Eastern Standard Time) on September 11, 2015** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if any responses or objections to the Fee Statement are timely filed, served and received in accordance with this notice, a hearing on the Fee Statement will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Administrative Order, if no objection to the Fee Statement is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of expenses requested in the Fee Statement or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Fee Statement may be obtained from the Court's website, https://ecf.deb.uscourts.gov for a nominal fee or, free of charge, the website of the Debtors' claims and noticing agent, http://efhcaseinfo.com.

Dated: Wilmington, Delaware  
        August 21, 2015

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

  /s/ Mark A. Fink  
Mark A. Fink (DE Bar No. 3946)  
Natalie D. Ramsey (DE Bar No. 5378)  
Davis Lee Wright (DE Bar No. 4324)  
1105 North Market Street, 15th Floor  
Wilmington, DE 19801  
Telephone: (302) 504-7800  
Facsimile: (302) 504-7820  
E-mail:    mfink@mmwr.com  
             nramsey@mmwr.com  
             dwright@mmwr.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: September 11, 2015 at 4:00 p.m. |

## COVER SHEETS TO NINTH MONTHLY FEE STATEMENT OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2015 THROUGH JULY 31, 2015

| | |
|---|---|
| **Name of Applicant:** | **Guggenheim Securities, LLC** |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. |
| Date of retention: | January 13, 2015 *nunc pro tunc* to November 12, 2014 |
| Period for which compensation and reimbursement is sought (the "Fee Period"): | July 1 – July 31, 2015 |
| Compensation sought as actual, reasonable, and necessary: | $200,000.00 (80% of $250,000.00) |
| Expense reimbursement sought as actual, reasonable, and necessary: | $4,298.86 |

This is a **monthly** fee statement. [2]

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined herein) and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with such orders.

## Prior Statements, Applications and Allowances

| DATE FILED, D.I. | PERIOD COVERED | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | FEES | EXPENSES | FEES | EXPENSES |
| 1/23/2015 D.I. 3360 | 11/12/2014 – 11/30/2014 | $126,666.67 (80% of $158,333.33) | $25,593.86 | $158,333.33 | $25,381.11 |
| 2/5/2015 D.I. 3457 | 12/1/2014 – 12/31/2014 | $200,000.00 (80% of $250,000.00) | $36,188.68 | $250,000.00 | $35,923.59 |
| 2/26/2015 D.I. 3688 | 1/1/2015 – 1/31/2015 | $200,000.00 (80% of $250,000.00) | $28,260.46 | - | - |
| 3/24/2015 D.I. 3958 | 2/1/2015 – 2/28/2015 | $200,000.00 (80% of $250,000.00) | $21,558.01 | - | - |
| 4/21/2015 D.I. 4236 | 3/1/2015 – 3/31/2015 | $200,000.00 (80% of $250,000.00) | $7,994.34 | - | - |
| 5/21/2015 D.I. 4547 | 4/1/2015 – 4/30/2015 | $200,000.00 (80% of $250,000.00) | $14,044.11 | - | - |
| 6/22/2015 D.I. 4816 | 5/1/2015 – 5/31/2015 | $200,000.00 (80% of $250,000.00) | $7,687.22 | - | - |
| 7/21/2015 D. I. 5064 | 6/1/2015 – 6/30/2015 | $200,000.00 (80% of $250,000.00) | $1,961.32 | | |

# TIME DETAIL BY PROFESSIONAL

## ENERGY FUTURE HOLDINGS CORP., et al
## (Case No. 14-10979 (CSS))

### July 1, 2015 Through July 31, 2015

| Time by Professional | | |
|---|---|---|
| Name | Title | Total Hours |
| Ronen Bojmel | Senior Managing Director | 92.0 |
| Michael Henkin | Senior Managing Director | 74.0 |
| Robert Venerus | Consultant | 4.0 |
| Ofir Nitzan | Vice President | 72.5 |
| Phillip Laroche | Associate | 75.5 |
| David Paulzak | Analyst | 64.5 |
| James Shovlin | Analyst | 14.5 |
| Total (*) | | 397.0 |

