## Exhibit A

## Hours Expended by Goldin Professional

| | | |
|---|---|---|
| Harrison J. Goldin | Sr. Managing Director | 8.1 |
| David Prager | Managing Director | 97.5 |
| Karthik Bhavaraju | Director | 37.9 |
| Deborah Praga | Analyst | 24.9 |
| **Total** | | **168.4** |