## Exhibit C

**Expenses by Category**

| | |
|---|---:|
| Meals | 70.37 |
| Photocopies | 22.40 |
| Research | 2,479.92 |
| Conference Calls and Telecommunications | 324.75 |
| Travel | 1,211.09 |
| **Total** | **$4,108.53** |