## Exhibit D

**Expense Detail**

**GoldinAssociates, LLC**

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

### *Detailed Expenses by Category:* EFIH

For Expenses Through 7/31/2015

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| **: Meals & Entertainment** | | | | | | |
| | 7/14/2015 | 7/14/2015 | 7/19/15 | DP | SeamlessWeb - Inv # 2146034 - Working dinner - Ref # 1634403260 - D. Prager | $22.68 |
| | 7/16/2015 | 7/16/2015 | 7/19/15 | DP | SeamlessWeb - Inv # 2146034 - Working dinner - Ref # 1635340437 - D. Prager | $24.15 |
| | 7/27/2015 | 7/27/2015 | 8/2/15 | DP | SeamlessWeb - Inv # 2163902 - Working Dinner - Ref # 1639009523 - D. Prager | $23.54 |
| **Total: Meals & Entertainment** | | | | | | **$70.37** |
| **: Office Supplies/Miscellaneous** | | | | | | |
| | 7/1/2015 | 7/31/2015 | 7/31/2015 | RCD | Photocopies for the period July 1 through July 31, 2015 - 1,721 pages at .07/page | $22.40 |
| **Total: Office Supplies/Miscellaneous** | | | | | | **$22.40** |
| **: Research** | | | | | | |
| | 6/1/2015 | 6/30/2015 | 6/1/15 | RCD | Capital IQ - Discounted rate; retail rate per click would equal $245.46 | $179.50 |
| | 6/1/2015 | 6/30/2015 | | JB | Thomson Reuters - Research | $1,530.36 |
| | 7/1/2015 | 7/31/2015 | 7/31/15 | RCD | Thomson Reuters- Service Dates: 7/1/15 - 7/31/15 | $677.52 |
| | 7/1/2015 | 7/31/2015 | 7/1/15 | AJD | Capital IQ - Discounted rate; retail rate would equal $242.93 | $92.54 |
| **Total: Research** | | | | | | **$2,479.92** |
| **: Telephone, Fax, Postage** | | | | | | |
| | 7/22/2015 | 7/22/2015 | 7/31/15 | DP | ConferenceCall.com - Inv # 1743015449 - Ref # 93841455 - D. Prager | $36.06 |
| | 7/27/2015 | 7/27/2015 | 7/31/15 | DP | ConferenceCall.com - Inv # 1743015449 - Ref # 97659327 - D. Prager | $36.54 |
| | 7/31/2015 | 7/31/2015 | 7/31/15 | DP | ConferenceCall.com - Inv # 1743015449 - Ref # 3029377 - D. Prager | $48.69 |
| | 7/31/2015 | 7/31/2015 | 7/31/15 | DP | ConferenceCall.com - Inv # 1743015449 - Ref # 3317915 - D. Prager | $81.26 |
| | 7/31/2015 | 7/31/2015 | 7/31/15 | DP | ConferenceCall.com - Inv # 1743015449 - Ref # 2708505 - D. Prager | $3.52 |
| | 7/31/2015 | 7/31/2015 | 7/31/15 | DP | ConferenceCall.com - Inv # 1743015449 - Ref # 2929416 - D. Prager | $30.47 |
| | 7/31/2015 | 7/31/2015 | 7/31/15 | DP | ConferenceCall.com - Inv # 1743015449 - Ref # 2617020 - D. Prager | $88.21 |
| **Total: Telephone, Fax, Postage** | | | | | | **$324.75** |
| **: Travel** | | | | | | |
| | 6/10/2015 | 6/10/2015 | | DP | D. Prager - Uber - Working Late - Taxi from GA Office to Home | $31.00 |
| | 6/10/2015 | 6/10/2015 | | DP | D. Prager - Uber - Working Late - Taxi from GA Office to Home | $18.72 |
| | 7/16/2015 | 7/16/2015 | | DP | D. Prager - VTS Verifone - Working Late - Taxi from GA Office to Home | $17.16 |
| | 7/16/2015 | 7/16/2015 | | DP | D. Prager - Uber - Taxi during call with C. Cremens | $30.13 |
| | 7/20/2015 | 7/20/2015 | | DP | D. Prager - VTS Verifone - Working Late - Taxi from GA Office to Home | $16.56 |
| | 7/27/2015 | 7/27/2015 | | DP | D. Prager - Philadelphia Taxi - Taxi during call with C. Cremens | $20.76 |
| | 7/27/2015 | 7/27/2015 | | DP | D. Prager - Virgin American - LGA to DFW - Departure Date: 7/29/15 - one way | $388.10 |

**GoldinAssociates, LLC**

**Detailed Expenses by Category:** **EFIH**

For Expenses Through 7/31/2015

| Expense | Start Date | End Date | Invoice Date | Description | Charges |
|---|---|---|---|---|---|
| | 7/27/2015 | 7/27/2015 | DP | D. Prager - VTS Verifone - Working Late - Taxi from GA Office to Home | $16.56 |
| | 7/28/2015 | 7/28/2015 | DP | D. Prager - American Airlines - DFW to LGA - Departure Date: 7/29/15 - one way | $672.10 |

Total: Travel $1,211.09

Grand Total $4,108.53