## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Chapter 11 | 4.70 | $ 5,405.00 |
| Plan and Disclosure | 150.40 | $ 156,960.00 |
| Intercompany Claims | 1.10 | $ 1,265.00 |
| Employment and Fee Applications | 2.40 | $ 2,640.00 |
| Non-working Travel | 20.10 | $ 10,507.50 |
| | | |
| **TOTAL** | **178.70** | **$ 176,777.50** |