**<u>EXHIBIT B</u>**

**Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1150 | 114.60 | 126,270.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 950 | 46.10 | 38,807.50 |
| Carl Wedoff | Associate | 2010 | Bankruptcy | 650 | 18.00 | 11,700.00 |
| | | | | **TOTAL** | **178.70** | **176,777.50** |