## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| CLIENT BUSINESS TRANSPORTATION | $2,491.43 |
| LEXIS/WESTLAW RESEARCH | 213.19 |
| TOTAL | $2,704.62 |