# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 7/31/2015 | WEDOFF, C. | ASSOCIATE | LEXIS RESEARCH | 168.98 | Lexis Research |
| 55152-10034 | 7/31/2015 | WEDOFF, C. | ASSOCIATE | WESTLAW RESEARCH | 44.21 | Westlaw Research |
| 55152-10010 | 7/30/2015 | LAZAR, V. | PARTNER | TRANSPORTATION | 2,491.43 | Vincent Lazar, 7/27-7/30, 2015 travel to New York and Dallas re Meetings |