## Exhibit A

### Form of Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## ORDER DETERMINING *AD VALOREM* TAX LIABILITIES
## PURSUANT TO SECTION 505 OF THE BANKRUPTCY CODE

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in

possession (collectively, the "Debtors"), for entry of an order (this "Order"), determining

property values for the purposes of the Debtors' property tax liabilities pursuant to section 505 of

the Bankruptcy Code, all as set forth in the Motion; and the Court having found that it has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found

that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that

venue of this case and the Motion in this district is proper pursuant to §§ 1408 and 1409; and the

Court having found that the relief requested in the Motion is in the best interests of the Debtors'

estates, their creditors, and other parties in interest; and the Court having found that the Debtors

provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under

the circumstances; and the Court having reviewed the Motion and having heard the statements in

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and

the Court having determined that the legal and factual bases set forth in the Motion and at the

Hearing establish just cause for the relief granted herein; and upon all of the proceedings had

before the Court; and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1.     The Motion is granted as set forth herein.

2.     The amounts indicated in the "Ordered Value" column on **Exhibit 1** attached

hereto reflect the taxable value, exclusive of applicable exemptions, of the assets identified on

**Exhibit 1** attached hereto for all purposes related to the Debtors' 2015 property tax liabilities.

3.     Nothing in this Order or any actions taken pursuant to the relief granted herein

shall constitute or be deemed (a) an admission as to the validity or amount of any particular

claim against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim

on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or

admission that any particular claim is of a type specified or defined in this Motion; or (e) a

waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable

law.

4.     Notice of the Motion as provided therein shall be deemed good and sufficient and

the requirements of the Local Bankruptcy Rules are satisfied by such notice.

5.     Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062,

9014 or otherwise, the terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

6.     All time periods set forth in this Order shall be calculated in accordance with

Bankruptcy Rule 9006(a).

7.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8.    The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2015
      Wilmington, Delaware            _____
                                     THE HONORABLE CHRISTOPHER S. SONTCHI
                                     UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

| Plant | Ordered Value |
|---|---|
| Comanche Peak | |
| Oak Grove | |
| Martin Lake | |
| Sandow V | |
| Sandow IV | |
| Monticello | |
| Big Brown | |