# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE: Docket Nos. 1698, 1836, 2022, 2491, 2603, 3591, 4283, & 5176** |

**SEVENTH SUPPLEMENTAL DECLARATION OF CHRISTOPHER A. WARD, ESQ. IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 328(a) AND 1103(a) AND BANKRUPTCY RULES 2014(a) AND 2016(b) APPROVING THE EMPLOYMENT AND RETENTION OF POLSINELLI PC *NUNC PRO TUNC* TO MAY 13, 2014, AS DELAWARE BANKRUPTCY COUNSEL AND CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS**

Christopher A. Ward, Esq., a shareholder of POLSINELLI PC, makes this Declaration pursuant to 28 U.S.C. § 1746 and states:

1. I am the Managing Shareholder of the Wilmington, Delaware office of POLSINELLI PC ("**Polsinelli**"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, among 20 other locations. I also serve as Co-Chair of Polsinelli's Bankruptcy and Financial Restructuring Practice. I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, as well as the United States Court of Appeals for the Third Circuit, and the United States District Court for the District of Delaware.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

2. On July 25, 2014, the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company (the "**TCEH Committee**") filed an application [Docket No. 1698] (the "**Application**") for an order approving the employment and retention of Polsinelli as co-counsel to the TCEH Committee *nunc pro tunc* to May 13, 2014. I submitted a declaration (the "**Original Declaration**") in support of the Application for the purpose of complying with § 327(a) of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), and to provide the disclosures required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). I hereby incorporate by reference the Application as if it were set forth in full herein.

3. On August 14, 2014, Polsinelli filed the *Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 1836] (the "**First Supplemental Declaration**").

4. On September 15, 2014, Polsinelli filed the *Second Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official*

50988123.2

*Committee of Unsecured Creditors* [Docket No. 2022] (the "**Second Supplemental Declaration**").

5. On October 17, 2014, the Court entered the *Order Authorizing the Official Committee of Unsecured Creditors of Energy Future Holdings Corp. et al., to Retain and Employ Polsinelli PC Effective as of May 13, 2014* [Docket No. 2491] (the "**Retention Order**").

6. On October 28, 2014, Polsinelli filed the *Third Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 2603] (the "**Third Supplemental Declaration**").

7. On February 19, 2015, Polsinelli filed the *Fourth Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 3591] (the "**Fourth Supplemental Declaration**").

8. On April 27, 2015, Polsinelli filed the *Fifth Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of*

*Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 4283] (the "**Fifth Supplemental Declaration**").

9. On July 30, 2015, Polsinelli filed the *Sixth Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 5176] (the "**Sixth Supplemental Declaration**" and collectively, the "**Supplemental Declarations**").

10. I submit this seventh supplemental declaration (the "**Supplement**") pursuant to the *Order Authorizing the Official Committee of Unsecured Creditors of Energy Future Holdings Corp. et al., to Retain and Employ Polsinelli PC Effective as of May 13, 2014* [Docket No. 2491], which requires Polsinelli, prior to any increase in its hourly rates, to file a supplemental declaration explaining the basis for the requested rate increase.

11. As disclosed in the First Supplemental Declaration [Docket No. 1836], generally in the ordinary course of the firm's business, Polsinelli adjusts its billing rates once each calendar year, which generally occurs on or around September 1 of each year. By way of this Supplement, Polsinelli hereby advises the TCEH Committee, the Court, the United States Trustee, the Debtors, and other interested parties of Polsinelli's new hourly rate structure that will go into effect on September 1, 2015 and remain in effect until at least August 31, 2016. Polsinelli's hourly rates for services to be performed on

behalf of the TCEH Committee on matters related to these chapter 11 cases will range as follows:

    a. The hourly rates for shareholders will range from $325 per hour to $775 per hour;

    b. The hourly rates for associates will range from $240 per hour to $445 per hour; and

    c. The hourly rates for paraprofessionals will range from $75 per hour to $245 per hour.

12. These rates are the standard hourly rates charged by Polsinelli to other similarly situated clients and on similar matters. The hourly rates set forth above are subject to periodic adjustment to reflect economic and other conditions, which typically occurs once each calendar year. The TCEH Committee has received notice of and approved Polsinelli's hourly rate increases as set forth herein.

13. These rates are set at a level designed to fairly compensate Polsinelli for the work of its attorneys and paralegals, and to cover fixed and routine overhead expenses. It is Polsinelli's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier charges, printing and scanning charges, toll charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for "working meals," computerized research, and transcription costs, as well as non-ordinary overhead expenses such as overtime for secretarial personnel and other staff. Polsinelli will charge for these expenses in a manner and at rates consistent with charges made generally to the firm's other clients and with the Local Rules.

14. The foregoing supplements, and hereby incorporates by reference, the Supplemental Declarations.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: August 21, 2015

                                          */s/ Christopher A. Ward*
                                        Christopher A. Ward (Del. Bar No. 3877)