IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br>    *Debtors.* | ) <br>) Chapter 11<br>) Case No. 14-10979 (CSS)<br>) (Jointly Administered)<br>) Re: D.I. 5269, 5601 |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS
OF DELAWARE TRUST COMPANY TO
MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*,
FOR ENTRY OF AN ORDER AMENDING CERTAIN HEARING DATES
AND DEADLINES IN CONNECTION WITH CONFIRMATION OF
THE DEBTORS' PLAN OF REORGANIZATION**

Delaware Trust Company, as indenture and collateral trustee ("Trustee") for the first-lien notes ("Notes") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (together, "EFIH"), submits this Limited Objection and Reservation of Rights with Respect to the Debtors' Motion for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization (D.I. 5269). In support thereof, the Trustee states as follows:

1.  The Debtors propose that the hearing on confirmation of the Plan commence on October 28, 2015, with objections to confirmation due on October 16, 2015, less than two months from now and only a one month after the hearing on approval of the Disclosure Statement scheduled for September 17 and 18. That is an ambitious schedule in a case of this size and complexity. But if the Plan truly does not impair the Trustee and the holders of the Notes (the "Noteholders"), as it purports not to do, then such an expedited schedule will be of less concern.

2. One issue has arisen already, however, that does raise a scheduling concern. Counsel for the Ad Hoc Committee of TCEH Unsecured Notes ("TCEH Ad Hoc Committee") has recently stated on the record that it intends to file a supplemental objection to the claim of the unsecured EFIH "PIK" Notes ("EFIH PIK Notes") for post-petition interest in which it will argue that the "solvent debtor exception" to the general rule that unsecured creditors are not entitled to post-petition interest is inapplicable. Counsel for the TCEH Ad Hoc Committee has also indicated that it intends for this objection to be heard at the same time as confirmation of the Plan. To the extent that the TCEH Ad Hoc Committee will seek findings regarding EFIH's financial condition, those findings could affect the rights of the Trustee and the Noteholders. As the Court has been advised, the Trustee and the Noteholders have appealed the Court's judgment denying their "make-whole" and related claims. And, as the Court also knows, some (albeit not all) of the arguments that the Trustee and the Noteholders have made for payment of the make-whole focus, in part, on EFIH's solvency, which was presumed in the litigation before this Court over the make-whole and related claims.

3. Litigation regarding EFIH's solvency and financial condition could require extensive fact (and possible expert) discovery. That extensive effort cannot realistically be completed in the next 60 days, consistent with the current schedule for the confirmation proceedings. Indeed, this Court bifurcated the make-whole litigation involving the Trustee and the Noteholders into two Phases, with any litigation over EFIH's solvency deferred to Phase Two if necessary, out of concern that such litigation might require extensive discovery and could delay the proceedings. Opinion, No. 14-50363, D.I. 105 at 3, 23 (Bankr. D. Del. Aug. 5, 2014) (permitting parties to bifurcate

litigation because discovery on valuation and solvency "would be immensely time consuming and expensive and would significantly delay resolution of the adversary proceeding"); Bifurcation Order, No. 14-50363, D.I. 128 (Bankr. D. Del. Sept. 12, 2014).

4. Having said this, based on recent discussions between counsel, the Trustee understands that the TCEH Ad Hoc Committee may not, in fact, be seeking any findings regarding EFIH's solvency and financial condition (and that, in any event, it may be willing to stipulate that no findings by the Court supporting any ruling regarding the PIK Notes' entitlement to post-petition interest will be binding on or otherwise prejudice the rights of the Trustee and the Noteholders). Depending on exactly what the TCEH Ad Hoc Committee is prepared to do, the concerns of the Trustee may be addressed. Counsel for the Trustee will be prepared to address this matter in Court.

## CONCLUSION

For the reason stated, the Trustee objects to the proposed schedule for the confirmation hearing if the issue of EFIH's solvency and financial condition is to be litigated and determined in connection with the confirmation proceedings, and otherwise reserves all rights.

Dated: August 21, 2015

COLE SCHOTZ P.C.

/s/ Norman L. Pernick
Norman L. Pernick (Bar No. 2290)
J. Kate Stickles (Bar No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
Court Plaza North
25 Main Street
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536
wusatine@coleschotz.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Philip D. Anker
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888
Philip.Anker@wilmerhale.com
Charles.Platt@wilmerhale.com

Dennis L. Jenkins
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000
Dennis.Jenkins@wilmerhale.com
George.Shuster@wilmerhale.com

**ROPES & GRAY LLP**
Keith H. Wofford
Mark Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Keith.Wofford@ropesgray.com
Mark.Somerstein@ropesgray.com

D. Ross Martin
Andrew Devore
800 Boylston Street, Prudential Tower
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Ross.Martin@ropesgray.com
Andrew.Devore@ropesgray.com

**DRINKER BIDDLE & REATH LLP**
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

Todd C. Schiltz
222 Delaware Ave, Suite 1410
Wilmington, DE 19801-1612
Telephone: 302-467-4200
Facsimile: 302-467-4201
Todd.Schiltz@dbr.com

*Counsel for Delaware Trust Company as trustee*