IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### EIGHTH MONTHLY FEE STATEMENT OF PROSKAUER ROSE LLP, COUNSEL FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2015 THROUGH JULY 31, 2015

| Name of Applicant: | Proskauer Rose LLP ("Proskauer") |
|---|---|
| Authorized to provide professional services to: | Energy Future Holdings Corp. (the "Debtor") |
| Date of retention: | Retention order entered on January 13, 2015 (effective as of November 19, 2014) [D.I. 3281] |
| Period for which compensation and reimbursement is sought: | July 1, 2015 through July 31, 2015 |
| Amount of compensation sought as actual, reasonable and necessary: | $891,586.60 (80% of $1,114,483.25)[2] |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $25,158.15[3] |

This is a X monthly ___ interim __ final application.  No prior application filed.[4]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Includes non-working travel time billed at 50%.

[3] As set forth in detail on Exhibit C hereto, to comply with the expense reimbursement guidelines and caps established by the fee committee, Proskauer reduced by $11,816.80 its expense reimbursement request in this Fee Period (as defined herein).

[4] Notice of this monthly fee statement shall be served in accordance with the Interim Compensation Order (as defined herein) and Fee Committee Order (as defined herein) and objections, if any, to the monthly fee statement shall be addressed in accordance with the Interim Compensation Order and Fee Committee Order.

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [D.I. 3281] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order") and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), Proskauer, counsel for the Debtor, hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $891,586.60 (80% of $1,114,483.25) for the reasonable and necessary legal services Proskauer rendered to the Debtor from July 1, 2015 through July 31, 2015 (the "Fee Period"); and (ii) reimbursement for the actual and necessary expenses that Proskauer incurred during the Fee Period in the amount of $25,158.15.

**Itemization of Services Rendered and Expenses Incurred**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

    - **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Proskauer partners, associates and paraprofessionals during the Fee Period with respect to each of the subject matter categories Proskauer established in accordance with its internal billing procedures. As reflected in Exhibit A, Proskauer incurred $1,114,483.25 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, Proskauer seeks payment of 80% of such fees ($891,586.60 in the aggregate).

    - **Exhibit B** is a schedule providing certain information regarding the Proskauer attorneys and paraprofessionals for whose work on the Debtor's chapter 11 case compensation is sought in this Monthly Fee Statement. Proskauer attorneys and paraprofessionals have expended a total of 1,226.8 hours in connection with the Debtor's chapter 11 case during the Fee Period.

2

- **Exhibit C** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Proskauer is seeking reimbursement in this Monthly Fee Statement.  All of these disbursements comprise the requested sum for Proskauer's out-of-pocket expenses.

- **Exhibit D** consists of Proskauer's records of expenses incurred during the Fee Period in the rendition of the professional services to the Debtor and its estate.[5]  In addition, $8,406.49 of the reimbursement sought in this Monthly Fee Statement relate to expenses incurred during the prior fee period that, due to the timing of the submission of such expenses and the time it takes to process and account for such expenses, were not included in Proskauer's prior monthly fee statement.

**Proposed Payment Allocation**

2.      Proskauer renders legal services only to the Debtor.  Pursuant to paragraph 4 of the Retention Order, absent an order of the Court, the fees and expenses incurred by Proskauer are paid by the Debtor.  As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

**Representations**

3.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  Proskauer reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the Fee Committee Order and the Interim Compensation Order.

WHEREFORE, Proskauer requests (i) allowance of its fees and expenses incurred during the Fee Period in the total amount of $916,744.75, consisting of (A) $891,586.60, which is 80% of the fees incurred by the Debtor for reasonable and necessary professional services rendered by Proskauer,

---

[5] Proskauer has negotiated a discounted rate for Westlaw and Lexis computer-assisted legal research.  Computer-assisted legal research is used whenever the researcher determines that using Westlaw or Lexis is more cost effective than using traditional (non-computer assisted legal research) techniques.

and (B) $25,158.15 for actual and necessary costs and expenses; and (ii) that such fees and expenses be paid as administrative expenses of the Debtor's estate.

Dated:  August 21, 2015        **PROSKAUER ROSE LLP**
       Chicago, Illinois

                                          */s/ Jeff J. Marwil*

                                          Jeff J. Marwil (admitted *pro hac vice*)
                                          Mark K. Thomas (admitted *pro hac vice*)
                                          Peter J. Young (admitted *pro hac vice*)
                                          Three First National Plaza
                                          70 West Madison, Suite 3800
                                          Chicago, IL  60602-4342
                                          Telephone:  (312) 962-3550
                                          Facsimile:  (312) 962-3551

                                          *Counsel for Energy Future Holdings Corp.*