**Exhibit A**

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 11.5 | $10,391.50 |
| 002 | Asset Disposition | 15.8 | $14,655.00 |
| 003 | EFH Business Operations | 0.5 | $472.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 0.8 | $820.00 |
| 005 | EFH Corporate Governance and Board Matters | 99.7 | $106,118.50 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 173.5 | $103,044.00 |
| 008 | Fee Applications and Objections | 17.6 | $15,192.00 |
| 009 | Financing and Cash Collateral | 25.7 | $23,658.50 |
| 011 | Claims Investigations, Analyses and Objections | 67.5 | $56,736.50 |
| 014 | Non-Working Travel | 77.3 | $41,328.75 |
| 015 | Plan and Disclosure Statement | 620.0 | $641,712.00 |
| 016 | Tax | 116.9 | $100,354.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **1,226.8** | **$1,114,483.25** |