## **Exhibit B**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip M. Abelson | Partner | 2003 | Corporate | $1,025 | 0.9 | $922.50 |
| Julie M. Allen | Partner | 1984 | Corporate | $1,275 | 49.1 | $62,602.50 |
| Richard M. Corn | Partner | 2005 | Tax | $875 | 44.4 | $38,850.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $975 | 111.8 | $109,005.00 |
| | | | | $487.50 | 9.5 | $4,631.25[1] |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,000 | 18.7 | $18,700.00 |
| Jeffrey W. Levitan | Partner | 1983 | Corporate | $1,125 | 4.9 | $5,512.50 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,125 | 144.4 | $162,450.00 |
| | | | | $562.50 | 25.9 | $14,568.75[1] |
| Paul Possinger | Partner | 1993 | Corporate | $975 | 67.9 | $66,202.50 |
| | | | | $487.50 | 8.0 | $3,900.00[1] |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $900 | 21.2 | $19,080.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,275 | 13.3 | $16,957.50 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,125 | 185.2 | $208,350.00 |
| | | | | $562.50 | 25.5 | $14,343.75[1] |
| Peter J. Young | Partner | 2002 | Corporate | $925 | 204.4 | $189,070.00 |
| | | | | $462.50 | 8.4 | $3,885.00[1] |
| Ehud Barak | Associate | 2010 | Corporate | $730 | 3.5 | $2,555.00 |
| Michael E. Ellis | Associate | 2007 | Corporate | $800 | 3.2 | $2,560.00 |
| Rochelle H. Emert | Associate | 2014 | Litigation | $465 | 39.1 | $18,181.50 |
| Jacquelyn N. Ferry | Associate | 2012 | Litigation | $660 | 12.0 | $7,920.00 |
| Jinyoung Joo | Associate | 2011 | Corporate | $695 | 1.5 | $1,042.50 |
| Joshua L. Kopple | Associate | 2013 | Litigation | $465 | 62.7 | $29,155.50 |
| Joseph P. Malca | Associate | 2013 | Tax | $575 | 18.6 | $10,695.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $795 | 54.8 | $43,566.00 |
| Gary Silber | Associate | 2011 | Tax | $695 | 19.9 | $13,830.50 |
| Jared D. Zajac | Associate | 2009 | Corporate | $765 | 54.8 | $41,922.00 |
| **Total** | | | | | **1,213.6** | **$1,110,459.25** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Isaac L. Antoon | Project Manager of E-Discovery Services | 0.25 years | Professional Resources | $315 | 2.1 | $661.50 |
| J. Devoy Dubuque | Legal Assistant | 2.5 years | Corporate | $235 | 2.4 | $564.00 |
| Olga A. Golinder | Legal Assistant | 2.5 years | Litigation | $325 | 0.4 | $130.00 |
| Guy Harris | Practice Support | 9 years | Professional Resources | $335 | 2.5 | $837.50 |
| Joshua M. Kay | Project Manager of E-Discovery Services | 0.5 years | Professional Resources | $335 | 5.0 | $1,675.00 |
| Samantha L. Randazzo | Legal Assistant | 0.75 years | Corporate | $195 | 0.8 | $156.00 |
| **Total** | | | | | **13.2** | **$4,024.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **1,226.8** | **$1,114,483.25** |