## Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $1,236.80 |
| Outside Reproduction Costs | $2,647.34 |
| Telecommunications | $77.72 |
| Research (Lexis/Westlaw/Other Database Search Services) | $1,179.40 |
| Litigation and Corporate Support Services[1] | $2,455.70 |
| Travel Out-of-Town – Transportation | $8,805.96[2] |
| Taxi, Carfare, Mileage, Parking | $2,825.17[3] |
| Messenger/Delivery/Postage | $219.03 |
| Business Meals | $1,136.42[4] |
| Out-of-Town Lodging | $4,574.61[5] |
| Word Processing | $0.00[6] |
| **Total** | **$25,158.15** |

---

[1] Consists of CourtCall, PACER and transcript (hearing and deposition) expenses.

[2] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[3] Includes a reduction of $75.00 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the fee committee.

[4] Includes a reduction of $1,895.25 for business meal expenses in excess of the reimbursable cap imposed by the fee committee.

[5] Includes a reduction of $1,065.58 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[6] Reflects a reduction of $112.10 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.