**Exhibit D**

[Detailed Description of Expenses and Disbursements]

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 11/25/2014 | Peter J. Young | Transcripts & Depositions (Veritext for Certified Transcripts) | 567.20 |
| 11/25/2014 | Peter J. Young | Transcripts & Depositions (Veritext for Certified Transcripts) | 497.80 |
| 11/25/2014 | Peter J. Young | Transcripts & Depositions (Veritext for Certified Transcripts) | 579.80 |
| 11/25/2014 | Peter J. Young | Transcripts & Depositions (Veritext for Certified Transcripts) | 695.30 |
| 01/29/2015 | Stuart L. Rosow | Taxi, Carfare, Mileage and Parking (Cabs to/from office to O'Hare on 11/28/14 & 11/29/14 - $50 each) | 100.00 |
| 01/29/2015 | Stuart L. Rosow | Airplane | 423.10 |
| 01/29/2015 | Stuart L. Rosow | Lodging (1 Night Chicago) | 237.46 |
| 04/30/2015 | Jared Zajac | Litigation Support/docketing (Pacer) | 7.50 |
| 04/30/2015 | David C. Cooper | Litigation Support/docketing (Pacer) | 13.30 |
| 05/21/2015 | Jeff J. Marwil | Outside Reproduction (Nationwide Legal Copy/Scan Dallas Documents) | 2,647.34 |
| 05/31/2015 | Jared Zajac | Litigation Support/docketing (Pacer) | 7.60 |
| 05/31/2015 | Proskauer Unassigned | Litigation Support/docketing (Pacer) | 3.00 |
| 06/02/2015 | Daniel I. Ganitsky | Long Distance Telephone | 3.30 |
| 06/03/2015 | Peter J. Young | Long Distance Telephone | 12.91 |
| 06/05/2015 | Michael A. Firestein | Long Distance Telephone | 3.07 |
| 06/06/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Cab from office to home) | 8.76 |
| 06/07/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Uber cancellation fee) | 10.00 |
| 06/09/2015 | Michael A. Firestein | Long Distance Telephone | 3.13 |
| 06/09/2015 | Michael A. Firestein | Long Distance Telephone | 1.86 |
| 06/09/2015 | Richard M. Corn | Long Distance Telephone | 1.13 |
| 06/09/2015 | Jeff J. Marwil | Messenger/delivery | 38.85 |
| 06/09/2015 | Jeff J. Marwil | Messenger/delivery | 65.10 |
| 06/11/2015 | Michael A. Firestein | Long Distance Telephone | 5.66 |
| 06/12/2015 | Peter J. Young | Long Distance Telephone | 3.01 |
| 06/12/2015 | Jeff J. Marwil | Messenger/delivery | 65.10 |
| 06/17/2015 | Jennifer L. Roche | Long Distance Telephone | 0.49 |
| 06/20/2015 | Daniel I. Ganitsky | Taxicab/car Svc. (XYZ from office to home) | 35.64 |
| 06/24/2015 | Gary Silber | Long Distance Telephone | 3.85 |
| 06/24/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from LGA to hotel) | 49.59 |
| 06/24/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from hotel to dinner) | 11.75 |
| 06/24/2015 | Jeff J. Marwil | Out Of Town Meals | 40.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 06/25/2015 | Jeff J. Marwil | Out Of Town Meals | 24.69 |
| 06/25/2015 | Jeff J. Marwil | Out Of Town Meals | 14.97 |
| 06/25/2015 | Jeff J. Marwil | Airplane (ORD to/from LGA) | 642.60 |
| 06/25/2015 | Jeff J. Marwil | Lodging (1 night NY) | 500.00 |
| 06/25/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from hotel to Amtrak) | 11.16 |
| 06/25/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from Amtrak to court) | 12.36 |
| 06/25/2015 | Jeff J. Marwil | Taxicab/car Svc. (XYZ Car Service from hotel to LGA) | 59.03 |
| 06/25/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Amtrak from NY to DE) | 558.00 |
| 06/25/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (A-1 Airport Limo to/from home to O'Hare on 6/24/15 & 6/25/15 - $75 each) | 150.00 |
| 06/26/2015 | Jeff J. Marwil | Messenger/delivery | 49.98 |
| 06/26/2015 | Jeff J. Marwil | Out Of Town Meals (J. Marwil and M. Thomas) | 80.00 |
| 06/30/2015 | Jeff J. Marwil | Data Base Search Serv. (Pacer) | 10.70 |
| 06/30/2015 | Jeff J. Marwil | Data Base Search Serv. (Pacer) | 40.00 |
| 06/30/2015 | Jeff J. Marwil | Data Base Search Serv. (Pacer) | 26.20 |
| 06/30/2015 | Jared Zajac | Litigation Support/docketing (Pacer) | 84.20 |
| 07/01/2015 | Jared Zajac | Reproduction | 0.30 |
| 07/01/2015 | Jared Zajac | Reproduction | 0.30 |
| 07/01/2015 | Daniel I. Ganitsky | Reproduction | 11.80 |
| 07/01/2015 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 07/01/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/01/2015 | Daniel I. Ganitsky | Reproduction | 6.10 |
