## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on August 21, 2015, I caused a true and correct copy of the **Objection of EFH Indenture Trustee To Motion Of Energy Future Holdings Corp., Et Al., For Entry Of An Order Amending Certain Hearing Dates And Deadlines In Connection With The Confirmation Of Debtors' Plan Of Reorganization Filed By Energy Future Holdings Corp.** to be served on the parties listed below via CM/ECF and/or as otherwise indicated.

**VIA FIRST CLASS MAIL
& ELECTRONIC MAIL**
Edward O. Sassower, Esquire
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, NY 10022
Email: edward.sassower@kirkland.com
   stephen.hessler@kirkland.com
   brian.schartz@kirkland.com

**VIA FIRST CLASS MAIL
& ELECTRONIC MAIL**
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle
Chicago, IL 60654
Email: james.sprayregen@kirkland.com
   marc.kieselstein@kirkland.com
   chad.husnick@kirkland.com
   steven.serajeddini@kirkland.com

**VIA FIRST CLASS MAIL
& ELECTRONIC MAIL**
Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com
   defranceschi@rlf.com
   madron@rlf.com

/s/ Christopher P. Simon
Christopher P. Simon (No. 3697)