# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: EFH Corporate Services Company | § § § § | CHAPTER 11 |
| DEBTOR(S) | § § | CASE NO.: **14-10996-11** |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes **Stephenville ISD** a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. **Stephenville ISD** filed its secured claim on or about **May 19, 2014**, in the amount of **$2,913.50**, which claim is designated as claim number **111** on the claims register. That claim is no longer owed by the Debtor(s). Therefore, **Stephenville ISD** hereby withdraws its claim.

## CERTIFICATE OF SERVICE

I hereby certify that on 21st day of August, 2015, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207
(214) 880-0089 - *Telephone*
(469) 221-5003 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By:_____
Elizabeth Weller, Attorney
Texas Bar No. 00785514
Laurie Spindler Huffman, Attorney
Texas Bar No. 24028720
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900
Melissa L Palo
Tennessee Bar No. 18168