**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Kimberly E. C. Lawson, hereby certify that on this 21st day of August, 2015 I caused a true and correct copy of the **OBJECTION OF THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. TO MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AMENDING CERTAIN HEARING DATES AND DEADLINES IN CONNECTION WITH THE CONFIRMATION OF THE DEBTORS' PLAN OF REORGANIZATION** to be served upon the parties on the attached service list via e-mail and U.S. First Class Mail.

Dated: August 21, 2015
       Wilmington, Delaware        By:   */s/ Kimberly E. C Lawson*
                                                     Kimberly E. C. Lawson (No. 3966)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**CERTIFICATE OF SERVICE**

**KIRKLAND & ELLIS LLP**
Attn: James H.M. Sprayregen, P.C.
james.sprayregen@kirkland.com
Attn: Marc Kieselstein, P.C.
marc.kieselstein@kirkland.com
Attn: Chad J. c, Esq.
chad.husnick@kirkland.com
Attn: Steven N. Serajeddini, Esq.
steven.serajeddini@kirkland.com
300 North LaSalle
Chicago, Illinois 60654

**RICHARDS, LAYTON & FINGER, P.A.**
Attn: Mark D. Collins, Esq.
collins@rlf.com
Attn: Daniel J. DeFranceschi, Esq.
defranceschi@rlf.com
Attn: Jason M. Madron, Esq.
madron@rlf.com
920 North King Street
Wilmington, Delaware 19801

**PROSKAUER ROSE LLP**
Attn: Jeff J. Marwil, Esq.
jmarwil@proskauer.com
Attn: Mark K Thomas, Esq.
mthomas@proskauer.com
Attn: Peter J. Young, Esq.
pyoung@proskauer.com
Three First National Plaza
70 W. Madison ST STE 3800
Chicago, IL 60602

**O'KELLY, ERNST & BIELLI LLC**
Attn: David M. Klauder, Esq.
dklauder@oeblegal.com
Attn: Shannon Dougherty, Esq.
sdougherty@oeblegal.com
901 N Market St STE 100
Wilmington, DE 19801

**MUNGER, TOLLES & OLSON LLP**
Attn: Thomas B. Walper, Esq.
Thomas.Walper@mto.com
Attn: Todd J Rosen, Esq.
Todd.Rosen@mto.com
Attn: Seth Goldman, Esq.
Seth.Goldman@mto.com
Attn: John W. Spiegel, Esq.
John.Spiegel@mto.com
355 S. Grand Ave 35th FL
Los Angeles, CA 90071

**MCELROY, DEUTSCH, MULVANEY,
& CARPENTER, LLP**
Attn: David P. Primack, Esq.
dprimack@mdmc-law.com
300 Delaware Ste 770
Wilmington, Delaware 19801

**CRAVATH, SWAINE & MOORE LLP**
Attn: Richard Levin, Esq.
rlevin@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475

**STEVENS & LEE PC**
Attn: Joseph H. Hutson Jr, Esq.
jhh@stevenslee.com
1105 N. Market St STE 700
Wilmington, DE 19801

**THE OFFICE OF THE UNITED STATES
TRUSTEE FOR THE
DISTRICT OF DELAWARE**
Attn: Richard L. Shepacarter, Esq.
Attn: Andrea B. Schwartz, Esq.
Richard.shepacarter@usdoj.gov
Andrea.schwartz@usdoj.gov
844 King Street, Suite 2207
Wilmington, Delaware 19801

| | |
|---|---|
| **MORRISON & FOERSTER LLP**<br>Attn: James M. Peck, Esq.<br>jpeck@mofo.com<br>Attn: Brett H. Miller, Esq.<br>brettmiller@mofo.com<br>Attn: Lorenzo Marinuzzi, Esq.<br>lmarinuzzi@mofo.com<br>Attn: Todd M. Goren, Esq.<br>tgoren@mofo.com<br>Attn: Samantha Martin, Esq.<br>smartin@mofo.com<br>250 West 55th Street<br>New York, New York 10019 | **POLSINELLI PC**<br>Attn: Christopher A. Ward, Esq.<br>cward@polsinelli.com<br>Attn: Justin K. Edelson, Esq.<br>jedelson@polsinelli.com<br>Attn: Shanti M. Katona, Esq.<br>skatona@polsinelli.com<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801 |
| **SULLIVAN & CROMWELL LLP**<br>Attn: Andrew G. Dietderich, Esq.<br>dietdericha@sullcrom.com<br>Attn: Brian D. Glueckstein, Esq.<br>gluecksteinb@sullcrom.com<br>Attn: Michael H. Torkin, Esq.<br>torkinm@sullcrom.com<br>125 Broad St.<br>New York, NY 10004 | **MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP**<br>Attn: Natalie D. Ramsey, Esq.<br>nramsey@mmwr.com<br>Attn: Davis Lee Wright, Esq.<br>dwright@mmwr.com<br>Attn: Mark A. Fink, Esq.<br>mfink@mmwr.com<br>1105 N. Market St 15th FL<br>Wilmington, DE 19801 |
| **KIRKLAND & ELLIS LLP**<br>Attn: Edward O. Sassower, P.C.<br>edward.sassower@kirkland.com<br>Attn: Stephen E. Hessler, Esq.<br>stephen.hessler@kirkland.com<br>Attn: Brian E. Schartz, Esq.<br>brian.schartz@kirkland.com<br>601 Lexington Avenue<br>New York, New York 10022 | |