## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY SUBJECT MATTER[1]**
**JULY 1, 2015 THROUGH JULY 31, 2015**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 13.90 | $6,696.00 |
| 7 | EPA NSR Litigation | 354.60 | $109,309.00 |
| 8 | EGU MACT | 29.90 | $13,282.50 |
| 9 | Texas PM2.5 Interstate Transport Rule | 6.20 | $3,083.00 |
| 11 | EPA Regional Haze Rulemaking | 59.80 | $21,847.50 |
| 18 | EPA Affirmative Defense Litigation | 199.20 | $76,763.50 |
| 19 | EPA GHG Rules | 26.80 | $9,330.50 |
| 21 | Bankruptcy Application and Retention | 18.60 | $4,433.00 |
| **Totals:** | | 709.00 | $244,745.00 |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

**EXPENSE SUMMARY**
**JULY 1, 2015 THROUGH JULY 31, 2015**

| Expense Category | Amount |
| --- | --- |
| Airfare | $2,751.98 |
| Deliveries | $12.71 |
| Standard Copies or Prints | $0.60 |
| Telephone Charges | $65.28 |
| Transportation | $31.14 |
| Transportation to/from airport | $161.57 |
| Travel Expenses – Lodging | $1,882.74 |
| Travel Meals | $882.33 |
| Other Travel Expenses | $141.00 |
| Working Meals | $121.76 |
| **Total Expenses Sought:** | **$6,061.11** |