## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $385.00 | 50.40 | $19,404.00 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $320.00 | 111.60 | $35,712.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $505.00 | 189.90 | $95,899.50 |
| C. Grady Moore | Partner | 1992 | Environmental | $505.00 | 35.30 | $17,826.50 |
| Spence M. Taylor | Partner | | Environmental Litigation | $430.00 | 0.10 | $43.00 |
| Julia Barber | Associate | 2014 | Environmental | $240.00 | 44.50 | $10,680.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $235.00 | 4.80 | $1,128.00 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | $275.00 | 69.70 | $19,167.50 |
| Michael P. Malenfant | Associate | 2013 | Energy | $235.00 | 0.20 | $47.00 |
| David W. Mitchell | Associate | 2009 | Environmental | $285.00 | 24.50 | $6,982.50 |
| J. Patrick Runge | Associate | 2008 | Environmental | $270.00 | 21.80 | $5,886.00 |
| Irving Jones, Jr. | Staff Attorney | 2014 | Environmental | $220.00 | 38.30 | $8,426.00 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | $260.00 | 8.50 | $2,210.00 |
| | | | | | **599.60** | **$223,412.00** |

The paraprofessionals of Balch who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy Benschoter | Paralegal | 6 years | Environmental | $195.00 | 109.40 | $21,333.00 |
| | | | | | **109.40** | **$21,333.00** |

**Total Fees Requested**                    **$244,745.00**