## <u>EXHIBIT C</u>

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**JULY 1, 2015 THROUGH JULY 31, 2015**

| Expense Category | Amount |
|---|---|
| Airfare | $2,751.98 |
| Deliveries | $12.71 |
| Standard Copies or Prints | $0.60 |
| Telephone Charges | $65.28 |
| Transportation | $31.14 |
| Transportation to/from airport | $161.57 |
| Travel Expenses – Lodging | $1,882.74 |
| Travel Meals | $882.33 |
| Other Travel Expenses | $141.00 |
| Working Meals | $121.76 |
| **Total Expenses Sought:** | **$6,061.11** |