# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**JULY 1, 2015 THROUGH JULY 31, 2015**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 582862 | 004 | 6/25/15 | P. Stephen Gidiere | Telephone Charges | | | $8.09 | Conference Call |
| 582875 | 007 | 7/23/185 | P. Stephen Gidiere | Travel Meals | | | $10.71 | Breakfast |
| 582875 | 007 | 6/1/15 | P. Stephen Gidiere | Telephone Charges | | | $16.30 | Conference Call |
| 582875 | 007 | 6/3/15 | P. Stephen Gidiere | Telephone Charges | | | $9.10 | Conference Call |
| 582875 | 007 | 6/5/15 | *P. Stephen Gidiere* | *Telephone Charges* | | | *$14.18* | *Conference Call* |
| 582875 | 007 | 6/12/15 | *P. Stephen Gidiere* | *Telephone Charges* | | | *$16.39* | *Conference Call* |
| 582875 | 007 | 7/7/15 | *P. Stephen Gidiere* | *Telephone Charges* | | | *$3.40* | *Long Distance to Dallas, TX* |
| 582875 | 007 | 7/17/15 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Conference Call |
| 582875 | 007 | 7/17/15 | P. Stephen Gidiere | Telephone Charges | | | $0.80 | Conference Call |
| 582875 | 007 | 7/20/15 | Amy Benschoter | Travel Meals | | | $6.89 | Breakfast |
| 582875 | 007 | 7/20/15 | *Tom DeLawrence* | *Telephone Charges* | | | *$0.20* | *Long Distance to Dallas, TX* |
| 582875 | 007 | 7/20/15 | Tom DeLawrence | Telephone Charges | | | $0.70 | Conference Call |
| 582875 | 007 | 7/21/15 | Amy Benschoter | Telephone Charges | | | $0.70 | Conference Call |
| 582875 | 007 | 7/21/15 | Amy Benschoter | Travel Meals | | | $8.33 | Breakfast |
| 582875 | 007 | 7/21/15 | Amy Benschoter | Travel Meals | | | $15.99 | Lunch |
| 582875 | 007 | 7/21/15 | P. Stephen Gidiere | Airfare | | | $365.00 | Airfare from Birmingham, AL to Dallas, TX |
| 582875 | 007 | 7/21/15 | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.80* | *Long Distance to Dallas, TX* |
| 582875 | 007 | 7/21/15 | P. Stephen Gidiere | Transportation | | | $5.52 | Cab fare to client dinner |
| 582875 | 007 | 7/21/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $30.00 | Cab fare from airport to hotel |
| 582875 | 007 | 7/21/15 | P. Stephen Gidiere | Travel Meals | | | $7.80 | Lunch |
| 582875 | 007 | 7/21/15 | *P. Stephen Gidiere* | *Travel Meals* | | | *$376.09[1]* | *Group Client dinner (7 people)* |
| 582875 | 007 | 7/21/15 | Tom DeLawrence | Transportation to/from Airport | | | $32.00 | Cab fare from airport to hotel |
| 582875 | 007 | 7/21/15 | Tom DeLawrence | Travel Meals | | | $22.35 | Lunch (3 people) |

