## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 642 | Fee Application Prep and Related Issues | 6.80 | $1,645.60 |
| 900 | Ediscovery Services | 137.00 | $19,180.00 |
| **Totals:** | | **143.80** | **$20,825.60** |