## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| J. Helen Cook | EBS Senior Consultant III | $242.00 | 6.00 | $1,452.00 |
| Kathryn Mailloux | EBS Senior Consultant III | $242.00 | 0.80 | $193.60 |
| Paul Avila | EDS Project Manager | $140.00 | 16.90 | $2,366.00 |
| Jennifer Bernstein | EDS Project Manager | $140.00 | 2.60 | $364.00 |
| Michael Bevington | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Timothy Brown | EDS Project Manager | $140.00 | 0.30 | $42.00 |
| Sarah Cole | EDS Project Manager | $140.00 | 1.70 | $238.00 |
| Christine Deason | EDS Project Manager | $140.00 | 15.10 | $2,114.00 |
| Joanne Fancy | EDS Project Manager | $140.00 | 5.00 | $700.00 |
| Christopher Fort | EDS Project Manager | $140.00 | 4.00 | $560.00 |
| Joshua Goodman | EDS Project Manager | $140.00 | 5.10 | $714.00 |
| Katie Hursh | EDS Project Manager | $140.00 | 0.70 | $98.00 |
| Jacqueline Koenig | EDS Project Manager | $140.00 | 2.10 | $294.00 |
| Seungjin Lee | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Matthew Lutterloh | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| John Mora | EDS Project Manager | $140.00 | 0.30 | $42.00 |
| Chad Poorman | EDS Project Manager | $140.00 | 27.20 | $3,808.00 |
| Aaron Pyle | EDS Project Manager | $140.00 | 2.30 | $322.00 |
| Tanya Rivera | EDS Project Manager | $140.00 | 30.90 | $4,326.00 |
| Tisha Shurley | EDS Project Manager | $140.00 | 3.10 | $434.00 |
| Anthony Spicer | EDS Project Manager | $140.00 | 8.60 | $1,204.00 |
| Scott Umshler | EDS Project Manager | $140.00 | 7.10 | $994.00 |
| **Totals:** | | | **143.80** | **$20,825.60** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."