## <u>EXHIBIT D</u>

**Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements**

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST142 – Upload productions (images, natives, text and metadata) to the eDiscovery Relativity hosted repository | 206.21 GB | $35.00 | $7,217.35 |
| HST626 – Relativity License Fee | 38 licenses | $75.00 | $2,850.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 2384.459 GB | $15.00 | $35,766.92 |
| PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| PRO238 – File preparation and export from the eDiscovery Relativity repository | 48 files | $0.05 | $2.40 |
| **TOTAL** | | | **$45,856.67** |