**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date:  September 17, 2015 at 9:30 a.m.** |
| | ) | **Objection Deadline:  August 31, 2015 at 4:00 p.m.** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM REGARDING THE
TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1**

PLEASE TAKE NOTICE that, on August 21, 2015, the Debtor, Energy Future Holdings

Corp. ("Debtor") delivered to the Honorable Christopher S. Sontchi, United States Bankruptcy

Judge for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6,

Wilmington, Delaware 19801, copies of the relevant proofs of claim, along with all of the

attachments thereto (collectively, the "Claims"), that are subject to the filed the *Twenty-Eighth*

*Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section*

*502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy*

*Rule 3007-1*, which the Debtor filed on August 17, 2015 (D.I. 5373)

PLEASE TAKE FURTHER NOTICE that a copy of any of the Claims may be obtained

upon written request from the Debtor's undersigned counsel.

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

.

Wilmington, Delaware
Dated:  August 21, 2015

**O'KELLY ERNST & BIELLI, LLC**


*/s/  David M. Klauder*
David M. Klauder (No. 5769)
Shannon J. Dougherty (No. 5740)
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone:      (302) 778-4000
Facsimile:      (302) 295-2873
Email:          dklauder@oeblegal.com
                sdougherty@oeblegal.com
-and-

**PROSKAUER ROSE LLP**

Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Telephone:      (312) 962-3550
Facsimile:      (312) 962-3551
Email:          jmarwil@proskauer.com
                mthomas@proskauer.com
                pyoung@proskauer.com

*Co-Counsel to Debtor*
*Energy Future Holdings Corp.*