## EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 0.40 | $125.40 |
| 642 | Fee Application Prep and Related Issues | 24.00 | $5,808.00 |
| 900 | Ediscovery Services | 92.40 | $12,936.00 |
| **Totals:** | | **116.80** | **$18,869.40** |