# EXHIBIT B

## Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 0.20 | $77.00 |
| J. Helen Cook | EBS Senior Consultant III | $242.00 | 24.00 | $5,808.00 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 0.20 | $48.40 |
| Jennifer Bernstein | EDS Project Manager | $140.00 | 4.40 | $616.00 |
| Michael Bevington | EDS Project Manager | $140.00 | 4.00 | $560.00 |
| Sarah Cole | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Christine Deason | EDS Project Manager | $140.00 | 5.50 | $770.00 |
| John Deolall | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Joshua Goodman | EDS Project Manager | $140.00 | 5.30 | $742.00 |
| Katie Hursh | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| John Huynh | EDS Project Manager | $140.00 | 0.30 | $42.00 |
| Jacqueline Koenig | EDS Project Manager | $140.00 | 4.70 | $658.00 |
| Thang Le | EDS Project Manager | $140.00 | 0.80 | $112.00 |
| Seungjin Lee | EDS Project Manager | $140.00 | 6.90 | $966.00 |
| Sarah McNitt-Gray | EDS Project Manager | $140.00 | 1.90 | $266.00 |
| Chad Poorman | EDS Project Manager | $140.00 | 8.00 | $1,120.00 |
| Aaron Pyle | EDS Project Manager | $140.00 | 0.10 | $14.00 |
| Sergio Riquelme | EDS Project Manager | $140.00 | 30.90 | $4,326.00 |
| Tanya Rivera | EDS Project Manager | $140.00 | 8.20 | $1,148.00 |
| Anthony Spicer | EDS Project Manager | $140.00 | 7.40 | $1,036.00 |
| **Totals:** | | | **116.80** | **$18,869.40** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."