## **EXHIBIT D**

**Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements**

| Expense Category | Quantity | Unit Cost | Amount |
|---|---:|---:|---:|
| HST142 – Upload productions (images, natives, text and metadata) to the eDiscovery Relativity hosted repository | 185.180 GB | $35.00 | $6,481.30 |
| HST 161 – OCR9 for Loaded Data (creation of searchable images) | 3,370 pages | $0.02 | $67.40 |
| HST626 – Relativity License Fee | 42 licenses | $75.00 | $3,150.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 2,933.450 GB | $15.00 | $44,002.34 |
| PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| **TOTAL** | | | **$53,721.04** |