## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 38.60 | $10,842.70 |
| 642 | Fee Application Prep and Related Issues | 12.00 | $2,904.00 |
| 900 | Ediscovery Services | 69.80 | $9,772.00 |
| **Totals:** | | **120.40** | **$23,518.70** |