## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 10.50 | $4,042.50 |
| J. Helen Cook | EBS Senior Consultant III | $242.00 | 8.70 | $2,105.40 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 26.10 | $6,316.20 |
| Kathryn Mailloux | EBS Senior Consultant III | $242.00 | 3.30 | $798.60 |
| Kevin Streseman | EBS Senior Consultant II | $242.00 | 2.00 | $484.00 |
| Michael Bevington | EDS Project Manager | $140.00 | 0.50 | $70.00 |
| Christine Deason | EDS Project Manager | $140.00 | 5.80 | $812.00 |
| Joanne Fancy | EDS Project Manager | $140.00 | 9.60 | $1,344.00 |
| Joshua Goodman | EDS Project Manager | $140.00 | 2.80 | $392.00 |
| Matthew Howard | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Jacquelie Koenig | EDS Project Manager | $140.00 | 0.50 | $70.00 |
| Beverly Laucus | EDS Project Manager | $140.00 | 0.50 | $70.00 |
| Sarah McNitt-Gray | EDS Project Manager | $140.00 | 0.90 | $126.00 |
| Chad Poorman | EDS Project Manager | $140.00 | 16.60 | $2,324.00 |
| Sergio Riquelme | EDS Project Manager | $140.00 | 5.60 | $784.00 |
| Tanya Rivera | EDS Project Manager | $140.00 | 5.30 | $742.00 |
| Tisha Shurley | EDS Project Manager | $140.00 | 10.00 | $1,400.00 |
| Anthony Spicer | EDS Project Manager | $140.00 | 8.20 | $1,148.00 |
| Scott Umshler | EDS Project Manager | $140.00 | 2.50 | $350.00 |
| **Totals:** | | | **120.40** | **$23,518.70** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."