## EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 13.40 | $3,400.10 |
| 900 | Ediscovery Services | 35.90 | $5,026.00 |
| **Totals:** | | **49.30** | **$8,426.10** |