## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 2.30 | $885.50 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 8.50 | $2,057.00 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 2.60 | $457.60 |
| Anna Cummens | EDS Project Manager | $140.00 | 0.80 | $112.00 |
| Christine Deason | EDS Project Manager | $140.00 | 3.30 | $462.00 |
| Joshua Goodman | EDS Project Manager | $140.00 | 1.10 | $154.00 |
| Chelsee Heckathorn | EDS Project Manager | $140.00 | 3.00 | $420.00 |
| Matthew Howard | EDS Project Manager | $140.00 | 7.50 | $1,050.00 |
| Jacqueline Koenig | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Beverly Laucus | EDS Project Manager | $140.00 | 0.50 | $70.00 |
| Thang Le | EDS Project Manager | $140.00 | 1.20 | $168.00 |
| Merle Pete | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Chad Poorman | EDS Project Manager | $140.00 | 2.50 | $350.00 |
| Tanya Rivera | EDS Project Manager | $140.00 | 3.00 | $420.00 |
| Tisha Shurley | EDS Project Manager | $140.00 | 7.40 | $1,036.00 |
| Anthony Spicer | EDS Project Manager | $140.00 | 3.60 | $504.00 |
| **Totals:** | | | **49.30** | **$8,426.10** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."