# **EXHIBIT D**

## **Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements**

| Expense Category | Quantity | Unit Cost | Amount |
|---|---:|---:|---:|
| HST142 – Upload productions (images, natives, text and metadata) to the eDiscovery Relativity hosted repository | 28.770 GB | $35.00 | $1,006.95 |
| HST161 – OCR text creation for search capability | 43 pages | $0.02 | $0.86 |
| HST626 – Relativity License Fee | 42 licenses | $75.00 | $3,150.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3,003.620 GB | $15.00 | $45,054.30 |
| PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| PRO250 – Conversion of images to .PDFs | 713 pages | $0.02 | $14.26 |
| PRO260 – Conversion of native files to TIFF images | 43 pages | $0.01 | $0.43 |
| **TOTAL** | | | **$49,246.80** |