**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al*.,<br>Debtors. | Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>Re:  Docket No. 4916, 5269, 5601 and 5658 |

**NOTICE OF FILING OF THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.'S PROPOSED AMENDED ORDER (A) REVISING CERTAIN HEARING DATES AND DEADLINES, AND (B) ESTABLISHING CERTAINPROTOCOLS IN CONNECTION WITH THE CONFIRMATION OF DEBTORS' PLAN OF REORGANIZATION**

PLEASE TAKE NOTICE that on July 2, 2015, this Court entered the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Order* (the "Initial Scheduling Order";  D.I. 4916).

PLEASE TAKE FURTHER NOTICE that the above-captioned debtors and debtors in possession filed their *Motion for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of the Debtors' Plan of Reorganization* (the "Motion to Amend"; D.I. 5269).

PLEASE TAKE FURTHER NOTICE that on August 19, 2015, the Debtors filed the *Notice of Filing of Revised Order in Connection with Motion for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of the Debtors' Plan of Reorganization* (the "Notice"; D.I. 5601).

PLEASE TAKE FURTHER NOTICE that The Bank of New York Mellon ("BNYM"), in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A. ("BNYMTC" and collectively with BNYM, "BNY"), in its capacity as the EFCH 2037 Notes

Trustee filed the *Objection to Motion of Energy Motion for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of the Debtors' Plan of Reorganization* (the "Objection"; D.I. 5658).

PLEASE TAKE FURTHER NOTICE that BNY hereby files ar proposed form of *Amended Order (A) Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization* (the "BNY Revised Scheduling Order"), a copy of which is attached as Exhibit A.

PLEASE TAKE NOTICE that a redline comparing the BYN Revised Scheduling Order against proposed form of order filed with the Notice is attached as Exhibit B.

Dated:  August 24, 2015
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:    */s Kurt F. Gwynne*
       Kurt F. Gwynne (No. 3951)
       Kimberly E.C. Lawson (No. 3966)
       1201 Market Street, Suite 1500
       Wilmington, DE 19801
       Telephone: (302) 778-7500
       Facsimile: (302) 778-7575
       Email:  kgwynne@reedsmith.com
                klawson@reedsmith.com

       Counsel to The Bank of New York Mellon,
       in its capacity as the PCRB Trustee, and The
       Bank of New York Mellon Trust Company,
       N.A., in its capacity as the EFCH 2037
       Notes Trustee