## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, hereby certify that on this 24th day of August, 2015 I caused a true and correct copy of the **NOTICE OF FILING OF THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.'S AMENDED ORDER (A) REVISING CERTAIN HEARING DATES AND DEADLINES, AND (B) ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH THE CONFIRMATION OF DEBTORS' PLAN OF REORGANIZATION** to be served upon the parties on the attached service list via e-mail.

Dated: August 24, 2015
       Wilmington, Delaware        By:   /s/ Kurt F. Gwynne
                                                    Kurt F. Gwynne (No. 3951)

**CERTIFICATE OF SERVICE**

**KIRKLAND & ELLIS LLP**
Attn: James H.M. Sprayregen, P.C.
james.sprayregen@kirkland.com
Attn: Marc Kieselstein, P.C.
marc.kieselstein@kirkland.com
Attn: Chad J. c, Esq.
chad.husnick@kirkland.com
Attn: Steven N. Serajeddini, Esq.
steven.serajeddini@kirkland.com
300 North LaSalle
Chicago, Illinois 60654

**RICHARDS, LAYTON & FINGER, P.A.**
Attn: Mark D. Collins, Esq.
collins@rlf.com
Attn: Daniel J. DeFranceschi, Esq.
defranceschi@rlf.com
Attn: Jason M. Madron, Esq.
madron@rlf.com
920 North King Street
Wilmington, Delaware 19801

**PROSKAUER ROSE LLP**
Attn: Jeff J. Marwil, Esq.
jmarwil@proskauer.com
Attn: Mark K Thomas, Esq.
mthomas@proskauer.com
Attn: Peter J. Young, Esq.
pyoung@proskauer.com
Three First National Plaza
70 W. Madison ST STE 3800
Chicago, IL 60602

**O'KELLY, ERNST & BIELLI LLC**
Attn: David M. Klauder, Esq.
dklauder@oeblegal.com
Attn: Shannon Dougherty, Esq.
sdougherty@oeblegal.com
901 N Market St STE 100
Wilmington, DE 19801

**MUNGER, TOLLES & OLSON LLP**
Attn: Thomas B. Walper, Esq.
Thomas.Walper@mto.com
Attn: Todd J Rosen, Esq.
Todd.Rosen@mto.com
Attn: Seth Goldman, Esq.
Seth.Goldman@mto.com
Attn: John W. Spiegel, Esq.
John.Spiegel@mto.com
355 S. Grand Ave 35th FL
Los Angeles, CA 90071

**MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP**
Attn: David P. Primack, Esq.
dprimack@mdmc-law.com
300 Delaware Ste 770
Wilmington, Delaware 19801

**CRAVATH, SWAINE & MOORE LLP**
Attn: Richard Levin, Esq.
rlevin@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475

**STEVENS & LEE PC**
Attn: Joseph H. Hutson Jr, Esq.
jhh@stevenslee.com
1105 N. Market St STE 700
Wilmington, DE 19801

**THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**
Attn: Richard L. Shepacarter, Esq.
Attn: Andrea B. Schwartz, Esq.
Richard.shepacarter@usdoj.gov
Andrea.schwartz@usdoj.gov
844 King Street, Suite 2207
Wilmington, Delaware 19801

| | |
|---|---|
| **MORRISON & FOERSTER LLP**<br>Attn: James M. Peck, Esq.<br>jpeck@mofo.com<br>Attn: Brett H. Miller, Esq.<br>brettmiller@mofo.com<br>Attn: Lorenzo Marinuzzi, Esq.<br>lmarinuzzi@mofo.com<br>Attn: Todd M. Goren, Esq.<br>tgoren@mofo.com<br>Attn: Samantha Martin, Esq.<br>smartin@mofo.com<br>250 West 55th Street<br>New York, New York 10019 | **POLSINELLI PC**<br>Attn: Christopher A. Ward, Esq.<br>cward@polsinelli.com<br>Attn: Justin K. Edelson, Esq.<br>jedelson@polsinelli.com<br>Attn: Shanti M. Katona, Esq.<br>skatona@polsinelli.com<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801 |
| **SULLIVAN & CROMWELL LLP**<br>Attn: Andrew G. Dietderich, Esq.<br>dietdericha@sullcrom.com<br>Attn: Brian D. Glueckstein, Esq.<br>gluecksteinb@sullcrom.com<br>Attn: Michael H. Torkin, Esq.<br>torkinm@sullcrom.com<br>125 Broad St.<br>New York, NY 10004 | **MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP**<br>Attn: Natalie D. Ramsey, Esq.<br>nramsey@mmwr.com<br>Attn: Davis Lee Wright, Esq.<br>dwright@mmwr.com<br>Attn: Mark A. Fink, Esq.<br>mfink@mmwr.com<br>1105 N. Market St 15th FL<br>Wilmington, DE 19801 |
| **KIRKLAND & ELLIS LLP**<br>Attn: Edward O. Sassower, P.C.<br>edward.sassower@kirkland.com<br>Attn: Stephen E. Hessler, Esq.<br>stephen.hessler@kirkland.com<br>Attn: Brian E. Schartz, Esq.<br>brian.schartz@kirkland.com<br>601 Lexington Avenue<br>New York, New York 10022 | |