## EXHIBIT A

### Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | 2.6 | $1,328.00 |
| CASE ADMINISTRATION/GENERAL MATTERS | 0.3 | $208.50 |
| FEE APPLICATIONS – OTHERS | 2.5 | $936.50 |
| FEE APPLICATIONS – S&L | 8.4 | $3,036.00 |
| PLANS OF REORGANIZATION & DISCLOSURE STMT` | 1.4 | $973.00 |
| **TOTAL** | **15.2** | **$6,482.00** |

SL1 1380334v1 109285.00006