# EXHIBIT B

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Practicing Group | 2015 Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Co-Chair, Bankruptcy & Financial Restructuring | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $695.00 | 4.9 | $3,405.50 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy and Financial Restructuring | $335.00 | 8.1 | $2,713.50 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy Support | $165.00 | 2.2 | $363.00 |
| | | | | **TOTAL:** | **15.2** | **$6,482.00** |
| | | | | **Grand Total (at 2015 Rates):** | | **$6,482.00** |

| Name of Professional | Title | Year Admitted | Practicing Group | 2014 Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Co-Chair, Bankruptcy & Financial Restructuring | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $680.00 | 4.9 | $3,332.00 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy and Financial Restructuring | $310.00 | 8.1 | $2,511.00 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy Support | $160.00 | 2.2 | $352.00 |
| | | | | **TOTAL:** | **15.2** | **$6,195.00** |
| | | | | **Grand Total (at 2014 Rates):** | | **$6,195.00** |

---

[1] These hourly rates represent in the aggregate an increase of approximately 4% over S&L's rates for 2014 and are in accordance with S&L's policy of reviewing and increasing its rates annually to reflect its attorneys' increased seniority and experience. The anticipated occurrence of these increases was expressly stated in S&L's engagement letter (at page 3) and agreed to by EFIH.

SL1 1380334v1 109285.00006