## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| COURT CALL APPEARANCES | $30.00 |
| DOCUMENT REPRODUCTION | $45.50 |
| DELIVERY CHARGES (PARCELS) | $14.70 |
| **TOTAL** | **$90.20** |