## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 7/1/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/1/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00002 | 7/6/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 7/6/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/7/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 7/7/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 7/7/15 | DOCUMENT REPRODUCTION | $0.70 |
| 109285-00002 | 7/7/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/8/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 7/8/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/8/15 | DOCUMENT REPRODUCTION | $3.90 |
| 109285-00002 | 7/8/15 | DOCUMENT REPRODUCTION | $1.60 |
| 109285-00002 | 7/10/15 | SCANNED DOCUMENT REPRODUCTION | $0.00 |
| 109285-00002 | 7/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/10/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 7/14/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 7/17/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/17/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 7/17/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/17/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 7/21/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/21/15 | DOCUMENT REPRODUCTION | $0.90 |
| 109285-00002 | 7/21/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/21/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 7/21/15 | DOCUMENT REPRODUCTION | $1.60 |
| 109285-00002 | 7/21/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/21/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/21/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $1.60 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $1.40 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $7.40 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $7.40 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $1.20 |

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $7.20 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.90 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/23/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 7/22/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 7/8/15 | ADVANCES (COURTCALL) | $30.00 |
| 109285-00002 | 7/30/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 7/30/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/31/15 | DELIVERY/MESSENGER | $14.70 |
| 109285-00006 | 7/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| | | **TOTAL** | **$ 90.20** |

2