IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 25, 2015 STARTING AT 10:00 A.M. (EDT)[3]**

I. **CONTESTED MATTER GOING FORWARD:**

1. Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization [D.I. 5269; filed August 11, 2015]

    Response/Objection Deadline:     August 21, 2015 at 4:00 p.m. (EDT)

    Reply Deadline:     August 24, 2015 at 10:00 a.m. (EDT)

    Responses/Objections Received:

    A. The Acting United States Trustee's Objection to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with Confirmation of the Debtor Plan of Reorganization and Reservation of Rights (D.I. 5269, 5324, 5342, 5601) [D.I. 5618; filed August 21, 2015]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] The August 25, 2015 (the "August 25th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT). Any person who **wished** to appear telephonically at the August 25th Hearing must **have** contacted COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Monday, August 24, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

B.     **Limited Objection and Reservation of Rights of Delaware Trust Company to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization [D.I. 5622; filed August 21, 2015]**

C.     **Objection of Alcoa Inc. to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of the Debtors' Plan of Reorganization [D.I. 5629; filed August 21, 2015]**

D.     **EFIH Second Lien Indenture Trustee's Statement and Reservation of Rights with Respect to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with Confirmation of Debtors' Plan of Reorganization [D.I. 5641; filed August 21, 2015]**

E.     **Objection of EFH Indenture Trustee to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization filed by Energy Future Holdings Corp. [D.I. 5644; filed August 21, 2015]**

F.     **Objection of the EFH Official Committee to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of the Debtors' Plan of Reorganization [D.I. 5649; filed August 21, 2015]**

G.     **Objection of the Bank of New York Mellon and the Bank of New York Mellon Trust Company, N.A. to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization [D.I. 5658; filed August 21, 2015]**

H.     **Objection of UMB Bank, N.A. to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization [D.I. 5659; filed August 21, 2015]**

Related Documents:

i.     Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order [D.I. 4916; filed July 2, 2015]

ii.     Stipulation and Agreed Order Regarding Certain Confirmation Scheduling Matters [D.I. 4918; filed July 2, 2015]

iii. Motion of Energy Future Holdings Corp., *et al.*, to Shorten Notice Period in Connection with "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization" [D.I. 5270; filed August 11, 2015]

iv. Objection of the EFH Official Committee to Motion of Energy Future Holdings Corp., *et al.*, to Shorten Notice Period in Connection with "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization" [D.I. 5283; filed August 13, 2015]

v. Joinder of UMB Bank, N.A. to Objection of the EFH Official Committee to Motion of Energy Future Holdings Corp., *et al.*, to Shorten Notice Period in Connection with "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization" [D.I. 5293; filed August 13, 2015]

vi. Order Shortening Notice Period in Connection with Certain Relief Requested in Connection with "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of the Debtors' Plan of Reorganization" [D.I. 5324; filed August 14, 2015]

vii. Notice of "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of the Debtors' Plan of Reorganization" and Hearing Thereon [D.I. 5342; filed August 17, 2015]

viii. Notice of Filing of Revised Order in Connection with "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization" [D.I. 5601; filed August 19, 2015]

ix. **Debtors' Reply in Support of their Motion for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with Confirmation of Debtors' Plan of Reorganization [D.I. 5686; filed August 24, 2015]**

x. **Notice of Filing of the Bank of New York Mellon and the Bank of New York Mellon Trust Company, N.A.'s Proposed Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization [D.I. 5687; filed August 24, 2015]**

xi. **Ad Hoc Group of TCEH Unsecured Noteholders' Joinder in Debtors' Reply in Further Support of Their Motion for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization [D.I. 5690; filed August 24, 2015]**

Status: The hearing on this matter will go forward **on a contested basis.**

*[Remainder of page intentionally left blank.]*

Dated: August 24, 2015
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*