# **EXHIBIT A**

|  |  |
|---|---|
| Invoice Date: | 8/21/15 |
| Invoice Number: | 723746 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 44.00 | $21,538.00 |
| 010 | Employment and Fee Applications (MMWR) | 10.90 | $3,081.50 |
| 011 | Employment and Fee Applications (Others) | 9.60 | $3,504.00 |
| 012 | Financing, Cash Collateral, Make Whole | 7.00 | $4,130.00 |
| 013 | Other Litigation | 2.80 | $1,538.00 |
| 014 | Meetings and Communications with Creditors | 1.30 | $767.00 |
| 015 | Non-Working Travel | 6.00 | $1,360.00 |
| 016 | Plan and Disclosure Statement | 42.60 | $25,714.00 |
| 029 | Budgeting (Case) | 1.30 | $731.00 |
| 030 | Asbestos-Related Matters | 101.30 | $57,964.00 |
| 031 | Derivative Litigation Investigation | 567.00 | $246,751.50 |
|  | **Matter Total** | 793.80 | $367,079.00 |