# **EXHIBIT B**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 101.20 | $68,310.00 |
| Lee D. Unterman | Partner; Joined Firm in 2012; Member of NY Bar since 1976 | $650.00 | 76.80 | $49,920.00 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 35.90 | $21,001.50 |
| Sidney S. Liebesman | Partner; Joined Firm in 2012; Member of PA Bar since 1995 | $480.00 | 22.90 | $10,992.00 |
| Lathrop B. Nelson | Partner; Joined Firm in 2002; Member of PA Bar since 2001 | $420.00 | 76.50 | $32,130.00 |
| David Dormont | Partner; Joined Firm in 2015; Member of PA Bar since 1992. | $375.00 | 1.60 | $600.00 |
| Mark A. Fink | Of Counsel; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 107.60 | $63,484.00 |
| Mark A. Fink | Non-working Travel | $295.00 | 2.00 | $590.00 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $550.00 | 41.40 | $22,770.00 |
| Laurie A. Krepto | Of Counsel; Joined Firm in 2004; Member of the PA Bar since 1995 | $440.00 | 7.30 | $3,212.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **473.20** | **$273,009.50** |
| **ASSOCIATES** | | | | |
| Megan Diaz Ellinghaus | Associate; Joined Firm in 2013; Member of NY Bar since 2008 | $385.00 | 78.70 | $30,299.50 |
| Megan Diaz Ellinghaus | Non-working Travel | $192.50 | 4.00 | $770.00 |
| Erin C. Dougherty | Associate; Joined Firm in 2008; Member of PA Bar since 2008 | $365.00 | 70.20 | $25,623.00 |
| Rimma Tsvasman | Associate; Joined Firm in 2012; Member of NJ Bar since 2011 | $310.00 | 0.70 | $217.00 |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 35.30 | $10,237.00 |
| Olivia A. Weil | Associate; Joined Firm in 2015; Member of NY Bar since 2015 | $275.00 | 19.00 | $5,225.00 |

| | | | | |
|---|---|---|---|---|
| | **TOTAL ASSOCIATES** | | 207.90 | $72,371.50 |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Molly A. Lynch | Paralegal | $220.00 | 2.90 | $638.00 |
| William Hershkowitz | Paralegal | $215.00 | 75.70 | $16,275.50 |
| Keith Mangan | Paralegal | $140.00 | 32.00 | $4,480.00 |
| Megan M. Malone | Litigation Support Specialist | $145.00 | 2.10 | 304.50 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 112.70 | $21,698.00 |
| **TOTAL ALL PROFESSIONALS** | | | 793.80 | $367,079.00 |