# **EXHIBIT C**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Duplicating - Internal | $ 15.00 |
| Postage | $ 0.48 |
| Transportation - Local while on business | $ 6.80 |
| Transcript - Deposition | $ 514.65 |
| Travel - Mileage | $ 37.95 |
| Travel - Rail Fare | $ 590.00 |
| Out of Town Travel | $ 19.90 |
| Federal Express | $ 21.23 |
| Parking & Tolls | $ 29.00 |
| Telephone | $ 144.65 |
| Westlaw On-Line Legal Research | $ 2,452.45 |
| Pacer | $ 77.60 |
| Delivery Service | $ 4.95 |
| **Total:** | **$3,914.66** |