**<u>EXHIBIT D</u>**

Invoice Date:             8/21/15
Invoice Number:           723746
Client Matter Number:  66471.00001
I.D.#                        01051

## Disbursements and Other Related Charges Incurred
## On Your Behalf

| Date | Description | | Amount |
|------|-------------|---|--------|
| 07/31/15 | Postage | $ | 0.48 |
| 07/31/15 | Printing & Duplicating - Internal | $ | 15.00 |
| 07/31/15 | Pacer | $ | 77.60 |
| 07/01/15 | Westlaw On-Line Legal Research | $ | 142.56 |
| 07/06/15 | Westlaw On-Line Legal Research | $ | 35.64 |
| 07/07/15 | Westlaw On-Line Legal Research | $ | 285.12 |
| 07/08/15 | Westlaw On-Line Legal Research | $ | 53.46 |
| 07/08/15 | Westlaw On-Line Legal Research | $ | 250.26 |
| 07/08/15 | Westlaw On-Line Legal Research | $ | 35.64 |
| 07/08/15 | Delivery Service (694376 - 8551097) Philadelphia, PA, 694376 | $ | 4.95 |
| 07/09/15 | Federal Express Federal Express Package - Invoice #:509802318 Mark A Fink | $ | 21.23 |
| 07/09/15 | Westlaw On-Line Legal Research | $ | 183.04 |
| 07/14/15 | Westlaw On-Line Legal Research | $ | 28.81 |
| 07/14/15 | Westlaw On-Line Legal Research | $ | 35.64 |
| 07/17/15 | Westlaw On-Line Legal Research | $ | 17.82 |
| 07/17/15 | Westlaw On-Line Legal Research | $ | 97.01 |
| 07/19/15 | Westlaw On-Line Legal Research | $ | 71.28 |
| 07/20/15 | Westlaw On-Line Legal Research | $ | 142.56 |
| 07/20/15 | Westlaw On-Line Legal Research | $ | 39.06 |
| 07/21/15 | Westlaw On-Line Legal Research | $ | 89.10 |
| 07/22/15 | Transcript - Deposition - PAID TO: Document Technologies Inc (DTI)  - Deposition/Transcript for Ethan Auerbach taken on 4/20/2015 (order # 030-NY-038119-04) | $ | 514.65 |
| 07/22/15 | Westlaw On-Line Legal Research | $ | 196.02 |
| 07/22/15 | Westlaw On-Line Legal Research | $ | 49.00 |
| 07/22/15 | Westlaw On-Line Legal Research | $ | 48.41 |
| 07/23/15 | Travel - Mileage - PAID TO: Mark A. Fink 07/20/15 Roundtrip mileage 66 @ $.575 from residence DE to Phila  to attend EFH Team Meeting | $ | 37.95 |
| 07/23/15 | Travel - Rail Fare - PAID TO: Megan Diaz-Ellinghaus 07/20/15 Roundtrip Amtrak tickt to and from NY and Philadelphia to give a presentation to attorneys in Philadelphia on leveraged buyouts | $ | 331.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:         8/21/15
Invoice Number:    723746
Client Matter Number:  66471.00001
I.D.#            01051

| Date | Description | | Amount |
|------|-------------|---|--------|
| 07/23/15 | Out of Town Travel - PAID TO: Megan Diaz-Ellinghaus 07/20/15 Roundtrip Cabfare to and from 30th St. Station to give a presentation to attorneys in Philadelphia on leveraged buyouts | $ | 19.90 |
| 07/23/15 | Parking & Tolls - PAID TO: Mark A. Fink 07/20/15 Parking at 12th & Walnut Garage re: EFH Team Meeting in MMWR Philadelpia Office | $ | 29.00 |
| 07/23/15 | Westlaw On-Line Legal Research | $ | 298.47 |
| 07/24/15 | Westlaw On-Line Legal Research | $ | 104.07 |
| 07/27/15 | Transportation - Local while on business - PAID TO: Natalie D. Ramsey 06/17/15 Cab from MMWR to Amtrak's 30th St. Station for EFH meeting at Sullivan & Cromwell | $ | 6.80 |
| 07/27/15 | Travel - Rail Fare - PAID TO: Mark B. Sheppard 06/17/15 Rail fare from New York to Philadelphia to attend EFH meeting | $ | 106.00 |
| 07/27/15 | Westlaw On-Line Legal Research | $ | 106.92 |
| 07/27/15 | Westlaw On-Line Legal Research | $ | 71.28 |
| 07/28/15 | Travel - Rail Fare - PAID TO: American Express - AMTRAK purchase on 6/17/2015 for ticket # 1680609529753 for one way travel from Philadelphia, PA to NYC on 6/17/2015 for M. Sheppard (client meeting) | $ | 153.00 |
| 07/30/15 | Westlaw On-Line Legal Research | $ | 53.46 |
| 07/30/15 | Westlaw On-Line Legal Research | $ | 17.82 |
| 07/31/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath conference call on 6/18/15 at 1:58pm with 6 participants | $ | 23.83 |
| 07/31/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath conference call on 6/22/15 at 12:28pm with 5 participants | $ | 16.34 |
| 07/31/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath conference call on 6/28/15 at 8:56am with 8 participants | $ | 37.94 |
| 07/31/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath conference call on 6/26/15 at 1:58pm with 5 participants | $ | 29.12 |
| 07/31/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath conference call on 7/2/15 at 2:25pm with 11 participants | $ | 24.11 |
| 07/31/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath conference call on 7/8/15 at 10:57pm with 6 participants | $ | 13.31 |
| | Total Disbursements | $ | 3,914.66 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**