**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

     I, Kurt F. Gwynne, Esquire, hereby certify that on this 24th day of August, 2015 I caused a true and correct copy of the **OBJECTION OF THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. TO THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, TO AUTHORIZE THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE PLAN SUPPORT AGREEMENT AND HEARING THEREON** to be served upon the parties on the attached service list via e-mail.

Dated: August 24, 2015
         Wilmington, Delaware          By:   /s/ Kurt F. Gwynne
                                                          Kurt F. Gwynne (No. 3951)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**CERTIFICATE OF SERVICE**

**KIRKLAND & ELLIS LLP**
Attn: James H.M. Sprayregen, P.C.
james.sprayregen@kirkland.com
Attn: Marc Kieselstein, P.C.
marc.kieselstein@kirkland.com
Attn: Chad J. c, Esq.
chad.husnick@kirkland.com
Attn: Steven N. Serajeddini, Esq.
steven.serajeddini@kirkland.com
300 North LaSalle
Chicago, Illinois 60654

**RICHARDS, LAYTON & FINGER, P.A.**
Attn: Mark D. Collins, Esq.
collins@rlf.com
Attn: Daniel J. DeFranceschi, Esq.
defranceschi@rlf.com
Attn: Jason M. Madron, Esq.
madron@rlf.com
920 North King Street
Wilmington, Delaware 19801

**PROSKAUER ROSE LLP**
Attn: Jeff J. Marwil, Esq.
jmarwil@proskauer.com
Attn: Mark K Thomas, Esq.
mthomas@proskauer.com
Attn: Peter J. Young, Esq.
pyoung@proskauer.com
Three First National Plaza
70 W. Madison ST STE 3800
Chicago, IL 60602

**O'KELLY, ERNST & BIELLI LLC**
Attn: David M. Klauder, Esq.
dklauder@oeblegal.com
Attn: Shannon Dougherty, Esq.
sdougherty@oeblegal.com
901 N Market St STE 100
Wilmington, DE 19801

**MUNGER, TOLLES & OLSON LLP**
Attn: Thomas B. Walper, Esq.
Thomas.Walper@mto.com
Attn: Todd J Rosen, Esq.
Todd.Rosen@mto.com
Attn: Seth Goldman, Esq.
Seth.Goldman@mto.com
Attn: John W. Spiegel, Esq.
John.Spiegel@mto.com
355 S. Grand Ave 35th FL
Los Angeles, CA 90071

**MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP**
Attn: David P. Primack, Esq.
dprimack@mdmc-law.com
300 Delaware Ste 770
Wilmington, Delaware 19801

**CRAVATH, SWAINE & MOORE LLP**
Attn: Richard Levin, Esq.
rlevin@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475

**STEVENS & LEE PC**
Attn: Joseph H. Hutson Jr, Esq.
jhh@stevenslee.com
1105 N. Market St STE 700
Wilmington, DE 19801

**THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**
Attn: Richard L. Shepacarter, Esq.
Attn: Andrea B. Schwartz, Esq.
Richard.shepacarter@usdoj.gov
Andrea.schwartz@usdoj.gov
844 King Street, Suite 2207
Wilmington, Delaware 19801

**MORRISON & FOERSTER LLP**
Attn: James M. Peck, Esq.
jpeck@mofo.com
Attn: Brett H. Miller, Esq.
brettmiller@mofo.com
Attn: Lorenzo Marinuzzi, Esq.
lmarinuzzi@mofo.com
Attn: Todd M. Goren, Esq.
tgoren@mofo.com
Attn: Samantha Martin, Esq.
smartin@mofo.com
250 West 55th Street
New York, New York 10019

**POLSINELLI PC**
Attn: Christopher A. Ward, Esq.
cward@polsinelli.com
Attn: Justin K. Edelson, Esq.
jedelson@polsinelli.com
Attn: Shanti M. Katona, Esq.
skatona@polsinelli.com
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

**SULLIVAN & CROMWELL LLP**
Attn: Andrew G. Dietderich, Esq.
dietdericha@sullcrom.com
Attn: Brian D. Glueckstein, Esq.
gluecksteinb@sullcrom.com
Attn: Michael H. Torkin, Esq.
torkinm@sullcrom.com
125 Broad St.
New York, NY 10004

**MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP**
Attn: Natalie D. Ramsey, Esq.
nramsey@mmwr.com
Attn: Davis Lee Wright, Esq.
dwright@mmwr.com
Attn: Mark A. Fink, Esq.
mfink@mmwr.com
1105 N. Market St 15th FL
Wilmington, DE 19801

**KIRKLAND & ELLIS LLP**
Attn: Edward O. Sassower, P.C.
edward.sassower@kirkland.com
Attn: Stephen E. Hessler, Esq.
stephen.hessler@kirkland.com
Attn: Brian E. Schartz, Esq.
brian.schartz@kirkland.com
601 Lexington Avenue
New York, New York 10022