# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,[1]<br><br><br><br><br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>Re: Docket Nos. 5248 & 5700<br><br>Hearing Date: September 17, 2015 at 9:30 a.m. (E.T.)<br><br>Objection Deadline: August 24, 2015 at 4:00 p.m. (E.T.) |

## JOINDER OF EFH INDENTURE TRUSTEE TO OBJECTION OF EFH OFFICIAL COMMITTEE TO MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, TO AUTHORIZE THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE PLAN SUPPORT AGREEMENT

American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures (the "Indentures") for notes (the "EFH Notes") issued by EFH Future Holdings Corp. ("EFH") (as described in Exhibit 1 attached hereto), by its undersigned counsel, hereby joins (the "Joinder") the *Objection of the EFH Official Committee to the Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter into and Perform Under the Plan Support Agreement* (the "Objection").[2] In support of this Joinder and the Objection to the *Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Objection.

1

*Enter into and Perform Under the Plan Support Agreement* [Docket No. 5248] (the "Motion"), the EFH Indenture Trustee adopts and incorporates herein the arguments set forth in the Objection.

## CONCLUSION

WHEREFORE, the EFH Indenture Trustee respectfully requests the Court: (a) deny approval of the Motion; and (b) grant such other and further relief as is just.

| | |
|---|---|
| Dated: Wilmington, DE<br>August 24, 2015 | **CROSS & SIMON, LLC**<br><br>By: */s/ Christopher P. Simon*<br>Christopher P. Simon (Del. Bar No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>csimon@crosslaw.com<br><br>- and –<br><br>NIXON PEABODY LLP<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br>adarwin@nixonpeabody.com<br>rpedone@nixonpeabody.com<br><br>-and-<br><br>Christopher J. Fong<br>437 Madison Avenue<br>New York, NY 10022<br>Telephone: 212-940-3724<br>Facsimile: 855-900-8613<br>cfong@nixonpeabody.com<br><br>*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee* |