**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) | **Re: Docket Nos. 5269 and 5686** |

**JOINDER OF THE TCEH COMMITTEE TO THE DEBTORS'
REPLY IN SUPPORT OF THEIR MOTION FOR ENTRY OF AN ORDER
AMENDING CERTAIN HEARING DATES AND DEADLINES IN CONNECTION
WITH THE CONFIRMATION OF DEBTORS' PLAN OF REORGANIZATION**

The Official Committee of Unsecured Creditors (the "**TCEH Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company, by and through its undersigned counsel, hereby files this joinder (the "**Joinder**") to the *Debtors' Reply in Support of their Motion for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization* [Docket No. 5686] (the "**Reply**"). In support of the Joinder, the TCEH Committee respectfully states as follows:

1.  On August 11, 2015, the Debtors filed their *Motion of Energy Futures Holdings Corp., et al., for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization* [Docket No. 5269] (the "**Amended Scheduling Motion**")[1] seeking approval of a proposed confirmation discovery schedule and a confirmation hearing commencing on October 28, 2015. The request is

---

[1] Capitalized terms not otherwise defined herein shall the meaning given to such terms in the Amended Scheduling Motion.

ny-1201303

consistent with paragraph 9 of the Initial Confirmation Scheduling Order, which provides for a confirmation hearing in October if the Debtors' plan of reorganization "proposes to pay all allowed claims of EFIH and EFH creditors in full in cash, and is agreed to by the TCEH First Lien Ad Hoc Group, TCEH Second Lien Indenture Trustee, the TCEH Committee, the TCEH Unsecured Ad Hoc Group, and the indenture trustee for the TCEH unsecured notes." (Initial Confirmation Scheduling Order ¶ 9).

2.  In accordance with the terms of the Initial Confirmation Scheduling Order, the TCEH Committee supports entry of the Amended Confirmation Scheduling Order with the interim dates and deadlines proposed by the Debtors and commencement of the confirmation hearing on October 28, 2015. In light of the material terms of the Plan and the resolutions embodied in the Settlement Agreement, the TCEH Committee believes that all parties in interest, including the Objectors, will have ample time to conduct additional discovery on the remaining issues that may be decided by the Court in the context of a contested Settlement or Plan confirmation. The Amended Confirmation Scheduling Order strikes a reasonable balance between facilitating confirmation of the Plan in 2015 and the Debtors' exit from bankruptcy in early 2016 while, at the same time, protecting the due process rights of those parties who wish to object to the Plan and/or Settlement Agreement. Moreover, the dates in the Amended Confirmation Scheduling Order are consistent with the carefully-crafted milestones in the Plan Support Agreement, which take into account the events that must occur before these chapter 11 cases can come to a conclusion. Based on the foregoing, the TCEH Committee joins in the Reply and submits that the Court should overrule the objections and enter the Amended Confirmation Scheduling Order.

**RESERVATION OF RIGHTS**

The TCEH Committee reserves the right to (a) amend or supplement this Joinder based upon any facts or arguments that come to light prior to the hearing on the Amended Scheduling Motion and (b) be heard before this Court with respect to the subject matter of the Amended Scheduling Motion.

Dated: Wilmington, Delaware
August 24, 2015

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail:   jpeck@mofo.com
          brettmiller@mofo.com
          lmarinuzzi@mofo.com
          tgoren@mofo.com

-and-

*/s/ Christopher A. Ward*
**POLSINELLI PC**
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail:   cward@polsinelli.com
          jedelson@polsinelli.com
          skatona@polsinelli.com

*Attorneys for the Official Committee
of TCEH Unsecured Creditors*