# EXHIBIT B

**Summary of Fees Billed by Subject Matter for the Third Interim Fee Period**

| Activity Description | Sum of Hours | Sum of Amount |
|---|---:|---:|
| 495 Balloting/Solicitation Consultation | 52.40 | $14,368.20 |
| 642 Fee Application Prep and Related Issues | 42.80 | $10,357.60 |
| 900 Ediscovery Services | 335.10 | $46,914.00 |
| **Totals** | **430.30** | **$71,639.80** |