# **EXHIBIT C**

## Summary of Hours Billed by Epiq Professionals[1] During the Third Interim Fee Period

| Professional | Position With Applicant | Hourly Billing Rate | Sum of Hours | Sum of Amount |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 13.00 | $5,005.00 |
| J. Helen Cook | EBS Senior Consultant III | $242.00 | 38.70 | $9,365.40 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 34.80 | $8,421.60 |
| Kathryn Mailloux | EBS Senior Consultant III | $242.00 | 4.10 | $992.20 |
| Kevin Stressman | EBS Senior Consultant II | $242.00 | 2.00 | $484.00 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 2.60 | $457.60 |
| Paul Avila | EDS Project Manager | $140.00 | 16.90 | $2,366.00 |
| Jennifer Bernstein | EDS Project Manager | $140.00 | 7.00 | $980.00 |
| Michael Bevington | EDS Project Manager | $140.00 | 6.00 | $840.00 |
| Timothy Brown | EDS Project Manager | $140.00 | 0.30 | $42.00 |
| Sarah Cole | EDS Project Manager | $140.00 | 3.20 | $448.00 |
| Anna Cummens | EDS Project Manager | $140.00 | 0.80 | $112.00 |
| Christine Deason | EDS Project Manager | $140.00 | 29.70 | $4,158.00 |
| Jonathan Deolall | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Joanne Fancy | EDS Project Manager | $140.00 | 14.60 | $2,044.00 |
| Christopher Fort | EDS Project Manager | $140.00 | 4.00 | $560.00 |
| Joshua Goodman | EDS Project Manager | $140.00 | 14.30 | $2,002.00 |
| Chelsea Heckathorn | EDS Project Manager | $140.00 | 3.00 | $420.00 |
| Matthew Howard | EDS Project Manager | $140.00 | 8.50 | $1,190.00 |
| John Huynh | EDS Project Manager | $140.00 | 0.30 | $42.00 |
| Katie Hursh | EDS Project Manager | $140.00 | 2.20 | $308.00 |
| Jacqueline Koenig | EDS Project Manager | $140.00 | 8.30 | $1,162.00 |
| Beverly Laucus | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Thang Le | EDS Project Manager | $140.00 | 2.00 | $280.00 |
| Seungjin Lee | EDS Project Manager | $140.00 | 8.40 | $1,176.00 |
| Matthew Lutterloh | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| John Mora | EDS Project Manager | $140.00 | 0.30 | $42.00 |
| Sarah McNitt-Gray | EDS Project Manager | $140.00 | 2.80 | $392.00 |
| Merle Pete | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Chad Poorman | EDS Project Manager | $140.00 | 54.30 | $7,602.00 |
| Aaron Pyle | EDS Project Manager | $140.00 | 2.40 | $336.00 |
| Sergio Riquelme | EDS Project Manager | $140.00 | 36.50 | $5,110.00 |
| Tanya Rivera | EDS Project Manager | $140.00 | 47.40 | $6,636.00 |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."

| Professional | Position With Applicant | Hourly Billing Rate | Sum of Hours | Sum of Amount |
|---|---|---|---|---|
| Tisha Shurley | EDS Project Manager | $140.00 | 20.50 | $2,870.00 |
| Anthony Spicer | EDS Project Manager | $140.00 | 27.80 | $3,892.00 |
| Scott Umshler | EDS Project Manager | $140.00 | 9.60 | $1,344.00 |
| **Totals** | | | **430.30** | **$71,639.80** |