**EXHIBIT D**

| Matter Number: 495 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Matter Description: BALLOTING/SOLICITATION CONSULTATION | | | | | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
| Stephenie Kjontvedt | 2/24/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | SUMMARIZE TASKS PERFORMED BY SOLICITATION GROUP FOR SECOND INTERIM FEE APPLICATION | 0.20 | $242.00 | $48.40 |
| Jane Sullivan | 2/12/2015 | Practice Director | 495 Balloting/Solicitation Consultation | ATTEND TO BILLING ISSUE FROM DTC. | 0.20 | $385.00 | $77.00 |
| Jane Sullivan | 3/12/2015 | Practice Director | 495 Balloting/Solicitation Consultation | ATTEND TO INQUIRY FROM MAX CHEN REGARDING SETTLEMENT AND ENTERED ORDER, INCLUDING TELEPHONE CONFERENCE AND RELATED RESEARCH. | 0.80 | $385.00 | $308.00 |
| Stephenie Kjontvedt | 3/16/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | REVIEW SOLICITATION DOCUMENTS FOR COMMENTS (1.9); REVIEW CLAIMS AND SECURITIES FILES IN PREPARATION FOR SOLICIATION (1.1) | 3.00 | $242.00 | $726.00 |
| Jane Sullivan | 3/17/2015 | Practice Director | 495 Balloting/Solicitation Consultation | REVIEW OF DRAFT SOLICITATION MATERIALS. | 1.90 | $385.00 | $731.50 |
| Jane Sullivan | 3/18/2015 | Practice Director | 495 Balloting/Solicitation Consultation | DOCUMENT REVIEW AND COMMENTS, INCLUDING EMAIL WITH SPECIFC RESPONSES TO K&E QUESTIONS  (1.9); 3:30 TELEPHONE CONFERENCE WITH K&E TEAM (W GUERRIERI, T MOHAN, S TORREZ) AND S KJONTVEDT TO DISCUSS GENERAL COMMENTS (.7); DISCUSS BALLOT STRATEGY WITH S KJONTVEDT AND REVIEW (.6) | 3.20 | $385.00 | $1,232.00 |
| Stephenie Kjontvedt | 3/18/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | PREPARE FOR AND ATTEND SOLICITATION PREPARATION CALL WITH T.MOHAN, S.TORREZ, W. GUERRIERI AND J.SULLIVAN, REVIEW DRAFT DOCUMENTS, PROCEDURES AND TIMING ISSUES AND COMPARE SAME TO OTHER DELAWARE CASES (2.3); REVIEW SOLICITATION AND LOCAL RULES ON SOLICITATION ISSUES FOR COMPLIANCE ON SAME (1) | 3.30 | $242.00 | $798.60 |

| Matter Number: 495 | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Matter Description: BALLOTING/SOLICITATION CONSULTATION | | | | | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
| Jane Sullivan | 3/19/2015 | Practice Director | 495 Balloting/Solicitation Consultation | PROVIDE WRITTEN COMMENTS ON LETTER, PROCEDURES, DS ORDER AND CONFER WITH S KJONTVEDT REGARDING SAME (.8); REVIEW BALLOT COMMENTS, DISCUSS WITH S KJONTVEDT, AND PROVIDE TO KIRKLAND (.5); CONDUCT RESEARCH AND CONFER WITH S KJONTVEDT REGARDING CLAIM OBJECTION TIMING IMPACT ON VOTING (.4); CONFER WITH K&E VIA EMAIL REGARDING SPECIFIC QUESTIONS (.6) | 2.30 | $385.00 | $885.50 |
| Stephenie Kjontvedt | 3/19/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | IN PREPARATION FOR SOLICITATION, REVIEW CALL CENTER RECORDING AND DISCUSS SAME WITH B.TUTTLE(.6); REVIEW DRAFT VOTING PROCEDURES, DISCUSS SAME WITH EPIQ TEAM (.6) ; CONFER WITH J.SULLIVAN REGARDING SOLICITATION QUESTIONS POSED BY S.TORREZ AT KIRKLAND (.5); RESPOND TO INQUIRIES FROM KIRKLAND ON SOLICITATION, VOTING AMOUNTS AND OTHER CUSTOMARY VOTING RULES  (.9); UPDATE BALLOT FORMS (2.1); CONFER WITH J.SULLIVAN REGARDING LARGE CASE SOLICITATIONS AND PLANNING | 5.10 | $242.00 | $1,234.20 |
| Jane Sullivan | 3/20/2015 | Practice Director | 495 Balloting/Solicitation Consultation | CONFER WITH S KJONTVEDT REGARDING BALLOT COMMENTS. | 0.50 | $385.00 | $192.50 |
| Stephenie Kjontvedt | 3/20/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | REVIEW AND EDIT SEVEN BALLOT FORMS AND CREATE BLACKLINES ON SAME AND FORWARD THEM TO S.TORREZ | 4.20 | $242.00 | $1,016.40 |
| Jane Sullivan | 3/23/2015 | Practice Director | 495 Balloting/Solicitation Consultation | COMMENTS AND RELATED RESEARCH (1.); FOLLOW UP (.4) | 1.40 | $385.00 | $539.00 |

| | | Matter Number: 495 | | | | |
|---|---|---|---|---|---|---|
| | | Matter Description: BALLOTING/SOLICITATION CONSULTATION | | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
| Stephenie Kjontvedt | 3/23/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | RESPOND TO S.TORREZ REGARDING DATES FOR SOLICITATION (.5); RESEARCH CASE DATA FOR EXAMPLES OF CASES WITH A DISCLOSURE STATEMENT HEARING AND FORWARD SAME TO S.TORREZ (1.8); RESEARCH ALTERNATES TO CD-ROM SERVICE FOR SOLICITATION AND DISCUSS SAME WITH J.SULLIVAN (.2) | 2.50 | $242.00 | $605.00 |
| Stephenie Kjontvedt | 3/24/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | RESEARCH USE OF FLASH DRIVES VS CD-ROMS FOR DISCLOSURE STATEMENT AND PLAN IN SOLICITATION | 0.40 | $242.00 | $96.80 |
| Stephenie Kjontvedt | 3/25/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | REVIEW INITIAL INFORMATION ON PRICING AND TIMING FOR USB DRIVES IN PLACE OF CD-ROMS | 0.10 | $242.00 | $24.20 |
| Stephenie Kjontvedt | 3/26/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | RESEARCH AND REVIEW FILES ON PUBLIC SECURITIES, INCLUDING SECURED, BONDS, UNSECURED BONDS AND POLLUTION CONTROL BONDS (2.1); RESEARCH DATA FOR ISSUER INFORMATION TO DETERMINE PLAN CLASSIFICATION (1.7) ; UPDATE FILE WITH NOTE DESCRIPTIONS AND INDENTURE TRUSTEE INFORMATION (1.4) | 5.20 | $242.00 | $1,258.40 |
| Stephenie Kjontvedt | 3/27/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | REVIEW AND UPDATE DETAIL FILE ON SECURITIES IN PREPARATION FOR SERVICE OF NOTICE OF DISCLOSURE STATEMENT HEARING AND SOLICITATION (1.6) CALLS WITH T.MOHAN REGARDING CONTACTING INDENTURE TRUSTEE (.2); RECEIVE AND SUMMARIZE ADDITIONAL INFORMATION REGARDING USE OF FLASH DRIVES INSTEAD OF CD-ROMS FOR DISTRIBUTION OF PLAN AND DISCLOSURE STATEMENT DOCUMENTS; FORWARD SUMMARY TO J.SULLIVAN FOR REVIEW (.3) | 2.10 | $242.00 | $508.20 |

