## EXHIBIT E

**Summary of Actual and Necessary Epiq eDiscovery
Solutions Expenses for the Third Interim Fee Period**[1]

| Expense Category | Amount |
|---|---:|
| HST142 – Upload productions (images, natives, text and metadata) to the eDiscovery Relativity hosted repository | $19,649.00 |
| HST161 – OCR text creation for search capability | $68.26 |
| HST626 – Relativity License Fee | $12,300.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | $169,659.05 |
| PRO128 – Client media storage | $80.00 |
| PRO238 – File preparation and export from the eDiscovery Relativity repository | $2.40 |
| PRO250 – Conversion of images to .PDFs | $14.26 |
| PRO260 – Conversion of native files to TIFF images | $0.43 |
| **TOTAL** | **$201,773.40** |

---

[1] Epiq Bankruptcy Solutions, LLC did not have any expenses related to its retention under the *Order Authorizing The Debtors To Retain And Employ Epiq Bankruptcy Solutions, LLC As The Administrative Advisor For The Debtors And Epiq eDiscovery Solutions As E-Discovery Vendor For The Debtors, Effective Nunc Pro Tunc To The Petition Date,* dated September 16, 2014 [D.I. 2053].