# EXHIBIT F

## Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements

| Month | Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|---|
| 01/2015 | HST142 – Upload production s(Images, natives, text and metadata) to the eDiscovery Relativity hosted repository | 206.21 GB | $35.00 | $7,217.35 |
| 01/2015 | HST626 – Relativity License Fee | 38 licenses | $75.00 | $2,850.00 |
| 01/2015 | HST756 – Billable storage fee (GB) for the eDiscovery Relativity repository | 2,384.459 GB | $15.00 | $35,766.92 |
| 01/2015 | PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| 01/2015 | PRO238 – File preparation and export from the eDiscovery Relativity repository | 48 files | $0.05 | $2.40 |
| 02/2015 | HST142 – Upload production s(Images, natives, text and metadata) to the eDiscovery Relativity hosted repository | 185.180 GB | $35.00 | $6,481.30 |
| 02/2015 | HST161 – OCR9 for Loaded Data (creation of searchable images) | 3,370 pages | $0.02 | $67.40 |
| 02/2015 | HST626 – Relativity License Fee | 42 licenses | $75.00 | $3,150.00 |
| 02/2015 | HST756 – Billable storage fee (GB) for the eDiscovery Relativity repository | 2,933.450 GB | $15.00 | $44,002.34 |
| 02/2015 | PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| 03/2015 | HST142 – Upload production s(Images, natives, text and metadata) to the eDiscovery Relativity hosted repository | 141.240 GB | $35.00 | $4,943.40 |
| 03/2015 | HST626 – Relativity License Fee | 42 licenses | $75.00 | $3,150.00 |
| 03/2015 | HST756 – Billable storage fee (GB) for the eDiscovery Relativity repository | 2,989.032 GB | $15.00 | $44,835.49 |
| 03/2015 | PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| 04/2015 | HST142 – Upload production s(Images, natives, text and metadata) to the eDiscovery Relativity hosted repository | 28.770 GB | $25.00 | $1,006.95 |
| 04/2015 | HST161 – OCR text creation for search capability | 43 pages | $0.02 | $0.86 |
| 04/2015 | HST626 – Relativity License Fee | 42 licenses | $75.00 | $3,150.00 |
| 04/2015 | HST756 – Billable storage fee (GB) for the eDiscovery Relativity repository | 3,003.620 GB | $15.00 | $45,054.30 |
| 04/2015 | PRO128 – Client media storage | 2 files | $10.00 | $20.00 |

| Month | Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|---|
| 04/2015 | PRO250 – Conversion of images to .PDFs | 713 pages | $0.02 | $14.26 |
| 04/2015 | PRO260 – Conversion of native files to TIFF images | 43 pages | $0.01 | $0.43 |
| **TOTAL** | | | | **$201,773.40** |