IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------x
:
In re                                                      :   Chapter 11
                                                           :
ENERGY FUTURE HOLDINGS CORP., ET AL.,                      :   Case No. 14-10979 (CSS)
                                                           :
                                    Debtors.               :   (Jointly Administered)
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Angela M. Nguyen, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communications agent for the Official Committee of Unsecured Creditors, in the above-captioned cases.

On August 21, 2015 at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail on the service list attached hereto as **Exhibit A**:

- Objection of the EFH Official Committee to Motion of Energy Future Holdings Corp., et al. for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization **(Docket No. 5649)**

Dated: August 24, 2015

_____
Angela M. Nguyen
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California        )
                           ) ss
County of Los Angeles      )

Subscribed and sworn to (or affirmed) before me on this 24th day of August 2015, by Angela M. Nguyen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# Exhibit A

| CreditorName | CreditorNoticeName | EMAIL |
|---|---|---|
| ABRAMS & BAYLISS LLP | KEVIN G. ABRAMS & JOHN M. SEAMAN | abrams@abramsbayliss.com; seaman@abramsbayliss.com |
| ADA CARBON SOLUTIONS | (RED RIVER ENVIRONMENTAL PRODUCTS) | PETER.HANSEN@ADA-CS.COM; INFO@ADA-CS.COM |
| AKERMAN LLP | ATTN: SUNDEEP S. SIDHU | sunny.sidhu@akerman.com; andrea.hartley@akerman.com; jules.cohen@akerman.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI | idizengoff@akingump.com; aqureshi@akingump.com; sbaldini@akingump.com; mlahaie@akingump.com; rboller@akingump.com; ccarty@akingump.com; lzahradka@akingump.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: SCOTT ALBERINO; JOANNA NEWDECK | salberino@akingump.com; jnewdeck@akingump.com |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN COURTENEY F HARRIS | bnkatty@aldineisd.org |
| ALVAREZ & MARSAL | ATTN: PAUL KINEALY | pkinealy@alvarezandmarsal.com |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM | PKIM@AMSTOCK.COM |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL | PKIM@AMSTOCK.COM |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ | wbowden@ashby-geddes.com; gtaylor@ashby-geddes.com |
| BAILEY BRAUER PLLC | ATTN: BENJAMIN L. STEWART | bstewart@baileybrauer.com |
| BAKER BOTTS LLP | ATTN: JAMES PRINCE; OMAR J. ALANIZ | jim.prince@bakerbotts.com; omar.alaniz@bakerbotts.com |
| BALLARD SPAHR LLP | ATTN MATTHEW G SUMMERS | summersm@ballardspahr.com |
| BARNES & THORNBURG LLP | DAVID M POWLEN | David.Powlen@btlaw.com; Kevin.Collins@btlaw.com |
| BARNES & THORNBURG LLP | DEBORAH L THORNE | Deborah.Thorne@btlaw.com |
| BARNES & THORNBURG LLP | KEVIN G COLLINS | Kevin.Collins@btlaw.com |
| BARNES & THORNBURG LLP | PAULA K JACOBI | pjacobi@btlaw.com |
