# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/25/15 at 9:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andy McGaan | Kirkland & Ellis | Debtors |
| Edward Sassower | " | " |
| Mark McKane | " | " |
| Chad Husnick | " | " |
| Brian Schartz | " | " |
| Natalie Ramsey | Montgomery McCracken | EFH Committee |
| David Primack | Neary Deutsch Mulvaney Capital | TCEH Debtors |
| Alan Kornberg, Moses Silverman | Paul Weiss Rifkind Wharton & Garrison | Ad Hoc Committee of TCEH First Lien Creditors |
| Jacob Adlerstein, Andrew Bernstein | | |
| Zachary K. Morgan | Young Conaway | PIMCO |
| Jamie Edmonson | " | " |
| Jeffrey Sabin | | |
| Ray Lemisch | Klehr Harrison | UMB Bank N.A. |
| Richard L. Schepacarter | USDOJ-OUST | U.S. Trustee |
| Jeffrey L. Jonas | Brown Rudnick | WSFS & Second Liens |
| Justin Alberto | Bayard | Delaware Trust Co. |
| Kimberly EC Lawson | Reed Smith LLP | BNYM & BNYMTC |
| Kurt F Gwynne | " | " |
| Mark Stout | Proskauer | EFIT |
| Vincent Lazar | Jenner & Block | EFIT |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/25/15 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey S. Sabin | Venable LLP | Pimco |
| Joshua Brody | Stroock Stroock & Lavan Frankel | Second Lien Indenture Trustee |
| Rachael Ringer | Kramer Levin Naftalis Frankel | Second Lien Indenture Trustee |
| Colin R Robinson | Pachulski Stang Ziehl & Jones | Second Lien Indenture Trustee |
| Joseph Wright | Landis Rath & Cobb | Alcoa Inc. |
| Peter S. Goodman | McKool Smith, PC | Alcoa Inc. |
| Ned Schodek | Shearman & Sterling | Deutsche Bank New York |
| R. Stephen McNeill | Potter Anderson & Corroon | " |
| Steven L. Holley | Sullivan & Cromwell | EFH Committee |
| Brian Glueckstein | Sullivan & Cromwell | EFH Committee |
| Rich. Pedone | Nixon Peabody | American Stock Transfer as EFH Trustee |
| Howard Cohen | Drinker Biddle & Reath | Citibank, N/A Agent |
| Chris Ward | Polsinelli | TCEH Committee |
| Brett Miller | MoFo | TCEH Committee |
| Chet Kerr | MoFo | TCEH Committee |
| Dan Harris | MoFo | TCEH Committee |
| Stephen Miller | Morris James LLP | Law Debenture as Indenture Trustee |
| Daniel Lowenthal | Patterson Belknap | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 8/25/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Philip Anker | Wilmer Hale | Delaware Trust Co / EFIH 1st Liens |
| Dan DeFrancesch | Richards Layton + Finger | " " " |
| Jason Madron | " " " | Debtors |
| Shannon J. Dougherty | O'Kelly Ernst + Bielli, LLC | Debtor Energy Future Holdings Corp |
| Kate Stickles | Cole Schotz PC | Delaware Trust Co Indenture Trustee |
| Thomas Walper | Munger Tolles & Olson | TCEH EFH |
| Bill Bowden | Ashby & Geddes | WSFS 2nd Lien Creditor |
| Joseph H. Huston, Jr. | Stevens & Lee | EFIH Second Conflicts |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Calendar Date: 08/25/2015
Calendar Time: 10:00 AM ET

1st Revision 08/24/2015 03:30 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7113402 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7116399 | Kevin S. Allred | 213-683-9146 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7114671 | Monica S. Blacker | (214) 953-6000 | Jackson Walker LLP | Interested Party, Holt Cat Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7112936 | Trevor Broad | (212) 474-1000 | Cravath Swaine & Moore LLP | Representing, Energy Future Independent Holding Co. LLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7112720 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, CitiBank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7113335 | Philip E. Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7113385 | Stephen Burnazian | (212) 878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7116473 | Emily A Bussigel | (213) 683-9212 ext. 2428 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7115820 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7113716 | Kevin CoCo | 212-450-3022 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7114649 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7107380 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |

