*Emergency Hearing*

# STATEMENT OF FACTS

Filed on August 18, 2015  Re: 5384

**Section B- Paragraph 2**

## AMENDMENT TO STATEMENT

- September 28, 1998- Stewart Associates was formed.
- June 29, 2005- JSC, TSC, and Stewart Associates merged.

## ADDITIONAL INFORMATION

**August 20, 2015**

- Marco Montemayor, an agent of mine that only gathers information for me only. He presented me with an 8K filing for Edison International in the name of Kenneth S. Stewart for 51% of the shares of Edison International. I previously submitted my TRW verifying that Kenneth Robert Stewart is a/k/a Kenneth S. Stewart.
- I pray that the Court call a emergency hearings on Edison International, EFH/EFIH ETAL. So I can be up to date in the Bankruptcy to effectively stop the unnecessary spending that affects the stock holders. Moreover, I will submit a plan for Edison International EFH/ EFIH ETAL after an emergency hearing is held. I have had no representation that has been guiding me with this bankruptcy.

Respectfully submitted,

Kenneth R. Stewart a/k/a Kenneth S. Stewart
Pro se
2028 Sandy Lane
Irving, Texas 75060
TEL: (817) 751-3280
kenstew721@gmail.com