UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2015 AUG 25 AM 8: 11

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

Texas Utilities Electric Company, Inc

Debtor(s)

§
§     CASE NO. 14-11045-CSS
            (Chapter 11)
§

## WITHDRAWAL

NOW COMES, Valwood Improvement Authority in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 6/2/14 (Claim No. 1024) in this bankruptcy case.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
Attorneys for Claimant

By: _____
ELIZABETH BANDA CALVO
State Bar No. 24012238
500 E. Border St, Suite 640
Arlington, Texas 76010
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ebcalvo@pbfcm.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 18th day of August, 2015:

| Daniel J DeFranceschi | U S Trustee |
| --- | --- |
| One Rodney Square | 844 King Street, Room 2207 |
| PO Box 551 | Lockbox #35 |
| Wilmington DE 19899 | Wilmington DE 19801 |

ELIZABETH BANDA CALVO