UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2015 AUG 25  AM 8:12

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| Texas Utilities Electric Company, Inc | § | CASE NO. 14-11045-CSS |
| Debtor(s) | | (Chapter 11) |
| | § | |

## WITHDRAWAL

NOW COMES, Highland Park ISD in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 6/2/14 (Claim No. 1025) in this bankruptcy case.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
Attorneys for Claimant

By: _____
ELIZABETH BANDA CALVO
State Bar No. 24012238
500 E. Border St, Suite 640
Arlington, Texas 76010
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ebcalvo@pbfcm.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 18th day of August, 2015:

| | |
|---|---|
| Daniel J DeFranceschi<br>One Rodney Square<br>PO Box 551<br>Wilmington DE 19899 | U S Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington DE 19801 |

_____
ELIZABETH BANDA CALVO