IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>Re: Docket No. 5703 |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | )<br>) SS<br>) |
| COUNTY OF NEW CASTLE | |

Nicole DiBiaso, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. in the above-captioned case, and that on the 24th day of August, 2015, she caused copies of the **Joinder of EFH Indenture Trustee to Objection of EFH Official Committee to Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter into and Perform Under the Plan Support Agreement** to be served upon the parties on the attached service list by first class mail.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

_____
Nicole DiBiaso

Sworn to and subscribed before me this 25th day of August, 2015.

Notary Public  Nancy McClendon

My Commission Expires: July 22, 2018

## SERVICE LIST

Edward O. Sassower, P.C.;
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801

David M. Klauder, Esq.
Shannon Dougherty, Esq.
O'KELLY, ERNST & BIELLI LLP
901 N Market St, Ste. 100
Wilmington, DE 19801

David P. Primack, Esq.
MCELROY, DEUTSCH, MUVANEY, &
CARPENTER, LLP
300 Delaware, Ste. 770
Wilmington, Delaware 19801

Joseph H. Hutson Jr, Esq.
STEVENS & LEE PC
1105 N. Market St., Ste. 700
Wilmington, DE 19801

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654

Jeff J. Marwil, Esq.
Mark K Thomas, Esq.
Peter J. Young, Esq.
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison St, Ste. 3800
Chicago, IL 60602

Thomas B. Walper, Esq.
Todd J Rosen, Esq.
Seth Goldman, Esq.
John W. Spiegel, Esq.
MUNGER, TOLLES & OLSON LLP
355 S. Grand Ave, 35th FL
Los Angeles, CA 90071

Richard Levin, Esq.
CRAVATH, SWAIN, & MOORE LLP
Worldwide Plaza
825 Eighth Ave.
New York, NY 10019-7475

Richard L. Shepacarter, Esq.
Andrea B. Schwartz, Esq.
Office of The United States Trustee
for the District of Delaware
844 King Street, Suite 2207
Wilmington, Delaware 19801

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Todd M. Goren, Esq.
Samantha Martin, Esq.
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019

Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Michael H. Torkin, Esq.
SULLIVAN & CROMWELL LLP
125 Broad St.
New York, NY 10004

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Lorenzo Marinuzzi, Esq.
Mark A. Fink, Esq.
MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP
1105 N. Market St., 15th FL
Wilmington, DE 19801