## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 495 | Solicitation and Balloting | 28.20 | $4,798.30 |
| 642 | Fee Application Prep and Related Issues | 15.80 | $3,823.60 |
| 900 | Ediscovery Services | 38.20 | $5,348.00 |
| **Totals:** | | **82.20** | **$13,969.90** |