# EXHIBIT B

## Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 0.50 | $192.50 |
| J. Helen Cook | EBS Senior Consultant III | $242.00 | 13.00 | $3,146.00 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 15.70 | $3,799.40 |
| Kathryn Mailloux | EBS Senior Consultant III | $242.00 | 2.80 | $677.60 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 0.80 | $140.80 |
| Paul Avila | EDS Project Manager | $140.00 | 2.90 | $406.00 |
| Michael Bevington | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Joshua Goodman | EDS Project Manager | $140.00 | 3.50 | $490.00 |
| Matthew Howard | EDS Project Manager | $140.00 | 8.00 | $1,120.00 |
| Jacqueline Koenig | EDS Project Manager | $140.00 | 0.50 | $70.00 |
| Beverly Laucus | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Chad Poorman | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Tanya Rivera | EDS Project Manager | $140.00 | 2.00 | $280.00 |
| Tisha Shurley | EDS Project Manager | $140.00 | 3.70 | $518.00 |
| Anthony Spicer | EDS Project Manager | $140.00 | 7.10 | $994.00 |
| Scott Umshler | EDS Project Manager | $140.00 | 6.00 | $840.00 |
| John Chau | EBS Case Manager I | $83.00 | 5.70 | $473.10 |
| Thomas Vazquez | EBS Admin Support I | $35.00 | 5.50 | $192.50 |
| **Totals:** | | | **82.20** | **$13,969.90** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."