## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 59.80 | $13,516.50 |
| 642 | Fee Application Prep and Related Issues | 16.00 | $3,872.00 |
| 900 | Ediscovery Services | 42.50 | $5,950.00 |
| **Totals:** | | **118.30** | **$23,338.50** |