## **EXHIBIT B**

### **Professionals' Information**

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 3.50 | $1,347.50 |
| J. Helen Cook | EBS Senior Consultant III | $242.00 | 16.00 | $3,872.00 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 41.40 | $10,018.80 |
| Kathryn Mailloux | EBS Senior Consultant III | $242.00 | 1.30 | $314.60 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 7.60 | $1,337.60 |
| Joshua Goodman | EDS Project Manager | $140.00 | 2.40 | $336.00 |
| Chelsea Heckathorn | EDS Project Manager | $140.00 | 4.00 | $560.00 |
| Jacqueline Koenig | EDS Project Manager | $140.00 | 2.30 | $322.00 |
| Beverly Laucus | EDS Project Manager | $140.00 | 0.50 | $70.00 |
| Michael Ouellette | EDS Project Manager | $140.00 | 13.50 | $1,890.00 |
| Merle Pete | EDS Project Manager | $140.00 | 2.00 | $280.00 |
| Margery Renn | EDS Project Manager | $140.00 | 2.00 | $280.00 |
| Sergio Riquelme | EDS Project Manager | $140.00 | 0.70 | $98.00 |
| Tanya Rivera | EDS Project Manager | $140.00 | 6.50 | $910.00 |
| Tisha Shurley | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Anthony Spicer | EDS Project Manager | $140.00 | 6.60 | $924.00 |
| Thomas Wille | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| John Chau | EBS Case Manager I | $83.00 | 6.00 | $498.00 |
| **Totals:** | | | **118.30** | **$23,338.50** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."