UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | |
| CORPORATION, et al., ) | Case No. 14-10979-CSS |
| ) | |
| Debtors. ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF THE TAUBMAN COMPANY LLC AND TAUBMAN LANDLORDS**

PLEASE TAKE NOTICE that Claimants, The Taubman Company LLC and Taubman Landlords hereby withdraw their Appearance and Request to Receive Notices, docket #1421 efiled on July 1, 2014.

Dated: August 26, 2015

Andrew S. Conway, Esq.
Attorney for The Taubman Company LLC and
Taubman Landlords

By:    /s/ Andrew S. Conway
Andrew S. Conway
200 East Long Lake Road, Suite 300
Bloomfield Hills, Michigan 48304
(248) 258-7427

23708(0.1)

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | |
| CORPORATION, et al., ) | Case No. 14-10979-CSS |
| ) | |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

Susan K. Link, being first duly sworn, deposes and says that she is an employee of The Taubman Company, and that on August 26, 2015, she served a copy of the **NOTICE OF WITHDRAWAL OF APPEARANCE OF THE TAUBMAN COMPANY LLC AND TAUBMAN LANDLORDS AND THIS CERTIFICATE OF SERVICE** via Notice of Electronic Filing and/or by enclosing the papers in sealed envelopes with first-class postage fully prepaid and depositing the envelopes and their contents in the United States mail, addressed as follows:

Richard M. Cieri, Esq.
David R. Dempsey, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

US Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

/s/ Susan K. Link
Susan K. Link

Subscribed and sworn to before me,
on this 26th day of August, 2015
   /s/ Donna Nagle
Donna Nagle, Notary Public
Oakland County, Michigan
My commission expires: 11/11/21
Acting in Oakland County, MI

23708(0.1)                                                  2