IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  |  | **Re: D.I. 3961, 4069, 4100, 4157** |

**CERTIFICATION OF COUNSEL REGARDING ORDER
APPROVING CLAIM SETTLEMENT STIPULATION BETWEEN LUMINANT
ENERGY COMPANY LLC AND CLOUD PEAK ENERGY RESOURCES LLC**

The undersigned hereby certifies as follows:

1. On March 24, 2015, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Cloud Peak Energy Resources LLC, Effective* Nunc Pro Tunc *to March 24, 2015* [D.I. 3961] (the "Motion") with this Court.[2] Pursuant to the Motion, the Debtors were seeking entry of an order of this Court authorizing Luminant Energy Company LLC ("Luminant"), one of the Debtors, to reject the Master Coal Purchase and Sale Agreement effective March 22, 2002, including any transactions, amendments or modifications thereto (the "Contract"), with Cloud Peak Energy Resources LLC ("Cloud Peak"), *nunc pro tunc* to March 24, 2015.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On March 24, 2015, the Debtors also filed the *Declaration of Robert Frenzel in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Cloud Peak Energy Resources LLC, Effective Nunc Pro Tunc to March 24, 2015* [D.I. 3962] in support of the Motion.

2. The deadline to file an objection or other response to the relief requested in the Motion was April 7, 2015 at 4:00 p.m. (EDT) (the "Objection Deadline").

3. Prior to the Objection Deadline, Cloud Peak filed *Cloud Peak Energy Resources LLC's Objection to the Motion of Energy Future Holdings Corp.,* et al. *for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Cloud Peak Energy Resources LLC, Effective* Nunc Pro Tunc *to March 24, 2015* [D.I. 4069] (the "Objection") in response to the Motion. On April 9, 2015, the Debtors filed the *Debtors' Reply to Cloud Peak Energy Resources LLC's Objection to the Motion of Energy Future Holdings Corp.,* et al.*, for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Cloud Peak Energy Resources, LLC, Effective* Nunc Pro Tunc *to March 24, 2015* [D.I. 4100] (the "Reply") in response to the Objection and in further support of the relief requested in the Motion.[3]

4. On April 14, 2015, this Court entered the *Order Approving Stipulation Between Energy Future Holdings Corp.,* et al.*, and Cloud Peak Energy Resources LLC, Effective* Nunc Pro Tunc *to March 24, 2015* [D.I. 4157] (the "Stipulated Order"). The Stipulated Order resolved certain issues raised by the Motion, but adjourned consideration of, among other things, the Debtors' proposed rejection of the Contract to a later date.

5. Since the Court entered the Stipulated Order, Luminant and Cloud Peak (together, the "Parties") have engaged in good faith, arm's length, discussions and negotiations, in an effort to resolve the Motion and the Objection and, during that time, have agreed to adjourn consideration of the Motion, the Objection and the Reply from month to month . Based on those

---

[3] On April 9, 2015, the Debtors also filed the *Supplemental Declaration of Robert Frenzel in Support of the Motion of Energy Future Holdings Corp.,* et al.*, for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Cloud Peak Energy Resources LLC, Effective* Nunc Pro Tunc *to March 24, 2015* [D.I. 4101] in connection with the Reply and in further support of the Motion.

discussions and negotiations, subject to this Court's approval, the Parties have entered into that certain *Claim Settlement Stipulation*, dated August 25, 2015 (the "Stipulation").  The Debtors have also prepared a proposed form of order (the "Proposed Order") approving the Stipulation.  A copy of the Proposed Order is attached hereto as **Exhibit A.**  A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.  Pursuant to the Stipulation, the Parties have agreed (subject to this Court's approval and as set forth in greater detail in the Stipulation) to a full and final resolution of the Motion and the Objection.

6. The Debtors therefore respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A,** at its earliest convenience.

[*Remainder of page intentionally left blank.*]

Dated: August 26, 2015
     Wilmington, Delaware

*/s/ Joseph C. Barsalona II*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com
    barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*