# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 273.00 | $153,427.50 |
| 2 | Metric Analysis | 51.75 | $33,697.50 |
| 3 | Generation Analysis | 109.50 | $60,057.50 |
| 4 | Retail Analysis | 160.00 | $78,627.50 |
| 5 | Commodity Analysis | 269.50 | $142,315.00 |
| 6 | Competitor Analysis | 36.50 | $19,705.00 |
| 7 | EBITDA Projection | 76.00 | $38,757.50 |
| 8 | Environmental Analysis | 86.00 | $51,250.00 |
| 9 | Short-Range Forecast | 25.00 | $10,980.00 |
| 10 | Capital Projects | 9.50 | $7,035.00 |
| 11 | Wholesale Operations | 65.50 | $37,600.00 |
| 12 | Retail Operations | 133.00 | $52,015.00 |
| 13 | T&D Operations | 66.00 | $26,505.00 |
| 14 | Data Collection and Diligence | 165.00 | $72,255.00 |
| 15 | Reports | 95.50 | $52,240.00 |
| 16 | Hearings | 0.00 | $0.00 |
| 17 | On-Site Diligence | 110.50 | $65,207.50 |
| 18 | Project Management | 1.00 | $750.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 164.00 | $101,205.00 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 11.00 | $4,180.00 |
| | *Continued on next page* | | |

1. Non-working travel time has been billed at 50% of actual time incurred.

RLF1 12890598v.1

# EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---:|---|---:|---:|
| 23 | Business Services Analysis | 1.00 | $720.00 |
| 24 | Retail Margins | 37.00 | $17,865.00 |
| 25 | T&D Market Research | 25.00 | $12,375.00 |
| 26 | Wholesale Market Research | 5.50 | $3,960.00 |
| 27 | Retail Market Research | 146.00 | $73,557.50 |
| 28 | Performance Analysis | 5.00 | $3,660.00 |
| 29 | Sales, General & Administrative Analysis | 7.00 | $3,800.00 |
| 30 | Portfolio Analysis | 9.00 | $5,300.00 |
| 31 | Oncor Revenue Analysis | 3.00 | $2,250.00 |
| 32 | Oncor Capital Structure | 3.00 | $1,725.00 |
| 33 | Regulatory Analysis | 3.00 | $2,160.00 |
|  |  |  |  |
|  | **Totals:** | **2,152.75** | **$1,135,182.50** |

1. Non-working travel time has been billed at 50% of actual time incurred.