# EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 168.75 | $126,562.50 |
| Jean Agras | Managing Director | $720 | 173.00 | $124,560.00 |
| Gary Germeroth | Managing Director | $720 | 138.00 | $99,360.00 |
| Dave Andrus | Director | $645 | 141.50 | $91,267.50 |
| Scott Davis | Director | $545 | 198.00 | $107,910.00 |
| Paul Harmon | Director | $575 | 23.00 | $13,225.00 |
| Tim Wang | Director | $575 | 103.50 | $59,512.50 |
| Kimberly Eckert | Managing Consultant | $495 | 190.50 | $94,297.50 |
| Michael Gadsden | Managing Consultant | $460 | 142.50 | $65,550.00 |
| Jill Kawakami | Managing Consultant | $430 | 134.00 | $57,620.00 |
| Buck Monday | Managing Consultant | $450 | 0.50 | $225.00 |
| Michael Perry | Managing Consultant | $410 | 151.00 | $61,910.00 |
| Nathan Pollak [1] | Managing Consultant | $460 | 192.00 | $88,320.00 |
| Samuel Schreiber | Managing Consultant | $455 | 107.00 | $48,685.00 |
| Laura Hatanaka | Consultant | $390 | 134.00 | $52,260.00 |
| Pamela Morin | Consultant | $380 | 11.00 | $4,180.00 |
| Alex Vinton | Analyst | $275 | 144.50 | $39,737.50 |
| | | Totals: | 2,152.75 | $1,135,182.50 |

---

1. During Filsinger Energy Partners' annual employee review, Nathan Pollak was promoted to Managing Consultant and given a raise. FEP is seeking an increase in his bill rate commensurate with his promotion. Previously Mr. Pollak was a consultant and his bill rate was $405.