# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $12,043.06 |
| Airfare | $15,695.87 |
| Taxi | $2,212.31 |
| Travel Meals | $2,670.93 |
| Other Travel Expenses | $1,878.47 |
| Vehicle Rental Expenses | $642.52 |
| Market Data | $3,000.00 |
| **Total:** | **$38,143.16** |

### TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $10,393.49 |
| Airfare | $13,545.96 |
| Taxi | $1,909.28 |
| Travel Meal | $2,305.09 |
| Other Travel Expenses | $1,621.17 |
| Vehicle Rental Expenses | $554.51 |
| Market Data | $2,589.08 |
| **Total:** | **$32,918.58** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $65.37 |
| Airfare | $85.20 |
| Taxi | $12.01 |
| Travel Meal | $14.50 |

RLF1 12890598v.1