**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.[1], | ) Case No. 14-10979 (CSS) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Response Deadline: September 17, 2015 at 4:00 p.m. (ET) |

**COVER SHEETS TO SEVENTH MONTHLY FEE STATEMENT OF GREENHILL & CO., LLC, AS FINANCIAL ADVISOR TO ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2015 THROUGH JULY 31, 2015**

| | |
|---|---|
| **Name of Applicant:** | **Greenhill & Co., LLC** |
| Authorized to provide professional services to: | Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC |
| Date of Retention: | January 13, 2015 *nunc pro tunc* to November 17, 2014 |
| Period for which compensation and reimbursement is sought ("the "Fee Period"): | July 1 – July 31, 2015 |
| Compensation sought as actual, reasonable, and necessary: | $200,000.00 (80% of $250,000.00) |
| Expense reimbursement sought as actual, reasonable, and necessary: | $5,673.68 |

This is a **monthly** fee statement.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## **Prior Statements, Applications and Allowances**

| Filing, Date Filed, D.I. | Period Covered | Total Fees (100%) | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Fees (80%) | Expenses | Fees | Expenses |
| 1st Monthly Feb. 18, 2015 D.I. 3588 | Nov. 17, 2014 – Jan. 31, 2015 | $616,666.67 | $493,333.33 | $7,181.08 | $493,333.33 | $7,181.08 |
| 1st Interim Mar. 31, 2015 D.I. 4018 | Nov. 17, 2014 – Dec. 31, 2014 | $366,666.67 | $73,333.33 (20%) $366,666.67 (100%) | $36,048.14 | $73,333.33 (20%) $366,666.67 (100%) | $32,885.49 |
| 2nd Monthly Apr. 2, 2015 D.I. 4054 | Feb. 1, 2015 – Feb. 28, 2015 | $250,000.00 | $200,000.00 | $70,684.62 | $200,000.00 | $70,684.62 |
| 3rd Monthly Apr. 27, 2015 D.I. 4316 | Mar. 1, 2015 – Mar. 31, 2015 | $250,000.00 | $200,000.00 | $16,010.35 | $200,000.00 | $16,010.35 |
| 4th Monthly Jun. 5, 2015 D.I. 4696 | Apr. 1, 2015 – Apr. 30, 2015 | $250,000.00 | $200,000.00 | $17,159.68 | $200,000.00 | $17,159.68 |
| 2nd Interim Jun. 15, 2015 D.I. 4767 | Jan. 1, 2015 – Apr. 30, 2015 | $1,000,000.00 | $200,000.00 (20%) $1,000,000.00 (100%) | $105,777.79 | PENDING | PENDING |
| 5th Monthly Jun. 30, 2015 D.I. 4899 | May 1, 2015 – May 31, 2015 | $250,000.00 | $200,000.00 | $3,871.12 | $200,000.00 | $3,871.12 |
| 6th Monthly Aug. 6, 2015 D.I. 5228 | Jun. 1, 2015 – Jun. 30, 2015 | $250,000.00 | $200,000.00 | $8,759.59 | PENDING | PENDING |

# TIME DETAIL BY PROFESSIONAL

## ENERGY FUTURE HOLDINGS CORP., et al.
### (Case No. 14-10979 (CSS))

### JULY 1, 2015 THROUGH JULY 31, 2015

**Time by Professional**

**Exhibit 1: Cumulative Hour Summary by Professional July 2015**

| Name | Position | Total Hours |
|---|---|---|
| Bradley A. Robins | Head of Restructuring | 85.0 |
| Eric Mendelsohn | Managing Director | 132.0 |
| Gregory G. Randolph | Managing Director | 21.0 |
| Stephanie Shideler | Principal | 63.0 |
| Jochen Schmitz | Vice President | 130.0 |
| Timothy Mergenthal | Analyst | 210.5 |
| **Total** [*] | | **641.5** |

*Note: Hours exclude certain Greenhill employees (such as legal, administrative and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

