**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:  ) | Chapter 11 |
|  ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]  ) | Case No. 14-10979 (CSS) |
|  ) |  |
| Debtors.  ) | (Jointly Administered) |
|  ) |  |
|  ) | **Re: D.I. 5269, 5618, 5622, 5629, 5641, 5649, 5658, 5659** |

**CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER
(A) REVISING CERTAIN HEARING DATES AND DEADLINES, AND (B)
ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH THE
CONFIRMATION OF DEBTORS' PLAN OF REORGANIZATION**

The undersigned hereby certifies as follows:

On April 14, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 4138] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Based on the Debtors' submission, on May 18, 2015, the Bankruptcy Court entered its *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection With the Approval of Debtors' Disclosure Statement, and (C) Establishing the Terms Governing Mediation* [D.I. 4497] (the "Initial Scheduling Order"). Pursuant to the Initial

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Scheduling Order, among other things, the Bankruptcy Court fixed various dates and deadlines in connection with the process to consider approval of the Disclosure Statement.

On June 18, 2015, the Debtors filed a further revised proposed form of the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization* under certificate of counsel [D.I. 4803] (the "Second Scheduling Order"). On June 25, 2015, a scheduling conference was held before the Honorable Christopher S. Sontchi. As stated on the record at the scheduling conference, the Debtors were to submit to the Court (1) a revised form of the Second Scheduling Order (the "Third Scheduling Order") and (2) a certain *Stipulation and Agreed Order Regarding Certain Confirmation Scheduling Matters* (the "Stipulated Order") which relates to certain terms in the Revised Scheduling Order. The Debtors filed the Third Scheduling Order and Stipulated Order under certificate of counsel on July 2, 2015 (see D.I. 4912). The Court entered the Third Scheduling Order [D.I. 4916] and the Stipulated Order [D.I. 4918] that same day.

On August 11, 2015 the Debtors filed the *Motion of Energy Future Holdings Corp., Et Al., for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization* [D.I. 5269] (the "Motion"), in connection with the Debtors' *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Et Al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 5244] and a disclosure statement with respect thereto [D.I. 5246]. Numerous objections were filed to the Motion (see D.I. 5618, 5622, 5629, 5641, 5649, 5658, 5659) (collectively, the "Objections"). Thereafter, the Debtors' filed the *Debtors' Reply in Support of Their Motion for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of*

*Reorganization* [D.I. 5686] (the "Reply") on August 24, 2015.  Attached to the Reply as Exhibit A was a proposed form of order revising the dates in the Third Scheduling Order (the "Proposed Form of Order").

The Bankruptcy Court held a hearing to determine the relief requested in the Motion on August 25, 2015 starting at 10:00 a.m. (Eastern Daylight Time) (the "Hearing").  At the Hearing, the Court overruled all of the Objections and made certain modifications to the Proposed Form of Order.  The Debtors have incorporated those modifications and hereby submit the *Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization* (the "Amended Scheduling Order").  A copy of the Amended Scheduling Order is attached hereto as **Exhibit A**.  The Amended Scheduling Order has been circulated to all parties who filed Objections to the Motion.  For the convenience of the Bankruptcy Court and other parties-in-interest, a blackline of the Amended Scheduling Order marked against the Proposed Form of Order is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors respectfully request that the Bankruptcy Court enter the Amended Scheduling Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

[*Remainder of page intentionally left blank.*]

Dated: August 27, 2015
      Wilmington, Delaware	*/s/ Joseph C. Barsalona II*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone:	(302) 651-7700
Facsimile:	(302) 651-7701
Email:	collins@rlf.com
	defranceschi@rlf.com
	madron@rlf.com
	barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900
Email:	edward.sassower@kirkland.com
	stephen.hessler@kirkland.com
	brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200
Email:	james.sprayregen@kirkland.com
	marc.kieselstein@kirkland.com
	chad.husnick@kirkland.com
	steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 12805219v.2