**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: TXU Electric Company, Inc. | § § § § | CHAPTER 11 |
| DEBTOR(S) | § | CASE NO.: **14-10989-11** |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

Now comes **Brownsboro ISD** a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. **Brownsboro ISD** filed its secured claim on or about **June 13, 2014**, in the amount of **$106.28**, which claim is designated as claim number **1949** on the claims register. That claim is no longer owed by the Debtor(s). Therefore, **Brownsboro ISD** hereby withdraws its claim.

**CERTIFICATE OF SERVICE**

I hereby certify that on 27th day of August, 2015, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207
(214) 880-0089 - *Telephone*
(469) 221-5003 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By:_____
    Elizabeth Weller, Attorney
    Texas Bar No. 00785514
    Laurie Spindler Huffman, Attorney
    Texas Bar No. 24028720
    Sherrel K. Knighton, Attorney
    Texas Bar No. 00796900
    Melissa L Palo
    Tennessee Bar No. 18168