# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## ORDER APPROVING CLAIM SETTLEMENT STIPULATION BETWEEN LUMINANT ENERGY COMPANY LLC AND CLOUD PEAK ENERGY RESOURCES LLC

Upon the *Claim Settlement Stipulation* between Luminant Energy Company LLC and Cloud Peak Energy Resources LLC (the "Stipulation"),[2] a copy of which is attached hereto as **Exhibit 1**, and upon the record of this case and due deliberation thereon, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Without further order of the Court, the Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to, and in accordance with, this Order and the Stipulation.

3. Epiq Bankruptcy Solutions LLC is authorized to take all actions to reflect the terms of the Stipulation on the claims register.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Stipulation.

RLF1 12889853v.1

4. The terms and conditions of this Order and the Stipulation shall be immediately effective and enforceable upon entry of this Order.

5. The Court shall retain sole and exclusive jurisdiction to enforce the provisions of this Order and the Stipulation.

Wilmington, Delaware
Dated: 8|27, 2015

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2RLF1 12889853v.1