# **Exhibit 1**

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-034 | On site Diligence | 20150701 | Gary Germeroth | Airfare | | | $436.00 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-034 | On site Diligence | 20150701 | Gary Germeroth | Taxi | | | $36.66 | Love Field to Sierra office |
| EFCH/TCH-CS-034 | On site Diligence | 20150701 | Gary Germeroth | Taxi | | | $16.29 | Sierra office to Love Field |
| EFCH/TCH-CS-034 | On site Diligence | 20150701 | Gary Germeroth | Parking | | | $19.00 | Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150701 | Gary Germeroth | Personal Vehicle | $0.575 | 38 miles | $21.85 | Airport to Home |
| EFCH/TCH-CS-034 | On site Diligence | 20150701 | A. Scott Davis | Airfare | | | $218.00 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150701 | A. Scott Davis | Lunch | | | $12.00 | El Chico | Gary, self |
| EFCH/TCH-CS-034 | On site Diligence | 20150701 | A. Scott Davis | Airfare | | | $218.00 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Kimberly Eckert | Airfare | | | $692.20 | Airfare from Denver, CO to Dallas, TX (ROUNDTRIP) |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Kimberly Eckert | Hotel | | | $252.42 | Homewood Suites - Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Kimberly Eckert | Taxi | | | $56.05 | DFW to Energy Plaza |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Kimberly Eckert | Parking | | | $24.00 | Denver Int'l Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Kimberly Eckert | Personal Vehicle | $0.575 | 24 miles | $13.80 | To Denver Int'l |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Kimberly Eckert | Breakfast | | | $8.93 | Starbucks - Dallas | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Kimberly Eckert | Lunch | | | $9.00 | Salata - Dallas, TX | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Kimberly Eckert | Dinner | | | $10.53 | Pho Colonial - Dallas, TX | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Michael Gadsden | Airfare | | | $152.00 | Airfare from Chicago to Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Michael Gadsden | Hotel | | | $209.94 | Magnolia (Dallas, TX) |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Michael Gadsden | Taxi | | | $19.31 | Midway Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Michael Gadsden | Taxi | | | $25.00 | EFH |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Michael Gadsden | Breakfast | | | $12.13 | Gold Coast Dogs | Michael |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Michael Gadsden | Lunch | | | $16.61 | Campisis | Michael |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Michael Gadsden | Dinner | | | $17.03 | Pho Colonial | Michael |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | A. Scott Davis | Airfare | | | $228.00 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | A. Scott Davis | Hotel | | | $194.35 | Marriott - Irving |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | A. Scott Davis | Rental Car | | | $25.71 | Dollar |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | A. Scott Davis | Personal Vehicle | $0.575 | 30 miles | $17.25 | r.t. Hobby |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | A. Scott Davis | Lunch | | | $8.50 | El Chico | self |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | A. Scott Davis | Dinner | | | $45.18 | FM Smoke House | Nathan, self |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Jill Kawakami | Airfare | | | $352.00 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Jill Kawakami | Hotel | | | $245.69 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Jill Kawakami | Taxi | | | $9.69 | Energy Plaza |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Jill Kawakami | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Jill Kawakami | Personal Vehicle | $0.575 | 24 miles | $13.80 | Home - DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Jill Kawakami | Breakfast | | | $5.67 | Coffee at the Corner | Jill |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Jill Kawakami | Lunch | | | $10.72 | Pho Colonial | Jill |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Nathan Pollak | Airfare | | | $220.10 | Airfare from Denver, CO to Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Nathan Pollak | Taxi | | | $42.00 | TXU |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Nathan Pollak | Personal Vehicle | $0.575 | 26 miles | $14.95 | Home to DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150706 | Nathan Pollak | Lunch | | | $8.50 | El Chico | N. Pollak |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Kimberly Eckert | Hotel | | | $252.42 | Homewood Suites - Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Kimberly Eckert | Parking | | | $24.00 | Denver Int'l Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Kimberly Eckert | Breakfast | | | $3.95 | Starbucks - Dallas | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Kimberly Eckert | Lunch | | | $9.00 | Salata - Dallas, TX | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Laura Hatanaka | Airfare | | | $352.00 | Airfare from DEN to DAL |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Laura Hatanaka | Hotel | | | $245.69 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Laura Hatanaka | Taxi | | | $9.69 | To Energy Plaza |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Laura Hatanaka | Personal Vehicle | $0.575 | 24 miles | $13.80 | To DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Laura