## EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] Case Administration | 1.3 | $425.00 |
| [ALL] Claims Administration & Objections | 13.0 | $3,824.00 |
| [ALL] Contested Matters & Adv. Proceed. | 0.3 | $105.00 |
| [ALL] Hearings | 0.1 | $35.00 |
| [ALL] Non-OEB Fee/Employment Applications | 1.4 | $301.00 |
| [ALL] OEB Fee/Employment Applications | 4.8 | $1,071.50 |
| [ALL] Plan and Disclosure Statement | 1.5 | $493.00 |
| **Total** | **22.4** | **$6,254.50** |