# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 7/10/2015 | In-House Reproduction | Photocopies (21 pages) | $2.10 |
| 7/29/2015 | In-House Reproduction | Photocopies (7 pages) | $0.70 |
| 6/25/2015 | Filing/Court Fees | PACER | $9.70 |
|  |  | **Grand Total** | **$12.50** |