**EXHIBIT A**

**Proposed Order**

KE 37231712.16RLF1 12901744v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket No. __** |

**ORDER APPROVING THE ASSUMPTION OF ALL EXECUTORY
CONTRACTS BY AND AMONG LUMINANT GENERATION COMPANY LLC,
LUMINANT MINING COMPANY LLC, SANDOW POWER COMPANY LLC,
TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, AND ALCOA INC.**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), authorizing the Debtor Parties to assume the Alcoa Contracts, as more fully set forth in the Motion; and upon the Frenzel Declaration, the Filsinger Declaration, and the Davis Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtor Parties are authorized to assume the Alcoa Contracts, including, but not limited to, those listed on **Exhibit 1** attached hereto, and the Alcoa Contracts are hereby assumed pursuant to section 365 of the Bankruptcy Code.

3. No default has occurred under the Alcoa Contracts, and therefore no cure amount is due and no provision of adequate assurance of future performance is necessary pursuant to section 365(b) of the Bankruptcy Code; *provided*, *however*, that each of the Debtor Parties and Alcoa will continue to net and set off postpetition claims relating to "Postpetition Transactions" under the "Alcoa Agreements" (each as defined in the *Motion of Energy Future Holdings Corp., et. al., Approving the Stipulation By and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, Texas Competitive Electric Holdings Company LLC, and Alcoa Inc.* [D.I. 1928]).

4. In accordance with this Order and any other order of this Court, each of the financial institutions at which the Debtors maintain their accounts is authorized to receive, process, honor, and pay all such checks presented for payment and wire transfer requests made by the Debtors related to the Alcoa Contracts.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed to waive (a) any claims with respect to the

2

3

writedowns identified in those certain letters of John P. Holsinger of Alcoa to Tiffany L. Silvey of Luminant dated March 17, 2014, and Tiffany L. Silvey of Luminant to John P. Holsinger of Alcoa on January 16, 2014 and March 4, 2014 or (b) any and all rights of the Debtors to object to any proofs of claim filed by Alcoa.

6. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware are satisfied by such notice.

7. Notwithstanding the possible applicability of rules 6004(h), 7062, 9014 or otherwise of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: _____, 2015

                                       THE HONORABLE CHRISTOPHER S. SONTCHI
                                       UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1 TO EXHIBIT A

**Non-Exclusive List of Alcoa Contracts to be Assumed**

| Alcoa Contract[1] | Debtor Party(ies)[2] | Effective Date |
|---|---|---|
| Settlement and Release Agreement | Luminant Generation; Sandow Power; Luminant Mining | August 10, 2012 |
| Amended and Restated Common Facilities Agreement | Luminant Generation; Sandow Power | August 10, 2012 |
| *Alcoa Contracts Related to the Initial Agreements* | | |
| Operating Contract | Luminant Generation | August 29, 1951 |
| Power Contract | Luminant Generation | August 29, 1951 |
| Letter Agreement re Slag Purchase and amendment Letter Agreements re Connection of Power Lines | Luminant Generation | February 20, 1963; June 28, 1967 |
| Letter Agreements re Insurance and Claims | Luminant Generation | November 7, 1985 |
| Letter Agreements re Interchange Energy and Energy Reserve | Luminant Generation | October 7, 1977 |
| Letter Agreements re Operating Fee Repair Costs | Luminant Generation | April 4, 1986 |
| *Alcoa Contracts Related to Three Oaks Mine* | | |
| Contract Mining Agreement | Luminant Mining; Sandow Power | September 1, 2007 |
| Lignite Inventory Agreement | Luminant Mining; Sandow Power | September 1, 2007 |
| Agreement Regarding Ownership of Lignite Interests | Sandow Power | August 15, 2007 |
| Purchase and Sale Agreement | Luminant Mining | August 15, 2007 |
| *Alcoa Contracts Related to Sandow Unit 4* | | |
| Unit 4 Agreement | Luminant Generation | August 13, 1976 |
| Amendment to Contracts | Luminant Generation | June 30, 1997 |
| 2nd Amendment to Contracts | Luminant Generation | May 4, 1998 |
| 3rd Amendment to Contracts | Luminant Generation | November 6, 1998 |
| 4th Amendment to Contracts | Luminant Generation | October 31, 2000 |

---

[1] Each as amended from time to time and together with various related agreements. The Alcoa Contracts to be assumed include, but are not limited to, the agreements set forth in this **Exhibit 1**.

[2] For ease of reference, the Debtor Parties are listed here by the successor entity names.

1

RLF1 12901744v.1

2

| Alcoa Contract[1] | Debtor Party(ies)[2] | Effective Date |
|---|---|---|
| 5th Amendment to Contracts | Luminant Generation | February 1, 2003 |
| 6th Amendment to Contracts | Luminant Generation | August 22, 2003 |
| 7th Amendment to Contracts | Luminant Generation | January 1, 2004 |
| 8th Amendment to Contracts | Luminant Generation | June 30, 2004 |
| 9th Amendment to Contracts | Luminant Generation | October 27, 2005 |
| 10th Amendment to Contracts | Luminant Generation | February 15, 2007 |
| Supplemental Agreement to Unit 4 Agreement | Luminant Generation | March 2, 1981 |
| Amendment of Supplemental Agreement to Sandow Unit Four Agreement | Luminant Generation | September 6, 1994 |
| Letter of Intent re Amendment to Supplemental Agreement to Unit 4 Agreement | Luminant Generation | September 13, 1994 |
| Agreement for Maintenance | Luminant Generation | August 13, 1990 |
| Emergency Services Agreement | Luminant Generation | August 12, 1977 |
| Compromise Settlement Agreement | Luminant Generation | June 30, 1997 |
| Release Agreement | Luminant Generation | June 30, 1997 |
| Agreement for Back-Up Power and Energy | Luminant Generation | February 4, 1991 |
| Amendment to Agreement for Back-Up Power and Energy | Luminant Generation | September 6, 1994 |
| Confidentiality Agreement | Luminant Generation | April 19, 1993 |
| Agreements Regarding Transition and Separation of Sandow Station Units 1-3 | Luminant Generation | October 8, 1989 |
| Letter Agreement Amending Agreements re Transition and Separation of Units 1-3 and Unit 4 | Luminant Generation | June 30, 1997 |
| Letter Agreement re Parking Areas | Luminant Generation | August 10, 2012 |
| Letter Agreement Amending Supplemental Agreement to Unit 4 Agreement | Luminant Generation | January 20, 1986 |
| Letter Agreements re Fly Ash and Bottom Ash | Luminant Generation | April 27, 1993; May 12, 1993 |
| Letter Agreements re Billings | Luminant Generation | March 30, 1990 |
| Payback Letter Agreement | Luminant Generation | June 11, 1991 |
| Letter Agreements re Financial Issues and Resolution of Various Disputes | Luminant Generation | December 26, 1990 |

2

RLF1 12901744v.1

3

| Alcoa Contract[1] | Debtor Party(ies)[2] | Effective Date |
|---|---|---|
| *Alcoa Contracts Related to Sandow Unit 5* | | |
| Amended and Restated Unit 5 Agreement | Luminant Generation; Sandow Power | September 1, 2007 |
| Indemnity Agreement | Texas Competitive Electric Holdings Company | February 7, 2006 |

3