**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 5789** |

**DECLARATION OF TODD W. FILSINGER IN SUPPORT OF
THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR
ENTRY OF AN ORDER APPROVING THE ASSUMPTION OF ALL EXECUTORY
CONTRACTS BY AND AMONG LUMINANT GENERATION COMPANY LLC,
LUMINANT MINING COMPANY LLC, SANDOW POWER COMPANY LLC,
TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, AND ALCOA INC.**

I, Todd W. Filsinger, declare as follows:

1. I am a Senior Managing Director of Filsinger Energy Partners, an energy advisory firm that provides high-level strategy, economic and market evaluation, corporate budget development, gross margin forecasting, power and fuel price forecasting, risk management, independent engineering, expert testimony, and complete interim management solutions to energy, industrial, and manufacturing companies and their stakeholders.

2. I developed the declaration attached hereto as Exhibit A in connection with the Debtors' *Motion of Energy Future Holdings Corp., et al., for Entry of An Order Approving the Assumption of All Executory Contracts by and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, Texas Competitive Electric Holdings Company LLC, and Alcoa Inc.*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3.      The attached declaration is based on personal knowledge and a review of relevant

documents and, if called as a witness, I could and would testify competently thereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Dated:  August 28, 2015

Todd W. Filsinger
Senior Managing Director
Filsinger Energy Partners