# EXHIBIT A: DECLARATION OF TODD W. FILSINGER, FILSINGER ENERGY PARTNERS

August 28, 2015

CONTENTS

1  EXECUTIVE SUMMARY ................................................................................................................. 1-1
2  FILSINGER ENERGY PARTNERS ..................................................................................................... 2-2
  2.1  FEP Qualifications ............................................................................................................... 2-2
  2.2  FEP's Role at the Company ................................................................................................. 2-3
3  OVERVIEW OF SANDOW UNIT 4 ................................................................................................... 3-4
  3.1  The Plant ............................................................................................................................. 3-4
    3.1.1  Alcoa's Rockdale Facility ............................................................................................ 3-4
    3.1.2  Lignite Coal Supply ..................................................................................................... 3-5
    3.1.3  Emission Controls ....................................................................................................... 3-6
    3.1.4  FEP Visits .................................................................................................................... 3-6
  3.2  The Alcoa Contracts ............................................................................................................ 3-7
4  FEP'S ANALYSIS OF SANDOW UNIT 4 .......................................................................................... 4-8
  4.1  Operational Market Comparisons Analysis ....................................................................... 4-8
  4.2  Contract Assumption Analysis .......................................................................................... 4-10

## LIST OF FIGURES

Figure 3-1: Sandow Unit 4 Plant ................................................................................................................3-4

Figure 3-2: Aerial Overview of the Rockdale Facility and Sandow Plants...................................................3-5

Figure 3-3: Three Oaks Mine Coal Conveyor .............................................................................................3-6

Figure 4-1: Lignite Coal Plants in United States ........................................................................................4-9

Figure 4-2: All Coal Plants in Texas ...........................................................................................................4-9

Figure 4-3: All Coal Plants in United States..............................................................................................4-10

Figure 4-4: Present Value of Sandow Unit 4 Cash Flows (2015-2038).....................................................4-11

# LIST OF ACRONYMS AND TERMS

ACI – Activated carbon injection

Alcoa – Aluminum Company of America

CEO – Chief Executive Officer

CFO – Chief Financial Officer

COO – Chief Operating Officer

Company – Energy Future Holdings Corp. and its subsidiaries

Alcoa Contracts – The set of agreements between the Debtor Parties and Alcoa that govern, among other things, the purchase and sale of electric power from Sandow Unit 4

EBITDA – Earnings before interest, taxes, depreciation and amortization

EFH – Energy Future Holdings Corp. and its subsidiaries

EIA – U.S. Energy Information Administration

EPA – United States Environmental Protection Agency

FEP – Filsinger Energy Partners

LRP – Long Range Plan

MMBtu – Million British Thermal Units

MW – Megawatt

MWh – Megawatt-hour

NOx – Oxides of nitrogen

O&M – Operating and Maintenance

Plant – The Debtor Parties' Sandow Unit 4 generation facility

Sandow Unit 4 – The Debtor Parties' Sandow Unit 4 generation facility

SCR – Selective catalytic reduction

Scrubber – Flue-gas desulfurization environmental control system

SO2 – Sulfur dioxide

## 1 EXECUTIVE SUMMARY

Filsinger Energy Partners ("FEP") and I, Todd W. Filsinger, a senior managing director of FEP, have been asked by Energy Future Holdings Corp. and its subsidiaries ("EFH" or the "Company") to provide an overview and analysis of the Sandow Unit 4 generation facility ("Sandow Unit 4" or the "Plant") and the contracts which govern, among other things, the sale of electric power between certain Debtor Parties and Alcoa Inc. ("Alcoa") at the Rockdale Facility in Milam County, Texas (the "Alcoa Contracts").[1]

In this declaration, I first provide a brief history and description of both the Plant and the Alcoa Contracts. Then, I describe the results of a comparative study of coal-fired power plants across Texas and the United States that examines how certain operational variables—operational heat rate and capacity factor—at Sandow Unit 4 fared vis-à-vis peer generators. Finally, I compare the value of the Alcoa Contracts to the projected value of Sandow Unit 4 as if it were operated without the Alcoa Contracts in effect.

