UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 5789** |

**DECLARATION OF ALEXANDER G. DAVIS IN SUPPORT OF THE MOTION
OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY
OF AN ORDER APPROVING THE ASSUMPTION OF ALL EXECUTORY
CONTRACTS BY AND AMONG LUMINANT GENERATION COMPANY LLC,
LUMINANT MINING COMPANY LLC, SANDOW POWER COMPANY LLC,
TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, AND ALCOA INC.**

I, Alexander G. Davis, hereby declare the following:

1. I am an associate at the law firm of Kirkland & Ellis LLP, counsel for the Debtors, in the above captioned matter. I am licensed in the State of California. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of the *Motion of Energy Future Holdings Corp.,* et al.*, For Entry of an Order Approving the Assumption of All Executory Contracts By and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

*Power Company LLC, Texas Competitive Electric Holdings Company LLC, and Alcoa Inc.*(the "Motion").[2]

3. Attached to this Declaration as exhibits are certain key Alcoa Contracts and certain amendments thereto, which are referenced in the Motion:

**Exhibit 1**   Operating Contract, dated August 28, 1951, by and between Alcoa, Luminant Generation.

**Exhibit 2**   Power Contract, dated August 28, 1951, by and between Alcoa, Luminant Generation.

**Exhibit 3**   Sandow Unit Four Agreement, dated August 13, 1976, by and between Alcoa and Luminant Generation.

**Exhibit 4**   Supplemental Agreement to Sandow Unit Four Agreement, dated March 2, 1981, by and between Alcoa and Luminant Generation

**Exhibit 5**   Amended and Restated Sandow Unit 5 Agreement, dated August 31, 2007, by and between Alcoa, Luminant Generation, and Sandow Power.

**Exhibit 6**   Agreement Regarding Ownership of Lignite Interests, dated August 15, 2007, by and between Alcoa and Sandow Power.

**Exhibit 7**   Contract Mining Agreement, dated August 31, 2007, by and between Alcoa, Luminant Mining, and Sandow Power

**Exhibit 8**   Amended and Restated Common Facilities Agreement, dated August 10, 2012, by and between Alcoa, Luminant Generation, and Sandow Power.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of August 2015 at San Francisco, California.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

Dated: August 28, 2015         Kirkland & Ellis LLP

/s/ Alexander G. Davis
Alexander G. Davis

*Co-Counsel to the Debtors and Debtors in Possession*