## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Chapter 11 General and Administrative | 2.60 | 2,898.00 |
| Plan and Disclosure | 153.30 | 167,156.00 |
| Intercompany Claims | 0.70 | 840.00 |
| Tax Issues | 35.20 | 32,847.00 |
| Non-working Travel | 8.50 | 5,100.00 |
| **TOTAL** | **200.30** | **$208,841.00** |