## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1200 | 107.70 | 124,140.00 |
| Andrew Needham | Partner | 1995 | Tax | 1200 | 24.00 | 28,800.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1180 | 15.20 | 17,936.00 |
| Trevor Broad | Associate | 2009 | Litigation | 780 | 8.00 | 6,240.00 |
| Allison Wein | Associate | 2011 | Corporate | 710 | 26.30 | 18,673.00 |
| Antje Hagena | Associate | *not admitted | Tax | 695 | 18.60 | 12,927.00 |
| Colin Sylvester | Litigation Support | N/A | Technical Litigation Support | 250 | 0.50 | 125.00 |
| | | | | **TOTAL** | **200.30** | **$208,841.00** |