## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| TRAVEL | $2,222.52 |
| TRAVEL-INTERNET CHARGES | 57.83 |
| CLIENT BUSINESS TRANSPORTATION | 53.00 |
| BUSINESS MEALS | 83.48 |
| | |
| TOTAL | $2,416.83 |

SL1 1381382v1 109285.00005