**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 7/17/2015 | GELSTON, P A | PARTNER | CLIENT BUSINESS TRANSPORTATION | 53.00 | CAR SERVICE Local TRIP PURPOSE: Conference calls RPT ID: 010009250450 |
| 011205-00003 | 7/18/2015 | GELSTON, P A | PARTNER | TRAVEL-INTERNET | 9.95 | INTERNET, TRIP PURPOSE: Conference calls. CITIES VISITED: Indianapolis, IN RPT ID: 010009250450 |
| 011205-00003 | 7/28/2015 | GELSTON, P A | PARTNER | TRAVEL | 1,410.20 | AIRFARE CLASS: Economy, CITIES VISITED: Dallas, Texas ,TICKET NO: 9842143246218 TRIP PURPOSE: Attend Board Meeting RPT ID: 010009250450 |
| 011205-00003 | 7/28/2015 | GELSTON, P A | PARTNER | TRAVEL | 59.00 | CAR SERVICE Out of Town TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010009250450 |
| 011205-00003 | 7/28/2015 | GELSTON, P A | PARTNER | TRAVEL | 27.06 | TAXI Out of Town TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010009250450 |
| 011205-00003 | 7/28/2015 | GELSTON, P A | PARTNER | TRAVEL | 344.63 | LODGING The Joule Hotel TRIP PURPOSE: Attend Board meeting CITIES VISITED: Dallas, Texas RPT ID: 010009250450 |
| 011205-00003 | 7/28/2015 | GELSTON, P A | PARTNER | TRAVEL-INTERNET | 21.95 | INTERNET, TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010009250450 |
| 011205-00003 | 7/29/2015 | GELSTON, P A | PARTNER | TRAVEL | 344.63 | LODGING The Joule TRIP PURPOSE: Attend Board meeting CITIES VISITED: Dallas, Texas RPT ID: 010009250450 |
| 011205-00003 | 7/29/2015 | GELSTON, P A | PARTNER | BUSINESS MEALS | 27.27 | MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Attend Board meeting VENUE: The Joule CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston RPT ID: 010009250450 |

**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 7/29/2015 | GELSTON, P A | PARTNER | BUSINESS MEALS | 29.98 | MEALS: HOTEL - MEALS OTHER BUSINESS PURPOSE: Attend Board meeting VENUE: The Joule CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston RPT ID: 010009250450 |
| 011205-00003 | 7/30/2015 | GELSTON, P A | PARTNER | TRAVEL | 37.00 | CAR SERVICE Out of Town TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010009250450 |
| 011205-00003 | 7/30/2015 | GELSTON, P A | PARTNER | TRAVEL-INTERNET | 25.93 | INTERNET, TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010009250450 |
| 011205-00003 | 7/30/2015 | GELSTON, P A | PARTNER | BUSINESS MEALS | 10.70 | MEALS: DINNER BUSINESS PURPOSE: Attend Board Meeting VENUE: Chilis CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston RPT ID: 010009250450 |
| 011205-00003 | 7/30/2015 | GELSTON, P A | PARTNER | BUSINESS MEALS | 15.53 | MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Attend Board meeting VENUE: The Joule CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston RPT ID: 010009250450 |
| | | | | | $2,416.83 | |

SL1 1381382v1 109285.00005