UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | **Hearing Date: Sept. 14, 2015, 9:30 a.m.** |
| ) | **Obj. Response Deadline: Aug. 31, 2015** |
| ) | **Related Docket No. 5373** |

### RESPONSE OF CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS TO TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1

COMES NOW Cellco Partnership d/b/a Verizon Wireless, on behalf of itself and certain affiliates ("Verizon Wireless"), by and through its undersigned attorneys, and submits this response to the Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1. In support of its response, Verizon Wireless states the following:

### INTRODUCTION

Energy Future Holdings Corp., *et al.* has objected to the proof of claim filed by Verizon Wireless, seeking both to split the claim among six of the Debtors and to reduce the amount of the claim. At least to the splitting of the claim, Verizon Wireless asserts that this objection could have been avoided. Prior to filing the proof of claim numerous attempts were made to match up Verizon Wireless's accounts with the appropriate entity among the seventy-one debtors. Despite

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

CORE/0048629.0698/108992345.1

multiple messages on the Debtors "hotline," no response was received. As to the amount of the claim, Verizon Wireless continues to assert the amount set forth in the proof of claim and agrees to work with the Debtors to reconcile those amounts, including provide the Debtors with additional documents as necessary, to support the pre-petition balances.

## BACKGROUND

1. On April 29, 2014 ("Petition Date"), Energy Future Holdings Corp., *et al.* ("Debtors"), filed voluntary petitions for relief with this Court under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 - 1532.

2. Prior to the Petition Date, Verizon Wireless and its affiliates provided telecommunications services to the Debtors. On or about the Petition Date, Verizon's records indicated that there were potentially over 3,600 accounts between Verizon and the Debtors.

3. After the Petition Date, Verizon Wireless and its affiliates continued providing telecommunications services to the Debtors.

4. On August 18, 2014, the Court entered the Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Request for Payment, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Request for Payment, and (C) Approving the Notice [Docket No. 1866] ("General Bar Date Order").

5. The General Bar Date Order set a deadline of October 27, 2014, for all claimants except those specifically excluded in the General Bar Date Order to file claims arising prior to the Petition Date.

6. On October 17, 2014, Verizon Wireless timely filed a proof of claim against Debtor Energy Future Holdings Corp. in the amount of $117,702.82. This claim was designated as Claim No. 6264 by the Debtors' Claims and Noticing Agent, Epiq Bankruptcy Solutions.

7.      On August 17, 2015, Debtors filed the Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1 ("Twenty-Eighth Omnibus Objection") [Docket Entry No. 5373].

8.      Claim No. 6264 filed by Verizon Wireless was included in the Twenty-Eighth Omnibus Objection.

9.      In the Twenty-Eighth Omnibus Objection, the Debtors seek to have Claim No. 6264 reduced to the amount of $44,177.67, spread among six of the Debtors.  Twenty-Eighth Omnibus Objection, Exhibit 1 to Exhibit A, p. 17.

## RESPONSE

10.     With Claim No. 6264, Verizon Wireless and its affiliates are seeking only to collect the pre-petition amounts due, as listed by account on the attachment to the claim.

11.     As explained above and as reflected in the attachment to Claim No. 6264, the Debtors had many accounts with Verizon Wireless and its affiliates.  Although it has not reconciled the proposed allocation set forth in the Twenty-Eighth Omnibus Objection, Verizon Wireless does not object to splitting Claim No. 6264 among several of the Debtors, and, as explained above, reached out to the Debtors prior to filing Claim No. 6264 in an attempt to do so.  However, the records of Verizon Wireless and its affiliates indicate that the pre-petition balance due from the Debtors is $117,702.82, not $44,177.67.

12.     The invoices and service agreements supporting Claim No. 6264 are voluminous, and as a result were not attached to Claim No. 6264 and are not attached hereto.  Nonetheless, Verizon Wireless agrees to work with the Debtors to reconcile the amounts that support Verizon Wireless's claim for unpaid pre-petition services provided to the Debtors as asserted in Claim

No. 6264. To the extent necessary, Verizon Wireless also agrees to provide the Debtors with copies of the relevant invoices and service agreements. Verizon Wireless expects that the reconciliation will demonstrate the amounts due as set forth in Claim No. 6264.

13. Counsel for the Debtors should communicate with counsel for Verizon Wireless, Darrell W. Clark, to resolve the objection to Claim No. 6264. Mr. Clark's contact information appears below. In addition, Verizon Wireless agrees to provide the Debtors with the contact information of a business person at Verizon Wireless to assist in resolving the objection.

WHEREFORE, Verizon Wireless respectfully requests that this Court enter an order overruling the Debtors' objection in the Twenty-Eighth Omnibus Objection to Claim No. 6264 filed by Verizon Wireless.

Dated: August 31, 2015

Respectfully submitted:

MCCARTER & ENGLISH, LLP

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (DE Bar #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Tel: 302-984-6300; Fax: 302-984-6399
wtaylor@mccarter.com

and

Darrell W. Clark
STINSON LEONARD STREET LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel: 202-785-9100; Fax: 202-785-9163
darrell.clark@stinsonleonard.com

*Counsel for Cellco Partnership d/b/a Verizon Wireless*

CORE/0048629.0698/108992345.1