**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2015, a copy of the foregoing Response of Cellco Partnership d/b/a Verizon Wireless to the Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1 was served by first-class mail, postage prepaid, on the following parties:

O'Kelly Ernst & Bielli, LLC
901 N. Market Street, Suite 1000
Wilmington, DE  19801
Attn: David M. Klauder, Esq.
Attn: Shannon J. Dougherty, Esq.

Proskauer Rose LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL  60602
Attn: Jeff J. Marwil, Esq.
Attn: Mark K. Thomas, Esq.
Attn: Peter J. Young, Esq.

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
Attn: Richard L. Schepacarter, Esq.

                                              /s/ *William F. Taylor, Jr.*
                                              William F. Taylor, Jr. (DE Bar #2936)