**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that on August 28, 2015, counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc., caused true and accurate copies of the *First Set of Requests for Production of Documents to Hunt Consolidated Inc.* and *First Set of Requests for Production of Documents to Avenue Capital Management II, L.P.,* to be served by electronic mail to those persons and entities identified on the attached Exhibit A.

*— Signature Page Follows —*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated: Wilmington, Delaware
      August 31, 2015

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

*/s/ Mark A. Fink*
Natalie D. Ramsey (DE Bar No. 5378)
Mark B. Sheppard
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
E-mail: mfink@mmwr.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC; EFIH Finance Inc.; and EECI, Inc.*

## EXHIBIT A

| | |
|---|---|
| geoffrey.newton@bakerbotts.com<br>luckey.mcdowell@bakerbotts.com<br>preston.bernhisel@bakerbotts.com | Geoffrey L. Newton<br>C. Luckey McDowell<br>Preston Bernhisel<br><br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201<br><br>*Counsel for Hunt-Investor Group* |
| tchandler@velaw.com<br>pheath@velaw.com | Trina H. Chandler<br>Paul E. Heath<br><br>Vinson & Elkins<br>1001 Fannin Street<br>Suite 2500<br>Houston, TX 77002<br><br>*Counsel for Hunt-Investor Group* |