# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 5 | [ALL] Business Operations | 1.70 | $1,288.50 |
| 6 | [ALL] Case Administration | 86.60 | $38,377.50 |
| 8 | [ALL] Claims Administration & Objections | 354.10 | $210,316.50 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 2,151.90 | $1,353,723.50 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 2,007.90 | $1,729,364.50 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 11.90 | $7,171.50 |
| 12 | [ALL] Hearings | 67.30 | $61,103.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 340.60 | $178,448.50 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 53.20 | $33,647.50 |
| 18 | [ALL] Non-Working Travel | 120.90 | $110,911.50 |
| 19 | [ALL] Official Committee Issues & Meet. | 9.00 | $6,833.00 |
| 21 | [ALL] Plan and Disclosure Statements | 1,918.10 | $1,714,573.00 |
| 23 | [ALL] Regulatory Issues | 4.20 | $4,251.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 112.00 | $75,712.50 |
| 29 | [ALL] Tax Issues | 841.70 | $759,309.00 |
| 34 | [TCEH] Asset Dispositions and Purchases | 3.30 | $2,109.00 |
| 35 | [TCEH] Automatic Stay | 15.90 | $9,547.50 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 19.80 | $16,726.00 |
| 39 | [TCEH] Claims Administration & Objection | 86.30 | $47,809.50 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 12.20 | $5,860.50 |
| 42 | [TCEH] Environmental Issues | 25.80 | $23,368.50 |
| 46 | [TCEH] Non-Debtor Affiliates | 19.30 | $10,903.50 |
| 49 | [TCEH] Official Committee Issues & Meet. | 2.40 | $1,368.00 |
| 51 | [TCEH] Plan/Disclosure Statements | 35.60 | $22,473.00 |
| 57 | [TCEH] Trading and Hedging Contracts | 11.40 | $7,620.00 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 63.60 | $33,696.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 101.80 | $82,559.00 |
| 85 | [EFH] Claims Administration & Objections | 5.60 | $2,688.00 |
| 89 | [EFH] EFH Properties | 0.60 | $399.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 162.40 | $90,623.50 |
| **Totals:** | | **8,647.10** | **$6,642,783.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $6,630.69 |
| Standard Copies or Prints | $6,465.30 |
| Binding | $4.90 |
| Color Copies or Prints | $13,268.40 |
| Scanned Images | -$3.30 |
| Production Blowbacks | $798.10 |
| Closing/Mini Books | $12.00 |
| Overnight Delivery | $129.29 |
| Outside Messenger Services | $214.32 |
| Local Transportation | $1,010.65 |
| Travel Expense | $42,921.59 |
| Airfare | $35,304.47 |
| Transportation to/from airport | $7,103.02 |
| Travel Meals | $2,515.71 |
| Car Rental | $109.48 |
| Other Travel Expenses | $1,283.95 |
| Court Reporter Fee/Deposition | $1,938.40 |
| Outside Paralegal Assistance | $166,897.50 |
| Working Meals/K&E Only | $56.73 |
| Working Meals/K&E and Others | $251.00 |
| Catering Expenses | $3,607.00 |
| Outside Retrieval Service | $516.00 |
| Westlaw Research | $9,871.71 |
| Overtime Transportation | $1,702.69 |
| Overtime Meals - Non-Attorney | $60.00 |
| Overtime Meals - Attorney | $890.86 |
| Rental Expenses | $3,321.90 |
| Cash Credits | -$1,446.00 |
| **Total:** | **$305,436.36** |