# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mike Beinus | Partner | 1999 | Taxation | 1,220.00 | 0.50 | $610.00 |
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,025.00 | 113.60 | $116,440.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,245.00 | 185.30 | $230,698.50 |
| Lauren O Casazza | Partner | 2002 | Litigation - General | 935.00 | 46.60 | $43,571.00 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 955.00 | 60.30 | $57,586.50 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 845.00 | 107.00 | $90,415.00 |
| Thad Davis | Partner | 2005 | Taxation | 995.00 | 0.40 | $398.00 |
| John P Del Monaco | Partner | 2005 | Litigation | 895.00 | 9.50 | $8,502.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,275.00 | 158.90 | $202,597.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 825.00 | 147.90 | $122,017.50 |
| Bruce Gelman, P.C. | Partner | 1993 | Taxation | 1,275.00 | 0.50 | $637.50 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 880.00 | 140.50 | $123,640.00 |
| William Guerrieri | Partner | 2008 | Restructuring | 895.00 | 49.70 | $44,481.50 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 1,060.00 | 0.40 | $424.00 |
| Stephen E Hessler | Partner | 2001 | Restructuring | 1,060.00 | 1.40 | $1,484.00 |
| Vicki V Hood | Partner | 1977 | Employee Benefits | 1,145.00 | 0.50 | $572.50 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 880.00 | 32.40 | $28,512.00 |
| Reid Huefner | Partner | 2007 | IP - Litigation | 845.00 | 16.20 | $13,689.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 975.00 | 210.90 | $205,627.50 |
| Ellen M. Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,040.00 | 6.90 | $7,176.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,235.00 | 203.90 | $251,816.50 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,060.00 | 2.00 | $2,120.00 |
| Greeg G. Kirchhoefer | Partner | 1982 | IP - Transactional | 1,145.00 | 5.20 | $5,954.00 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,275.00 | 93.00 | $118,575.00 |
| Daniel Lewis | Partner | 2008 | IP - Transactional | 895.00 | 1.30 | $1,163.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,375.00 | 81.20 | $111,650.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,090.00 | 142.50 | $155,325.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 1,025.00 | 161.80 | $165,845.00 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 930.00 | 266.90 | $248,217.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andres Mena | Partner | 2001 | Corporate - Debt Finance | 1,060.00 | 0.80 | $848.00 |
| Scott A Moehrke, P.C. | Partner | 1989 | Corporate - Investment Management | 1,165.00 | 1.00 | $1,165.00 |
| Dennis M Myers, P.C. | Partner | 1991 | Corporate - Capital Markets | 1,245.00 | 1.30 | $1,618.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,325.00 | 18.70 | $24,777.50 |
| JoAnne Nagjee | Partner | 2009 | Taxation | 945.00 | 29.20 | $27,594.00 |
| Matthew E Papez, P.C. | Partner | 1999 | Litigation - General | 935.00 | 45.10 | $42,168.50 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 825.00 | 56.10 | $46,282.50 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 930.00 | 90.60 | $84,258.00 |
| William T Pruitt | Partner | 2004 | Litigation - General | 895.00 | 14.70 | $13,156.50 |
| Jeffrey S Quinn | Partner | 1998 | Employee Benefits | 1,025.00 | 14.10 | $14,452.50 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 895.00 | 133.50 | $119,482.50 |
| David Rosenberg | Partner | 2005 | Real Estate | 895.00 | 0.30 | $268.50 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 930.00 | 3.20 | $2,976.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,235.00 | 176.70 | $218,224.50 |
| Brian E Schartz | Partner | 2008 | Restructuring | 930.00 | 198.60 | $184,698.00 |
| Edward Schneidman, P.C. | Partner | 1980 | Corporate - Capital Markets | 1,125.00 | 0.50 | $562.50 |
