# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $6,630.69 |
| Standard Copies or Prints | $5,857.30 |
| Binding | $4.90 |
| Tabs/Indexes/Dividers | $0.00 |
| Color Copies or Prints | $11,565.90 |
| Scanned Images | -$3.30 |
| Production Blowbacks | $798.10 |
| Closing/Mini Books | $12.00 |
| 5 Binders" | $0.00 |
| Overnight Delivery | $129.29 |
| Outside Messenger Services | $214.32 |
| Local Transportation | $1,010.65 |
| Travel Expense | $42,921.59 |
| Airfare | $35,304.47 |
| Transportation to/from airport | $7,103.02 |
| Travel Meals | $2,515.71 |
| Car Rental | $109.48 |
| Other Travel Expenses | $1,283.95 |
| Court Reporter Fee/Deposition | $1,938.40 |
| Outside Paralegal Assistance | $166,897.50 |
| Working Meals/K&E Only | $56.73 |
| Working Meals/K&E and Others | $251.00 |
| Catering Expenses | $3,607.00 |
| Outside Retrieval Service | $516.00 |
| Westlaw Research | $9,871.71 |
| Overtime Transportation | $1,702.69 |
| Overtime Meals - Non-Attorney | $60.00 |
| Overtime Meals - Attorney | $890.86 |
| Secretarial Overtime | $0.00 |
| Document Services Overtime | $0.00 |
| Rental Expenses | $3,321.90 |
| Cash Credits | -$1,446.00 |
| **Total:** | **$303,125.86** |

## **TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $314.70 |
| Color Copies or Prints | $1,527.60 |
| **Total:** | **$1,842.30** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $83.50 |
| **Total:** | **$83.50** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $209.80 |
| Color Copies or Prints | $174.90 |
| **Total:** | **$384.70** |