**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) ) | (Jointly Administered) **Re: D.I. 4782, 4783, 5002 & 5006** |

**CERTIFICATION OF COUNSEL REGARDING
"DEBTORS' SIXTEENTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION,
AMENDED, AND WRONG DEBTOR) CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 4782]**

---

The undersigned hereby certifies as follows:

1. On June 16, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Sixteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation, Amended, and Wrong Debtor) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4782] (the "Objection").[2] On June 16, 2015, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Sixteenth Omnibus (Non-Substantive) Objection to (Insufficient*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Documentation, Amended, and Wrong Debtor) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4783] in connection with, and in support of the relief requested, in the Objection.

2. On July 15, 2015, the Court entered the *Order Sustaining Debtors' Sixteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation, Amended, and Wrong Debtor) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 5006].

3. Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on June 30, 2015 (the "Response Deadline").

4. Prior to the Response Deadline, the Debtors' received two informal responses through their dedicated email address or hotline from the following claimants (the "Claimants"):

- Marilyn Williams regarding the Objection with respect to Proof of Claim number 1583 (the "Disputed Claim"). This Claimant has since informed the Debtors that she does not oppose the relief sought in the Objection.

- Caterpillar Financial Services regarding the Objection with respect to Proof of Claim number 5465 (the "Undisputed Claim"). The Debtors have agreed to withdraw the Objection solely with respect to this claim, number 5465.

5. Therefore, the Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A**, disallowing and expunging from the claims register the Disputed Claim and withdrawing the objection to the Undisputed Claim.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Wilmington, Delaware
Dated:  August 31, 2015             /s/ Joseph C. Barsalona II
                                    **RICHARDS, LAYTON & FINGER, P.A.**
                                    Mark D. Collins (No. 2981)
                                    Daniel J. DeFranceschi (No. 2732)
                                    Jason M. Madron (No. 4431)
                                    Joseph C. Barsalona II (No. 6102)
                                    920 North King Street
                                    Wilmington, Delaware 19801
                                    Telephone:    (302) 651-7700
                                    Facsimile:    (302) 651-7701
                                    Email:        collins@rlf.com
                                                  defranceschi@rlf.com
                                                  madron@rlf.com
                                                  barsalona@rlf.com

                                    -and-

                                    **KIRKLAND & ELLIS LLP**
                                    **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                    Edward O. Sassower, P.C. (admitted *pro hac vice*)
                                    Stephen E. Hessler (admitted *pro hac vice*)
                                    Brian E. Schartz (admitted *pro hac vice*)
                                    601 Lexington Avenue
                                    New York, New York 10022-4611
                                    Telephone:    (212) 446-4800
                                    Facsimile:    (212) 446-4900
                                    Email:        edward.sassower@kirkland.com
                                                  stephen.hessler@kirkland.com
                                                  brian.schartz@kirkland.com

                                    -and-

                                    James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
                                    Marc Kieselstein, P.C. (admitted *pro hac vice*)
                                    Chad J. Husnick (admitted *pro hac vice*)
                                    Steven N. Serajeddini (admitted *pro hac vice*)
                                    300 North LaSalle
                                    Chicago, Illinois 60654
                                    Telephone:    (312) 862-2000
                                    Facsimile:    (312) 862-2200
                                    Email:        james.sprayregen@kirkland.com
                                                  marc.kieselstein@kirkland.com
                                                  chad.husnick@kirkland.com
                                                  steven.serajeddini@kirkland.com

                                    *Co-Counsel to the Debtors and Debtors in Possession*