# Exhibit 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 4138, 4298 |

## ORDER APPROVING THE STIPULATION BETWEEN THE DEBTORS AND ALCOA INC. RESOLVING OBJECTIONS TO SCHEDULING MOTION

Upon the *Stipulation Between the Debtors and Alcoa Inc. Resolving Objections to Scheduling Motion* (the "Stipulation"),[2] a copy of which is attached hereto as **Exhibit A**, and upon the record of this case and due deliberation thereon, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this order.

3. The Stipulation is fair and reasonable and entered into in good faith by the Parties.

4. This Stipulation shall remain in full force and effect notwithstanding the conversion of the Debtors' chapter 11 cases to another chapter of the Bankruptcy Code.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

5. The Court shall retain sole and exclusive jurisdiction to enforce the provisions of this order.

Dated: May 6, 2015
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

RLF1 11932853v.1

# Exhibit A

**Stipulation**

RLF1 11932853v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## STIPULATION BETWEEN THE DEBTORS AND ALCOA INC. RESOLVING OBJECTIONS TO SCHEDULING MOTION

Richards, Layton & Finger, P.A., Kirkland & Ellis LLP, and Kirkland & Ellis International LLP, co-counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors") and Landis Rath & Cobb LLP and McKool Smith, P.C., co-counsel to Alcoa Inc. ("Alcoa" and, together with the Debtors, the "Parties"), hereby enter into this stipulation on behalf of the Parties (this "Stipulation"), and the Parties stipulate and agree as follows:

## RECITALS

WHEREAS, on April 29, 2014 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Court");

WHEREAS, as of the Petition Date, the Parties were, and continue to be, party to certain executory contracts and unexpired leases (the "Alcoa Contracts");

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 11932853v.1

WHEREAS, on September 12, 2014, the Court entered the *Order Approving the Stipulation by and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, and Alcoa Inc.* [D.I. 2002], approving a stipulation agreed to by the Parties to setoff certain charges set forth in the Alcoa Contracts (the "Setoff Stipulation");

WHEREAS, on November 13, 2014, the Court entered the *Order Approving the Assumption of Certain Unexpired Leases by and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, and Alcoa Inc.* [D.I. 2759] (the "Alcoa Assumption Order"), assuming certain nonresidential real property leases and curing certain amounts owed on those leases agreed to by the Parties in the Setoff Stipulation;

WHEREAS, on April 14, 2015, the Debtors filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 4138] (the "Scheduling Motion"),[2] setting forth a timeline leading to the approval of the *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 4143] (as may be amended, revised, modified, or supplemented from time to time, the "Disclosure Statement") and the Confirmation Hearing of the *Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 4142] (as may be amended, revised, modified, or supplemented from time to time, the "Plan");

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Scheduling Motion.

WHEREAS, on April 27, 2015, Alcoa filed the *Objection of Alcoa Inc. to Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 4298] (the "Alcoa Scheduling Objection"), objecting to the Scheduling Motion and asserting various concerns regarding the Scheduling Motion;

WHEREAS, the Parties entered into informal discussions to resolve the Alcoa Scheduling Objection; and

WHEREAS, this Stipulation memorializes the resolution from the informal discussions between the Parties.

NOW, THEREFORE, it is hereby stipulated and agreed to by and among the Parties:

1. Alcoa agrees to withdraw the Alcoa Scheduling Objection with prejudice.

2. Notwithstanding anything to the contrary in the Scheduling Motion, the Plan, the Disclosure Statement, or any order approving such relief thereof, the Debtors agree to provide Alcoa notice of the Debtors' request to assume, including related cure amounts (if any), reject, assign, modify, and/or any other dispositions of the Alcoa Contracts pursuant to the Plan not less than twenty-eight days before the Plan Objection Deadline.

3. Alcoa agrees to limit any objection to the Plan and Disclosure Statement (whether made directly, indirectly, filed, or presented at a hearing) to the Debtors' proposed assumption of the Alcoa Contracts (including cure amounts, if any, and adequate assurance), rejection of the Alcoa Contracts, and the treatment of the Alcoa Contracts in the Plan or plan feasibility (each such objection, a "Permitted Objection"); *provided* that the Debtors seek solely to assume or reject the Alcoa Contracts and do not seek to (a) modify, sell and/or assign the

Alcoa Contracts or (b) cause or create any other disposition of the Alcoa Contracts or related TCEH Debtor assets. Alcoa further agrees that it will not object to any request by the Debtors to further extend the exclusive periods during which only the Debtors may file and solicit votes on the Plan pursuant to section 1121 of the Bankruptcy Code. Alcoa reserves the right to request that the Court schedule discovery or set a special hearing regarding any dispute arising out of a Permitted Objection at or prior to the confirmation hearing (and the Debtors reserve the right to object to such relief). Additionally, Alcoa and the Debtors reserve the right to request or contest, as the case may be, mediation of disputes between the Parties regarding the Alcoa Contracts.

4. This Stipulation shall terminate on the earliest to occur of (a) the date on which the Court enters an order confirming the Plan, (b) February 15, 2016, (c) the date, if any, on which the Court determines that the Plan, as amended, revised, modified, or supplemented from time to time, does not satisfy the requirements of section 1127(b) of the Bankruptcy Code, or (d) the appointment of a chapter 11 or chapter 7 trustee.

5. The reservation of rights set forth in Paragraphs 7, 8, and 9 of the Alcoa Assumption Order shall continue in effect for each of Alcoa and the Debtors with respect to a Permitted Objection.

6. This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile, and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

7. This Stipulation shall be deemed to have been drafted jointly by the Parties, and any uncertainty or omission shall not be construed as an attribution of drafting by any Party.

8. This Stipulation shall be effective upon entry of an order by the Court in form and substance reasonably acceptable to the Parties approving this Stipulation.

9.  The Stipulation shall remain in full force and effect notwithstanding the conversion of the Debtors' chapter 11 cases to another chapter of the Bankruptcy Code.

10. The Court shall retain sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.]*

Stipulated and agreed by:

ENERGY FUTURE HOLDINGS, CORP., *ET AL.*,
AS DEBTORS AND DEBTORS IN POSSESSION

By: _____/s/ Jason M. Madron_____
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

ALCOA INC.

By: _____/s/ Peter S. Goodman_____
**LANDIS RATH & COBB LLP**
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:   (302) 467-4400
Facsimile:    (302) 467-4450
Email:         landis@lrclaw.com
                   mcguire@lrclaw.com

-and-

**MCKOOL SMITH, P.C.**
Peter S. Goodman (admitted *pro hac vice*)
Michael R. Carney (admitted *pro hac vice*)
One Bryant park, 47th Floor
New York, New York 10036
Telephone:   (212) 402-9400
Facsimile:    (212) 402-9444
Email:         pgoodman@mckool.com
                   mcarney@mckool.com

*Co-Counsel to Alcoa Inc.*