# Exhibit 3

# Michael R. Carney

| | |
|---|---|
| **From:** | Esser, Michael P. <michael.esser@kirkland.com> |
| **Sent:** | Friday, August 28, 2015 8:48 PM |
| **To:** | Peter Goodman; Robert Elkin; Bill Wilson; Judith Pace Youngman; Michael R. Carney |
| **Cc:** | Schartz, Brian; Keegan, Christopher W. |
| **Subject:** | FW: In re: Energy Future Holdings Corp., et al., Case No. 14-10979 |
| **Attachments:** | 37565460.pdf; 2015-08-28 Debtors' First Set of Requests for Production and Interrogato....pdf; 2015-08-28 Debtors' Responses and Objections to Alcoa's First Set of Int....pdf; 2015-08-28 Debtors' Responses and Objections to Alcoa's First Set of Req....pdf; 2015-08-28 Stipulated Scheduling Order.docx |

All—Forwarding the correspondence below in pieces.

Michael P. Esser | Kirkland & Ellis LLP
555 California Street | San Francisco, CA 94104
+1-415-439-1973 Direct | +1-415-439-1500 Fax
michael.esser@kirkland.com

---

**From:** Esser, Michael P.
**Sent:** Friday, August 28, 2015 5:01 PM
**To:** 'Bill Wilson'; *pgoodman@mckoolsmith.com; *mcarney@mckoolsmith.com
**Cc:** Keegan, Christopher W.; Schartz, Brian
**Subject:** In re: Energy Future Holdings Corp., et al., Case No. 14-10979

Bill, Peter, and Michael,

Please see the attached correspondence and discovery.

I am also attaching for your convenience as-filed copies of Docket No. 5789, *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the Assumption of All Executory Contracts by and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, Texas Competitive Electric Holdings Company LLC and Alcoa Inc.*, and its Supporting Declarations.

Best Regards,
Mike Esser

Michael P. Esser | Kirkland & Ellis LLP
555 California Street | San Francisco, CA 94104
+1-415-439-1973 Direct | +1-415-439-1500 Fax
michael.esser@kirkland.com

************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************

CONFIDENTIAL SETTLEMENT COMMUNICATIONS
SUBJECT TO FRE 408

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**STIPULATED ORDER SCHEDULING
CERTAIN HEARING DATES AND DEADLINES IN
CONNECTION WITH THE MOTION OF ENERGY FUTURE
HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER APPROVING
THE ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS BY AND AMONG
LUMINANT GENERATION COMPANY LLC, LUMINANT MINING COMPANY LLC,
SANDOW POWER COMPANY LLC, AND ALCOA INC.**

This matter having come before the Court on the *Motion of Energy Future Holdings Corp., et al., For Entry of an Order Approving the Assumption of Certain Executory Contracts By and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, and Alcoa Inc.* [D.I. 5789] (the "Motion"), and the above-referenced Debtors and Alcoa Inc. ("Alcoa") (collectively, the "Parties"), having conferred and agreed to a proposed schedule; and the Court finding good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1. The following schedule, which may be modified by agreement of the Parties without further order of the Court or for good cause shown upon motion to the Court, shall govern the Court's resolution of the Motion as follows:

| Description | Timing/Deadline |
| --- | --- |
| Parties shall commence exchanging responsive electronic and hard copy documents, within the appropriate scope of discovery. | August 28, 2015 |
| Parties shall substantially complete the exchange of responsive electronic and hard copy documents. | September 11, 2015 |
| Depositions of fact witnesses shall be completed. | Between September 14, 2015 and September 18, 2015 |
| Depositions of expert witnesses shall be completed. | Between September 21, 2015 and September 25, 2015 |
| Alcoa shall file its Opposition to the Debtors' Motion. | September 25, 2015 |
| Depositions of declarants who submitted materials in support of Opposition (if any) shall be completed. | September 28, 2015 and September 29, 2015 |
| Debtors shall file their Reply in Support of the Motion. | September 30, 2015 |
| The hearing on the Debtors' Motion shall proceed. | October 2, 2015 |

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2015

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2