*AJ/BQw*
*180326*

## PerdueBrandonFielderCollins&Mott LLP 
### ATTORNEYS AT LAW

P.O. BOX 9132
AMARILLO, TEXAS · 79105
TELEPHONE 806-359-3188
FAX 806-359-5126
www.pbfcm.com

**RECEIVED**

AUG 3 1 2015

**D.J.D.**

**D'Layne Carter**
ATTORNEY AT LAW
dpcarter@pbfcm.com

August 26, 2015

Energy Future Holdings, Corp
Claims Processing Center
c/o Epiq Bankruptcy Solutions LLC
Grand Central Station, PO Box 4613
New York, NY  10166-4613

RE:     In the Matter of Energy Future Holdings Corp., Et Al; Bankruptcy Number:
        14-10979; In the United States Bankruptcy Court for the District of Delaware

Dear Sir/s:

    I am enclosing an original as well as one copy of a Withdrawal of Claim No. 191 which we have prepared for filing on behalf of the Childress County Appraisal District.

    I have enclosed a self-addressed stamped envelope and would appreciate your filing the original and returning one copy to the undersigned with the notice of filing noted thereon.

    Thank you very much.

Sincerely yours,

D'Layne Carter

DC/ab
Enclosure

cc:     United States Trustee
        844 King Street, Room 2207
        Lockbox #35
        Wilmington, DE  19899

        United States Bankruptcy Court
        District of Delaware
        824 Market Street
        3rd Floor
        Wilmington, DE  19801

Daniel J. DeFranceschi
Richards Layton & Finger PA
920 North King Street
Wilmington, DE  19801

Kirkland & Ellis LLP
601 Lexington Ave
New York, NY  10022

James Sprayregen
Chad Husnick
Steven Serajeddini
300 North La Salle
Chicago, IL  60654

D'Layne Carter, 00792988
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P.O. Box 9132
Amarillo, TX 79105-9132
(806) 359-3188
FAX (806) 359-5126
dpcarter@pbfcm.com



ATTORNEY FOR CHILDRESS COUNTY APPRAISAL DISTRICT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE** | § **IN PROCEEDINGS UNDER** |
| | § **CHAPTER 11 OF THE** |
| **Energy Future Holdings Corp., Et Al** | § **BANKRUPTCY ACT** |
| | § |
| **DEBTOR** | § **NO. 14-10979** |

### <u>WITHDRAWAL OF CLAIM NO:  191</u>

Claimant, CHILDRESS COUNTY APPRAISAL DISTRICT filed Secured Claim Number 191 for Taxes of the CHILDRESS COUNTY APPRAISAL DISTRICT in the amount of $296.03.  Claimant wishes to withdraw this claim since the ad valorem taxes have been paid.

Respectfully,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
(806) 359-3188, FAX: (806) 359-5126
dpcarter@pbfcm.com

By _____
    D'Layne Carter
    Bar No: 00792988

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above WITHDRAWAL OF
CLAIM NO. 191; has been served upon the parties listed below via U.S. First Class Mail
or electronically via the Court's ECF System on this date: August _28_ , 2015.

D'Layne Carter

Energy Future Holdings, Corp
Claims Processing Center
c/o Epiq Bankruptcy Solutions LLC
Grand Central Station, PO Box 4613
New York, NY 10166-4613

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

United States Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

Daniel J. DeFranceschi
Richards Layton & Finger PA
920 North King Street
Wilmington, DE 19801

Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022

James Sprayregen
Chad Husnick
Steven Serajeddini
300 North La Salle
Chicago, IL 60654