**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD JULY 1, 2015 TO JULY 31, 2015*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Davido, Scott | Senior Managing Director | $ 875 | 10.8 | $9,450.00 |
| Diaz, Matthew | Senior Managing Director | 975 | 100.8 | 98,280.00 |
| Eisenband, Michael | Senior Managing Director | 975 | 8.0 | 7,800.00 |
| Joffe, Steven | Senior Managing Director | 975 | 5.3 | 5,167.50 |
| Jones, Scott | Senior Managing Director | 1,050 | 6.4 | 6,720.00 |
| Scruton, Andrew | Senior Managing Director | 975 | 55.2 | 53,820.00 |
| Simms, Steven | Senior Managing Director | 975 | 10.5 | 10,237.50 |
| Tranen, Jeffrey | Senior Managing Director | 750 | 1.6 | 1,200.00 |
| Cordasco, Michael | Managing Director | 795 | 34.5 | 27,427.50 |
| Greenberg, Mark | Managing Director | 795 | 37.5 | 29,812.50 |
| Park, Ji Yon | Managing Director | 795 | 11.8 | 9,381.00 |
| Arsenault, Ronald | Senior Director | 535 | 12.3 | 6,580.50 |
| Rauch, Adam | Director | 645 | 40.6 | 26,187.00 |
| Eimer, Sean | Senior Consultant | 495 | 159.6 | 79,002.00 |
| Eisler, Marshall | Senior Consultant | 495 | 38.1 | 18,859.50 |
| Mond, Allison | Senior Consultant | 375 | 2.1 | 787.50 |
| Stolarz, Alexander | Consultant | 355 | 39.5 | 14,022.50 |
| Hellmund-Mora, Marili | Administrative | 250 | 6.2 | 1,550.00 |
| Moore, Teresa | Administrative | 225 | 1.5 | 337.50 |
| | **GRAND TOTAL** | | **582.3** | **$406,622.50** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD JULY 1, 2015 TO JULY 31, 2015*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 11.1 | $6,544.50 |
| 9 | Analysis of Employee Compensation Programs | 2.2 | 2,073.00 |
| 13 | Analysis of Other Miscellaneous Motions | 6.5 | 4,153.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 47.2 | 38,394.00 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 37.8 | 26,328.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 107.5 | 103,732.50 |
| 18.A | Investigations of Select Legacy Transactions- Historical Transactions | 154.8 | 88,230.00 |
| 21 | General Meetings with Committee & Committee Counsel | 28.9 | 25,451.50 |
| 24 | Preparation of Fee Application | 46.9 | 22,584.50 |
| 33 | Business Plan- Natural Gas / Coal Pricing | 6.4 | 6,720.00 |
| 35 | Business Plan- New Entry Pricing | 3.7 | 1,987.50 |
| 37 | Analysis of Pre-Petition Tax Payments | 81.8 | 42,785.00 |
| 38 | Analysis of Tax Impact on Restructuring Scenarios | 9.9 | 8,446.50 |
| 39 | Analysis of Alternative Tax Structure | 37.6 | 29,192.00 |
| | **GRAND TOTAL** | **582.3** | **$406,622.50** |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF EXPENSES**
*FOR THE PERIOD JULY 1, 2015 TO JULY 31, 2015*

| Expense Type | Amount |
|---|---|
| Business Meals | $149.85 |
| Ground Transportation | 25.59 |
| **Total** | **$175.44** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
**FOR THE PERIOD JULY 1, 2015 TO JULY 31, 2015**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---:|
| 05/18/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | $ 12.50 |
| 05/19/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 17.35 |
| 05/20/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 05/21/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 05/26/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 05/27/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 06/23/15 | Diaz, Matthew | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 07/06/15 | Stolarz, Alexander | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| | | **Business Meals Total** | | **149.85** |
| 06/18/15 | Simms, Steven | Ground Transportation | Taxi - From office for the purposes of attending in person meeting with mediator (expense not previously billed). | 10.00 |
| 07/06/15 | Stolarz, Alexander | Ground Transportation | Taxi - office to residence after working late in the office. | 15.59 |
| | | **Ground Transportation Total** | | **25.59** |
| | | **Grand Total** | | **$ 175.44** |

**Notes:**

(1) In-office meals over $20.00 and out-of-office meals over $40.00 have been reduced to $20.00 and $40.00, respectively, to comply with the Amended Guidelines for Fees and Disbursements for Professionals in Delaware District Bankruptcy Cases. Each of these meals were in fact greater than $20.00 or $40.00 and do not represent a per diem.