# EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

*Combined - All Entities*
*Summary of Time Detail by Task*
*July 1, 2015 through July 31, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 5.2 | $2,642.50 |
| Bankruptcy Support | 220.4 | $112,097.50 |
| Business Plan | 132.7 | $58,660.00 |
| Cash Management | 16.1 | $5,635.00 |
| Causes of Action | 4.7 | $2,482.50 |
| Claims | 959.0 | $404,737.50 |
| Contracts | 424.3 | $233,175.00 |
| Coordination & Communication with other Creditor Constituents | 52.4 | $27,060.00 |
| Coordination & Communication with UCC | 167.0 | $93,185.00 |
| Court | 1.8 | $1,665.00 |
| DIP Financing | 3.5 | $2,625.00 |
| Fee Applications | 59.1 | $23,225.00 |
| Motions and Orders | 47.5 | $22,472.50 |
| POR / Disclosure Statement | 294.4 | $149,557.50 |
| Retention | 2.9 | $1,375.00 |
| Status Meetings | 83.7 | $45,010.00 |
| Travel Time | 115.9 | $59,140.00 |
| UST Reporting Requirements | 8.4 | $4,410.00 |
| Vendor Management | 156.7 | $84,525.00 |
| **Total** | **2,755.7** | **$1,333,680.00** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**TCEH**
**Summary of Time Detail by Task**
**July 1, 2015 through July 31, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 4.7 | $2,331.25 |
| Bankruptcy Support | 113.0 | $54,321.25 |
| Business Plan | 65.4 | $29,148.68 |
| Cash Management | 9.9 | $3,473.44 |
| Causes of Action | 2.9 | $1,530.23 |
| Claims | 578.0 | $243,140.71 |
| Contracts | 319.3 | $173,924.79 |
| Coordination & Communication with other Creditor Constituents | 36.5 | $18,217.06 |
| Coordination & Communication with UCC | 117.3 | $68,165.74 |
| Court | 1.1 | $1,026.31 |
| DIP Financing | 2.0 | $1,500.00 |
| Fee Applications | 36.4 | $14,316.00 |
| Motions and Orders | 35.3 | $16,576.87 |
| POR / Disclosure Statement | 114.4 | $54,781.39 |
| Retention | 1.8 | $847.56 |
| Status Meetings | 58.5 | $31,037.84 |
| Travel Time | 71.4 | $36,454.19 |
| UST Reporting Requirements | 5.2 | $2,718.35 |
| Vendor Management | 125.4 | $68,839.37 |
| **Total** | **1,698.6** | **$822,351.03** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*July 1, 2015 through July 31, 2015*

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|
| Accounting/Cut-off | 0.5 | $311.25 |
| Bankruptcy Support | 94.2 | $49,381.16 |
| Business Plan | 40.0 | $17,681.77 |
| Cash Management | 4.7 | $1,661.55 |
| Causes of Action | 1.4 | $731.99 |
| Claims | 300.4 | $128,068.18 |
| Contracts | 104.7 | $59,093.16 |
| Coordination & Communication with other Creditor Constituents | 13.3 | $7,391.10 |
| Coordination & Communication with UCC | 38.1 | $19,846.51 |
| Court | 0.5 | $490.95 |
| Fee Applications | 17.4 | $6,848.17 |
| Motions and Orders | 12.2 | $5,895.62 |
| POR / Disclosure Statement | 93.8 | $50,456.19 |
| Retention | 0.9 | $405.44 |
| Status Meetings | 22.4 | $12,165.78 |
| Travel Time | 34.2 | $17,438.14 |
| UST Reporting Requirements | 2.5 | $1,300.34 |
| Vendor Management | 31.3 | $15,685.63 |
| *Total* | 812.6 | $394,852.91 |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFIH**
**Summary of Time Detail by Task**
*July 1, 2015 through July 31, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 13.1 | $8,395.09 |
| Business Plan | 27.3 | $11,829.55 |
| Cash Management | 1.4 | $500.01 |
| Causes of Action | 0.4 | $220.28 |
| Claims | 80.6 | $33,528.61 |
| Contracts | 0.2 | $157.06 |
| Coordination & Communication with other Creditor Constituents | 2.6 | $1,451.85 |
| Coordination & Communication with UCC | 11.6 | $5,172.75 |
| Court | 0.2 | $147.74 |
| DIP Financing | 1.5 | $1,125.00 |
| Fee Applications | 5.2 | $2,060.82 |
| POR / Disclosure Statement | 86.2 | $44,319.92 |
| Retention | 0.3 | $122.01 |
| Status Meetings | 2.8 | $1,806.38 |
| Travel Time | 10.3 | $5,247.67 |
| UST Reporting Requirements | 0.7 | $391.31 |
| **Total** | **244.5** | **$116,476.06** |

*Travel time billed at 50% of time incurred*