## EXHIBIT B

### Professionals' Information

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

**Combined - All Entities**
*Summary of Time Detail by Professional*
*July 1, 2015 through July 31, 2015*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 50.1 | $46,342.50 |
| Emmett Bergman | Managing Director | $750.00 | 177.9 | $133,425.00 |
| John Stuart | Managing Director | $750.00 | 188.6 | $141,450.00 |
| Andy Gandhi | Managing Director | $675.00 | 1.0 | $675.00 |
| Steve Kotarba | Managing Director | $675.00 | 29.8 | $20,115.00 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 196.6 | $117,960.00 |
| Matt Frank | Director | $600.00 | 176.0 | $105,600.00 |
| Kevin Sullivan | Director | $525.00 | 9.5 | $4,987.50 |
| Mark Zeiss | Director | $525.00 | 16.3 | $8,557.50 |
| Paul Kinealy | Director | $525.00 | 125.1 | $65,677.50 |
| Chris Moks | Manager | $425.00 | 1.4 | $595.00 |
| David Blanks | Senior Associate | $475.00 | 124.4 | $59,090.00 |
| Jeff Dwyer | Senior Associate | $475.00 | 209.8 | $99,655.00 |
| Taylor Atwood | Senior Associate | $475.00 | 85.4 | $40,565.00 |
| Richard Carter | Consultant | $425.00 | 184.6 | $78,455.00 |
| Scott Safron | Associate | $400.00 | 119.4 | $47,760.00 |
| Jon Rafpor | Analyst | $375.00 | 160.7 | $60,262.50 |
| Michael Williams | Analyst | $350.00 | 193.7 | $67,795.00 |
| Peyton Heath | Analyst | $350.00 | 136.8 | $47,880.00 |
| Sarah Pittman | Analyst | $350.00 | 163.1 | $57,085.00 |
| Michael Dvorak | Analyst | $325.00 | 185.0 | $60,125.00 |
| Robert Country | Analyst | $325.00 | 187.7 | $61,002.50 |
| Curtis Stecke | Analyst | $175.00 | 4.0 | $700.00 |
| Mary Napoliello | Paraprofessional | $275.00 | 28.8 | $7,920.00 |
| | | ***Total*** | 2,755.7 | $1,333,680.00 |

