# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

### Combined
### Energy Future Holdings Corp., et al.,
### Summary of Expense Detail by Category
### July 1, 2015 through July 31, 2015

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $31,096.80 |
| Lodging | $28,181.80 |
| Meals | $4,594.14 |
| Miscellaneous | $238.93 |
| Transportation | $8,902.56 |
| **Total** | **$73,014.23** |

*Exhibit C*

## TCEH
### Summary of Expense Detail by Category
### July 1, 2015 through July 31, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $19,168.01 |
| Lodging | $17,371.24 |
| Meals | $2,831.86 |
| Miscellaneous | $147.29 |
| Transportation | $5,487.72 |
| **Total** | **$45,006.12** |

*Exhibit C*

### EFH
### Summary of Expense Detail by Category
### July 1, 2015 through July 31, 2015

| *Expense Category* | *Sum of Expenses* |
|---|---:|
| Airfare | $9,170.41 |
| Lodging | $8,310.89 |
| Meals | $1,354.82 |
| Miscellaneous | $70.45 |
| Transportation | $2,625.19 |
| **Total** | **$21,531.76** |

*Exhibit C*

*EFIH*
*Summary of Expense Detail by Category*
*July 1, 2015 through July 31, 2015*

| *Expense Category* | *Sum of Expenses* |
| --- | --- |
| Airfare | $2,758.38 |
| Lodging | $2,499.67 |
| Meals | $407.46 |
| Miscellaneous | $21.19 |
| Transportation | $789.65 |
| *Total* | **$6,476.35** |