## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2015 through July 31, 2015*

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 6/8/2015 | $508.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 6/11/2015 | $418.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 6/15/2015 | $436.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 6/18/2015 | $428.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 6/22/2015 | $570.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 6/24/2015 | $581.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 6/30/2015 | $681.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 7/9/2015 | $578.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 7/13/2015 | $446.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 7/16/2015 | $508.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 7/20/2015 | $573.10 | Airfare one-way coach San Francisco/Dallas. |
| Jodi Ehrenhofer | 6/22/2015 | $357.80 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 6/24/2015 | $347.80 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 6/29/2015 | $360.60 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 7/1/2015 | $281.10 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 7/6/2015 | $573.60 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 7/9/2015 | $445.22 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 7/13/2015 | $360.60 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 7/16/2015 | $470.22 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 7/20/2015 | $360.60 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 7/23/2015 | $360.60 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 7/27/2015 | $360.60 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 7/29/2015 | $350.60 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 6/29/2015 | $313.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 7/1/2015 | $452.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 7/6/2015 | $358.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 7/9/2015 | $301.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 7/13/2015 | $358.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 7/16/2015 | $301.10 | Airfare one-way coach Dallas/Chicago. |

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2015 through July 31, 2015*

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 7/20/2015 | $408.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 7/23/2015 | $358.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 7/27/2015 | $247.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 7/29/2015 | $452.10 | Airfare one-way coach Dallas/Chicago. |
| Michael Dvorak | 6/23/2015 | $758.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Dvorak | 6/29/2015 | $764.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Dvorak | 7/6/2015 | $764.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Dvorak | 7/15/2015 | $764.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Dvorak | 7/22/2015 | $775.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Dvorak | 7/28/2015 | $734.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 6/21/2015 | $711.23 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 6/28/2015 | $360.60 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 7/1/2015 | $228.10 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 7/5/2015 | $721.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 7/12/2015 | $830.84 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 7/19/2015 | $360.60 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 7/30/2015 | $573.60 | Airfare one-way coach Chicago/Dallas. |
| Paul Kinealy | 6/30/2015 | $346.10 | Airfare one-way coach Dallas/Chicago. |
| Paul Kinealy | 6/30/2015 | $456.81 | Airfare one-way Washington DC/Dallas. |
| Paul Kinealy | 7/9/2015 | $816.41 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 6/16/2015 | $764.20 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 7/6/2015 | $764.20 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 7/19/2015 | $879.20 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 6/16/2015 | $711.23 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 6/22/2015 | $363.06 | Airfare one-way coach Chicago/Dallas. |
| Robert Country | 6/29/2015 | $945.44 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 6/30/2015 | $281.10 | Airfare one-way coach Chicago/Dallas. |
| Robert Country | 7/7/2015 | $390.60 | Airfare one-way coach Chicago/Dallas. |
| Robert Country | 7/14/2015 | $830.84 | Airfare roundtrip coach Chicago/Dallas. |

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2015 through July 31, 2015*

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 7/14/2015 | $721.20 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 7/16/2015 | $573.60 | Airfare one-way coach Dallas/Chicago. |
| **Expense Category Total** | | **$31,096.80** | |

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 6/10/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 6/17/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 6/23/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Jeff Dwyer | 7/9/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 7/16/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 6/23/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 6/30/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 7/8/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 7/15/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 7/22/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 7/28/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Matt Frank | 7/1/2015 | $516.76 | Hotel in Dallas - 2 nights. |
| Matt Frank | 7/9/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 7/16/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 7/23/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 7/29/2015 | $516.76 | Hotel in Dallas - 2 nights. |
| Michael Dvorak | 6/30/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Michael Dvorak | 7/8/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 7/15/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 7/22/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 7/29/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 6/23/2015 | $767.64 | Hotel in Dallas - 3 nights. |

