IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10979 (CSS) |

**THIRD MONTHLY APPLICATION OF LAZARD FRÈRES AND CO. LLC,
AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF
TCEH UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JUNE 1, 2015 THROUGH JUNE 30, 2015**

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Official Committee of TCEH Unsecured Creditors**[2] |
| Date of Retention: | **October 20, 2014 *nunc pro tunc* May 14, 2013** |
| Period for which compensation and/or reimbursement is sought: | **June 1, 2015 through June 30, 2015** |
| Amount of Compensation sought as actual, reasonable, and necessary: | $250,000.00[3] |
| Amount of Expenses sought as actual, reasonable, and necessary | $0.00 |
| Amounts Paid to Date: | ($0.00) |
| Net Amount of Compensation Requested: | **$250,000.00** |

This is a:  _X_ monthly    __ interim    __ final application

The total time expended for fee application preparation was approximately 1.0 hours.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 752001. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Official Committee of Unsecured Creditors (the "Committee") of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH") and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "TCEH Debtors").

[3] Lazard's retention was approved pursuant to the terms set forth in the Engagement Letter dated May 14, 2014 (the "Engagement Letter").

Summary of Monthly Fee and Expense Invoices for the Compensation Period:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| TBD | 05/01/15-05/31/15 | $250,000.00 | $1,195.17 | $0.00 | $0.00 |
| Current | 06/01/15-06/30/15 | $250,000.00 | $0.00 | $0.00 | $0.00 |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,[4]<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10979 (CSS) |

**THIRD MONTHLY APPLICATION OF LAZARD FRÈRES AND CO. LLC,
AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF
TCEH UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JUNE 1, 2015 THROUGH JUNE 30, 2015**

TO THE HONORABLE CHRISTOPHER S. SONTCHI,
UNITED STATES BANKRUPTCY JUDGE:

Lazard Frères and Co. LLC ("Lazard Frères"), Investment Banker to the Official Committee of TCEH Unsecured Creditors (the "Committee")[5], hereby submits its Third Monthly Fee Application (the "Application") pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 2014-1 and 2016-2(h) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for an allowance of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred in connection with

---

[4] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 752001. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[5] The Official Committee of Unsecured Creditors (the "Committee") of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH") and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "TCEH Debtors").

such services from June 1, 2015 through and including June 30, 2015 (the "Compensation Period") as set forth in their engagement letter (the "Engagement Letter"), attached hereto as **Exhibit B**. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Compensation Order") [Docket No. 2066], Lazard seeks interim allowance in aggregate amount of $250,000.00 for financial advisory services provided to the Committee. In support of this Application, Lazard respectfully represents as follows:

## BACKGROUND

1. On April 29, 2014 (the "Petition Date"), the debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code. Pursuant to sections 1107 and 1108 the Bankruptcy Code, the debtors have continued to operate their businesses and manage their properties as debtors in possession since the Petition Date.

2. On October 20, 2014, the United States Bankruptcy Court for the District of Delaware entered the order authorizing the retention and employment of Lazard Frères and Co. LLC as investment banker to the Committee *nunc pro tunc* to May 14, 2014 (the "Retention Order"), attached hereto as **Exhibit C.**

## COMPENSATION REQUEST

3. Lazard seeks allowance of compensation for professional services rendered to the Committee during the Compensation Period in the aggregate amount of $250,000.00 (the "Total Compensation Amount").

4. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit D** is a summary setting forth the name of each professional for whose work on these reorganization cases compensation is sought.

## SUMMARY OF SERVICES

5. The Managing Director, Director, Associates and Analysts of Lazard who rendered professional services during the Application Period in these cases are as follows: Timothy Pohl (Managing Director); Tyler Cowan (Director); Jeffrey Stine (Associate); Gregory Keilin (Associate); William Fox (Associate); Rajesh Jegadeesh (Analyst) and Alexander Gistis (Analyst).

