## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 75.60 | $15,666.10 |
| 642 | Fee Application Prep and Related Issues | 14.20 | $3,507.90 |
| 900 | Ediscovery Services | 6.00 | $840.00 |
| **Totals:** | | **95.80** | **$20,014.00** |