## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 4.30 | $1,655.50 |
| J. Helen Cook | EBS Senior Consultant III | $242.00 | 13.70 | $3,315.40 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 51.00 | $12,342.00 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 1.50 | $264.00 |
| Joshua Goodman | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Jacqueline Koenig | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Merle Pete | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Margery Renn | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Thomas Wille | EDS Project Manager | $140.00 | 2.00 | $280.00 |
| John Chau | EBS Case Manager I | $83.00 | 19.20 | $1,593.60 |
| Thomas Vazquez | EBS Admin Support I | $35.00 | 0.10 | $3.50 |
| **Totals:** | | | **95.80** | **$20,014.00** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."