# **EXHIBIT D**

**Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements**

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST626 – Relativity License Fee | 43 licenses | $75.00 | $3,225.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3,376.900 GB | $15.00 | $50,653.50 |
| PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| **TOTAL** | | | **$53,898.50** |