## EXHIBIT A
### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B160 | Employment Applications | 5.9 | $1,504.50 | $1,203.60 |
| B161 | Budget/Staffing Plan | 2.2 | $1,471.00 | $1,176.80 |
| B162 | Fee Applications | 44.5 | $14,377.50 | $11,502.00 |
| B240 | Tax Issues | 370.1 | $215,704.00 | $172,563.20 |
| | **Totals** | **422.7** | **$233,057.00** | **$186,445.60** |