## <u>EXHIBIT C</u>

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Copies ($0.10/page) | In-House | $54.10 |
| Telephonic Appearance Fees | CourtCall | $30.00 |
| | **Total:** | **$84.10** |