## EXHIBIT D

### Detailed Description of Expenses and Disbursements

**Telephonic Appearance Fees**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| Demetra Liggins | 06/24/2015 | $30.00 | Telephonic Appearance for Second Interim Fee Application Hearing |
| | **TOTAL:** | **$30.00** | |