IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| DEBTORS. | (Jointly Administered) |

**NOTICE OF DEPOSITION OF HUGH SAWYER IN HIS CAPACITY AS THE DISINTERESTED MANAGER FOR ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND THEIR DEBTOR SUBSIDIARIES PURSUANT TO FED. R. BANKR. P. 30**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable here by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, The Bank of New York Mellon ("BNYM"), in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A. ("BNYMTC" and, together with BNYM, "BNY"), in its capacity as the EFCH 2037 Notes Trustee, by and through undersigned counsel, will take the deposition upon oral examination of Hugh Sawyer in his capacity as the Disinterested Manager for the TCEH Debtors.[1]  The deposition will begin at 9:30 a.m. on September 24, 2015 at the offices of Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022.  The deposition will be recorded by stenographic means by a licensed court reporter.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (D.I. 5244), as amended or supplemented from time to time.

- 2 -

| | |
|---|---|
| Dated: September 2, 2015<br>Wilmington, Delaware | Respectfully submitted,<br><br>REED SMITH LLP<br><br>By: */s/ Kurt F. Gwynne*<br>Kurt F. Gwynne (No. 3951)<br>Kimberly E.C. Lawson (No. 3966)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>Email:  kgwynne@reedsmith.com<br>            klawson@reedsmith.com<br><br>Counsel to The Bank of New York Mellon, in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A., in its capacity as the EFCH 2037 Notes Trustee |