## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,<br><br>DEBTORS. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

### NOTICE OF DEPOSITION OF THE DEBTORS
### PURSUANT TO FED. R. BANKR. P. 30(b)(6)

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable here by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, The Bank of New York Mellon ("BNYM"), in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A. ("BNYMTC" and, together with BNYM, "BNY"), in its capacity as the EFCH 2037 Notes Trustee, by and through undersigned counsel, will take the deposition upon oral examination of a knowledgeable witness or witnesses designated to testify on behalf of the above-captioned debtors (the "Debtors").[1]  The deposition will begin at 9:30 a.m. on September 25, 2015 at the offices of Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022.  The deposition will be recorded by stenographic means by a licensed court reporter.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable here by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the Debtors must designate one or more knowledgeable witnesses to testify on its behalf at the time and place specified above regarding the topics listed on attached Exhibit A.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (D.I. 5244), as amended or supplemented from time to time.

- 2 -

Dated:  September 2, 2015  
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: */s/ Kurt F. Gwynne*  
Kurt F. Gwynne (No. 3951)  
Kimberly E.C. Lawson (No. 3966)  
1201 Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
Email:  kgwynne@reedsmith.com  
           klawson@reedsmith.com

Counsel to The Bank of New York Mellon, in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A., in its capacity as the EFCH 2037 Notes Trustee

# EXHIBIT A

**A.     Definitions**

1.     "Allowed" has the meaning ascribed in the Third Amended Plan.

2.     "Debtors" has the meaning ascribed in the Third Amended Plan and also includes the attorneys and other advisors retained by the Debtors.

3.     "Disclosure Statement" means the *Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (D.I. 5246), as amended or supplemented from time to time.

4.     "Disinterested Directors" has the meaning ascribed in the PSA Motion.

5.     "PCRB" has the meaning ascribed in the Third Amended Plan.

6.     "PCRB Claims" has the meaning ascribed in the Third Amended Plan.

7.     "PSA Motion" means the *Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter Into and Perform Under the Plan Support Agreement* filed on August 10, 2015 (D.I. 5248), as amended or supplemented from time to time.

8.     "PSA Parties" has the meaning ascribed in the PSA Motion, including as defined in footnote 17, and also includes the respective attorneys and other advisors retained by the PSA Parties.

9.     "Settlement Agreement" has the meaning ascribed in the Third Amended Plan.

10.    "Standing Motions" has the meaning ascribed in the PSA Motion.

11.    "TCEH Debtors" has the meaning ascribed in the Third Amended Plan.

12.    "TCEH First Lien Deficiency Claims" has the meaning ascribed in the Third Amended Plan.

13. "TCEH First Lien Investigation Claims" has the meaning ascribed in the Disclosure Statement.

14. "TCEH Settlement Claim" has the meaning ascribed in the Third Amended Plan.

15. "Third Amended Plan" means the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (D.I. 5244), as amended or supplemented from time to time.

**B.    Deposition Topics**

1. The content of all drafts of the Third Amended Plan that (a) any of the Debtors provided on or after June 1, 2015, to any of the PSA Parties and (b) reflect any of the Debtors' revisions (in track changes, redline or blackline) to any chapter 11 plan with respect to the treatment of the PCRBs.

2. The treatment of the PCRBs, as compared to other funded debt and trade debt, in the Settlement Agreement and the Third Amended Plan.

3. The factual basis for the claims against the holders of the TCEH First Lien Deficiency Claims that are being settled in the Settlement Agreement and the Third Amended Plan.

4. The factual basis for the settlement or potential settlement of the TCEH First Lien Deficiency Claims.

5. The content of the "presentations" that were exchanged by the Disinterested Directors as provided in paragraph 43 of the PSA Motion.

6. The calculation of the Allowed (*i.e.*, the net) amount of the TCEH Settlement Claim.

7. The factual basis for the TCEH First Lien Investigation Claims.

8. Which TCEH Debtors own each of the TCEH First Lien Investigation Claims.

9. The value of each of the TCEH First Lien Investigation Claims.

10. The content of the un-redacted Standing Motions.

11. The alleged justification or basis for not permitting the PCRB Claims to share in the "waiver" of the TCEH First Lien Deficiency Claims.

12. The factual basis for the proposed settlement of the Material Potential Claims Subject to Plan Settlement[2] as set forth in Section V.H.3 of the Disclosure Statement.

13. The factual basis for any assessment, evaluation, consideration, or analysis of priority among, and/or treatment, including without limitation, disparate treatment of, unsecured creditors of the TCEH Debtors.

14. The factual basis of any assessment, evaluation, consideration, or analysis of whether any prepetition lien attaches to any potential claims or causes of action, or proceeds therefrom, by the TCEH Debtors against any other Debtor, any Non-Debtor Affiliate, and/or the Sponsors.

---

[2] Capitalized terms used in topics 12 through 17 herein shall have the meaning ascribed to them in the Interrogatories to Debtors in Connection with Debtors' Plan of Reorganization (the "Initial Consolidated Request") served by the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC, its direct subsidiary, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries (the "TCEH Committee"), on behalf of itself and other unsecured creditors of Energy Future Competitive Holdings Company LLC and/or its direct and indirect subsidiaries served on July 28, 2015 (see Notice of Service (D.I. 5174)) as modified to incorporate the changes necessary to address the Initial Consolidated Requests pursuant to the Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code (D.I. 5246); Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter Into and Perform Under the Plan Support Agreement filed on August 10, 2015 (D.I. 5248); Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement (D.I. 5249); and Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code (D.I. 5244).