**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 4784, 4785, 5089, 4895, 5038, 5258** |
| | ) |

**CERTIFICATION OF COUNSEL
REGARDING "DEBTORS' SEVENTEENTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO (SUBSTANTIVE DUPLICATE,
NO LIABILITY, AND NO CLAIM ASSERTED) CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 4784]**

The undersigned hereby certifies as follows:

1. On June 16, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4784] (the "Objection").[2] On June 16, 2015, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4785] in connection with, and in support of the relief requested, in the Objection.

2. On July 24, 2015, the Court entered the *Order Sustaining Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 5089].

3. Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on July 2, 2015 (the "Response Deadline").

4. Prior to the Response Deadline, the Debtors' received two formal responses to the Objection filed:

- On June 30, 2015, by Puente Brothers Investments [D.I. 4895] with respect to Proof of Claim number 4685 (the "Undisputed Claim"). The Debtors have agreed to withdraw the Objection solely with respect to this claim, number 4685.

- On July 20, 2015, by Moises Navarrete [D.I. 5038] with respect to Proof of Claim number 9729 (the "Disputed Claim"). This claimant has since informed the Debtors that the claimant does not oppose the relief sought in the Objection.

5. Therefore, the Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A**, disallowing and expunging from the claims register the Disputed Claim and withdrawing the objection to the Undisputed Claim.

6. Additionally, on July 24, 2015, a claimant submitted a letter to the Court [D.I. 5258] relating to proof of claim no. 251, to which the Debtors objected in the Objection. The Objection with respect to proof of claim no. 251 has been adjourned pursuant to the *Certification of Counsel Regarding Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b)*

*of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 5045]. The claimant's letter requested copies of their monthly bills for the prior four years. At the direction of the Court, and after attempting to contact the claimant directly, the Debtors responded to the claimant in a letter dated August 28, 2015, providing the requested bills.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Dated: September 2, 2015  
Wilmington, Delaware

*/s/ Jason M. Madron*  
**RICHARDS, LAYTON & FINGER, P.A.**  
Mark D. Collins (No. 2981)  
Daniel J. DeFranceschi (No. 2732)  
Jason M. Madron (No. 4431)  
920 North King Street  
Wilmington, Delaware 19801  
Telephone:     (302) 651-7700  
Facsimile:      (302) 651-7701  
Email:            collins@rlf.com  
                       defranceschi@rlf.com  
                       madron@rlf.com  

-and-

**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
Edward O. Sassower, P.C. (admitted *pro hac vice*)  
Stephen E. Hessler (admitted *pro hac vice*)  
Brian E. Schartz (admitted *pro hac vice*)  
601 Lexington Avenue  
New York, New York 10022-4611  
Telephone:     (212) 446-4800  
Facsimile:      (212) 446-4900  
Email:            edward.sassower@kirkland.com  
                       stephen.hessler@kirkland.com  
                       brian.schartz@kirkland.com  

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)  
Marc Kieselstein, P.C. (admitted *pro hac vice*)  
Chad J. Husnick (admitted *pro hac vice*)  
Steven N. Serajeddini (admitted *pro hac vice*)  
300 North LaSalle  
Chicago, Illinois 60654  
Telephone:     (312) 862-2000  
Facsimile:      (312) 862-2200  
Email:            james.sprayregen@kirkland.com  
                       marc.kieselstein@kirkland.com  
                       chad.husnick@kirkland.com  
                       steven.serajeddini@kirkland.com  

*Co-Counsel to the Debtors and Debtors in Possession*