## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
|                                          | : | Chapter 11 |
| *In re*                                  | : | |
|                                          | : | Case No. 14-10979 (CSS) |
| Energy Future Holdings Corporation, *et al.*, | : | |
|                                          | : | Jointly Administered |
| Debtors.[1]                              | : | |
|                                          | : | |
-------------------------------------------------------x

### NOTICE OF SERVICE OF RESPONSES AND TO INITIAL CONSOLIDATED DISCOVERY REQUESTS TO SPONSORS

PLEASE TAKE NOTICE that on September 1, 2015, a copy of the **Responses And Objections To Initial Consolidated Discovery Requests To Sponsors**, was caused to be served via electronic mail upon the parties on the attached list.

Dated:  September 2, 2015
    Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Derek C. Abbott (No. 3376)
Erin R. Fay (No. 5268)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware  19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

and

---

[1]  The last four digits on Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

WACHTELL, LIPTON, ROSEN & KATZ
Emil A. Kleinhaus
Alexander B. Lees
Angela K. Herring
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for Objectors*