

August 28, 2015

United States Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801

Re: Chapter 11 Case No. 14-10979 (CSS)

To Whom it May Concern,

Benetech, Inc. is in receipt of a Notice of Twenty-Eighth Omnibus Objection by Energy Future Holdings Corp dated August 17, 2015.

In accordance with the stipulations outlined in the received documents, please accept this letter as Benetech, Inc.'s objection to any proposed modifications to the amounts claimed by Benetech, Inc.

The communication stated several modifications to claimed amounts but provided no details as to what EFH has objected. On Thursday August 27, 2015, Benetech spoke with Mr. Jared Zajac via telephone as requested in Benetech's received communication. The purpose of Benetech's call was to obtain specifics concerning the amounts and reasons for any modifications to amounts claimed.

Mr. Zajac stated he contacted the financial services company to provide the documents that represent these modified amounts and when he receives them he will email them to the appropriate Benetech representative. Mr. Zajac stated this could take several days to be received. Mr. Zajac also stated Benetech's phone call constituted the dispute to the amounts and thus within the allotted time frame of August 31, 2015. Mr. Zajac also stated that if after receiving details of the proposed modifications, Benetech requires additional time to provide further documents for proof of our claim, Benetech need only communicate this to him, as he is willing to work with us.

Upon receipt of the requested details, Benetech will diligently pursue providing any further information necessary to substantiate the amounts claimed.

Please feel free to contact me with any questions or comments, or to provide requested details.

Respectfully,

Mark Batchelor
Chief Financial Officer
630-844-1300 Ext. 225
E-mail: batchelorm@benetechusa.com

CC:   O'Kelly Ernst & Bielli, LLC
      Proskauer Rose LLP