IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> ENERGY FUTURE HOLDINGS ) <br> CORP., et al.[1], ) <br> ) <br>         Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> Jointly Administered <br><br> **Re: Docket No. 4067** |

### SUPPLEMENT TO McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP'S FIRST INTERIM FEE APPLICATION

McElroy, Deutsch, Mulvaney & Carpenter, LLP (the "MDMC"), Delaware counsel to Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), and their debtor subsidiaries (collectively, the "TCEH Debtors"), hereby files this supplement to the *First Interim Fee Application for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from January 12, 2015 Through April 30, 2015* [docket no. 4067] (the "Interim Fee Application") as requested by the Office of the United States Trustee for the District of Delaware.

In response to the U.S. Trustee's request for additional information, attached are the following exhibits:

**Exhibit A** contains a summary of blended hourly rates for timekeepers who billed to non-bankruptcy matters during the twelve-month period beginning on May 1, 2014 and ending on April 30, 2015 and blended hourly rates for timekeepers who billed for service rendered to the TCEH Debtors during the period between January 12, 2015 and April 30, 2015 (the "Fee Period").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**Exhibit B** contains MDMC's budget and staffing plan for the Fee Period.

**Exhibit C** in a comparison of hours and fees budgeted for each matter category to which MDMC professionals and paraprofessionals billed time during the Fee Period against the hours and fees for which MDMC seeks compensation in the First Interim Fee Application.

Dated: September 2, 2015

                                          **McElroy, Deutsch, Mulvaney & Carpenter, LLP**

                                          /s/ David P. Primack
David P. Primack, Esq. (No. 4449)
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
dprimack@mdmc-law.com

**Customary and Comparable Compensation Disclosures**

| Timekeeper Category | Blended Hourly Rates | |
|---|---|---|
| | **Billed in this Fee Application** | **Billed or Collected for preceding year, excluding Bankruptcy[2]** |
| Partners | $475.30 | $275.94 |
| Associates | $292.92 | $192.44 |
| Paraprofessionals | $229.07 | $108.87 |
| Total: | $356.20 | $235.72 |

Case Name: Energy Future Holdings Corporation

Case Number: 14-10979 (CSS)

Applicant's Name: McElroy, Deutsch, Mulvaney & Carpenter, LLP

Date of Application: June 15, 2015

Interim or Final: Interim

---

[2] Since the Delaware office does not have any non-bankruptcy professionals, the blended rates provided are for the entire firm from May 1, 2014 to April 30, 2015. The differences in these rates are as a result of hours recorded on matters which were institutional clients who negotiated volume discounts; negotiated fee engagements; work for non-profits; and work on contingency fee matters.

**Budget for Matter Categories**
**For the Period Beginning on January 12, 2015 and Ending on April 30, 2015**[1]

| TASK CODE | TITLE | HOURS | FEES |
|---|---|---|---|
| D22 | Asset Disposition | 1.1 | $522.50 |
| D24 | Case Administration | 18.2 | $5,239.50 |
| D27 | Fee/Employment Applications | 202.2 | $71,404.50 |
| D29 | Financing | .4 | $190.00 |
| D30 | Litigation | 28 | $10,752.00 |
| D32 | Plan and Disclosure Statement | 24.6 | $9,680.00 |
| TOTAL: |  | 274.5 | $97,788.50 |

---

[1] Because MDMC did not prepare a budget for this interim period, this exhibit reflects the actual hours and compensation for January 12, 2015 through April 30, 2015.

**Staffing Plan**
**For the Period Beginning on January 12, 2015 and Ending on April 30, 2015**[2]

| Category of Timekeeper | Number of Hours Expected to Work During Budget Period | Blended Average Hourly Rate |
|---|---|---|
| Partners | 125.8 | $475.30 |
| Associates | 61.6 | $292.92 |
| Paraprofessionals | 87.1 | $229.07 |

---

[2] Because MDMC did not prepare a staffing plan for this interim period this exhibit reflects the actual hours worked and fees billed for January 12, 2015 through April 30, 2015.

## Summary by Matter Category of Fees Budgeted[3] and Fees Incurred

| Matter Number | Matter Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| D22 | Asset Disposition | | 1.1 | | $522.50 |
| D24 | Case Administration | | 18.2 | | $5,239.50 |
| D27 | Fee/Employment Applications | | 202.2 | | $71,404.50 |
| D29 | Financing | | .4 | | $190.00 |
| D30 | Litigation | | 28 | | $10,752.00 |
| D32 | Plan and Disclosure Statement | | 24.6 | | $9,680.00 |
| Total: | | | 274.5 | | $97,788.50 |

---

[3] Because MDMC did not prepare a budget for this interim period, this exhibit reflects the actual fees for January 12, 2015 through April 30, 2015.

**Summary by Matter Category of Costs Budgeted[4] and Costs Incurred**

| **Category** | **Amount** |
|:---:|:---:|
| Filing Fees | $100.00 |
| Deliveries/Messenger | $349.00 |
| Pacer | $212.30 |
| Transcripts | $224.50 |
| Total: | $885.80 |

---

[4] Because MDMC did not prepare a budget for this interim period, this exhibit reflects the actual costs incurred for January 12, 2015 through April 30, 2015.