# EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS<br>7/01 – 7/31/2015 |
|---|---|:---:|
| Neil Luria | Sr. Managing Director | 114.0 |
| Raoul Nowitz | Managing Director | 192.7 |
| Paul Hogan | Director | 5.0 |
| Matthew Cumbee | Sr. Associate | 166.5 |
| TOTALS | | 478.2 |