**EXHIBIT C**

**Expenses by Category**

|  | July 2015 |
|---|---|
| Airfare | $10,581.50 |
| Ground Transportation | $1,954.80 |
| Hotel & Lodging | $6,653.56 |
| Meals | $919.11 |
| Mileage | $106.02 |
| TOTALS | $20,214.99 |