# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 5789, 5807 |

## NOTICE OF *TELEPHONIC* SCHEDULING CONFERENCE

PLEASE TAKE NOTICE that, on August 28, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of Energy Future Holdings Corp., *et al.*, for an Order Approving the Assumption of all Executory Contracts by and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, Texas Competitive Electric Holdings Company LLC, and Alcoa Inc.** [D.I. 5789] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").[2]

PLEASE TAKE FURTHER NOTICE that, pursuant to the **Notice of "Motion of Energy Future Holdings Corp., *et al.*, for an Order Approving the Assumption of all Executory Contracts by and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, Texas Competitive Electric Holdings Company LLC, and Alcoa Inc." and Hearing Thereon** filed and served contemporaneously with the Motion, (i) any responses or objections to the Motion must be in writing, filed with the Clerk of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On August 28, 2015, the Debtors also filed certain declarations in support of the relief requested in the Motion. See D.I. 5790, 5791, 5792.

RLF1 12923650v.1

the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by counsel for the Debtors on or before **September 25, 2015 at 4:00 p.m. (Eastern Daylight Time)** and (ii) a hearing with respect to the Motion (and any objections that may be filed thereto) is scheduled to be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **October 2, 2015 starting at 10:00 a.m. (Eastern Daylight Time)**.

PLEASE TAKE FURTHER NOTICE that, on August 31, 2015, Alcoa, Inc. filed a letter with the Bankruptcy Court (see D.I. 5807; the "Letter") (i) challenging, among other things, certain scheduling and process issues in connection with the Motion and (ii) requesting that the Bankruptcy Court "… hold a telephonic status hearing on this matter at the [Bankruptcy] Court's earliest convenience." See Letter at p. 2.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has scheduled a *telephonic only* hearing to discuss scheduling and process matters in connection with the Motion for **September 9, 2015 starting at 2:00 p.m. (Eastern Daylight Time)** (the "Telephonic Scheduling Conference"), to be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the Bankruptcy Court.[3]

PLEASE TAKE FURTHER NOTICE that, consistent with the *Instructions for Telephonic Appearances Effective April 5, 2005, Revised April 27, 2009*, all parties wishing to appear at the Telephonic Scheduling Conference must contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of

---

[3] The Debtors have also been directed to file a response to the Letter with the Bankruptcy Court no later than **September 8, 2015 at 12:00 p.m. (noon) (Eastern Daylight Time)**.

2

RLF1 12923650v.1

the United States of America: 310-743-1850) no later than **12:00 p.m. (noon) (Eastern Daylight Time) on September 8, 2015** to register their telephonic appearances.

Dated: September 2, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession