## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| _____ | § | |
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP., *et al* | § | Case No. 14-10979(CSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| _____ | § | **Re: D.I. No. 5373** |

## RESPONSE OF REXEL, INC. TO DEBTORS'
## 28th OMNIBUS OBJECTIONS TO CLAIMS

Rexel, Inc. ("Rexel") hereby responds to Debtors' 28th Omnibus Objection to Claims [D.I. 5373] as follows:

1. Debtors already have, by their 20th and 21st Omnibus Objections to Claims [D.I. 4972 and 4974] objected to the very same claims to which the 28th Omnibus Objection is directed with respect to Rexel (which are the only claims Rexel has filed in this bankruptcy case). On July 31, 2015, Rexel responded to both the 20th and 21st Omnibus Objections [*See* D.I. 5195] (the "Prior Response").

2. In the Prior Response, Rexel explained why the Debtors' 20th and 21st Omnibus Objections to Rexel's claims, which seem to be based on the same or similar grounds as the 28th Omnibus Objection, lacked merit. After the filing of the Prior Response, counsel for Rexel and the Debtors agreed to adjourn the 20th and 21st Omnibus Objections to Rexel's claims, and those objections remain open and unresolved as of this date.

3. In response to the 28th Omnibus Objection, Rexel fully incorporates herein its Prior Response; and Rexel submits the grounds set forth in the Prior Response fully respond to, and serve as the basis denial of, the 28th Omnibus Objection.

1

4. The 28th Omnibus Objection also should be denied for the additional reason that with respect to Rexel it is in violation of Del. Bankr. L.R. 3007-1(f). Contrary to the provisions of Del. Bankr. L.R. 3007-1(f), the 28th Omnibus Objection purports to assert additional substantive objections to Rexel's claims when the Debtors already have asserted substantive objections to Rexel's claims, by their 20th (alleged "Substantive Duplicative Claims") and 21st (alleged "Modify Amount") Omnibus Objections. Either the 28th Omnibus Objection as to Rexel's claim itself is entirely duplicative of the 20th and 21st Omnibus Objections (which at least were filed on the same day), and should be denied on that basis as to Rexel, or, if not, was required to have been filed along with the objections in the 20th and 21st Omnibus Objections, and for that reason must be denied as to Rexel.

WHEREFORE, Rexel respectfully requests that the Court deny the 28th Omnibus Objections as to all of its claims subject to such Omnibus Objection; and further requests such other relief as is just and proper.

Dated: September 2, 2015

STEVENS & LEE, P.C.

*/s/    John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1105 N. Market Street, Suite 700
Wilmington, Delaware 19801
Tel. (302) 425 3308
Email: jdd@stevenslee.com

-and-

COATS, ROSE, YALE, RYMAN & LEE, P.C.
Ben L. Aderholt
Texas Bar No. 00909000
9 Greenway Plaza, Suite 1100
Houston, Texas 77046
Telephone:    (713) 651-0111
Facsimile:     (713) 651-0220
E-mail: baderholt@coatsrose.com

**ATTORNEYS FOR REXEL, INC.**