## CERTIFICATE OF SERVICE

I certify that on September 2, 2015, a true and correct copy of **RESPONSE OF REXEL, INC. TO DEBTORS' 28th OMNIBUS OBJECTIONS TO CLAIMS** was served on the following through the Court's CM/ECF system, which will automatically serve a Notice of Electronic Filing, and by regular mail:

| | |
|---|---|
| Jason M. Madron | David M. Klauder, Esquire |
| Richards, Layton & Finger, P.A. | O'KELLY ERNST & BIELLI, LLC |
| 920 North King Street | 901 North Market Street- 10th Floor |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| | |
| Edward O. Sassower, P.C. | Jeff J. Marwil, Esquire |
| Stephen E. Hessler | Mark K. Thomas, Esquire |
| Brian E. Schartz | Peter J. Young, Esquire |
| Kirkland & Ellis LLP | PROSKAUER ROSE LLP |
| Kirkland & Ellis International LLP | Three First National Plaza |
| 601 Lexington Avenue | 70 W. Madison Street, Suite 3800 |
| New York, New York 1002-4611 | Chicago, IL 60602 |

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick
Steven N. Serajeddini
300 North LaSalle
Chicago, Illinois 60654

                                           /s/ *John D. Demmy*
                                           John D. Demmy (DE Bar No. 2802)

1