# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $750 | 13.3 | $9,975.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $525 | 104.3 | $54,757.50 |
| Tyler D. Semmelman | Associate | 2009 | Bankruptcy | $450 | 5.0 | $2,250.00 |
| Marisa A. Terranova | Associate | 2009 | Bankruptcy | $450 | 0.2 | $90.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $260 | 22.6 | $5,876.00 |
| **Total** | | | | | **145.4** | **$72,948.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235 | 52.9 | $12,431.50 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235 | 17.2 | $4,042.00 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235 | 1.0 | $235.00 |
| Lindsey A. Edinger | Paralegal | 2 | Bankruptcy | $235 | 1.4 | $329.00 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $235 | 3.1 | $728.50 |
| Daniel D. White | Tech./Trial Support | 11 | Litigation/MIS | $250 | 0.3 | $75.00 |
| Lesley Morris | Case Management Assistant | 1 | Bankruptcy | $125 | 0.5 | $62.50 |
| **Total** | | | | | **76.4** | **$17,903.50** |

**Total Fees** $90,852.00