## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $1,121.75 |
| Conference Calling | $261.86 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $1,235.57 |
| Electronic Legal Research | $103.12 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $47.61 |
| Long distance Telephone Charges | $172.00 |
| Messenger and Delivery Service | $235.37 |
| Overtime | $313.20 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $771.95 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $96.74 |
| **Total:** | **$4,359.17** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $35.34 |
| Conference Calling | $8.24 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $38.93 |
| Electronic Legal Research | $3.25 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $1.50 |
| Long distance Telephone Charges | $5.42 |
| Messenger and Delivery Service | $7.42 |
| Overtime | $9.87 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $24.32 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $3.05 |
| **Total:** | **$137.34** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $20.03 |
| Conference Calling | $4.68 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $22.06 |
| Electronic Legal Research | $1.84 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.85 |
| Long distance Telephone Charges | $3.07 |
| Messenger and Delivery Service | $4.20 |
| Overtime | $5.59 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $13.78 |
| Room Rental | $0.00 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $1.73 |
| **Total:** | **$77.83** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $0.94 |
| Conference Calling | $0.22 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $1.04 |
| Electronic Legal Research | $0.09 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.04 |
| Long distance Telephone Charges | $0.14 |
| Messenger and Delivery Service | $0.20 |
| Overtime | $0.26 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $0.65 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.08 |
| **Total:** | **$3.66** |