## EXHIBIT E

**Detailed Description of Meal Expenses**

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 6/1/2015 | Manhattan Bagel Company | Breakfast | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 6/1/15 hearing. | $14.75 | $295.00 |
| 6/1/2015 | Purebread | Lunch | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 6/1/15 hearing. | $13.84 | $276.95 |
| 6/15/2015 | Washington Street Ale House | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of *de minimis* asset report. | $11.08 | $11.08 |
| 6/22/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of motion to approve waiver of Local Rule 3007-1. | $8.51 | $8.51 |
| 6/24/2015 | Washington Street Ale House | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of Enoch Kever first fee statement and assistance with preparation for 6/25/15 hearing. | $32.19 | $32.19 |
| 6/25/2015 | Manhattan Bagel Company | Breakfast | 8 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 6/25/15 hearing. | $23.75 | $190.00 |
| 6/25/2015 | Purebread | Lunch | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 6/25/15 hearing. | $33.02 | $330.22 |
| 6/25/2015 | Grotto's Pizza | Dinner | 2 | Working meal for RL&F team members in connection with after-hours filing of settlement motion and stipulation. | $14.54 | $29.07 |
| 6/29/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of notice of cancellation of disclosure statement hearing. | $5.04 | $5.04 |
| **TOTALS** | | | | | | $1,178.06 |