<u>**EXHIBIT A**</u>

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 002 | Asset Disposition | 51.30 | $46,238.00 |
| 004 | Avoidance Action Analysis | 6.90 | $5,520.00 |
| 006 | Business Operations | 1.00 | $832.50 |
| 007 | Case Administration | 48.70 | $35,078.50 |
| 008 | Claims Administration and Objections | 5.60 | $4,244.50 |
| 011 | Employment and Fee Applications | 31.10 | $19,894.50 |
| 014 | Other Litigation | 55.50 | $41,838.50 |
| 015 | Meetings and Communications with Creditors | 64.80 | $59,986.00 |
| 016 | Non-Working Travel | 16.50 | $15,400.00 |
| 017 | Plan and Disclosure Statement | 425.10 | $371,396.50 |
| 021 | Tax | 202.80 | $169,597.00 |
| 023 | Discovery | 2,089.20 | $628,017.50 |
| 024 | Hearings | 32.70 | $30,199.00 |
| 026 | Claims Investigation | 64.00 | $52,546.50 |
| 027 | First Lien Investigation | 2.40 | $1,824.00 |
| 029 | Other Motions/Applications | 8.80 | $6,874.50 |
| 032 | Time Entry Review | 13.40 | $12,140.00 |
| 034 | Mediation | 58.70 | $53,002.50 |
| **Total Incurred** | | **3,178.50** | **$1,554,630.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(7,700.00)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(12,140.00)** |
| **Total Requested** | | | **$1,534,790.00** |

| Service Description | Amount |
|---|---:|
| Travel | $2,070.00 |
| Online Research – LEXIS | $1,542.11 |
| Online Research – WESTLAW | $1,853.94 |
| Online Research – Other Database | $1,542.90 |
| EDiscovery Fees | $17,302.65 |
| Business Meals | $440.36 |
| Miscellaneous Disbursement | $30.00 |
| Meals | $17.42 |
| Transportation | $114.75 |
| Online Research – Other Database | $17.52 |
| **Total Requested** | **$24,931.65** |

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $875.00 | 11.90 | $10,412.50 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $925.00 | 122.10 | $112,942.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 80.00 | $104,000.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,100.00 | 55.60 | 61,160.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950.00 | 31.30 | $29,735.00 |
| Lynn, David M. | Partner | 1995 | Corporate | $1,050.00 | 0.90 | $945.00 |
| Marines, Jennifer L. | Partner | 2005 | Business Restructuring & Insolvency | $825.00 | 31.90 | $26,317.50 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1,025.00 | 42.60 | $43,665.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,075.00 | 99.10 | $106,532.50 |
| Pistillo, Bernie J. | Partner | 1985 | Tax | $995.00 | 0.10 | $99.50 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $895.00 | 23.30 | $20,853.50 |
| Abrams, Hanna | Associate | 2009 | Litigation | $725.00 | 29.20 | $21,170.00 |
| Alanis, Corinna | Associate | 2012 | Litigation | $570.00 | 11.30 | $6,441.00 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $495.00 | 52.10 | $25,789.50 |
| Contreras, Andrea | Associate | 2012 | Litigation | $585.00 | 41.50 | $24,277.50 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $680.00 | 6.90 | $4,692.00 |
| Gizaw, Betre | Associate | 2011 | Litigation | $585.00 | 24.40 | $14,274.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| M. | | | | | | |
| Goett, David J. | Associate | 2012 | Tax | $585.00 | 7.00 | $,095.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750.00 | 154.80 | $116,100.00 |
| Humphrey, Nicole M. | Associate | 2013 | Tax | $440.00 | 19.50 | $8,580.00 |
| Lim, Clara | Associate | 2010 | Tax | $635.00 | 47.70 | $30,289.50 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $760.00 | 70.20 | $53,352.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $760.00 | 110.60 | $84,056.00 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $495.00 | 287.30 | $142,213.50 |
| Weber, John Thomas | Associate | 2013 | Business Restructuring & Insolvency | $570.00 | 12.60 | $7,182.00 |
| Young, Brennan W. | Associate | 2014 | Tax | $440.00 | 3.50 | $1,540.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,095.00 | 12.80 | $14,016.00 |
| Froelich, Edward L. | Of Counsel | 1994 | Tax | $885.00 | 24.10 | $21,328.50 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $875.00 | 9.80 | $8,575.00 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $770.00 | 2.20 | $1,694.00 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $780.00 | 2.40 | $1,872.00 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $800.00 | 78.80 | $63,040.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Curtis, Michael E. | Senior Paralegal | 13.5 years | Litigation | $345.00 | 30.10 | $10,384.50 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $320.00 | 23.60 | $7,552.00 |
| Braun, Danielle | Paralegal | 1 year | Business Restructuring & Insolvency | $300.00 | 2.90 | $870.00 |
| Bergelson, Vadim | eDiscovery Project Manager | 5 years | Litigation | $310.00 | 15.80 | $4,898.00 |
| Cusa, Thomas C. | Temporary Attorney | 4 months | Litigation | $225.00 | 184.60 | $41,535.00 |
| Hou, Timothy | Temporary Attorney | 4 months | Litigation | $225.00 | 194.20 | $43,695.00 |
| Jones, Jason D. | Temporary Attorney | 4 months | Litigation | $225.00 | 193.00 | $43,425.00 |
| Kim, Eugene H. | Temporary Attorney | 4 months | Litigation | $225.00 | 30.20 | $6,795.00 |
| Lee, Yumi | Temporary Attorney | 4 months | Litigation | $225.00 | 213.70 | $48,082.50 |
| Ofosu-Antwi, Elsie J. | Temporary Attorney | 4 months | Litigation | $225.00 | 204.80 | $46,080.00 |
| Pumo, David | Temporary Attorney | 4 months | Litigation | $225.00 | 208.10 | $46,822.50 |
| Spielberg, Philip | Temporary Attorney | 4 months | Litigation | $225.00 | 174.90 | $39,352.50 |
| Thomas, Philip T. | Temporary Attorney | 4 months | Litigation | $225.00 | 195.10 | $43,897.50 |
| **Total Incurred:** | | | | | **3,178.50** | **$1,554,630.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | | | | **($7,700.00)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | **$(12,140.00)** |
| **Total Requested** | | | | | | **$1,534,790.00** |

