**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No.: 14-10979 (CSS) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re: Docket Nos. 1833, 4916 & 5771** |
| | ) | |

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY
RELATED TO THE CONFIRMATION PROCEEDINGS**

Pursuant to this Court's Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order entered on July 2, 2015 [Docket No. 4916] (the "Confirmation Scheduling Order"), Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, by and through her undersigned counsel, hereby provides notice of her intent to participate in discovery related to the Confirmation Proceedings[2]. In support thereof, Fenicle provides the following:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http:;//www.efhcaseinfo.com. The debtors are referred to collectively and individually herein as the "Debtors."

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Confirmation Scheduling Order.

I.  **Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle:**

1. The address for Shirley Fenicle is c/o Steven Kazan, Kazan McClain Satterley & Greenwood, Jack London Market, 55 Harrison Street, Suite 400, Oakland, CA 94607.

2. The name and address of counsel to Shirley Fenicle is (1) Daniel K. Hogan, HOGAN♦McDANIEL,1311 Delaware Avenue, Wilmington, Delaware 19806, Telephone: (302) 656-7540, Facsimile: (302) 656-7599; and (2) Steven Kazan, Kazan McClain Satterley & Greenwood, Jack London Market, 55 Harrison Street, Suite 400, Oakland, CA 94607, Telephone: (510) 302-1000, Facsimile: (510) 835-4913.

II. **Shirley Fenicle's Claims Against Debtors**

3. Shirley Fenicle's claims are 2-fold. Shirley Fenicle is a member of the unsecured creditors' committee as estate representative for her deceased husband, George Fenicle, and also has a pending claim in her own right for his wrongful death. Although Shirley Fenicle is not currently suffering from any known or diagnosed asbestos disease, she was exposed to asbestos fibers brought home from her husband's work. Therefore, Shirley Fenicle is also an unmanifested current claimant as described by this Court's opinion entered on January 7, 2015, which granted the Debtors' request to establish a bar date for unmanifested claimants [Docket No. 3183]. Shirley Fenicle could have a claim for her own personal injury and, should she die of an asbestos disease, her children would have a wrongful death claim which means they too are unmanifested current claimants.

4. Shirley Fenicle agrees to be bound by the Confidentiality Agreement and Stipulated Protective Order approved by the Court on August 13, 2014 [Docket No. 1833]. Shirley Fenicle will transmit to Debtors, under separate cover, a Declaration of

Acknowledgment and Agreement to be Bound by the Confidentiality Agreement and Stipulated Protective Order, to be executed by her proxy, Steven Kazan, Esq., of Kazan McClain Satterley & Greenwood. A true and correct copy of the proxy is attached hereto as **Exhibit A**.

Dated: September 3, 2015  Respectfully submitted:
      Wilmington, Delaware

By: /s/ *Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

-and-

Steven Kazan (CA Bar # 46855)
Kazan McClain Satterley & Greenwood
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Attorneys for Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle*