# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 18, 2015, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases, caused a true and correct copy of the following to be served via email on the parties listed on **Exhibit A** attached hereto:

1. DEBTORS' RESPONSES AND OBJECTIONS TO THE EFIH SECOND LIEN INDENTURE TRUSTEE'S INITIAL REQUEST FOR THE PRODUCTION OF DOCUMENTS TO DEBTORS

2. DEBTORS' RESPONSES AND OBJECTIONS TO THE EFH COMMITTEE'S INITIAL CONSOLIDATED DISCOVERY REQUESTS TO DEBTORS

3. DEBTORS' RESPONSES AND OBJECTIONS TO THE FIRST DOCUMENT REQUEST AND INTERROGATORY OF DELAWARE TRUST COMPANY, AS INDENTURE TRUSTEE, TO DEBTORS IN CONNECTION WITH CONFIRMATION OF THE DEBTORS' PLAN OF REORGANIZATION

4. DEBTORS RESPONSES AND OBJECTIONS TO UMB BANK, N.A.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS FROM DEBTORS IN CONNECTION WITH DISCLOSURE STATEMENT PROCEEDINGS

5. DEBTORS' RESPONSES AND OBJECTIONS TO THE EFH INDENTURE TRUSTEE'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO EACH DEBTOR IN CONNECTION WITH CONFIRMATION OF

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 12932494v.1

AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

Dated: September 3, 2015
Wilmington, Delaware

*[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Andrew McGaan (admitted *pro hac vice*)
Brenton A. Rogers (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

-and-

Bryan M. Stephany (admitted *pro hac vice*)
655 15th St NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

-and-

Mark E. McKane (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Co-Counsel to the Debtors and Debtors in Possession