IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | Joint Administration Requested |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that DLA Piper LLP (US) and Cadwalader, Wickersham & Taft LLP hereby enter their appearance to represent Defendant Morgan Stanley Capital Group, Inc. ("Morgan Stanley") in the above-captioned proceedings.  The undersigned hereby requests that notice of all matters, papers, and pleadings filed in the above-captioned proceedings that require notice pursuant to 11 U.S.C. §§ 342 and 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010(b) be given to and served upon the undersigned attorneys identified below at the addresses set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Morgan Stanley's (i) right to have final orders in non-core matters entered only after de novo review by a United States District Court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or

EAST\105216531.2

discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Morgan Stanley may or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

| | |
|---|---|
| Dated: September 3, 2015<br>Wilmington, Delaware | **DLA PIPER LLP (US)**<br><br>   /s/ *Ashley R. Altschuler*   <br>Ashley R. Altschuler (No. 3803)<br>R. Craig Martin (No. 5032)<br>Scott Czerwonka (No. 4844)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE  19801<br>Telephone:   (302) 468-5700<br>Facsimile:   (302) 394-2341<br>ashley.altschuler@dlapiper.com<br>craig.martin@dlapiper.com<br>scott.czerwonka@dlapiper.com<br><br>- and –<br><br>Howard R. Hawkins, Jr. (*pro hac vice* pending)<br>Ellen M. Halstead (*pro hac vice* pending)<br>Michele Maman (*pro hac vice* pending)<br>Thomas J. Curtin (*pro hac vice* pending)<br>**CADWALADER, WICKERSHAM & TAFT LLP**<br>One World Financial Center<br>New York, New York 10281<br>Telephone:   (212) 504-6000<br>Facsimile:   (212) 504-6666<br>howard.hawkins@cwt.com<br>ellen.halstead@cwt.com<br>michele.maman@cwt.com<br>thomas.curtin@cwt.com<br><br>Mark C. Ellenberg (*pro hac vice* pending)<br>**CADWALADER, WICKERSHAM & TAFT LLP**<br>700 Sixth Street, N.W.<br>Washington, DC 20001<br>Telephone:   (202) 862-2200<br>Facsimile:   (202) 862-2400<br>mark.ellenberg@cwt.com<br><br>*Counsel for Defendant Morgan Stanley Capital Group, Inc.* |