## CERTIFICATE OF SERVICE

I, Ashley R. Altschuler, hereby certify that on the 3rd day of September, 2015, I caused copies of the **Notice of Appearance and Request For Service of Papers** to be served on the following parties in the manner indicated:

| | |
|---|---|
| **Hand Delivery** | **First Class Mail** |
| (U.S. Trustee) | (Counsel to the Debtors) |
| Richard Schepacarter, Esquire | Edward 0. Sassower, P.C. |
| UNITED STATES TRUSTEE | Stephen E. Hessler, Esquire |
| 844 King Street, Room 2207 | Brian E. Schartz, Esquire |
| Lockbox #35 | KIRKLAND & ELLIS LLP |
| Wilmington, DE 19801 | 601 Lexington Avenue |
| | New York, NY10022-4611 |
| | |
| **Hand Delivery** | **First Class Mail** |
| **(**Counsel to the Debtors) | (Counsel to the Debtors) |
| Daniel J. DeFranceschi, Esquire | James H.M. Sprayregen, P.C. |
| Jason M. Madron, Esquire | Chad J. Husnick, Esquire |
| Mark Collins, Esquire | Steven N. Serajeddini, Esquire |
| RICHARDS, LAYTON & FINGER | Andrew McGaan, Esquire |
| One Rodney Square | William T. Pruitt, Esquire |
| P.O. Box 551 | KIRKLAND & ELLIS LLP |
| Wilmington, DE 19899 | 300 North LaSalle |
| | Chicago, IL 60654 |

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ashley R. Altschuler*
　　　　　　　　　　　　　　　　　　　　　　　Ashley R. Altschuler (No. 3803)