**Exhibit A**

**Satisfied Claims**

RLF1 12935869v.1

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SECOND NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | CAPGEMINI AMERICA, INC C/O SULLIVAN & WORCESTER LLP ATTN: PATRICK P. DINARDO, ESQ. ONE POST OFFICE SQUARE BOSTON, MA 02109 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7762 | $2,972,865.06 | Claim satisfied pursuant to court order entered on 5/19/2015 [Docket No. 4526]. Claim Satisfied via ACH number 8300043328 on 6/1/2015. |
| 2 | CAPGEMINI AMERICA, INC. C/O SULLIVAN & WORCESTER LLP ATTN: PATRICK P. DINARDO, ESQ. ONE POST OFFICE SQUARE BOSTON, MA 02109 | 14-10996 (CSS) | EFH Corporate Services Company | 10/27/2014 | 7763 | $2,972,865.06 | Claim satisfied pursuant to court order entered on 5/19/2015 [Docket No. 4526]. Claim Satisfied via ACH number 8300043328 on 6/1/2015. |
| 3 | CONVEYOR COMPONENTS CO PO BOX 167 CROSWELL, MI 48422-0167 | 14-11022 (CSS) | Oak Grove Management Company LLC | 09/22/2014 | 4559 | $224.38 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check numbers 1002705336 and 1010006939 on 7/22/2014 and 10/3/2014, respectively. |
| 4 | EMEDCO 39209 TREASURY CENTER CHICAGO, IL 60694-9200 | 14-11032 (CSS) | Luminant Generation Company LLC | 09/11/2014 | 4323 | $105.54 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010005469 on 9/6/2014. |
| 5 | FILTERSENSE 800 CUMMINGS CENTER 355W BEVERLY, MA 01915 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/02/2014 | 4834 | $4,255.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010008688 on 10/21/2014. |
| 6 | FOREST CREEK WIND FARM, LLC F/K/A AITRICITY FOREST CREEK WIND FARM C/O E.ON CLIMATE & RENEWABLES N. AMERICA 353 N CLARK ST, STE 3000 CHICAGO, IL 60654-3456 | | Multiple Debtors Asserted | 08/11/2014 | 3603 | $1,679,600.30 | Claim satisfied pursuant to draw on letter of credit number 63657630 on 3/13/2015 in the amount of $1,708,151.38. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SECOND NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 7 | JOEL WINK EQUIPMENT SERVICES LLC<br>110 E. WYNNS CREEK RD.<br>KILGORE, TX 75662 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/07/2014 | 3 | $10,212.00 | Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 786]. Claim satisfied by check number 1002702753 on 06/19/2014. |
| 8 | KENNEDY WIRE ROPE & SLING CO, INC.<br>PO BOX 4016<br>CORPUS CHRISTI, TX 78469 | 14-10996 (CSS) | EFH Corporate Services Company | 07/14/2014 | 3119 | $4,827.83 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check numbers 1002705142 and 1010001268 on 7/21/2014 and 8/4/2014, respectively. |
| 9 | MASTERCRAFT PRINTED PRODUCTS & SERVICES<br>2150 CENTURY CIR<br>IRVING, TX 75062 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/27/2014 | 7969 | $39.63 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH number 8300003963 on 8/29/2014. |
| 10 | MITSUI RAIL CAPITAL, LLC<br>C/O BALLON STOLL BADER & NADLER, P.C.<br>ATTN: VINCENT J. ROLDAN<br>729 SEVENTH AVENUE<br>NEW YORK, NY 10019 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/22/2014 | 5991 | $3,931.64 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH number 8300027628 on 2/9/2015. |
| 11 | NAVEX GLOBAL INC.<br>6000 MEADOWS ROAD, SUITE 200<br>LAKE OSWEGO, OR 97035 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/29/2014 | 635 | $12,271.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check numbers 1002702047 and 1002702789 on 6/2/2014 and 6/19/2014, respectively. |
| 12 | NIECE EQUIPMENT, LP<br>PO BOX 128<br>DEL VALLE, TX 78617 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/10/2014 | 4275 | $6,165.62 | Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 799]. Claim satisfied via check number 1010010747 on 11/12/2014. |
| 13 | PACIFIC GAS & ELECTRIC COMPANY<br>PO BOX 997300<br>SACRAMENTO, CA 95899-7300 | 14-11032 (CSS) | Luminant Generation Company LLC | 09/12/2014 | 4334 | $23,539.62 | Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 786]. Claim satisfied by check number 1010013468 on 12/4/2014. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SECOND NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 14 | PHOENIX SAFETY MANAGEMENT, INC. 5549 N MILITARY TRAIL, APT 2501 BOCA RATON, FL 33496 | | No Debtor Asserted | 02/02/2015 | 9963 | Undetermined* | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010018092 on 1/29/2015. |
| 15 | PITNEY BOWES INCORPORATED ATTN: G. BETANCOURT, BANKRUPTCY DEPT. 4901 BELFORT RD, STE 120 JACKSONVILLE, FL 32256 | 14-10996 (CSS) | EFH Corporate Services Company | 07/10/2014 | 2969 | $1,200.00* | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002702874 on 6/20/2014. |
| 16 | PROTEC, INC. 1205 W. NORTH CARRIER PARKWAY SUITE 203 GRAND PRAIRIE, TX 75050 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/27/2014 | 8012 | $37,000.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010019052 on 2/9/2015. |
| 17 | RICHARD AUTOMATION INC. 750 PEARL STREET BEAUMONT, TX 77701 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/12/2014 | 9819 | $23,530.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check numbers 1002705176, 1010001192, 1010002204, and 1010003158 on 7/21/2014, 8/1/2014, 8/8/2014, and 8/18/2014, respectively. |
| 18 | ROBERTSON COUNTY WATER SUPPLY CORP ATTN: SHEA WATKINS PO BOX 878 FRANKLIN, TX 77856 | | No Debtor Asserted | 09/10/2014 | 4284 | $46.59 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010007063 on 10/3/2014. |
| 19 | SABIA INC 10911 TECHNOLOGY PL SAN DIEGO, CA 92127 | | Multiple Debtors Asserted | 06/03/2014 | 1042 | $15,900.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH number 8300002692 on 8/21/2014. |
| 20 | SABIA INC 10911 TECHNOLOGY PL SAN DIEGO, CA 92127 | | Multiple Debtors Asserted | 06/03/2014 | 1043 | $15,120.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH number 8300002692 on 8/21/2014. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# ENERGY FUTURE HOLDINGS CORP., et al.

