**Exhibit B**

**Partially Satisfied Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## SECOND NOTICE OF SATISFACTION: EXHIBIT B – Partially Satisfied Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | REMAINING DEBTOR | REMAINING PRIORITY STATUS | REMAINING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 3 B DOZER SERVICE<br>PO BOX 249<br>BREMOND, TX 76629 | 4640 | Oak Grove Management Company LLC | Unsecured | $127,872.11 | Oak Grove Management Company LLC | Unsecured | $126,705.11 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH number 8000945742 on 6/23/2014. | | | | | | | |
| 2 | 4 STAR HOSE & SUPPLY INC<br>ATTN: BRENT CULHANE<br>PO BOX 541356<br>DALLAS, TX 75354-1356 | 5784 | Luminant Mining Company LLC | Unsecured | $859.00 | Luminant Mining Company LLC | Unsecured | $641.30 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002703382 on 6/30/2014. | | | | | | | |
| 3 | ALLIANCE SCAFFOLDING INC<br>24 G WEST MAIN STREET # 233<br>CLINTON, CT 06413 | 3936 | Luminant Generation Company LLC | Unsecured | $27,648.50 | Luminant Generation Company LLC | Unsecured | $25,366.42 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010012575 on 12/1/2014. | | | | | | | |
| 4 | APEX TITAN, INC.<br>C/O APEX COMPANIES LLC<br>ATTN: BERNICE JARBOE<br>15850 CRABBS BRANCH WAY, SUITE 200<br>ROCKVILLE, MD 20855 | 5904 | Luminant Generation Company LLC | Unsecured | $9,184.09 | Luminant Generation Company LLC | Unsecured | $62.60 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check numbers 1010012602 and 1010009317 on 12/1/2014 and 10/29/2014, respectively. | | | | | | | |
| 5 | CRANE NUCLEAR, INC.<br>ATTN: JASON LOCKE<br>2825 COBB INTERNATIONAL BLVD.<br>KENNESAW, GA 30152 | 7538 | Luminant Generation Company LLC | 503(b)(9) | $36,415.00 | Luminant Generation Company LLC | 503(b)(9) | $31,430.00 |
| | | | | Unsecured | $2,739,425.04 | Luminant Generation Company LLC | Unsecured | $2,739,425.04 |
| | | | | Subtotal | $2,775,840.04 | | Subtotal | $2,770,855.04 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check numbers 1002701939 and 1002701750 on 05/29/2014 and 05/27/2014, respectively. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SECOND NOTICE OF SATISFACTION: EXHIBIT B – Partially Satisfied Claims**

|   | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | REMAINING DEBTOR | REMAINING PRIORITY STATUS | REMAINING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | CURTISS-WRIGHT FLOW CONTROL CORP. C/O WHITEFORD, TAYLOR & PRESTON LLC ATTN: STEPHEN B. GERALD, ESQUIRE RENAISSANCE CTR, STE 500, 405 N KING ST. WILMINGTON, DE 19801-4178 | 3835 | Luminant Generation Company LLC | 503(b)(9) | $1,619.00 | Luminant Generation Company LLC | 503(b)(9) | $1,619.00 |
|   |   |   |   | Unsecured | $6,943.00 | Luminant Generation Company LLC | Unsecured | $4,670.00 |
|   |   |   |   | Subtotal | $8,562.00 |   | Subtotal | $6,289.00 |

REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010004696 on 09/08/2014.

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
| 7 | D. COURTNEY CONSTRUCTION, INC. C/O SEARCY AND SEARCY, PC PO BOX 3929 LONGVIEW, TX 75606 | 4271 | Luminant Mining Company LLC | Unsecured | $2,353,628.41 | Luminant Mining Company LLC | Unsecured | $2,347,990.41 |

REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH numbers 8000949199, 8300000582, 8000946982 and 8300008768 on 7/21/2014, 8/5/2014, 7/2/2014 and 10/1/2014, respectively.

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
| 8 | FASTENAL COMPANY PO BOX 1286 WINONA, MN 55987-1286 | 4929 | Luminant Generation Company LLC | 503(b)(9) | $6,668.69 | Luminant Generation Company LLC | 503(b)(9) | $6,357.07 |
|   |   |   |   | Unsecured | $12,134.85 | Luminant Generation Company LLC | Unsecured | $12,134.85 |
|   |   |   |   | Subtotal | $18,803.54 |   | Subtotal | $18,491.92 |

REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH number 8000946401 on 6/30/2014.

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
| 9 | LEVEL 3 COMMUNICATIONS, LLC ATTN: LEGAL DEPT. (BKY) 1025 ELDORADO BLVD. BROOMFIELD, CO 80021 | 2663 | EFH Corporate Services Company | Unsecured | $73,584.66 | EFH Corporate Services Company | Unsecured | $71,727.32 |

REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002701726 on 5/27/2014.

