**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., et al.[1], ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Response Deadline: August 31, 2015 at 4:00 p.m. (ET)** |
| ) | **RE: Docket No. 5377** |

**CERTIFICATION OF NO OBJECTION REGARDING THIRTIETH OMNIBUS (SUBSTANTIVE) OBJECTION TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULES 3007-1**

The undersigned, counsel to Energy Future Competitive Holdings Company LLC ("EFCH") and Texas Competitive Electric Holdings Company LLC ("TCEH" and together with EFCH and their debtor subsidiaries, the "TCEH Debtors"), hereby certifies that as of the date hereof, no answer, objection or other responsive pleadings, whether formal or informal, to the *Thirtieth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502 (b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rules 3007-1* [Docket No. 5377] (the "Objection") have been received.

The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleadings to the Objection appear thereon.

Pursuant to the Notice, filed and served with the Objection, responses, if any, to the Objection were required to have been filed with the Court and served no later than 4:00 p.m. on August 31, 2015 (the "Objection Deadline").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

The TCEH Debtors hereby respectfully requested that the proposed Order originally filed with the Objection be entered at the earliest convenience of the Court.

Dated: September __4__, 2015

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

/s/ David P. Primack
David P. Primack, Esq. (No. 4449)
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
dprimack@mdmc-law.com

-and-

**Munger, Tolles & Olson LLP**
Thomas B. Walper, Esq. (admitted *pro hac vice*)
John W. Spiegel, Esq. (admitted *pro hac vice*)
Todd J. Rosen, Esq. (admitted *pro hac vice*)
Seth Goldman, Esq. (admitted *pro hac vice*)
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Phone: (213) 683-9100; Facsimile: (213) 683-4022
Email: Thomas.Walper@mto.com
       John.Spiegel@mto.com
       Todd.Rosen@mto.com
       Seth.Goldman@mto.com

*Counsel to the TCEH Debtors*