# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 5248, 5696, 5700, 5703, 5705, 5855** |

## NOTICE OF *TELEPHONIC ONLY* HEARING

PLEASE TAKE NOTICE that, on August 10, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter Into and Perform Under the Plan Support Agreement* [D.I. 5248] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Motion is currently scheduled to be considered by the Court on September 17, 2015 starting at 9:30 a.m. (Eastern Daylight Time), and any objections to the relief requested in the Motion were due to be filed and served no later than August 24, 2015 at 4:00 p.m. (Eastern Daylight Time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that, by the Objection Deadline, each of (i) the Bank of New York Mellon and the Bank of New York Mellon Trust Company (see D.I. 5696); (ii) the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (see D.I. 5700); (iii) American Stock Transfer & Trust Company LLC (see D.I. 5703); and (iv) UMB Bank, N.A. (see

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 12936776v.1

D.I. 5705) filed responses to the Motion (collectively, the parties who filed D.I. 5696, 5700, 5703, 5705, the "Objectors").

PLEASE TAKE FURTHER NOTICE that, on September 4, 2015, the Debtors filed a letter brief with the Court (see D.I. 5855; the "Letter Brief") seeking a determination from the Court concerning the scope of the hearing on the Motion as well as the appropriate scope of discovery sought by the Objectors in connection with the Motion.

PLEASE TAKE FURTHER NOTICE that, at the direction of the Court, written responses to the Letter Brief, if any, are to be filed with the Court and delivered to Chambers by the Objectors no later than **4:00 p.m. (Eastern Daylight Time) on September 8, 2015.**

PLEASE TAKE FURTHER NOTICE that, at the request of the Debtors, the Court has scheduled a *telephonic only* hearing to address the issues set forth in the Letter Brief as they relate to the Motion (and any responses that may be filed thereto by the Objectors) for **September 9, 2015 starting at 2:00 p.m. (Eastern Daylight Time)** (the "Telephonic Hearing"), to be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the Court.

PLEASE TAKE FURTHER NOTICE that, consistent with the *Instructions for Telephonic Appearances Effective April 5, 2005, Revised April 27, 2009*, all parties wishing to appear at the Telephonic Hearing must contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) no later than **12:00 p.m. (noon) (Eastern Daylight Time) on September 8, 2015** to register their telephonic appearances.

*[Remainder of page intentionally left blank.]*

RLF1 12936776v.1

Dated: September 4, 2015
       Wilmington, Delaware

/s/ *signature*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession