**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## NOTICE OF DEPOSITION TO WILLIAM HILTZ

TO:    William Hiltz
          c/o Evercore Partners
          55 East 52nd Street
          New York, NY  10055

      **PLEASE TAKE NOTICE THAT** pursuant to Rules 26, 30, and 34 of the Federal Rules of Civil Procedure, made applicable to this proceeding pursuant to Rules 7026, 7030, 7034, and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc., by its undersigned counsel, will take the deposition upon oral examination of William Hiltz, in accordance with the *Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization* [D.I. 5771], and in connection with the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 5244], as it may be amended and the *Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation*

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement [D.I. 5249].

**PLEASE TAKE FURTHER NOTICE THAT** the deposition will take place on September 28, 2015, at 9:30 a.m. (Eastern Time) at the offices of Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.


Dated:  Wilmington, Delaware          **MONTGOMERY McCRACKEN WALKER**
        September 4, 2015              **& RHOADS, LLP**

                                       */s/ Mark A. Fink*
                                      Natalie D. Ramsey (DE Bar No. 5378)
                                      Davis Lee Wright (DE Bar No. 4324)
                                      Mark A. Fink (DE Bar No. 3946)
                                      1105 North Market Street, 15th Floor
                                      Wilmington, Delaware  19801
                                      Telephone:  (302) 504-7800
                                      Facsimile:  (302) 504-7820
                                      E-mail:     nramsey@mmwr.com
                                                  dwright@mmwr.com
                                                  mfink@mmwr.com

                                      – and –

2

**SULLIVAN & CROMWELL LLP**
Steven L. Holley
Robert J. Giuffra, Jr.
Andrew G. Dietderich
Brian D. Glueckstein
125 Broad Street
New York, NY  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
E-mail:      holleys@sullcrom.com
                giuffrar@sullcrom.com
                dietdericha@sullcrom.com
                gluecksteinb@sullcrom.com

*Counsel for The Official Committee of Unsecured*
*Creditors of Energy Future Holdings Corp.;*
*Energy Future Intermediate Holding Company,*
*LLC; EFIH Finance Inc.; and EECI, Inc.*

3