# CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on this 4th day of September 2015, I served a copy of the **RESPONSE OF UMB BANK, N.A. TO THE EFIH DEBTORS' PARTIAL OBJECTION TO PROOF OF CLAIM NO. 6347 FILED BY THE INDENTURE TRUSTEE FOR THE EFIH UNSECURED NOTES** upon the parties listed on the attached service list via electronic mail and U.S. Mail.

*/s/ Raymond H. Lemisch*
Raymond H. Lemisch (DE Bar No. 4204)

| | |
|---|---|
| Mark D. Collins, Esquire<br>Daniel J. DeFranceschi, Esquire<br>Jason M. Madron, Esquire<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE  19801 | Christopher A. Ward, Esquire<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE  19801 |
| Edward O. Sassower, Esquire<br>Stephen E. Hessler, Esquire<br>Brian E. Schartz, Esquire<br>Mark E. McKane, Esquire<br>William Pruitt, Esquire<br>Bryan Stephany, Esquire<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022 | Brian D. Glueckstein, Esquire<br>Alexa J. Kranzley, Esquire<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY  10004<br><br>Richard L. Schepacarter, Esquire<br>U.S. Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE  19801 |
| James M. Peck, Esquire<br>Brett H. Miller, Esquire<br>Lorenzo Marinuzzi, Esquire<br>Charles L. Kerr, Esquire<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY  10019 | Natalie D. Ramsey, Esquire<br>Montgomery, McCracken, Walker & Rhoads<br>1105 North Market Street<br>15th Floor<br>Wilmington, DE  19801 |