**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | WILLIAMS, MARILYN<br>ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1583 | Undetermined* | Insufficient Documentation Claim |
| | | | | | TOTAL | $0.00* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts