**EXHIBIT 1** to **EXHIBIT A**

**No Liability Claims**

RLF1 12924029v.1

ENERGY FUTURE HOLDINGS CORP., et al.

SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | NAVARRETE, MOISES ADDRESS ON FILE | | No Debtor Asserted | 10/31/2014 | 9729 | $2,139.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
|   |   |   |   |   | TOTAL | $2,139.00 | |