**<u>EXHIBIT A</u>**

## SCHEDULE A

Following the Parties' execution of this Schedule A, CONTRACTOR is authorized to perform the Work as identified on behalf of COMPANY pursuant to the terms and conditions contacting in the Master Services Agreement C0531124C ("the Agreement") dated November 1, 2009 and amended February 12, 2011.

## SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto [and identified in the List of Attachments]. The Work will be scheduled at the direction of the COMPANY'S Contract Coordinator as identified herein.

## SCOPE OF WORK:

CONTRACTOR will assist the tax department with the following:

1.      Assist management with its analysis and documentation of financial reporting and disclosure requirements related to ASC 740;

2.      Assist management in its efforts to work with its independent auditors to draft income tax provision work papers;

3.      Participation in discussions with auditors and other advisors to discuss ASC 740 conclusions;

4.      Assist management with documentation of whitepapers for tax accounting issues, position papers, and tax accounting policies; and

5.      Provide tax consulting services with respect to such matters that may arise for which you seek our advice, both written and oral, and that are not the subject of a separate engagement letter. However, we will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction."

CONTRACTOR will, at all times, work under the direction of management and provide services as requested.  To the extent those services requested are not included in the scope above, we will discuss these with the Company and consider amending this SOW to reflect substantive changes.  Furthermore, a separate SOW will be issued for each discrete tax consulting project not specified in this engagement letter and for tax controversy representation.

Our advice will generally be communicated to you via oral discussions, and, at your direction, supplemented by written materials to document/clarify salient matters and/or the results of our research. You acknowledge that your financial statements are your responsibility in conjunction with your external auditors.

CONTRACTOR's services are to be directed toward the straightforward application of tax rules to COMPANY's facts and the preliminary computation of COMPANY's income tax provision. KPMG is not assuming responsibility for management analysis or decision-making with respect to the application of any accounting principles relevant to the income tax provision, related financial statement disclosures and balance sheet accounts, such as determining the necessity or amount of a valuation allowance or reserve for uncertain tax positions. COMPANY is to consult with its independent auditor on the application of accounting principles.

This engagement does not contemplate the provision of oral advice or the issuance of a written report on the application of accounting principles pursuant to AU section 625 of the AICPA's Professional Standards, Reports on the Application of Accounting Principles. Accordingly, CONTRACTOR's services will not be directed toward consultation on the application of accounting principles to COMPANY's particular facts and circumstances.

Unless separately engaged to do so, CONTRACTOR will not express an opinion on the possible outcome of an uncertain tax position. In making preliminary computations, CONTRACTOR may incorporate the effect of valuation allowance and uncertain tax positions as determined by management.

In this engagement, CONTRACTOR assumes no responsibility for auditing information provided by COMPANY or for expressing an opinion on any part of COMPANY's financial statements. Those are the sole responsibility of COMPANY's independent auditor. If necessary and appropriate, CONTRACTOR will meet with COMPANY's independent auditor during the course of the engagement to discuss our services and any preliminary findings.

CONTRACTOR will work as part of a collaborative team that will include Company personnel. Any output from this collaborative team will be considered an internal Company work product for which management will take full responsibility. The collaboratively developed work product may be distributed as management determines to be appropriate for its needs. However, such work product will not be prepared on CONTRACTOR letterhead or contain the CONTRACTOR logo or other references to CONTRACTOR. The work product may be prepared by CONTRACTOR on COMPANY letterhead or contain the

COMPANY logo, if so instructed by the COMPANY.  CONTRACTOR may attach a transmittal letter to each work product, or provide a periodic transmittal letter referring to the work product that has been provided previously.  Neither this CONTRACTOR transmittal letter, nor a copy thereof, should accompany any work product shared outside the COMPANY.  Should the COMPANY attach its own transmittal letter when such collaboratively developed work product is shared externally, such transmittal letter may not indicate that the work product was prepared by CONTRACTOR or that the findings were based on input or test work provided by CONTRACTOR.

Written advice provided to you under this engagement letter will be based on facts, representations, assumptions, and other information you provide to us, the completeness, accuracy and timeliness of which are critical factors in our ability to timely and accurately complete our services. Unless you request and we agree under a separate writing (a newly issued engagement letter or addendum to this engagement letter) after our advice has been issued in final form to you, CONTRACTOR will not update our advice to take into account your updating the facts you provide to us through your discovery of new or additional facts, or your updating any information that may have formed the basis of any assumptions we made in developing our advice. In rendering advice, we will consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the advice we issue to you.

In preparing this advice, we considered tax authorities that are subject to change, retroactively, prospectively, or both, and any such changes could affect the conclusions stated herein. This advice is based on the completeness and accuracy of any one or more of the facts, assumptions, and client representations on which we relied, relating to the matters to which this advice is addressed. Unless separately agreed in writing, we will not update our advice for subsequent changes or modifications to the law, regulations, or to the judicial and administrative interpretations thereof, nor to take into account your correcting, updating, or providing new or additional facts or information you supplied or any assumptions on which we relied in preparing our advice.

The advice or other information in this document was prepared for the sole benefit of CONTRACTOR's client and may not be relied upon by any other person or organization. CONTRACTOR accepts no responsibility or liability in respect of this document to any person or organization other than CONTRACTOR's client.

To be of greatest assistance to COMPANY, we should be advised in advance of proposed transactions.

**TAX ADVICE STANDARDS:**

If CONTRACTOR is considered to be a tax return preparer under Treasury Regulation §301.7701-15, we will apply elevated standards in providing tax advice. These standards are dependent on certain characteristics of the entity to which our services will be directed as follows:

1.  For U.S. public companies or "large private entities" (i.e., private entities with prior year gross revenues of $300 million or more reflected in audited financial statements prepared in accordance with U.S. generally accepted accounting principles): We must be able to determine that (1) there is "substantial authority" for an undisclosed return position (i.e., the weight of authorities in support of a position is substantial in relation to the weight of authorities in opposition to the position) and (2) a disclosed return position has at least a "realistic possibility" of being sustained on its merits (i.e., approximately a one-in-three or greater likelihood of success if challenged by a tax authority). The laws of some states (e.g., New York) also may impose more stringent return preparation standards for state tax returns. For advice pertaining to a "Tax Shelter" (as defined in IRC §6662(d)(2)(C)(ii)) or a "reportable transaction" with a significant purpose of tax avoidance, tax practitioners must generally conclude their advice satisfies the "more likely than not" standard; if the taxpayer is advised regarding potential taxpayer penalties, tax practitioners may conclude at a "substantial authority" level.

2.  For "other private entities" (i.e., entities that do not fall within the definitions above as a U.S. public company or large private entity): We must be able to determine that a return position is at least "more likely than not" to be upheld (i.e., has a greater than 50 percent likelihood of success if challenged by the taxing authorities).

3.  If a return position relates to a transaction that is a "principal purpose transaction," we must arrive at a "should" confidence level (i.e., approximately a 70% or greater likelihood of success if challenged by the taxing authorities) with respect to the position.

4.  We will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction."

In determining whether a return position meets the appropriate standard, we will not take into account the possibility that a tax return will not be audited, that an issue will not be raised on audit, or that an issue will be settled. We will inform you as soon as possible if, during our analysis, we determine circumstances exist that prevent us from advising you under these standards.

**THIRD PARTY SERVICE PROVIDERS**

CONTRACTOR uses third party service providers within and without the United States to provide at CONTRACTOR's direction administrative and clerical services to CONTRACTOR. Accordingly,

COMPANY consents to CONTRACTOR's disclosure to such third party service providers of data and information received from or at the request or direction of COMPANY for the foregoing purposes.

**DELIVERABLES:**

Deliverables will be in the format requested by COMPANY depending on the specific tax services that are requested (i.e., oral, e-mail, memorandum, letter, Excel spreadsheet, etc.).

Contract Coordinator: Carla Howard                     Phone Number: (214) 812-2384

**WORK SITE**

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in Dallas, TX.

**COMPENSATION, INVOICES, AND PAYMENT**

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A, COMPANY will compensate CONTRACTOR as follows.

Estimated fees for this study will range between $500,000 and $800,000 and will be based on the actual time incurred to complete the work at 50% of our standard hourly rates for the individuals involved in providing the services. Any extension or increase in spend will require amendment to the Schedule A. This estimate assumes there will be no travel to the participant's site(s). These fees are not dependent on tax or other savings achieved or otherwise based in any way on results obtained.

Any work performed in connection with this engagement before the execution date of this letter is also governed by the terms of this letter and the Standard Terms and Conditions.

**Professional and Support Staff Fee Schedule:**

| | |
|---|---|
| **Partner/Principal** | **$575/hr** |
| **Tax Managing Director** | **$525/hr** |
| **Senior Manager** | **$500/hr** |
| **Manager** | **$388/hr** |
| **Senior Associate** | **$325/hr** |
| **Associate** | **$200/hr** |

The rates specified in the Schedule A will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A. The rates are considered as "not to exceed" the maximum fees to be charged for services.

All invoices shall be sent to:

Ms. Carla Howard
SVP & General Tax Counsel
Energy Future Holdings Corp.
1601 Bryan St, 3rd floor
Dallas, TX 75201

## KEY PERSONNEL

CONTRACTOR agrees that the individuals listed below will be assigned to perform the Work authorized by this Schedule A.  CONTRACTOR will employ all reasonable efforts to ensure that such individuals remain so assigned until such Work is accepted by COMPANY; provided, however, that in the event that any such individuals are reassigned by CONTRACTOR or otherwise become unavailable to perform such Work, CONTRACTOR will provide, by way of replacement, individuals with reasonably equivalent experience and expertise.

      **Stacy Lyons:** Tax Partner
      **Lezi Davidson:** Tax Senior Manager
      **Jocelyn Kamp:** Tax Manager
      **Katy McNey:** Tax Senior Associate

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND MEETINGS WITH COMPANY PERSONNEL PERTAINING TO THE WORK

      **Stacy Lyons:** Tax Partner
      **Lezi Davidson:** Tax Senior Manager
      **Jocelyn Kamp:** Tax Manager
      **Katy McNey:** Tax Senior Associate

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

_____ ATTORNEY-CLIENT COMMUNICATION

_____ ATTORNEY WORK PRODUCT

_____ TAX ADVISOR

_____ OTHER: _____

[LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely written herein.]

Work not specified above may be authorized only through a separate Schedule A, or through an amendment or supplement to Schedule A.

**KPMG LLP**                                **EFH CORPORATE SERVICES COMPANY**

By: _Stacy Lyons_____        By: _____
    Signature                                 Signature

Name: Stacy Lyons                           Name: [Carla Howard]

Title:    Partner                           Title: [SVP & General Tax Counsel]

Date:    07/30/2015                         Date: []  7/30/15



C0631124C

## SCHEDULE A-18

Following the Parties' execution of this Schedule A, CONTRACTOR is authorized to perform the Work as identified below on behalf of COMPANY pursuant to the terms and conditions contained in the Master Services Agreement C0631124C (" the Agreement") dated November 1, 2009 and amended December 16, 2013.

Any work performed in connection with this engagement before the execution date of this Schedule A is also governed by the terms and conditions contained in this Schedule A and the Agreement.

## SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto and identified in the List of Attachments. The Work will be scheduled at the direction of COMPANY's Contract Coordinator as identified herein.

**Scope of Work:**

CONTRACTOR will perform limited review procedures with respect to COMPANY'S parent, Energy Future Holdings Corp. ("EFH") U.S. federal income tax return for the taxable year ended December 31, 2014 (the "Services"); specifically CONTRACTOR will perform the following review procedures on this return:

1. CONTRACTOR will perform a high-level review of transactional data contained in EFH'S consolidated 2014 Form 10-K and compare with draft tax elections, statements and disclosures prepared by the COMPANY and included in the 2014 tax return. If CONTRACTOR identifies any potential additional tax elections or disclosures required based on the review performed, CONTRACTOR will present to the COMPANY for consideration and inclusion. COMPANY will provide a copy of the 2013 financial statements and the 2013 tax return for CONTRACTOR to review;

2. CONTRACTOR will perform a high-level review of the trial balances for business units/legal entities within the consolidated group for items that may require disclosure within the 2014 consolidated federal income tax return;

3. CONTRACTOR will consult with subject matter professionals regarding new tax developments relevant within EFH'S industry that may affect EFH'S 2014 consolidated federal income tax return. New tax developments identified by CONTRACTOR will be presented to the COMPANY for consideration;

4. CONTRACTOR will perform an analytical review of the 2013 and 2014 Schedule M-3 entries to identify anomalies (e.g., new entries, non-recurring entries, or entries that change by more than 50%). Entries identified in connection with the analytical review will be presented to the COMPANY for verification and explanation, in order to gain an understanding of the reasons for these anomalies;



5.  CONTRACTOR will review a comparison of the 2013 tax return with draft current year return including elections, statements, and disclosures prepared by COMPANY. CONTRACTOR will identify any inconsistencies in the elections, statements, and disclosures, and gain an understanding of the reasons for these inconsistencies;

6.  The COMPANY will complete an AICPA Form 1120 checklist for CONTRACTOR'S review for which CONTRACTOR will review for reasonableness.

This statement of work is also intended to apply to preliminary engagement planning activities related to the tax returns specified above for the immediately succeeding tax year.

At the completion of the engagement, CONTRACTOR will provide COMPANY with a written memorandum summarizing the work performed with respect to this review.

COMPANY has requested that we perform a limited scope review of EFH's tax return and work papers. CONTRACTOR will not audit or independently verify the data you submit with the return, nor will CONTRACTOR review all furnished work papers for technical and/or mathematical accuracy. Due to the limited scope of CONTRACTOR's engagement and the fact that CONTRACTOR will not review a substantial portion of the tax return, CONTRACTOR will not sign the tax return. However, CONTRACTOR may ask for clarification of some of the information and make inquiries on specific tax matters encountered during the review of the tax return. Additionally, CONTRACTOR may determine that further research is required in order to ascertain whether there is adequate support for a given position taken on the return. Such additional research services are not included in CONTRACTOR's fee for the review services. CONTRACTOR will endeavor to notify COMPANY of any such circumstances as they are assessed.

In the event the services provided by CONTRACTOR personnel rise to a level requiring CONTRACTOR to sign the tax return or claim(s), or COMPANY requests that CONTRACTOR personnel sign the return or claim(s), a separate statement of work will be issued. That letter will provide for an increase in fees to correlate to the additional preparation and review procedures to be performed in order for CONTRACTOR personnel to sign as tax return preparer.

CONTRACTOR's engagement cannot be relied on to uncover errors in the underlying information incorporated in the tax return, omissions, or irregularities, should any exist. However, CONTRACTOR will inform COMPANY of any such matters that come to CONTRACTOR's attention. Because management has ultimate responsibility for the tax return, please have the appropriate corporate officials review the return before an officer signs and files the return.

All returns are subject to examination by the taxing authorities. In the event of an examination, the COMPANY may be requested to produce documents, records, or other evidence to substantiate the items of income and deduction shown on the tax return. In reviewing EFH's return, CONTRACTOR relies on COMPANY's representations and that COMPANY understands and has complied with the documentation requirements for EFH's income, expenses, deductions, and credits. If an examination occurs, and if COMPANY and CONTRACTOR agree to have CONTRACTOR assist or represent COMPANY in the examination, any such additional services and the fee therefore would be set forth in a separate statement of work.

Please note that if the EFH had a taxable presence (e.g., an employee within the jurisdiction or any tangible property owned or rented within the jurisdiction) in a jurisdiction not listed above, it



may be subject to income or franchise tax in that jurisdiction, depending upon the particular facts. It is the COMPANY's obligation to notify CONTRACTOR if assistance is needed to determine whether the EFH is liable for income or franchise tax or has a filing requirement in any jurisdiction not listed above.

CONTRACTOR will not maintain a copy of the relevant tax work papers and/or tax return. Upon request, COMPANY will permit CONTRACTOR access to the relevant tax work papers and/or portion of the tax return for those tax returns CONTRACTOR reviewed to the extent it is required pursuant to a statutory or regulatory provision or court order in order to fulfill professional obligations and internal firm quality review purposes.

CONTRACTOR'S procedures are designed to evaluate the substantive correctness and mechanical accuracy of the tax return, however, CONTRACTOR will not independently verify COMPANY -prepared work papers and other supporting documents, the accuracy and completeness of which are the sole responsibility of COMPANY.

The review procedures that CONTRACTOR expects to perform on this engagement will not be significant enough for CONTRACTOR to be considered the "income tax return preparer" of the above described tax returns, and accordingly, CONTRACTOR does not anticipate signing any of these returns as the preparer. We will not assume any responsibility for the accuracy of any positions or the overall return itself. CONTRACTOR will communicate to COMPANY any revisions that CONTRACTOR considers necessary to make the material CONTRACTOR reviews substantively correct and mechanically accurate which COMPANY is free to accept or reject. We may also identify potential issues or provide views with respect to particular positions which COMPANY is also free to accept or reject. CONTRACTOR'S review is not intended to provide COMPANY with any assurance that CONTRACTOR has identified all issues that could result in current or future controversies with taxing authorities or additional tax or penalties, that CONTRACTOR has identified all opportunities for minimizing tax liabilities, or that one or more items that CONTRACTOR may review cannot be successfully challenged by any of the taxing authorities.

Although this Schedule A refers to "review procedures," this engagement does not constitute a "review" within the scope of the American Institute of Certified Public Accountants' Standards for Accounting and Review Services.

### Electronic Filing

CONTRACTOR has not been engaged for electronic filing. It is the responsibility of COMPANY to comply with the mandated electronic filing federal and/or state requirements to timely submit the return to the tax authorities.

### Tax Consulting Services

This statement of work also covers tax consulting matters that may arise for which COMPANY seeks CONTRACTOR's advice, both written and oral, and that are not the subject of a separate statement of work. CONTRACTOR will apply the elevated standards described in the "Tax Return Standards" section of this letter with respect to any such advice which would cause CONTRACTOR to be considered a tax return preparer under Treasury Regulation §301.7701-15. CONTRACTOR will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction."



If matters exceed the scope of this statement of work, CONTRACTOR will issue a separate statement of work or clarifying addendum to confirm the scope and related terms. Furthermore, a separate statement of work will be issued for each discrete tax consulting project not specified in this statement of work (e.g., transfer pricing study, corporate acquisition or disposition, etc.) and for tax controversy representation. To be of greatest assistance to COMPANY, we should be advised in advance of proposed transactions.

When, in the course of providing general tax consulting services, it is determined that the service would exceed the scope of this letter, preliminary engagement planning activities undertaken prior to the issuance of a separate statement of work for the discrete tax consulting project are intended to be covered by this statement of work.

Written advice provided to you under this engagement letter will be based on facts, representations, assumptions, and other information you provide to us, the completeness, accuracy and timeliness of which are critical factors in our ability to timely and accurately complete our services. Unless you request and we agree under a separate writing (a newly issued engagement letter or addendum to this engagement letter) after our advice has been issued in final form to you, KPMG will not update our advice to take into account your updating the facts you provide to us through your discovery of new or additional facts, or your updating any information that may have formed the basis of any assumptions we made in developing our advice. In rendering advice, we will consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the advice we issue to you.

**Tax Advice Standards**

If CONTRACTOR is considered to be a tax return preparer under Treasury Regulation §301.7701-15, CONTRACTOR will apply elevated standards in reviewing tax returns. These standards are dependent on certain characteristics of the entity to which CONTRACTOR's services will be directed as follows:

1.  For U.S. public companies or "large private entities" (i.e., private entities with prior year gross revenues of $300 million or more reflected in audited financial statements prepared in accordance with U.S. generally accepted accounting principles): We must be able to determine that (1) there is "substantial authority" for an undisclosed return position (i.e., the weight of authorities in support of a position is substantial in relation to the weight of authorities in opposition to the position) and (2) a disclosed return position has at least a "realistic possibility" of being sustained on its merits (i.e., approximately a one-in-three or greater likelihood of success if challenged by a tax authority). The laws of some states (e.g., New York) also may impose more stringent return preparation standards for state tax returns. For advice pertaining to a "Tax Shelter" (as defined in IRC §6662(d)(2)(C)(ii)) or a "reportable transaction" with a significant purpose of tax avoidance, tax practitioners must generally conclude their advice satisfies the "more likely than not" standard; if the taxpayer is advised regarding potential taxpayer penalties, tax practitioners may conclude at a "substantial authority" level.

2.  For "other private entities" (i.e., entities that do not fall within the definitions above as a U.S. public company or large private entity) or individuals:  CONTRACTOR must be able to determine that a return position is at least "more likely than not" to be upheld (i.e., has a greater than 50 percent likelihood of success if challenged by the taxing authorities).



3. If a return position relates to a transaction that is a "principal purpose transaction," CONTRACTOR must arrive at a "should" confidence level (i.e., approximately a 70% or greater likelihood of success if challenged by the taxing authorities) with respect to the position.

4. CONTRACTOR will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction."

In determining whether a return position meets the appropriate standard, CONTRACTOR will not take into account the possibility that a tax return will not be audited, that an issue will not be raised on audit, or that an issue will be settled. CONTRACTOR will inform COMPANY as soon as possible if, during CONTRACTOR's review, CONTRACTOR determine circumstances exist that prevent CONTRACTOR from reviewing the tax returns under these standards.

**Deliverables:**

Deliverables will be in the format requested by COMPANY depending on the specific tax services that are requested (i.e., oral, e-mail, memorandum, letter, Excel spreadsheet, etc.).

Contract Coordinator: Kevin Ashby          Phone Number: (214) 812-2117

## WORK SITE

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in Dallas, TX.

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A, COMPANY will compensate CONTRACTOR as follows.

Our fee for tax compliance services will be based on the actual time incurred to complete the work at the hourly rates for the individuals involved in providing the services summarized in the table below.

As a result of our discussions with you, we estimate that our fees for tax compliance services will range from approximately $40,000 and $60,000.

This project is not authorized to exceed $60,000. Any extension or increase in spend will require amendment to this Schedule A. This estimate assumes there will be no travel to the participant's site(s).



**Professional and Support Staff Fees Schedule**

| Partner/Principal | $605/hr |
|---|---|
| Tax Managing Director | $545/hr |
| Senior Manager | $480/hr |
| Manager | $400/hr |
| Senior Associate | $290/hr |
| Associate | $210/hr |

These fees are not dependent on tax or other savings achieved or otherwise based in any way on results obtained.

The rates specified in the Schedule A will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A. The rates are considered as "not to exceed" the maximum fees to be charged for services.

All invoices shall be sent to:

>Mr. Kevin Ashby
>Director - Tax
>Energy Future Holdings Corp.
>1601 Bryan St, 3rd floor
>Dallas, TX 75201

## RESERVATION OF RIGHTS

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court) pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

## KEY PERSONNEL

CONTRACTOR agrees that the individuals listed below will be assigned to perform the Work authorized by this Schedule A. CONTRACTOR will employ all reasonable efforts to ensure that such individuals remain so assigned until such Work is accepted by COMPANY; provided, however, that in the event that any such individuals are reassigned by CONTRACTOR or otherwise become unavailable to perform such Work, CONTRACTOR will provide, by way of replacement, individuals with reasonably equivalent experience and expertise.

>**Clifford Crockett:** Partner, Federal Tax
>**John Kane:** Senior Manager, Federal Tax
>**Andrew Brannon:** Manager, Federal Tax

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND MEETINGS WITH COMPANY PERSONNEL PERTAINING TO THE WORK



**Clifford Crockett:** Partner, Federal Tax
**John Kane:** Senior Manager, Federal Tax
**Andrew Brannon:** Manager, Federal Tax

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR
OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

_____ ATTORNEY-CLIENT COMMUNICATION

_____ ATTORNEY WORK PRODUCT

✓ TAX ADVISOR

_____ OTHER

## LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are
incorporated herein in their entirety as fully as completely rewritten herein.

Work not specified above may be authorized only through a separate Schedule A, or through an
Amendment or supplement to this Schedule A.

**KPMG LLP**                                   **EFH CORPORATE SERVICES COMPANY**

By: _____          by: _____
      Signature                                          Signature

Name: Clifford M. Crockett                     Name: Kevin Ashby

Title: Partner                                 Title: Tax Director

Date:  8/24/2015                               Date:  8/27/15



C0631124C

## SCHEDULE A-19

Following the Parties' execution of this Schedule A, CONTRACTOR is authorized to perform the Work as identified below on behalf of COMPANY pursuant to the terms and conditions contained in the Master Services Agreement C0631124C, dated November 1, 2009 (the "Effective Date"), and as amended by Amendment Number 13A, dated December 16, 2013 (collectively the "Agreement").

Any work performed in connection with this engagement before the date of execution of this Schedule A is also governed by the terms and conditions contained in this Schedule A and the Agreement.

## SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto and identified in the List of Attachments. The Work will be scheduled at the direction of COMPANY's Contract Coordinator as identified herein.

**Scope of Work:**

CONTRACTOR will perform limited review procedures with respect to COMPANY'S U.S. federal income tax return (Form 1065) for its affiliate, Oncor Electric Delivery Company LLC ("Oncor") for the taxable year ended December 31, 2014 (the "Services"); specifically CONTRACTOR will perform the following review procedures on this return:

1. CONTRACTOR will perform a high-level review of transactional data contained in Oncor's consolidated 2014 Form 10-K and compare with draft tax elections, statements and disclosures prepared by the COMPANY and included in the Oncor 2014 tax return. If CONTRACTOR identifies any potential additional tax elections or disclosures required based on the review performed, CONTRACTOR will present to the COMPANY for consideration and inclusion. COMPANY will provide a copy of the Oncor 2013 financial statements and the Oncor 2013 tax return for CONTRACTOR to review;

2. CONTRACTOR will perform a high-level review of the trial balances for business units/legal entities within the return for items that may require disclosure within the 2014 federal income tax return;

3. CONTRACTOR will consult with subject matter professionals regarding new tax developments relevant within Oncor's industry that may affect Oncor's 2014 consolidated federal income tax return. New tax developments identified by CONTRACTOR will be presented to the COMPANY for consideration;

4. CONTRACTOR will perform an analytical review of the 2013 and 2014 Schedule M-3 entries to identify anomalies (e.g., new entries, non-recurring entries, or entries that



change by more than 50%). Entries identified in connection with the analytical review will be presented to the COMPANY for verification and explanation, in order to gain an understanding of the reasons for these anomalies;

5. CONTRACTOR will review a comparison of the Oncor 2013 tax return with draft current year return including elections, statements, and disclosures prepared by COMPANY. CONTRACTOR will identify any inconsistencies in the elections, statements, and disclosures, and gain an understanding of the reasons for these inconsistencies;

6. The COMPANY will complete an AICPA Form 1065 checklist for CONTRACTOR'S review for which CONTRACTOR will review for reasonableness.

7. CONTRACTOR will perform a high-level review of Oncor's Internal Revenue Code Section 704(c) partnership allocation calculation prepared by the COMPANY.

This statement of work is also intended to apply to preliminary engagement planning activities related to the tax returns specified above for the immediately succeeding tax year.

At the completion of the engagement, CONTRACTOR will provide COMPANY with a written memorandum summarizing the work performed with respect to this review.

COMPANY has requested that CONTRACTOR perform a limited scope review of Oncor's tax return and work papers. CONTRACTOR will not audit or independently verify the data COMPANY submits with the return, nor will CONTRACTOR review all furnished work papers for technical and/or mathematical accuracy. Due to the limited scope of CONTRACTOR's engagement and the fact that CONTRACTOR will not review a substantial portion of the tax return, CONTRACTOR will not sign the tax return. However, CONTRACTOR may ask for clarification of some of the information and make inquiries on specific tax matters encountered during the review of the tax return. Additionally, CONTRACTOR may determine that further research is required in order to ascertain whether there is adequate support for a given position taken on the return. Such additional research services are not included in CONTRACTOR's fee for the review services. CONTRACTOR will endeavor to notify COMPANY of any such circumstances as they are assessed.

In the event the services provided by CONTRACTOR personnel rise to a level requiring CONTRACTOR to sign the tax return or claim(s) as preparer, or COMPANY requests that CONTRACTOR personnel sign the return or claim(s), a separate statement of work will be issued. That statement of work will provide for an increase in fees to correlate to the additional preparation and review procedures to be performed in order for CONTRACTOR personnel to sign as tax return preparer.

CONTRACTOR's engagement cannot be relied on to uncover errors in the underlying information incorporated in the tax return, omissions, or irregularities, should any exist. However, CONTRACTOR will inform COMPANY of any such matters that come to CONTRACTOR's



attention. Because management has ultimate responsibility for the tax return, please have the appropriate corporate officials review the return before an officer signs and files the return.

All returns are subject to examination by the taxing authorities. In the event of an examination, the COMPANY may be requested to produce documents, records, or other evidence to substantiate the items of income and deduction shown on the tax return. In reviewing Oncor's return, CONTRACTOR relies on COMPANY's representations and that COMPANY understands and has complied with the documentation requirements for Oncor's income, expenses, deductions, and credits. If an examination occurs, and if COMPANY and CONTRACTOR agree to have CONTRACTOR assist or represent COMPANY in the examination, any such additional services and the fee therefore would be set forth in a separate statement of work.

Please note that if Oncor had a taxable presence (e.g., an employee within the jurisdiction or any tangible property owned or rented within the jurisdiction) in a jurisdiction not listed above, it may be subject to income or franchise tax in that jurisdiction, depending upon the particular facts. It is the COMPANY's obligation to notify CONTRACTOR if assistance is needed to determine whether Oncor is liable for income or franchise tax or has a filing requirement in any jurisdiction not listed above.

CONTRACTOR will not maintain a copy of the relevant tax work papers and/or tax return. Upon request, COMPANY will permit CONTRACTOR access to the relevant tax work papers and/or portion of the tax return for those tax returns CONTRACTOR reviewed to the extent it is required pursuant to a statutory or regulatory provision or court order in order to fulfill professional obligations and internal firm quality review purposes.

### Electronic Filing

CONTRACTOR has not been engaged for electronic filing. It is the responsibility of COMPANY to comply with the mandated electronic filing federal and/or state requirements to timely submit the return to the tax authorities.

### Tax Consulting Services

This statement of work also covers tax consulting matters that may arise for which COMPANY seek CONTRACTOR's advice, both written and oral, and that are not the subject of a separate statement of work. CONTRACTOR will apply the elevated standards described in the "Tax Return Standards" section of this statement of work with respect to any such advice which would cause CONTRACTOR to be considered a tax return preparer under Treasury Regulation §301.7701-15. CONTRACTOR will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction."

If matters exceed the scope of this statement of work, CONTRACTOR will issue a separate statement of work or clarifying addendum to confirm the scope and related terms. Furthermore, a separate statement of work will be issued for each discrete tax consulting project not specified in this statement of work (e.g., transfer pricing study, corporate acquisition or disposition, etc.) and for tax controversy representation. To be of greatest assistance to COMPANY, CONTRACTOR should be advised in advance of proposed transactions.



When, in the course of providing general tax consulting services, it is determined that the service would exceed the scope of this statement of work, preliminary engagement planning activities undertaken prior to the issuance of a separate statement of work for the discrete tax consulting project are intended to be covered by this statement of work.

Written advice provided to COMPANY under this statement of work will be based on facts, representations, assumptions, and other information COMPANY provide to CONTRACTOR, the completeness, accuracy and timeliness of which are critical factors in CONTRACTOR'S ability to timely and accurately complete CONTRACTOR'S services. Unless COMPANY requests and CONTRACTOR agrees under a separate writing (a newly issued statement of work or addendum to this statement of work) after CONTRACTOR'S advice has been issued in final form to COMPANY, CONTRACTOR will not update CONTRACTOR'S advice to take into account COMPANY'S updating the facts COMPANY provided to CONTRACTOR through COMPANY'S discovery of new or additional facts, or COMPANY'S updating any information that may have formed the basis of any assumptions CONTRACTOR made in developing CONTRACTOR'S advice. In rendering advice, CONTRACTOR will consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the advice CONTRACTOR issue to COMPANY.

**Tax Advice Standards**

CONTRACTOR'S procedures are designed to evaluate the substantive correctness and mechanical accuracy of the tax return, however, CONTRACTOR will not independently verify COMPANY-prepared work papers and other supporting documents, the accuracy and completeness of which are the sole responsibility of COMPANY.

The review procedures that CONTRACTOR expects to perform on this engagement will not be significant enough for CONTRACTOR to be considered the "income tax return preparer" of the above described tax returns, and accordingly, CONTRACTOR does not anticipate signing any of these returns as the preparer. We will not assume any responsibility for the accuracy of any positions or the overall return itself. CONTRACTOR will communicate to COMPANY any revisions that CONTRACTOR considers necessary to make the material CONTRACTOR reviews substantively correct and mechanically accurate which COMPANY is free to accept or reject. We may also identify potential issues or provide views with respect to particular positions which COMPANY is also free to accept or reject. . CONTRACTOR'S review is not intended to provide COMPANY with any assurance that CONTRACTOR has identified all issues that could result in current or future controversies with taxing authorities or additional tax or penalties, that CONTRACTOR has identified all opportunities for minimizing tax liabilities, or that one or more items that CONTRACTOR may review cannot be successfully challenged by any of the taxing authorities.

Although this statement of work refers to "review procedures," this engagement does not constitute a "review" within the scope of the American Institute of Certified Public Accountants' Standards for Accounting and Review Services.

If CONTRACTOR is considered to be a tax return preparer under Treasury Regulation §301.7701-15, CONTRACTOR will apply elevated standards in reviewing tax returns. These standards are



dependent on certain characteristics of the entity to which CONTRACTOR's services will be directed as follows:

1. For U.S. public companies or "large private entities" (i.e., private entities with prior year gross revenues of $300 million or more reflected in audited financial statements prepared in accordance with U.S. generally accepted accounting principles): CONTRACTOR must be able to determine that (1) there is "substantial authority" for an undisclosed return position (i.e., the weight of authorities in support of a position is substantial in relation to the weight of authorities in opposition to the position) and (2) a disclosed return position has at least a "realistic possibility" of being sustained on its merits (i.e., approximately a one-in-three or greater likelihood of success if challenged by a tax authority). The laws of some states (e.g., New York) also may impose more stringent return preparation standards for state tax returns. For advice pertaining to a "Tax Shelter" (as defined in IRC §6662(d)(2)(C)(ii)) or a "reportable transaction" with a significant purpose of tax avoidance, tax practitioners must generally conclude their advice satisfies the "more likely than not" standard; if the taxpayer is advised regarding potential taxpayer penalties, tax practitioners may conclude at a "substantial authority" level.

2. For "other private entities" (i.e., entities that do not fall within the definitions above as a U.S. public company or large private entity) or individuals: CONTRACTOR must be able to determine that a return position is at least "more likely than not" to be upheld (i.e., has a greater than 50 percent likelihood of success if challenged by the taxing authorities).

3. If a return position relates to a transaction that is a "principal purpose transaction," CONTRACTOR must arrive at a "should" confidence level (i.e., approximately a 70% or greater likelihood of success if challenged by the taxing authorities) with respect to the position.

4. CONTRACTOR will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction."

In determining whether a return position meets the appropriate standard, CONTRACTOR will not take into account the possibility that a tax return will not be audited, that an issue will not be raised on audit, or that an issue will be settled. CONTRACTOR will inform COMPANY as soon as possible if, during CONTRACTOR's review, CONTRACTOR determine circumstances exist that prevent CONTRACTOR from reviewing the tax returns under these standards.

**Deliverables:**

Deliverables will be in the format requested by COMPANY depending on the specific tax services that are requested (i.e., oral, e-mail, memorandum, letter, Excel spreadsheet, etc.).

Contract Coordinator: Kevin Ashby          Phone Number: (214) 812-2117



## WORK SITE

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in Dallas, TX.

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this statement of work, COMPANY will compensate CONTRACTOR as follows.

CONTRACTOR'S fee for this engagement will be based on the actual time incurred to complete the work at the hourly rates for the individuals involved in providing the services summarized in the table below.

**Professional and Support Staff Fees Schedule**

| | |
|---|---|
| Partner/Principal | $605/hr |
| Tax Managing Director | $545/hr |
| Senior Manager | $480/hr |
| Manager | $400/hr |
| Senior Associate | $290/hr |
| Associate | $210/hr |

CONTRACTOR estimates that CONTRACTOR'S fees for CONTRACTOR'S services will range from approximately $30,000 to $45,000. This project is not authorized to exceed $45,000. Any extension or increase in spend will require amendment to this statement of work. This estimate assumes there will be no travel to the participant's site(s).

These fees are not dependent on tax or other savings achieved or otherwise based in any way on results obtained.

CONTRACTOR will endeavor to notify COMPANY if CONTRACTOR encounters any circumstances that warrant additional time or expense. If such matters exceed the scope of this statement of work, CONTRACTOR will issue an addendum or separate statement of work(s) to confirm the scope and related terms of any additional engagements.

The rates specified in the statement of work will remain in effect, with respect to and until completion of the Work authorized pursuant to this statement of work. The rates are considered as "not to exceed" the maximum fees to be charged for services.

All invoices shall be sent to:

> Mr. Kevin Ashby
> Director – Tax
> Energy Future Holdings Corp.
> 1601 Bryan St, 3rd floor
> Dallas, TX 75201



## RESERVATION OF RIGHTS

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees or parties employed pursuant to section 327(a) of the Bankruptcy Code.

## KEY PERSONNEL

CONTRACTOR agrees that the individuals listed below will be assigned to perform the Work authorized by this statement of work. CONTRACTOR will employ all reasonable efforts to ensure that such individuals remain so assigned until such Work is accepted by COMPANY; provided, however, that in the event that any such individuals are reassigned by CONTRACTOR or otherwise become unavailable to perform such Work, CONTRACTOR will provide, by way of replacement, individuals with reasonably equivalent experience and expertise.

    **Clifford Crockett:** Partner, Federal Tax
    **John Kane:** Senior Manager, Federal Tax
    **Andrew Brannon:** Manager, Federal Tax

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND MEETINGS WITH COMPANY PERSONNEL PERTAINING TO THE WORK

    **Clifford Crockett:** Partner, Federal Tax
    **John Kane:** Senior Manager, Federal Tax
    **Andrew Brannon:** Manager, Federal Tax

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

____ ATTORNEY-CLIENT COMMUNICATION

____ ATTORNEY WORK PRODUCT

__✓__ TAX ADVISOR

____ OTHER



## LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

Work not specified above may be authorized only through a separate statement of work, or through an
Amendment or supplement to this statement of work.

**KPMG LLP**                                          **EFH CORPORATE SERVICES COMPANY**

By: _____                    By: _____
Signature                                                        Signature

Name: Clifford M. Crockett                          Name: Kevin Ashby

Title: Partner                                              Title: Tax Director

Date: ___8/24/2015___                            Date: ___8/27/15___



| KPMG LLP | Telephone | +1 214 840 2000 |
|---|---|---|
| Suite 1400 | Fax | +1 214 840 2297 |
| 2323 Ross Avenue | Internet | www.us.kpmg.com |
| Dallas, TX 75201-2709 | | |

## SCHEDULE A-29

Following the Parties' execution of this Schedule A-29 ("SOW"), CONTRACTOR (also referred as "KPMG LLP" or "KPMG") is authorized to perform the services ("Services") as defined below on behalf of COMPANY (also referred as "EFH Corporate Services Company") pursuant to the terms and conditions contained in the Master Services Agreement which is also referred to as the Master Consulting Agreement, C0631124C dated November 1, 2009 and Amendment Number 13A to the Master Consulting Agreement dated December 16, 2013 (collectively referred to as the "Agreement").

This SOW shall be effective as of August 1, 2015 (the "Effective Date") and shall remain in full force and effect until it is either (a) superseded by a change order ("CO") or Schedule A-X, or (b) until terminated in accordance with the Agreement or this SOW, or (c) January 31, 2016, whichever occurs first (the "Expiration Date"). Notwithstanding anything to the contrary in the Agreement, COMPANY, in its sole discretion may terminate this SOW for convenience upon the delivery of a written 15 day notice ("Notice") to CONTRACTOR. In the event COMPANY elects to terminate for convenience, the SOW shall end by operation of law at the close of business on the 15th day after receipt of notice by CONTRACTOR.

### SCOPE OF WORK AND DELIVERABLES

The Services will be performed in accordance with the specifications and instructions incorporated herein and if any, specifications and instructions identified in the attachments hereto.

### SCOPE OF WORK AND APPROACH

CONTRACTOR will assist COMPANY personnel in supporting key implementation activities related to COMPANY's ongoing Sarbanes-Oxley "SOX" IT compliance improvement efforts. CONTRACTOR will assist COMPANY's newly formed IT Regulatory Compliance (ITRC) department with respect to the TXU Energy (TXUE), Luminant, and EFH Corporate Services control environments:

- **IT Regulatory Compliance (ITRC) department governance**:
  - Participate in standing weekly meeting(s) with IT Regulatory Compliance (ITRC) to:
    - Support transition to incoming EFH IT Regulatory Compliance personnel through activities such as training and knowledge sharing
    - Discuss enablement of functionality in existing compliance tools (i.e. Archer, SAP GRC, IAM, CMDB)
    - Share historical reference points and insights related to management control performance and assessment activities
    - Discuss options for addressing compliance related challenges.

KPMG LLP is a Delaware limited liability partnership, the U.S. member firm of KPMG International Cooperative ("KPMG International"), a Swiss entity.



SOW
EFH Corporate Services Company
Page 2 of 10

- **SOX IT General Controls:**
  - Participate in periodic, scheduled discussions with management related to SOX IT compliance requirements and impacts in various remediation initiatives (e.g. elevated privilege management, SOD, etc.)
  - Participate in periodic, scheduled discussions with Internal / External Audit
  - Answer ITRC team questions regarding potential responses to IA assessment findings and observations, as necessary
  - Review ITRC created SOX ITGC training documentation for control owners, as requested
  - Review control integration and control rationalization documentation created by the IT compliance team
  - Assist management with responding to prioritized internal and external SOX findings or observations, as requested

- **IT System Implementation Projects**
  - Participate in discussions regarding ITRC involvement in critical projects (e.g. ServiceNow, Tripwire, ETRM, Converged Infra, etc.)
  - Answer questions regarding the consideration of SOX scope impact of control automation tools and technologies (e.g. Securonix, SAP GRC, ServiceNow, etc.)

- **IT process efficiency and control automation efforts:**
  - Re-baseline control optimization efforts based on progress made in Q1 and Q2 along with IT progress against other strategic implementation initiatives.
  - Update project plan for management approved implementation efforts associated with specific process and control performance improvements
  - Design and develop approved control automation techniques in end user tools (e.g. Microsoft Office) and provide related control owner education and technical support during go-live period
  - Participate in discussions with application owners related to automation activities which require system development and / or coding (e.g. Tripwire)

COMPANY may request changes that affect the scope or duration of the Services and CONTRACTOR may notify COMPANY that it has encountered issues or circumstances related to the Services that are beyond the scope documented above. If COMPANY requests such a change or if CONTRACTOR notifies COMPANY of issues or circumstances beyond the applicable scope of Services, the CONTRACTOR shall promptly notify COMPANY if CONTRACTOR believes that an adjustment in the scope of Services, fees to be paid to CONTRACTOR with respect to the applicable CO or applicable deadlines is required and the parties shall negotiate in good faith a reasonable and equitable adjustment in the applicable scope, fees, or deadlines. Unless COMPANY directs CONTRACTOR to stop work pending acceptance of such change, CONTRACTOR shall continue work pursuant to the existing CO and shall not be bound by any change requested by COMPANY until CONTRACTOR has accepted such change in writing.



SOW
EFH Corporate Services Company
Page 3 of 10

It is understood and agreed that CONTRACTOR's Services may include advice and recommendations; but all decisions in connection with the implementation of such advice and recommendations shall be the responsibility of, and made by, COMPANY. CONTRACTOR will not perform management functions or make management decisions for COMPANY.

## DELIVERABLES

The intended deliverables associated with this project include:

- **IT Regulatory Compliance (ITRC) department governance**:
  - Status meeting updates for ITRC and IT leadership

- **SOX IT General Controls:**
  - Documentation review comments, as requested

- **IT System Implementation Projects**
  - Documented recommendations and comments, as requested

- **IT process efficiency and control automation efforts:**
  - Updated project plan for remaining specific control automation and process improvement activities
  - Functional automation routines (i.e. macros, workflows) submitted for user acceptance and management approval
  - Updated job aids which document automated control functionality, control owner responsibility, and ongoing maintenance needs
  - Recommendations related to other control improvement opportunities noted

Deliverables will neither be prepared on KPMG letterhead nor contain the KPMG logo or other references to KPMG. These deliverables, however, may be prepared on COMPANY letterhead or contain the COMPANY logo if instructed to do so by the Project Sponsor.

Each deliverable will be provided to the Project Sponsor and other members of senior management, as applicable, for their review. Management will take full responsibility for each deliverable and is solely responsible for classifying any control matters of concern as deficiencies, significant deficiencies or material weaknesses, if applicable. Each deliverable is considered an internal COMPANY report or deliverable that may be distributed as management determines to be appropriate for its needs.

CONTRACTOR may attach a transmittal communication to each deliverable, or provide a periodic transmittal communications referring to the deliverables that have been provided previously. Neither this CONTRACTOR transmittal communication, nor a copy thereof, should accompany any reports or deliverables shared outside COMPANY. Should COMPANY attach its own transmittal letter when reports or deliverables are shared externally, such transmittal letter may not indicate that the report or deliverable was prepared by CONTRACTOR or that the



SOW
EFH Corporate Services Company
Page 4 of 10

findings were based on input or test work provided by CONTRACTOR. Further, CONTRACTOR's role in supporting COMPANY's internal compliance function or other projects may not be publicly disclosed (other than to COMPANY's external auditor) without CONTRACTOR's written consent.

## CLIENT PARTICIPATION AND RESPONSIBILITIES

During the development of this Agreement, we have been guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

COMPANY's management is responsible for establishing and maintaining an effective internal control process. Our assistance is intended to help management in fulfilling these responsibilities.

COMPANY will designate a project sponsor ("Project Sponsor" - a senior member of management who has the requisite skills and competencies to oversee the services being provided). The Project Sponsor is responsible for establishing the objectives & scope, and determining the nature, timing, and extent of procedures; for approving the service delivery plan; and for maintaining appropriate day-to-day oversight of the CONTRACTOR team. In addition, the Project Sponsor will have responsibility for reviewing, approving, and taking full responsibility for engagement deliverables prepared during the engagement that document the results; for coordinating with management to determine whether control matters of concern noted constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within COMPANY's reporting structure, including the Audit Committee; for evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

COMPANY is responsible for the requirements of the functionality along with the data and assumptions specific to requested automation tool(s).

On completion of testing of requested automation tool(s), COMPANY shall have a period of 30 days following the tool(s) being made available to COMPANY (Approval Period) to confirm that the tool(s) meet the requirements stated above. COMPANY shall either provide its written acceptance of the tool(s) to CONTRACTOR during the Approval Period or written notice to CONTRACTOR specifying in reasonable detail any nonconformity. Any nonconformity reported by COMPANY during the Approval Period will be fixed by CONTRACTOR, and COMPANY will have an additional 30 day Approval Period for acceptance. If COMPANY does not report any nonconformity during an Approval Period, the tool(s) as made available will be deemed to be accepted by COMPANY. Upon acceptance of the tool(s), CONTRACTOR shall have no further liability or obligation relating to your use of the tool(s).

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Services to the extent (and only to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:
- Appropriate access to the number and type of resources agreed upon by the parties and/or relevant documentation



SOW
EFH Corporate Services Company
Page 5 of 10

- Material changes in the identified deficiencies and internal controls which require unanticipated incremental remediation
- Timely management review and approval of recommendations
- Appropriate access to relevant application data associated with security structure(s)

## OTHER MATTERS

KPMG will provide Services in accordance with the terms and conditions of this SOW. The Services as outlined in this SOW constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such Services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by KPMG directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

Contractor uses third party service providers within and without the United States to provide at Contractor's direction, administrative and clerical services to Contractor. Accordingly, COMPANY consents to Contractor's disclosure to such third party service providers of data and information received from or at the request or direction of Client for the foregoing purposes; however, such COMPANY authorization does not relieve CONTRACTOR of its confidentiality obligations hereunder and CONTRACTOR shall remain responsible and liable for breaches of confidentiality committed by any such third party provider.

Regarding development and implementation of end user computing automation, CONTRACTOR provides automation tool(s) to Client for its internal use only. COMPANY is solely responsible for the completeness and accuracy of input and resulting calculations and for the use of those calculations in any form or format and any judgments and business decisions based on its use of tool(s). CONTRACTOR has no obligation to update the tool(s), regardless of any changes to relevant facts or tax or accounting laws, rules or regulations in the future. COMPANY is responsible for obtaining the right to use any third party products necessary to use the tool(s). Any change in the tool(s) made by COMPANY or on its behalf shall relieve CONTRACTOR of any liability or responsibility under any circumstance relating to COMPANY's use of the modified tool(s).



SOW
EFH Corporate Services Company
Page 6 of 10

**Sarbanes-Oxley Act of 2002**

The following paragraph supersedes Article 43(a) of the Agreement:

In accepting this engagement, the COMPANY acknowledges that completion of this engagement or acceptance of deliverables resulting from this engagement will not constitute the sole basis for its assessment or evaluation of internal control over financial reporting or the primary basis for its compliance with its principal officer certification requirements under Section 302 of the Sarbanes-Oxley Act of 2002 (the Act). This engagement shall not be construed to be the sole basis to support the COMPANY'S responsibilities under Section 404 of the Act requiring each annual report filed under Section 13(a) or 15(d) of the Securities Exchange Act of 1934 to contain an internal control report from management. It is the responsibility of COMPANY management to establish and maintain an adequate internal control structure and procedures for financial reporting and to assess, as of the end of the most recent fiscal year of the COMPANY, the effectiveness of the internal control structure and procedures of the COMPANY for financial reporting.

**Other Parties**

KPMG has performed a limited internal search for relationships based on the parties identified by COMPANY. Based on that internal search, KPMG and member firms of the KPMG network of independent firms and firms and entities controlled by, or under common control with, one or more such member firms (collectively, "Member Firms") has provided services to the following organizations identified by COMPANY:
- KPMG LLP in the US provides tax and advisory services and one or more other member Firms of KPMG Intl provide audit, tax and advisory services to Axon Solutions, Inc., HCL Technologies Ltd., and or affiliates.

By signing this SOW, COMPANY agrees that these relationships do not (i) constitute a limitation on the Services requested; (ii) create a basis for disqualification of KPMG or its professionals; or (iii) constitute a conflict of interest for purposes of KPMG's engagement to perform the services under this Schedule A-29 for COMPANY. COMPANY expressly waives its right to assert any such conflict against KPMG.

KPMG's process for conducting searches of potential conflicts takes place at the time the organizations are identified for review by COMPANY. However, if KPMG becomes aware of any potential conflicts after the start of the engagement, KPMG will promptly inform COMPANY. In addition, during the course of this engagement, COMPANY agrees that it will inform KPMG of additional organizations or name changes for the organizations previously provided by COMPANY. At such time, KPMG will perform an additional limited internal search for relationships on those organizations. If identified, KPMG will advise COMPANY of the general nature of any services provided to those organizations (i.e. audit, tax and/or advisory).

If COMPANY fails to promptly notify KPMG of its objection to the identified relationship(s), COMPANY agrees that KPMG's professional relationship with an organization does not impact KPMG's engagement to perform the Services under this Schedule A-29 for COMPANY.



SOW
EFH Corporate Services Company
Page 7 of 10

KPMG reserves the right to resign from this engagement at any time if a conflict, as contemplated by the professional standards of the AICPA, law or regulation, arises or becomes known to KPMG that prohibits KPMG from conducting this engagement, or in KPMG's judgment, would impair KPMG's ability to perform objectively. If KPMG serves as independent auditors of an organization, KPMG may require consent from the organization, which will be determined on a case-by-case basis.

KPMG will take all reasonable steps to prevent the disclosure of confidential information between the KPMG team serving COMPANY and the KPMG teams serving the identified organizations. COMPANY hereby also acknowledges and agrees that KPMG may be in possession of confidential information concerning these organizations that may be relevant to COMPANY'S procedures and that such information will not be disclosed to COMPANY unless the organization provides written consent to such disclosure in advance.

Where KPMG provides audit services to an organization, our professional responsibilities may require that we inform the KPMG team serving that organization about information coming to our attention that affects KPMG's engagement to audit COMPANY'S consolidated financial statements. By your signature below you acknowledge that such communication, if deemed necessary in our sole judgment, will require no approval or communication with you on this matter.

## WORK SITE

The work site will be the following location(s): CONTRACTOR &/or COMPANY offices located in or near Dallas, TX.

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A-29, COMPANY will compensate CONTRACTOR as follows.

### PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Role | Rate |
|------|------|
| Partner / Managing Director | $325/hr |
| Director / Senior Manager | $290/hr |
| Manager | $250/hr |
| Senior Associate | $190/hr |
| Associate | $125/hr |

The estimated effort for this project is 1,100-2,700 hours with related professional fees of $290,000-$650,000 and this project is not authorized to exceed $650,000 for the period of August 1, 2015-January 31, 2016. CONTRACTOR will bill only for hours spent performing substantive Services for COMPANY; substantive Services do not include any administrative expenses of



SOW
EFH Corporate Services Company
Page 8 of 10

whatsoever kind.  Any extension or increase in spend will require a CO signed by an authorized agent of each party.  If travel is required, normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy). These expenses will not exceed 5% of total fees incurred during the engagement period; additional expenses require a CO signed by an authorized agent of each party.

The rates specified in this Schedule A-29 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-29.

All invoices shall be submitted to the United States Bankruptcy Court for the District of Delaware and electronically to:

EFHITAP@EnergyFutureHoldings.com

With an electronic copy to:

Danielle.Taggart@energyfutureholdings.com

The COMPANY mailing address is as follows:

>   EFH Corporate Services Company
>   1601 Bryan St
>   Dallas, TX  75201

### KEY PERSONNEL

Personnel furnished by CONTRACTOR to COMPANY for performing Services under this Schedule A-29 will have adequate qualifications to perform the Services described herein.  In the event any of CONTRACTOR's personnel gives reasonable indications that they are not able to perform in accordance with this Schedule A-29, COMPANY shall notify CONTRACTOR of such fact, and such CONTRACTOR personnel shall be removed immediately or in accordance with the directions of COMPANY.  CONTRACTOR agrees to use its best efforts to ensure the continuity of the assignment of CONTRACTOR's employees assigned under this Schedule A-29 and CONTRACTOR will promptly provide substitute(s) for any of its employees who may be removed or reassigned.

The following personnel furnished by CONTRACTOR have been identified as critical to the success of the completion of this Schedule A-29.  Additional personnel, including project management team members, will be identified in specific CO, as needed:

>   **David Cargile:** Managing Director
>   **Nick Seeman:** Director
>   **Cristina Myrick:** Manager



SOW
EFH Corporate Services Company
Page 9 of 10

CONTRACTOR will not replace personnel identified as a Key Personnel unless COMPANY so agrees, which agreement shall not be unreasonably withheld, except in the event the applicable Key Personnel resigns, is disabled or his/her employment is terminated by CONTRACTOR. If a Key Personnel is to be replaced whether at CONTRACTOR or COMPANY's request, CONTRACTOR will strive to achieve a smooth transition. CONTRACTOR will not charge COMPANY any additional fees or charges for the replacement such Key Personnel or for training hours required to bring the replacement Key Personnel up to date on the status of Services. The replacement Key Personnel provided by CONTRACTOR will become a Key Personnel as defined herein and shall have substantially similar skills and experience as the Key Personnel being replaced.

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND COMPANY MEETINGS AND RECEIVE CONFIDENTIAL INFORMATION RELATING TO THE SERVICES:

         None noted

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

_____    ATTORNEY-CLIENT COMMUNICATION

_____    ATTORNEY WORK PRODUCT

_____    TAX ADVISOR

___X__OTHER: _____COMPANY-owned intellectual property and or COMPANY-owned trade secrets, business know-how or the like.

## LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

         None noted

Services not specified above may be authorized only through a separate Schedule A-X, or through a CO signed by a duly authorized agent of each party.

## RESERVATION OF RIGHTS

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered



SOW
EFH Corporate Services Company
Page 10 of 10

by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

**KPMG LLP**                                   **EFH Corporate Services Company**

Signature:  _David Cargile_                Signature:  _____

Printed Name:  David Cargile              Printed Name:  KOLT SARVER

Title:  Managing Director                 Title:  VP IT GOVERNANCE & STRATEGY

Date:  August 25, 2015                     Date:  8/31/2015