IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979-CSS |
| Debtors. | Jointly Administered |

**NOTICE OF SUBSTITUTION OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE UNDER THE ENUMERATED TRUST AGREEMENTS, PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 9010 AND 2002**

PLEASE TAKE NOTICE that as of September 8, 2015, the undersigned, Amy M Tonti should be removed from all service lists, including the court's electronic notification list, in the above-captioned case, and that the Robert P. Simons should be substituted for Amy M. Tonti as counsel for The Bank of New York Mellon ("BNYM"), *solely in its capacity as Trustee under the following Trust Agreements*:

1. Amended and Restated Nuclear Decommissioning Trust Agreement dated January 1, 2002 between TXU Generation Company LP and Mellon Bank, N.A., as amended by the First Amendment to TXU Generation Company LP Amended and Restated Nuclear Decommissioning Trust Agreement for Comanche Peak Steam Electric Station, Units 1 and 2, dated December 8, 2003 between TXU Generation Company LP and Mellon Bank, N.A. (Note that TXU Generation Company LP is now Luminant Generation Company LLC);

2. EFH Second Supplemental Retirement Plan Trust Agreement dated December 20, 2010 between Energy Future Holdings Corp. and The Bank of New York Mellon;

3. Texas Utilities Company System Retirement Plan Master Trust Agreement dated June 20, 1983 between Texas Utilities Company and Mellon Bank, N.A., as amended by Amendment dated December 2, 2008 to Energy Future Holdings Corp. System Retirement Plan Master Trust Agreement between Energy Future Holdings Corp. and The Bank of New York Mellon, successor by operation of law to Mellon Bank, N.A.;

4. Welfare Trust Agreement dated June 1, 1994 between Texas Utilities Company and Mellon Bank, N.A., and Amendment to June 1, 1994 Welfare Trust Agreement dated June 1, 1994 between Texas Utilities Company and Mellon Bank, N.A. (Trust to fund certain benefits for Covered Group under all Healthcare Plans) (Note that Texas Utilities Company merged into current Energy Future Holdings Corp.); and

5. TXU Split-Dollar Life Insurance Program Trust Agreement dated July 15, 2002 between TXU Corp. and Mellon Bank, N.A., as amended by Amendment dated December 2, 2008 to the EHF Split-Dollar Life Insurance Program Trust Agreement between Energy Future Holdings Corp. and The Bank of New York Mellon, successor by operation of law to Mellon Bank, N.A.;

and should be added to all service lists, including the court's electronic notification list, in the above-captioned case, as follows:

>Robert P. Simons, Esq.
>REED SMITH LLP
>Reed Smith Centre
>225 Fifth Avenue, Suite 1200
>Pittsburgh, PA  15222
>Tel:  412-288-3131
>Fax: 412-288-3063
>Email:  rsimons@reedsmith.com

Dated:  September 8, 2015

Respectfully submitted,

REED SMITH LLP

By: /s/ Amy M. Tonti
Amy M. Tonti (Admitted Via Pro Hac Vice)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone:  412-288-3131
Facsimile: 412-288-3063
E-mail:  atonti@reedsmith.com

*Counsel to The Bank of New York Mellon, solely in its capacity as Trustee under the above-enumerated Trust Agreements*