# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| ENERGY FUTURE HOLDINGS | : | |
| CORP., *et al.*, | : | Case No. 14-10979-CSS |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## CERTIFICATE OF SERVICE

I, Robert P. Simons, certify that I am over 18 years of age and that on this 8th day of September, 2015, I caused a true and correct copy of the *Notice of Substitution of Appearance and Demand for Service of Papers of the Bank of New York Mellon, Solely in its Capacity as Trustee Under the Enumerated Trust Agreements, Pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rules 9010 and 2002* to be served on the parties listed on the attached service list via First Class U.S. Mail:

Dated: September 8, 2015                    */s/Robert P. Simons*
                                                                  Robert P. Simons

# SERVICE LIST

| | |
|---|---|
| Energy Future Holdings Corp.<br>Energy Plaza<br>1601 Bryan Street<br>Dallas, TX 75201<br><br>*Debtor* | Epiq Bankruptcy Solutions LLC<br>777 Third Avenue, 12th Floor<br>New York, NY 10017<br><br>*Claims and Noticing Agent* |
| Richard M. Cieri, Esq.<br>Stephen E. Hessler, Esq.<br>Edward O. Sassower, Esq.<br>Brian Schartz, Esq.<br>James H.M. Sprayregen, Esq.<br>Aparna Yenamandra, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611<br><br>*Counsel for Debtors* | David R. Dempsey, Esq.<br>Bridget K. O'Connor, Esq.<br>Matthew E. Papez, Esq.<br>Michael A. Petrino, Esq.<br>Kirkland & Ellis LLP, Esq.<br>Bryan M. Stephany, Esq.<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br><br>*Counsel for Debtors* |
| Chad J. Husnick, Esq.<br>Andrew McGaan, Esq.<br>William T. Pruitt, Esq.<br>Steven N. Serajeddini, Esq.<br>William Guerrieri, Esq.<br>Richard U.S. Howell, Esq.<br>Chad J. Husnick, Esq.<br>Natalie Hoyer Keller, Esq.<br>Mark Kieselstein, Esq,<br>Todd F. Maynes, Esq.<br>Brenton Rogers, Esq.<br>Anthony V. Sexton, Esq.<br>Michael B. Slade, Esq.<br>Kirkland & Ellis, LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br><br>*Counsel for Debtors* | Mark E. McKane, Esq.<br>Michael P. Esser, Esq.<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br><br>*Counsel for Debtors* |
| Mark D. Collins, Esq.<br>Daniel J. DeFranceschi, Esq.<br>Joseph Charles Barsalona II, Esq.<br>Jason M. Madron, Esq.<br>Tyler D. Semmelman, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br><br>*Counsel for Debtors* | Richard L. Schepacarter<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |

| | |
|---|---|
| Iskender H. Catto, Esq.<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10173<br><br>*Counsel for Debtors* | Shannon J. Dougherty, Esq.<br>David M. Klauder, Esq.<br>O'Kelly Ernst & Bielli, LLC<br>901 North Market Street, Suite 1000<br>Wilmington, DE 19801<br><br>*Counsel for Debtors* |
| Thomas F. Driscoll, III, Esq.<br>Bifferato LLC<br>800 N. King St., Plaza Level<br>Wilmington, DE 19801<br><br>*Counsel for Debtors* | P. Stephen Gidiere, III, Esq.<br>Jeremy L. Retherford, Esq.<br>W. Clark Watson, Esq.<br>Balch & Bingham LLP<br>1901 Sixth Avenue North<br>Suite 1500<br>Birmingham, AL 35203-4642<br><br>*Counsel for Debtors* |
| Jeremy L. Graves, Esq.<br>Gibson Dunn & Crutcher LLP<br>1801 California Street<br>Suite 4200<br>Denver, CO 80202-2642<br><br>*Counsel for Debtors* | Jeff J. Marwil, Esq.<br>Mark K. Thomas, Esq.<br>Peter Jonathon Young, Esq.<br>Proskauer Rose LLP<br>Three First National Plaza<br>70 W. Madison Street<br>Suite 3800<br>Chicago, IL 60602<br><br>*Counsel for Debtors* |
| Michael L. Raiff, Esq.<br>Gibson Dunn & Crutcher LLP<br>2100 McKinney Avenue<br>Dallas, TX 75201<br><br>*Counsel for Debtors* | Michael A. Rosenthal<br>Gibson Dunn & Crutcher LLP<br>200 Park Avenue<br>47th Floor<br>New York, NY 10166<br><br>*Counsel for Debtors* |
| Andrea B. Schwartz<br>US Dept. Of Justice Office<br>201 Varick Street<br>Rm. 1006<br>New York, NY | James Michael Peck, Esq.<br>Schulte Roth & Zabel LLP<br>250 West 55th Street<br>New York, NY 10019<br><br>*Counsel for the Official Committee of Unsecured Creditors* |
| Justin K. Edelson, Esq.<br>Shanti M. Katona, Esq.<br>Christopher A. Ward, Esq.<br>Jarrett Vine, Esq.<br>Polsinelli Shughart PC<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, DE 19801<br><br>*Counsel for the Official Committee of Unsecured Creditors* | Edward M. Fox, Esq.<br>Polsinelli Shughart PC<br>805 Third Avenue<br>Suite 2020<br>New York, NY 10022<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| Lorenzo Marinuzzi, Esq.<br>Brett H. Miller, Esq.<br>Todd M. Goren, Esq.<br>Daniel J. Harris, Esq.<br>William M. Hildbold, Esq.<br>Thomas A. Humphreys, Esq.<br>Charles L. Kerr, Esq.<br>J. Alexander Lawrence, Esq.<br>Jennifer Marines, Esq.<br>Anthony Princi, Esq.<br>Erica J. Richards, Esq.<br>Hayvan B. Sadeghi, Esq.<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019<br><br>*Counsel for the Official Committee of Unsecured Creditors* | Andrew Dietderich, Esq.<br>Robert J. Giuffra, Jr., Esq.<br>Brian D. Glueckstein, Esq.<br>Steven L. Holley, Esq.<br>Alexa Kranzley, Esq.<br>Mark F. Rosenberg, Esq.<br>Mark U. Schneiderman, Esq.<br>Michael H. Torkin, Esq.<br>David R. Zylberberg, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>3835<br>New York, NY 10004<br><br>*Counsel to the EFH Committee* |
| Mark B. Sheppard<br>Montgomery McCracken Walker, et al<br>123 South Broad Street<br>Philadelphia, PA<br><br>*Counsel to the EFH Committee* | Natalie D. Ramsey, Esq.<br>Davis Lee Wright, Esq.<br>Montgomery, McCracken, Walker & Rhoads<br>1105 North Market Street<br>15th Floor<br>Wilmington, DE 19801<br><br>*Counsel to the EFH Committee* |