**UNITED STATES BANKRUPTCYCOURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:  Chapter __11__

Case No. __14__-__10979__ (__CSS__)

Debtor: Energy Future Holdings Corp.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Kirk Swinney, Esquire__ to represent __Freestone County, Texas and Freestone County Appraisal District__ in this action.

/s/ Theodore J. Tacconelli, Esq. (#2678)

Firm Name: Ferry Joseph, P.A.
Address: 824 Market St, Ste 1000, PO 1351
Wilmington, DE 19899
Phone: (302) 575-1555
Email: ttacconelli@ferryjoseph.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Texas__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Kirk Swinney, Esq.

Firm Name: McCreary Veselka Bragg & Allen P.C.; P.O. Box 1269
Address: Round Rock, Texas 78680
Phone: (512) 323-3200
Email: kirk.swinney@mvbalaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: September 8th, 2015
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

Local Form 105