PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL    (1946-1956)
SIMON H. RIFKIND    (1950-1995)
LOUIS S. WEISS    (1927-1950)
JOHN F. WHARTON    (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3166

WRITER'S DIRECT FACSIMILE
(212) 492-0166

WRITER'S DIRECT E-MAIL ADDRESS
aehrlich@paulweiss.com

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
ALLAN J. ARFFA
ROBERT A. ATKINS
DAVID J. BALL
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
CRAIG A. BENSON
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
DAVID W. BROWN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JESSICA S. CAREY
JEANETTE K. CHAN
YVONNE Y.F. CHAN
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
CHARLES E. DAVIDOW
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
LESLIE GORDON FAGEN
MARC FALCONE
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
ROBERT D. GOLDBAUM
NEIL GOLDMAN
CATHERINE L. GOODALL
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
JUSTIN G. HAMILL
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
MICHELE HIRSHMAN
MICHAEL S. HONG
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
BRIAN M. JANSON
JAREN JANGHORBANI
MEREDITH J. KANE

ROBERTA A. KAPLAN
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
ALAN W. KORNBERG
DANIEL J. KRAMER
DAVID K. LAKHDHIR
STEPHEN P. LAMB*
JOHN E. LANGE
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
ELIZABETH R. McCOLM
MARK F. MENDELSOHN
WILLIAM B. MICHAEL
TOBY S. MYERSON
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
MARC E. PERLMUTTER
VALERIE E. RADWANER
CARL L. REISNER
LORIN L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
AUDRA J. SOLOWAY
SCOTT M. SONTAG
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
MONICA K. THURMOND
DANIEL J. TOAL
LIZA M. VELAZQUEZ
MARIA T. VULLO
ALEXANDRA M. WALSH*
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
BETH A. WILKINSON
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
JULIA MASON WOOD
JENNIFER H. WU
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

September 8, 2015

By e-Filing and Hand

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge
United States Bankruptcy Court
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re: *In re Energy Future Holdings, Corp., et. al.* (Case 14-10979)

Dear Judge Sontchi:

This firm represents the ad hoc committee of certain unaffiliated holders of first lien claims against the TCEH Debtors (the "TCEH First Lien Ad Hoc Committee"), certain members of which are party to the Plan Support Agreement (the "PSA"). We write with reference to the Debtors' letter, dated September 4, 2015 [Dkt. No. 5855], regarding the scope of the upcoming hearing on the Debtors' motion to enter into and perform under the PSA [Dkt. No. 5248] (the "PSA Motion" or the "Motion"), and discovery related to the PSA Motion.[1] The TCEH First Lien Ad Hoc Committee joins in

---

[1] While the TCEH First Lien Ad Hoc Committee is not the subject of any discovery regarding the PSA Motion, it has been targeted with significant discovery related to the Plan and the Settlement Agreement. The TCEH First Lien Ad Hoc Committee, together with certain of the other TCEH creditor constituencies that support approval of the Plan and Settlement Agreement, have had two meet-and-confers with counsel for the EFH Official Committee and the EFH Indenture Trustee, on August 25, 2015,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Christopher S. Sontchi 2

the Debtors' request for guidance on the appropriate scope of the hearing on the PSA Motion, and for a ruling that the hearing will not address the merits of the Plan or the Settlement Agreement, which should be reserved for the confirmation proceedings scheduled to commence on November 3, 2015.

All parties in interest will have a full and fair opportunity to probe and challenge the merits of the Plan and the Settlement Agreement at the appropriate time and consistent with the amended scheduling order recently approved by this Court [Dkt. No. 5771]. That time is not the September 17th hearing on the PSA Motion. As set forth at length in the Debtors' letter, the relief sought by the PSA Motion is limited, and the hearing on the PSA Motion is neither the time nor the place for a contested proceeding concerning the Plan or the Settlement Agreement. As this Court has previously ruled in these cases, the relief sought in connection with approval of a PSA is decidedly narrow in scope. And one of the main objecting parties, the EFH Official Committee, candidly acknowledges in its objection to the PSA Motion that questions regarding the reasonableness of the Settlement Agreement, and whether the Plan is confirmable, are not before the Court at this time. [Dkt. No. 5700 at ¶6 ("Those questions are not currently before the Court."); *see also id.* at ¶14.]. It would be a waste of judicial resources and those of the estates and parties in interest to permit two bites at the confirmation apple. We respectfully request that efforts to pursue matters outside the scope of the PSA Motion, whether in discovery or in court, be prohibited clearly and definitively.

Respectfully,

/s/ Andrew J. Ehrlich

Andrew J. Ehrlich

---

and September 4, 2015. At those meet-and-confers, the TCEH creditor constituencies proposed producing discovery responsive to the potential Plan and Settlement Agreement objections. The TCEH creditor constituencies received a counter-proposal from the EFH Official Committee on September 7, 2015, and may need to request a telephonic conference with the Court in short order to resolve any potential impasse.