## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Re: D.I. 5379** |

### CERTIFICATION OF NO OBJECTION REGARDING "DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO (SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 5379]

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or any other responsive pleading to the *Debtors' Thirty-First Omnibus (Substantive) Objection to (Substantive Duplicate and No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 5379] (the "Objection") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), with the United States Bankruptcy Court for the District of Delaware (the "Court") on August 17, 2015.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On August 17, 2015, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Thirty-First Omnibus (Substantive) Objection to (Substantive Duplicate and No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 5380] in connection with, and in support of, the Objection.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Objection appears thereon.  Pursuant to the *Notice of "Debtors' Thirty-First Omnibus (Substantive) Objection to (Substantive Duplicate and No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" and Hearing Thereon* filed contemporaneously with the Objection, responses to the Objection were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on August 31, 2015.

[*Remainder of page intentionally left blank.*]

2

The Debtors therefore respectfully request that the proposed form of order attached hereto as **Exhibit A**, which is materially in the same form filed with the Objection, be entered at the earliest convenience of the Court.

Dated:  September 8, 2015
    Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email:  collins@rlf.com
     defranceschi@rlf.com
     madron@rlf.com

*Co-Counsel and Conflicts Counsel to
the Debtors and Debtors in Possession*

**<u>EXHIBIT A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Re: D.I. 5379** |

## ORDER SUSTAINING DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO (SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Upon the objection [D.I. 5379] (the "Objection")[2] of the above-captioned debtors and

debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"),

disallowing and expunging the Disputed Claims set forth on **Exhibit 1** and **Exhibit 2** attached

hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found

that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court

having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court

having found that venue of this case and the Objection in this district is proper pursuant to 28

U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is

in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the

Court having found that the Debtors provided appropriate notice of the Objection and the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

opportunity for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Substantive Duplicate Claim set forth on the attached **Exhibit 1** is hereby disallowed in its entirety.

3.      The No Liability Claims set forth on the attached **Exhibit 2** are hereby disallowed in their entirety.

4.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

5.      Nothing set forth herein shall affect the parties' rights with respect to the claim identified under the heading "Remaining Claims" on **Exhibit 1**, attached hereto, and the parties' rights with respect to such "Remaining Claims" are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

6.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an

implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

7.    Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

9.    This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: September _____, 2015        _____
      Wilmington, Delaware        THE HONORABLE CHRISTOPHER S. SONTCHI
                                                UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**Substantive Duplicate Claim**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 1 | SIEMENS INDUSTRY, INC. ATTN: LEIGH-ANNE BEST 100 TECHNOLOGY DRIVE ALPHARETTA, GA 30005 | 08/14/2014 | 14-11032 (CSS) | 3760 | $1,807.57 | SIEMENS INDUSTRY, INC. ATTN: LEIGH-ANNE BEST 100 TECHNOLOGY DRIVE ALPHARETTA, GA 30005 | 08/25/2014 | 14-11032 (CSS) | 3941 | $19,327.57 | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |
| | | | **TOTAL** | | $1,807.57 | | | | | | |

**EXHIBIT 2** to **EXHIBIT A**

**No Liability Claim**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CENTRAL TELEPHONE COMPANY OF TEXAS DBA CENTURYLINK ATTN: BANKRUPTCY 1801 CALIFORNIA ST RM 900 DENVER, CO 80202 | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/22/2014 | 3271 | $37.37 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 2 | CENTRAL TELEPHONE COMPANY OF TEXAS DBA CENTURYLINK ATTN: BANKRUPTCY 1801 CALIFORNIA ST, RM 900 DENVER, CO 80202-265 | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/22/2014 | 3275 | $901.63 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 3 | UNITED TELEPHONE COMPANY OF TEXAS, INC DBA CENTURYLINK ATTN: BANKRUPTCY 1801 CALIFORNIA ST, RM 900 DENVER, CO 80202-265 | 14-11041 (CSS) | Texas Power & Light Company, Inc. | 07/22/2014 | 3280 | $369.49 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| | | | | | TOTAL | $1,308.49 | |