IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 5612** |

### CERTIFICATION OF NO OBJECTION REGARDING "NOTICE OF ASSUMPTION AND AMENDMENT OF CERTAIN EXECUTORY CONTRACTS AND RELATED RELIEF THERETO" [D.I. 5612]

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or any other responsive pleading to the *Notice of Assumption and Amendment of Certain Executory Contracts and Related Relief Thereto* [D.I. 5612] (the "Notice") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), with the United States Bankruptcy Court for the District of Delaware (the "Court") on August 20, 2015.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Notice appears thereon. Pursuant to the Notice, responses to the Notice were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on September 3, 2015. The Debtors therefore respectfully request that the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 12940311v.1

proposed form of order attached hereto as **Exhibit A**, which is materially in the same form filed with the Motion, be entered at the earliest convenience of the Court.[2]

*[Remainder of page intentionally left blank.]*

---

[2] The Assumption Schedule attached hereto as **Exhibit 1** to **Exhibit A** has not been modified from the date that it was first filed with the Court and is referred to as the "Assumption Schedule" in the proposed form of order.

Dated: September 8, 2015
Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email:     collins@rlf.com
           defranceschi@rlf.com
           madron@ rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward A. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:(212) 446-4800
Facsimile: (212) 446-4900
Email:     edward.sassower@kirkland.com
           stephen.hessler@kirland.com
           brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc C. Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:(312) 862-2000
Facsimile: (312) 862-2200
Email:     james.sprayregen@kirkland.com
           marc.kieselstein@kirkland.com
           chad.husnick@kirland.com
           steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

**Proposed Form of Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 5612** |

## ORDER APPROVING THE ASSUMPTION
## AND AMENDMENT OF CERTAIN EXECUTORY CONTRACTS

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption of the Debtors' executory contracts and unexpired leases and granting related relief (the "Procedures Order")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Assumption Notice on each applicable party as set forth in the Amended Assumption Schedule, attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the assumption of the Contracts; and due and proper notice

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

RLF1 12940311v.1

of the Individual Assumption Notice having been provided to each applicable counterparty as set forth in the Amended Assumption Schedule, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The assumption of the Contracts as set forth in the Amended Assumption Schedule is hereby approved.

2. The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Contracts is hereby final as set forth in the Amended Assumption Schedule.

3. Any claims against the Debtors arising under the Contracts prior to the entry of this Order are forever released, discharged, barred and enjoined; *provided, however*, all outstanding amounts owed by the Debtors under the Contracts in the ordinary course of business from and after April 29, 2014, shall be paid in the ordinary course.

4. The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

5. Any amendments to the Contracts as set forth in Amended Assumption Schedule are hereby approved pursuant to section 363(b) of the Bankruptcy Code.

6. Assumption and/or amendment of the Contracts and payment of any associated cure amounts does not constitute: (a) an admission by the Debtors that the Contracts are in fact executory contracts or unexpired leases under section 365 of title 11 of the United States Code, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under the Contracts.

7. Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: September ____, 2015
Wilmington, Delaware

                               THE HONORABLE CHRISTOPHER S. SONTCHI
                               UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

## Assumption Schedule

Exhibit A

| | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | | Other Assumption Information | |
|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | Cure Amount | Details of Material Amendments | Assumption Date |
| 1 | Luminant Mining Company LLC | Services agreement dated 03/01/2011 plus amendments | Southern Tire Mart LLC | Attn: Jason Campbell 1925 Harrison Road Longview, TX 75604 | $ 62,798.00 | Price concessions and additional term | Upon entry of the Order |
| 2 | Luminant Mining Company LLC | Services agreement dated 04/02/2012 plus amendments | Southern Tire Mart LLC | Attn: Jason Campbell 1925 Harrison Road Longview, TX 75604 | $ - | Price concessions and additional term | Upon entry of the Order |
| 3 | Luminant Big Brown Mining Company LLC | Services agreement dated 07/01/2013 plus amendments | Southern Tire Mart LLC | Attn: Jason Campbell 1925 Harrison Road Longview, TX 75604 | $ - | Price concessions and additional term | Upon entry of the Order |
| 4 | Luminant Mining Company LLC | Services agreement dated 04/01/2011 plus amendments | Southern Tire Mart LLC | Attn: Jason Campbell 1925 Harrison Road Longview, TX 75604 | $ - | Price concessions and additional term | Upon entry of the Order |
| 5 | Oak Grove Management Company LLC | Services agreement dated 01/18/2010 plus amendments | Southern Tire Mart LLC | Attn: Jason Campbell 1925 Harrison Road Longview, TX 75604 | $ - | Price concessions and additional term | Upon entry of the Order |