**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al*., ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Re: D.I. 4886** |
| ) | |

**NOTICE OF WITHDRAWAL REGARDING OBJECTION OF KNIFE RIVER CORPORATION – SOUTH TO THE PROPOSED DISCLOSURE STATEMENT FOR THE JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

TO THE CLERK:

PLEASE TAKE NOTICE that Knife River Corporation - South hereby withdraws the *Objection of Knife River Corporation – South to the Proposed Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Et Al Pursuant to Chapter 11 of the Bankruptcy Code* filed on June 29, 2015 in the above bankruptcy case, at Docket No 4886.

Dated: September 9, 2015
Wilmington, Delaware

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (No. 3933)
913 N. Market St., 10th Floor
Wilmington, Delaware 19801
Phone: (302) 425-5812
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com

*Attorney for Knife River Corporation - South*