# Exhibit 1

CONFIDENTIAL SETTLEMENT COMMUNICATIONS
SUBJECT TO FRE 408

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**STIPULATED ORDER SCHEDULING
CERTAIN DISCOVERY DEADLINES AND A TRIAL DATE IN
CONNECTION WITH ALCOA'S CURE CLAIMS AND CURE AMOUNTS (SEEKING
IMPROPER COSTS CHARGED TO ALCOA UNDER THE ROCKDALE CONTRACTS,
AND ADEQUATE ASSURANCE THAT THE DEBTORS WILL NOT CONTINUE TO
CHARGE ALCOA IMPROPER COSTS IN THE FUTURE).**

The above-referenced Debtors and Alcoa Inc. ("Alcoa") (collectively, the "Parties"), having conferred and agreed to a proposed discovery and trial schedule in connection with Alcoa's cure claims and cure amounts (seeking improper costs charged to Alcoa under the Rockdale Contracts, and adequate assurance that the Debtors will not continue to charge Alcoa improper costs in the future); and the Court finding good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The following schedule, which, except for the trial date, may be modified by agreement of the Parties without further order of the Court or for good cause shown upon motion to the Court, shall govern the Court's resolution of the cure claims and cure amounts as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

IF "" = "1" "Error! Unknown document property name.

| Description | Timing/Deadline |
|---|---|
| Parties shall commence exchanging responsive electronic and hard copy documents, within the appropriate scope of discovery. | September 18, 2015 |
| Parties shall substantially complete the exchange of responsive electronic and hard copy documents | October 16, 2015 |
| Deadline by which depositions of fact witnesses shall be completed. | November 16, 2015 |
| Deadline by which Parties shall disclose the identities of testifying experts and disclose their written reports pursuant to FRCP 26(a)(c)(2) | December 1, 2015 |
| Deadline by which Parties shall disclose the identities of rebuttal experts and disclose their written reports pursuant to FRCP 26(a)(c)(2) | December 15, 2015 |
| Deadline by which depositions of expert witnesses shall be completed. | January 6, 2016 |
| The trial on the Alcoa's cure claim and amount shall proceed. | January 20, 2016 |

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2015

                                                          The Honorable Christopher S. Sontchi
                                                          United States Bankruptcy Judge

IF "" = "1" "Error! Unknown document property name.