**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) ) | (Jointly Administered)<br><br>**Re: D.I. 5366, 5368** |

**CERTIFICATION OF COUNSEL REGARDING
"DEBTORS' TWENTY-FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 5366]**

The undersigned hereby certifies as follows:

1. On August 17, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 5366] (the "Objection").[2] On August 17, 2015, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 5368] in connection with, and in support of the relief requested, in the Objection.

2.  Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on August 31, 2015.

3.  The Debtors received one informal response to the Objection (the "Informal Response"). The Debtors are currently in negotiations to consensually resolve the Informal Response. While the Debtors pursue a consensual resolution, the Debtors have agreed to continue the hearing with respect to the Proofs of Claim related to the Informal Response.

4.  The following is a complete list of the Proofs of Claim objected to in the Objection and for which the Debtors have agreed to continue the hearing as described above (collectively, the "Adjourned Claims"):

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC Nos. 7777, 7778, 7779 | Fluor Enterprises, Inc. | None |

5.  During the continuance of the Adjourned Claims, the Debtors reserve all rights to, in the future, reassert any objection contained in the Objection or to raise further objections with respect to the Adjourned Claims.

6.  The Debtors have not received any other responses or objections to the Objection, and no other responses or objections appear on the Court's docket in these cases.

7.  Additionally, since the Debtors filed the Objection, certain claimants withdrew Proofs of Claim that the Debtors objected to in the Objection (the "Withdrawn Claims"):

RLF1 12941748v.1

3

| Proof of Claim Number | Claimant | Withdrawal Notice |
|---|---|---|
| POC No. 1023 | City of Highland Village | D.I. 5717 |
| POC No. 1024 | Valwood Improvement Authority | D.I. 5718 |
| POC No. 1025 | Highland Park Independent School District | D.I. 5719 |
| POC No. 1026 | Dallas County Utility & Reclamation District | D.I. 5720 |
| POC No. 1027 | Richardson Independent School District | D.I. 5721 |

8.      The Debtors have revised the applicable exhibits to the proposed form of order (the "Proposed Order") to remove the Adjourned Claims and the Withdrawn Claims. A copy of the Proposed Order is attached hereto as **Exhibit A**, and redlines of the applicable exhibits as compared to the exhibits attached to the Proposed Order filed on August 17, 2015, are attached hereto as **Exhibit B** and **Exhibit C**.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Dated: September 9, 2015  
Wilmington, Delaware

*/s/ Jason M. Madron*  
**RICHARDS, LAYTON & FINGER, P.A.**  
Mark D. Collins (No. 2981)  
Daniel J. DeFranceschi (No. 2732)  
Jason M. Madron (No. 4431)  
920 North King Street  
Wilmington, Delaware 19801  
Telephone:   (302) 651-7700  
Facsimile:   (302) 651-7701  
Email:   collins@rlf.com  
    defranceschi@rlf.com  
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
Edward O. Sassower, P.C. (admitted *pro hac vice*)  
Stephen E. Hessler (admitted *pro hac vice*)  
Brian E. Schartz (admitted *pro hac vice*)  
601 Lexington Avenue  
New York, New York 10022-4611  
Telephone:   (212) 446-4800  
Facsimile:   (212) 446-4900  
Email:   edward.sassower@kirkland.com  
    stephen.hessler@kirkland.com  
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)  
Marc Kieselstein, P.C. (admitted *pro hac vice*)  
Chad J. Husnick (admitted *pro hac vice*)  
Steven N. Serajeddini (admitted *pro hac vice*)  
300 North LaSalle  
Chicago, Illinois 60654  
Telephone:   (312) 862-2000  
Facsimile:   (312) 862-2200  
Email:   james.sprayregen@kirkland.com  
    marc.kieselstein@kirkland.com  
    chad.husnick@kirkland.com  
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*