**Exhibit C**

**Redline of Exhibit 2**

**(No Liability Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTY FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| ~~1~~ | ~~CITY OF HIGHLAND VILLAGE~~ ~~C/O PERDUE BRANDON~~ ~~FIELDER COLLINS MOTT~~ ~~ATTN: R. BRUCE MEDLEY~~ ~~P.O. BOX 13430~~ ~~ARLINGTON, TX 76094-0430~~ | ~~14-11045 (CSS)~~ | ~~Texas Utilities Electric Company, Inc.~~ | ~~06/02/2014~~ | ~~1023~~ | ~~$448.61*~~ | ~~According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC.~~ |
| ~~2~~ | ~~DALLAS COUNTY UTILITY &~~ ~~RECLAMATION DIST~~ ~~C/O PERDUE BRANDON~~ ~~FIELDER COLLINS MOTT~~ ~~ATTN: R. BRUCE MEDLEY~~ ~~P.O. BOX 13430~~ ~~ARLINGTON, TX 76094-0430~~ | ~~14-11045 (CSS)~~ | ~~Texas Utilities Electric Company, Inc.~~ | ~~06/02/2014~~ | ~~1026~~ | ~~$17,789.21*~~ | ~~According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC.~~ |
| 1 ~~3~~ | EZELL AVIATION INC PO BOX 1793 BRECKENRIDGE, TX 76424 | | Multiple Debtors Asserted | 10/16/2014 | 5427 | $6,217.30 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| ~~4~~ | ~~HIGHLAND PARK~~ ~~INDEPENDENT SCHOOL DIST~~ ~~C/O PERDUE BRANDON~~ ~~FIELDER COLLINS MOTT~~ ~~ATTN: R. BRUCE MEDLEY~~ ~~PO BOX 13430~~ ~~ARLINGTON, TX 76094-0430~~ | ~~14-11045 (CSS)~~ | ~~Texas Utilities Electric Company, Inc.~~ | ~~06/02/2014~~ | ~~1025~~ | ~~$7,036.40*~~ | ~~According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC.~~ |
| ~~5~~ | ~~RICHARDSON INDEPENDENT~~ ~~SCHOOL DISTRICT~~ ~~C/O PERDUE BRANDON~~ ~~FIELDER COLLINS MOTT~~ ~~ATTN: R. BRUCE MEDLEY~~ ~~P.O. BOX 13430~~ ~~ARLINGTON, TX 76094-0430~~ | ~~14-11045 (CSS)~~ | ~~Texas Utilities Electric Company, Inc.~~ | ~~06/02/2014~~ | ~~1027~~ | ~~$72,524.51*~~ | ~~According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC.~~ |

~~*    Indicates claim contains unliquidated and/or undetermined amounts~~

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTY FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | VALWOOD IMPROVEMENT AUTHORITY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 06/02/2014 | 1024 | $2,621.77* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| | | | | | TOTAL | $106,637.80*<br>$6,217.30 | |

*— Indicates claim contains unliquidated and/or undetermined amounts