# **Exhibit B**

## Redline of Exhibit 3

## (Wrong Debtor, Modify Amount, and Modify Priority Claims Claims)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Priority Claims**

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
| 1 FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL SERVICES C/O LOCKE LORD LLP ATTN: PHILIP G. EISENBERG 600 TRAVIS ST, STE 2800 HOUSTON, TX 77002 | 7776 | Luminant Generation Company LLC | 503(b)(9) | $2,085,090.57* | Luminant Generation Company LLC | Unsecured | $11,853,730.48 |
| | | Luminant Generation Company LLC | Unsecured | $13,326,344.00* | NCA Resources Development Company LLC | Unsecured | $402,546.49 |
| | | | | | Oak Grove Management Company LLC | Unsecured | $399,874.76 |
| | | | | | Sandow Power Company LLC | Unsecured | $421,899.98 |
| | | | Subtotal | $15,411,434.57 | | Subtotal | $13,078,051.71 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) the difference of $1,696,637.20 is accounted for in claim nos. 7774 and 7775 on the claim register; (2) duplication of invoices within this claim; (3) settlement of incentive and tax credits; and (4) liquidation of claim to reflect the amount owed according to Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | |
|---|---|---|---|---|
| TOTAL | $15,411,434.57* | | TOTAL | $13,078,051.71 |

* - Indicates claim contains unliquidated and/or undetermined amounts