**Exhibit C**

**Redline of Exhibit 5**

**(Modify Amount and Modify Priority Claims Claims)**

RLF1 12941752v.1

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL SERVICES C/O LOCKE LORD LLP ATTN: PHILIP G. EISENBERG 600 TRAVIS ST, STE 2800 HOUSTON, TX 77002 | 7774 | Oak Grove Management Company LLC | 503(b)(9) | $611,832.68* | Oak Grove Management Company LLC | Unsecured | $742,822.69 |
| | | | Oak Grove Management Company LLC | Unsecured | $405,213.54* | | | |
| | | | | Subtotal | $1,017,046.22 | | | |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment, per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records, for (1) the difference of $274,223.53 is accounted for in claim no. 7776 on the claim register and (2) liquidation of claim to reflect the amount owed according to Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 2 | FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL SERVICES C/O LOCKE LORD LLP ATTN: PHILIP G. EISENBERG 600 TRAVIS ST, STE 2800 HOUSTON, TX 77002 | 7775 | Sandow Power Company LLC | 503(b)(9) | $254,327.20* | Sandow Power Company LLC | Unsecured | $1,146,341.63 |
| | | | Sandow Power Company LLC | Unsecured | $985,365.64* | | | |
| | | | | Subtotal | $1,239,692.84 | | | |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment, per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records, for (1) the difference of $93,351.21 is accounted for in claim no. 7776 on the claim register and (2) liquidation of claim to reflect the amount owed according to Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
| | | | | TOTAL | $2,256,739.06* | | TOTAL | $1,889,164.32 |

\*  Indicates claim contains unliquidated and/or undetermined amounts