**EXHIBIT 1 to EXHIBIT A**

**Substantive Duplicate Claim**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | SIEMENS INDUSTRY, INC. ATTN: LEIGH-ANNE BEST 100 TECHNOLOGY DRIVE ALPHARETTA, GA 30005 | 08/14/2014 | 14-11032 (CSS) | 3760 | $1,807.57 | SIEMENS INDUSTRY, INC. ATTN: LEIGH-ANNE BEST 100 TECHNOLOGY DRIVE ALPHARETTA, GA 30005 | 08/25/2014 | 14-11032 (CSS) | 3941 | $19,327.57 | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |
| | | | TOTAL | | $1,807.57 | | | | | | |

Page 1 of 1

## EXHIBIT 2 to EXHIBIT A

## No Liability Claim

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CENTRAL TELEPHONE COMPANY OF TEXAS<br>DBA CENTURYLINK<br>ATTN: BANKRUPTCY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202 | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/22/2014 | 3271 | $37.37 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 2 | CENTRAL TELEPHONE COMPANY OF TEXAS<br>DBA CENTURYLINK<br>ATTN: BANKRUPTCY<br>1801 CALIFORNIA ST, RM 900<br>DENVER, CO 80202-265 | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/22/2014 | 3275 | $901.63 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 3 | UNITED TELEPHONE COMPANY OF TEXAS, INC<br>DBA CENTURYLINK<br>ATTN: BANKRUPTCY<br>1801 CALIFORNIA ST, RM 900<br>DENVER, CO 80202-265 | 14-11041 (CSS) | Texas Power & Light Company, Inc. | 07/22/2014 | 3280 | $369.49 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| | | | | | TOTAL | $1,308.49 | |