## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 5612** |

## ORDER APPROVING THE ASSUMPTION
### AND AMENDMENT OF CERTAIN EXECUTORY CONTRACTS

Pursuant to the order approving expedited procedures for the rejection, assumption, or

assumption of the Debtors' executory contracts and unexpired leases and granting related relief

(the "Procedures Order")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over

this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this

proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and

the Court having found that the relief requested is in the best interests of the Debtors' estates,

their creditors, and other parties in interest; and the Debtors having properly served an Individual

Assumption Notice on each applicable party as set forth in the Amended Assumption Schedule,

attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no

timely objections have been filed to the assumption of the Contracts; and due and proper notice

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

of the Individual Assumption Notice having been provided to each applicable counterparty as set forth in the Amended Assumption Schedule, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The assumption of the Contracts as set forth in the Amended Assumption Schedule is hereby approved.

2. The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Contracts is hereby final as set forth in the Amended Assumption Schedule.

3. Any claims against the Debtors arising under the Contracts prior to the entry of this Order are forever released, discharged, barred and enjoined; *provided, however*, all outstanding amounts owed by the Debtors under the Contracts in the ordinary course of business from and after April 29, 2014, shall be paid in the ordinary course.

4. The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

5. Any amendments to the Contracts as set forth in Amended Assumption Schedule are hereby approved pursuant to section 363(b) of the Bankruptcy Code.

6. Assumption and/or amendment of the Contracts and payment of any associated cure amounts does not constitute: (a) an admission by the Debtors that the Contracts are in fact executory contracts or unexpired leases under section 365 of title 11 of the United States Code, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under the Contracts.

RLF1 12940311v.1

7.      Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: September __9__, 2015
       Wilmington, Delaware

                                          _____
                                          THE HONORABLE CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKRUPTCY JUDGE

RLF1 12940311v.1