## EXHIBIT 1 to EXHIBIT A

**Amended Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

TWNENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | JOHNSON OIL COMPANY 1113 E SARAH DE WITT DRIVE GONZALES, TX 78629 | 09/19/2014 | 14-11032 (CSS) | 4524 | $18,690.01 | CINCO J INC. D/B/A JOHNSON OIL CO. P.O. DRAWER 1959 GONZALES, TX 78629 | 10/14/2014 | 14-11032 (CSS) | 5236 | $18,690.01 | Amended and superseded claim |
| 2 | VOXAI SOLUTIONS INC ATTN: SUNIL RUDRARJU 635 FRITZ DR STE 220 COPPELL, TX 75019 | 10/27/2014 | 14-10997 (CSS) | 7785 | $50,643.18 | VOXAI SOLUTIONS INC. ATTN: SUNIL RUDRARAJU 635 FRITZ DR STE 220 COPPELL, TX 75019 | 04/17/2015 | | 10049 | $134,433.18 | Amended and superseded claim |
| | | | | TOTAL | $69,333.19 | | | | | | |

Page 1 of 1