**EXHIBIT 2** to **EXHIBIT A**

**Wrong Debtor Claims**

RLF1 12941734v.1

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ARMSTRONG & ASSOCIATES LLP<br>ATTN: WILLIAM H ARMSTRONG, PARTNER<br>ONE KAISER PLAZA, SUITE 625<br>OAKLAND, CA 94612 | 4676 | No Debtor Asserted | Unsecured | $84.00 | LSGT Gas Company LLC | Unsecured | $84.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 2 | CESCO INC<br>PO BOX 550727<br>DALLAS, TX 75355 | 4278 | Luminant Mining Company LLC | Unsecured | $13,187.65 | Luminant Generation Company LLC | Unsecured | $2,091.66 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $11,095.99 |
| | | | | | | | Subtotal | $13,187.65 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 3 | DRESSER, INC.<br>C/O REISMAN LAW FIRM LLC<br>ATTN: GLENN M. REISMAN, ESQ.<br>12 OLD HOLLOW ROAD, SUITE B<br>TRUMBULL, CT 06611 | 7864 | Luminant Generation Company LLC | 503(b)(9) | $17,293.00 | Luminant Generation Company LLC | 503(b)(9) | $17,293.00 |
| | | | Luminant Generation Company LLC | Unsecured | $3,461.00 | Luminant Generation Company LLC | Unsecured | $2,493.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $968.00 |
| | | | | Subtotal | $20,754.00 | | Subtotal | $20,754.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 4 | KONE INC.<br>ATTN: J. RIGGS<br>3550 GEORGE BUSBEE PWKY<br>SUITE 140<br>KENNESAW, GA 30144 | 3940 | No Debtor Asserted | Unsecured | $8,333.57 | EFH Corporate Services Company | Unsecured | $8,333.57 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | SOUTHERN TIRE MART, LLC<br>529 INDUSTRIAL PARK ROAD<br>COLUMBIA, MS 39429 | 7869 | Oak Grove Mining Company LLC | Unsecured | $40,950.72 | Oak Grove Management Company LLC | Unsecured | $40,950.72 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 6 | VERIFICATIONS INC.<br>140 FOUNTAIN PARKWAY N<br>SUITE 410<br>SAINT PETERSBURG, FL 33716 | 3690 | Multiple Debtors Asserted | Unsecured | $37,709.28 | EFH Corporate Services Company | Unsecured | $37,709.28 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| | | | | TOTAL | $121,019.22 | | TOTAL | $121,019.22 |