**EXHIBIT 3** to **EXHIBIT A**

**Exact Duplicate Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Exact Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | CAMERON ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 02/09/2015 | 14-10979 (CSS) | 9970 | $110,428.30 | CAMERON INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 01/22/2015 | 14-10979 (CSS) | 9945 | $110,428.30 | Exact Duplicate |
| 2 | CAMERON ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 02/09/2015 | 14-10989 (CSS) | 9972 | $126.36 | CAMERON INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 01/22/2015 | 14-10989 (CSS) | 9950 | $126.36 | Exact Duplicate |
| 3 | CAMERON ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 02/09/2015 | 14-10996 (CSS) | 9974 | $15.29 | CAMERON INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 01/22/2015 | 14-10996 (CSS) | 9947 | $15.29 | Exact Duplicate |
| | | | TOTAL | | $110,569.95 | | | | | | |