**EXHIBIT 1** to **EXHIBIT A**

**Substantive Duplicate Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | CONSOLIDATED COMMUNICATIONS 121 SOUTH 17TH STREET MATTOON, IL 61938 | 06/30/2015 | 14-10996 (CSS) | 10086 | $9,553.31 | CONSOLIDATED COMMUNICATIONS INC. 121 S 17TH ST MATTOON, IL 61938-3915 | 06/13/2014 | 14-10996[1] (CSS) | 1979 | $9,553.31 | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |
| 2 | MW SMITH EQUIPMENT INC, A DXP COMPANY C/O DXP ENTERPRISES INC 7272 PINEMONT HOUSTON, TX 77040 | 06/25/2015 | 14-11042 (CSS) | 10081 | $6,062.53 | MW SMITH EQUIPMENT INC, A DXP COMPANY C/O DXP ENTERPRISES INC 7272 PINEMONT HOUSTON, TX 77040 | 10/22/2014 | 14-11042 (CSS) 14-11032[2] (CSS) | 5835 | $164.56 $5,898.00 | Claimed invoice in claim to be disallowed appears to be included in remaining claim. |
| | | | | | | | | Subtotal | | $6,062.56 | |

---

[1] Claim 1979 was modified 7/15/2015, by the Order Sustaining Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims (DI. 5006).
[2] Claim 5835 was modified 7/15/2015, by the Order Sustaining Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims (DI. 5006).

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 3 YORK PUMP & EQUIPMENT, A DXP COMPANY C/O DXP ENTERPRISES INC 7272 PINEMONT HOUSTON, TX 77040 | 06/25/2015 | 14-11042 (CSS) | 10080 | $973.85 | YORK PUMP & EQUIPMENT, A DXP COMPANY C/O DXP ENTERPRISES INC 7272 PINEMONT HOUSTON, TX 77040 | 10/22/2014 | 14-11042[3] (CSS) | 5844 | $973.85 | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |
| | | | TOTAL | $16,589.69 | | | | | | |

---

[3] Claim 5844 was modified 7/15/2015, by the Order Sustaining Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims (DI. 5006).