**EXHIBIT 2** to **EXHIBIT A**

**No Liability Claims**

RLF1 12941748v.1

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | EZELL AVIATION INC<br>PO BOX 1793<br>BRECKENRIDGE, TX 76424 | | Multiple Debtors Asserted | 10/16/2014 | 5427 | $6,217.30 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| | | | | | TOTAL | $6,217.30 | |