**EXHIBIT 1** to **EXHIBIT A**

Wrong Debtor and Modify Amount Claims

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | COMPUTER ASSOCIATES 1 COMPUTER ASSOCIATES PLAZA ISLANDIA, NY 11788-7004 | 5826 | No Debtor Asserted | Unsecured | $96,624.19 | EFH Corporate Services Company | Unsecured | $89,668.63 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for cancelled software maintenance contract.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | DNOW L.P. C/O DISTRIBUTION NOW L.P. ATTN: MS. KORI MILLS 7402 N. ELDRIDGE PARKWAY HOUSTON, TX 77041 | 9931 | Luminant Mining Company LLC | Unsecured | $149,021.03 | Luminant Generation Company LLC | Unsecured | $19,951.57 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $57,808.82 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $11,779.21 |
| | | | | | | | Subtotal | $89,539.60 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) amounts paid via ACH numbers 8000737668 and 8000937572 on 3/26/2009 and 4/3/2014, respectively; (2) work performed in excess of Purchase Order issued by the Debtors; (3) amounts the Debtors are not liable for, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC; and (4) review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant.

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | WAUKESHA-PEARCE INDUSTRIES, INC. PO BOX 35068 HOUSTON, TX 77235-5068 | 580 | Luminant Mining Company LLC | Unsecured | $337,142.80 | Luminant Generation Company LLC | Unsecured | $119.18 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $131,237.38 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $9,325.00 |
| | | | | | | | Subtotal | $140,681.56 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) the difference of $195,488.95, which is accounted for in claim no. 3413 on the claims register and (2) amount owed according to Debtors' books and records (invoices submitted for closed Purchase Order).

| | | | TOTAL | $582,788.02 | | TOTAL | $319,889.79 |