# EXHIBIT 2 to EXHIBIT A

## Wrong Debtor and Modify Priority Claims

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AIRGAS USA, LLC ATTN: TIFFANY JEANS 110 W. 7TH STREET, SUITE 1300 TULSA, OK 74119 | 3315 | Luminant Generation Company LLC | 503(b)(9) | $288.18 | Luminant Generation Company LLC | 503(b)(9) | $177.33 |
| | | | Luminant Generation Company LLC | Unsecured | $19,672.62 | Luminant Generation Company LLC | Unsecured | $1,007.00 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $15,841.47 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $2,935.00 |
| | | | | Subtotal | $19,960.80 | | Subtotal | $19,960.80 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $19,960.80 | | TOTAL | $19,960.80 |

Page 1 of 1