## EXHIBIT 3 to EXHIBIT A

**Wrong Debtor, Modify Amount, and Modify Priority Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Priority Claims

[NONE]

Page 1 of 1