**EXHIBIT 4** to **EXHIBIT A**

**Modify Amount Claims**

RLF1 12941752v.1

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | LOCHRIDGE-PRIEST INC<br>PO BOX 154187<br>WACO, TX 76715 | 4812 | Oak Grove Management Company LLC | Unsecured | $79,644.16 | Oak Grove Management Company LLC | Unsecured | $40,152.30 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for (1) amount paid via check number 1002626207 on 7/23/2012 and (2) review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | | | |
| 2 | REPUBLIC SERVICES NATIONAL ACCOUNTS<br>PO BOX 99917<br>CHICAGO, IL 60696-7717 | 4872 | Oak Grove Management Company LLC | Unsecured | $146,399.77 | Oak Grove Management Company LLC | Unsecured | $42,630.15 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for (1) the difference of $101,188.28, which is accounted for in claim nos. 4873, 4874 and 4875 on the claim register and (2) maximum fuel/environmental recovery fee (Debtor only pays up to a 10.25% fuel/environmental recovery fee, per contract with claimant). | | | | | | | |
| 3 | REPUBLIC SERVICES NATIONAL ACCOUNTS<br>PO BOX 99917<br>CHICAGO, IL 60696-7717 | 4873 | Luminant Mining Company LLC | Unsecured | $146,399.77 | Luminant Mining Company LLC | Unsecured | $35,612.76 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for (1) difference of $105,920.47, which is accounted for in claim nos. 4872, 4874 and 4875 on the claim register and (2) maximum fuel/environmental recovery fee (Debtor only pays up to a 10.25% fuel/environmental recovery fee, per contract with claimant). | | | | | | | |
| 4 | REPUBLIC SERVICES NATIONAL ACCOUNTS<br>PO BOX 99917<br>CHICAGO, IL 60696-7717 | 4875 | TXU Energy Retail Company LLC | Unsecured | $146,399.77 | TXU Energy Retail Company LLC | Unsecured | $2,717.55 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for (1) difference of $138,092.17, which is accounted for in claim nos. 4872, 4873 and 4874 on the claim register and (2) maximum fuel/environmental recovery fee (Debtor only pays up to a 10.25% fuel/environmental recovery fee, per contract with claimant). | | | | | | | |
| | | | | TOTAL | $518,843.47 | | TOTAL | $121,112.76 |