**EXHIBIT 5** to **EXHIBIT A**

Modify Amount and Modify Priority Claims

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount and Modify Priority Claims

[NONE]