**EXHIBIT 6 to EXHIBIT A**

**Modify Priority Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | PLANT EQUIPMENT & SERVICES INC 5401 W STATE HWY 21 BRYAN, TX 77803 | 7822 | Luminant Generation Company LLC | 503(b)(9) | $945.00 | Luminant Generation Company LLC | Unsecured | $945.00 |
| | REASON FOR MODIFICATION: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status. | | | | | | | |
| | | | | TOTAL | $945.00 | | TOTAL | $945.00 |