# Exhibit A

## Correspondence with Tremble Parties

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

Brian Schartz
To Call Writer Directly:
(212) 446-3321
brian.schartz@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

July 27, 2015

**VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED**

Ms. Selia Tremble Shawkey
712 South 37th Street
San Diego, CA 92113

Re:  **In re Energy Future Holdings Corp., *et al.*
Case No. 14-10979 (CSS) (Jointly Administered)**

Dear Ms. Shawkey:

We represent Energy Future Holdings Corp. and certain of its affiliates (collectively, the "Debtors") in connection with their pending cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors commenced the chapter 11 cases on April 29, 2014 (the "Petition Date").

We have filed a motion in the Bankruptcy Court seeking a determination that the automatic stay does not apply to the following litigation between you and certain of the Debtors before the Court of Appeals of the Sixth Appellate District in the State of Texas: *Tremble v. Luminant*, No. 06-15-0004-CV (Tex.App. 6th Dist., Jan. 20, 2015); *Tremble v. Luminant*, No. 06-15-0005-CV (Tex.App. 6th Dist., Jan. 20, 2015); *Tremble v. Luminant*, No. 06-15-0006-CV (Tex.App. 6th Dist., Jan. 20, 2015). You have the opportunity to object to this motion. Any such objection must be filed with the Bankruptcy Court by 4:00 p.m. prevailing Eastern Time on August 4, 2015. In addition, we also anticipate filing a formal objection to the *Motion Not To Reinstate Appeal* [D.I. 4967] filed by you in the Bankruptcy Court. You have the opportunity to reply to our objection. Any such reply must be filed by 4:00 p.m. prevailing Eastern Time on August 6, 2015.

If we cannot resolve these matters consensually, a hearing is scheduled for August 11, 2015 at 9:30 a.m. in the Bankruptcy Court. The Court expects that all individuals involved in any contested matters appear in person before the Court, unless special accommodations can be made in advance for a telephonic appearance.

## KIRKLAND & ELLIS LLP

July 27, 2015
Page 2

    Additional information about the chapter 11 cases is available on www.efhcaseinfo.com. If you have any questions, please contact me at the numbers above.

                                      Sincerely,

                                      */s/ Brian E. Schartz*
                                      Brian E. Schartz

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

Brian Schartz
To Call Writer Directly:
(212) 446-3321
brian.schartz@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

July 27, 2015

**VIA CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**

Mr. Wilmer Forrest Tremble, Jr.
3615 Sheldon Drive
Pearland, TX 77584

    Re:    **In re Energy Future Holdings Corp.,** *et al.*
             **Case No. 14-10979 (CSS) (Jointly Administered)**

Dear Mr. Tremble:

    We represent Energy Future Holdings Corp. and certain of its affiliates (collectively, the "Debtors") in connection with their pending cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors commenced the chapter 11 cases on April 29, 2014 (the "Petition Date").

    We have filed a motion in the Bankruptcy Court seeking a determination that the automatic stay does not apply to the following litigation between you and certain of the Debtors before the Court of Appeals of the Sixth Appellate District in the State of Texas: *Tremble v. Luminant*, No. 06-15-0004-CV (Tex.App. 6th Dist., Jan. 20, 2015); *Tremble v. Luminant*, No. 06-15-0005-CV (Tex.App. 6th Dist., Jan. 20, 2015); *Tremble v. Luminant*, No. 06-15-0006-CV (Tex.App. 6th Dist., Jan. 20, 2015). You have the opportunity to object to this motion. Any such objection must be filed with the Bankruptcy Court by 4:00 p.m. prevailing Eastern Time on August 4, 2015. In addition, we also anticipate filing a formal objection to the *Motion Not To Reinstate Appeal* [D.I. 4967] filed by you in the Bankruptcy Court. You have the opportunity to reply to our objection. Any such reply must be filed by 4:00 p.m. prevailing Eastern Time on August 6, 2015.

    If we cannot resolve these matters consensually, a hearing is scheduled for August 11, 2015 at 9:30 a.m. in the Bankruptcy Court. The Court expects that all individuals involved in any contested matters appear in person before the Court, unless special accommodations can be made in advance for a telephonic appearance.

Beijing    Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

## KIRKLAND & ELLIS LLP

July 27, 2015
Page 2

 Additional information about the chapter 11 cases is available on www.efhcaseinfo.com. If you have any questions, please contact me at the numbers above.

      Sincerely,

      */s/ Brian E. Schartz*
      Brian E. Schartz

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

Brian Schartz
To Call Writer Directly:
(212) 446-3321
brian.schartz@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

July 27, 2015

**VIA CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**

Ms. Sharon Tremble Donaldson
2010 Wineberry Drive
Katy, TX 77450

   Re: **In re Energy Future Holdings Corp.,** *et al.*
      **Case No. 14-10979 (CSS) (Jointly Administered)**

Dear Ms. Donaldson:

  We represent Energy Future Holdings Corp. and certain of its affiliates (collectively, the "Debtors") in connection with their pending cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors commenced the chapter 11 cases on April 29, 2014 (the "Petition Date").

  We have filed a motion in the Bankruptcy Court seeking a determination that the automatic stay does not apply to the following litigation between you and certain of the Debtors before the Court of Appeals of the Sixth Appellate District in the State of Texas: *Tremble v. Luminant*, No. 06-15-0004-CV (Tex.App. 6th Dist., Jan. 20, 2015); *Tremble v. Luminant*, No. 06-15-0005-CV (Tex.App. 6th Dist., Jan. 20, 2015); *Tremble v. Luminant*, No. 06-15-0006-CV (Tex.App. 6th Dist., Jan. 20, 2015). You have the opportunity to object to this motion. Any such objection must be filed with the Bankruptcy Court by 4:00 p.m. prevailing Eastern Time on August 4, 2015. In addition, we also anticipate filing a formal objection to the *Motion Not To Reinstate Appeal* [D.I. 4967] filed by you in the Bankruptcy Court. You have the opportunity to reply to our objection. Any such reply must be filed by 4:00 p.m. prevailing Eastern Time on August 6, 2015.

  If we cannot resolve these matters consensually, a hearing is scheduled for August 11, 2015 at 9:30 a.m. in the Bankruptcy Court. The Court expects that all individuals involved in any contested matters appear in person before the Court, unless special accommodations can be made in advance for a telephonic appearance.

Beijing  Hong Kong  London  Los Angeles  Munich  New York  Palo Alto  San Francisco  Shanghai  Washington, D.C.

## KIRKLAND & ELLIS LLP

July 27, 2015
Page 2

Additional information about the chapter 11 cases is available on www.efhcaseinfo.com. If you have any questions, please contact me at the numbers above.

Sincerely,

Brian E. Schartz

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

Brian Schartz
To Call Writer Directly:
(212) 446-3321
brian.schartz@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

July 27, 2015

**VIA CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**

Ms. Billie J. Murphy Tremble
2806 Evans Street
Marshall, TX 75670

Re:   **In re Energy Future Holdings Corp.,** *et al.*
      **Case No. 14-10979 (CSS) (Jointly Administered)**

Dear Ms. Tremble:

We represent Energy Future Holdings Corp. and certain of its affiliates (collectively, the "Debtors") in connection with their pending cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors commenced the chapter 11 cases on April 29, 2014 (the "Petition Date").

We have filed a motion in the Bankruptcy Court seeking a determination that the automatic stay does not apply to the following litigation between you and certain of the Debtors before the Court of Appeals of the Sixth Appellate District in the State of Texas: *Tremble v. Luminant*, No. 06-15-0004-CV (Tex.App. 6th Dist., Jan. 20, 2015); *Tremble v. Luminant*, No. 06-15-0005-CV (Tex.App. 6th Dist., Jan. 20, 2015); *Tremble v. Luminant*, No. 06-15-0006-CV (Tex.App. 6th Dist., Jan. 20, 2015). You have the opportunity to object to this motion. Any such objection must be filed with the Bankruptcy Court by 4:00 p.m. prevailing Eastern Time on August 4, 2015. In addition, we also anticipate filing a formal objection to the *Motion Not To Reinstate Appeal* [D.I. 4967] filed by you in the Bankruptcy Court. You have the opportunity to reply to our objection. Any such reply must be filed by 4:00 p.m. prevailing Eastern Time on August 6, 2015.

If we cannot resolve these matters consensually, a hearing is scheduled for August 11, 2015 at 9:30 a.m. in the Bankruptcy Court. The Court expects that all individuals involved in any contested matters appear in person before the Court, unless special accommodations can be made in advance for a telephonic appearance.

Beijing    Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

## KIRKLAND & ELLIS LLP

July 27, 2015
Page 2

 Additional information about the chapter 11 cases is available on www.efhcaseinfo.com. If you have any questions, please contact me at the numbers above.

       Sincerely,

       */s/ Brian E. Schartz*
       Brian E. Schartz

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

Brian Schartz
To Call Writer Directly:
(212) 446-3321
brian.schartz@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

August 10, 2015

**VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED**

Selia Tremble Shawkey
712 South 37th St.
San Diego, CA 92113

Re:   **In re Energy Future Holdings Corp.,** *et al.*
      **Case No. 14-10979 (CSS) (Jointly Administered)**

Dear Ms. Shawkey:

We write as follow up to our telephone conversation with you on July 31, 2015, regarding the motion we filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking a determination that the automatic stay does not apply to certain litigation between you and Luminant Mining Company LLC before the Court of Appeals of the Sixth Appellate District in the State of Texas (the "Motion").[1]

In particular, we wanted to confirm that, pursuant to our telephone conversation, we notified the Bankruptcy Court of our agreement to remove this matter from the Bankruptcy Court's agenda for the August 11, 2015 hearing. We understand that this will provide time for you to review our Motion and for us to attempt to reach a mutual resolution with which you are comfortable. To that end, we have not filed an objection to the *Motion Not To Reinstate Appeal* [D.I. 4967] filed by you in the Bankruptcy Court.

You have the opportunity to object to our motion, just as we have the opportunity to object to yours. Any such objection must be filed with the Bankruptcy Court by 4:00 p.m. prevailing Eastern Time on September 10, 2015.

If we cannot resolve these matters consensually, a hearing is scheduled for September 17, 2015 at 9:30 a.m. in the Bankruptcy Court. The Court expects that all individuals involved in any

---

[1] Motion of Energy Future Holdings Corp., et al., for Entry of an Order Confirming that No Automatic Stay is in Effect or, in the Alternative, Modifying the Automatic Stay to Permit Luminant Mining Company LLC and Energy Future Holdings Corp. to Proceed with Certain Litigation. [D.I. 5067].

Beijing    Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

KIRKLAND & ELLIS LLP

August 6, 2015
Page 2

contested matters appear in person before the Court, unless special accommodations can be made in advance for a telephonic appearance.

    Additional information about the chapter 11 cases is available on www.efhcaseinfo.com. If you have any questions, please contact me at the numbers above.

                                              Sincerely,

                                              Brian E. Schartz

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

Brian Schartz
To Call Writer Directly:
(212) 446-3321
brian.schartz@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

August 10, 2015

**VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED**

Sharon Tremble Donaldson
2010 Wineberry Drive
Katy, TX 77450

Re:   **In re Energy Future Holdings Corp.,** *et al.*
      **Case No. 14-10979 (CSS) (Jointly Administered)**

Dear Ms. Donaldson:

We write as follow up to our telephone conversation with you on July 31, 2015, regarding the motion we filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking a determination that the automatic stay does not apply to certain litigation between you and Luminant Mining Company LLC before the Court of Appeals of the Sixth Appellate District in the State of Texas (the "Motion").[1]

In particular, we wanted to confirm that, pursuant to our telephone conversation, we notified the Bankruptcy Court of our agreement to remove this matter from the Bankruptcy Court's agenda for the August 11, 2015 hearing. We understand that this will provide time for you to review our Motion and for us to attempt to reach a mutual resolution with which you are comfortable. To that end, we have not filed an objection to the *Motion Not To Reinstate Appeal* [D.I. 4967] filed by you in the Bankruptcy Court.

You have the opportunity to object to our motion, just as we have the opportunity to object to yours. Any such objection must be filed with the Bankruptcy Court by 4:00 p.m. prevailing Eastern Time on September 10, 2015.

If we cannot resolve these matters consensually, a hearing is scheduled for September 17, 2015 at 9:30 a.m. in the Bankruptcy Court. The Court expects that all individuals involved in any

---

[1]   Motion of Energy Future Holdings Corp., et al., for Entry of an Order Confirming that No Automatic Stay is in Effect or, in the Alternative, Modifying the Automatic Stay to Permit Luminant Mining Company LLC and Energy Future Holdings Corp. to Proceed with Certain Litigation. [D.I. 5067].

Beijing    Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

## KIRKLAND & ELLIS LLP

August 6, 2015
Page 2

contested matters appear in person before the Court, unless special accommodations can be made in advance for a telephonic appearance.

 Additional information about the chapter 11 cases is available on www.efhcaseinfo.com. If you have any questions, please contact me at the numbers above.

      Sincerely,

      */s/ Brian E. Schartz*
      Brian E. Schartz

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

Brian Schartz
To Call Writer Directly:
(212) 446-3321
brian.schartz@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

August 10, 2015

**VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED**

Ms. Billie J. Murphy Tremble
2806 Evans Street
Marshall, TX 75670

> Re:   **In re Energy Future Holdings Corp., *et al.*
> Case No. 14-10979 (CSS) (Jointly Administered)**

Dear Ms. Tremble:

We write as follow up to our telephone conversation with you on July 31, 2015, regarding the motion we filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking a determination that the automatic stay does not apply to certain litigation between you and Luminant Mining Company LLC before the Court of Appeals of the Sixth Appellate District in the State of Texas (the "Motion").[1]

In particular, we wanted to confirm that, pursuant to our telephone conversation, we notified the Bankruptcy Court of our agreement to remove this matter from the Bankruptcy Court's agenda for the August 11, 2015 hearing. We understand that this will provide time for you to review our Motion and for us to attempt to reach a mutual resolution with which you are comfortable. To that end, we have not filed an objection to the *Motion Not To Reinstate Appeal* [D.I. 4967] filed by you in the Bankruptcy Court.

You have the opportunity to object to our motion, just as we have the opportunity to object to yours. Any such objection must be filed with the Bankruptcy Court by 4:00 p.m. prevailing Eastern Time on September 10, 2015.

If we cannot resolve these matters consensually, a hearing is scheduled for September 17, 2015 at 9:30 a.m. in the Bankruptcy Court. The Court expects that all individuals involved in any

---

[1] Motion of Energy Future Holdings Corp., et al., for Entry of an Order Confirming that No Automatic Stay is in Effect or, in the Alternative, Modifying the Automatic Stay to Permit Luminant Mining Company LLC and Energy Future Holdings Corp. to Proceed with Certain Litigation. [D.I. 5067].

**KIRKLAND & ELLIS LLP**

August 6, 2015
Page 2

contested matters appear in person before the Court, unless special accommodations can be made in advance for a telephonic appearance.

    Additional information about the chapter 11 cases is available on www.efhcaseinfo.com. If you have any questions, please contact me at the numbers above.

                Sincerely,

                Brian E. Schartz

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

Brian Schartz
To Call Writer Directly:
(212) 446-3321
brian.schartz@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

August 10, 2015

**VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED**

Mr. Wilmer Forrest Tremble, Jr.
3615 Sheldon Drive
Pearland, TX 77584

Re:   **In re Energy Future Holdings Corp.,** *et al.*
      **Case No. 14-10979 (CSS) (Jointly Administered)**

Dear Mr. Tremble:

We write as follow up to our telephone conversation with you on July 31, 2015, regarding the motion we filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking a determination that the automatic stay does not apply to certain litigation between you and Luminant Mining Company LLC before the Court of Appeals of the Sixth Appellate District in the State of Texas (the "Motion").[1]

In particular, we wanted to confirm that, pursuant to our telephone conversation, we notified the Bankruptcy Court of our agreement to remove this matter from the Bankruptcy Court's agenda for the August 11, 2015 hearing. We understand that this will provide time for you to review our Motion and for us to attempt to reach a mutual resolution with which you are comfortable. To that end, we have not filed an objection to the *Motion Not To Reinstate Appeal* [D.I. 4967] filed by you in the Bankruptcy Court.

You have the opportunity to object to our motion, just as we have the opportunity to object to yours. Any such objection must be filed with the Bankruptcy Court by 4:00 p.m. prevailing Eastern Time on September 10, 2015.

If we cannot resolve these matters consensually, a hearing is scheduled for September 17, 2015 at 9:30 a.m. in the Bankruptcy Court. The Court expects that all individuals involved in any

---

[1]   Motion of Energy Future Holdings Corp., et al., for Entry of an Order Confirming that No Automatic Stay is in Effect or, in the Alternative, Modifying the Automatic Stay to Permit Luminant Mining Company LLC and Energy Future Holdings Corp. to Proceed with Certain Litigation. [D.I. 5067].

## KIRKLAND & ELLIS LLP

August 6, 2015
Page 2

contested matters appear in person before the Court, unless special accommodations can be made in advance for a telephonic appearance.

    Additional information about the chapter 11 cases is available on www.efhcaseinfo.com. If you have any questions, please contact me at the numbers above.

                              Sincerely,

                              Brian E. Schartz