**EXHIBIT A**

**Professional Fees and Expenses
Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue New York, NY 10024 | Seventh Monthly Fee Statement June 1, 2015 through June 30, 2015 Docket No. 5256 | $253,785.00 | $242.50 | 08/31/2015 | $203,028.00 | $242.50 | $50,757.00 |

SL1 1382584v1 109285.00005