# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No.: 14-10979 (CSS) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re: Docket Nos. 1833, 4916 & 5771** |
| | ) | |

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY RELATED TO THE CONFIRMATION PROCEEDINGS

Pursuant to this Court's Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order entered on July 2, 2015 (D.I. 4916) (the "Confirmation Scheduling Order"), David William Fahy, by and through his undersigned counsel, hereby provides notice of his intent to participate in discovery related to the Confirmation Proceedings[2]. In support thereof, David William Fahy provides the following:

### I.      David William Fahy Information:

1.      The address for David William Fahy is c/o Ethan Early, Early Lucarelli Sweeney & Strauss, 265 Church Street, 11th Floor, New Haven, CT 06508-1866.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http:;//www.efhcaseinfo.com. The debtors are referred to collectively and individually herein as the "Debtors."

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Confirmation Scheduling Order.

2.      The name and address of counsel to David William Fahy is (1) Daniel K. Hogan, HOGAN♦McDANIEL,1311 Delaware Avenue, Wilmington, Delaware 19806, Telephone: (302) 656-7540, Facsimile: (302) 656-7599; and (2) Ethan Early, Early Lucarelli Sweeney & Strauss, 265 Church Street, 11th Floor, New Haven, CT 06508-1866, Telephone: (203) 777-7799, Facsimile: (203) 785-1671.

## II.     David William Fahy's Claims Against Debtors

3.      David William Fahy's claims against the Debtors relate to exposure to asbestos at known Debtor locations such as the Florida Power & Light (Fort Myers, FL), Robinson Station (Houston, TX), Little Gypsy Power Plant (La Place, LA), and Eagle Point Power Generation Facility (NJ).  David William Fahy suffers from mesothelioma. Therefore, David William Fahy is a current, manifested claimant.

4.      David William Fahy agrees to be bound by the Confidentiality Agreement and Stipulated Protective Order approved by the Court on August 13, 2014 [Docket No. 1833].  David William Fahy will transmit to Debtors, under separate cover, a Declaration of Acknowledgment and Agreement to be Bound by the Confidentiality Agreement and Stipulated Protective Order, to be executed by his proxy, Ethan Early, of Early Lucarelli Sweeney & Strauss.  A true and correct copy of the proxy is attached hereto as **Exhibit A**.

Dated: September 10, 2015         Respectfully submitted:
       Wilmington, Delaware

                                               By:   /s/ *Daniel K. Hogan*
                                                       Daniel K. Hogan (DE Bar # 2814)
                                                       **HOGAN♦McDANIEL**
                                                       1311 Delaware Avenue
                                                       Wilmington, Delaware  19806
                                                       Telephone:  (302) 656-7540
                                                       Facsimile: (302) 656-7599
                                                       dkhogan@dkhogan.com

                                                       -and-

                                                       Ethan Early (CT Juris # 417930)
                                                       Early Lucarelli Sweeney & Strauss
                                                       265 Church Street, 11th Floor
                                                       New Haven, CT 06508-1866
                                                       Telephone: (203) 777-7799
                                                       Facsimile: (203) 785-1671

                                                       *Attorneys for David William Fahy*