**EXHIBIT 1** to **EXHIBIT A**

**Wrong Debtor Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## TWENTY-NINE OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | COHESIVE INFORMATION SOLUTIONS INC 9694 MADISON BLVD STE B2 MADISON, AL 35758 | 5726 | Luminant Generation Company LLC | Unsecured | $225,269.57 | EFH Corporate Services Company | Unsecured | $225,269.57 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | HUSCH BLACKWELL LLP ATTN: GARY L. VINCENT, ESQ. 190 CARONDELET PLAZA SUITE 600 SAINT LOUIS, MO 63105 | 2496 | Luminant Holding Company LLC | Unsecured | $720.00 | Energy Future Holdings Corp. | Unsecured | $720.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | MEDIA MANAGEMENT 1801 ROYAL LANE STE 906 DALLAS, TX 75229 | 5701 | TXU Energy Retail Company LLC | Unsecured | $9,855.09 | EFH Corporate Services Company | Unsecured | $3,291.88 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $6,563.21 |
| | | | | | | | Subtotal | $9,855.09 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | QUORUM BUSINESS SOLUTIONS (USA) INC. 811 MAIN STREET, SUITE 2000 HOUSTON, TX 77002 | 5825 | Luminant Mining Company LLC | Unsecured | $150,862.76 | EFH Corporate Services Company | Unsecured | $75,431.38 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $75,431.38 |
| | | | | | | | Subtotal | $150,862.76 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

# ENERGY FUTURE HOLDINGS CORP., et al.

## TWENTY-NINE OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | SOUTHWEST OFFICE SYSTEMS INC PO BOX 612248 DFW AIRPORT, TX 75261-2248 | 4694 | Luminant Generation Company LLC | Unsecured | $14,526.44 | EFH Corporate Services Company | Unsecured | $991.39 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $10,604.52 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $2,930.53 |
| | | | | | | | Subtotal | $14,526.44 |
| | | | | TOTAL | $401,233.86 | | TOTAL | $401,233.86 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.