**EXHIBIT 1** to **EXHIBIT A**

**Disputed Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR(S) | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | GRIMES, GARY A<br>120 W MAIN ST STE 201<br>MESQUITE, TX 75149-4224 | 1465 | TXU Energy Retail Company LLC | Unsecured | $656.26 | EFH Corporate Services Company | Unsecured | $618.65 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | | | |
| 2 | REPUBLIC SERVICES NATIONAL ACCOUNTS<br>PO BOX 99917<br>CHICAGO, IL 60696-7717 | 4874 | Luminant Generation Company LLC | Unsecured | $146,399.77 | EFH Corporate Services Company | Unsecured | $9,154.10 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $56,460.02 |
| | | | | | | | Subtotal | $65,614.12 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) the difference of $77,104.73, which is accounted for in claim nos. 4872, 4873 and 4875 on the claim register and (2) maximum fuel/environmental recovery fee (Debtor only pays up to a 10.25% fuel/environmental recovery fee, per contract with claimant). | | | | | | | |
| | | | | TOTAL | $147,056.03 | | TOTAL | $66,232.77 |