# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**STIPULATION AND CONSENT ORDER EXTENDING
CERTAIN DEADLINES IN THE FINAL CASH COLLATERAL ORDER**

Texas Competitive Electric Holdings Company LLC ("TCEH"), Energy

Future Competitive Holdings Company LLC ("EFCH"), certain of TCEH's direct and

indirect subsidiaries that are debtors and debtors-in-possession in the above-captioned

cases (collectively with TCEH and EFCH, the "TCEH Debtors"), Wilmington Trust,

N.A., as successor collateral agent (the "First Lien Collateral Agent") and successor

administrative agent (the "First Lien Administrative Agent") under that certain Credit

Agreement dated as of October 10, 2007 (as amended, modified, or supplemented from

time to time), Delaware Trust Company (f/k/a CSC Trust Company of Delaware), as

successor indenture trustee (the "First Lien Notes Trustee") under that certain Indenture

dated April 19, 2011, for the 11.50% senior secured notes due October 1, 2020, the

official committee of unsecured creditors of the TCEH Debtors (the "TCEH

Committee"), the unofficial committee of certain unaffiliated holders of, *inter alia*, first

lien senior secured claims against the TCEH Debtors (the "TCEH First Lien Ad Hoc

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The
      location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large
      number of debtors in these chapter 11 cases, for which joint administration has been granted, a
      complete list of the debtors and the last four digits of their federal tax identification numbers is not

Committee"), and the ad hoc group of certain holders of unsecured notes issued by TCEH

(the "Ad Hoc Noteholder Group", and together with the TCEH Committee, the "T-Side

Movants") hereby stipulate and agree as follows:

A.    On April 29, 2014, each of the TCEH Debtors filed a voluntary

petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code")

in the United States Bankruptcy Court for the District of Delaware (this "Court")

commencing these chapter 11 cases.  These cases are jointly administered and have been

consolidated for procedural purposes only.

B.    The TCEH Debtors continue to manage and operate their

businesses and properties as debtors in possession pursuant to sections 1107 and 1108 of

the Bankruptcy Code.  No trustee or examiner has been appointed in these cases.

C.    On June 6, 2014, the Court entered the *Final Order*

*(A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings*

*Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection,*

*and (C) Modifying the Automatic Stay* (the "Final Cash Collateral Order")[2] [Docket No.

855].

D.    On August 8, 2014, the Court entered the *Stipulation and Consent*

*Order Extending Certain Deadlines in the Final Cash Collateral Order* (the "First

Challenge Period Stipulation") [Docket No. 1771] pursuant to which, *inter alia*, the Court

modified the deadline established pursuant to paragraph 15 of the Final Cash Collateral

---

provided herein.  A complete list of such information may be obtained on the website of the debtors'
claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have meaning ascribed to such terms in
the Final Cash Collateral Order.

Order for parties in interest to challenge the stipulations and admissions contained in the Final Cash Collateral Order.

> E.    On September 19, 2014, the Court entered the *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order* (the "Second Challenge Period Stipulation") [Docket No. 2083] pursuant to which, *inter alia*, the Court modified the deadline established pursuant to paragraph 15 of the Final Cash Collateral Order for parties in interest to challenge the stipulations and admissions contained in the Final Cash Collateral Order.

> F.    On November 5, 2014, the Court entered the *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order* (the "Third Challenge Period Stipulation") [Docket No. 2704] pursuant to which, *inter alia*, the Court modified the deadline established pursuant to paragraph 15 of the Final Cash Collateral Order for parties in interest to challenge the stipulations and admissions contained in the Final Cash Collateral Order.

> G.    On December 2, 2014, the Court entered the *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order* (the "Fourth Challenge Period Stipulation") [Docket No. 2916] pursuant to which, *inter alia*, the Court modified the deadline established pursuant to paragraph 15 of the Final Cash Collateral Order for parties in interest to challenge the stipulations and admissions contained in the Final Cash Collateral Order.

> H.    On January 27, 2015, the Court entered the *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order* (the "Fifth Challenge Period Stipulation") [Docket No. 3380] pursuant to which, *inter alia*,

the Court modified the deadline established pursuant to paragraph 15 of the Final Cash Collateral Order for parties in interest to challenge the stipulations and admissions contained in the Final Cash Collateral Order.

        I.      On February 19, 2015, the TCEH Committee filed the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Exclusive Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and Disallowance of Claims* [Docket No. 3593] (the "TCEH Committee Standing Motion"), pursuant to which the TCEH Committee seeks standing to bring certain alleged claims and causes of action on behalf of the TCEH Debtors.

        J.      On February 19, 2015, the Ad Hoc Noteholder Group filed the *Motion of the Ad Hoc Group of TCEH Unsecured Noteholders for Entry of an Order Granting Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and Disallowance of Claims* [Docket No. 3603] (the "Ad Hoc Noteholder Group Standing Motion"), pursuant to which the Ad Hoc Noteholder Group seeks standing to bring certain alleged claims and causes of action on behalf of the TCEH Debtors.

        K.      On February 19, 2015, the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "EFH Committee", and together with the TCEH Committee and the Ad Hoc Noteholder Group, the "Movants") filed the

*Motion of the EFH Official Committee for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of the Luminant Debtors' Estates* [Docket No. 3605] (the "<u>EFH Committee Standing Motion</u>", and together with the TCEH Committee Standing Motion and the Ad Hoc Noteholder Group Standing Motion, the "<u>Standing Motions</u>"), pursuant to which the EFH Committee seeks standing to bring certain alleged claims and causes of action on behalf of Luminant Generation Company LLC and certain of its subsidiaries.

L.    On March 3, 2015, certain parties (the "<u>Objectors</u>") filed objections and responses to the Standing Motions (collectively, with any other objections or responses that may be filed with the Court, the "<u>Objections</u>").

M.    On March 10, 2015, the Court entered the *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order* (the "<u>Sixth Challenge Period Stipulation</u>") [Docket No. 3857] pursuant to which, *inter alia*, the Court modified the deadline established pursuant to paragraph 15 of the Final Cash Collateral Order for the Movants to assert the Express Challenges (as defined in the Sixth Challenge Period Stipulation). Pursuant to the Sixth Challenge Period Stipulation, for all parties in interest other than the Movants and, with respect to such Movants, for any challenges other than the Express Challenges, the deadline established pursuant to paragraph 15 of the Final Cash Collateral Order to challenge the stipulations and admissions contained in the Final Cash Collateral Order expired on March 13, 2015.

N.    On April 17, 2015, the Court entered the *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order* (the "<u>Seventh Challenge Period Stipulation</u>") [Docket No. 4210] pursuant to which, *inter alia*, the Court

modified the deadline established pursuant to paragraph 15 of the Final Cash Collateral Order for the Movants to assert the Express Challenges (as defined in the Seventh Challenge Period Stipulation).

O.    On July 9, 2015, the Court entered the *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order* (the "Eighth Challenge Period Stipulation", and together with the First Challenge Period Stipulation, the Second Challenge Period Stipulation, the Third Challenge Period Stipulation, the Fourth Challenge Period Stipulation, the Fifth Challenge Period Stipulation, the Sixth Challenge Period Stipulation, and the Seventh Challenge Period Stipulation, the "Prior Challenge Period Stipulations") [Docket No. 4958] pursuant to which, *inter alia*, the Court modified the deadline established pursuant to paragraph 15 of the Final Cash Collateral Order for the Movants to assert the Express Challenges (as defined in the Eighth Challenge Period Stipulation).

P.    On August 10, 2015, the Debtors filed the *Motion of Energy Future Holdings Corp.,* et. al.*, to Authorize the Debtors to Enter into and Perform Under the Plan Support Agreement* [Docket No. 5248], pursuant to which the Debtors seek entry of an order approving and authorizing the Debtors to enter into and perform under the Plan Support Agreement attached as an exhibit thereto (the "PSA").

Q.    On August 10, 2015, the Debtors filed the *Motion of Energy Future Holdings Corp.,* et. al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement* [Docket No. 5249], pursuant to which the Debtors seek entry of an order approving the settlement of certain claims and causes of action (including those set forth in the Standing

Motions) on the terms outlined in the settlement agreement attached as an exhibit thereto (the "Settlement Agreement") and authorizing the Debtors to enter into and perform under the Settlement Agreement.

   **NOW, THEREFORE,** it is hereby ordered, agreed and stipulated that the Final Cash Collateral Order and Prior Challenge Period Stipulations shall be, and hereby are, modified solely as follows (hereinafter, the "Stipulation"):

   1. Solely with respect to the T-Side Movants and, with respect to such T-Side Movants, solely to the extent any stipulations and admissions were expressly challenged in the TCEH Committee Standing Motion or the Ad Hoc Noteholder Group Standing Motion or the draft complaints attached thereto (the "T-Side Express Challenges"), the deadline established pursuant to paragraph 15 of the Final Cash Collateral Order (as modified by the Prior Challenge Period Stipulations) to challenge the stipulations and admissions contained in the Final Cash Collateral Order is extended pending further order of the Court, subject to the terms of the PSA, including section 12 thereof, and the Settlement Agreement.

   2. Solely with respect to the EFH Committee, and solely to the extent any stipulations and admissions were expressly challenged in the EFH Committee Standing Motion (the "E-Side Express Challenges"), the deadline established pursuant to paragraph 15 of the Final Cash Collateral Order (as modified by the Prior Challenge Period Stipulations) to challenge the stipulations and admissions contained in the Final Cash Collateral Order is extended to January 15, 2016, subject to further extension by written agreement of the TCEH Debtors, the Prepetition First Lien Agents, the TCEH First Lien Ad Hoc Committee, and any individual Prepetition First Lien Creditor that is

the subject of a Challenge solely with respect to the Challenge Period relating to such Challenge, each acting in their sole discretion.

   3. The hearing on the TCEH Committee Standing Motion and the Ad Hoc Noteholder Group Standing Motion is adjourned pending further order of the Court, subject to the terms of the PSA, including section 12 thereof, and the Settlement Agreement.

   4. This Stipulation shall be, upon approval by the Court, binding on all parties in interest in the above-captioned proceedings and contains the entire agreement by and between the parties hereto, and all prior understandings or agreements, if any, are merged into this Stipulation.  No representations have been made or relied upon by the parties, except as set forth herein.

*[Remainder of page intentionally left blank.]*

Dated: September 10, 2015
        Wilmington, Delaware

                            */s/ Jason M. Madron*
                            _____
                            **RICHARDS, LAYTON & FINGER, P.A.**
                            Mark D. Collins (No. 2981)
                            Daniel J. DeFranceschi (No. 2732)
                            Jason M. Madron (No. 4431)
                            920 North King Street
                            Wilmington, Delaware 19801
                            Telephone:    (302) 651-7700
                            Facsimile:    (302) 651-7701
                            Email:        collins@rlf.com
                                          defranceschi@rlf.com
                                          madron@rlf.com
                            -and-

                            **KIRKLAND & ELLIS LLP**
                            Edward O. Sassower, P.C. (admitted *pro hac vice*)
                            Stephen E. Hessler (admitted *pro hac vice*)
                            Brian E. Schartz (admitted *pro hac vice*)
                            601 Lexington Avenue
                            New York, New York 10022-4611
                            Telephone:    (212) 446-4800
                            Facsimile:    (212) 446-4900
                            Email:        edward.sassower@kirkland.com
                                          stephen.hessler@kirkland.com
                                          brian.schartz@kirkland.com
                            -and-

                            James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
                            Marc Kieselstein, P.C. (admitted *pro hac vice*)
                            Chad J. Husnick (admitted *pro hac vice*)
                            Steven N. Serajeddini (admitted *pro hac vice*)
                            300 North LaSalle
                            Chicago, Illinois 60654
                            Telephone:    (312) 862-2000
                            Facsimile:    (312) 862-2200
                            Email:        james.sprayregen@kirkland.com
                                          marc.kieselstein@kirkland.com
                                          chad.husnick@kirkland.com
                                          steven.serajeddini@kirkland.com

                            *Co-Counsel to the TCEH Debtors*

_/s/ Michael D. DeBaecke_

**BLANK ROME LLP**
Michael D. DeBaecke (Bar No. 3186)
Stanley B. Tarr (Bar No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6400

-and-

**SEWARD & KISSEL LLP**
John R. Ashmead (admitted _pro hac vice_)
Mark D. Kotwick (admitted _pro hac vice_)
Arlene R. Alves (admitted _pro hac vice_)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

_Counsel to the First Lien Collateral Agent_

_/s/ Michael D. DeBaecke_

**BLANK ROME LLP**
Michael D. DeBaecke (Bar No. 3186)
Stanley B. Tarr (Bar No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6400

-and-

**SEWARD & KISSEL LLP**
John R. Ashmead (admitted _pro hac vice_)
Mark D. Kotwick (admitted _pro hac vice_)
Arlene R. Alves (admitted _pro hac vice_)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

_Counsel to the First Lien Administrative Agent_

*/s/ Neil B. Glassman*

**BAYARD, P.A.**
Neil B. Glassman (Bar No. 2087)
GianClaudio Finizio (Bar No. 4253)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

-and-

**PERKINS COIE LLP**
Tina Moss (admitted *pro hac vice*)
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112-0015
Telephone:  (212) 262-6910
Facsimile:  (212) 977-1648

*Counsel to the First Lien Notes Trustee*

*/s/ Christopher A. Ward*

**POLSINELLI PC**
Christopher A. Ward (No. 3877)
Justin K. Edelson (No. 5002)
Shanti M. Katona (No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone:     (302) 252-0920
Facsimile:     (302) 252-0921
Email:           cward@polsinelli.com
                    jedelson@polsinelli.com
                    skatona@polsinelli.com

-and-

**MORRISON & FOERSTER LLP**
Lorenzo Marinuzzi (admitted *pro hac vice*)
Brett H. Miller (admitted *pro hac vice*)
James M. Peck (admitted *pro hac vice*)
Todd M. Goren (admitted *pro hac vice*)
250 West 55th Street
New York, New York 10019
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Email:           lmarinuzzi@mofo.com
                    bmiller@mofo.com
                    jpeck@mofo.com
                    tgoren@mofo.com

*Counsel to the TCEH Committee*

*/s/ Pauline K. Morgan*

**YOUNG CONAWAY STARGATT**
**& TAYLOR LLP**
Pauline K. Morgan (Bar No. 3650)
Ryan M .Bartley (Bar No. 4985)
Andrew Magaziner (Bar No. 5426)
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

-and-

**PAUL, WEISS, RIFKIND, WHARTON**
**& GARRISON LLP**
Alan W. Kornberg (admitted *pro hac vice*)
Kelley A. Cornish (admitted *pro hac vice*)
Brian S. Hermann (admitted *pro hac vice*)
Jacob A. Adlerstein (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Counsel to the Ad Hoc Committee*
*of TCEH First Lien Creditors*

_____/s/ L. John Bird_____
**FOX ROTHSCHILD LLP**
Jeffrey M. Schlerf (Bar No. 3047)
John H. Strock (Bar No. 4965)
L. John Bird (Bar No. 5310)
919 North Market St., Suite 300
Wilmington, Delaware 19801
Telephone:  (302) 654-7444
Facsimile:  (302) 463-4971

-and-

**WHITE & CASE LLP**
Thomas E. Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, Florida 33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744

J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113

*Counsel to the Ad Hoc Noteholder Group*


SO ORDERED this _____ day of September, 2015:


_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge