**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 5900 |

## NOTICE OF *TELEPHONIC ONLY* HEARING

**PLEASE TAKE NOTICE** that on September 9, 2015, the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "**EFH Committee**") filed a letter [D.I. 5900] (the "**Letter**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**") regarding a discovery dispute with the plan sponsors and the T-side creditors who are signatories to the Settlement Agreement in connection with the REIT Plan and Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a *telephonic only* hearing to address the issues set forth in the Letter (and any responses that may be filed) for **September 11, 2015 at 1:00 p.m. (Eastern Daylight Time)** (the "Telephonic Hearing"), to be heard before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the Court.

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Letter.

2

**PLEASE TAKE FURTHER NOTICE** that, consistent with the *Instructions for Telephonic Appearances Effective April 5, 2015, Revised April 27, 2009*, all parties wishing to appear at the Telephonic Hearing must contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) no later than **12:00 p.m. (noon) (Eastern Daylight Time) on September 11, 2015**.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 10, 2015 | **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br><br> *s/ Mark A. Fink*<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Davis Lee Wright (DE Bar No. 4324)<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail:   nramsey@mmwr.com<br>           dwright@mmwr.com<br>           mfink@mmwr.com<br><br>– and –<br><br>**SULLIVAN & CROMWELL LLP**<br><br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York  10004<br>Telephone:   (212) 558-4000<br>Facsimile:   (212) 558-3588<br>E-mail:   holleys@sullcrom.com<br>           guiffrar@sullcrom.com<br>           dietdericha@sullcrom.com<br>           gluecksteinb@sullcrom.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC; EFIH Finance Inc.; and EECI, Inc.* |