**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re:  D.I. 855, 1771, 2083, 2704, 2916, 3380, 3857, 4210, 4958, 5248** |

**CERTIFICATION OF COUNSEL CONCERNING**
**STIPULATION AND CONSENT ORDER AMENDING**
**CERTAIN TERMS OF THE FINAL CASH COLLATERAL ORDER**

The undersigned hereby certifies as follows:

1.  On June 6, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay* [D.I. 855] (the "Final Cash Collateral Order").[2]

2.  On August 10, 2015, the Debtors filed the *Motion of Energy Future Holdings Corp.,* et. al.*, to Authorize the Debtors to Enter into and Perform Under the Plan Support Agreement* [Docket No. 5248], pursuant to which the Debtors seek entry of an order approving

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Final Cash Collateral Order.

and authorizing the Debtors to enter into and perform under the executed Plan Support Agreement attached as an exhibit thereto (the "PSA").

3. Section 10(k) of the PSA provides that the Parties (as defined in the PSA) shall seek, as soon as reasonably practicable after the Agreement Effective Date (as defined in the PSA), entry of an order amending the Final Cash Collateral Order, to, among other things, (a) extend the TCEH Debtors' use of Cash Collateral on the terms set forth in the Final Cash Collateral Order, (b) provide for the TCEH Debtors' payment of certain fees and expenses of the official committee of unsecured creditors of the TCEH Debtors (the "TCEH Committee") and members of the steering committee of the TCEH First Lien Ad Hoc Committee, and (c) waive the TCEH Debtors' right to surcharge the Prepetition Collateral under section 506(c) of the Bankruptcy Code, all as set forth in greater detail in that certain *Stipulation and Consent Order Amending Certain Terms of the Final Cash Collateral Order*, dated September 10, 2015 (the "Cash Collateral Stipulation and Order"). A copy of the Cash Collateral Stipulation and Order is attached hereto as Exhibit A. The Cash Collateral Stipulation and Order has been circulated to, is acceptable to, and has been signed by the TCEH Debtors, the First Lien Collateral Agent, the First Lien Administrative Agent, the First Lien Notes Trustee, and the TCEH First Lien Ad Hoc Committee. The Cash Collateral Stipulation and Order has also been circulated to the ad hoc group of certain holders of unsecured notes issued by TCEH (the "Ad Hoc Noteholder Group") and the TCEH Committee, and they have indicated the form of such Cash Collateral Stipulation and Order is acceptable, though neither are signatories to the Cash Collateral Stipulation and Order. Nothing in the Cash Collateral Stipulation and Order shall modify or change the rights and obligations under the PSA of any person or entity that is not a party to the Cash Collateral Stipulation and Order, and all of such person's or entity's rights under the PSA are reserved.

WHEREFORE, the TCEH Debtors respectfully request that the Bankruptcy Court enter the Cash Collateral Stipulation and Order, substantially in the form attached hereto as <u>Exhibit A</u>, at its earliest convenience.

[*Remainder of page intentionally left blank.*]

Dated: September 10, 2015
      Wilmington, Delaware                          /s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
                 defranceschi@rlf.com
                 madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
                 stephen.hessler@kirkland.com
                 brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
                 marc.kieselstein@kirkland.com
                 chad.husnick@kirkland.com
                 steven.serajeddini@kirkland.com

*Co-Counsel to the TCEH Debtors*