# Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## STIPULATION AND CONSENT ORDER AMENDING
## CERTAIN TERMS OF THE FINAL CASH COLLATERAL ORDER

Texas Competitive Electric Holdings Company LLC ("TCEH"), Energy Future Competitive Holdings Company LLC ("EFCH"), certain of TCEH's direct and indirect subsidiaries that are debtors and debtors-in-possession in the above-captioned cases (collectively with TCEH and EFCH, the "TCEH Debtors"), Wilmington Trust, N.A., as successor collateral agent (the "First Lien Collateral Agent") and successor administrative agent (the "First Lien Administrative Agent") under that certain Credit Agreement dated as of October 10, 2007 (as amended, modified, or supplemented from time to time), Delaware Trust Company (f/k/a CSC Trust Company of Delaware), as successor indenture trustee (the "First Lien Notes Trustee") under that certain Indenture dated April 19, 2011, for the 11.50% senior secured notes due October 1, 2020, and the unofficial committee of certain unaffiliated holders of, *inter alia*, first lien senior secured claims against the TCEH Debtors (the "TCEH First Lien Ad Hoc Committee") hereby stipulate and agree as follows:

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not

A.      On April 29, 2014, each of the TCEH Debtors filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (this "Court") commencing these chapter 11 cases.  These cases are jointly administered and have been consolidated for procedural purposes only.

B.      The TCEH Debtors continue to manage and operate their businesses and properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these cases.

C.      On June 6, 2014, the Court entered the *Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay* (the "Final Cash Collateral Order")[2] [Docket No. 855].

D.      On February 19, 2015, the official committee of unsecured creditors of the TCEH Debtors (the "TCEH Committee") filed the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Exclusive Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and Disallowance of Claims* [Docket No. 3593] (the "TCEH

---

provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms used but not otherwise defined herein shall have meaning ascribed to such terms in the Final Cash Collateral Order.

Committee Standing Motion"), pursuant to which the TCEH Committee seeks standing to bring certain alleged claims and causes of action on behalf of the TCEH Debtors.

E.      On August 10, 2015, the Debtors filed the *Motion of Energy Future Holdings Corp.,* et. al.*, to Authorize the Debtors to Enter into and Perform Under the Plan Support Agreement* [Docket No. 5248], pursuant to which the Debtors seek entry of an order approving and authorizing the Debtors to enter into and perform under the Plan Support Agreement attached as an exhibit thereto (the "PSA").

**NOW, THEREFORE,** it is hereby ordered, agreed and stipulated that the Final Cash Collateral Order shall be, and hereby is, modified solely as follows (hereinafter, the "Stipulation"):

1.      Paragraph 3(a) of the Final Cash Collateral Order shall be deleted and replaced with the following:

> "(a)  Specified Period.  Subject to the terms and conditions of this Final Order, the TCEH Debtors are authorized to use Cash Collateral for the period (the "Specified Period") from the Petition Date through the date which is the earliest to occur of (i) the expiration of the Remedies Notice Period (as defined herein), (ii) the Effective Date of the Plan or consummation of an Alternative Restructuring (each as defined in the PSA),[3] or (iii) 60 calendar days after the earlier of (A) the Plan Support Termination Date (as defined in the PSA) or (B) the Agreement Termination Date (as defined in the PSA) as to any of the TCEH Debtors or as to the Consenting TCEH First Lien Creditors (as defined in the PSA)."

2.      Paragraph 5(c) of the Final Cash Collateral Order is amended by deleting the word "and" before subclause (ii) thereof, and adding the following after the words "TCEH First Lien Ad Hoc Committee" in subclause (ii)(C):

---

[3]      *See* Exhibit A to Exhibit A of *Motion of Energy Future Holdings Corp.,* et. al.*, to Authorize the Debtors to Enter into and Perform Under the Plan Support Agreement* [Docket No. 5248] (such exhibit, as may be amended from time to time, the "PSA").

4

", and (iii) all reasonable and documented fees and expenses incurred by the professionals retained by any member or group of members of the steering committee of the TCEH First Lien Ad Hoc Committee".

    3.  Paragraph 11(j) of the Final Cash Collateral Order shall be deleted in its entirety.

    4.  The following Paragraph 32 is added to the Final Cash Collateral Order:

"32. Limitation on Charging Expenses Against Collateral. Notwithstanding anything to the contrary contained herein, except as expressly provided for in Section 2.2(a) of the Settlement Agreement[4] and Section 6.1(a)(i) of the PSA, no costs or expenses of administration of the Cases or any future proceeding that may result therefrom, including liquidation in chapter 7 or other proceedings under the Bankruptcy Code, shall be charged against or recovered from the DIP Collateral, the Prepetition Collateral (including Cash Collateral), the Prepetition First Lien Agents or the Prepetition First Lien Creditors pursuant to sections 105(a) or 506(c) of the Bankruptcy Code or any similar principle of law or equity."

    5.  Notwithstanding anything in the Final Cash Collateral Order to the contrary, TCEH is authorized, subject to the occurrence of the Standing Motion Release Date (as defined below), to pay in cash all allowed fees and expenses of Morrison & Foerster LLP, Lazard Freres and Co. LLC, and FTI Consulting, Inc. relating to the TCEH Committee's investigation and prosecution of the claims set forth in the TCEH Committee Standing Motion (any such allowed fees and expenses that have not been paid as of the date hereof, the "TCEH Committee Excess Fees").   Upon the first business day following the dismissal or withdrawal with prejudice of the TCEH Committee Standing Motion in accordance with the PSA (such date, the "Standing Motion Release Date"),

---

[4] *See* Exhibit 1 to Exhibit A of *Motion of Energy Future Holdings Corp.,* et. al.*, to Approve a Settlement of Litigation of Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement* [Docket No. 5249] (such exhibit, as may be amended from time to time, the "Settlement Agreement").

TCEH shall pay in cash any allowed TCEH Committee Excess Fees that have not otherwise been paid as of such date as a result of the provisions of the Final Cash Collateral Order, and thereafter shall pay any TCEH Committee Excess Fees allowed after the Standing Motion Release Date in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 2066] or as otherwise ordered by the Court.  For the avoidance of doubt, TCEH shall not be authorized to pay any TCEH Committee Excess Fees unless and until the TCEH Committee Standing Motion is dismissed or withdrawn with prejudice in accordance with the PSA.

6.     This Stipulation shall be, upon approval by the Court, binding on all parties in interest in the above-captioned proceedings and contains the entire agreement by and between the parties hereto, and all prior understandings or agreements, if any, are merged into this Stipulation; *provided* that nothing herein shall modify or change the rights and obligations under the PSA of any person or entity that is not a party to this Stipulation and all of such person's or entity's rights under the PSA are reserved. No representations have been made or relied upon by the parties, except as set forth herein.

[*Remainder of page intentionally left blank.*]

Dated:  September 10, 2015
       Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the TCEH Debtors*

*/s/ Michael D. DeBaecke*

**BLANK ROME LLP**
Michael D. DeBaecke (Bar No. 3186)
Stanley B. Tarr (Bar No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6400

-and-

**SEWARD & KISSEL LLP**
John R. Ashmead (admitted *pro hac vice*)
Mark D. Kotwick (admitted *pro hac vice*)
Arlene R. Alves (admitted *pro hac vice*)
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 574-1200
Facsimile:  (212) 480-8421

*Counsel to the First Lien Collateral Agent*

8

*/s/ Michael D. DeBaecke*

**BLANK ROME LLP**
Michael D. DeBaecke (Bar No. 3186)
Stanley B. Tarr (Bar No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6400

-and-

**SEWARD & KISSEL LLP**
John R. Ashmead (admitted *pro hac vice*)
Mark D. Kotwick (admitted *pro hac vice*)
Arlene R. Alves (admitted *pro hac vice*)
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 574-1200
Facsimile:  (212) 480-8421

*Counsel to the First Lien Administrative Agent*

9

*/s/ Neil B. Glassman*

**BAYARD, P.A.**
Neil B. Glassman (Bar No. 2087)
GianClaudio Finizio (Bar No. 4253)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

-and-

**PERKINS COIE LLP**
Tina Moss (admitted *pro hac vice*)
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112-0015
Telephone:  (212) 262-6910
Facsimile:  (212) 977-1648

*Counsel to the First Lien Notes Trustee*

RLF1 12961963v.1

10

                                            */s/ Pauline K. Morgan*
                                            **YOUNG CONAWAY STARGATT**
                                              **& TAYLOR LLP**
                                            Pauline K. Morgan (Bar No. 3650)
                                            Ryan M .Bartley (Bar No. 4985)
                                            Andrew Magaziner (Bar No. 5426)
                                            1000 North King Street
                                            Wilmington, Delaware 19801
                                            Telephone:  (302) 571-6600
                                            Facsimile:  (302) 571-1253

                                            -and-

                                            **PAUL, WEISS, RIFKIND, WHARTON**
                                              **& GARRISON LLP**
                                            Alan W. Kornberg (admitted *pro hac vice*)
                                            Kelley A. Cornish (admitted *pro hac vice*)
                                            Brian S. Hermann (admitted *pro hac vice*)
                                            Jacob A. Adlerstein (admitted *pro hac vice*)
                                            1285 Avenue of the Americas
                                            New York, New York 10019
                                            Telephone:  (212) 373-3000
                                            Facsimile:  (212) 757-3990

                                            *Counsel to the Ad Hoc Committee*
                                            *of TCEH First Lien Creditors*

SO ORDERED this _____ day of September, 2015:

                                            _____
                                            The Honorable Christopher S. Sontchi
                                            United States Bankruptcy Judge