# EXHIBIT A

### EFH/EFIH Committee:  Proposed Search Terms for Plan Sponsors and T-Side

1. <u>Search terms</u>:

| | |
|---|---|
| (plan OR restructur*) w/20 (EFH OR EFIH OR TCEH OR EFCH) | (alternativ* OR backup OR downside) w//20 (EFH OR EFIH OR TCEH OR EFCH) |
| (disinterested OR independent) w/5 (director* OR manager) | DD or DDA or DDs or DDAs |
| (settl* OR releas*) w/50 inter* | tax w/2 free |
| (settl* OR releas*) w/50 (claim* OR "cause of action" OR COA OR litig* OR suit* or liab* or disput*) | disarmament OR disarm* |
| (settl* OR releas*) w/50 tax* | drag w/20 (plan OR restructur*) |
| (settl* OR releas*) w/50 (cash OR stock*) | "minority investor drag" |
| (settl* OR releas*) w/50 (legacy OR note) | "plan support" OR PSA |
| (settl* OR releas*) w/50 (sponsor* OR director* OR officer* OR D&O OR insider*) | "distributable value" |
| (settl* OR releas*) w/50 (benefit*) | high* w/20 (contingent* OR condition*) |
| (settl* OR releas*) w/50 ("first lien") | condition* w/50 plan |
| (settl* OR releas*) w/50 (debtor* OR Kirkland) | Evans |
| (settl* OR releas*) w/50 (damage*) | Sawyer |
| (settl* OR releas*) w/50 (interest) | Williamson |
| (settl* OR releas*) w/50 (plan*) | Cremens |
| (settl* OR releas*) w/50 (condition*) | Hugh |
| "settlement agreement" | terminat* w/20 agree* |
| "settlement claim" | promot* w/10 Hunt |
| "TCEH settlement" | equity w/50 (sharing OR recovery) |
| "T-side settlement" | "ERCOT" OR "PUC" OR "PUCT" OR "public utility commission" |
| "termination fee" | equity w/50 (spli* or allocation*) |
| "break fee" | inter* w/20 (claim* OR transaction* OR recovery OR upside) |
| "settlement distribution" | LD w/5 breach* |
| "settlement intercompany claim" | merger w/20 (agreement OR scenario) |
| liquidat* /2 damage* | "private letter ruling" |
| "reverse break" | tax* w/50 consequence* |
| option* | tax* w/50 (impact* or effect* OR affect*) |
| "sub rosa" | "toggle" |
| "special committee" | unimpair* |

-1-

| | |
|---|---|
| sponsor* w/50 agree* | "700 million" |
| (settl* OR releas*) w/50 (cash OR stock) | milestone* |
| "conditionality" | "Nextera" |
| "minority investor drag" | (merger OR advis* OR transact*) w/50 sponsor* |
| inter* w/20 (claim* OR action*) | (equity OR sponsor) w/50 (plan scenario transaction* restructur*) |
| backstop* | "700 million" |
| "term sheet" | cash w/5 full |
| breakup OR break-up | value* w/20 maxim* |
| backstop* | sponsor* OR equity w/50 (commit* OR invest* OR agree* OR deal*) |
| equity w/50 (pay* OR benefit*) | lien* w/50 (releas* OR challenge*) |
| (claim* OR interest*) w/50 (allow* OR distribut*) | exculpat* |
| (transaction w/20 (document* OR agreement*)) AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor) | "rights offering" |
| (backup OR alternativ*) w/50 (plan OR scenario OR transaction* OR restructur* OR approv*) | downside w/50 (plan OR scenario OR transaction* OR restructur* OR approv*) |
| (backup OR alternativ*) w/50 (term* condition*) | downside w/50 (term* OR condition*) |
| feasib* w/50 (plan OR scenario OR transaction* OR restructur*) | feasib* w/50 (downside OR backup OR alternativ*) |
| release* w/20 approv* | (sponsor* OR equity* OR creditor*) w/50 (request* OR require* OR condition*) |
| "alternative restructuring" | Hunt OR Hunts |
| (stop* or halt*) w/20 (sale OR auction OR process) | (Oncor w/50 bid*) |
| likel* /20 clos* | (REIT or regulatory) w/20 approv* |
| ~~Shore~~ | ~~Lauria~~ |
| ~~Ricky~~ | ~~Kornberg~~ |
| ~~Zelin~~ | |

2. Results limited to search custodians' communications with the following domain names, where these domain names appear in the most recent email in the chain, subject to each responding party's exclusion of domain names internal to each responding party's group:

| | |
|---|---|
| @avenuecapital.com | @wlrk.com |
| @pecosventures.com | @blackstone.com |
| @flourishcapital.co.uk | @paulweiss.com |
| @huntconsolidated.com | @millsteinandco.com |
| @huntoil.com | @apollo.com |
| @huntpower.com | @apollolp.com |
| @bakerbotts.com | @oaktreecapital.com |
| @huntutility.com | @brookfield.com |
| @velaw.com | @brookfieldinfrastructure.com |
| @oncor.com | @fortress.com |
| @jonesday.com | @kingstreet.com |
| @millerbuckfire.com | @centerview.com |
| @whitecase.com | @angelogordon.com |
| @hl.com | @paulsonco.com |
| @hlhz.com | @brownrudnick.com |
| @foxrothschild.com | @rothschild.com |
| @anchoragecap.com | @blackrock.com |
| @arrowgrass.com | @centerbridge.com |
| @avenuecap.com | @gsocap.com |
| @bamfunds.com | @mofo.com |
| @bhrcap.com | @lazard.com |
| @cyruscapital.com | @tpg.com |
| @kkr.com | ~~@kirkland.com  (*)~~ |
| @gs.com | ~~@evercore.com  (*)~~ |
| @db.com | ~~@energyfutureholdings.com  (*)~~ |
| @taconiccap.com | ~~@oeblegal.com  (*)~~ |
| @fticonsulting.com | ~~@stevenslee.com  (*)~~ |
| @rlf.com  (*) | ~~@jenner.com  (*)~~ |
| @proskauer.com  (*) | ~~@mto.com  (*)~~ |
| @cravath.com  (*) | ~~@mdmc-law.com  (*)~~ |

~~(*)  Subject to exclusion in section 3 below~~

3. ~~Exclusion of Debtors' Communications ONLY where the following~~ ~~domain names~~ ~~appear in the most recent email in the chain:~~Notwithstanding the foregoing, any communication with the following domain email addresses will not be produced:

- ~~@kirkland.com~~
- ~~@evercore.com~~
- ~~@energyfutureholdings.com~~
- ~~@rlf.com~~
- ~~@oeblegal.com~~
- ~~@proskauer.com~~

-4-

- ~~@stevenslee.com~~
- ~~@cravath.com~~
- ~~@jenner.com~~
  - ~~@mdmc-law.com~~plborowitzefh@gmail.com
  - ~~@mto.com~~plborowitz@debevoise.com

Document comparison by Workshare Compare on Wednesday, September 09, 2015 4:26:51 PM

| Input: | |
|---|---|
| Document 1 ID | file://C:/Users/smither/Documents/TCEH Unsecured Creditors/Third Amended Plan Discovery Issues/SC1-#3939720-v2B-EFH_-_Proposed_Search_Protocol__T-side_ (6).DOCX |
| Description | SC1-#3939720-v2B-EFH_-_Proposed_Search_Protocol__T-side_ (6) |
| Document 2 ID | file://C:/Users/smither/Documents/TCEH Unsecured Creditors/Third Amended Plan Discovery Issues/Revised_SC1-#3939720-v2B-EFH_-_Proposed_Search_Protocol__T-side_ (5).DOCX |
| Description | Revised_SC1-#3939720-v2B-EFH_-_Proposed_Search_Protocol__T-side_ (5) |
| Rendering set | Standard |

| Legend: |  |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 5 |
| Deletions | 27 |
| Moved from | 2 |
| Moved to | 2 |
| Style change | 0 |

| Format changed | 0 |
|---|---|
| Total changes | 36 |