# EXHIBIT B



**From**: Lauria, Thomas E
**Sent**: Tuesday, July 14, 2015 01:19 PM
**To**: 'mkieselstein@kirkland.com' <mkieselstein@kirkland.com>; 'esassower@kirkland.com' <esassower@kirkland.com>; 'James.sprayregen@kirkland.com' <James.sprayregen@kirkland.com>; 'thomas.walper@mto.com' <thomas.walper@mto.com>
**Cc**: 'akornberg@paulweiss.com' <akornberg@paulweiss.com>; 'bhermann@paulweiss.com' <bhermann@paulweiss.com>; 'ESiegert@HL.com' <ESiegert@HL.com>; Shore, Christopher; Pryor, Gregory
**Subject**: EFH/T-uns-T 1sts Term Sheet

Gents,

Attached please find the current draft of the term sheet reflecting the basic terms of an agreement in principle between the Investor Group, the Ad Hoc TCEH Unsecured Noteholder Group, Hunt and the Ad Hoc TCEH First Lien Group regarding moving forward with the confirmation and consummation of our proposed plan and the transactions contemplated thereby.

While we believe this reflects the parties' agreement regarding economics and substance, it remains subject to final review and sign-off. We will let you know when that is obtained and if there are any further changes.

We look forward to engaging with you to prepare and agree to definitive docs, including a PSA, Plan, DS, Merger Agreement, and Investment Letters asap

Thanks

Tom

-------------------------
Sent from my BlackBerry Wireless Handheld

**From**: Kruger, Karin
**Sent**: Tuesday, July 14, 2015 12:36 PM
**To**: Lauria, Thomas E
**Subject**:

**Confidential**
**For Settlement Purposes Only**
**Subject to FRE 408**

1. **T-Unsecured Creditors' E-Side/REIT Transaction is Consummated**

   a. <u>TCEH First Lien Creditors</u>:  will receive their *pro rata* share of (a) $700 million of Rights (as defined below), on the same terms made available to the allowed unsecured claims against TCEH and its subsidiaries (the "T-uns") and (b) all of the assets of TCEH and its subsidiaries pursuant to a tax-free spin-off of such assets structured to utilize, at the TCEH First Lien Creditors' election, up to 100% of the EFH group's NOL carryovers and current year net losses (subject only to a $500mm NOL holdback described below) to permit the partial step-up of the tax basis in TCEH's assets (the "<u>T-side Spin</u>" and together with the other transactions contemplated by this paragraph 1(a), the "<u>T-side Transaction</u>")

      i. The TCEH First Lien Creditors would forego any recovery in and to the previously-filed disinterested director inter-debtor settlement claim (the "<u>Intercompany Settlement Claim</u>").

      ii. TCEH First Lien Creditors will vote their deficiency claims to accept the T-uns Plan, but will not receive any recovery on account thereof or will otherwise assign their recovery on such claims in a manner to be agreed by the Parties so as to effectuate the terms set forth herein.

      iii. In addition to the releases provided in the 9019 Order (as defined in 3, below) the TCEH First Lien Creditors and the sponsors shall receive third party releases to the extent legally permissible.

   b. <u>EFH/EFIH Creditors</u>:  all allowed secured and unsecured claims against EFH and EFIH (excluding any make-wholes, but including postpetition interest, if any, determined to be owed to the EFIH PIKs) will be paid in cash in full (subject to the parties' agreement regarding the terms on which certain debt of EFH may be reinstated).

      i. the T-uns' Plan will be funded with approximately $12.1 billion of new cash, to be raised through the issuance of new EFIH debt and new common equity in EFH, which will be converted into a REIT, with the debt (currently estimated to be no more than $5 billion) to be arranged on terms satisfactory to the Investor Group and Hunt (subject to being reduced by up to $700 million, if the rights to purchase equity issued to the TCEH First Lien Creditors are exercised), and the equity (currently estimated to be at least $7.1 billion) to be provided through (a) the direct purchase of new common equity in EFH and/or Parent (into which EFH will be merged pursuant to the Merger Agreement) (together, "<u>EFH</u>") by the Investor Group, Hunt and certain of Hunt's investors, and (b) the issuance of rights (the "<u>Rights</u>") to purchase additional common equity in EFH to the holders of unsecured claims against TCEH and its subsidiaries, with such Rights to be fully backstopped by the Investor Group.

c.  <u>TCEH Unsecured Creditors</u>:  the allowed unsecured claims against TCEH and its subsidiaries (the "<u>T-uns</u>") will be fully satisfied by the issuance of common equity in EFH and the Rights.   The T-uns shall not receive any cash distribution from TCEH or its subsidiaries, whether on account of advisor fees or otherwise (1.b. and c. together, the "E-side/REIT Transaction").

d.  <u>TCEH Delink</u>:  if an acceptable private letter ruling from the IRS is obtained regarding the T-side Spin and the Court approves an agreed Tax Matters Agreement (the "<u>TMA</u>"), the TCEH First Lien Creditors would have the option, exercisable in their sole discretion, to consummate the T-side Transaction upon the satisfaction or waiver of all conditions thereto, whether or not all the conditions to the E-side/REIT Transaction have then been (or are ever) satisfied.

e.  <u>Preferred Stock Sale</u>:

  i.  AMT:  If the T-Side Transaction is consummated (including through the TCEH delink), EFH will pay 50% of the AMT triggered by the Preferred Stock Sale and TCEH/Spinco will pay 50% of the AMT triggered by the Preferred Stock Sale.

  ii.  The TCEH First Lien Creditors will determine how much gain to recognize in Preferred Stock Sale; provided, that such gain shall not, without the parties' consent, exceed the excess of (x) the agreed estimated NOLs (plus any current year net losses) as of emergence over (y) $500 million (the NOL holdback).

    1.  Reorganized TCEH bears risk of additional regular income tax in connection with Preferred Stock Sale arising from an audit as a result of (i) increased value / decreased tax basis with respect to the assets transferred in Preferred Stock Sale and (ii) decreased NOLs (or current year net losses) resulting from adjustments on T-side.  EFH bears risk of additional regular income tax in connection with Preferred Stock Sale arising from an audit as a result of decreased NOLs (or current year net losses) resulting from adjustments on E-side.

2.  **T-Unsecured Creditors' E-Side/REIT Transaction is Not Consummated**

a.  <u>TCEH First Lien Creditors</u>:  Same treatment as 1(a) above, but no distribution of Rights and will receive 50% of any distributions on account of the Intercompany Settlement Claim as per the 9019 Order (as defined in 3, below).

b.  <u>Holders of TCEH Senior Unsecured Notes, TCEH Second Lien Notes and TCEH Pollution Control Revenue Bonds</u> : Will receive distributions as per the 9019 Order.

c.  <u>Intercompany Settlement Claim</u>:  As per the 9019 Order, shall be treated as a general unsecured claim against EFH (*pari passu* with all EFH unsecured claims) and shall be deemed to vote in the same manner as the class of TCEH First Lien Creditors; provided, that solely in the event that the TCEH First Lien Creditors exercise the option to delink, the T-uns will control the voting rights in respect of the Intercompany Settlement Claim.

    d.  <u>Preferred Stock Sale</u>:  the treatment of the AMT liability, if any, and the responsibility for any additional regular income tax in connection with the preferred stock sale, if applicable, shall be as agreed by the TCEH First Lien Creditors and EFH and/or its stakeholders or as ordered by the court.

**3.**  **The 9019 Order**

    a.  In conjunction with the filing of the T-uns' Plan, the Debtors shall file and seek entry of an order by the Court (the "9019 Order"), which would be effective immediately upon entry and shall survive whether or not the T-uns' Plan is confirmed or consummated, approving a 9019 settlement between and among the parties to the Plan Support Agreement (the "PSA"), pursuant to which:

        i.  The T-side Debtors and the non-debtor parties to the PSA shall release any and all claims against the TCEH First Lien Creditors;

        ii.  The Debtors and the other parties to the PSA shall release any and all claims against the direct and indirect holders of existing equity interests in EFH (the "Sponsors");

        iii.  All inter-debtor claims between and among the T-side and the E-side will be waived and released, except for the Intercompany Settlement Claim (which claim shall be allowed in the amount of $700 million against EFH and shall be treated pari passu with all EFH unsecured claims and shall be deemed to vote in the same manner as the class of TCEH First Lien Creditors.

        iv.  In the event the T-uns' Plan is confirmed and consummated, the Intercompany Settlement Claim will be deemed to be fully satisfied through the consummation of the transactions described above.

        v.  In the event the T-Uns' Plan is not consummated, (a) holders of TCEH Senior Unsecured Notes, TCEH Second Lien Notes and TCEH Pollution Control Revenue Bonds will receive (X) $550mm in cash (or such lesser amount if the Termination Date is extended per 3(d) below) and (Y) 50% of any recovery on the Intercompany Settlement Claim, regardless of whether the follow-on plan includes a tax-free or taxable T-side transaction;  and (b) the TCEH First Lien Creditors shall receive 50% of any distributions on account of the Intercompany Settlement Amount; provided, that if the TCEH First Lien Creditors exercise their right to delink as described in 1.d. above (TMA approved by the Court and all conditions to the T-side Spin are satisfied, or, if waivable, are waived), then the T-uns shall receive 100% of the Intercompany Settlement Claim and there shall be no cash payment of up to $550 million (or any other amount).

4.  **Plan Support Agreement**

    a.  To be executed by, at a minimum, the Debtors, the Sponsors, each member of the TCEH First Lien ad hoc committee (the "<u>T 1st Group</u>"), each member of the Investor Group, Hunt, each member of Ad Hoc Group of TCEH Unsecured Noteholders (the "<u>T-Uns Group</u>"), the TCEH UCC, [the indenture trustees for

TCEH's unsecured indebtedness], the ad hoc committee of TCEH 2nd Lien noteholders, [and the TCEH 2nd Lien indenture trustee.]

  i.  The PSA shall not become effective unless and until it has been executed by the beneficial holders of 2/3 in amount of (x) the TCEH unsecured creditor class and (y) holders of 2/3 in amount of TCEH First Lien Creditors' claims.

b.  Pursuant to the PSA, the parties will agree (a) to support on the terms set forth herein (and not object to or oppose) confirmation and consummation of the T-uns' Plan and the transactions thereunder, including the T-side Transaction and the E-side/REIT Transaction and the 9019 Order, and (b) if the T-side Transaction is not consummated or a termination event otherwise occurs, (X) the T 1st Group will not propose or agree to a follow-on plan unless it is consistent with 2(b) above, and (Y) all of the other parties to the PSA will support, including by voting their claims in favor of (and not object to or oppose) any plan proposed or supported by the TCEH First Lien Creditors that is consistent with 2(b) above and will not file their own plan or support any plan that is not proposed or supported by the TCEH First Lien Creditors.

c.  Whether or not the TCEH First Lien Creditors succeed in their efforts to negotiate an alternative plan/transaction with any or all of the E-side stakeholders, no alternative plan will be included in the T-uns' Plan or filed with the Court until the first to occur of (a) a condition to the T-uns' Plan or the Merger Agreement that cannot be waived (or if waivable, is not waived) becomes incapable of being satisfied, (b) all conditions to the T-uns' Plan and the Merger Agreement are satisfied and it fails to close within 30 days, (c) the Termination Date (as defined below), or (d) the occurrence of some other event that results in termination of the Merger Agreement or the PSA.

d.  The "Termination Date" shall be April 30, 2016, unless prior to such date (a) the T-uns' Plan has been consummated, (b) all PUC approvals for the consummation of the T-uns' Plan have been obtained, in which case, the Termination Date shall automatically extend to June 30, 2016; or (c) if all PUC approvals for the consummation of the T-uns' Plan have not been obtained by April 30, 2016, the Investor Group and the TCEH UCC may, for up to two consecutive months, extend the Termination Date by an additional month in exchange for a reduction of the $550m cash payment referenced in 2(b) above by $50m for each such one-month extension or any portion thereof.

e.  Upon execution of the PSA, all parties that have filed standing motions to challenge the liens or claims of the TCEH First Lien Creditors shall adjourn such motions indefinitely, pending approval of the 9019 Order, when they shall be deemed to be withdrawn with prejudice.