# EXHIBIT A

**Assumption Schedule**

**Exhibit A**

| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| | | **Details of Contract (s)** | **Counterparty Information** | | | **Other Information** | | |
| 1 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 09/01/2012 PLUS AMENDMENTS | B.E. BARNES LP | 3226 FM 1997 N MARSHALL, TX 75670 | $ 16,507.28 | Luminant Mining Company LLC - $16,507.28 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 2 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 08/30/2012 PLUS AMENDMENTS | B.E. BARNES LP | 3226 FM 1997 N MARSHALL, TX 75670 | $ 20,620.10 | Luminant Mining Company LLC - $20,620.10 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 3 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 09/01/2012 PLUS AMENDMENTS | B.E. BARNES LP | 3226 FM 1997 N MARSHALL, TX 75670 | $ 20,207.62 | Luminant Mining Company LLC - $20,207.62 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 4 | Luminant Generation Company LLC | SERVICES AGREEMENT DATED 10/04/2012 PLUS AMENDMENTS | CORE VISUAL INSPECTION SERVICES INC | 5475 HARRISBURG INDUSTRIAL PARK DRIVE HARRISBURG, NC 28075 | $ 78,909.59 | Luminant Generation Company LLC - $78,909.59 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 5 | Luminant Generation Company LLC | SERVICES AGREEMENT DATED 01/02/2014 | CORE VISUAL INSPECTION SERVICES, INC | 5475 HARRISBURG INDUSTRIAL PARK DRIVE HARRISBURG, NC 28075 | $ 14,571.41 | Luminant Generation Company LLC - $14,571.41 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 6 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 03/01/2012 PLUS AMENDMENTS | COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 927.86 | Luminant Mining Company LLC - $927.86 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 7 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 10/12/2012 PLUS AMENDMENTS | COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 11,056.80 | Luminant Mining Company LLC - $11,056.80 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 8 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/01/2013 PLUS AMENDMENTS | COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 205,037.66 | Luminant Mining Company LLC - $205,037.66 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 9 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | COURTNEY CONSTRUCTION INC. | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 651.78 | Luminant Mining Company LLC - $651.78 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 10 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 10/14/2013 | COURTNEY CONSTRUCTION INC. | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 130,156.23 | Luminant Mining Company LLC - $130,156.23 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 11 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 05/20/2009 PLUS AMENDMENTS | COURTNEY CONSTRUCTION, INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 90,623.53 | Luminant Mining Company LLC - $90,623.53 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 12 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 05/01/2012 PLUS AMENDMENTS | COURTNEY CONSTRUCTION, INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 45,001.01 | Luminant Mining Company LLC - $45,001.01 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 13 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 05/03/2012 PLUS AMENDMENTS | COURTNEY CONSTRUCTION, INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 170,089.74 | Luminant Mining Company LLC - $170,089.74 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 14 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/20/2020 PLUS AMENDMENTS | COURTNEY CONSTRUCTION, INC. | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 52,454.81 | Luminant Mining Company LLC - $52,454.81 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 15 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/10/2012 PLUS AMENDMENTS | COURTNEY CONSTRUCTION, INC. | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 9,764.80 | Luminant Mining Company LLC - $9,764.80 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 16 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 08/01/2013 PLUS AMENDMENTS | COURTNEY CONSTRUCTION, INC. | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 16,767.28 | Luminant Mining Company LLC - $16,767.28 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 17 | Energy Future Holdings Corporation | MEMORANDUM OF UNDERSTANDING DATED 11/25/2013 | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ 601,087.00 | Luminant Mining Company LLC - $601,087.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 18 | Luminant Big Brown Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 19 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 20 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 21 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 22 | Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Oak Grove Management Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 23 | Luminant Generation Buyers Inc Sandow Power Buyers Inc Luminant Mining Buyers Inc Luminant Big Brown Mining Buyers Inc Oak Grove Management Buyers Inc | Alliance Agreement DATED 01/01/2010 | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Oak Grove Management Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 24 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC. | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 25 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC. | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 26 | Luminant Big Brown Mining Company LLC | SERVICES AGREEMENT DATED 11/02/2012 PLUS AMENDMENTS | J & S CONSTRUCTION LLC | P.O. BOX 400 BUFFALO, TX 75831 | $ 228,241.00 | Luminant Big Brown Mining Company LLC - $19,218.21<br><br>Luminant Mining Company LLC - $209,022.79 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 27 | Luminant Mining Company LLC Luminant Big Brown Mining Company LLC Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 02/05/2002 PLUS AMENDMENTS | KHA GEOLOGICS, LLC | 4202 SAINT MICHAEL'S COURT SUGARLAND, TX 77479 | $ 51,000.00 | Luminant Mining Company LLC - $51,000.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 28 | Oak Grove Management Company LLC | SLURRY SUPPLY AND GYPSUM CONTRAC | NEW NGC, INC. D/B/A NATIONAL GYPSUM CO. | 2001 REXFORD ROAD CHARLOTTE, NC 28211 | $ - | Oak Grove Management Company LLC - $0.00 | | Upon entry of the Order |
| 29 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 06/26/2012 PLUS AMENDMENTS | PERFORMANCE CONTRACTING INC. | 16047 WEST 110TH STREET LENEXA, KS 66219 | $ 1,864.22 | Luminant Mining Company LLC - $1,864.22 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 30 | Luminant Generation Company LLC Oak Grove Management Company LLC Sandow Power Company LLC | SERVICES AGREEMENT DATED 07/08/2011 PLUS AMENDMENTS | PERFORMANCE CONTRACTING, INC. | 4851 HOMESTEAD, SUITE 102 HOUSTON, TX 77028 | $ 294,940.04 | Luminant Generation Company LLC - $33,343.68<br><br>Oak Grove Management Company LLC - $197,654.53<br><br>Sandow Power Company LLC - $63,941.83 | Claims reduced, economics improved and contract extended | Upon entry of the Order |

**Exhibit A**

| | Details of Contract (s) | | Counterparty Information | | Amount Required to Cure | Other Information | | |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 31 | Luminant Generation Company LLC<br>Oak Grove Management Company LLC<br>Sandow Power Company LLC | STANDARD BLANKET FOR SERVICES DATED 10/03/2008 | PERRY AND PERRY BUILDERS INC | P O BOX 1048<br>ROCKDALE, TX 76567 | $ 63,488.00 | Luminant Mining Company LLC - $63,488.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 32 | Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 08/19/2013 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS INC | P O BOX 1048<br>ROCKDALE, TX 76567 | $ - | Oak Grove Management Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 33 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS INC | P O BOX 1048<br>ROCKDALE, TX 76567 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 34 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 07/02/2012 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS INC | P O BOX 1048<br>ROCKDALE, TX 76567 | $ 63,488.00 | Luminant Mining Company LLC - $63,488.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 35 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 07/22/2013 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS INC | P O BOX 1048<br>ROCKDALE, TX 76567 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 36 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 11/20/2013 | PERRY AND PERRY BUILDERS, INC. | P O BOX 1048<br>ROCKDALE, TX 76567 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 37 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/25/2013 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS, INC. | P O BOX 1048<br>ROCKDALE, TX 76567 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 38 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 04/05/2013 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS, INC. | P O BOX 1048<br>ROCKDALE, TX 76567 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 39 | Luminant Big Brown Mining Company LLC | SERVICES AGREEMENT DATED 03/11/2013 PLUS AMENDMENTS | RUTHERFORD EQUIPMENT SERVICES LLC | 3213 HICKORY COURT<br>BEDFORD, TX 76021 | $ - | Luminant Big Brown Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 40 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | RUTHERFORD EQUIPMENT SERVICES LLC | 3213 HICKORY COURT<br>BEDFORD, TX 76021 | $ 20,284.00 | Luminant Mining Company LLC - $20,284.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 41 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/01/2013 PLUS AMENDMENTS | RUTHERFORD EQUIPMENT SERVICES LLC | 3213 HICKORY COURT<br>BEDFORD, TX 76021 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 42 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/01/2013 PLUS AMENDMENTS | RUTHERFORD EQUIPMENT SERVICES LLC | 3213 HICKORY COURT<br>BEDFORD, TX 76021 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 43 | Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 02/22/2013 PLUS AMENDMENTS | RUTHERFORD EQUIPMENT SERVICES LLC | 3213 HICKORY COURT<br>BEDFORD, TX 76021 | $ - | Oak Grove Management Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 44 | Luminant Generation Company LLC | SERVICES AGREEMENT DATED 07/15/2012 PLUS AMENDMENTS PLUS STATEMENTS OF WORK | TELEDYNE | 513 MILL ST.<br>MARION, MA 2738 | $ 54,672.72 | Luminant Generation Company LLC - $54,672.72 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 45 | Luminant Generation Company LLC<br>Oak Grove Management Company LLC<br>Sandow Power Company LLC | SERVICES AGREEMENT DATED 03/15/1994 PLUS AMENDMENTS | VEOLIA ENVIRONMENTAL SERVICES | P.O. BOX 1099 HWY 77 SOUTH<br>ROCKDALE, TX 76567 | $ 141,000.00 | Luminant Generation Company LLC - $140,110.00<br><br>Oak Grove Management Company LLC - $890.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |