# Exhibit B

## Assumption and Assignment Schedule

**Exhibit B**

| | Details of Contract(s) to Be Assumed | | Assumption Counterparty Information | | Other Information | | |
|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Assignment | Amount Required to Cure Default Thereunder, if any | Assumption Date |
| 1 | TXU SEM Company | Software license and support agreement dated 03/31/2005 | Bentley Systems Incorporated | 685 Stockton Drive Exton, PA 19341 | Oncor Electric Delivery Company LLC | $ 9,787.44 | Upon entry of the Order |
| 2 | TXU SEM Company | No. of Licenses: 85 Product Name: MicroStation SELECT Subscription Part Number: 1003 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 3 | TXU SEM Company | No. of Licenses: 15 Product Name: Bentley Descartes for MS SELECT Sub Part Number: 1013 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 4 | TXU SEM Company | No. of Licenses: 1 Product Name: ProjectWise IPlot Mid-Vol Dvr Pack SEL S Part Number: 1548 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 5 | TXU SEM Company | No. of Licenses: 2 Product Name: ProjectWise InterPlot Driver Pack Sub Part Number: 1565 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 6 | TXU SEM Company | No. of Licenses: 2 Product Name: Bentley InRoads SELECT Subscription Part Number: 1592 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 7 | TXU SEM Company | No. of Licenses: 2 Product Name: ProjectWise Integration Server SELECT Su Part Number: 1635 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 8 | TXU SEM Company | No. of Licenses: 2 Product Name: ProjectWise Web Server SELECT Sub Part Number: 1636 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 9 | TXU SEM Company | No. of Licenses: 1 Product Name: ProjectWise Web View Server SELECT Sub Part Number: 1678 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 10 | TXU SEM Company | No. of Licenses: 45 Product Name: Bentley I/RAS B SELECT Subscription Part Number: 1694 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 11 | TXU SEM Company | No. of Licenses: 4 Product Name: ProjectWise InterPlot Server SELECT Sub Part Number: 1949 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 12 | TXU SEM Company | No. of Licenses: 2 Product Name: ProjectWise Publishing Server SELECT Sub Part Number: 2198 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 13 | TXU SEM Company | No. of Licenses: 291 Product Name: Bentley CONNECTIONS Passport SELECT Subs Part Number: 3722 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 14 | TXU SEM Company | No. of Licenses: 440 Product Name: MicroStation SELECT Subscription Part Number: 1003 | Bentley Systems Incorporated | John Kelley (Robert Hancock) 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Distribution | $ - | Upon entry of the Order |
| 15 | TXU SEM Company | No. of Licenses: 1 Product Name: Bentley InterPlot Server SELECT Sub Part Number: 1570 | Bentley Systems Incorporated | John Kelley (Robert Hancock) 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Distribution | $ - | Upon entry of the Order |
| 16 | TXU SEM Company | No. of Licenses: 300 Product Name: Bentley I/RAS B SELECT Subscription Part Number: 1694 | Bentley Systems Incorporated | John Kelley (Robert Hancock) 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Distribution | $ - | Upon entry of the Order |
| 17 | TXU SEM Company | No. of Licenses: 3 Product Name: Bentley CONNECTIONS Passport SELECT Subs Part Number: 3722 | Bentley Systems Incorporated | John Kelley (Robert Hancock) 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Distribution | $ - | Upon entry of the Order |
| 18 | EFH Corporate Services Company | Software license and support agreement | CA Technologies | One CA Plaza Islandia, NY 11749 | Oncor Electric Delivery Company LLC | $ 27,324.90 | Upon entry of the Order |
| 19 | EFH Corporate Services Company | No. of Licenses: 65 Product Name: CA Workload Automation Agent DE | CA Technologies | One CA Plaza Islandia, NY 11749 | Oncor Electric Delivery Company LLC | $ - | Upon entry of the Order |
| 20 | EFH Corporate Services Company | No. of Licenses: 30 Product Name: CA Workload Automation Agent DE | CA Technologies | One CA Plaza Islandia, NY 11749 | Oncor Electric Delivery Company LLC | $ - | Upon entry of the Order |