# Exhibit C

## Proposed Assumption Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## ORDER APPROVING THE ASSUMPTION AND AMENDMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Pursuant to the order approving expedited procedures for the rejection, assumption, or assignment of the Debtors' executory contracts and unexpired leases and granting related relief (the "Procedures Order")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Assumption Notice on each applicable party as set forth in the Amended Assumption Schedules, attached hereto as **Exhibit A** and **Exhibit B**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the assumption of such Contracts or Leases; and due and proper notice of the Individual Assumption Notice having been provided to each

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

RLF1 12963696v.1

applicable counterparty as set forth in the Amended Assumption Schedules, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtors are authorized to assume the Contracts and Leases listed on the Amended Assumption Schedules attached hereto, and the Contracts and Leases are hereby assumed pursuant to section 365 of the Bankruptcy Code.

2. The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Contracts and Leases is hereby final as set forth in the Amended Assumption Schedules.

3. Any claims against the Debtors arising under the Contracts and Leases or any claims contemplated under amendments to or stipulations related to the Contracts and Leases prior to the entry of this Order are forever released, discharged, barred, and enjoined.

4. The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

5. Any amendments to or assignments of a Contract or Lease as set forth in Amended Assumption Schedules are hereby approved pursuant to section 363(b) of the Bankruptcy Code.

6. Assumption, amendment, and/or assignment of the Contracts and Leases and payment of any associated cure amounts does not constitute: (a) an admission by the Debtors that the Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or that the Debtors shall have any liability under the Contract or Lease, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under any Contract or Lease.

7. Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2015
   Wilmington, Delaware

                   _____
                   THE HONORABLE CHRISTOPHER S. SONTCHI
                   UNITED STATES BANKRUPTCY JUDGE