## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: October 2, 2015 at 4:00 p.m.** |
| | ) | |

### FIFTEENTH MONTHLY FEE STATEMENT OF GIBSON, DUNN & CRUTCHER LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2015 THROUGH JULY 31, 2015

| **Name of Applicant** | **Gibson, Dunn & Crutcher LLP** |
|---|---|
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp, et al. Debtors and Debtors in Possession |
| Date of Retention: | Retention Order Entered on September 16, 2014 (Effective as of April 29, 2014) |
| Period for which compensation and reimbursement is sought: | July 1, 2015 through and including July 31, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $97,863.20 (80% of $122,329.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $381.88 |

This is a **X** monthly ___ interim __ final application. [2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Order.

RLF1 12963746v.1

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016 2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware the "Local Bankruptcy Rules"), the *Order Authorizing The Debtors To Retain And Employ Gibson, Dunn & Crutcher LLP As Special Counsel For Certain Corporate And Litigation Matters, Effective* Nunc Pro Tunc *To The Petition Date,* dated September 16, 2014 [D.I. 2058] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $97,863.20 for the reasonable and necessary legal services Gibson Dunn rendered to the Debtors from July 1, 2015 through July 31, 2015 (the "Fee Period") (80% of $122,329.00) and (ii) reimbursement for the actual and necessary expenses that Gibson Dunn incurred, in the amount of $381.88 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

    - **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Gibson Dunn partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories Gibson established in accordance with its internal billing procedures. As reflected in Exhibit A, Gibson Dunn incurred $122,329.00 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, Gibson Dunn seeks reimbursement for 80% of such fees $97,863.20 in the aggregate).

2

- **Exhibit B** is a schedule providing certain information regarding the Gibson Dunn attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Gibson Dunn have expended a total of 180.2 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Gibson Dunn is seeking reimbursement in this Application. All of these disbursements comprise the requested sum for Gibson Dunn's out-of-pocket expenses.

- **Exhibit D** consists of Gibson Dunn's records of expenses incurred during the Fee Period in the rendition of the professional services to the Debtors and their estates.[3]

## Proposed Payment Allocation

2. In accordance with paragraph 2(b) of the Interim Compensation Order, Gibson Dunn proposes the following payment allocation of the fees and expenses sought in this Monthly Fee Statement among (a) Energy Future Holdings Corp. ("EFH Corp."), (b) Energy Future Intermediate Holding Company LLC ("EFIH"), and (c) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases (collectively, the "TCEH Debtors"):

| **Direct Benefit Fees: $91,804.28 (comprised of 80% of $114,278.00 in fees plus $381.88 in expenses)** ||
|---|---|
| **Debtor(s)** | **Amount Sought to be Paid** |
| EFH Corp. | $10,987.20 |
| EFIH | $3,392.00 |

---

[3] Gibson Dunn has negotiated a discounted rate with computer-assisted legal research providers. Computer-assisted legal research is used whenever the researcher determines that using a legal research service is more cost effective than using traditional (non-computer assisted legal research) techniques. Amounts sought for reimbursement on account of computer-assisted legal research reflect applicable discounts based on Gibson Dunn's contractual arrangement with the provider.

| | |
|---|---|
| TCEH Debtors | $77,425.08 |
| *Totals:* | **$91,804.28** |
| **Collective Benefit Fees:  $6,440.80 (comprised of 80% $8,051.00 in fees and $0.00 in expenses)** | |
| **Debtor(s)** | **Amount Sought to be Paid** |
| EFH Corp. | $774.06 |
| EFIH | $238.97 |
| TCEH Debtors | $5,427.77 |
| *Totals:* | **$6,440.80** |
| *Grand Totals:* | **$98,245.08** |

### Representations

3. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Gibson Dunn reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

WHEREFORE, Gibson Dunn requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $98,245.08 consisting of (a) $97,863.20 which is 80% of the fees incurred by the Debtors for reasonable and necessary professional services rendered by Gibson Dunn, and (b) $381.88 for actual and necessary costs and expenses, and that such fees be paid as administrative expenses of the Debtors' estates.

Dated: September 11, 2015         */s/ Robert B. Little*
                                                   **GIBSON, DUNN & CRUTCHER LLP**
                                                   Robert B. Little
                                                   2100 McKinney Avenue
                                                   Dallas, TX 75201
                                                   Telephone:    (214) 698-3260
                                                   Facsimile:     (214) 571-2900
                                                   Email:            RLittle@gibsondunn.com

                                                   *Special Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## VERIFICATION OF ROBERT B. LITTLE

1. I am a partner with the applicant firm, Gibson, Dunn & Crutcher LLP, and have been admitted to appear before this Court.

2. I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

3. I have reviewed the foregoing Monthly Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Monthly Fee Statement substantially complies with such rule.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2015

*/s/ Robert B. Little*
Robert B. Little
Partner, Gibson, Dunn & Crutcher LLP

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 12963746v.1