## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## JULY 1, 2015 THROUGH JULY 31, 2015

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 19.4 | $7,801.00 |
| 46 | Budget-Related Work | 0.4 | $250.00 |
| Total for All-Debtor Matters | | 19.8 | $8,051.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation:  Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation:  FPL v. TXU (Texas Supreme Court) | 22.8 | $16,082.50 |
| 13 | Litigation:  FOIA Disputes and EPA Matters | N/A | N/A |
| 16 | Litigation:  Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation:  Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation:  NSR Case | 99.4 | $70,147.50 |
| 22 | Litigation:  2004 FPL Lawsuit | 14.6 | $10,074.00 |
| 23 | Litigation:  2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation:  FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | N/A | N/A |
| 44 | Non-Working Travel | N/A | N/A |
| Total for TCEH Matters | | 136.8 | $96,304.00 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |
| 29 | Second Lien DIP Notes Offering | N/A | N/A |

---

[1]    Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis.  In this Monthly Fee Statement, 84.3% of the fees ($6,784.71) shall be allocated to the TCEH estate, 3.7% of the fees ($298.71) shall be allocated to the EFIH estate, and 12.0% of the fees ($967.57) shall be allocated to the EFH estate.

| 34 | SEC Matters | N/A | N/A |
|---|---|---|---|
| 35 | Corporate Matters | 5.8 | $4,240.00 |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | 5.8 | $4,240.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 16.3 | $12,481.50 |
| 32 | Corporate Matters | 1.5 | $1,252.50 |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 17.8 | $13,734.00 |
| **Total** | | **180.2** | **$122,329.00** |

2

**EXPENSE SUMMARY**
**JULY 1, 2015 THROUGH JULY 31, 2015**

| Expenses Category | Total Expenses |
|---|---|
| In House Duplication | $104.80 |
| Meals | $231.60 |
| Messenger and Courier Expense | $45.48 |
| **Total:** | **$381.88** |

3