# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services

in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $975.00 | 11.4 | $11,115.00 |
| James C. Ho | Partner. Became a Partner in 2010. Member of DC Bar since 2001, and TX Bar since 2006. | $835.00 | 9.9 | $8,266.50 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $835.00 | 18.4 | $15,364.00 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $885.00 | 31.8 | $28,143.00 |
| Michael A. Rosenthal | Partner. Became a Partner in 1992. Member of IL Bar since 1980, TX Bar since 1985, and NY Bar since 2009. | $1,175.00 | 3.6 | $4,230.00 |
| Ashley E. Johnson | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $690.00 | 14.7 | $10,143.00 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $625.00 | 4.0 | $2,500.00 |
| Caitlin A. Calloway | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2012. | $500.00 | 1.8 | $900.00 |
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $610.00 | 21.9 | $13,359.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Timothy P. Fisher | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $450.00 | 2.4 | $1,080.00 |
| Rama T. Lagadapati | Associate. Joined firm as an Associate in 2013. Member of CA Bar since 2011, and TX Bar since 2013. | $625.00 | 3.0 | $1,650.00 |
| William T. Thompson | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $425.00 | 5.6 | $2,380.00 |
| Elizabeth M. Viney | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $525.00 | 24.7 | $12,967.50 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $630.00 | 1.0 | $630.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $395.00 | 18.8 | $7,426.00 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $370.00 | 3.9 | $1,443.00 |
| Christopher Karnes | eDiscovery Specialist. Joined firm in 2012. | $405.00 | 0.2 | $81.00 |
| Carla H. Jones | Research Analyst. Joined firm in 1999. | $210.00 | 3.1 | $651.00 |
| **TOTAL** | | | **180.2** | **$122,329.00** |
| **Blended Rate** | | **$678.85** | | |

2