**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 12963746v.1

**EXPENSE SUMMARY**
**JULY 1, 2015 THROUGH JULY 31, 2015**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $104.80 |
| Meals | $231.60 |
| Messenger and Courier Expense | $45.48 |
| **Total:** | **$381.88** |

**TOTAL EXPENSES:** $381.88