# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2015081588 | TCEH | 2015721 | Raiff, Michael L. | Meals | | | $211.60 | Meals 07/21/2015 - Food for EFH Client Meeting |
| 2015081588 | TCEH | 2015721 | Falconer, Russell H. | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015721 | Paden, Kevin N. | In House Duplication | $0.10 | 8 | $0.80 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015721 | Paden, Kevin N. | In House Duplication | $0.20 | 12 | $2.40 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015721 | Paden, Kevin N. | In House Duplication | $0.20 | 40 | $8.00 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015721 | Paden, Kevin N. | In House Duplication | $0.10 | 16 | $1.60 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015721 | Paden, Kevin N. | In House Duplication | $0.10 | 16 | $1.60 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015721 | Paden, Kevin N. | In House Duplication | $0.20 | 212 | $42.40 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015722 | Thorn, Diana P. | In House Duplication | $0.20 | 16 | $3.20 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015722 | Thorn, Diana P. | Meals | | | $20.00 | Meals/Dallas, TX/Applebees/Diana Thorn/Client meeting |
| 2015081588 | TCEH | 2015729 | Sirls, Derrick D. | In House Duplication | $0.10 | 5 | $0.50 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015728 | Sirls, Derrick D. | In House Duplication | $0.10 | 20 | $2.00 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015728 | Sirls, Derrick D. | In House Duplication | $0.10 | 26 | $2.60 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015728 | Sirls, Derrick D. | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015728 | Sirls, Derrick D. | In House Duplication | $0.10 | 30 | $3.00 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015728 | Sirls, Derrick D. | In House Duplication | $0.10 | 11 | $1.10 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015728 | Sirls, Derrick D. | In House Duplication | $0.10 | 19 | $1.90 | In House Duplication Charge via |

| | | | | | | | | Equitrac |
|---|---|---|---|---|---|---|---|---|
| 2015081588 | TCEH | 2015728 | Sirls, Derrick D. | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015728 | Sirls, Derrick D. | In House Duplication | $0.10 | 42 | $4.20 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015728 | Sirls, Derrick D. | In House Duplication | $0.10 | 21 | $2.10 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015728 | Sirls, Derrick D. | In House Duplication | $0.10 | 35 | $3.50 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015728 | Sirls, Derrick D. | In House Duplication | $0.10 | 21 | $2.10 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015728 | Sirls, Derrick D. | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015728 | Sirls, Derrick D. | In House Duplication | $0.10 | 5 | $0.50 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015728 | Sirls, Derrick D. | In House Duplication | $0.10 | 60 | $6.00 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015728 | Sirls, Derrick D. | In House Duplication | $0.10 | 13 | $1.30 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015728 | Sirls, Derrick D. | In House Duplication | $0.10 | 66 | $6.60 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015729 | Sirls, Derrick D. | In House Duplication | $0.10 | 36 | $3.60 | In House Duplication Charge via Equitrac |
| 2015081588 | TCEH | 2015724 | Chung, James K. | Messenger And Courier Expense | | | $45.48 | UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20150801  Ship Date 07/24/2015 From: Michael Clerkley, Gibson, Dunn & Crutcher LLP, Dallas, TX To: Michael Mehltretter, Epiq Systems Luminant EPA M, PHOENIX, AZ |

2