**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 5371, 5372** |

**CERTIFICATION OF COUNSEL REGARDING
"TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS (WRONG DEBTOR) PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 5371]**

The undersigned hereby certifies as follows:

1.  On August 17, 2015, Energy Future Holdings Corp. ("EFH Corp."), one of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Twenty-Seventh Omnibus (Non-Substantive) Objection to Claims (Wrong Debtor) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1* [D.I. 5371] (the "Objection").[2] On August 17, 2015, EFH Corp. also filed the *Declaration of Michael Carter in Support of the Twenty-Seventh Omnibus (Non-Substantive) Objection to Claims (Wrong Debtor) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

51648299v1

*3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1* [D.I. 5372] in connection with, and in support of the relief requested in, the Objection.

2. Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on August 31, 2015.

3. EFH Corp. received no formal responses to the Objection.

4. EFH Corp. received one informal response to the Objection from claimant Lhoist North America of Texas, Ltd. (the "<u>Informal Response</u>").  EFH Corp. is currently attempting to consensually resolve the Informal Response.  While EFH Corp. pursues a consensual resolution, EFH Corp. has agreed to continue the hearing with respect to the Proof of Claim related to the Informal Response.

5. The following is a complete list of the Proofs of Claim objected to in the Objection and for which EFH Corp. has agreed or determined to continue the hearing as described above (the "<u>Adjourned Claim</u>"):

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| 3961 | Lhoist North America of Texas, Ltd. | None |

6. During the continuance of the Adjourned Claim, EFH Corp. reserves all rights to, in the future, reassert any objection contained in the Objection or to raise further objections with respect to the Adjourned Claim.

7. EFH Corp. also received certain general informal inquiries from holders of Disputed Claims.  EFH Corp. has addressed and resolved these inquiries without requiring any modification to the Order or the relief sought in the Objection.

8. EFH Corp. has not received any other responses or objections to the Objection, and no other responses or objections appear on the Court's docket in these cases.

9. EFH Corp. has revised the exhibit to the proposed form of order (the "Proposed Order") to remove the Adjourned Claim.  A copy of the Proposed Order is attached hereto as **Exhibit A**, and a blackline of the applicable exhibit as compared to the exhibit attached to the Proposed Order filed on August 31, 2015 is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank.*]

WHEREFORE, EFH Corp. respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at the convenience of the Court.

| | |
|---|---|
| Wilmington, Delaware<br>Dated:  September 11, 2015 | **O'KELLY ERNST & BIELLI, LLC**<br><br>*/s/  David M. Klauder*<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone:	(302) 778-4000<br>Facsimile:	(302) 295-2873<br>Email:	dklauder@oeblegal.com<br>	sdougherty@oeblegal.com<br><br>-and-<br><br>**PROSKAUER ROSE LLP**<br><br>Jeff J. Marwil (admitted *pro hac vice*)<br>Mark K. Thomas (admitted *pro hac vice*)<br>Peter J. Young (admitted *pro hac vice*)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone:	(312) 962-3550<br>Facsimile:	(312) 962-3551<br>Email:	jmarwil@proskauer.com<br>	mthomas@proskauer.com<br>	pyoung@proskauer.com<br><br>*Co-Counsel to Debtor*<br>*Energy Future Holdings Corp.* |

51648299v1