**Exhibit A**

[Proposed Order]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 5371, 5372** |

**ORDER SUSTAINING TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE)**
**OBJECTION TO CLAIMS (WRONG DEBTOR) PURSUANT**
**TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY**
**RULES 3001, 3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection (the "<u>Objection</u>")[2] of EFH Corp. for entry of an order (this "<u>Order</u>")

reassigning the claims set forth on **Exhibit 1** attached hereto, all as set forth in the Objection and

the Carter Declaration; and the Court having found that it has jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the

Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having

found that the relief requested in the Objection is in the best interests of EFH Corp.'s estate, its

creditors, and other parties in interest; and the Court having found that EFH Corp. provided

appropriate notice of the Objection and the opportunity for a hearing on the Objection (the

"<u>Hearing</u>") under the circumstances; and the Court having reviewed the Objection and having

heard the statements in support of the relief requested therein at the Hearing, if any; and the

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Court having determined that the legal and factual bases set forth in the Objection and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Wrong Debtor Claims set forth on the attached **Exhibit 1** are hereby reassigned to the applicable Debtor identified in the column entitled "Modified Debtor" in **Exhibit 1**, attached hereto.

3.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

4.      Nothing set forth herein shall affect the parties' rights with respect to the reclassification of the Wrong Debtor Claims to the applicable Debtor identified in the column entitled "Modified Debtor" in **Exhibit 1**, as attached hereto, and the parties' rights with respect to such reclassification of Wrong Debtor Claims are reserved, including, for the avoidance of doubt, EFH Corp.'s (or any other Debtor's) right to object in the future to the Wrong Debtor Claims on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

5.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of EFH Corp.'s (or any other Debtor's) rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified

or defined in this Objection (except as set forth herein); (e) an admission by EFH Corp. that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of EFH Corp.'s rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

6.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      EFH Corp. is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

8.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Wilmington, Delaware
Dated: _____, 2015

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1** to **Exhibit A**

[Wrong Debtor Claims]

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AD-GIFTS/EMBROID ART 2506 UNIVERSITY BLVD. TYLER, TX 75701 | 2212 | No Debtor Asserted | 503(b)(9) | $3,755.28 | Luminant Generation Company LLC | 503(b)(9) | $3,170.28 |
| | | | | | | Luminant Mining Company LLC | 503(b)(9) | $585.00 |
| | | | | | | Subtotal | | $3,755.28 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| 2 | AIRGAS SAFETY W185N11300 WHITNEY DRIVE GERMANTOWN, WI 53022 | 5002 | No Debtor Asserted | Unsecured | $13,200.14 | Luminant Generation Company LLC | Unsecured | $10,981.10 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $122.43 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $226.87 |
| | | | | | | Sandow Power Company LLC | Unsecured | $1,869.74 |
| | | | | | | Subtotal | | $13,200.14 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| 3 | AIRGAS SAFETY PO BOX 1010 GERMANTOWN, WI 53022-8210 | 5003 | No Debtor Asserted | Unsecured | $35,021.94 | EFH Corporate Services Company | Unsecured | $102.94 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $34,919.00 |
| | | | | | | Subtotal | | $35,021.94 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | APPLIED ENERGY CO LLC 1205 VENTURE CT STE 100 CARROLLTON, TX 75006-5491 | 2245 | Energy Future Holdings Corp. | Unsecured | $2,762.00 | Luminant Mining Company LLC | Unsecured | $2,762.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | ARGO INTERNATIONAL CORP 125 CHUBB AVE FL 1 LYNDHURST, NJ 00707 | 5008 | Energy Future Holdings Corp. | Unsecured | $6,428.81 | Luminant Generation Company LLC | Unsecured | $6,428.81 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | ATMOS ENERGY CORPORATION ATTN: BANKRUPTCY GROUP PO BOX 650205 DALLAS, TX 75265-0205 | 7626 | Energy Future Holdings Corp. | Unsecured | $4,258.67 | EFH Corporate Services Company | Unsecured | $58.73 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $2,194.10 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $29.88 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $1,975.96 |
| | | | | | | Subtotal | | $4,258.67 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | BARCO PUMP 1130 BURT ST SHREVEPORT, LA 71107 | 4444 | No Debtor Asserted | Unsecured | $921.20 | Luminant Generation Company LLC | Unsecured | $15.00 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $906.20 |
| | | | | | | Subtotal | | $921.20 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | CESCO, INC. PO BOX 550727 DALLAS, TX 75355 | 4281 | No Debtor Asserted | Unsecured | $359.39 | TXU Energy Retail Company LLC | Unsecured | $359.39 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | CITY OF DALLAS - CITY ATTORNEY'S OFFICE ATTN: MARK BAGGETT 1500 MARILLA STREET, 7BN DALLAS, TX 75201 | 7939 | Texas Utilities Electric Company, Inc. | Unsecured | $117.35 | Luminant Generation Company LLC | Unsecured | $117.35 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | CITY OF GARLAND PO BOX 469002 GARLAND, TX 75046 | 4067 | TXU Electric Company, Inc. | Unsecured | $1,485.71 | Luminant Generation Company LLC | Unsecured | $1,485.71 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | CORPORATE GREEN INC PO BOX 820725 DALLAS, TX 75382-0725 | 3296 | Energy Future Holdings Corp. | Unsecured | $4,782.43 | EFH Corporate Services Company | Unsecured | $3,743.58 |
| | | | | | | Energy Future Holdings Corp. | Unsecured | $502.88 |
| | | | | | | Luminant Energy Company LLC | Unsecured | $160.80 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $375.17 |
| | | | | | | Subtotal | | $4,782.43 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | FALCON CREEK ENTERPRISES LLC C/O REED & SCARDINO LLP ATTN: ROLA DAABOUL 301 CONGRESS AVE, STE 1250 AUSTIN, TX 78701 | 3675 | Energy Future Holdings Corp. | Unsecured | $124,922.74 | TXU Energy Retail Company LLC | Unsecured | $124,922.74 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 13 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4911 | No Debtor Asserted No Debtor Asserted | 503(b)(9) Unsecured | $3,171.10 $742.35 | Luminant Generation Company LLC Luminant Generation Company LLC | 503(b)(9) Unsecured | $3,171.10 $742.35 |
| | | | | Subtotal | $3,913.45 | | Subtotal | $3,913.45 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 14 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4912 | No Debtor Asserted | Unsecured | $12.26 | Luminant Generation Company LLC | Unsecured | $12.26 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 15 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4913 | No Debtor Asserted | Unsecured | $4,909.65 | Luminant Generation Company LLC | Unsecured | $4,909.65 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 16 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4914 | No Debtor Asserted | 503(b)(9) | $337.18 | Luminant Mining Company LLC | 503(b)(9) | $337.18 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4917 | No Debtor Asserted | Unsecured | $192.67 | Luminant Generation Company LLC | Unsecured | $192.67 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4919 | No Debtor Asserted No Debtor Asserted | 503(b)(9) Unsecured | $1,277.36 $3,995.11 | Luminant Mining Company LLC Luminant Mining Company LLC | 503(b)(9) Unsecured | $1,277.36 $3,995.11 |
| | | | | Subtotal | $5,272.47 | | Subtotal | $5,272.47 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4920 | No Debtor Asserted No Debtor Asserted | 503(b)(9) Unsecured | $737.75 $1,647.85 | Luminant Mining Company LLC Luminant Mining Company LLC | 503(b)(9) Unsecured | $737.75 $1,647.85 |
| | | | | Subtotal | $2,385.60 | | Subtotal | $2,385.60 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4921 | No Debtor Asserted No Debtor Asserted | 503(b)(9) Unsecured | $7,038.47 $12,137.76 | Sandow Power Company LLC Sandow Power Company LLC | 503(b)(9) Unsecured | $7,038.47 $12,137.76 |
| | | | | Subtotal | $19,176.23 | | Subtotal | $19,176.23 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|------|---------|--------|------------------|--------------|--------|------------------|--------------|
| 21 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4923 | No Debtor Asserted No Debtor Asserted | 503(b)(9) Unsecured | $4,729.99 $6,494.47 | Luminant Generation Company LLC Luminant Generation Company LLC | 503(b)(9) Unsecured | $4,729.99 $6,494.47 |
| | | | | Subtotal | $11,224.46 | | Subtotal | $11,224.46 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 22 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4926 | No Debtor Asserted No Debtor Asserted | 503(b)(9) Unsecured | $1,162.04 $764.64 | Luminant Mining Company LLC Luminant Mining Company LLC | 503(b)(9) Unsecured | $1,162.04 $764.64 |
| | | | | Subtotal | $1,926.68 | | Subtotal | $1,926.68 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 23 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4927 | No Debtor Asserted No Debtor Asserted | 503(b)(9) Unsecured | $14,344.17 $4,206.90 | Luminant Generation Company LLC Luminant Generation Company LLC | 503(b)(9) Unsecured | $14,344.17 $4,206.90 |
| | | | | Subtotal | $18,551.07 | | Subtotal | $18,551.07 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 24 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4928 | No Debtor Asserted No Debtor Asserted | 503(b)(9) Unsecured | $15,214.12 $24,838.87 | Luminant Generation Company LLC Luminant Generation Company LLC | 503(b)(9) Unsecured | $15,214.12 $24,838.87 |
| | | | | Subtotal | $40,052.99 | | Subtotal | $40,052.99 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | FISHER SCIENTIFIC COMPANY LLC ATTN: GARY BARNES 300 INDUSTRY DR PITTSBURGH, PA 15275 | 4342 | Energy Future Holdings Corp. | Unsecured | $1,377.94 | Luminant Generation Company LLC | Unsecured | $1,205.29 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $172.65 |
| | | | | | | **Subtotal** | | **$1,377.94** |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 | GENERAL DATATECH LP 999 METRO MEDIA PL DALLAS, TX 75247-4730 | 4436 | Energy Future Holdings Corp. | Unsecured | $17,036.44 | EFH Corporate Services Company | Unsecured | $10,951.15 |
| | | | | | | Luminant Energy Company LLC | Unsecured | $6,085.29 |
| | | | | | | **Subtotal** | | **$17,036.44** |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 27 | HOFFER FLOW CONTROLS, INC. P.O. BOX 2145 107 KITTY HAWK LANE ELIZABETH CITY, NC 27906-2145 | 3754 | Energy Future Holdings Corp. | Unsecured | $5,132.00 | Luminant Generation Company LLC | Unsecured | $5,132.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | HSC-HOPSON SERVICES COMPANY, INC. P.O. BOX 764857 DALLAS, TX 75376 | 3594 | Energy Future Holdings Corp. | Unsecured | $8,840.05 | Luminant Generation Company LLC | Unsecured | $8,840.05 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|------|---------|--------|--------------------------|--------------|-----------------|-----------------|--------------|
| 29 | HSC-HOPSON SERVICES COMPANY, INC. P.O. BOX 764857 DALLAS, TX 75376 | 3595 | Energy Future Holdings Corp. | Unsecured | $2,253.52 | Luminant Mining Company LLC | Unsecured | $2,253.52 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 30 | HSC-HOPSON SERVICES COMPANY, INC. P.O. BOX 764857 DALLAS, TX 75376 | 3597 | Energy Future Holdings Corp. | Unsecured | $582.65 | Luminant Generation Company LLC | Unsecured | $582.65 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 31 | HULCHER SERVICES 611 KIMBERLY DRIVE DENTON, TX 76208-6300 | 3155 | Energy Future Holdings Corp. | Unsecured | $70,068.97 | Luminant Mining Company LLC | Unsecured | $59,135.72 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $10,933.25 |
| | | | | | | | Subtotal | $70,068.97 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 32 | HUNTON & WILLIAMS LLP ATTN: M. CHRISTINE KLEIN, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND, VA 23219 | 7950 | Energy Future Holdings Corp. | Unsecured | $59,937.58 | EFH Corporate Services Company | Unsecured | $49,011.81 |
| | | | | | | Energy Future Holdings Corp. | Unsecured | $9,534.10 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $1,391.67 |
| | | | | | | | Subtotal | $59,937.58 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 33 | MEDIA MANAGEMENT 1801 ROYAL LANE STE 906 DALLAS, TX 75229 | 5703 | EFH Corporate Services Company | Unsecured | $5,694.47 | EFH Corporate Services Company | Unsecured | $4,611.34 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $812.50 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $270.63 |
| | | | | | | Subtotal | | $5,694.47 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 34 | MILLER ELECTRIC COMPANY PO BOX 864149 ORLANDO, FL 32886-4149 | 4414 | No Debtor Asserted | Unsecured | $2,837.00 | Generation MT Company LLC | Unsecured | $2,837.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 35 | NEWARK ELEMENT14 300 S RIVERSIDE PLZ STE 2200 CHICAGO, IL 60606-6765 | 621 | EFH Corporate Services Company | 503(b)(9) | $1,745.43 | Luminant Generation Company LLC | 503(b)(9) | $751.83 |
| | | | EFH Corporate Services Company | Unsecured | $24,327.17 | Luminant Generation Company LLC | Unsecured | $25,270.97 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $49.80 |
| | | | | Subtotal | $26,072.60 | | Subtotal | $26,072.60 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 36 | PASTOR BEHLING & WHEELER LLC 2201 DOUBLE CREEK DR STE 4004 ROUND ROCK, TX 78664-3843 | 2658 | No Debtor Asserted | Unsecured | $36,644.84 | Energy Future Competitive Holdings Company LLC | Unsecured | $720.30 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $4,238.74 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $15,722.60 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $12,700.90 |
| | | | | | | Sandow Power Company LLC | Unsecured | $3,262.30 |
| | | | | | | Subtotal | | $36,644.84 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 37 | ROTHE DEVELOPMENT INC 4614 SINCLAIR RD SAN ANTONIO, TX 78222 | 4832 | Energy Future Holdings Corp. | Unsecured | $583.10 | Oak Grove Management Company LLC | Unsecured | $583.10 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 38 | SCHNEIDER ELECTRIC BUILDINGS AMERICAS INC 1650 W. CROSBY ROAD CARROLLTON, TX 75006 | 3913 | Energy Future Holdings Corp. | Unsecured | $9,205.90 | EFH Corporate Services Company | Unsecured | $6,720.83 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $2,485.07 |
| | | | | | | Subtotal | | $9,205.90 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 39 | STRUCTURE WORKS INC ATTN: BILL MAGEE P.O. BOX 868 43 MILL STREET DOVER PLAINS, NY 12522 | 5864 | No Debtor Asserted | Unsecured | $20,019.50 | EFH Corporate Services Company | Unsecured | $5,161.82 |
| | | | | | | Luminant Energy Company LLC | Unsecured | $1,288.18 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $10,297.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $3,272.50 |
| | | | | | | | Subtotal | $20,019.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 40 | SUNBELT RENTALS, INC. REGIONAL 7 CREDIT 1275 W. MOUND ST. COLUMBUS, OH 43223 | 1544 | Texas Utilities Company, Inc. | Unsecured | $827.97 | Luminant Mining Company LLC | Unsecured | $827.97 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 41 | TELECOM ELECTRIC SUPPLY CO PO BOX 860307 PLANO, TX 75086-0307 | 7851 | Multiple Debtors Asserted | Unsecured | $5,900.61 | Luminant Generation Company LLC | Unsecured | $84.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $4,279.61 |
| | | | | | | Sandow Power Company LLC | Unsecured | $1,537.00 |
| | | | | | | | Subtotal | $5,900.61 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 42 | TELECOM ELECTRIC SUPPLY CO PO BOX 860307 PLANO, TX 75086-0307 | 7893 | Multiple Debtors Asserted | Unsecured | $19,547.31 | Luminant Generation Company LLC | Unsecured | $15,507.99 |
| | | | | | | Sandow Power Company LLC | Unsecured | $4,039.32 |
| | | | | | | Subtotal | | $19,547.31 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 43 | TEXAS METER & DEVICE CO PO BOX 154099 WACO, TX 76715-4099 | 3114 | EFH Corporate Services Company | Unsecured | $3,358.40 | Oak Grove Management Company LLC | Unsecured | $3,358.40 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 44 | TRANE US INC ATTN: PAUL KOLESAR 800-E BEATY STREET DAVIDSON, NC 28036 | 8004 | EFH Corporate Services Company | Unsecured | $49,114.60 | Luminant Generation Company LLC | Unsecured | $200.00 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $894.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $48,020.60 |
| | | | | | | Subtotal | | $49,114.60 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 45 | TRANE US INC ATTN: PAUL KOLESAR 800-E BEATY STREET DAVIDSON, NC 28036 | 8006 | TXU Electric Company, Inc. | Unsecured | $1,137.57 | Luminant Generation Company LLC | Unsecured | $1,137.57 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 46 | VOXAI SOLUTIONS INC. ATTN: SUNIL RUDRARAJU 635 FRITZ DR STE 220 COPPELL, TX 75019 | 10049 | No Debtor Asserted | Unsecured | $134,433.18 | EFH Corporate Services Company | Unsecured | $65,459.41 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $68,973.77 |
| | | | | | | | Subtotal | $134,433.18 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 47 | ZONES INC PO BOX 34740 SEATTLE, WA 98124-1740 | 4808 | Energy Future Holdings Corp. | Unsecured | $793.00 | Luminant Mining Company LLC | Unsecured | $793.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | | | TOTAL | $787,369.57 | TOTAL | | $787,369.57 |
|---|---|---|---|---|---|---|---|