**Exhibit B**

[Blackline of Exhibit 1]

[Wrong Debtor Claims]

ENERGY FUTURE HOLDINGS CORP., et al.

**REDLINE OF** TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AD-GIFTS/EMBROID ART 2506 UNIVERSITY BLVD. TYLER, TX 75701 | 2212 | No Debtor Asserted | 503(b)(9) | $3,755.28 | Luminant Generation Company LLC | 503(b)(9) | $3,170.28 |
|   |   |   |   |   |   | Luminant Mining Company LLC | 503(b)(9) | $585.00 |
|   |   |   |   |   |   | Subtotal |   | $3,755.28 |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 2 | AIRGAS SAFETY W185N11300 WHITNEY DRIVE GERMANTOWN, WI 53022 | 5002 | No Debtor Asserted | Unsecured | $13,200.14 | Luminant Generation Company LLC | Unsecured | $10,981.10 |
|   |   |   |   |   |   | Luminant Mining Company LLC | Unsecured | $122.43 |
|   |   |   |   |   |   | Oak Grove Management Company LLC | Unsecured | $226.87 |
|   |   |   |   |   |   | Sandow Power Company LLC | Unsecured | $1,869.74 |
|   |   |   |   |   |   | Subtotal |   | $13,200.14 |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 3 | AIRGAS SAFETY PO BOX 1010 GERMANTOWN, WI 53022-8210 | 5003 | No Debtor Asserted | Unsecured | $35,021.94 | EFH Corporate Services Company | Unsecured | $102.94 |
|   |   |   |   |   |   | Luminant Generation Company LLC | Unsecured | $34,919.00 |
|   |   |   |   |   |   | Subtotal |   | $35,021.94 |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

ENERGY FUTURE HOLDINGS CORP., et al.

**REDLINE OF** TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | APPLIED ENERGY CO LLC<br>1205 VENTURE CT STE 100<br>CARROLLTON, TX 75006-5491 | 2245 | Energy Future Holdings Corp. | Unsecured | $2,762.00 | Luminant Mining Company LLC | Unsecured | $2,762.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 5 | ARGO INTERNATIONAL CORP<br>125 CHUBB AVE<br>FL 1<br>LYNDHURST, NJ 00707 | 5008 | Energy Future Holdings Corp. | Unsecured | $6,428.81 | Luminant Generation Company LLC | Unsecured | $6,428.81 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 6 | ATMOS ENERGY CORPORATION<br>ATTN: BANKRUPTCY GROUP<br>PO BOX 650205<br>DALLAS, TX 75265-0205 | 7626 | Energy Future Holdings Corp. | Unsecured | $4,258.67 | EFH Corporate Services Company | Unsecured | $58.73 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $2,194.10 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $29.88 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $1,975.96 |
| | | | | | | Subtotal | | $4,258.67 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 7 | BARCO PUMP<br>1130 BURT ST<br>SHREVEPORT, LA 71107 | 4444 | No Debtor Asserted | Unsecured | $921.20 | Luminant Generation Company LLC | Unsecured | $15.00 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $906.20 |
| | | | | | | Subtotal | | $921.20 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

|    | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|----|------|---------|-----------------|--------------------------|-----------------------|------------------|---------------------------|------------------------|
| 8  | CESCO, INC.<br>PO BOX 550727<br>DALLAS, TX 75355 | 4281 | No Debtor Asserted | Unsecured | $359.39 | TXU Energy Retail Company LLC | Unsecured | $359.39 |
|    | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 9  | CITY OF DALLAS - CITY ATTORNEY'S OFFICE<br>ATTN: MARK BAGGETT<br>1500 MARILLA STREET, 7BN<br>DALLAS, TX 75201 | 7939 | Texas Utilities Electric Company, Inc. | Unsecured | $117.35 | Luminant Generation Company LLC | Unsecured | $117.35 |
|    | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 10 | CITY OF GARLAND<br>PO BOX 469002<br>GARLAND, TX 75046 | 4067 | TXU Electric Company, Inc. | Unsecured | $1,485.71 | Luminant Generation Company LLC | Unsecured | $1,485.71 |
|    | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 11 | CORPORATE GREEN INC<br>PO BOX 820725<br>DALLAS, TX 75382-0725 | 3296 | Energy Future Holdings Corp. | Unsecured | $4,782.43 | EFH Corporate Services Company | Unsecured | $3,743.58 |
|    |      |         |                 |                          |                       | Energy Future Holdings Corp. | Unsecured | $502.88 |
|    |      |         |                 |                          |                       | Luminant Energy Company LLC | Unsecured | $160.80 |
|    |      |         |                 |                          |                       | Luminant Generation Company LLC | Unsecured | $375.17 |
|    |      |         |                 |                          |                       | Subtotal |  | $4,782.43 |
|    | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | FALCON CREEK ENTERPRISES LLC C/O REED & SCARDINO LLP ATTN: ROLA DAABOUL 301 CONGRESS AVE, STE 1250 AUSTIN, TX 78701 | 3675 | Energy Future Holdings Corp. | Unsecured | $124,922.74 | TXU Energy Retail Company LLC | Unsecured | $124,922.74 |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 13 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4911 | No Debtor Asserted No Debtor Asserted | 503(b)(9) Unsecured | $3,171.10 $742.35 | Luminant Generation Company LLC Luminant Generation Company LLC | 503(b)(9) Unsecured | $3,171.10 $742.35 |
| | | | | Subtotal | $3,913.45 | | Subtotal | $3,913.45 |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 14 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4912 | No Debtor Asserted | Unsecured | $12.26 | Luminant Generation Company LLC | Unsecured | $12.26 |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 15 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4913 | No Debtor Asserted | Unsecured | $4,909.65 | Luminant Generation Company LLC | Unsecured | $4,909.65 |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 16 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4914 | No Debtor Asserted | 503(b)(9) | $337.18 | Luminant Mining Company LLC | 503(b)(9) | $337.18 |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4917 | No Debtor Asserted | Unsecured | $192.67 | Luminant Generation Company LLC | Unsecured | $192.67 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 18 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4919 | No Debtor Asserted<br>No Debtor Asserted | 503(b)(9)<br>Unsecured | $1,277.36<br>$3,995.11 | Luminant Mining Company LLC<br>Luminant Mining Company LLC | 503(b)(9)<br>Unsecured | $1,277.36<br>$3,995.11 |
| | | | | Subtotal | $5,272.47 | | Subtotal | $5,272.47 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 19 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4920 | No Debtor Asserted<br>No Debtor Asserted | 503(b)(9)<br>Unsecured | $737.75<br>$1,647.85 | Luminant Mining Company LLC<br>Luminant Mining Company LLC | 503(b)(9)<br>Unsecured | $737.75<br>$1,647.85 |
| | | | | Subtotal | $2,385.60 | | Subtotal | $2,385.60 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 20 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4921 | No Debtor Asserted<br>No Debtor Asserted | 503(b)(9)<br>Unsecured | $7,038.47<br>$12,137.76 | Sandow Power Company LLC<br>Sandow Power Company LLC | 503(b)(9)<br>Unsecured | $7,038.47<br>$12,137.76 |
| | | | | Subtotal | $19,176.23 | | Subtotal | $19,176.23 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 21 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4923 | No Debtor Asserted<br>No Debtor Asserted | 503(b)(9)<br>Unsecured | $4,729.99<br>$6,494.47 | Luminant Generation Company LLC<br>Luminant Generation Company LLC | 503(b)(9)<br>Unsecured | $4,729.99<br>$6,494.47 |
| | | | | **Subtotal** | **$11,224.46** | | **Subtotal** | **$11,224.46** |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 22 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4926 | No Debtor Asserted<br>No Debtor Asserted | 503(b)(9)<br>Unsecured | $1,162.04<br>$764.64 | Luminant Mining Company LLC<br>Luminant Mining Company LLC | 503(b)(9)<br>Unsecured | $1,162.04<br>$764.64 |
| | | | | **Subtotal** | **$1,926.68** | | **Subtotal** | **$1,926.68** |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 23 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4927 | No Debtor Asserted<br>No Debtor Asserted | 503(b)(9)<br>Unsecured | $14,344.17<br>$4,206.90 | Luminant Generation Company LLC<br>Luminant Generation Company LLC | 503(b)(9)<br>Unsecured | $14,344.17<br>$4,206.90 |
| | | | | **Subtotal** | **$18,551.07** | | **Subtotal** | **$18,551.07** |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 24 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4928 | No Debtor Asserted<br>No Debtor Asserted | 503(b)(9)<br>Unsecured | $15,214.12<br>$24,838.87 | Luminant Generation Company LLC<br>Luminant Generation Company LLC | 503(b)(9)<br>Unsecured | $15,214.12<br>$24,838.87 |
| | | | | **Subtotal** | **$40,052.99** | | **Subtotal** | **$40,052.99** |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims**

|    |                              |         |                         | ASSERTED        |                 |                          | MODIFIED        |                 |
|----|------------------------------|---------|-------------------------|-----------------|-----------------|--------------------------|-----------------|-----------------|
|    | NAME                         | CLAIM # | DEBTOR                  | PRIORITY STATUS | CLAIM AMOUNT    | DEBTOR                   | PRIORITY STATUS | CLAIM AMOUNT    |
| 25 | FISHER SCIENTIFIC COMPANY LLC ATTN: GARY BARNES 300 INDUSTRY DR PITTSBURGH, PA 15275 | 4342 | Energy Future Holdings Corp. | Unsecured | $1,377.94 | Luminant Generation Company LLC | Unsecured | $1,205.29 |
|    |                              |         |                         |                 |                 | Oak Grove Management Company LLC | Unsecured | $172.65 |
|    |                              |         |                         |                 |                 | Subtotal                 |                 | $1,377.94 |
|    | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. |
| 26 | GENERAL DATATECH LP 999 METRO MEDIA PL DALLAS, TX 75247-4730 | 4436 | Energy Future Holdings Corp. | Unsecured | $17,036.44 | EFH Corporate Services Company | Unsecured | $10,951.15 |
|    |                              |         |                         |                 |                 | Luminant Energy Company LLC | Unsecured | $6,085.29 |
|    |                              |         |                         |                 |                 | Subtotal                 |                 | $17,036.44 |
|    | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. |
| 27 | HOFFER FLOW CONTROLS, INC. P.O. BOX 2145 107 KITTY HAWK LANE ELIZABETH CITY, NC 27906-2145 | 3754 | Energy Future Holdings Corp. | Unsecured | $5,132.00 | Luminant Generation Company LLC | Unsecured | $5,132.00 |
|    | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. |
| 28 | HSC-HOPSON SERVICES COMPANY, INC. P.O. BOX 764857 DALLAS, TX 75376 | 3594 | Energy Future Holdings Corp. | Unsecured | $8,840.05 | Luminant Generation Company LLC | Unsecured | $8,840.05 |
|    | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | HSC-HOPSON SERVICES COMPANY, INC. P.O. BOX 764857 DALLAS, TX 75376 | 3595 | Energy Future Holdings Corp. | Unsecured | $2,253.52 | Luminant Mining Company LLC | Unsecured | $2,253.52 |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 30 | HSC-HOPSON SERVICES COMPANY, INC. P.O. BOX 764857 DALLAS, TX 75376 | 3597 | Energy Future Holdings Corp. | Unsecured | $582.65 | Luminant Generation Company LLC | Unsecured | $582.65 |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 31 | HULCHER SERVICES 611 KIMBERLY DRIVE DENTON, TX 76208-6300 | 3155 | Energy Future Holdings Corp. | Unsecured | $70,068.97 | Luminant Mining Company LLC | Unsecured | $59,135.72 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $10,933.25 |
| | | | | | | Subtotal | | $70,068.97 |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 32 | HUNTON & WILLIAMS LLP ATTN: M. CHRISTINE KLEIN, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND, VA 23219 | 7950 | Energy Future Holdings Corp. | Unsecured | $59,937.58 | EFH Corporate Services Company | Unsecured | $49,011.81 |
| | | | | | | Energy Future Holdings Corp. | Unsecured | $9,534.10 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $1,391.67 |
| | | | | | | Subtotal | | $59,937.58 |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

|  |  |  | **ASSERTED** |  |  | **MODIFIED** |  |  |
|---|---|---|---|---|---|---|---|---|
|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
| ~~33~~ | ~~LHOIST NORTH AMERICA OF TEXAS, LTD F/K/A CHEMICAL LIME, LTD. C/O HART & HALLMAN LLP/ATTN: N. RIBAUDO 201 MAIN STREET, SUITE 2500 FORT WORTH, TX 76102~~ | ~~3961~~ | ~~EFH Corporate Services Company~~ | ~~Unsecured~~ | ~~$44,766.87~~ | ~~Luminant Mining Company LLC~~ | ~~Unsecured~~ | ~~$41,458.47~~ |
|  |  |  |  |  |  | ~~Oak Grove Management Company LLC~~ | ~~Unsecured~~ | ~~$3,308.40~~ |
|  |  |  |  |  |  | ~~Subtotal~~ |  | ~~$44,766.87~~ |
| ~~REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.~~ ||||||||
| ~~34~~ 33 | MEDIA MANAGEMENT 1801 ROYAL LANE STE 906 DALLAS, TX 75229 | 5703 | EFH Corporate Services Company | Unsecured | $5,694.47 | EFH Corporate Services Company | Unsecured | $4,611.34 |
|  |  |  |  |  |  | Luminant Generation Company LLC | Unsecured | $812.50 |
|  |  |  |  |  |  | TXU Energy Retail Company LLC | Unsecured | $270.63 |
|  |  |  |  |  |  | Subtotal |  | $5,694.47 |
| REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. ||||||||
| ~~35~~ 34 | MILLER ELECTRIC COMPANY PO BOX 864149 ORLANDO, FL 32886-4149 | 4414 | No Debtor Asserted | Unsecured | $2,837.00 | Generation MT Company LLC | Unsecured | $2,837.00 |
| REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. ||||||||

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~36~~ 35 | NEWARK ELEMENT14 300 S RIVERSIDE PLZ STE 2200 CHICAGO, IL 60606-6765 | 621 | EFH Corporate Services Company | 503(b)(9) | $1,745.43 | Luminant Generation Company LLC | 503(b)(9) | $751.83 |
|  |  |  | EFH Corporate Services Company | Unsecured | $24,327.17 | Luminant Generation Company LLC | Unsecured | $25,270.97 |
|  |  |  |  |  |  | Luminant Mining Company LLC | Unsecured | $49.80 |
|  |  |  |  | Subtotal | $26,072.60 |  | Subtotal | $26,072.60 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~37~~ 36 | PASTOR BEHLING & WHEELER LLC 2201 DOUBLE CREEK DR STE 4004 ROUND ROCK, TX 78664-3843 | 2658 | No Debtor Asserted | Unsecured | $36,644.84 | Energy Future Competitive Holdings Company LLC | Unsecured | $720.30 |
|  |  |  |  |  |  | Luminant Generation Company LLC | Unsecured | $4,238.74 |
|  |  |  |  |  |  | Luminant Mining Company LLC | Unsecured | $15,722.60 |
|  |  |  |  |  |  | Oak Grove Management Company LLC | Unsecured | $12,700.90 |
|  |  |  |  |  |  | Sandow Power Company LLC | Unsecured | $3,262.30 |
|  |  |  |  |  |  |  | Subtotal | $36,644.84 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~38~~ 37 | ROTHE DEVELOPMENT INC 4614 SINCLAIR RD SAN ANTONIO, TX 78222 | 4832 | Energy Future Holdings Corp. | Unsecured | $583.10 | Oak Grove Management Company LLC | Unsecured | $583.10 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~39~~ 38 | SCHNEIDER ELECTRIC BUILDINGS AMERICAS INC 1650 W. CROSBY ROAD CARROLLTON, TX 75006 | 3913 | Energy Future Holdings Corp. | Unsecured | $9,205.90 | EFH Corporate Services Company | Unsecured | $6,720.83 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $2,485.07 |
| | | | | | | Subtotal | | $9,205.90 |
| REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. |
| ~~40~~ 39 | STRUCTURE WORKS INC ATTN: BILL MAGEE P.O. BOX 868 43 MILL STREET DOVER PLAINS, NY 12522 | 5864 | No Debtor Asserted | Unsecured | $20,019.50 | EFH Corporate Services Company | Unsecured | $5,161.82 |
| | | | | | | Luminant Energy Company LLC | Unsecured | $1,288.18 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $10,297.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $3,272.50 |
| | | | | | | Subtotal | | $20,019.50 |
| REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. |
| ~~41~~ 40 | SUNBELT RENTALS, INC. REGIONAL 7 CREDIT 1275 W. MOUND ST. COLUMBUS, OH 43223 | 1544 | Texas Utilities Company, Inc. | Unsecured | $827.97 | Luminant Mining Company LLC | Unsecured | $827.97 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 42 41 | TELECOM ELECTRIC SUPPLY CO<br>PO BOX 860307<br>PLANO, TX 75086-0307 | 7851 | Multiple Debtors Asserted | Unsecured | $5,900.61 | Luminant Generation Company LLC | Unsecured | $84.00 |
|  |  |  |  |  |  | Oak Grove Management Company LLC | Unsecured | $4,279.61 |
|  |  |  |  |  |  | Sandow Power Company LLC | Unsecured | $1,537.00 |
|  |  |  |  |  |  | Subtotal |  | $5,900.61 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| 43 42 | TELECOM ELECTRIC SUPPLY CO<br>PO BOX 860307<br>PLANO, TX 75086-0307 | 7893 | Multiple Debtors Asserted | Unsecured | $19,547.31 | Luminant Generation Company LLC | Unsecured | $15,507.99 |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Sandow Power Company LLC | Unsecured | $4,039.32 |
|  |  |  |  |  |  | Subtotal |  | $19,547.31 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| 44 43 | TEXAS METER & DEVICE CO<br>PO BOX 154099<br>WACO, TX 76715-4099 | 3114 | EFH Corporate Services Company | Unsecured | $3,358.40 | Oak Grove Management Company LLC | Unsecured | $3,358.40 |
|---|---|---|---|---|---|---|---|---|

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~45~~ 44 | TRANE US INC ATTN: PAUL KOLESAR 800-E BEATY STREET DAVIDSON, NC 28036 | 8004 | EFH Corporate Services Company | Unsecured | $49,114.60 | Luminant Generation Company LLC | Unsecured | $200.00 |
|  |  |  |  |  |  | Luminant Mining Company LLC | Unsecured | $894.00 |
|  |  |  |  |  |  | Oak Grove Management Company LLC | Unsecured | $48,020.60 |
|  |  |  |  |  |  | Subtotal |  | $49,114.60 |
|  | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| ~~46~~ 45 | TRANE US INC ATTN: PAUL KOLESAR 800-E BEATY STREET DAVIDSON, NC 28036 | 8006 | TXU Electric Company, Inc. | Unsecured | $1,137.57 | Luminant Generation Company LLC | Unsecured | $1,137.57 |
|  | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| ~~47~~ 46 | VOXAI SOLUTIONS INC. ATTN: SUNIL RUDRARAJU 635 FRITZ DR STE 220 COPPELL, TX 75019 | 10049 | No Debtor Asserted | Unsecured | $134,433.18 | EFH Corporate Services Company | Unsecured | $65,459.41 |
|  |  |  |  |  |  | TXU Energy Retail Company LLC | Unsecured | $68,973.77 |
|  |  |  |  |  |  | Subtotal |  | $134,433.18 |
|  | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| ~~48~~ 47 | ZONES INC PO BOX 34740 SEATTLE, WA 98124-1740 | 4808 | Energy Future Holdings Corp. | Unsecured | $793.00 | Luminant Mining Company LLC | Unsecured | $793.00 |
|  | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
|  |  |  |  | TOTAL | ~~$832,136.44~~ $787,369.57 | | TOTAL | ~~$832,136.44~~ $787,369.57 |