**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 5373, 5374** |

**CERTIFICATION OF COUNSEL REGARDING
"TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 5373]**

The undersigned hereby certifies as follows:

1.      On August 17, 2015, Energy Future Holdings Corp. ("EFH Corp."), one of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1* [D.I. 4978] (the "Objection").[2]  On August 17, 2015, EFH Corp. also filed the *Declaration of Michael Carter in Support of the Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code,*

---

[1]      The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1* [D.I. 5374] in connection with, and in support of the relief requested in, the Objection.

2.      Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on July 24, 2015.

3.      EFH Corp. received three formal responses to the Objection from claimants Verizon Wireless [D.I. 5802], Benetech, Inc. [D.I. 5834], and Rexel, Inc. [D.I. 5838] (together, the "Formal Responses"). EFH Corp. is currently attempting to consensually resolve the Formal Responses. While EFH Corp. pursues consensual resolutions, EFH Corp. has agreed or determined to continue the hearing with respect to the Proofs of Claim related to the Formal Responses.

4.      EFH Corp. received four informal responses to the Objection (the "Informal Responses"). EFH Corp. is currently attempting to consensually resolve the Informal Responses. While EFH Corp. pursues consensual resolutions, EFH Corp. has agreed or determined to continue the hearing with respect to the Proofs of Claim related to these Informal Responses.

5.      The following is a complete list of the Proofs of Claim objected to in the Objection and for which EFH Corp. has agreed or determined to continue the hearing as described above (collectively, the "Adjourned Claims"):

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| 1776 | Shale-Inland Holdings LLC | None |
| 3314 | Airgas USA, LLC | None |
| 4915 | Fastenal | None |
| 4916 | Fastenal | None |
| 4922 | Fastenal | None |
| 4924 | Fastenal | None |
| 4925 | Fastenal | None |
| 4930 | Fastenal | None |
| 5718 | Rexel, Inc. | 5838 |

2

| 5776 | Benetech, Inc. | 5834 |
| 6264 | Verizon Wireless | 5802 |
| 7852 | Clyde Bergemann Power Group Americas, Inc. | None |

6.      During the continuance of the Adjourned Claims, EFH Corp. reserves all rights to, in the future, reassert any objection contained in the Objection or to raise further objections with respect to the Adjourned Claims.

7.      EFH Corp. also received certain general informal inquiries from holders of Disputed Claims.  EFH Corp. has addressed and resolved these inquiries without requiring any modification to the Order or the relief sought in the Objection.

8.      EFH Corp. has not received any other responses or objections to the Objection, and no other responses or objections appear on the Court's docket in these cases.

9.      EFH Corp. has revised the applicable exhibits to the proposed form of order (the "Proposed Order") to remove the Adjourned Claims.  A copy of the Proposed Order is attached hereto as **Exhibit A**, and blacklines of the applicable exhibits as compared to the applicable exhibits attached to the Proposed Order filed on August 17, 2015 are attached hereto as **Exhibit B**, **Exhibit C**, and **Exhibit D**.

*[Remainder of page intentionally left blank.]*

3

WHEREFORE, EFH Corp. respectfully requests that the Court enter the Proposed Order,

substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Wilmington, Delaware
Dated:  September 11, 2015

**O'KELLY ERNST & BIELLI, LLC**

*/s/  David M. Klauder*

David M. Klauder (No. 5769)
Shannon J. Dougherty (No. 5740)
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone:    (302) 778-4000
Facsimile:    (302) 295-2873
Email:        dklauder@oeblegal.com
              sdougherty@oeblegal.com

-and-

**PROSKAUER ROSE LLP**

Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Telephone:    (312) 962-3550
Facsimile:    (312) 962-3551
Email:        jmarwil@proskauer.com
              mthomas@proskauer.com
              pyoung@proskauer.com

*Co-Counsel to Debtor*
*Energy Future Holdings Corp.*

4