**Exhibit C**

[Blackline of Exhibit 2]

[Wrong Debtor and Modify Priority Claims]

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ALMAN CONSTRUCTION SERVICES<br>7677 HUNNICUT RD<br>DALLAS, TX 75228-6947 | 1696 | Energy Future Holdings Corp. | 503(b)(9) | $48,393.38 | EFH Corporate Services Company | Unsecured | $27,904.73 |
|   |   |   |   |   |   | Luminant Generation Company LLC | Unsecured | $7,667.31 |
|   |   |   |   |   |   | TXU Energy Retail Company LLC | Unsecured | $12,821.34 |
|   |   |   |   |   |   | Subtotal |   | $48,393.38 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ATLAS COPCO COMPRESSORS LLC<br>ATTN: HECTOR DE LEON<br>15045 LEE ROAD<br>HOUSTON, TX 77032 | 3538 | EFH Corporate Services Company | Priority | $52,164.54 | Luminant Generation Company LLC | Unsecured | $1,074.93 |
|   |   |   |   |   |   | Oak Grove Management Company LLC | Unsecured | $39,990.70 |
|   |   |   |   |   |   | Sandow Power Company LLC | Unsecured | $11,098.91 |
|   |   |   |   |   |   | Subtotal |   | $52,164.54 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Claim asserted priority under 11 U.S.C. § 507 (a)(7); claimant's supporting documentation and Debtors' books and records provide no basis for priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | BIRDSONG, BRUCE 4801 S HWY #377 AUBREY, TX 76227-5016 | 3503 | Energy Future Holdings Corp. | Priority | $1,131.73 | EFH Corporate Services Company | Unsecured | $7,002.63 |
| | | | Energy Future Holdings Corp. | Unsecured | $13,717.86 | Luminant Generation Company LLC | Unsecured | $2,569.34 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $5,277.62 |
| | | | | Subtotal | $14,849.59 | | Subtotal | $14,849.59 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(8), according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status; tax charge is related to sales tax that does not give rise to priority status.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | ~~CLYDE BERGEMANN POWER GROUP AMERICAS INC C/O GREENBERG TRAURIG, LLP ATTN: JOHN D. ELROD 3333 PIEDMONT RD., NE, SUITE 2500 ATLANTA, GA 30305~~ | ~~7852~~ | ~~EFH Corporate Services Company~~ | ~~503(b)(9)~~ | ~~$74,503.96~~ | ~~Luminant Generation Company LLC~~ | ~~503(b)(9)~~ | ~~$14,752.51~~ |
| | | | ~~EFH Corporate Services Company~~ | ~~Unsecured~~ | ~~$93,129.33~~ | ~~Oak Grove Management Company LLC~~ | ~~503(b)(9)~~ | ~~$39,626.58~~ |
| | | | | | | ~~Sandow Power Company LLC~~ | ~~503(b)(9)~~ | ~~$636.00~~ |
| | | | | | | ~~Luminant Generation Company LLC~~ | ~~Unsecured~~ | ~~$85,947.67~~ |
| | | | | | | ~~Oak Grove Management Company LLC~~ | ~~Unsecured~~ | ~~$1,518.53~~ |
| | | | | | | ~~Sandow Power Company LLC~~ | ~~Unsecured~~ | ~~$25,152.00~~ |
| | | | | ~~Subtotal~~ | ~~$167,633.29~~ | | ~~Subtotal~~ | ~~$167,633.29~~ |

~~**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.~~

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 54 | TEXAS METER & DEVICE PO BOX 154099 WACO, TX 76715-4099 | 3111 | EFH Corporate Services Company | 503(b)(9) | $600.00 | Luminant Generation Company LLC | Unsecured | $600.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $283,640.80 $116,007.51 | TOTAL | | $283,640.80 116,007.51 |