**Exhibit D**

[Blackline of Exhibit 4]

[Wrong Debtor, Modify Amount and Modify Classification Claims]

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Classification Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASSIFICATION STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED CLASSIFICATION STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 5718 | TXU Electric Company, Inc. | Secured | $312,689.80 | Luminant Generation Company LLC | Unsecured | $46,271.09 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $57,483.16 |
| | | | | | | Sandow Power Company LLC | Unsecured | $6,297.04 |
| | | | | | | Subtotal | | $110,051.29 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) the difference of $143,332.99, which is accounted for in claim no. 5717 on the claim register; (2) invoices duplicated in supporting documentation and (3) review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Modified classification reflects no evidence of perfected lien or security interest provided.

| | | | | TOTAL | $312,689.80 | TOTAL | | $110,051.29 |