# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 5904** |

## NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE that Debtor Energy Future Intermediate Holding Company LLC ("EFIH"), withdraws the *Certificate of No Objection Regarding the Seventh Monthly Fee Statement of Cravath, Swaine & Moore LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from June 1, 2015 through June 30, 2015* (Docket No. 5904).

Dated: September 11, 2015                              STEVENS & LEE, P.C.

                                                                            */s/ Joseph H. Huston, Jr.*
                                                                            Joseph H. Huston, Jr. (No. 4035)
                                                                            1105 North Market Street, Suite 700
                                                                            Wilmington, DE 19801
                                                                            Telephone: (302) 425-3310
                                                                            Fax: (610) 207-2374
                                                                            Email: jhh@stevenslee.com

                                                                                        and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SL1 1382828v1 109285.00005

Michael A. Paskin
Cravath, Swaine and Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1760
Fax: (212) 474-3700
Email: rlevin@cravath.com

*Attorneys for Debtor Energy Future Intermediate Holding Company LLC*