# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF TELEPHONIC ONLY HEARING

PLEASE TAKE NOTICE that at the request of counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. ("EFH"), acting at the direction of Donald L. Evans and Billie Williamson, its disinterested directors, the Court has scheduled a *telephonic only* hearing before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge for **2:00 p.m. (Eastern Daylight Time) on Wednesday September 16, 2015** to consider the entry of a protective order forbidding the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. from taking the depositions of Mark K. Thomas, Esq. of Proskauer Rose and Neil Luria of SOLIC Capital Advisors, LLC .

PLEASE TAKE FURTHER NOTICE that letter briefs from the parties are due to be filed with the Court and delivered to Chambers no later than **12:00 p.m. (noon) (Eastern Daylight Time) on Tuesday, September 15, 2015**.

PLEASE TAKE FURTHER NOTICE that, consistent with the Instructions for Telephonic Appearances Effective April 5, 2005, Revised April 27, 2009, all parties wishing to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

appear at the telephonic hearing must contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) no later than **12:00 p.m. (noon) (Eastern Daylight Time) on September 15, 2015** to register their telephonic appearances.

| | |
|---|---|
| Dated: September 11, 2015<br>Wilmington, Delaware | **O'KELLY ERNST &BIELLI, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Phone: (302) 778-4000<br>Fax: (302) 295-2873<br>dklauder@oeblegal.com<br>sdougherty@oeblegal.com<br><br>-and-<br><br>**PROSKAUER ROSE LLP**<br><br>Michael A. Firestein (admitted *pro hac vice*)<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 557-2900<br>Facsimile: (310) 557-2193<br><br>Jeff J. Marwil (admitted *pro hac vice*)<br>Mark K. Thomas (admitted *pro hac vice*)<br>Peter J. Young (admitted *pro hac vice*)<br>Three First National Plaza<br>70 West Madison, Suite 3800<br>Chicago, IL  60602-4342<br>Telephone: (312) 962-3550<br>Facsimile: (312) 962-3551<br><br>*Co-Counsel for Debtor Energy Future Holdings Corp.* |