## **CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on this 14th day of September 2015, I served a copy of the **NOTICE TO LIFT TEMPORARY SEAL** upon the parties listed on the attached service list via electronic mail and U.S. Mail.

*/s/ Raymond H. Lemisch*
Raymond H. Lemisch (DE Bar No. 4204)

PHIL1 4874349v.2

Edward O. Sassower, P.C.
Stephen Hessler, Esquire
Brian E. Schartz, Esquire
Mark E. McKane, Esquire
William Pruitt, Esquire
Bryan Stephany, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo M. Arinuzzi, Esquire
Charles L. Kerr, Esquire
Morrison & Foerster LLP
250 West 55th Street
New York, NY  10019

Brian D. Glueckstein, Esquire
Alexa J. Kranzley, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

Richard L. Schepacarter, Esquire
U.S. Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

Natalie D. Ramsey, Esquire
Montgomery, McCracken, Walker & Rhoads
1105 North Market Street, 15th Floor
Wilmington, DE  19801

PHIL1 4874349v.2