# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
ENERGY FUTURE HOLDINGS CORP., *et al.*, : Case No. 14-10979 (CSS)
:
Debtors. : Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of George A. Zimmerman to represent Texas Transmission Investment LLC in the above-captioned cases.

Dated:  Wilmington, Delaware
September 14, 2015

*/s/ Jason M. Liberi*
Jason M. Liberi (I.D. No. 4425)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899-0636

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  New York, New York
September 14, 2015

*/s/ George A. Zimmerman*
George A. Zimmerman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.