## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                            :    Chapter 11
:
ENERGY FUTURE HOLDINGS CORP., *et al.*,    :    Case No. 14-10979 (CSS)
:
Debtors.                :    Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of George N. Panagakis to represent Texas Transmission Investment LLC in the above-captioned cases.

Dated:   Wilmington, Delaware
        September 14, 2015

                             */s/ Jason M. Liberi*
                             Jason M. Liberi (I.D. No. 4425)
                             SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                             One Rodney Square, P.O. Box 636
                             Wilmington, Delaware 19899-0636

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:   Chicago, Illinois
        September 14, 2015

                             */s/ George N. Panagakis*
                             George N. Panagakis
                             SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                             155 North Wacker Drive, Suite 2700
                             Chicago, Illinois  60606-1720

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.