# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                       :

In re:                                        :  Chapter 11

ENERGY FUTURE HOLDINGS CORP., *et al.*,  :  Case No. 14-10979 (CSS)

Debtors.    :  Jointly Administered

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Carl T. Tullson to represent Texas Transmission Investment LLC in the above-captioned cases.

Dated: Wilmington, Delaware
       September 14, 2015

                                            */s/ Jason M. Liberi*
                                            Jason M. Liberi (I.D. No. 4425)
                                            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                            One Rodney Square, P.O. Box 636
                                            Wilmington, Delaware 19899-0636

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Chicago, Illinois
       September 14, 2015

                                            */s/ Carl T. Tullson*
                                            Carl T. Tullson
                                            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                            155 North Wacker Drive, Suite 2700
                                            Chicago, Illinois 60606-1720

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.