**CERTIFICATE OF SERVICE**

I, Jason M. Liberi, hereby certify that on September 14, 2015, I caused the foregoing *Reservation Of Rights Of Texas Transmission Investment LLC Regarding Disclosure Statement For The Third Amended Joint Plan Of Reorganization Of Energy Future Holdings Corp., et al., Pursuant To Chapter 11 Of The Bankruptcy Code* to be served on the parties on the service list attached hereto as Exhibit A in the manner indicated.

*/s/ Jason M. Liberi*
Jason M. Liberi

## EXHIBIT A

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 198019
**By Hand Delivery**

Edward O. Sassower, P.C., Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
**By First-Class U.S. Mail**

James H.M. Sprayregen, P.C., Esq.
Marc Kieselstein, P.C., Esq.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654
**By First-Class U.S. Mail**

Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Mark A. Fink, Esq.
Montgomery McCracken Walker & Rhoads, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801
**By Hand Delivery**

Steven L. Holley, Esq.
Robert J. Giuffra, Jr., Esq.
Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004
**By First-Class U.S. Mail**

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Todd M. Goren, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, NY  10019-9601
**By First-Class U.S. Mail**

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
**By Hand Delivery**

Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
**By Hand Delivery**