# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF CANCELLATION OF TELEPHONIC ONLY HEARING

PLEASE TAKE NOTICE that Debtor and Debtor in Possession Energy Future Holdings Corp. ("EFH"), acting at the direction of Donald L. Evans and Billie Williamson, its disinterested directors, has reached an agreement resolving for now EFH's dispute with the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "EFH Official Committee") regarding the depositions of Mark K. Thomas, Esq. of Proskauer Rose and Neil Luria of SOLIC Capital Advisors, LLC noticed by the EFH Official Committee. Pursuant to the terms of that agreement, EFH has cancelled the telephonic only hearing on its motion for a protective order previously scheduled and noticed for 2:00 p.m. (Eastern Daylight Time) on Wednesday September 16, 2015 before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| Dated: September 14, 2015<br>Wilmington, Delaware | **O'KELLY ERNST &BIELLI, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Phone: (302) 778-4000<br>Fax: (302) 295-2873<br>dklauder@oeblegal.com<br>sdougherty@oeblegal.com<br><br>-and-<br><br>**PROSKAUER ROSE LLP**<br><br>Michael A. Firestein (admitted *pro hac vice*)<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 557-2900<br>Facsimile: (310) 557-2193<br><br>Jeff J. Marwil (admitted *pro hac vice*)<br>Mark K. Thomas (admitted *pro hac vice*)<br>Peter J. Young (admitted *pro hac vice*)<br>Three First National Plaza<br>70 West Madison, Suite 3800<br>Chicago, IL  60602-4342<br>Telephone: (312) 962-3550<br>Facsimile: (312) 962-3551<br><br>*Co-Counsel for Debtor Energy Future Holdings Corp.* |