IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>Re: Docket Nos. 5248, 5696, 5700, 5703, 5705, 5858, 5978<br>Hearing Date: 9/17/2015 at 9:30 a.m. |

**JOINDER OF THE AD HOC COMMITTEE OF TCEH SECOND
LIEN NOTEHOLDERS TO THE DEBTORS' OMNIBUS REPLY TO
OBJECTIONS TO PLAN SUPPORT AGREEMENT MOTION**

The ad hoc committee of certain unaffiliated holders of second lien secured claims against the TCEH Debtors (the "Ad Hoc Committee of TCEH Second Lien Noteholders"), by and through its undersigned counsel, hereby joins (the "Joinder") in the *Debtors' Omnibus Reply to Objections to the Plan Support Agreement* [Docket No. 5978] (the "Reply").[1]

## JOINDER

For the reasons set forth in the Motion and the Reply, the Ad Hoc Committee of TCEH Second Lien Noteholders requests that the Court overrule the Objections and grant the limited relief requested in the Motion.

## RESERVATION OF RIGHTS

The Ad Hoc Committee of TCEH Second Lien Noteholders reserves its right to supplement this Joinder and otherwise take any additional or further action with respect to the Motion or the matters addressed therein. The Ad Hoc Committee of TCEH Second Lien Noteholders further reserves the right to participate in any hearing on the Motion.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Reply.

| | |
|---|---|
| Dated: September 14, 2015<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Gregory A. Taylor*_____<br>William P. Bowden (#2553)<br>Gregory A. Taylor (#4008)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>- and -<br><br>BROWN RUDNICK LLP<br>Edward S. Weisfelner (admitted pro hac vice)<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br><br>- and -<br><br>Jeffrey L. Jonas (admitted pro hac vice)<br>Jeremy B. Coffey (admitted pro hac vice)<br>One Financial Center<br>Boston, Massachusetts 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br><br>*Counsel to Ad Hoc Committee of TCEH Second Lien Noteholders* |