## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that on September 14, 2015, I caused one copy of the foregoing document to be served upon the parties on the attached service list via first class mail.

/s/ Gregory A. Taylor
_____
Gregory A. Taylor (DE #4008)

{00074510;v1 }

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>Edward Sassower<br>Stephen Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022 | KIRKLAND & ELLIS, LLP<br>James H.M. Sprayregen, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL 60654 |
| RICHARDS LAYTON & FINGER<br>Mark D. Collins<br>920 North King Street<br>Wilmington, DE 19801 | POTTER ANDERSON & CORROON LLP<br>Jeremy W. Ryan, Esquire<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19801 |
| SHEARMAN & STERLING LLP<br>Fredric Sosnick, Esquire<br>Ned S. Schodek, Esquire<br>599 Lexington Avenue<br>New York, NY 10022 | DRINKER BIDDLE & REATH LLP<br>Howard A. Cohen<br>Robert K. Malone<br>222 Delaware Ave., Ste. 1410<br>Wilmington, Delaware 19801-1621 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>Dennis F. Dunne<br>Evan R. Fleck<br>Karen Gartenberg<br>1 Chase Manhattan Plaza<br>New York, New York 10005 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>Derek C. Abbott<br>Andrew R. Remming<br>Erin R. Fay<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801 |

| | |
|---|---|
| WACHTELL, LIPTON, ROSEN & KATZ<br>Richard G. Mason, Esquire<br>Emil A. Kleinhaus, Esquire<br>Austin T. Witt, Esquire<br>51 West 52nd Street<br>New York, NY 10019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Pauline K. Morgan<br>Joel A. Waite<br>Ryan M. Andrew L. Magaziner<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Alan W. Kornberg<br>Kelley A. Cornish<br>Brian S. Hermann<br>Jacob A. Adlerstein<br>1285 Avenue of the Americas<br>New York, New York 10019 | BRYAN CAVE LLP<br>Stephanie Wickouski, Esq.<br>Michelle McMahon, Esq.<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Computershare<br>Tina Vitale, B.A.; LL.B.<br>Senior VP, Corporate Trust<br>480 Washington Blvd.<br>Jersey City NJ 07310 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Thomas Moers Mayer, Esq.<br>Gregory A. Horowitz, Esq.<br>Joshua K. Brody, Esq.<br>Philip Bentley, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones, Esq.<br>Robert J. Feinstein, Esq.<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 | CHIPMAN BROWN CICERO & COLE, LLP<br>William Chipman, Jr.<br>Mark Olivere<br>Ann Kashishian<br>1007 North Orange St Ste 1110<br>Wilmington, De 19801 |

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Ira S. Dizengoff, Abid Qureshi, Stephen M. Baldini,<br>Meredith A. Lahaie, Robert J. Boller, Christoppher W.<br>Carty & Lindsay K. Zahradka<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Scott L. Alberino<br>Joanna F. Newdeck<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564 |
| FOX ROTHSCHILD LLP<br>Jeffrey M. Schlerf<br>John H. Strock<br>L. John Bird<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801 | WHITE & CASE LLP<br>J. Christopher Shore<br>1155 Avenue of the Americas<br>New York, NY 10036 |
| WHITE & CASE LLP<br>Thomas E Lauria<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131 | PATTERSON BELKNAP WEBB & TYLER LLP<br>Daniel A. Lowenthal<br>Craig W. Dent<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 |
| MORRIS JAMES LLP<br>Stephen M. Miller<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | WILMINGTON TRUST FSB<br>Jeffrey T. Rose, Esquire<br>Vice President<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402 |

| | |
|---|---|
| BLANK ROME LLP<br>Michael B. Schaedle, Esquire<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103 | BLANK ROME LLP<br>Michael D. DeBaecke, Esquire<br>Stanley B. Tarr, Esquire<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 |
| SEWARD & KISSEL LLP<br>John R. Ashmead, Esquire<br>Kalyan Das, Esquire<br>Arlene R. Alves, Esquire<br>One Battery Park Plaza<br>New York, NY 10004 | REED SMITH LLP<br>Kurt F. Gwynne Esquire<br>Kimberly E.C. Lawson, Esquire<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801 |
| MORRISON & FOERSTER LLP<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>250 West 55th Street<br>New York, New York 10019 | POLSINELLI PC<br>Christopher A. Ward<br>Justin K. Edelson<br>Shanti M. Katona<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801 |
| SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>Michael H. Torkin<br>125 Broad Street<br>New York, New York 10004 | MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP<br>Natalie D. Ramsey<br>Davis Lee Wright<br>Mark A. Fink<br>1105 N. Market Street, 15th Floor<br>Wilmington, Delaware 19801 |

Office of the United States Trustee
Richard L. Schepacarter
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 – Lockbox #35
Wilmington, DE  19801

10858700;v1 }