**CERTIFICATE OF SERVICE**

I, L. John Bird, hereby certify that on the 14th day of September, 2015, I caused copies of the foregoing **Joinder of the Ad Hoc Group of TCEH Unsecured Noteholders to Debtors' Omnibus Reply to Objections to Plan Support Agreement Motion** to be served upon the parties on the attached service list via First Class Mail.

                                            */s/ L. John Bird*
                                            L. John Bird (No. 5310)