# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>Re: Docket Nos. 5862, 5863, 5868, 5869, 5993, 5994, 5995, 6000, 6001, 6002 |

**NOTICE OF JOINDER OF EFH INDENTURE TRUSTEE IN DEPOSITIONS NOTICED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF <u>ENERGY FUTURE HOLDINGS CORPORATION</u>**

TO:    Paul Keglevic
Stacey H. Doré
c/o Richards, Layton & Finger
920 North King Street
Wilmington, DE 19801
Attn: Mark D. Collins

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Edward O. Sassower, P.C.
     Stephen E. Hessler
     Brian E. Schartz

Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Attn: James H.M. Sprayregen, P.C.
     Marc Kieselstein, P.C.
     Chad J. Husnick
     Steven N. Serajeddini

David Y. Ying
c/o Evercore Partners
55 East 52nd Street
New York, NY 10055

Eric Siegert
c/o Houlihan Lokey
225 South Sixth Street, Suite 4950
Minneapolis, MN 55402

Jonathan D. Smidt
Michael MacDougall
c/o Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Attn: Derek C. Abbott

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Attn: Emil A. Kleinhaus
     Alexander B. Lees
     Angela K. Herring

Billie I. Williamson
Donald L. Evans
c/o O'Kelley Ernst & Bielli, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Attn: David M. Klauder

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

4835-1977-1432.1

Proskauer Rose LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Attn: Jeff J. Marwill
     Mark K. Thomas

Jim Millstein
c/o Millstein & Co.
40 East 52nd Street, 20th Floor
New York, NY 10022

Hunt Consolidated, Inc.
c/o Baker Botts L.L.P.
2001 Ross Avenue, Suite 600
Dallas, TX 75201
Attn: Tom O'Brien

**PLEASE TAKE NOTICE THAT** American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by Energy Future Holdings Corp. ("EFH Corp."), intends to join the following depositions noticed by the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation:

1. Notice of Deposition to Hunt Consolidated, Inc. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure [Docket No. 5862];

2. Notice of Deposition to Jim Millstein [Docket No. 5863];

3. Notice of Deposition to Billie I. Williamson to Testify at a Deposition [Docket No. 5868];

4. Notice of Deposition to Donald L. Evans to Testify at a Deposition [Docket No. 5869];

5. Notice of Deposition to David Y. Ying [Docket No. 5993];

6. Notice of Deposition to Paul Keglevic [Docket No. 5994];

2

4835-1977-1432.1

7. Notice of Deposition to Stacey H. Dore [Docket No. 5995];

8. Notice of Deposition to Eric Siegert [Docket No. 6000];

9. Notice of Deposition of Jonathan D. Smidt [Docket No. 6001]; and

10. Notice of Deposition of Michael MacDougall [Docket No. 6002].

| | |
|---|---|
| Dated: Wilmington, DE<br>September 15, 2015 | **CROSS & SIMON, LLC**<br><br>By: /s/ *Christopher P. Simon*<br>Christopher P. Simon (Del. Bar No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>csimon@crosslaw.com<br><br>- and –<br><br>**NIXON PEABODY LLP**<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br>adarwin@nixonpeabody.com<br>rpedone@nixonpeabody.com<br><br>-and-<br><br>Christopher J. Fong<br>437 Madison Avenue<br>New York, NY 10022<br>Telephone: 212-940-3724<br>Facsimile: 855-900-8613<br>cfong@nixonpeabody.com<br><br>*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee* |

3