# EXHIBIT A

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

**(See Guidelines C.8. for project category information.)**

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 1.60 | $ 687.00 |
| Avoidance Action Analysis | | | 0.60 | $ 298.00 |
| Bankruptcy-Related Advice | | | 25.10 | $ 12,417.50 |
| Business Operations | | | 3.60 | $ 2,064.00 |
| Case Administration | | | 16.30 | $ 7,007.00 |
| Claims Administration & Objections | | | 9.00 | $ 4,996.00 |
| Employment/Fee Application Objections | | | 0.10 | $ 65.00 |
| Employment/Fee Applications | | | 55.90 | $ 25,007.50 |
| Financing & Cash Collateral | | | 0.30 | $ 149.00 |
| General Bankruptcy Advice/Opinions | | | 0.30 | $ 108.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 5.20 | $ 2,848.00 |
| Meetings of & Communications with Creditors or the Comm | | | 16.40 | $ 7,881.00 |
| Operations | | | 46.00 | $ 22,797.50 |
| Plan & Disclosure Statement (including business plan) | | | 28.70 | $ 12,606.00 |
| Tax Issues | | | 0.60 | $ 246.00 |
| | | | **209.70** | **$ 99,177.50** |

# EXHIBIT B

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 3,363.00 | 5.70 | 590 | 590 | 0 |
| Callenbach, Anne E. | Shareholder | BU Energy | 05/01/1998 | $ 7,498.00 | 16.30 | 460 | 460 | 0 |
| Caro, Jr., Frank A. | Shareholder | BU Energy | 05/01/1983 | $ 9,145.00 | 15.50 | 590 | 590 | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ 4,945.00 | 8.60 | 575 | 575 | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 1,386.00 | 3.30 | 420 | 420 | 0 |
| Switzer Jr., Jay L. | Shareholder | FR Loan Enforcement | 05/01/1992 | $ 118.00 | 0.20 | 590 | 590 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 26,845.00 | 41.30 | 650 | 650 | 0 |
| Dooley, Daniel S. | Associate | FR Loan Enforcement | 05/01/2007 | $ 585.00 | 1.50 | 390 | 390 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 35,154.00 | 83.70 | 420 | 420 | 0 |
| Hagedorn, Luke A. | Associate | BU Energy | 05/01/2009 | $ 2,754.00 | 8.10 | 340 | 340 | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 2,376.00 | 6.60 | 360 | 360 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 5,008.50 | 18.90 | 265 | 265 | 0 |
| | | | | **$ 99,177.50** | **209.70** | **473** | | |

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

**( See Guidelines C.3. for definitions of terms used in this Exhibit.)**

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Shareholder | $ 411.86 | $ 586.36 |
| Associate | $ 293.61 | $ 409.10 |
| Paralegal | $ 196.75 | $ 265.00 |
| **All timekeepers averaged** | $ 300.74 | $ 420.15 |

# EXHIBIT C

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

**(See Guidelines C.8. for project category information.)**

| Category | Amount |
|---|---|
| Client Advance | $ 1,185.65 |
| Document Reproduction | $ 54.00 |
| Deliveries | $ 52.50 |
| Filing Fees | $ 15.00 |
| Meals | $ 466.67 |
| Miscellaneous | $ 60.00 |
| Transcript of Proceedings | $ 1,284.00 |
| | **$ 3,117.82** |

# EXHIBIT D



# Invoice Detail

For Professional Services Through 6/30/15
File No. 078582-475724
**Re: Energy Future Holdings Bankruptcy**

Page 67
July 23, 2015
Invoice No: 1193273

| | | |
|---|---|---|
| **Total Professional Charges** | **216.10** | **$99,177.50** |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| | Document Reproduction | $54.00 |
| 04/15/15 | Veritext New York Reporting Co. Transcript of Proceedings. | 170.40 |
| 04/16/15 | Reliable Wilmington hand delivery courier service- boxes to court | 20.00 |
| 04/20/15 | Reliable Wilmington print from cm/ecf site tabs pre-printed tabs custom binder, view, 3" black hand delivery courier service- boxes to court. | 1,005.95 |
| 04/22/15 | DLS Discovery LLC pickup/delivery | 94.00 |
| 04/24/15 | Veritext New York Reporting Co. Certified Transcript of Proceedings. | 367.20 |
| 04/24/15 | Transcript of Proceedings Veritext New York Reporting Co. Certified Transcript | 295.20 |
| 05/05/15 | Reliable Wilmington print from cm/ecf site tabs pre-printed tabs custom binder, view, 3" black | 179.70 |
| 05/05/15 | Reliable Wilmington client special pickup production labor | 55.00 |
| 05/05/15 | Reliable Wilmington hand delivery courier service- Judge Sontchi hand delivery courier service- boxes @ USBC. | 17.50 |
| 05/06/15 | Veritext New York Reporting Co. Certified Transcript of Proceedings. | 236.40 |
| 05/11/15 | DLS Discovery LLC meals (pickup/delivery) | 84.50 |
| 05/14/15 | Veritext New York Reporting Co. Certified Transcript of Proceedings. | 63.60 |
| 05/14/15 | Reliable Wilmington hand delivery courier service- Judge Sontchi | 7.50 |
| 05/20/15 | DLS Discovery LLC meals (pickup/delivery) | 15.00 |
| 05/28/15 | Reliable Wilmington electronic court filing electronic court filing- attachment | 15.00 |
| 05/28/15 | Meals | 37.00 |
| 05/29/15 | Veritext New York Reporting Co. Certified Transcript of Proceedings. | 39.60 |
| 06/01/15 | DLS Discovery LLC meals (pickup/delivery) | 166.17 |
| 06/08/15 | Telephonic Appearance Court Call. | 30.00 |
| 06/08/15 | Telephonic Appearance Court Call. | 30.00 |
| 06/08/15 | Reliable Wilmington hand delivery courier service- Judge Sontchi | 7.50 |
| 06/11/15 | Veritext New York Reporting Co. Certified Transcript of Proceedings. | 111.60 |
| 06/16/15 | DLS Discovery LLC food pickup delivery | 15.00 |
| | **Total Disbursements** | **$3,117.82** |

| | |
|---|---|
| Total Disbursements | 3,117.82 |
| **Total Current Charges Due** | **$102,295.32** |