# EXHIBIT A

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

**(See Guidelines C.8. for project category information.)**

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 0.70 | $ 363.00 |
| Assumption/Rejection of Leases & Contracts | | | 0.30 | $ 149.00 |
| Bankruptcy-Related Advice | | | 9.60 | $ 3,768.00 |
| Business Operations | | | 2.80 | $ 1,612.00 |
| Case Administration | | | 16.10 | $ 5,491.50 |
| Claims Administration & Objections | | | 14.40 | $ 7,769.50 |
| Employment/Fee Applications | | | 35.20 | $ 16,128.50 |
| Financing & Cash Collateral | | | 1.30 | $ 799.00 |
| General Bankruptcy Advice/Opinions | | | 0.20 | $ 72.00 |
| Litigation Contested Matters(excl assump/rejection motions) | | | 12.40 | $ 6,614.00 |
| Meetings of & Communications with Creditors or the Committee | | | 25.20 | $ 11,373.00 |
| Operations | | | 6.20 | $ 2,949.00 |
| Plan & Disclosure Statement (including business plan) | | | 54.60 | $ 24,565.50 |
| Relief from Stay/Adequate Protection Proceedings | | | 2.40 | $ 1,034.00 |
| Tax Issues | | | 0.30 | $ 149.00 |
| | | | 181.70 | $ 82,837.00 |

UST Form 11-330-D (2013)

49091408.1

# **EXHIBIT B**

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 767.00 | 1.30 | 590 | 590 | 0 |
| Callenbach, Anne E. | Shareholder | BU Energy | 05/01/1998 | $ 2,346.00 | 5.10 | 460 | 460 | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ 460.00 | 0.80 | 575 | 575 | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 6,384.00 | 15.20 | 420 | 420 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 28,990.00 | 44.60 | 650 | 650 | 0 |
| Blakely Paquet, Elizabeth A. | Associate | FR Bankruptcy and Restructuring | 05/01/2014 | $ - | - | | | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 31,752.00 | 75.60 | 420 | 420 | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 6,732.00 | 18.70 | 360 | 360 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 5,406.00 | 20.40 | 265 | 265 | 0 |
| | | | | $ 82,837.00 | 181.70 | 456 | | |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Shareholder | $ 385.48 | $ 581.30 |
| Associate | $ 275.68 | $ 408.10 |
| Paralegal | $ 196.75 | $ 265.00 |
| | | |
| All timekeepers averaged | $ 285.97 | $ 418.13 |

49091408.1

# **EXHIBIT C**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Document Reproduction | $ 82.00 |
| On-Line Searches | $ 898.80 |
| Meals | $ 144.36 |
| Transcript of Proceedings | $ 152.40 |
| | $ 1,277.56 |

UST Form 11-330-D (2013)

49091408.1

# **EXHIBIT D**



# Invoice Detail

For Professional Services Through 7/31/15
File No. 078582-475724
**Re: Energy Future Holdings Bankruptcy**

Page 78
September 9, 2015
Invoice No: 1207626

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| | Document Reproduction | $82.00 |
| 06/25/15 | Meals | 27.65 |
| 06/26/15 | Transcript of Proceedings Veritext New York Reporting Co. Certified Transcript - Invoice No. NY2358380 | 110.40 |
| 06/29/15 | Meals Reliable Wilmington client special pickup- cactus cantina | 55.21 |
| 06/29/15 | Transcript of Proceedings Veritext New York Reporting Co. Energy Future Holdings  - Certified Transcript  Invoice No. NY2356600 | 42.00 |
| 06/30/15 | On-Line Searches | 581.10 |
| 07/15/15 | On-Line Searches | 317.70 |
| 07/16/15 | Meals | 13.75 |
| 07/29/15 | Meals | 47.75 |
| | **Total Disbursements** | **$1,277.56** |

Total Disbursements                                         1,277.56

**Total Current Charges Due**                              **$84,114.56**