# EXHIBIT A

**From:** Shore, Christopher [mailto:cshore@whitecase.com]
**Sent:** Monday, September 14, 2015 1:32 PM
**To:** Lawson, Kimberly E.; Audette, Danielle; Gwynne, Kurt F.; Kam, Sarah K.
**Cc:** Starner, Gregory; Smith, Erin
**Subject:** RE: EFH - BNY Discovery to the TCEH Unsecured Ad Hoc Group

Kimberly,

We cannot confirm (a) given the breadth of your document requests.   How would you propose to address the Court on your outstanding discovery?

**From:** Lawson, Kimberly E. [mailto:KLawson@ReedSmith.com]
**Sent:** Monday, September 14, 2015 1:44 AM
**To:** Audette, Danielle; Gwynne, Kurt F.; Kam, Sarah K.
**Cc:** Shore, Christopher; Starner, Gregory; Smith, Erin
**Subject:** RE: EFH - BNY Discovery to the TCEH Unsecured Ad Hoc Group

We will be able to respond on whether or not BNY is pursuing the discovery if your client can confirm that: (a) it does not have any responsive documents that are not already in the Repository; and (b) it will not put on any witnesses and will not testify at any hearing on the motion to approve the settlement agreement or confirmation of the plan.

Thank you.

Kim

**Kimberly E. C. Lawson, Esquire**
302.778.7597
klawson@reedsmith.com

**Reed Smith** LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
302.778.7500
Fax 302.778.7575



1