# Notice Recipients

District/Off: 0311−1         User: LeslieM              Date Created: 9/15/2015
Case: 14−10979−CSS           Form ID: ntcBK             Total: 53

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Andrea Beth Schwartz | andrea.b.schwartz@usdoj.gov |
| aty | Brian Schartz | bschartz@kirkland.com |
| aty | Chad J. Husnick | chusnick@kirkland.com |
| aty | Daniel J. DeFranceschi | defranceschi@rlf.com |
| aty | David M. Klauder | dklauder@oeblegal.com |
| aty | Edward O. Sassower | esassower@kirkland.com |
| aty | Jason M. Madron | madron@rlf.com |
| aty | Jason M. Madron | madron@rlf.com |
| aty | Jason M. Madron | madron@rlf.com |
| aty | Jason M. Madron | madron@rlf.com |
| aty | Joseph Charles Barsalona II | barsalona@rlf.com |
| aty | Mark D. Collins | collins@rlf.com |
| aty | Michael A. Rosenthal | mrosenthal@gibsondunn.com |
| aty | Peter Jonathon Young | pyoung@proskauer.com |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| aty | Shannon J. Dougherty | sdougherty@oeblegal.com |
| aty | Thomas F. Driscoll, III | tdriscoll@bifferato.com |
| aty | Tyler D. Semmelman | semmelman@rlf.com |
| aty | Tyler D. Semmelman | semmelman@rlf.com |
| aty | Tyler D. Semmelman | semmelman@rlf.com |
| aty | William A. Romanowicz | rbgroup@rlf.com |

                                                                                                TOTAL: 22

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Energy Future Holdings Corp. | Energy Plaza | 1601 Bryan Street | Dallas, TX 75201 |
| aty | Andrew McGaan | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 |
| aty | Anthony V. Sexton | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 |
| aty | Aparna Yenamandra | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022 |
| aty | Brenton Rogers | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 |
| aty | Bridget K. O'Connor | Kirkland & Ellis LLP | 655 Fifteenth Street, N.W. | Washington, DC 20005 |
| aty | Bryan M. Stephany | Kirkland & Ellis LLP | 655 Fifteenth Street, N.W. | Washington, DC 20005 |
| aty | Iskender H. Catto | McDermott Will & Emery LLP | 340 Madison Avenue | New York, NY 10173 |
| aty | James H.M. Sprayregen | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022 |
| aty | Jeff J. Marwil | Proskauer Rose LLP | Three First National Plaza | 70 W. Madison Street | Suite 3800 | Chicago, IL 60602 |
| aty | Jeremy L. Graves | GIBSON DUNN & CRUTCHER LLP | 1801 California Street | Suite 4200 | Denver, CO 80202−2642 |
| aty | Jeremy L. Retherford | Balch & Bingham LLP | 1901 Sixth Avenue North | Suite 1500 | Birmingham, AL 35203−4602 |
| aty | Marc Kieselstein | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 |
| aty | Mark E. McKane, Esq. | Kirkland & Ellis LLP | 555 California Street | San Francisco, CA 94104 |
| aty | Mark K. Thomas | Proskauer Rose LLP | Three First National Plaza | 70 W. Madison Street | Suite 3800 | Chicago, IL 60602 |
| aty | Matthew E. Papez | Kirkland & Ellis LLP | 655 Fifteenth Street, N.W. | Washington, DC 20005 |
| aty | Michael A. Firestein | Proskauer Rose LLP | 2049 Century Park East | Los Angeles, CA 90067−3206 |
| aty | Michael A. Petrino | Kirkland & Ellis LLP | 655 Fifteenth Street, N.W. | Washington, DC 20005 |
| aty | Michael B. Slade | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 |
| aty | Michael L. Raiff | Gibson Dunn & Crutcher LLP | 2100 McKinney Avenue | Dallas, TX 75201 |
| aty | Michael P. Esser | Kirkland & Ellis LP | 555 California Street | San Francisco, CA 94104 |
| aty | Natalie Hoyer Keller | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 |
| aty | P. Stephen Gidiere, III | Balch & Bingham LLP | 1901 Sixth Avenue North | Suite 1500 | Birmingham, AL 35203−4642 |
| aty | Richard M. Cieri | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022−4611 |
| aty | Richard U.S. Howell | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 |
| aty | Stephen E. Hessler | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022 |
| aty | Steven N. Serajeddini | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 |
| aty | Todd F. Maynes | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 |
| aty | W. Clark Watson | Balch & Bingham LLP | 1901 Sixth Avenue North | Suite 1500 | Birmingham, AL 35203−4642 |
| aty | William Guerrieri | Kirkland & Ellie LLP | 300 North LaSalle | Chicago, IL 60654 |
| aty | William T. Pruitt | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 |

                                                                                                TOTAL: 31