# EXHIBIT A

Energy Future Holdings et. al
De Minimis Asset Sales Motion Reporting
For the Period August 1, 2015 to August 31, 2015

*De Minimis Asset sales with a sales price less than $250,000*

| Aggregate net sales price |
| --- |
| $17,866.92 |

*De Minimis Asset sales / transfers with a sales price greater than $250,000*

| General description of asset sold | Name of purchasing parties incl. details of relationship with TCEH Debtors and their estates | Sales price | Details (incl. amount) of third parties receiving commission |
| --- | --- | --- | --- |
| None recorded during the period August 1, 2015 to August 31, 2015 | | | |

*De Minimis Asset Abandonments with an estimated book value less than $250,000*

| Aggregate estimated book value of abandonments |
| --- |
| None recorded during the period August 1, 2015 to August 31, 2015 |

*De Minimis Asset Abandonments with an estimated book value greater than $250,000*

| General description of asset abandoned | Estimated book value |
| --- | --- |
| None recorded during the period August 1, 2015 to August 31, 2015 | |