# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No.: 14-10979 (CSS) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) ) | Re: Docket Nos. 5862, 5863, 5868, 5869, 5993, 5994, 5995, 6000, 6001, 6002 |

## NOTICE OF JOINDER OF SHIRLEY FENICLE, AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF GEORGE FENICLE, IN DEPOSITIONS NOTICED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION

TO:

Richards, Layton & Finger
Attn: Mark D. Collins
    Paul Keglevic
    Stacey H. Doré
920 North King Street
Wilmington, DE 19801

Kirkland & Ellis LLP
Attn: Edward O. Sassower, P.C.
    Stephen E. Hessler
    Brian E. Schartz
601 Lexington Avenue
New York, NY 10022

Kirkland & Ellis LLP
Attn: James H.M. Sprayregen, P.C.
    Marc Kieselstein, P.C.
    Chad J. Husnick
    Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654

David Y. Ying
c/o Evercore Partners
55 East 52nd Street
New York, NY 10055

Eric Siegert
c/o Houlihan Lokey
225 South Sixth Street, Suite 4950
Minneapolis, MN 55402

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott
    Jonathan D. Smidt
    Michael MacDougall
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801

Wachtell, Lipton, Rosen & Katz
Attn: Emil A. Kleinhaus
    Alexander B. Lees
    Angela K. Herring
51 West 52nd Street
New York, New York 10019

O'Kelley Ernst & Bielli, LLC
Attn: David M. Klauder
    Billie I. Williamson
    Donald L. Evans
901 N. Market Street, Suite 1000
Wilmington, DE 19801

Proskauer Rose LLP
Attn:  Jeff J. Marwill
       Mark K. Thomas
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602

Hunt Consolidated, Inc.
c/o Baker Botts L.L.P.
Attn: Tom O'Brien
2001 Ross Avenue, Suite 600
Dallas, TX 75201

Jim Millstein
c/o Millstein & Co.
40 East 52nd Street, 20th Floor
New York, NY 10022

**PLEASE TAKE NOTICE THAT** Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, intends to join the following depositions noticed by the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation:

1. Notice of Deposition to Hunt Consolidated, Inc. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure [Docket No. 5862];

2. Notice of Deposition to Jim Millstein [Docket No. 5863];

3. Notice of Deposition to Billie I. Williamson to Testify at a Deposition [Docket No. 5868];

4. Notice of Deposition to Donald L. Evans to Testify at a Deposition [Docket No. 5869];

5. Notice of Deposition to David Y. Ying [Docket No. 5993];

6. Notice of Deposition to Paul Keglevic [Docket No. 5994];

7. Notice of Deposition to Stacey H. Dore [Docket No. 5995];

8. Notice of Deposition to Eric Siegert [Docket No. 6000];

9. Notice of Deposition of Jonathan D. Smidt [Docket No. 6001]; and

10. Notice of Deposition of Michael MacDougall [Docket No. 6002].

Dated: September 15, 2015  
      Wilmington, Delaware

Respectfully submitted:

By: /s/ *Daniel K. Hogan*  
Daniel K. Hogan (DE Bar # 2814)  
**HOGAN♦McDANIEL**  
1311 Delaware Avenue  
Wilmington, Delaware 19806  
Telephone: (302) 656-7540  
Facsimile: (302) 656-7599  
dkhogan@dkhogan.com

-and-

Steven Kazan (CA Bar # 46855)  
Kazan McClain Satterley & Greenwood  
A Professional Law Corporation  
Jack London Market  
55 Harrison Street, Suite 400  
Oakland, CA 94607  
Telephone: (510) 302-1000  
Facsimile: (510) 835-4913

*Attorneys for Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle*