**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No.: 14-10979 (CSS) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) ) | Re: Docket Nos. 5862, 5863, 5868, 5869, 5993, 5994, 5995, 6000, 6001, 6002 |

**NOTICE OF JOINDER OF DAVID WILLIAM FAHY IN DEPOSITIONS NOTICED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION**

TO:

Richards, Layton & Finger
Attn:  Mark D. Collins
         Paul Keglevic
         Stacey H. Doré
920 North King Street
Wilmington, DE 19801

Kirkland & Ellis LLP
Attn:  Edward O. Sassower, P.C.
         Stephen E. Hessler
         Brian E. Schartz
601 Lexington Avenue
New York, NY 10022

Kirkland & Ellis LLP
Attn:  James H.M. Sprayregen, P.C.
         Marc Kieselstein, P.C.
         Chad J. Husnick
         Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654

David Y. Ying
c/o Evercore Partners
55 East 52nd Street
New York, NY 10055

Eric Siegert
c/o Houlihan Lokey
225 South Sixth Street, Suite 4950
Minneapolis, MN 55402

Morris, Nichols, Arsht & Tunnell LLP
Attn:  Derek C. Abbott
         Jonathan D. Smidt
         Michael MacDougall
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801

Wachtell, Lipton, Rosen & Katz
Attn:  Emil A. Kleinhaus
         Alexander B. Lees
         Angela K. Herring
51 West 52nd Street
New York, New York 10019

O'Kelley Ernst & Bielli, LLC
Attn:  David M. Klauder
         Billie I. Williamson
         Donald L. Evans
901 N. Market Street, Suite 1000
Wilmington, DE 19801

Proskauer Rose LLP  
Attn: Jeff J. Marwill  
      Mark K. Thomas  
Three First National Plaza  
70 W. Madison Street, Suite 3800  
Chicago, IL 60602  

Hunt Consolidated, Inc.  
c/o Baker Botts L.L.P.  
Attn: Tom O'Brien  
2001 Ross Avenue, Suite 600  
Dallas, TX 75201  

Jim Millstein  
c/o Millstein & Co.  
40 East 52nd Street, 20th Floor  
New York, NY 10022  

      **PLEASE TAKE NOTICE THAT** David William Fahy ("Fahy") intends to join the following depositions noticed by the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation:

1. Notice of Deposition to Hunt Consolidated, Inc. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure [Docket No. 5862];

2. Notice of Deposition to Jim Millstein [Docket No. 5863];

3. Notice of Deposition to Billie I. Williamson to Testify at a Deposition [Docket No. 5868];

4. Notice of Deposition to Donald L. Evans to Testify at a Deposition [Docket No. 5869];

5. Notice of Deposition to David Y. Ying [Docket No. 5993];

6. Notice of Deposition to Paul Keglevic [Docket No. 5994];

7. Notice of Deposition to Stacey H. Dore [Docket No. 5995];

8. Notice of Deposition to Eric Siegert [Docket No. 6000];

9. Notice of Deposition of Jonathan D. Smidt [Docket No. 6001]; and

10. Notice of Deposition of Michael MacDougall [Docket No. 6002].

Dated: September 15, 2015  
      Wilmington, Delaware

Respectfully submitted:

By: /s/ *Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

-and-

Ethan Early (CT Juris # 417930)
Early Lucarelli Sweeney & Strauss
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Attorneys for David William Fahy*