**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Energy Future Holdings Corp., *et al.,*<br><br>                    Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this ___15th___ day of September, 2015, a true and correct copy of the *NOTICE OF JOINDER OF DAVID WILLIAM FAHY IN DEPOSITIONS NOTICED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION* was served upon all interested parties listed below via first class mail and all other interested parties registered for service via CM/ECF.

Joseph Charles Barsalona II, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

David M. Klauder, Esq.
O'Kelly Ernst & Bielli, LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801

Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Edward O. Sassower
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Richard L. Shepacarter, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Elizabeth Blakely
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022
Justin K. Edelson
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Mark D. Collins  
Richards, Layton & Finger, P.A.  
One Rodney Square  

Epiq Bankruptcy Solutions LLC  
www.epiqsystems.com  
777 Third Avenue, 12th Floor  
New York, NY 10017  

920 North King Street  
Wilmington, DE 19801  

*/s/Daniel K. Hogan*  
Daniel K. Hogan (DE #2814)  
**HOGAN♦McDANIEL**  
1311 Delaware Avenue  
Wilmington, Delaware  19806  
Telephone:  (302) 656-7540  
Facsimile: (302) 656-7599  
dkhogan@dkhogan.com