## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                         :    Chapter 11
                                               :
Energy Future Holdings, Inc., et al.,          :    Case No. 14-10979 (CSS)
                                               :
                          Debtors.             :    (Jointly Administered)
                                               :
------------------------------------------------------------ x    Related to Docket No. 6036
```

## <u>CERTIFICATE OF SERVICE</u>

       I, Laura Davis Jones, hereby certify that on the 21st day of September, 2015, I

caused a copy of the following document(s) to be served on the individual(s) on the attached

service list(s), in the manner indicated thereon:

> *Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as Indenture Trustee, Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) [including Exhibit A thereto]*

                    */s/ Laura Davis Jones*
                    Laura Davis Jones (Bar No. 2436)

EFIH Service List re Debtors' Counsel
(Email, First Class and Hand Delivery)
Case No 14-10979(CSS)
Document No.  201876
01 - Hand Delivery
02 - First Class Mail
05 - Email

**Hand Delivery & Email**
(Counsel to the Debtors)
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Mark Collins, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801
defranceschi@rlf.com
madron@rlf.com
collins@rlf.com

**First Class Mail & Email**
(Counsel to the Debtors)
Mark E. McKane, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
mark.mckane@kirkland.com

**First Class Mail & Email**
(Counsel to the Debtors)
Andrew McGaan, Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Andrew.McGaan@kirkland.com