# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) ) |  |

## NOTICE OF DEPOSITION

**TO**: The Official Committee of Unsecured Creditors of EFH, EFIH, EFIH Finance, Inc., and EECI (the "EFH Committee"), c/o Montgomery, McCracken, Walker & Rhoads, LLP, Attention Mark A. Fink, 1105 North Market Street, 15th Floor, Wilmington, Delaware 19801; and Sullivan & Cromwell LLP, Attention Brian D. Glueckstein, 125 Broad Street, New York, New York 10004.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, and the *Amended Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization*, dated August 27, 2015 (the "Confirmation Scheduling Order") [Docket No. 5771], the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders" or the "Ad Hoc Group") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

ACTIVE 31534707v1 09/15/2015

together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition upon oral examination of the EFH Committee relating to any objection to the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. Al, Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 5244] ("Third Amended Plan"), dated August 10, 2015 and all relief to be requested therein, on **September 24, 2015 at 9:00 am** (Eastern Standard Time), at the offices of White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), the EFH Committee must designate one or more persons to testify on behalf of the EFH Committee with regard to all matters known or reasonably available to the EFH Committee on each of the following topics:

## RULE 30(b)(6) DEPOSITION TOPICS

1. Any objection to the Third Amended Plan.

2. Any document on which the EFH Committee intends to rely in connection with any objection to the Third Amended Plan.

3. Any potential, alternative Plan.

4. Any potential, alternative Plan proposal.

Dated: September 15, 2015
Wilmington, Delaware

        FOX ROTHSCHILD LLP

By: */s/ L. John Bird*
Jeffrey M. Schlerf (No. 3047)
L. John Bird (No. 5310)
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 463-4971
jschlerf@foxrothschild.com
lbird@foxrothschild.com

and

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com


Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com


*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*