**<u>EXHIBIT A</u>**

**Professional Fees and Expenses
Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP<br><br>919 Third Avenue New York, NY 10022 | Second Monthly Fee Statement<br><br>07/01/2015 through 07/31/2015<br><br>Docket No. 5617 | $176,777.50 | $2,704.62 | 09/11/2015 | $141,422.00 | $2,704.62 | $35,355.50 |