**Exhibit 1** to **Exhibit A**

[Wrong Debtor and Modify Amount Claims]

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | API HEAT TRANSFER INC 2777 WALDEN AVE BUFFALO, NY 14225 | 4168 | EFH Corporate Services Company | Unsecured | $5,448.00 | Luminant Generation Company LLC | Unsecured | $3,795.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects reduction for goods returned to the vendor because the wrong material was delivered to the Debtor.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | BLOOMBERG LP 731 LEXINGTON AVE NEW YORK, NY 10022 | 9966 | EFH Corporate Services Company | Unsecured | Undetermined* | EFH Corporate Services Company | Unsecured | $263.44 |
| | | | | | | Luminant Energy Company LLC | Unsecured | $2,590.70 |
| | | | | | | Subtotal | | $2,854.14 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | CONDIT COMPANY A FLUID FLOW PRODUCTS COMPANY 7255 EAST 46TH STREET TULSA, OK 74145 | 3318 | Energy Future Holdings Corp. | Unsecured | $22,108.93 | Luminant Generation Company LLC | Unsecured | $14,671.93 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant.

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | DELL MARKETING, L.P. ATTN: NANCY MIMS ONE DELL WAY, RR1, MS 52 ROUND ROCK, TX 78682 | 1546 | EFH Corporate Services Company EFH Corporate Services Company | 503(b)(9) Unsecured | $13,269.16 $25,913.42 | EFH Corporate Services Company Luminant Generation Company LLC Luminant Mining Company LLC TXU Energy Retail Company LLC EFH Corporate Services Company Luminant Energy Company LLC Luminant Generation Company LLC Luminant Mining Company LLC TXU Energy Retail Company LLC | 503(b)(9) 503(b)(9) 503(b)(9) 503(b)(9) Unsecured Unsecured Unsecured Unsecured Unsecured | $5,781.37 $3,690.70 $3,727.19 $69.90 $12,381.79 $410.29 $6,092.55 $459.97 $6,429.01 |
| | | | | Subtotal | $39,182.58 | | Subtotal | $39,042.77 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate) and (2) review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant.

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | DISTRIBUTION NOW L.P. ATTN: MS. KORI MILLS 7402 N. ELDRIDGE PARKWAY HOUSTON, TX 77041 | 5014 | No Debtor Asserted | Unsecured | $165,022.33 | Luminant Generation Company LLC | Unsecured | $108,865.77 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $244.17 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $47,901.47 |
| | | | | | | Sandow Power Company LLC | Unsecured | $3,264.58 |
| | | | | | | Subtotal | | $160,275.99 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) amounts paid via ACH numbers 8000888895, 8000908358, 8000910004, 8000920156, 8000921272, 8000929467, 8000926641, 8000929820, 8000930531, 8000930685 and 8000937572 on 4/19/2013, 8/28/2013, 9/11/2013, 11/21/13, 12/2/2013, 1/14/14, 2/4/2014, 2/6/14, 2/13/2014, 2/14/14 and 4/3/2014, respectively; (2) sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate); (3) work performed in excess of Purchase Order issued by the Debtors; and (4) invoices paid net of discount terms as invoices were paid according to discount terms provided and (4) adjustment for amount the Debtors are not liable for, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | DNOW L.P. C/O DISTRIBUTION NOW L.P. ATTN: MS. KORI MILLS 7402 N. ELDRIDGE PARKWAY HOUSTON, TX 77041 | 9932 | No Debtor Asserted | Unsecured | $36,775.78 | Luminant Generation Company LLC | Unsecured | $2,512.28 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $6,497.16 |
| | | | | | | Subtotal | | $9,009.44 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) amounts paid via check numbers 8000716820, 8000864628, 8000866105, 8000887817, 8000892948, 8000934463 and 8000937572 on 7/21/2008, 10/15/2012, 10/25/2012, 4/11/2013, 5/15/2013, 3/13/2014 and 4/3/2014, respectively; (2) work performed in excess of Purchase Order issued by the Debtors; and (3) review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant.

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | FLOWSERVE US INC. ATTN: LEGAL/TIFFINEY ROGERS 5215 N. O'CONNER BLVD. SUITE 2300 IRVING, TX 75039 | 5466 | EFH Corporate Services Company | Unsecured | $581,170.23 | Luminant Generation Company LLC | Unsecured | $573,818.68 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustments for (1) freight charges asserted (Debtor uses a third party logistics company to whom that liability is properly owed); (2) sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate); and (3) amount paid via check number 1002692856 on 2/12/2014.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | INTERCALL 7171 MERCY RD STE 200 OMAHA, NE 68106 | 118 | Energy Future Holdings Corp. | Unsecured | $8,992.09 | 4Change Energy Company | Unsecured | $7.11 |
| | | | | | | EFH Corporate Services Company | Unsecured | $7,333.34 |
| | | | | | | Luminant Energy Company LLC | Unsecured | $29.22 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $1,093.02 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $162.99 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $277.05 |
| | | | | | | TXU Retail Services Company | Unsecured | $19.54 |
| | | | | | | Subtotal | | $8,922.27 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for amount the Debtors are not liable for; the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC.

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | ISCO INDUSTRIES<br>PO BOX 4545<br>LOUISVILLE, KY 40204-0545 | 8085 | Energy Future Holdings Corp. | Unsecured | $206,929.97 | Luminant Generation Company LLC | Unsecured | $138,296.63 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $1,474.89 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $63,493.59 |
| | | | | | | Subtotal | | $203,265.11 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) amount paid via check numbers 8000871246, 8000930199, and 8000934504 on 12/6/2012, 2/11/2014 and 3/14/2014, respectively and (2) review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | LOCHRIDGE PRIEST INC<br>2901 E INDUSTRIAL BLVD<br>WACO, TX 76705 | 4813 | No Debtor Asserted | Unsecured | $118,924.04 | Luminant Generation Company LLC | Unsecured | $74,083.34 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) amount paid via check number 1002680589 on 10/21/2013; and (2) review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | MW SMITH EQUIPMENT INC, A DXP COMPANY<br>C/O DXP ENTERPRISES INC<br>7272 PINEMONT<br>HOUSTON, TX 77040 | 5837 | No Debtor Asserted | Unsecured | $106,787.25 | Luminant Generation Company LLC | Unsecured | $79,397.81 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $26,988.58 |
| | | | | | | Subtotal | | $106,386.39 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.  Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | PRECISION INTERIOR CONSTRUCTORS 15305 DALLAS PKWY STE 300 ADDISON, TX 75001-6470 | 7880 | Energy Future Holdings Corp. | Unsecured | $47,756.00 | EFH Corporate Services Company | Unsecured | $33,308.00 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $11,041.00 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $926.00 |
| | | | | | | Subtotal | | $45,275.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for amount paid via check numbers 1002632272, 1002632417, and 1002644333 on 9/5/2012, 9/6/2012, and 12/5/2012, respectively.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | PROGRESS RAIL SERVICES C/O WINSTEAD PC, ATTN: ELI COLUMBUS 500 WINSTEAD BUILDING 2728 N. HARWOOD, SUITE 500 DALLAS, TX 75201 | 6253 | EFH Corporate Services Company | Unsecured | $21,540.00* | Luminant Mining Company LLC | Unsecured | $21,540.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records.

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | RC FACILITY SERVICES, LLC C/O SINGER & LEVICK, P.C. ATTN: LARRY A. LEVICK, ESQ. 16200 ADDISON RD. # 140 ADDISON, TX 75001 | 7556 | Energy Future Holdings Corp. | Unsecured | $36,569.65 | EFH Corporate Services Company | Unsecured | $15,471.20 |
| | | | | | | Luminant Energy Company LLC | Unsecured | $66.25 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $1,295.06 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $13,848.49 |
| | | | | | | Subtotal | | $30,681.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for invoices paid via ACH numbers 8000891776, 8000913064, 8000938462, 8000939159, and 8000940064 on 5/7/2013, 10/2/1013, 4/9/2014, 4/15/2014, and 4/23/2014, respectively.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | RDO TRUST# 80-5800 PO BOX 7160 FARGO, ND 58106-7160 | 4061 | No Debtor Asserted | Unsecured | $538.10 | Luminant Generation Company LLC | Unsecured | $440.17 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate); (2) late fees charged, but which are not provided for in the Purchase Order; and (3) amount paid via check numbers 1002694695 and 1002696819 on 3/5/2014 and 3/20/2014, respectively.

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | ROBERT'S COFFEE & VENDING SERVICES, LLC 343 JOHNNY CLARK RD. LONGVIEW, TX 75603 | 754 | Energy Future Holdings Corp. | 503(b)(9) | $5,795.85 | Luminant Generation Company LLC | Unsecured | $5,556.75 |
| | | | Energy Future Holdings Corp. | Unsecured | $15,908.35 | Luminant Mining Company LLC | Unsecured | $10,384.50 |
| | TRANSFERRED TO: SONAR CREDIT PARTNERS III, LLC TRANSFEROR: ROBERT'S COFFEE & VENDING SERVICES, LLC 80 BUSINESS PARK DRIVE, SUITE 208 ARMONK,, NY 10504 | | | Subtotal | $21,704.20 | | Subtotal | $15,941.25 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects amount owed according to Debtors' books and records; the difference of the 503(b)(9) amount of $5,762.95 is accounted for in claim nos. 5694 and 5695 on the claim register.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | SOUTHERN TIRE MART, LLC 529 INDUSTRIAL PARK ROAD COLUMBIA, MS 39429 | 2097 | Energy Future Holdings Corp. | Unsecured | $170,343.04 | Luminant Generation Company LLC | Unsecured | $1,767.00 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $140,747.32 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $4,645.44 |
| | | | | | | | Subtotal | $147,159.76 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | STEWART & STEVENSON 601 W 38TH STREET HOUSTON, TX 77018 | 3534 | Energy Future Holdings Corp. | Unsecured | $29,113.07 | Energy Future Holdings Corp. | Unsecured | $2,786.23 |
| | | | | | | Luminant Energy Company LLC | Unsecured | $5,988.80 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $14,997.75 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $893.18 |
| | | | | | | Subtotal | | $24,665.96 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for amounts paid via check number 1002695721 on 3/14/2014.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR ROMCO EQUIPMENT COMPANY 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 4683 | Energy Future Holdings Corp. | 503(b)(9) | $189,206.61 | Oak Grove Management Company LLC | 503(b)(9) | $14,582.72 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects amount owed according to Debtors' books and records; the difference of $174,623.89 is accounted for in claim no. 4684 on the claim register.

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | TEAM INDUSTRIAL SERVICES INC ATTN: WELDON EGGERT, A/R MANAGER 13131 DAIRY ASHFORD, SUITE 600 SUGAR LAND, TX 77478 | 6307 | Energy Future Holdings Corp. | Unsecured | $374,992.89 | Luminant Generation Company LLC | Unsecured | $14,288.95 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $112,305.56 |
| | | | | | | Sandow Power Company LLC | Unsecured | $184,758.44 |
| | | | | | | Subtotal | | $311,352.95 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) amount owed according to Debtors' books and records; invoice submitted for closed Purchase Order and (2) review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 21 | TELECOM ELECTRIC SUPPLY CO PO BOX 860307 PLANO, TX 75086-0307 | 7894 | Multiple Debtors Asserted | Unsecured | $19,059.19 | Luminant Mining Company LLC | Unsecured | $13,212.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $5,442.65 |
| | | | | | | Subtotal | | $18,654.65 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 22 | TELECOM ELECTRIC SUPPLY COMPANY P.O. BOX 860307 PLANO, TX 75086-0307 | 10079 | Energy Future Holdings Corp. | Unsecured | $48,576.74 | Luminant Generation Company LLC | Unsecured | $44,601.31 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $3,909.79 |
| | | | | | | Subtotal | | $48,511.10 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant.

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 | THYSSENKRUPP ELEVATOR C/O CST CP PO BOX 224768 DALLAS, TX 75222 | 3694 | Multiple Debtors Asserted | Unsecured | $39,850.58 | Oak Grove Management Company LLC | Unsecured | $27,943.57 |
| | | | | | | Sandow Power Company LLC | Unsecured | $162.29 |
| | | | | | | Subtotal | | $28,105.86 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustments for (1) amount paid via check numbers 1002644285 and 1002658835 on 12/5/2012 and 4/18/2013, respectively and (2) sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate).

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 | TYNDALE COMPANY, INC. 5050 APPLEBUTTER RD. PIPERSVILLE, PA 18947 | 5901 | Energy Future Holdings Corp. | Unsecured | $100,315.52 | Luminant Generation Company LLC | Unsecured | $41,506.03 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $29,091.66 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $22,353.21 |
| | | | | | | Sandow Power Company LLC | Unsecured | $5,314.34 |
| | | | | | | Subtotal | | $98,265.24 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) amount paid via check number 1002668229 on 7/3/2013; (2) freight charges asserted (Debtor uses a third party logistics company to whom the liability is owed); and (3) amount owed according to Debtors' books and records; work performed at different location than Purchase Order issued by the Debtors.

* – Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | UBM ENTERPRISE, INC. 11102 ABLES LANE DALLAS, TX 75229 | 4 | Energy Future Holdings Corp. | Unsecured | $138,453.56 | EFH Corporate Services Company | Unsecured | $100,356.46 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $3,078.47 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $34,526.09 |
| | | | | | | Subtotal | | $137,961.02 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for amount paid via ACH number 8000939175 on 4/15/2014.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 | UNITED RENTALS (NORTH AMERICA), INC. 6125 LAKEVIEW RD STE 300 CHARLOTTE, NC 28269-2616 | 5444 | Energy Future Holdings Corp. | Unsecured | $146,262.43 | Luminant Mining Company LLC | Unsecured | $138,702.59 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) freight charges asserted (Debtor uses a third party logistics company to whom the liability is owed); (2) amount paid via check number 1000934700 and ACH number 8000891354 on 5/6/2013 and 3/14/2014, respectively; and (3) review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 27 | UNITED TELEPHONE COMPANY OF TEXAS, INC DBA CENTURYLINK ATTN: BANKRUPTCY 1801 CALIFORNIA ST, RM 900 DENVER, CO 80202-265 | 3276 | Energy Future Holdings Corp. | Unsecured | $2,814.71 | Luminant Generation Company LLC | Unsecured | $211.53 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for the part of the claim for which, according to the Debtors' books and records, Debtors are not liable; the Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC.

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | UNITED TELEPHONE COMPANY OF TEXAS, INC DBA CENTURYLINK ATTN: BANKRUPTCY 1801 CALIFORNIA ST, RM 900 DENVER, CO 80202-265 | 3279 | EFH Corporate Services Company | Unsecured | $7,078.61 | EFH Corporate Services Company | Unsecured | $6,819.41 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $154.45 |
| | | | | | | | Subtotal | $6,973.86 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.  Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | TOTAL | $2,685,516.10* | | TOTAL | $2,285,149.72 |
|---|---|---|---|---|---|---|

**Exhibit 2** to **Exhibit A**

[Wrong Debtor and Modify Priority Claims]

ENERGY FUTURE HOLDINGS CORP., et al.

**TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ALMAN CONSTRUCTION SERVICES 7677 HUNNICUT RD DALLAS, TX 75228-6947 | 1696 | Energy Future Holdings Corp. | 503(b)(9) | $48,393.38 | EFH Corporate Services Company | Unsecured | $27,904.73 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $7,667.31 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $12,821.34 |
| | | | | | | Subtotal | | $48,393.38 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.  Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ATLAS COPCO COMPRESSORS LLC ATTN: HECTOR DE LEON 5045 LEE ROAD HOUSTON, TX 77032 | 3538 | EFH Corporate Services Company | Priority | $52,164.54 | Luminant Generation Company LLC | Unsecured | $1,074.93 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $39,990.70 |
| | | | | | | Sandow Power Company LLC | Unsecured | $11,098.91 |
| | | | | | | Subtotal | | $52,164.54 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Claim asserted priority under 11 U.S.C. § 507 (a)(7); claimant's supporting documentation and Debtors' books and records provide no basis for priority.

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | BIRDSONG, BRUCE 4801 S HWY #377 AUBREY, TX 76227-5016 | 3503 | Energy Future Holdings Corp. | Priority | $1,131.73 | EFH Corporate Services Company | Unsecured | $7,002.63 |
| | | | Energy Future Holdings Corp. | Unsecured | $13,717.86 | Luminant Generation Company LLC | Unsecured | $2,569.34 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $5,277.62 |
| | | | | Subtotal | $14,849.59 | | Subtotal | $14,849.59 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(8), according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status; tax charge is related to sales tax that does not give rise to priority status.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | TEXAS METER & DEVICE PO BOX 154099 WACO, TX 76715-4099 | 3111 | EFH Corporate Services Company | 503(b)(9) | $600.00 | Luminant Generation Company LLC | Unsecured | $600.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $116,007.51 | | TOTAL | 116,007.51 |

Page 2 of 2

**Exhibit 3** to **Exhibit A**

[Wrong Debtor, Modify Amount and Modify Priority Claims]

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | MISSISSIPPI ENTERPRISE FOR TECHNOLOGY BUILDING 1103, SUITE 143 STENNIS SPACE CENTER, MS 39529 | 10002 | Texas Utilities Electric Company, Inc. | Priority | $6,581.30 | Luminant Generation Company LLC | Unsecured | $6,581.30 |
| | | | Texas Utilities Electric Company, Inc. | Unsecured | $6,581.30 | | | |
| | | | | Subtotal | $13,162.60 | | | |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects amount owed according to Debtors' books and records; claimed amount was not supported; claim is reduced to eliminate double-counting. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

| | | | | TOTAL | $13,162.60 | | TOTAL | $6,581.30 |
|---|---|---|---|---|---|---|---|---|

Page 1 of 1

**Exhibit 4** to **Exhibit A**

[Wrong Debtor, Modify Amount and Modify Classification Claims]

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Classification Claims**

[NONE]