# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              :    Chapter 11
                                                    :
Energy Future Holdings, Inc., *et al.*,             :    Case No. 14-10979 (CSS)
                                                    :
                    Debtors.                        :    (Jointly Administered)
                                                    :
------------------------------------------------------------ x    **Related to Docket Nos. 6036, 6042**

## *AMENDED* CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the **15th** day of September, 2015, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s), in the manner indicated thereon:

> *Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as Indenture Trustee, Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) [including Exhibit A thereto]*

                                        */s/ Colin R. Robinson*
                                        Colin R. Robinson (Bar No. 5524)

EFIH Service List re Debtors' Counsel
(Email, First Class and Hand Delivery)
Case No 14-10979(CSS)
Document No.  201876
01 - Hand Delivery
02 - First Class Mail
05 - Email

**Hand Delivery & Email**
(Counsel to the Debtors)
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Mark Collins, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801
defranceschi@rlf.com
madron@rlf.com
collins@rlf.com

**First Class Mail & Email**
(Counsel to the Debtors)
Mark E. McKane, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
mark.mckane@kirkland.com

**First Class Mail & Email**
(Counsel to the Debtors)
Andrew McGaan, Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Andrew.McGaan@kirkland.com