# **<u>EXHIBIT B</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| DEBTORS. | (Jointly Administered) |

**INTERROGATORIES PROPOUNDED BY THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE, AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEE, TO THE DEBTORS**

The Bank of New York Mellon ("BNYM"), in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A. ("BNYMTC" and, together with BNYM, "BNY"), in its capacity as the EFCH 2037 Notes Trustee, by and through undersigned counsel, request that the above-captioned debtors (the "Debtors") answer the following interrogatories (collectively, the "Interrogatories") under oath, in accordance with the *Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization* (D.I. 5771) and Federal Rule of Civil Procedure 33, as incorporated by Federal Rules of Bankruptcy Procedure 7033 and 9014.[1] The Debtors are required to supplement the responses to the Interrogatories in accordance with Federal Rule of Civil Procedure 26, as incorporated by Federal Rules of Bankruptcy Procedure 7026 and 9014.

**DEFINITIONS**

The following definitions apply to the Interrogatories:

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (D.I. 5244).

1. "And" or "or" shall be construed disjunctively or conjunctively as necessary to make the request inclusive rather than exclusive, and the plural of any word used herein includes the singular and the singular includes the plural. The masculine gender of any word used herein includes the feminine and vice versa. The past tense of a verb used herein includes the present tense and the present tense includes the past tense.

2. "Allowed" has the meaning ascribed in the Third Amended Plan.

3. "EFCH 2037 Note Claims" has the meaning ascribed in the Third Amended Plan.

4. "Identify" or "identification" when used in reference to an individual person means to state his full name, residence address and telephone number (designate whether present or last known), and position and business affiliation, address and telephone number (designate whether present or last known).

5. "Identify" or "identification" when used in reference to a firm, organization, proprietorship, association, or other organization or entity, means to state its full name, address and telephone number (designate present or last known), the legal form of such organization or entity, and the identification of its chief executive officer.

6. "Including," means including, but not limited to.

7. "Person" includes all natural persons and all artificial persons of any kind, including corporations, trusts, unincorporated associations, business trusts, or other entities separately identified, no matter how organized.

8. "PCRB" has the meaning ascribed in the Third Amended Plan.

9. "PCRB Claims" has the meaning ascribed in the Third Amended Plan.

10. "PSA Motion" means the *Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter Into and Perform Under the Plan Support Agreement* filed on August 10, 2015 (D.I. 5248), as amended or supplemented from time to time.

11. "Settlement Agreement" has the meaning ascribed in the Third Amended Plan.

12. "Settlement Agreement Motion" means the *Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement* filed on August 10, 2015 (D.I. 5249), as amended or supplemented from time to time.

13. "TCEH Debtors" has the meaning ascribed in the Third Amended Plan.

14. "TCEH First Lien Deficiency Claims" has the meaning ascribed in the Third Amended Plan.

15. "TCEH First Lien Investigation Claims" has the meaning ascribed in the Disclosure Statement.

16. "TCEH Settlement Claim" has the meaning ascribed in the Third Amended Plan.

17. "Third Amended Plan" means the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (D.I. 5244), as amended or supplemented from time to time.

## INTERROGATORIES

1. Identify all witnesses for whom the Debtors intend to admit testimony (whether by affidavit, declaration or in person) at any hearing(s) on the PSA Motion, Settlement Agreement Motion, and Third Amended Plan, and describe the substance of their expected testimony.

2. Identify all witnesses with knowledge of the facts underlying the calculation of

the Allowed (*i.e.*, the net) amount of the TCEH Settlement Claim.

      3.      Identify all witnesses with knowledge of the facts providing the alleged basis for the treatment of the PCRBs, as compared to other funded debt and trade debt, in the Settlement Agreement or any chapter 11 plan.

      4.      Identify all witnesses with knowledge of the facts underlying the claims against the holders of the TCEH First Lien Deficiency Claims that are being settled in the Settlement Agreement and the Third Amended Plan.

      5.      Identify all witnesses with knowledge regarding the particular TCEH Debtor(s) that hold each of the TCEH First Lien Investigation Claims.

      6.      Identify all witnesses with knowledge of the facts underlying the justification or basis for not permitting the PCRB Claims to share in the "waiver" of the TCEH First Lien Deficiency Claims.

      7.      Identify all witnesses with knowledge of the factual basis for extinguishing the EFCH 2037 Note Claims without any distribution.

- 5 -

| | |
|---|---|
| Dated:  August 28, 2015<br>Wilmington, Delaware | Respectfully submitted,<br><br>REED SMITH LLP<br><br>By:  */s/ Kurt F. Gwynne*<br>Kurt F. Gwynne (No. 3951)<br>Kimberly E.C. Lawson (No. 3966)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>Email:  kgwynne@reedsmith.com<br>           klawson@reedsmith.com<br><br>Counsel to The Bank of New York Mellon, in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A., in its capacity as the EFCH 2037 Notes Trustee |