# **EXHIBIT C**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| DEBTORS. | (Jointly Administered) |

**NOTICE OF IDENTIFICATION OF APPLICABLE INITIAL
CONSOLIDATED DOCUMENT REQUESTS TO DEBTORS IN
CONNECTION WITH DEBTORS' PLAN OF REORGANIZATION**

Pursuant to Paragraph 7.a. of the *Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization* (D.I. 5771) (the "Amended Confirmation Scheduling Order"), The Bank of New York Mellon ("BNYM"), in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A. ("BNYMTC" and, together with BNYM, "BNY"), in its capacity as the EFCH 2037 Notes Trustee, by and through undersigned counsel, hereby identifies the following requests from the Initial Consolidated Document Requests to Debtors in Connection with Debtors' Plan of Reorganization (the "Initial Consolidated Request") served by the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC, its direct subsidiary, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries (the "TCEH Committee"), on behalf of itself and other unsecured creditors of Energy Future Competitive Holdings Company LLC and/or its direct and indirect subsidiaries served on July 28, 2015 (*see Notice of Service* (D.I. 5174)) as still applicable to the Confirmation Proceedings[1]:

---

[1] Capitalized terms used herein shall have the meaning ascribed to them in the Initial Consolidated Request as modified to incorporate the changes necessary to address the Initial Consolidated Requests pursuant to the *Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al.,*

Document Request No. 3: All Documents concerning the proposed settlement of the Material Potential Claims Subject to Plan Settlement as set forth in Section V.H.3 of the Disclosure Statement.

Document Request No. 8: All Documents concerning any meeting minutes, presentations, consents, resolutions, agendas, Board Materials, or Communications of any Board and/or any committees of any Board.

Document Request No. 9: All Documents concerning any assessment, evaluation, consideration, or analysis of priority among, and/or treatment, including without limitation, disparate treatment of, unsecured creditors of the TCEH Debtors.

Document Request No. 25: All Documents concerning any assessment, evaluation, consideration, or analysis of whether any prepetition lien attaches to any potential claims or causes of action, or proceeds therefrom, by the TCEH Debtors against any other Debtor, any Non-Debtor Affiliate, and/or the Sponsors.

Document Request No. 47: All Documents reflecting any analysis concerning the valuation of the TCEH Unencumbered Assets as set forth in Section II.C.1.g of the Disclosure Statement including, but not limited to all calculations, valuations, and assumptions contained therein.

Document Request No. 49: All Documents reflecting any analysis concerning the value of the collateral held by or on behalf of the First Lien Lenders including, but not limited to all calculations, valuations, and assumptions contained therein.

---

*Pursuant to Chapter 11 of the Bankruptcy Code* (D.I. 5246)e; *Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter Into and Perform Under the Plan Support Agreement filed on August 10, 2015* (D.I. 5248); *Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement* (D.I. 5249); and *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (D.I. 5244).

| | |
|---|---|
| Dated:  August 28, 2015<br>Wilmington, Delaware | Respectfully submitted,<br><br>REED SMITH LLP<br><br>By:  */s/ Kurt F. Gwynne*<br>Kurt F. Gwynne (No. 3951)<br>Kimberly E.C. Lawson (No. 3966)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>Email:  kgwynne@reedsmith.com<br>            klawson@reedsmith.com<br><br>Counsel to The Bank of New York Mellon, in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A., in its capacity as the EFCH 2037 Notes Trustee |