# **<u>EXHIBIT D</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| DEBTORS. | (Jointly Administered) |

**NOTICE OF IDENTIFICATION OF APPLICABLE INITIAL INTERROGATORIES TO DEBTORS IN CONNECTION WITH DEBTORS' PLAN OF REORGANIZATION**

Pursuant to Paragraph 7.a. of the *Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization* (D.I. 5771) (the "Amended Confirmation Scheduling Order"), The Bank of New York Mellon ("BNYM"), in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A. ("BNYMTC" and, together with BNYM, "BNY"), in its capacity as the EFCH 2037 Notes Trustee, by and through undersigned counsel, hereby identifies the following interrogatories from the Interrogatories to Debtors in Connection with Debtors' Plan of Reorganization (the "Initial Consolidated Request") served by the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC, its direct subsidiary, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries (the "TCEH Committee"), on behalf of itself and other unsecured creditors of Energy Future Competitive Holdings Company LLC and/or its direct and indirect subsidiaries served on July 28, 2015 (*see Notice of Service* (D.I. 5174)) as still applicable to the Confirmation Proceedings[1]:

---

[1] Capitalized terms used herein shall have the meaning ascribed to them in the Initial Consolidated Request as modified to incorporate the changes necessary to address the Initial Consolidated Requests pursuant to the *Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (D.I. 5246)e; *Motion of Energy Future Holdings Corp., et al., to*

Interrogatory No. 1: Please identify any witness whom the Debtors intend to call at the Confirmation Hearing as defined in the Plan Confirmation Scheduling Order.

Interrogatory No. 2: Please identify all witnesses with material knowledge of the facts underlying each of the Material Potential Claims Subject to Plan Settlement as set forth in Section V.H.3 of the Disclosure Statement.

Interrogatory No. 3: Please identify all witnesses with material knowledge of the proposed settlement of the Material Potential Claims Subject to Plan Settlement as set forth in Section V.H.3 of the Disclosure Statement.

Interrogatory No. 6: Please identify all witnesses with material knowledge of the negotiation of the Plan.

Interrogatory No. 7: Please identify all witnesses with material knowledge of any settlement or proposed settlement of potential Claims involving the Sponsors.

Dated: August 28, 2015
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:    */s/ Kurt F. Gwynne*
Kurt F. Gwynne (No. 3951)
Kimberly E.C. Lawson (No. 3966)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email:  kgwynne@reedsmith.com
              klawson@reedsmith.com

Counsel to The Bank of New York Mellon, in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust

---

*Authorize the Debtors to Enter Into and Perform Under the Plan Support Agreement filed on August 10, 2015* (D.I. 5248); *Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement* (D.I. 5249); and *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (D.I. 5244).

- 3 -

Company, N.A., in its capacity as the EFCH
2037 Notes Trustee