# **<u>EXHIBIT G</u>**

**Plan Confirmation: Document Custodians and Searches**

I. **PLAN AND SETTLEMENT**

Date Range: 1/14/15 - 8/10/15

Custodians:[1]

*EFH*

- Arcilia Acosta
- Michael Carter
- Stacey Doré
- Tony Horton
- Paul Keglevic
- Kristopher Moldovan
- Kneeland Youngblood

*K&E*

- Andrew Calder
- Chad Husnick
- Marc Kieselstein
- William Levy
- Todd Maynes
- Amber Meek
- Edward Sassower
- Brian Schartz
- Steven Serajeddini
- James Sprayrege

---

[1] Because Director Custodians Acosta and Youngblood use email addresses affiliated with non-Debtor employers for their Board communications, a combination of domain filters and targeted folder collections were utilized to identify EFH-related communications. The below search terms were then applied to those documents.

Search Terms:

- ((merger or advis* or transact*) w/3 fee) w/50 sponsor*
- ("net operating" or NOL or NOLs) w/50 claim*
- ("step up" or "step-up") w/3 basis
- ("tax structure") w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- (admin* or operat* or "professional fees") w/50 claim*
- (auction w/3 proceed*) w/7 (use* OR allocat*)
- (Bid* w/3 draft) AND Oncor
- (Bid* w/3 financial or investor*)
- (claim OR liab* OR disput*) AND (spin* OR deconsolid*)
- (credit w/3 agreement) w/5 (TCEH or TXU or Oncor)
- (extend or extension) w/5 revolver
- (makewhole or "make whole") w/10 (lum* or tax or interest)
- (management w/3 agreement) w/50 sponsor*
- (Market or comparable) w/3 multiple*
- (preference or preferential) w/10 claim*
- (preference or preferential) w/10 transfer*
- (promis* w/3 note) w/20 (TCEH or EFCH or EFIH or EFH)
- (repay* or pay* w/5 note) w/10 intercompany
- (settl* OR release*) w/5 pool
- (settl* OR release*) w/5 tax
- (settl* OR release*) w/50 (cash OR stock)
- (settl* OR release*) w/50 (claim OR "cause of action" or COA or litig* or suit or liab* or disput*)
- (settl* OR release*) w/50 (intercompany OR inter-company)
- (settl* OR release*) w/50 (legacy or note)
- (settl* OR release*) w/50 (sponsor* or director* or officer* or D&O)
- (settl* OR release*) w/50 (swap OR unexchanged OR benefit)
- (settl* OR release*) w/50 "first lien"
- (settl* OR release*) w/50 "material potential claims"
- (settl* OR release*) w/50 claim*
- (settl* OR release*) w/50 damage*
- (settl* OR release*) w/50 interest
- (settl* OR release*) w/50 plan
- (share* w/3 service*) w/50 claim*
- (tax or interest) w/5 reimburs*
- (tax w/2 free)
- (tax w/2 free) w/7 (impact* OR effect* OR affect* OR consequence*)
- (tax w/2 free) w/7 alternative*
- (tax w/3 sharing)
- (value* w/3 bid*) AND Oncor
- "$550 million" w/5 cash
- "adequate protection"
- "Alternative Restructuring"
- "AMT credits" w/5 (reimburs* or repay*)
- "disarmament"
- "distributable value"
- "fiduciary dut*"
- "form term sheet"
- "issues lists"
- "legacy claim*"
- "liability management program"
- "LMP"
- "marketing process"
- "master separation agreement"
- "minority investor drag"
- "MSA"
- "plan support agreement"
- "precedent transaction*"
- "PSA"

- "real estate investment trust"
- "reviewing parties"
- "rights offering"
- "rights offering"
- "round 1"
- "round 2"
- "settlement agreement"
- "settlement claim"
- "settlement distribution"
- "settlement intercompany claim"
- "side letter"
- "stalking horse"
- "TAA"
- "tax allocation agreement"
- "tax-free"
- "TCEH settlement claim"
- "termination fee"
- "transaction document*"
- "TSA"
- "TXU receivables"
- "unencumbered" w/10 (transfer)
- allocat* w/10 (claim* or recover*)
- alternat* w/5 plan
- amend w/3 extend
- amend* w/10 (credit w/3 agreement)
- avoid* w/5 (claim* or action)
- backstop*
- backstop* w/7 fee
- Berkshire w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- Bid* w/3 analysis
- Bid* w/3 potential
- Bid* w/3 strategic
- bid* w/5 evaluat*
- bid* w/5 interest*
- bid* w/7 alternative*
- bid* w/7 diligence
- breach w/5 fiduciary
- Breakup
- CenterPoint w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- CVR or "contingent value right"
- DCF
- deconsol*
- disallow*
- disarmament
- Discounted cash flow
- distributable w/5 value
- equitab* w/3 subord*
- equity w/5 (sharing OR recovery)
- equity w/5 (spli* or allocation*)
- Fidelity w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- form w/7 "term sheet"
- fraud* w/3 (transfer* or convey*)
- Hunt w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- Iberdrola w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- indicative w/2 price*
- interco* w/10 (transaction* or claim*)
- interco* w/3 note*
- interest w/20 (toggle or unsecured)
- IRS w/5 (ruling or decision or approv*)
- joint w/5 (facility or revolver)
- LBO
- Luminant w/10 (dividend or guarantee or upstream)
- mark w/3 market
- merger w/3 (agreement or scenario)
- NEE w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- NextEra w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- non-taxable
- oncor w/10 (transfer* or dividend)
- Oncor w/5 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger)
- Oncor w/5 (TEV or valu*)
- OpCo

- perfect* w/10 (lien* or security interest* or collateral)
- PLR or "Private Letter Ruling"
- prefer* w/5 auction*
- PropCo
- PUC or PUCT
- REIT w/5 (condition* or contingent* or risk* or regulat*)
- REIT w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- reserve w/20 unsecured
- sharing w/5 recover*
- standalone w/3 (plan or scenario)
- tax w/5 consequenc*
- taxable w/5 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- tax-free w/7 (impact* OR effect* OR affect* OR consequence*)
- tax-free w/7 alternative*
- TCEH w/5 (spinoff or spin-off)
- termination w/3 agreement
- TEV
- Toggle w/50 (REIT OR conversion OR backup OR transaction OR Oncor)
- transaction w/5 proceed*
- transition w/3 bond*
- value* w/7 stalking

Domain Limitations for K&E Custodians and Stacey Doré

- adia.ae
- advisorstpg.com
- aep.com
- aimco.alberta.ca
- akingump.com
- alinda.com
- ameren.com
- angelogordon.com
- apollolp.com
- argoip.com
- atcllc.com
- avenuecapital.com
- bakerbotts.com
- baml.com
- bankofamerica.com
- berkshirehathaway.com
- berkshirehathawayenergyco.com
- bingham.com
- blackstone.com
- borealis.ca
- brookfield.com
- brookfieldinfrastructure.com
- brownrudnick.com
- calpers.ca.gov
- capstoneag.com
- captracapital.com
- centerbridge.com
- centerpointenergy.com
- centerview.com
- centerviewpartners.com
- chadbourne.com
- citi.com
- citigroup.com
- cki.com.hk
- coned.com
- cppib.com
- credit-suisse.com
- cwt.com
- davispolk.com
- db.com
- dom.com
- dteenergy.com
- duke-energy.com
- edisonintl.com
- eif.com
- eifgroup.com
- entergy.com
- eqt.se
- eqtpartners.com
- exceloncorp.com
- ffhsj.com
- Fidelity.com
- firstenergycorp.com
- firstreserve.com
- fmr.com
- foley.com
- forresterco.com
- fortisinc.com
- fortress.com
- friedfrank.com
- gavinsolmonese.com
- ge.com
- geenergyfinancialservices.com
- ggic.com
- gic.com.sg
- global-infra.com
- gsocap.com
- guggenheimpartners.com
- highstarcapital.com
- hl.com
- huntconsolidated.com
- huntoil.com
- huntpower.com
- huronconsultinggroup.com

- ibdl.com
- iberdrola.es
- ifminvestors.com
- infrareitcp.com
- investpsp.ca
- itc-holdings.com
- Itctransco.com
- jefferies.com
- jonesday.com
- jpmchase.com
- jpmorgan.com
- kasowitz.com
- kia.gov.kw
- kingstreet.com
- kramerlevin.com
- lacaisse.com
- lazard.com
- macquarie.com
- mesirowfinancial.com
- milbank.com
- millsteinandco.com
- moelis.com
- mofo.com
- morganstanley.com
- nationalgrid.com
- nationalgridus.com
- nexteraenergy.com
- nixonpeabody.com
- nps.or.kr
- NSTAR.com
- NU.com
- ny.ibd.email.gs.com
- oag.state.tx.us
- oaktreecapital.com
- omm.com
- otpp.com
- paulweiss.com
- pge.com
- pggm.nl
- pharosfunds.com
- pjsjc.com
- pjsolomon.com
- pplweb.com
- psam.com
- pseg.com
- pwpartners.com
- qic.com
- ropesgray.com
- rothschild.com
- semprautilities.com
- sgcc.com.cn
- sgcib.com
- shearman.com
- southernco.com
- southerncompany.com
- stbglobal.com
- stblaw.com
- sullcrom.com
- texasattorneygeneral.gov
- thirdave.com
- transcanada.com
- wellsfargo.com
- whitecase.com
- winston.com
- wrenhouse.uk.com
- xcelenergy.com
- yorkcapital.com

*Targeted Search for CRO Term Sheet Communications*

Custodians:

- Chad Husnick
- Marc Kieselstein
- Edward Sassower
- James Sprayregen

Date Range: 2/11/15 - 4/14/15

Email domains:

- @akingump.com
- @brownrudnick.com
- @foley.com
- @friedfrank.com
- @kasowitz.com
- @KRAMERLEVIN.com
- @milbank.com

- @mofo.com
- @morganlewis.com
- @morrisjames.com
- @nixonpeabody.com
- @paulweiss.com
- @pbwt.com
- @perkinscoie.com
- @ropesgray.com
- @sewkis.com
- @Shearman.com
- @sullcrom.com
- @Venable.com
- @whitecase.com
- @wlrk.com

- No search terms; reviewed all

## II. ONCOR SALE

*General Searches*

Date Range: 11/3/14 - 8/10/15

Custodians:

*EFH*

- Michael Carter
- Anthony Horton
- Paul Keglevic
- Kris Moldovan

*K&E*

- Andrew Calder
- Stephen Hessler (11/3/14 - 6/15/15)
- Marc Kieselstein
- William Levy
- Todd Maynes
- Amber Meek
- Edward Sassower
- Steven Serajeddini
- James Sprayregen

*Evercore* (11/3/14 - 7/21/15)

- Lisa Chen
- Stephen Goldstein
- William Hiltz
- Jeremy Matican
- Brendan Panda
- Bo Yi
- Sesh Raghavan
- David Ying (11/3/14 - 8/10/15)

- Additionally collected and reviewed Evercore shared drive materials relating to Oncor sale process.

Search Terms:

- (("marketing process") AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor)
- (("real estate investment trust") AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor))
- (("stalking horse") AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor))
- (("tax-free") AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor))
- ((tax w/2 free) AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor))
- (auction w/3 proceed*) w/7 (use* OR allocat*)
- (Berkshire) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (Bid* w/3 draft) AND Oncor
- (Bid*) w/3 (financial OR investor*)
- (CenterPoint) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (Fidelity) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (Hunt) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (Iberdrola) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (Market OR comparable) w/3 (multiple*)
- (NEE) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (NextEra) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (Oncor) w/5 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger)
- (Oncor) w/5 (TEV OR valu*)
- (optim* w/5 structure) w/25 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (REIT) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (tax free~2) w/7 (impact* OR effect* OR affect* OR consequence*)
- (tax w/2 free) w/7 (alternative*)
- (tax w/5 consequenc*) AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor)
- (taxable) w/5 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (tax-free) w/7 (impact* OR effect* OR affect* OR consequence*)
- (tax-structure) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (TCEH) w/5 (spinoff OR spin-off)
- (Toggle) w/50 (REIT OR conversion OR backup OR transaction OR Oncor)
- (value* w/3 bid*) AND Oncor
- (value* w/3 maxim*) w/25 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- backstop* w/7 fee
- Bid* w/3 analysis
- Bid* w/3 potential
- Bid* w/3 strategic
- bid* w/5 evaluat*
- bid* w/5 interest*
- bid* w/7 alternative*
- bid* w/7 diligence
- Breakup
- DCF
- deconsol*
- "Discounted cash flow"
- "distributable value"
- distributable w/5 value
- "form term sheet"
- form w/7 "term-sheet"
- indicative w/2 price*

- "issues lists"
- non-taxable
- OpCo
- "precedent transaction*"
- prefer* w/5 auction*
- PropCo
- "reviewing parties"
- "rights offering"
- "round 1"
- "round 2"
- tax-free w/7 alternative*
- "termination fee"
- "transaction document*" AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor)
- value* w/7 stalking

Domain Limitations for K&E/Evercore Custodians

- adia.ae
- advisorstpg.com
- aep.com
- aimco.alberta.ca
- akingump.com
- alinda.com
- alvarezandmarsal.com†
- ameren.com
- angelogordon.com
- apollolp.com
- argoip.com
- atcllc.com
- avenuecapital.com
- bakerbotts.com
- baml.com
- bankofamerica.com
- berkshirehathaway.com
- berkshirehathawayenergyco.com
- bingham.com
- blackstone.com
- borealis.ca
- brookfield.com
- brookfieldinfrastructure.com
- brownrudnick.com
- calpers.ca.gov
- capstoneag.com
- captracapital.com
- carconindustries.com
- centerbridge.com
- centerpointenergy.com
- centerview.com
- centerviewpartners.com
- chadbourne.com
- citi.com
- citigroup.com
- cki.com.hk
- coned.com
- cppib.com
- credit-suisse.com
- cwt.com
- davispolk.com
- db.com
- debevoise.com
- dom.com
- donevans34.com
- dteenergy.com
- duffandphelps.com†
- duke-energy.com
- edisonintl.com
- efh.com†
- eif.com
- eifgroup.com
- energyfutureholdings.com†
- entergy.com
- eqt.se
- eqtpartners.com
- evercore.com [custodians Hiltz and Ying only]
- exceloncorp.com
- ffhsj.com
- Fidelity.com
- filsinger.com†
- firstenergycorp.com
- firstreserve.com
- fleetpride.com
- fmr.com
- foley.com
- forresterco.com
- fortisinc.com
- fortress.com
- friedfrank.com
- gavinsolmonese.com
- ge.com
- geenergyfinancialservices.com
- ggjc.com
- gic.com.sg
- global-infra.com
- gs.com
- gsocap.com
- guggenheimpartners.com
- highstarcapital.com
- hiltz@evercore.com [K&E custodians only]
- hl.com
- huntconsolidated.com
- huntoil.com
- huntpower.com
- huronconsultinggroup.com
- ibdl.com
- iberdrola.es
- ifminvestors.com
- infrareitcp.com
- investpsp.ca
- itc-holdings.com

- Itctransco.com
- jefferies.com
- jonesday.com
- jpmchase.com
- jpmorgan.com
- kasowitz.com
- kia.gov.kw
- kingstreet.com
- kkr.com
- kramerlevin.com
- lacaisse.com
- lazard.com
- luminant.com†
- macquarie.com
- mesirowfinancial.com
- milbank.com
- millerbuckfire.com†
- millsteinandco.com
- moelis.com
- mofo.com
- morganstanley.com
- nationalgrid.com
- nationalgridus.com
- nexteraenergy.com
- nixonpeabody.com
- nps.or.kr
- NSTAR.com
- NU.com
- ny.ibd.email.gs.com
- oag.state.tx.us
- oaktreecapital.com
- omm.com
- oncor.com†
- otpp.com
- paulweiss.com
- pge.com
- pggm.nl
- pharosfunds.com
- pjsjc.com
- pjsolomon.com
- pplweb.com
- psam.com
- pseg.com
- pwpartners.com
- qic.com
- ropesgray.com
- rothschild.com
- semprautilities.com
- sgcc.com.cn
- sgcib.com
- shearman.com
- southernco.com
- southerncompany.com
- stbglobal.com
- stblaw.com
- sullcrom.com
- texasattorneygeneral.gov
- thirdave.com
- tpg.com
- transcanada.com
- txu.com†
- wellsfargo.com
- whitecase.com
- winston.com
- wlrk.com
- wrenhouse.uk.com
- xcelenergy.com
- ying@evercore.com [K&E custodians only]
- yorkcapital.com

Domains marked with a dagger (†) were applied to Evercore custodians only.

*Targeted Searches for Early NEE Negotiations*

Date Range: 6/18/14 - 8/26/14

Custodians:

- Andrew Calder
- Stephen Hessler
- Todd Maynes
- Amber Meek
- Edward Sassower
- Steven Serajeddini

Search Terms:

- No search terms; reviewed all emails between K&E custodians and email domains:
    - baml.com

- chadbourne.com
- credit-suisse.com
- nexteraenergy.com

## III.  VALUATION

<u>Date Range</u>: 4/29/14 - 8/10/15

<u>Custodians</u>:

- Jim Burke
- Michael Carter
- David Faranetta
- Bob Frenzel
- Joseph Ho
- Anthony Horton
- Paul M. Keglevic
- Geoffrey Ley
- Mac McFarland
- Kristopher Moldovan
- Stanley Szlauderbach
- Patrick Williams
- John F. Young
- Numerous company shared drives

<u>Search Terms</u>:

- "air emission*"
- "availability factor"
- "Available Generation"
- "business plan"
- "capability rating"
- "capital additions"
- "capital expenditure*" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "contribution margin" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "cost of capital" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "credit rating" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "crude oil price*"
- "customer count" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "energizing event success"
- "environmental compliance"
- "fair consideration"
- "fair market value"
- "financial hedge"
- "fixed price contract"
- "fixed-price contract"
- "forced outage"
- "forward sales"
- "fuel cost" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "fuel price*"
- "gross capacity revenue*"
- "gross energy revenue*"
- "gross margin" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "hourly dispatch"

- "hourly load"
- "Interim Solution B"
- "load growth"
- "locational marginal pric*"
- "Long Range Plan"
- "maintenance cost*" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "maintenance sched*"
- "monthly load"
- "operating and maintenance expense*"
- "operating losses"
- "Operating Reserve Demand Curve"
- "operations cost"
- "outage rate" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "power sales agreement"
- "pro forma" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "project 40"
- "reasonably equivalent value"
- "renewal rate*"
- "reserve margin"
- "run time"
- "spark spread" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "system availability"
- "system-wide pric*"
- "transmission rights"
- "volume assumption*"
- "WP 40"
- "WP-40"
- ("cash on hand" or "COH") AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- ("market share" OR "mkt share") AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- (electric* /3 pric*) AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- (gas /5 (pric* or curve or forward)) AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- (transpor* /3 cost*) AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "generation asset"
- "regulatory asset*"
- Barnett
- capacity /5 (pric* or market)
- capex AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- capital /3 distribut*
- carbon /50 (cost* OR tax* OR sequest* OR regulat* OR legisl* OR historical OR actual OR budget* OR project* OR forecast* OR model*
- CO2 /50 (cost* OR tax* OR sequest* OR regulat* OR legisl* OR historical OR actual OR budget* OR project* OR forecast* OR model*
- coal /5 (pric* or curve or forward or cost)
- commodity /3 hedg*
- contingent /3 incentiv*
- CSPAR
- days /3 sales /3 outstanding
- DCF AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- deliver* /3 fuel
- dispatch AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- DSO AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- EBITDA* AND (historical OR actual OR budget* OR project* OR forecast* OR model*)

- emission /3 allowan*
- emission /3 rate*
- emission /5 (allowance OR cost OR price*)
- Exit /2 (financ* or facilit* or loan*)
- expense /5 (fuel or coal or nuclear or gas)
- FMV AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- frack*
- GADS
- hedg* /3 strateg*
- impair* /5 test*
- index /3 contract
- LRP
- MATS
- mining /3 cost*
- mothball*
- NOx AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- NPV AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- O&M AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- ops /3 (loss* cost* expense*)
- ORDC
- planned /3 outag*
- plant /3 addition*
- pric* /3 forecast*
- pric* /5 (public /2 (debt OR notes))
- recruit*/10 retail
- reduction /3 credit*
- remediat* /5 environ*
- retail /3 contract
- retail /3 cost
- retail /3 (historical OR actual OR budget* OR project* OR forecast* OR model*)
- RMR AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- sales /3 volume
- SG&A AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- shale
- SO2 AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- solvency
- super-peak
- trading /3 volume
- transmi* /3 right*
- wholesale /50 (historical OR actual OR budget* OR project* OR forecast* OR model*)
- WP40
  zon* /3 pric*

## IV. BOARD MATERIALS

- Subject to objections, all responsive and non-privileged board meeting materials and minutes from the petition date through Aug. 10, 2015, for EFH, EFIH, TCEH, and EFCH.

## V. TARGETED COLLECTIONS

- Conducted targeted collection for numerous specific categories of documents, including:

    - Asbestos materials.
    - IRS communications.
    - Stalking Horse Investor Data Room documents.
    - Communications with regulatory bodies.
    - Communications re treatment of PCRBs under the Third Amended Plan.

- Additionally, documents responsive to these topics are captured by the broad searches described above.