September 2, 2015

TO:    **Judge Sochti**, US District Bankruptcy Court in Delaware
       **U.S. Trustees** and **Delaware FBI**

Judge Sochti and US Trustees:

KKR & C0 are committing bankruptcy fraud.  To avoid paying liability regarding Energy Future Holding court case # 14 - 10979 and KKR & Co. also plan to file bankruptcy due to $5 billion in losses.  KKR & Co. sought purchase by Fidelity National Information Services (FIS) in order to conspire to **defraud** the court, trustees and debtors.  Please have federal authorities investigate and document my complaint with US District Bankruptcy Court in Delaware.

Fidelity National Information Service (FIS) purchased on **8/13/15** for $9 billion:

1. KKR & Co. L.P.

2. Bain Capital Partners

3. Goldman Sachs Group Inc.

4. Blackstone Group Lp

5. Providence Equity Partners

6. Silver Lake Partners

7. Sungard

*SEE ATTCHED EVIDENCE ABOUT RECENT SALE!*

I'm concerned this fraud will further damage our economic stability with NY Stock Market and devastate consumer confidence once fraud is made public.

Best Regards,

**Mark Duke**

Address:  4317 Cedar Springs, Apt. F, Dallas, TX  75219

# Intelligize Flash Report – August 13, 2015.

BY SAMANTHA MERGENTHALER ...

*(handwritten annotation:)*
① LBO
② Bankruptcy fraud
③ Avoid paying liabilities

Intelligize Flash Report – August 13, 2015.

*Smarter. Faster. Simpler.*

*The Industry Standard for SEC Compliance & Legal Research.*

*Here at Intelligize, we take the title 'Industry Standard' seriously. With new reports and information available daily, keeping up with SEC litigation, relevant memos and comment letters, and the happenings of the private and public business sector has become a priority to our users. The Intelligize Flash Report offers you daily highlights in one convenient report, so you don't miss a beat.*

## M&A

On August 12, 2015, Fidelity National Information Service acquired the companies Bain Capital Partners, Blackstone Group LP, Goldman Sachs Group Inc., KKR & Co. L.P., Providence Equity Partners LLC, Silver Lake Partners LP, TPG Capital, L.P., and Sungard in a $9.1 billion dollar Private Equity Transaction (https://apps.intelligize.com/MergerAndAcquisition). The acquiring company, Fidelity National Information Service, is a public company incorporated in Georgia and headquartered in Florida. They are members of the services-business services industry. The target company Bain Capital Partners is a private equity company incorporated in Delaware and headquartered in Massachusetts. The target company Blackstone Group is a private equity company incorporated in Delaware and headquartered in New York. The target company Goldman Sachs Group is a public company incorporated in Delaware and headquartered in New York. The target company KKR & Co. L.P. is a private equity company incorporated in Delaware and headquartered in New York. The target company TPG Capital L.P. is a private equity company both headquartered and incorporated in Texas. The target company, Sungard, is a private company incorporated in Delaware and headquartered in Pennsylvania. They are members of the services-prepackaged software industry.

## IPOs

On August 12, 2015, Pure Storage, Inc. filed their S-1 (http://apps.intelligize.com/?
key=Tp8ZMzbGt4pHGkc%2bfzriUPFjVeSOwX38HPzgtpes1cP1uZQjh%2bnwT1326%
2fN1qMQZdPHtKf0JMcjp9Lz7fxfaL11rh5Ir3aqLQCNEsL6YwnrYBbje%2fey%
2frR9B9EKdG2XSLROxOkoJ9HiLUEDEHyYIvsaFaxVdXBoS1QI%2fDVTagXg%3d) for the registered

Case 14-10979-CSS Doc 6054 Filed 09/16/15 Page 3 of 27

# PE HUB

≡

## Fidelity National Information in exclusive talks to buy SunGard: Reuters

JULY 30, 2015   👁 213 VIEWS   💬 <u>0 COMMENTS</u>



👤 BY REUTERS NEWS        FOLLOWERS
≣ MORE POSTS              FRIENDS (0)

(Reuters) — **Fidelity National Information Services Inc (FIS.N)**, the payment services provider that has been vying to acquire **SunGard Data Systems Inc**, is now in exclusive talks to buy the financial software maker, according to a person familiar with the matter.

Fidelity National Information Services is negotiating a deal that would value SunGard at between $8 billion and $9 billion, the person said on Thursday, cautioning that no agreement is certain and asking not to be identified because the talks are confidential.

Representatives for Fidelity National Information Services and SunGard did not respond to requests for comment.

SunGard filed with U.S. regulators last month for an initial public offering. Reuters reported in April that the company would explore both an outright sale and an IPO that could value it as much as $10 billion, including debt.

SunGard, which has more than 15,000 customers, mainly provides trading and investmentmanagement software to financial firms.

Wayne, Pennsylvania-based SunGard was acquired for $11.4 billion in 2005 by Silver Lake Partners LP, TPG Capital LP, Bain Capital LLC, Blackstone Group LP (BX.N), Goldman Sachs Capital Partners LP, KKR & Co LP (KKR.N) and Providence Equity Partners Inc.

SunGard is the product of one of the largest leveraged buyouts that preceded the 2008 financial crisis. It is now one of the longest-held investments in private equity history.

SunGard reported a 1.7 percent rise in revenue to $2.8 billion for the year ended Dec. 31. The company posted a net loss of $222 million, compared with a profit of $62 million a year earlier.

Table of Contents

---

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

---

# Form 10-K

---

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

  **For the fiscal year ended December 31, 2014**

*or*

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

  **For the transition period from          to**

**Commission File No. 001-16427**

# Fidelity National Information Services, Inc.

*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Georgia** | **37-1490331** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |
| **601 Riverside Avenue** | |
| **Jacksonville, Florida** | **32204** |
| *(Address of principal executive offices)* | *(Zip Code)* |

**(904) 438-6000**
*(Registrant's telephone number, including area code)*

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of Each Class:** | **Name of Each Exchange on Which Registere** |
|---|---|
| Common Stock, par value $0.01 per share | New York Stock Exchange |

*[handwritten: ← Penny Stock Scheme]*

**Securities registered pursuant to Section 12(g) of the Act: None**
*(Title of Class)*

  Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes ☒  No ☐

  Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.  Yes ☐  No ☒

  Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒  No ☐

  Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).  Yes ☒  No ☐

  Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

  Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒        Accelerated filer ☐        Non-accelerated filer ☐        Smaller reporting company ☐
(Do not check if a smaller reporting company)

  Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act) Yes ☐        No ☒

FIDELITY NATIONAL INFORMATION SERVICES, INC.
2014 FORM 10-K ANNUAL REPORT
TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 2 |
| Item 1A. | Risk Factors | 10 |
| Item 1B. | Unresolved Staff Comments | 19 |
| Item 2. | Properties | 19 |
| Item 3. | Legal Proceedings | 19 |
| Item 4. | Mine Safety Disclosures | 20 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 20 |
| Item 6. | Selected Financial Data | 22 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 25 |
| Item 7A. | Quantitative and Qualitative Disclosure About Market Risks | 37 |
| Item 8. | Financial Statements and Supplementary Data | 40 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 78 |
| Item 9A. | Controls and Procedures | 78 |
| Item 9B. | Other Information | 78 |
| **PART III** | | |
| Item 10. | Directors and Executive Officers of the Registrant | 78 |
| Item 11. | Executive Compensation | 78 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 78 |
| Item 13. | Certain Relationships and Related Transactions | 78 |
| Item 14 . | Principal Accounting Fees and Services | 78 |
| **PART IV** | | |
| Item 15. | Exhibits and Financial Statement Schedules | 78 |
| Signatures | | 85 |
| EX-10.28 | | |
| EX-10.31 | | |
| EX-21.1 | | |
| EX-23.1 | | |
| EX-31.1 | | |
| EX-31.2 | | |
| EX-32.1 | | |
| EX-32.2 | | |
| EX-101 INSTANCE DOCUMENT | | |
| EX-101 SCHEMA DOCUMENT | | |
| EX-101 CALCULATION LINKBASE DOCUMENT | | |
| EX-101 DEFINITION LINKBASE DOCUMENT | | |
| EX-101 LABELS LINKBASE DOCUMENT | | |
| EX-101 PRESENTATION LINKBASE DOCUMENT | | |

FIDELITY NATIONAL INFORMATION SERVICES, INC.
2014 FORM 10-K ANNUAL REPORT
TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 2 |
| Item 1A. | Risk Factors | 10 |
| Item 1B. | Unresolved Staff Comments | 19 |
| Item 2. | Properties | 19 |
| Item 3. | Legal Proceedings | 19 |
| Item 4. | Mine Safety Disclosures | 20 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 20 |
| Item 6. | Selected Financial Data | 22 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 25 |
| Item 7A. | Quantitative and Qualitative Disclosure About Market Risks | 37 |
| Item 8. | Financial Statements and Supplementary Data | 40 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 78 |
| Item 9A. | Controls and Procedures | 78 |
| Item 9B. | Other Information | 78 |
| **PART III** | | |
| Item 10. | Directors and Executive Officers of the Registrant | 78 |
| Item 11. | Executive Compensation | 78 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 78 |
| Item 13. | Certain Relationships and Related Transactions | 78 |
| Item 14 . | Principal Accounting Fees and Services | 78 |
| **PART IV** | | |
| Item 15. | Exhibits and Financial Statement Schedules | 78 |
| Signatures | | 85 |
| EX-10.28 | | |
| EX-10.31 | | |
| EX-21.1 | | |
| EX-23.1 | | |
| EX-31.1 | | |
| EX-31.2 | | |
| EX-32.1 | | |
| EX-32.2 | | |
| EX-101 INSTANCE DOCUMENT | | |
| EX-101 SCHEMA DOCUMENT | | |
| EX-101 CALCULATION LINKBASE DOCUMENT | | |
| EX-101 DEFINITION LINKBASE DOCUMENT | | |
| EX-101 LABELS LINKBASE DOCUMENT | | |
| EX-101 PRESENTATION LINKBASE DOCUMENT | | |

As of June 30, 2014, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of the registrant's common stock held by nonaffiliates was $15,479,544,212 based on the closing sale price of $54.74 on that date as reported by the New York Stock Exchange. For the purposes of the foregoing sentence only, all directors and executive officers of the registrant were assumed to be affiliates. The number of shares outstanding of the registrant's common stock, $0.01 par value per share, was 285,066,924 as of January 31, 2015.

The information in Part III hereof is incorporated herein by reference to the registrant's Proxy Statement on Schedule 14A for the fiscal year ended December 31, 2014 , to be filed within 120 days after the close of the fiscal year that is the subject of this Report.

(1) Penny Stock Scheme

(2) Violation of 15 U.S. Code § 78u-4 (Private Securities)
   (A) Untrue Statement of facts
   (B) Omitting a state of material fact.

(3) 15 U.S. Code § 78bb- Validity of Contracts

(4) Comodities Exchange Act prohibiting swaps of This nature

**Enter your Email to Learn More:** [_____] [GO]  FIDELITY NATIONAL INFORMA ... (FIS

Back to Search Screen    Display Sections    View Entire Filing    ↻ Next Section    ↺ Previous Section    🖶 Print Section

# Profitable Trade Alerts

Over 31% Net Profit In 2014. Sign Up For Our Premium Membership Now!

QuickLinks -- Click here to rapidly navigate through this document

# SECURITIES AND EXCHANGE COMMISSION

### Washington, D.C. 20549

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

### For the fiscal year ended December 31, 2002

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

**Commission File No. 001-16427**

# CERTEGY INC.

*(Exact name of registrant as specified in its charter)*

*[handwritten: formally fidelity National Information Services]*

Georgia                                                                58-2606325

| PARTNER CENTER | TODAY'S OFFERS | COMPARE BROKERS |
|---|---|---|

**E✱TRADE**

E*TRADE
Opportunity is Everywhere if you know where to look.
Join Today.

**🎴 TradeStation**
TRADE NOW

TradeStation
Trade where traders trade.
Open an account today.

**🎴 Ameritrade ▸**
Get up to $600 + trade FREE for 60 days.

TDA
Get up to $600 + trade FREE for 60 days.
Get Free Level II Quotes...

**🎴 TradeStation**
TRADE NOW

TradeStation
Trade where traders trade.
Open an account today.

VIEW

**OMB APPROVAL**
OMB Number: 3235-0578
Expires: February 28, 2006
Estimated average burden
hours per response.....20.0

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM N-Q

### QUARTERLY SCHEDULE OF PORTFOLIO HOLDINGS OF REGISTERED
### MANAGEMENT INVESTMENT COMPANY

Investment Company Act file number 811-09645

## Nations Funds Trust
(Exact name of registrant as specified in charter)

*Subsidiary of Fidelity National Information Services*

One Bank of America Plaza, NC1-002-12-01, Charlotte NC 28255
(Address of principal executive offices) (Zip code)

Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
(Name and address of agent for service)

Registrant's telephone number, including area code: 617-585-4225

Date of fiscal year end:    3/31/05
                         -------------------------

Date of reporting period:  12/31/04
                         -------------------------

Form N-Q is to be used by management investment companies, other than small business investment companies registered on Form N-5 (239.24 and 274.5 of this chapter), to file reports with the Commission, not later than 60 days after close of the first and third fiscal quarters, pursuant to Rule 30b1-5 under the Investment Company Act of 1940 (17 CFR 270.30b-5). The Commission may use the information provided on Form N-Q in its regulatory, disclosure review, inspection, and policymaking roles.

A registrant is required to disclose the information specified by Form N-Q, and the Commission will make this information public. A registrant is not required to respond to the collection of information contained in Form N-Q unless the Form displays a currently valid Office of Management and Budget ("OMB") control number. Please direct comments concerning the accuracy of the information collection burden estimate and any suggestions for reducing the burden to Secretary, Securities and Exchange Commission, 450 Fifth Street, NW, Washington, DC 20549-0609. The OMB has reviewed this collection of information under the clearance requirements of 44 U.S.C. ss. 3507.

**NATIONS FUNDS**
**NATIONS MIDCAP INDEX FUND**
**SCHEDULE OF INVESTMENTS DECEMBER 31, 2004 (UNAUDITED)**

| SHARES | | VALUE (000) |
|---|---|---|
| | COMMON STOCKS - 98.3% | |
| | AEROSPACE AND DEFENSE - 0.4% | |
| 57,475 | Alliant Techsystems Inc.= | $ 3,757 |
| 15,975 | Sequa Corporation, Class A= | 977 |
| 129,125 | The Titan Corporation= | 2,092 |
| | | 6,826 |
| | AIRLINES - 0.4% | |
| 130,650 | AirTran Holdings, Inc.= | 1,398 |
| 40,950 | Alaska Air Group, Inc.= | 1,371 |
| 157,987 | JetBlue Airways Corporation= (a) | 3,669 |
| | | 6,438 |
| | APPAREL AND TEXTILES - 0.2% | |
| 52,425 | Timberland Company, Class A= | 3,285 |
| | AUTOMOBILES - 0.2% | |
| 139,775 | Adesa, Inc. | 2,966 |
| | AUTOMOTIVE - 1.9% | |
| 112,700 | Advance Auto Parts= | 4,923 |
| 105,750 | ArvinMeritor, Inc. | 2,366 |
| 85,650 | Borg Warner Inc. | 4,640 |
| 158,675 | Carmax Inc.= | 4,927 |
| 137,175 | Copart, Inc.= | 3,610 |
| 118,375 | Gentex Corporation | 4,382 |
| 102,675 | Lear Corporation | 6,264 |
| | | 31,112 |
| | BEVERAGES - 0.7% | |
| 164,500 | Constellation Brands, Inc.= | 7,651 |
| 211,100 | PepsiAmericas, Inc. | 4,484 |
| | | 12,135 |
| | BROADCASTING AND CABLE - 0.6% | |
| 85,700 | Emmis Communications Corporation= | 1,645 |
| 75,975 | Entercom Communications Corporation= | 2,727 |
| 36,150 | Media General Inc., Class A | 2,343 |
| 146,350 | Westwood One, Inc.= | 3,940 |
| | | 10,655 |
| | BUILDING MATERIALS - 0.2% | |
| 73,175 | Martin Marietta Materials, Inc. | 3,927 |
| | BUSINESS SERVICES AND SUPPLIES - 0.1% | |
| 168,925 | Gartner Group, Inc.= | 2,105 |
| | CHEMICALS - BASIC - 1.1% | |
| 56,250 | FMC Corporation= | 2,717 |
| 104,225 | FMC Technologies, Inc.= | 3,356 |
| 368,375 | Lyondell Chemical Company | 10,653 |
| 107,025 | Olin Corporation | 2,357 |
| | | 19,083 |
| | CHEMICALS - SPECIALTY - 1.6% | |
| 114,375 | Airgas, Inc. | 3,032 |

# CERTIFICATIONS

I, J. **Kevin Connaughton**, certify that:

1. I have reviewed this report on **Form N-Q of Nations Funds Trust;**

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the schedules of investments included in this report fairly present in all material respects the investments of the registrant as of the end of the fiscal quarter for which the report is filed;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Rule 30a-3(c) under the Investment Company Act of 1940) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of a date within 90 days prior to the filing date of this report, based on such evaluation; and

(c) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process summarize, and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: March 1, 2005

/s/ J. Kevin Connaughton
-----------------------------------
**J. Kevin Connaughton, Treasurer**

# CERTIFICATIONS

I, J. **Christopher L. Wilson**, certify that:

1. I have reviewed this report on **Form N-Q of Nations Funds Trust**;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the schedules of investments included in this report fairly present in all material respects the investments of the registrant as of the end of the fiscal quarter for which the report is filed;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Rule 30a-3(c) under the Investment Company Act of 1940) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of a date within 90 days prior to the filing date of this report, based on such evaluation; and

(c) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process summarize, and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: March 1, 2005

/s/ Christopher L. Wilson
----------------------------------------
*Christopher L. Wilson, President*

# *Detailed Results*

Chapter 1
## *Ethics Policies at ERS, TRS, and UTIMCO Comply with Statutory Requirements* 

 Ethics policies at the Employees Retirement System (ERS), the Teacher Retirement System (TRS), and The University of Texas Investment Management Company (UTIMCO) comply with statutory requirements.[1] The statutes that are the basis for ERS, TRS, and UTIMCO ethics policies primarily address:

- The adoption of ethics policies.

- Financial disclosure statement requirements for board members and executive directors.

- Conflict of interest disclosure requirements for board members, employees, and contracted advisors and service providers.

- Monitoring of employees' personal securities transactions.

UTIMCO has fewer statutory requirements for its ethics policy than ERS or TRS, but its ethics policy addresses similar issues as the ethics policies at ERS and TRS. In addition, statutory requirements differ for each entity in certain areas. For example:

 - **Statutory requirements regarding coinvestment.** Texas Government Code, Chapter 572, prohibits a state officer[2] or employee at ERS and TRS from having interests that are "in substantial conflict with the officer's or employee's duties in the public interest." This statute covers situations in which the officer or employee owns more than a 10 percent voting interest or more than a 10 percent interest in the profits of a business in which the state agency also has invested. Texas Education Code, Chapter 66, prohibits UTIMCO from investing in a business when a board member or employee has a 5 percent or greater interest in the business.

 - **Statutory requirements regarding financial disclosure statements.** Texas Government Code, Chapter 572, requires board members and the

---

[1] The statutes discussed in this chapter do not comprise a complete list of statutes related to investment practices at the audited entities. This chapter focuses only on statutes that (1) directly relate to ethics policy requirements at ERS, TRS, and UTIMCO and (2) establish ethics-related responsibilities of board members, employees, and contractors of these entities.

[2] At ERS and TRS, state officers include board members and executive directors.

An Audit Report on
Ethics Policies for Trustee Investing Practices at the Employees Retirement System, the Teacher Retirement System,
and The University of Texas Investment Management Company
SAO Report No. 09-031
April 2009
Page 1

PERMANENT UNIVERSITY FUND

EQUITY SECURITIES

August 31, 2002

| SECURITY | SHARES | VALUE ($) | COST ($) |
|---|---|---|---|
| EURONET WORLDWIDE INC | 6,200 | 57,164 | 95,608 |
| EVERGREEN RESOURCES INC | 13,000 | 496,600 | 546,267 |
| EXACT SCIENCES CORP | 37,800 | 459,988 | 559,807 |
| EXAR CORP | 101,900 | 1,516,272 | 2,123,799 |
| EXPRESSJET HOLDINGS INC | 5,100 | 58,395 | 65,731 |
| EXTREME NETWORKS INC | 48,900 | 461,127 | 488,828 |
| EXXON MOBIL CORP | 149,974 | 5,316,578 | 5,956,146 |
| FBR ASSET INVESTMENT CORP | 4,600 | 155,480 | 152,561 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | 9,400 | 712,332 | 674,599 |
| FEDERATED DEPARTMENT STORES INC | 6,800 | 244,120 | 249,475 |
| FEDERATED INVESTMENTS INC | 6,500 | 189,800 | 187,897 |
| FELCOR LODGING TRUST | 17,950 | 265,660 | 393,747 |
| FIDELITY NATIONAL INFORMATION | 2,500 | 57,750 | 59,554 |
| FILENET CORP | 13,100 | 177,898 | 199,510 |
| FINISH LINE INC | 8,900 | 79,210 | 142,787 |
| FIRST AMERICAN FINANCIAL CORP | 12,900 | 276,963 | 275,001 |
| FIRST CITIZENS BANCSHARES INC | 3,000 | 324,720 | 241,282 |
| FIRST COMMUNITY BANCORP CALIF | 15,500 | 488,250 | 423,868 |
| FIRST DATA CORP | 8,200 | 284,950 | 187,729 |
| FIRST ENERGY CORP | 4,100 | 135,300 | 122,114 |
| FIRST VIRGINIA BANKS INC | 2,450 | 96,187 | 93,294 |
| FISHER SCIENTIFIC INTERNATIONAL INC | 4,900 | 140,924 | 155,308 |
| FLIR SYSTEMS INC | 14,000 | 531,300 | 558,986 |
| FLORIDA EAST COAST INDUSTRY | 72,700 | 1,759,340 | 1,678,208 |
| FLOWERS FOOD INC | 31,550 | 725,650 | 716,299 |
| FLUSHING FINANCIAL CORP | 3,200 | 59,040 | 64,620 |
| FOREST LABS INC | 17,200 | 1,255,600 | 1,248,848 |
| FOSSIL INC | 4,700 | 102,742 | 102,695 |
| FOUNDRY NETWORKS INC | 53,900 | 471,625 | 432,344 |
| FOX ENTERTAINMENT GROUP INC | 39,600 | 884,268 | 982,127 |
| FRANKLIN RESOURCES INC | 3,600 | 126,000 | 145,704 |
| FREDDIE MAC | 2,400 | 153,840 | 161,899 |
| FRED'S INC | 32,100 | 1,075,350 | 800,154 |
| FRIEDMAN BILLINGS RAMSEY GROUP | 15,950 | 173,536 | 122,298 |
| FTI CONSULTING INC | 67,575 | 2,461,082 | 2,287,730 |
| FULLER CO | 42,444 | 1,143,866 | 994,148 |
| FULTON FINANCIAL CORP | 38,612 | 722,045 | 658,483 |
| GAIAM INC | 70,500 | 790,305 | 1,053,926 |
| GAME STOP CORP | 7,200 | 149,760 | 151,602 |
| GARTNER GROUP INC | 8,000 | 75,280 | 68,562 |
| GBC BANCORP CALIFORNIA | 3,700 | 77,700 | 134,583 |
| GENE LOGIC INC | 6,900 | 55,269 | 96,946 |
| GENERAL CABLE CORP | 7,000 | 29,540 | 112,186 |
| GENERAL COMMUNICATION INC | 7,650 | 22,185 | 58,546 |
| GENERAL DYNAMICS CORP | 3,300 | 259,512 | 215,935 |
| GENERAL ELECTRIC CO | 193,344 | 5,829,322 | 7,808,803 |
| GENERAL GROWTH PROPERTIES INC | 493,900 | 24,887,621 | 16,158,799 |
| GENERAL MOTORS CORP | 30,300 | 1,450,158 | 1,811,791 |

9

 UTIMCO 10/28/02

# PERMANENT UNIVERSITY FUND

**Report on Certain Specified Data**
**as Required by  Art. 4413 (34e) of the Civil Statutes**

**June 30, 2006**

This report is available on the UTIMCO website at www.utimco.org

# PERMANENT UNIVERSITY FUND

## Investment Performance of Ten Largest Stock Holdings - July 1, 2005 through June 30, 2006

| Name | Market Value | Total Return | Percentage of Fund June 30, 2006 |
|------|-------------|-------------|----------------------------------|
| ISHARES TR S&P 100 Index Fund | 147,061,179 | 5.63% | 1.47 |
| GIA Global Opportunities Fund | 91,421,694 | N.A | 0.91 |
| ISHARES TR S&P Global 100 | 80,674,093 | 11.51% | 0.8 |
| PIMCO Absolute Return Strategy | 65,745,781 | N.A | 0.66 |
| ISHARES TR Russell 2000 Index | 42,973,120 | 13.31% | 0.43 |
| Boston PPTYS Inc Com | 28,983,596 | 36.40% | 0.29 |
| Vornado Realty Trust Com | 28,620,097 | 25.29% | 0.29 |
| Equity Office PPTY Trust Com | 28,138,622 | 11.46% | 0.28 |
| BLDRS Index Funds Trust Emerging | 27,680,931 | N.A | 0.28 |
| Equity Residential Sh | 26,156,538 | 24.75% | 0.26 |

*N/A- PUF has held the investment for less than a 12-month period, therefore, performance for this time period is not available.*

## Asset Allocation

Asset allocation is the primary determinant in the volatility of the Fund's performance, subject to the asset allocation range as specified by the investment policy, and is the responsibility of UTIMCO. The following represents asset allocation at June 30, 2006.

| | |
|---|---|
| U.S. Equities | 19.84% |
| Global Ex US Equities | 20.80 |
| Directional Hedge Funds | 8.60 |
| Absolute Return Hedge Funds | 14.54 |
| Private Capital | 9.50 |
| Inflation Linked | 14.66 |
| Fixed Income | 9.77 |
| Cash & Cash Equivalents | 2.29 |
| | 100.00% |


→ next page

**Economically Targeted Investments**

The PUF is invested, as well as committed to invest, in various private equity funds which are considered economically targeted investments. Economically targeted investments means an investment in which at least 50% of the total investment is allocated to economic development within the state of Texas or investment in businesses or entities located within the state of Texas.

The following is the market value of these investments:

| Investment Name | Market Value |
|---|---|
| AUSTIN VENTURES IV LP | $      157,524 |
| AUSTIN VENTURES IX LP | 1,087,593 |
| AUSTIN VENTURES V LP | 2,432,673 |
| AUSTIN VENTURES VI LP | 3,637,951 |
| AUSTIN VENTURES VII LP | 5,918,850 |
| AUSTIN VENTURES VIII LP | 5,740,752 |
| CTIP PARTNERS LP | 689,500 |
| ENCAP ENERGY CAPITAL FUND III-B LP | 2,318,100 |
| ENCAP ENERGY CAPITAL FUND IV-B LP | 2,965,120 |
| ENERGY ASSET OPTION FUND | 7,045,968 |
| ESCALATE CAPITAL I LP | 7,503,195 |
| GOLDSTON OIL CO - GLADEWATER JETER ROYALTY INT | 4,374,144 |
| GOLDSTON OIL CO - JETER #3 | 2,437,790 |
| GOLDSTON OIL-GLADEWATER JETER | 5,120,100 |
| JATOTECH VENTURES LP | 1,947,332 |
| PRIME VIII LP | 4,666,441 |
| PTV SCIENCES LP | 14,517,640 |
| PTV SCIENCES FUND II LP | 524,683 |
| RSTW PARTNERS III LP | 3,052,898 |
| SCF-III LP | 2,985,314 |
| SCF-IV LP | 13,713,252 |
| SCF-V LP | 8,153,353 |
| SCF-VI LP | 2,257,274 |
| TEXAS GROWTH FUND - 1991 TRUST | 469,637 |
| TEXAS GROWTH FUND - 1995 TRUST | 1,267,457 |
| WINGATE PARTNERS II LP | 2,421,840 |
| WINGATE PARTNERS III LP | 5,101,587 |
| | $  112,507,968 |

① Conflict of interest

② Paying themselves investment fees

③ LBO's with companies they own interest in and trying to defraud the Court

# PERMANENT UNIVERSITY FUND

**Report on Certain Specified Data**
**as Required by  Art. 4413 (34e) of the Civil Statutes**

**December 31, 2008**

This report is available on the UTIMCO website at www.utimco.org

# PERMANENT UNIVERSITY FUND

## Investment Performance of Ten Largest Stock Holdings - January 1, 2008 through December 31, 2008

| Name | Market Value | Total Return | Percentage of Fund December 31, 2008 |
|---|---|---|---|
| VANGUARD EMERGING MARKETS ETF | $ 122,793,350 | -52.49% | 1.38% |
| ISHARES TR S&P GLOBAL 100 | 61,956,895 | -36.11% | 0.70% |
| DEVRY INC | 27,729,030 | 10.76% | 0.31% |
| SPDR TR UNIT SER 1 S&P | 21,380,807 | N/A | 0.24% |
| SIMON PPTY GROUP INC | 14,277,094 | -35.94% | 0.16% |
| MITSUBISHI ESTATE CO NPV | 14,241,737 | -45.93% | 0.16% |
| PUBLIC STORAGE COM | 13,044,042 | 12.37% | 0.15% |
| HONGKONG LAND HOLDINGS LTD ORD | 12,264,592 | -47.84% | 0.14% |
| VORNADO REALTY TR COM | 11,185,993 | -28.39% | 0.13% |
| EQUITY RESIDENTIAL SH | 10,724,674 | -13.88% | 0.12% |

*N/A  PUF has held the investment for less than a 12-month period, therefore  performance for this time period is not available.



Find happiness!   Download our free happy hour app!   CHRONICLE

## NEWS

# No Growth at the Growth Fund
## Despite dismal returns on state dollars, the Texas Growth Fund springs eternal

BY LUCIUS LOMAX, FRI.. JAN. 30, 2004

Like  0        Tweet  0       8+1   0                              print           write a letter



If a legislator wants to make an inappropriate contact to get state investment managers to put money into a pe business, you'll be happy to know that the lawmaker will not make the call himself. That would be unseemly.

Instead, someone will call for him.



"Just for the record, we've never had a member of the Legislature call us," said Stephen Soileau, a managing of the Texas Growth Fund – a $577 million pool of public money that is among the latest efforts of state goverr to get more bang for its buck. "What always happens is somebody calls and says, 'I'm a close friend of ...' Tha happens.

"From the outset of the fund, there was a lot of concern about who was going to twist our arms," Soileau expla "There's all sorts of constituencies that call us and say we want you to do this for X, Y, Z reasons. The fact of t matter is we've never had any difficulty fending off those calls."



What happens with the TGF's investments – if the public is really profiting from deals made or if the money is t used as a political handout to selected businesses – has become an issue because the state of Texas is, well, challenged. To remedy that situation, the growth fund, headquartered in Austin and financed by the state's ma

⌐⌐⌐⌐⌐ ⌐ ⌐ ⌐ ⌐ ⌐ is well as the University of Texas and Texas A&M, is asking for a few hundred million do
⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐, ooser restrictions on its investments, and a very tight lid on information about its operati

That is a tall order, and one not necessarily consistent with recent trends in state government. But the decisior
come as soon as Friday, and TGF may get most of what it wants – because, well, the state is broke.

Or that's the reason people will give you.

## Who's Watching the Watchers?



How badly have the state's pension funds done in recent years? Overall, the numbers are dismal. The largest,
Teacher Retirement System, for example, peaked at $90 billion in 2000 and is $77 billion today, a loss greater
last year's entire state budget deficit. But numbers at TRS alone don't do justice to the poor returns. A couple
anecdotes convey more effectively the sense of fiscal doom that is only now, with the rising stock market, begi
to lift.



During a legislative committee meeting last year, Sheila Beckett, executive director of the Employees Retireme
System, which represents 200,000 present and former public workers, suggested postponing benefits to famili
slain police officers – a proposal that legislators considered political suicide. Not long before that, at a meeting
board of directors for the million-member TRS, a board member asked how she, as a teacher preparing young
to enter the workforce, could justify voting for investments specifically designed to move U.S. jobs offshore.

The answer is desperation, prompted by the bear market of the last few years. But that desperation – which ha
the state's money managers to warn of ~~growing unfunded pension liabilities~~ – is not apparent in any discussior
Texas Growth Fund, which has produced a ~~zero percent return~~ on TRS's and ERS's money over the past 12 y
simultaneously paying tens of millions of dollars to the private management company that controls the fund.

Recently, after revelations of the possibly political nature of some of TGF's investments, the board of the Unive
Texas Investment Management Company (which works on deals with the growth fund) has ordered a complet
review of UTIMCO's business relationships and fees paid in the private equity/venture capital field. But it's a di
matter at TGF, which is in the same business and has invested public money in more than 40 businesses acro
state, over a span of 12 years and has seen half a dozen bankruptcies.

TGF managers say there are already enough controls.

"There are a lot of checks and balances," insisted Jim Kozlowski, president of the fund, in response to questior
December teacher retirement board meeting. "We live in a glass fishbowl. The governor's office is very aware
we do. The comptroller's office is aware of what we do. We report to them. We've got outside auditors."

TGF has no legislative oversight, relying instead on supervision by a board mostly appointed by the governor.
despite Kozlowski's assurances, a spokeswoman for state Comptroller Carole Keeton Strayhorn says her offic
*not* track the fund.

The history of outside auditors is not particularly strong either. For the first 10 years of its operation, TGF's boc
were checked by Ernst & Young, which just had its hand slapped by the Securities and Exchange Commissior

⋯⋯⋯ ⋯ ⋯ called "independence" issues. So, too, at the growth fund – Ernst & Young audited both the ⋯ ⋯ ⋯ and the private company managed by Kozlowski, an arrangement that raised a few eyebr⋯ Last year, Deloitte & Touche replaced E&Y in the former role.

The TGF's lawyers since inception have been Vinson & Elkins, which represents many state offices (despite r⋯ losing some credibility as Enron's counsel). Last year V&E described as a victory that the law firm's lobbying e⋯ procured exemption from the Open Meetings Act for the growth fund. And now, in contradiction to recent trend public investment, set by UTIMCO, Vinson & Elkins has asked Attorney General Greg Abbott to exempt the fu⋯ detailed disclosure of its rates of return on individual companies.

James Huffines, a commercial banker who is a UT regent and UTIMCO board member, said the university's p⋯ view of openness, although challenged by investment managers originally, is now being followed in other part⋯ country. "I am a strong proponent of disclosure," he said. Speaking of the investment of state money, he adde⋯ you're doing business with public funds ... the taxpayer has a right to complete financial disclosure. And I empl⋯ *complete*."

That is apparently a view not shared in all parts of state government.

## Dodging the Voters

At a December board meeting the Employees Retirement System gave the TGF another $100 million to inves⋯ Negotiations are under way to obtain $25 million to $30 million more from UTIMCO, according to TGF officials "very preliminary" discussions have begun to invest money from the state's $18 billion Permanent School Fun⋯ Teacher Retirement System will decide later this week whether to invest another $250 million in TGF.

In addition, the growth fund has asked the Employees Retirement System for permission to drop an anti-corru⋯ safeguard from TGF guidelines. That safeguard requires the growth fund to choose deals only when a more-experienced co-investor can be found, which in the past has included UTIMCO, Austin Ventures, and other ve⋯ capital firms.

"We believe that, fundamentally, that was put into the growth fund originally as a protective device," TGF seco⋯ command Stephen Soileau told the ERS board. "There have been times when having that co-investment requ⋯ has limited our ability to be competitive. ... We don't think you need that protection [anymore]."

In its most recent deal, TGF is investing in and managing concrete manufacturers. It also has holdings in alum⋯ siding production, and just had a profitable sale of its defense company portfolio. In education, the growth fun⋯ a piece of and helps manage Community Education Partners, a Tennessee-based company that has a contra⋯ the Houston Independent School District to take disruptive children out of public schools and place them in a ⋯ setting until they can be returned to HISD. The growth fund makes a profit on this service, TGF President Kozl⋯ says.

The TGF is a "private equity" investor that buys and manages small and medium-sized companies across the ⋯ The typical window of operation for this kind of equity investment is 14 years, a span of time that Kozlowski an⋯ Soileau's firm is coming up against quickly. Enabling legislation creating the Texas Growth Fund ends in 2008⋯



... ...... ...... ... ......ment approved in 1988, and can in principle only continue if reauthorized by the state's ... ... ... ... ......nge.

Returns and fees are the major sticking points. According to Teacher Retirement System figures, while the gro fund has had a *0.02%* overall return on TRS's investment since Kozlowski and Soileau's company began usin teacher money in 1992, TRS's other investments have increased 233%, rising from $33 billion in '92 to the $7 figure today. The Employees Retirement System reports that it has invested $69,500,000 in TGF, paid fees an administrative expenses of $8,757,000, and received a 0.3% rate of return.

Growth fund officials insist that they're not running a sophisticated political fund with public money and that an profit is just down the road. And now it appears there may be other ways to continue business – without return the voters. That's because TGF has powerful supporters. One is Terry Ellis, a South African expatriate investo appointed by then Gov. Bush to the board of the Teacher Retirement System and now its chairman. Ellis also on the TGF board.

"There is an idea that I had," Ellis said recently, as other members of the TRS board showed some restivenes fees charged and poor growth fund performance. "That is to explore the possibility of TRS making an investme Texas fund ... in other words, creating a limited partnership with the TGF management company as the genera partner.

"If, on its merits, it makes sense, maybe we can find a structure that is outside of the enabling legislation that v currently have." ∎

---

**TGF Return:** 0.02%

**All Other Investments:** 233%

Note: The Teacher Retirement System rate of return on $318.4 million over the 11-year period, is 0.02%; the Emplo Retirement System return on $69.5 million over the same period has been 0.3%. Both rates round effectively to zer



**PRIVATE EQUITY**

Subscribe



One global finance system.
Real-time analytics.
Real-time growth.

workday.

learn more

FINANCE   VENTURE CAPITAL

# Exclusive: UTIMCO loses head of private markets investing

by **Dan Primack**        @danprimack        AUGUST 31, 2015, 11:25 AM EDT



Private Equity - Fortune

Photograph by Matthew Busch — Bloomberg via Getty Images



MENU    Fortune.com                    PRIVATE EQUITY

Subscribe

# Lindel Eakman had been with the $35 billion endowment manager since 2002, but is now stepping out on his own.

Lindel Eakman is stepping down as head of private market investments at the University of Texas Investment Management Co., after nearly 13 years with the $35 billion endowment management group, *Fortune* has learned.

Word is that he plans to form a new fund focused on venture capital investing, perhaps building off of his success backing debut funds from such managers as Foundry Group, IA Ventures, True Ventures and Union Square Ventures.

UTIMCO has not yet announced a formal succession plan.

Below is a report on UTIMCO's private market portfolio, including performance, through the end of this last February:

# University of Texas Investment Management Company
## Private Investments
## Fund Performance (Active Relationships)
### As of February 28, 2015

*Apollo management →*

*Austin Ventures →*

| Fund Manager Name | Partnership Name | Capital Invested[1] | Capital Returned to UTIMCO[2] | Capital Remaining in UTIMCO | Current Value[3] | Cash-on-Cash Return[4] | IRR[5] |
|---|---|---|---|---|---|---|---|
| Apollo Global & Co | AO Capital Recovery Partners IV, L.P. | 14,165,056.00 | 22,196,958.00 | 0.00 | 0.00 | 1.38 | 26.60% |
| | AO Capital Recovery Partners V, L.P. | 25,000,000.00 | 24,950,001.00 | 3,942,167.79 | 3,942,167.79 | 0.94 | 3.15% |
| | AO Rorem Equity Partners III, L.P. | 23,300,000.00 | 12,750,000.00 | 12,824,073.11 | 12,824,073.11 | 0.59 | 0.16% |
| | | 64,363,056.00 | 59,813,387.05 | 16,765,335.04 | 16,765,335.04 | 0.93 | 7.25% |
| Apollo Management | Apollo Credit Opportunity Fund II, L.P. | 115,011,139.00 | 125,135,738.00 | 11,367,866.39 | 11,367,866.39 | 1.32 | 10.49% |
| | AOREUS Broad Street Fund, L.P. | 52,377,307.19 | 12,183,249.77 | 43,378,919.27 | 43,378,919.27 | 0.23 | 10.61% |
| | | 167,392,149.19 | 269,374,099.77 | 54,746,785.66 | 54,746,785.66 | 1.01 | 10.49% |
| ARCH Venture Partners | ARCH Venture Fund VI, L.P. | 20,004,263.22 | 7,549,200.04 | 25,862,704.71 | 25,862,704.71 | 0.25 | 1.46% |
| | ARCH Venture Fund VII, L.P. | 37,300,000.00 | 32,355,645.11 | 111,229,066.11 | 111,229,066.11 | 0.87 | 46.36% |
| | ARCH Venture Fund VIII, L.P. | 13,020.00 | 13,020.00 | 2,853,457.30 | 2,853,457.30 | 0.00 | -36.35% |
| | | 9,705,283.22 | 39,911,861.17 | 148,445,313.31 | 148,445,313.31 | 0.56 | 35.73% |
| Arc Light Capital Partners | ArcLight Energy Partners Fund I, L.P. | 27,344,118.00 | 49,389,381.00 | 0.00 | 0.00 | 1.81 | 24.33% |
| | ArcLight Energy Partners Fund II, L.P. | 56,374,627.00 | 81,581,374.00 | 9,953,181.66 | 9,953,181.66 | 1.45 | 16.02% |
| | ArcLight Energy Partners Fund III, L.P. | 52,744,441.00 | 66,015,398.00 | 10,266,346.13 | 10,266,346.13 | 1.25 | 7.89% |
| | ArcLight Energy Partners Fund IV, L.P. | 40,913,467.00 | 46,955,977.00 | 9,367,846.72 | 9,367,846.72 | 1.20 | 11.40% |
| | | 177,363,067.00 | 244,015,376.00 | 110,573,838.71 | 110,573,838.71 | 1.38 | 14.75% |
| Artisan Ventures | Artisan Ventures II, L.P. | 30,000,000.00 | 12,549,861.00 | 0.00 | 0.00 | 1.17 | 5.67% |
| | Artisan Ventures III, L.P. | 38,952,000.00 | 0.00 | 26,738,171.33 | 26,738,171.33 | 0.00 | -8.89% |
| | Artisan Ventures Special Opportunities Fund, L.P. | 34,507,207.51 | 4,236,721.00 | 25,654,183.52 | 25,654,183.52 | 0.14 | 0.72% |
| | | 87,735,207.51 | 20,836,582.00 | 75,606,336.56 | 75,606,336.56 | 0.23 | 2.71% |
| Athena Investment Management | Athena Global Special Situations Fund IV, L.P. | 100,160,183.34 | 45,506,909.52 | 11,641,389.23 | 11,641,389.23 | 0.45 | -18.49% |
| Atlas Venture | Atlas Venture Fund VI, L.P. | 15,908,415.07 | 7,487,798.11 | 6,732,387.40 | 6,732,387.40 | 0.47 | -1.66% |

[1] "Capital Invested" may exceed "Commitment" amounts due to the recall of previously distributed capital or other capitalized expenditures.

[2] "Capital Returned to UTIMCO" is net of other fees and expenses incurred by UTIMCO.

[3] Private investment funds are fair valued by management. The fair values of these investments are estimated by management using the investment's capital account balance at the closest available reporting date, as communicated by the investment manager, adjusted for contributions and distributions subsequent to the latest available reporting date as well as consideration of any other information which has been provided by the investment manager or other source.

[4] "Cash-on-Cash Return is calculated by dividing "Capital Returned to UTIMCO" by "Capital Invested".

[5] IRR, or Internal Rate of Return is an annual rate of return since inception on a partnership investment calculated by a complex mathematical formula which considers the

Foundation
Capital →

University of Texas Investment Management Company
Private Investments
Fund Performance (Active Relationships)
As of February 28, 2015

| Fund Manager Name | Partnership Name | Capital Invested | Capital Returned to UTIMCO | Current Value | Cash-on-Cash Return | IRR |
|---|---|---|---|---|---|---|
| Bayview Partners Europe | Bayview Partners Europe Fund A LP | 24,357,806.04 | 47,122,420.79 | 120,007.83 | 2.48 | 34.46% |
| | Bayview Partners Europe Fund III B LP | 47,994,092.83 | 42,479,460.55 | 27,013,941.95 | 0.00 | 0.39% |
| | | 98,951,211.87 | 113,601,887.34 | 27,734,634.78 | 1.34 | 10.37% |
| Brake Capital | Brake Capital LP | 22,411,727.00 | 23,357,904.94 | 30,329,414.13 | 1.04 | 7.36% |
| | Brake Capital Partners SBIC III LP | 1,448,200.00 | 112.31 | 3,468,397.60 | 0.00 | 0.00% |
| | | 23,879,927.00 | 23,315,906.04 | 33,797,611.73 | 0.95 | 7.36% |
| Brentano Capital Partners | Brentano Capital Partners E LLC | 24,790,703.00 | 504,000.00 | 32,128,705.14 | 0.02 | 5.36% |
| | KTP EX (Coinvestment) LP | 24,190,000.00 | 0.00 | 30,100,000.00 | 0.00 | 0.00% |
| | Brentano Capital Partners III LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | | 48,980,703.00 | 504,000.00 | 52,328,705.14 | 0.01 | 5.36% |
| Pod Management | Pivo Mills Capital Partners | 36,560,000.00 | 16,615,807.00 | 34,372,070.34 | 0.45 | 5.75% |
| Pivo Mills Capital Partners | Pivo Mills Capital Partners II LP | 93,714,647.00 | 30,393,054.55 | 83,157,939.54 | 0.00 | 5.8% |
| Pod Management | Pod Financial Fund II LP | 1,190,000.00 | 0.00 | -595,089.00 | 0.00 | -103.00% |
| Petros Investment Corp | Petros Fund IV (Coinvestment) Fund A LP | 20,147,000.57 | 6,795,900.01 | 11,993,152.27 | 0.33 | -1.96% |
| | Petros Fund IV (Fund A) LP | 26,583,652.12 | 6,951,277.59 | 15,272,364.54 | 0.24 | 1.8% |
| | Petros Fund V (Coinvestment Fund A) LP | 29,737,738.70 | 5,318,287.31 | 14,603,518.60 | 0.18 | -5.97% |
| | Petros Fund VI (Fund A) LP | 29,063,491.22 | 2,156,924.49 | 22,099,324.50 | 0.21 | 5.89% |
| | Petros Credit Opportunities Fund LP | 367,185,728.61 | 202,745,645.60 | 41,581,143.90 | 1.11 | 25.22% |
| | PCO N.A.1 SS LP | 245,777,280.44 | 256,046,079.01 | 327,046,049.04 | 0.65 | 13.9% |
| | | 663,037,920.43 | 465,314,044.19 | 313,907,843.34 | 0.72 | 6.65% |
| Pantheon Capital | Pantheon Capital IV, LP | 20,086,860.79 | 7,395,888.10 | 9,568,387.74 | 0.36 | -1.06% |