# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

**Calendar Date:** 09/16/2015
**Calendar Time:** 02:00 PM ET

Amended Calendar 09/16/2015 11:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7151965 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7155631 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7154523 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lien Collateral Agent and Administrative Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7154244 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7154232 | Ashley F. Bartram | (512) 475-4937 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7156115 | Van Beckwith | 214-953-6505 | Baker Botts LLP | Interested Party, Hunt Utility Services / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7151805 | William Bowden | (302) 654-1888 | Ashby & Geddes | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7157053 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7154447 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7150803 | Howard A. Cohen | (302) 467-4200 | Drinker Biddle & Reath LLP | Creditor, Citibank, N.A. / LISTEN ONLY |

| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154209 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7152299 | Laura Davis Jones | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Creditor, Indenture Trustee & EFIH Second Lien Group / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154238 | Michael L. Davitt | (214) 969-2938 | Jones Day | Creditor, Oncor Electronic Delivery Holdings Company LLC. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154207 | Michael D. DeBaecke | (302) 425-6400 | Blank Rome LLP | Creditor, Wilmington Trust / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7151876 | Daniel DeFranceschi | (302) 651-7700 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154294 | Adam M. Denhoff | (212) 373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee of First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7151881 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157067 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7151680 | Justin K. Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7151671 | Jamie Edmonson | (302) 298-3520 | Venable LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154302 | Andrew Ehrlich | (212) 373-3000 | Paul Weiss Rifkind Wharton & Garrison | Representing, Ad Hoc Committee of TCEH First Lien Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7151830 | Erin Fay | (302) 351-9668 | Morris Nichols Arsht & Tunnell LLP | Interested Party, Texas Energy Future Capital Holding, et al. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154379 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, EFH Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154299 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7155213 | Simon Fraser | (302) 295-2000 | Cozen O'Connor | Creditor, J. Aron / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7156127 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154314 | Brian Glueckstein | 212-558-4000 | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7152453 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Munger, Tolles & Olson LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157154 | Todd M. Goren | 212-468-8000 | Morrison & Foerster | Creditor, Official Creditors Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154462 | Isley M Gostin | (202) 663-6551 | WilmerHale LLP | Creditor, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7155069 | Anna E. Grace | (202) 514-4091 | United States Department of Justice | Creditor, Environmental Protection Agency / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154239 | Kurt Gwynne | (302) 778-7550 | Reed Smith LLP | Creditor, Bank of New York Mellon / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7153711 | Paul Heath | 214-220-7976 | Vinson & Elkins LLP | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154247 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7151826 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holdings, et al. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7151883 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7150719 | Gary L. Kaplan | (212) 859-8376 | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154251 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7155590 | Matthew W. Kinskey | (202) 887-4516 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154423 | David Klauder | (302) 778-4003 | O'Kelly Ernst & Bielli, LLC | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154284 | Alan Kornberg | 212-373-3209 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154439 | Charles Koster | (212) 819-7845 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154451 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |

| Case | Type | Case # | | ID | Name | Firm | Phone | Representing |
|---|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7156730 | Alexander J. Lawrence | Morrison & Foerster | (212) 336-8638 | Creditor, Creditors Committee / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7154231 | Kimberly Lawson | Reed Smith LLP | 302-778-7597 | Creditor, Bank of New York Mellon / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7150697 | Raymond Lemisch | Klehr Harrison Harvey Branzburg LLP | (302) 552-5503 | Client, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7157359 | Daniel A. Lowenthal | Patterson Belknap Webb & Tyler | (212) 336-2720 | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7151878 | Jason M. Madron | Richards, Layton & Finger, P.A. | (302) 651-7793 | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7154235 | Jonathan D. Marshall | Brown Rudnick LLP | (617) 856-8326 | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7154365 | Andy McGaan | Kirkland & Ellis LLP | (202) 879-5082 ext. 00 | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7154370 | Mark E. McKane | Kirkland & Ellis LLP | 415-439-1400 | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7151723 | R. Stephen McNeill | Potter Anderson & Corroon LLP | (302) 984-6171 | Creditor, Deutsche Bank National Trust Company / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7151698 | Stephen Miller | Morris James LLP | (302) 888-6853 | Creditor, Law Debenture Trust Company of New York / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7151815 | Pauline K. Morgan | Young, Conaway Stargatt & Taylor, LLP | (302) 571-6707 | Representing, Ad Hoc Committee of TCEH First Lien Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7155991 | Morgan Nighan | Nixon Peabody LLP | (617) 345-6139 | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7156120 | Thomas E. O'Brien | Baker Botts LLP | 214-953-6934 | Interested Party, Hunt Utility Services / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7151639 | Richard Pedone | Nixon Peabody LLP | (617) 345-1305 | Creditor, American Stock Transfer and Trust Company / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7154296 | David Primack | McElroy, Deutsch, Mulvaney & Carpenter, LLP | (302) 300-4515 | Interested Party, TCEH Debtors / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7155614 | Abid Qureshi | Akin Gump Strauss Hauer & Feld LLP | (212) 872-1000 | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7154304 | Lary A. Rappaport | Proskauer Rose LLP | (310) 284-5658 | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | | 7154261 | Rachael Ringer | Kramer Levin Naftalis & Frankel LLP | (212) 715-9106 | Creditor, The Lein Noteholders / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154361 | Brenton Rogers | (312) 862-2000 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7150781 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157243 | Matthew Roose | (212) 859-8029 | Fried, Frank, Harris, Shriver & Jacobson LLP | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7151672 | Jeffrey S. Sabin | (212) 307-5500 | Venable LLP | Creditor, Pacific Investment Management Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154187 | Richard Schepacarter | 302-573-6491 | Office of the US Trustee | U.S. Trustee, Richard Schepacarter / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7151649 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154589 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154190 | Andrea B. Schwartz | 302-573-6491 | Office of the US Trustee | U.S. Trustee, Andrea Schwartz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154380 | Mark Sheppard | (215) 772-7235 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, EFH Commity / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154443 | J. Christopher Shore | 212-819-8394 | White & Case LLP | Creditor, The Ad Hoc Group of TCEH Unsecured Note Holders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7155861 | Richard A. Stieglitz | (212) 701-3393 ext. 00 | Cahill Gordon & Reindel | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7151803 | Gregory Taylor | 302-654-1888 | Ashby & Geddes | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157901 | Mark K. Thomas | (312) 962-3550 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7152434 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Interested Party, Munger, Tolles & Olson LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7151670 | Christopher A. Ward | (302) 252-0922 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154456 | Edward Weisfelner | 212-209-4900 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |