IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| Energy Future Holdings Corp., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) |  |
| Debtors. ) | (Jointly Administered) |
| ) |  |
| ) | **Hearing Date: September 21, 2015 at 9:30 a.m.** |

**NOTICE OF FILING OF PROPOSED LETTER OF THE TCEH OFFICIAL
COMMITTEE IN SUPPORT OF PLAN**

**PLEASE TAKE NOTICE** that the Official Committee of TCEH Unsecured Creditors (the "TCEH Committee") hereby files the attached proposed letter (as further amended or modified, the "TCEH Committee Support Letter"), in support of the *Fourth Amended Joint Plan Of Reorganization Of Energy Future Holdings Corp., et al., Pursuant To Chapter 11 Of The Bankruptcy Code* (the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the TCEH Committee Support Letter, substantially similar in form and substance to the draft attached hereto, is proposed to be included in the Solicitation Packages to be transmitted on or before the Solicitation Deadline to those Holders of Claims and Interests in the Voting Classes entitled to vote on the Plan pursuant to the Debtors' proposed *Order (A) Approving The Disclosure Statement, (B) Establishing The Voting Record Date, Voting Deadline, And Other Dates, (C) Approving Procedures For*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

ny-1204035

*Soliciting, Receiving, And Tabulating Votes On The Plan And For Filing Objections To The Plan, And (D) Approving The Manner And Forms Of Notice And Other Related Documents* (as may be amended, modified, or supplemented, the "Disclosure Statement Order"),[2] approval of which is scheduled to be heard on September 21, 2015 at 9:30 a.m. (prevailing Eastern Time) (the "Disclosure Statement Hearing"). Accordingly, the TCEH Committee Support Letter is also subject to approval by the Bankruptcy Court at the Disclosure Statement Hearing.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement Order.

Dated: Wilmington, Delaware
September 16, 2015

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
E-mail:  jpeck@mofo.com
         brettmiller@mofo.com
         lmarinuzzi@mofo.com
         tgoren@mofo.com

-and-

*/s/ Christopher A. Ward* _____
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
Jarrett Vine (Del. Bar No. 5400)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
E-mail:  cward@polsinelli.com
         jedelson@polsinelli.com
         skatona@polsinelli.com
         jvine@polsinelli.com

*Counsel for the Official Committee of TCEH Unsecured Creditors*