UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                  Chapter __11__

Case No. __14__-__10979__ (__CSS__)

Debtor: __ENERGY FUTURE HOLDINGS CORP., et al.__

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Jonathan Rosenberg__ to represent __Wilmington Trust, N.A., in its capacity as First Lien Administrative Agent__ in this action.

*[Signature]*

Firm Name: Joseph H. Huston, Jr. (No. 4035)
Address: STEVENS & LEE, P.C.
1105 North Market Street - 7th Fl.
Phone: Wilmington, DE 19801
(302) 425-3310

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __New York__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*[Signature]*
Jonathan Rosenberg
Firm Name: O'MELVENY & MYERS LLP
Address: Times Square Tower
Phone: 7 Times Square
New York, NY 10036

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.