UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 14-10979 (CSS)

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Peter Friedman to represent Wilmington Trust, N.A., in its capacity as First Lien Administrative Agent in this action.

*/s/ Joseph H. Huston*

Firm Name: Joseph H. Huston, Jr. (No. 4035)
Address: STEVENS & LEE, P.C.
1105 North Market Street - 7th Fl.
Phone: Wilmington, DE 19801
(302) 425-3310

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Peter Friedman*

Peter Friedman
Firm Name: O'MELVENY & MYERS LLP
Address: 1625 Eye Street, NW
Phone: Washington, DC 20006
(202) 383-5302

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.