**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) | (Jointly Administered) |
| | ) ) ) | **Re: D.I. 5248** |

**NOTICE OF FILING OF REVISED ORDER IN CONNECTION WITH "MOTION OF
ENERGY FUTURE HOLDINGS CORP., *ET AL.,* TO AUTHORIZE THE DEBTORS TO
ENTER INTO AND PERFORM UNDER THE PLAN SUPPORT AGREEMENT"**

PLEASE TAKE NOTICE that, on August 10, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of Energy Future Holdings Corp., *et al.,* to Authorize the Debtors to Enter Into and Perform Under the Plan Support Agreement** [D.I. 5248] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").  Pursuant to the Motion, the Debtors are seeking entry of an order authorizing the Debtors to enter into and perform under the Plan Support Agreement.  **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the Motion, the Debtors also filed the *Order Authorizing Debtors to Enter Into and Perform Under Plan Support Agreement* (the "Original Proposed Order") in connection with the Motion.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 12983381v.1

PLEASE TAKE FURTHER NOTICE that, today, the Debtors have filed a revised proposed form of order (the "Revised Proposed Order") in connection with the Motion. A copy of the Revised Proposed Order is attached hereto as **Exhibit A.** For the convenience of the Bankruptcy Court and other parties-in-interest, a blackline comparing the Revised Proposed Order against the Original Proposed Order is attached hereto as **Exhibit B.** The Debtors hereby expressly incorporated the Revised Proposed Order into the Motion in its entirety as if set forth therein in full.

PLEASE TAKE FURTHER NOTICE that, a hearing to consider the Motion is currently scheduled be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **September 17, 2015 starting at 9:30 a.m. (Eastern Daylight Time)** (the "September 17th Hearing").

PLEASE TAKE FURTHER NOTICE that, to the extent that the Debtors make further revisions to the Revised Proposed Order prior to the September 17th Hearing, the Debtors will present a further blacklined copy of such revised documents to the Bankruptcy Court either at or before the September 17th Hearing.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: September 16, 2015<br>Wilmington, Delaware | */s/ Joseph C. Barsalona II*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>Joseph C. Barsalona II (No. 6102)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 651-7700<br>Facsimile:   (302) 651-7701<br>Email:   collins@rlf.com<br>   defranceschi@rlf.com<br>   madron@rlf.com<br>   barsalona@rlf.com |

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
   stephen.hessler@kirkland.com
   brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
   marc.kieselstein@kirkland.com
   chad.husnick@kirkland.com
   steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession