# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket Nos. 4144, 4886, 5246, 5347, |
| | ) | 5352, 5354, 5355, 5357, |
| | ) | 5358, 5360, 5361, 5362, |
| | ) | 5872, 6061 |
| | ) | |
| | ) | |

## JOINDER OF THE AD HOC COMMITTEE OF TCEH FIRST LIEN CREDITORS TO THE DEBTORS' OMNIBUS REPLY TO OBJECTIONS TO DISCLOSURE STATEMENT MOTION

The ad hoc committee of certain unaffiliated holders of first lien senior secured claims against the TCEH Debtors (the "Ad Hoc Committee of TCEH First Lien Creditors"),[1] by and through its undersigned counsel, hereby joins in the *Debtors' Omnibus Reply to Objections to Disclosure Statement Motion* [Docket No. 6061] (the "Disclosure Statement Reply").[2]

For the reasons set forth in the Disclosure Statement Reply, the Disclosure Statement contains adequate information satisfying the requirements of section 1125 of the Bankruptcy Code and should be approved by the Court, and any confirmation-related objections that the Objectors raise are premature and should not be considered at this stage of these cases.

---

[1] The members of the Ad Hoc Committee of TCEH First Lien Creditors hold or manage, in the aggregate, approximately $14.4 billion of the first lien secured claims against Texas Competitive Electric Holdings Company LLC and certain of its subsidiaries (collectively, the "TCEH Debtors"). *See Fourth Supplemental Verified Statement of the Ad Hoc Committee of TCEH First Lien Creditors Pursuant to Bankruptcy Rule 2019* [Docket No. 5335].

[2] Capitalized terms used and not defined herein shall have the meanings ascribed to such terms in the Disclosure Statement Reply.

01:17690115.1

**RESERVATION OF RIGHTS**

The Ad Hoc Committee of TCEH First Lien Creditors reserves the right to (a) amend or supplement this Joinder and otherwise take any additional or further action with respect to the Disclosure Statement Motion or the matters addressed therein, and (b) be heard before this Court with respect to the Disclosure Statement Motion.

**CONCLUSION**

WHEREFORE, the Ad Hoc Committee of TCEH First Lien Creditors respectfully requests that this Court (i) overrule the Objections and approve the Disclosure Statement and (ii) grant such other relief as it deems just and proper.

| | |
|---|---|
| Dated: September 16, 2015<br>Wilmington, Delaware | */s/ Ryan M. Bartley*<br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>Pauline K. Morgan (Bar No. 3650)<br>Ryan M. Bartley (Bar No. 4985)<br>Andrew L. Magaziner (Bar No. 5426)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Alan W. Kornberg (admitted *pro hac vice*)<br>Brian S. Hermann (admitted *pro hac vice*)<br>Jacob A. Adlerstein (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br><br>*Counsel to the Ad Hoc Committee of TCEH First Lien Creditors* |