**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF PAUL KEGLEVIC IN SUPPORT OF
THE ORDER AUTHORIZING DEBTORS TO ENTER INTO AND
PERFORM UNDER THE PLAN SUPPORT AGREEMENT**

I, Paul Keglevic, declare as follows:

1. I am an Executive Vice President and Co-Chief Restructuring Officer for the debtors and debtors in possession (the "Debtors"). I also serve as a board member on EFIH, EFIH Finance, EFCH, TCEH, and TCEH Finance. I submit this declaration (this "Declaration") in support of the *Order Authorizing Debtors to Enter Into and Perform Under the Plan Support Agreement* (the "Order").[2]

2. The statements in this Declaration are based on either my personal knowledge or information supplied or verified by the Debtors' directors and managers, and my opinion based upon my experience and knowledge of the Debtors' negotiation and consideration of the Plan Support Agreement. If I were called upon to testify, I could and would testify competently to the facts set forth herein. I am authorized to submit this Declaration on behalf of the Debtors.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the PSA Motion, and if not defined therein, the PSA.

3. As a result of extensive negotiations, on August 9, 2015, the Parties reached the agreements embodied in the PSA, which include the agreement between the Parties to pursue and support the Plan on the terms set forth in the PSA and if the Plan is not confirmed or consummated in accordance with the PSA, the Parties agree to support an alternative restructuring that is consistent with and that incorporates the terms of Section 6.1 of the PSA.

4. Each of the Debtors, including with the support of the Disinterested Directors with respect to such matters as they have determined are actual conflicts matters, have determined, in the valid exercise of their business judgment, that entry into the PSA is in the best interests of the Debtors' estates and their creditors.

5. The PSA was negotiated at arm's length, has a sound business purpose, and is proposed in good faith.

*[Remainder of page intentionally left blank.]*

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the contents of the foregoing are true and correct to the best of my information and belief.

/s/ Paul Keglevic
Paul Keglevic
Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of EFH Corp., EFIH, and TCEH LLC