**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) <br> ) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

        Pursuant to Local Rule 9010-1(b) and the attached certification, counsel moves the admission *pro hac vice* of Rachael Ringer of Kramer Levin Naftalis & Frankel LLP to represent: Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second lien notes and the holders thereof, issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. in these cases and any related adversary proceedings.

Dated: September 17, 2015
                              */s/ Laura Davis Jones*
                              Laura Davis Jones (Bar No. 2436)
                              Pachulski Stang Ziehl & Jones LLP
                              919 North Market Street, 17th Floor
                              Wilmington, Delaware 19899-8705 (Courier 19801)
                              Telephone:  302.652.4100
                              Email: ljones@pszjlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.