2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as member of the bar of the State of New York; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 17, 2015         */s/ Rachael Ringer*
                                  Rachael Ringer, Esquire
                                  Kramer Levin Naftalis & Frankel LLP
                                  1177 Avenue of the Americas
                                  New York, New York  10036
                                  Telephone:  212.715.9201
                                  Facsimile:  212.715.8000
                                  Email:  rringer@kramerlevin.com