# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 9/17/15 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Greg Taylor | Ashby + Geddes | WSFS Trustee |
| Arlene Alves | Seward + Kissel | Wilmington Trust as TCEH First Lien Agent |
| Mark Thomas | Proskauer | EFH |
| Thomas Walper | Munger Tolles + Olson | EFH |
| Norman Pernick | Cole Schotz | Delaware Trust Co. |
| Alan Kornberg, Brian Hermann + Jacob Adlerstein | Paul Weiss Rifkind Wharton + Garrison | As the Committee |
| Paulene K. Morgan | Young Conaway | of TCEH First Lien Creditors |
| Richard L. Schepacarter | US DOJ - UST | US Trustee |
| Gary Kaplan | Fried Frank | Fidelity |
| Mike Joyce | Cross & Simon | Fidelity |
| Dan DeFranceschi | Richards Layton + Finger | Debtors |
| Jason Madron | " | " |
| David Primack | McElroy Deutsch Mulvaney Carpenter | TCEH Debtors |
| David Kludas | Sidley Ernst + Booth | EFH Corp |
| Vincent Lazar | Jenner & Block | EFH |
| Michael Firestein | Proskauer | EFH |
| Natalie Ramsey | Montgomery McCracken | EFH Committee |
| Mark Sheppard | " | EFH Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 9/17/15 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | Pachulski Stang Ziehl Jones | Second Lien Indenture Trustee |
| Rachael Ringer | Kramer Levin Naftalis + Frankel | Second Lien Indenture Trustee |
| Chris Ward | Polsinelli | TCEH Committee |
| Justin Edelson | Polsinelli | TCEH Committee |
| Beth Miller | MoFo | TCEH Committee |
| Todd Goren | MoFo | TCEH Committee |
| Erica Richards | MoFo | TCEH Committee |
| Stephen Miller | Morris James LLP | Law Debenture/NY (Trustee) (PCRBs) |
| Daniel Lowenthal | Patterson Belknap | " |
| Jeff Sabin | Venable | PIMCO |
| Jamie Edmonson | Venable | PIMCO |
| David Solomons | Morgan Lewis | " |
| Chris Carter | Morgan Lewis | " |
| Jeffrey Schlerf | Fox Rothschild | Ad hoc Group of TCEH Unsec |
| Christopher Shore | White + Case | " |
| Thomas Lauria | " | " |
| Howard A. Cohen | Drinker Biddle & Reath | Citibank, DIP Agent |
| Harold L. Kaplan | Foley Lardner | UMB, as Indenture Trustee |
| Jeff Snell | Brown Rudnick | WSFS, Trustee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 9/17/15 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ned Schodek | Shearman & Sterling | Deutsche Bank NewYork |
| R. Stephen McNeill | Potter Anderson & Corroon | |
| Greg Gossisly | Klehr Harrison | JMB Bank, Indenture Trustee |
| Kurt F Gwynne | Reed Smith LLP | BNY Mellon as indenture trustee |
| Richard Pedone | Nixon Peabody | American Stock Transf. as EFH Trustee |
| Andrew McGaan | Kirkland & Ellis | Debtors |
| Daniel K. Hogan | Hogan McDaniel | Fenicle / Fahy |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Calendar Date: 09/17/2015
Calendar Time: 09:30 AM ET

2nd Revision 09/17/2015 06:20 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10978 | Hearing | 7159673 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, DK Partners / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7155642 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7154434 | Desiree M. Amador | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7157917 | Phil Anker | 212-230-8890 | Wilmer Cutler Pickering Hale & Dorr, LLP | Plaintiff(s), Delaware Trust Co / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7158904 | Alison Ashmore | (214) 462-6454 | Dykema Gossett PLLC | Creditor, Tex-LA Electric Cooperative of Texas, INC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7089241 | Chetan Bansal | (212) 336-7403 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7133982 | Ashley F. Bartram | (512) 475-4937 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7151634 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7155114 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, City Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7153462 | Stephen Burnazian | (212) 878-3526 | Avenue Capital Group | Interested Party, Avenue Capital Group / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7153416 | Emily A Bussigel | (213) 683-9212 ext. 2428 | Munger, Tolles & Olson LLP | Interested Party, Interested party / Energy Future Holdings / LISTEN ONLY |

| Case Name | Case # | Proc Type | CC ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7159651 | Jae Seon Choi | 212-667-9387 | Nomura Securities International | Interested Party, Nomura Securities International / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154213 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7155862 | Thomas Curtin | (212) 504-6063 | Cadwalader, Wickersham & Taft LLP | Interested Party, Cadwalader, Wickersham & Taft LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7155368 | Adam M. Denhoff | (212) 373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee of First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7155940 | Michelle Dreyer - Client | (212) 808-7925 | Kelley Drye & Warren LLP | Client, Michelle Dreyer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7155923 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Indenture / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157196 | Moshe Fink | (212) 542-4736 ext. 00 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7152922 | Mark Flannagan - Client | (312) 832-4364 | Foley & Lardner LLP | Trustee, Mark Flannagan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7158008 | Scott Friedman | (201) 266-6988 | Claims Recovery Group, LLC. | Interested Party, Claims Recovery Group, LLC. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7155200 | Julia Frost-Davies | (617) 951-8422 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157383 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7152164 | Richard Gitlin - Client | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party,Richard Gitlin / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7146509 | Steven W. Golden | (713) 226-1281 | Locke Lord LLP | Interested Party, Fluor Corporation / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7153459 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Munger, Tolles & Olson LLP/Energy Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157926 | Isley M Gostin | (202) 663-6551 | WilmerHale LLP | Creditor, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157057 | Anna E. Grace | (202) 514-4091 | United States Department of Justice | Creditor, Environmental Protection Agency / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154324 | Matthew Greenberg | (713) 758-3236 | Vinson & Elkins LLP | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157049 | Xiaoyu Gu | (952) 984-4078 | CarVal Investors | Creditor, CarVal Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157365 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7153143 | Mark W. Hancock | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7104557 | Stephen C. Harris | 212-378-0822 | BHR Capital, LLC | Creditor, Stephen Harris / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7153453 | Paul Heath | 214-220-7976 | Vinson & Elkins LLP | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7152918 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157468 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holdings, et al. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7158667 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7151886 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154923 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7158743 | Gary L. Kaplan | (212) 859-8376 | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7140395 | Michael J. Kelly | 212-554-1760 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7155655 | Matthew W. Kinskey | (202) 887-4516 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157477 | Emil Kleinhaus | 212-403-1252 ext. 00 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |

| Case | Type | Case # | ID | Name | Phone | Firm | Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7154339 | Scott E. Koerner | (212) 704-6137 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7154445 | Charles Koster | (212) 819-7845 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7034734 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7154318 | Alexa J. Kranzley | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7155523 | Ari D. Kunofsky | (202) 353-9187 | U.S. Department of Justice | Creditor, United States of America / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7100224 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7154230 | Kevin M. Lippman | (214) 855-7553 | Munsch Hardt Kopf & Harr, P.C. | Creditor, ERCOT / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7154249 | Benjamin Loveland | (617) 526-6641 | Wilmer Cutler Pickering Hale & Dorr, LLP | Interested Party, Marathon Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7155105 | Kenneth Maiman | (973) 701-7000 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7158942 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, CitiBank, N.A. / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7155015 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7159629 | Jeff Marwil | (312) 962-3540 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7159697 | Meredith S. Parkinson | (617) 951-7000 | Ropes & Gray, LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7144942 | Darshan Patel | (212) 526-9988 | Barclays Capital | Interested Party, Barclays Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7157284 | Kathy D. Patrick | (713) 650-8805 | Gibbs & Bruns | Representing, EFH Committees / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7104969 | Brian Pfeiffer | (212) 756-2157 | Schulte Roth & Zabel LLP | Creditor, Centerbridge / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7155645 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154387 | Elizabeth Rasskazova | +44-207-901-8300 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157556 | Rachael Ringer | (212) 715-9106 | Kramer Levin Naftalis & Frankel LLP | Creditor, The Lein Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154218 | Dennis J Roemlein - Client | (510) 466-6121 | Reed Smith LLP | Interested Party, Bank of New York Mellon / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7142653 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp | 14-10979 | Hearing | 7146482 | Ravi Sarawgi | (212) 270-6479 | JPMorgan Chase & Co. | Interested Party, JP Morgan Chase & Co. / LISTEN ONLY |
| Energy Future Holdings Corp | 14-10979 | Hearing | 7157285 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154678 | Andrea B. Schwartz | 302-573-6491 | Office of the US Trustee | U.S. Trustee, Andrea Schwartz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7155855 | Richard A. Stieglitz | (212) 701-3393 ext. 00 | Cahill Gordon & Reindel | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7158389 | Brad Sweeney | (212) 412-7689 | Barclays PLC | Interested Party, Brad Sweeney / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157624 | Mark Taub | (917) 597-8954 | Mohawk Capital, LLC | Interested Party, Mohawk Capital, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154774 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157177 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7104987 | Brian Tong | (212) 756-2159 | Schulte Roth & Zabel LLP | Creditor, Creditor / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154215 | Matthew J. Troy | (202) 514-9038 | U.S. Department of Justice - Civil Division | Creditor, United States / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157334 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom (Chicago) | Interested Party,Texas Transmission Investment, LLC. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7114972 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7152142 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party,Godfrey & Kahn, S.C. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7155998 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157499 | Austin Witt | (212) 403-1152 | Wachtell, Lipton, Rosen & Katz | Interested Party, Equity Sponsors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7151890 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157143 | Daniel Zazove | 312-324-8605 | Perkins Coie LLP | Trustee, Delaware Trust Company / LISTEN ONLY |

Aimee Wightman ext. 259

Copyright © 2015 CourtCall, LLC. All Rights Reserved.