IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
                                   :
In re:                             :  Chapter 11
                                   :
ENERGY FUTURE HOLDINGS CORP., *et al.*,  :  Case No. 14-10979 (CSS)
                                   :
            Debtors.               :  Jointly Administered
                                   :
---------------------------------- x

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of George N. Panagakis to represent Texas Transmission Investment LLC in the above-captioned cases.

Dated: Wilmington, Delaware
       September 14, 2015

   */s/ Jason M. Liberi*
   Jason M. Liberi (I.D. No. 4425)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   One Rodney Square, P.O. Box 636
   Wilmington, Delaware 19899-0636

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Chicago, Illinois
       September 14, 2015

   */s/ George N. Panagakis*
   George N. Panagakis
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   155 North Wacker Drive, Suite 2700
   Chicago, Illinois  60606-1720

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.

**Dated: September 17th, 2015**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**