## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------- x
                                         :
In re:                                   :   Chapter 11
                                         :
ENERGY FUTURE HOLDINGS CORP., *et al.*,  :   Case No. 14-10979 (CSS)
                                         :
                    Debtors.             :   Jointly Administered
                                         :
---------------------------------------- x

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Carl T. Tullson to represent Texas Transmission Investment LLC in the above-captioned cases.

Dated: Wilmington, Delaware
September 14, 2015

    */s/ Jason M. Liberi*
Jason M. Liberi (I.D. No. 4425)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899-0636

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Chicago, Illinois
September 14, 2015

    */s/ Carl T. Tullson*
Carl T. Tullson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.

**Dated: September 17th, 2015**
**Wilmington, Delaware**

    **CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**