UNITED STATES BANKRUPTCYCOURT
FOR THE DISTRICT OF DELAWARE

In Re:     Chapter <u>11</u>

Case No. <u>14</u> - <u>10979</u> ( <u>CSS</u> )

Debtor: <u>Energy Future Holdings Corp., et al.</u>

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of <u>Lary Alan Rappaport</u> to represent <u>the Debtor, Energy Future Holdings Corp.,</u> in this action.

/s/ David M. Klauder

Firm Name: O'Kelly Ernst & Bielli, LLC
Address: 901 N. Market St., Ste. 1000
Wilmington, DE 19801
Phone: (302) 778-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>the State of California</u> and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Lary Alan Rappaport

Firm Name: Proskauer Rose LLP
Address: 2049 Century Park East
Los Angeles, CA 90067-3206
Phone: (310) 284-5658

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: September 17th, 2015
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE