IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### CERTIFICATION OF COUNSEL CONCERNING SUPPLEMENT TO ORDER AUTHORIZING CERTAIN DEBTORS TO ENTER INTO AGREEMENTS REGARDING MHI'S WITHDRAWAL FROM THE COMANCHE PEAK JOINT VENTURE

The undersigned hereby certifies as follows:

1. On October 30, 2014, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter Into Agreements Regarding MHI's Withdrawal from the Comanche Peak Joint Venture* [D.I. 2664] (the "MHI Withdrawal Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2. Subsequently, on November 17, 2014, the Debtors filed the *Supplement to Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter Into Agreements Regarding MHI's Withdrawal from the Comanche Peak Joint Venture* [D.I. 2793] (the "MHI Withdrawal Supplement" and, together with the MHI Withdrawal Motion, the "Motion") with the Bankruptcy Court.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 12985146v.1

3. On November 30, 2014, the Bankruptcy Court entered an order [D.I. 2831] granting the relief requested in the Motion (the "Original Order").

4. The Debtors now seek to supplement the Original Order (the "Order Supplement") to authorize a one-time modification of the amount permitted by the Original Order that Luminant Generation Company LLC may pay to maintain Comanche Peak LLC. A copy of the Order Supplement is attached hereto as **Exhibit A**. The Debtors distributed a draft of the Order Supplement to their significant constituencies, none of whom have an objection to the relief provided for therein.[2]

5. The Debtors therefore respectfully request that the Bankruptcy Court enter the Order Supplement, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

---

[2] Specifically, the Debtors circulated the draft Order Supplement to counsel to: the ad-hoc committee of TCEH first lien creditors; Wilmington Savings Fund Society, FSB, in its capacity as TCEH second lien notes trustee; the ad-hoc group of TCEH unsecured noteholders; the TCEH Committee; the TCEH DIP Agent; Wilmington Trust, N.A., in its capacity as successor TCEH first lien administrative agent and successor TCEH first lien collateral agent; Law Debenture Trust Company of New York, in its capacity as the TCEH unsecured notes indenture trustee; CSC Trust Company of Delaware, in its capacity as EFIH secured notes indenture trustee; Computershare Trust Company, in its capacity as EFIH second lien notes indenture trustee; the ad hoc committee of EFIH unsecured noteholders; the EFH Committee; UMB Bank, as EFIH unsecured indenture trustee; Fidelity Management & Research Company; the ad hoc group of EFH legacy noteholders; American Stock Transfer & Trust Company, LLC, in its capacity as EFH legacy notes trustee; certain direct or indirect holders of equity interests in Energy Future Holdings Corp.; Deutsche Bank AG New York Brank, in its capacity as the EFIH First Lien DIP Agent; and Pacific Investment Management Company LLC (PIMCO).

Dated: September 17, 2015
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*