## Exhibit A

## Order Supplement

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 2664, 2793, 2831** |

### SUPPLEMENT TO ORDER AUTHORIZING CERTAIN DEBTORS TO ENTER INTO AGREEMENTS REGARDING MHI'S WITHDRAWAL FROM THE COMANCHE PEAK JOINT VENTURE

Upon the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter Into Agreements Regarding MHI's Withdrawal from the Comanche Peak Joint Venture*, filed on October 30, 2014 [D.I. 2664] (the "MHI Withdrawal Motion") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), the *Supplement to Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter Into Agreements Regarding MHI's Withdrawal from the Comanche Peak Joint Venture*, filed on November 17, 2014 [D.I. 2793] (the "Supplement" and, together with the MHI Withdrawal Motion, the "Motion"),[2] the *Declaration of Robert Frenzel, Senior Vice President and Chief Financial Officer of Luminant Generation Company LLC, in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter Into Agreements Regarding MHI's Withdrawal from the Comanche*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 12985161v.1

*Peak Joint Venture*, filed on October 30, 2014 [D.I. 2664; Ex. B] (the "Frenzel Declaration"), the *Declaration of Robert Frenzel, Senior Vice President and Chief Financial Officer of Luminant Holding Company LLC, in Support of the Supplement to Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter Into Agreements Regarding MHI's Withdrawal from the Comanche Peak Joint Venture*, filed on November 17, 2014 [D.I. 2793; Ex. C] (the "Supplemental Frenzel Declaration" and, together with the Frenzel Declaration, the "Declaration") for entry of an order pursuant to section 363(b) of the Bankruptcy Code, authorizing the Debtors to enter into the Withdrawal Agreements, all as more fully set forth in the Motion and the Declaration, and the Court having entered an order on November 20, 2014 (D.I. 2831) granting the Motion (the "Order"); and the Debtors having thereafter required one-time, additional, narrowly tailored relief; all as set forth more fully in the *Declaration of Robert Frenzel, Senior Vice President and Chief Financial Officer of Luminant Generation Company LLC, in Support of the Supplement to Order Authorizing Certain Debtors to Enter Into Agreements Regarding MHI's Withdrawal from the Comanche Peak Joint Venture*, filed on September 17, 2015; and the Debtors having discussed the relief requested with each of their various creditor constituencies who have agreed to not object to the entry of this supplement to the Order; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The first sentence of Paragraph 5 of the Order is amended to read as follows: Luminant is authorized to pay (a) the costs associated with preserving the License Application

2

3

and (b) property taxes related to the site of the New Units, together in an aggregate amount not to exceed $200,000 for 2015; *provided, that* for each subsequent calendar year, such aggregate amount shall not exceed $125,000 on an annual basis without further relief from the Court.

2. For the avoidance of doubt, all amounts paid in connection with Paragraph 5 of the Order, as modified, shall be paid by Luminant Generation Company LLC.

3. Except as modified by the terms hereof, all of the terms and conditions of the Order are hereby reaffirmed and shall continue in full force and effect as therein written.

Dated: September \_\_\_\_\_, 2015
      Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

3

RLF1 12985161v.1