**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re:  5248, 5696, 5700, 5703, 5705, 5858, 6068** |

**CERTIFICATION OF COUNSEL CONCERNING
ORDER AUTHORIZING DEBTORS TO ENTER INTO
AND PERFORM UNDER PLAN SUPPORT AGREEMENT**

The undersigned hereby certifies as follows:

1.    On August 10, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter Into and Perform Under the Plan Support Agreement* [D.I. 5248] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").[2]  By the Motion, the Debtors are seeking the entry of an order approving and authorizing the Debtors to enter into and perform under that certain Plan Support Agreement, substantially in the form

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On September 17, 2015, the Debtors also filed the *Declaration of Paul Keglevic in Support of the Order Authorizing Debtors to Enter Into and Perform Under the Plan Support Agreement* [D.I. 6068] in connection with, and in support of, the Motion.

attached as "Exhibit 1" to "Exhibit A" of the Motion (the "PSA"[3]), with the other parties thereto (the "PSA Parties").

2.      Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter Into and Perform Under the Plan Support Agreement" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on August 24, 2015 (the "Objection Deadline").[4]  A hearing to consider the relief requested in the Motion took place before the Bankruptcy Court on September 17, 2015 starting at 9:30 a.m. (Eastern Daylight Time).

3.      Prior to the Objection Deadline (as extended for the U.S. Trustee only), each of the U.S. Trustee (D.I. 5858), the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "EFH Committee") (D.I. 5700), The Bank of New York Mellon ("BNYM"), in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A. ("BNYMTC" and, together with BNYM, "BNY") (D.I. 5696), UMB Bank, N.A. (D.I. 5705), and American Stock Transfer & Trust Company LLC (D.I. 5703) filed a formal response in connection with to the Motion (collectively, the "Formal Responses").

4.      On September 14, 2015, the Debtors filed an omnibus reply (D.I. 5978; the "Omnibus Reply") to the Formal Responses.  Various parties-in-interest in the Debtors' chapter 11 cases also either filed joinders to the Omnibus Reply or separately replied to the Formal

---

[3] A copy of the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, dated August 10, 2015 (as may be further amended, revised, or supplemented, the "Third Amended Plan") was attached as "Exhibit A" to the PSA.

Responses (see D.I. 5979, 5980, 5983, 5987).

5.      On September 17, 2015 starting at 9:30 a.m. (Eastern Daylight Time) (the "September 17th Hearing") the Bankruptcy Court held a hearing to consider the Motion and the Formal Responses (to the extent not resolved prior to the September 17th Hearing).  At the September 17th Hearing, the Bankruptcy Court heard and considered the statements and arguments of, among others, counsel to the Debtors, counsel to BNY, the U.S. Trustee, and counsel to the PSA Parties with respect to the relief requested in the Motion.  Following the conclusion of argument, on the record of the September 17th Hearing, the Bankruptcy Court overruled the extant Formal Responses and granted the Motion.

6.      The Debtors have prepared a revised form of order granting the Motion (the "Revised Order") which they believe is consistent with the record of the September 17th Hearing.  A copy of the Revised Order is attached hereto as **Exhibit A**.  A blackline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as **Exhibit B**.[5]  The Revised Order has been circulated to, and is acceptable to, the Debtors, each of the parties who filed the Formal Responses, and the PSA Parties.

*[Remainder of page intentionally left blank.]*

---

[4] The Debtors extended the Objection Deadline the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") only to 4:00 p.m. (Eastern Daylight Time) on September 4, 2015.

[5] For the convenience of the Bankruptcy Court and other parties-in-interest, a redline comparing the Revised PSA (without its exhibits) against the PSA filed along with the Motion on August 10, 2015 is attached hereto as **Exhibit C**.  For the further convenience of the Bankruptcy Court and other parties-in-interest, a redline reflecting changes made to the Third Amended Plan that was filed as "Exhibit A" to the PSA on August 10, 2015 is attached hereto as **Exhibit D**.

3

7.     The Debtors therefore respectfully request that the Bankruptcy Court enter the

Revised Order, substantially in the form attached hereto as **<u>Exhibit A</u>**, at its earliest convenience.

Dated:  September 17, 2015
        Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession