**EXHIBIT A**

| From: | Rogers, Brenton |
|---|---|
| To: | Dietderich, Andrew G.; *glueckstein@sullcrom.com; "*msheppard@mmwr.com"; "*mfink@mmwr.com"; "*nramsey@mmwr.com"; "SLiebesman@mmwr.com"; *kpatrick@gibbsbruns.com"; *RPEDONE@nixonpeabody.com; *Richard.Schepacarter@usdoj.gov; *Andrea.B.Schwartz@usdoj.gov; *kgwynne@reedsmith.com; *klawson@reedsmith.com; *Philip.Anker@wilmerhale.com; *tmayer@kramerlevin.com; *pbentley@kramerlevin.com"; *jbrody@kramerlevin.com"; *aqureshi@akingump.com; "Boller, Robert" |
| Cc: | *MFirestein@proskauer.com; *mthomas@proskauer.com; *lrappaport@proskauer.com; *seth.goldman@mto.com; *kevin.allred@mto.com; *thomas.walper@mto.com; Schneider, Bradley; *tbroad@cravath.com; *pgelston@cravath.com"; *eakleinhaus@wlrk.com; "*akherring@wlrk.com"; "ABLees@wlrk.com"; *tlauria@whitecase.com; *cshore@whitecase.com; *mshepherd@whitecase.com; *mbrown@whitecase.com; gpryor@whitecase.com; luckey.mcdowell@bakerbotts.com; geoffrey.newton@bakerbotts.com; *lmarinuzzi@mofo.com; *brettmiller@mofo.com; *jpeck@mofo.com; *tgoren@mofo.com; *jmarines@mofo.com; *akornberg@paulweiss.com; Kenneth Schneider; *bhermann@paulweiss.com; *jadlerstein@paulweiss.com; bokun@paulweiss.com; rbronstein@paulweiss.com; *adenhoff@paulweiss.com; *aehrlich@paulweiss.com; *eweisfelner@brownrudnick.com; *jcoffey@brownrudnick.com; *ljonas@brownrudnick.com; Marshall, Jonathan D.; Chandler, Trina; Heath, Paul; Greenberg, Matthew; McKane, Mark E.; McGaan, Andrew R.; Ganter, Jonathan F. |
| Subject: | FRE 408 -- Proposed Confirmation Depositions and Dates |
| Date: | Wednesday, September 16, 2015 6:41:00 PM |

All -- In an effort to resolve all pending discovery disputes regarding the number and allocation of settlement agreement and confirmation depositions, and consistent with the Scheduling Order and Court's recent guidance on the appropriate scope of discovery, the Debtors propose the following depositions:

1.  Hugh Sawyer on Thursday, Sept. 24 for no more than 8 hours in his individual capacity and as the TCEH Rule 30(b)(6) witness on the PCRBs' claim in the Third Amended Plan, and for the releases, exculpation, claims and causes of action in topics 4-7 of the UST's notice.

2.  Jonathan Smidt on Friday, Sept. 25 for no more than 4 hours in his individual capacity

3.  Don Evans on Friday, Sept. 25 (in Dallas) for no more than 8 hours in his individual capacity and as the Debtors' Rule 30(b)(6) witness on the management incentive program in topic 3 of the UST's notice.

4.  Stacey Dore on Monday, Sept. 28 for no more than 8 hours in her individual capacity

5.  Paul Keglevic on Wednesday, Sept. 30 for no more than 8 hours in his individual capacity and as the Debtors' Rule 30(b)(6) witness on for the fees, costs and expenses in topics 1-2, 8-10 of the UST's notice.

6.  Billie Williamson on Wednesday, Sept. 30 for no more than 8 hours in her individual capacity and as the EFH Rule 30(b)(6) witness on the releases, exculpation, claims and causes of action in topics 4-7 of the UST's notice.

7.  Charles Cremens on Thursday, Oct. 1 for no more than 8 hours in his individual capacity and as the EFIH Rule 30(b)(6) witness on the releases, exculpation, claims and causes of action in topics 4-7 of the UST's notice.

8.  Michael MacDougal on Friday, Oct. 2 (in Austin) for no more than 4 hours in his individual capacity

9.  David Ying on TBD for no more than 8 hours in his individual capacity

10. James Millstein on TBD for no more than 4 hours in his individual capacity

11. Eric Siegert on TBD for no more than 4 hours in his individual capacity

12. Hunt 30(b)(6) witness on TBD for no more than 4 hours

13. EFH Committee 30(b)(6) witness on TBD for no more than 4 hours

14. BNYM 30(b)(6) witness on TBD for no more than 4 hours

Unless otherwise indicated, the depositions will be in K&E's NY offices on the 50th floor.  The deposing parties must allocate time among themselves.

For witnesses who we propose to address Rule 30(b)(6) topics, the scope of the witnesses' testimony will be subject to written objections.  The Debtors will be prepared to address the general subject matter of the topic; by designating these individuals, the Debtors are not agreeing with the characterization of the topic in the Rule 30(b)(6) notice.  The Debtors object to all other Rule 30(b)(6) deposition topics not identified above.

Specifically, the Debtors object to the EFIH First Liens' and EFIH Second Liens' Rule 30(b)(6) deposition notices in full and will provide written objections.  The topics in these notices are primarily legal and/or are irrelevant; the topics are not appropriate subjects for fact witnesses.

Also, the Debtors make this settlement proposal to resolve all attempts to take fact depositions.  The Debtors will oppose any efforts to take additional fact depositions for the Rule 9019 settlement agreement approval and plan confirmation hearing.

**Brent Rogers**
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
+1-312-862-7119 (direct)
+1-312-862-2200 (fax)