# **EXHIBIT C**

# Yenamandra, Aparna

| | |
|---|---|
| **From:** | Anker, Phil <Philip.Anker@wilmerhale.com> |
| **Sent:** | Thursday, September 17, 2015 4:27 PM |
| **To:** | *Isley.gostin@wilmerhale.com; Yenamandra, Aparna; *Charles.Platt@wilmerhale.com; *dennis.jenkins@wilmerhale.com; Shuster, George; *keith.wofford@ropesgray.com; *mark.somerstein@ropesgray.com; *ross.martin@ropesgray.com; *andrew.devore@ropesgray.com |
| **Cc:** | McKane, Mark E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; Kieselstein, Marc; *Joel.Millar@wilmerhale.com; *david.gringer@wilmerhale.com; McGaan, Andrew R.; *ghorowitz@kramerlevin.com; *RRinger@KRAMERLEVIN.com; Brody, Joshua (JBrody@KRAMERLEVIN.com); *david.gringer@wilmerhale.com; Sharret, Jennifer (JSharret@KRAMERLEVIN.com) |
| **Subject:** | RE: EFH - Disclosure Statement Objection [Confidential / Subject to FRE 408] |

Aparna:

I want to be clear about something so that no one is confused.  These edits will certainly help address some of the issues we raised in our disclosure statement objection.  But I cannot tell you that it will resolve them fully.  As you may know, the Debtors have objected to our Rule 30(b)(6) deposition notice of the Debtors in connection with plan confirmation.  In a conversation that I had earlier today with Andy McGaan and Mark McKane, they suggested that the discovery we were seeking really goes to the adequacy of the disclosure in the disclosure statement.  In light of that position taken by the Debtors, and depending on whether we are permitted to take the Rule 30(b)(6) deposition we have sought, we may need to press some aspects of our disclosure statement objection on Monday.   We, of course, reserve all rights.

Phil

---

**From:** Gostin, Isley
**Sent:** Thursday, September 17, 2015 3:08 PM
**To:** Yenamandra, Aparna; Anker, Phil; Platt, Charles; Jenkins, Dennis; Shuster, George; *keith.wofford@ropesgray.com; *mark.somerstein@ropesgray.com; ross.martin@ropesgray.com; andrew.devore@ropesgray.com
**Cc:** McKane, Mark E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; Kieselstein, Marc; Millar, Joel; Gringer, David; McGaan, Andrew R.; Horowitz, Gregory (GHorowitz@KRAMERLEVIN.com); Ringer, Rachael (RRinger@KRAMERLEVIN.com); Brody, Joshua (JBrody@KRAMERLEVIN.com); Gringer, David; Sharret, Jennifer (JSharret@KRAMERLEVIN.com)
**Subject:** RE: EFH - Disclosure Statement Objection [Confidential / Subject to FRE 408]

Aparna,

I believe that the track changes may be been removed from the document that I sent to you at 2:21.  If so, here is a redline reflecting our edits.  The clean version is reattached here as well.

Thanks,
Isley

**Isley Markman Gostin | WilmerHale**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 663 6551 (t)
+1 202 663 6363 (f)

isley.gostin@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Gostin, Isley
**Sent:** Thursday, September 17, 2015 2:21 PM
**To:** 'Yenamandra, Aparna'; Anker, Phil; Platt, Charles; Jenkins, Dennis; Shuster, George; *keith.wofford@ropesgray.com; *mark.somerstein@ropesgray.com; ross.martin@ropesgray.com; andrew.devore@ropesgray.com
**Cc:** McKane, Mark E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; Kieselstein, Marc; Millar, Joel; Gringer, David; McGaan, Andrew R.; Horowitz, Gregory (GHorowitz@KRAMERLEVIN.com); Ringer, Rachael (RRinger@KRAMERLEVIN.com); Brody, Joshua (JBrody@KRAMERLEVIN.com); Gringer, David
**Subject:** RE: EFH - Disclosure Statement Objection [Confidential / Subject to FRE 408]

Aparna,

Our revisions to the disclosure statement language are in track changes in the attached document. A clean version is attached here as well.

Thanks,
Isley

**Isley Markman Gostin | WilmerHale**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 663 6551 (t)
+1 202 663 6363 (f)
isley.gostin@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Yenamandra, Aparna [mailto:aparna.yenamandra@kirkland.com]
**Sent:** Thursday, September 17, 2015 12:32 PM
**To:** Anker, Phil; Platt, Charles; Jenkins, Dennis; Shuster, George; *keith.wofford@ropesgray.com; *mark.somerstein@ropesgray.com; ross.martin@ropesgray.com; andrew.devore@ropesgray.com
**Cc:** McKane, Mark E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; Kieselstein, Marc; Millar, Joel; Gostin, Isley; Gringer, David; McGaan, Andrew R.
**Subject:** RE: EFH - Disclosure Statement Objection [Confidential / Subject to FRE 408]

Thanks, Phil. Please note that we are filing the revised DS **today**, so please send any additional language as soon as possible.

**Aparna Yenamandra**
Kirkland & Ellis LLP

2

601 Lexington Avenue    New York, NY 10022
Tel +1 212-446-4903  Cell +1 908-930-7722
aparna.yenamandra@kirkland.com

---

**From:** Anker, Phil [mailto:Philip.Anker@wilmerhale.com]
**Sent:** Wednesday, September 16, 2015 1:36 PM
**To:** Yenamandra, Aparna; *Charles.Platt@wilmerhale.com; *dennis.jenkins@wilmerhale.com; Shuster, George; *keith.wofford@ropesgray.com; *mark.somerstein@ropesgray.com; *ross.martin@ropesgray.com; *andrew.devore@ropesgraycom
**Cc:** McKane, Mark E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; Kieselstein, Marc; *Joel.Millar@wilmerhale.com; *Isley.gostin@wilmerhale.com; *david.gringer@wilmerhale.com; McGaan, Andrew R.
**Subject:** RE: EFH - Disclosure Statement Objection [Confidential / Subject to FRE 408]

Aparna:

My apologies for the delay in responding.  I am out of town in a mediation in another matter

We appreciate the changes the Debtors are apparently making to the Plan to address the EFIH First Lien Trustee's claims for interest and fees.  But, while the remaining issues with respect to those claims may largely be ones of drafting, we don't think your language quite works and we continue to think that our insert needs to be clear that the EFIH First Lien Trustee believes that all of its claims for fees and interests will be allowed, that it intends to litigate and pursue any appellate remedies with respect to those claims, etc.   In other words, while we need to study your proposed edits more closely, on first review, we think that your proposed deletions to our proposed insert do not work.

Although we reserve all rights, I suspect that we will get to language that will resolve our disclosure statement objection, while we obviously still have issues with the plan to be addressed at plan confirmation.  I know you need to file something today on the disclosure statement, but we have until Monday to work out the exact language for the disclosure statement.  We are taking a pass through the insert and revisions, but I'm largely out of pocket today.  So, it may be tomorrow before we have turned the draft.   Just wanted to let you know.

Best,
Phil

---

**From:** Yenamandra, Aparna [mailto:aparnayenamandra@kirkland.com]
**Sent:** Tuesday, September 15, 2015 10:16 PM
**To:** Anker, Phil; Platt, Charles; Jenkins, Dennis; Shuster, George; *keith.wofford@ropesgray.com; *mark.somerstein@ropesgray.com; ross.martin@ropesgray.com; andrew.devore@ropesgray.com
**Cc:** McKane, Mark E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; Kieselstein, Marc; Millar, Joel; Gostin, Isley; Gringer, David; McGaan, Andrew R.
**Subject:** RE: EFH - Disclosure Statement Objection [Confidential / Subject to FRE 408]

Phil,
Subject to ongoing review/revision, attached are our further revised comments, redlined against the draft I sent below.  Please let us know if this resolves your objection.


**Aparna Yenamandra**
Kirkland & Ellis LLP
601 Lexington Avenue    New York, NY 10022
Tel +1 212-446-4903  Cell +1 908-930-7722
aparna.yenamandra@kirkland.com

3

**From:** Yenamandra, Aparna
**Sent:** Monday, September 14, 2015 8:25 AM
**To:** *Philip.Anker@wilmerhale.com; *Charles.Platt@wilmerhale.com; *dennis.jenkins@wilmerhale.com; Shuster, George; *keith.wofford@ropesgray.com; *mark.somerstein@ropesgray.com; *ross.martin@ropesgray.com; *andrew.devore@ropesgray.com
**Cc:** McKane, Mark E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; Kieselstein, Marc; *Joel.Millar@wilmerhale.com; *Isley.gostin@wilmerhale.com; *david.gringer@wilmerhale.com; McGaan, Andrew R.
**Subject:** RE: EFH - Disclosure Statement Objection [Confidential / Subject to FRE 408]

Phil,
Subject to review/revision, attached are our comments. Please let us know if this resolves your objection.

Aparna

**Aparna Yenamandra**
Kirkland & Ellis LLP
601 Lexington Avenue   New York, NY 10022
Tel +1 212-446-4903  Cell +1 908-930-7722
aparna.yenamandra@kirkland.com

---

**From:** Anker, Phil [mailto:Philip.Anker@wilmerhale.com]
**Sent:** Friday, September 11, 2015 5:07 PM
**To:** Yenamandra, Aparna; *Charles.Platt@wilmerhale.com; *dennis.jenkins@wilmerhale.com; Shuster, George; *keith.wofford@ropesgray.com; *mark.somerstein@ropesgray.com; *ross.martin@ropesgray.com; *andrew.devore@ropesgray.com
**Cc:** McKane, Mark E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; Kieselstein, Marc; *Joel.Millar@wilmerhale.com; *Isley.gostin@wilmerhale.com; *david.gringer@wilmerhale.com; McGaan, Andrew R.
**Subject:** RE: EFH - Disclosure Statement Objection [Confidential / Subject to FRE 408]

Aparna:

Here is our proposed insert, along with some simple cross-references to that insert to be included in various places in the Disclosure Statement.  The attached file is subject to client and our further review, but we wanted to get it to you sooner rather than later.

Please note that we continue to have issues with the Disclosure Statement, but this insert and the cross-references will help address our concerns.   We would be happy to discuss the insert/cross-references.

Best,
Phil

---

**From:** Yenamandra, Aparna [mailto:aparna.yenamandra@kirkland.com]
**Sent:** Wednesday, September 09, 2015 2:59 PM
**To:** Anker, Phil; Platt, Charles; Jenkins, Dennis; Shuster, George;

4

[*keith.wofford@ropesgray.com](mailto:keith.wofford@ropesgray.com); [*mark.somerstein@ropesgray.com](mailto:mark.somerstein@ropesgray.com); [ross.martin@ropesgray.com](mailto:ross.martin@ropesgray.com); [andrew.devore@ropesgray.com](mailto:andrew.devore@ropesgray.com)
**Cc:** McKane, Mark E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; Kieselstein, Marc; Millar, Joel; Gostin, Isley; Gringer, David; McGaan, Andrew R.
**Subject:** RE: EFH - Disclosure Statement Objection [Confidential / Subject to FRE 408]

Phil, following up on the below to see if you have a proposed insert for our review. I understand from Kramer that Kramer/Wilmer are discussing the DS as well. We are available to discuss.

Thanks,
**Aparna Yenamandra**
Kirkland & Ellis LLP
601 Lexington Avenue   New York, NY 10022
Tel +1 212-446-4903  Cell +1 908-930-7722
[aparna.yenamandra@kirkland.com](mailto:aparna.yenamandra@kirkland.com)

---

**From:** Yenamandra, Aparna
**Sent:** Tuesday, September 08, 2015 11:27 AM
**To:** [*Philip.Anker@wilmerhale.com](mailto:Philip.Anker@wilmerhale.com); [*Charles.Platt@wilmerhale.com](mailto:Charles.Platt@wilmerhale.com); [*dennis.jenkins@wilmerhale.com](mailto:dennis.jenkins@wilmerhale.com); Shuster, George; [*keith.wofford@ropesgray.com](mailto:keith.wofford@ropesgray.com); [*mark.somerstein@ropesgray.com](mailto:mark.somerstein@ropesgray.com); [*ross.martin@ropesgray.com](mailto:ross.martin@ropesgray.com); [*andrew.devore@ropesgray.com](mailto:andrew.devore@ropesgray.com)
**Cc:** McKane, Mark E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; Kieselstein, Marc; [*Joel.Millar@wilmerhale.com](mailto:Joel.Millar@wilmerhale.com); [*Isley.gostin@wilmerhale.com](mailto:Isley.gostin@wilmerhale.com); [*david.gringer@wilmerhale.com](mailto:david.gringer@wilmerhale.com); McGaan, Andrew R.
**Subject:** RE: EFH - Disclosure Statement Objection [Confidential / Subject to FRE 408]

Thanks, Phil. We are separately discussing a proposed insert with Kramer Levin that addresses their disclosure statement objections. In the interim, we have no issue with you sharing our proposed insert with Kramer Levin, subject to ongoing review and revision. We look forward to your proposed inserts.

Aparna

**Aparna Yenamandra**
Kirkland & Ellis LLP
601 Lexington Avenue   New York, NY 10022
Tel +1 212-446-4903  Cell +1 908-930-7722
aparna.yenamandra@kirkland.com

---

**From:** Anker, Phil [mailto:Philip.Anker@wilmerhale.com]
**Sent:** Tuesday, September 08, 2015 10:28 AM
**To:** Yenamandra, Aparna; *Charles.Platt@wilmerhale.com; *dennis.jenkins@wilmerhale.com; Shuster, George; *keith.wofford@ropesgray.com; *mark.somerstein@ropesgray.com; *ross.martin@ropesgray.com; *andrew.devore@ropesgray.com
**Cc:** McKane, Mark E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; Kieselstein, Marc; *Joel.Millar@wilmerhale.com; *Isley.gostin@wilmerhale.com; *david.gringer@wilmerhale.com
**Subject:** RE: EFH - Disclosure Statement Objection [Confidential / Subject to FRE 408]

Thanks, Aparna.

We will study them more closely, but the proposed revisions do not appear to track – that is, they do not appear to describe accurately – the plan.  Moreover, they do not explain how the disputed claims of the EFIH first liens will be paid if those claims are allowed after the plan goes effective.  And the revisions do not explain what the basis is for the Debtors to dispute the first liens' claim for (1) the additional interest owed on the notes as a result of EFIH's failure to register those notes (when the plan calls for payment of such additional interest to the second liens under the same circumstances) or (2) the first liens' reasonable fees and costs incurred in the Chapter 11 case (when they are oversecured creditors and the Debtors are paying the fees and costs of even unsecured creditors).  These are just some initial comments.  Our clients reserve all rights.  But, in the interim, we will draft our own revised, proposed inserts, and send them to you as soon as possible, explaining our clients' position so that there is full disclosure, as Judge Sontchi made clear he expected.

Finally, have you shared these proposed revisions with Kramer Levin?   It may make sense for us to coordinate in our responses/inserts, and I don't see any basis for us to be prevented from forwarding this to them.  Please advise.

Thanks.

Phil

---

**From:** Yenamandra, Aparna [mailto:aparnayenamandra@kirkland.com]
**Sent:** Friday, September 04, 2015 3:33 PM
**To:** Anker, Phil; Platt, Charles; Jenkins, Dennis; Shuster, George;

*keith.wofford@ropesgray.com; *mark.somerstein@ropesgray.com; ross.martin@ropesgray.com; andrew.devore@ropesgray.com
**Cc:** McKane, Mark E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; Kieselstein, Marc
**Subject:** RE: EFH - Disclosure Statement Objection [Confidential / Subject to FRE 408]

**Privileged and Confidential / Subject to FRE 408 and Material Review/Revision**
Phil,
Attached are our proposed revisions, subject to ongoing and material review/revision. We've worked to standardize language wherever possible. In some instances, we've added existing language to contextualize the new language - in those instances, the new language is in bold.

Please let us know if you would like to discuss.
Thanks,


**Aparna Yenamandra**
Kirkland & Ellis LLP
601 Lexington Avenue    New York, NY 10022
Tel +1 212-446-4903  Cell +1 908-930-7722
aparna.yenamandra@kirkland.com

---

**From:** Anker, Phil [mailto:Philip.Anker@wilmerhale.com]
**Sent:** Wednesday, August 26, 2015 3:07 PM
**To:** Yenamandra, Aparna; *Charles.Platt@wilmerhale.com; *dennis.jenkins@wilmerhale.com; Shuster, George; *keith.wofford@ropesgray.com; *mark.somerstein@ropesgray.com; *ross.martin@ropesgray.com; *andrew.devore@ropesgray.com

7

**Cc:** McKane, Mark E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; Kieselstein, Marc
**Subject:** RE: EFH - Disclosure Statement Objection [Confidential / Subject to FRE 408]

Thanks, Aparna.  We had proposed both the addition of some language, and some changes in existing language, in our Objection.  I can resend you that if you don't have it.  I also think there may be a short additional insert we would propose, assuming you are making no other changes in the Disclosure Statement with respect to the issues raised in our Objection, and we can get you that shortly.  If you are making proposed changes, however, can we see them?  They could affect what we would think should be included.  I agree that we should try to resolve the Objection, but without knowing if you are okay including the language we've already suggested and/or are making other changes, it's hard for us to react.   Happy to discuss, and I do think that would be useful.   And, of course, all rights are reserved on our side as well.

---

**From:** Yenamandra, Aparna [mailto:aparnayenamandra@kirkland.com]
**Sent:** Wednesday, August 26, 2015 2:58 PM
**To:** Anker, Phil; Platt, Charles; Jenkins, Dennis; Shuster, George; *keith.wofford@ropesgray.com; *mark.somerstein@ropesgray.com; ross.martin@ropesgray.com; andrew.devore@ropesgray.com
**Cc:** McKane, Mark E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; Kieselstein, Marc
**Subject:** EFH - Disclosure Statement Objection [Confidential / Subject to FRE 408]

All,
In connection with your disclosure statement objection, we are reaching out to see whether there is the potential to resolve some or all of your objection in the form of additional disclosures to be included in an amended disclosure statement (all rights reserved).

Please let us know if you intend to send us a proposed insert / proposed revisions and we are happy to review and discuss.

Thank you,
**Aparna Yenamandra**
Kirkland & Ellis LLP
601 Lexington Avenue   New York, NY 10022
Tel +1 212-446-4903  Cell +1 908-930-7722
aparna.yenamandra@kirkland.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*