# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.14-10979 (CSS)<br>(JOINTLY ADMINISTERED)<br><br>Related to Docket No. 3144 |

**SUPPLEMENTAL DECLARATION OF DAVID W. PRAGER IN SUPPORT OF APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF GOLDIN ASSOCIATES, LLC AS SPECIAL FINANCIAL ADVISOR TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC UNDER SECTION 327(a) OF THE BANKRUPTCY CODE, EFFECTIVE NUNC PRO TUNC TO DECEMBER 11, 2014**

David W. Prager declares under penalty of perjury as follows:

1. I am a Managing Director of Goldin Associates, LLC ("**Goldin**"), with an office located at 350 Fifth Avenue, New York, New York 10118, and I coordinate Goldin's practice in the Energy sector. I am making this Supplemental Declaration to disclose additional connections with interested parties in further support of EFIH's Application for Order Approving Employment of Goldin Associates, LLC ("**Goldin**") as Special Financial Advisor to Energy Future Intermediate Holding Company LLC under Section 327(a) of the Bankruptcy Code, Effective Nunc Pro Tunc to December 11, 2014 (D.I. 3144; the "**Application**"). Except as otherwise noted, I have personal knowledge of the matters set forth in this Declaration.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2. The Application was approved by the *Order Approving the Retention of Goldin Associates, LLC as Special Financial Advisor to Energy Future Intermediate Holding Company LLC under Section 327(a) of the Bankruptcy Code, Effective Nunc Pro Tunc to December 11, 2014,* dated January 13, 2015 [D.I. 3277] (the "Retention Order"), and Goldin has been serving as special financial advisor on Conflicts Matters for Energy Future Intermediate Holding Company LLC as debtor and debtor in possession ("EFIH") pursuant thereto.

3. Goldin recently began providing litigation support to counsel for the West Virginia Department of Environmental Protection (the "DEP") in connection with the bankruptcy of Patriot Coal and affiliates pending in the United States Bankruptcy Court for the Eastern District of Virginia, *In re Patriot Coal Inc. et al.*, jointly administered under Case No. 15-32450. That retention is not subject to court supervision. The DEP is adverse to Patriot Coal, which is represented by Kirkland & Ellis, LLP.

4. Goldin learned recently that Charles Cremens, the Disinterested Manager of EFIH, is a member of the board of directors of Patriot Coal.

5. I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: September 18, 2015

                                                             /s/ David W. Prager
                                                             David W. Prager
                                                             Managing Director