September 16, 2015

Chapter 11
Case No 14-10979
(CSS)

Kenneth S Stewart Aka Robert

A. My Intent with EFIH is to Recover Asset to pay Creditors.

B. Recover of money, notes, property.

C. 548 fraudulent transfer of notes, money that intent was to defraud creditors. "year 2007" and "2012" notes to Edison International AKA TXU

E. 307 Notice of Drop of Fiduciary Duty. Subject to Claim of property or possessory right in the instrument or procedes. Including a claim to rescend a negotiation and to Recover the Instruments or its procedes. 306

I Pray

That I am granted more time to hire Attorney to File the Adversary hearing. ~~which~~ Against (KKR et al / Allstate)

Kenneth S Stewart Jr
Aka Robert
2028 Sandy Ln
Irving, TX 75060