## **Exhibit A**

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 11.8 | $11,805.00 |
| 002 | Asset Disposition | 15.4 | $13,800.00 |
| 003 | EFH Business Operations | 3.5 | $3,237.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 3.0 | $2,925.00 |
| 005 | EFH Corporate Governance and Board Matters | 75.0 | $82,057.50 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 549.1 | $391,056.50 |
| 008 | Fee Applications and Objections | 41.1 | $34,505.50 |
| 009 | Financing and Cash Collateral | 13.9 | $13,750.50 |
| 010 | Hearings | 33.4 | $34,615.00 |
| 011 | Claims Investigations, Analyses and Objections | 64.2 | $52,236.00 |
| 014 | Non-Working Travel | 27.1 | $14,403.75 |
| 015 | Plan and Disclosure Statement | 491.2 | $501,211.50 |
| 016 | Tax | 74.0 | $61,741.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **1,402.7** | **$1,217,344.75** |