**Exhibit B**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,275 | 43.3 | $55,207.50 |
| Richard M. Corn | Partner | 2005 | Tax | $875 | 17.7 | $15,487.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $975 | 143.6 | $140,010.00 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,000 | 20.9 | $20,900.00 |
| Jeffrey W. Levitan | Partner | 1983 | Corporate | $1,125 | 3.1 | $3,487.50 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,125 | 102.0 | $114,750.00 |
| Paul Possinger | Partner | 1993 | Corporate | $975 | 77.2 | $75,270.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $900 | 60.5 | $54,450.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,275 | 17.3 | $22,057.50 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,125 | 172.0 | $193,500.00 |
| | | | | $562.50 | 18.7 | $10,518.75[1] |
| Peter J. Young | Partner | 2002 | Corporate | $925 | 157.0 | $145,225.00 |
| | | | | $462.50 | 8.4 | $3,885.00[1] |
| Courtney M. Bowman | Associate | 2013 | Litigation | $575 | 55.6 | $31,970.00 |
| Michael E. Ellis | Associate | 2007 | Corporate | $800 | 8.0 | $6,400.00 |
| Rochelle H. Emert | Associate | 2014 | Litigation | $465 | 26.3 | $12,229.50 |
| Jacquelyn N. Ferry | Associate | 2012 | Litigation | $660 | 46.4 | $30,624.00 |
| Joshua L. Kopple | Associate | 2013 | Litigation | $465 | 95.5 | $44,407.50 |
| Joseph P. Malca | Associate | 2013 | Tax | $575 | 29.2 | $16,790.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $795 | 167.3 | $133,003.50 |
| Gary Silber | Associate | 2011 | Tax | $695 | 7.8 | $5,421.00 |
| Tracey L. Silver | Associate | 2012 | Litigation | $660 | 33.8 | $22,308.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $765 | 68.3 | $52,249.50 |
| **Total** | | | | | **1,379.9** | **$1,210,151.75** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

Proskauer paraprofessionals who rendered professionals services in these cases during the

Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Isaac L. Antoon | Project Manager of E-Discovery Services | 0.25 years | Professional Resources | $315 | 11.7 | $3,685.50 |
| Olga A. Golinder | Legal Assistant | 2.5 years | Litigation | $325 | 6.1 | $1,982.50 |
| Joshua M. Kay | Project Manager of E-Discovery Services | 0.5 years | Professional Resources | $335 | 3.5 | $1,172.50 |
| Susan Schomburg | Legal Assistant | 0.75 years | Litigation | $235 | 1.5 | $352.50 |
| **Total** | | | | | **22.8** | **$7,193.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **1,402.7** | **$1,217,344.75** |