**<u>Exhibit C</u>**

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $1,352.50 |
| Telecommunications | $36.21 |
| Research (Lexis/Westlaw/Other Database Search Services) | $1,241.25 |
| Litigation and Corporate Support Services[1] | $563.30 |
| Travel Out-of-Town – Transportation | $3,059.85[2] |
| Taxi, Carfare, Mileage, Parking | $1,298.55[3] |
| Messenger/Delivery/Postage | $145.85 |
| Business Meals | $824.23[4] |
| Out-of-Town Lodging | $1,170.01[5] |
| Word Processing | $0.00[6] |
| **Total** | **$9,691.75** |

---

[1]    Consists of CourtCall, PACER and transcript (hearing and deposition) expenses.

[2]    Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[3]    Includes a reduction of $90.57 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the fee committee.

[4]    Includes a reduction of $1,164.57 for business meal expenses in excess of the reimbursable cap imposed by the fee committee.

[5]    Includes a reduction of $284.72 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[6]    Reflects a reduction of $205.75 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.