## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 05/28/2015 | Jeff J. Marwil | Professional Services - CourtCall | 30.00 |
| 05/28/2015 | Michael A. Firestein | Professional Services- CourtCall | 30.00 |
| 05/28/2015 | Mark K. Thomas | Professional Services- CourtCall | 30.00 |
| 06/01/2015 | Jeff J. Marwil | Professional Services- CourtCall | 58.00 |
| 06/01/2015 | Michael A. Firestein | Professional Services- CourtCall | 65.00 |
| 06/01/2015 | Mark K. Thomas | Professional Services- CourtCall | 65.00 |
| 06/12/2015 | Jeff J. Marwil | Local Meals-Working lunch for J. Marwil, M. Thomas, P. Possinger and P. Young | 80.00 |
| 06/29/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking- Cab from office to home. | 28.55 |
| 07/06/2015 | J. Devoy Dubuque | Transcripts & Depositions-Veritext Certified Copy of Transcript | 82.80 |
| 07/09/2015 | Mark K. Thomas | Professional Services- CourtCall | 79.00 |
| 07/09/2015 | Michael A. Firestein | Professional Services- CourtCall | 79.00 |
| 07/16/2015 | Peter J. Young | Long Distance Telephone | 2.16 |
| 07/16/2015 | Michele M. Reetz | Messenger/delivery | 48.91 |
| 07/22/2015 | Peter J. Young | Long Distance Telephone | 0.38 |
| 07/22/2015 | Peter J. Young | Long Distance Telephone | 2.68 |
| 07/22/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking- Cab from LaGuardia to Hotel | 53.21 |
| 07/22/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking- A1 Airport Limo from home to O'Hare | 75.00 |
| 07/23/2015 | Michael A. Firestein | Long Distance Telephone | 2.56 |
| 07/26/2015 | Peter J. Young | Long Distance Telephone | 0.39 |
| 07/26/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking- A1 Airport Limo from O'Hare to Home | 75.00 |
| 07/26/2015 | Jeff J. Marwil | Airplane-Chicago/New York 7/22-26/15 | 525.10 |
| 07/27/2015 | Mark K. Thomas | Airplane-GoGo Air (Internet) | 21.95 |
| 07/27/2015 | Joseph P. Malca | Filing and Court Costs | 44.50 |
| 07/27/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- A1 Airport Limo from home to O'Hare | 75.00 |
| 07/27/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Cab from LaGuardia to Hotel | 45.00 |
| 07/27/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 07/27/2015 | Mark K. Thomas | Out Of Town Meals-M. Thomas, J. Marwil, P. Young, N. Luria, R. Nowitz and M. Cumbee | 240.00 |
| 07/28/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking- Uber Car from home to office for early morning call. | 18.77 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/28/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from hotel to office. | 10.00 |
| 07/29/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from hotel to meeting. | 25.00 |
| 07/29/2015 | Mark K. Thomas | Telephone | 0.60 |
| 07/30/2015 | Mark K. Thomas | Airplane-Dallas/New York/Chicago 7/29-30/15 | 819.50 |
| 07/30/2015 | Mark K. Thomas | Airplane-GoGo Air (Internet) | 19.43 |
| 07/30/2015 | Mark K. Thomas | Airplane-Chicago/New York 7/27-28/15 | 525.10 |
| 07/30/2015 | Mark K. Thomas | Lodging-1 Night Dallas | 270.86 |
| 07/30/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Carey Car Service from hotel to airport | 50.00 |
| 07/30/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from O'Hare to home | 75.00 |
| 07/30/2015 | Jeff J. Marwil | Messenger/delivery | 18.10 |
| 07/31/2015 | Peter J. Young | Long Distance Telephone | 8.65 |
| 08/02/2015 | Joseph P. Malca | Reproduction | 12.10 |
| 08/02/2015 | Lary Alan Rappaport | Reproduction | 0.20 |
| 08/02/2015 | Lary Alan Rappaport | Reproduction | 3.50 |
| 08/02/2015 | Lary Alan Rappaport | Reproduction | 9.00 |
| 08/02/2015 | Lary Alan Rappaport | Reproduction | 7.00 |
| 08/02/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 08/03/2015 | Jeff J. Marwil | Out Of Town Meals-M. Thomas and J. Marwil | 30.98 |
| 08/03/2015 | Jennifer L. Roche | Long Distance Telephone | 0.35 |
| 08/03/2015 | Paul Possinger | Local Meals-Working lunch for P. Possinger, J. Marwil, M. Thomas and P. Young | 80.00 |
| 08/03/2015 | Jared Zajac | Reproduction | 0.10 |
| 08/03/2015 | Joseph P. Malca | Reproduction | 4.40 |
| 08/03/2015 | Joseph P. Malca | Reproduction | 1.10 |
| 08/03/2015 | Joseph P. Malca | Reproduction | 3.60 |
| 08/03/2015 | Joseph P. Malca | Reproduction | 0.30 |
| 08/03/2015 | Lary Alan Rappaport | Reproduction | 1.50 |
| 08/03/2015 | Lary Alan Rappaport | Reproduction | 0.60 |
| 08/03/2015 | Lary Alan Rappaport | Reproduction | 1.50 |
| 08/03/2015 | Lary Alan Rappaport | Reproduction | 3.60 |
| 08/03/2015 | Lary Alan Rappaport | Reproduction | 1.20 |
| 08/03/2015 | Peter J. Young | Reproduction | 5.20 |
| 08/03/2015 | Kimberly White | Reproduction | 5.10 |
| 08/03/2015 | Paul Possinger | Reproduction | 7.40 |
| 08/03/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 08/03/2015 | Jared Zajac | Long Distance Telephone | 1.74 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/03/2015 | Jared Zajac | Long Distance Telephone | 2.09 |
| 08/03/2015 | Jared Zajac | Long Distance Telephone | 0.35 |
| 08/04/2015 | Jared Zajac | Long Distance Telephone | 0.70 |
| 08/04/2015 | Jared Zajac | Long Distance Telephone | 0.35 |
| 08/04/2015 | Jared Zajac | Reproduction | 3.00 |
| 08/04/2015 | Jared Zajac | Reproduction | 1.70 |
| 08/04/2015 | Jared Zajac | Reproduction | 1.00 |
| 08/04/2015 | Daniel I. Ganitsky | Reproduction | 8.40 |
| 08/04/2015 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 08/04/2015 | Peter J. Young | Reproduction | 0.10 |
| 08/04/2015 | Peter J. Young | Reproduction | 0.80 |
| 08/04/2015 | Paul Possinger | Reproduction | 4.50 |
| 08/04/2015 | Kimberly White | Reproduction | 0.80 |
| 08/04/2015 | Peter J. Young | Reproduction | 0.20 |
| 08/04/2015 | Peter J. Young | Reproduction | 3.70 |
| 08/04/2015 | Paul Possinger | Reproduction | 0.40 |
| 08/05/2015 | Jared Zajac | Reproduction | 0.60 |
| 08/05/2015 | Daniel I. Ganitsky | Reproduction | 2.70 |
| 08/05/2015 | Daniel I. Ganitsky | Reproduction | 1.00 |
| 08/05/2015 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 08/05/2015 | Daniel I. Ganitsky | Reproduction | 1.10 |
| 08/05/2015 | Paulette Lindo | Reproduction | 0.20 |
| 08/05/2015 | Paulette Lindo | Reproduction | 0.10 |
| 08/05/2015 | Paulette Lindo | Reproduction | 11.80 |
| 08/05/2015 | Paulette Lindo | Reproduction | 0.20 |
| 08/05/2015 | Paulette Lindo | Reproduction | 0.50 |
| 08/05/2015 | Paulette Lindo | Reproduction | 0.10 |
| 08/05/2015 | Paulette Lindo | Reproduction | 3.60 |
| 08/05/2015 | Paulette Lindo | Reproduction | 5.30 |
| 08/05/2015 | Paulette Lindo | Reproduction | 0.10 |
| 08/05/2015 | Paulette Lindo | Reproduction | 0.10 |
| 08/05/2015 | Paulette Lindo | Reproduction | 10.70 |
| 08/05/2015 | Lary Alan Rappaport | Reproduction | 11.70 |
| 08/05/2015 | Lary Alan Rappaport | Reproduction | 0.50 |
| 08/05/2015 | Proskauer Unassigned | Reproduction | 1.40 |
| 08/05/2015 | Proskauer Unassigned | Reproduction | 7.20 |
| 08/05/2015 | Proskauer Unassigned | Reproduction | 9.80 |
| 08/05/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 08/05/2015 | Proskauer Unassigned | Reproduction | 8.60 |
| 08/05/2015 | Peter J. Young | Reproduction | 0.40 |
| 08/05/2015 | Michele M. Reetz | Reproduction | 2.90 |
| 08/05/2015 | Mark K. Thomas | Reproduction | 0.10 |
| 08/05/2015 | Proskauer Unassigned | Reproduction | 1.00 |
| 08/05/2015 | Proskauer Unassigned | Reproduction | 7.80 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/05/2015 | Proskauer Unassigned | Reproduction | 12.50 |
| 08/05/2015 | Proskauer Unassigned | Reproduction | 9.90 |
| 08/05/2015 | Proskauer Unassigned | Reproduction | 1.10 |
| 08/05/2015 | Peter J. Young | Reproduction | 4.50 |
| 08/05/2015 | Peter J. Young | Reproduction | 4.50 |
| 08/05/2015 | Michele M. Reetz | Reproduction | 3.00 |
| 08/05/2015 | Mark K. Thomas | Reproduction | 9.90 |
| 08/05/2015 | Mark K. Thomas | Reproduction | 7.80 |
| 08/05/2015 | Mark K. Thomas | Reproduction | 4.50 |
| 08/05/2015 | Proskauer Unassigned | Reproduction | 19.50 |
| 08/05/2015 | Proskauer Unassigned | Reproduction | 0.70 |
| 08/05/2015 | Proskauer Unassigned | Reproduction | 2.40 |
| 08/05/2015 | Peter J. Young | Reproduction | 7.80 |
| 08/05/2015 | Jared Zajac | Long Distance Telephone | 0.70 |
| 08/05/2015 | Jared Zajac | Dinner Voucher/sweb | 20.00 |
| 08/06/2015 | Jared Zajac | Long Distance Telephone | 1.04 |
| 08/06/2015 | Jared Zajac | Lexis | 159.50 |
| 08/06/2015 | Joseph P. Malca | Reproduction | 0.10 |
| 08/06/2015 | Joseph P. Malca | Reproduction | 0.10 |
| 08/06/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 08/06/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 08/06/2015 | Joseph P. Malca | Reproduction | 0.80 |
| 08/06/2015 | Joseph P. Malca | Reproduction | 0.80 |
| 08/06/2015 | Joseph P. Malca | Reproduction | 8.70 |
| 08/06/2015 | Gary Silber | Reproduction | 0.70 |
| 08/06/2015 | Joseph P. Malca | Reproduction | 3.40 |
| 08/06/2015 | Lary Alan Rappaport | Reproduction | 9.10 |
| 08/06/2015 | Lary Alan Rappaport | Reproduction | 8.70 |
| 08/06/2015 | Lary Alan Rappaport | Reproduction | 3.30 |
| 08/06/2015 | Lary Alan Rappaport | Reproduction | 3.40 |
| 08/07/2015 | Daniel I. Ganitsky | Reproduction | 4.60 |
| 08/07/2015 | Joseph P. Malca | Reproduction | 3.00 |
| 08/07/2015 | Lary Alan Rappaport | Reproduction | 0.30 |
| 08/07/2015 | Lary Alan Rappaport | Reproduction | 0.20 |
| 08/07/2015 | Lary Alan Rappaport | Reproduction | 12.80 |
| 08/07/2015 | Lary Alan Rappaport | Reproduction | 11.80 |
| 08/07/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 08/08/2015 | Lary Alan Rappaport | Reproduction | 3.80 |
| 08/08/2015 | Lary Alan Rappaport | Reproduction | 3.80 |
| 08/08/2015 | Lary Alan Rappaport | Reproduction | 0.20 |
| 08/08/2015 | Lary Alan Rappaport | Reproduction | 0.40 |
| 08/08/2015 | Peter J. Young | Reproduction | 8.40 |
| 08/08/2015 | Peter J. Young | Reproduction | 4.20 |
| 08/08/2015 | Peter J. Young | Reproduction | 0.20 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/08/2015 | Peter J. Young | Reproduction | 1.40 |
| 08/08/2015 | Peter J. Young | Reproduction | 0.10 |
| 08/08/2015 | Joseph P. Malca | Reproduction | 4.60 |
| 08/08/2015 | Daniel I. Ganitsky | Taxicab/car Svc. | 41.00 |
| 08/08/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Cab to EFH office in Dallas | 12.00 |
| 08/08/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Cab from EFH office in Dallas | 13.00 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 4.70 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 24.30 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.80 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 1.20 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.80 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.70 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 1.40 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 1.20 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 3.40 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 1.20 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.80 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 3.80 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 1.40 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 3.40 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 17.80 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 11.10 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 3.50 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 11.10 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 3.00 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 3.00 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 1.30 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.80 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 8.30 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 0.80 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 3.00 |

| Date | Name | Description | Amount |
|---|---|---|---:|
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 1.30 |
| 08/08/2015 | Daniel I. Ganitsky | Reproduction | 8.30 |
| 08/08/2015 | Lary Alan Rappaport | Reproduction | 12.10 |
| 08/09/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Parking | 38.00 |
| 08/09/2015 | Mark K. Thomas | Reproduction | 4.30 |
| 08/09/2015 | Mark K. Thomas | Reproduction | 7.90 |
| 08/09/2015 | Peter J. Young | Reproduction | 2.10 |
| 08/09/2015 | Peter J. Young | Reproduction | 0.70 |
| 08/09/2015 | Peter J. Young | Reproduction | 16.80 |
| 08/09/2015 | Peter J. Young | Reproduction | 2.40 |
| 08/09/2015 | Peter J. Young | Reproduction | 1.80 |
| 08/09/2015 | Peter J. Young | Reproduction | 5.00 |
| 08/09/2015 | Peter J. Young | Reproduction | 8.40 |
| 08/09/2015 | Peter J. Young | Reproduction | 7.90 |
| 08/09/2015 | Mark K. Thomas | Reproduction | 0.10 |
| 08/09/2015 | Peter J. Young | Reproduction | 0.40 |
| 08/09/2015 | Peter J. Young | Reproduction | 1.40 |
| 08/09/2015 | Peter J. Young | Reproduction | 0.10 |
| 08/09/2015 | Mark K. Thomas | Airplane-Upgrade Seat | 25.00 |
| 08/10/2015 | Mark K. Thomas | Airplane-GoGo Air (Internet) | 15.95 |
| 08/10/2015 | Peter J. Young | Out Of Town Meals-P. Young and M. Thomas | 42.20 |
| 08/10/2015 | Peter J. Young | Out Of Town Meals | 4.33 |
| 08/10/2015 | Peter J. Young | Airplane-Chicago/Philadelphia 8/10-11/15 | 268.10 |
| 08/10/2015 | Peter J. Young | Lodging-1 Night Philadelphia | 299.15 |
| 08/10/2015 | Peter J. Young | Other Disbursements-Gratuities for 8/10-11/15 Travel | 25.00 |
| 08/10/2015 | Jacquelyn N. Ferry | Reproduction | 0.30 |
| 08/10/2015 | Jacquelyn N. Ferry | Reproduction | 1.40 |
| 08/10/2015 | Jacquelyn N. Ferry | Reproduction | 2.30 |
| 08/10/2015 | Jacquelyn N. Ferry | Reproduction | 1.30 |
| 08/10/2015 | Jacquelyn N. Ferry | Reproduction | 1.20 |
| 08/10/2015 | Jared Zajac | Reproduction | 0.90 |
| 08/10/2015 | Susan Schomburg | Reproduction | 0.30 |
| 08/10/2015 | Susan Schomburg | Reproduction | 9.60 |
| 08/10/2015 | Susan Schomburg | Reproduction | 0.90 |
| 08/10/2015 | Susan Schomburg | Reproduction | 14.10 |
| 08/10/2015 | Susan Schomburg | Reproduction | 32.40 |
| 08/10/2015 | Susan Schomburg | Reproduction | 10.20 |
| 08/10/2015 | Susan Schomburg | Reproduction | 26.70 |
| 08/10/2015 | Susan Schomburg | Reproduction | 31.80 |
| 08/10/2015 | Susan Schomburg | Reproduction | 26.10 |
| 08/10/2015 | Susan Schomburg | Reproduction | 16.20 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/10/2015 | Susan Schomburg | Reproduction | 12.00 |
| 08/10/2015 | Susan Schomburg | Reproduction | 74.40 |
| 08/10/2015 | Susan Schomburg | Reproduction | 6.30 |
| 08/10/2015 | Susan Schomburg | Reproduction | 0.90 |
| 08/10/2015 | Susan Schomburg | Reproduction | 3.30 |
| 08/10/2015 | Susan Schomburg | Reproduction | 15.30 |
| 08/10/2015 | Kimberly White | Reproduction | 3.70 |
| 08/10/2015 | Kimberly White | Reproduction | 0.10 |
| 08/10/2015 | Susan Schomburg | Reproduction | 8.40 |
| 08/10/2015 | Susan Schomburg | Reproduction | 9.90 |
| 08/10/2015 | Susan Schomburg | Reproduction | 30.30 |
| 08/10/2015 | Susan Schomburg | Reproduction | 5.70 |
| 08/10/2015 | Susan Schomburg | Reproduction | 2.70 |
| 08/10/2015 | Susan Schomburg | Reproduction | 2.10 |
| 08/10/2015 | Susan Schomburg | Reproduction | 15.60 |
| 08/10/2015 | Mark K. Thomas | Reproduction | 0.10 |
| 08/10/2015 | Susan Schomburg | Reproduction | 0.90 |
| 08/10/2015 | Susan Schomburg | Reproduction | 17.70 |
| 08/10/2015 | Susan Schomburg | Reproduction | 12.90 |
| 08/10/2015 | Susan Schomburg | Reproduction | 13.50 |
| 08/10/2015 | Susan Schomburg | Reproduction | 1.20 |
| 08/10/2015 | Susan Schomburg | Reproduction | 1.20 |
| 08/10/2015 | Susan Schomburg | Reproduction | 0.90 |
| 08/10/2015 | Susan Schomburg | Reproduction | 52.50 |
| 08/10/2015 | Kimberly White | Reproduction | 10.40 |
| 08/10/2015 | Kimberly White | Reproduction | 4.00 |
| 08/10/2015 | Peter J. Young | Out Of Town Transportation-Carey Car Service from Court to Airport | 114.02 |
| 08/10/2015 | Peter J. Young | Out Of Town Transportation-Cab from Airport to Hotel | 35.00 |
| 08/10/2015 | Mark K. Thomas | Out Of Town Meals-M. Thomas and P. Young | 80.00 |
| 08/10/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from home to O'Hare | 45.00 |
| 08/10/2015 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from O'Hare to home on 8/11/15 | 50.00 |
| 08/10/2015 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from home to O'Hare | 55.00 |
| 08/11/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from hotel to Court | 45.00 |
| 08/11/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Carey Car Service from Court to Airport | 125.00 |
| 08/11/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/11/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from O'Hare to home | 45.00 |
| 08/11/2015 | Jared Zajac | Reproduction | 0.20 |
| 08/11/2015 | Jared Zajac | Reproduction | 0.30 |
| 08/11/2015 | Courtney M. Bowman | Reproduction | 1.70 |
| 08/11/2015 | Courtney M. Bowman | Reproduction | 20.90 |
| 08/11/2015 | Jared Zajac | Reproduction | 0.90 |
| 08/11/2015 | Jared Zajac | Reproduction | 2.20 |
| 08/11/2015 | Jared Zajac | Reproduction | 1.60 |
| 08/11/2015 | Jared Zajac | Reproduction | 0.50 |
| 08/11/2015 | Courtney M. Bowman | Reproduction | 1.40 |
| 08/11/2015 | Courtney M. Bowman | Reproduction | 0.30 |
| 08/11/2015 | Courtney M. Bowman | Reproduction | 1.30 |
| 08/11/2015 | Courtney M. Bowman | Reproduction | 1.20 |
| 08/11/2015 | Courtney M. Bowman | Reproduction | 2.30 |
| 08/11/2015 | Joshua L. Kopple | Reproduction | 1.10 |
| 08/11/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 08/11/2015 | Mark K. Thomas | Lodging-1 Night Philadelphia | 300.00 |
| 08/11/2015 | Mark K. Thomas | Airplane-Chicago/Philadelphia 8/10-11/15 | 287.10 |
| 08/11/2015 | Peter J. Young | Out Of Town Meals | 10.24 |
| 08/12/2015 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 08/12/2015 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 08/12/2015 | Jared Zajac | Reproduction | 0.90 |
| 08/12/2015 | Paulette Lindo | Reproduction | 0.70 |
| 08/12/2015 | Paulette Lindo | Reproduction | 0.10 |
| 08/12/2015 | Paulette Lindo | Reproduction | 13.50 |
| 08/12/2015 | Jennifer L. Roche | Reproduction | 1.20 |
| 08/12/2015 | Jennifer L. Roche | Reproduction | 3.80 |
| 08/12/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 08/12/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 08/12/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 08/12/2015 | Michele M. Reetz | Reproduction | 0.70 |
| 08/12/2015 | Michele M. Reetz | Reproduction | 1.40 |
| 08/12/2015 | Michele M. Reetz | Reproduction | 3.70 |
| 08/12/2015 | Joshua L. Kopple | Westlaw | 396.00 |
| 08/13/2015 | Paulette Lindo | Reproduction | 0.20 |
| 08/13/2015 | Paulette Lindo | Reproduction | 0.30 |
| 08/13/2015 | Jennifer L. Roche | Reproduction | 1.60 |
| 08/13/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 08/13/2015 | Joshua L. Kopple | Reproduction | 0.60 |
| 08/13/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 08/13/2015 | Jennifer L. Roche | Reproduction | 3.50 |
| 08/13/2015 | Joshua L. Kopple | Reproduction | 0.10 |

| Date | Name | Description | Amount |
|---|---|---|---:|
| 08/13/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 08/13/2015 | Lorena Ramirez | Reproduction | 8.80 |
| 08/14/2015 | Jared Zajac | Reproduction | 0.40 |
| 08/14/2015 | Jared Zajac | Lexis | 456.00 |
| 08/16/2015 | Lary Alan Rappaport | Reproduction | 5.30 |
| 08/16/2015 | Lary Alan Rappaport | Reproduction | 2.40 |
| 08/17/2015 | Jared Zajac | Reproduction | 0.30 |
| 08/17/2015 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 08/17/2015 | Daniel I. Ganitsky | Reproduction | 1.00 |
| 08/17/2015 | Paulette Lindo | Reproduction | 0.10 |
| 08/17/2015 | Paulette Lindo | Reproduction | 0.10 |
| 08/17/2015 | Paulette Lindo | Reproduction | 0.10 |
| 08/17/2015 | Paulette Lindo | Reproduction | 0.10 |
| 08/17/2015 | Paulette Lindo | Reproduction | 0.70 |
| 08/17/2015 | Paulette Lindo | Reproduction | 0.90 |
| 08/17/2015 | Paulette Lindo | Reproduction | 0.10 |
| 08/17/2015 | Paulette Lindo | Reproduction | 0.50 |
| 08/17/2015 | Jared Zajac | Reproduction | 1.60 |
| 08/17/2015 | Jared Zajac | Reproduction | 2.20 |
| 08/17/2015 | Jared Zajac | Reproduction | 0.50 |
| 08/17/2015 | Paulette Lindo | Reproduction | 0.20 |
| 08/17/2015 | Jared Zajac | Reproduction | 0.10 |
| 08/17/2015 | Paulette Lindo | Reproduction | 0.50 |
| 08/17/2015 | Paulette Lindo | Reproduction | 4.20 |
| 08/17/2015 | Paulette Lindo | Reproduction | 1.30 |
| 08/17/2015 | Paulette Lindo | Reproduction | 0.70 |
| 08/17/2015 | Jared Zajac | Reproduction | 10.20 |
| 08/17/2015 | Lary Alan Rappaport | Reproduction | 0.40 |
| 08/17/2015 | Jennifer L. Roche | Reproduction | 4.70 |
| 08/17/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 08/17/2015 | Jennifer L. Roche | Reproduction | 0.30 |
| 08/17/2015 | Jennifer L. Roche | Reproduction | 0.10 |
| 08/17/2015 | Jennifer L. Roche | Reproduction | 0.20 |
| 08/17/2015 | Paul Possinger | Reproduction | 3.10 |
| 08/17/2015 | Paul Possinger | Reproduction | 0.60 |
| 08/17/2015 | Mark K. Thomas | Reproduction | 4.50 |
| 08/17/2015 | Joshua L. Kopple | Westlaw | 198.00 |
| 08/18/2015 | Jared Zajac | Long Distance Telephone | 1.04 |
| 08/19/2015 | Jennifer L. Roche | Long Distance Telephone | 0.35 |
| 08/19/2015 | Courtney M. Bowman | Reproduction | 1.10 |
| 08/19/2015 | Rochelle H. Emert | Reproduction | 1.10 |
| 08/19/2015 | Rochelle H. Emert | Reproduction | 1.30 |
| 08/19/2015 | Rochelle H. Emert | Reproduction | 0.90 |
| 08/19/2015 | Paul Possinger | Reproduction | 18.40 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/19/2015 | Paul Possinger | Reproduction | 0.20 |
| 08/19/2015 | Mark K. Thomas | Local Meals-Working lunch M. Thomas, P. Possinger and P. Young | 60.00 |
| 08/20/2015 | Jared Zajac | Reproduction | 1.80 |
| 08/20/2015 | Jared Zajac | Reproduction | 0.10 |
| 08/21/2015 | Peter J. Young | Reproduction | 1.60 |
| 08/21/2015 | Peter J. Young | Reproduction | 0.20 |
| 08/21/2015 | Peter J. Young | Reproduction | 0.20 |
| 08/21/2015 | Peter J. Young | Reproduction | 0.20 |
| 08/21/2015 | Jennifer L. Roche | Long Distance Telephone | 1.04 |
| 08/21/2015 | Jared Zajac | Long Distance Telephone | 2.78 |
| 08/21/2015 | Richard M. Corn | Lexis | 31.75 |
| 08/24/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Cab from Airport to Hotel | 40.00 |
| 08/24/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Cab to O'Hare | 45.00 |
| 08/24/2015 | Jared Zajac | Long Distance Telephone | 1.04 |
| 08/24/2015 | Jared Zajac | Long Distance Telephone | 1.74 |
| 08/24/2015 | Jennifer L. Roche | Long Distance Telephone | 2.43 |
| 08/24/2015 | Jennifer L. Roche | Long Distance Telephone | 0.35 |
| 08/24/2015 | Richard M. Corn | Reproduction | 5.20 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 1.90 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 1.20 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 1.90 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 1.20 |
| 08/24/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 08/25/2015 | Paul Possinger | Reproduction | 0.20 |
| 08/25/2015 | Paul Possinger | Reproduction | 0.10 |
| 08/25/2015 | Paul Possinger | Reproduction | 0.20 |
| 08/25/2015 | Paul Possinger | Reproduction | 1.00 |
| 08/25/2015 | Paul Possinger | Reproduction | 0.10 |
| 08/25/2015 | Paul Possinger | Reproduction | 0.10 |
| 08/25/2015 | Paul Possinger | Reproduction | 6.30 |
| 08/25/2015 | Paul Possinger | Reproduction | 3.10 |
| 08/25/2015 | Paul Possinger | Reproduction | 10.20 |
| 08/25/2015 | Paul Possinger | Reproduction | 8.90 |
| 08/25/2015 | Paul Possinger | Reproduction | 11.60 |
| 08/25/2015 | Michele M. Reetz | Reproduction | 3.20 |
| 08/25/2015 | Paul Possinger | Reproduction | 4.00 |
| 08/25/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- A-1 Airport Limo from home to O'Hare | 75.00 |
| 08/25/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Carey Car Service from Hotel to Court | 114.02 |
| 08/25/2015 | Mark K. Thomas | Airplane-Chicago/Philadelphia 8/24-25/15 | 268.10 |
| 08/25/2015 | Mark K. Thomas | Airplane-Philadelphia to Chicago Ticket Change Fee | 135.50 |
| 08/25/2015 | Mark K. Thomas | Out Of Town Meals | 36.48 |
| 08/25/2015 | Mark K. Thomas | Lodging-1 Night Philadelphia | 300.00 |
| 08/26/2015 | Richard M. Corn | Reproduction | 2.40 |
| 08/26/2015 | Richard M. Corn | Reproduction | 2.40 |
| 08/26/2015 | Richard M. Corn | Reproduction | 1.70 |
| 08/26/2015 | Richard M. Corn | Reproduction | 1.70 |
| 08/26/2015 | Paul Possinger | Reproduction | 1.70 |
| 08/26/2015 | Paul Possinger | Reproduction | 2.40 |
| 08/27/2015 | Jared Zajac | Reproduction | 0.30 |
| 08/27/2015 | Jared Zajac | Reproduction | 0.40 |
| 08/27/2015 | Jared Zajac | Reproduction | 0.10 |
| 08/27/2015 | Paulette Lindo | Reproduction | 0.80 |
| 08/27/2015 | Paulette Lindo | Reproduction | 0.30 |
| 08/27/2015 | Paulette Lindo | Reproduction | 0.20 |
| 08/27/2015 | Paulette Lindo | Reproduction | 3.30 |
| 08/27/2015 | Paulette Lindo | Reproduction | 0.50 |
| 08/27/2015 | Joshua L. Kopple | Reproduction | 23.20 |
| 08/27/2015 | Joshua L. Kopple | Reproduction | 3.80 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/27/2015 | Joshua L. Kopple | Reproduction | 11.70 |
| 08/27/2015 | Joshua L. Kopple | Reproduction | 1.90 |
| 08/27/2015 | Joshua L. Kopple | Reproduction | 1.90 |
| 08/27/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 08/27/2015 | Joshua L. Kopple | Reproduction | 4.30 |
| 08/27/2015 | Joshua L. Kopple | Reproduction | 6.50 |
| 08/27/2015 | Joshua L. Kopple | Reproduction | 0.90 |
| 08/27/2015 | Joshua L. Kopple | Reproduction | 0.90 |
| 08/27/2015 | Jared Zajac | Long Distance Telephone | 0.70 |
| 08/27/2015 | Jeff J. Marwil | Messenger/delivery | 39.11 |
| 08/27/2015 | Jeff J. Marwil | Messenger/delivery | 39.73 |
| 08/28/2015 | Richard M. Corn | Reproduction | 0.80 |
| 08/28/2015 | Michael A. Firestein | Reproduction | 1.40 |
| 08/28/2015 | Michael A. Firestein | Reproduction | 0.10 |
| 08/29/2015 | Lary Alan Rappaport | Reproduction | 2.80 |
| 08/31/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 08/31/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 08/31/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 08/31/2015 | Michele M. Reetz | Reproduction | 0.40 |

**Disbursements and Other Charges** $ **9,691.75**