# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 9/21/15 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gregory A. Horowitz | Kramer Levin Naftalis-Frankel | Second Lien Indenture Trustee |
| Rachael Ringer | " | " |
| Laura Davis Jones | Pachulski Stang Ziehl Jones | " |
| Dave Huber | Cross + Simon | American Stock Transfer + Trust |
| Rick Pedone | Nixon Peabody | " |
| David Shemak | O'Melveny & Myers | Apollo |
| Chris Ward | Polsinelli | TCEH Committee |
| Brett Miller | MoFo | TCEH Committee |
| Todd Goren | MoFo | " |
| Erica Richards | MoFo | " |
| Richard L. Schepacarter | US DOJ - OUST | U.S. Trustee |
| Daniel K. Hogan | Hogan McDaniel | Fehy Fancle |
| Jeff Jones | Brown Rudnick | WSFS Trustee |
| Greg Taylor | Ashby + Geddes | WSFS Trustee |
| Jeff Schlerf | Fox Rothschild | TCEH Ad Hoc Unsec Noteholders |
| Tom Lauria | White + Case | " |
| Chris Shore | | " |
| Stephen Miller | Morris James LLP | Law Debenture (Indenture Trustee) |
| Daniel Lowenthal | Patterson Belknap | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Cory Stephenson     O'Kelly Ernst & Bielli, LLC     EFH Corp.

# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 9/21/15 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Carter | Morgan Lewis | PIMCO |
| Blaire Edmonson | Venable | PIMCO |
| Philip Anker | Wilmer Hale | Delaware Trust Co. EFH IT |
| Howard A. Cohen | Drinker Biddle & Reath | Citibank, DIP Agent |
| Michael Roberts | McCool Smith | Alcoa Inc. |
| Arlene Alves | Seward & Kissel | Wilmington Trust as TCEH First Lien Agent |
| Rich Pedone | Nixon Peabody | AST as EFH Indenture Trustee |
| GianClaudio Finizio | Bayard | DTC as IT for TCEH Recur Second |
| Benjamin Santer | Kobre + Kim | " |
| David Primack | McElroy Deutsch Mulvaney Carpenter | TCEH Debtors |
| Clay Lonnquist | Klehr Harrison | UMB Bank Indenture Trustee |
| Ned Schodek | Shearman & Sterling | Deutsche Bank New York |
| R. Stephen McNeill | Potter Anderson & Corroon | " |
| Jason Derosa | Sullivan & Cromwell | EFIH Committee |
| Megan Kenney | " | " |
| Patrick Fahey | MMWR | " |
| Mark Felg | MMWR | " |
| Brian Hermann, Jacob Adlerstein, Pauline K. Morgan | Paul Weiss; Young Conaway | as Sec Committee of TCEH First Lien Creditors |
| Tina Moss | Perkins Coie | DTC as IT for TCEH Second Second |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Calendar Date: 09/21/2015
Calendar Time: 09:30 AM ET

*1st Revision 09/18/2015 03:44 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7164017 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7155135 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7162202 | Trevor Broad | (212) 474-1000 | Cravath Swaine & Moore LLP | Representing, Energy Future Independent Holding Co. LLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7155133 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, CitiBank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7163952 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7164030 | Kevin CoCo | 212-450-3022 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7159703 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7159972 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7163672 | Thomas Curtin | (212) 504-6063 | Cadwalader, Wickersham & Taft LLP | Interested Party, Cadwalader, Wickersham & Taft LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7154513 | Michael L. Davitt | (214) 969-2938 | Jones Day | Creditor, Oncor Electronic Delivery Holdings Company LLC. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7155386 | Adam M. Denhoff | (212) 373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee of First Lien Lenders / LISTEN ONLY |

Peggy Drasal ext. 802

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

| Representing | Case | Type | ID | Name | Phone | Firm | Party / Status |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7160417 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7155959 | Michelle Dreyer - Client | (212) 808-7925 | Kelley Drye & Warren LLP | Client, Michelle Dreyer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7155935 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Indenture / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7162846 | Moshe Fink | (212) 542-4736 ext. 00 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7159890 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7158638 | Mark Flannagan - Client | (312) 832-4364 | Foley & Lardner LLP | Trustee, Mark Flannagan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7152168 | Richard Gitlin - Client | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, Richard Gitlin / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157515 | Brian Glueckstein | 212-558-4000 | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7163000 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7159722 | Isley M Gostin | (202) 663-6551 | WilmerHale LLP | Creditor, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157058 | Anna E. Grace | (202) 514-4091 | United States Department of Justice | Creditor, Environmental Protection Agency / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7162366 | Matthew Greenberg | (713) 758-3236 | Vinson & Elkins LLP | Interested Party, Hunt Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7162331 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7153151 | Mark W. Hancock | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7163745 | Howard Hawkins | (212) 504-6422 | Cadwalader, Wickersham & Taft LLP | Creditor, Morgan Stanley Capital Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7162360 | Paul Heath | 214-220-7976 | Vinson & Elkins LLP | Interested Party, Hunt Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7158623 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157509 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holdings, et al. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7160370 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154929 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7158814 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7159738 | Michael J. Kelly | 212-554-1760 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7164010 | Matthew W. Kinskey | (202) 887-4516 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157516 | Emil Kleinhaus | 212-403-1252 ext. 00 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7159989 | Scott E. Koerner | (212) 704-6137 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7159678 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7158916 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7160423 | Kevin M. Lippman | (214) 855-7553 | Munsch Hardt Kopf & Harr, P.C. | Creditor, ERCOT / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7162882 | Benjamin Loveland | (617) 526-6641 | Wilmer Cutler Pickering Hale & Dorr, LLP | Interested Party, Marathon Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7155027 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7162306 | Jeff Marwil | (312) 962-3540 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7158189 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LIVE |

| Case | Type | ID | Name | Phone | Firm | Party |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7159700 | Meredith S. Parkinson | (617) 951-7000 | Ropes & Gray, LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7163291 | Darshan Patel | (212) 526-9988 | Barclays Capital | Interested Party, Barclays Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7162892 | Daniel Pine | (212) 500-3158 | Marathon Asset Management | Creditor, Marathon Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7164024 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7159891 | Lary A. Rappaport | (310) 284-5658 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7158182 | Rachael Ringer | (212) 715-9106 | Kramer Levin Naftalis & Frankel LLP | Creditor, The Lein Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7156421 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7155952 | Richard A. Stieglitz | (212) 701-3393 ext. 00 | Cahill Gordon & Reindel | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7159672 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157178 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157347 | Matthew J. Troy | (202) 514-9038 | U.S. Department of Justice - Civil Division | Creditor, United States / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157342 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom (Chicago) | Interested Party, Texas Transmission Investment, LLC. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7159709 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7163515 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party, Kevin M. Van Dam / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7154454 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7152148 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7160829 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157504 | Austin Witt | (212) 403-1152 | Wachtell, Lipton, Rosen & Katz | Interested Party, Equity Sponsors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7160395 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7162303 | Peter Young | (312) 962-3528 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7157144 | Daniel Zazove | 312-324-8605 | Perkins Coie LLP | Trustee, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7163338 | Alan Zimmerman | (646) 415-8143 | S&P Capital IQ | Non-Party, LCD S&P Capital IQ / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

Peggy Drasal ext. 802