# EXHIBIT A

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 0.40 | $ 179.00 |
| Assumption/Rejection of Leases & Contracts | | | 3.90 | $ 1,998.00 |
| Bankruptcy-Related Advice | | | 35.20 | $ 17,107.50 |
| Business Operations | | | 4.30 | $ 2,444.00 |
| Case Administration | | | 5.80 | $ 2,139.00 |
| Claims Administration & Objections | | | 10.50 | $ 5,964.00 |
| Corporate Governance & Board Matters | | | 1.90 | $ 1,166.00 |
| Employment/Fee Applications | | | 23.20 | $ 11,067.00 |
| Financing & Cash Collateral | | | 0.70 | $ 386.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 11.80 | $ 6,473.00 |
| Meetings of & Communications with Creditors or the Comm | | | 12.00 | $ 5,747.00 |
| Operations | | | 44.70 | $ 23,467.50 |
| Plan & Disclosure Statement (including business plan) | | | 80.10 | $ 36,912.00 |
| Relief from Stay/Adequate Protection Proceedings | | | 1.00 | $ 500.00 |
| Tax Issues | | | 1.00 | $ 494.00 |
| | | | 236.50 | $ 116,044.00 |

UST Form 11-330-D (2013)

49091408.1

# EXHIBIT B

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 4,248.00 | 7.20 | 590 | 590 | 0 |
| Callenbach, Anne E. | Shareholder | BU Energy | 05/01/1998 | $ 7,038.00 | 15.30 | 460 | 460 | 0 |
| Caro, Jr., Frank A. | Shareholder | BU Energy | 05/01/1983 | $ 7,257.00 | 12.30 | 590 | 590 | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ 3,967.50 | 6.90 | 575 | 575 | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 5,964.00 | 14.20 | 420 | 420 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 44,135.00 | 67.90 | 650 | 650 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 30,744.00 | 73.20 | 420 | 420 | 0 |
| LeCesne, Adrian | Associate | BU Energy | 11/01/2013 | $ 795.00 | 3.00 | 265 | 265 | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 8,424.00 | 23.40 | 360 | 360 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 3,471.50 | 13.10 | 265 | 265 | 0 |
| | | | | $ 116,044.00 | 236.50 | 491 | | |

49091408.1

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Shareholder | $ 399.72 | $ 586.51 |
| Associate | $ 275.00 | $ 401.23 |
| Paralegal | $ 196.75 | $ 265.00 |
| All timekeepers averaged | $ 290.49 | $ 417.58 |

49091408.1

# EXHIBIT C

# EXHIBIT C

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Document Reproduction | $ 68.50 |
| On-Line Searches | $ 253.30 |
| Meals | $ 346.64 |
| | $ 668.44 |

# **EXHIBIT D**



# Invoice Detail

For Professional Services Through 8/31/15  
File No. 078582-475724  
**Re: Energy Future Holdings Bankruptcy**

Page 86  
September 18, 2015  
Invoice No: 1213079

## Disbursements

| Date | Description | Amount |
|---|---|---|
|  | Document Reproduction | $68.50 |
| 08/17/15 | Meals Reliable Wilmington client special pickup- di meo's | 51.03 |
| 08/17/15 | On-Line Searches | 253.30 |
| 08/18/15 | Meals Reliable Wilmington CLIENT SPECIAL PICKUP- CAVANAUGH'S | 75.81 |
| 08/18/15 | Meals Reliable Wilmington CLIENT SPECIAL PICKUP- ALE HOUSE | 82.00 |
| 08/21/15 | Meals Reliable Wilmington CLIENT SPECIAL PICKUP- CAVANAGUH'S | 137.80 |
|  | **Total Disbursements** | **$668.44** |

Total Disbursements — 668.44

**Total Current Charges Due** — $116,712.44