**EXHIBIT E**

**REORGANIZED TCEH FINANCIAL PROJECTIONS**

**I.     Development of Reorganized TCEH's Financial Projections**

   **A.     Responsibility for and Purpose of the Financial Projections.**

As a condition to confirmation of a plan, the Bankruptcy Code[1] requires, among other things, that the Bankruptcy Court determine that confirmation is not likely to be followed by the liquidation or the need for further financial reorganization of the debtor, unless such liquidation is contemplated by the plan, i.e., that the plan meets the feasibility standard. In connection with the development of the Plan, and for purposes of demonstrating that the Plan satisfies this feasibility standard, the Debtors' management, with the assistance of its financial advisors, has analyzed the ability of the Reorganized TCEH Debtors to meet their obligations under the Plan and retain sufficient liquidity and capital resources to conduct their business. The TCEH Debtors believe that the Plan meets the Bankruptcy Code's feasibility standard.

In order to conduct the analysis described above, the Debtors' management developed and prepared financial projections (the "Financial Projections"), which are attached hereto as **Exhibit 1**, for the fiscal years ending December 31, 2015 through December 31, 2020, which assume that the Effective Date of the Plan is March 31, 2016. The Financial Projections have been presented on a consolidated Reorganized TCEH basis and include the operations of all of the TCEH Debtors along with certain assets, liabilities, and expenses of the EFH Debtors required for Reorganized TCEH to operate as a stand-alone company. TCEH does not, as a matter of course, publish its financial projections or anticipated financial position. Accordingly, TCEH does not anticipate that it will, and disclaims any obligation to, furnish updated financial projections to Holders of Claims or Interests after the Confirmation Date, or to include such information in documents required to be filed with the SEC (if any), or otherwise make such information public.

The Financial Projections are presented solely for purposes of the formulation and negotiation of the Plan in order to present the anticipated impact of the Plan. The Financial Projections assume that the Plan will be implemented in accordance with its stated terms. General information about Reorganized TCEH's activities and projections are based on estimated power prices as of December 31, 2014. This information is given in summary form and does not purport to be a complete presentation of all underlying information.

The Debtors have prepared the Financial Projections based on information available to it, including information derived from public sources that have not been independently verified. No representation or warranty, express or implied, is provided in relation to the fairness, accuracy, correctness, completeness, or reliability of the information, opinions, or conclusions expressed herein.

---

[1]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* (the "Disclosure Statement") to which the Financial Projections are attached.

**The Financial Projections are subject to the following cautionary statement:**

The financial information reflected in this document does not purport to present TCEH's financial condition in accordance with generally accepted accounting practices in the United States ("U.S. GAAP"). TCEH's independent accountants have not audited or performed any review procedures on the financial information reflected in this document. Such financial information includes certain measures that are not measures recognized under U.S. GAAP, such as EBITDA. These measures do not purport to be alternatives to measures presented in accordance with U.S. GAAP.

The Financial Projections do reflect "pro forma adjustments" related to the adoption of "fresh start" reporting, which is required by Topic 852, Reorganizations, of the FASB Accounting Standards Codification. Under fresh start reporting, the reorganization value is assigned to assets and liabilities based upon their fair values. If the fair value of all identifiable assets exceeds reorganization value, the excess is recognized as a gain in earnings. If the reorganization value exceeds the fair value of all identifiable assets, goodwill is established for the excess. Neither case, however, has an impact on cash.

This document includes "forward-looking statements", as that term is defined under the Private Securities Litigation Reform Act of 1995. Forward-looking statements include statements concerning Reorganized TCEH's plans, objectives, goals, strategies, future events, future revenue or performance, liquidity, cash flows, capital expenditures, financing needs, plans, or business trends, and other information that is not historical information. When used in this document, the words "estimates," "expects," "anticipates," "projects," "plans," "intends," "believes," "forecasts," or future or conditional verbs, such as "will," "should," "could," or "may," and variations of such words or similar expressions are intended to identify forward-looking statements. All forward-looking statements, including, without limitation, management's examination of historical operating trends and data are based upon TCEH's expectations and various assumptions. Future events or results may differ from those anticipated or expressed in these forward-looking statements. Important factors that could cause actual events or results to differ materially from these forward-looking statements include, among others, the risks and uncertainties described under the heading "Risk Factors" in Energy Future Competitive Holdings LLC's (EFCH) most recent Annual Report on Form 10–K, filed on March 31, 2015, and those described in filings made by the Debtors with the U.S. Bankruptcy Court for the District of Delaware and in other filings EFCH makes with the SEC from time to time.

There may be other factors that may cause Reorganized TCEH's actual results to differ materially from the forward-looking statements. All forward-looking statements attributable to the Debtors or persons acting on their behalf apply only as of the date of this disclosure statement, and are expressly qualified in their entirety by the cautionary statements included in this document. The Debtors undertake no obligation to update or revise forward-looking statements to reflect events or circumstances that arise after the date of this Disclosure Statement or to reflect the occurrence of unanticipated events.

### B. TCEH's Forecasting Process.

The Financial Projections are based on the forecast developed through TCEH's 2014 forecasting process. Each year, TCEH undergoes a detailed annual forecasting process. The Financial Projections are updated for estimated December 31, 2014 power prices. This process ensures organizational and resource alignment, unified focus, and a clear direction for TCEH. The ultimate objective of the annual forecasting process is to develop a detailed operating plan for the subsequent calendar-year period and years beyond, in order to ensure that TCEH's strategic plan is on target to be achieved. The operating plan developed as a result of this process has historically been the basis for the performance goals embedded in the Debtors' employee incentive plans.

### C. Risk Factors.

Important factors that could cause actual events or results to differ materially from the financial projections include, among others, the risks and uncertainties described under the heading "Risk Factors" in EFCH's most recent Annual Report on Form 10K filed on March 31, 2015 and those described in filings (including the Disclosure Statement) made by the Debtors with the U.S. Bankruptcy Court for the District of Delaware and in other filings EFCH makes with the SEC from time to time.

## II. REORGANIZED TCEH

### A. Background on Reorganized TCEH's Projections.

The Financial Projections are based on the business strategy described in more detail in the Disclosure Statement to which the Financial Projections are attached.

The Financial Projections reflect "pro forma adjustments" related to the adoption of "fresh start" reporting, which is required by Topic 852, Reorganizations, of the FASB Accounting Standards Codification. Under fresh start reporting, the reorganization value is assigned to assets and liabilities based upon their fair values. If the fair value of all identifiable assets exceeds reorganization value, the excess is recognized as a gain in earnings. If the reorganization value exceeds the fair value of all identifiable assets, goodwill is established for the excess. Neither outcome has an impact on cash.

### B. Income Statement Assumptions.

- Operating revenue and net gain (loss) from commodity hedging and trading activities – TCEH prepared the revenue projections based on detailed bottom-up forecasts referencing commodity price forecasts as of December 31, 2014.

- Fuel, purchased power costs and delivery fees – Includes lignite mining costs, PRB purchase costs, cost to purchase power from 3rd parties and Transmission and Distribution Service Provider (TDSP) fees paid.

- Operating costs – Operations and Maintenance expense for the power plants, including property taxes.

- Depreciation and amortization – Reflects impact of fresh start accounting.

- Selling, general and administrative expenses – Includes the costs of TXU Energy functions including call centers, customer billing, marketing, and sales along with expenses from EFH Corporate Services.

- Franchise and revenue-based taxes – Gross receipts tax and PUC fees.

- Reorganization items – Reorganization items primarily include professional fees and expenses related to the Chapter 11 Cases.

- Interest income – Interest earned on cash balance.

- Interest expense and related charges – Through March 2016, includes adequate protection payments and interest on the TCEH DIP Facilities. Beginning April 1, 2016 (Post emergence) interest reflects the debt reflected on the balance sheet.

- Income tax (expense)/benefit – Provision for federal income taxes and Texas gross margin tax at statutory rates taking into account projected permanent differences.

- Preferred stock dividends – Dividends paid on $50 million of New Reorganized TCEH Sub Preferred Stock related to the new holding company described in Section X.B of the Disclosure Statement.

C. **Balance Sheet Assumptions.**

- Cash and cash equivalents – At emergence, there is forecasted unrestricted cash and cash equivalents of approximately $500 million and restricted cash of approximately $750 million. The Financial Projections reflect estimated cash flow from operations, and amounts paid pursuant to the Plan, including, but not limited to, payment of certain administrative, priority, miscellaneous secured claims, cure costs, and accrued professional fees related to restructuring.

- Trade accounts receivable – Projected receivables consist primarily of trade receivables expected to be owed to Reorganized TCEH by its customers for power provided in the ordinary course of business. Trade receivables are based on historical activity and future forecasts of commodity prices, customer counts, and average consumption.

- Inventories – Consists of materials and supplies, fuel stock, and natural gas in storage. Unspent nuclear fuel is included in plant balances and amortized.

- Other current assets – Consists principally of prepaid insurance and prepaid sales taxes.

- Restricted Cash – 2015 includes amounts related to the TCEH DIP Facility and TCEH's pre-petition Letter of Credit Facility and 2016-2020 includes amounts related to post-emergence letters of credit.

- Investments – Investments consists of the nuclear plant decommissioning trust, land and miscellaneous other investments. Projected changes in Investments reflect projected contributions to the nuclear decommissioning trust but does not predict any changes in the market value of assets in the trust.

- Property, plant and equipment – net – Property, plant and equipment prior to March 31, 2016 reflect the historical plant values under GAAP. Post emergence plant values are based on the estimated fair values of the assets. The balances include nuclear fuel and are reported on the balance sheet net of accumulated depreciation and amortization. Changes in plant balances changes that occur throughout projection period represent capital expenditures reduced by depreciation and amortization.

- Goodwill – Represents the pro forma estimate of excess of the assumed business enterprise value over the projected fair values of assets and liabilities.

- Identifiable intangible assets – net – Consists of estimated fair value of retail trade name, favorable purchase and sales contracts, retail customers and retail and wholesale contracts. Changes in identifiable intangible assets reflect amortization of those intangible assets subject to amortization.

- Long-term debt due currently – Includes payments of capitalized leases and mine purchase notes due within one year.

- Trade accounts payable – Primarily payments due for O&M, fuel, SG&A expense and capital expenditures.

- Trade accounts and other payables to affiliates – Reflects projected amounts payable to Oncor for electricity delivery charges, and for 2015 also includes amounts payable to EFH Corporate Services.

- Accrued interest – 2015 includes accrued interest on TCEH's DIP facility and accrued adequate protection. Post-March 31, 2016 amounts reflect accrued interest related to the emergence debt facilities.

- Accrued taxes – Represents amounts estimated to be payable for current period Texas gross margin tax payable in the following year.

- Accrued taxes other than income – Includes accrued estimated ad valorem taxes, sales taxes, and payroll-related taxes.

- Other current liabilities – Includes customer deposits, estimated current portion of asset retirement obligation, and accrued payroll and incentive compensation.

- Accumulated deferred income taxes – Reflects tax effect at statutory rates of estimated temporary differences.

- Long-term debt, less amounts due currently – The TCEH DIP facilities include a $1.95 billion revolving credit facility and a $1.425 billion term loan facility. The Financial Projections assume that TCEH will retire its DIP Facility and obtain an exit facility consisting of a $6 billion term loan (of which $750 million will be deposited in an LC facility restricted cash account), $2.25 billion of unsecured notes, and a $1.5 billion revolving credit facility.

- Liabilities subject to compromise – Prepetition obligations of TCEH consisting of debt, trade accounts payable, and net liability under terminated TCEH interest rate swap and natural gas hedging agreements.

- Other noncurrent liabilities and deferred credits – Includes unfavorable purchase and sale contracts, asset retirement and mining reclamation obligations, nuclear decommissioning cost over-recovery, and retirement plan and other employee benefits.

- Membership interests – At emergence, the equity balance assumes $7.1 billion of Reorganized TCEH Common Stock is issued.

**D.  Notes on Emergence Balance Sheet.**

- The consolidated pro forma projected balance sheet includes certain of the basic principles of "fresh start" reporting, which will be required for financial reporting following confirmation of the Plan. Under "fresh start" reporting, which is required by Topic 852, Reorganizations, of the FASB Accounting Standards Codification, the reorganization value is assigned to assets and liabilities based upon their fair values. The term "pro forma" as used herein is not intended to comply with the guidance outlined by the Securities Exchange Commission in Article 11 of Regulation S-X. Because determination of specific asset and liability fair values has not been completed, estimates of the fair values are utilized for illustrative purposes in the pro forma projected balance sheet. When the determination of specific asset and liability fair values is completed post-emergence, each asset and liability will be stated at their respective fair values. If the fair value of all identifiable assets exceeds the reorganization value, the excess will be recognized as a gain in earnings. If the reorganization value exceeds the fair value of all identifiable assets, an intangible asset will be established for the excess.

- The adjustments in the condensed consolidated pro forma projected balance sheet are based on estimates. Actual adjustments will be based on the determined fair value and may be materially different than those presented herein.

# EXHIBIT 1

**FINANCIAL PROJECTIONS**

# TCEH Key Drivers and EBITDA Schedule
**($ in millions, unless stated otherwise)**

| KEY DRIVERS | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|
| Net Generation (TWh) | 61 | 66 | 66 | 65 | 65 | 65 |
| Natural Gas Price ($/MMBtu)[1,2] | 3.01 | 3.51 | 3.85 | 4.04 | 4.20 | 4.30 |
| Heat Rate (MMBtu/MWh)[1,3] | 10.09 | 9.69 | 9.89 | 10.23 | 10.89 | 10.89 |
| Power Price ($/MWh)[1] | 30.40 | 33.98 | 38.01 | 41.31 | 45.71 | 46.77 |

| EBITDA SCHEDULE | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|
| **Income (loss) before income taxes** | **(1,624)** | **(257)** | **465** | **691** | **1,095** | **1,128** |
| Interest expense and related charges | 1,348 | 761 | 528 | 506 | 470 | 407 |
| Interest income | (1) | (2) | (9) | (12) | (16) | (18) |
| Depreciation and amortization | 1,330 | 506 | 270 | 272 | 278 | 286 |
| **GAAP EBITDA** | **1,053** | **1,008** | **1,254** | **1,457** | **1,827** | **1,803** |
| Restructuring & Other | 234 | 109 | - | - | - | - |
| Unrealized MtM net (gain) or loss | 143 | 5 | - | - | - | - |
| Non-cash compensation expenses (Management Incentive Plan) | 4 | 45 | 65 | 75 | 50 | 40 |
| Purchase Accounting, Business Optimization and Other | (23) | 4 | 4 | - | - | (14) |
| **EBITDA (Valuation Basis)** | **1,411** | **1,171** | **1,323** | **1,532** | **1,877** | **1,829** |
| Amortization of nuclear fuel | 148 | 144 | 136 | 140 | 143 | 146 |
| Land Sale & Other | 6 | 1 | 30 | 1 | 1 | 1 |
| **Adjusted EBITDA[4]** | **1,565** | **1,316** | **1,489** | **1,673** | **2,021** | **1,976** |

(1) Natural Gas Price, Heat Rate and Power Price are as of 12/31/2014 for 2015E - 2019E.
(2) Natural gas prices are market as of December 31, 2014 for 2015E to 2019E, reflecting Houston Ship Channel index prices. 2020E is escalated by 2.4% vs. 2019E.
(3) Heat rates are market for 2015E– 16E, interpolation for 2017E – 18E and model-based pricing for 2019 – 20E.
(4) Adjusted EBITDA is essentially the same as defined in the TCEH Credit Agreement except no adjustment is made for expenses to upgrade or expand, or for unplanned outages at,generation facilities.

# TCEH Post Emergence Pro Forma Financial Summary

($ in millions, unless stated otherwise)

| INCOME STATEMENT | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|
| Operating revenues | 5,566 | 5,684 | 5,914 | 6,161 | 6,623 | 6,739 |
| Fuel, purchased power costs and delivery fees | (2,731) | (2,906) | (2,958) | (2,986) | (3,092) | (3,189) |
| Operating costs | (875) | (923) | (956) | (960) | (961) | (1,011) |
| Depreciation and amortization | (1,330) | (506) | (270) | (272) | (278) | (286) |
| Selling, general and administrative expenses | (605) | (648) | (658) | (672) | (650) | (641) |
| Franchise and revenue-based taxes | (83) | (83) | (85) | (88) | (94) | (97) |
| Other (income) deductions | 15 | (7) | (3) | 2 | 1 | 2 |
| Reorganization items | (234) | (109) | - | - | - | - |
| Interest income | 1 | 2 | 9 | 12 | 16 | 18 |
| Interest expense and related charges | (1,348) | (761) | (528) | (506) | (470) | (407) |
| Income (loss) before income taxes | (1,624) | (257) | 465 | 691 | 1,095 | 1,128 |
| Income tax (expense) benefit | 495 | 90 | (152) | (233) | (368) | (373) |
| Net income (loss) | (1,129) | (167) | 313 | 458 | 727 | 755 |
| Preferred stock dividends | - | (4) | (5) | (5) | (5) | (5) |
| Net income (loss) available for common stock | (1,129) | (171) | 308 | 453 | 722 | 750 |

# TCEH Post Emergence Pro Forma Financial Summary
($ in millions, unless stated otherwise)

| CASH FLOW STATEMENT | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|
| Cash flows - operating activities: | | | | | | |
| Net income (loss) | (1,129) | (167) | 313 | 458 | 727 | 755 |
| Adjustments to reconcile net loss to cash provided by (used in) operating activities: | | | | | | |
| Depreciation and amortization | 1,456 | 673 | 442 | 448 | 458 | 454 |
| Deferred income tax benefit (expense), net | (519) | (175) | 131 | 204 | 269 | 183 |
| Unrealized net (gain) loss from mark-to-market valuations of commodity positions | 143 | 5 | - | - | - | - |
| Net (gain) / loss from sale of assets | (4) | - | 1 | - | - | - |
| Changes in operating assets and liabilities: | | | | | | |
| Accounts receivable - trade | 22 | 7 | (12) | (15) | (20) | (7) |
| Inventories | 36 | (5) | (7) | (6) | (9) | 3 |
| Accounts payable - trade | (21) | (32) | - | 10 | - | - |
| Affiliate accounts payable | (5) | (15) | 1 | - | 1 | (2) |
| Other - net assets | 7 | 7 | 4 | 9 | (4) | 4 |
| Other - net liabilities | (79) | 35 | 25 | 58 | 33 | 43 |
| Cash provided by (used in) operating activities | (93) | 333 | 898 | 1,166 | 1,455 | 1,433 |
| Cash flows - financing activities: | | | | | | |
| Issuances of debt | - | - | - | - | - | - |
| Repayment of debt | (21) | (220) | (529) | (691) | (854) | (1,139) |
| Change in revolver | - | - | - | - | - | - |
| Settlements of notes/advances due to affiliates | (11) | (1) | - | - | - | - |
| Preferred stock dividends | - | (4) | (5) | (5) | (5) | (5) |
| Debt issuance costs | - | - | - | - | - | - |
| Cash provided by (used in) financing activities | (32) | (225) | (534) | (696) | (859) | (1,144) |
| Cash flows - investing activities: | | | | | | |
| Capital expenditures | (476) | (329) | (268) | (303) | (329) | (246) |
| Nuclear fuel | (147) | (81) | (86) | (161) | (90) | (100) |
| Proceeds from sale of assets | 10 | - | 28 | - | - | - |
| Purchase of environmental allowances and credits | - | - | - | - | - | - |
| Changes in restricted cash | 12 | - | - | - | - | - |
| Other investing cash flows | (16) | (26) | (10) | (16) | (16) | (16) |
| Cash provided by (used in) investing activities | (617) | (436) | (336) | (480) | (435) | (362) |
| Net change in cash and cash equivalents | (742) | (328) | 28 | (10) | 161 | (73) |
| Cash and cash equivalents - beginning balance | 1,393 | 651 | 670 | 698 | 688 | 849 |
| Cash and cash equivalents - ending balance | 651 | 323 | 698 | 688 | 849 | 776 |
| Cash from emergence financing transactions | | 347 | | | | |
| Cash and cash equivalents - post-emergence | | 670 | | | | |

Note: Cash from Emergence financing transactions and creditor distributions under the Plan.

# TCEH Post Emergence Pro Forma Financial Summary

($ in millions, unless stated otherwise)

| BALANCE SHEET | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| **Current assets:** | | | | | | |
|   Cash and cash equivalents | 651 | 670 | 698 | 688 | 849 | 776 |
|   Trade accounts receivable | 566 | 559 | 572 | 587 | 606 | 613 |
|   Inventories | 432 | 437 | 443 | 449 | 458 | 455 |
|   Other current assets | 114 | 65 | 61 | 53 | 56 | 52 |
|     Total current assets | 1,763 | 1,731 | 1,774 | 1,777 | 1,969 | 1,896 |
| Restricted cash | 1,330 | 750 | 750 | 750 | 750 | 750 |
| Investments | 953 | 969 | 984 | 1,000 | 1,016 | 1,032 |
| Property, plant and equipment - net | 11,418 | 9,132 | 9,141 | 9,264 | 9,309 | 9,283 |
| Goodwill | 2,352 | 1,449 | 1,449 | 1,449 | 1,449 | 1,449 |
| Identifiable intangible assets - net | 1,296 | 2,629 | 2,537 | 2,470 | 2,418 | 2,379 |
| Accumulated deferred income taxes | - | - | - | - | - | - |
| Other noncurrent assets | 34 | 208 | 179 | 150 | 122 | 93 |
|   Total assets | 19,146 | 16,868 | 16,814 | 16,860 | 17,033 | 16,882 |
| **LIABILITIES AND MEMBERSHIP INTERESTS** | | | | | | |
| **Current liabilities** | | | | | | |
|   Borrowings under credit facilities | - | - | - | - | - | - |
|   Long-term debt due currently | 15 | 32 | - | - | - | - |
|   Trade accounts payable | 286 | 262 | 264 | 276 | 270 | 276 |
|   Trade accounts and other payables to affiliates | 157 | 142 | 144 | 144 | 145 | 143 |
|   Accumulated deferred income taxes | 90 | - | - | - | - | - |
|   Accrued interest | 117 | 38 | 38 | 38 | 38 | 38 |
|   Accrued taxes | 24 | 27 | 29 | 25 | 15 | 18 |
|   Accrued taxes other than income | 113 | 114 | 117 | 121 | 127 | 134 |
|   Other current liabilities | 212 | 241 | 239 | 241 | 241 | 238 |
|     Total current liabilities | 1,014 | 856 | 831 | 845 | 836 | 847 |
| Accumulated deferred income taxes | 448 | 106 | 232 | 445 | 714 | 892 |
| Long-term debt | 1,463 | 7,998 | 7,510 | 6,827 | 5,982 | 4,852 |
| Liabilities subject to compromise | 33,891 | - | - | - | - | - |
| Other noncurrent liabilities and deferred credits | 1,669 | 567 | 593 | 642 | 679 | 718 |
|   Total liabilities | 38,485 | 9,527 | 9,166 | 8,759 | 8,211 | 7,309 |
| Equity | (19,339) | 7,341 | 7,648 | 8,101 | 8,822 | 9,573 |
|   Total liabilities and membership interests | 19,146 | 16,868 | 16,814 | 16,860 | 17,033 | 16,882 |

# TCEH 3/31/16 Pro-Forma Balance Sheet
$ Millions

| | Unadjusted Balance | Settlement Transactions | | Plan Transactions | | Exit Financing/ Debt Discharge | | Fresh Start Adjustments | | Post-Restructuring As of 3/31/16 |
|---|---:|---:|---|---:|---|---:|---|---:|---|---:|
| **ASSETS:** | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | |
| Cash and cash equivalents | 333 | (65) | (a) | (115) | (b),(c) | 347 | (d),(j) | | | 500 |
| Advances to affiliate | 35 | | | | | (35) | (e) | | | 0 |
| Trade accounts receivable - net | 496 | (11) | (a) | | | | | | | 485 |
| Inventories | 456 | | | | | | | | | 456 |
| Commodity and other derivative contract assets | 11 | | | | | | | | | 11 |
| Other current assets | 60 | 9 | (a) | (7) | (b) | (12) | (f) | | | 50 |
| **Total Current Assets** | **1,392** | **(68)** | | **(121)** | | **300** | | **0** | | **1,503** |
| | | | | | | | | | | |
| Restricted Cash | 1,330 | | | | | (580) | (g),(h), (i) | | | 750 |
| Notes receivable from affiliates | 0 | | | | | | | | | 0 |
| Property, plant and equipment - net | 11,219 | 10 | (a) | | | | | (2,159) | (n) | 9,070 |
| Goodwill | 2,352 | | | | | | | (903) | (l),(m),(n) | 1,449 |
| Other investment | 958 | | | | | | | | | 958 |
| Identifiable intangible assets - net | 1,288 | | | | | | | 1,421 | (n) | 2,709 |
| Accumulated deferred income taxes asset - noncurrent | 272 | | | | | | | (322) | (n) | (50) |
| Commodity and other derivative contract assets | 0 | | | | | | | | | 0 |
| Other noncurrent assets | 34 | | | | | 195 | (h), (i) | | | 229 |
| **Total Assets** | **18,845** | **(58)** | | **(121)** | | **(85)** | | **(1,962)** | | **16,618** |
| | | | | | | | | | | |
| **LIABILITIES AND MEMBERSHIP INTERESTS:** | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | |
| Bank loans | 0 | | | | | | | | | 0 |
| Long-term debt due currently | 13 | | | | | | | | | 13 |
| Trade accounts payable | 317 | | | (5) | (b) | | | | | 312 |
| Accounts payable, affiliates | 160 | (19) | (a) | | | | | | | 141 |
| Accumulated deferred income taxes | 0 | | | | | | | | | 0 |
| Accrued income taxes | 7 | | | | | | | | | 7 |
| Accrued taxes other than income | 39 | | | | | | | | | 39 |
| Accrued interest | 13 | | | | | (13) | (d) | | | 0 |
| Commodity and other derivative contract liabilities | 0 | | | | | | | | | 0 |
| Other current liabilities | 168 | 21 | (a) | | | | | | | 189 |
| **Total Current Liabilities** | **717** | **2** | | **(5)** | | **(13)** | | **0** | | **701** |
| | | | | | | | | | | |
| Commodity derivative contract liabilities | 0 | | | | | | | | | 0 |
| Long-term debt, less amounts due currently | 1,461 | | | | | 6,765 | (h), (i) | | | 8,226 |
| Accumulated deferred income taxes | 2,318 | | | | | | | (2,318) | (n) | 0 |
| Intangible liabilities | 566 | | | | | | | (566) | (n) | 0 |
| Liabilities subject to compromise | 33,800 | | | (70) | (c) | (33,730) | (f),(g),(h),(k) | | | 0 |
| Other noncurrent liabilities and deferred credits | 1,103 | 131 | (a) | | | | | (693) | (n) | 541 |
| **Total Liabilities** | **39,966** | **133** | | **(75)** | | **(26,977)** | | **(3,578)** | | **9,468** |
| | | | | | | | | | | |
| Preferred stock of subsidiaries | - | | | | | 50 | **(j)** | | | 50 |
| Shareholders' equity | (21,120) | (191) | (a) | (46) | (b) | 26,842 | (e),(h),(i),(k) | 1,615 | (l),(m),(n) | 7,100 |
| Noncontrolling interests in consolidated affiliates | - | | | | | | | | | - |
| **Total shareholders' equity** | **(21,120)** | **(191)** | | **(46)** | | **26,892** | | **1,615** | | **7,150** |
| | | | | | | | | | | |
| **Total liabilities and membership interests** | **18,845** | **(58)** | | **(121)** | | **(85)** | | **(1,962)** | | **16,618** |

## TCEH Emergence Balance Sheet Footnotes

(a) Reflects cash settlement of certain assets and liabilities transferred from EFH, settlement of final month service bill and assumption of pension, OPEB, and other employee related liabilities from EFH.

(b) Reflects payment of estimated accrued professional fees and success fees, less prepaid fees.

(c) The Plan assumes approximately $70 million of cash payments to creditors related to contract cures and 503(b)(9) claims.

(d) Reflects the payment of accrued interest on TCEH DIP facility.

(e) Reflects the write-off of advances to Energy Future Competitive Holdings to fund principal and interest payments on Tex-La Obligations.

(f) Reflects estimated proceeds from land sales distributed to creditors at emergence.

(g) Estimated remaining balance of restricted cash of $530 million related to prepetition LC facility distributed to creditors.

(h) Reflects issuance of $6 billion term loans at a 1% discount, (of which $750 million proceeds will be deposited in an LC facility restricted cash account) and $2.25 billion of unsecured notes net of $195 million debt issuance costs and $62 million OID.

(i) Reflects retirement of TCEH DIP Facility including $800 million LC facility restricted cash.

(j) Reflects issuance of $50 million of New Reorganized TCEH Sub Preferred Stock related to the new holding company described in Section X.B of the Disclosure Statement.

(k) Issuance of $7.1 billion of Reorganized TCEH Common Stock and $6.8 billion of cash to Holders of TCEH First Lien Claims as described in Section 1.C.2 of the Disclosure Statement with the remainder reflecting the elimination of the remainder of liabilities subject to compromise

(l) As required by "fresh start" accounting, goodwill of the predecessor entity is written off.

(m) In accordance with Topic 852 of FASB Accounting Standards Codification, historical equity is eliminated, and equity is adjusted for the net impact of fair value adjustments.

(n) Reflects adjustment of assets and liabilities to estimated fair value. Based on the assumed enterprise value of $14.20 billion, there is approximately $1.45 billion of reorganization value in excess of identifiable assets which will be reflected in Reorganized TCEH's initial recording of its assets and liabilities at fair value.