# Exhibit M

Letter of Recommendation from TCEH Committee

**THIS IS NOT A SOLICITATION OF AN ACCEPTANCE OR REJECTION OF THE PLAN WITHIN THE MEANING OF SECTION 1125 OF THE BANKRUPTCY CODE. ACCEPTANCES OR REJECTIONS OF THE PLAN MAY NOT BE SOLICITED UNTIL A DISCLOSURE STATEMENT HAS BEEN APPROVED BY THE BANKRUPTCY COURT. THIS DRAFT LETTER HAS NOT BEEN APPROVED BY THE BANKRUPTCY COURT.**

**THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS
OF ENERGY FUTURE HOLDINGS CORP.,** *ET AL.*

September 21, 2015

TO: HOLDERS OF GENERAL UNSECURED CLAIMS AGAINST THE TCEH DEBTORS (Holders of Claims in Classes C4 and C5)

FROM: THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*

We are writing to you on behalf of the Official Committee (the "TCEH Committee") of Unsecured Creditors for the TCEH Debtors[1] and EFH Corporate Services Corporation[2] (collectively, the "TCEH Debtors") in connection with the solicitation of your vote as the holder of a Claim in Class C4 (TCEH Unsecured Note Claims) or Class C5 (General Unsecured Claim Against the TCEH Debtors Other Than EFCH) as identified and described in the enclosed Disclosure Statement accompanying the Plan (the "Disclosure Statement"). All capitalized terms not defined in this letter are as defined in the Plan.

**FOR THE REASONS SET FORTH BELOW, THE TCEH COMMITTEE RECOMMENDS THAT YOU ACCEPT THE PLAN AND RETURN YOUR BALLOT INDICATING YOUR ACCEPTANCE IN ACCORDANCE WITH THE VOTING INSTRUCTIONS SET FORTH ON THE BALLOT. ALL BALLOTS MUST BE RECEIVED BY OCTOBER 23, 2015 AT 4:00 P.M. (PREVAILING EASTERN TIME)[3] TO BE COUNTED. YOU SHOULD CAREFULLY READ ALL MATERIALS THAT ACCOMPANY THIS LETTER, INCLUDING THE INSTRUCTIONS FOR COMPLETING AND MAILING YOUR BALLOT.**

---

[1] The TCEH Debtors include Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holding Company LLC ("TCEH"), and each of TCEH's directly and indirectly owned subsidiaries listed on Exhibit A to the Plan.

[2] Pursuant to the Plan, creditors of EFH Corporate Services Company (Class A10) will receive a full recovery in cash (or other such treatment that would render such claim unimpaired). Consequently, Class A10 creditors are not entitled to vote and will not receive a solicitation package.

[3] Please note that bondholders may have an earlier deadline by which to return their ballot to their broker/nominee. Please consult any materials sent by your broker/nominee.

ny-1199055

On April 29, 2014 (the "Petition Date"), the TCEH Debtors, along with their affiliated debtors and debtors in possession, each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Since the filing of the bankruptcy petitions, the Debtors have been managing their assets and operating their businesses as debtors in possession. At the outset of the Chapter 11 Cases, the Debtors and certain creditor constituencies were committed to the pursuit of a restructuring that would have provided virtually no recovery to unsecured creditors of the TCEH Debtors. The TCEH Committee vigorously advocated for improved recoveries for unsecured creditors of the TCEH Debtors by participating in all significant matters during the Chapter 11 Cases. Among other things, the TCEH Committee conducted an extensive investigation of the TCEH Debtors' claims against other Debtors and third parties, engaged in constructive dialogue with the Debtors and other creditor constituencies regarding the optimal path forward for a successful conclusion of these Chapter 11 Cases, and formulated restructuring scenarios and alternatives that would provide unsecured creditors with recoveries in excess of what such creditors would have received under the restructuring that was initially proposed by the Debtors.

Following months of intense, good-faith negotiations between the Debtors, the TCEH Committee, various TCEH creditor constituencies, the Plan's financial sponsors, and other parties in interest, the TCEH Committee executed a Plan Support Agreement and agreed to a restructuring transaction that is described in detail in the Disclosure Statement and is embodied in the Plan. The Plan effectuates a global compromise of numerous disputed issues among the Debtors, the TCEH Committee, and the Debtors' major creditor constituencies. As such, the TCEH Committee believes the Plan provides the best possible recovery under the circumstances.

To facilitate the Debtors' emergence from chapter 11, the Plan raises $7.1 billion in new equity capital under a "rights offering" and offers unsecured creditors of the TCEH Debtors the right to participate in the Rights Offering. In addition, non-noteholder creditors can also elect to receive a cash distribution in lieu of the rights and equity otherwise allocable to such creditors. Specifically, the Plan provides unsecured creditors with the following treatment:

| Class | Type of Unsecured Claim | Treatment |
|---|---|---|
| C4 | TCEH Second Lien Note Claims, TCEH Unsecured Note Claims, | **Each Holder of Allowed TCEH Unsecured Debt Claims** will receive:<br><br>(1) its Pro Rata share (calculated based on the aggregate amount of Allowed Class C4 Claims and Allowed Class C5 Claims) of the Rights to purchase $5,087,250,000 in the aggregate of New EFH Common Stock pursuant to the Rights Offering; **and** |

2

| Class | Type of Unsecured Claim | Treatment |
|---|---|---|
| | and PCRB Claims | (2) its Pro Rata share of Reorganized EFH Common Stock, which shall be converted to approximately 2.0% of New EFH Common Stock. |
| C5 | General Unsecured Claims Against the TCEH Debtors Other Than EFCH | **Each Holder of Allowed General Unsecured Claims Against the TCEH Debtors Other Than TCEH** will receive:<br><br>(1) its Pro Rata share (calculated based on the aggregate amount of Allowed Class C4 Claims and Allowed Class C5 Claims) of the Rights to purchase $5,087,250,000 in the aggregate of New EFH Common Stock pursuant to the Rights Offering; **and**<br><br>(2) its Pro Rata share of the Reorganized EFH Common Stock, which shall be converted to approximately 2.0% of New EFH Common Stock;<br><br>**or**<br><br>a Pro Rata share of $42 million (calculated based on the aggregate amount of Allowed General Unsecured Claims Against the TCEH Debtors Other Than TCEH).<br><br>- **To be eligible for this cash-out option, creditors must vote to accept the Plan and must not opt out of the releases provided in the Plan.** |

Below is a chart with illustrative values of the consideration flowing to Holders of Class C4 and C5 Claims on account of the Rights (assuming such Rights are exercised) and Reorganized EFH Common Stock at various potential valuations of Reorganized EFH. The values set forth below contain numerous assumptions which could materially alter the analysis and do not discount for the time value of money or take into consideration creditor expectations on their new money investment.[4] The Debtors and the

---

[4] For example, if postpetition interest is paid with respect to the Postpetition Interest Claims at the non-default contract rate rather than the Federal Judgment Rate, recoveries to Holders of Allowed Class C4/C5 Claims other than PCRB Claims could be reduced by as much as 4.6% and recoveries to Holders of Allowed PCRB Claims could be reduced by as much as 2.1%. Likewise, if the TCEH First Lien Deficiency Claims were waived for the benefit of both the Holders of TCEH Deficiency Recipient Claims and the Holders of PCRB Claims, recoveries to Holders of Allowed Class C4/C5 Claims other than PCRB Claims could be reduced by

Committee are not taking a position with respect to the values set forth below and you should consult your own legal and/or financial advisor(s) for advice regarding the following information:

| Range of Illustrative Estimated Recoveries | | | | | | |
|---|---|---|---|---|---|---|
| **Illustrative Reorganized EFH Enterprise Value:** | $19.0bn | $20.0bn | $21.0bn | 22.0bn | 23.0bn | 24.0bn |
| $9.5bn Allowed TCEH First Lien Deficiency Claims | | | | | | |
| Allowed Class C4/C5 Claims other than PCRB Claims | 6.8% | 14.4% | 22.1% | 29.7% | 37.3% | 44.9% |
| Allowed PCRB Claims | 2.9% | 6.1% | 9.3% | 12.5% | 15.8% | 19.0% |
| $8.1bn Allowed TCEH First Lien Deficiency Claims | | | | | | |
| Allowed Class C4/C5 Claims other than PCRB Claims | 6.8% | 14.4% | 22.0% | 29.5% | 37.1% | 44.7% |
| Allowed PCRB Claims | 3.1% | 6.6% | 10.1% | 13.6% | 17.1% | 20.7% |

**Recoveries actually received by creditors participating in the Rights Offering may be higher or lower than predicted, depending on, among other things, the ultimate value of Reorganized EFH. Any creditor deciding whether to participate in the Rights Offering should make its own determination as to the inherent value of the New EFH Common Stock**.

Further, the Liquidation Analysis attached as Exhibit H to the Disclosure Statement projects $185 million of Class C5 Claims in a liquidation scenario. Based upon the Debtors' claim projection, when this amount is divided by the $42 million available for distribution to Holders of Allowed Class C5 Claims that make the Cash-Out Election, Holders of Allowed Class C5 Claims that elect the cash-out option could receive a recovery of approximately 22%. The amount of total Class C5 Claims remains subject to change based upon further reconciliation of the Debtors' books and records and the claims reconciliation process, and as a result, recoveries by creditors that elect the cash-out option also could be higher or lower than predicted.

For those creditors that **do not** wish to participate in the Rights Offering, the TCEH Committee recommends that such creditors exercise the cash-out election, vote in favor of the Plan, and not opt out of the releases set forth in the Plan. **HOLDERS OF GENERAL UNSECURED CLAIMS THAT ELECT THE CASH-OUT OPTION**

---

between 0.4% and 2.9%, and recoveries to Holders of Allowed PCRB Claims could be increased by between 3.3% and 23.0% based on the enterprise values in the chart above (i.e., recoveries for all Class C4/C5 creditors could be between 6.4% and 42% based on the illustrative enterprise values above).

**MUST VOTE IN FAVOR OF THE PLAN AND NOT OPT OUT OF THE RELEASES TO RECEIVE A CASH DISTRIBUTION.**

In addition to the foregoing treatment and estimated recoveries, holders of Allowed TCEH First Lien Deficiency Claims have agreed to waive any recovery or distribution on account of the TCEH First Lien Deficiency Claim for the benefit of (a) the TCEH Unsecured Note Claims; (b) the TCEH Second Lien Note Claims; and (c) the Allowed General Unsecured Claims Against the TCEH Debtors Other Than EFCH. Pursuant to Article IV.B.16 of the Plan, holders of such claims will receive the distribution of Rights, New EFH Common Stock, and Reorganized Common Stock that would otherwise have been distributed to holders of Allowed TCEH First Lien Deficiency Claims. Holders of PCRB Claims will not receive any distribution of Rights, New EFH Common Stock, and Reorganized Common Stock that would otherwise have been distributed to holders of Allowed TCEH First Lien Deficiency Claims. This waiver has been taken into account in the illustrative valuation above.

Please read the Disclosure Statement for a more detailed summary of the treatment of Allowed Claims, mechanics for distributions to unsecured creditors, the facts and assumptions behind these predictions and projections, and for information relating to the Debtors' Chapter 11 Cases. Each estimate and projection in this letter is taken from the Disclosure Statement and qualified by all of the information in the Disclosure Statement.

The TCEH Committee is not aware of any possible avoidance actions that could materially increase the recoveries for general unsecured creditors in the aggregate, other than those set forth in the Standing Motion, including the TCEH Committee Standing Motion. Accordingly, in connection with the formulation of the terms of the Plan, the Debtors and the TCEH Committee have agreed to settle or waive the right to pursue Causes of Action that arise under sections 544, 547, 548, and 549 of the Bankruptcy Code and state fraudulent conveyance law against creditors of the TCEH Debtors and EFH Corporate Services.

For the purpose of voting on the Plan, the Debtors have provided you with a ballot, which should be completed by you for either accepting or rejecting the Plan and mailed in accordance with the procedures set forth on the ballot and in the Disclosure Statement. Your completed ballots must be received by the Notice and Claims Agent by **October 23, 2015 at 4:00 p.m. (prevailing Eastern Time)**.

**SUBJECT TO FINAL APPROVAL OF PLAN SUPPLEMENT DOCUMENTS AND THE EXERCISE OF ITS FIDUCIARY DUTIES, THE TCEH COMMITTEE ENDORSES THE PLAN AND RECOMMENDS THAT ALL HOLDERS OF GENERAL UNSECURED CLAIMS VOTE TO ACCEPT THE PLAN.** NOTWITHSTANDING OUR RECOMMENDATION, EACH CREDITOR (INCLUDING

INDIVIDUAL COMMITTEE MEMBERS) MUST MAKE THEIR OWN INDEPENDENT DETERMINATION AS TO WHETHER THE PLAN IS ACCEPTABLE TO THAT CREDITOR AND SHOULD CONSULT THEIR OWN LEGAL AND/OR FINANCIAL ADVISOR(S).

    THE OFFICIAL COMMITTEE OF
    TCEH UNSECURED CREDITORS OF
    ENERGY FUTURE HOLDINGS
    CORP., *ET AL.*