# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>            Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**[D.I. 3120, 3275, 3282]** |

### THIRD SUPPLEMENTAL DECLARATION OF ANDREW G. DIETDERICH IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI, INC. FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE COMMITTEE *NUNC PRO TUNC* TO NOVEMBER 5, 2014

I, Andrew G. Dietderich, under penalty of perjury, declare as follows:

1.      I am a partner in the law firm of Sullivan & Cromwell LLP ("**S&C**"), located at 125 Broad Street, New York, New York 10004.  I am a member in good standing of the Bar of the State of New York.  There are no disciplinary proceedings pending against me.

2.      This third supplemental declaration (the "**Third Supplemental Declaration**") is submitted in further support of the application (the "**Application**")[2] of the official committee of unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for entry of an order authorizing the EFH Committee to retain and employ S&C as its counsel in connection with the chapter 11 cases of Energy Future Holdings Corporation and its

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    All capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Application.

affiliated debtors and debtors in possession (collectively, the "**Debtors**"), effective *nunc pro tunc* to November 5, 2014, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware [D.I. 3120].  On January 13, 2015, the Court entered an order granting the Application [D.I. 3282].  This Third Supplemental Declaration provides additional disclosures as required pursuant to the Bankruptcy Rules.

3.    S&C retained 58 contract attorneys for these chapter 11 cases through Epiq eDiscovery Solutions.[3]  S&C will not charge a markup with respect to fees billed by such contract attorneys.  Charges for contract attorneys will be reflected as an expense in S&C's invoices to the Debtors.

4.    All contract attorneys currently retained by S&C have been subject to conflicts checks and will be subject to ongoing conflicts checks with respect to any additional parties in interest with respect to the EFH Committee as determined by S&C.  Specifically, each contract attorney was asked to verify that (a) they have not performed any work related to the Debtors, or, if they have, to describe the work in detail, and (b) any work performed related to any entity listed on Exhibit 1 attached hereto was unrelated to the Debtors or, if it was related to the Debtors, to describe the work in detail.  To the best of my knowledge and as far as S&C has been able to ascertain, the contract attorneys have no connection to the Debtors or to the parties in interest with respect to the EFH Committee that would require disclosure in accordance with the requirements of the Bankruptcy Code.  Any contract attorneys or non-attorneys employed by S&C in the future will be subject to the same conflicts checks.

---

[3]    19 of these contract attorneys have since left the project.

5.    I am authorized to submit this Third Supplemental Declaration on behalf of

S&C, and if called upon to testify, I would testify competently to the facts set forth herein.

6.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

foregoing is true and correct.

Dated:   September 21, 2015

Andrew G. Dietderich
Sullivan & Cromwell LLP

SC1:3936749.2

**Exhibit 1**

**DEBTOR AFFILIATES**

4Change Energy Company
4Change Energy Holdings LLC
Basic Resources, Inc.
Big Brown 3 Power Company LLC
Big Brown Lignite Company LLC
Big Brown Power Company LLC
Brighten Energy LLC
Brighten Holdings LLC
Collin Power Company LLC
Comanche Peak Nuclear Power Co. LLC
Dallas Power & Light Company
DeCordova II Power Company LLC
DeCordova Power Company LLC
Eagle Mountain Power Company LLC
Ebasco Services of Canada Limited
EEC Holdings, Inc.
EECI, Inc.
EFH Australia (No. 2) Holdings Company
EFH CG Holdings Company LP
EFH CG Management LLC
EFH Corporate Services Company
EFH Finance (No. 2) Holdings Company
EFH FS Holdings Company
EFH Properties Company
EFH Renewables Company LLC
EFH Vermont Insurance Company
EFIH Finance Inc.
Energy Future Competitive Holdings Company LLC
Energy Future Holdings Corp.
Energy Future Intermediate Holding Company LLC
Generation Development Company LLC
Generation MT Company LLC
Generation SVC Company
Greenway Development Holding Co.
Humphreys & Glasgow Limited
Lake Creek 3 Power Company LLC
Lone Star Energy Company, Inc.
Lone Star Pipeline Company, Inc.
LSGT Gas Company LLC
LSGT SACROC, Inc.
Luminant Big Brown Mining Company LLC
Luminant Energy Company LLC
Luminant Energy Trading California Company

Luminant ET Services Company
Luminant Generation Company LLC
Luminant Holding Company LLC
Luminant Mineral Development Company LLC
Luminant Mining Company LLC
Luminant Renewables Company LLC
Martin Lake 4 Power Company LLC
Monticello 4 Power Company LLC
Morgan Creek 7 Power Company LLC
NCA Development Company LLC
NCA Resources Development Company LLC
Nuclear Energy Future Holdings II LLC
Nuclear Energy Future Holdings LLC
Oak Grove Management Company LLC
Oak Grove Mining Company LLC
Oak Grove Power Company LLC
Oncor Communications Holdings Company LLC
Oncor Electric Delivery Administration Corporation
Oncor Electric Delivery Company LLC
Oncor Electric Delivery Holdings Company LLC
Oncor Electric Delivery Transition Bond Company LLC
Oncor License Holdings Complany LLC
Oncor Management Investment LLC
Sandow Power Company LLC
Southwestern Electric Service Company, Inc.
TCEH Finance, Inc.
Texas Competitive Electric Holdings Company LLC
Texas Electric Service Company, Inc.
Texas Power & Light Company, Inc.
Texas Utilities Company, Inc.
Texas Utilities Electric Company, Inc.
Tradinghouse 3 & 4 Power Company LLC
Tradinghouse Power Company LLC
TXU Eastern Finance (A) Ltd.
TXU Eastern Finance (B) Ltd.
TXU Eastern Funding Co.
TXU Electric Company, Inc.
TXU Electric Delivery Company
TXU Energy Receivables Company
TXU Energy Retail Company LLC
TXU Energy Solutions Company LLC
TXU Europe CP Inc.
TXU Europe Ltd.
TXU Finance (No. 2) Ltd.
TXU Receivables Company
TXU Retail Services Company

SC1:3936749.2

TXU SEM Company
Valley NG Power Company LLC
Valley Power Company LLC.

## **Other Parties in Interest**

Anchorage Capital Group
Angelo Gordon & Co.
Apollo Management Holdings
Appaloosa Management
Archview Investment Group
Arrowgrass Capital Partners
Balyasny Asset Management
BHR Capital LLC
Billie I. Williamson
BlackRock Financial Management
Brookfield Asset Management
Charles H. Cremens
CI Holdco Ltd.
CQS Capital
Cyrus Capital Partners
Deutsche Bank Securities
DO S1 Limited
Donald L. Evans
Ellis Lake Master Fund
Farmstead Capital Management
Fortress Credit Opportunities Advisers
Franklin Advisers
Franklin Mutual Advisers
Grantham, Mayo, Van Otterloo & Co.
Hugh E. Sawyer
King Street Capital Management
Macquarie Bank Limited
Magnetar Financial
Manikay Master Fund
Marathon Asset Management
Morgan Stanley
Mount Kellett Capital Management
Napier Park Global Capital
Oak Hill Advisors
Oaktree Capital Management
Omega Advisors
OZ Management
Paulson & Co.
SkyTop Capital Management
Taconic Capital Advisors
Whippoorwill Associates

SC1:3936749.2