**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: 4144, 4146, 4886, 5347, 5352, 5354, 5355, 5356, 5357, 5358, 5360, 5361, 5362, 5872, 5973, 5979, 6061, 6067, 6124** |

**CERTIFICATION OF COUNSEL CONCERNING ORDER (A) APPROVING THE DISCLOSURE STATEMENT, (B) ESTABLISHING THE VOTING RECORD DATE, VOTING DEADLINE, AND OTHER DATES, (C) APPROVING PROCEDURES FOR SOLICITING, RECEIVING, AND TABULATING VOTES ON THE PLAN AND FOR FILING OBJECTIONS TO THE PLAN, AND (D) APPROVING THE MANNER AND FORMS OF NOTICE AND OTHER RELATED DOCUMENTS**

The undersigned hereby certifies as follows:

1. On April 14, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 4144] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors are

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

seeking entry of an order (a) approving the *Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code* (as the same may be further modified, amended, or supplemented, the "Disclosure Statement"); (b) establishing the voting record date, voting deadline, and other related dates; (c) approving procedures for soliciting, receiving, and tabulating votes on the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code* (as the same may be further modified, amended, or supplemented); (d) approving the manner and forms of notice and other related documents; and (e) granting other relief relating thereto as set forth in greater detail in the Motion.

2. Pursuant to (i) the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on August 24, 2015 (the "Motion Objection Deadline")[2] and (ii) the *Order Revising Certain Dates in the Confirmation Scheduling Order Related to Approval of the Disclosure Statement*, dated August 14, 2015 [D.I. 5329], objections or responses to the Disclosure Statement were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on August 17, 2015 (the "D/S Objection Deadline").[3] A

[2] The Debtors extended the Motion Objection Deadline for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") only to 4:00 p.m. (Eastern Daylight Time) on September 4, 2015.

[3] The Debtors extended the D/S Objection Deadline for the U.S. Trustee only to 4:00 p.m. (Eastern Daylight Time) on September 4, 2015.

hearing to consider the relief requested in the Motion and approval of the Disclosure Statement took place before the Bankruptcy Court on September 21, 2015 starting at 9:30 a.m. (Eastern Daylight Time).

3. Prior to the Motion Objection Deadline or D/S Objection Deadline (as extended for the U.S. Trustee only), as applicable, each of the U.S. Trustee (D.I. 5872), the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (D.I. 5356), The Bank of New York Mellon, in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A. (D.I. 5352), UMB Bank, N.A. (D.I. 5358), American Stock Transfer & Trust Company LLC (D.I. 5355), Knife River Corporation-South (D.I. 4886), Pension Benefit Guaranty Corporation (D.I. 5347), Delaware Trust Company, f/k/a CSC Trust Company of Delaware, as Indenture Trustee (D.I. 5354), the United States of America on behalf of the Environmental Protection Agency (D.I. 5357), Delaware Trust Company as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture (D.I. 5360), Shirley Fenicle, as Successor-In-Interest to the Estate of George Fenicle, and David William Fahy (D.I. 5361) (the "Asbestos Plaintiffs"), the EFIH Second Lien Notes Indenture Trustee (D.I. 5362), and Texas Transmission Investment LLC (D.I. 5973) filed a formal response in connection with the Motion and/or the Disclosure Statement (each a "Formal Response" and collectively, the "Formal Responses").

4. On September 16, 2015, the Debtors filed an omnibus reply (D.I. 6061; the "Omnibus Reply") to the Formal Responses. Later on September 16, 2015, the Ad Hoc Committee of TCEH First Lien Creditors filed a joinder to the Omnibus Reply (see D.I. 6067).

5. On September 21, 2015 starting at 9:30 a.m. (Eastern Daylight Time) (the

"September 21st Hearing") the Bankruptcy Court held a hearing to consider the Motion, the Disclosure Statement, and the Formal Responses (to the extent not resolved prior to the September 21st Hearing[4]). At the September 21st Hearing, the Bankruptcy Court heard and considered the statements and arguments of, among others, counsel to the Debtors, counsel to the Asbestos Plaintiffs, and counsel to Fidelity with respect to the relief requested in the Motion and the proposed approval of the Disclosure Statement. Following the conclusion of argument, on the record of the September 21st Hearing, the Bankruptcy Court (i) overruled the extant Formal Response filed by the Asbestos Plaintiffs and the oral objection raised by Fidelity; (ii) granted the Motion; and (iii) approved the Disclosure Statement.

6. Consequently, the Debtors have prepared a revised form of order granting the Motion and approving the Disclosure Statement (the "Revised Order") which they believe is consistent with the record of the September 21st Hearing. A copy of the Revised Order is attached hereto as **Exhibit A**. A redline, comparing the Revised Order against the form of order filed with respect to the Motion and the Disclosure Statement with the Bankruptcy Court on September 20, 2015 (D.I. 6113) is attached hereto as **Exhibit B**.[5]

[*Remainder of page intentionally left blank.*]

[4] As reported to the Bankruptcy Court on the record of the September 21st Hearing, each of the Formal Responses, other than the Formal Response filed by the Asbestos Plaintiffs, was resolved prior to the commencement of the September 21st Hearing. Additionally, the Bankruptcy Court heard and considered an oral objection to the Disclosure Statement made on the record of the September 21st Hearing by counsel to Fidelity Management & Research Company or its affiliates ("Fidelity").

[5] For the reference of the Bankruptcy Court and other parties-in-interest, a redline comparing the version of the Disclosure Statement (without its exhibits) filed on September 18, 2015 (D.I. 6110) against the version of the Disclosure Statement filed on September 21, 2015 is available for review at D.I. 6125.

7. The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: September 21, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession