# **EXHIBIT A**

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - All Entities**
**Summary of Time Detail by Task**
**August 1, 2015 through August 31, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 28.6 | $13,327.50 |
| Bankruptcy Support | 233.6 | $138,334.50 |
| Business Plan | 98.7 | $46,070.00 |
| Cash Management | 11.9 | $5,125.00 |
| Causes of Action | 3.3 | $1,935.00 |
| Claims | 749.5 | $319,925.00 |
| Contracts | 896.8 | $448,437.50 |
| Coordination & Communication with other Creditor Constituents | 21.1 | $12,800.00 |
| Coordination & Communication with UCC | 36.6 | $24,175.00 |
| Court | 12.6 | $10,430.00 |
| DIP Financing | 1.8 | $1,212.50 |
| Fee Applications | 37.8 | $16,777.50 |
| Motions and Orders | 4.5 | $3,585.00 |
| POR / Disclosure Statement | 241.2 | $122,865.00 |
| Status Meetings | 66.8 | $36,992.50 |
| Travel Time | 101.9 | $52,722.50 |
| UST Reporting Requirements | 14.7 | $7,717.50 |
| Vendor Management | 152.9 | $79,807.50 |
| **Total** | **2,714.3** | **$1,342,239.50** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**TCEH**
**Summary of Time Detail by Task**
**August 1, 2015 through August 31, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 18.8 | $8,971.87 |
| Bankruptcy Support | 125.5 | $75,669.03 |
| Business Plan | 56.2 | $26,843.33 |
| Cash Management | 8.6 | $3,716.47 |
| Causes of Action | 2.4 | $1,403.19 |
| Claims | 532.4 | $227,189.97 |
| Contracts | 704.8 | $352,931.50 |
| Coordination & Communication with other Creditor Constituents | 17.4 | $10,571.25 |
| Coordination & Communication with UCC | 21.8 | $15,479.83 |
| Court | 9.1 | $7,563.47 |
| DIP Financing | 1.1 | $742.50 |
| Fee Applications | 27.4 | $12,166.45 |
| Motions and Orders | 4.2 | $3,279.93 |
| POR / Disclosure Statement | 187.5 | $93,907.97 |
| Status Meetings | 49.7 | $27,444.42 |
| Travel Time | 73.9 | $38,232.49 |
| UST Reporting Requirements | 10.7 | $5,596.46 |
| Vendor Management | 116.8 | $61,355.62 |
| **Total** | **1,968.3** | **$973,065.75** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*August 1, 2015 through August 31, 2015*

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Accounting/Cut-off | 9.8 | $4,355.62 |
| Bankruptcy Support | 100.3 | $57,110.75 |
| Business Plan | 26.8 | $12,422.48 |
| Cash Management | 3.0 | $1,311.89 |
| Causes of Action | 0.8 | $495.32 |
| Claims | 204.6 | $87,573.47 |
| Contracts | 191.1 | $95,169.27 |
| Coordination & Communication with other Creditor Constituents | 3.6 | $2,157.57 |
| Coordination & Communication with UCC | 10.5 | $6,508.81 |
| Court | 3.2 | $2,669.86 |
| Fee Applications | 9.7 | $4,294.69 |
| Motions and Orders | 0.3 | $284.14 |
| POR / Disclosure Statement | 48.9 | $26,177.61 |
| Status Meetings | 16.3 | $9,112.96 |
| Travel Time | 26.1 | $13,495.85 |
| UST Reporting Requirements | 3.8 | $1,975.52 |
| Vendor Management | 36.1 | $18,451.88 |
| **Total** | **694.8** | **$343,567.68** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFIH
Summary of Time Detail by Task
August 1, 2015 through August 31, 2015**

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Bankruptcy Support | 7.8 | $5,554.72 |
| Business Plan | 15.7 | $6,804.18 |
| Cash Management | 0.2 | $96.64 |
| Causes of Action | 0.1 | $36.49 |
| Claims | 12.5 | $5,161.56 |
| Contracts | 0.9 | $336.73 |
| Coordination & Communication with other Creditor Constituents | 0.1 | $71.18 |
| Coordination & Communication with UCC | 4.4 | $2,186.35 |
| Court | 0.2 | $196.67 |
| DIP Financing | 0.7 | $470.00 |
| Fee Applications | 0.7 | $316.37 |
| Motions and Orders | 0.0 | $20.93 |
| POR / Disclosure Statement | 4.9 | $2,779.43 |
| Status Meetings | 0.7 | $435.12 |
| Travel Time | 1.9 | $994.17 |
| UST Reporting Requirements | 0.3 | $145.53 |
| **Total** | **51.2** | **$25,606.07** |

*Travel time billed at 50% of time incurred*