**EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - All Entities
### Summary of Time Detail by Professional
### August 1, 2015 through August 31, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 6.0 | $5,550.00 |
| JD Ivy | Managing Director | $925.00 | 24.1 | $22,292.50 |
| Jeff Stegenga | Managing Director | $925.00 | 54.4 | $50,320.00 |
| Emmett Bergman | Managing Director | $750.00 | 204.4 | $153,300.00 |
| John Stuart | Managing Director | $750.00 | 143.6 | $107,700.00 |
| Andy Gandhi | Managing Director | $675.00 | 0.5 | $337.50 |
| Steve Kotarba | Managing Director | $675.00 | 14.7 | $9,922.50 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 158.5 | $95,100.00 |
| Matt Frank | Director | $600.00 | 199.1 | $119,460.00 |
| Robert Casburn | Manager | $590.00 | 14.5 | $8,555.00 |
| Kevin Sullivan | Director | $525.00 | 19.4 | $10,185.00 |
| Mark Zeiss | Director | $525.00 | 15.5 | $8,137.50 |
| Paul Kinealy | Director | $525.00 | 145.8 | $76,545.00 |
| Chris Moks | Manager | $425.00 | 1.5 | $637.50 |
| David Blanks | Senior Associate | $475.00 | 167.4 | $79,515.00 |
| Jeff Dwyer | Senior Associate | $475.00 | 197.1 | $93,622.50 |
| Taylor Atwood | Senior Associate | $475.00 | 129.1 | $61,322.50 |
| Jack Raksnis | Senior Associate | $410.00 | 2.8 | $1,148.00 |
| Ryan Wells | Associate | $330.00 | 9.3 | $3,069.00 |
| Richard Carter | Consultant | $425.00 | 190.9 | $81,132.50 |
| Jon Rafpor | Analyst | $375.00 | 220.6 | $82,725.00 |
| Michael Williams | Analyst | $350.00 | 200.1 | $70,035.00 |
| Peyton Heath | Analyst | $350.00 | 150.1 | $52,535.00 |
| Sarah Pittman | Analyst | $350.00 | 208.2 | $72,870.00 |
| Michael Dvorak | Analyst | $325.00 | 22.1 | $7,182.50 |
| Robert Country | Analyst | $325.00 | 200.5 | $65,162.50 |
| Mary Napoliello | Paraprofessional | $275.00 | 14.1 | $3,877.50 |
| | | *Total* | **2,714.3** | **$1,342,239.50** |

*Exhibit B*

## TCEH
### Summary of Time Detail by Professional
### August 1, 2015 through August 31, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 4.4 | $4,024.66 |
| JD Ivy | Managing Director | $925.00 | 17.5 | $16,165.73 |
| Jeff Stegenga | Managing Director | $925.00 | 43.3 | $40,092.91 |
| Emmett Bergman | Managing Director | $750.00 | 155.7 | $116,805.53 |
| John Stuart | Managing Director | $750.00 | 83.2 | $62,430.73 |
| Andy Gandhi | Managing Director | $675.00 | 0.4 | $244.74 |
| Steve Kotarba | Managing Director | $675.00 | 10.7 | $7,195.44 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 108.7 | $65,191.81 |
| Matt Frank | Director | $600.00 | 153.5 | $92,121.54 |
| Robert Casburn | Manager | $590.00 | 10.5 | $6,203.78 |
| Kevin Sullivan | Director | $525.00 | 14.1 | $7,385.80 |
| Mark Zeiss | Director | $525.00 | 11.2 | $5,901.03 |
| Paul Kinealy | Director | $525.00 | 106.9 | $56,110.43 |
| David Blanks | Senior Associate | $475.00 | 151.0 | $71,747.64 |
| Jeff Dwyer | Senior Associate | $475.00 | 147.4 | $70,016.33 |
| Taylor Atwood | Senior Associate | $475.00 | 79.9 | $37,951.77 |
| Chris Moks | Manager | $425.00 | 1.1 | $462.29 |
| Richard Carter | Consultant | $425.00 | 130.1 | $55,275.68 |
| Jack Raksnis | Senior Associate | $410.00 | 2.0 | $832.49 |
| Jon Rafpor | Analyst | $375.00 | 159.8 | $59,922.88 |
| Michael Williams | Analyst | $350.00 | 145.1 | $50,786.90 |
| Peyton Heath | Analyst | $350.00 | 104.0 | $36,399.16 |
| Sarah Pittman | Analyst | $350.00 | 149.2 | $52,233.32 |
| Ryan Wells | Associate | $330.00 | 6.7 | $2,225.53 |
| Michael Dvorak | Analyst | $325.00 | 16.0 | $5,208.49 |
| Robert Country | Analyst | $325.00 | 145.6 | $47,317.30 |
| Mary Napoliello | Paraprofessional | $275.00 | 10.2 | $2,811.83 |
| | | *Total* | 1,968.3 | $973,065.75 |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### August 1, 2015 through August 31, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 1.5 | $1,420.68 |
| JD Ivy | Managing Director | $925.00 | 6.2 | $5,706.41 |
| Jeff Stegenga | Managing Director | $925.00 | 10.6 | $9,836.38 |
| Emmett Bergman | Managing Director | $750.00 | 48.3 | $36,218.69 |
| John Stuart | Managing Director | $750.00 | 51.4 | $38,523.51 |
| Andy Gandhi | Managing Director | $675.00 | 0.1 | $86.39 |
| Steve Kotarba | Managing Director | $675.00 | 3.8 | $2,539.95 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 47.5 | $28,497.34 |
| Matt Frank | Director | $600.00 | 45.2 | $27,104.26 |
| Robert Casburn | Manager | $590.00 | 3.7 | $2,189.90 |
| Kevin Sullivan | Director | $525.00 | 5.0 | $2,607.15 |
| Mark Zeiss | Director | $525.00 | 4.0 | $2,083.03 |
| Paul Kinealy | Director | $525.00 | 36.4 | $19,109.99 |
| David Blanks | Senior Associate | $475.00 | 16.0 | $7,622.26 |
| Jeff Dwyer | Senior Associate | $475.00 | 49.4 | $23,453.90 |
| Taylor Atwood | Senior Associate | $475.00 | 35.0 | $16,633.09 |
| Chris Moks | Manager | $425.00 | 0.4 | $163.19 |
| Richard Carter | Consultant | $425.00 | 57.6 | $24,496.84 |
| Jack Raksnis | Senior Associate | $410.00 | 0.7 | $293.86 |
| Jon Rafpor | Analyst | $375.00 | 60.6 | $22,722.21 |
| Michael Williams | Analyst | $350.00 | 51.2 | $17,927.48 |
| Peyton Heath | Analyst | $350.00 | 44.1 | $15,425.64 |
| Sarah Pittman | Analyst | $350.00 | 53.2 | $18,623.92 |
| Ryan Wells | Associate | $330.00 | 2.4 | $785.60 |
| Michael Dvorak | Analyst | $325.00 | 5.7 | $1,838.57 |
| Robert Country | Analyst | $325.00 | 51.3 | $16,664.88 |
| Mary Napoliello | Paraprofessional | $275.00 | 3.6 | $992.56 |
| ***Total*** | | | **694.8** | **$343,567.68** |

*Exhibit B*

| EFIH |
|---|
| *Summary of Time Detail by Professional* |
| *August 1, 2015 through August 31, 2015* |

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 0.1 | $104.65 |
| JD Ivy | Managing Director | $925.00 | 0.5 | $420.36 |
| Jeff Stegenga | Managing Director | $925.00 | 0.4 | $390.71 |
| Emmett Bergman | Managing Director | $750.00 | 0.4 | $275.78 |
| John Stuart | Managing Director | $750.00 | 9.0 | $6,745.77 |
| Andy Gandhi | Managing Director | $675.00 | 0.0 | $6.36 |
| Steve Kotarba | Managing Director | $675.00 | 0.3 | $187.10 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 2.4 | $1,410.85 |
| Matt Frank | Director | $600.00 | 0.4 | $234.20 |
| Robert Casburn | Manager | $590.00 | 0.3 | $161.32 |
| Kevin Sullivan | Director | $525.00 | 0.4 | $192.05 |
| Mark Zeiss | Director | $525.00 | 0.3 | $153.45 |
| Paul Kinealy | Director | $525.00 | 2.5 | $1,324.58 |
| David Blanks | Senior Associate | $475.00 | 0.3 | $145.10 |
| Jeff Dwyer | Senior Associate | $475.00 | 0.3 | $152.27 |
| Taylor Atwood | Senior Associate | $475.00 | 14.2 | $6,737.63 |
| Chris Moks | Manager | $425.00 | 0.0 | $12.02 |
| Richard Carter | Consultant | $425.00 | 3.2 | $1,359.98 |
| Jack Raksnis | Senior Associate | $410.00 | 0.1 | $21.65 |
| Jon Rafpor | Analyst | $375.00 | 0.2 | $79.90 |
| Michael Williams | Analyst | $350.00 | 3.8 | $1,320.62 |
| Peyton Heath | Analyst | $350.00 | 2.0 | $710.20 |
| Sarah Pittman | Analyst | $350.00 | 5.8 | $2,012.76 |
| Ryan Wells | Associate | $330.00 | 0.2 | $57.87 |
| Michael Dvorak | Analyst | $325.00 | 0.4 | $135.44 |
| Robert Country | Analyst | $325.00 | 3.6 | $1,180.33 |
| Mary Napoliello | Paraprofessional | $275.00 | 0.3 | $73.12 |
| | | *Total* | 51.2 | $25,606.07 |