## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

*Combined*
*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*August 1, 2015 through August 31, 2015*

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $18,185.30 |
| Lodging | $16,747.54 |
| Meals | $2,670.12 |
| Miscellaneous | $203.05 |
| Transportation | $6,109.23 |
| **Total** | **$43,915.24** |

*Exhibit C*

### TCEH
### Summary of Expense Detail by Category
### August 1, 2015 through August 31, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $13,187.97 |
| Lodging | $12,145.29 |
| Meals | $1,936.38 |
| Miscellaneous | $147.25 |
| Transportation | $4,430.39 |
| **Total** | **$31,847.28** |

*Exhibit C*

---

### EFH
### Summary of Expense Detail by Category
### August 1, 2015 through August 31, 2015

---

| Expense Category | Sum of Expenses |
| --- | --- |
| Airfare | $4,655.42 |
| Lodging | $4,287.44 |
| Meals | $683.57 |
| Miscellaneous | $51.99 |
| Transportation | $1,563.96 |
| **Total** | **$11,242.38** |

*Exhibit C*

### *EFIH*
### *Summary of Expense Detail by Category*
### *August 1, 2015 through August 31, 2015*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $341.91 |
| Lodging | $314.81 |
| Meals | $50.17 |
| Miscellaneous | $3.81 |
| Transportation | $114.88 |
| *Total* | **$825.58** |