## <u>EXHIBIT D</u>

**Detailed Description of Expenses and Disbursements**

*Combined - All Entities*
*Expense Detail by Category*
*August 1, 2015 through August 31, 2015*

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| David Blanks | 8/6/2015 | $715.20 | Airfare roundtrip coach Dallas/Philadelphia. |
| Jeff Dwyer | 7/22/2015 | $1,170.14 | Airfare roundtrip coach Dallas/San Francisco. |
| Jeff Dwyer | 7/27/2015 | $470.00 | Airfare roundtrip coach Dallas/San Antonio. |
| Jeff Dwyer | 7/30/2015 | $682.20 | Airfare roundtrip coach Dallas/San Francisco. |
| Jeff Dwyer | 8/6/2015 | $240.00 | Airfare one-way coach Dallas/San Antonio. |
| Jeff Dwyer | 8/6/2015 | $240.00 | Airfare one-way coach San Antonio/Dallas. |
| Jeff Dwyer | 8/7/2015 | $508.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 8/17/2015 | $744.20 | Airfare roundtrip coach San Francisco/Dallas. |
| Jodi Ehrenhofer | 8/3/2015 | $360.60 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 8/6/2015 | $322.01 | Airfare one-way coach Dallas/San Francisco. |
| Jodi Ehrenhofer | 8/17/2015 | $360.60 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 8/20/2015 | $350.60 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 8/24/2015 | $350.60 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 8/27/2015 | $350.60 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 8/3/2015 | $577.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 8/6/2015 | $408.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 8/10/2015 | $567.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 8/13/2015 | $567.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 8/16/2015 | $659.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 8/20/2015 | $278.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 8/24/2015 | $518.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 8/27/2015 | $178.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 8/30/2015 | $600.10 | Airfare one-way coach San Jose/Dallas. |
| Michael Williams | 8/3/2015 | $721.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 8/9/2015 | $934.24 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 8/17/2015 | $711.23 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 8/24/2015 | $889.24 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 7/27/2015 | $692.20 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 8/3/2015 | $692.20 | Airfare roundtrip coach Chicago/Dallas. |

*Combined - All Entities*
*Expense Detail by Category*
*August 1, 2015 through August 31, 2015*

## *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 8/2/2015 | $869.20 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 8/13/2015 | $744.20 | Airfare roundtrip coach Chicago/Dallas. |
| Steve Kotarba | 8/25/2015 | $713.84 | Airfare roundtrip coach Chicago/Dallas. |
| **Expense Category Total** | | **$18,185.30** | |

## *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 7/22/2015 | $516.76 | Hotel in Dallas - 2 nights. |
| Jeff Dwyer | 7/29/2015 | $839.92 | Hotel in Dallas - 4 nights. |
| Jeff Dwyer | 8/7/2015 | $1,284.40 | Hotel in Dallas - 5 nights. |
| Jeff Dwyer | 8/20/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 8/6/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 8/20/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 8/27/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 8/6/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 8/13/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 8/20/2015 | $1,028.52 | Hotel in Dallas - 4 nights. |
| Matt Frank | 8/27/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 8/30/2015 | $255.88 | Hotel in Dallas - 1 nights. |
| Matt Frank | 8/31/2015 | $255.88 | Hotel in Dallas - 1 nights. |
| Michael Dvorak | 8/6/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 8/6/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 8/13/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Michael Williams | 8/20/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 8/27/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 8/6/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 8/13/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 8/13/2015 | $767.64 | Hotel in Dallas - 3 nights. |

*Combined - All Entities*
*Expense Detail by Category*
*August 1, 2015 through August 31, 2015*

## *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 8/26/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Steve Kotarba | 8/25/2015 | $263.94 | Hotel in Dallas - 1 night. |
| **Expense Category Total** | | **$16,747.54** | |

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 7/26/2015 | $24.91 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 7/27/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 7/28/2015 | $3.98 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 7/28/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 7/29/2015 | $31.91 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 8/3/2015 | $6.20 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 8/4/2015 | $160.00 | Out of town dinner - J. Dwyer, M. Williams, M. Dvorak, M. Frank - 4. |
| Jeff Dwyer | 8/6/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 8/6/2015 | $12.69 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 8/17/2015 | $120.00 | Out of town dinner - J. Dwyer, M. Frank, E. Bergman - 3. |
| Jeff Dwyer | 8/18/2015 | $39.37 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 8/19/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Stegenga | 8/19/2015 | $134.49 | Out of town dinner - J. Ehrenhofer, J. Stegenga, R. Country, M. Williams - 4. |
| Jodi Ehrenhofer | 8/3/2015 | $13.02 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/5/2015 | $40.00 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/6/2015 | $21.65 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/6/2015 | $16.85 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/17/2015 | $24.64 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/17/2015 | $5.20 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/18/2015 | $73.16 | Out of town dinner - J. Ehrenhofer, M. Frank, R. Country - 3. |
| Jodi Ehrenhofer | 8/20/2015 | $26.14 | Out of town dinner - J. Ehrenhofer. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**August 1, 2015 through August 31, 2015**

*Meals*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Jodi Ehrenhofer | 8/20/2015 | $6.14 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/24/2015 | $12.30 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/25/2015 | $14.99 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/26/2015 | $240.00 | Out of town dinner - J. Ehrenhofer, E. Bergman, M. Frank, R. Country, M. Williams, R. Carter - 6. |
| Jodi Ehrenhofer | 8/27/2015 | $5.83 | Out of town dinner - J. Ehrenhofer. |
| Matt Frank | 8/3/2015 | $80.00 | Out of town dinner - M. Frank, E. Bergman - 2. |
| Matt Frank | 8/4/2015 | $11.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/5/2015 | $11.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/6/2015 | $7.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/10/2015 | $6.41 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/11/2015 | $40.00 | Out of town dinner - M. Frank, E. Bergman - 2. |
| Matt Frank | 8/11/2015 | $11.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/12/2015 | $160.00 | Out of town dinner - M. Frank, P. Kinealy, M. Williams, R. Carter - 4. |
| Matt Frank | 8/13/2015 | $11.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/16/2015 | $19.70 | Out of town dinner - M. Frank. |
| Matt Frank | 8/17/2015 | $6.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/18/2015 | $11.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/19/2015 | $11.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/19/2015 | $80.00 | Out of town dinner - M. Frank, E. Bergman - 2. |
| Matt Frank | 8/20/2015 | $21.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/24/2015 | $7.62 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/25/2015 | $6.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/25/2015 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 8/27/2015 | $11.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/30/2015 | $23.32 | Out of town dinner - M. Frank. |
| Matt Frank | 8/31/2015 | $120.00 | Out of town dinner - M. Frank, J. Stegenga, M. Bergman, J. Dwyer - 4. |
| Matt Frank | 8/31/2015 | $15.58 | Out of town breakfast - M. Frank. |
| Michael Dvorak | 8/3/2015 | $21.32 | Out of town dinner - M. Dvorak. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*August 1, 2015 through August 31, 2015*

*Meals*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Michael Dvorak | 8/3/2015 | $9.62 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 8/4/2015 | $8.47 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 8/5/2015 | $13.25 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 8/6/2015 | $6.25 | Out of town breakfast - M. Dvorak. |
| Michael Williams | 8/3/2015 | $12.15 | Out of town dinner - M. Williams. |
| Michael Williams | 8/13/2015 | $44.81 | Out of town dinner - M. Williams, R. Country - 2. |
| Michael Williams | 8/25/2015 | $14.99 | Out of town dinner - M. Williams. |
| Paul Kinealy | 8/3/2015 | $10.64 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 8/3/2015 | $7.46 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 8/4/2015 | $10.15 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 8/5/2015 | $240.00 | Out of town dinner - P. Kinealy, E. Bergman, M. Dvorak, M. Williams, M. Frank, R. Country - 6. |
| Paul Kinealy | 8/6/2015 | $9.06 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 8/10/2015 | $7.40 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 8/11/2015 | $5.60 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 8/11/2015 | $56.68 | Out of town dinner - R. Country, P. Kinealy - 2. |
| Paul Kinealy | 8/12/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 8/13/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 8/13/2015 | $9.06 | Out of town dinner - P. Kinealy. |
| Richard Carter | 8/10/2015 | $97.94 | Out of town dinner - R. Carter, M. Frank, P. Kinealy, M. Williams, R. Country - 5. |
| Richard Carter | 8/10/2015 | $10.42 | Out of town breakfast - R. Carter. |
| Richard Carter | 8/11/2015 | $10.42 | Out of town dinner - R. Carter. |
| Richard Carter | 8/11/2015 | $12.80 | Out of town breakfast - R. Carter. |
| Richard Carter | 8/13/2015 | $7.58 | Out of town dinner - R. Carter. |
| Richard Carter | 8/25/2015 | $7.68 | Out of town breakfast - R. Carter. |
| Richard Carter | 8/25/2015 | $39.94 | Out of town dinner - R. Carter. |
| Richard Carter | 8/26/2015 | $6.69 | Out of town breakfast - R. Carter. |
| Richard Carter | 8/27/2015 | $4.10 | Out of town breakfast - R. Carter. |
| Richard Carter | 8/27/2015 | $17.51 | Out of town dinner - R. Carter. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*August 1, 2015 through August 31, 2015*

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Steve Kotarba | 8/25/2015 | $25.00 | Out of town dinner - S. Kotarba. |
| Steve Kotarba | 8/26/2015 | $25.98 | Out of town dinner - S. Kotarba. |
| **Expense Category Total** | | **$2,670.12** | |

## Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 7/30/2015 | $6.99 | In-flight WiFi access fees. |
| Jeff Dwyer | 8/4/2015 | $9.34 | Verizon conference call charges. |
| Jeff Dwyer | 8/7/2015 | $29.17 | In-flight WiFi access fees. |
| Jodi Ehrenhofer | 8/4/2015 | $38.33 | Verizon conference call charges. |
| Jodi Ehrenhofer | 8/6/2015 | $6.99 | In-flight WiFi access fees. |
| Jodi Ehrenhofer | 8/8/2015 | $6.99 | In-flight WiFi access fees. |
| Jodi Ehrenhofer | 8/27/2015 | $5.96 | In-flight WiFi access fees. |
| Mark Zeiss | 8/4/2015 | $15.22 | Verizon conference call charges. |
| Matt Frank | 8/4/2015 | $32.69 | Verizon conference call charges. |
| Matt Frank | 8/13/2015 | $49.95 | Internet online fees for flights 8/13/15 to 9/12/15 |
| Paul Kinealy | 8/4/2015 | $1.42 | Verizon conference call charges. |
| **Expense Category Total** | | **$203.05** | |

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 7/22/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 7/22/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 7/26/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 7/26/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Jeff Dwyer | 7/27/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 7/27/2015 | $45.00 | Taxi from San Antonio Airport to hotel. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*August 1, 2015 through August 31, 2015*

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Jeff Dwyer | 7/27/2015 | $30.00 | Taxi from Energy to Dallas Airport. |
| Jeff Dwyer | 7/28/2015 | $45.00 | Taxi from hotel to vendor. |
| Jeff Dwyer | 7/28/2015 | $45.00 | Taxi from vendor to hotel. |
| Jeff Dwyer | 7/29/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 7/29/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 7/29/2015 | $45.00 | Taxi from hotel to San Antonio Airport. |
| Jeff Dwyer | 7/30/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 7/30/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 7/30/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 8/2/2015 | $60.00 | Taxi from DFW to hotel. |
| Jeff Dwyer | 8/2/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 8/3/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 8/4/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 8/4/2015 | $20.00 | Taxi from hotel to dinner. |
| Jeff Dwyer | 8/4/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 8/4/2015 | $37.00 | Taxi from dinner to hotel. |
| Jeff Dwyer | 8/5/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 8/5/2015 | $60.00 | Taxi from San Antonio Airport to vendor. |
| Jeff Dwyer | 8/5/2015 | $20.00 | Taxi from hotel to dinner. |
| Jeff Dwyer | 8/5/2015 | $20.09 | Taxi from dinner to hotel. |
| Jeff Dwyer | 8/6/2015 | $25.00 | Taxi from dinner to hotel. |
| Jeff Dwyer | 8/6/2015 | $30.00 | Taxi from hotel to Dallas Airport. |
| Jeff Dwyer | 8/6/2015 | $50.00 | Taxi from hotel to dinner. |
| Jeff Dwyer | 8/7/2015 | $60.00 | Taxi from hotel to DFW Airport. |
| Jeff Dwyer | 8/7/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 8/17/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 8/17/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 8/18/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 8/19/2015 | $15.00 | Taxi from Energy to hotel. |

*Combined - All Entities*
*Expense Detail by Category*
*August 1, 2015 through August 31, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 8/20/2015 | $25.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 8/20/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 8/20/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jodi Ehrenhofer | 8/3/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Jodi Ehrenhofer | 8/3/2015 | $40.00 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 8/5/2015 | $12.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 8/6/2015 | $66.00 | Taxi from airport to home. |
| Jodi Ehrenhofer | 8/6/2015 | $60.00 | Taxi from Energy to DFW. |
| Jodi Ehrenhofer | 8/17/2015 | $10.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 8/17/2015 | $37.82 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 8/20/2015 | $60.00 | Taxi from Energy to DFW. |
| Jodi Ehrenhofer | 8/20/2015 | $40.00 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 8/24/2015 | $40.00 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 8/24/2015 | $60.00 | Taxi from DFW to hotel. |
| Jodi Ehrenhofer | 8/26/2015 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 8/27/2015 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 8/27/2015 | $40.00 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 8/27/2015 | $60.00 | Taxi from Energy to DFW. |
| Matt Frank | 8/3/2015 | $20.00 | Taxi from dinner to hotel. |
| Matt Frank | 8/3/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 8/3/2015 | $15.00 | Taxi from Energy to hotel. |
| Matt Frank | 8/3/2015 | $70.00 | Taxi from DFW to Energy. |
| Matt Frank | 8/4/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 8/6/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 8/6/2015 | $65.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 8/6/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 8/10/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 8/10/2015 | $65.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 8/11/2015 | $15.00 | Taxi from hotel to Energy. |

*Combined - All Entities*
*Expense Detail by Category*
*August 1, 2015 through August 31, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 8/12/2015 | $18.00 | Taxi from dinner to hotel. |
| Matt Frank | 8/12/2015 | $20.00 | Taxi from hotel to dinner. |
| Matt Frank | 8/12/2015 | $15.00 | Taxi from Energy to hotel. |
| Matt Frank | 8/13/2015 | $65.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 8/13/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 8/13/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 8/16/2015 | $65.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 8/16/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 8/17/2015 | $15.00 | Taxi from Energy to dinner. |
| Matt Frank | 8/17/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 8/19/2015 | $15.00 | Taxi from Energy to hotel. |
| Matt Frank | 8/20/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 8/20/2015 | $65.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 8/24/2015 | $65.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 8/24/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 8/25/2015 | $25.00 | Taxi from Energy to hotel. |
| Matt Frank | 8/25/2015 | $25.00 | Taxi from hotel to Energy. |
| Matt Frank | 8/26/2015 | $25.00 | Taxi from hotel to dinner. |
| Matt Frank | 8/26/2015 | $25.00 | Taxi from dinner to hotel. |
| Matt Frank | 8/27/2015 | $65.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 8/27/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 8/27/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 8/30/2015 | $65.00 | Taxi from DFW Airport to Energy. |
| Michael Dvorak | 8/3/2015 | $57.00 | Taxi from DFW Airport to Energy. |
| Michael Dvorak | 8/3/2015 | $25.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 8/3/2015 | $41.18 | Taxi home to Chicago O'Hare. |
| Michael Dvorak | 8/4/2015 | $25.00 | Taxi from hotel to dinner. |
| Michael Dvorak | 8/4/2015 | $25.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 8/4/2015 | $25.00 | Taxi from dinner to hotel. |

*Combined - All Entities*
*Expense Detail by Category*
*August 1, 2015 through August 31, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Dvorak | 8/5/2015 | $35.00 | Taxi from dinner to hotel. |
| Michael Dvorak | 8/5/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 8/6/2015 | $25.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 8/6/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 8/6/2015 | $38.70 | Taxi from Chicago O'Hare to home. |
| Michael Williams | 8/3/2015 | $42.38 | Taxi from home to O'Hare Airport. |
| Michael Williams | 8/3/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 8/6/2015 | $50.00 | Taxi from OHare Airport to home. |
| Michael Williams | 8/6/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 8/9/2015 | $45.98 | Taxi from home to O'Hare Airport. |
| Michael Williams | 8/9/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Michael Williams | 8/10/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 8/10/2015 | $25.00 | Taxi from Energy to hotel. |
| Michael Williams | 8/11/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 8/13/2015 | $50.00 | Taxi from OHare Airport to home. |
| Michael Williams | 8/13/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 8/17/2015 | $50.00 | Taxi from home to O'Hare. |
| Michael Williams | 8/17/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 8/19/2015 | $25.00 | Taxi from hotel to Energy. |
| Michael Williams | 8/20/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 8/20/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 8/24/2015 | $43.10 | Taxi from home to O'Hare Airport. |
| Michael Williams | 8/24/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 8/24/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 8/25/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 8/26/2015 | $43.00 | Taxi from dinner to hotel. |
| Michael Williams | 8/27/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 8/27/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 8/27/2015 | $25.00 | Taxi from hotel to dinner. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*August 1, 2015 through August 31, 2015*

## *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 8/3/2015 | $27.00 | Taxi from Dallas Airport to Energy. |
| Paul Kinealy | 8/5/2015 | $9.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 8/6/2015 | $28.00 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 8/6/2015 | $120.00 | Parking at Midway Airport. |
| Paul Kinealy | 8/10/2015 | $29.00 | Taxi from Dallas Airport to Energy. |
| Paul Kinealy | 8/11/2015 | $28.00 | Taxi from Energy to dinner. |
| Paul Kinealy | 8/11/2015 | $16.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 8/12/2015 | $13.47 | Taxi from Energy to dinner. |
| Paul Kinealy | 8/12/2015 | $8.00 | Taxi from Energy to hotel. |
| Paul Kinealy | 8/13/2015 | $120.00 | Parking at Midway Airport. |
| Paul Kinealy | 8/13/2015 | $24.00 | Taxi from Energy to Dallas Airport. |
| Richard Carter | 8/1/2015 | $54.65 | Taxi from Energy to DFW Airport. |
| Richard Carter | 8/10/2015 | $55.62 | Taxi from DFW Airport to Energy. |
| Richard Carter | 8/12/2015 | $3.50 | Taxi from Energy to hotel. |
| Richard Carter | 8/13/2015 | $140.00 | Parking at Chicago Airport. |
| Richard Carter | 8/13/2015 | $6.99 | Taxi from dinner to hotel. |
| Richard Carter | 8/19/2015 | $56.00 | Taxi from Energy to DFW Airport. |
| Richard Carter | 8/25/2015 | $60.75 | Taxi from DFW Airport to Energy. |
| Richard Carter | 8/27/2015 | $105.00 | Parking at Chicago Airport. |
| Richard Carter | 8/27/2015 | $54.00 | Taxi from Energy to DFW Airport. |
| Steve Kotarba | 8/25/2015 | $60.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 8/25/2015 | $25.00 | Taxi from Dallas Airport to Energy. |
| Steve Kotarba | 8/26/2015 | $25.00 | Taxi from Energy to Dallas Airport. |
| Steve Kotarba | 8/26/2015 | $8.00 | Taxi from hotel to Energy. |
| Steve Kotarba | 8/26/2015 | $60.00 | Taxi from Midway Airport to home. |

|  |  |  |
|---|---|---|
| **Expense Category Total** | **$6,109.23** | |
| *Grand Total* | **$43,915.24** | |