## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY SUBJECT MATTER[1]**
**AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 30.10 | $10,627.00 |
| 7 | EPA NSR Litigation | 356.00 | $109,276.50 |
| 8 | EGU MACT | 66.20 | $26,271.50 |
| 9 | Texas PM2.5 Interstate Transport Rule | 4.50 | $2,272.50 |
| 11 | EPA Regional Haze Rulemaking | 96.60 | $27,620.50 |
| 18 | EPA Affirmative Defense Litigation | 73.90 | $26,123.50 |
| 19 | EPA GHG Rules | 173.50 | $63,466.00 |
| 21 | Bankruptcy Application and Retention | 25.80 | $5,555.00 |
| **Totals:** | | **826.60** | **$271,212.50** |

---

[1]   The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

**EXPENSE SUMMARY**
**AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

| Expense Category | Amount |
|---|---|
| Airfare | $2,150.60 |
| Court Fees | $500.00 |
| Deliveries | $49.07 |
| Standard Copies or Prints | $14.40 |
| Telephone Charges | $134.22 |
| Transportation | $61.42 |
| Transportation to/from airport | $106.74 |
| Travel Expenses – Lodging | $1,658.64 |
| Travel Meals | $421.48 |
| Other Travel Expenses | $123.60 |
| **Total Expenses Sought:** | **$5,220.17** |