# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $385.00 | 54.50 | $20,982.50 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $320.00 | 109.00 | $34,880.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $505.00 | 166.20 | $83,931.00 |
| K. Alex Khoury | Partner | 2003 | Litigation | $390.00 | 1.00 | $390.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $505.00 | 39.50 | $19,947.50 |
| Mary F. Samuels | Partner | 2007 | Environmental | $320.00 | 4.40 | $1,408.00 |
| Spence M. Taylor | Partner | 1996 | Environmental Litigation | $430.00 | 5.00 | $2,150.00 |
| Jeff Wood | Partner | 2003 | Environmental | $430.00 | 1.30 | $559.00 |
| Julia Barber | Associate | 2014 | Environmental | $240.00 | 98.00 | $23,520.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $235.00 | 34.70 | $8,154.50 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | $275.00 | 41.80 | $11,495.00 |
| Jonathan Grayson | Associate | 2005 | Bankruptcy | $290.00 | 1.60 | $464.00 |
| Michael P. Malenfant | Associate | 2013 | Energy | $235.00 | 4.70 | $1,104.50 |
| David W. Mitchell | Associate | 2009 | Environmental | $285.00 | 84.10 | $23,968.50 |
| J. Patrick Runge | Associate | 2008 | Environmental | $270.00 | 26.60 | $7,182.00 |
| Irving Jones, Jr. | Staff Attorney | 2014 | Environmental | $220.00 | 33.00 | $7,260.00 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | $260.00 | 2.80 | $728.00 |
| | | | | | **708.20** | **$248,124.50** |

The paraprofessionals of Balch who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy Benschoter | Paralegal | 6 years | Environmental | $195.00 | 118.40 | $23,088.00 |
| | | | | | **118.40** | **$23,088.00** |

| **Total Fees Requested** | **$271,212.50** |
|---|---|