## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**JULY 1, 2015 THROUGH JULY 31, 2015**

| Expense Category | Amount |
|---|---|
| Airfare | $2,150.60 |
| Court Fees | $500.00 |
| Deliveries | $49.07 |
| Standard Copies or Prints | $14.40 |
| Telephone Charges | $134.22 |
| Transportation | $61.42 |
| Transportation to/from airport | $106.74 |
| Travel Expenses – Lodging | $1,658.64 |
| Travel Meals | $421.48 |
| Other Travel Expenses | $123.60 |
| **Total Expenses Sought:** | **$5,220.17** |