# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**JULY 1, 2015 THROUGH JULY 31, 2015**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 584796 | 004 | 7/9/15 | P. Stephen Gidiere | Telephone Charges | | | $11.88 | Conference Call |
| 584796 | 004 | 7/16/15 | P. Stephen Gidiere | Telephone Charges | | | $11.06 | Conference Call |
| *584796* | *004* | *7/23/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.46* | *Long Distance* |
| 584796 | 004 | 7/30/15 | P. Stephen Gidiere | Telephone Charges | | | $13.36 | Conference Call |
| 584796 | 004 | 8/1/15 | P. Stephen Gidiere | In-house Copying | $0.10 | 49 | $4.90 | Standard Copies |
| 584803 | 007 | 7/8/15 | Tom DeLawrence | Telephone Charges | | | $12.90 | Conference Call |
| 584803 | 007 | 7/9/15 | Tom DeLawrence | Telephone Charges | | | $22.48 | Conference Call |
| *584803* | *007* | *7/9/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.09* | *Long Distance* |
| *584803* | *007* | *7/9/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$4.10* | *Long Distance* |
| 584803 | 007 | 7/29/15 | Tom DeLawrence | Telephone Charges | | | $10.46 | Conference Call |
| 584803 | 007 | 7/29/15 | Tom DeLawrence | Telephone Charges | | | $15.57 | Conference Call |
| 584803 | 007 | 7/31/15 | Tom DeLawrence | Telephone Charges | | | $20.54 | Conference Call |
| 584803 | 007 | 8/1/15 | P. Stephen Gidiere | In-house Copying | $0.10 | 95 | $9.50 | Standard Copies |
| 584803 | 007 | 8/10/15 | Tom DeLawrence | Airfare | | | $440.00 | Roundtrip Airfare between Birmingham, AL and Dallas, TX |
| 584803 | 007 | 8/10/15 | Amy Benschoter | Airfare | | | $696.00 | Roundtrip airfare between Birmingham, AL and Dallas, TX |
| 584803 | 007 | 8/10/15 | Tom DeLawrence | Transportation | | | $5.50 | Cab fare from client's office to hotel |
| 584803 | 007 | 8/10/15 | Tom DeLawrence | Transportation to/from Airport | | | $30.00 | Cab fare from airport to client's office |
| 584803 | 007 | 8/10/15 | Tom DeLawrence | Travel Meals | | | $4.31 | Breakfast |
| 584803 | 007 | 8/10/15 | Tom DeLawrence | Travel Meals | | | $17.59 | Dinner (2 people) |
| 584803 | 007 | 8/10/15 | Tom DeLawrence | Travel Meals | | | $36.81 | Dinner (2 people) |
| 584803 | 007 | 8/10/15 | Amy Benschoter | Travel Meals | | | $7.78 | Breakfast |
| 584803 | 007 | 8/10/15 | Amy Benschoter | Travel Meals | | | $17.86 | Dinner |
| 584803 | 007 | 8/11/15 | Tom DeLawrence | Transportation | | | $5.50 | Cab fare from hotel to client's office |
| 584803 | 007 | 8/11/15 | Tom DeLawrence | Transportation | | | $5.97 | Cab fare from client's office to hotel |
| 584803 | 007 | 8/11/15 | Tom DeLawrence | Travel Meals | | | $6.46 | Breakfast |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 584803 | 007 | 8/11/15 | Tom DeLawrence | Travel Meals | | | $2.87 | Breakfast |
| 584803 | 007 | 8/11/15 | Tom DeLawrence | Travel Meals | | | $59.25 | Dinner (2 people) |
| 584803 | 007 | 8/11/15 | Amy Benschoter | Travel Meals | | | $6.48 | Breakfast |
| 584803 | 007 | 8/11/15 | Amy Benschoter | Travel Meals | | | $8.26 | Lunch |
| 584803 | 007 | 8/11/15 | Amy Benschoter | Travel Meals | | | $48.60 | Dinner (2 people) |
| 584803 | 007 | 8/12/15 | Tom DeLawrence | Other Travel | | | $36.00 | Parking Airport |
| 584803 | 007 | 8/12/15 | Amy Benschoter | Other Travel | | | $36.00 | Parking Airport |
| 584803 | 007 | 8/12/15 | Tom DeLawrence | Transportation to/from Airport | | | $12.35 | Cab fare from client's office to airport |
| *584803* | *007* | *8/12/15* | *Tom DeLawrence* | *Travel Expenses - Lodging* | | | *$735.36[1]* | *Lodging in Dallas, TX (2 nights)* |
| *584803* | *007* | *8/12/15* | *Amy Benschoter* | *Travel Expenses - Lodging* | | | *$735.36[2]* | *Lodging in Dallas, TX (2 nights)* |
| 584803 | 007 | 8/12/15 | Tom DeLawrence | Travel Meals | | | $6.46 | Breakfast |
| 584803 | 007 | 8/12/15 | Tom DeLawrence | Travel Meals | | | $2.87 | Breakfast |
| 584803 | 007 | 8/12/15 | Tom DeLawrence | Travel Meals | | | $21.90 | Lunch (3 people) |
| 584803 | 007 | 8/12/15 | Amy Benschoter | Travel Meals | | | $10.82 | Dinner |
| *584803* | *007* | *8/17/15* | *Tom DeLawrence* | *Telephone Charges* | | | *$0.30* | *Long distance to Dallas, TX* |
| 584803 | 007 | 8/18/15 | Amy Benschoter | Telephone Charges | | | $0.40 | Conference Call |
| 584803 | 007 | 8/24/15 | P. Stephen Gidiere | Telephone Charges | | | $1.50 | Conference Call |
| 584803 | 007 | 8/26/15 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference Call |
| 584801 | 008 | 7/29/15 | C. Grady Moore | Telephone Charges | | | $3.66 | Conference Call |
| 584797 | 009 | 7/29/15 | P. Stephen Gidiere | Telephone Charges | | | $1.50 | Conference Call |
| 584802 | 018 | 7/13/15 | P. Stephen Gidiere | Telephone Charges | | | $4.15 | Conference Call |
| 584802 | 018 | 7/21/15 | P. Stephen Gidiere | Telephone Charges | | | $1.16 | Conference Call |
| *584802* | *018* | *7/28/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.50* | *Long Distance to Grand Prairie, TX* |
| 584802 | 018 | 7/31/15 | P. Stephen Gidiere | Telephone Charges | | | $0.60 | Conference Call |

---

[1] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, hotels are capped at $350.00 per night. Therefore, $35.36 is not reimbursable.

[2] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, hotels are capped at $350.00 per night. Therefore, $35.36 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 584802 | 018 | 8/6/15 | P. Stephen Gidiere | Court Fees | | | $500.00 | Filing Fee for Petition to Review |
| 584802 | 018 | 8/7/15 | P. Stephen Gidiere | Deliveries | | | $36.00 | U.S. Postage |
| 584802 | 018 | 8/13/15 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference Call |
| 584802 | 018 | 8/17/15 | P. Stephen Gidiere | Deliveries | | | $13.07 | Fed-Ex Shipment |
| 584802 | 018 | 8/26/15 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Conference Call |
| *584799* | *019* | *8/10/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$4.70* | *Long Distance to Dallas, TX* |
| 584799 | 019 | 8/14/15 | P. Stephen Gidiere | Telephone Charges | | | $0.50 | Conference Call |
| 584799 | 019 | 8/14/15 | P. Stephen Gidiere | Telephone Charges | | | $1.80 | Conference Call |
| 584799 | 019 | 8/20/15 | P. Stephen Gidiere | Airfare | | | $365.00 | Airfare from Birmingham, AL to Dallas, TX |
| 584799 | 019 | 8/20/15 | P. Stephen Gidiere | Transportation | | | $22.00 | Cab fare from hotel to client meeting |
| 584799 | 019 | 8/20/15 | P. Stephen Gidiere | Transportation | | | $22.45 | Cab fare from client meeting to hotel |
| 584799 | 019 | 8/20/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $40.00 | Cab fare from airport to client's office |
| 584799 | 019 | 8/20/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Travel to Birmingham, AL airport |
| 584799 | 019 | 8/20/15 | P. Stephen Gidiere | Travel Expenses - Lodging | | | $258.64 | Lodging in Dallas, TX (1 night) |
| 584799 | 019 | 8/20/15 | P. Stephen Gidiere | Travel Meals | | | $18.50 | Breakfast |
| *584799* | *019* | *8/20/15* | *P. Stephen Gidiere* | *Travel Meals* | | | *$316.30[3]* | *Dinner (3 people)* |
| 584799 | 019 | 8/20/15 | P. Stephen Gidiere | Travel Meals | | | $17.07 | Lunch |
| 584799 | 019 | 8/21/15 | P. Stephen Gidiere | Airfare | | | $205.00 | Airfare from Dallas, TX to Austin, TX |
| 584799 | 019 | 8/21/15 | P. Stephen Gidiere | Airfare | | | $444.60 | Airfare from Austin, TX to Birmingham, AL |
| 584799 | 019 | 8/21/15 | P. Stephen Gidiere | Other Travel | | | $30.00 | Parking Airport |
| 584799 | 019 | 8/21/15 | P. Stephen Gidiere | Other Travel Expenses | | | $21.60 | In-flight Wi-Fi acces |
| 584799 | 019 | 8/21/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $19.79 | Cab fare from client's office to airport |

---

[3] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $196.30 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 584799 | 019 | 8/21/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Travel from Birmingham, AL airport |
| 584799 | 019 | 8/21/15 | P. Stephen Gidiere | Travel Meals | | | $4.33 | Breakfast |
| 584799 | 019 | 8/21/15 | P. Stephen Gidiere | Travel Meals | | | $3.26 | Breakfast |
| Total Expenses: | | | | | | | $5,498.34 | |
| *Less: Expense Adjustment*[4] | | | | | | | *$278.17* | |
| **Total Expenses Sought:** | | | | | | | **$5,220.17** | |

---

[4] Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014.