# EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 1, 2015 THROUGH AUGUST 31, 2015

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 15.8 | $6,678.00 |
| 46 | Budget-Related Work | 0.5 | $312.50 |
| Total for All-Debtor Matters | | 16.3 | $6,990.50 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 22.0 | $15,327.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | N/A | N/A |
| 16 | Litigation: Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation: NSR Case | 48.0 | $40,242.50 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | 0.4 | $148.00 |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | N/A | N/A |
| 44 | Non-Working Travel | N/A | N/A |
| 48 | TCEH Going Public Transactions | 83.8 | $50,664.50 |
| 49 | TCEH Notes Offering | 1.1 | $1,149.50 |
| Total for TCEH Matters | | 155.3 | $107,531.50 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 87.0% of the fees ($6,079.39) shall be allocated to the TCEH estate, 0.0% of the fees ($0.00) shall be allocated to the EFIH estate, and 13.0% of the fees ($911.11) shall be allocated to the EFH estate.

2

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---:|---:|
| 29 | Second Lien DIP Notes Offering | N/A | N/A |
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 19.3 | $16,115.50 |
| 32 | Corporate Matters | N/A | N/A |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 19.3 | $16,115.50 |
| **Total** | | **190.9** | **$130,637.50** |

## EXPENSE SUMMARY
## AUGUST 1, 2015 THROUGH AUGUST 31, 2015

| Expenses Category | Total Expenses |
|---|---|
| **Total:** | **N/A** |