# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Aaron Adams | Partner. Joined firm as an Associate in 2006. Member of NY Bar since 2001. | $1,045.00 | 1.1 | $1,149.50 |
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $975.00 | 1.8 | $1,755.00 |
| James C. Ho | Partner. Became a Partner in 2010. Member of DC Bar since 2001, and TX Bar since 2006. | $835.00 | 6.7 | $5,594.50 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $835.00 | 51.8 | $43,253.00 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $885.00 | 26.8 | $23,718.00 |
| Michael A. Rosenthal | Partner. Became a Partner in 1992. Member of IL Bar since 1980, TX Bar since 1985, and NY Bar since 2009. | $1,175.00 | 6.1 | $7,167.50 |
| Ashley E. Johnson | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $690.00 | 10.8 | $7,452.00 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $625.00 | 5.1 | $3,187.50 |
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $610.00 | 7.5 | $4,575.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Timothy P. Fisher | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $450.00 | 21.1 | $9,495.00 |
| William T. Thompson | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $425.00 | 3.7 | $1,572.50 |
| Needhi N. Vasavada | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2014. | $410.00 | 22.7 | $9,307.00 |
| Elizabeth M. Viney | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $525.00 | 3.9 | $2,047.50 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $630.00 | 7.5 | $4,725.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $395.00 | 13.9 | $5,490.50 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $370.00 | 0.4 | $148.00 |
| **TOTAL** | | | 190.9 | $130,637.50 |
| **Blended Rate** | | $684.32 | | |

2