# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

| Expenses Category | Total Expenses |
|---|---|
| **Total:** | **N/A** |

**TOTAL EXPENSES:** **N/A**