# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---:|---|---:|---:|
| 1 | Long-Range Forecast | 203.00 | $108,385.00 |
| 2 | Metric Analysis | 66.50 | $28,905.00 |
| 3 | Generation Analysis | 311.50 | $142,282.50 |
| 4 | Retail Analysis | 148.00 | $74,860.00 |
| 5 | Commodity Analysis | 97.00 | $52,167.50 |
| 6 | Competitor Analysis | 47.50 | $25,427.50 |
| 7 | EBITDA Projection | 27.00 | $12,682.50 |
| 8 | Environmental Analysis | 117.50 | $64,707.50 |
| 9 | Short-Range Forecast | 6.50 | $4,335.00 |
| 10 | Capital Projects | 7.00 | $5,250.00 |
| 11 | Wholesale Operations | 31.00 | $17,525.00 |
| 12 | Retail Operations | 61.50 | $30,665.00 |
| 13 | T&D Operations | 59.50 | $28,377.50 |
| 14 | Data Collection and Diligence | 141.00 | $73,757.50 |
| 15 | Reports | 375.90 | $181,375.00 |
| 16 | Hearings | 0.00 | $0.00 |
| 17 | On-Site Diligence | 154.00 | $90,700.00 |
| 18 | Project Management | 2.40 | $1,800.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 115.50 | $75,390.00 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 13.75 | $5,412.50 |
|  | *Continued on next page* |  |  |

1. Non-working travel time has been billed at 50% of actual time incurred.

# EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 0.00 | $0.00 |
| 24 | Retail Margins | 8.00 | $3,837.50 |
| 25 | T&D Market Research | 5.50 | $3,240.00 |
| 26 | Wholesale Market Research | 6.00 | $2,460.00 |
| 27 | Retail Market Research | 100.00 | $50,880.00 |
| 28 | Performance Analysis | 0.5 | $360.00 |
| 29 | Sales, General & Administrative Analysis | 39.00 | $17,417.50 |
| 30 | Portfolio Analysis | 29.50 | $17,745.00 |
| 31 | Oncor Revenue Analysis | 0.00 | $0.00 |
| 32 | Oncor Capital Structure | 2.00 | $910.00 |
| 33 | Regulatory Analysis | 29.50 | $19,552.50 |
| 34 | Claims & Settlement Issues | 104.00 | $73,162.50 |
| | | | |
| | Totals: | 2,310.05 | $1,213,570.00 |

---

1. Non-working travel time has been billed at 50% of actual time incurred.