# EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 178.30 | $133,725.00 |
| Jean Agras | Managing Director | $720 | 156.00 | $112,320.00 |
| Gary Germeroth | Managing Director | $720 | 151.50 | $109,080.00 |
| Dave Andrus | Director | $645 | 143.50 | $92,557.50 |
| Scott Davis | Director | $545 | 204.50 | $111,452.50 |
| Paul Harmon | Director | $575 | 74.00 | $42,550.00 |
| Tim Wang | Director | $575 | 123.50 | $71,012.50 |
| Kimberly Eckert | Managing Consultant | $495 | 142.50 | $70,537.50 |
| Michael Gadsden | Managing Consultant | $460 | 195.50 | $89,930.00 |
| Jill Kawakami | Managing Consultant | $430 | 96.50 | $41,495.00 |
| Buck Monday | Managing Consultant | $450 | 53.00 | $23,850.00 |
| Michael Perry | Managing Consultant | $410 | 114.00 | $46,740.00 |
| Nathan Pollak | Managing Consultant | $460 | 178.00 | $81,880.00 |
| Samuel Schreiber | Managing Consultant | $455 | 147.00 | $66,885.00 |
| Laura Hatanaka | Consultant | $390 | 187.00 | $72,930.00 |
| Pamela Morin | Consultant | $380 | 11.25 | $4,275.00 |
| Alex Vinton | Analyst | $275 | 154.00 | $42,350.00 |
| | | Totals: | 2,310.05 | $1,213,570.00 |