# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $18,293.11 |
| Airfare | $22,119.73 |
| Taxi | $3,243.72 |
| Travel Meals | $4,207.92 |
| Other Travel Expenses | $1,944.61 |
| Vehicle Rental Expenses | $2,046.42 |
| Market Data | $29,315.27 |
| **Total:** | **$81,170.78** |

### TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $16,041.30 |
| Airfare | $19,396.88 |
| Taxi | $2,844.43 |
| Travel Meals | $3,689.94 |
| Other Travel Expenses | $1,705.24 |
| Vehicle Rental Expenses | $1,794.51 |
| Market Data | $25,706.67 |
| **Total:** | **$71,178.97** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $310.29 |
| Airfare | $375.20 |
| Taxi | $55.02 |
| Travel Meals | $71.38 |

| Service Description | Amount |
|---|---:|
| Other Travel Expenses | $32.98 |
| Vehicle Rental Expenses | $34.71 |
| Market Data | $497.25 |
| **Total:** | **$1,376.83** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $1,941.52 |
| Airfare | $2,347.65 |
| Taxi | $344.27 |
| Travel Meals | $446.60 |
| Other Travel Expenses | $206.39 |
| Vehicle Rental Expenses | $217.20 |
| Market Data | $3,111.35 |
| **Total:** | **$8,614.98** |