# EXHIBIT A

**Detailed Description of Expenses**

Guggenheim Securities
Expense Details

EXHIBIT A

**GUGGENHEIM SECURITIES, LLC**
**EXPENSE DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

### Expense Details

| Original Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 8/3/2015 | Airfare | $1,956.10 | ($1,467.10) | $489.00 | Michael Henkin | American Airlines | Flight from SFO to NYC for EFH meeting; reduced to coach equivalent airfare |
| 8/6/2015 | Airfare | 1,233.00 | (363.00) | 870.00 | Michael Henkin | United Airlines | Flight from NYC to SFO after EFH meeting; reduced to coach equivalent airfare |
| 8/18/2015 | Airfare | 2,152.50 | (1,353.50) | 799.00 | Michael Henkin | American Airlines | Flight from SFO to NYC for EFH meeting; reduced to coach equivalent airfare |
| 8/19/2015 | Airfare | 2,216.10 | (1,509.10) | 707.00 | Michael Henkin | United Airlines | Flight from NYC to SFO after EFH meeting; reduced to coach equivalent airfare |
| 8/5/2015 | Hotel | 427.78 | (18.78) | 409.00 | Michael Henkin | Courtyard By Marriott | 1 night room rate |
| 8/5/2015 | Hotel | 67.61 | (3.78) | 63.83 | Michael Henkin | Courtyard By Marriott | 1 night taxes |
| 8/18/2015 | Hotel | 49.22 | 0.00 | 49.22 | Michael Henkin | Grand Hyatt | 1 night taxes |
| 8/18/2015 | Hotel | 310.00 | 0.00 | 310.00 | Michael Henkin | Grand Hyatt | 1 night room rate |
| 8/3/2015 | Ground Transportation | 68.34 | 0.00 | 68.34 | Michael Henkin | NYC-TAXI | Taxi from JFK to hotel |
| 8/3/2015 | Ground Transportation | 72.00 | 0.00 | 72.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Parking at SFO airport (50% allocation) |
| 8/4/2015 | Ground Transportation | 10.00 | 0.00 | 10.00 | Ronen Bojmel | UBER TECHNOLOGIES INC | Taxi to meeting with David Ying |
| 8/4/2015 | Ground Transportation | 13.00 | 0.00 | 13.00 | Ofir Nitzan | NYC-TAXI | Taxi from office to home (after midnight night of 8/4) |
| 8/4/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 8/5/2015 | Ground Transportation | 12.00 | 0.00 | 12.00 | Ofir Nitzan | NYC-TAXI | Taxi from office to home (after 9pm) |
| 8/6/2015 | Ground Transportation | 77.96 | 0.00 | 77.96 | Michael Henkin | EXECUTIVE CHARGE INC | Car service from office to JFK airport |
| 8/11/2015 | Ground Transportation | 9.22 | 0.00 | 9.22 | Ofir Nitzan | Uber | Uber to meeting at Evercore on 8/11/15 (booked by Lisa Morgan) |
| 8/18/2015 | Ground Transportation | 72.00 | 0.00 | 72.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Parking at SFO airport (50% allocation) |
| 8/19/2015 | Ground Transportation | 68.34 | 0.00 | 68.34 | Michael Henkin | NYC TAXI 2T81 | Taxi from JFK airport to hotel |
| 5/5/2015 | Meals | 239.12 | 0.00 | 239.12 | | SEAMLESS NORTH AMERICA LLC | EFH internal meeting group meal - catered |
| 7/23/2015 | Meals | 185.05 | (105.05) | 80.00 | Ronen Bojmel | NOBU 57 | Dinner meeting with EFH UCC member |
| 8/3/2015 | Meals | 18.24 | 0.00 | 18.24 | Michael Henkin | NAPA FARMS MARKET | 1 person - travel lunch |
| 8/4/2015 | Meals | 40.72 | (0.72) | 40.00 | Michael Henkin | KOSHER DELUXE | 1 person - travel lunch |
| 8/4/2015 | Meals | 25.51 | (5.51) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 8/7/2015 | Meals | 22.44 | (2.44) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 8/17/2015 | Meals | 25.59 | (5.59) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 8/18/2015 | Meals | 17.57 | 0.00 | 17.57 | Michael Henkin | NAPA FARMS MARKET | 1 person - travel lunch |
| 8/18/2015 | Meals | 25.56 | (5.56) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 8/19/2015 | Meals | 12.18 | 0.00 | 12.18 | Michael Henkin | CAFE 42ND | 1 person - travel lunch |
| 8/20/2015 | Meals | 25.52 | (5.52) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 8/27/2015 | Meals | 21.58 | (1.58) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 8/31/2015 | Legal | 783.50 | 0.00 | 783.50 | | DENTONS US LLP | Reimbursement of legal fees and expenses incurred by Gugg. |