## EXHIBIT A-1

**Legal Expenses of Guggenheim Securities, LLC**

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Salans FMC SNR Denton
McKenna Long
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

September 11, 2015

**Invoice No. 1674578**

Client/Matter: 21421443-0045

Energy Future Holdings

Payment Due Upon Receipt

Total This Invoice                                      $           783.50

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6361

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
P. Maxcy
at 1 312 876 8000



| | | |
|---|---|---|
| Dentons US LLP | | Salans FMC SNR Denton |
| 233 South Wacker Drive | | McKenna Long |
| Suite 5900 | | dentons.com |
| Chicago, Illinois 60606-6361 | | |

GUGGENHEIM SECURITIES                                  September 11, 2015
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017                                   **Invoice No. 1674578**
USA

Client/Matter:  21421443-0045

Energy Future Holdings

___

For Professional Services Rendered through August 31, 2015:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 8/13/15 | G. Miller | 0.50 | Finalize second supplemental declaration and emailed same to P. Maxcy. |
| 8/13/15 | P. Maxcy | 0.20 | Review revisions to supplemental declaration. |
| 8/14/15 | P. Maxcy | 0.30 | Emails with P. Laroche re execution of declaration. |
| 8/14/15 | P. Maxcy | 0.30 | Arrange filing of supplemental declaration. |
| Total Hours | | 1.30 | |
| Fee Amount | | | $783.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| P. Maxcy | $720.00 | 0.80 | $576.00 |
| G. Miller | $415.00 | 0.50 | $207.50 |
| Totals | | 1.30 | $783.50 |
| Fee Total | $ | 783.50 | |
| Invoice Total | $ | 783.50 | |