## EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS<br>8/01 – 8/31/2015 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 33.0 |
| Raoul Nowitz | Managing Director | 141.5 |
| Paul Hogan | Director | 3.0 |
| Matthew Cumbee | Sr. Associate | 97.0 |
| TOTALS | | 274.5 |