# EXHIBIT C

**Expenses by Category**

|  | August 2015 |
|---|---|
| Airfare | $2,203.40 |
| Ground Transportation | $310.83 |
| Hotel & Lodging | $926.93 |
| Meals | $186.80 |
| Mileage | $65.58 |
| TOTALS | $3,693.54 |