# **EXHIBIT D**

**Expense Detail**

# Energy Future Holdings Corp – August 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 8/10/2015 | Luria, Neil | AIR - Airfare | $ 563.10 |
| | | One-way economy class to EWR for meeting with E-side UCC financial advisors | |
| 8/10/2015 | Luria, Neil | AIR - Airfare | $ 638.10 |
| | | One-way economy class to CLE following meeting with E-side UCC financial advisor | |
| 8/11/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,002.20 |
| | | Round-trip economy class to LGA for meeting with E-side UCC financial advisor | |
| | | **Total Airfare:** | **$ 2,203.40** |
| 8/11/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car to EWR | |
| 8/11/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 36.00 |
| | | Parking at airport | |
| 8/5/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| 8/10/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 53.09 |
| | | NY Taxi | |
| 8/11/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 53.74 |
| | | NY Taxi | |
| | | **Total Ground Transportation:** | **$ 310.83** |
| 8/10/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in New York. | |
| 8/11/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 426.93 |
| | | Room rate and taxes - 1 night in NY | |
| | | **Total Hotel and Lodging:** | **$ 926.93** |
| 8/10/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 80.00 |
| | | Attendees:  R. Nowitz, N. Luria | |
| 8/10/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 20.28 |
| | | Attendee:  N. Luria | |
| 8/11/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 6.50 |
| | | Attendee:  N. Luria | |
| 8/11/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 10.00 |
| | | Attendee:  N. Luria | |
| 8/11/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  N. Luria | |
| 8/11/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 10.89 |
| | | Attendee:  R. Nowitz | |
| 8/11/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 19.13 |
| | | Attendee:  R. Nowitz | |
| | | **Total Out of Town Meals:** | **$ 186.80** |
| 8/10/2015 | Luria, Neil | MILES - USA - Mileage | $ 15.68 |
| | | From home to airport | |
| 8/11/2015 | Luria, Neil | MILES - USA - Mileage | $ 14.56 |

**Energy Future Holdings Corp -**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 8/10/2015 | Nowitz, Raoul | From airport to home<br>MILES - USA - Mileage | $ 17.67 |
| 8/11/2015 | Nowitz, Raoul | From home to airport<br>MILES - USA - Mileage | $ 17.67 |
| | | From airport to home | |
| | | Total USA - Mileage: | $ 65.58 |
| | | | $ 3,693.54 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719