## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) | Objection Deadline: October 6, 2015 at 4:00 p.m. |

### NOTICE OF REJECTION OF A CERTAIN
### EXECUTORY CONTRACT AND RELATED RELIEF THERETO

**PLEASE TAKE NOTICE** that, on April 29, 2014, Energy Future Holdings Corp. and certain of its subsidiaries (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). These chapter 11 cases are being jointly administered pursuant to the *Final Order Directing Joint Administration of the Debtors' Chapter 11 Cases* [D.I. 849].

**PLEASE TAKE FURTHER NOTICE** that, on September 15, 2014, the Court entered an order [D.I. 2015] (the "Procedures Order"), authorizing the Debtors to reject executory contracts and unexpired leases and seek related relief thereto pursuant to the procedures set forth in the Procedures Order (the "Rejection Procedures").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Rejection Procedures, the Debtors hereby provide notice of their intent to reject the executory contract identified on the attached **Exhibit A** (the "Contract").

**PLEASE TAKE FURTHER NOTICE** that any objection to the Debtors' rejection of the Contract must be filed in writing with the Court, no later than **4:00 p.m. (Eastern Daylight Time) on October 6, 2015**, as required by the Rejection Procedures (the "Rejection Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Rejection Procedures, if no objection to the rejection of the Contract is filed in accordance with the Rejection Procedures, the Debtors will file with the Court a proposed form of order under a certificate of counsel, substantially in the form attached hereto as **Exhibit B** (the "Rejection Order") and an Amended Rejection Schedule, including such Contract.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rejection Procedures, if an objection is properly filed, unless such parties agree otherwise in writing, the Debtors will schedule a hearing to consider that objection in accordance with the Rejection Procedures.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Rejection Procedures, should you have a claim for any damages as a result of the Debtors' rejection of the Contract, you must submit a proof of claim to Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, Grand Central Station, P.O. Box 4613, New York, NY 10163-4613.  If you do not properly and timely file such proof of claim, you shall be forever barred from asserting any claims for such rejection damages.

**PLEASE TAKE FURTHER NOTICE** that the proposed rejection of any Contract or Lease shall not constitute an admission by the Debtors that:  (1) any such Contract or Lease is in

2

fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or (2) that the Debtors shall have any liability under any such Contract or Lease. The Debtors also reserve the right to supplement, amend, or otherwise modify the schedule of Contracts and Leases.

**PLEASE TAKE FURTHER NOTICE** that the Contract shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Contract, and all Contracts and Leases related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements have been previously rejected or terminated.

[*Remainder of page intentionally left blank.*]

Dated: September 22, 2015
  Wilmington, Delaware    */s/ Jason M. Madron*
              **RICHARDS, LAYTON & FINGER, P.A.**
              Mark D. Collins (No. 2981)
              Daniel J. DeFranceschi (No. 2732)
              Jason M. Madron (No. 4431)
              920 North King Street
              Wilmington, Delaware 19801
              Telephone: (302) 651-7700
              Facsimile: (302) 651-7701
              Email:  collins@rlf.com
                  defranceschi@rlf.com
                  madron@rlf.com

              -and-

              **KIRKLAND & ELLIS LLP**
              **KIRKLAND & ELLIS INTERNATIONAL LLP**
              Edward O. Sassower, P.C. (admitted *pro hac vice*)
              Stephen E. Hessler (admitted *pro hac vice*)
              Brian E. Schartz (admitted *pro hac vice*)
              601 Lexington Avenue
              New York, New York 10022-4611
              Telephone: (212) 446-4800
              Facsimile: (212) 446-4900
              Email:  edward.sassower@kirkland.com
                  stephen.hessler@kirkland.com
                  brian.schartz@kirkland.com

              -and-

              James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
              Marc Kieselstein, P.C. (admitted *pro hac vice*)
              Chad J. Husnick (admitted *pro hac vice*)
              Steven N. Serajeddini (admitted *pro hac vice*)
              300 North LaSalle
              Chicago, Illinois 60654
              Telephone: (312) 862-2000
              Facsimile: (312) 862-2200
              Email:  james.sprayregen@kirkland.com
                  marc.kieselstein@kirkland.com
                  chad.husnick@kirkland.com
                  steven.serajeddini@kirkland.com

              Co-Counsel to the Debtors and Debtors in Possession