**<u>EXHIBIT A</u>**

**Rejection Schedule**

RLF1 13041941v.1

**Exhibit A**

| | Details of Contract (s) | | | Counterparty Information | | |
|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract | Counterparty | Counterparty Address | Details of Property to be abandoned, if any | Rejection Date |
| 1 | Luminant Generation Company LLC | Water release agreement dated 04/01/2007 | Sabine River Authority of Texas | Attn: David Montagne Executive Vice President and General Manager P.O. Box 579 Orange, Texas 77631 | | Nunc pro tunc to September 22, 2015 |