# EXHIBIT A

## SCHEDULE A

Following the Parties' execution of this Schedule A, KPMG LLP ("CONTRACTOR") is authorized to perform the Work as identified on behalf of **EFH CORPORATE SERVICES COMPANY** ("COMPANY") pursuant to the terms and conditions contacting in the Master Services Agreement C0531124C ("the Agreement") dated November 1, 2009 and subsequently amended.

### SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto. The Work will be scheduled at the direction of the COMPANY'S Contract Coordinator as identified herein.

### SCOPE OF WORK:

*General Scope and Framework.* COMPANY wishes to engage CONTRACTOR to assist COMPANY in the performance of a calculation of its current and accumulated earnings and profits for U.S. federal income tax purposes (the "E&P Calculation"). As COMPANY maintains a large, experienced and technically sophisticated tax department, both COMPANY and CONTRACTOR believe that the most cost efficient basis for the performance of the E&P Calculation is for the resources of the COMPANY's tax department to be utilized to the greatest reasonable extent that circumstances permit and COMPANY and CONTRACTOR agree that the engagement will be performed accordingly. In this regard, COMPANY acknowledges that any opinion or similar report issued by CONTRACTOR, if requested by COMPANY, would require CONTRACTOR itself to perform independent technical research and analysis sufficient for the issuance of the opinion with the expectation that CONTRACTOR would leverage work performed by COMPANY in this process.

*Specific Scope.* CONTRACTOR will assist COMPANY with the following, in each case as requested by COMPANY:

- Provide a technical training to the COMPANY on calculating E&P for U.S. federal income tax purposes;
- Provide tax technical support during the work product and process performed by the COMPANY to calculate the consolidated earnings and profits ("E&P") of the COMPANY accumulated from December 31, 1997 through December 31, 2014 (the "COMPANY E&P Calculation");

- Provide a tax technical review and analysis of the COMPANY E&P Calculation and the files and documents prepared as the underlying support for the COMPANY E&P Calculation;
- Perform technical research and analysis of tax issues raised in connection with COMPANY E&P Calculation;
- Provide an opinion letter of KPMG as to one or more tax issues raised in connection with COMPANY E&P Calculation; and
- Perform any other tax consultation services with respect to the COMPANY E&P Calculation.

**NOTICES:**

The COMPANY E&P Calculation will be based on the assumption that the COMPANY tax returns as filed, amended, or adjusted by the IRS are correct and complete. As part of this engagement CONTRACTOR will not be reviewing the returns to determine whether taxable income or federal income tax as reported is correct. CONTRACTOR may require access to other documents such as tax or accounting workpapers, purchase agreements, merger agreements, board minutes, etc., as appropriate, in order to review and comment on COMPANY E&P Calculation. If reasonably required in the course of the engagement, the COMPANY agrees to provide CONTRACTOR with pdf copies of all of the COMPANY consolidated federal income tax returns, amended returns, and IRS revenue agent reports for the tax years ended December 31, 1997 through December 31, 2014.

CONTRACTOR will provide tax consulting services with respect to such matters that may arise for which COMPANY seeks CONTRACTOR's advice, both written and oral, and that are not the subject of a separate engagement letter. However, CONTRACTOR will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction."

Written advice provided to COMPANY under this engagement letter will be based on facts, representations, assumptions, and other information COMPANY provides to CONTRACTOR, the completeness, accuracy and timeliness of which are critical factors in CONTRACTOR's ability to timely and accurately complete our services. Unless COMPANY requests and CONTRACTOR agrees under a separate writing (a newly issued engagement letter or addendum to this engagement letter) after CONTRACTOR's advice has been issued in final form to COMPANY, CONTRACTOR will not update CONTRACTOR's advice to take into account COMPANY's updating the facts COMPANY provides to CONTRACTOR through COMPANY's

discovery of new or additional facts, or COMPANY updating any information that may have formed the basis of any assumptions CONTRACTOR made in developing our advice. In rendering advice, CONTRACTOR will consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the advice we issue to COMPANY.

The advice or other information in this document was prepared for the sole benefit of CONTRACTOR's client and may not be relied upon by any other person or organization. CONTRACTOR accepts no responsibility or liability in respect of this document to any person or organization other than CONTRACTOR's client.

To be of greatest assistance to COMPANY, CONTRACTOR should be advised in advance of proposed transactions.

The COMPANY E&P Calculation should include a calculation of the adjustment that is required by section 312(k),[1] Effect of Depreciation on E&P. As COMPANY is aware, the exercise of calculating E&P depreciation can be a detailed and involved process especially where there are significant fixed assets and numerous legal entities. The COMPANY indicated it previously utilized an internally developed fixed asset system for the tax years ended December 31, 1996 through December 31, 2007; however, it migrated its fixed asset system to BNA Fixed Assets software in the tax year ended December 31, 2007, which included an E&P depreciation calculation. If requested, in order for CONTRACTOR to assist with these E&P depreciation calculations, the COMPANY agrees to provide CONTRACTOR with an electronic copy of the COMPANY federal tax depreciation records for all of its depreciable fixed assets owned as of December 31, 2014.

---

[1] Unless otherwise indicated, all section references herein are to the Internal Revenue Code of 1986, as amended as of the date hereof, or to the regulations issued thereunder by the U.S. Department of the Treasury ("Treasury Regulation" or "Treas. Reg.").

**TAX ADVICE STANDARDS:**

If CONTRACTOR is considered to be a tax return preparer under Treasury Regulation §301.7701-15, CONTRACTOR will apply elevated standards in providing tax advice. These standards are dependent on certain characteristics of the entity to which CONTRACTOR's services will be directed as follows:

1. For U.S. public companies or "large private entities" (i.e., private entities with prior year gross revenues of $300 million or more reflected in audited financial statements prepared in accordance with U.S. generally accepted accounting principles): CONTRACTOR must be able to determine that (1) there is "substantial authority" for an undisclosed return position (i.e., the weight of authorities in support of a position is substantial in relation to the weight of authorities in opposition to the position) and (2) a disclosed return position has at least a "realistic possibility" of being sustained on its merits (i.e., approximately a one-in-three or greater likelihood of success if challenged by a tax authority). The laws of some states (e.g., New York) also may impose more stringent return preparation standards for state tax returns. For advice pertaining to a "Tax Shelter" (as defined in IRC §6662(d)(2)(C)(ii)) or a "reportable transaction" with a significant purpose of tax avoidance, tax practitioners must generally conclude their advice satisfies the "more likely than not" standard; if the taxpayer is advised regarding potential taxpayer penalties, tax practitioners may conclude at a "substantial authority" level.
2. For "other private entities" (i.e., entities that do not fall within the definitions above as a U.S. public company or large private entity): CONTRACTOR must be able to determine that a return position is at least "more likely than not" to be upheld (i.e., has a greater than 50 percent likelihood of success if challenged by the taxing authorities).
3. If a return position relates to a transaction that is a "principal purpose transaction," CONTRACTOR must arrive at a "should" confidence level (i.e., approximately a 70% or greater likelihood of success if challenged by the taxing authorities) with respect to the position.
4. CONTRACTOR will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction."

In determining whether a return position meets the appropriate standard, CONTRACTOR will not take into account the possibility that a tax return will not be audited, that an issue will not be raised on audit, or that an issue will be settled. CONTRACTOR will inform you as soon as possible if, during CONTRACTOR's analysis, CONTRACTOR determines that circumstances exist that prevent CONTRACTOR from advising COMPANY under these standards.

**THIRD PARTY SERVICE PROVIDERS**

COMPANY acknowledges that CONTRACTOR uses third party service providers within and without the United States to provide at CONTRACTOR's direction administrative and clerical services for CONTRACTOR. These third party service providers may in the performance of such services have limited access to COMPANY's information received by CONTRACTOR from or at the request or direction of COMPANY. Accordingly, COMPANY hereby consents to CONTRACTOR's disclosure to such third party service providers of COMPANY's information for the purposes described herein. CONTRACTOR represents to COMPANY that each such third party service provider has agreed to conditions of confidentiality with respect to COMPANY's information to the same extent as CONTRACTOR pursuant to the terms of the Agreement. CONTRACTOR has full responsibility to cause these third party service providers to comply with such conditions of confidentiality and CONTRACTOR shall be responsible for the consequences of any failure to comply by such third party service provider.

**DELIVERABLES:**

If requested by COMPANY:

CONTRACTOR will prepare reports for the COMPANY E&P Calculation, which document the methodology utilized to calculate the consolidated E&P and that summarize the results of the consolidated E&P calculations. The reports will each consist of a brief overview of the consolidated E&P rules, a narrative discussion of significant issues specific to the COMPANY that impact the calculation of consolidated E&P, a description of the process, and documentation of significant assumptions or estimates. The reports will also include summary schedules that support the consolidated E&P calculations in the COMPANY E&P Calculation. Preliminary reports will be provided to the COMPANY for review and comment.

CONTRACTOR will provide a formal tax opinion with respect to one or more issues raised in connection with the COMPANY E&P Calculation that will be based on the facts, representations, and assumptions, and be subject to the limitations and caveats, in each case, as stated therein ("Tax Opinion").

If requested, prior to issuing the final Tax Opinion, CONTRACTOR will request that the COMPANY provide CONTRACTOR with one or more representation letters regarding the facts, assumptions, and representations that CONTRACTOR will rely upon.

**CONTRACT COORDINATOR**

Contract Coordinator: Brandon Bloom            Phone Number: (214) 812-5723

**WORK SITE**

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in Dallas, TX, and any such other place as reasonably determined by the parties.

**COMPENSATION, INVOICES, AND PAYMENT**

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A, COMPANY will compensate CONTRACTOR as follows:

Our professional fees for this study will be based on the actual time incurred to complete the work at 70 percent of our standard hourly rates for the individuals involved in providing the services as summarized in the table below. We estimate that the total fees will be approximately $250,000. The parties agree that this estimate does not represent a floor or cap on fees and that the actual fees may be materially less than or greater than the estimate depending on the nature and extent of the work requested by COMPANY as set forth above. The amount of fees is not dependent on tax or other savings achieved or otherwise based in any way on results obtained.

Any work performed in connection with this engagement before the execution date of this letter is also governed by the terms of this letter and the Standard Terms and Conditions.

**Professional and Support Staff Fee Schedule for FY15 at 70% of Standard:**

| Partner/Principal | $805/hr |
|---|---|
| Tax Managing Director | $735/hr |
| Senior Manager | $700/hr |
| Manager | $545/hr |
| Senior Associate | $455/hr |
| Associate | $280/hr |
| KGS | $175/hr |

The rates specified in this Schedule A will remain in effect with respect to and until completion of the Work authorized pursuant to this Schedule A; provided, however, that the professional and support staff fees are

subject to change as a result of firm-wide changes in standard rates. The rates are considered as "not to exceed" the maximum fees to be charged for services.

CONTRACTOR acknowledges that the Bankruptcy Court must approve its fees in order to be compensated. In that regard, CONTRACTOR intends to file applications with the Court for allowance of compensation and reimbursement of expenses in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any order of the Bankruptcy Court establishing procedures for monthly compensation and reimbursement of expenses for professionals. COMPANY acknowledges that professional time required to prepare detailed applications in accordance with the Bankruptcy Code, applicable rules and guidelines differs from CONTRACTOR's normal billing procedures and, as a result, requires significant effort by CONTRACTOR to comply therewith. As a result, the Company agrees that, subject to Bankruptcy Court approval, CONTRACTOR shall be reimbursed for such professional time incurred.

All invoices shall be sent to:
>Mr. Brandon Bloom
>Managing Tax Counsel
>Energy Future Holdings Corp.
>1601 Bryan St
>Dallas, TX 75201

**KEY PERSONNEL**

CONTRACTOR agrees that the individuals listed below will be assigned to perform the Work authorized by this Schedule A. CONTRACTOR will employ all reasonable efforts to ensure that such individuals remain so assigned until such Work is accepted by COMPANY; provided, however, that in the event that any such individuals are reassigned by CONTRACTOR or otherwise become unavailable to perform such Work, CONTRACTOR will provide, by way of replacement, individuals with reasonably equivalent experience and expertise.

>**Chuck Thompson:** Tax Principal, Mergers & Acquisitions
>**Brent Johnson:** Tax Partner, Mergers & Acquisitions
>**Robert Calloway:** Senior Manager, Mergers & Acquisition
>**Brittny Laukhuff:** Manager, Mergers & Acquisitions
>**Kyle Kidd:** Manager, Mergers & Acquisitions
>**Josh Prywes:** Senior Associate, Mergers & Acquisitions

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND MEETINGS WITH COMPANY PERSONNEL PERTAINING TO THE WORK

> **Chuck Thompson:** Tax Principal, Mergers & Acquisitions
> **Brent Johnson:** Tax Partner, Mergers & Acquisitions
> **Robert Calloway:** Senior Manager, Mergers & Acquisition
> **Brittny Laukhuff:** Manager, Mergers & Acquisitions
> **Kyle Kidd:** Manager, Mergers & Acquisitions
> **Josh Prywes:** Senior Associate, Mergers & Acquisitions

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

__X__   ATTORNEY-CLIENT COMMUNICATION

__X__   ATTORNEY WORK PRODUCT

__X__   TAX ADVISOR

_____   OTHER:

Work not specified above may be authorized only through a separate Schedule A, or through an amendment or supplement to Schedule A.

| **KPMG LLP** | **EFH CORPORATE SERVICES COMPANY** |
|---|---|
| By: _[signature]_  Signature | By: _[signature]_  Signature |
| Name: Chuck Thompson | Name: Brandon Bloom |
| Title: Principal | Title: Managing Tax Counsel |
| Date: July 29, 2015 | Date: 8/19/15 |