

**BENETECH**

September 21, 2015

United States Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801

Re: Chapter 11 Case No. 14-10979 (CSS)

To Whom it May Concern,

Benetech, Inc. previously responded August 28, 2015 to the Notice of Twenty-Eighth Omnibus Objection by Energy Future Holdings Corp dated August 17, 2015 requesting further details of the specific items objected to by the Debtors.  Benetech subsequently received an Excel file titled Claim 5776 Benetech Recon indicating the individual items excluded in the Reconciled Amounts.  Benetech has reviewed this file and offers the following responses.

Item(s): Claim invoice numbers 46253 (10/1/2012), 47829 (7/1/2013), 47962 (8/1/2013), 48153 (9/1/2013), and 100014 (10/1/2013) each in the amount of $950.00 are each for monthly maintenance service performed on the dust suppression system at the Big Brown Rail Unloading Facility.  From the period beginning October 1, 2009 when the blanket agreement S0551378C AMD 3 became effective, Benetech has performed this service and invoiced this $950.00 per month.  Throughout 2011 and 2012 Benetech was advised to invoice using only the blanket agreement number and all invoices with the exception of 46253 were paid.  On April 17, 2015 in response to an inquiry from Katarzyna Niedziela concerning claim items, Benetech advised all the above invoices should be placed under S0551378C as we have historically been compensated.  Claim invoice numbers 100289 (12/1/2013), 100600 (1/1/2014), 100699 (2/1/2014), 100842 (3/1/2014), and 101081 (4/1/2014) all for the same monthly service in the same $950.00 have been allowed.  Therefore all similar items should be allowed.

Item: Claim invoice 100101 (10/17/2013) in the amount of $ 13,366.59 was for delivery of 2,173.43 gallons of BT-205W dust suppression chemical to the Big Brown Rail Unloading Facility.  Supporting shipping documentation is attached.  As has historically been the case, Benetech's service technician coordinates with the approval of the Luminant site representative (Jimmy Robertson at the time of this delivery, which has been changed to Justin Farrell at the present time).  Because delivery quantities are measured based on certified weights at the time of delivery, the plant site requests Benetech deliver under the blanket agreement and wait until the storeroom has the actual received quantity to enter into their system before issuing a purchase order.  This was similarly the case with invoice 47249 (3/14/2013) which was ordered 3/8/2013, delivered 3/14/2013, and a purchase order issued on 3/15/2013 (Documentation also attached).  In the case of invoice 100101, despite repeated attempts, Benetech did not receive a purchase order number to amend the delivery invoice.  This product was delivered with the approval of Luminant's representative under the blanket agreement S0551378C AMD 3.

Item: Claim invoice 100291 (12/1/2013) in the amount of $950.00 was for monthly maintenance service of the dust suppression system at the Oak Grove power plant.  Previous invoices for 2013 monthly service billings 100015 (10/2/2013) and 100232 (11/1/2013) issued under the 2013 purchase order 60530 were paid in full.  Invoices for similar service at this facility in 2014

# BENETECH

under the 2014 purchase order have been allowed in the claim. Therefore all similar items should be allowed.

Item: Claim invoice 100294 (12/1/2013) in the amount of the remaining of $2,050.00 is the monthly billing at Sandow 4. The attached purchase order 49450clearly states both line items ($650.00 and $2,050.00) for the period through December 31, 2013. All prior invoices under this purchase order (i.e. 100017 (10/2/2013), 100234 (11/1/2013)) were paid in full. This item should be allowed.

Item: Claim invoices 100604 (1/1/2014), 100703 (2/1/2014), 100846 (3/1/2014), and 101085 (4/1/2015) all show an exclusion of $2,050.00. As the item directly above, these relate to monthly service at Sandow 4. While purchase order 92267 may have been initially issued with only one line item, all service continued to be provided and post filing invoices (i.e. 101293 (5/1/2014), 101479 (6/1/2014), 101665 (7/1/2014), 101877 (8/1/2014) and subsequent months) all issued with both line items under purchase order 92267 were paid in the full amount of $2,700. Therefore, these items should be allowed.

Item: Amended claim submitted 1/15/2015 added an item for invoice 101382 (5/16/2014) in the amount of $21,541.18 related to purchase order 114588. When purchase order 114588 was initially issued 4/3/2014 it was for estimated quantities of services to be provided. When this work was completed, Benetech issued invoice 101382 with all supporting documentation. Actual quantities did not match purchase order quantities, and in some instances were greater than the estimate. Even though the total billing was less than the total estimate, the invoice could not be entered into Luminant's Ariba system. It was not until 10/22/2014 that Luminant got the Ariba system trued up with actual quantities. Benetech then invoiced within Ariba. On 11/17/2014 Benetech was requested by Melissa Elliott from Luminant to provide a spreadsheet breakout of the day by day work performed amounting to the total project value of $56,935.66. Benetech was then required to split the billing between pre-filing days and post filing days. Subsequently, Benetech was paid only $ 35,394.49 with $21,541.18 being claimed as pre-filing work that would need to be submitted as a claim. On 1/14/2015 Benetech submitted an amended claim to include this $21,541.18 which was delivered to Equip Bankruptcy Solutions LLC on 1/15/2015.

Based on the above information, Benetech believes the full amended claim amount of $362,797.12, of which $102,016.53 reflects 503(b)(9) amounts completed between 4/9/2014 and 4/29/2014, should be allowed.

Please feel free to contact me with any questions or comments.

Respectfully,

Mark Batchelor
Chief Financial Officer
630-844-1300 Ext. 225
E-mail: batchelorm@benetechusa.com

CC:    O'Kelly Ernst & Bielli, LLC
       Proskauer Rose LLP

# BENETECH®

**Invoice: 100101**

**Date: 10/17/2013**

2245 Sequoia Drive, Suite 300 I Aurora, IL 60506
I Ph 630.844.1300 I www.benetechusa.com

## INVOICE

PLEASE USE FOR REMITTANCE ONLY:
BENETECH, INC.
4426 PAYSPHERE CIRCLE
CHICAGO, IL 60674

(by Wire or ACH Transfer)
Bank of America, 135 S LaSalle, Chicago, IL
Bank Routing # 071000039
Account#: 8666986256
ABA#: 026009593 / SWIFT: BOFAUS3N

**Bill To:**

Luminant Company
Accounts Payable
PO Box 20
https://service.ariba.com/Supplier.aw
Dallas TX 75221-0020

**Ship To:**

Big Brown Mine
850 FM 2570
Fairfield TX 75840-5452
United States of America

Customer ID: **BIGBROW002**

| | | |
|---|---|---|
| **PO Number:** PENDING | **Terms:** Net 30 | **FOB:** DEST |
| **Sales Rep:** Robert Chmelar | **Ordered:** 10/14/2013 | **Ship Via:** Tervita |
| **Pack Slip:** 300047 | **Sales Tax ID:** | **Ship Date:** 10/17/2013 |
| **Project ID:** | **Project Description:** | **Sales Order:** 400119 |
| **Tracking :** | | |

| Line | Part Number/Description | Order Qty. | Ship Qty. | B.O. Qty. | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|
| 1 | 93414 | 2,200.00 | 2,173.43 | 0 | No | 6.15000 /1 | $13,366.59 |
| | BT-205W WET DUST SUPPRESSANT | *Our Part:* 93414 | | | | 0 | |

_Qty. Ordered:_   2,200.0000 GAL

| _Payment Schedule_ | | |
|---|---|---|
| | _Due Date_ | _Amount_ |
| 1 | 11/16/2013 | $13,366.59 |
| | _Total_ (USD) | $13,366.59 |

| | |
|---|---|
| Non Taxable: | $13,366.59 |
| Taxable Subtotal: | $0.00 |
| Tax: | $0.00 |
| Total Invoice: (USD) | $13,366.59 |

ARForm:001:00



# INVOICE

**Tervita LLC**
10613 West Sam Houston Pkwy N, Suite 300
Houston TX
77064-4657
United States

| Page: 1 of 1 |
| --- |
| Invoice Number : TVC-063751 |
| Invoice Date : 22-OCT-2013 |

---

| Bill to Customer Name: 0100000116 | AFE#: | |
| --- | --- | --- |
| Benetech Investments Corp. | PO#: | |
| 2245 Seqquoia Drive | Work Order: | |
| Suite 300 | Cost code: | |
| Aurora IL 60506 | Client Location: | BIG BROWN MINE ( FAIRFIELD ) |
| United States | Client Project#: | |
| | FOB: | |
| Federal ID#: | Location: | |
| Attn: | | |
| Project#: | | |
| Contract: | | |
| Contract Description: | | |
| Producer: | | |
| Date Range: From: 16-OCT-2013 To: 16-OCT-2013 | Time Tickets: | |

Header Notes:

---

| Item#<br>Charge Code | Description | Date Range | Unit | Qty | Price/Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| 900 T087 | Transport Truck (087) | 16-OCT-2013 - 16-OCT-2013 | FF | 1.0000 | 902.5000 | 902.50 |

HAULED BT-205W DUST SUPPRESENT
FT # 136358

| | | Sub-total | 902.50 |
| --- | --- | --- | --- |
| **Invoice Total** | | USD | 902.50 |

---

Thank-you for your business.
Please remit payment to:
PO Box 840730
Dallas TX 75284-0730
United States

Terms of payment: Please pay within 30 days
For any inquiries please contact:
Name:    Teresa Gibson

Phone:   903/232-2216

Email:    tgibson@tervita.com

**TERVITA**
EARTH MATTERS

**Field Ticket #** 136358

**REMIT TO:** P.O. Box 2730 Kilgore, TX 75663-2730
**ACH / EFT:** 202 Private Road 2409 Longview, TX 75603-2432

**Date:** 10-16-13

**Truck #:** 87

Mileage Start: 343880    Mileage End: _____

Start Time: 5:30 AM/PM    Stop Time: 3:30 AM/PM    Total Hrs. 10

**Customer Name:** Beno tenh    Lease/Well Name & Number: Big Brown Mine

R.R.C. # _____ Manifest _____ Contact _____

SWD Name: Big Brown Mine    Total BBLS 2,184 gallons

☐ Saltwater   ☐ Flowback   ☐ Freshwater   ☐ KCL ___%   ☐ Other _____

Leave SWD _____   Arrive Well 7:00 am   Leave Well 12:00 pm   Arrive SWD _____

☐ Pull Drip Barrels   ☐ Closed the Valve   ☐ Replaced Plugs   ☐ Closed the Gate   ☐ Transfer Oil ___ bbls   ☐ Pull Bottoms ___ bbls

Job Details: Picked up load at Benoleah Marshall, Then took to Big Brown Mines in Fairfield

Explain Downtime: Had to go to yard and trade trucks

*I certify that the time shown above is true statement of the hours I have worked and that I have not had or witnessed an accident, injury or spill during this period unless indicated above.*

Employee Sign Here: _____

| Top Gauge SW # | | Bottom Gauge SW # | | Oil Tank # | /Top | Oil Tank # | /Bottom |
|---|---|---|---|---|---|---|---|
| Oil | N/A | Oil | N/A | Oil | N/A | Oil | N/A |
| Water | N/A | Water | N/A | Water | N/A | Water | N/A |

### SAFETY EQUIPMENT REQUIRED TO DO THIS JOB

☑ Hard Hat   ☑ Fire Extinguishers   ☐ Face Shields/ Goggles   ☐ H2S/ Tri-Monitors   ☑ Seat Belts
☑ Steel Toed Boots   ☑ Wheel Chock   ☐ Back Support Balls   ☐ Safety Harness/ Anti Fall Device   ☐ Other   (Explain)
☑ Cotton/ Rubber Gloves   ☐ Lock Out/ Tag Out   ☐ Proper Clothing
☑ Safety Glasses   ☐ Ground Cable   ☐ Hearing Protection

### PRE-JOB HAZARD ASSESSMENT

**Lifting**
Manual Lifting (Body Position) ☑Y ☐N
Mechanical Lifting Equipment ☐Y ☐N
Awkward Body Position ☐Y ☐N
Slip / Trip Potential ☐Y ☐N
Lifting w/ Other Employees ☑Y ☐N
Proper Rigging Practices ☑Y ☐N

**Access/Exit**
Ladder ☐Y ☐N
Secure Footing ☐Y ☐N

**Hazards**
Proper Tool/Material Placement ☑Y ☐N
Hot/Cold Surface or Material ☑Y ☐N
Inadequate Lighting ☐Y ☐N
Pinch Points ☐Y ☐N
Hand & Finger Hazards ☐Y ☐N
Electrical Hazards ☑Y ☐N
Mechanical Equipment ☐Y ☐N

**Environmental**
Pollution (Personal Exposure) ☐Y ☐N

**Body Position / Movement**
Climbing ☐Y ☐N
Pulling, Pushing ☑Y ☐N
Bending ☐Y ☐N
Twisting Motion ☑Y ☐N

**Environmental Condition**
☑Day ☐Night ☐Clear
☐Drizzle ☐Rain ☐Ice
☐Snow ☐Fog
☐Temp _____ Degrees
☐Windy
☐Chains Required
☐Steep Grades
☐Mud _____ condition

If Yes Identify

| Sequence of Basic Job Steps | Potential At-Risk Behaviors Or Other Hazards | Potential Hands and/or Finger Hazards | Action Taken to Eliminate or Reduce Potential Hazards |
|---|---|---|---|
| Spot Truck | Objects | none | Spotter |
| | | | |
| | | | |

Tervita Approval/Date _____

Customer Approval/Date _____ 10-17-2013

McAllister Printing O-6-12

☐ Customer Satisfaction   ☐ Meet Expectation   ☐ Exceeds Expectation   ☐ Please Contact Me

10/14/2013                        **MISC LOAD ORDER**

| | |
|---|---|
| **Order#** | 400119 |
| **Load/Pickup Date:** | 10.17.2013 |
| **Load/Pickup Time:** | 7:00 AM - LOAD & GO |
| **Supplier & Location:** | Benetech, Inc., 701 Mildred Lee, Marshall, TX 75670 |
| **Commodity:** | BT-205W                    **Quantity:** 2200 G |

**Trailer#:**

**Hoses Required:**        4 SECTIONS OF 2" HOSES, NEED PLUGS & CAPS FOR HOSES

**Delivery Date & Time:**   10.17.2013 - BY 11:00 AM

**Consignee:**            LUMINANT BB - FAIRFIELD, TX 75840
**Consignee PO#:**        B0209844

**Pump Required:**                              **Air Required:**    **YES**

**Special Instructions:**   TRUCK NEEDS TO HAVE AIR, NO AIR AT THIS LOCATION OR A PUMP ON TRUCK

DRIVER NEEDS SAFETY GLASSES, SAFETY BOOTS, HARD HAT AND EAR PROTECTION
TRUCK ENGINE NEEDS TO BE FREE OF OIL, FIRE EXTINGUISHER NEEDS METAL INSPECTION
TAG & ALL LIGHTS WORKING,  AIR LEAKS ARE NOT ACCEPTABLE.

**Directions To Plant:**

**Comments:**             BARRY CALLEN 979.229.5515 WILL MEET
TRUCK AT BACK GATE.

V:\Dion\Chemical Sales Orders\Marshall\Epicor Sales Order Entry Marshall\400119 - LUMINANT BB  BT-205W MLO - 101713.xls

# STRAIGHT BILL OF LADING
### ORIGINAL - NOT NEGOTIABLE

# BENETECH

1851 Albright Road
Montgomery, IL 60538
Phone:  630/844-1300
Fax:    630/844-0064

Shipper No.                     400119

Carrier No. _____

Date _____ 10.17.2013

TERVITA

(Name of Carrier)

| To: Consignee | From: Shipper  BENETECH, INCORPORATED |
|---|---|
| Big Brown Mining<br>850 FM 2570<br>Fairfield TX 75840-5452 | 701 MILDRED LEE<br>MARSHALL, TX 75670 |

Phone      /  -

PO#

| Route | Emergency Response<br>Phone Number | | Vehicle<br>Number |
|---|---|---|---|

| No Shipping<br>Units | HM* | Kind of Packaging, Description of Articles,<br>Special Marks and Exceoptions | Weight | Rate | Charges<br>Required Date |
|---|---|---|---|---|---|
| | | BT-205W WET DUST SUPPRESSANT | | | |
| | | TRUCK NEEDS TO HAVE AIR, NO AIR AT THIS LOCATION OR A PUMP ON TRUCK-DRIVER NEEDS SAFETY<br>GLASSES, SAFETY BOOTS, HARD HAT AND EAR PROTECTION-TRUCK ENGINE NEEDS TO BE FREE OF OIL,<br>FIRE EXTINGUISHER NEEDS METAL INSPECTION TAG & ALL LIGHTS WORKING,  AIR LEAKS ARE NOT<br>ACCEPTABLE.— | | | |
| | | BARRY CALLEN 979.229.5515 WILL MEET TRUCK AT BACK GATE. | | | |
| | | **CLASS 55**<br><br>**NON-HAZARDOUS** | | | |

When transporting hazardous materials include the technical or chemical name for n.o.s. (not otherwise specified) or generic description of material with appropriate UN or NA number as defined in US DOT Emergency Communication Standard (HM-126C).    Provide emergency response phone number in case of incident or accident in box above.

| REMIT<br>C.O.D. TO:<br>ADDRESS: | **C.O.D.**  Amt: $ | C.O.D. FEE<br>PREPAID ☐  $<br>COLLECT☐ |
|---|---|---|
| Note - Where the rate is dependent on value, shippers are required to state specifically in writing  the agreed or declared value of the property.<br>The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br><br>$ _____ per _____ | This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>_____ Signature | Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_____ Signature of Consignor | TOTAL<br>CHARGES: $<br><br>FREIGHT CHARGES<br>FREIGHT PREPAID   Check box if<br>except when box at  charges are to be<br>right is checked         ☐  collect |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its route, otherwise to deliver to another carrier on the route to said destination.  It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed herunder shall be subject to all the Bill of Lading terms and conditions in the governing

classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
NOTICE:  Freight moving under this Bill of Lading is subject to the classifications and lawfully filed tariffs in effect on the date of this Bill of Lading.  This notice supersedes and negates any claimed, alleged or asserted oral or written contract, promise, representation or understanding between the parties with respect to this freight, except to the extent of any written contract which establishes lawful contract carriage and is signed by authorized representatives of both parties to the contract.

| SHIPPER  BENETECH, INCORPORATED | CARRIER TERVITA |
|---|---|
| PER | PER |
| | DATE |

Page   1

# STRAIGHT BILL OF LADING
### ORIGINAL - NOT NEGOTIABLE

**BENETECH**

1851 Albright Road
Montgomery, IL 60538
Phone: 630/844-1300
Fax:   630/844-0064

Shipper No.                400119

Carrier No.   _1164_

Date   _10.17.2013_

TERVITA

(Name of Carrier)

| To: Consignee | | From: Shipper | BENETECH, INCORPORATED |
|---|---|---|---|
| | Big Brown Mining<br>850 FM 2570<br>Fairfield TX 75840-5452 | | 701 MILDRED LEE<br>MARSHALL, TX 75670 |
| Phone   / - _ | | | |
| PO# | | | |

| Route | | Emergency Response<br>Phone Number | | Vehicle<br>Number **87.** |
|---|---|---|---|---|

| No Shipping<br>Units | HM* | Kind of Packaging, Description of Articles,<br>Special Marks and Exceptions | Weight | Rate | Charges<br>Required Date |
|---|---|---|---|---|---|
| | | BT-20SW WET DUST SUPPRESSANT | 6  49980 | | |
| | | TRUCK NEEDS TO HAVE AIR, NO AIR AT THIS LOCATION OR A PUMP ON TRUCK→DRIVER NEEDS SAFETY<br>GLASSES, SAFETY BOOTS, HARD HAT AND EAR PROTECTION→TRUCK ENGINE NEEDS TO BE FREE OF OIL,<br>FIRE EXTINGUISHER NEEDS METAL INSPECTION TAG & ALL LIGHTS WORKING,  AIR LEAKS ARE NOT<br>ACCEPTABLE.→ | T  31420 | | |
| | | BARRY CALLEN 979.229.5515 WILL MEET TRUCK AT BACK GATE. | | | |
| | | **CLASS 55<br>NON-HAZARDOUS** | N  18560 | | |

When transporting hazardous materials include the technical or chemical name for n.o.s. (not otherwise specified) or generic description of material with appropriate UN or NA number as defined in US DOT Emergency Communication Standard (HM-126C).   Provide emergency response phone number in case of incident or accident in box above.

| REMIT<br>C.O.D. TO:<br>ADDRESS: | | **C.O.D.**  Amt: $ | C.O.D. FEE<br>PREPAID ☐  $<br>COLLECT☐ |
|---|---|---|---|
| Note - Where the rate is dependent on value, shippers are required to state specifically in writing  the agreed or declared value of the property.<br>    The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br>$ _____ per _____ | This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>_____ Signature | Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>    The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_____ Signature of Consignor | TOTAL<br>CHARGES: $<br><br>**FREIGHT CHARGES**<br>FREIGHT PREPAID  Check box if<br>except when box at  charges are to be<br>right is checked       collect<br>☐ |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination If on its route, otherwise to deliver to another carrier on the route to said destination.  It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed herunder shall be subject to all the Bill of Lading terms and conditions in the governing

classification on the date of shipment.
    Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
    NOTICE:  Freight moving under this Bill of Lading is subject to the classifications and lawfully filed tariffs in effect on the date of this Bill of Lading. This notice supersedes and negates any claimed, alleged or asserted oral or written contract, promise, representation or understanding between the parties with respect to this freight, except to the extent of any written contract which establishes lawful contract carriage and is signed by authorized representatives of both parties to the contract.

| SHIPPER  BENETECH, INCORPORATED | CARRIER TERVITA |
|---|---|
| PER  _Jimmy Robertson_ | PER _Amy Low_ |
| | DATE  _10 - 17 - 13_ |

Page  1

# BENETECH

**Invoice  47249**

**Invoice Date**  03/14/13

2245 Sequoia Drive, Suite 300
Aurora, Illinois 60506
Phone:  630/844-1300
Fax:  630/844-0064

# File Copy

**Bill To:**

LUMINANT-BIG BROWN MINING
ATTENTION ACCOUNTS PAYABLE
P.O. BOX 20
DALLAS, TX 75221-0020

**Ship To:**

LUMINANT MINING COMPANY
BIG BROWN MINE
11 MILES NE FM 448 TO FM 2570
FAIRFIELD, TX 75840

| Customer | Purchase Order Number | Terms | Salesperson | Ship Via | F.O.B. | Order Date | Our Order Number |
|---|---|---|---|---|---|---|---|
| TEXB01 | B0209844013 | Due Upon Receipt | AS | TERVITA | DESTINATIO | 03/14/13 | 18667 |

| Quantity | | | Item Number | Unit of Measure | | Discount % | Tax | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| Order | Ship | BO | Item Description | | | | | | |
| 2178.000 | 2178.000 | 0.000 | **BT-205W**  G8.539 | | | | N | 6.15 | 13,394.70 |
| | | | BT-205W WET DUST SUPPRESSANT | | | | | | |

Accuracy
Checked

| | |
|---|---|
| Nontaxable Subtotal | 13394.70 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| **Total Invoice** | **13394.70** |

NETECH, INC.

# CHEMICAL REQUISITION FORM

**DATE:** 3-8-13

| SHIP FROM: | BENETECH, INC. |
| | 701 MILDRED LEE STREET |
| | MARSHALL, TX 75670 |

| DELIVER TO: | Luminant |
| | Big Brown RUF |
| | Fairfield, Tx. |
| CONTACT: | NAME: | Barry Callen |
| | PHONE: | 979-229-5515 |
| DATE / TIME OF DELIVERY: | Thursday  3-14-13  load same day delivery |

B0209844

| QTY. | DESCRIPTION OF CHEMICAL |
|------|-------------------------|
| 2200 gals. | BT-205 |
| | |
| | |
| | |

### SPECIAL INSTRUCTIONS AND EQUIPMENT NEEDED

Need 4 sections of 2 inch hose.

Truck needs to have air, no air at this location or a pump on truck.

Driver needs to have safety glasses, safety boots, hard hat and hearing protection.

Need plugs and caps for hoses.

**Truck engine needs to be free of oil, fire extinguisher needs metal inspection tag and all lights working. There needs to be no air leaks at all.**

### DIRECTIONS TO PLANT

Take FM 488 North of H 84 in Fairfield , TX and go to Gate 8 on FM 488 next to railroad tressel bridge.

### COMMENTS:

I will meet the truck on Thursday 3-14-13 at the back gate. Truck needs to be here by 11:00 AM. They also need to be ready for the truck inspections!!!!!!!!!!!!!!!!

Call me before arriving in Fairfield for further instructions.

| REQUESTING PARTY: | **Barry Callen** |

3/11/2013

# MISC LOAD ORDER

Order#                          **18667**

Load/Pickup Date:               03.14.2013

Load/Pickup Time:               7:00 AM - LOAD & GO

Supplier & Location:            Benetech, Inc., 701 Mildred Lee, Marshall, TX 75670

Commodity:                      BT-205W                          Quantity: 2200 G

Trailer#:

Hoses Required:                 4 SECTIONS OF 2" HOSES, NEED PLUGS & CAPS FOR HOSES

Delivery Date & Time:           03.14.2013 - BY 11:00 AM

Consignee:                      LUMINANT BB - FAIRFIELD, TX 75840
Consignee PO#:                  B0209844

Pump Required:                                                   Air Required:      **YES**

Special Instructions:           TRUCK NEEDS TO HAVE AIR, NO AIR AT THIS LOCATION OR A PUMP ON TRUCK

                                DRIVER NEEDS SAFETY GLASSES, SAFETY BOOTS, HARD HAT AND EAR PROTECTION
                                TRUCK ENGINE NEEDS TO BE FREE OF OIL, FIRE EXTINGUISHER NEEDS METAL INSPECTION
                                TAG & ALL LIGHTS WORKING,  AIR LEAKS ARE NOT ACCEPTABLE.

Directions To Plant:

Comments:                       BARRY CALLEN 979.229.5515 WILL MEET
                                TRUCK AT BACK GATE.

PURCHASE ORDER B0209844013 - p. 1



# Luminant

**PURCHASE ORDER NO:** B0209844013
**REVISION NO:**
**REVISION DATE:**

**DATE:** 03/15/2013

**BUYER:** REBECCA DODGE
**PHONE:** 903-389-1572
**SHIP TO:**
SEE BELOW FOR SPECIFIC
SHIP-TO ADDRESS

**VENDOR NO:** 001904801
**VENDOR:**
BENETECH INCORPORATED
2245 SEQUOIA DR S300
AURORA, IL 60506

**BILL TO:**
EFH CORPORATE SERVICES
ACCOUNTS PAYABLE
POST OFFICE BOX 20
DALLAS, TX 75221-0020

**TERMS:** NET 60 DAYS

**FOB:** ORIGIN FREIGHT COLLECT
**SHIP VIA:** SEE FREIGHT INS BELOW

| ITEM | QTY | U/M | DESCRIPTION | UNIT PRICE |
|------|-----|-----|-------------|-----------|
| 0001 | 2,178 | GA | 500749 | $6.1500 |
|  | MPN: BENETECH **BT-205W** |  |  |  |

CHEMICAL,8.494-8.585 LB/GAL, BULK,
TRUCK, WETTING AGENT, FOR DUST
SUPRESSION

REQUIRED DELIVERY DATE: 03/15/2013
BLANKET ORDER LINE NUMBER: 0002
      SHIP TO: LUMINANT BB MINING CO LLC
      BB MINE
      835 FARM ROAD 2570
      FAIRFIELD, TX75840

**END OF PURCHASE ORDER, LINE ITEM COUNT: 1**
**TOTAL PURCHASE PRICE:**                                        $13,394.70

TAX MESSAGE: BLANKET DIRECT PAY EXEMPTION CERTIFICATE APPLIES

## Mark Batchelor

| | |
|---|---|
| **From:** | Dion Robinson [robinsond@benetechusa.com] |
| **Sent:** | Sunday, April 28, 2013 6:57 PM |
| **To:** | Mark Batchelor |
| **Subject:** | FW: 49450,Energy Future Holdings,AN-ORD-EID:prod:198exbvshgpur4lxb:33: |
| **Attachments:** | 49450.htm; 49450.xml |

-----------------------------------------

**From:** "Energy Future Holdings"[SMTP:ORDERSENDER-PROD@ANSMTP.ARIBA.COM]
**Sent:** Sunday, April 28, 2013 6:57:06 PM
**To:** Dion Robinson; Colm Cregan; Marsha Nelson
**Subject:** 49450,Energy Future Holdings,AN-ORD-EID:prod:198exbvshgpur4lxb:33:
**Auto forwarded by a Rule**

*This purchase order was delivered by Ariba Network. For more information about Ariba and Ariba Network, visit*
*http://www.ariba.com.*



**Luminant**

| **From: Accounts Payable**<br>P.O. Box 20<br>Dallas, TX<br>75221-0020<br>United States<br>Phone: | **To: Benetech, Inc.**<br>2245 Sequoia Drive<br>Suite 300<br>Aurora, IL 60506<br>United States<br>Phone: +1 (630) 844-1300<br>Fax: +1 (630) 844-0064<br>Email: robinsond@benetechusa.com, creganc@benetechusa.com,<br>nelsonm@benetechusa.com | **Purchase Order**<br>(New)<br>49450<br>Amount: $18900.00<br>USD<br>Version: 1 |
|---|---|---|

**PAYMENT TERMS**

NET 60

**COMMENTS**

The terms and conditions in the agreement between the parties identified in the section entitled
""OTHER INFORMATION"" to the right of the reference entitled ""ContractReference"" shall apply to
this Purchase Order.
SA4 Dust Suppression TT1 & Dust S Suppresion System Service, site contact-Joey Wright 512-760-
0567

**CONTACT INFORMATION**

**Purchasing Agent**
Holder, Pat
Email: Patresia.Holder@luminant.com
Phone: + () +1 (214) 875-9302

Fax:
Website:

**Supplier Address**
BENETECH INCORPORATED
-
AURORA, IL 60506
United States
Website:

OTHER INFORMATION
Legal Company Name:              LUMINANT GENERATION CO LLC

BILL TO

**Accounts Payable**
P.O. Box 20
Dallas, TX 75221-0020
United States
Phone:

LINE ITEMS

| Line # | Part # / Description | Qty (Unit) | On-Site Delivery date | Price | Subtotal |
|--------|----------------------|------------|-----------------------|-------|----------|
| 1 | Not Available | 7.00 (MON) | 31 Dec 2013 | $650.00USD | $4,550.00USD |
| | *SA4 TT1 Suppression System Full Service* | | | | |

DELIVER TO                                    SHIP TO

**Sando**
**w 4**
**Plant**
3986 Charles
Martin Hall Rd.
#4Whse, FM
1786, 9 Mi
Rockdale, TX
76567
United States
Ship To   162000
Code:
Phone:

CONTRACT DETAILS

**Service Period**

Service      1 May 2013
Start
Date:

Service      31 Dec 2013
End
Date:

RATES

| Term Name | Term | Rate | Unit |
|-----------|------|------|------|
| Pay Code | Contractor | $650.00USD | MON |

OTHER INFORMATION

|  |  |  |  |
|---|---|---|---|
| customersPartNo: | | S013044 | |
| contractReference: | | S0551378C | |
| contractReferenceRevisionNo: | | 2 | |
| productType: | | STDSERVICE | |

2    Not Available    7.00 (MON)   31 Dec 2013    $2,050.00USD  $14,350.00USD
*SA4 Suppression Systems Full Service*

**DELIVER TO**

**SHIP TO**

**Sando**
**w 4**
**Plant**
3986 Charles
Martin Hall Rd.
#4Whse, FM
1786, 9 Mi
Rockdale, TX
76567
United States
Ship To  162000
Code:
Phone:

**CONTRACT DETAILS**

**Service Period**

Service
Start
Date:          1 May 2013

Service
End
Date:          31 Dec 2013

**RATES**

| Term Name | Term | Rate | Unit |
|---|---|---|---|
| Pay Code | Contractor | $2,050.00USD | MON |

**OTHER INFORMATION**

| | |
|---|---|
| customersPartNo: | S013043 |
| contractReference: | S0551378C |
| contractReferenceRevisionNo: | 2 |
| productType: | STDSERVICE |

Sub-total:  $  18,900.00   USD

Order submitted on: Sunday 28 Apr 2013 6:45 PM GMT-05:00
Received by Ariba Network on: Sunday 28 Apr 2013 6:56 PM GMT-05:00
This Purchase Order was sent by Energy Future Holdings AN01008361184 and delivered by Ariba Network.



**Invoice: 100017**

**Date: 10/02/2013**

PLEASE USE FOR REMITTANCE ONLY:
**BENETECH, INC.**
**4426 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

2245 Sequoia Drive, Suite 300 I Aurora, IL 60506
I Ph 630.844.1300 I www.benetechusa.com

# INVOICE

(by Wire or ACH Transfer)
Bank of America, 135 S LaSalle, Chicago, IL
Bank Routing # 071000039
Account#: 8666986256
ABA#: 026009593 / SWIFT: BOFAUS3N

**Bill To:**

Luminant
Accounts Payable
PO Box 20
https://service.ariba.com/Supplier.aw
Dallas TX 75221-0020

**Ship To:**

Sandow Generating Station 4
Luminant
3708 Charles Martin Hall Road
FM 1786
Rockdale TX 76567-3080

Customer ID: **SANDOW4001**

| PO Number: 49450 | Terms: Net 30 | FOB: |
|---|---|---|
| Sales Rep: | Ordered: | Ship Via: |
| Pack Slip: | Sales Tax ID: | Ship Date: 10/02/2013 |
| Project ID: | Project Description: | Sales Order: 0 |
| Tracking : | | |

| Line | Part Number/Description | Order Qty. | Ship Qty. | B.O. Qty. | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|
| 1 | MAINTENANCE | 0.00 | 1.00 | 0 | No | 650.00000 /1 | $650.00 |
| | Maintenance | *Our Part:* MAINTENANCE | | | | 0 | |

| Dust Suppression Systems Service TT1 |
|---|

| 2 | MAINTENANCE | 0.00 | 1.00 | 0 | No | 2,050.00000 /1 | $2,050.00 |
|---|---|---|---|---|---|---|---|
| | Maintenance | *Our Part:* MAINTENANCE | | | | 0 | |

| Dust Suppression Systems Service |
|---|

| **Payment Schedule** | | | | Non Taxable: | $2,700.00 |
|---|---|---|---|---|---|
| | *Due Date* | *Amount* | | Taxable Subtotal: | $0.00 |
| 1 | 11/1/2013 | $2,700.00 | | Tax: | $0.00 |
| | *Total* (USD) | $2,700.00 | | **Total Invoice:** (USD) | $2,700.00 |

ARForm 001.00



**Invoice: 100234**

**Date: 11/01/2013**

2245 Sequoia Drive, Suite 300 ǀ Aurora, IL 60506
ǀ Ph 630.844.1300 ǀ www.benetechusa.com

PLEASE USE FOR REMITTANCE ONLY:
**BENETECH, INC.**
**4426 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

## INVOICE

(by Wire or ACH Transfer)
Bank of America, 135 S LaSalle, Chicago, IL
Bank Routing # 071000039
Account# 8666986256
ABA#: 026009593 / SWIFT: BOFAUS3N

**Bill To:**

Luminant
Accounts Payable
PO Box 20
https://service.ariba.com/Supplier.aw
Dallas TX 75221-0020

**Ship To:**

Sandow Generating Station 4
Luminant
3708 Charles Martin Hall Road
FM 1786
Rockdale TX 76567-3080

Customer ID: **SANDOW4001**

| | | |
|---|---|---|
| **PO Number:** 49450 | **Terms:** Net 30 | **FOB:** |
| **Sales Rep:** Robert Chmelar | **Ordered:** | **Ship Via:** |
| **Pack Slip:** | **Sales Tax ID:** | **Ship Date:** 11/01/2013 |
| **Project ID:** | **Project Description:** | **Sales Order:** 0 |
| **Tracking :** | | |

| Line | Part Number/Description | Order Qty. | Ship Qty. | B.O. Qty. | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|
| 1 | 91919 | 0.00 | 1.00 | 0 | No | 650.00000 /1 | $650.00 |
| | MAINTENANCE | *Our Part:* 91919 | | | | 0 | |
| 2 | 91919 | 0.00 | 1.00 | 0 | No | 2,050.00000 /1 | $2,050.00 |
| | MAINTENANCE | *Our Part:* 91919 | | | | 0 | |

| *Payment Schedule* | | | |
|---|---|---|---|
| | *Due Date* | *Amount* | |
| 1 | 12/1/2013 | $2,700.00 | |
| | *Total* (USD) | $2,700.00 | |

| | |
|---|---|
| **Non Taxable:** | $2,700.00 |
| **Taxable Subtotal:** | $0.00 |
| **Tax:** | $0.00 |
| **Total Invoice:** (USD) | $2,700.00 |

ARForm:001:00

Page: 1 of 1

# BENETECH®

**Invoice: 101293**

**Date: 05/01/2014**

2245 Sequoia Drive, Suite 300 l Aurora, IL 60506
l Ph 630.844.1300 l www.benetechusa.com

PLEASE USE FOR REMITTANCE ONLY:
BENETECH, INC.
4426 PAYSPHERE CIRCLE
CHICAGO, IL 60674

## INVOICE

(by Wire or ACH Transfer)
Bank of America, 135 S LaSalle, Chicago, IL
Bank Routing # 071000039
Account#: 8666986256
ABA#: 026009593 / SWIFT: BOFAUS3N

**Bill To:**

Luminant
Accounts Payable
PO Box 20
https://service.ariba.com/Supplier.aw
Dallas TX 75221-0020

**Ship To:**

Sandow Generating Station 4
Luminant
3708 Charles Martin Hall Road
FM 1786
Rockdale TX 76567-3080

Customer ID: **SANDOW4001**

| | | |
|---|---|---|
| PO Number: 92267 | Terms: Net 30 | FOB: |
| Sales Rep: Robert Chmelar | Ordered: 12/01/2013 | Ship Via: Bestway Trucking |
| Pack Slip: | Sales Tax ID: | Ship Date: 05/01/2014 |
| Project ID: | Project Description: | Sales Order: 400252 |
| Tracking : | | |

| Line | Part Number/Description | Order Qty. | Ship Qty. | B.O. Qty. | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|
| 1 | 91919 | 0.00 | 1.00 | 0 | No | 650.00000 /1 | $650.00 |
| | Maintenance | Our Part: 91919 | | | | 0 | |
| 2 | 91919 | 0.00 | 1.00 | 0 | No | 2,050.00000 /1 | $2,050.00 |
| | Maintenance | Our Part: 91919 | | | | 0 | |

| _Payment Schedule_ | | | | |
|---|---|---|---|---|
| | Due Date | Amount | Non Taxable: | $2,700.00 |
| 1 | 5/31/2014 | $2,700.00 | Taxable Subtotal: | $0.00 |
| | _Total_  (USD) | $2,700.00 | Tax: | $0.00 |
| | | | Total Invoice:  (USD) | $2,700.00 |

ARForm:001:00



**BENETECH**®

2245 Sequoia Drive, Suite 300 I Aurora, IL 60506
I Ph 630.844.1300 I www.benetechusa.com

**Invoice: 101479**

**Date: 06/01/2014**

PLEASE USE FOR REMITTANCE ONLY:
BENETECH, INC.
4426 PAYSPHERE CIRCLE
CHICAGO, IL 60674

# INVOICE

(by Wire or ACH Transfer)
Bank of America, 135 S LaSalle, Chicago, IL
Bank Routing # 071000039
Account#: 8666986256
ABA#: 026009593 / SWIFT: BOFAUS3N

**Bill To:**

Luminant
Accounts Payable
PO Box 20
https://service.ariba.com/Supplier.aw
Dallas TX 75221-0020

Customer ID: **SANDOW4001**

**Ship To:**

Sandow Generating Station 4
Luminant
3708 Charles Martin Hall Road
FM 1786
Rockdale TX 76567-3080

| | | |
|---|---|---|
| **PO Number:** 92267 | **Terms:** Net 30 | **FOB:** |
| **Sales Rep:** Robert Chmelar | **Ordered:** 12/01/2013 | **Ship Via:** Bestway Trucking |
| **Pack Slip:** | **Sales Tax ID:** | **Ship Date:** 06/01/2014 |
| **Project ID:** | **Project Description:** | **Sales Order:** 400252 |
| **Tracking :** | | |

| Line | Part Number/Description | Order Qty. | Ship Qty. | B.O. Qty. | Tax | Unit Price | Ext Price (USD) |
|------|------------------------|-----------|-----------|-----------|-----|-----------|-----------------|
| 1 | 91919 | 0.00 | 1.00 | 0 | No | 650.00000 /1 | $650.00 |
| | Maintenance | *Our Part:* 91919 | | | | 0 | |
| 2 | 91919 | 0.00 | 1.00 | 0 | No | 2,050.00000 /1 | $2,050.00 |
| | Maintenance | *Our Part:* 91919 | | | | 0 | |

| _Payment Schedule_ | | | | | |
|---|---|---|---|---|---|
| | Due Date | Amount | | **Non Taxable:** | $2,700.00 |
| 1 | 7/1/2014 | $2,700.00 | | **Taxable Subtotal:** | $0.00 |
| | | | | **Tax:** | $0.00 |
| | _Total_ (USD) | $2,700.00 | | **Total Invoice:** (USD) | $2,700.00 |

ARForm:001:00

# BENETECH®

2245 Sequoia Drive, Suite 300 I Aurora, IL 60506
I Ph 630.844.1300 I www.benetechusa.com

**Invoice: 101665**

**Date: 07/01/2014**

PLEASE USE FOR REMITTANCE ONLY:
**BENETECH, INC.**
**4426 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

## INVOICE

(by Wire or ACH Transfer)
Bank of America, 135 S LaSalle, Chicago, IL
Bank Routing # 071000039
Account#: 8666986256
ABA#: 026009593 / SWIFT: BOFAUS3N

**Bill To:**

Luminant
Accounts Payable
PO Box 20
https://service.ariba.com/Supplier.aw
Dallas TX 75221-0020

Customer ID: **SANDOW4001**

**Ship To:**

Sandow Generating Station 4
Luminant
3708 Charles Martin Hall Road
FM 1786
Rockdale TX 76567-3080

| | | |
|---|---|---|
| **PO Number:** 92267 | **Terms:** Net 30 | **FOB:** |
| **Sales Rep:** Robert Chmelar | **Ordered:** 12/01/2013 | **Ship Via:** Bestway Trucking |
| **Pack Slip:** | **Sales Tax ID:** | **Ship Date:** 07/01/2014 |
| **Project ID:** | **Project Description:** | **Sales Order:** 400252 |
| **Tracking :** | | |

| Line | Part Number/Description | Order Qty. | Ship Qty. | B.O. Qty. | Tax | Unit Price | Ext Price (USD) |
|------|-------------------------|-----------|-----------|-----------|-----|------------|-----------------|
| 1 | 91919 | 0.00 | 1.00 | 0 | No | 650.00000 /1 | $650.00 |
| | Maintenance          Our Part: 91919 | | | | | 0 | |
| 2 | 91919 | 0.00 | 1.00 | 0 | No | 2,050.00000 /1 | $2,050.00 |
| | Maintenance          Our Part: 91919 | | | | | 0 | |

| **Payment Schedule** | | |
|---|---|---|
| | *Due Date* | *Amount* |
| 1 | 7/31/2014 | $2,700.00 |
| | *Total*  (USD) | $2,700.00 |

| | |
|---|---|
| Non Taxable: | $2,700.00 |
| Taxable Subtotal: | $0.00 |
| Tax: | $0.00 |
| **Total Invoice:**  (USD) | **$2,700.00** |

ARForm 001.00

Page:        1 of 1



**Invoice: 101877**

**Date: 08/01/2014**

2245 Sequoia Drive, Suite 300 I Aurora, IL 60506
I Ph 630.844.1300 I www.benetechusa.com

PLEASE USE FOR REMITTANCE ONLY:
BENETECH, INC.
4426 PAYSPHERE CIRCLE
CHICAGO, IL 60674

(by Wire or ACH Transfer)
Bank of America, 135 S LaSalle, Chicago, IL
Bank Routing # 071000039
Account#: 8666986256
ABA#: 026009593 / SWIFT: BOFAUS3N

## INVOICE

**Bill To:**

Luminant
Accounts Payable
PO Box 20
https://service.ariba.com/Supplier.aw
Dallas TX 75221-0020

**Customer ID: SANDOW4001**

**Ship To:**

Sandow Generating Station 4
Luminant
3708 Charles Martin Hall Road
FM 1786
Rockdale TX 76567-3080

| | | |
|---|---|---|
| **PO Number:** 92267 | **Terms:** Net 30 | **FOB:** |
| **Sales Rep:** Robert Chmelar | **Ordered:** 12/01/2013 | **Ship Via:** Bestway Trucking |
| **Pack Slip:** | **Sales Tax ID:** | **Ship Date:** 08/01/2014 |
| **Project ID:** | **Project Description:** | **Sales Order:** 400252 |
| **Tracking :** | | |

| Line | Part Number/Description | Order Qty. | Ship Qty. | B.O. Qty. | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|
| 1 | 91919 | 0.00 | 1.00 | 0 | No | 650.00000 /1 | $650.00 |
| | Maintenance    *Our Part:* 91919 | | | | | 0 | |
| 2 | 91919 | 0.00 | 1.00 | 0 | No | 2,050.00000 /1 | $2,050.00 |
| | Maintenance    *Our Part:* 91919 | | | | | 0 | |

| _Payment Schedule_ | | | | | |
|---|---|---|---|---|---|
| | _Due Date_ | _Amount_ | **Non Taxable:** | | $2,700.00 |
| 1 | 8/31/2014 | $2,700.00 | **Taxable Subtotal:** | | $0.00 |
| | | | **Tax:** | | $0.00 |
| | _Total_ (USD) | $2,700.00 | **Total Invoice:** (USD) | | $2,700.00 |

ARForm.001.00