# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE ) | Case No. 14-10979 (CSS) |
| HOLDINGS CORP., *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | **Reference Docket No. 5013, 5030** |
| ) | |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 5013

The undersigned hereby certifies that, as of the date hereof, he/she has received no answer, objection or other responsive pleading to the *Second Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From January 1, 2015 Through April 30, 2015* (the "Application"), filed with the Court on July 15, 2015, and entered on the Court's docket as Docket No. 5013. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than August 5, 2015.

Notwithstanding the absence of objection, the applicant will not seek the entry of any order related to the Application until the Court has considered this matter at the hearing now scheduled for October 26, 2015.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, TX 75201. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efocaseinfo.com.

Date:  September 23, 2015                     PHILLIPS, GOLDMAN & SPENCE, P.A.

                                              */s/ Stephen W. Spence*
                                              Stephen W. Spence, Esquire (DE#2033)
                                              Stephen A. Spence, Esquire (DE#5392)
                                              1200 North Broom Street
                                              Wilmington, DE 19806
                                              Phone: (302) 655-4200
                                              Fax: (302) 655-4200
                                              Email: sws@pgslaw.com
                                                         sas@pgslaw.com
                                                -and-

                                              Katherine Stadler, Esquire
                                              GODFREY & KAHN, S.C.
                                              One East Main Street, Suite 500
                                              Madison, Wisconsin 53703
                                              Phone: (608) 257-3911
                                              Fax: (608) 257-0609
                                              E-mail: kstadler@gklaw.com

                                              *Attorneys for the Fee Committee*

14134349.1