# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE ) | Case No. 14-10979 (CSS) |
| HOLDINGS CORP., *et al.*[1], ) | |
| ) | Jointly Administered |
| Debtors. ) | **Reference Docket No. 5018** |
| ) | |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 5018

The undersigned hereby certifies that, as of the date hereof, he/she has received no answer, objection or other responsive pleading to the *Second Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From January 1, 2015 Through April 30, 2015* (the "Application"), filed with the Court on July 15, 2015, and entered on the Court's docket as Docket No. 5018. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than August 5, 2015.

Notwithstanding the absence of objection, the applicant will not seek the entry of any order related to the Application until the Court has considered this matter at the hearing now scheduled for October 26, 2015.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, TX 75201. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efocaseinfo.com.

Date:  September 23, 2015                    PHILLIPS, GOLDMAN & SPENCE, P.A.

                                                  */s/ Stephen W. Spence*
Stephen W. Spence, Esquire (DE#2033)
Stephen A. Spence, Esquire (DE#5392)
1200 North Broom Street
Wilmington, DE 19806
Phone: (302) 655-4200
Fax: (302) 655-4200
Email: sws@pgslaw.com
        sas@pgslaw.com
 -and-

Katherine Stadler, Esquire
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

14134300.1