## EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) )  Chapter 11 |
| | ) ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | )  Case No. 14-10979 (CSS) |
| | ) ) |
| Debtors. | )  (Jointly Administered) |
| | ) |

**ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES
IN CONNECTION WITH THE MOTION OF ENERGY FUTURE
HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER SCHEDULING
CERTAIN HEARING DATES AND DEADLINES IN CONNECTION WITH
THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT
TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY
OF AN ORDER DETERMINING CONTESTED *AD VALOREM* TAX MATTERS**

This matter having come before the Court on the *Motion of Energy Future Holdings Corp., et al., For Entry of an Order Scheduling Certain Hearing Dates and Deadlines in Connection With the Motion of Energy Future Holdings Corp., et al., For Entry of an Order Determining Contested Ad Valorem Tax Matters*, dated September 23, 2015 (the "Motion"), and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The schedule set forth below shall govern the resolution of the *Motion of Energy Future Holdings Corp., et al., For Entry of an Order Determining Contested Ad Valorem Tax Matters* [D.I. 5620], filed on August 21, 2015:

| Description | Timing/Deadline |
|---|---|
| Counsel for all property tax jurisdictions shall meet and confer prior to this date and serve on this date one consolidated set of document requests. | October 19, 2015 |
| The Debtors and the property tax jurisdictions shall meet and confer regarding document production relating thereto and discuss entry into the protective order governing these cases. | October 21, 2015 |
| Deadline by which Parties shall commence exchanging responsive electronic and hard copy documents, within the appropriate scope of discovery assuming entry into the protective order governing these cases. | October 26, 2015 |
| Deadline by which the Parties shall substantially complete the exchange of responsive electronic and hard copy documents. | January 8, 2016 |
| Deadline by which depositions of fact witnesses shall be completed. | February 5, 2016 |
| Deadline by which Parties shall disclose the identities of testifying experts and disclose their written reports pursuant to FRCP 26(a)(c)(2). | February 12, 2016 |
| Deadline by which depositions of all expert witnesses shall be completed. | February 26, 2016 |
| Deadline by which the property tax jurisdictions shall respond to the Debtors' Motion. | March 7, 2016 |

RLF1 13047382v.1

| Deadline by which the Debtors shall file a reply in support of their Motion. | March 21, 2016 |
|---|---|
| The trial on the Debtors' Motion shall proceed. | March 28, 2016 |

      3.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.


Dated: _____, 2015
          Wilmington, Delaware

                                 _____
                                 THE HONORABLE CHRISTOPHER S. SONTCHI
                                 UNITED STATES BANKRUPTCY JUDGE

RLF1 13047382v.1