IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., | § | |
| et al., | § | Case No. 14-10979 (CSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

Hearing Date: October 15, 2015 at 10:30 a.m.
Objection Deadline: October 8, 2015 at 4:00 p.m.

**NOTICE OF HEARING ON SOMERVELL COUNTY CENTRAL APPRAISAL DISTRICT'S MOTION FOR ABSTENTION WITH REGARD TO DEBTORS' MOTION PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING THE AMOUNT OF CONTESTED *AD VALOREM* TAX MATTERS [D.N. 5620]**

PLEASE TAKE NOTICE that on September 23, 2015, Somervell County Central Appraisal District (the "Movant") filed the *Somervell County Central Appraisal District's Motion for Abstention With Regard to Debtors' Motion Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining the Amount of Contested Ad Valorem Tax Matters* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion, and related pleadings, is attached hereto. Pursuant to the Motion, the Movant seeks to have the Court abstain from adjudicating the merits of the tax disputes set forth in the *Motion of Energy Future Holdings Corp., Et Al., Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining the Amount of Contested Ad Valorem Tax Matters [D.N. 5620]* (i.e., the "Debtors' Tax Motion") with respect to any and all issues

1

concerning Comanche Peak and/or the Movant. The Movant seeks such relief for the reasons set forth in the Motion.

PLEASE TAKE FURTHER NOTICE that the hearing to consider the Motion will be held on **October 15, 2015 at 10:30 a.m. (prevailing Eastern Time)** before the Honorable Christopher S. Sontchi at the Bankruptcy Court, 5th Floor, Courtroom No. 6. Objections (if any) to the Motion must (i) be in writing, (ii) be filed with the Bankruptcy Court, and (iii) be served so as to be received by the undersigned counsel for the Movant by no later than **October 8, 2015 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 23, 2015

*/s/ Curtis A. Hehn*

**Law Office of Curtis A. Hehn**
Curtis A. Hehn (No. 4264)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 295-5044 (Telephone)
(302) 295-4801 (Facsimile)
curtishehn@comcast.net

and

**Greer, Herz & Adams, LLP**
Andrew J. Mytelka
Texas State Bar No. 14767700
Michael Adams
State of Texas Bar No. 00871900
J. Scott Andrews
State of Texas Bar No. 24064823
James M. Roquemore
State of Texas Bar No. 24058082

One Moody Plaza, 18th Floor
Galveston, Texas 77550
(409) 797-3200 (Telephone)
(409) 766-6424 (Facsimile)
Email:  AMytelka@greerherz.com
madams@greerherz.com
jandrews@greerherz.com
jroquemore@greerherz.com

**ATTORNEYS FOR MOVANT / DEFENDANT, SOMERVELL CENTRAL APPRAISAL DISTRICT**