# EXHIBIT 1



6 1 ✓

# Property Appraisal – Notice of Protest

**Property Tax Form 50-132**

Somervell County Appraisal District - 213
*Appraisal District's Name*

(254) 897-4094
*Phone (area code and number)*

112 Allen Drive, Glen Rose, Texas, United States, 76043
*Address*

This document must be filed with the appraisal review board (ARB) for the appraisal district that took the action(s) you want to protest. It must not be filed with the office of the Texas Comptroller of Public Accounts.

**GENERAL INSTRUCTIONS:** Pursuant to Tax Code Section 41.41, a property owner has the right to protest certain actions taken by the appraisal district. This form is for use by a property owner or designated agent who would like the ARB to hear and decide a protest. If you are leasing the property, you are subject to the limitations set forth in Tax Code Section 41.413.

**FILING DEADLINES:** The usual deadline for filing your notice is midnight, May 31.

A different deadline will apply to you if:

- your notice of appraised value was delivered to you after May 2;
- your protest concerns a change in the use of agricultural, open-space or timber land;
- the appraisal district or the ARB was required by law to send you notice about a property and did not; or
- the ARB made a change to the appraisal records that adversely affects you and you received notice of the change;
- in certain limited circumstances, you had good cause for missing the May 31 protest filing deadline.

Contact the appraisal review board for your specific protest filing deadline.

**ASSISTANCE:** The Comptroller's office may not advise a property owner, a property owner's agent, or the chief appraiser or another employee of an appraisal district on a matter that the Comptroller's office knows is the subject of a protest to the ARB.

## State the Year(s) for Which You are Protesting

2015
*Tax Year(s)*

## STEP 1: Owner's or Lessee's Name and Address

Luminant Generation Company, LLC
*Owner's or Lessee's First Name and Initial*

*Last Name*

c/o EFH Corporate Services Company, P.O. Box 219071
*Owner's or Lessee's Current Mailing Address (number and street)*

Dallas, Texas, 75221-9071
*City, State, ZIP Code*

(214) 875-8755
*Phone (area code and number)*

## STEP 2: Describe Property Under Protest

Give Street Address and City if Different from Above, or Legal Description if No Street Address

9900075-0-001095
*Appraisal District Account Number (if known)*

Mobile Homes *(give make, model and identification number)*

The Property Tax Assistance Division at the Texas Comptroller of Public Accounts provides property tax information and resources for taxpayers, local taxing entities, appraisal districts and appraisal review boards.

For more information, visit our website:
www.window.state.tx.us/taxinfo/proptax

50-132 • 10-13/12

Property Tax
Form 50-132

## STEP 3: Check Reasons for Your Protest

Failure to check a box may result in your inability to protest an issue. If you check "value is over market value," you are indicating that the appraised value is excessive and your property would not sell for the amount determined by the appraisal district. If you check "value is unequal as compared to other properties," you are indicating that your property is not appraised at the same level as a representative sample of comparable properties, appropriately adjusted for condition, size, location, and other factors. Your property may be appraised at its market value, but be unequally appraised. An appraisal review board may adjust your value to equalize it with other comparable properties. Please check all boxes that apply in order to preserve your rights so that the appraisal review board may consider your protest according to law.

- [x] Value is over market value.
- [x] Value is unequal compared with other properties.
- [ ] Property should not be taxed in _____ (name of taxing unit).
- [ ] Failure to send required notice. _____ (type)
- [ ] Exemption was denied, modified or cancelled.
- [ ] Change in use of land appraised as ag-use, open-space or timber land.
- [ ] Ag-use, open-space or other special appraisal was denied, modified or cancelled.
- [ ] Owner's name is incorrect.
- [ ] Property description is incorrect.
- [ ] Property should not be taxed in this appraisal district or in one or more taxing units.
- [x] Other: _____

## STEP 4: Give Facts That May Help Resolve Your Case

What do you think your property's value is? (Optional)  $ _____

## STEP 5: Check to Receive ARB Hearing Procedures

I want the ARB to send me a copy of its hearing procedures.   [ ] Yes   [x] No*

* If your protest goes to a hearing, you will automatically receive a copy of the ARB's hearing procedures.

## STEP 6: Signature

print here ▶ Shannon Carter
Print Name

sign here ▶ *Shannon Carter*
Signature

29-May-2015
Date

62 ✓



# Property Appraisal – Notice of Protest

Property Tax
**Form 50-132**

Somervell County Appraisal District - 213
Appraisal District's Name

(254) 897-4094
Phone (area code and number)

112 Allen Drive, Glen Rose, Texas, United States, 76043
Address

This document must be filed with the appraisal review board (ARB) for the appraisal district that took the action(s) you want to protest. It must not be filed with the office of the Texas Comptroller of Public Accounts.

**GENERAL INSTRUCTIONS:** Pursuant to Tax Code Section 41.41, a property owner has the right to protest certain actions taken by the appraisal district. This form is for use by a property owner or designated agent who would like the ARB to hear and decide a protest. If you are leasing the property, you are subject to the limitations set forth in Tax Code Section 41.413.

**FILING DEADLINES:** The usual deadline for filing your notice is midnight, May 31.

A different deadline will apply to you if:

- your notice of appraised value was delivered to you after May 2;
- your protest concerns a change in the use of agricultural, open-space or timber land;
- the appraisal district or the ARB was required by law to send you notice about a property and did not; or
- the ARB made a change to the appraisal records that adversely affects you and you received notice of the change;
- in certain limited circumstances, you had good cause for missing the May 31 protest filing deadline.

Contact the appraisal review board for your specific protest filing deadline.

**ASSISTANCE:** The Comptroller's office may not advise a property owner, a property owner's agent, or the chief appraiser or another employee of an appraisal district on a matter that the Comptroller's office knows is the subject of a protest to the ARB.

### State the Year(s) for Which You are Protesting

2015
Tax Year(s)

### STEP 1: Owner's or Lessee's Name and Address

Luminant Generation Company, LLC
Owner's or Lessee's First Name and Initial                   Last Name

c/o EFH Corporate Services Company, P.O. Box 219071
Owner's or Lessee's Current Mailing Address (number and street)

Dallas, Texas, 75221-9071                                    (214) 875-8755
City, State, ZIP Code                                        Phone (area code and number)

### STEP 2: Describe Property Under Protest

Give Street Address and City if Different from Above, or Legal Description if No Street Address

Comanche Peak Nuclear Facility (Account 1 of 2)

9900070-0-001095
Appraisal District Account Number (if known)

Mobile Homes (give make, model and identification number)

The Property Tax Assistance Division at the Texas Comptroller of Public Accounts provides property tax information and resources for taxpayers, local taxing entities, appraisal districts and appraisal review boards.

For more information, visit our website:
www.window.state.tx.us/taxinfo/proptax

50-132 • 10-13/12

Form 50-132

## STEP 3: Check Reasons for Your Protest

Failure to check a box may result in your inability to protest an issue. If you check "value is over market value," you are indicating that the appraised value is excessive and your property would not sell for the amount determined by the appraisal district. If you check "value is unequal as compared to other properties," you are indicating that your property is not appraised at the same level as a representative sample of comparable properties, appropriately adjusted for condition, size, location, and other factors. Your property may be appraised at its market value, but be unequally appraised. An appraisal review board may adjust your value to equalize it with other comparable properties. Please check all boxes that apply in order to preserve your rights so that the appraisal review board may consider your protest according to law.

- [x] Value is over market value.
- [x] Value is unequal compared with other properties.
- [ ] Property should not be taxed in _____ (name of taxing unit).
- [ ] Failure to send required notice. _____ (type)
- [ ] Exemption was denied, modified or cancelled.
- [ ] Change in use of land appraised as ag-use, open-space or timber land.
- [ ] Ag-use, open-space or other special appraisal was denied, modified or cancelled.
- [ ] Owner's name is incorrect.
- [ ] Property description is incorrect.
- [ ] Property should not be taxed in this appraisal district or in one or more taxing units.
- [x] Other: _____

## STEP 4: Give Facts That May Help Resolve Your Case

What do you think your property's value is? (Optional)  $ _____

## STEP 5: Check to Receive ARB Hearing Procedures

I want the ARB to send me a copy of its hearing procedures.   [ ] Yes   [x] No*

* If your protest goes to a hearing, you will automatically receive a copy of the ARB's hearing procedures.

## STEP 6: Signature

print here ▶ Shannon Carter
Print Name

sign here ▶ *Shannon Carter*
Signature

29-May-2015
Date



## Property Appraisal – Notice of Protest

**Property Tax Form 50-132**

---

Somervell County Appraisal District - 213
*Appraisal District's Name*

(254) 897-4094
*Phone (area code and number)*

112 Allen Drive, Glen Rose, Texas, United States, 76043
*Address*

This document must be filed with the appraisal review board (ARB) for the appraisal district that took the action(s) you want to protest. It must not be filed with the office of the Texas Comptroller of Public Accounts.

**GENERAL INSTRUCTIONS:** Pursuant to Tax Code Section 41.41, a property owner has the right to protest certain actions taken by the appraisal district. This form is for use by a property owner or designated agent who would like the ARB to hear and decide a protest. If you are leasing the property, you are subject to the limitations set forth in Tax Code Section 41.413.

**FILING DEADLINES:** The usual deadline for filing your notice is midnight, May 31.

A different deadline will apply to you if:

- your notice of appraised value was delivered to you after May 2;
- your protest concerns a change in the use of agricultural, open-space or timber land;
- the appraisal district or the ARB was required by law to send you notice about a property and did not; or
- the ARB made a change to the appraisal records that adversely affects you and you received notice of the change;
- in certain limited circumstances, you had good cause for missing the May 31 protest filing deadline.

Contact the appraisal review board for your specific protest filing deadline.

**ASSISTANCE:** The Comptroller's office may not advise a property owner, a property owner's agent, or the chief appraiser or another employee of an appraisal district on a matter that the Comptroller's office knows is the subject of a protest to the ARB.

### State the Year(s) for Which You are Protesting

2015
*Tax Year(s)*

### STEP 1: Owner's or Lessee's Name and Address

Luminant Generation Company, LLC
*Owner's or Lessee's First Name and Initial*

*Last Name*

c/o EFH Corporate Services Company, P.O. Box 219071
*Owner's or Lessee's Current Mailing Address (number and street)*

Dallas, Texas 75221-9701
*City, State, ZIP Code*

(214) 875-8755
*Phone (area code and number)*

### STEP 2: Describe Property Under Protest

Give Street Address and City if Different from Above, or Legal Description if No Street Address

Comanche Peak Nuclear Facility (Account 2 of 3)

9900071-0-001095
*Appraisal District Account Number (if known)*

Mobile Homes *(give make, model and identification number)*

The Property Tax Assistance Division at the Texas Comptroller of Public Accounts provides property tax information and resources for taxpayers, local taxing entities, appraisal districts and appraisal review boards.

For more information, visit our website: www.window.state.tx.us/taxinfo/proptax

50-132 • 10-13/12

Form 50-132 — Property Appraisal – Notice of Protest

## STEP 3: Check Reasons for Your Protest

Failure to check a box may result in your inability to protest an issue. If you check "value is over market value," you are indicating that the appraised value is excessive and your property would not sell for the amount determined by the appraisal district. If you check "value is unequal as compared to other properties," you are indicating that your property is not appraised at the same level as a representative sample of comparable properties, appropriately adjusted for condition, size, location, and other factors. Your property may be appraised at its market value, but be unequally appraised. An appraisal review board may adjust your value to equalize it with other comparable properties. Please check all boxes that apply in order to preserve your rights so that the appraisal review board may consider your protest according to law.

- [x] Value is over market value.
- [x] Value is unequal compared with other properties.
- [ ] Property should not be taxed in _____ (name of taxing unit).
- [ ] Failure to send required notice. _____ (type)
- [x] Exemption was denied, modified or cancelled.
- [ ] Change in use of land appraised as ag-use, open-space or timber land.
- [ ] Ag-use, open-space or other special appraisal was denied, modified or cancelled.
- [ ] Owner's name is incorrect.
- [ ] Property description is incorrect.
- [ ] Property should not be taxed in this appraisal district or in one or more taxing units.
- [x] Other: _____

## STEP 4: Give Facts That May Help Resolve Your Case

What do you think your property's value is? (Optional)   $ _____

## STEP 5: Check to Receive ARB Hearing Procedures

I want the ARB to send me a copy of its hearing procedures.   [ ] Yes   [x] No*

* If your protest goes to a hearing, you will automatically receive a copy of the ARB's hearing procedures.

## STEP 6: Signature

print here ▶ Shannon Carter
Print Name

sign here ▶ *Shannon Carter*
Signature

Date: 05-29-2015

64 v

# Property Appraisal – Notice of Protest

Property Tax
Form 50-132

Somervell County Appraisal District - 213
*Appraisal District's Name*

(254) 897-4094
*Phone (area code and number)*

112 Allen Drive, Glen Rose, Texas, United States, 76043
*Address*

**This document must be filed with the appraisal review board (ARB) for the appraisal district that took the action(s) you want to protest. It must not be filed with the office of the Texas Comptroller of Public Accounts.**

**GENERAL INSTRUCTIONS:** Pursuant to Tax Code Section 41.41, a property owner has the right to protest certain actions taken by the appraisal district. This form is for use by a property owner or designated agent who would like the ARB to hear and decide a protest. If you are leasing the property, you are subject to the limitations set forth in Tax Code Section 41.413.

**FILING DEADLINES:** The usual deadline for filing your notice is midnight, May 31.

A different deadline will apply to you if:

- your notice of appraised value was delivered to you after May 2;
- your protest concerns a change in the use of agricultural, open-space or timber land;
- the appraisal district or the ARB was required by law to send you notice about a property and did not; or
- the ARB made a change to the appraisal records that adversely affects you and you received notice of the change;
- in certain limited circumstances, you had good cause for missing the May 31 protest filing deadline.

Contact the appraisal review board for your specific protest filing deadline.

**ASSISTANCE:** The Comptroller's office may not advise a property owner, a property owner's agent, or the chief appraiser or another employee of an appraisal district on a matter that the Comptroller's office knows is the subject of a protest to the ARB.

## State the Year(s) for Which You are Protesting

2015
*Tax Year(s)*

## STEP 1: Owner's or Lessee's Name and Address

Luminant Generation Company, LLC
*Owner's or Lessee's First Name and Initial*          *Last Name*

c/o EFH Corporate Services Company, P.O. Box 219071
*Owner's or Lessee's Current Mailing Address (number and street)*

Dallas, Texas 75221-9071
*City, State, ZIP Code*

(214) 875-8755
*Phone (area code and number)*

## STEP 2: Describe Property Under Protest

Give Street Address and City if Different from Above, or Legal Description if No Street Address

Comanche Peak Nuclear Facility (Account 3 of 3)

9900072-0-001095
*Appraisal District Account Number (if known)*

*Mobile Homes (give make, model and identification number)*

The Property Tax Assistance Division at the Texas Comptroller of Public Accounts provides property tax information and resources for taxpayers, local taxing entities, appraisal districts and appraisal review boards.

For more information, visit our website:
www.window.state.tx.us/taxinfo/proptax
50-132 • 10-13/12

Form 50-132 — Property Appraisal – Notice of Protest

## STEP 3: Check Reasons for Your Protest

Failure to check a box may result in your inability to protest an issue. If you check "value is over market value," you are indicating that the appraised value is excessive and your property would not sell for the amount determined by the appraisal district. If you check "value is unequal as compared to other properties," you are indicating that your property is not appraised at the same level as a representative sample of comparable properties, appropriately adjusted for condition, size, location, and other factors. Your property may be appraised at its market value, but be unequally appraised. An appraisal review board may adjust your value to equalize it with other comparable properties. Please check all boxes that apply in order to preserve your rights so that the appraisal review board may consider your protest according to law.

- [x] Value is over market value.
- [x] Value is unequal compared with other properties.
- [ ] Property should not be taxed in _____ (name of taxing unit).
- [ ] Failure to send required notice. _____ (type)
- [x] Exemption was denied, modified or cancelled.
- [ ] Change in use of land appraised as ag-use, open-space or timber land.
- [ ] Ag-use, open-space or other special appraisal was denied, modified or cancelled.
- [ ] Owner's name is incorrect.
- [ ] Property description is incorrect.
- [ ] Property should not be taxed in this appraisal district or in one or more taxing units.
- [x] Other: _____

## STEP 4: Give Facts That May Help Resolve Your Case

What do you think your property's value is? (Optional)  $ _____

## STEP 5: Check to Receive ARB Hearing Procedures

I want the ARB to send me a copy of its hearing procedures.   [ ] Yes   [x] No*

* If your protest goes to a hearing, you will automatically receive a copy of the ARB's hearing procedures.

## STEP 6: Signature

print here ▶ Shannon Carter
Print Name

sign here ▶ *Shannon Carter*
Signature

Date: 05-29-2015