IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § <br> § <br> ENERGY FUTURE HOLDINGS CORP., § <br> et al., § <br> § <br> Debtors. § <br> § | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) <br> Re Docket No. ___ |

## ORDER GRANTING SOMERVELL COUNTY CENTRAL APPRAISAL DISTRICT'S MOTION FOR ABSTENTION WITH REGARD TO DEBTORS' MOTION PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING THE AMOUNT OF CONTESTED *AD VALOREM* TAX MATTERS [D.N. 5620]

Upon the motion ("Motion to Abstain") filed by Somervell County Central Appraisal District for the Court to abstain from adjudicating the merits of the tax disputes set forth in the *Motion of Energy Future Holdings Corp., Et Al., Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining the Amount of Contested Ad Valorem Tax Matters [D.N. 5620]* ("Debtors' Tax Motion") with respect to Comanche Peak and/or the Somervell County Central Appraisal District, and the Court having considered the relief sought in the Motion to Abstain, pleadings related thereto, the Debtors' Tax Motion, evidence of record, and all argument of counsel, the Court determines that good cause exists to abstain from hearing the Debtors' Tax Motion, and it is hereby ORDERED that:

1. The Motion to Abstain is GRANTED; and

*[Remainder of Page Intentionally Left Blank]*

2.  The Court will abstain from hearing the Debtors' Tax Motion with respect to any and all issues concerning Comanche Peak and/or the Somervell County Central Appraisal District pursuant to 28 U.S.C. § 1334(c)(1).

Dated: October ___, 2015
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE