IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § | |
| § | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., § | |
| *et al.*, § | Case No. 14-10979 (CSS) |
| § | |
| Debtors. § | (Jointly Administered) |
| § | |

CERTIFICATE OF SERVICE

I, Curtis A. Hehn, hereby certify that on the 23rd day of September, 2015, I caused a copy of the following document to be served on the individuals on the attached service list via first class mail, postage prepaid:

NOTICE OF HEARING ON SOMERVELL COUNTY CENTRAL APPRAISAL DISTRICT'S MOTION FOR ABSTENTION WITH REGARD TO DEBTORS' MOTION PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING THE AMOUNT OF CONTESTED *AD VALOREM* TAX MATTERS [D.N. 5620];

SOMERVELL COUNTY CENTRAL APPRAISAL DISTRICT'S MOTION FOR ABSTENTION WITH REGARD TO DEBTORS' MOTION PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING THE AMOUNT OF CONTESTED *AD VALOREM* TAX MATTERS [D.N. 5620] (including Exhibits 1 – 4 thereto]; and

[proposed] ORDER GRANTING SOMERVELL COUNTY CENTRAL APPRAISAL DISTRICT'S MOTION FOR ABSTENTION WITH REGARD TO DEBTORS' MOTION PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING THE AMOUNT OF CONTESTED *AD VALOREM* TAX MATTERS [D.N. 5620]

_____
Curtis A. Hehn (Bar No. 4264)