**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 24, 2015                   /s/ *Rachel E. Kramer*
                                                          Rachel E. Kramer, Esquire
                                                          Foley & Lardner LLP
                                                          90 Park Avenue
                                                          New York, NY  10016-1314
                                                          Telephone:    (212) 338-3545
                                                          Facsimile:     (212) 687-2329
                                                          rkramer@foley.com