**CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on this 24th day of September 2015, I served a copy of the **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** upon the parties listed below in the manner indicated.

**VIA U.S. MAIL**
Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE  19801

**VIA U.S. MAIL**
Edward O. Sassower, Esquire
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022

**VIA U.S. MAIL**
James H.M. Sprayregen, Esquire
Marc Kieselstein, Esquire
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

**VIA U.S. MAIL**
James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Todd M. Goren, Esquire
Morrison & Foerster LLP
250 West 55th Street
New York, NY  10019

**VIA U.S. MAIL**
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Jarrett Vine, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

/s/ *Raymond H. Lemisch*
Raymond H. Lemisch (DE Bar No. 4204)