## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Dkt. Nos. 6153, 6154** |

## AMENDED CERTIFICATE OF SERVICE

I, Curtis A. Hehn, hereby certify that on the 24th day of September, 2015, I caused a copy

of the following document to be served on the individuals on the attached service list via first

class mail, postage prepaid:

**NOTICE OF HEARING ON SOMERVELL COUNTY CENTRAL APPRAISAL DISTRICT'S MOTION FOR ABSTENTION WITH REGARD TO DEBTORS' MOTION PURUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING THE AMOUNT OF CONTESTED *AD VALOREM* TAX MATTERS [D.N. 5620];**

**SOMERVELL COUNTY CENTRAL APPRAISAL DISTRICT'S MOTION FOR ABSTENTION WITH REGARD TO DEBTORS' MOTION PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING THE AMOUNT OF CONTESTED *AD VALOREM* TAX MATTERS [D.N. 5620] (including Exhibits 1 – 4 thereto); and**

**[Proposed] ORDER GRANTING SOMERVELL COUNTY CENTRAL APPRAISAL DISTRICT'S MOTION OF RABSTENTION WITH REGARD TO DEBTORS' MOTION PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING THE AMOUNT OF CONTESTED *AD VALOREM* TAX MATTERS [D.N. 5620]**

*/s/ Curtis A. Hehn*

Curtis A. Hehn (Bar No. 4264)

# SERVICE LIST

ABRAMS & BAYLISS LLP
KEVIN G. ABRAMS & JOHN M. SEAMAN
20 MONTCHANIN RD STE 200
WILMINGTON, DE 19807
*(COUNSEL TO GOLDMAN, SACHS & CO.)*

AKERMAN LLP
ATTN: SUNDEEP S. SIDHU
420 S ORANGE AVE STE 1200
ORLANDO, FL 32801-4904
*(COUNSEL TO SIEMENS POWER GENERATION INC.)*

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN
BALDINI; MEREDITH LAHAIE; ROBERT BOLLER;
CHRISTOPHER CARTY;
1 BRYANT PARK, BANK OF AMERICA TOWER
NEW YORK, NY 10036-6745
*(COUNSEL TO AD HOC COMMITTEE OF EFIH
UNSECURED NOTEHOLDERS AND EFIH SECOND
LIEN DIP COMMITMENT)*

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: SCOTT ALBERINO; JOANNA NEWDECK
ROBERT S. STRAUSS BUILDING
1333 NEW HAMPSHIRE AVE, NW
WASHINGTON, DC 20036-1564
*(COUNSEL TO AD HOC COMMITTEE OF EFIH
UNSECURED*

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN: COURTENEY F HARRIS, ESQ
14910 ALDINE WESTFIELD RD
HOUSTON, TX 77032

ALVAREZ & MARSAL
ATTN: PAUL KINEALY
55 W MONROE STE 4000
CHICAGO, IL 60603

AMERICAN STOCK TRANSFER & TRUST CO LLC
ATTN: GENERAL COUNSEL
6201 15TH AVE
BROOKLYN, NY 11219

AMERICAN STOCK TRANSFER & TRUST CO LLC
ATTN: PAUL KIM
6201 15TH AVENUE
BROOKLYN, NY 11219

ASHBY & GEDDES, P.A.
ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR
ESQ
PO BOX 1150
WILMINGTON, DE 19899
*(COUNSEL TO WILMINGTON SAVINGS/WSFS)*

BAILEY BRAUER PLLC
ATTN: BENJAMIN L. STEWART
CAMPBELL CENTRE I
8350 N CENTRAL EXPY STE 206
DALLAS, TX 75206
*(COUNSEL TO PINNACLE TECHNICAL RESOURCES
INC)*

BAKER BOTTS LLP
ATTN: JAMES PRINCE; OMAR J ALANIZ
2001 ROSS AVE
DALLAS, TX 75201-2980
*(COUNSEL TO CENTERPOINT)*

BALLARD SPAHR LLP
ATTN: MATTHEW G SUMMERS ESQ
919 N MARKET ST 11TH FL
WILMINGTON, DE 19801
*(COUNSEL TO LOUISIANA ENERGY & URENCO)*

BARNES & THORNBURG LLP
ATTN: PAULA K JACOBI ESQ
ONE N WACKER DR STE 4400
CHICAGO, IL 60606
*(COUNSEL TO CONVERDYN)*

BARNES & THORNBURG LLP
ATTN: KEVIN G COLLINS ESQ
1000 N WEST ST STE 1500
WILMINGTON, DE 19801
*(COUNSEL TO CONVERDYN & GATX CORPORATION)*

BARNES & THORNBURG LLP
ATTN: DAVID M POWLEN ESQ
1000 N WEST ST STE 1500
WILMINGTON, DE 19801
*(COUNSEL TO GATX CORPORATION)*

BARNES & THORNBURG LLP
ATTN: DEBORAH L THORNE ESQ
ONE N WACKER DR STE 4400
CHICAGO, IL 60606-2833
*(COUNSEL TO GATX CORPORATION)*

BAYARD PA
ATTN: NEIL GLASSMAN ESQ
222 DELAWARE AVE STE 900
WILMINGTON, DE 19801
*(COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE)*

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
ATTN: KEVIN M. CAPUZZI
222 DELAWARE AVE STE 801
WILMINGTON, DE 19801-1611
*(COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND ITS AFFILIATES AND SUBSIDIARIES)*

BLANK ROME LLP
ATTN: MICHAEL DEBAECHE; STANLEY TARR
1201 MARKET ST STE 800
WILMINGTON, DE 19801
*(COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT)*

BLANK ROME LLP
ATTN: MICHAEL B. SCHAEDLE
ONE LOGAN SQUARE
130 N 18TH ST
PHILADELPHIA, PA 19103
*(COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT)*

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN
6 NORTH BROAD ST STE 100
WOODBURY, NJ 08096
*(COUNSEL TO SAP INDUSTRIES, INC.)*

BROWN RUDNICK LLP
ATTN: EDWARD WEISFELNER ESQ
SEVEN TIMES SQUARE
NEW YORK, NY 10036
*(COUNSEL TO WILMINGTON SAVINGS/WSFS)*

BROWN RUDNICK LLP
ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE
ESQ
JEREMY COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111
*(COUNSEL TO WILMINGTON SAVINGS/WSFS)*

BROWN RUDNICK LLP
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM ST
HARTFORD, CT 06103
*(COUNSEL TO WILMINGTON SAVINGS/WSFS)*

BROWN RUDNICK LLP
ATTN: JEREMY B. COFFEY
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BRYAN CAVE LLP
ATTN: STEPHANIE WICKOUSKI; MICHELLE
MCMAHON
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
*(COUNSEL TO INDENTURE TRUSTEE OF 11% &
11.75% SR)*

BRYAN CAVE LLP
ATTN: ROBERT E. PEDERSEN
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-3300

BUCHALTER NEMER, A PROFESSIONAL
CORPORATION
ATTN: SHAWN M. CHRISTIANSON
55 SECOND ST 17TH FL
SAN FRANCISCO, CA 94105-3493
*(COUNSEL TO ORACLE AMERICA, INC.)*

BUCHANAN INGERSOLL & ROONEY PC
ATTN: KATHLEEN A. MURPHY
919 N MARKET ST STE 1500
WILMINGTON, DE 19801
*(COUNSEL TO CATERPILLAR FINANCIAL SERVICES
CORP.)*

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD R. HAWKINS, JR.; ELLEN M.
HALSTEAD;
MICHELE MAMAN & THOMAS J. CURTIN, ESQS.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
*(COUNSEL TO DEF. MORGAN STANLEY CAPITAL
GRP, INC.)*

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG, ESQ.
700 SIXTH STREET, N.W.
WASHINGTON, DC 20001
*(COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.)*

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6022
*(COUNSEL TO NEXTERA ENERGY RESOURCES, LLC)*

CHIPMAN BROWN CICERO & COLE, LLP
ATTN: WILLIAM CHIPMAN JR ESQ; MARK OLIVERE ESQ
1007 N ORANGE ST STE 1110
WILMINGTON, DE 19801
*(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)*

CIARDI CIARDI & ASTIN
ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR
1204 N KING STREET
WILMINGTON, DE 19801
*(COUNSEL TO ATMOS ENERGY; TXU 2007-1 RAILCAR, & RED BALL OXYGEN)*

CITIBANK, N.A.
ATTN: OWEN COYLE
1615 BRETT ROAD, OPS III
NEW CASTLE, DE 19720

CITIBANK, N.A.
ZORI MIGLIORINI,STANDBY LETTER OF CREDIT DEPT, AS FRONTING BANK
388 GREENWICH ST 21ST FL
NEW YORK, NY 10013

CITIBANK, N.A.
ATTN: ERIC O. LIGAN, VICE PRESIDENT
388 GREENWICH ST 32ND FL
NEW YORK, NY 10013

CITIBANK, N.A.
BANK LOAN SYNDICATIONS DEPARTMENT
1615 BRETT ROAD, BUILDING III
NEW CASTLE, DE 19720

CITIBANK, N.A.
ATTN: ANNEMARIE E. PAVCO
SECURITIES PROCESSING SENIOR ANALYST
GLOBAL LOANS, 1615 BRETT RD., OPS III
NEW CASTLE, DE 19720

CITIBANK, N.A.
ATTN: RYAN FALCONER
388 GREENWICH STREET
NEW YORK, NY 10013

CITY OF FORT WORTH
ATTN: CHRISTOPHER B. MOSLEY
1000 THROCKMORTON ST
FORT WORTH, TX 76102

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN
KHALID
ONE LIBERTY PLAZA
NEW YORK, NY 10006
*(COUNSEL TO J. ARON & COMPANY)*

COHEN & GRIGSBY, P.C.
ATTN: THOMAS D. MAXSON
625 LIBERTY AVE
PITTSBURGH, PA 15222-3152
*(COUNSEL TO NOVA CHEMICALS INC.)*

COMPTROLLER OF PUBLIC ACCOUNTS OF THE
STATE OF TX
ATTN: RACHEL OBALDO & JOHN MARK STERN
PO BOX 12548
AUSTIN, TX 78711-2548
*OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION*

COMPUTERSHARE
ATTN: TINA VITALE, BA; LL.B.
480 WASHINGTON BLVD
JERSEY CITY, NJ 07310

COMPUTERSHARE TRUST COMPANY OF CANADA
ATTN: ALESSANDRA PANSERA
1500, UNIVERSITY ST., SUITE 700
MONTREAL, QC H3A 3S8
CANADA

COWLES & THOMPSON
ATTN: STEPHEN C. STAPLETON
BANK OF AMERICA PLAZA
901 MAIN ST STE 3900
DALLAS, TX 75202
*(COUNSEL TO ATMOS ENERGY CORPORATION)*

COZEN O'CONNOR
ATTN: MARK E. FELGER
1201 N MARKET ST STE 1001
WILMINGTON, DE 19801
*(COUNSEL TO J. ARON & COMPANY)*

CRAVATH SWAINE & MOORE LLP
ATTN: MICHAEL A PASKIN ESQ
WORLDWIDE PLAZA
825 EIGHTH AVE
NEW YORK, NY 10019-7475
*(COUNSEL TO ENERGY FUTURE INTERMEDIATE
HOLDING COMPANY LLC/EFIH)*

CROSS & SIMON LLC
ATTN: MICHAEL J JOYCE ESQ
1105 N MARKET ST STE 901
WILMINGTON, DE 19801
*(COUNSEL TO FIDELITY MANAGEMENT &
RESEARCH CO.)*

CROWE & DUNLEVY, PC
ATTN: JUDY HAMILTON MORSE ESQ
324 N ROBINSON AVE STE 100
OKLAHOMA CITY, OK 73102
*(COUNSEL TO DEVON ENERGY)*

CSC TRUST COMPANY OF DELAWARE
ATTN: SANDRA E. HORWITZ MANAGING DIRECTOR
2711 CENTERVILLE RD STE 400
WILMINGTON, DE 19808

DAVIS POLK & WARDWELL LLP
ATTN: MARSHALL HUEBNER; BENJAMIN
KAMINETZKY;
ELLIOT MOSKOWITZ; DAMON MEYER
450 LEXINGTON AVE
NEW YORK, NY 10017
*(COUNSEL TO GOLDMAN SACHS, ET AL)*

DEUTSCHE BANK
ATTN: MARCUS M. TARKINGTON
60 WALL STREET (NYCC60-0266)
NEW YORK, NY 10005-2836

DLA PIPER LLP (US)
ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN &
SCOTT CZERWONKA, ESQS.
1201 NORTH MARKET STREET, SUITE 2100
WILMINGTON, DE 19801
*(COUNSEL TO DEF. MORGAN STANLEY CAPITAL
GRP, INC.)*

DORSEY & WHITNEY DELAWARE LLP
ATTN: ERIC LOPEZ SCHNABEL, ROBERT W.
MALLARD &
ALESSANDRA GLORIOSO
300 DELAWARE AVE STE 1010
WILMINGTON, DE 19801
*(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)*

DRINKER BIDDLE & REATH LLP
ATTN: HOWARD A. COHEN & ROBERT K. MALONE
222 DELAWARE AVE STE 1410
WILMINGTON, DE 19801-1621
*(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)*

DYKEMA GOSSETT PLLC
ATTN: JEFFREY R FINE ESQ
1717 MAIN ST STE 4200
DALLAS, TX 75201
*(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF
TEXAS)*

EMC CORPORATION
ATTN: RONALD L ROWLAND, AGENT
307 INTERNATIONAL CIRCLE STE 270
COCKEYSVILLE, MD 21030
*C/O RECEIVABLE MANAGEMENT SERVICES (RMS)*

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT
1601 BRYAN ST 43RD FL
DALLAS, TX 75201

EPIQ BANKRUPTY SOLUTIONS, LLC
ATTN: JAMES KATCHADURIAN, E.V.P.
777 THIRD AVE 12TH FL
NEW YORK, NY 10017
*(CLAIMS AGENT)*

EPSTEIN BECKER & GREEN PC
ATTN: WENDY G MARCARI ESQ & STEPHANIE
LERMAN ESQ
250 PARK AVE
NEW YORK, NY 10017
*(COUNSEL TO BENBROOKE)*

FOLEY & LARDNER LLP
ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ
LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313
*(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)*

FOX ROTHSCHILD LLP
ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN
BIRD
919 N MARKET ST STE 300
WILMINGTON, DE 19801
*(COUNSEL TO AD HOC GROUP OF TCEH
UNSECURED NOTEHOLDERS)*

FRANKGECKER LLP
ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN
ESQ
325 N LASALLE ST STE 625
CHICAGO, IL 60654
*(COUNSEL TO EXPERIAN; THE PI LAW
FIRMS/ASBESTOS)*

FRANKGECKER LLP
ATTN: FRANCES GECKER ESQ
325 N LASALLE ST STE 625
CHICAGO, IL 60654
*(COUNSEL TO THE PI LAW FIRMS/ASBESTOS
CLAIMANTS)*

FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ
MATTHEW M ROOSE ESQ
ONE NEW YORK PLAZA
NEW YORK, NY 10004
*(COUNSEL TO FIDELITY MANGEMENT & RESEARCH
CO)*

GARDERE WYNNE SEWELL LLP
ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN
1000 LOUISIANA, STE 3400
HOUSTON, TX 77002
*(COUNSEL TO ROMCO EQUIPMENT CO.)*

GAY MCCALL ISAACKS GORDON & ROBERTS PC
ATTN: DUSTIN L BANKS ESQ
1919 S SHILOH RD STE 310 LB 40
GARLAND, TX 75042
*(COUNSEL TO GARLAND INDEPENDENT SCHOOL
DISTRICT & CITY OF GARLAND)*

GAY MCCALL ISAACKS GORDON & ROBERTS PC
ATTN: DAVID MCCALL ESQ
777 E 15TH ST
PLANO, TX 75074
*(COUNSEL TO COLLIN COUNTY)*

GELLERT SCALI BUSENKELL & BROWN, LLC
ATTN: MICHAEL G. BUSENKELL
913 N MARKET ST 10TH FL
WILMINGTON, DE 19801
*(COUNSEL TO AURELIUS)*

GIBBONS PC
ATTN: NATASHA M SONGONUGA ESQ
1000 N WEST ST STE 1200
WILMINGTON, DE 19801-1058
*(COUNSEL TO VEOLIA)*

GIBBONS PC
ATTN: DALE E BARNEY ESQ
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
*(COUNSEL TO VEOLIA)*

GOODWIN PROCTER LLP
ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018
*(COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP)*

GREGORY D. WILLARD, ESQ.
7339 WESTMORELAND DRIVE
SAINT LOUIS, MO 63130-4241
*(COUNSEL TO AUTOMATIC SYSTEMS, INC.)*

HAYNES AND BOONE LLP
ATTN: JONATHAN HOOK
30 ROCKEFELLER CENTER, 26TH FL
NEW YORK, NY 10112
*(COUNSEL TO AIRGAS USA, LLC)*

HAYNES AND BOONE LLP
ATTN: PATRICK L. HUGHES
1221 MCKINNEY ST STE 2100
HOUSTON, TX 77010
*(COUNSEL TO AIRGAS USA, LLC)*

HAYNES AND BOONE LLP
ATTN: IAN T. PECK
301 COMMERCE ST STE 2600
FORT WORTH, TX 76102
*(COUNSEL TO BNSF RAILWAY COMPANY)*

HILLER & ARBAN LLC
ATTN: ADAM HILLER, ESQ; BRIAN ARBAN, ESQ;
JOHNNA M DARBY, ESQ;
1500 N FRENCH ST 2ND FL
WILMINGTON, DE 19801
*(COUNSEL TO STEAG)*

HINCKLEY ALLEN
ATTN: JENNIFER V. DORAN
28 STATE ST
BOSTON, MA 02109
*(COUNSEL TO INVENSYS SYSTEMS, INC.)*

HOGAN MCDANIEL
ATTN: DANIEL K HOGAN ESQ
1311 DELAWARE AVE
WILMINGTON, DE 19906
*(COUNSEL TO THE RICHARDS GROUP; PI LAW*
*FIRMS/ASBESTOS CLAIMANTS)*

HOGAN MCDANIEL
ATTN: GARVAN F MCDANIEL ESQ
1311 DELAWARE AVE
WILMINGTON, DE 19906
*(COUNSEL TO AD HOC GROUP OF EFH LEGACY*
*NOTEHOLDER)*

HOLLAND & KNIGHT LLP
ATTN: CHRISTINE C RYAN ESQ
800 17TH ST NW STE 1100
WASHINGTON, DC 20006
*(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF*
*TEXAS)*

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201

JACKSON WALKER, LLP
ATTN: MONICA S. BLACKER
901 MAIN ST STE 6000
DALLAS, TX 75202
*(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)*

JACKSON WALKER, LLP
ATTN: J. SCOTT ROSE
WESTON CENTRE
112 E PECAN ST STE 2400
SAN ANTONIO, TX 78205
*(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)*

JENNER & BLOCK
ATTN: RICHARD LEVIN, ESQ.
919 THIRD AVENUE
NEW YORK, NY 10022-3908
*(COUNSEL TO ENERGY FUTURE INTERMEDIATE*
*HOLDING COMPANY LLC/EFIH)*

JENNER & BLOCK
ATTN: VINCENT E LAZAR ESQ
353 N CLARK ST
CHICAGO, IL 60654
*(COUNSEL TO ENERGY FUTURE INTERMEDIATE*
*HOLDING CO/EFIH)*

JONES DAY
ATTN: PATRICIA VILLAREAL
2727 N HARWOOD STREET
DALLAS, TX 75201
*(COUNSEL TO ONCOR)*

JONES DAY
ATTN: MICHAEL L. DAVITT
2727 N HARWOOD STREET
DALLAS, TX 75201
*(COUNSEL TO ONCOR)*

KASOWITZ BENSON TORRES & FRIEDMAN LLP
ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN
1633 BROADWAY
NEW YORK, NY 10019
*(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)*

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, BENJAMINN D. FEDER & GILBERT R. SAYDAH
101 PARK AVE
NEW YORK, NY 10178
*(COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC*

KELLY HART & HALLMAN LLP
ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ
KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102
*(COUNSEL TO ONCOR STEERING COMMITTEE)*

KIRKLAND & ELLIS LLP
ATTN: RICHARD CIERI ESQ, EDWARD SASSOWER PC
STEPHEN HESSLER ESQ & BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022
*(COUNSEL TO EFHC DEBTORS)*

KIRKLAND & ELLIS LLP
ATTN: JAMES H.M. SPRAYREGEN PC
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654
*(COUNSEL TO EFHC DEBTORS)*

KLEHR HARRISON HARVEY BRANZBURG LLP
ATTN: RAYMOND H LEMISCH ESQ
919 MARKET ST STE 1000
WILMINGTON, DE 19801
*(COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE)*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
*(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)*

LACKEY HERSHMAN, LLP
ATTN: JAMIE R WELTON ESQ
3102 OAK LAWN AVE STE 777
DALLAS, TX 75219
*(COUNSEL TO THE RICHARDS GROUP INC)*

LANDIS RATH & COBB LLP
ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ
919 MARKET ST STE 1800
WILMINGTON, DE 19801
*(COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC)*

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: FRANK GODINO, VP
400 MADISON AVE STE 4D
NEW YORK, NY 10017

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
ATTN: PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE COURT
NAVASOTA, TX 77868
*(COUNSEL TO TARGA GAS MARKETING; KINDER
MORGAN TEXAS PIPELINE; KINDER MORGAN TEJAS
PIPELINE LLCS; NAT. GAS PIPELINE CO OF
AMERICA; EL PASO NAT. GAS)*

LAW OFFICES OF ROBERT E LUNA PC
ATTN: DANIEL K BEARDEN ESQ
4411 N CENTRAL EXPRESSWAY
DALLAS, TX 75205
*(COUNSEL TO CARROLLTON-FARMERS BRANCH
ISD)*

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: ELIZABETH WELLER ESQ
2777 N STEMMONS FWY STE 1000
DALLAS, TX 75207
*(COUNSEL TO TARRANT & DALLAS COUNTY)*

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P DILLMAN ESQ
PO BOX 3064
HOUSTON, TX 77253-3064
*(COUNSEL TO HARRIS, ANGELINA & FORT BEND
COUNTIES)*

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DIANE WADE SANDERS
PO BOX 17428
AUSTIN, TX 78760
*(COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN
ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY,
FALLS CTY, ROUND ROCK ISD, NEUCES CTY,
LIMESTONE CTY)*

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
ATTN: GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN, TX 78701
*(COUNSEL TO ONCOR STEERING COMMITTEE)*

LOCKE LORD LLP
ATTN: C. DAVIN BOLDISSAR ESQ
601 POYDRAS ST STE 2660
NEW ORLEANS, LA 70130-6036
*(COUNSEL TO BP AMERICA PRODUCTION
COMPANY)*

LOCKE LORD LLP
ATTN: PHILIP EISENBERG ESQ
2800 JPMORGAN CHASE TOWER
600 TRAVIS
HOUSTON, TX 77002
*(COUNSEL TO AMECO, FLUOR, & AMERICAN
EQUIPMENT)*

LOWER COLORADO RIVER AUTHORITY
ATTN: WILLIAM T. MEDAILLE
LEGAL SERVICES
PO BOX 220
AUSTIN, TX 78767
*LOWER COLORADO RIVER AUTHORITY
TRANSMISSION SERVICES CORPORATION (LCRA
TSC)*

MANION GAYNOR & MANNING LLP
ATTN: MARC PHILLIPS ESQ
THE NEMOURS BUILDING
1007 N ORANGE ST 10TH FL
WILMINGTON, DE 19801
*(COUNSEL TO ONCOR STEERING COMMITTEE)*

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT & AMY D. BROWN
300 DELAWARE AVE STE 800
WILMINGTON, DE 19801
*(COUNSEL TO URS ENERGY & CONSTRUCTION, INC.)*

MASLON EDELMAN BORMAN & BRAND, LLP
ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI
90 S SEVENTH ST STE 3300
MINNEAPOLIS, MN 55402
*(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)*

MCCATHERN PLLC
ATTN: JONATHAN L HOWELL ESEQ
REGENCY PLAZA
3710 RAWLINS, SUITE 1600
DALLAS, TX 75219
*(COUNSEL TO RED BALL OXYGEN COMPANY)*

MCCREARY, VESELKA, BRAGG & ALLEN, PC
ATTN: LEE GORDON
PO BOX 1269
ROUND ROCK, TX 78680
*(COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS)*

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: DAVID P PRIMACK ESQ
300 DELAWARE AVE STE 770
WILMINGTON, DE 19801
*(COUNSEL TO TCEH DEBTORS)*

MCKOOL SMITH
ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY
ONE BRYANT PARK, 47TH FL
NEW YORK, NY 10036
*(COUNSEL TO ALCOA)*

MCKOOL SMITH
ATTN: PAUL D. MOAK, ESQ.
600 TRAVIS ST STE 7000
HOUSTON, TX 77002
*(COUNSEL TO ALCOA)*

MICHAEL G. SMITH
111 N 6TH ST
PO BOX 846
CLINTON, OK 73601
*(COUNSEL TO VALERO TEXAS POWER MARKETING, INC.)*

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: DENNIS F DUNNE ESQ, EVAN R FLECK ESQ
KAREN GARTENBERG ESQ
28 LIBERTY STREET
NEW YORK, NY 10005-1413
*(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)*

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MONTGOMERY MCCRACKEN WALKER & RHOADS
LLP
ATTN: NATALIE D RAMSEY ESQ, DAVIS LEE WRIGHT
ESQ
MARK A FINK ESQ
1105 N MARKET ST 15TH FL
WILMINGTON, DE 19801
*(COUNSEL TO EFH CREDITORS COMMITTEE)*

MORGAN LEWIS BOCKIUS LLP
ATTN: JULIA FROST-DAVIES & CHRISTOPHER
CARTER ESQS
ONE FEDERAL ST
BOSTON, MA 02110-1726
*(COUNSEL TO PACFIC INVESTMENT MANAGEMENT
COMPANY)*

MORRIS JAMES LLP
ATTN: STEPHEN M MILLER ESQ
PO BOX 2306
WILMINGTON, DE 19899-2306
*(COUNSEL TO LAW DEBENTURE TRUST COMPANY
OF NY)*

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY
1201 N MARKET ST STE 1600
WILMINGTON, DE 19801
*(COUNSEL TO THE "EFH EQUITY INTEREST
HOLDERS")*

MORRISON & FOERSTER LLP
ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ
LORENZO MARINUZZI ESQ
250 W 55TH ST
NEW YORK, NY 10019
*(COUNSEL TO TCEH CREDITORS COMMITTEE)*

MUNGER, TOLLES & OLSON LLP
ATTN: THOMAS B WALPER ESQ, TODD J ROSEN
ESQ;
SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ
355 S GRAND AVE 35TH FL
LOS ANGELES, CA 90071
*(COUNSEL TO TCEH DEBTORS)*

MUNSCH HARDT KOPF & HARR PC
ATTN: RUSSELL L MUNSCH ESQ
303 COLORADO ST STE 2600
AUSTIN, TX 78701-3924
*(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF
TEXAS/ERCOT)*

MUNSCH HARDT KOPF & HARR PC
ATTN: KEVIN M LIPPMAN ESQ
500 N AKARD ST STE 3800
DALLAS, TX 75201-6659
*(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF
TEXAS/ERCOT)*

NAMAN HOWELL SMITH & LEE PLLC
ATTN: KERRY L HALIBURTON ESQ
PO BOX 1470
WACO, TX 76703-1470
*(COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC)*

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTN: JODY A. BEDENBAUGH AND GEORGE B.
CAUTHEN
1320 MAIN ST 17TH FL
PO BOX 11070 (29211)
COLUMBIA, SC 29201
*(COUNSEL TO MICHELIN NORTH AMERICA INC.)*

NIXON PEABODY
ATTN: RICHARD C PEDONE ESQ; AMANDA D
DARWIN ESQ
100 SUMMER ST
BOSTON, MA 02110
*(COUNSEL TO AMERICAN STOCK TRANSFER &
TRUST CO)*

O'KELLY ERNST & BIELLI LLC
ATTN: DAVID M KLAUDER ESQ & SHANNON
DOUGHERTY ESQ
901 N MARKET ST STE 100
WILMINGTON, DE 19801
*(OF COUNSEL TO ENERGY FUTURE HOLDINGS
CORP)*

O'MELVENY & MYERS LLP
ATTN: GEORGE A. DAVIS
7 TIMES SQUARE
NEW YORK, NY 10036
*(COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC)*

OFFICE OF THE TEXAS ATTORNEY GENERAL
ATTN: HAL MORRIS & ASHLEY BARTRAM
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548
*(COUNSEL TO PUBLIC UTILITY COMMISSION OF
TEXAS)*

OFFICE OF THE TEXAS ATTORNEY GENERAL
ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548
*(COUNSEL TO TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY & RAILROAD
COMMISSION)*

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: ELLEN SLIGHTS ESQ
PO BOX 2046
WILMINGTON, DE 19899-2046

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: ANDREA SCHWARTZ
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014
*U.S. FEDERAL OFFICE BUILDING*

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES ESQ; ROBERT
FEINSTEIN ESQ
PO BOX 8705
WILMINGTON, DE 19899
*(COUNSEL TO INDENTURE TRUSTEE OF 11% &
11.75% SR)*

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT
ESQ
BRIAN P GUINEY ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
*(COUNSEL TO LAW DEBENTURE TRUST COMPANY
OF NY)*

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN
HERMANN
JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
*(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST
LIEN)*

PENSION BENEFIT GUARANTY CORPORATION
(PBGC)
ATTN: DESIREE M AMADOR, ATTY
1200 K STREET, NW
WASHINGTON, DC 20005-4026
*OFFICE OF THE CHIEF COUNSEL*

PENSION BENEFIT GUARANTY CORPORATION
(PBGC)
ATTN: JON CHATALIAN
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: ELIZABETH BANDA CALVO ESQ
500 E BORDER ST STE 640
ARLINGTON, TX 76010
*(COUNSEL TO SOMERVELL COUNTY ET AL)*

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: OWEN M SONIK ESQ
1235 N LOOP WEST STE 600
HOUSTON, TX 77008
*(COUNSEL TO GALENA PARK ISD)*

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX 76307
*(COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM
HOSPITAL DISTRICT & NORTH CENTRAL TEXAS
COLLEGE DISTRICT)*

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: JOHN T BANKS ESQ
3301 NORTHLAND DR STE 505
AUSTIN, TX 78731
*(COUNSEL TO ISD: CAMERON, THORNDALE,
BUCKHOLTS, COPPERAS COVE, MCALLEN; HIDALGO
COUNTY ET AL)*

PERKINS COIE LLP
ATTN: TINA N MOSS ESQ
30 ROCKEFELLER PLAZA 22ND FL
NEW YORK, NY 10112-0015
*(COUNSEL TO DELAWARE TRUST COMPANY, AS
SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED
NOTES INDENTURE)*

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
ATTN: GREGORY T. DONILON, ESQ.
1220 N MARKET ST STE 950
WILMINGTON, DE 19801
*(COUNSEL TO AUTOMATIC SYSTEMS, INC.)*

POLSINELLI PC
ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON
ESQ
SHANTI KATONA ESQ
222 DELAWARE AVE STE 1101
WILMINGTON, DE 19801
*(COUNSEL TO TCEH CREDITORS COMMITTEE)*

POLSINELLI PC
ATTN: EDWARD FOX ESQ
900 THIRD AVE 21ST FL
NEW YORK, NY 10022
*(COUNSEL TO TCEH CREDITORS COMMITTEE)*

POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY,
LLP
ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT
500 W 7TH ST STE 600
FORT WORTH, TX 76102
*(COUNSEL TO TARRANT REGIONAL WATER
DISTRICT & NORTH TEXAS MUNICIPAL WATER
DISTRICT)*

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN ESQ
1313 N MARKET ST 6TH FL
PO BOX 951
WILMINGTON, DE 19801
*(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP
FINANCING)*

PROSKAUER ROSE LLP
ATTN: JEFF J MARWIL ESQ, MARK K THOMAS ESQ
PETER J YOUNG ESQ
THREE FIRST NATIONAL PLAZA
70 W MADISON ST STE 3800
CHICAGO, IL 60602
*(OF COUNSEL TO ENERGY FUTURE HOLDINGS
CORP)*

PURDUE AWSUMB & BAUDLER PA
ATTN: AMY R BAUDLER
4700 W 77TH ST STE 240
MINNEAPOLIS, MN 55435
*(COUNSEL TO BARR ENGINEERING CO)*

QUARLES & BRADY LLP
ATTN: HOHN A. HARRIS; JASON D. CURRY
RENAISSANCE ONE
TWO N CENTRAL AVE
PHOENIX, AZ 85004-2391
*(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)*

REED SMITH LLP
ATTN: KURT F. GWYNNE; KIMBERLY E.C. LAWSON
1201 MARKET ST STE 1500
WILMINGTON, DE 19801
*(COUNSEL TO THE BANK OF NEW YORK MELLON
AND THE BANK OF NEW YORK MELLON TRUST
COMPANY NA, AS INDENTURE TRUSTEES)*

REED SMITH LLP
ATTN: ROBERT P SIMONS ESQ
REED SMITH CENTRE
225 FIFTH AVE STE 1200
PITTSBURGH, PA 15222
*(COUNSEL TO THE BANK OF NEW YORK MELLON
SOLEY IN ITS CAPACITY AS TRUSTEE UNDER
ENUMERATED TRUST)*

REED SMITH LLP
ATTN: RICHARD A. ROBINSON
1201 MARKET ST STE 1500
WILMINGTON, DE 19801
*(COUNSEL TO THE BANK OF NEW YORK MELLON,
SOLELY IN ITS CAPACITY AS TRUSTEE)*

REED SMITH LLP
1201 MARKET ST STE 1500
WILMINGTON, DE 19801
*(COUNSEL TO THE BANK OF NEW YORK MELLON
SOLEY IN ITS CAPACITY AS TRUSTEE UNDER
ENUMERATED TRUST)*

RICHARDS LAYTON & FINGER
ATTN: MARK D COLLINS ESQ
DANIEL J DEFRANCESCHI ESQ
JASON M MADRON ESQ
920 N KING ST
WILMINGTON, DE 19801
*(CO-COUNSEL TO EFHC DEBTORS)*

RIDDELL WILLIAMS P.S.
ATTN: JOSEPH E SHICKICH JR & HILARY B MOHR
ESQS
1001 - 4TH AVE STE 4500
SEATTLE, WA 98154
*(COUNSEL TO MICROSOFT)*

ROPES & GRAY LLP
ATTN: MARK R. SOMERSTEIN
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER R BELMONTE ESQ AND
PAMELA A BOSSWICK ESQ
230 PARK AVE
NEW YORK, NY 10169
*(COUNSEL TO MOODY'S ANALYTICS)*

SAUL EWING LLP
ATTN: MARK MINUTI ESQ
PO BOX 1266
WILMINGTON, DE 19899
*(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF
TEXAS/ERCOT)*

SAUL EWING LLP
ATTN: LUCIAN B MURLEY ESQ
222 DELAWARE AVE STE 1200
WILMINGTON, DE 19899
*(COUNSEL TO JOHNSON MATTHEY)*

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTN: RICHARD A BARKASY ESQ
824 N MARKET ST STE 800
WILMINGTON, DE 19801
*(COUNSEL TO CCP CREDIT
ACQUISITION/CENTERBRIDGE)*

SEARCY & SEARCY PC
ATTN: JASON R SEARCY ESQ AND JOSHUA P
SEARCY ESQ
PO BOX 3929
LONGVIEW, TX 75606
*(COUNSEL TO D COURTNEY CONSTRUCTION INC)*

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SEWARD & KISSEL LLP
ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES
ONE BATTERY PARK PLAZA
NEW YORK, NY 10014
*(COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT)*

SHEARMAN & STERLING LLP
ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022
*(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)*

SHEEHY, LOVELACE & MAYFIELD, PC
ATTN: STEVEN M. BURTON
510 N VALLEY MILLS DR STE 500
WACO, TX 76710
*(COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.)*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: MARK S CHEHI ESQ
PO BOX 636
WILMINGTON, DE 19899-0636
*(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: JAY M GOFFMAN ESQ
FOUR TIMES SQUARE
NEW YORK, NY 10036-6522
*(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ
155 N WACKER DR STE 2700
CHICAGO, IL 60606-1720
*(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)*

SMITH, KATZENSTEIN & JENKINS LLP
ATTN: KATHLEEN M MILLER ESQ
PO BOX 410
WILMINGTON, DE 19899
*(COUNSEL TO AIRGAS USA LLC & VALERO TEXAS POWER)*

SNELL & WILMER LLP
ATTN: DAVID E. LETA
15 W SOUTH TEMPLE STE 1200
SALT LAKE CITY, UT 84101
*(COUNSEL TO HEADWATERS RESOURCES, INC.)*

SQUIRE SANDERS (US) LLP
ATTN: STEPHEN D. LERNER & ANDREW M. SIMON
221 E FOURTH ST STE 2900
CINCINNATI, OH 45202
*(COUNSEL TO ARCELORMITTLA USA LLC)*

STEFFES VINGIELLO & MCKENZIE LLC
ATTN: NOEL STEFFES MELANCON ESQ
13702 COURSEY BLVD BLDG 3
BATON ROUGE, LA 70817
*(COUNSEL TO SETPOINT INTEGRATED SOLUTIONS)*

STEPHEN SAKONCHICK II, PC
6502 CANON WREN DR
AUSTIN, TX 78746
*(COUNSEL TO RANGER EXCAVATING LP)*

STEVENS & LEE PC
ATTN: JOSEPH H HUSTON JR ESQ
1105 N MARKET ST STE 700
WILMINGTON, DE 19801
*(COUNSEL TO ENERGY FUTURE INTERMIEDIATE
HOLDING COMPANY LLC/EFIH)*

STREUSAND, LANDON & OZBURN, LLP
ATTN: SABRINA L. STREUSAND
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704
*(COUNSEL TO ALLEN SHRODE)*

SULLIVAN & CROMWELL LLP
ATTN: ANDREW G DIETDERICH, BRIAN D
GLUECKSTEIN
MICHAEL H TORKIN ESQS
125 BROAD ST
NEW YORK, NY 10004
*(COUNSEL TO EFH CREDITORS COMMITTEE)*

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: ELIHU E. ALLINSON, III
901 N MARKET ST STE 1300
WILMINGTON, DE 19801
*(COUNSEL TO HENRY PRATT COMPANY, LLC)*

SUTHERLAND, ASBILL & BRENNAN LLP
ATTN: LINO MENDIOLA, III, ESQ.
ONE AMERICAN CENTER
600 CONGRESS AVENUE, SUITE 2000
AUSTIN, TX 78701
*(COUNSEL TO TITUS COUNTY FRESH WATER
SUPPLY DISTRICT NO. 1)*

TAYLOR ENGLISH DUMA LLP
ATTN: STEPHEN C GREENBERG ESQ
1600 PARKWOOD CIR STE 400
ATLANTA, GA 30339
*(COUNSEL TO HENRY PRATT COMPANY LLC)*

TEXAS OFFICE OF PUBLIC UTILITY COUNSEL
(OPUC)
ATTN: JASON A STARKS, ASST ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548
*BANKRUPTCY & COLLECTIONS DIVISION*

THE BANK OF NEW YORK MELLON
ATTN: RAFAEL MARTINEZ,VP - CSM
601 TRAVIS ST 16TH FL
HOUSTON, TX 77002
*TRUST COMPANY*

THE BANK OF NEW YORK MELLON
ATTN: THOMAS VLAHAKIS,VP
385 RIFLE CAMP RD 3RD FL
WOODLAND PARK, NJ 07424
*TRUST COMPANY*

THE BANK OF NEW YORK MELLON
ATTN: DENNIS ROEMLEIN
601 TRAVIS ST 16TH FL
HOUSTON, TX 77002
*TRUST COMPANY*

THE UNIVERSITY OF TEXAS SYSTEM
ATTN: TRACI L COTTON ESQ
201 W SEVENTH ST
AUSTIN, TX 78701
*ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON OFFICE OF GENERAL COUNSEL*

THOMPSON COBURN LLP
ATTN: DAVID D. FARRELL
ONE US BANK PLAZA, STE 3200
SAINT LOUIS, MO 63101
*(COUNSEL TO MARTIN ENGINEERING COMPANY)*

TRAVIS COUNTY
ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY
PO BOX 1748
AUSTIN, TX 78767

TROUTMAN SANDERS LLP
ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ AND
BRETT GOODMAN ESQ
875 THIRD AVENUE
NEW YORK, NY 10022
*(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS)*

TUCKER ARENSBERG, P.C.
ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ
1500 ONE PPG PLACE
PITTSBURGH, PA 15222
*(COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND AFFILIATES AND SUBSIDIARIES)*

TW TELECOM INC
ATTN: LINDA BOYLE
10475 PARK MEADOWS DR #400
LITTLETON, CO 80124

UMB BANK, N.A.
ATTN: LAURA ROBERSON, VP
2 S BROADWAY STE 600
ST. LOUIS, MO 63102

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: MATTHEW J TROY ESQ
CIVIL DIVISION
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875
*(ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE)*

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON
ESQ
PO BOX 227
BEN FRANKLIN STATION
WASHINGTON, DC 20044
*(COUNSEL TO THE UNITED STATES OF AMERICA)*

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL COMMUNICATIONS COMMISSION
ATTN: MATTHEW J TROY, CIVIL DIVISION
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875
*(COUNSEL TO THE UNITED STATES OF AMERICA)*

UNITED STATES DEPARTMENT OF JUSTICE
ENVIRONMENTAL ENFORCEMENT SECTION, ENRD
ATTN: ANNA GRACE - TRIAL ATTORNEY
P.O. BOX 7611
WASHINGTON, DC 20044-7611
*(COUNSEL TO THE UNITED STATES OF AMERICA)*

VARNUM LLP
ATTN: MARY KAY SHAVER ESQ
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS, MI 49501-0352
*(COUNSEL TO APPLABS)*

VEDDER PRICE PC
ATTN: MICHAEL L SCHEIN ESQ
1633 BROADWAY 47TH FL
NEW YORK, NY 10019
*(COUNSEL TO FIRST UNION RAIL CORPORATION)*

VENABLE LLP
ATTN: JEFFREY S. SABIN ESQ
1270 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
*(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)*

VENABLE LLP
ATTN: JAMIE L. EDMONSON
1201 NORTH MARKET STREET
WILMINGTON, DE 19801
*(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)*

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT
51 W 52ND ST
NEW YORK, NY 10019
*(COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS")*

WEINSTEIN RADCLIFF LLP
ATTN: GREGORY M WEINSTEIN ESQ
6688 N CENTRAL EXPY STE 675
DALLAS, TX 75206
*(COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC)*

WEIR & PARTNERS LLP
ATTN: JEFFREY S CIANCIULLI ESQ
824 N MARKET ST STE 800
WILMINGTON, DE 19801
*(COUNSEL TO EVERCORE GROUP LLC)*

WERB & SULLIVAN
ATTN: "J" JACKSON SHRUM ESQ & DUANE D WERB
ESQ
PO BOX 25046
WILMINGTON, DE 19899
*(COUNSEL TO THE KANSAS CITY SOUTHERN
RAILWAY)*

WHITE & CASE LLP
ATTN: J. CHRISTOPHER SHORE; GREGORY
STARNER
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
*(COUNSEL TO AD HOC GROUP OF TCEH
UNSECURED NOTEHOLDERS; AND LAW
DEBENTURE)*

WHITE & CASE LLP
ATTN: THOMAS LAURIA ESQ; MATTHEW BROWN
ESQ
200 S BISCAYNE BLVD STE 4900
MIAMI, FL 33131
*(COUNSEL TO AD HOC GROUP OF TCEH
UNSECURED NOTEHOLDERS; AND LAW
DEBENTURE)*

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ
7 WORLD TRADE CENTER, 205 GREENWICH ST
NEW YORK, NY 10007
*(COUNSEL TO MARATHON ASSET MGMT)*

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: BENJAMIN LOVELAND ESQ
60 STATE ST
BOSTON, MA 02109
*(COUNSEL TO MARATHON ASSET MGMT)*

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: PHILIP D ANKER; CHARLES C PLATT;
DENNIS L JENKINS & GEORGE W SHUSTER JR ESQ
7 WORLD TRADE CENTER
250 GREENWICH ST
NEW YORK, NY 10007
*(COUNSEL TO CSC TRUST COMPANY OF
DELAWARE AS IND. & COLLATERAL TTEE FOR 10%
SR SECUR NOTES DUE 2020)*

WILMINGTON SAVINGS FUND SOCIETY
ATTN: PATRICK J. HEALY
500 DELAWARE AVENUE
WILMINGTON, DE 19801

WILMINGTON TRUST FSB
ATTN: JEFFREY T. ROSE
50 S SIXTH ST STE 1290
MINNEAPOLIS, MN 55402

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVE
NEW YORK, NY 10166
*(COUNSEL TO CHICAGO BRIDGE & IRON COMPANY
N.V.)*

WOMAC LAW
ATTN: STACEY L KREMLING ESQ
8301 KATY FREEWAY
HOUSTON, TX 77024
*(COUNSEL TO 2603 AUGUST INVESTORS LP)*

WOMBLE CARLYLE SANDRIDGE & RICE LLP
ATTN: STEVEN K KORTANEK; MARK L
DESGROSSEILLIERS
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801
*(COUNSEL TO CENTERPOINT)*

WOMBLE CARLYLE SANDRIDGE & RICE LLP
ATTN: MARK L DESGROSSEILLIERS ESQ
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801
*(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)*

WOMBLE CARLYLE SANDRIDGE & RICE LLP
ATTN: FRANCIS A MONACO JR & KEVIN J MANGAN
ESQS
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801
*(COUNSEL TO AMECO, FLUOR, & AMERICAN
EQUIPMENT)*

WOMBLE CARLYLE SANDRIDGE & RICE LLP
ATTN: KEVIN J MANGAN ESQ
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801
*(COUNSEL TO ALLTITE)*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: PAULINE MORGAN; JOEL WAITE; RYAN
BARTLEY;
ANDREW MAGAZINER
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801
*(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST
LIEN)*