## **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] Automatic Stay | 0.1 | $35.00 |
| [ALL] Case Administration | 2.0 | $551.00 |
| [ALL] Claims Administration & Objections | 17.1 | $4,559.50 |
| [ALL] Hearings | 12.1 | $3,637.00 |
| [ALL] Non-OEB Fee/Employment Applications | 3.5 | $776.50 |
| [ALL] OEB Fee/Employment Applications | 6.6 | $1,222.50 |
| [ALL] Plan and Disclosure Statement | 5.6 | $1,944.00 |
| **Total** | **47.0** | **$12,725.50** |