**<u>EXHIBIT B</u>**

**[Attorney and Paraprofessionals Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas D. Bielli | Partner | 2006 (PA) | Bankruptcy | $325.00 | 0.2 | $65.00 |
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 22.0 | $7,700.00 |
| | | | | $0.00 | 0.8 | $0.00 |
| Shannon J. Dougherty | Associate | 2012 (DE) | Bankruptcy | $235.00 | 8.9 | $2,091.50 |
| Amy M. Huber | Paralegal | *Not Admitted | Litigation Support | $190.00 | 15.1 | $2,869.00 |
| **Total** | | | | | **47.0** | **$12,725.50** |