**<u>EXHIBIT C</u>**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Courier & Express Carriers | $5.00 |
| Filing/Court Fees | $46.70 |
| In-House Reproduction | $4.90 |
| **Total** | **$56.60** |