# EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 8/8/2015 | In-House Reproduction | Photocopies (27 pages) | $2.70 |
| 8/11/2015 | In-House Reproduction | Photocopies (20 pages) | $2.00 |
| 8/24/2015 | Courier & Express Carriers | Reliable | $5.00 |
| 8/28/2015 | In-House Reproduction | Photocopies (2 pages) | $0.20 |
| 8/31/2015 | Filing/Court Fees | PACER | $46.70 |
| | | **Grand Total** | **$56.60** |