# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 6158** |

### NOTICE OF *TELEPHONIC ONLY* HEARING FOR SEPTEMBER 28, 2015

**PLEASE TAKE NOTICE** that on September 24, 2015, the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "EFH Committee"), filed a letter [D.I. 6158] (the "Letter")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Letter addressed certain scheduling and discovery matters arising due to the Debtors' recent changes in the proposed currency to satisfy claims of certain of the EFH Committee's constituents under the REIT Plan.

**PLEASE TAKE FURTHER NOTICE** that, the Court has scheduled a ***telephonic only*** hearing for September 28, 2015 at 3:00 p.m. (Eastern Daylight Time) (the "Telephonic Hearing") to be heard before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the Court to address the issues set forth in the Letter.

**PLEASE TAKE FURTHER NOTICE** that, any responses to the Letter must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor,

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Letter.

3971435

Wilmington, Delaware 19801, and served upon and received by counsel for the EFH Committee by 12:00 p.m. on September 28, 2015.

**PLEASE TAKE FURTHER NOTICE** that, consistent with the Instructions for the EFH Telephonic Appearances Effective April 5, 2015, Revised April 27, 2009, all parties wishing to appear at the Telephonic Hearing must contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) no later than 12:00 p.m. (noon) (Eastern Daylight Time) on September 28, 2015.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: Wilmington, Delaware
September 24, 2015

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

*/s/ Mark A. Fink*
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone:	(302) 504-7800
Facsimile:	(302) 504-7820
E-mail:	nramsey@mmwr.com
	dwright@mmwr.com
	mfink@mmwr.com

-and-

**SULLIVAN & CROMWELL LLP**
Steven L. Holley
Robert J. Giuffra, Jr.
Andrew G. Dietderich
Brian D. Glueckstein
125 Broad Street
New York, New York 10004
Telephone:	(212) 558-4000
Facsimile:	(212) 558-3588
E-mail:	holleys@sullcrom.com
	guiffrar@sullcrom.com
	dietdericha@sullcrom.com
	gluecksteinb@sullcrom.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.*