**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| ENERGY FUTURE HOLDINGS | : | |
| CORP., *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | Jointly Administered |

**WITHDRAWAL OF REQUEST FOR NOTICES AND SERVICE**

The undersigned hereby withdraws his appearance and the appearance of Jacobs & Crumplar, P.A. for Creditor, Ad Hoc Committee for Future Asbestos Claimants, in the above-referenced case. We hereby notify all parties in interest that we no longer wish to receive copies of pleadings and other filings in connection with these proceedings.

    Respectfully Submitted,

    **JACOBS & CRUMPLAR, P.A.**

By: */s/ Thomas Crumplar*
    Thomas Crumplar
    2 East 7th Street
    P.O. Box 1271
    Wilmington, DE 19899
    (302) 656-5445
    *Attorney for Creditor*

Date: September 24, 2015