**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., | § | |
| *et al.*, | § | Case No. 14-10979 (CSS) |
| | § | (Jointly Administered) |
| Debtors | § | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Andrew J. Mytelka to represent the Somervell Central Appraisal District in the above-captioned chapter 11 cases.

Dated: September 24, 2015        /s/ Curtis A. Hehn
                                 Law Office of Curtis A. Hehn
                                 1000 N. West Street, Suite 1200
                                 Wilmington, DE 19801
                                 Phone:  (302) 295-5044
                                 Email:  curtishehn@comcast.net

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: September 24, 2015        /s/ Andrew J. Mytelka
                                 Greer, Herz & Adams, LLP
                                 One Moody Plaza, 18th Floor
                                 Galveston, TX 77550
                                 Phone:  (409) 797-3200
                                 Email:  AMytelka@greerherz.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.