IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | § § | Case No. 14-10979 (CSS) |
| | § § | |
| Debtors. | § § | (Jointly Administered) |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the Somervell Central Appraisal District ("Somervell CAD") hereby appears by its counsel, Greer, Herz & Adams, LLP, and the Law Office of Curtis A. Hehn (collectively, "Counsel"). Counsel hereby enter their appearances pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in the above-captioned cases. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Somervell CAD through service upon Counsel, at the addresses, telephone numbers, and facsimile numbers set forth below:

| | |
|---|---|
| Andrew J. Mytelka, Esquire<br>Michael Adams, Esquire<br>J. Scott Andrews, Esquire<br>James M. Roquemore, Esquire<br>Greer, Herz & Adams, LLP<br>One Moody Plaza, 18th Floor<br>Galveston, TX 77550<br>Telephone: (409) 797-3200<br>Facsimile: (409) 766-6424<br>Email: AMytelka@greerherz.com<br>madams@greerherz.com<br>jandrews@greerherz.com<br>jroquemore@greerherz.com | Curtis A. Hehn, Esquire<br>Law Office of Curtis A. Hehn<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 295-5044<br>Facsimile: (302) 295-4801<br>Email: curtishehn@comcast.net |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Somervell CAD including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Somervelle CAD may be entitled in law or in equity, all of which

rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 23, 2015

*[signature: Curtis A. Hehn]*

**Law Office of Curtis A. Hehn**
Curtis A. Hehn (No. 4264)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 295-5044 (Telephone)
(302) 295-4801 (Facsimile)
curtishehn@comcast.net

and

**Greer, Herz & Adams, LLP**
Andrew J. Mytelka
Texas State Bar No. 14767700
Michael Adams
State of Texas Bar No. 00871900
J. Scott Andrews
State of Texas Bar No. 24064823
James M. Roquemore
State of Texas Bar No. 24058082
One Moody Plaza, 18th Floor
Galveston, Texas 77550
(409) 797-3200 (Telephone)
(409) 766-6424 (Facsimile)
Email: AMytelka@greerherz.com
       madams@greerherz.com
       jandrews@greerherz.com
       jroquemore@greerherz.com

**ATTORNEYS FOR MOVANT / DEFENDANT, SOMERVELL CENTRAL APPRAISAL DISTRICT**