# EXHIBIT A

## Assumption Schedule

**Exhibit A**

| | | Details of Contract(s) | | Counterparty Information | | Other Information | | |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 1 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 05/25/2012 PLUS AMENDMENTS | 4 L ENGINEERING COMPANY, INC. | 2010 SILVER STREET GARLAND, TX 75042 UNITED STATES | $ 75,491.77 | EFH Corporate Services Company- $75,491.77 | Claims reduced | Upon entry of the Order |
| 2 | EFH Corporate Services Company | Software License Agreement | Apptio, Inc. | 11100 NE 8TH ST #600 BELLEVUE, WA 98004 UNITED STATES | $ 114,767.14 | EFH Corporate Services Company- $114,767.14 | | Upon entry of the Order |
| 3 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 08/01/2011 PLUS AMENDMENTS | CRC GROUP, INC. | P.O. BOX 131888 DALLAS, TX 75313 UNITED STATES | $ 74,652.15 | EFH Corporate Services Company- $40,264.23<br>TXU Energy Retail Company LLC - $24,837.12<br>Luminant Energy Company LLC - $2,432.42<br>Luminant Generation Company LLC - $7,118.38 | Claims reduced | Upon entry of the Order |
| 4 | Luminant Generation Company LLC | SERVICES AGREEMENT DATED 06/18/2003 PLUS AMENDMENTS | SCIENTECH NES, INC. | 143 WEST STREET NEW MILFORD, CT 6776 UNITED STATES | $ 75,467.58 | Luminant Generation Company LLC- $75,467.58 | Claims reduced | Upon entry of the Order |
| 5 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 05/01/2012 | DON DRIVE INTERIORS, INC. | 4815 DON DR DALLAS, TX 75247 UNITED STATES | $ 23,673.58 | EFH Corporate Services Company- $5,558.00<br>Luminant Generation Company LLC - $10,443.58<br>TXU Energy Retail Company LLC - $7,672.00 | Claims reduced | Upon entry of the Order |
| 6 | TXU Energy Retail Company LLC | SERVICES AGREEMENT DATED 06/23/2008 PLUS AMENDMENTS | DST OUTPUT CENTRAL LLC | 2600 SOUTHWEST BOULEVARD KANSAS CITY, MO 64108 UNITED STATES | $ 323,507.00 | TXU Energy Retail Company LLC- $323,507.00 | | Upon entry of the Order |
| 7 | EFH Corporate Services Company | SUPPLIER AGREEMENT DATED 11/01/2006 PLUS AMENDMENTS | GUY BROWN MANAGEMENT, LLC | 9003 OVERLOOK BOULEVARD BRENTWOOD, TN 37027 UNITED STATES | $ 22,399.05 | Luminant Generation Company LLC- $22,399.05 | Claims reduced | Upon entry of the Order |
| 8 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 12/01/2000 PLUS AMENDMENTS | MASTERCRAFT BUSINESS FORMS, INC. | 3021 WICHITA COURT FORT WORTH, TX 76140 UNITED STATES | $ 6,353.83 | EFH Corporate Services Company- $6,186.24<br>Luminant Generation Company LLC - $147.38<br>Luminant Energy Company LLC - $20.21 | Claims reduced | Upon entry of the Order |
| 9 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 08/28/2013 PLUS AMENDMENTS | MASTERCRAFT PRINTED PRODUCTS AND SERVICES INC. | 2150 CENTURY CIRCLE IRVING, TX 75062 UNITED STATES | $ 18,913.22 | EFH Corporate Services Company- $1,461.01<br>Oak Grove Management Company LLC - $1,403.89<br>Luminant Generation Company LLC - $11,216.36<br>Luminant Mining Company LLC - $4,831.95 | Claims reduced | Upon entry of the Order |
| 10 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 09/01/2011 PLUS STATEMENTS OF WORK | MASTERCRAFT PRINTED PRODUCTS AND SERVICES, INC. | ATTN: BRANDON EOFF 2150 CENTURY CIRCLE IRVING, TX 75062 UNITED STATES | $ 378,732.95 | EFH Corporate Services Company- $2,034.17<br>Sandow Power Company LLC - $617.31<br>Luminant Energy Company LLC - $607.68<br>Luminant Mining Company LLC - $4,223.91<br>Luminant Generation Company LLC - $2,653.74<br>Oak Grove Management Company LLC - $5,071.98<br>TXU Energy Retail Company LLC - $363,524.16 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 11 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/17/2003 PLUS AMENDMENTS | MERIDIUM INC | 207 BULLITT AVE SE ROANOKE, VA 24013 UNITED STATES | $ 153,029.64 | Luminant Mining Company LLC- $153,029.64 | Claims reduced | Upon entry of the Order |
| 12 | EFH Corporate Services Company | Services Agreement Dated 11/12/08 | MICHAEL C FINA | 545 5TH AVENUE NEW YORK, NY 10017 UNITED STATES | $ 22,190.25 | EFH Corporate Services Company- $45.09<br>TXU Retail Services Company - $6,120.72<br>Luminant Mining Company LLC - $6,541.93<br>Luminant Generation Company LLC - $9,155.17<br>Oak Grove Management Company LLC - $327.35 | Claims reduced | Upon entry of the Order |
| 13 | Luminant Generation Company LLC | SERVICES AGREEMENT DATED 01/02/2013 PLUS AMENDMENTS | NORTH LOUISIANA LAND GRADING, INC. | PO BOX 33 GILLIAM, LA 71029 UNITED STATES | $ 247,532.00 | Luminant Generation Company LLC- $247,532.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 14 | Luminant Generation Company LLC<br>Oak Grove Management Company LLC<br>Sandow Power Company LLC | SERVICES AGREEMENT DATED 10/11/2012 PLUS AMENDMENTS | NORTHEAST TEXAS POWER, INC. | P.O. BOX 557 102 N. I-30 CUMBY, TX 75433 UNITED STATES | $ - | Luminant Generation Company LLC- $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 15 | Luminant Mining Company LLC<br>Luminant Big Brown Mining Company LLC<br>Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 01/21/2004 PLUS AMENDMENTS | NORTHEAST TEXAS POWER, INC. | P.O. BOX 557 102 N. I-30 SERVICE RD. CUMBY, TX 75433 UNITED STATES | $ 222,741.00 | Luminant Mining Company LLC- $219,772.27<br>Luminant Generation Company LLC - $2,968.73 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 16 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 06/18/2014 PLUS AMENDMENTS | NORTHEAST TEXAS POWER, LTD | P.O. BOX 559 3163 FM 499 CUMBY, TX 75433 UNITED STATES | $ - | Luminant Mining Company LLC- $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 17 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 05/04/2012 PLUS AMENDMENTS | NORTHEAST TEXAS POWER, LTD | P.O. BOX 559 3163 FM 499 CUMBY, TX 75433 UNITED STATES | $ - | Luminant Mining Company LLC- $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 18 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 09/01/2013 PLUS AMENDMENTS | NORTHEAST TEXAS POWER, LTD | P.O. BOX 559 3163 FM 499 CUMBY, TX 75433 UNITED STATES | $ - | Luminant Mining Company LLC- $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 19 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 09/01/2013 PLUS AMENDMENTS | NORTHEAST TEXAS POWER, LTD | P.O. BOX 559 3163 FM 499 CUMBY, TX 75433 UNITED STATES | $ - | Luminant Mining Company LLC- $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 20 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 09/01/2013 PLUS AMENDMENTS | NORTHEAST TEXAS POWER LTD | P.O. BOX 559 3163 FM 499 CUMBY, TX 75433 UNITED STATES | $ - | Luminant Mining Company LLC- $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 21 | Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 09/01/2013 PLUS AMENDMENTS | NORTHEAST TEXAS POWER LTD | P.O. BOX 559 3163 FM 499 CUMBY, TX 75433 UNITED STATES | $ - | Oak Grove Management Company LLC- $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 22 | Luminant Big Brown Mining Company LLC | SERVICES AGREEMENT DATED 09/01/2013 PLUS AMENDMENTS | NORTHEAST TEXAS POWER LTD | P.O. BOX 559 3163 FM 499 CUMBY, TX 75433 UNITED STATES | $ - | Luminant Big Brown Mining Company LLC- $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 23 | Luminant Big Brown Mining Company LLC | SERVICES AGREEMENT DATED 02/01/2013 PLUS AMENDMENTS | PRICE INTERNATIONAL INC | PO BOX 210 TYLER, TX 75710 UNITED STATES | $ 18,458.68 | Luminant Mining Company LLC- $18,458.68 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 24 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/01/2013 PLUS AMENDMENTS | PRICE INTERNATIONAL INC | PO BOX 210 TYLER, TX 75710 UNITED STATES | $ 28,085.04 | Luminant Mining Company LLC- $28,085.04 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 25 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/01/2013 PLUS AMENDMENTS | PRICE INTERNATIONAL INC | PO BOX 210 TYLER, TX 75710 UNITED STATES | $ 1,096.48 | Luminant Mining Company LLC- $1,096.48 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 26 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/01/2013 PLUS AMENDMENTS | PRICE INTERNATIONAL INC | PO BOX 210 TYLER, TX 75710 UNITED STATES | $ 9,742.25 | Luminant Mining Company LLC- $9,742.25 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 27 | Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 02/01/2013 PLUS AMENDMENTS | PRICE INTERNATIONAL INC | PO BOX 210 TYLER, TX 75710 UNITED STATES | $ 37,796.55 | Oak Grove Management Company LLC- $37,796.55 | Claims reduced, economics improved and contract extended | Upon entry of the Order |

**Exhibit A**

| | Details of Contract (s) | | Counterparty Information | | | Other Information | | |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 28 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 04/15/2010 PLUS AMENDMENTS PLUS STATEMENTS OF WORK | SUNGARD CONSULTING SERVICES LLC | 10375 RICHMOND AVE, SUITE 700 HOUSTON, TX 7042 UNITED STATES | $ 267,784.84 | EFH Corporate Services Company- $198,809.59 Luminant Generation Company LLC - $17,784.00 Texas Competitive Electric Holdings Company LLC - $51,191.25 | Claims reduced | Upon entry of the Order |
| 29 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 01/01/2013 PLUS STATEMENTS OF WORK | LONESTAR GROUP CONSULTING SERVICES LLC | 1409 SHADY HOLLOW CT KELLER, TX 76248 UNITED STATES | $ 108,464.36 | EFH Corporate Services Company- $108,464.36 | Claims reduced | Upon entry of the Order |
| 30 | TXU Energy Retail Company LLC | SERVICES AGREEMENT DATED 05/10/2011 PLUS AMENDMENTS PLUS STATEMENTS OF WORK | THE RICHARDS GROUP | 8700 N. CENTRAL EXPRESSWAY. SUITE 1200 DALLAS, TX 75231 UNITED STATES | $ 269,080.12 | TXU Energy Retail Company LLC- $269,080.12 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 31 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 08/03/2009 PLUS AMENDMENTS | UBM ENTERPRISE INC | 11102 ABLES LANE DALLAS, TX 75229 UNITED STATES | $ 70,495.64 | EFH Corporate Services Company- $68,340.71 Luminant Generation Company LLC - $2,154.93 | Claims reduced | Upon entry of the Order |
| 32 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 08/03/2009 PLUS AMENDMENTS | UBM ENTERPRISE INC | 11102 ABLES LANE DALLAS, TX 75229 UNITED STATES | $ 24,168.26 | TXU Energy Retail Company LLC- $24,168.26 | Claims reduced | Upon entry of the Order |
| 33 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 03/03/2009 PLUS AMENDMENTS PLUS STATEMENTS OF WORK | VOXAI SOLUTIONS INC. | 2412 CONROE CT. FLOWER MOUND, TX 75028 UNITED STATES | $ 78,209.44 | EFH Corporate Services Company- $68,777.80 TXU Energy Retail Company LLC - $9,431.64 | | Upon entry of the Order |
| 34 | TXU Energy Retail Company LLC | SOFTWARE LICENSE AND SUPPORT AGREEMENT DATED 11/01/2010 PLUS STATEMENTS OF WORK | VOXAI SOLUTIONS INC. | ATTN: SUNIL RUDRARJU 635 FRITZ DR. SUITE 220 COPPELL, TX 75019 UNITED STATES | $ 84,671.59 | EFH Corporate Services Company- $45,821.59 TXU Energy Retail Company LLC - $38,850.00 | | Upon entry of the Order |