## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 5814** |

*NO ORDER REQUIRED* CERTIFICATE OF NO OBJECTION REGARDING FOURTH
MONTHLY FEE APPLICATION OF LAZARD FRÈRES AND CO. LLC, AS
INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF TCEH UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD JULY 1, 2015 THROUGH JULY 31, 2015

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection, or other responsive pleading to the *Fourth Monthly Fee Application of Lazard Frères and Co. LLC, as Investment Banker to the Official Committee of TCEH Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2015 through July 31, 2015,* filed on September 1, 2015 [Docket No. 5814] (the "**Fee Application**"). The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection, or other responsive pleading to the Fee Application appears thereon. Pursuant to the Notice of Fee Application, responses to the Fee Application were to be filed and served no later than September 22, 2015 at 4:00 p.m. (ET). The Fee Application was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee,* dated August 21, 2014 [Docket No. 1896] and the *Order Establishing Procedures for Interim Compensation*

---

[1]       The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

51355133.1

*and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [Docket No. 2066]
(the "**Administrative Order**").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession are authorized to pay Lazard Frères and Co. LLC 80% of its fees and 100% of its expenses requested in the Fee Application upon the filing of this certificate without the need for further order of the Court.  A summary of the fees and expenses sought by Lazard Frères and Co. LLC is annexed hereto as Exhibit A.

*[Remainder of page intentionally left blank]*

51355133.1

Dated: Wilmington, Delaware
September 24, 2015

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
E-mail:  jpeck@mofo.com
          brettmiller@mofo.com
          lmarinuzzi@mofo.com
          tgoren@mofo.com

          -and-

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
Jarrett Vine (Del. Bar No. 5400)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
E-mail:  cward@polsinelli.com
          jedelson@polsinelli.com
          skatona@polsinelli.com
          jvine@polsinelli.com

*Attorneys for the Official Committee of TCEH*
*Unsecured Creditors*

## EXHIBIT A

### Professional Fees and Expenses
### Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested[2] | Total Expenses Requested[3] | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Lazard Frères and Co. LLC 30 Rockefeller Plaza 61st Floor New York, NY 10020 Investment Banker to the Official Committee of TCEH Unsecured Creditors | Fourth Monthly Fee Statement 7/1/2015 through 7/31/2015 Filed 9/1/2015 Docket No. 5814 | $250,000.00 | $258.81 | 9/22/2015 | $200,000.00 | $258.81 | $50,000.00 |

[2] Consistent with the terms of the Administrative Order, the requested fees in the Monthly Fee Statement shall be allocated solely to TCEH.
[3] Consistent with the terms of the Administrative Order, the requested expenses in the Monthly Fee Statement shall be allocated solely to TCEH.

51355133.1