# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al*., | ) ) ) ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | **Re: Dkt. Nos. 6167, 6168, 6169** |

## CERTIFICATE OF SERVICE

I, Curtis A. Hehn, hereby certify that on the 24th day of September, 2015, I caused a copy of the following documents to be served on the individuals on the attached service list via first class mail, postage prepaid:

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF ANDREW J. MYTELKA [D.N. 6167];**

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF JAMES M. ROQUEMORE [D.N. 6168];**

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002 [D.N. 6169]**

                                            */s/ Curtis A. Hehn*
                                            Curtis A. Hehn (Bar No. 4264)

SERVICE LIST

**Joseph Charles Barsalona II**
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Richard M. Cieri**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

**Mark D. Collins**
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Daniel J. DeFranceschi**
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

**Michael P. Esser**
Kirkland & Ellis LP
555 California Street
San Francisco, CA 94104

**William Guerrieri**
Kirkland & Ellie LLP
300 North LaSalle
Chicago, IL 60654

**Stephen E. Hessler**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

**Richard U.S. Howell**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**Chad J. Husnick**
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, IL 60654

**Natalie Hoyer Keller**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**Marc Kieselstein**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**Jason M. Madron**
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899