IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.* ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Rachel E. Kramer, Esquire to represent UMB Bank, N.A., as indenture trustee in these bankruptcy cases.

Dated: September 24, 2015

KLEHR HARRISON HARVEY
BRANZBURG LLP

*/s/ Raymond H. Lemisch*
Raymond H. Lemisch (DE Bar No. 4204)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**Dated: September 25th, 2015**
**Wilmington, Delaware**
PHIL1 4909821v.1

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE