IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § <br> § <br> ENERGY FUTURE HOLDINGS CORP., § <br> *et al.*, § <br> § <br> Debtors § | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br> (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Andrew J. Mytelka to represent the Somervell Central Appraisal District in the above-captioned chapter 11 cases.

Dated: September 24, 2015

/s/ Curtis A. Hehn
Law Office of Curtis A. Hehn
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 295-5044
Email: curtishehn@comcast.net

### CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: September 24, 2015

/s/ Andrew J. Mytelka
Greer, Herz & Adams, LLP
One Moody Plaza, 18th Floor
Galveston, TX 77550
Phone: (409) 797-3200
Email: AMytelka@greerherz.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.

**Dated: September 25th, 2015**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**