IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § | |
| § | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., § | |
| *et al.*, § | Case No. 14-10979 (CSS) |
| § | (Jointly Administered) |
| Debtors § | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of James M. Roquemore to represent the Somervell Central Appraisal District in the above-captioned chapter 11 cases.

Dated: September 24, 2015          /s/ Curtis A. Hehn
                                    Law Office of Curtis A. Hehn
                                    1000 N. West Street, Suite 1200
                                    Wilmington, DE 19801
                                    Phone: (302) 295-5044
                                    Email: curtishehn@comcast.net

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: September 24, 2015          /s/ James M. Roquemore
                                    Greer, Herz & Adams, LLP
                                    One Moody Plaza, 18th Floor
                                    Galveston, TX 77550
                                    Phone: (409) 797-3200
                                    Email: jroquemore@greerherz.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.

Dated: September 25th, 2015          CHRISTOPHER S. SONTCHI
Wilmington, Delaware                  UNITED STATES BANKRUPTCY JUDGE