**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**TENTH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP
FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF
EXPENSES INCURRED AS RESTRUCTURING ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS
CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC,
EFIH FINANCE INC., AND EECI, INC.
FOR THE PERIOD FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. |
| Date of Retention: | January 12, 2015, *nunc pro tunc* to November 20, 2014 |
| Period for which compensation and reimbursement are sought: | August 1, 2015 through August 31, 2015 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $173,877.80    (80% of $217,347.25) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $11,607.87 |

This is a(n):  X  monthly      ___ interim      ___ final  application

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| **ENERGY FUTURE HOLDINGS CORP., <u>et al.</u>,** | ) Case No. 14-10979 (CSS) |
|  | ) (Jointly Administered) |
| Debtors.[2] | ) **Hearing Date: TBD (if necessary)**<br>**Objection Deadline: October 16, 2015 @ 4:00 p.m.** |

**TENTH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP
FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF
EXPENSES INCURRED AS RESTRUCTURING ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS
CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC,
EFIH FINANCE INC., AND EECI, INC.
<u>FOR THE PERIOD FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015</u>**

This Tenth Monthly Fee Statement for compensation and reimbursement of expenses (the "<u>Fee Statement</u>") is filed by AlixPartners, LLP ("<u>AlixPartners</u>") requesting payment for services rendered and reimbursement of costs expended as restructuring advisor for the Official Committee of Unsecured Creditors of Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc., (the "<u>EFH Committee</u>") for the period of August 1, 2015 through August 31, 2015 (the "<u>Statement Period</u>"). In support of the Fee Statement AlixPartners states as follows:

---

[2] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2

**Relief Requested**

1.    AlixPartners submits this Fee Statement pursuant to sections 328, 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, the District of Delaware Local Bankruptcy Rules, and The Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals entered on September 16, 2014 (the "Administrative Order"). AlixPartners, Restructuring Advisor to the EFH Committee, hereby files its Fee Statement for compensation and reimbursement of fees and expenses incurred for the period of August 1, 2015 through August 31, 2015. Specifically, AlixPartners seeks payment of $173,877.80 in fees (i.e., 80% of $217,347.25) and $11,607.87 in expenses, for a total of $185,485.67 in fees and expenses for the Statement Period. The fees and expenses of AlixPartners are for the benefit of the EFH Committee and not the direct benefit of any Debtor and, accordingly, no allocation is proposed at this time by AlixPartners.

*[Remainder of page left intentionally blank.]*

In support of its Fee Statement, attached hereto are the following schedules:

    a. **Schedule 1.** A schedule of Compensation by Professional for the Statement Period.

    b. **Schedule 2.** A schedule of Compensation by Project Category for the Statement Period.

    c. **Schedule 3.** A schedule of Reimbursement by Expense Category for the Statement Period.

In addition, attached hereto are the following exhibits:

    d. **Exhibit A**. The detail of expenses incurred by AlixPartners during the Statement Period.

WHEREFORE, AlixPartners respectfully requests (i) compensation for professional services in the amount of $173,877.80 in fees (i.e., 80% of $217,347.25) and reimbursement for expenses incurred in the amount of $11,607.87 during the Fee Statement Period for a total of $185,485.67; and (ii) that this Court grant AlixPartners such other and further relief as is just.

Dated: New York, NY  
       September 25, 2015

ALIXPARTNERS, LLP

*/s Alan D. Holtz*  
Alan D. Holtz  
Managing Director  
AlixPartners, LLP

**Schedule 1**

Energy Future Holdings Corp., et al.
Compensation by Professional for the period August 1, 2015 through August 31, 2015

| Name of Professional | Description of Function | Hourly Rate | Hours Aug '15 | Total Compensation |
|---|---|---|---|---|
| Alan Holtz | Managing Director | $1,010 | 24.2 | $ 24,442.00 |
| Robert D. Albergotti | Director | 745 | 23.6 | 17,582.00 |
| Mercedes Arango | Director | 745 | 1.8 | 1,341.00 |
| Mark F. Rule | Director | 745 | 101.8 | 75,841.00 |
| Adam Z. Hollerbach | Director | 695 | 135.9 | 94,450.50 |
| Tom D. Pesch | Associate | 350 | 24.2 | 8,470.00 |
| | **Sub-total** | | **311.5** | 222,126.50 |
| | **Less: 50% Travel** | | | (4,779.25) |
| | **Total** | | | $ 217,347.25 |

**Schedule 2**

Energy Future Holdings Corp., et al.
Compensation by Project Category for the period August 1, 2015 through August 31, 2015

| Project Code | Description | Aug '15 Hours | Amount |
|---|---|---|---|
| 9021.00135 | Tax Issues | 1.0 | $1,010.00 |
| 9021.00155 | Claims Analysis | 68.7 | 48,313.50 |
| 9021.00170 | Miscellaneous Motions | 1.1 | 764.50 |
| 9021.00175 | Potential Litigation: Other | 207.7 | 146,678.00 |
| 9021.00190 | UCC Meetings | 13.3 | 11,228.00 |
| 9021.00197 | Fee Applications and Retention | 6.4 | 4,574.00 |
| 9021.00198 | Non-Working Travel (50%) | 13.3 | 4,779.25 |
|  | Sub-total | 311.5 | $217,347.25 |

**Schedule 3**

Energy Future Holdings Corp., et al.
Expense Summary for the period August 1, 2015 through August 31, 2015

| Expense Categories | TOTAL |
|---|---:|
| Coach Airfare | $1,731.94 |
| Airfare Service Charge | 47.00 |
| Cab Fare/Ground Transportation | 275.37 |
| Meals & Tips | 20.56 |
| Parking & Tolls | 29.00 |
| Sub-Contractors | 9,504.00 |
| **TOTAL** | **$11,607.87** |

# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>  Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**TENTH MONTHLY EXPENSE STATEMENT OF ALIXPARTNERS, LLP
FOR REIMBURSEMENT FOR EXPENSES INCURRED AS RESTRUCTURING ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE
HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY,
LLC, EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD FROM
AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

| | |
|---|---|
| **Name of Applicant** | AlixPartners LLP |
| Date of Appointment: | January 12, 2015, *nunc pro tunc* to November |
| Period for which reimbursement is sought: | August 1, 2015 through August 31, 2015 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $11,607.87 |

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## Itemization of Disbursements Incurred

| INVOICE NUMBER | MATTER NAME | DATE | NAME OF TIMEKEEPER | EXPENSE CATEGORY | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|
| 2071189 | Expenses | 20150806 | Hollerbach, Adam Z | Airfare | $ 1,306.65 | Coach Airfare Adam Hollerbach 2015-08-12 DTW - LGA |
| 2071189 | Expenses | 20150806 | Hollerbach, Adam Z | Airfare Service Charge | $ 9.00 | Airfare Service Charge Adam Hollerbach |
| 2071189 | Expenses | 20150810 | Rule, Mark F | Airfare Service Charge | $ 9.00 | Airfare Service Charge Mark Rule |
| 2071189 | Expenses | 20150811 | Rule, Mark F | Airfare | $ 425.29 | Coach Airfare Mark Rule 2015-08-13 ORD - LGA |
| 2071189 | Expenses | 20150811 | Rule, Mark F | Airfare Service Charge | $ 9.00 | Airfare Service Charge Mark Rule |
| 2071189 | Expenses | 20150812 | Rule, Mark F | Airfare Service Charge | $ 10.00 | Airfare Service Charge Mark Rule |
| 2071189 | Expenses | 20150813 | Rule, Mark F | Cab Fare/Ground Transport | $ 48.00 | Cab Fare/Ground Transportation Mark Rule Home to O'Hare |
| 2071189 | Expenses | 20150813 | Rule, Mark F | Cab Fare/Ground Transport | $ 74.18 | Cab Fare/Ground Transportation Mark Rule Client to LGA Airport |
| 2071189 | Expenses | 20150813 | Rule, Mark F | Cab Fare/Ground Transport | $ 42.39 | Cab Fare/Ground Transportation Mark Rule LGA Airport to Client |
| 2071189 | Expenses | 20150813 | Rule, Mark F | Cab Fare/Ground Transport | $ 86.50 | Cab Fare/Ground Transportation Mark Rule O'Hare to Home |
| 2071189 | Expenses | 20150813 | Rule, Mark F | Meals & Tips | $ 11.63 | Meals & Tips Mark Rule - Dinner |
| 2071189 | Expenses | 20150813 | Hollerbach, Adam Z | Cab Fare/Ground Transport | $ 13.30 | Cab Fare/Ground Transportation Adam Hollerbach NY Office to Guggenheim Office |
| 2071189 | Expenses | 20150813 | Hollerbach, Adam Z | Cab Fare/Ground Transport | $ 11.00 | Cab Fare/Ground Transportation Adam Hollerbach Guggenheim Office to NY Office |
| 2071189 | Expenses | 20150813 | Hollerbach, Adam Z | Meals & Tips | $ 8.93 | Meals & Tips Adam Hollerbach - Breakfast |
| 2071189 | Expenses | 20150814 | Hollerbach, Adam Z | Parking & Tolls | $ 29.00 | Parking & Tolls Adam Hollerbach |
| 2071189 | Expenses | 20150815 | Hollerbach, Adam Z | Airfare Service Charge | $ 10.00 | Airfare Service Charge Adam Hollerbach |
| 2071189 | Expenses | 20150817 | Holtz, Alan | Sub-Contractors | $ 9,504.00 | Sub-Contractors - - VENDOR: Kenneth J. Malek July 16, 2015 - August 15, 2015 |
|  |  |  |  |  |  |  |
|  |  |  |  | TOTAL | $11,607.87 |  |