# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL] Case Administration | 64.80 | $32,641.00 |
| 8 | [ALL] Claims Administration & Objections | 447.00 | $326,881.50 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 2,067.60 | $1,304,626.00 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 1,300.90 | $1,152,878.50 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 6.10 | $2,778.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 168.60 | $95,163.00 |
| 15 | [ALL] Mediation | 2.10 | $1,494.00 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 10.80 | $6,653.00 |
| 18 | [ALL] Non-Working Travel | 67.70 | $63,197.50 |
| 21 | [ALL] Plan and Disclosure Statements | 2,476.70 | $2,232,227.50 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 274.50 | $222,528.00 |
| 29 | [ALL] Tax Issues | 349.90 | $318,478.50 |
| 34 | [TCEH] Asset Dispositions and Purchases | 6.70 | $4,975.50 |
| 35 | [TCEH] Automatic Stay | 12.80 | $8,287.50 |
| 37 | [TCEH] Business Operations | 1.80 | $1,386.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 12.00 | $10,238.00 |
| 39 | [TCEH] Claims Administration & Objection | 94.40 | $64,917.00 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 76.10 | $49,485.50 |
| 41 | [TCEH] Corp. Governance and Sec. Issues | 1.80 | $1,719.00 |
| 42 | [TCEH] Environmental Issues | 17.30 | $16,173.50 |
| 46 | [TCEH] Non-Debtor Affiliates | 6.90 | $4,413.00 |
| 57 | [TCEH] Trading and Hedging Contracts | 16.50 | $11,785.00 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 37.80 | $28,739.50 |
| 65 | [EFIH] Bond Issues | 7.70 | $6,258.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 10.30 | $12,339.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 236.00 | $194,801.00 |
| 85 | [EFH] Claims Administration & Objections | 6.60 | $3,762.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 152.30 | $96,684.50 |
| **Totals:** | | **7,933.70** | **$6,275,511.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $5,388.87 |
| Standard Copies or Prints | $5,031.10 |
| Color Copies or Prints | $7,828.50 |
| Production Blowbacks | $498.70 |
| Postage | $53.29 |
| Overnight Delivery | $262.90 |
| Outside Messenger Services | $262.26 |
| Local Transportation | $642.16 |
| Travel Expense | $27,275.00 |
| Airfare | $29,046.87 |
| Transportation to/from airport | $7,779.11 |
| Travel Meals | $2,177.96 |
| Other Travel Expenses | $253.27 |
| Court Reporter Fee/Deposition | $1,490.55 |
| Outside Counsel Assistance | $465,807.50 |
| Outside Copy/Binding Services | $5,443.85 |
| Working Meals/K&E Only | $380.00 |
| Working Meals/K&E and Others | $440.00 |
| Catering Expenses | $13,112.10 |
| Inter-Library Loan | $50.00 |
| Computer Database Research | $6,352.54 |
| Westlaw Research | $11,384.39 |
| LexisNexis Research | $308.97 |
| Overtime Transportation | $2,562.40 |
| Overtime Meals - Non-Attorney | $20.00 |
| Overtime Meals - Attorney | $2,592.39 |
| Rental Expenses | $3,321.90 |
| Leased Equipment | $1,500.00 |
| Cash Credits | -$3,117.51 |
| **Total:** | **$598,149.07** |