# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

RLF1 13061946v.1

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mike Beinus | Partner | 1999 | Taxation | 1,220.00 | 6.60 | $8,052.00 |
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,025.00 | 82.40 | $84,460.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,245.00 | 95.60 | $119,022.00 |
| Lauren O Casazza | Partner | 2002 | Litigation - General | 935.00 | 74.60 | $69,751.00 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 955.00 | 70.80 | $67,614.00 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 845.00 | 54.70 | $46,221.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,275.00 | 125.90 | $160,522.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 825.00 | 173.80 | $143,385.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 880.00 | 128.70 | $113,256.00 |
| William Guerrieri | Partner | 2008 | Restructuring | 895.00 | 3.80 | $3,401.00 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 1,060.00 | 0.20 | $212.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 880.00 | 38.20 | $33,616.00 |
| Reid Huefner | Partner | 2007 | IP - Litigation | 845.00 | 6.20 | $5,239.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 975.00 | 244.20 | $238,095.00 |
| Ellen M. Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,040.00 | 1.80 | $1,872.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,235.00 | 171.00 | $211,185.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,060.00 | 8.70 | $9,222.00 |
| Gregg G. Kirchhoefer, P.C. | Partner | 1982 | IP - Transactional | 1,145.00 | 4.20 | $4,809.00 |
| Michael Krasnovsky | Partner | 2004 | Executive Compensation | 985.00 | 6.90 | $6,796.50 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,275.00 | 36.20 | $46,155.00 |
| Daniel Lewis | Partner | 2008 | IP - Transactional | 895.00 | 1.60 | $1,432.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,375.00 | 64.20 | $88,275.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,090.00 | 119.10 | $129,819.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 1,025.00 | 140.60 | $144,115.00 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 930.00 | 84.30 | $78,399.00 |
| Dennis M Myers, P.C. | Partner | 1991 | Corporate - Capital Markets | 1,245.00 | 3.50 | $4,357.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,325.00 | 30.70 | $40,677.50 |
| Matthew E Papez, P.C. | Partner | 1999 | Litigation - General | 935.00 | 57.50 | $53,762.50 |

RLF1 13061946v.1

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Michael A Petrino | Partner | 2008 | Litigation - General | 825.00 | 118.40 | $97,680.00 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 930.00 | 3.00 | $2,790.00 |
| Scott D Price | Partner | 1990 | Executive Compensation | 1,245.00 | 2.30 | $2,863.50 |
| William T Pruitt | Partner | 2004 | Litigation - General | 895.00 | 4.90 | $4,385.50 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 895.00 | 130.40 | $116,708.00 |
| David Rosenberg | Partner | 2005 | Real Estate | 895.00 | 0.30 | $268.50 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 930.00 | 23.50 | $21,855.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,235.00 | 215.60 | $266,266.00 |
| Brian E Schartz | Partner | 2008 | Restructuring | 930.00 | 186.40 | $173,352.00 |
| Michael B Slade | Partner | 1999 | Litigation - General | 995.00 | 2.80 | $2,786.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,325.00 | 160.50 | $212,662.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 880.00 | 144.80 | $127,424.00 |
| R. Timothy Stephenson | Partner | 1990 | Labor & Employment | 1,090.00 | 0.80 | $872.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 955.00 | 23.80 | $22,729.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,165.00 | 49.70 | $57,900.50 |
| James Barolo | Associate | 2014 | Litigation - General | 555.00 | 123.10 | $68,320.50 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 895.00 | 0.40 | $358.00 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 570.00 | 168.20 | $95,874.00 |
| Megan Byrne | Associate | 2015 | Litigation - General | 555.00 | 1.40 | $777.00 |
| Kevin Chang | Associate | 2014 | Litigation - General | 555.00 | 46.90 | $26,029.50 |
| Haley Darling | Associate | 2014 | Litigation - General | 555.00 | 6.40 | $3,552.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 710.00 | 93.90 | $66,669.00 |
| George Desh | Associate | 2011 | IP - Litigation | 755.00 | 28.80 | $21,744.00 |
| Michael Esser | Associate | 2009 | Litigation - General | 825.00 | 68.60 | $56,595.00 |
| Jason Fitterer | Associate | 2012 | IP - Litigation | 710.00 | 9.80 | $6,958.00 |
| Emily Geier | Associate | 2012 | Restructuring | 795.00 | 327.80 | $260,601.00 |
| Jason Gott | Associate | 2012 | Restructuring | 730.00 | 146.40 | $106,872.00 |
| Inbal Hasbani | Associate | 2010 | Litigation - General | 795.00 | 40.60 | $32,277.00 |
| Sam Hong | Associate | 2008 | IP - Transactional | 795.00 | 2.00 | $1,590.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 665.00 | 163.30 | $108,594.50 |
| Vinu Joseph | Associate | 2013 | Litigation - General | 635.00 | 23.10 | $14,668.50 |
| Lina Kaisey | Associate | 2015 | Restructuring | 570.00 | 235.30 | $134,121.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 755.00 | 87.00 | $65,685.00 |
| Jared Kelly | Associate | 2013 | Corporate - Capital Markets | 665.00 | 1.30 | $864.50 |
| Austin Klar | Associate | 2013 | Litigation - General | 635.00 | 52.60 | $33,401.00 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 825.00 | 97.50 | $80,437.50 |
| Nick Laird | Associate | 2013 | Litigation - General | 635.00 | 61.10 | $38,798.50 |
| Christine Lehman | Associate | 2014 | Taxation | 605.00 | 4.50 | $2,722.50 |
| Teresa Lii | Associate | 2014 | Restructuring | 665.00 | 182.40 | $121,296.00 |
| Jeffrey Lula | Associate | 2010 | Litigation - General | 795.00 | 36.90 | $29,335.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Eric Merin | Associate | 2014 | Litigation - General | 635.00 | 18.10 | $11,493.50 |
| Timothy Mohan | Associate | 2014 | Restructuring | 665.00 | 112.50 | $74,812.50 |
| Veronica Nunn | Associate | 2010 | Corporate - General | 845.00 | 57.70 | $48,756.50 |
| Julia Onorato | Associate | 2014 | Executive Compensation | 665.00 | 3.10 | $2,061.50 |
| Samara L Penn | Associate | 2010 | Litigation - General | 795.00 | 32.60 | $25,917.00 |
| Jonah Peppiatt | Associate | 2015 | Restructuring | 570.00 | 23.10 | $13,167.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 665.00 | 16.00 | $10,640.00 |
| Bradford B Rossi | Associate | 2011 | Corporate - General | 845.00 | 13.70 | $11,576.50 |
| Jeremy Roux | Associate | 2014 | IP - Litigation | 555.00 | 28.20 | $15,651.00 |
| Michael Saretsky | Associate | 2010 | Environment - Transactional | 570.00 | 1.30 | $741.00 |
| Max Schlan | Associate | 2012 | Restructuring | 730.00 | 57.40 | $41,902.00 |
| Mark F Schottinger | Associate | 2012 | Litigation - General | 710.00 | 57.10 | $40,541.00 |
| Steven Serajeddini | Associate | 2010 | Restructuring | 895.00 | 310.10 | $277,539.50 |
| Anthony Sexton | Associate | 2011 | Taxation | 750.00 | 149.80 | $112,350.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 710.00 | 120.60 | $85,626.00 |
| Adam Stern | Associate | 2013 | Litigation - General | 710.00 | 12.60 | $8,946.00 |
| Sarah Stock | Associate | 2013 | Litigation - General | 635.00 | 43.40 | $27,559.00 |
| Thayne Stoddard | Associate | 2015 | Litigation - General | 555.00 | 0.20 | $111.00 |
| Nathan Taylor | Associate | Pending | Litigation - General | 555.00 | 26.40 | $14,652.00 |
| Adam Teitcher | Associate | 2013 | Litigation - General | 710.00 | 90.40 | $64,184.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 555.00 | 131.60 | $73,038.00 |
| Steven Torrez | Associate | 2014 | Restructuring | 570.00 | 105.00 | $59,850.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 555.00 | 160.50 | $89,077.50 |
| Andrew J Welz | Associate | 2011 | Litigation - General | 795.00 | 1.20 | $954.00 |
| Jason Whiteley | Associate | 2010 | Corporate - General | 895.00 | 187.50 | $167,812.50 |
| Charles D Wineland, III | Associate | 2013 | IP - Litigation | 635.00 | 36.90 | $23,431.50 |
| Spencer A Winters | Associate | 2013 | Restructuring | 665.00 | 297.10 | $197,571.50 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 730.00 | 236.60 | $172,718.00 |
| **Grand Total** | | | | | 7,243.20 | $6,075,088.00 |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 210.00 | 19.30 | $4,053.00 |
| Jason Douangsanith | Case Assistant | 4 months | Litigation - General | 195.00 | 33.70 | $6,571.50 |
| Gary A. Duncan | Legal Assistant | 6 years | Litigation - General | 300.00 | 40.20 | $12,060.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 265.00 | 124.10 | $32,886.50 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 380.00 | 2.00 | $760.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 340.00 | 34.60 | $11,764.00 |
| Shavone Green | Legal Assistant | 1.5 years | Restructuring | 280.00 | 12.70 | $3,556.00 |
| Paul M Jones | Legal Assistant | 1 month | Litigation - General | 330.00 | 25.30 | $8,349.00 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 350.00 | 48.80 | $17,080.00 |
| Maureen McCarthy | Legal Assistant | 12 years | Restructuring | 350.00 | 6.80 | $2,380.00 |
| Carrie Oppenheim | Legal Assistant | 6 years | Restructuring | 310.00 | 0.40 | $124.00 |
| Robert Orren | Legal Assistant | 4 years | Restructuring | 310.00 | 78.70 | $24,397.00 |
| Meghan Rishel | Legal Assistant | 11 months | Litigation - General | 265.00 | 105.40 | $27,931.00 |
| Laura Saal | Legal Assistant | 12 years | Restructuring | 320.00 | 2.30 | $736.00 |
| Ken Sturek | Legal Assistant | 15 years | Litigation - General | 350.00 | 2.10 | $735.00 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 315.00 | 115.00 | $36,225.00 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 310.00 | 26.60 | $8,246.00 |
| Gabriel King | Project Assistant | 3 months | Restructuring | 210.00 | 4.90 | $1,029.00 |
| Meg McCarthy | Project Assistant | 1 year | Litigation - General | 195.00 | 6.70 | $1,306.50 |
| Ned Rooney | Project Assistant | 1 month | Litigation - General | 210.00 | 0.40 | $84.00 |
| Library Factual Research | Research Specialist | N/A | Admin Services | 300.00 | 0.50 | $150.00 |
| **Grand Total** | | | | | 690.50 | $200,423.50 |

| | | |
|---|---|---|
| | **Total Fees Requested** | **$6,275,511.50** |

RLF1 13061946v.1