# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $5,388.87 |
| Standard Copies or Prints | $4,528.60 |
| Color Copies or Prints | $7,073.10 |
| Production Blowbacks | $498.70 |
| Postage | $53.29 |
| Overnight Delivery | $262.90 |
| Outside Messenger Services | $262.26 |
| Local Transportation | $642.16 |
| Travel Expense | $27,275.00 |
| Airfare | $29,046.87 |
| Transportation to/from airport | $7,779.11 |
| Travel Meals | $2,177.96 |
| Other Travel Expenses | $253.27 |
| Court Reporter Fee/Deposition | $1,490.55 |
| Outside Counsel Assistance | $465,807.50 |
| Outside Copy/Binding Services | $5,443.85 |
| Working Meals/K&E Only | $380.00 |
| Working Meals/K&E and Others | $440.00 |
| Catering Expenses | $13,112.10 |
| Inter-Library Loan | $50.00 |
| Computer Database Research | $6,352.54 |
| Westlaw Research | $11,384.39 |
| LexisNexis Research | $308.97 |
| Overtime Transportation | $2,562.40 |
| Overtime Meals - Non-Attorney | $20.00 |
| Overtime Meals - Attorney | $2,592.39 |
| Rental Expenses | $3,321.90 |
| Leased Equipment | $1,500.00 |
| Cash Credits | -$3,117.51 |
| **Total:** | **$596,891.17** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $150.30 |
| Color Copies or Prints | $59.70 |
| **Total:** | **$210.00** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $62.10 |
| Color Copies or Prints | $212.10 |
| **Total:** | **$274.20** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $290.10 |
| Color Copies or Prints | $483.60 |
| **Total:** | **$773.70** |