# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al*.,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the appearance of Shannon J. Dougherty, Esquire is hereby withdrawn as counsel of record for the Debtor, Energy Future Holdings Corp. ("Debtor") in the above-captioned matter. The Debtor will continue to be represented by the law firms of Proskauer Rose LLP and O'Kelly Ernst & Bielli, LLC.

PLEASE TAKE FURTHER NOTICE that the Debtor respectfully requests that the above-named attorney be removed from all future mailing lists and electronic noticing systems for the above-captioned case.

                                                                                   **O'KELLY ERNST & BIELLI, LLC**

Date:   September 25, 2015                  */s/ Shannon J. Dougherty*
                                                        David M. Klauder (No. 5769)
                                                        Shannon J. Dougherty (No. 5740)
                                                       901 N. Market Street, Suite 1000
                                                        Wilmington, DE   19801
                                                        Phone: (302) 778-4000
                                                        Fax: (302) 295-2873
                                                        dklauder@oeblegal.com
                                                        sdougherty@oeblegal.com

                                                        and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**PROSKAUER ROSE LLP**

Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Phone:   (312) 962-3550
Fax:   (312) 962-3551
jmarwil@proskauer.com
mthomas@proskauer.com
pyoung@proskauer.com

*Co-Counsel to the Debtor*
*Energy Future Holdings Corp.*

2