*Hours exclude certain Guggenheim employees (such as consultants, other than Robert Venerus, and legal, administrative, and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

# TIME DETAIL BY PROJECT CATEGORY

# ENERGY FUTURE HOLDINGS CORP., et al
## (Case No. 14-10979 (CSS))

## July 1, 2015 Through July 31, 2015

**Time by Category**

| Project Category | Total Hours |
|---|---|
| A - Case Administration | 2.5 |
| B - Retention and Fee Applications | 14.5 |
| C - Travel | 15.0 |
| D - Court Testimony and Deposition | - |
| E - Analysis, Presentations and Diligence | 183.0 |
| F - Financing Matters | - |
| G - Mergers and Acquisitions Activity | 5.0 |
| H - Plan of Reorganization Review/Analysis and Negotiations | 94.0 |
| I - Valuation and Recoveries Analysis | - |
| J - Capital Structure Analysis | 4.0 |
| K - Debtor Correspondence | 1.5 |
| L - Committee Correspondence | 66.0 |
| M - Other Creditor Correspondence | 11.5 |
| Total (*) | 397.0 |

*Hours exclude certain Guggenheim employees (such as consultants, other than Robert Venerus, and legal, administrative, and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

# EXPENSE SUMMARY

## ENERGY FUTURE HOLDINGS CORP., et al
### (Case No. 14-10979 (CSS))

### July 1, 2015 Through July 31, 2015

| Expense Summary (*) | Disbursements and Charges | | |
| --- | --- | --- | --- |
| | EFH Corp. | EFIH | Total |
| Airfare | $261.75 | $261.75 | $523.50 |
| Hotel | 185.35 | 185.35 | 370.70 |
| Ground Transportation | 491.32 | 491.33 | 982.65 |
| Meals | 175.51 | 175.50 | 351.01 |
| Legal | 1,035.50 | 1,035.50 | 2,071.00 |
| **Total** | **$2,149.43** | **$2,149.43** | **$4,298.86** |

(Allocation of fees is described in paragraph 3 of the monthly fee statement filed together with these cover sheets.)

*Net of voluntary reductions of $468.83, consistent with EFH Fee Committee guidelines for expense reimbursement. See Exhibit A for additional detail.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: September 11, 2015 at 4:00 p.m. |

**NINTH MONTHLY FEE STATEMENT OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2015 THROUGH JULY 31, 2015**

Pursuant to sections 327, 328, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. Nunc Pro Tunc to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h)*, dated January 13, 2015 [D.I. 3276] (the "**Retention Order**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**"), the *Stipulation and Order Appointing a Fee Committee* [D.I.

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

1896] (the "**Fee Committee Order**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330, Guggenheim Securities, LLC ("**Guggenheim Securities**"), investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "**EFH Committee**"), files this monthly fee statement (the "**Monthly Fee Statement**") of compensation for professional services and reimbursement for expenses incurred in the amounts described in the cover sheet hereto during the above-captioned period (the "**Fee Period**").

### Itemization of Services Rendered and Expenses Incurred

1. Typical of investment bankers of its kind, Guggenheim Securities is not compensated by the hour, but through a structure of fixed fees and related compensation, such as was approved by the Retention Order. Accordingly, certain information appropriate to consideration of the fee requests of hourly-rate compensated professionals, such as blended rates or maturation, do not exist for Guggenheim Securities.

2. Attached as **Exhibit A** and **Exhibit A-1** to this Monthly Fee Statement is a detailed listing of Guggenheim Securities' expense records for the Fee Period, including invoices reflecting Guggenheim Securities' own legal expenses incurred during the Fee Period in connection with Guggenheim Securities' services to the EFH Committee.

### Proposed Payment Allocation

3. All services for which Guggenheim Securities requests compensation were performed on behalf of the EFH Committee. The EFH Committee represents creditors of Energy

Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc. and EECI, Inc. Guggenheim Securities' compensation is proposed as a joint and several expense of each of these estates pursuant to section 328 of the Bankruptcy Code. With respect to the allocation of fees and expenses contemplated by section 2(b) of the Interim Compensation Order, Guggenheim Securities proposes the allocation of the fees and expenses set forth herein equally between (a) Energy Future Holdings Corporation ("**EFH Corp.**") and (b) Energy Future Intermediate Holding Company, LLC ("**EFIH**"):

| Debtors | Time Allocation | Monthly Fee | | Expenses |
| --- | --- | --- | --- | --- |
| | | Total Fees | 80% of Fees | |
| EFH Corp. | 50.0% | $125,000.00 | $100,000.00 | $2,149.43 |
| EFIH | 50.0% | $125,000.00 | $100,000.00 | $2,149.43 |
| **Total** | **100.0%** | **$250,000.00** | **$200,000.00** | **$4,298.86** |

4. To the extent necessary, reallocation of the fees and expenses set forth above will occur in interim and/or final fee applications.

### Reservation of Rights and Notice

5. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Guggenheim Securities reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.

Dated: August 21, 2015

_____
Ronen Bojmel
Senior Managing Director and
Co-head of Restructuring
Guggenheim Securities, LLC

# EXHIBIT A

**Detailed Description of Expenses**

Guggenheim Securities
Expense Details

EXHIBIT A

**GUGGENHEIM SECURITIES, LLC**
**EXPENSE DETAILS FOR THE PERIOD OF**
**JULY 1, 2015 THROUGH JULY 31, 2015**

## Expense Details

| Original Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 7/13/2015 | Airfare | $400.0 | ($76.5) | $323.5 | Michael Henkin | United Airlines | Round trip coach equivalent airfare SFO-JFK (1/2 allocation) |
| 7/28/2015 | Airfare | 200.00 | 0.00 | 200.00 | Ronen Bojmel | Delta | Round trip coach equivalent airfare JFK-Las Vegas - flight change due to EFH meeting |
| 7/13/2015 | Hotel | 320.00 | 0.00 | 320.00 | Michael Henkin | Grand Hyatt | 1 night room rate |
| 7/13/2015 | Hotel | 50.70 | 0.00 | 50.70 | Michael Henkin | Grand Hyatt | 1 night room taxes |
| 5/26/2015 | Ground Transportation | 78.93 | 0.00 | 78.93 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 5/27/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 5/28/2015 | Ground Transportation | 91.23 | 0.00 | 91.23 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 5/29/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after midnight night of 5/29) |
| 5/30/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 6/1/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after midnight night of 6/1) |
| 6/1/2015 | Ground Transportation | 30.08 | 0.00 | 30.08 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 6/2/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 6/2/2015 | Ground Transportation | 10.10 | 0.00 | 10.10 | James Shovlin | NYC TAXI 1V33 | Taxi from office to home (after 9pm) |
| 6/3/2015 | Ground Transportation | 109.16 | 0.00 | 109.16 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 6/15/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 7/13/2015 | Ground Transportation | 72.00 | 0.00 | 72.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Airport parking for business trip (1/2 allocation) |
| 7/14/2015 | Ground Transportation | 68.34 | 0.00 | 68.34 | Michael Henkin | NYC TAXI 1Y93 | Taxi ride from JFK to hotel for EFH meeting |
| 7/16/2015 | Ground Transportation | 14.82 | 0.00 | 14.82 | Ronen Bojmel | UBER | Uber from office to home (after 9pm) |
| 7/17/2015 | Ground Transportation | 10.56 | 0.00 | 10.56 | Ronen Bojmel | NYC-TAXI | Taxi from office to home (after 9pm) |
| 7/20/2015 | Ground Transportation | 9.72 | 0.00 | 9.72 | Ronen Bojmel | UBER TECHNOLOGIES INC | Uber car to EFH meeting/lunch |
| 7/20/2015 | Ground Transportation | 22.55 | 0.00 | 22.55 | Ronen Bojmel | NYC TAXI 5N35 | Taxi back to office after EFH meeting |
| 7/20/2015 | Ground Transportation | 6.96 | 0.00 | 6.96 | Ronen Bojmel | NYC-TAXI | Taxi back to office after EFH meeting/lunch |
| 7/20/2015 | Ground Transportation | 14.26 | 0.00 | 14.26 | Ronen Bojmel | UBER | Uber to meeting with Mabel Brown of EFH |
| 7/20/2015 | Ground Transportation | 11.56 | 0.00 | 11.56 | Ronen Bojmel | UBER TECHNOLOGIES INC | Uber to drop off Mabel Brown at hotel after EFH meeting |
| 7/21/2015 | Ground Transportation | 8.00 | 0.00 | 8.00 | Ronen Bojmel | UBER | Uber to EFH meeting with Mabel Brown |
| 6/22/2015 | Meals | 25.56 | (5.56) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/25/2015 | Meals | 25.56 | (5.56) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 7/13/2015 | Meals | 11.01 | 0.00 | 11.01 | Michael Henkin | NAPA FARMS MARKET | Travel lunch - 1 person |
| 7/15/2015 | Meals | 54.77 | (14.77) | 40.00 | Michael Henkin | KELLARI'S TAVERNA | Travel dinner - 1 person |
| 7/20/2015 | Meals | 224.00 | (144.00) | 80.00 | Ronen Bojmel | SUSHI ZEN - NY | Dinner with EFH client - 2 people |
| 7/20/2015 | Meals | 376.88 | (216.88) | 160.00 | Ronen Bojmel | IL TINELLO | Lunch meeting with client (discussions on EFH) - 4 people |
| 7/20/2015 | Meals | 25.56 | (5.56) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 7/31/2015 | Legal | 2,071.00 | 0.00 | 2,071.00 | | DENTONS US LLP | Reimbursement of legal fees and expenses incurred by Gugg. |

# EXHIBIT A-1

**Legal Expenses of Guggenheim Securities, LLC**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Salans FMC SNR Denton
McKenna Long
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

August 13, 2015

**Invoice No. 1668093**

Client/Matter: 21421443-0045

Energy Future Holdings

Payment Due Upon Receipt

Total This Invoice                                        $         2,071.00

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6361

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
P. Maxcy
at 1 312 876 8000

16



Dentons US LLP  
233 South Wacker Drive  
Suite 5900  
Chicago, Illinois 60606-6361

Salans FMC SNR Denton  
McKenna Long  
dentons.com

GUGGENHEIM SECURITIES  
Ronen Bojmel  
330 MADISON AVENUE, 8TH FLOOR  
NEW YORK, NY 10017  
USA

August 13, 2015

**Invoice No. 1668093**

Client/Matter:   21421443-0045

Energy Future Holdings

---

For Professional Services Rendered through July 31, 2015:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 7/13/15 | G. Miller | 0.30 | Review Kirkland's 4th supplemental declaration and forward to P. Maxcy. |
| 7/14/15 | P. Maxcy | 1.10 | Review Kirkland disclosures and email to J. Robinson re impact of Kirkland supplemental disclosures, advise on corresponding disclosure. |
| 7/20/15 | P. Maxcy | 0.20 | Conference with P. Laroche re supplemental disclosure. |
| 7/24/15 | P. Maxcy | 0.20 | Revise supplemental declaration. |
| 7/24/15 | G. Miller | 0.40 | Review Greenhill and Alix Partners' supplemental declarations and forwarded same to P. Maxcy. |
| 7/27/15 | G. Miller | 0.30 | Review Alix Partners declarations. |
| 7/27/15 | P. Maxcy | 0.50 | Emails with P. Laroche and forward draft supplemental disclosure. |
| 7/28/15 | P. Maxcy | 0.30 | Emails with P. Laroche and J. Robinson re supplemental disclosure. |
| Total Hours | | 3.30 | |
| Fee Amount | | | $2,071.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| P. Maxcy | $720.00 | 2.30 | $1,656.00 |
| G. Miller | $415.00 | 1.00 | $415.00 |
| Totals | | 3.30 | $2,071.00 |

Energy Future Holdings

August 13, 2015

Matter: 21421443-0045  
Invoice No.: 1668093

|  |  |  |
|---|---|---|
| Fee Total | $ | 2,071.00 |
| Invoice Total | $ | 2,071.00 |