| 07/01/2015 | Daniel I. Ganitsky | Reproduction | 6.30 |
| 07/01/2015 | Daniel I. Ganitsky | Reproduction | 1.90 |
| 07/01/2015 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 07/01/2015 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 07/01/2015 | Daniel I. Ganitsky | Reproduction | 0.30 |
| 07/01/2015 | Daniel I. Ganitsky | Reproduction | 0.30 |
| 07/01/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/01/2015 | Jared Zajac | Reproduction | 1.80 |
| 07/01/2015 | Jared Zajac | Reproduction | 0.10 |
| 07/01/2015 | Joseph P. Malca | Reproduction | 0.60 |
| 07/01/2015 | Joseph P. Malca | Reproduction | 3.20 |
| 07/01/2015 | Joseph P. Malca | Reproduction | 0.30 |
| 07/01/2015 | Joseph P. Malca | Reproduction | 0.10 |
| 07/01/2015 | Gary Silber | Reproduction | 11.80 |
| 07/01/2015 | Gary Silber | Reproduction | 1.90 |
| 07/01/2015 | Peter J. Young | Reproduction | 0.20 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/01/2015 | Michele M. Reetz | Reproduction | 3.00 |
| 07/01/2015 | Michele M. Reetz | Reproduction | 2.30 |
| 07/01/2015 | Michele M. Reetz | Reproduction | 0.70 |
| 07/01/2015 | Michele M. Reetz | Reproduction | 1.00 |
| 07/01/2015 | Peter J. Young | Reproduction | 3.00 |
| 07/01/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 07/01/2015 | Michele M. Reetz | Reproduction | 0.90 |
| 07/01/2015 | Michele M. Reetz | Reproduction | 2.10 |
| 07/01/2015 | Peter J. Young | Reproduction | 0.20 |
| 07/01/2015 | Peter J. Young | Reproduction | 2.70 |
| 07/02/2015 | Daniel I. Ganitsky | Reproduction | 9.80 |
| 07/02/2015 | Daniel I. Ganitsky | Reproduction | 11.80 |
| 07/02/2015 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 07/02/2015 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 07/02/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/02/2015 | Daniel I. Ganitsky | Reproduction | 1.90 |
| 07/02/2015 | Paulette Lindo | Reproduction | 5.10 |
| 07/02/2015 | Paulette Lindo | Reproduction | 4.60 |
| 07/02/2015 | Paulette Lindo | Reproduction | 0.10 |
| 07/02/2015 | Paulette Lindo | Reproduction | 0.20 |
| 07/02/2015 | Michele M. Reetz | Reproduction | 0.50 |
| 07/02/2015 | Peter J. Young | Reproduction | 5.10 |
| 07/02/2015 | Michele M. Reetz | Reproduction | 5.10 |
| 07/02/2015 | Michele M. Reetz | Reproduction | 4.60 |
| 07/02/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 07/02/2015 | Jared Zajac | Lexis | 88.00 |
| 07/04/2015 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 07/05/2015 | Daniel I. Ganitsky | Reproduction | 6.80 |
| 07/05/2015 | Daniel I. Ganitsky | Reproduction | 2.10 |
| 07/06/2015 | Joseph P. Malca | Reproduction | 0.10 |
| 07/06/2015 | Joseph P. Malca | Reproduction | 0.80 |
| 07/06/2015 | Joseph P. Malca | Reproduction | 1.10 |
| 07/06/2015 | Joseph P. Malca | Reproduction | 4.90 |
| 07/06/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 07/06/2015 | Jared Zajac | Reproduction | 0.20 |
| 07/06/2015 | Daniel I. Ganitsky | Reproduction | 6.00 |
| 07/06/2015 | Daniel I. Ganitsky | Reproduction | 9.50 |
| 07/06/2015 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 07/06/2015 | Daniel I. Ganitsky | Reproduction | 9.50 |
| 07/06/2015 | Joseph P. Malca | Reproduction | 1.00 |
| 07/06/2015 | Joseph P. Malca | Reproduction | 0.10 |
| 07/06/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 07/06/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 07/06/2015 | Joseph P. Malca | Reproduction | 0.40 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/06/2015 | Joseph P. Malca | Reproduction | 0.50 |
| 07/06/2015 | Joseph P. Malca | Reproduction | 0.50 |
| 07/06/2015 | Joseph P. Malca | Reproduction | 1.50 |
| 07/06/2015 | Joseph P. Malca | Reproduction | 1.50 |
| 07/06/2015 | Paul Possinger | Out Of Town Transportation (Cab from LGA to hotel) | 49.14 |
| 07/06/2015 | Paul Possinger | Taxi, Carfare, Mileage and Parking (Uber car from home to ORD) | 37.34 |
| 07/07/2015 | Paul Possinger | Taxi, Carfare, Mileage and Parking (Cab from ORD to home) | 39.31 |
| 07/07/2015 | Paul Possinger | Out Of Town Transportation (Cab from hotel to LGA) | 47.00 |
| 07/07/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Uber car from home to office for early morning call) | 22.11 |
| 07/07/2015 | Jeff J. Marwil | Data Base Search Serv. (Pacer) | 10.50 |
| 07/07/2015 | Paul Possinger | Out Of Town Meals | 23.60 |
| 07/07/2015 | Paul Possinger | Out Of Town Meals (P. Possinger and R. Nowitz (SOLIC)) | 64.44 |
| 07/07/2015 | Paul Possinger | Airplane (ORD to/from LGA on 7/6-7/15) | 656.73 |
| 07/07/2015 | Paul Possinger | Lodging (1 night NY) | 365.82 |
| 07/07/2015 | Daniel I. Ganitsky | Reproduction | 9.60 |
| 07/07/2015 | Daniel I. Ganitsky | Reproduction | 9.70 |
| 07/07/2015 | Daniel I. Ganitsky | Reproduction | 9.10 |
| 07/07/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/07/2015 | Joseph P. Malca | Reproduction | 2.50 |
| 07/07/2015 | Kimberly White | Reproduction | 1.60 |
| 07/07/2015 | Kimberly White | Reproduction | 1.60 |
| 07/08/2015 | Daniel I. Ganitsky | Reproduction | 2.90 |
| 07/08/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/08/2015 | Daniel I. Ganitsky | Reproduction | 2.30 |
| 07/08/2015 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 3.30 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 1.80 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 5.50 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 11.80 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 0.90 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 0.90 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 0.20 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 0.70 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 1.50 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 8.90 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 4.30 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/08/2015 | Proskauer Unassigned | Reproduction | 1.30 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 1.50 |
| 07/08/2015 | Peter J. Young | Reproduction | 1.30 |
| 07/08/2015 | Peter J. Young | Reproduction | 1.50 |
| 07/08/2015 | Peter J. Young | Reproduction | 1.60 |
| 07/08/2015 | Peter J. Young | Reproduction | 8.90 |
| 07/08/2015 | Peter J. Young | Reproduction | 1.50 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 4.90 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 1.30 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 1.80 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 2.70 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 0.30 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 0.80 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 0.20 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 1.20 |
| 07/08/2015 | Proskauer Unassigned | Reproduction | 1.90 |
| 07/08/2015 | Peter J. Young | Reproduction | 0.10 |
| 07/08/2015 | Peter J. Young | Reproduction | 0.80 |
| 07/08/2015 | Paul Possinger | Reproduction | 3.90 |
| 07/08/2015 | Paul Possinger | Reproduction | 3.90 |
| 07/08/2015 | Peter J. Young | Reproduction | 0.20 |
| 07/08/2015 | Peter J. Young | Reproduction | 1.20 |
| 07/08/2015 | Jeff J. Marwil | Lodging | 346.61 |
| 07/08/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (A-1 Airport Limo from home to ORD) | 75.00 |
| 07/08/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from home to meeting) | 9.00 |
| 07/08/2015 | Jeff J. Marwil | Out Of Town Meals | 40.00 |
| 07/08/2015 | Jeff J. Marwil | Out Of Town Meals (J. Marwil and R. Nowitz (SOLIC)) | 54.73 |
| 07/08/2015 | Jeff J. Marwil | Out Of Town Meals | 40.00 |
| 07/09/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from hotel to Kirkland) | 8.80 |
| 07/09/2015 | Gary Silber | Taxicab/car Svc. (XYZ Car Service from office to home) | 96.90 |
| 07/09/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (A-1 Airport Limo from ORD to home) | 75.00 |
| 07/09/2015 | Jeff J. Marwil | Airplane (ORD to/from LGA on 7/8-9/15) | 525.10 |
| 07/09/2015 | Jared Zajac | Reproduction | 0.30 |
| 07/09/2015 | Jared Zajac | Reproduction | 0.50 |
| 07/09/2015 | Jared Zajac | Reproduction | 1.60 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/09/2015 | Jared Zajac | Reproduction | 2.60 |
| 07/09/2015 | Daniel I. Ganitsky | Reproduction | 9.70 |
| 07/09/2015 | Kimberly White | Reproduction | 0.10 |
| 07/09/2015 | Kimberly White | Reproduction | 0.10 |
| 07/09/2015 | Kimberly White | Reproduction | 0.10 |
| 07/10/2015 | Daniel I. Ganitsky | Reproduction | 1.40 |
| 07/10/2015 | Daniel I. Ganitsky | Reproduction | 1.40 |
| 07/10/2015 | Kimberly White | Reproduction | 4.20 |
| 07/10/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Uber car service from home to office for early morning call) | 14.00 |
| 07/10/2015 | Kelly M. Curtis | Westlaw | 297.00 |
| 07/10/2015 | Kelly M. Curtis | Lexis | 38.00 |
| 07/13/2015 | Kelly M. Curtis | Westlaw | 99.00 |
| 07/13/2015 | Jared Zajac | Reproduction | 2.10 |
| 07/13/2015 | Richard M. Corn | Reproduction | 0.80 |
| 07/13/2015 | Peter J. Young | Reproduction | 0.10 |
| 07/13/2015 | Peter J. Young | Reproduction | 0.10 |
| 07/14/2015 | Richard M. Corn | Reproduction | 13.40 |
| 07/14/2015 | Michele M. Reetz | Reproduction | 13.40 |
| 07/14/2015 | Michele M. Reetz | Reproduction | 11.50 |
| 07/14/2015 | Michele M. Reetz | Reproduction | 13.40 |
| 07/14/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 07/14/2015 | Kelly M. Curtis | Westlaw | 99.00 |
| 07/14/2015 | Kelly M. Curtis | Lexis | 19.00 |
| 07/14/2015 | Richard M. Corn | Lexis | 7.00 |
| 07/14/2015 | Proskauer Unassigned | Long Distance Telephone | 0.70 |
| 07/14/2015 | Proskauer Unassigned | Long Distance Telephone | 0.70 |
| 07/14/2015 | Mark K. Thomas | Out Of Town Meals (M. Thomas and J. Marwil) | 80.00 |
| 07/14/2015 | Mark K. Thomas | Out Of Town Meals (M. Thomas and J. Marwil) | 45.02 |
| 07/14/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from LGA to hotel) | 44.81 |
| 07/14/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (A-1 Airport Limo from home to O'Hare) | 75.00 |
| 07/14/2015 | Jeff J. Marwil | Out Of Town Meals | 40.00 |
| 07/15/2015 | Jeff J. Marwil | Out Of Town Meals (J. Marwil and M. Thomas) | 75.59 |
| 07/15/2015 | Jeff J. Marwil | Out Of Town Meals | 3.76 |
| 07/15/2015 | Jeff J. Marwil | Out Of Town Meals (J. Marwil and M. Thomas) | 80.00 |
| 07/15/2015 | Jeff J. Marwil | Lodging (1 night NY) | 500.00 |
| 07/15/2015 | Jeff J. Marwil | Lodging (1 night NY) | 500.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/15/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 07/15/2015 | Peter J. Young | Reproduction | 23.40 |
| 07/15/2015 | Peter J. Young | Reproduction | 9.00 |
| 07/15/2015 | Peter J. Young | Reproduction | 0.10 |
| 07/16/2015 | Daniel I. Ganitsky | Reproduction | 13.40 |
| 07/16/2015 | Richard M. Corn | Reproduction | 0.60 |
| 07/16/2015 | Michele M. Reetz | Reproduction | 8.40 |
| 07/16/2015 | Michele M. Reetz | Reproduction | 11.70 |
| 07/16/2015 | Michele M. Reetz | Reproduction | 4.90 |
| 07/16/2015 | Michele M. Reetz | Reproduction | 4.90 |
| 07/16/2015 | Michele M. Reetz | Reproduction | 8.40 |
| 07/16/2015 | Michele M. Reetz | Reproduction | 8.90 |
| 07/16/2015 | Peter J. Young | Reproduction | 3.80 |
| 07/16/2015 | Paul Possinger | Reproduction | 23.40 |
| 07/16/2015 | Paul Possinger | Reproduction | 13.60 |
| 07/16/2015 | Michele M. Reetz | Reproduction | 3.80 |
| 07/16/2015 | Michele M. Reetz | Reproduction | 13.60 |
| 07/16/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 07/16/2015 | Michele M. Reetz | Reproduction | 10.70 |
| 07/16/2015 | Michele M. Reetz | Reproduction | 5.50 |
| 07/16/2015 | Michele M. Reetz | Reproduction | 3.80 |
| 07/16/2015 | Michele M. Reetz | Reproduction | 13.60 |
| 07/16/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 07/16/2015 | Peter J. Young | Reproduction | 8.40 |
| 07/16/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (A-1 Airport Limo from ORD to home) | 75.00 |
| 07/16/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from hotel to LGA) | 49.01 |
| 07/16/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Cab from office to ORD) | 48.00 |
| 07/16/2015 | Mark K. Thomas | Taxicab/car Svc. (XZY from hotel to LGA) | 56.81 |
| 07/16/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (A-1 Airport Limo from ORD to home) | 75.00 |
| 07/16/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Cab from LGA to hotel) | 48.00 |
| 07/16/2015 | Mark K. Thomas | Airplane (ORD to/from LGA on 7/14-16/15) | 847.05 |
| 07/16/2015 | Jeff J. Marwil | Airplane (ORD to/from LGA on 7/14-16/15) | 819.60 |
| 07/16/2015 | Mark K. Thomas | Lodging (2 nights NY) | 1,000.00 |
| 07/17/2015 | Daniel I. Ganitsky | Reproduction | 13.60 |
| 07/17/2015 | Daniel I. Ganitsky | Reproduction | 5.50 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/17/2015 | Daniel I. Ganitsky | Reproduction | 10.70 |
| 07/19/2015 | Peter J. Young | Reproduction | 1.00 |
| 07/19/2015 | Peter J. Young | Reproduction | 1.00 |
| 07/19/2015 | Peter J. Young | Reproduction | 23.80 |
| 07/19/2015 | Peter J. Young | Reproduction | 1.00 |
| 07/19/2015 | Peter J. Young | Reproduction | 1.00 |
| 07/19/2015 | Peter J. Young | Reproduction | 7.80 |
| 07/19/2015 | Peter J. Young | Reproduction | 7.60 |
| 07/19/2015 | Peter J. Young | Reproduction | 7.60 |
| 07/19/2015 | Peter J. Young | Reproduction | 0.10 |
| 07/19/2015 | Peter J. Young | Reproduction | 1.50 |
| 07/19/2015 | Peter J. Young | Reproduction | 7.60 |
| 07/19/2015 | Peter J. Young | Reproduction | 7.60 |
| 07/20/2015 | Lary Alan Rappaport | Reproduction | 0.20 |
| 07/20/2015 | Lary Alan Rappaport | Reproduction | 1.20 |
| 07/20/2015 | Peter J. Young | Reproduction | 0.10 |
| 07/20/2015 | Peter J. Young | Reproduction | 0.60 |
| 07/20/2015 | Peter J. Young | Reproduction | 6.80 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 1.00 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 9.80 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 2.40 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 4.20 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 0.90 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 0.70 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 1.00 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 1.50 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 2.40 |
| 07/20/2015 | Peter J. Young | Reproduction | 3.40 |
| 07/20/2015 | Peter J. Young | Reproduction | 8.60 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 1.00 |
| 07/20/2015 | Peter J. Young | Reproduction | 16.20 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 2.90 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 1.10 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 4.90 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 1.60 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 8.10 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 2.90 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 1.10 |
| 07/20/2015 | Peter J. Young | Reproduction | 6.10 |
| 07/20/2015 | Peter J. Young | Reproduction | 1.50 |
| 07/20/2015 | Michele M. Reetz | Reproduction | 0.60 |
| 07/20/2015 | Gary Silber | Local Meals | 20.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/20/2015 | Jared Zajac | Long Distance Telephone | 0.70 |
| 07/20/2015 | Jared Zajac | Long Distance Telephone | 1.39 |
| 07/20/2015 | Jared Zajac | Long Distance Telephone | 2.09 |
| 07/20/2015 | Jared Zajac | Long Distance Telephone | 0.35 |
| 07/20/2015 | Jared Zajac | Long Distance Telephone | 1.39 |
| 07/20/2015 | Jared Zajac | Long Distance Telephone | 2.78 |
| 07/21/2015 | Jared Zajac | Long Distance Telephone | 0.70 |
| 07/21/2015 | Jared Zajac | Long Distance Telephone | 2.78 |
| 07/21/2015 | Jared Zajac | Long Distance Telephone | 1.04 |
| 07/21/2015 | Jared Zajac | Long Distance Telephone | 3.48 |
| 07/21/2015 | Kelly M. Curtis | Westlaw | 99.00 |
| 07/21/2015 | Paul Possinger | Reproduction | 2.90 |
| 07/21/2015 | Paul Possinger | Reproduction | 0.40 |
| 07/21/2015 | Jared Zajac | Dinner Voucher/sweb | 19.10 |
| 07/22/2015 | Jared Zajac | Reproduction | 0.40 |
| 07/22/2015 | Paul Possinger | Reproduction | 6.00 |
| 07/22/2015 | Paul Possinger | Reproduction | 4.80 |
| 07/22/2015 | Paul Possinger | Reproduction | 3.70 |
| 07/22/2015 | Paul Possinger | Reproduction | 2.00 |
| 07/22/2015 | Kelly M. Curtis | Westlaw | 346.00 |
| 07/22/2015 | Jared Zajac | Long Distance Telephone | 2.43 |
| 07/22/2015 | Jared Zajac | Long Distance Telephone | 2.09 |
| 07/23/2015 | Jared Zajac | Long Distance Telephone | 3.82 |
| 07/23/2015 | Jared Zajac | Long Distance Telephone | 1.04 |
| 07/23/2015 | Jared Zajac | Long Distance Telephone | 0.70 |
| 07/23/2015 | Jared Zajac | Long Distance Telephone | 0.70 |
| 07/23/2015 | Jared Zajac | Long Distance Telephone | 1.74 |
| 07/23/2015 | Jared Zajac | Long Distance Telephone | 5.21 |
| 07/23/2015 | Peter J. Young | Reproduction | 2.90 |
| 07/23/2015 | Michele M. Reetz | Reproduction | 3.10 |
| 07/23/2015 | Kimberly White | Reproduction | 4.40 |
| 07/23/2015 | Peter J. Young | Reproduction | 1.50 |
| 07/23/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 07/23/2015 | Jared Zajac | Dinner Voucher/sweb | 20.00 |
| 07/24/2015 | Jared Zajac | Long Distance Telephone | 0.35 |
| 07/24/2015 | Jared Zajac | Long Distance Telephone | 1.74 |
| 07/24/2015 | Kimberly White | Long Distance Telephone | 1.39 |
| 07/25/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Uber car to meeting) | 8.00 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 1.50 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 2.80 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 2.90 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 10.50 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 8.10 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 3.00 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 1.30 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 1.60 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 3.30 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 2.30 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 1.20 |
| 07/25/2015 | Daniel I. Ganitsky | Reproduction | 1.00 |
| 07/25/2015 | Peter J. Young | Reproduction | 7.10 |
| 07/25/2015 | Peter J. Young | Reproduction | 5.20 |
| 07/25/2015 | Peter J. Young | Reproduction | 1.50 |
| 07/25/2015 | Daniel I. Ganitsky | Taxicab/car Svc. (XYZ from office to home) | 41.00 |
| 07/27/2015 | Peter J. Young | Taxicab/car Svc. (XYZ from LGA to hotel) | 71.28 |
| 07/27/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Caba from JFK to hotel) | 70.01 |
| 07/27/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Uber car from office to Kirkland) | 27.00 |
| 07/27/2015 | Peter J. Young | Taxi, Carfare, Mileage and Parking (Uber car from home to ORD) | 75.00 |
| 07/27/2015 | Peter J. Young | Out Of Town Meals | 8.62 |
| 07/27/2015 | Peter J. Young | Out Of Town Meals (P. Young, M. Thomas and R. Nowitz (SOLIC)) | 68.00 |
| 07/27/2015 | Peter J. Young | Airplane (ORD to/from LGA) | 158.55 |
| 07/27/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/27/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/27/2015 | Daniel I. Ganitsky | Reproduction | 8.50 |
| 07/27/2015 | Daniel I. Ganitsky | Reproduction | 1.30 |
| 07/27/2015 | Daniel I. Ganitsky | Reproduction | 1.20 |
| 07/27/2015 | Daniel I. Ganitsky | Reproduction | 4.80 |
| 07/27/2015 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 07/27/2015 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 07/27/2015 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 07/27/2015 | Daniel I. Ganitsky | Reproduction | 1.00 |
| 07/27/2015 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 07/27/2015 | Daniel I. Ganitsky | Reproduction | 7.10 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 20.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 19.80 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 14.20 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 10.40 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 5.80 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 3.00 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 16.60 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 5.80 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.20 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 4.50 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 10.70 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 4.60 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 5.20 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 10.00 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 9.90 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 9.90 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 10.00 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 7.10 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 5.20 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 4.60 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 4.50 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 7.10 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 10.70 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.40 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.10 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.10 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.90 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 1.10 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.20 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.10 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 1.10 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.40 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.20 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.20 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.20 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.20 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.20 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.20 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.20 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 3.00 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 8.60 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.20 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 2.00 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 6.20 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.20 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 18.80 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 1.40 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 6.20 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 1.50 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.30 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 1.50 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 6.20 |
| 07/27/2015 | Joseph P. Malca | Reproduction | 1.40 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.20 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.20 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.10 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.10 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 2.40 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 1.30 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 0.20 |
| 07/27/2015 | Karolyn Ann Nelke | Reproduction | 2.60 |
| 07/28/2015 | Peter J. Young | Out Of Town Meals | 40.00 |
| 07/28/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Uber car to meeting) | 8.00 |
| 07/28/2015 | Peter J. Young | Taxi, Carfare, Mileage and Parking (Cab from Kirkland to hotel) | 10.00 |
| 07/28/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Cab from Kirkland to hotel) | 9.00 |
| 07/28/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 07/28/2015 | Michele M. Reetz | Reproduction | 1.20 |
| 07/29/2015 | Jennifer L. Roche | Reproduction | 0.50 |
| 07/29/2015 | Jennifer L. Roche | Reproduction | 2.50 |
| 07/29/2015 | Mark K. Thomas | Taxicab/car Svc. (XYZ from hotel to LGA) | 56.81 |
| 07/29/2015 | Peter J. Young | Taxicab/car Svc. (XYZ from hotel to LGA) | 56.81 |
| 07/29/2015 | Peter J. Young | Taxi, Carfare, Mileage and Parking (Cab from ORD to home) | 50.00 |
| 07/29/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Uber car service form hotel to JFK) | 65.54 |
| 07/29/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Cab from LAX to home) | 45.00 |
| 07/29/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking | 65.00 |
| 07/29/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking | 6.86 |
| 07/29/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking | 75.00 |
| 07/29/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Uber car to Kirkland) | 15.43 |
| 07/29/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from DFW to hotel) | 54.05 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/29/2015 | Jeff J. Marwil | Out Of Town Meals (J. Marwil, M. Thomas, N. Luria (SOLIC) and R. Nowitz (SOLIC)) | 160.00 |
| 07/29/2015 | Michael A. Firestein | Out Of Town Meals | 7.62 |
| 07/29/2015 | Peter J. Young | Airplane (Inflight WiFi) | 6.99 |
| 07/29/2015 | Peter J. Young | Airplane (LGA to ORD) | 537.55 |
| 07/29/2015 | Michael A. Firestein | Airplane (GoGo Air Internet) | 33.95 |
| 07/29/2015 | Michael A. Firestein | Airplane (LAX to/from JFK on 7/26-29/15) | 2,955.50 |
| 07/29/2015 | Jeff J. Marwil | Lodging (1 night Dallas) | 270.86 |
| 07/29/2015 | Michael A. Firestein | Lodging (2 nights NY) | 853.86 |
| 07/29/2015 | Peter J. Young | Other Disbursements (Gratuities 7/27-29/15 Travel) | 30.00 |
| 07/30/2015 | Jeff J. Marwil | Airplane (ORD to/from DFW on 7/29-30/15) | 1,103.10 |
| 07/30/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 07/30/2015 | Jeff J. Marwil | Out Of Town Meals | 26.28 |
| 07/30/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from hotel to DFW) | 55.00 |
| 07/30/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (A-1 Airport Limo from ORD to home) | 75.00 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 1.80 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 1.80 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 1.80 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 4.40 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.60 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 3.40 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 2.00 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 4.40 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 4.40 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 4.40 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 4.20 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 2.00 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 1.60 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 2.00 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 2.20 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 2.00 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 6.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/30/2015 | Joshua L. Kopple | Reproduction | 2.40 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.60 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.80 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.80 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.80 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.80 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.80 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.80 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.80 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.60 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.60 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.80 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.60 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.60 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.60 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.50 |
| 07/30/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 07/30/2015 | Peter J. Young | Reproduction | 0.30 |
| 07/31/2015 | Daniel I. Ganitsky | Reproduction | 11.80 |
| 07/31/2015 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 07/31/2015 | Joshua L. Kopple | Reproduction | 0.50 |
| 07/31/2015 | Joshua L. Kopple | Reproduction | 0.50 |
| 07/31/2015 | Jennifer L. Roche | Reproduction | 3.00 |
| 07/31/2015 | Jennifer L. Roche | Reproduction | 0.20 |
| 07/31/2015 | Jennifer L. Roche | Reproduction | 3.50 |
| 07/31/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 07/31/2015 | Jennifer L. Roche | Reproduction | 0.80 |
| 07/31/2015 | Jennifer L. Roche | Reproduction | 2.10 |
| 07/31/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 07/31/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 07/31/2015 | Peter J. Young | Reproduction | 3.60 |
| 07/31/2015 | Peter J. Young | Reproduction | 6.30 |

**Disbursements and Other Charges**           $   **25,158.15**