---

[1] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person per meal. Therefore, $96.09 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 582875 | 007 | 7/22/15 | Amy Benschoter | Travel Meals | | | $8.48 | Breakfast |
| 582875 | 007 | 7/22/15 | P. Stephen Gidiere | Transportation | | | $5.70 | Cab fare to client meeting |
| 582875 | 007 | 7/22/15 | P. Stephen Gidiere | Travel Meals | | | $117.96 | Dinner (3 people) |
| 582875 | 007 | 7/22/15 | Tom DeLawrence | Transportation | | | $10.00 | Cab fare from client meeting to hotel |
| 582875 | 007 | 7/22/15 | Tom DeLawrence | Travel Meals | | | $117.97 | Dinner (3 people) |
| 582875 | 007 | 7/23/15 | Amy Benschoter | Airfare | | | $740.00 | Roundtrip Airfare between Birmingham, Al and Dallas, TX |
| 582875 | 007 | 7/23/15 | Amy Benschoter | Other Travel | | | $44.00 | Parking at Airport |
| 582875 | 007 | 7/23/15 | Amy Benschoter | Travel Expenses – Lodging | | | $495.62 | Lodging I Dallas, TX (2 nights) |
| 582875 | 007 | 7/23/15 | Amy Benschoter | Travel Expenses – Lodging | | | $4.00 | Hotel luggage handling fee |
| 582875 | 007 | 7/23/15 | P. Stephen Gidiere | Airfare | | | $434.99 | Airfare from Dallas, TX to Panama City, FL |
| 582875 | 007 | 7/23/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Travel to Birmingham, AL airport |
| 582875 | 007 | 7/23/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $25.00 | Cab fare from hotel to airport |
| 582875 | 007 | 7/23/15 | P. Stephen Gidiere | Travel Expenses – Lodging | | | $495.62 | Lodging I Dallas, TX (2 nights) |
| 582875 | 007 | 7/23/15 | Tom DeLawrence | Airfare | | | $471.99 | Roundtrip Airfare between Birmingham, Al and Dallas, TX |
| 582875 | 007 | 7/23/15 | Tom DeLawrence | Other Travel | | | $38.00 | Parking at Airport |
| 582875 | 007 | 7/23/15 | Tom DeLawrence | Transportation to/from Airport | | | $11.67 | Cab fare from hotel to airport |
| 582875 | 007 | 7/23/15 | Tom DeLawrence | Travel Expenses – Lodging | | | $391.88 | Lodging I Dallas, TX (2 nights) |
| 582875 | 007 | 7/21/15 | Tom DeLawrence | Travel Meals | | | $44.97 | Dinner (2 people) |
| 582875 | 007 | 7/23/15 | Tom DeLawrence | Travel Meals | | | $10.88 | Breakfast |
| 582875 | 007 | 7/23/15 | Tom DeLawrence | Travel Meals | | | $25.55 | Dinner (2 people) |
| *582875* | *007* | *7/24/15* | *Amy Benschoter* | *Telephone Charges* | | | *$0.30* | *Long Distance to New York, NY* |
| 582875 | 007 | 7/25/15 | Tom DeLawrence | Travel Meals | | | $10.12 | Breakfast |
| 582875 | 007 | 7/27/15 | Amy Benschoter | Telephone Charges | | | $3.90 | Conference Call |
| 582875 | 007 | 7/28/15 | Amy Benschoter | Telephone Charges | | | $1.50 | Conference Call |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 582875 | 007 | 7/29/15 | Tom DeLawrence | Telephone Charges | | | $2.50 | Conference Call |
| 582875 | 007 | 7/29/15 | Tom DeLawrence | Telephone Charges | | | $3.10 | Conference Call |
| 582875 | 007 | 7/31/15 | Amy Benschoter | Deliveries | | | $12.71 | Fed-Ex Shipment |
| 582875 | 007 | 7/31/15 | Amy Benschoter | In-house Copying | $0.10 | 1 | $0.10 | Standard Copies |
| 582875 | 007 | 7/31/15 | Amy Benschoter | Telephone Charges | | | $1.60 | Conference Call |
| 582875 | 007 | 7/31/15 | Amy Benschoter | Telephone Charges | | | $3.00 | Conference Call |
| 582864 | 008 | 7/27/15 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Conference Call |
| 582865 | 009 | 7/28/15 | P. Stephen Gidiere | Telephone Charges | | | $1.90 | Conference Call |
| 582866 | 011 | 7/4/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $28.00 | Cab fare from Airport to client's office |
| 582866 | 011 | 7/14/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Travel to Birmingham, AL airport |
| 582866 | 011 | 7/14/15 | P. Stephen Gidiere | Travel Meals | | | $159.23[2] | Group dinner (2 people) |
| 582866 | 011 | 7/15/15 | P. Stephen Gidiere | Transportation | | | $9.92 | Cab fare from hotel to client dinner |
| 582866 | 011 | 7/15/15 | P. Stephen Gidiere | Travel Meals | | | $97.61[3] | Group dinner (2 people) |
| 582866 | 011 | 7/16/15 | P. Stephen Gidiere | Airfare | | | $740.00 | Roundtrip Airfare between Birmingham, Al and Dallas, TX |
| 582866 | 011 | 7/16/15 | P. Stephen Gidiere | Other Travel | | | $59.00 | Parking at Airport |
| 582866 | 011 | 7/16/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $28.00 | Cab fare from client's office to airport |
| 582866 | 011 | 7/16/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Travel from Birmingham, AL airport |
| 582866 | 011 | 7/16/15 | P. Stephen Gidiere | Travel Expenses – Lodging | | | $495.62 | Lodging in Dallas, TX (2 nights) |
| 582866 | 011 | 7/16/15 | P. Stephen Gidiere | Travel Meals | | | $4.33 | Breakfast |

---

[2] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person per meal. Therefore, $79.23 is not reimbursable.

[3] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person per meal. Therefore, $17.61 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 582866 | 011 | 7/16/15 | P. Stephen Gidiere | Travel Meals | | | $64.29[4] | Dinner |
| 582866 | 011 | 7/27/15 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Conference Call |
| 582867 | 018 | 6/1/15 | P. Stephen Gidiere | Telephone Charges | | | $7.29 | Conference Call |
| 582867 | 018 | 7/8/15 | P. Stephen Gidiere | Telephone Charges | | | $0.90 | Conference Call |
| 582867 | 018 | 7/13/15 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference Call |
| 582867 | 018 | 7/17/15 | P. Stephen Gidiere | Telephone Charges | | | $1.20 | Conference Call |
| 582867 | 018 | 7/17/15 | P. Stephen Gidiere | Telephone Charges | | | $0.50 | Conference Call |
| 582867 | 018 | 7/17/15 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference Call |
| 582867 | 018 | 7/29/15 | P. Stephen Gidiere | Telephone Charges | | | $0.90 | Conference Call |
| 582868 | 019 | 5/20/15 | P. Stephen Gidiere | Working Meals | | | $121.76 | Working Lunch for Clean Power Plan litigation meeting (5 people) |
| *582868* | *019* | *7/10/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.30* | *Long Distance to Dallas, TX* |
| 582869 | 021 | 7/16/15 | Amy Benschoter | In-house Copying | $0.10 | 5 | $0.50 | Standard Copies |
| Total Expenses: | | | | | | | $6,313.90 | |
| *Less: Expense Adjustment[5]* | | | | | | | *$252.79* | |
| **Total Expenses Sought:** | | | | | | | **$6,061.11** | |

---

[4] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person per meal. Therefore, $24.29 is not reimbursable.

[5] Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014.