| | | | | Matter Number: 495 | | | |
| | | | | Matter Description: BALLOTING/SOLICITATION CONSULTATION | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Kevin Streseman | 3/30/2015 | Senior Consultant II | 495 Balloting/Solicitation Consultation | IMPORT DATA AND CREATE REPORT. | 1.00 | $242.00 | $242.00 |
| Jane Sullivan | 3/31/2015 | Practice Director | 495 Balloting/Solicitation Consultation | CONFER WITH S KJONTVEDT REGARDING MAILING OPTIONS, INCLUDING POTENTIAL USE OF USB STICK IN LIEU OF CD-ROM. | 0.40 | $385.00 | $154.00 |
| Stephenie Kjontvedt | 3/31/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH T.MOHAN REGARDING USE OF USB STICKS FOR SOLICITATION | 0.20 | $242.00 | $48.40 |
| Kevin Streseman | 3/31/2015 | Senior Consultant II | 495 Balloting/Solicitation Consultation | LOAD IN FILES. | 1.00 | $242.00 | $242.00 |
| Stephenie Kjontvedt | 4/1/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH T. MOHAN REGARDING RESPONSE FROM OTHERS AT KIRKLAND ON THE USE OF USB STICKS FOR SOLICITATION | 0.20 | 242.00 | $48.40 |
| Stephenie Kjontvedt | 4/6/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | REVIEW UPDATED SOLICITATION DOCUMENTS AND PROCECDURES (0.4); DISCUSS SAME WITH J.SULLIVAN (0.5) AND RESPOND TO T.MOHAN WITH COMMENTS | 1.10 | 242.00 | $266.20 |
| Jane Sullivan | 4/6/2015 | Practice Director | 495 Balloting/Solicitation Consultation | REVIEW DOCUMENT BLACKLINES FROM KIRKLAND AND CONFER WITH S. KJONTVEDT REGARDING CHANGES. | 0.50 | 385.00 | $192.50 |
| Stephenie Kjontvedt | 4/10/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | RECEIVE AND REVIEW UPDATED DEBT REPORTS WITH TRUSTEE INFORMATION FROM T.MOHAN (.3); CONFER WITH TEAM REGARDING BROADRIDGE REPORTS ON CUSIPS (.2) | 0.50 | 242.00 | $121.00 |
| Jane Sullivan | 4/10/2015 | Practice Director | 495 Balloting/Solicitation Consultation | REVIEW T MOHAN EMAIL AND CONFER WITH S KJONTVEDT REGARDING SAME. | 0.50 | 385.00 | $192.50 |
| Joseph Arena | 4/10/2015 | Senior Consultant I | 495 Balloting/Solicitation Consultation | REQUEST PUBLIC SECURITIES HOLDER COUNTS IN PREPARATION FOR SOLICITATION MAILING | 0.40 | 176.00 | $70.40 |
| Jane Sullivan | 4/13/2015 | Practice Director | 495 Balloting/Solicitation Consultation | TELEPHONE CONFERENCE WITH S KJONTVEDT AND T MOHAN, KIRKLAND, AND RELATED FOLLOW UP. | 0.30 | 385.00 | $115.50 |

| Matter Number: 495 | | | | | | | |
| Matter Description: BALLOTING/SOLICITATION CONSULTATION | | | | | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Joseph Arena | 4/16/2015 | Senior Consultant I | 495 Balloting/Solicitation Consultation | CREATE REPORT DETAILING CREDITOR COUNTS OF PUBLIC SECURITIES HOLDERS IN PREPARATION FOR SOLICITATION | 0.90 | 176.00 | $158.40 |
| Stephenie Kjontvedt | 4/20/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | REVIEW SECURITIES LIST FROM T.MOHAN AND COMPARE TO FORMER LISTS FOR DIFFERENCES | 0.70 | 242.00 | $169.40 |
| Stephenie Kjontvedt | 4/21/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | CONTINUED RECONCILIATION OF CUSIPS AND SECURITIES (.9); PREPARE LIST OF REVENUE BONDS AND FORWARD SAME TO T.MOHAN (.9); PREPARE DRAFT DTC REQUEST LETTER AND CHART OF CUSIPS FOR COMPANY SIGNATURE (.6) | 2.40 | 242.00 | $580.80 |
| Jane Sullivan | 4/21/2015 | Practice Director | 495 Balloting/Solicitation Consultation | CONFER WITH S KJONTVEDT AND MAX CHEN, EFH, REGARDING DRAFT DTC LETTER AND INDENTURE TRUSTEE LISTING. | 0.80 | 385.00 | $308.00 |
| Joseph Arena | 4/21/2015 | Senior Consultant I | 495 Balloting/Solicitation Consultation | COORDINATE CREATION OF MAIL FILE FOR UPCOMING DISCLOSURE STATEMENT HEARING NOTICE SERVICE TO PUBLIC SECURITIES HOLDERS | 0.50 | 176.00 | $88.00 |
| Stephenie Kjontvedt | 4/22/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | REVIEW AND ORGANIZE VARIOUS FILES ON REVENUE BONDS TO ASSEMBLE ONE COMPLETE FILE ON SAME (2.4); FINALIZE AND FORWARD DTC REQUEST LETTER TO M.CHEN AND EXCHANGE COMMUNICATIONS REGARDING DTC LISTS AND WHEN REQUESTS ARE GENERALLY NEEDED (.6); EXCHANGE COMMUNICATIONS WITH T.VLAHAKIS AT BNY MELLON REGARDING CONTACT FOR REVENUE BONDS (.2); EXCHANGE COMMUNICATIONS IWTH D.ROEMLEIN AT BNY MELLON REGARDING REVENUE BONDS AND DTC LISTS FOR SAME | 3.50 | 242.00 | $847.00 |
| Jane Sullivan | 4/24/2015 | Practice Director | 495 Balloting/Solicitation Consultation | CONFER WITH S KJONTVEDT REGARDING TIMING AND T MOHAN REGARDING TIMING | 0.20 | 385.00 | $77.00 |

| | | | Matter Number: 495 | | | | |
| | | | Matter Description: BALLOTING/SOLICITATION CONSULTATION | | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Joseph Arena | 4/24/2015 | Senior Consultant I | 495 Balloting/Solicitation Consultation | REVIEW AND UPDATE MAILFILE FOR DISCLOSURE STATEMENT HEARING NOTICE MAILING TO PUBLIC SECURITIES HOLDERS | 0.80 | 176.00 | $140.80 |
| Stephenie Kjontvedt | 4/28/2015 | Senior Consultant III | 495 Balloting/Solicitation Consultation | RESPOND TO INQUIRY FROM DTC REGARDING FILED PLAN AND DISCLOSURE | 0.10 | 242.00 | $24.20 |
| **TOTAL** | | | | | **52.40** | | **$14,368.20** |

| Matter Number: 642 | | | | | | | |
| Matter Description: FEE APPLICATION PREP AND RELATED ISSUES | | | | | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| J. Helen Cook | 1/27/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | DISCUSS STATUS OF FEE APPLICAITONS WITH K. MAILLOUX AND PREPARATION OF SAME. | 1.00 | $242.00 | $242.00 |
| J. Helen Cook | 1/29/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | PREPARATION OF MULTIPLE FEE APPLICATIONS. | 2.00 | $242.00 | $484.00 |
| Kathryn Mailloux | 1/29/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | FINALIZE FIRST INTERIM FEE APPLICATION FOR FILING | 0.80 | $242.00 | $193.60 |
| J. Helen Cook | 1/30/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | PREPARATION OF MONTHLY FEE APPLICATIONS (SEPTEMBER - DECEMBER 2014). | 3.00 | $242.00 | $726.00 |
| J. Helen Cook | 2/2/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | PREPARATION OF MONTHLY FEE APPLICATIONS FOR SEPTEMBER 2014 THROUGH DECEMBER 2014. | 2.00 | $242.00 | $484.00 |
| J. Helen Cook | 2/3/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | PREPARATION OF MONTHLY FEE APPLICATIONS (1.0); PREPARATION OF SECOND INTERIM FEE APPLICATION (2.0). | 3.00 | $242.00 | $726.00 |
| J. Helen Cook | 2/4/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | PREPARATION OF SECOND INTERIM FEE APPLICATION. | 2.00 | $242.00 | $484.00 |
| J. Helen Cook | 2/16/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | PREPARATION OF MONTHLY FEE APPLICATIONS (SEPTEMBER 2014 - DECEMBER 2014). | 2.00 | $242.00 | $484.00 |
| J. Helen Cook | 2/18/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | PREPARATION OF MONTHLY FEE APPLICATIONS AND SECOND INTERIM FEE APPLICATION. | 1.50 | $242.00 | $363.00 |
| J. Helen Cook | 2/20/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | REVISIONS TO DRAFT MONTHLY FEE APPLICATIONS. | 3.00 | $242.00 | $726.00 |
| J. Helen Cook | 2/23/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | REVIEW DRAFT FEE APPLICATIONS FOR SEPTEMBER - DECEMBER 2014 AND CIRCULATE SAME (0.5); PREPARATION OF SECOND INTERIM FEE APPLICATION (2.5) | 3.00 | $242.00 | $726.00 |

| Matter Number: 642 |||||||
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| Matter Description: FEE APPLICATION PREP AND RELATED ISSUES |||||||
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
| J. Helen Cook | 2/24/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | REVIEW MEMO FROM FEE COMMITTEE RE FIRST INTERIM APPLICATIONS, BUDGETS, AND OTHER FEE ISSUES (0.3); CORRESPONDENCE TO/FROM K. MAILLOUX, J. KATCHADURIAN, AND EDS CONTACT RE BUDGETS FOR 2/2015 AND 3/2015 (0.3); PREPARATION OF SECOND INTERIM FEE | 3.00 | $242.00 | $726.00 |
| J. Helen Cook | 2/25/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | PREPARATION OF SECOND INTERIM FEE APPLICATION. | 2.50 | $242.00 | $605.00 |
| J. Helen Cook | 2/27/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | PREPARATION OF JANUARY 2015 FEE APPLICATION. | 2.00 | $242.00 | $484.00 |
| J. Helen Cook | 3/2/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | REVISIONS TO DRAFT SECOND INTERIM FEE APPLICATION (1.5); REVISIONS TO OCTOBER 2014 - JANUARY 2015 MONTHLY FEE APPLICATIONS (1.0) | 2.50 | $242.00 | $605.00 |
| J. Helen Cook | 3/5/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | REVISIONS TO SECOND INTERIM FEE APPLICATION (1.0); REVISIONS TO MONTHLY FEE APPLICATIONS (1.0). | 2.00 | $242.00 | $484.00 |
| Kathryn Mailloux | 3/9/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | REVIEW AND REVISE MONTHLY FEE APPLICATIONS AND SECOND INTERIM FEE APPLICATION | 3.30 | $242.00 | $798.60 |
| J. Helen Cook | 3/10/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | DISCUSSIONS OF MONTHLY FEE APPLICATION FORMAT AND INVOICE PREPARATION WITH K. MAILLOUX (0.2); PREPARATION OF MFIS FOR OCTOBER 2014 - DECEMBER 2014 (1.0); REVISIONS TO MONTHLY FEE APPLICATIONS (1.0). | 2.20 | $242.00 | $532.40 |
| J. Helen Cook | 3/23/2015 | Senior Consultant III | 642 Fee Application Prep and Related Issues | PREPARATION OF FEBRUARY 2015 FEE APPLICATION. | 2.00 | $242.00 | $484.00 |
| **TOTAL** | | | | | **42.80** | | **$10,357.60** |

| Matter Number: 900 |
| :---: |
| Matter Description: EDISCOVERY SERVICES |

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Paul Avila | 1/1/2015 | Project Manager | 900 - Ediscovery Services | Move to multiple databases | 5.50 | $140.00 | $770.00 |
| JACQUELINE KOENIG | 1/2/2015 | Project Manager | 900 - Ediscovery Services | Review of production volume EFH042 in order to confirm completion of the transfer to all workspaces as requested by A. Levin | 0.50 | $140.00 | $70.00 |
| JACQUELINE KOENIG | 1/2/2015 | Project Manager | 900 - Ediscovery Services | Review of production volumes VOL003 - 005 in order to confirm completion of the transfer to all workspaces as requested by A. Levin | 0.60 | $140.00 | $84.00 |
| Michael Bevington | 1/2/2015 | Project Manager | 900 - Ediscovery Services | Tag documents in fourteen databases per request. | 1.00 | $140.00 | $140.00 |
| Scott Umshler | 1/2/2015 | Project Manager | 900 - Ediscovery Services | Prepare EFH043 documents for move between EFH Legacy Repository and 14 destination databases | 2.60 | $140.00 | $364.00 |
| John Mora | 1/7/2015 | Project Manager | 900 - Ediscovery Services | Telephone conference with G. Morris to determine workflow to set up additional BR batching fields so that historical batches can be searched beyond 1,000 choice pull down limit in | 0.30 | $140.00 | $42.00 |
| Christopher Fort | 1/7/2015 | Project Manager | 900 - Ediscovery Services | Duplicate custodian normalization/overlay across all databases | 1.50 | $140.00 | $210.00 |
| Jennifer Bernstein | 1/9/2015 | Project Manager | 900 - Ediscovery Services | KD0103P - Prepare new coding fields and two new coding forms for A.Ng | 0.50 | $140.00 | $70.00 |
| Anthony Spicer | 1/9/2015 | Project Manager | 900 - Ediscovery Services | Prepare VOL043 | 0.70 | $140.00 | $98.00 |
| Tanya Rivera | 1/9/2015 | Project Manager | 900 - Ediscovery Services | Prepare vol EFH043 for load to hosted database | 1.00 | $140.00 | $140.00 |
| Joshua Goodman | 1/9/2015 | Project Manager | 900 - Ediscovery Services | Overlay KD0103k_All BR Batches To Update in EPIQ Relativity.xlsx to Relativity. | 0.70 | $140.00 | $98.00 |
| Scott Umshler | 1/10/2015 | Project Manager | 900 - Ediscovery Services | Prepare EFH043 documents for move between EFH Legacy Repository and 14 destination databases | 3.70 | $140.00 | $518.00 |
| Anthony Spicer | 1/10/2015 | Project Manager | 900 - Ediscovery Services | Database to Database - Deutsche Bank - KD0103Q | 2.70 | $140.00 | $378.00 |
| Chad Poorman | 1/11/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between KD0103 - EFH Legacy Repository and multiple KD target Databases | 2.70 | $140.00 | $378.00 |
| Aaron Pyle | 1/11/2015 | Project Manager | 900 - Ediscovery Services | Move coding from BR: Batch02 field to BR: Batch03 field and remove choice from BR: Batch02 field. | 0.30 | $140.00 | $42.00 |

| Matter Number: 900 |||||||
| Matter Description: EDISCOVERY SERVICES |||||||
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Chad Poorman | 1/12/2015 | Project Manager | 900 - Ediscovery Services | Peform volume field update for records within Cravath, Munger, and Deutsche Bank | 6.00 | $140.00 | $840.00 |
| Joshua Goodman | 1/12/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents from Texas Energy - KD0103A to KD0103, KD0103B, KD0103E, and | 0.70 | $140.00 | $98.00 |
| Tisha Shurley | 1/12/2015 | Project Manager | 900 - Ediscovery Services | Prepare Volume 007 and 009 for upload to hosting database | 0.50 | $140.00 | $70.00 |
| Paul Avila | 1/13/2015 | Project Manager | 900 - Ediscovery Services | Move volume EFH044 to 15 databases | 4.30 | $140.00 | $602.00 |
| Tisha Shurley | 1/13/2015 | Project Manager | 900 - Ediscovery Services | Prepare EFH-EVR008 and EFH044 for upload to hosting database | 0.50 | $140.00 | $70.00 |
| Christopher Fort | 1/13/2015 | Project Manager | 900 - Ediscovery Services | Database to Database migration. | 2.50 | $140.00 | $350.00 |
| Tanya Rivera | 1/13/2015 | Project Manager | 900 - Ediscovery Services | Database to Database move of KD0103A Vols 6 - 10 to KD0103, KD0103B, KD0103E, KD0103G, KD0103H, KD0103I, KD0103J, KD0103K, KD0103N, KD0103D, KD0103C, KD0103F, KD0103O, KD0103P, KD0103Q | 6.00 | $140.00 | $840.00 |
| Christine Deason | 1/13/2015 | Project Manager | 900 - Ediscovery Services | REL8: TCEH - KD0103E - Database to Database Transfer -LEG_FLC_001 | 1.00 | $140.00 | $140.00 |
| Christine Deason | 1/13/2015 | Project Manager | 900 - Ediscovery Services | REL8: TCEH - KD0103E - Database to Database Transfer -LEG_FLC_001 | 4.90 | $140.00 | $686.00 |
| Tisha Shurley | 1/13/2015 | Project Manager | 900 - Ediscovery Services | Perform custom field creation | 0.50 | $140.00 | $70.00 |
| Sarah Cole | 1/14/2015 | Project Manager | 900 - Ediscovery Services | Prepare suppression SR and workflow for Paul Weiss | 1.70 | $140.00 | $238.00 |
| Paul Avila | 1/14/2015 | Project Manager | 900 - Ediscovery Services | Move volume EFH044 to 15 databases | 2.90 | $140.00 | $406.00 |
| Matthew Lutterloh | 1/14/2015 | Project Manager | 900 - Ediscovery Services | Custom Folder Creation | 1.00 | $140.00 | $140.00 |
| Christine Deason | 1/14/2015 | Project Manager | 900 - Ediscovery Services | REL8: Texas Energy - KD0103A - Database to Database Transfer VOL006-010 Overlaid all metadata for Adhoc TCEH Unsecured Noteholders - KD0103J | 0.40 | $140.00 | $56.00 |
| Joanne Fancy | 1/14/2015 | Project Manager | 900 - Ediscovery Services | Database to Database move on 15 databases | 5.00 | $140.00 | $700.00 |
| Tanya Rivera | 1/14/2015 | Project Manager | 900 - Ediscovery Services | Database to Database for Vols 11 - 15 for databases KD0103, KD0103B, KD0103E, KD0103G, KD0103H, KD0103I, KD0103J, KD0103K, KD0103N, KD0103D, KD0103C, KD0103F, KD0103O, KD0103P , KD0103Q | 4.00 | $140.00 | $560.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Matter Number: 900** | | | | | | | |
| **Matter Description: EDISCOVERY SERVICES** | | | | | | | |

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Christine Deason | 1/14/2015 | Project Manager | 900 - Ediscovery Services | REL8: TCEH - KD0103E - Database to Database Move -LEG_FLC_CB | 3.60 | $140.00 | $504.00 |
| Tisha Shurley | 1/14/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between TCEH and Cravath | 0.70 | $140.00 | $98.00 |
| JACQUELINE KOENIG | 1/15/2015 | Project Manager | 900 - Ediscovery Services | Create a new folder under Participant's Productions called Fidelity as well as the subfolder to populate the production by vol. | 0.30 | $140.00 | $42.00 |
| JACQUELINE KOENIG | 1/15/2015 | Project Manager | 900 - Ediscovery Services | Review of the FF production volume fields in order to update the agreed upon fields within the main Repository | 0.70 | $140.00 | $98.00 |
| Aaron Pyle | 1/15/2015 | Project Manager | 900 - Ediscovery Services | Populate specified fields and delete specified fields. | 2.00 | $140.00 | $280.00 |
| Christine Deason | 1/15/2015 | Project Manager | 900 - Ediscovery Services | REL8: KD0103 - EFH Legacy Repository - Third Party Upload - prepared volume for upload to hosting database | 0.60 | $140.00 | $84.00 |
| Tanya Rivera | 1/15/2015 | Project Manager | 900 - Ediscovery Services | Prepare EFH039 for load to hosted database | 0.40 | $140.00 | $56.00 |
| Christine Deason | 1/15/2015 | Project Manager | 900 - Ediscovery Services | REL8: Texas Energy - KD0103A - Database to Database Transfer VOL006-010 All database missing prod volu overlaid into all. | 2.60 | $140.00 | $364.00 |
| Tanya Rivera | 1/15/2015 | Project Manager | 900 - Ediscovery Services | Database to Database for Vols 11 - 15 for databases KD0103, KD0103B, KD0103E, KD0103G, KD0103H, KD0103I, KD0103J, KD0103K, KD0103N, KD0103D, KD0103C, KD0103F, KD0103O, KD0103P , KD0103Q | 2.00 | $140.00 | $280.00 |
| Tanya Rivera | 1/15/2015 | Project Manager | 900 - Ediscovery Services | Database to Database of Vol LEG_FLC_CB001 from KD0103E to KD0103, KD0103B, KD0103A, KD0103G, KD0103H, KD0103I, KD0103J, KD0103K, KD0103N, KD0103D, KD0103C, KD0103F, KD0103O, KD0103P , KD0103Q | 5.00 | $140.00 | $700.00 |
| Jennifer Bernstein | 1/16/2015 | Project Manager | 900 - Ediscovery Services | Correspondence with S.Lipman on searching in Relativity, and modifiying her search to narrow the results | 0.80 | $140.00 | $112.00 |
| Christine Deason | 1/16/2015 | Project Manager | 900 - Ediscovery Services | REL8: KD0103 - EFH Legacy Repository - EFH045 preparing volume for upload to hosting database | 1.00 | $140.00 | $140.00 |

| Matter Number: 900 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Matter Description: EDISCOVERY SERVICES | | | | | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
| Joshua Goodman | 1/16/2015 | Project Manager | 900 - Ediscovery Services | Move documents from KD0103 - EFH Legacy Repository to all other KD0103 databases. | 1.20 | $140.00 | $168.00 |
| Tanya Rivera | 1/16/2015 | Project Manager | 900 - Ediscovery Services | Prepare vol FMR-LD-(VOL001) for load to hosted database | 0.50 | $140.00 | $70.00 |
| Tanya Rivera | 1/16/2015 | Project Manager | 900 - Ediscovery Services | Export all IDs and links for all docs with natives, prepare DAT files updating the Native_Prod field with information from assets starting at folder name provided by client, upload the fixed data to the following Databases KD0103, KD0103A, KD0103B, KD0103C, KD0103D, KD0103E, KD0103F, KD0103G, KD0103H, KD0103I, KD0103J, KD0103K, KD0103N, KD0103O, KD0103P, KD0103Q | 2.00 | $140.00 | $280.00 |
| Tanya Rivera | 1/16/2015 | Project Manager | 900 - Ediscovery Services | Export of partial vol EFH039 and loaded to databases KD0103A, KD0103B, KD0103C, KD0103D, KD0103E, KD0103F, KD0103G, KD0103H, KD0103I, KD0103J, KD0103K, KD0103N, KD0103O, KD0103P, KD0103Q | 1.80 | $140.00 | $252.00 |
| Chad Poorman | 1/17/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between KD0103 - EFH Legacy Repository and twelve KD | 2.20 | $140.00 | $308.00 |
| Chad Poorman | 1/19/2015 | Project Manager | 900 - Ediscovery Services | Perform production volume suppression across sixteen hosting databases | 3.70 | $140.00 | $518.00 |
| Paul Avila | 1/19/2015 | Project Manager | 900 - Ediscovery Services | Update to FMR-LD001 folder | 0.70 | $140.00 | $98.00 |
| Christine Deason | 1/20/2015 | Project Manager | 900 - Ediscovery Services | REL8: KD0103 - EFH Legacy Repository - CITIBANK001 | 1.00 | $140.00 | $140.00 |
| Tanya Rivera | 1/20/2015 | Project Manager | 900 - Ediscovery Services | Prepare vol CITIBANK001 for load to hosted database | 0.50 | $140.00 | $70.00 |
| Timothy Brown | 1/20/2015 | Project Manager | 900 - Ediscovery Services | Custom copy (WAC - KD0103J) | 0.30 | $140.00 | $42.00 |
| Jennifer Bernstein | 1/21/2015 | Project Manager | 900 - Ediscovery Services | KD0103P - Create new coding field and layout for A.Ng's request | 0.40 | $140.00 | $56.00 |
| Tanya Rivera | 1/21/2015 | Project Manager | 900 - Ediscovery Services | Database to Database move to KD0103A, KD0103B, KD0103C, KD0103D, KD0103E, KD0103F, KD0103G, KD0103H, KD0103I, KD0103J, KD0103K, KD0103N, KD0103O, KD0103P, KD0103Q | 5.00 | $140.00 | $700.00 |

| Matter Number: 900 | | | | | | | |
| Matter Description: EDISCOVERY SERVICES | | | | | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|------|------|----------|--------------------|--------|--------------|--------------------|--------------|
| Jennifer Bernstein | 1/22/2015 | Project Manager | 900 - Ediscovery Services | KD0103P - Create saved search to identify documents for export request for A.Ng and submitted request | 0.50 | $140.00 | $70.00 |
| Chad Poorman | 1/23/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move betweenEFH Legacy Repository and Proskauer | 1.50 | $140.00 | $210.00 |
| Tisha Shurley | 1/23/2015 | Project Manager | 900 - Ediscovery Services | Perform custom update on fields in 16 hosting databases | 0.90 | $140.00 | $126.00 |
| Seungjin Lee | 1/23/2015 | Project Manager | 900 - Ediscovery Services | REL8: TCEH - KD0103E - Replacement volume LEG_FLC_001 - Renumbered documents in supressed folder in databse as well as their images, to load the new docs in current DL, data loads. | 1.50 | $140.00 | $210.00 |
| Joshua Goodman | 1/23/2015 | Project Manager | 900 - Ediscovery Services | Move documents from TCEH to the remaining KD0103 databases. | 0.60 | $140.00 | $84.00 |
| Chad Poorman | 1/24/2015 | Project Manager | 900 - Ediscovery Services | Prepare EFH-SP001 and EFH946 for upload to hosting database | 1.50 | $140.00 | $210.00 |
| Chad Poorman | 1/24/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move betweenEFH Legacy Repository and Proskauer | 2.80 | $140.00 | $392.00 |
| Anthony Spicer | 1/24/2015 | Project Manager | 900 - Ediscovery Services | Database to Database Replacement | 2.70 | $140.00 | $378.00 |
| Chad Poorman | 1/25/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between KD103 Databases | 1.60 | $140.00 | $224.00 |
| Chad Poorman | 1/25/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between KD103 Databases | 2.60 | $140.00 | $364.00 |
| Anthony Spicer | 1/25/2015 | Project Manager | 900 - Ediscovery Services | Database to Database Replacement | 2.50 | $140.00 | $350.00 |
| Chad Poorman | 1/26/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between KD103 Databases | 2.60 | $140.00 | $364.00 |
| Jennifer Bernstein | 1/27/2015 | Project Manager | 900 - Ediscovery Services | KD0103P - Search for A.Ng for a speciific bates | 0.40 | $140.00 | $56.00 |
| Tanya Rivera | 1/27/2015 | Project Manager | 900 - Ediscovery Services | Database to Database transfer of CITIBANK001 to databases KD0103, KD0103A, KD0103B, KD0103C, KD0103D, KD0103E, KD0103F, KD0103G, KD0103H, KD0103J, KD0103K, KD0103N, KD0103O, KD0103P, KD0103Q, KD0103S | 1.50 | $140.00 | $210.00 |

| Matter Number: 900<br>Matter Description: EDISCOVERY SERVICES | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
| Michael Bevington | 1/28/2015 | Project Manager | 900 - Ediscovery Services | 3rd party data loading | 0.50 | $140.00 | $70.00 |
| Paul Avila | 1/29/2015 | Project Manager | 900 - Ediscovery Services | Create searches and delete clawback documents from databases. | 3.50 | $140.00 | $490.00 |
| Tanya Rivera | 1/29/2015 | Project Manager | 900 - Ediscovery Services | Database to Database move from KD0103I to KD0103, KD0103A, KD0103B, KD0103C, KD0103D, KD0103E, KD0103F, K0103G, KD0103H, KD0103J, KD0103K, KD0103N, KD0103O, KD0103P, KD0103Q, KD0103S | 1.20 | $140.00 | $168.00 |
| Joshua Goodman | 1/30/2015 | Project Manager | 900 - Ediscovery Services | Delete documents out of all of the KD0103 databases. | 0.70 | $140.00 | $98.00 |
| Katie Hursh | 1/31/2015 | Project Manager | 900 - Ediscovery Services | Prepare PHF15030155226 for upload to hosted database | 0.70 | $140.00 | $98.00 |
| Scott Umshler | 1/31/2015 | Project Manager | 900 - Ediscovery Services | Field updates to all related databases | 0.80 | $140.00 | $112.00 |
| Joshua Goodman | 1/31/2015 | Project Manager | 900 - Ediscovery Services | Populate Creditor database in all of the KD0103 databases. | 1.20 | $140.00 | $168.00 |
| Aaron Pyle | 2/1/2015 | Project Manager | 900 - Ediscovery Services | Finish updating fields. | 0.10 | $140.00 | $14.00 |
| Katie Hursh | 2/1/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between KD0103 - EFH Legacy Repository and Creditor databases | 1.00 | $140.00 | $140.00 |
| Joshua Goodman | 2/1/2015 | Project Manager | 900 - Ediscovery Services | Finishing the request to populate Creditordatabase in all databases. | 0.50 | $140.00 | $70.00 |
| JACQUELINE KOENIG | 2/2/2015 | Project Manager | 900 - Ediscovery Services | Update of the fields available for review within the workspace templates created as well as the new workspaces for Proskauer and Oncor as requested by A. Levin | 0.80 | $140.00 | $112.00 |
| JACQUELINE KOENIG | 2/2/2015 | Project Manager | 900 - Ediscovery Services | Quality control of the zip containers and passwords available for the JA_UCC_FLI_001 and CITIBANK001 production volumes as requested by A. Levin | 0.60 | $140.00 | $84.00 |
| Joshua Goodman | 2/2/2015 | Project Manager | 900 - Ediscovery Services | Finish database to database move. | 0.70 | $140.00 | $98.00 |

| Matter Number: 900 |||||||
| Matter Description: EDISCOVERY SERVICES |||||||
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Tanya Rivera | 2/2/2015 | Project Manager | 900 - Ediscovery Services | Delete 5 docs from KD0103A, KD0103B, KD0103C, KD0103D, KD0103E, KD0103F, KD0103G, KD0103H, KD0103I, KD0103J, KD0103K, KD0103N, KD0103O, KD0103P, KD0103Q, KD0103R, KD0103S | 1.20 | $140.00 | $168.00 |
| JACQUELINE KOENIG | 2/3/2015 | Project Manager | 900 - Ediscovery Services | Quality control of the EFH007_R replacement production volume as requested by A. Levin | 1.00 | $140.00 | $140.00 |
| Tanya Rivera | 2/3/2015 | Project Manager | 900 - Ediscovery Services | Databate to Database move from KD0103 to KD0101A, KD0101B, KD0101C, KD0101D, KD0101E, KD0101F, KD0101G, KD0101H, KD0101I, KD0101J, KD0101K, KD0101N, KD0101O, KD0101P, KD0101Q, KD0101R, KD0101S | 3.00 | $140.00 | $420.00 |
| Christine Deason | 2/4/2015 | Project Manager | 900 - Ediscovery Services | KD0103 Pivot Report request Volume - EPQ - Media pivot report | 1.50 | $140.00 | $210.00 |
| Sergio Riquelme | 2/7/2015 | Project Manager | 900 - Ediscovery Services | KD0103P: Prepare Category 1-7 STRs and date / custodian base searches requested by A. Ng | 4.00 | $140.00 | $560.00 |
| Jennifer Bernstein | 2/7/2015 | Project Manager | 900 - Ediscovery Services | KD0103P - Formatted search terms for 7 client-provided lists | 3.50 | $140.00 | $490.00 |
| Chad Poorman | 2/7/2015 | Project Manager | 900 - Ediscovery Services | Prepare PHF15037125638 for upload to hosting database | 2.90 | $140.00 | $406.00 |
| Sergio Riquelme | 2/8/2015 | Project Manager | 900 - Ediscovery Services | KD0103P - EFH Category 1-7 Search Results (Entire Set): Review reports, prepare summary for client (1.5); Review error searches and consult on term revisions (1.5) | 3.00 | $140.00 | $420.00 |
| Chad Poorman | 2/8/2015 | Project Manager | 900 - Ediscovery Services | Prepare PHF15037125638 for upload to hosting database | 1.00 | $140.00 | $140.00 |
| Sergio Riquelme | 2/9/2015 | Project Manager | 900 - Ediscovery Services | KD0103P: Prepare Category 1-6 searches with date filter as requested by A. Ng | 5.00 | $140.00 | $700.00 |
| Sergio Riquelme | 2/9/2015 | Project Manager | 900 - Ediscovery Services | KD0103P: Prepare Category 7 and 7A searches with custodian / date filter as requested by A. Ng | 4.00 | $140.00 | $560.00 |
| Jennifer Bernstein | 2/9/2015 | Project Manager | 900 - Ediscovery Services | KD0103P - Created new coding fields and layout for A.Ng | 0.50 | $140.00 | $70.00 |

| Matter Number: 900 | | | | | | | |
| Matter Description: EDISCOVERY SERVICES | | | | | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Tanya Rivera | 2/9/2015 | Project Manager | 900 - Ediscovery Services | Databate to Database move from KD0103 to KD0103A, KD0103B, KD0103C, KD0103D, KD0103E, KD0103F, KD0103G, KD0103H, KD0103I, KD0103J, KD0103K, KD0103N, KD0103O, KD0103P, KD0103Q, KD0103R, KD0103S | 3.00 | $140.00 | $420.00 |
| Sergio Riquelme | 2/10/2015 | Project Manager | 900 - Ediscovery Services | Prepare searches and batching requested by A. Ng; Category 3 - Bankruptcy Filing (Term 3a); Category 3 - Bankruptcy Filing (Term 3b; Category 7 Revised Search; revised Category 7 | 1.70 | $140.00 | $238.00 |
| Sergio Riquelme | 2/10/2015 | Project Manager | 900 - Ediscovery Services | Prepare Category 7A - Tax searches requested by A. Ng (0.3); Prepare 4a solvency with date filter batches (0.2) | 0.50 | $140.00 | $70.00 |
| Sergio Riquelme | 2/10/2015 | Project Manager | 900 - Ediscovery Services | Prepare new Category 1 and 6C batches per A. Ng's request | 0.30 | $140.00 | $42.00 |
| Jennifer Bernstein | 2/10/2015 | Project Manager | 900 - Ediscovery Services | KD0103P - Created a new document views for A.Ng | 0.40 | $140.00 | $56.00 |
| JACQUELINE KOENIG | 2/10/2015 | Project Manager | 900 - Ediscovery Services | Client discussion regarding best transfer methods available as well as future production | 0.80 | $140.00 | $112.00 |
| Tanya Rivera | 2/10/2015 | Project Manager | 900 - Ediscovery Services | Databate to Database move from KD0103 to KD0103A, KD0103B, KD0103C, KD0103D, KD0103E, KD0103F, KD0103G, KD0103H, KD0103I, KD0103J, KD0103K, KD0103N, KD0103O, KD0103P, KD0103Q, KD0103R, KD0103S | 1.00 | $140.00 | $140.00 |
| Sergio Riquelme | 2/11/2015 | Project Manager | 900 - Ediscovery Services | Prepare searches requested by A. Ng; Category 7 & 7A Searches | 0.60 | $140.00 | $84.00 |
| Christine Deason | 2/11/2015 | Project Manager | 900 - Ediscovery Services | Texas Energy - KD0103A - VOL16-24 database - databse transfer | 0.50 | $140.00 | $70.00 |
| Christine Deason | 2/11/2015 | Project Manager | 900 - Ediscovery Services | KD0103 - EFH Legacy Repository - LEG_FLC_001 database to database transfer | 1.00 | $140.00 | $140.00 |
| Seungjin Lee | 2/11/2015 | Project Manager | 900 - Ediscovery Services | Convert load files for hosted load: LEG_SP_00635134 – LEG_SP_0090 | 1.50 | $140.00 | $210.00 |
| Seungjin Lee | 2/12/2015 | Project Manager | 900 - Ediscovery Services | VOL16-24 - loading docs, text, nat, images to the targeted databases. | 2.50 | $140.00 | $350.00 |

| Matter Number: 900 |||||||
| Matter Description: EDISCOVERY SERVICES |||||||
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Christine Deason | 2/12/2015 | Project Manager | 900 - Ediscovery Services | TCEH - KD0103E - LEG_FLC_002 database to database transfer | 0.70 | $140.00 | $98.00 |
| Jonathan Deolall | 2/12/2015 | Project Manager | 900 - Ediscovery Services | Convert load files for hosted load: REL load into KD0103E | 1.00 | $140.00 | $140.00 |
| Sergio Riquelme | 2/13/2015 | Project Manager | 900 - Ediscovery Services | Perform STR updates requested by A. Ng and report results | 0.80 | $140.00 | $112.00 |
| Seungjin Lee | 2/13/2015 | Project Manager | 900 - Ediscovery Services | EFH054 - Created files for exporting from the orig database, and loaded to diff databases. | 2.70 | $140.00 | $378.00 |
| Michael Bevington | 2/13/2015 | Project Manager | 900 - Ediscovery Services | Create overlay from spreadsheet provided (0.5); Merge fields and overlay (0.5) | 1.00 | $140.00 | $140.00 |
| Sarah McNitt-Gray | 2/13/2015 | Project Manager | 900 - Ediscovery Services | Database to database copy | 1.20 | $140.00 | $168.00 |
| Chad Poorman | 2/14/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between KD0103 and 17 target databases | 2.50 | $140.00 | $350.00 |
| Sergio Riquelme | 2/15/2015 | Project Manager | 900 - Ediscovery Services | KD0103P: Prepare searches for review and batching as requested by A. Ng (Category 1, 2, 3a, 3b, 4a, 4b, 5, 6a, 6b, 6c, 7a and 7 revised) | 3.10 | $140.00 | $434.00 |
| Sergio Riquelme | 2/17/2015 | Project Manager | 900 - Ediscovery Services | KD0103P: Prepare revised MTO Category searches as requested by A. Ng (segregate 2/10 hits from new hits on 2/15) | 3.80 | $140.00 | $532.00 |
| Sarah McNitt-Gray | 2/18/2015 | Project Manager | 900 - Ediscovery Services | Prepare 20150217 for upload to hosting database | 0.70 | $140.00 | $98.00 |
| Christine Deason | 2/19/2015 | Project Manager | 900 - Ediscovery Services | Database to database move: LEG_STB database-database transfer | 1.80 | $140.00 | $252.00 |
| Joshua Goodman | 2/20/2015 | Project Manager | 900 - Ediscovery Services | Delete documents and reindex all KD0103 databases. | 1.20 | $140.00 | $168.00 |
| Michael Bevington | 2/20/2015 | Project Manager | 900 - Ediscovery Services | Load text, natives and metadata to 16 databases. | 3.00 | $140.00 | $420.00 |
| Sarah Cole | 2/21/2015 | Project Manager | 900 - Ediscovery Services | Prepare and submit clawback (1.0); follow up with internal teams to ensure completion (0.5) | 1.50 | $140.00 | $210.00 |
| Katie Hursh | 2/22/2015 | Project Manager | 900 - Ediscovery Services | Prepare PHF15052140125 for loading to hosted database | 0.50 | $140.00 | $70.00 |
| Thang Le | 2/22/2015 | Project Manager | 900 - Ediscovery Services | KD0103 database to database move: Prepare/export data for moving docs from KD0103 to multi Relativity databases | 0.80 | $140.00 | $112.00 |

| Matter Number: 900 |
| :---: |
| Matter Description: EDISCOVERY SERVICES |

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Anthony Spicer | 2/22/2015 | Project Manager | 900 - Ediscovery Services | Move to database EFH046_R | 1.20 | $140.00 | $168.00 |
| Anthony Spicer | 2/22/2015 | Project Manager | 900 - Ediscovery Services | Database move - EFH055 | 3.40 | $140.00 | $476.00 |
| Sergio Riquelme | 2/23/2015 | Project Manager | 900 - Ediscovery Services | Update category searches to include 2/24 load per A. Ng's request; prepare custom summary | 1.70 | $140.00 | $238.00 |
| Anthony Spicer | 2/23/2015 | Project Manager | 900 - Ediscovery Services | Database Move - EFH051 & EFH052 | 2.80 | $140.00 | $392.00 |
| Sergio Riquelme | 2/24/2015 | Project Manager | 900 - Ediscovery Services | Prepare Category 8 search per A. Ng's request and report results | 1.20 | $140.00 | $168.00 |
| Sergio Riquelme | 2/24/2015 | Project Manager | 900 - Ediscovery Services | Prepare Category 1-7 search results and report to client per A. Ng's request | 0.60 | $140.00 | $84.00 |
| Sergio Riquelme | 2/26/2015 | Project Manager | 900 - Ediscovery Services | KD0103P: Prepare coding layout (MTO_Review2_Deduplicate) per A. Ng's request | 0.60 | $140.00 | $84.00 |
| JACQUELINE KOENIG | 2/27/2015 | Project Manager | 900 - Ediscovery Services | Creation of the privilege log upload folders as requested by T. Langenkamp | 0.50 | $140.00 | $70.00 |
| John Huynh | 2/27/2015 | Project Manager | 900 - Ediscovery Services | Priv Logs Loading | 0.30 | $140.00 | $42.00 |
| Seungjin Lee | 2/27/2015 | Project Manager | 900 - Ediscovery Services | PHF15057225333 - data load (natives) | 0.20 | $140.00 | $28.00 |
| Joshua Goodman | 2/27/2015 | Project Manager | 900 - Ediscovery Services | Prepare PHF15057142152 for loading to Relativity. | 0.70 | $140.00 | $98.00 |
| Joshua Goodman | 2/27/2015 | Project Manager | 900 - Ediscovery Services | Prepare PHF15057212252 for loading to Relativity. | 0.80 | $140.00 | $112.00 |
| JACQUELINE KOENIG | 2/28/2015 | Project Manager | 900 - Ediscovery Services | Creation of the database transfer searches for EFH-FP002, EFH-EVR012, EFH-SP005, EFH\EFH051 as requested by T. Langenkamp | 0.50 | $140.00 | $70.00 |
| JACQUELINE KOENIG | 2/28/2015 | Project Manager | 900 - Ediscovery Services | Creation of the EFH056 production volume search to submit the transfer of the documents | 0.50 | $140.00 | $70.00 |
| Chad Poorman | 2/28/2015 | Project Manager | 900 - Ediscovery Services | Prepare PHF15057233757 for uplaod to hosting database | 1.60 | $140.00 | $224.00 |
| Joshua Goodman | 2/28/2015 | Project Manager | 900 - Ediscovery Services | Move documents between KD0103 - EFH Legacy Repository and all other KD0103 databases. | 1.40 | $140.00 | $196.00 |
| Sergio Riquelme | 3/1/2015 | Project Manager | 900 - Ediscovery Services | Prepare search for Interesting Coding Overlay 030115 as requested by A. Ng | 0.30 | $140.00 | $42.00 |
| Chad Poorman | 3/1/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between KD103 databases | 2.50 | $140.00 | $350.00 |
| Chad Poorman | 3/1/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between KD databases | 3.50 | $140.00 | $490.00 |
| Joanne Fancy | 3/1/2015 | Project Manager | 900 - Ediscovery Services | Database to Database Move for 17 Databases | 1.70 | $140.00 | $238.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Matter Number: 900** | | | | | | | |
| **Matter Description: EDISCOVERY SERVICES** | | | | | | | |
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY BILLING RATE** | **COMPENSATION** |
| Joanne Fancy | 3/1/2015 | Project Manager | 900 - Ediscovery Services | Database to Database Move for 17 Databases | 2.00 | $140.00 | $280.00 |
| Chad Poorman | 3/2/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between KD databases | 3.60 | $140.00 | $504.00 |
| Sergio Riquelme | 3/3/2015 | Project Manager | 900 - Ediscovery Services | Prepare Category 1-8 searches, create batches and report results as requested by A. Ng | 1.50 | $140.00 | $210.00 |
| Sergio Riquelme | 3/6/2015 | Project Manager | 900 - Ediscovery Services | Add field and update layout per A. Ng's request | 0.20 | $140.00 | $28.00 |
| JACQUELINE KOENIG | 3/7/2015 | Project Manager | 900 - Ediscovery Services | Creation of the database transfer searches for EFH 057, EFH EVR 013 EFH SP 006,  as requested by T. Langenkamp | 0.50 | $140.00 | $70.00 |
| Christine Deason | 3/7/2015 | Project Manager | 900 - Ediscovery Services | Offical Committee of Unsecured Creditors - KD0103I - C database to database move | 1.50 | $140.00 | $210.00 |
| Joshua Goodman | 3/7/2015 | Project Manager | 900 - Ediscovery Services | Move data from Offical Committee of Unsecured Creditors - KD0103I to the other 16 KD0103 databases (excluding KD0103R) | 2.10 | $140.00 | $294.00 |
| Chad Poorman | 3/8/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between KD0103I and multiple KD103 Databases | 1.00 | $140.00 | $140.00 |
| Tisha Shurley | 3/9/2015 | Project Manager | 900 - Ediscovery Services | Prepare LEGPRIV0000004 and EFH057  for upload to hosting database | 0.90 | $140.00 | $126.00 |
| Christine Deason | 3/10/2015 | Project Manager | 900 - Ediscovery Services | KD0103 - EFH Legacy Repository - EFH EVR 013, EFH SP 0 fix the missing native ocr missing text files | 1.50 | $140.00 | $210.00 |
| Tisha Shurley | 3/10/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between KD0103 - EFH Legacy Repository to Multiple of Target Databases | 3.10 | $140.00 | $434.00 |
| Tanya Rivera | 3/11/2015 | Project Manager | 900 - Ediscovery Services | Peer QC of Database to Database | 0.80 | $140.00 | $112.00 |
| Sergio Riquelme | 3/12/2015 | Project Manager | 900 - Ediscovery Services | KD0103P: Prepare Category 1-8 searches and batches as requested by A. Ng | 2.30 | $140.00 | $322.00 |
| Tanya Rivera | 3/12/2015 | Project Manager | 900 - Ediscovery Services | Database to Database | 2.80 | $140.00 | $392.00 |
| Christine Deason | 3/13/2015 | Project Manager | 900 - Ediscovery Services | KD0103 - EFH Legacy Repository   - LEGPRIV0000005 and database - database transfer | 0.50 | $140.00 | $70.00 |
| Michael Bevington | 3/13/2015 | Project Manager | 900 - Ediscovery Services | Create dat file and load. | 0.50 | $140.00 | $70.00 |

| Matter Number: 900 |
| :---: |
| Matter Description: EDISCOVERY SERVICES |

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Tisha Shurley | 3/13/2015 | Project Manager | 900 - Ediscovery Services | Prepare EFH-SP007, EFH-EVR014, EFH-KE003, EFH-FP003, EFH058 for upload to hosting database | 1.60 | $140.00 | $224.00 |
| Anthony Spicer | 3/13/2015 | Project Manager | 900 - Ediscovery Services | Prepare Database to Database move | 1.00 | $140.00 | $140.00 |
| Anthony Spicer | 3/14/2015 | Project Manager | 900 - Ediscovery Services | Prepare Database to Database move | 1.50 | $140.00 | $210.00 |
| Chad Poorman | 3/15/2015 | Project Manager | 900 - Ediscovery Services | Perform Database to Database transfer between multiple KD0103 Databases | 6.00 | $140.00 | $840.00 |
| Anthony Spicer | 3/16/2015 | Project Manager | 900 - Ediscovery Services | Prepare LEG_FLC vol003 for load | 1.20 | $140.00 | $168.00 |
| Christine Deason | 3/17/2015 | Project Manager | 900 - Ediscovery Services | Texas Energy - Kd0103A - Deletion LEG_SP_00037407 deleted 1 doc from all databases | 0.50 | $140.00 | $70.00 |
| Sergio Riquelme | 3/18/2015 | Project Manager | 900 - Ediscovery Services | KD0103P: Prepare category 1-8 searches and batches as requested by A. Ng | 1.30 | $140.00 | $182.00 |
| Sarah McNitt-Gray | 3/18/2015 | Project Manager | 900 - Ediscovery Services | Prepare LEG_FLC_004 for upload to hosting database | 0.50 | $140.00 | $70.00 |
| Tisha Shurley | 3/18/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between LEG_FLC 003 to several databases | 2.50 | $140.00 | $350.00 |
| Tisha Shurley | 3/19/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between LEG_FLC 003 to several databases | 1.00 | $140.00 | $140.00 |
| Tanya Rivera | 3/20/2015 | Project Manager | 900 - Ediscovery Services | Database to Database move | 1.20 | $140.00 | $168.00 |
| Beverly Laucus | 3/20/2015 | Project Manager | 900 - Ediscovery Services | RELB: Texas Energy - KD0103A - PHF15078130840 | 0.50 | $140.00 | $70.00 |
| Christine Deason | 3/20/2015 | Project Manager | 900 - Ediscovery Services | RELB: TCEH - KD0103E - LEG_FLC_004 database to database move | 1.00 | $140.00 | $140.00 |
| Scott Umshler | 3/21/2015 | Project Manager | 900 - Ediscovery Services | Prepare EFH-SP008, EFH-EVR015 & EFH059 for loading into hosted database | 2.50 | $140.00 | $350.00 |
| Anthony Spicer | 3/21/2015 | Project Manager | 900 - Ediscovery Services | Prepare LEGPRIV0000006 | 0.50 | $140.00 | $70.00 |
| Anthony Spicer | 3/21/2015 | Project Manager | 900 - Ediscovery Services | Prepare LEG_SP_00037407 | 1.50 | $140.00 | $210.00 |
| Joanne Fancy | 3/22/2015 | Project Manager | 900 - Ediscovery Services | KD0103 - EFH Legacy Repository -EFH-SP008, EFH-EVR015, Database to Database move | 5.90 | $140.00 | $826.00 |
| Anthony Spicer | 3/22/2015 | Project Manager | 900 - Ediscovery Services | Prepare LEGPRIV0000006 | 0.70 | $140.00 | $98.00 |
| Matthew Howard | 3/25/2015 | Project Manager | 900 - Ediscovery Services | KD0103P - Perform searches and create batches for newly loaded data per A. Ng request | 1.00 | $140.00 | $140.00 |
| Christine Deason | 3/26/2015 | Project Manager | 900 - Ediscovery Services | KD0103 - EFH Legacy Repository - LEG_FLC_002 Database to Database move. | 0.80 | $140.00 | $112.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Matter Number: 900** | | | | | | | |
| **Matter Description: EDISCOVERY SERVICES** | | | | | | | |

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Tisha Shurley | 3/27/2015 | Project Manager | 900 - Ediscovery Services | Prepare EFH060 EFH061 EFH-SP009  EFH-EVR-016 for upload to hosting database | 0.90 | $140.00 | $126.00 |
| Tanya Rivera | 3/27/2015 | Project Manager | 900 - Ediscovery Services | Prepare asset PHF15085095939 for load to hosted database | 0.50 | $140.00 | $70.00 |
| Joshua Goodman | 3/28/2015 | Project Manager | 900 - Ediscovery Services | Prepare and load PHF15086165947 to Relativity. | 0.70 | $140.00 | $98.00 |
| Anthony Spicer | 3/28/2015 | Project Manager | 900 - Ediscovery Services | Prepare Database to Database Move | 0.80 | $140.00 | $112.00 |
| Anthony Spicer | 3/29/2015 | Project Manager | 900 - Ediscovery Services | Prepare EFH Legacy Repository - LEGPRIV0000007 | 1.00 | $140.00 | $140.00 |
| Sarah McNitt-Gray | 3/31/2015 | Project Manager | 900 - Ediscovery Services | Prepare Vol026, Vol004 for upload to hosting database | 0.40 | $140.00 | $56.00 |
| Tanya Rivera | 4/1/2015 | Project Manager | 900 - Ediscovery Services | Prepare export from KD0103 and load to databases KD0103A - S | 1.20 | $140.00 | $168.00 |
| Tisha Shurley | 4/1/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between Texas Energy - KD0103A to numerous target database | 2.90 | $140.00 | $406.00 |
| Christine Deason | 4/2/2015 | Project Manager | 900 - Ediscovery Services | Texas Energy - KD0103A -VOL026 and Vol004 database-databse move | 1.50 | $140.00 | $210.00 |
| Matthew Howard | 4/2/2015 | Project Manager | 900 - Ediscovery Services | KD0103P - Perform searches and create batches for newly loaded data per A. Ng request | 1.50 | $140.00 | $210.00 |
| Thang Le | 4/2/2015 | Project Manager | 900 - Ediscovery Services | KD0103 - EFH Legacy Repository Convert load files for media PHF15091163842 to load into KD0103 Relativity  database. | 1.20 | $140.00 | $168.00 |
| Anthony Spicer | 4/3/2015 | Project Manager | 900 - Ediscovery Services | Prepare EFH Legacy Repository - EFH060 | 0.90 | $140.00 | $126.00 |
| Joshua Goodman | 4/3/2015 | Project Manager | 900 - Ediscovery Services | Move documents from KD0103 - EFH Legacy Repository to all other KD0103 databases. | 0.60 | $140.00 | $84.00 |
| Matthew Howard | 4/3/2015 | Project Manager | 900 - Ediscovery Services | KD0103P - Perform searches and create batches for newly loaded data per A. Ng request | 1.00 | $140.00 | $140.00 |
| Christine Deason | 4/4/2015 | Project Manager | 900 - Ediscovery Services | KD0103 - Database to database transfer of Volumes EFH062-63 | 1.40 | $140.00 | $196.00 |
| Anthony Spicer | 4/6/2015 | Project Manager | 900 - Ediscovery Services | Prepare EFH Legacy Repository - D&P_EFH0000001 | 0.60 | $140.00 | $84.00 |
| Jacqueline Koenig | 4/6/2015 | Project Manager | 900 - Ediscovery Services | Creation of the D&P_EFH foldering structure as requested by C. Papenfuss | 0.50 | $140.00 | $70.00 |
| Matthew Howard | 4/7/2015 | Project Manager | 900 - Ediscovery Services | KD0103P - Prepare and run STRs, searches, and review batches per A. Ng request | 2.50 | $140.00 | $350.00 |

| Matter Number: 900 |
| :-: |
| Matter Description: EDISCOVERY SERVICES |

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Christine Deason | 4/8/2015 | Project Manager | 900 - Ediscovery Services | KD0103 - EFH Legacy Repository - D&P_EFH database to database move | 0.40 | $140.00 | $56.00 |
| Tisha Shurley | 4/10/2015 | Project Manager | 900 - Ediscovery Services | Prepare Priv Log 9 for upload to hosting | 0.90 | $140.00 | $126.00 |
| Anthony Spicer | 4/11/2015 | Project Manager | 900 - Ediscovery Services | Prepare and move LEGPRIV0000009 | 0.90 | $140.00 | $126.00 |
| Anthony Spicer | 4/17/2015 | Project Manager | 900 - Ediscovery Services | Prepare KD0103A - VOL27-29 | 1.20 | $140.00 | $168.00 |
| Beverly Laucus | 4/17/2015 | Project Manager | 900 - Ediscovery Services | KD0103 - EFH Legacy Repository  -- Volume 10 of Debtors | 0.50 | $140.00 | $70.00 |
| Tanya Rivera | 4/17/2015 | Project Manager | 900 - Ediscovery Services | Data deletion from KD0103, KD0103A, KD0103B, KD0103E,KD0103G, KD0103H, KD0103I, KD0103J, KD0103K, KD0103N, KD0103D, KD0103C, KD0103F, KD0103O, KD0103P, KD0103Q, KD0103R, KD0103S | 1.20 | $140.00 | $168.00 |
| Tanya Rivera | 4/17/2015 | Project Manager | 900 - Ediscovery Services | Prepare asset PHF15107091251 for load to hosted database | 0.60 | $140.00 | $84.00 |
| Anna Cummens | 4/18/2015 | Project Manager | 900 - Ediscovery Services | Media ID Mapping -  EFH2D003_Revised LEG_FLC_CB002 LEG_STB001 LEG_STB002 LEG_STB003 VOL016 VOL017 VOL018 VOL017 VOL020 VOL021 VOL022 VOL023 VOL024 VOL025  VOL026 | 0.80 | $140.00 | $112.00 |
| Chad Poorman | 4/20/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between KD103 databases | 2.50 | $140.00 | $350.00 |
| Tisha Shurley | 4/20/2015 | Project Manager | 900 - Ediscovery Services | Prepare documents for move between Texas Energy - KD0103A to 13 databases | 0.90 | $140.00 | $126.00 |
| Merle Pete | 4/21/2015 | Project Manager | 900 - Ediscovery Services | Perform investigation and prepare docs for upload to hosted database EFH046 | 1.00 | $140.00 | $140.00 |
| Tisha Shurley | 4/21/2015 | Project Manager | 900 - Ediscovery Services | Perform custom volume update and review | 2.70 | $140.00 | $378.00 |
| Joshua Goodman | 4/22/2015 | Project Manager | 900 - Ediscovery Services | Begin database to database transfer. | 0.50 | $140.00 | $70.00 |
| Matthew Howard | 4/22/2015 | Project Manager | 900 - Ediscovery Services | KD0103P - Construct and run Category 1-8 searches per client request | 1.50 | $140.00 | $210.00 |
| Matthew Howard | 4/23/2015 | Project Manager | 900 - Ediscovery Services | KD0103P - Prepare batches for review per client request | 1.00 | $140.00 | $140.00 |

| | | | | Matter Number: 900 | | | |
|---|---|---|---|---|---|---|---|
| | | | | Matter Description: EDISCOVERY SERVICES | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
| Chelsee Heckathorn | 4/24/2015 | Project Manager | 900 - Ediscovery Services | Texas Energy - KD0103A - Overlay Request - export saved search from Source database, Investigate which docs needed to actually be loaded, Overlay final docs with images and text into target databases | 3.00 | $140.00 | $420.00 |
| Jacqueline Koenig | 4/24/2015 | Project Manager | 900 - Ediscovery Services | Search creation of the documents to be overlaid and transferred to all workspaces aside from Oncor | 0.50 | $140.00 | $70.00 |
| TOTAL | | | | | 335.10 | | $46,914.00 |