| BAYARD PA | ATTN NEIL B GLASSMAN | nglassman@bayardlaw.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KEVIN M. CAPUZZI | kcapuzzi@beneschlaw.com |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECHE; STANLEY TARR | debaecke@blankrome.com; tarr@blankrome.com |
| BLANK ROME LLP | ATTN: MICHAEL B. SCHAEDLE | schaedle@blankrome.com |
| BLUME  FAULKNER  SKEEN & NORTHAM PLLC | ATTN: BRETTON C. GERARD | bgerard@bfsnlaw.com |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN | dludman@brownconnery.com |
| BROWN RUDNICK LLP | ATTN: EDWARD WEISFELNER ESQ | eweisfelner@brownrudnick.com |
| BROWN RUDNICK LLP | ATTN: HOWARD SIEGEL ESQ | hsiegel@brownrudnick.com |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY | JCOFFEY@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP | ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ | jjonas@brownrudnick.com; astrehle@brownrudnick.com; jcoffey@brownrudnick.com |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN | REPEDERSEN@BRYANCAVE.COM |
| BRYAN CAVE LLP | ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON | stephanie.wickouski@bryancave.com; michelle.mcmahon@bryancave.com |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON | schristianson@buchalter.com |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: KATHLEEN A. MURPHY | kathleen.murphy@bipc.com |
| CARROLLTON FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT | C/O DANIEL K BEARDEN | bearden@txschoollaw.com |
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE, DAVID M. LEMAY AND | hseife@chadbourne.com; dlemay@chadbourne.com; crivera@chadbourne.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: SCOTT COUSINS; MARK OLIVERE | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CIARDI CIARDI & ASTIN | ATTN: DANIEL ASTIN; JOHN MCLAUGHLIN, JR.; | jmcmahon@ciardilaw.com |
| CITIBANK, N.A. | ATTN: ANNEMARIE E. PAVCO | ANNEMARIE.E.PAVCO@CITI.COM |
| CITIBANK, N.A. | ATTN: ERIC O. LIGAN, VICE PRESIDENT | ERIC.LIGAN@CITI.COM |
| CITIBANK, N.A. | BANK LOAN SYNDICATIONS DEPARTMENT | GLAGENTOFFICEOPS@CITI.COM |
| CITIBANK, N.A. | ATTN: OWEN COYLE | OWEN.LEONARD.COYLE@CITI.COM; SHANE.AZZARA@CITI.COM; KIRKWOOD.ROLAND@CITI.COM; ALLISTER.CHAN@CITI.COM; CHIDO.UGOCHUKWU@CITI.COM |
| CITIBANK, N.A. | ATTN: RYAN FALCONER | RYAN.FALCONER@CITI.COM |
| CITIBANK, N.A. | ZORI MIGLIORINI,STANDBY LETTER | ZORIJANA.MIGLIORINI@CITI.COM |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY | chris.mosley@fortworthtexas.gov |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID | tmoloney@cgsh.com; soneal@cgsh.com; hkhalid@cgsh.com |
| COHEN & GRIGSBY, P.C. | ATTN: THOMAS D. MAXSON | tmaxson@cohenlaw.com |
| COHEN & GRIGSBY, P.C. | ATTN: WILLIAM E. KELLEHER, JR. | wkelleher@cohenlaw.com |
| COLE SCHOTZ PC | NORMAN L PERNICK J. KATE STICKLES | npernick@coleschotz.com; kstickles@coleschotz.com |
| COLE SCHOTZ PC | WARREN A USATINE | wusatine@coleschotz.com |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. | tina.vitale@computershare.com |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | alessandra.pansera@computershare.com |

Exhibit A
Core/2002 Service List - Electronic Mail

| CreditorName | CreditorNoticeName | EMAIL |
|---|---|---|
| COWLES & THOMPSON | ATTN: STEPHEN C. STAPLETON | sstapleton@cowlesthompson.com |
| COZEN O'CONNOR | ATTN: MARK E. FELGER | mfelger@cozen.com |
| CRAVATH, SWAINE & MOORE LLP | MICHAEL A PASKIN ESQ | mpaskin@cravath.com |
| CROSS & SIMON, LLC | ATTN: MICHAEL J. JOYCE | mjoyce@crosslaw.com |
| CROWE & DUNLEVY, PC | ATTN: JUDY HAMILTON MORSE | judy.morse@crowedunlevy.com |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E. HORWITZ | SANDRA.HORWITZ@CSCGLOBAL.COM |
| DAVIS POLK & WARDWELL LLP | ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; | efh.service@davispolk.com |
| DEUTSCHE BANK | ATTN: MARCUS M. TARKINGTON | MARCUS.TARKINGTON@DB.COM; AGENCY.TRANSACTIONS@DB.COM |
| DORSEY & WHITNEY DELAWARE LLP | ATTN ERIC LOPEZ SCHNABEL; ROBERT W MALLARD; ALESSANDRA GLO | schnabel.eric@dorsey.com; mallard.robert@dorsey.com; glorioso.alessandra@dorsey.com |
| DRINKER BIDDLE & REATH LLP | ATTN: HOWARD A. COHEN & ROBERT K. MALONE | howard.cohen@dbr.com; robert.malone@dbr.com |
| DYKEMA GOSSETT PLLC | ATTN: JEFFREY R. FINE | jfine@dykema.com |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) | Ronald.Rowland@rms-iqor.com |
| ENERGY FUTURE HOLDINGS CORP ET AL | ATTN: ANDREW M WRIGHT | wbowden@ashby-geddes.com;gtaylor@ashby-geddes.com |
| EPIQ BANKRUPTY SOLUTIONS, LLC | ATTN: JAMES KATCHADURIAN, E.V.P. | jkatchadurian@epiqsystems.com; sgarabato@epiqsystems.com |
| EPSTEIN BECKER & GREEN PC | STEPHANIE G LERMAN | slerman@ebglaw.com |
| EPSTEIN BECKER & GREEN PC | WENDY G MARCARI | wmarcari@ebglaw.com |
| FOLEY & LARDNER LLP | ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ | hkaplan@foley.com; mhebbeln@foley.com; lapeterson@foley.com |
| FOX ROTHSCHILD LLP | ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD | jschlerf@foxrothschild.com; jstrock@foxrothschild.com; jbird@foxrothschild.com |
| FRANKGECKER LLP | Joseph D Frank Frances Gecker Reed Heiligman | jfrank@fgllp.com; fgecker@fgllp.com; rheiligman@fgllp.com |
| FRANKGECKER LLP | JOSEPH D FRANK REED HEILIGMAN | jfrank@fgllp.com; rheiligman@fgllp.com |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | ATTN: BRAD E. SCHELER, GARY L. KAPLAN & | brad.eric.scheler@friedfrank.com; gary.kaplan@friedfrank.com; matthew.roose@friedfrank.com |
| GARDERE WYNNE SEWELL LLP | ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN | jmelko@gardere.com; mriordan@gardere.com |
| GAY, MCCALL, ISAACKS, GORDON & ROBERTS, P.C. | ATTN: DAVID MCCALL | bankruptcy@gmigr.com |
| GAY, MCCALL, ISAACKS, GORDON & ROBERTS, P.C. | ATTN: DUSTIN L. BANKS | sgbankruptcy@ntexas-attorneys.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | GARY F SEITZ | gseitz@gsbblaw.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL G. BUSENKELL | mbusenkell@gsbblaw.com |
| GIBBONS PC | DALE E BARNEY | dbarney@gibbonslaw.com |
| GIBBONS PC | NATASHA M SONGONUGA | nsongonuga@gibbonslaw.com |
| GOODWIN PROCTER LLP | ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW | wweintraub@goodwinprocter.com; kjarashow@goodwinprocter.com |
| GREGORY D. WILLARD, ESQ. | | gregoryd.willard@gmail.com |
| HAYNES AND BOONE LLP | ATTN: JONATHAN HOOK | jonathan.hook@haynesboone.com |
| HAYNES AND BOONE LLP | ATTN: PATRICK L. HUGHES | patrick.hughes@haynesboone.com |
| HAYNES AND BOONE, LLP | ATTN: IAN T. PECK | ian.peck@haynesboone.com |
| HCL AMERICA INC | ATTN: RAGHU RAMAN LAKSHMANAN | RLAKSHMANAN@HCL.COM |
| HILLER & ARBAN LLC | ADAM HILLER BRIAN ARBAN JOHNNA M DARBY | ahiller@hillerarban.com; barban@hillerarban.com; jdarby@hillerarban.com |
| HINCKLEY ALLEN | ATTN: JENNIFER V. DORAN | jdoran@hinckleyallen.com |
| HOGAN MCDANIEL | ATTN: DANIEL K HOGAN ESQ | dkhogan@dkhogan.com |
| HOGAN MCDANIEL | ATTN: GARVAN F MCDANIEL ESQ | gfmcdaniel@dkhogan.com |
| HOLLAND & KNIGHT LLP | CHRISTINE C RYAN | christine.ryan@hklaw.com |
| HOLT TEXAS LTD, D/B/A HOLT CAT | ATTN: MICHAEL PURYEAR, ESQ., GENERAL COUNSEL | MICHAEL.PURYEAR@HOLTCAT.COM |
| JACKSON WALKER, LLP | ATTN: MONICA S. BLACKER | mblacker@jw.com |
| JACKSON WALKER, LLP | ATTN: J. SCOTT ROSE | srose@jw.com |
| JENNER & BLOCK | RICHARD LEVIN ESQ | rlevin@jenner.com |
| JENNER & BLOCK | VINCENT E LAZAR ESQ | vlazar@jenner.com |
| JONES DAY | ATTN: MICHAEL L. DAVITT | MLDAVITT@JONESDAY.COM |
| JONES DAY | ATTN: PATRICIA VILLAREAL | PJVILLAREAL@JONESDAY.COM |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | ATTN: DAVID ROSNER ESQ, ANDREW GLENN ESQ & | DRosner@kasowitz.com; AGlenn@kasowitz.com; DFliman@kasowitz.com |
| KELLEY DRYE & WARREN LLP | ATTN: JAMES S. CARR, BENJAMINN D. FEDER & | kdwbankruptcydepartment@kelleydrye.com |
| KELLY HART & HALLMAN LLP | ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ | michael.mcconnell@kellyhart.com; katherine.thomas@kellyhart.com |
| KIRKLAND & ELLIS LLP | ATTN: JAMES H.M. SPRAYREGEN, P.C. | james.sprayregen@kirkland.com; chad.husnick@kirkland.com; steven.serajeddini@kirkland.com |

| CreditorName | CreditorNoticeName | EMAIL |
|---|---|---|
| KIRKLAND & ELLIS LLP | ATTN: RICHARD CIERI ESQ, EDWARD SASSOWER PC | richard.cieri@kirkland.com; edward.sassower@kirkland.com; stephen.hessler@kirkland.com; brian.schartz@kirkland.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: RAYMOND H. LEMISCH | rlemisch@klehr.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; | tmayer@kramerlevin.com; ghorowitz@kramerlevin.com; jbrody@kramerlevin.com; pbentley@kramerlevin.com |
| LACKEY HERSHMAN, LLP | ATTN: JAMIE R WELTON ESQ | jrw@lhlaw.net |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS & MATTHEW B. MCGUIRE | landis@lrclaw.com; mcguire@lrclaw.com |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO VICE PRESIDENT | FRANK.GODINO@LAWDEB.COM |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT | pwp@pattiprewittlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE WADE SANDERS | austin.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P DILLMAN ESQ | houston_bankruptcy@publicans.com |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | ATTN: GEOFFREY GAY ESQ | ggay@lglawfirm.com |
| LOCKE LORD LLP | ATTN: C. DAVIN BOLDISSAR ESQ | nobankecf@lockelord.com |
| LOCKE LORD LLP | ATTN PHILIP EISENBERG | peisenberg@lockelord.com |
| LOWER COLORADO RIVER AUTHORITY | LOWER CO RIVER AUTHORITY TRANSMISSION (LCRA TSC) | bill.medaille@lcra.org |
| MANION GAYNOR & MANNING LLP | ATTN: MARC PHILLIPS ESQ | mphillips@mgmlaw.com |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT & AMY D. BROWN | jhuggett@margolisedelstein.com; abrown@margolisedelstein.com |
| MASLON EDELMAN BORMAN & BRAND LLP | ATTN CLARK T WHITMORE; ANA CHILINGARISHVILI; KOREY G KALLSTR | clark.whitmore@maslon.com; ana.chilingarishvili@maslon.com; korey.kallstrom@maslon.com |
| MCCATHERN, PLLC | ATTN: JONATHAN L. HOWELL | jhowell@mccathernlaw.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | ATTN: LEE GORDON | decourts@mvbalaw.com; vickie.covington@mvbalaw.com |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | DAVID P PRIMACK | dprimack@mdmc-law.com |
| MCKOOL SMITH | ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY | pgoodman@mckoolsmith.com;mcarney@mckoolsmith.com |
| MCKOOL SMITH | ATTN: PAUL D. MOAK, ESQ. | pmoak@mckoolsmith.com |
| MICHAEL G. SMITH | | mikesmith1973@sbcglobal.net |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, EVAN R. FLECK & | ddunne@milbank.com; efleck@milbank.com; kgartenberg@milbank.com |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: JONATHAN BROWN | JBROWN@MILBANK.COM |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT | deecf@dor.mo.gov |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN NATALIE D RAMSEY DAVIS LEE WRIGHT MARK FINK | nramsey@mmwr.com; dwright@mmwr.com; mfink@mmwr.com |
| MORGAN LEWIS & BOCKIUS | ATTN: JULIA FROST-DAVIES | julia.frost-davies@morganlewis.com; christopher.carter@morganlewis.com |
| MORRIS JAMES LLP | ATTN: STEPHEN M. MILLER | smiller@morrisjames.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY | dabbott@mnat.com; aremming@mnat.com; efay@mnat.com |
| MORRISON & FOERSTER LLP | ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ | jpeck@mofo.com; bmiller@mofo.com; lmarinuzzi@mofo.com; thumphreys@mofo.com |
| MUNGER TOLLES & OLSON LLP | THOMAS B WALPER TODD J ROSEN | thomas.walper@mto.com; john.spiegel@mto.com; todd.rosen@mto.com; seth.goldman@mto.com |
| MUNSCH HARDT KOPF & HARR PC | ATTN: KEVIN M LIPPMAN ESQ | klippman@munsch.com |
| MUNSCH HARDT KOPF & HARR PC | ATTN: RUSSELL L MUNSCH ESQ | rmunsch@munsch.com |
| NAMAN HOWELL SMITH & LEE PLLC | ATTN KERRY L HALIBURTON | haliburton@namanhowell.com |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN | jody.bedenbaugh@nelsonmullins.com; george.cauthen@nelsonmullins.com |
| NIXON PEABODY | ATTN CHRISTOPHER FOND ESQ | cfong@nixonpeabody.com |
| NIXON PEABODY | ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN | rpedone@nixonpeabody.com; adarwin@nixonpeabody.com |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | ATTN: HAL MORRIS & ASHLEY BARTRAM | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ANDREA SCHWARTZ | andrea.b.schwartz@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER | richard.schepacarter@usdoj.gov |
| O'KELLY ERNST & BIELLI LLC | DAVID M KLAUDER SHANNON J DOUGHERTY | dklauder@oeblegal.com; sdougherty@oeblegal.com |
| O'MELVENY & MYERS LLP | ATTN: GEORGE A. DAVIS | gdavis@omm.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN | ljones@pszjlaw.com; rfeinstein@pszjlaw.com |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT B GUINEY | dalowenthal@pbwt.com; cdent@pbwt.com; bguiney@pbwt.com |

Exhibit A
Core/2002 Service List - Electronic Mail

| CreditorName | CreditorNoticeName | EMAIL |
|---|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN | akornberg@paulweiss.com; kcornish@paulweiss.com; bhermann@paulweiss.com; jadlerstein@paulweiss.com |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE CHIEF COUNSEL | amador.desiree@pbgc.gov; efile@pbgc.gov |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: JON CHATALIAN | chatalian.jon@pbgc.gov; efile@pbgc.gov |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA CALVO ESQ | ebcalvo@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: OWEN M SONIK ESQ | houbank@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: JOHN T BANKS ESQ | jbanks@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LP | ATTN: JEANMARIE BAER | hbky@pbfcm.com |
| PERKINS COIE LLP | TINA N MOSS | TMoss@perkinscoie.com |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | ATTN: GREGORY T. DONILON, ESQ. | gdonilon@pwujlaw.com |
| POLSINELLI PC | ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ | cward@polsinelli.com; jedelson@polsinelli.com; skatona@polsinelli.com |
| POLSINELLI PC | ATTN: EDWARD FOX ESQ | efox@polsinelli.com |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP | ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT | matchley@popehardwicke.com; mtaplett@popehardwicke.com |
| POTTER ANDERSON & CORROON LLP | ATTN: JEREMY RYAN ESQ | jryan@potteranderson.com |
| PROSKAUER ROSE LLP | JEFF J. MARWIL MARK K. THOMAS PETER J. YOUNG | jmarwil@proskauer.com; mthomas@proskauer.com; pyoung@proskauer.com |
| PURDUE AWSUMB & BAUDLER PA | C/O AMY R BAUDLER | amy@purduelaw.com |
| QUARLES & BRADY LLP | ATTN: HOHN A. HARRIS; JASON D. CURRY | john.harris@quarles.com; jason.curry@quarles.com |
| REED SMITH LLP | ATTN: AMY M. TONTI, ESQ. | atonti@reedsmith.com |
| REED SMITH LLP | ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON | kgwynne@reedsmith.com; klawson@reedsmith.com |
| REED SMITH LLP | ATTN: RICHARD A. ROBINSON | rrobinson@reedsmith.com |
| REED SMITH LLP | | rrobinson@reedsmith.com |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ | collins@rlf.com; defranceschi@rlf.com; madron@rlf.com |
| RIDDELL WILLIAMS PS | ATTN JOSEPH E SHICKICH; HILARY B MOHR | jshickich@riddellwilliams.com; hmohr@riddellwilliams.com |
| ROPES & GRAY LLP | MARK R. SOMERSTEIN | MARK.SOMERSTEIN@ROPESGRAY.COM |
| SATTERLEE STEPHENS BURKE & BURKE LLP | CHRISTOPHER R BELMONTE PAMELA A BOSSWICK | cbelmonte@ssbb.com; pbosswick@ssbb.com |
| SAUL EWING LLP | LUCIAN B MURLEY | lmurley@saul.com |
| SAUL EWING LLP | ATTN: MARK MINUTI ESQ | mminuti@saul.com |
| SCHNADER HARRISON SEGAL & LEWIS LLP | RICHARD A BARKASY | rbarkasy@schnader.com |
| SEARCY & SEARCY, P.C. | CALLAN CLARK SEARCY | joshsearcy@jrsearcylaw.com; jrspc@jrsearcylaw.com |
| SEWARD & KISSEL LLP | ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES | ashmead@sewkis.com; das@sewkis.com; alves@sewkis.com |
| SHEARMAN & STERLING LLP | ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ | fsosnick@shearman.com; ned.schodek@shearman.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON | george.panagakis@skadden.com; carl.tullson@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: JAY M. GOFFMAN | jay.goffman@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: MARK S. CHEHI; KRISTHY M. PEGUERO | mchehi@skadden.com |
| SMITH, KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M. MILLER | kmiller@skjlaw.com |
| SNELL & WILMER LLP | ATTN: DAVID E. LETA | dleta@swlaw.com |
| SQUIRE SANDERS (US) LLP | ATTN: STEPHEN D. LERNER & ANDREW M. SIMON | stephen.lerner@squiresanders.com; andrew.simon@squiresanders.com |
| STEFFES VINGIELLO & MCKENZIE LLC | ATTN NOEL STEFFES MELANCON | nmelancon@steffeslaw.com |
| STEVENS & LEE PC | JOSEPH H HUSTON JR | jhh@stevenslee.com |
| STREUSAND, LANDON & OZBURN, LLP | ATTN: SABRINA L. STREUSAND | streusand@slollp.com |
| SULLIVAN & CROMWELL LLP | ANDREW G DIETDERICH BRIAN D GLUECKSTEIN MICHAEL H TORKIN | dietdericha@sullcrom.com; gluecksteinb@sullcrom.com; torkinm@sullcrom.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: ELIHU E. ALLINSON, III | zallinson@sha-llc.com |
| SUTHERLAND, ASBILL & BRENNAN LLP | ATTN: LINO MENDIOLA | lino.mendiola@sutherland.com |
| TAYLOR ENGLISH DUMA LLP | ATTN: STEPHEN C. GREENBERG | sgreenberg@taylorenglish.com |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | dennis.roemlein@bnymellon.com |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | RAFAEL.MARTINEZ@BNYMELLON.COM |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | THOMAS.VLAHAKIS@BNYMELLON.COM |
| THE TAUBMAN COMPANY AND THE TAUBMAN LANDLORDS | ATTN: ANDREW S CONWAY ESQ | aconway@taubman.com |
| THE UNIVERSITY OF TEXAS SYSTEM | TRACI L COTTON OFFICE OF GENERAL COUNSEL | tcotton@utsystem.edu |
| THOMPSON COBURN LLP | ATTN: DAVID D. FARRELL | dfarrell@thompsoncoburn.com |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY | kay.brock@co.travis.tx.us |
| TROUTMAN SANDERS LLP | ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ & BRETT GOODMA | hugh.mcdonald@troutmansanders.com; louis.curcio@troutmansanders.com; brett.goodman@troutmansanders.com; |
| TUCKER ARENSBERG, P.C. | ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ | jblask@tuckerlaw.com; lshipkovitz@tuckerlaw.com |
| TW TELECOM INC | ATTN LINDA BOYLE | bankruptcylegal@level3.com |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 4 of 5

Exhibit A
Core/2002 Service List - Electronic Mail

| CreditorName | CreditorNoticeName | EMAIL |
|---|---|---|
| UMB BANK, N.A. | ATTN: LAURA ROBERSON VICE PRESIDENT | LAURA.ROBERSON@UMB.COM |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON | mkilgore@up.com; jlanderso1@up.com |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: MATTHEW J TROY ESQ CIVIL DIVISION | matthew.troy@usdoj.gov |
| VARNUM LLP | ATTN MARY KAY SHAVER | mkshaver@varnumlaw.com |
| VEDDER PRICE PC | ATTN: MICHAEL L. SCHEIN, ESQ. | mschein@vedderprice.com |
| VENABLE LLP | ATTN: JAMIE L. EDMONSON | jledmonson@venable.com |
| VENABLE LLP | ATTN: JEFFREY S. SABIN ESQ | jssabin@Venable.com |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT | rgmason@wlrk.com; ekleinhaus@wlrk.com; awitt@wlrk.com |
| WEINSTEIN RADCLIFF LLP | ATTN: GREGORY M. WEINSTEIN | gweinstein@weinrad.com |
| WEIR & PARTNERS LLP | ATTN JEFFREY S CIANCIULLI | jcianciulli@weirpartners.com |
| WERB & SULLIVAN | J JACKSON SHRUM DUANE D WERB | jshrum@werbsullivan.com; dwerb@werbsullivan.com |
| WEYERHAEUSER CO. | ATTN: ALEXIS MCDONALD | alexis.mcdonald@weyerhaeuser.com |
| WHITE & CASE LLP | ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER | cshore@whitecase.com; gstarner@whitecase.com |
| WHITE & CASE LLP | ATTN: THOMAS LAURIA; MATTHEW BROWN | tlauria@whitecase.com; mbrown@whitecase.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: BENJAMIN LOVELAND ESQ | benjamin.loveland@wilmerhale.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN P ANKER, C PLATT, D JENKINS, G SHUSTER | philip.anker@wilmerhale.com; charles.platt@wilmerhale.com; dennis.jenkins@wilmerhale.com; george.shuster@wilmerhale.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ | philip.anker@wilmerhale.com; george.shuster@wilmerhale.com |
| WILMINGTON SVGS FUND SOCIETY | ATTN: PATRICK J. HEALY | PHEALY@CHRISTIANATRUST.COM |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, ESQ. | dneier@winston.com |
| WOMAC LAW | ATTN BRIAN D WOMAC, STACEY L. KREMLING | brian@womaclaw.com; stacey@womaclaw.com |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN FRANCIS A MONACO JR KEVIN J MANGAN | fmonaco@wcsr.com; kmangan@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN KEVIN J MANGAN | kmangan@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN: STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS | mdesgrosseilliers@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN: MARK L. DESGROSSEILLIERS ESQ | mdesgrosseilliers@wcsr.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; | pmorgan@ycst.com; jwaite@ycst.com; rbartley@ycst.com; amagaziner@ycst.com |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 5 of 5