Peggy Drasal ext. 802

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7115466 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7116254 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, DK Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7103705 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7114947 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7114690 | Philip G. Eisenberg | (713) 226-1304 | Locke Lord LLP | Interested Party, Locke Lord LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7115808 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, Energy Future Holding / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7113363 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7103409 | Jeffrey R. Fine | (214) 462-6455 | Dykema Gossett PLLC | Interested Party, Tex-la Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7112821 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, EFH Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7114589 | Moshe Fink | (212) 542-4736 ext. 00 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7112359 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7114636 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7113354 | Patrick Fleury - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7110605 | Beret Flom | (212) 408-5239 | Chadbourne & Parke LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7114600 | Julia Frost-Davies | (617) 951-8422 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7114450 | Anna E. Grace | (202) 514-4091 | United States Department of Justice | Creditor, Environmental Protection Agency / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7104473 | Xiaoyu Gu | (952) 984-4078 | CarVal Investors | Creditor, Carval Investors / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7112833 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7113308 | Mark W. Hancock | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7114635 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7112289 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Equity Sponsors / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7103715 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7115020 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7114641 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7113372 | Matthew Kimble | (212) 878-3504 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7113285 | Matthew W. Kinskey | (202) 887-4516 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7115473 | Scott E. Koerner | (212) 704-6137 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7113208 | Charles Koster | (212) 819-7845 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7112138 | Alexa J. Kranzley | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7114466 | Avi Kripalani - Client | (212) 303-9480 | Halcyon Asset Management | Interested Party, Halcyon Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7113338 | Ari D. Kunofsky | (202) 353-9187 | U.S. Department of Justice | Creditor, United States of America / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7100009 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7110201 | Kevin M. Lippman | (214) 855-7553 | Munsch Hardt Kopf & Harr, P.C. | Creditor, ERCOT / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | Party |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7112787 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7112372 | Jeff Marwil | (312) 962-3540 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7112303 | Richard G. Mason | (212) 403-1252 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7114585 | Luckey McDowell | (214) 953-6571 | Baker Botts LLP | Interested Party, Hunt Utility Services / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7103335 | Sean Mitchell | (212) 373-3885 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Ad Hoc Committee of TCEH First Lien Creditors / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7104506 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7113251 | Tina Moss | (212) 262-6900 | Perkins Coie LLP | Trustee, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7113347 | Jason New-Client | (302) 571-6727 | GSO Capital Partners | Interested Party, Solus LP / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7114499 | Meredith S. Parkinson | (617) 951-7000 | Ropes & Gray, LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7114830 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7104901 | Brian Pfeiffer | (212) 756-2157 | Schulte Roth & Zabel LLP | Creditor, Centerbridge / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7114828 | Daniel Pine | (212) 500-3158 | Marathon Asset Management | Creditor, Marathon Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7113390 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7106460 | Frank Rizzaro | (212) 528-8091 | Barclays | Interested Party, Frank Rizzaro / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7113314 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advisors) LP | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7116428 | Brad R Schneider | (213) 683-9100 ext. 9237 | Munger, Tolles & Olson LLP | Debtor,Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7114558 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |

Peggy Drasal ext. 802

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

| Debtor | Case Number | Proceeding | CourtCall ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7113322 | Andrea B. Schwartz | 302-573-6491 | Office of the US Trustee | U.S. Trustee, Andrea Schwartz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7114784 | George W. Shuster, Jr. | 617-526-6572 | Wilmer Cutler Pickering Hale & Dorr, LLP | Creditor, Marathon Asset Management / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7115357 | Richard A. Stieglitz | (212) 701-3393 ext. 00 | Cahill Gordon & Reindel | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7116466 | Mark Taub | (917) 597-8954 | Mohawk Capital, LLC | Interested Party, Mohawk Capital, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7112584 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7112379 | Mark K. Thomas | (312) 962-3550 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7112943 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7104937 | Brian Tong | (212) 756-2159 | Schulte Roth & Zabel LLP | Creditor, Centerbridge / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7114962 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7112312 | Austin Witt | (212) 403-1152 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7103712 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7113327 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7113156 | Daniel Zazove | 312-324-8605 | Perkins Coie LLP | Trustee, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7112321 | Steven Zelin | 212-583-5886 | The Blackstone Group | Interested Party, Texas Energy Future Capital Holding and Texas Energy Future Holding / LIVE |