# TIME DETAIL BY PROJECT CATEGORY

## ENERGY FUTURE HOLDINGS CORP., et al.
### (Case No. 14-10979 (CSS))

### JULY 1, 2015 THROUGH JULY 31, 2015

**Time by Category**

**Exhibit 2: Cumulative Hour Summary by Project Category July 2015**

| | Project Category | Total Hours |
|---|---|---|
| A - | Communication with Professionals and Parties-In-Interest | 261.0 |
| B - | Preparation and / or Review of Court Filings | 2.5 |
| C - | Court Testimony / Deposition and Preparation | - |
| D - | Valuation & Recoveries Analysis | 171.5 |
| E - | Capital Structure Review & Analysis | 1.0 |
| F - | Merger & Acquisition Research | - |
| G - | General Financial Analysis, Research & Diligence | 108.5 |
| H - | Plan of Reorganization | 62.5 |
| I - | General Case Administration & Other | 34.5 |
| | **Total** [*] | **641.5** |

*Note: Hours exclude certain Greenhill employees (such as legal, administrative and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

# EXPENSE SUMMARY

## ENERGY FUTURE HOLDINGS CORP., et al.
## (Case No. 14-10979 (CSS))

### JULY 1, 2015 THROUGH JULY 31, 2015

**Expense Summary**

**Exhibit 3: Cumulative Expenses by Expense Category July 2015**

| Disbursements and Charges | Amount |
|---|---:|
| Airfare | - |
| Hotel | - |
| Ground Transportation | $115 |
| Meals | 208 |
| Legal | 5,350 |
| Other | - |
| **Total** [*] | **$5,674** |

*Note: Reflects expenses processed to date. Greenhill may invoice additional expenses for the time period of this fee statement as appropriate.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.[2], | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Response Deadline: September 17, 2015 at 4:00 p.m. (ET)** |

**SEVENTH MONTHLY FEE STATEMENT OF GREENHILL & CO., LLC, AS FINANCIAL ADVISOR TO ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2015 THROUGH JULY 31, 2015**

Pursuant to sections 327, 328, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Amended and Restated *Order Authorizing Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC To Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014*, dated March 3, 2015 [D.I. 3728] (the "**Retention Order**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States

---

[2] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

Bankruptcy Court for the District of Delaware, and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330 (the "**Guidelines**"), Greenhill & Co., LLC ("**Greenhill**"), financial advisor to Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC (the "**TCEH Debtors**"), files this monthly fee statement (the "**Monthly Fee Statement**") of compensation for professional services and reimbursement for expenses incurred in the amounts described in the cover sheet hereto during the above-captioned period (the "**Fee Period**").

### Itemization of Services Rendered and Expenses Incurred

1. The Retention Order provides for the payment by the TCEH Debtors of a Monthly Advisory Fee in the amount of $250,000.

2. Attached as **Exhibit A** to this Monthly Fee Statement is a detailed listing of Greenhill's expense records for the Fee Period, including invoices reflecting Greenhill's own legal expenses incurred during the Fee Period in connection with Greenhill's services to the TCEH Debtors. Where expenses incurred exceeded amounts allowable under the Guidelines, the amounts being requested have been voluntarily reduced by Greenhill.

### Proposed Payment Allocation

3. In accordance with paragraph 2 of the Interim Compensation Order, all of Greenhill's fees and expenses sought in this Application are allocated to the TCEH Debtors.

### Reservation of Rights and Notice

4. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Greenhill reserves the

right to make further application to this Court for allowance of such fees and expenses not included herein.

### Certification of Compliance and Waiver

5.      The undersigned representative of Greenhill certifies that he has reviewed the requirements of Local Rule 2016-2 and that the Application substantially complies with that Local Rule except to the extent waived by the Retention Order or otherwise modified by orders of this Court and related guidance of the Fee Committee in this case, as permitted by orders of this Court establishing the Fee Committee and interim compensation procedures. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, as so modified, Greenhill believes that such deviations are not material and respectfully requests that any such requirement be waived.

WHEREFORE, Greenhill requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $205,673.68 consisting of (a) $200,000.00, which is 80% of the fees incurred by the TCEH Debtors for reasonable and necessary professional services rendered by Greenhill; and (b) $5,673.68 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated: August 27, 2015                    /s/ Bradley A. Robins
                                          **Greenhill & Co., LLC**
                                          Bradley A. Robins
                                          Managing Director
                                          300 Park Avenue
                                          New York, NY 10022

# EXHIBIT A

**Detailed Description of Expenses**

**Greenhill & Co.**

| Expense Details | | | | **EXHIBIT A** | |

**GREENHILL & CO., LLC**
**EXPENSE DETAILS FOR THE PERIOD OF**
**JULY 1, 2015 THROUGH JULY 31, 2015**

| Date | Category | Expense Incurred | Requested Amount | Professional(s) | Description |
|---|---|---|---|---|---|
| 6/16/2015 | Ground Transportation | $11.76 | $11.76 | Timothy Mergenthal | Taxi home late night / weekend |
| 7/1/2015 | Ground Transportation | 14.76 | 14.76 | Timothy Mergenthal | Taxi home late night / weekend |
| 7/3/2015 | Ground Transportation | 13.50 | 13.50 | Timothy Mergenthal | Taxi home late night / weekend |
| 7/5/2015 | Ground Transportation | 12.85 | 12.85 | Timothy Mergenthal | Taxi home late night / weekend |
| 7/7/2015 | Ground Transportation | 11.76 | 11.76 | Timothy Mergenthal | Taxi home late night / weekend |
| 7/8/2015 | Ground Transportation | 12.36 | 12.36 | Timothy Mergenthal | Taxi home late night / weekend |
| 7/8/2015 | Ground Transportation | 12.36 | 12.36 | Jochen Schmitz | Taxi home late night / weekend |
| 7/13/2015 | Ground Transportation | 11.76 | 11.76 | Timothy Mergenthal | Taxi home late night / weekend |
| 7/15/2015 | Ground Transportation | 14.16 | 14.16 | Timothy Mergenthal | Taxi home late night / weekend |
| | **Subtotal** | **$115.27** | **$115.27** | | |
| 6/16/2015 | Meals | $24.99 | $20.00 | Timothy Mergenthal | 1-person - Overtime working meals from Seamless |
| 6/23/2015 | Meals | 24.98 | 20.00 | Timothy Mergenthal | 1-person - Overtime working meals from Seamless |
| 7/1/2015 | Meals | 22.73 | 20.00 | Timothy Mergenthal | 1-person - Overtime working meals from Seamless |
| 7/2/2015 | Meals | 12.72 | 12.72 | Timothy Mergenthal | 1-person - Overtime working meals from Seamless |
| 7/3/2015 | Meals | 21.29 | 20.00 | Timothy Mergenthal | 1-person - Overtime working meals from Seamless |
| 7/6/2015 | Meals | 20.98 | 20.00 | Timothy Mergenthal | 1-person - Overtime working meals from Seamless |
| 7/8/2015 | Meals | 17.20 | 17.20 | Timothy Mergenthal | 1-person - Overtime working meals from Seamless |
| 7/10/2015 | Meals | 24.91 | 20.00 | Timothy Mergenthal | 1-person - Overtime working meals from Seamless |
| 7/14/2015 | Meals | 18.49 | 18.49 | Timothy Mergenthal | 1-person - Overtime working meals from Seamless |
| 7/15/2015 | Meals | 24.71 | 20.00 | Timothy Mergenthal | 1-person - Overtime working meals from Seamless |
| 7/17/2015 | Meals | 24.16 | 20.00 | Timothy Mergenthal | 1-person - Overtime working meals from Seamless |
| | **Subtotal** | **$237.16** | **$208.41** | | |
| Jul. '15 | Legal | $5,350.00 | $5,350.00 | All Greenhill professionals | Counsel |
| | **Subtotal** | **$5,350.00** | **$5,350.00** | | |
| | **Total** [*] | **$5,702.43** | **$5,673.68** | | |

*Note: Reflects expenses processed to date. Greenhill may invoice additional expenses for the time period of this fee statement as appropriate.