Hatanaka | Breakfast | | | $10.82 | DIA Café | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Laura Hatanaka | Lunch | | | $13.00 | Salada | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Laura Hatanaka | Dinner | | | $18.16 | Luck | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Michael Gadsden | Hotel | | | $193.94 | Magnolia (Dallas, TX) |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Michael Gadsden | Lunch | | | $12.50 | Salata | Michael |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Michael Gadsden | Dinner | | | $7.53 | Chop House Burger | Michael |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Gary Germeroth | Airfare | | | $228.00 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Gary Germeroth | Hotel | | | $193.83 | Fairmont Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Gary Germeroth | Taxi | | | $28.00 | Love Field to EFH Office |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Gary Germeroth | Parking | | | $19.00 | Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Gary Germeroth | Personal Vehicle | $0.575 | 19 miles | $10.93 | Home to Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Gary Germeroth | Lunch | | | $9.00 | Salata | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Gary Germeroth | Dinner | | | $29.91 | NEO Pizza | Self, Kim Eckert |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | A. Scott Davis | Hotel | | | $194.35 | Marriott - Irving |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | A. Scott Davis | Rental Car | | | $25.71 | Dollar |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | A. Scott Davis | Lunch | | | $23.77 | Fast Furious | Nathan, self |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | A. Scott Davis | Dinner | | | $55.25 | Zeytin Mediterranean | Nathan, self |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Jill Kawakami | Hotel | | | $245.69 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Jill Kawakami | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Jill Kawakami | Breakfast | | | $6.12 | Starbucks | Jill |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Jill Kawakami | Lunch | | | $6.60 | Subway | Jill |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Jill Kawakami | Dinner | | | $23.49 | Luck | Jill |
| EFCH/TCH-CS-034 | On site Diligence | 20150707 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Kimberly Eckert | Hotel | | | $252.42 | Homewood Suites - Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Kimberly Eckert | Parking | | | $24.00 | Denver Int'l Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Kimberly Eckert | Breakfast | | | $3.95 | Starbucks - Dallas | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Kimberly Eckert | Lunch | | | $5.91 | Hospitality Sweet - Dallas, TX | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Kimberly Eckert | Dinner | | | $23.51 | Urban Taco - Dallas, TX | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Laura Hatanaka | Hotel | | | $245.69 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Laura Hatanaka | Lunch | | | $20.83 | Hospitality Sweet | Kim, Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Michael Gadsden | Airfare | | | $212.00 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Michael Gadsden | Taxi | | | $5.00 | Love Field |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Michael Gadsden | Taxi | | | $36.49 | Home |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Michael Gadsden | Dinner | | | $8.43 | Moe's SW Grill | Michael |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Gary Germeroth | Hotel | | | $193.83 | Fairmont Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Gary Germeroth | Dinner | | | $69.00 | Wild Salsa | Self, Jill Kawakami, Laura Hatanaka, Jean Agras |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | A. Scott Davis | Hotel | | | $194.35 | Marriott - Irving |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | A. Scott Davis | Rental Car | | | $25.71 | Dollar |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | A. Scott Davis | Lunch | | | $6.00 | El Chico | self |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | A. Scott Davis | Dinner | | | $79.01 | The Blue Fish | Nathan, self |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Jean Agras | Airfare | | | $230.60 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Jean Agras | Taxi | | | $55.00 | Energy Plaza |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Jean Agras | Parking | | | $24.00 | DIA |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Jean Agras | Personal Vehicle | $0.575 | 45 miles | $25.88 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Jean Agras | Personal Vehicle | | | $8.50 | Tolls |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Jill Kawakami | Hotel | | | $245.69 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Jill Kawakami | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Jill Kawakami | Lunch | | | $8.67 | Taco Borracho | Jill |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-034 | On site Diligence | 20150708 | Nathan Pollak | Lunch | | | $6.50 | El Chico | N. Pollak |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Kimberly Eckert | Airfare | | | $75.00 | Airfare from Dallas, TX to Denver, CO |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Kimberly Eckert | Parking | | | $24.00 | Denver Int'l Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Kimberly Eckert | Personal Vehicle | $0.575 | 24 miles | $13.80 | From Denver Int'l to home |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Kimberly Eckert | Breakfast | | | $3.95 | Starbucks - Dallas | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Laura Hatanaka | Hotel | | | $245.69 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Laura Hatanaka | Breakfast | | | $7.20 | Starbucks | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Laura Hatanaka | Lunch | | | $8.81 | Toasty Pita | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Laura Hatanaka | Dinner | | | $28.90 | Fairmont | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Gary Germeroth | Airfare | | | $228.00 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Gary Germeroth | Taxi | | | $19.06 | Hotel to Sierra office |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Gary Germeroth | Taxi | | | $21.48 | Sierra Office to EFH Office |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Gary Germeroth | Personal Vehicle | $0.575 | 19 miles | $10.93 | Airport to Home |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Gary Germeroth | Taxi | | | $25.20 | Taxi - EFH Office to Love Field |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | A. Scott Davis | Airfare | | | $228.00 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | A. Scott Davis | Rental Car | | | $25.71 | Dollar |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | A. Scott Davis | Personal Vehicle | $0.575 | 30 miles | $17.25 | r.t. Hobby |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | A. Scott Davis | Lunch | | | $24.50 | El Chico | Kim, Nathan, Gary, self |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | A. Scott Davis | Rental Car | | | $4.86 | Shell |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Jean Agras | Airfare | | | $230.60 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Jean Agras | Hotel | | | $145.98 | Adolphus (Dallas, TX) |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Jean Agras | Taxi | | | $26.71 | DFW |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Jean Agras | Personal Vehicle | $0.575 | 45 miles | $25.88 | Boulder |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Jean Agras | Lunch | | | $12.00 | Salata | Jean |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Jean Agras | Dinner | | | $14.50 | DFW | Jean |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Jean Agras | Personal Vehicle | | | $8.50 | Tolls |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Jill Kawakami | Airfare | | | $352.00 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Jill Kawakami | Taxi | | | $9.32 | Love Field |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Jill Kawakami | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Jill Kawakami | Personal Vehicle | $0.575 | 24 miles | $13.80 | DIA - Home |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Jill Kawakami | Breakfast | | | $5.67 | Coffee at the Corner | Jill |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Jill Kawakami | Lunch | | | $9.89 | Toasty Pita | Jill |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Jill Kawakami | Dinner | | | $8.11 | Moe's | Jill |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Nathan Pollak | Airfare | | | $191.10 | Airfare from Dallas, TX to Denver, CO |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Nathan Pollak | Taxi | | | $53.00 | DFW |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Nathan Pollak | Parking | | | $96.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150709 | Nathan Pollak | Personal Vehicle | $0.575 | 26 miles | $14.95 | DIA to Home |
| EFCH/TCH-CS-034 | On site Diligence | 20150710 | Laura Hatanaka | Airfare | | | $214.00 | Airfare from DAL to SAN |
| EFCH/TCH-CS-034 | On site Diligence | 20150710 | Laura Hatanaka | Taxi | | | $9.06 | LUV Field |
| EFCH/TCH-CS-034 | On site Diligence | 20150710 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150710 | Laura Hatanaka | Personal Vehicle | $0.575 | 24 miles | $13.80 | From DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150710 | Laura Hatanaka | Lunch | | | $11.12 | Café Strada | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Dave Andrus | Airfare | | | $838.20 | Airfare from Burlington to Dallas (round trip) |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Dave Andrus | Hotel | | | $159.25 | Fairmont Hotel Dallas,TX - Lowest available rate |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Dave Andrus | Taxi | | | $50.00 | Taxi - DFW Airport to Fairmont Hotel |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Dave Andrus | Dinner | | | $24.25 | Dinner - LGA airport | DCA |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Laura Hatanaka | Airfare | | | $352.00 | Airfare from DEN to DAL |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Laura Hatanaka | Hotel | | | $159.25 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Laura Hatanaka | Taxi | | | $10.46 | To Energy Plaza |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Laura Hatanaka | Personal Vehicle | $0.575 | 24 miles | $13.80 | To DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Laura Hatanaka | Breakfast | | | $7.20 | Starbucks | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Laura Hatanaka | Lunch | | | $11.00 | Pho | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Laura Hatanaka | Dinner | | | $31.18 | Roti Grill | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Michael Gadsden | Airfare | | | $210.10 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Michael Gadsden | Hotel | | | $183.26 | Indigo (Dallas, TX) |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Michael Gadsden | Taxi | | | $41.24 | Denver Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Michael Gadsden | Taxi | | | $55.00 | EFH |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Michael Gadsden | Breakfast | | | $6.08 | Caribou Coffee | Michael |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Michael Gadsden | Lunch | | | $5.90 | Poblanos | Michael |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Michael Gadsden | Dinner | | | $17.03 | Pho Colonial | Michael |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Nathan Pollak | Airfare | | | $351.10 | Airfare from Denver, CO to Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Nathan Pollak | Taxi | | | $43.00 | TXU |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Nathan Pollak | Taxi | | | $5.12 | Marriott |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Nathan Pollak | Personal Vehicle | $0.575 | 26 miles | $14.95 | Home to DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Nathan Pollak | Taxi | | | $61.00 | Taxi to Dinner |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Nathan Pollak | Taxi | | | $17.49 | Taxi to Marriott |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Sam Schreiber | Airfare | | | $350.10 | Airfare from New York to Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Sam Schreiber | Hotel | | | $159.25 | Fairmont  Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Sam Schreiber | Taxi | | | $41.19 | NYC - To EWR |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Sam Schreiber | Taxi | | | $54.60 | DAL - To EP |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Sam Schreiber | Breakfast | | | $6.95 | Centerplate | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Sam Schreiber | Lunch | | | $8.27 | Poblanos | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Sam Schreiber | Dinner | | | $40.00 | Fairmont | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Gary Germeroth | Airfare | | | $228.00 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Gary Germeroth | Hotel | | | $159.25 | Fairmont  Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Gary Germeroth | Taxi | | | $30.00 | Love Field to EFH Office |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Gary Germeroth | Parking | | | $19.00 | Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Gary Germeroth | Personal Vehicle | $0.575 | 19 miles | $10.93 | Home to Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Gary Germeroth | Lunch | | | $17.57 | Toasty Pita | Self, Todd Filsinger |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Gary Germeroth | Dinner | | | $80.00 | Perry's | Self, Todd Filsinger |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Todd Filsinger | Airfare | | | $351.10 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Todd Filsinger | Taxi | | | $70.00 | to DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Todd Filsinger | Taxi | | | $75.00 | To downtown Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150713 | Todd Filsinger | Breakfast | | | $2.65 | DIA | self |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Dave Andrus | Hotel | | | $159.25 | Fairmont Hotel Dallas TX - Lowest available rate |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Dave Andrus | Lunch | | | $12.00 | Lunch - Taco Borracho | DCA |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Dave Andrus | Dinner | | | $38.88 | Dinner - YO Ranch | DCA |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Laura Hatanaka | Hotel | | | $159.25 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Laura Hatanaka | Breakfast | | | $3.66 | Café @ the Corner | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Laura Hatanaka | Lunch | | | $10.36 | Taco Borracho | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Michael Gadsden | Hotel | | | $183.26 | Indigo (Dallas, TX) |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Michael Gadsden | Breakfast | | | $6.75 | Coffee @ Corner | Michael |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Nathan Pollak | Taxi | | | $5.24 | TXU |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Nathan Pollak | Taxi | | | $4.00 | Dinner |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Nathan Pollak | Lunch | | | $8.50 | El Chico | N. Pollak |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Nathan Pollak | Dinner | | | $80.00 | Blu e Fish | N. Pollak, T. Filsinger |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Nathan Pollak | Taxi | | | $5.54 | Taxi to Marriott |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Sam Schreiber | Hotel | | | $159.25 | Fairmont  Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Sam Schreiber | Lunch | | | $11.85 | Taco Borracho | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Gary Germeroth | Hotel | | | $159.25 | Fairmont  Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Gary Germeroth | Lunch | | | $11.88 | Capriotti's | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Gary Germeroth | Dinner | | | $84.56 | Meso Maya | Self, Laura Hatanaka, Sam Schreiber, Michael Gadsden |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Todd Filsinger | Airfare | | | $341.10 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Todd Filsinger | Hotel | | | $245.69 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Todd Filsinger | Taxi | | | $70.00 | DIA to home |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Todd Filsinger | Taxi | | | $14.00 | Sierra to airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150714 | Todd Filsinger | Taxi | | | $17.39 | to sierra |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Dave Andrus | Hotel | | | $159.25 | Fairmont Hotel Dallas,TX  - lowest available rate |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Dave Andrus | Lunch | | | $12.00 | Lunch -  Indian Buffet | DCA |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Dave Andrus | Dinner | | | $23.77 | Dinner - Pyramid | DCA |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Laura Hatanaka | Hotel | | | $159.25 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Laura Hatanaka | Breakfast | | | $5.81 | Café @ the Corner | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Laura Hatanaka | Lunch | | | $13.00 | Salata | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Laura Hatanaka | Dinner | | | $28.90 | Fairmont | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Michael Gadsden | Hotel | | | $183.26 | Indigo (Dallas, TX) |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Michael Gadsden | Breakfast | | | $6.75 | Coffee @ Corner | Michael |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Michael Gadsden | Lunch | | | $7.00 | Salata | Michael |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Michael Gadsden | Dinner | | | $22.94 | Campisi's | Michael |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Nathan Pollak | Taxi | | | $5.23 | TXU |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Nathan Pollak | Taxi | | | $5.15 | Marriott |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Nathan Pollak | Lunch | | | $16.19 | Fast Furious | N. Pollak |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Nathan Pollak | Dinner | | | $37.39 | Marriott | N. Pollak |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Sam Schreiber | Hotel | | | $159.25 | Fairmont  Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Sam Schreiber | Breakfast | | | $11.94 | Fairmont | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Sam Schreiber | Lunch | | | $9.09 | Poblanos | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Sam Schreiber | Dinner | | | $39.16 | Fairmont | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Gary Germeroth | Hotel | | | $159.25 | Fairmont  Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Gary Germeroth | Lunch | | | $11.54 | Pho Colonial | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150715 | Gary Germeroth | Dinner | | | $39.16 | Room Service | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Dave Andrus | Taxi | | | $50.00 | Taxi -  Energy Plaza office to DFW Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Dave Andrus | Parking | | | $48.00 | Burlington Airport Parking |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Dave Andrus | Breakfast | | | $9.00 | Breakfast - Starbucks | DCA |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Dave Andrus | Lunch | | | $18.83 | Lunch - LGA Airport | DCA |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Laura Hatanaka | Airfare | | | $252.00 | Airfare from DAL to DEN |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Laura Hatanaka | Personal Vehicle | $0.575 | 24 miles | $13.80 | From DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Laura Hatanaka | Breakfast | | | $2.11 | Starbucks | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Laura Hatanaka | Lunch | | | $13.00 | Salata | Laura |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Michael Gadsden | Airfare | | | $229.00 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Michael Gadsden | Taxi | | | $5.00 | Love Field |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Michael Gadsden | Taxi | | | $75.00 | Home |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Michael Gadsden | Breakfast | | | $7.03 | Beyond the Box | Michael |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Michael Gadsden | Lunch | | | $8.43 | Moe's Grill | Michael |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Nathan Pollak | Airfare | | | $351.10 | Airfare from Dallas, TX to Denver, CO |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Nathan Pollak | Taxi | | | $6.66 | TXU |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Nathan Pollak | Taxi | | | $45.00 | DFW |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Nathan Pollak | Parking | | | $90.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Nathan Pollak | Personal Vehicle | $0.575 | 26 miles | $14.95 | DIA to Home |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Nathan Pollak | Lunch | | | $5.94 | Burger King | N. Pollak |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Sam Schreiber | Airfare | | | $455.10 | Airfare from Dallas to New York |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Sam Schreiber | Taxi | | | $26.78 | DAL - To DFW |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Sam Schreiber | Lunch | | | $8.22 | Burger King | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Sam Schreiber | Other Transportation | | | $12.50 | NYC: Train from EWR |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Sam Schreiber | Other Transportation | | | $2.75 | NYC: Subway |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Sam Schreiber | Airfare | | | $8.99 | Wifi on plane |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Gary Germeroth | Airfare | | | $228.00 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Gary Germeroth | Taxi | | | $25.20 | EFH Office to Love Field |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Gary Germeroth | Personal Vehicle | $0.575 | 19 miles | $10.93 | Airport to Home |
| EFCH/TCH-CS-034 | On site Diligence | 20150716 | Gary Germeroth | Lunch | | | $11.91 | Wingbucket | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Kimberly Eckert | Airfare | | | $282.10 | Airfare from Denver, CO to Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Kimberly Eckert | Hotel | | | $193.83 | Fairmont, Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Kimberly Eckert | Taxi | | | $53.65 | DFW to Energy Plaza |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Kimberly Eckert | Parking | | | $24.00 | Denver Int'l Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Kimberly Eckert | Personal Vehicle | $0.575 | 24 miles | $13.80 | Home to DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Kimberly Eckert | Breakfast | | | $6.93 | Starbucks, Dallas, TX | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Kimberly Eckert | Lunch | | | $11.00 | Salata, Dallas, TX | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Kimberly Eckert | Dinner | | | $29.88 | Pyramid @ Fairmont, Dallas, TX | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Paul Harmon | Airfare | | | $273.00 | Airfare from Denver to Austin |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Paul Harmon | Hotel | | | $185.25 | Residence Inn - Round Rock TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Paul Harmon | Rental Car | | | $62.32 | Hertz |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Nathan Pollak | Airfare | | | $441.10 | Airfare from Denver, CO to Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Nathan Pollak | Taxi | | | $41.00 | TXU |

Case 14-10979-CSS    Doc 5772-1    Filed 08/27/15    Page 5 of 6
EXHIBIT D

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Nathan Pollak | Personal Vehicle | $0.575 | 26 miles | $14.95 | Home to DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Nathan Pollak | Breakfast | | | $6.21 | McDonald's | N. Pollak |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Nathan Pollak | Dinner | | | $37.39 | Marriott | N. Pollak |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | A. Scott Davis | Airfare | | | $228.00 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | A. Scott Davis | Hotel | | | $194.35 | Marriott - Irving |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | A. Scott Davis | Rental Car | | | $43.56 | Dollar |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | A. Scott Davis | Personal Vehicle | $0.575 | 30 miles | $17.25 | r.t. Hobby |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | A. Scott Davis | Lunch | | | $27.45 | Jimmy Johns | Nathan, self |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Gary Germeroth | Airfare | | | $228.00 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Gary Germeroth | Hotel | | | $159.25 | Fairmont  Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Gary Germeroth | Taxi | | | $25.50 | Love Field to EFH Office |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Gary Germeroth | Parking | | | $19.00 | Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Gary Germeroth | Personal Vehicle | $0.575 | 19 miles | $10.93 | Home to Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Gary Germeroth | Dinner | | | $37.88 | Room service | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Todd Filsinger | Airfare | | | $273.00 | Airfare from Denver to Austin |
| EFCH/TCH-CS-034 | On site Diligence | 20150720 | Todd Filsinger | Dinner | | | $60.00 | Joe's Crab shack | TWF & one staff |
| EFCH/TCH-CS-034 | On site Diligence | 20150721 | Kimberly Eckert | Hotel | | | $193.83 | Fairmont, Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150721 | Kimberly Eckert | Parking | | | $24.00 | Denver Int'l Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150721 | Kimberly Eckert | Breakfast | | | $3.95 | Starbucks, Dallas, TX | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150721 | Kimberly Eckert | Lunch | | | $10.97 | Pho Colonial, Dallas, TX | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150721 | Kimberly Eckert | Dinner | | | $17.57 | Pyramid @ Fairmont, Dallas, TX | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150721 | Paul Harmon | Hotel | | | $185.63 | Courtyard - San Antonio |
| EFCH/TCH-CS-034 | On site Diligence | 20150721 | Paul Harmon | Rental Car | | | $62.32 | Hertz |
| EFCH/TCH-CS-034 | On site Diligence | 20150721 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-034 | On site Diligence | 20150721 | A. Scott Davis | Hotel | | | $194.35 | Marriott - Irving |
| EFCH/TCH-CS-034 | On site Diligence | 20150721 | A. Scott Davis | Rental Car | | | $43.56 | Dollar |
| EFCH/TCH-CS-034 | On site Diligence | 20150721 | A. Scott Davis | Lunch | | | $23.77 | Fast Furious | Nathan, self |
| EFCH/TCH-CS-034 | On site Diligence | 20150721 | A. Scott Davis | Dinner | | | $42.72 | Taco Diner | Nathan, self |
| EFCH/TCH-CS-034 | On site Diligence | 20150721 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150721 | Gary Germeroth | Lunch | | | $15.05 | Pho Colonial | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150721 | Todd Filsinger | Hotel | | | $185.25 | RIBM - Austin, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150721 | Todd Filsinger | Dinner | | | $40.00 | Marriot Courtyard | self |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Kimberly Eckert | Airfare | | | $282.10 | Airfare from Dallas, TX to Denver, CO |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Kimberly Eckert | Taxi | | | $36.65 | Fairmont Hotel to TXU Energy in Irving |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Kimberly Eckert | Taxi | | | $42.00 | TXU Energy in Irving to DFW |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Kimberly Eckert | Parking | | | $24.00 | Denver Int'l Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Kimberly Eckert | Personal Vehicle | $0.575 | 24 miles | $13.80 | DIA to home |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Kimberly Eckert | Breakfast | | | $3.95 | Starbucks, Dallas, TX | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Kimberly Eckert | Lunch | | | $6.00 | TXU Office - Sierra - Irving, TX | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Paul Harmon | Airfare | | | $262.99 | Airfare from Austin to Denver |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Paul Harmon | Rental Car | | | $62.31 | Hertz |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Paul Harmon | Parking | | | $48.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Paul Harmon | Rental Car | | | $27.07 | Auto Fuel |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Nathan Pollak | Lunch | | | $9.00 | El Chico | N. Pollak |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | A. Scott Davis | Hotel | | | $194.35 | Marriott - Irving |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | A. Scott Davis | Rental Car | | | $43.56 | Dollar |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | A. Scott Davis | Dinner | | | $80.00 | Blue Fish | Nathan, self |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Gary Germeroth | Hotel | | | $193.83 | Fairmont  Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Gary Germeroth | Lunch | | | $11.88 | Capriotti's | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Gary Germeroth | Dinner | | | $20.15 | Ellen's Southern Kitchen | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Todd Filsinger | Airfare | | | $262.99 | Airfare from Austin to Denver |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Todd Filsinger | Hotel | | | $208.98 | Marriot Courtyard - San Antonio, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Todd Filsinger | Parking | | | $66.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150722 | Todd Filsinger | Lunch | | | $35.05 | meal at airport | self |
| EFCH/TCH-CS-034 | On site Diligence | 20150723 | Nathan Pollak | Airfare | | | $351.10 | Airfare from Dallas, TX to Denver, CO |
| EFCH/TCH-CS-034 | On site Diligence | 20150723 | Nathan Pollak | Taxi | | | $37.00 | DFW |
| EFCH/TCH-CS-034 | On site Diligence | 20150723 | Nathan Pollak | Parking | | | $96.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150723 | Nathan Pollak | Personal Vehicle | $0.575 | 26 miles | $14.95 | DIA to Home |
| EFCH/TCH-CS-034 | On site Diligence | 20150723 | Nathan Pollak | Lunch | | | $9.50 | El Chico | N. Pollak |
| EFCH/TCH-CS-034 | On site Diligence | 20150723 | A. Scott Davis | Airfare | | | $228.00 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-034 | On site Diligence | 20150723 | A. Scott Davis | Rental Car | | | $43.56 | Dollar |
| EFCH/TCH-CS-034 | On site Diligence | 20150723 | A. Scott Davis | Personal Vehicle | $0.575 | 30 miles | $17.25 | r.t. Hobby |
| EFCH/TCH-CS-034 | On site Diligence | 20150723 | A. Scott Davis | Rental Car | | | $7.48 | Shell |
| EFCH/TCH-CS-034 | On site Diligence | 20150723 | Gary Germeroth | Airfare | | | $228.00 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-034 | On site Diligence | 20150723 | Gary Germeroth | Taxi | | | $30.00 | EFH Office to Love Field |
| EFCH/TCH-CS-034 | On site Diligence | 20150723 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150723 | Gary Germeroth | Personal Vehicle | $0.575 | 19 miles | $10.93 | Airport to Home |
| EFCH/TCH-CS-034 | On site Diligence | 20150723 | Gary Germeroth | Lunch | | | $10.27 | Sushiyaa | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | A. Scott Davis | Airfare | | | $228.00 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | A. Scott Davis | Hotel | | | $194.35 | Marriott - Irving |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | A. Scott Davis | Rental Car | | | $43.71 | Dollar |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | A. Scott Davis | Personal Vehicle | $0.575 | 30 miles | $17.25 | r.t. Hobby |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | A. Scott Davis | Breakfast | | | $21.83 | Pappas | self |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | A. Scott Davis | Lunch | | | $29.20 | Jimmy Johns | Nathan, self |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | A. Scott Davis | Dinner | | | $37.77 | Zeytin | Nathan, self |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | Nathan Pollak | Airfare | | | $456.10 | Airfare from Denver, CO to Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | Nathan Pollak | Taxi | | | $37.00 | TXU |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | Nathan Pollak | Personal Vehicle | $0.575 | 26 miles | $14.95 | Home to DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | Gary Germeroth | Airfare | | | $352.00 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | Gary Germeroth | Hotel | | | $159.25 | Fairmont  Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | Gary Germeroth | Taxi | | | $23.58 | Love Field to EFH Office |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | Gary Germeroth | Taxi | | | $48.33 | Denver hotel to DIA Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | Gary Germeroth | Parking | | | $19.00 | Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | Gary Germeroth | Dinner | | | $50.89 | NEO Pizza | Self, Todd Filsinger |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | Todd Filsinger | Airfare | | | $351.10 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | Todd Filsinger | Taxi | | | $70.00 | To DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | Todd Filsinger | Taxi | | | $75.00 | To downtown Dallas |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | Todd Filsinger | Lunch | | | $15.05 | Pho Colonial | self |
| EFCH/TCH-CS-034 | On site Diligence | 20150727 | Todd Filsinger | Dinner | | | $31.58 | Pappadeaux | self |
| EFCH/TCH-CS-034 | On site Diligence | 20150728 | A. Scott Davis | Hotel | | | $194.35 | Marriott - Irving |
| EFCH/TCH-CS-034 | On site Diligence | 20150728 | A. Scott Davis | Rental Car | | | $43.71 | Dollar |
| EFCH/TCH-CS-034 | On site Diligence | 20150728 | A. Scott Davis | Breakfast | | | $14.14 | Corner Bakery | Nathan, self |
| EFCH/TCH-CS-034 | On site Diligence | 20150728 | A. Scott Davis | Lunch | | | $6.00 | El Chico | self |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-034 | On site Diligence | 20150728 | A. Scott Davis | Dinner | | | $160.00 | Nathan, Gary, Todd, self | Blue Fish |
| EFCH/TCH-CS-034 | On site Diligence | 20150728 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-034 | On site Diligence | 20150728 | Nathan Pollak | Lunch | | | $8.00 | El Chico | N. Pollak |
| EFCH/TCH-CS-034 | On site Diligence | 20150728 | Gary Germeroth | Hotel | | | $159.25 | Fairmont Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150728 | Gary Germeroth | Taxi | | | $16.30 | EFH Office to Sierra |
| EFCH/TCH-CS-034 | On site Diligence | 20150728 | Gary Germeroth | Taxi | | | $17.21 | Sierra to Fairmont hotel |
| EFCH/TCH-CS-034 | On site Diligence | 20150728 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150728 | Gary Germeroth | Lunch | | | $9.36 | Taco Borracho | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150728 | Todd Filsinger | Hotel | | | $245.71 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150728 | Todd Filsinger | Taxi | | | $14.50 | to office |
| EFCH/TCH-CS-034 | On site Diligence | 20150728 | Todd Filsinger | Breakfast | | | $9.31 | Fairmont | self |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | A. Scott Davis | Airfare | | | $218.00 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | A. Scott Davis | Rental Car | | | $43.71 | Dollar |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | A. Scott Davis | Personal Vehicle | $0.575 | 30 miles | $17.25 | r.t. Hobby |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | A. Scott Davis | Lunch | | | $31.20 | Jimmy Johns | Nathan, self |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | A. Scott Davis | Rental Car | | | $7.95 | Shell |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | Nathan Pollak | Airfare | | | $370.10 | Airfare from Dallas, TX to Denver, CO |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | Nathan Pollak | Taxi | | | $44.00 | DFW |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | Nathan Pollak | Parking | | | $72.00 | DIA |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | Nathan Pollak | Personal Vehicle | $0.575 | 26 miles | $14.95 | DIA to Home |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | Gary Germeroth | Hotel | | | $159.25 | Fairmont Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | Gary Germeroth | Lunch | | | $10.55 | Wingbucket | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | Gary Germeroth | Dinner | | | $13.76 | Idle Rich Pub | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | Todd Filsinger | Airfare | | | $541.10 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | Todd Filsinger | Hotel | | | $245.71 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | Todd Filsinger | Taxi | | | $70.00 | To home |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | Todd Filsinger | Taxi | | | $75.00 | To airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | Todd Filsinger | Taxi | | | $11.29 | taxi to office |
| EFCH/TCH-CS-034 | On site Diligence | 20150729 | Todd Filsinger | Airfare | | | $7.60 | airline internet |
| EFCH/TCH-CS-034 | On site Diligence | 20150730 | Gary Germeroth | Airfare | | | $228.00 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-034 | On site Diligence | 20150730 | Gary Germeroth | Taxi | | | $27.00 | EFH Office to Love Field |
| EFCH/TCH-CS-034 | On site Diligence | 20150730 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-034 | On site Diligence | 20150730 | Gary Germeroth | Personal Vehicle | $0.575 | 19 miles | $10.93 | Airport to Home |
| EFCH/TCH-CS-034 | On site Diligence | 20150730 | Gary Germeroth | Lunch | | | $9.73 | Poblanos | Self |
| EFCH/TCH-CS-034 | On site Diligence | 20150730 | N/a | Market Data | | | $3000.00 | NERC pc-GAR; researched purchased used only for the EFH case |
| | | | | | | Total: | $38,143.16 | |