My findings show that Sandow Unit 4 falls within the range of average operational efficiency of peer plants and that the value of maintaining the Alcoa Contracts is greater to the Debtor Parties than the value of operating Sandow Unit 4 without the Alcoa Contracts. The current value to the Debtor Parties if they assume the Alcoa Contracts is approximately $300 million.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the *Motion of Energy Future Holdings Corp., et al., For Entry of an Order Approving the Assumption of All Executory Contracts By and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, Texas Competitive Electric Holdings Company LLC, and Alcoa Inc.*, filed contemporaneously herewith (the "Motion").

## 2    FILSINGER ENERGY PARTNERS

### 2.1    FEP Qualifications

FEP is an energy advisory firm that provides high-level strategy, economic and market evaluation, corporate budget development, compensation program design, gross margin forecasting, power and fuel price forecasting, risk management, independent engineering, expert testimony, and complete interim management solutions to energy, industrial, and manufacturing companies and their stakeholders.  I, Todd W. Filsinger, founded FEP in 2010 after many years in other roles as an engineer, management consultant, and energy executive.  As a senior managing director at FEP, I have assembled a team of experts who have been intimately involved in many of the key restructurings and financings in the electric power sector over the past decades.

After graduating from Colorado State University with a degree in mechanical engineering, I began my career in 1986 at the former R.W. Beck, one of the leading independent engineering and technical due diligence firms within the electric power industry.  I served at R.W. Beck for 13 years, during which time I rose to Senior Director and Partner.  During that time, I also earned a Masters of Business Administration from the University of Colorado in 1990 and earned distinction as an Accredited Senior Appraiser in the electric power industry.  I briefly served as Vice President at the consulting firm PHB Hagler Bailly before that firm was acquired by the British-based PA Consulting Group in 2000.

In 2002, I became the head of PA Consulting Group's global energy practice, overseeing a staff of more than 100 employees and managing a number of high-profile energy company restructurings, appraisals and financings.  I directed the firm's efforts and was actively involved in the Chapter 11 restructurings of electric power producers NRG Energy Inc., Mirant Corporation, Calpine Corporation, the predecessor to the Entegra Power Group, and National Energy Group.  In these engagements, I reviewed company budgets and operations, and my team and I conducted due diligence around each entity's generation assets, revenue forecasts and budgets.  In addition, I have provided expert testimony in the restructurings of Mirant Corporation, Calpine Corporation, and the predecessor to the Entegra Power Group.

During the Calpine restructuring, which at the time was the sixth largest non-financial sector bankruptcy in United States' history,[2] I was retained as a strategic energy advisor to Calpine's Chief Executive Officer ("CEO") and the commercial operations division.  When the company emerged from bankruptcy in early 2008, I was engaged as the company's interim Chief Operating Officer ("COO").  As COO, I oversaw the Power, Commercial, Environmental Health and Safety, Engineering, and Project Development disciplines.  In my role as COO of Calpine, I was responsible for establishing strategic initiatives, deriving

---

[2] www.bankruptcydata.com/Research/Largest_Overall_Non-Financial.pdf

and managing annual and monthly budgets, managing day-to-day operations, as well as directing commodity trading and hedging activities.

In 2010, I resigned from my position as head of PA Consulting Group's energy practice and founded my own consulting firm, FEP. Since then, FEP has assembled a team of leading energy industry experts, including the former Chief Risk Officer of Calpine Corporation, a Senior Director of asset management and market analysis at Dynegy Inc., a PhD economist and vice president of market modeling at Ventyx, and a senior vice president of independent engineering and technical due diligence services at SAIC (formerly R.W. Beck). Under my executive management, FEP has provided advanced modeling, advisory services, and testimony for numerous utilities, independent power producers, industrial engineering and project management firms, equity investment funds, and financial institutions involved in the energy industry.

In 2010, FEP was hired as the energy restructuring advisor to Hawkeye Growth, a major ethanol producer in Iowa. I served as CEO and Chief Financial Officer ("CFO") of Hawkeye Growth. In my roles as CEO and CFO of Hawkeye Growth, I was responsible for establishing strategic initiatives, deriving and managing annual and monthly budgets, managing day-to-day production operations, directing commodity trading and hedging activities, and overseeing the financial reporting process.

As part of my work, I have repeatedly assisted energy companies and financial institutions in deriving and evaluating cash flow, earnings before interest, taxes, depreciation and amortization ("EBITDA"), and cost projections that are used to support, among other things, project investment, financings or corporate forecasting and budgeting processes in the energy industry. I have extensive experience appraising and valuing power generation assets and structured purchase and sales agreements.

## 2.2    FEP's Role at the Company

EFH hired FEP in December 2012 to provide energy advisory services, including independent advice regarding the Company's annual planning process, as well as third-party review and evaluation of the income projections published in the Company's Long Range Plan ("LRP"). During this engagement, FEP has interfaced closely and frequently with staff from a multitude of operating divisions within the Company including, but not limited to: corporate executive management, generation plant operators, risk managers, corporate planners, environmental policy experts, tax accountants, and customer account managers. FEP has deployed a team of energy experts, along with a suite of operational and financial analytic software tools, to scrutinize the critical assumptions, processes, and results of the Company's LRP and income projections. As part of this process, FEP has conducted extensive due diligence and modeling around the Company's merchant generation assets, including Sandow Unit 4, as well as the Alcoa Contracts.

# 3 OVERVIEW OF SANDOW UNIT 4

## 3.1 The Plant

The Plant is an approximately 595 megawatt ("MW") supercritical lignite-fired electric power generation facility located near the town of Rockdale, in Milam County, Texas. Sandow Unit 4 commenced operations in 1981. The Debtor Parties currently own and operate the Plant. In 2014, Sandow Unit 4 consumed approximately 3.9 million tons of lignite coal to produce nearly 4.4 billion kWh of electricity, comprising approximately 6% of the Debtor Parties' overall power generation. Sandow Unit 4 currently burns 100% lignite fuel and is expected to do so throughout its useful life. Figure 3-1 is a photograph of Sandow Unit 4 showing, from left-to-right, its: stack, environmental controls; lignite-fueled boiler and supporting facilities; and the stacks of demolished Sandow Units 1-3.



**Figure 3-1: Sandow Unit 4 Plant**

### 3.1.1 Alcoa's Rockdale Facility

The Plant is located adjacent to Alcoa's primary aluminum smelter in Rockdale, Texas (the "Rockdale Facility"), to which it is contractually obligated to sell a fixed percentage of its electric power production pursuant to the Alcoa Contracts. The Rockdale Facility contains the large aluminum smelter, which once employed over 1,000 people, as well as an aluminum atomizer. Alcoa shut down the smelter operations in 2008 and the atomizer similarly shuttered in 2014.

Sandow Unit 4 is also located adjacent to the site of the former Sandow Units 1-3, which were retired in 2006 and subsequently demolished as a condition of an environmental consent decree between the

United States government and Alcoa, as well as to Sandow Power's Sandow Unit 5 plant ("Sandow Unit 5"), a circulating fluidized bed boiler facility that began commercial operations in 2010.

In addition to the aluminum smelting and atomizer facilities, Alcoa's assets include Alcoa Lake, which provides once-through cooling water to the Plant, as well as ash disposal sites, and certain common facilities. An aerial image of the Rockdale Facility and Sandow plants is shown below in Figure 3-2.



Figure 3-2: Aerial Overview of the Rockdale Facility and Sandow Plants[3]

### 3.1.2  Lignite Coal Supply

The Three Oaks Mine provides 100% of the lignite burned by Sandow Unit 4 and Sandow Unit 5. The Debtor Parties project that the Three Oaks Mine will produce over 7.5 million tons of lignite per year over the next 20+ years. As of the Company's most recent 10-K filing, the Debtor Parties held an interest in 170 million tons of lignite reserves that provide fuel for the Sandow plants. All lignite is transported from the Three Oaks Mine to the Plants via a series of conveyor belts over 17 miles in length (see Figure 3-3). These conveyor belts are capable of moving 1,200 tons of coal per hour and ameliorate the need to employ expensive truck or rail-based transportation. During a site visit to the Plant and Three Oaks Mine, operators informed FEP staff that they aim to provide Sandow Unit 4 and Sandow Unit 5 with coal heat contents of 6,250 Btu/lb and 5,700 Btu/lb, respectively. The higher-quality lignite from

---

[3] Image from Google Maps

3-6

the Three Oaks Mine allows Sandow Unit 4 to operate more efficiently than it otherwise would, generating more electricity at a lower overall cost.



Figure 3-3: Three Oaks Mine Coal Conveyor[4]

### 3.1.3 Emission Controls

Sandow Unit 4 is outfitted with state of the art emission control systems, which allow it to comply with federal air quality regulations. An electrostatic precipitator removes particulate matter and a wet flue-gas desulfurization system ("scrubber") reduces sulfur dioxide ("SO2") emissions.  The Plant's boiler is equipped with over-fire air ports to reduce the production of oxides of nitrogen ("NOx"), as well as low NOx burners.  The Plant has a selective catalytic reduction ("SCR") unit to remove additional NOx. Activated carbon injection ("ACI") is also installed to remove mercury and other particulate matter.  ACI technology, a relatively minor retrofit, was necessary to comply with the planned 2015 compliance deadline for the Environmental Protection Agency's ("EPA") Mercury and Air Toxics Standards. Additionally, the plant utilizes a suite of sorbents for additional environmental controls, including ME2C.

### 3.1.4 FEP Visits

Over the past two years, FEP engineers and consultants have conducted multiple on-site visits to both the Sandow Unit 4 plant site and the Three Oaks Mine.  FEP's technical experts concluded that the Plant has been well-maintained and operated.

---

[4] Filsinger Energy Partners

### 3.2   The Alcoa Contracts

I have familiarized myself with the key terms of the Alcoa Contracts described in the Motion. While the Alcoa Contracts have been supplemented and amended multiple times, at core, the Alcoa Contracts provide Alcoa with the rights to approximately 83% of the power generation from Sandow Unit 4. Of that 83%, 398 megawatts is "firm" energy, meaning that if Alcoa needs energy when Sandow Unit 4 is not running, that power must be obtained elsewhere by the Debtor Parties and provided to Alcoa at the contract price. The monthly price paid by Alcoa for this power is determined by the cost of service to own and operate the Plant, including the costs of capital, depreciation, and operating expenses. Alcoa is responsible for paying 450/545 (nearly 83%) of these costs, while the Debtor Parties are responsible for the remaining 95/545.

Alcoa must provide all lignite fuel to Sandow Unit 4, and the Debtor Parties must reimburse Alcoa for 95/545 of this fuel. The Debtor Parties are required to purchase this fuel at a rate derived from the operating costs of the Three Oaks Mine plus Alcoa's cost of capital. Alcoa must also supply sufficient cooling water from Alcoa Lake and from purchased water sources.

## 4  FEP's Analysis of Sandow Unit 4

This section describes FEP's analysis of the operational and financial performance of the Sandow Unit 4 generation facility, with particular emphasis on the plant's efficiency and the value of the Alcoa Contracts versus the value of operating Sandow Unit 4 without the Alcoa Contracts.

### 4.1  Operational Market Comparisons Analysis

The efficiency of a power plant can be quantified in at least several different ways: thermodynamically; economically; or based on generation output.

Thermodynamic efficiency measures the effectiveness of converting an energy-bearing fuel source into electric power. "Operational heat rate" is a standard calculation used to measure thermodynamic efficiency. Operational heat rate is defined as the ratio of the quantity of fuel consumed (typically in millions of British Thermal Units, "MMBtu") to the quantity of electric power produced (typically in megawatt-hours "MWh" measured either on a gross basis or net of auxiliary plant and mine loads). This variable determines how much fuel must be burned to yield one megawatt hour of power output. Operational heat rate is useful from an engineering or technical perspective to budget proper quantities of fuel or to measure heat input or output.

The ratio of realized generation to the maximum available generation of a power plant (i.e., how often the plant is utilized) can also provide some measure of efficiency. "Capacity factor," as this ratio is commonly called, is readily calculated, but can be difficult to interpret, as it may be influenced by a variety of different factors, including: reliability of the plant; economics; and the technical capability of the plant to quickly adjust its level of generation. This variable is useful for comparing generators of like technologies with similar revenue and cost structures.

When examining other generators in the market with similar fuel, costs, and technologies, the aforementioned measures can serve as proxies for economic efficiency. Operational heat rates can be compared to the "market heat rate" implied by current commodity prices. Capacity factors can serve to highlight which plants are typically "in-the-money" and which are not. These measures can provide useful insights about the non-economic factors which are vital to running an effective power generation business.

FEP conducted a high-level market comparison analysis to examine operationally how Sandow Unit 4 performed against other coal-fired generators across Texas and the United States. To do this, FEP examined data from the EPA and the U.S. Energy Information Administration ("EIA") for over 300 comparable coal-fired generating units, covering the time period from 2011 to 2015. We conducted a qualitative analysis by graphing scatterplots of operational heat rates versus capacity factors for three subsets of coal plant data: 1) lignite coal plants in the United States; 2) all coal plants in Texas; and 3) all

coal plants in the United States.[5] FEP eliminated low-capacity units which may not be adequately comparable to Sandow Unit 4—all scatterplots show only coal units with capacity values greater than or equal to 400 MW. These scatterplots are shown in Figure 4-1, Figure 4-2, and Figure 4-3 below. Each red diamond below represents Sandow Unit 4's annual performance for each year from 2011 through 2015.



Figure 4-1: Lignite Coal Plants in United States



Figure 4-2: All Coal Plants in Texas

---

[5] Due to the limited number of lignite generation facilities, we deemed a Texas-only sample (which is comprised mainly of plants owned by the Debtor Parties) to be too small to yield meaningful results.



Figure 4-3: All Coal Plants in United States

As the charts demonstrate, Sandow Unit 4 has operated with a capacity factor at or above its peers over each of the past five years and Sandow Unit 4's historical operational heat rates are close to the averages of each of the three peer comparison groups.

## 4.2   Contract Assumption Analysis

FEP has reviewed the Debtor Parties' Sandow Unit 4 cash flow and valuation projections as of December 31, 2014.  We have analyzed the inputs to the projections to ensure that they are generally consistent with assumptions utilized in deriving the Company's long range plan for December 31, 2014.  FEP has also analyzed the functional construction of the projections to validate that the mathematical processes and calculations are consistent with the contractual attributes of the Alcoa Contracts and the operating parameters of the Plant.

FEP validated that the projections used corporate-wide energy commodity price projections, derived from the Company's official forward price curve, as well as various fuel and operating cost inputs sourced from the Company's proprietary generation dispatch projection.

Using the aforementioned projections and inputs, FEP confirmed that the combined net present values of the Plant and Alcoa Contracts, with and without the Alcoa Contracts in place, are approximately $450 million and $150 million, respectively.  These results indicate that maintaining and assuming the Alcoa Contracts provides approximately $300 million more value to the Debtor Parties' estate than rejecting the Alcoa Contracts.  As Figure 4-4 shows graphically, the present value of Sandow Unit 4 with the Alcoa Contracts is significantly greater than the present value of Sandow Unit 4 without the Alcoa Contracts.



Figure 4-4: Present Value of Sandow Unit 4 Cash Flows (2015-2038)

The Alcoa Contracts have provided, and continue to provide, significant value to the Debtor Parties. In addition, current energy commodity prices have fallen since December 31, 2014, which has only increased the value of the Alcoa Contracts.

Given current commodity price forecasts, Sandow Unit 4 with the Alcoa Contracts should remain profitable and result in a positive incremental net present value, when measured against Sandow Unit 4 without the Alcoa Contracts. In conclusion, FEP has found that the existing Sandow Unit 4 power purchase and sales agreements between the Debtor Parties and Alcoa provide positive benefit to the Debtor Parties, and that these agreements should be assumed within the restructuring process in an effort to maximize the value of the estate.