| Joseph Serino, Jr., P.C. | Partner | 1988 | Litigation - General | 1,145.00 | 7.60 | $8,702.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,325.00 | 110.60 | $146,545.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 880.00 | 168.40 | $148,192.00 |
| R. Timothy Stephenson | Partner | 1990 | Labor & Employment | 1,090.00 | 2.30 | $2,507.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 955.00 | 22.30 | $21,296.50 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,165.00 | 75.90 | $88,423.50 |
| James Barolo | Associate | 2014 | Litigation - General | 480.00 | 143.40 | $68,832.00 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 845.00 | 1.50 | $1,267.50 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 480.00 | 158.80 | $76,224.00 |
| Megan Byrne | Associate | 2015 | Litigation - General | 480.00 | 2.20 | $1,056.00 |
| Kevin Chang | Associate | 2014 | Litigation - General | 480.00 | 19.40 | $9,312.00 |
| Elizabeth S Dalmut | Associate | 2013 | Litigation - General | 555.00 | 5.00 | $2,775.00 |
| Haley Darling | Associate | 2014 | Litigation - General | 480.00 | 26.30 | $12,624.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 635.00 | 88.80 | $56,388.00 |
| Kristen L Derhaag | Associate | 2012 | Corporate - Debt Finance | 730.00 | 0.60 | $438.00 |
| Michael Esser | Associate | 2009 | Litigation - General | 795.00 | 108.60 | $86,337.00 |
| Emily Geier | Associate | 2012 | Restructuring | 730.00 | 279.80 | $204,254.00 |
| Jason Gott | Associate | 2012 | Restructuring | 665.00 | 95.10 | $63,241.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Inbal Hasbani | Associate | 2010 | Litigation - General | 755.00 | 3.40 | $2,567.00 |
| Sean F Hilson | Associate | 2013 | Restructuring | 570.00 | 1.20 | $684.00 |
| Sam Hong | Associate | 2008 | IP - Transactional | 730.00 | 2.90 | $2,117.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 570.00 | 130.40 | $74,328.00 |
| Ashley G. James | Associate | 2010 | Labor & Employment | 755.00 | 1.70 | $1,283.50 |
| Vinu Joseph | Associate | 2013 | Litigation - General | 555.00 | 0.50 | $277.50 |
| Lina Kaisey | Associate | Pending | Restructuring | 480.00 | 158.60 | $76,128.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 710.00 | 24.50 | $17,395.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 555.00 | 36.20 | $20,091.00 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 795.00 | 85.20 | $67,734.00 |
| Max Klupchak | Associate | 2011 | Corporate - M&A/Private Equity | 795.00 | 206.90 | $164,485.50 |
| Nick Laird | Associate | 2013 | Litigation - General | 555.00 | 22.80 | $12,654.00 |
| Christine Lehman | Associate | 2014 | Taxation | 495.00 | 35.20 | $17,424.00 |
| Teresa Lii | Associate | 2014 | Restructuring | 570.00 | 171.10 | $97,527.00 |
| Jeffrey Lula | Associate | 2010 | Litigation - General | 755.00 | 56.50 | $42,657.50 |
| Eric Merin | Associate | 2014 | Litigation - General | 555.00 | 7.80 | $4,329.00 |
| Timothy Mohan | Associate | 2014 | Restructuring | 570.00 | 133.10 | $75,867.00 |
| Michael Muna | Associate | 2013 | Corporate - General | 480.00 | 36.90 | $17,712.00 |
| Veronica Nunn | Associate | 2010 | Corporate - General | 795.00 | 211.80 | $168,381.00 |
| Samara L Penn | Associate | 2010 | Litigation - General | 755.00 | 4.40 | $3,322.00 |
| Jonah Peppiatt | Associate | 2015 | Restructuring | 480.00 | 101.00 | $48,480.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 570.00 | 17.20 | $9,804.00 |
| Bradford B Rossi | Associate | 2011 | Corporate - General | 730.00 | 11.80 | $8,614.00 |
| Jeremy Roux | Associate | 2014 | IP - Litigation | 480.00 | 2.00 | $960.00 |
| Mark Salomon | Associate | 2015 | Litigation - General | 480.00 | 1.30 | $624.00 |
| Michael Saretsky | Associate | 2010 | Environment - Transactional | 480.00 | 3.40 | $1,632.00 |
| Max Schlan | Associate | 2012 | Restructuring | 665.00 | 168.80 | $112,252.00 |
| Mark F Schottinger | Associate | 2012 | Litigation - General | 635.00 | 2.00 | $1,270.00 |
| Steven Serajeddini | Associate | 2010 | Restructuring | 845.00 | 269.30 | $227,558.50 |
| Anthony Sexton | Associate | 2011 | Taxation | 685.00 | 159.20 | $109,052.00 |
| Aaron Slavutin | Associate | 2011 | Restructuring | 665.00 | 26.00 | $17,290.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 635.00 | 84.30 | $53,530.50 |
| Adam Stern | Associate | 2013 | Litigation - General | 635.00 | 44.50 | $28,257.50 |
| Sarah Stock | Associate | 2013 | Litigation - General | 555.00 | 13.00 | $7,215.00 |
| Thayne Stoddard | Associate | 2015 | Litigation - General | 480.00 | 1.50 | $720.00 |
| Nathan Taylor | Associate | Pending | Litigation - General | 480.00 | 0.70 | $336.00 |
| Adam Teitcher | Associate | 2013 | Litigation - General | 635.00 | 15.40 | $9,779.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 480.00 | 129.60 | $62,208.00 |
| Steven Torrez | Associate | 2014 | Restructuring | 480.00 | 121.80 | $58,464.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 480.00 | 135.50 | $65,040.00 |
| Kathleen P Turner | Associate | 2014 | Corporate - General | 480.00 | 27.10 | $13,008.00 |
| Andrew J Welz | Associate | 2011 | Litigation - General | 755.00 | 39.20 | $29,596.00 |
| Jason Whiteley | Associate | 2010 | Corporate - General | 845.00 | 248.50 | $209,982.50 |
| Charles D Wineland, III | Associate | 2013 | IP - Litigation | 555.00 | 3.30 | $1,831.50 |
| Sara Winik | Associate | 2014 | Litigation - General | 480.00 | 2.50 | $1,200.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Spencer A Winters | Associate | 2013 | Restructuring | 570.00 | 293.00 | $167,010.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 665.00 | 236.00 | $156,940.00 |
| **Grand Total** | | | | | **7,837.20** | **$6,410,313.00** |

RLF1 12906447v.1

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 210.00 | 54.80 | $11,508.00 |
| Jason Douangsanith | Case Assistant | 4 months | Litigation - General | 195.00 | 41.50 | $8,092.50 |
| Gary A. Duncan | Legal Assistant | 6 years | Litigation - General | 300.00 | 24.90 | $7,470.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 265.00 | 84.70 | $22,445.50 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 380.00 | 14.30 | $5,434.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 340.00 | 42.70 | $14,518.00 |
| Shavone Green | Legal Assistant | 1.5 years | Restructuring | 280.00 | 15.80 | $4,424.00 |
| Lisa A Horton | Legal Assistant | 13 years | Litigation - General | 350.00 | 7.40 | $2,590.00 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 350.00 | 63.90 | $22,365.00 |
| Robert Orren | Legal Assistant | 4 years | Restructuring | 310.00 | 103.40 | $32,054.00 |
| Sharon G Pace | Legal Assistant | 2 years | Litigation - General | 265.00 | 25.50 | $6,757.50 |
| Meghan Rishel | Legal Assistant | 11 months | Litigation - General | 265.00 | 117.10 | $31,031.50 |
| Laura Saal | Legal Assistant | 12 years | Restructuring | 320.00 | 13.40 | $4,288.00 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 315.00 | 127.50 | $40,162.50 |
| Megan Buenviaje | Litigation Suppt Spec | 4 years | Litigation - General | 280.00 | 0.50 | $140.00 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 310.00 | 34.90 | $10,819.00 |
| Anne R Lubinsky | Litigation Suppt Spec | 8 years | Litigation - General | 280.00 | 0.40 | $112.00 |
| Allison Graybill | Other | 2 years | Admin Services | 240.00 | 7.00 | $1,680.00 |
| Daniel Hill | Other | 1 year | Admin Services | 215.00 | 27.50 | $5,912.50 |
| Gabriel King | Project Assistant | 3 months | Restructuring | 210.00 | 1.60 | $336.00 |
| Library Factual Research | Research Specialist | N/A | Admin Services | 300.00 | 1.10 | $330.00 |
| **Grand Total** | | | | | 809.90 | $232,470.00 |

| | | |
|---|---|---|
| | **Total Fees Requested** | **$6,642,783.00** |

RLF1 12906447v.1