*Exhibit B*

### TCEH
### *Summary of Time Detail by Professional*
### *July 1, 2015 through July 31, 2015*

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 39.4 | $36,486.89 |
| Emmett Bergman | Managing Director | $750.00 | 128.5 | $96,368.12 |
| John Stuart | Managing Director | $750.00 | 70.3 | $52,699.67 |
| Andy Gandhi | Managing Director | $675.00 | 0.6 | $416.07 |
| Steve Kotarba | Managing Director | $675.00 | 21.6 | $14,605.83 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 123.5 | $74,073.73 |
| Matt Frank | Director | $600.00 | 130.5 | $78,310.91 |
| Kevin Sullivan | Director | $525.00 | 5.9 | $3,074.32 |
| Mark Zeiss | Director | $525.00 | 10.4 | $5,436.20 |
| Paul Kinealy | Director | $525.00 | 80.1 | $42,055.01 |
| David Blanks | Senior Associate | $475.00 | 56.3 | $26,741.69 |
| Jeff Dwyer | Senior Associate | $475.00 | 158.4 | $75,221.80 |
| Taylor Atwood | Senior Associate | $475.00 | 36.7 | $17,445.73 |
| Chris Moks | Manager | $425.00 | 0.9 | $366.76 |
| Richard Carter | Consultant | $425.00 | 105.2 | $44,711.67 |
| Scott Safron | Associate | $400.00 | 62.5 | $24,996.41 |
| Jon Rafpor | Analyst | $375.00 | 123.8 | $46,416.00 |
| Michael Williams | Analyst | $350.00 | 121.8 | $42,630.82 |
| Peyton Heath | Analyst | $350.00 | 64.4 | $22,550.80 |
| Sarah Pittman | Analyst | $350.00 | 107.0 | $37,440.14 |
| Michael Dvorak | Analyst | $325.00 | 115.6 | $37,570.64 |
| Robert Country | Analyst | $325.00 | 115.1 | $37,418.42 |
| Mary Napoliello | Paraprofessional | $275.00 | 17.8 | $4,881.93 |
| Curtis Stecke | Analyst | $175.00 | 2.5 | $431.48 |
| | | *Total* | 1,698.6 | $822,351.03 |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### July 1, 2015 through July 31, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 9.1 | $8,378.20 |
| Emmett Bergman | Managing Director | $750.00 | 46.9 | $35,146.91 |
| John Stuart | Managing Director | $750.00 | 77.8 | $58,315.29 |
| Andy Gandhi | Managing Director | $675.00 | 0.3 | $199.03 |
| Steve Kotarba | Managing Director | $675.00 | 7.0 | $4,730.54 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 59.6 | $35,736.86 |
| Matt Frank | Director | $600.00 | 43.7 | $26,240.27 |
| Kevin Sullivan | Director | $525.00 | 2.8 | $1,470.62 |
| Mark Zeiss | Director | $525.00 | 4.7 | $2,469.11 |
| Paul Kinealy | Director | $525.00 | 35.9 | $18,838.22 |
| David Blanks | Senior Associate | $475.00 | 41.0 | $19,483.29 |
| Jeff Dwyer | Senior Associate | $475.00 | 49.8 | $23,632.38 |
| Taylor Atwood | Senior Associate | $475.00 | 30.7 | $14,606.12 |
| Chris Moks | Manager | $425.00 | 0.4 | $175.44 |
| Richard Carter | Consultant | $425.00 | 64.3 | $27,343.69 |
| Scott Safron | Associate | $400.00 | 45.7 | $18,288.25 |
| Jon Rafpor | Analyst | $375.00 | 35.0 | $13,124.44 |
| Michael Williams | Analyst | $350.00 | 56.3 | $19,707.54 |
| Peyton Heath | Analyst | $350.00 | 38.0 | $13,285.88 |
| Sarah Pittman | Analyst | $350.00 | 44.0 | $15,408.38 |
| Michael Dvorak | Analyst | $325.00 | 53.7 | $17,444.23 |
| Robert Country | Analyst | $325.00 | 56.3 | $18,286.50 |
| Mary Napoliello | Paraprofessional | $275.00 | 8.5 | $2,335.31 |
| Curtis Stecke | Analyst | $175.00 | 1.2 | $206.40 |
| | | *Total* | 812.6 | $394,852.91 |

*Exhibit B*

*EFIH*
*Summary of Time Detail by Professional*
*July 1, 2015 through July 31, 2015*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 1.6 | $1,477.41 |
| Emmett Bergman | Managing Director | $750.00 | 2.5 | $1,909.98 |
| John Stuart | Managing Director | $750.00 | 40.6 | $30,435.04 |
| Andy Gandhi | Managing Director | $675.00 | 0.1 | $59.89 |
| Steve Kotarba | Managing Director | $675.00 | 1.2 | $778.63 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 13.6 | $8,149.41 |
| Matt Frank | Director | $600.00 | 1.7 | $1,048.82 |
| Kevin Sullivan | Director | $525.00 | 0.8 | $442.56 |
| Mark Zeiss | Director | $525.00 | 1.2 | $652.19 |
| Paul Kinealy | Director | $525.00 | 9.1 | $4,784.26 |
| David Blanks | Senior Associate | $475.00 | 27.1 | $12,865.02 |
| Jeff Dwyer | Senior Associate | $475.00 | 1.7 | $800.82 |
| Taylor Atwood | Senior Associate | $475.00 | 17.9 | $8,513.15 |
| Chris Moks | Manager | $425.00 | 0.1 | $52.80 |
| Richard Carter | Consultant | $425.00 | 15.1 | $6,399.65 |
| Scott Safron | Associate | $400.00 | 11.2 | $4,475.34 |
| Jon Rafpor | Analyst | $375.00 | 1.9 | $722.07 |
| Michael Williams | Analyst | $350.00 | 15.6 | $5,456.64 |
| Peyton Heath | Analyst | $350.00 | 34.4 | $12,043.32 |
| Sarah Pittman | Analyst | $350.00 | 12.1 | $4,236.49 |
| Michael Dvorak | Analyst | $325.00 | 15.7 | $5,110.14 |
| Robert Country | Analyst | $325.00 | 16.3 | $5,297.58 |
| Mary Napoliello | Paraprofessional | $275.00 | 2.6 | $702.77 |
| Curtis Stecke | Analyst | $175.00 | 0.4 | $62.11 |
| | | *Total* | 244.5 | $116,476.06 |