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2015 through July 31, 2015*

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 6/30/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 7/8/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Michael Williams | 7/15/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Michael Williams | 7/23/2015 | $1,279.40 | Hotel in Dallas - 5 nights. |
| Michael Williams | 7/29/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Paul Kinealy | 7/9/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Paul Kinealy | 7/22/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Richard Carter | 6/30/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Richard Carter | 7/15/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 7/29/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 6/23/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Robert Country | 6/30/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 7/8/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 7/15/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 7/22/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 7/29/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| **Expense Category Total** | | **$28,181.80** | |

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 6/11/2015 | $5.40 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 6/15/2015 | $109.20 | Out of town dinner - E. Bergman, M. Frank, P. Kinealy - 3. |
| Emmett Bergman | 6/16/2015 | $25.75 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 6/17/2015 | $120.00 | Out of town dinner - E. Bergman, M. Frank, J. Dwyer - 3. |
| Emmett Bergman | 6/18/2015 | $9.58 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 6/18/2015 | $6.48 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 6/22/2015 | $6.40 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 7/15/2015 | $80.00 | Out of town dinner - E. Bergman, R. Carter - 2. |

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2015 through July 31, 2015*

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 7/6/2015 | $29.90 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 7/7/2015 | $8.12 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 7/8/2015 | $14.40 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 7/8/2015 | $28.71 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 7/13/2015 | $8.88 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 7/13/2015 | $49.13 | Out of town dinner - E. Bergman, J. Dwyer - 2. |
| Jeff Dwyer | 7/14/2015 | $22.73 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 7/14/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 7/15/2015 | $12.22 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 7/16/2015 | $74.30 | Out of town dinner - J. Dwyer, M. Dvorak - 2. |
| Jeff Dwyer | 7/20/2015 | $80.00 | Out of town dinner - M. Frank, J. Dwyer - 2. |
| Jeff Dwyer | 7/21/2015 | $14.61 | Out of town breakfast - J. Dwyer. |
| Jeff Stegenga | 7/7/2015 | $280.00 | Out of town dinner - M. Frank, J. Ehrenhofer, M. Williams, P. Kinealy, M. Dvorak, R. Country, E. Bergman - 7. |
| Jodi Ehrenhofer | 6/22/2015 | $7.00 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 6/23/2015 | $69.69 | Out of town dinner - M. Frank, J. Ehrenhofer - 2. |
| Jodi Ehrenhofer | 6/24/2015 | $47.48 | Out of town dinner - J. Ehrenhofer, M. Williams, R. Country - 3. |
| Jodi Ehrenhofer | 6/29/2015 | $28.82 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/6/2015 | $5.20 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/6/2015 | $34.81 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/9/2015 | $18.70 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/13/2015 | $13.02 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/14/2015 | $188.96 | Out of town dinner - M. Frank, R. Carter, R. Country, M. Dvorak, J. Ehrenhofer - 5. |
| Jodi Ehrenhofer | 7/15/2015 | $120.00 | Out of town dinner - R. Country, J. Dwyer, J. Ehrenhofer - 3. |
| Jodi Ehrenhofer | 7/16/2015 | $9.71 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/16/2015 | $47.77 | Out of town dinner - J. Ehrenhofer, M. Williams, R. Country - 3. |
| Jodi Ehrenhofer | 7/20/2015 | $5.56 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/22/2015 | $160.00 | Out of town dinner - J. Ehrenhofer, M. Williams, M. Dvorak, P. Kinealy - 4. |

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2015 through July 31, 2015*

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 7/23/2015 | $13.81 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/27/2015 | $5.34 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/27/2015 | $10.31 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/28/2015 | $200.00 | Out of town dinner - J. Ehrenhofer, R. Country, M. Dvorak, R. Carter, M. Frank - 5. |
| Jodi Ehrenhofer | 7/28/2015 | $7.58 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/29/2015 | $7.58 | Out of town breakfast - J. Ehrenhofer. |
| Matt Frank | 6/29/2015 | $7.45 | Out of town breakfast - M. Frank. |
| Matt Frank | 6/30/2015 | $19.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 6/30/2015 | $80.00 | Out of town dinner - M. Frank, E. Bergman - 2. |
| Matt Frank | 7/1/2015 | $19.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/6/2015 | $7.23 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/6/2015 | $120.00 | Out of town dinner - M. Frank, E. Bergman, J. Stegenga - 3. |
| Matt Frank | 7/7/2015 | $29.64 | Out of town breakfast - M. Frank, E. Bergman. |
| Matt Frank | 7/7/2015 | $6.91 | Out of town breakfast - J. Ehrenhofer. |
| Matt Frank | 7/8/2015 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 7/13/2015 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 7/14/2015 | $15.20 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/15/2015 | $120.00 | Out of town dinner - M. Frank, M. Williams, M. Dvorak - 3. |
| Matt Frank | 7/15/2015 | $14.66 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/16/2015 | $11.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/21/2015 | $160.00 | Out of town dinner - J. Ehrenhofer, J. Dwyer, M. Frank and E. Bergman - 4. |
| Matt Frank | 7/21/2015 | $10.33 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/22/2015 | $11.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/22/2015 | $120.00 | Out of town dinner - M. Frank, R. Country, E. Bergman - 3. |
| Matt Frank | 7/23/2015 | $7.08 | Out of town breakfast - M.Frank. |
| Matt Frank | 7/28/2015 | $10.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/29/2015 | $11.16 | Out of town breakfast - M. Frank. |
| Michael Dvorak | 6/29/2015 | $20.42 | Out of town breakfast - M. Dvorak. |

**Combined - All Entities**
**Expense Detail by Category**
**July 1, 2015 through July 31, 2015**

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Dvorak | 6/29/2015 | $22.49 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 6/30/2015 | $19.90 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 7/1/2015 | $15.29 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 7/1/2015 | $15.21 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 7/6/2015 | $20.42 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 7/7/2015 | $6.46 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 7/8/2015 | $13.97 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 7/8/2015 | $30.98 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 7/9/2015 | $11.43 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 7/9/2015 | $40.00 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 7/14/2015 | $15.91 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 7/15/2015 | $10.53 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 7/16/2015 | $11.43 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 7/20/2015 | $8.65 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 7/21/2015 | $9.93 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 7/22/2015 | $9.93 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 7/23/2015 | $9.93 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 7/23/2015 | $40.00 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 7/27/2015 | $20.42 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 7/27/2015 | $17.89 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 7/28/2015 | $12.61 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 7/29/2015 | $34.66 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 7/29/2015 | $11.53 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 7/30/2015 | $11.24 | Out of town dinner - M. Dvorak. |
| Michael Williams | 6/29/2015 | $46.97 | Out of town dinner - M. Williams, R. Country -2. |
| Michael Williams | 6/30/2015 | $114.81 | Out of town dinner - M. Williams, M.Dvorak, J. Ehrenhofer, R. Carter - 4. |
| Michael Williams | 7/6/2015 | $58.71 | Out of town dinner - M. Williams, M. Dvorak - 2. |
| Michael Williams | 7/8/2015 | $27.02 | Out of town dinner - M. Williams. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2015 through July 31, 2015*

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 7/14/2015 | $27.36 | Out of town dinner - M. Williams. |
| Michael Williams | 7/23/2015 | $32.30 | Out of town dinner - M. Williams. |
| Michael Williams | 7/26/2015 | $32.30 | Out of town dinner - M. Williams. |
| Michael Williams | 7/27/2015 | $10.42 | Out of town dinner - M. Williams. |
| Michael Williams | 7/30/2015 | $44.81 | Out of town dinner - M. Williams, R. Country - 2. |
| Paul Kinealy | 7/8/2015 | $5.60 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 7/9/2015 | $9.06 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 7/9/2015 | $9.59 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 7/19/2015 | $22.73 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 7/20/2015 | $84.08 | Out of town dinner - P. Kinealy, R. Country, M. Williams, M. Dvorak - 4. |
| Paul Kinealy | 7/20/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 7/21/2015 | $7.44 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 7/22/2015 | $7.11 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 7/23/2015 | $6.90 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 7/23/2015 | $9.06 | Out of town dinner - P. Kinealy. |
| Richard Carter | 6/29/2015 | $10.21 | Out of town dinner - R. Carter. |
| Richard Carter | 6/29/2015 | $7.40 | Out of town breakfast - R. Carter. |
| Richard Carter | 6/30/2015 | $5.93 | Out of town breakfast - R. Carter. |
| Richard Carter | 7/1/2015 | $10.65 | Out of town dinner - R. Carter. |
| Richard Carter | 7/1/2015 | $6.21 | Out of town breakfast - R. Carter. |
| Richard Carter | 7/13/2015 | $6.60 | Out of town breakfast - R. Carter. |
| Richard Carter | 7/15/2015 | $5.40 | Out of town breakfast - R. Carter. |
| Richard Carter | 7/16/2015 | $9.60 | Out of town breakfast - R. Carter. |
| Richard Carter | 7/17/2015 | $39.94 | Out of town dinner - R. Carter. |
| Richard Carter | 7/27/2015 | $9.90 | Out of town breakfast - R. Carter. |
| Richard Carter | 7/29/2015 | $7.78 | Out of town breakfast - R. Carter. |
| Richard Carter | 7/30/2015 | $6.59 | Out of town breakfast - R. Carter. |
| Richard Carter | 7/30/2015 | $11.04 | Out of town dinner - R. Carter. |

Exhibit D

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2015 through July 31, 2015*

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 7/31/2015 | $39.94 | Out of town dinner - R. Carter. |
| Robert Country | 6/22/2015 | $58.71 | Out of town dinner - R. Country, M. Williams - 2. |
| Robert Country | 6/23/2015 | $5.40 | Out of town breakfast - R. Country. |
| Robert Country | 6/28/2015 | $16.15 | Out of town dinner - R. Country. |
| Robert Country | 6/29/2015 | $5.40 | Out of town breakfast - R. Country. |
| Robert Country | 6/30/2015 | $5.40 | Out of town breakfast - R. Country. |
| Robert Country | 7/1/2015 | $3.76 | Out of town dinner - R. Country. |
| Robert Country | 7/1/2015 | $5.40 | Out of town breakfast - R. Country. |
| Robert Country | 7/6/2015 | $7.35 | Out of town breakfast - R. Country. |
| Robert Country | 7/6/2015 | $40.00 | Out of town dinner - R. Country. |
| Robert Country | 7/7/2015 | $5.40 | Out of town breakfast - R. Country. |
| Robert Country | 7/8/2015 | $18.16 | Out of town dinner - R. Country. |
| Robert Country | 7/8/2015 | $5.40 | Out of town breakfast - R. Country. |
| Robert Country | 7/9/2015 | $7.74 | Out of town breakfast - R. Country. |
| Robert Country | 7/13/2015 | $10.94 | Out of town breakfast - R. Country. |
| Robert Country | 7/13/2015 | $55.47 | Out of town dinner - R. Country, M. Dvorak -2. |
| Robert Country | 7/14/2015 | $4.29 | Out of town breakfast - R. Country. |
| Robert Country | 7/15/2015 | $5.40 | Out of town breakfast - R. Country. |
| Robert Country | 7/16/2015 | $3.67 | Out of town breakfast - R. Country. |
| Robert Country | 7/20/2015 | $7.35 | Out of town breakfast - R. Country. |
| Robert Country | 7/21/2015 | $4.29 | Out of town breakfast - R. Country. |
| Robert Country | 7/21/2015 | $160.00 | Out of town dinner - R. Country, M. Williams, P. Kinealy, M. Dvorak - 4. |
| Robert Country | 7/22/2015 | $5.50 | Out of town breakfast - R. Country. |
| Robert Country | 7/23/2015 | $6.90 | Out of town breakfast - R. Country. |
| Robert Country | 7/23/2015 | $22.40 | Out of town dinner - R. Country. |
| Robert Country | 7/27/2015 | $24.57 | Out of town dinner - R. Country. |
| Robert Country | 7/27/2015 | $16.81 | Out of town breakfast - R. Country. |
| Robert Country | 7/28/2015 | $5.40 | Out of town breakfast - R. Country. |

*Exhibit D*

> ***Combined - All Entities***
> ***Expense Detail by Category***
> ***July 1, 2015 through July 31, 2015***

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 7/29/2015 | $8.65 | Out of town breakfast - R. Country. |
| **Expense Category Total** | | **$4,594.14** | |

## Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 7/2/2015 | $2.77 | Verizon conference call charges. |
| Jeff Dwyer | 7/9/2015 | $49.95 | In-flight WiFi charge. |
| Jeff Dwyer | 7/13/2015 | $29.95 | In-flight WiFi charge. |
| Jeff Dwyer | 7/16/2015 | $6.99 | In-flight WiFi charge. |
| Jodi Ehrenhofer | 7/1/2015 | $18.35 | In-flight WiFi charge. |
| Jodi Ehrenhofer | 7/2/2015 | $22.56 | Verizon conference call charges. |
| Mark Zeiss | 7/2/2015 | $7.85 | Verizon conference call charges. |
| Matt Frank | 7/2/2015 | $24.67 | Verizon conference call charges. |
| Matt Frank | 7/13/2015 | $39.95 | Internet access on flights 7/13-8/12/15. |
| Michael Dvorak | 7/30/2015 | $19.43 | In flight internet charge. |
| Paul Kinealy | 7/2/2015 | $3.42 | Verizon conference call charges. |
| Robert Country | 7/9/2015 | $9.95 | In-flight WiFi charge. |
| Steve Kotarba | 7/2/2015 | $3.09 | Verizon conference call charges. |
| **Expense Category Total** | | **$238.93** | |

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 6/8/2015 | $55.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 6/8/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 6/10/2015 | $15.00 | Taxi from dinner to Energy. |
| Emmett Bergman | 6/11/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 6/11/2015 | $25.00 | Taxi from Energy to DFW Airport. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2015 through July 31, 2015*

## *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 6/15/2015 | $55.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 6/15/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 6/17/2015 | $15.00 | Taxi from Energy to dinner. |
| Emmett Bergman | 6/18/2015 | $25.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 6/18/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 6/22/2015 | $13.01 | Taxi from Energy to hotel. |
| Emmett Bergman | 6/22/2015 | $55.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 6/22/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 6/24/2015 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 6/24/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 6/30/2015 | $55.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 6/30/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 7/6/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 7/6/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 7/7/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 7/8/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 7/8/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 7/8/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 7/9/2015 | $30.00 | Taxi from Energy to Dallas Airport. |
| Jeff Dwyer | 7/13/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 7/13/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 7/13/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 7/14/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 7/15/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 7/15/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 7/16/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 7/16/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 7/20/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 7/20/2015 | $30.00 | Taxi from Dallas Airport to Energy. |

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2015 through July 31, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 7/20/2015 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 6/22/2015 | $39.26 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 6/22/2015 | $60.00 | Taxi from DFW to Energy. |
| Jodi Ehrenhofer | 6/22/2015 | $4.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 6/23/2015 | $20.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 6/23/2015 | $4.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 6/23/2015 | $12.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 6/24/2015 | $40.00 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 6/29/2015 | $60.00 | Taxi from DFW to Energy. |
| Jodi Ehrenhofer | 6/29/2015 | $39.98 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 7/1/2015 | $37.26 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 7/6/2015 | $4.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 7/6/2015 | $38.54 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 7/6/2015 | $60.00 | Taxi from DFW to Energy. |
| Jodi Ehrenhofer | 7/7/2015 | $7.45 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 7/8/2015 | $8.09 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 7/9/2015 | $60.00 | Taxi from Energy to DFW. |
| Jodi Ehrenhofer | 7/9/2015 | $40.00 | Taixi from O'Hare to home. |
| Jodi Ehrenhofer | 7/13/2015 | $40.00 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 7/13/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Jodi Ehrenhofer | 7/14/2015 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 7/14/2015 | $10.97 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 7/16/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 7/16/2015 | $40.00 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 7/20/2015 | $38.06 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 7/21/2015 | $4.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 7/21/2015 | $9.65 | Taxi from hotel to dinner. |
| Jodi Ehrenhofer | 7/23/2015 | $40.00 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 7/23/2015 | $60.00 | Taxi from Energy to DFW. |

<div style="border:1px solid black">

### *Combined - All Entities*
### *Expense Detail by Category*
### *July 1, 2015 through July 31, 2015*

</div>

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 7/27/2015 | $4.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 7/27/2015 | $39.02 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 7/29/2015 | $40.14 | Taxi from O'Hare to home. |
| Matt Frank | 6/29/2015 | $65.00 | Taxi from DFW Airport to client. |
| Matt Frank | 6/29/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 6/29/2015 | $15.00 | Taxi from Energy to hotel. |
| Matt Frank | 6/30/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 6/30/2015 | $20.00 | Taxi from hotel to dinner. |
| Matt Frank | 6/30/2015 | $20.00 | Taxi from dinner to hotel. |
| Matt Frank | 6/30/2015 | $15.00 | Taxi from Energy to hotel. |
| Matt Frank | 7/1/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 7/1/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 7/1/2015 | $65.00 | Taxi from client to DFW Airport. |
| Matt Frank | 7/6/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 7/6/2015 | $65.00 | Taxi from DFW to client. |
| Matt Frank | 7/7/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 7/8/2015 | $20.00 | Taxi from hotel to dinner. |
| Matt Frank | 7/8/2015 | $22.00 | Taxi from dinner to hotel. |
| Matt Frank | 7/8/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 7/9/2015 | $65.00 | Taxi from client to DFW Airport. |
| Matt Frank | 7/9/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 7/13/2015 | $65.00 | Taxi from DFW Airport to client. |
| Matt Frank | 7/13/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 7/15/2015 | $20.00 | Taxi from dinner to hotel. |
| Matt Frank | 7/15/2015 | $19.00 | Taxi from Energy to dinner. |
| Matt Frank | 7/16/2015 | $65.00 | Taxi from client to DFW Airport. |
| Matt Frank | 7/16/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 7/20/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 7/20/2015 | $65.00 | Taxi from DFW Airport to client. |

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2015 through July 31, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 7/21/2015 | $15.00 | Taxi from dinner to hotel. |
| Matt Frank | 7/21/2015 | $15.00 | Taxi from Energy to hotel. |
| Matt Frank | 7/21/2015 | $13.00 | Taxi from hotel to dinner. |
| Matt Frank | 7/21/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 7/22/2015 | $20.00 | Taxi from Energy to dinner. |
| Matt Frank | 7/22/2015 | $18.00 | Taxi from dinner to hotel. |
| Matt Frank | 7/23/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 7/23/2015 | $65.00 | Taxi from client to DFW Airport. |
| Matt Frank | 7/27/2015 | $65.00 | Taxi from DFW to client. |
| Matt Frank | 7/28/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 7/29/2015 | $72.00 | Parking at O'Hare - 7/27 to 7/29. |
| Matt Frank | 7/29/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 7/29/2015 | $65.00 | Taxi from client to DFW Airport. |
| Michael Dvorak | 6/29/2015 | $38.20 | Taxi from home to Chicago O'Hare. |
| Michael Dvorak | 6/30/2015 | $25.00 | Taxi from dinner to hotel. |
| Michael Dvorak | 7/1/2015 | $25.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 7/1/2015 | $25.23 | Taxi from hotel to dinner. |
| Michael Dvorak | 7/1/2015 | $43.74 | Taxi from Chicago O'Hare to home. |
| Michael Dvorak | 7/1/2015 | $47.10 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 7/6/2015 | $41.18 | Taxi from home to Chicago O'Hare. |
| Michael Dvorak | 7/6/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Dvorak | 7/7/2015 | $22.74 | Taxi from hotel to dinner. |
| Michael Dvorak | 7/7/2015 | $24.63 | Taxi from dinner to hotel. |
| Michael Dvorak | 7/7/2015 | $7.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 7/8/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 7/9/2015 | $25.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 7/9/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 7/9/2015 | $61.00 | Taxi from Chicago O'Hare to home. |
| Michael Dvorak | 7/13/2015 | $41.18 | Taxi from home to Chicago O'Hare. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2015 through July 31, 2015*

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Dvorak | 7/13/2015 | $25.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 7/14/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 7/15/2015 | $15.00 | Taxi from Energy to dinner. |
| Michael Dvorak | 7/16/2015 | $38.22 | Taxi from Chicago O'Hare to home. |
| Michael Dvorak | 7/16/2015 | $25.00 | Taxi from dinner to hotel. |
| Michael Dvorak | 7/16/2015 | $25.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 7/20/2015 | $44.78 | Taxi from home to Chicago O'Hare. |
| Michael Dvorak | 7/22/2015 | $20.72 | Taxi from hotel to Energy. |
| Michael Dvorak | 7/22/2015 | $25.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 7/22/2015 | $17.07 | Taxi from Energy to dinner. |
| Michael Dvorak | 7/22/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 7/22/2015 | $51.75 | Taxi from DFW Airport to Energy. |
| Michael Dvorak | 7/23/2015 | $25.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 7/27/2015 | $39.98 | Taxi from home to Chicago O'Hare. |
| Michael Dvorak | 7/27/2015 | $56.00 | Taxi from DFW Airport to Energy. |
| Michael Dvorak | 7/28/2015 | $10.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 7/28/2015 | $26.23 | Taxi from dinner to hotel. |
| Michael Dvorak | 7/28/2015 | $25.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 7/28/2015 | $22.48 | Taxi from hotel to dinner. |
| Michael Dvorak | 7/29/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 7/30/2015 | $35.68 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 7/30/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 7/31/2015 | $52.45 | Taxi from Chicago O'Hare to home. |
| Michael Williams | 6/21/2015 | $47.90 | Taxi from home to O'Hare Airport. |
| Michael Williams | 6/21/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Michael Williams | 6/22/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 6/24/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 6/24/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 6/28/2015 | $65.04 | Taxi from home to O'Hare Airport. |

> *Combined - All Entities*
> *Expense Detail by Category*
> *July 1, 2015 through July 31, 2015*

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 6/28/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Michael Williams | 6/29/2015 | $20.00 | Taxi from hotel to Energy. |
| Michael Williams | 6/30/2015 | $20.00 | Taxi from hotel to Energy. |
| Michael Williams | 7/1/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 7/1/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 7/5/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Michael Williams | 7/5/2015 | $44.06 | Taxi from home to O'Hare Airport. |
| Michael Williams | 7/9/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 7/9/2015 | $50.00 | Taxi from O'Hare to Home. |
| Michael Williams | 7/12/2015 | $43.82 | Taxi from home to O'Hare Airport. |
| Michael Williams | 7/12/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Michael Williams | 7/13/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 7/13/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 7/14/2015 | $25.00 | Taxi from Energy to hotel. |
| Michael Williams | 7/16/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 7/16/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 7/16/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 7/19/2015 | $44.06 | Taxi from home to O'Hare Airport. |
| Michael Williams | 7/19/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Michael Williams | 7/20/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 7/23/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 7/24/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 7/27/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 7/27/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 7/28/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 7/30/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 7/30/2015 | $50.00 | Taxi from O'Hare Airport to home |
| Paul Kinealy | 6/24/2015 | $88.00 | Parking at Chicago Airport. |
| Paul Kinealy | 7/7/2015 | $19.50 | Taxi from Dallas Airport to hotel. |

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2015 through July 31, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 7/9/2015 | $9.30 | Taxi from client to Dallas Airport. |
| Paul Kinealy | 7/9/2015 | $114.00 | Parking at Chicago Airport. |
| Paul Kinealy | 7/19/2015 | $23.00 | Taxi from airport to hotel. |
| Paul Kinealy | 7/20/2015 | $10.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 7/21/2015 | $12.00 | Taxi from Energy to hotel. |
| Paul Kinealy | 7/21/2015 | $25.00 | Taxi from dinner to hotel. |
| Paul Kinealy | 7/22/2015 | $40.00 | Taxi from dinner to hotel. |
| Paul Kinealy | 7/23/2015 | $120.00 | Parking at Chicago Airport. |
| Paul Kinealy | 7/23/2015 | $30.00 | Taxi from Energy to airport. |
| Richard Carter | 7/1/2015 | $105.00 | Parking at Chicago Airport - 6/29-7/1. |
| Richard Carter | 7/14/2015 | $57.00 | Taxi from DFW to Energy. |
| Richard Carter | 7/16/2015 | $140.00 | Parking at Chicago Airport 7/13 - 7/16. |
| Richard Carter | 7/22/2015 | $62.00 | Taxi from Energy to DFW Airport. |
| Richard Carter | 7/27/2015 | $54.00 | Taxi from DFW Airport to Energy. |
| Richard Carter | 7/30/2015 | $140.00 | Parking at Chicago Airport. |
| Robert Country | 6/22/2015 | $44.30 | Taxi from home to O'Hare. |
| Robert Country | 6/24/2015 | $14.00 | Taxi from hotel to Energy. |
| Robert Country | 6/24/2015 | $41.30 | Taxi from O'Hare to home. |
| Robert Country | 6/29/2015 | $25.00 | Taxi from Energy to hotel. |
| Robert Country | 6/29/2015 | $75.00 | Taxi from home to O'Hare. |
| Robert Country | 7/1/2015 | $43.00 | Taxi from home to Chicago O'Hare. |
| Robert Country | 7/6/2015 | $4.00 | Taxi from Energy to hotel. |
| Robert Country | 7/6/2015 | $5.63 | Taxi from Energy to dinner. |
| Robert Country | 7/6/2015 | $6.55 | Taxi from dinner to hotel. |
| Robert Country | 7/6/2015 | $43.58 | Taxi from home to Chicago O'Hare. |
| Robert Country | 7/7/2015 | $33.00 | Taxi from hotel to dinner. |
| Robert Country | 7/8/2015 | $25.00 | Taxi from Energy to hotel. |
| Robert Country | 7/9/2015 | $41.34 | Taxi from Chicago O'Hare to home. |
| Robert Country | 7/13/2015 | $40.60 | Taxi from home to Chicago O'Hare. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2015 through July 31, 2015*

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 7/13/2015 | $55.65 | Taxi from DFW Airport to Energy. |
| Robert Country | 7/15/2015 | $25.00 | Taxi from hotel to Energy. |
| Robert Country | 7/16/2015 | $41.55 | Taxi from home to Chicago O'Hare. |
| Robert Country | 7/20/2015 | $55.00 | Taxi from Energy to DFW |
| Robert Country | 7/20/2015 | $71.00 | Taxi from home to Chicago O'Hare. |
| Robert Country | 7/23/2015 | $43.98 | Taxi from Chicago O'Hare to home. |
| Robert Country | 7/27/2015 | $32.17 | Taxi from home to Chicago O'Hare. |
| Robert Country | 7/27/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Robert Country | 7/28/2015 | $5.50 | Taxi from dinner to hotel. |
| Robert Country | 7/28/2015 | $35.00 | Taxi from Energy to dinner. |
| Robert Country | 7/29/2015 | $5.68 | Taxi from dinner to hotel. |
| Robert Country | 7/29/2015 | $6.08 | Taxi from hotel to dinner. |
| Robert Country | 7/30/2015 | $45.18 | Taxi from Chicago O'Hare to home. |
| Robert Country | 7/30/2015 | $65.00 | Taxi from Energy to DFW Airport. |
| Steve Kotarba | 6/29/2015 | $60.00 | Taxi from home to Midway Airport. |
| **Expense Category Total** | | **$8,902.56** | |
| *Grand Total* | | **$73,014.23** | |