6. During the Compensation Period, the Debtors relied heavily on the experience and expertise of the above-named persons in dealing with matters described in Paragraph 7. As a result, Lazard's highly skilled restructuring professionals devoted significant time and effort to perform properly and expeditiously the required professional services.

7. A summary of some of the services rendered by Lazard during the Compensation Period are as follows:

   a) *Review of Business Operating and Financial Materials and Business Due Diligence:* Lazard reviewed the Debtors' operating forecasts and cash flow budgets on a regular basis.

   b) *Review of Oncor REIT Business Plan:* Lazard worked with Committee counsel and other Committee professionals to review and analyze the Oncor REIT business plan, financials, transaction structure and tax implications related thereto.

   c) *Review of Oncor Sale Process:* Lazard reviewed the Oncor sale process proposed by the Debtors and provided feedback related thereto. Furthermore, Lazard monitored the Oncor sale process through periodic calls with the Debtors, as well as by reviewing certain bid documentation.

   d) *Engage in Plan Discussions and Negotiations:* Lazard engaged with the advisors of other EFH constituencies regarding Plan discussions and negotiations. These discussions included financial analysis of various Plan proposals, as well as the impact of rights offering splits, the cash-out election pool size and the first lien deficiency claim size, among others. Additionally, Lazard analyzed recovery outcomes at various preliminary valuation ranges. Lazard reviewed the Debtors' plan of reorganization,

disclosure statement and plan support agreement. Furthermore, Lazard reviewed and analyzed certain intercompany claims, as well as the Settlement Motion related thereto. Lazard also prepared certain recovery analyses reflecting the proposed plan terms and potential Oncor REIT conversion process and valuation outcomes, as well as sensitivities related thereto.

e) *Assistance with General Bankruptcy Issues:* Lazard professionals have participated in weekly calls with the Committee, as well as other calls with the Committee, Committee counsel, other Committee professionals, the Debtors, the Debtors' advisors and other parties-in-interest. Lazard also reviewed and assisted Committee counsel with analysis of the various motions put forth by the Debtors. Furthermore, Lazard provided advice on various process and strategy issues related to the bankruptcy to the Committee.

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

## CONCLUSION

11. It is respectfully submitted that the amount requested by Lazard is fair and reasonable given (a) the complexity of the issues presented, (b) the time and labor required, (c) the skill necessary to perform the financial advisory services, (d) the preclusion of other employment, and (e) the customary fees charged to clients in bankruptcy and non-bankruptcy situations.

WHEREFORE Lazard respectfully requests (i) an interim allowance of compensation for professional services rendered during the Compensation Period in the amount of $250,000.00

| | |
|---|---|
| Total Amount of Compensation Requested: | $250,000.00 |
| Less: Amounts Paid to Date: | ($0.00) |
| Net Amount of Compensation Requested: | $250,000.00 |

Dated:   September 1, 2015
         New York, New York

LAZARD FRÈRES & CO. LLC,

/s/ Tyler Cowan
Tyler Cowan
Director
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY  10020
(212/632-6000)
Investment Banker to the Official Committee of TCEH Unsecured Creditors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,[6]<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10979 (CSS) |

## CERTIFICATION OF TYLER COWAN

1. I am a Director of Lazard Frères & Co. LLC and I make this certification in accordance with Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware (the "Local Rule").

2. I have read this Third Monthly Fee Application of Lazard Frères & Co. LLC, as Investment Banker to the Official Committee of TCEH Unsecured Creditors[7], for Allowance of Compensation and Reimbursement of Expenses for the period June 1, 2015 through June 30, 2015.

3. I understand the Local Rules, and believe that the Application complies with provisions of the Local Rules, the United State Bankruptcy Code and the orders of this Court.

Dated: September 1, 2015

/s/ Tyler Cowan
Tyler Cowan
Director
Lazard Frères & Co. LLC

---

[6] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 752001. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[7] The Official Committee of Unsecured Creditors (the "Committee") of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH") and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "TCEH Debtors").