**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary**

| Service Description | Amount |
|---|---|
| Travel | $2,070.00 |
| Online Research – LEXIS | $1,542.11 |
| Online Research – WESTLAW | $1,853.94 |
| Online Research – Other Database | $1,542.90 |
| EDiscovery Fees | $17,302.65 |
| Business Meals | $440.36 |
| Miscellaneous Disbursement | $30.00 |
| Meals | $17.42 |
| Transportation | $114.75 |
| Online Research – Other Database | $17.52 |
| **Total Requested** | **$24,931.65** |

## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

# MORRISON | FOERSTER

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW MOFO COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

Invoice Number:  5455841
Invoice Date:  August 24, 2015

Client/Matter Number:  073697-0000001

Matter Name:  BANKRUPTCY OF
ENERGY FUTURE
HOLDINGS

RE:        BANKRUPTCY OF ENERGY FUTURE HOLDINGS

---

*Disbursements Incurred through June 30, 2015*

|  | U.S.Dollars |
|---|---|
| Current Disbursements | 24,931.65 |
| **Total This Invoice** | **24,931.65** |

MORRISON | FOERSTER

Matter Number: 073697-0000001

Invoice Number: 5455841

Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Date: August 24, 2015

## Disbursement Detail

| Date | Description | Value |
|------|-------------|-------|
| 30-Jun-15 | On-line Research – LEXIS – (June 1-June 30) | 1,542.11 |
| 30-Jun-15 | On-line Research – WESTLAW (June 1-June 30) | 1,853.94 |
| 30-Jun-15 | On-line Research - OTHER DATABASE (June 1-June 30) | 1,542.90 |
| 29-May-15 | Travel, train, D. Harris, travel to/from hearing in Delaware, 6/1/15 | 272.00 |
| 29-May-15 | Travel, train, B. Miller, travel to/from hearing in Delaware, 6/1/15 | 303.00 |
| 30-May-15 | Travel, train, T. Goren, travel to/from hearing in Delaware, 6/1/15 | 265.00 |
| 01-Jun-15 | Travel, parking, T. Goren, train station, for hearing in Delaware, 6/1/15 | 21.00 |
| 24-Jun-15 | Travel, train, L. Marinuzzi, travel to/from Delaware for EFH fee hearing, 6/23 - 6/24/15 | 303.00 |
| 24-Jun-15 | Travel, taxi/car service, L. Marinuzzi, ground travel in Delaware for EFH fee hearing, 6/24/15 | 10.00 |
| 24-Jun-15 | Travel, train, B. Miller, travel to/from hearing in Delaware, 6/25/15 | 265.00 |
| 24-Jun-15 | Travel, train, T. Goren, travel to hearing in Delaware, 6/25/15 | 159.00 |
| 24-Jun-15 | Travel, train, T. Goren, travel from hearing in Delaware, 6/25/15 | 106.00 |
| 25-Jun-15 | Travel, parking, T. Goren, train station, for hearing in Delaware, 6/25/15 | 21.00 |
| 25-Jun-15 | Travel, train, C. Kerr, travel to hearing in Delaware, 6/25/15 | 186.00 |
| 25-Jun-15 | Travel, train, C. Kerr, travel from hearing in Delaware, 6/25/15 | 159.00 |
| 04-Jun-15 | Local meals, A. Birkenfeld, 6/11/15, 8:29PM (weekend) | 17.42 |
| 02-Jun-15 | Local travel, taxi/car service, S. Martin, 6/2/15, 11:51PM | 20.38 |
| 04-Jun-15 | Local travel, taxi/car service, A. Birkenfeld, 6/4/15, 10:55PM | 7.80 |
| 15-Jun-15 | Local travel, taxi/car service, D. Harris, 6/5/15, 9:02PM | 86.57 |
| 08-Jun-15 | Court call, B. Miller, telephonic hearing appearance, 5/28/15 | 30.00 |
| 08-Jun-15 | EDiscovery Fees EPIQ EDISCOVERY SOLUTIONS INC., Services for the month of May 2015 | 525.00 |
| 30-Jun-15 | EDiscovery Fees IRIS DATA SERVICES, INC., Tech Time - CS | 16,777.65 |
| 07-Jun-15 | Business meals, 10 attendees, EFH meeting, 5/22/15 | 119.64 |
| 07-Jun-15 | Business meals, 10 attendees, EFH meeting, 6/1/15 | 82.28 |
| 10-Jun-15 | Business meals, 10 attendees, EFH meeting, 6/10/15 | 191.33 |
| 29-Jun-15 | Business meals, 8 attendees, EFH meeting, 6/29/15 | 47.11 |
| 30-Jun-15 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 22 | 8.76 |
| 30-Jun-15 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 22 | 8.76 |

| | Current Disbursements | 24,931.65 |
|--|----------------------|-----------|