## SECOND NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 21 | SABIA INC<br>10911 TECHNOLOGY PL<br>SAN DIEGO, CA 92127 | | Multiple Debtors Asserted | 06/03/2014 | 1044 | $15,900.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH number 8300002692 on 8/21/2014. |
| 22 | SABIA INC<br>10911 TECHNOLOGY PL<br>SAN DIEGO, CA 92127 | | Multiple Debtors Asserted | 06/03/2014 | 1045 | $22,080.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH number 8300002692 on 8/21/2014. |
| 23 | SAUL SUBSIDIARY II LIMITED PARTNERSHIP<br>ATTN: KAREN WALSH<br>7501 WISCONSIN AVE. # 1500E<br>BETHESDA, MD 20814 | | Multiple Debtors Asserted | 10/24/2014 | 7515 | $860.14 | Claim satisfied pursuant to court order entered on 11/19/2014 [Docket No. 2816]. Claim satisfied by check number 1002705933 on 7/25/2014. |
| 24 | SENIOR OPERATIONS LLC<br>2400 LONGHORN INDUSTRIAL DRIVE<br>NEW BRAUNFELS, TX 78130-2530 | 14-11032 (CSS) | Luminant Generation Company LLC | 06/05/2014 | 1194 | $42,606.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002701237 on 5/23/2014. |
| 25 | SPX HEAT TRANSFER LLC<br>C/O SPX COOLING TECHNOLOGIES, INC.<br>7401 W. 129TH STREET<br>OVERLAND PARK, KS 66213 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/27/2014 | 8049 | $153,019.42 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010008509 on 10/20/2014. |
| 26 | TANNOR PARTNERS CREDIT FUND LP<br>AS ASSIGNEE FOR STICKS & STONES ET AL<br>150 GRAND STREET<br>SUITE 401<br>WHITE PLAINS, NY 10601 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/04/2014 | 1097 | $1,882.62 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002703927 on 7/7/2014. |
| 27 | TM MANUFACTURING, INC.<br>D/B/A EAR PLUG SUPERSTORE<br>1709 BELL ROAD<br>FORT GIBSON, OK 74434 | 14-10996 (CSS) | EFH Corporate Services Company | 05/21/2014 | 126 | $670.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH number 8300019631 on 12/10/2014. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SECOND NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 28 | TRINITY RIVER AUTHORITY OF TEXAS<br>PO BOX 60<br>ARLINGTON, TX 76004 | 14-11032 (CSS) | Luminant Generation Company LLC | 07/02/2014 | 503238110 | $186,833.33 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574] setting cure amount to $0. |
| 29 | UNITED SITE SERVICES OF TEXAS INC<br>C/O UNITED SITE SERVICES, INC.<br>50 WASHINGTON STREET, SUITE 1000<br>WESTBOROUGH, MA 01581 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/09/2014 | 5061 | $485.46 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH number 8300011677 on 10/20/2014. |
| 30 | WESTON SOLUTIONS, INC.<br>ATTN: MEGAN SCHWARTZ<br>1400 WESTONWAY<br>PO BOX 2653<br>WEST CHESTER, PA 19380 | 14-11032 (CSS) | Luminant Generation Company LLC | 09/22/2014 | 4574 | $50,400.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check numbers 1010008293 and 1010008481 on 10/17/2014 and 10/20/2014, respectively. |
| 31 | WSI<br>400 MINUTEMAN ROAD<br>ANDOVER, MA 01810 | | Multiple Debtors Asserted | 10/08/2014 | 5004 | $12,000.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH number 8300017052 on 11/20/2014. |
| | | | | | TOTAL | $8,270,436.24* | |