# ENERGY FUTURE HOLDINGS CORP., et al.

## SECOND NOTICE OF SATISFACTION: EXHIBIT B – Partially Satisfied Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | REMAINING DEBTOR | REMAINING PRIORITY STATUS | REMAINING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | LEVEL 3 COMMUNICATIONS, LLC<br>ATTN: LEGAL DEPT. (BKY)<br>1025 ELDORADO BLVD.<br>BROOMFIELD, CO 80021 | 2665 | EFH Corporate Services Company[1] | Unsecured | $14,245.38 | EFH Corporate Services Company | Unsecured | $12,013.87 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check numbers 1002701906, 1002702067, and 1010015071 on 5/29/2014, 6/2/2014, and 12/22/2014, respectively. | | | | | | | |
| 11 | RENTSYS RECOVERY SERVICES INC<br>PO BOX 4346<br>DEPT 616<br>HOUSTON, TX 77210-4346 | 4388 | EFH Corporate Services Company[2] | Unsecured | $5,670.22 | EFH Corporate Services Company | Unsecured | $4,642.10 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002703345 on 6/27/2014. | | | | | | | |
| 12 | SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND ATT-IN-FACT FOR HATFIELD & CO - ASSIGNOR<br>19772 MACARTHUR BLVD #200<br>IRVINE, CA 92612 | 114 | Luminant Generation Company LLC | 503(b)(9) | $12,601.36 | Luminant Generation Company LLC | 503(b)(9) | $12,509.36 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002701895 on 5/29/2014. | | | | | | | |
| 13 | SKA CONSULTING, LP<br>1515 WITTE RD, SUITE 150<br>HOUSTON, TX 77080 | 3510 | Luminant Mining Company LLC | Unsecured | $18,386.71 | Luminant Mining Company LLC | Unsecured | $14,961.29 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH numbers 8300000235 and 8000950163 on 08/04/2014 and 07/24/2014, respectively. | | | | | | | |
| 14 | TANNOR PARTNERS CREDIT FUND LP<br>AS ASSIGNEE FOR CONTINENTAL WIRELESS INC<br>150 GRAND ST STE 401<br>WHITE PLAINS, NY 10601 | 3640 | Luminant Generation Company LLC | 503(b)(9) | $2,988.52 | Luminant Generation Company LLC | 503(b)(9) | $2,765.44 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH number 8000946410 on 6/26/2014. | | | | | | | |

---

[1] Claim 2665 was modified 07/15/2015, by the Order Sustaining Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims (DI. 5006).

[2] Claim 4388 was modified 07/15/2015, by the Order Sustaining Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims (DI. 5006).

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SECOND NOTICE OF SATISFACTION: EXHIBIT B – Partially Satisfied Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | REMAINING DEBTOR | REMAINING PRIORITY STATUS | REMAINING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | TERIX COMPUTER SERVICE, INC.<br>388 OAKMEAD PARKWAY<br>SUNNYVALE, CA 94085 | 4254 | EFH Corporate Services Company[3] | Unsecured | $85,919.93 | EFH Corporate Services Company | Unsecured | $80,191.93 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002703339 on 6/27/2014. | | | | | | | |
| 16 | THOMSON REUTERS (MARKETS) LLC<br>C/O MOSS & BARNETT, P.A.<br>ATTN: SARAH E. DOERR, ESQ.<br>90 7TH STREET SOUTH SUITE 4800<br>MINNEAPOLIS, MN 55402 | 3535 | Luminant Energy Company LLC | Unsecured | $11,102.34 | Luminant Energy Company LLC | Unsecured | $3,416.10 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check numbers 1002700053 and 1002701925 on 5/9/2014 and 5/29/2014, respectively. | | | | | | | |
| 17 | THOMSON REUTERS (MARKETS) LLC<br>C/O MOSS & BARNETT<br>ATTN: SARAH E. DOERR<br>150 S 5TH ST, SUITE 1200<br>MINNEAPOLIS, MN 55402 | 7754 | EFH Corporate Services Company | Unsecured | $8,078.13 | EFH Corporate Services Company | Unsecured | $2,485.58 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002701925 on 5/29/2014. | | | | | | | |
| 18 | UNITED ELECTRIC COOPERATIVE SERVICES INC<br>C/O MCONDALD SANDERS, PC<br>ATTN: RANDYL MEIGS<br>777 MAIN ST., SUITE 1300<br>FORT WORTH, TX 76102 | 2527 | Luminant Generation Company LLC | Unsecured | $687.22 | Luminant Generation Company LLC | Unsecured | $629.95 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002702568 on 6/13/2014. | | | | | | | |
| 19 | UT SYSTEM OBO UT AT ARLINGTON<br>C/O THE OFFICE OF GENERAL COUNSEL<br>201 W 7TH ST<br>AUSTIN, TX 78701 | 7800 | Luminant Generation Company LLC | Unsecured | $28,000.00 | Luminant Generation Company LLC | Unsecured | $21,000.00 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010007588 on 10/09/2014. | | | | | | | |

---

[3] Claim 4254 was modified 07/15/2015, by the Order Sustaining Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims (DI. 5006).

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SECOND NOTICE OF SATISFACTION: EXHIBIT B – Partially Satisfied Claims**

| | | | | ASSERTED | | | REMAINING AMOUNT | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
| 20 | ZAYO GROUP, LLC<br>ATTN: THOMAS L KELLY, ASSOC GEN COUNSEL<br>400 CENTENNIAL PARKWAY, STE 200<br>LOUISVILLE, CO 80027 | 5728 | EFH Corporate Services Company | Unsecured | $17,823.99 | EFH Corporate Services Company | Unsecured | $14,034.39 |

REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check numbers 1002701777 and 1002701242 on 5/28/2014 and 5/23/2014, respectively.

| | | | | | TOTAL | $5,601,486.15 | | TOTAL | $5,536,779.13 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |