IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | |
| ENERGY FUTURE HOLDINGS CORP., et al, a Delaware Corporation | § § § | CASE NO. 14-10979 (CSS) |
| Debtors, | § § § | Chapter 11 (Jointly Administered) |

Hearing Date: October 15, 2015 at 10:30 a.m.
Objection Deadline: October 8, 2015 at 4:00 p.m.

_____

**NOTICE OF TITUS, ROBERTSON, FREESTONE, AND RUSK COUNTY APPRAISAL DISTRICTS' MOTION TO TRANSFER VENUE, AND PARTIAL DISMISSAL OF MOTION OF ENERGY FURTURE HOLDINGS CORP., ET AL., PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING CONTESTED *AD VALOREM* TAX MATTERS AND HEARING THEREON [DOCKET NO. 5620]**

PLEASE TAKE NOTICE that, on September 25, 2015, the Central Appraisal Districts for Titus, Robertson, Freestone, and Rusk Counties in Texas (the "Districts") filed the attached **Motion to Transfer Venue, and Partial Dismissal of Motion of Energy Future Holdings Corp., e*t al.*, Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code For Entry of an Order Determining Contested *Ad Valorem* Tax Matters** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Districts on or before **October 8, 2015 at 4:00 p.m. (Eastern Daylight Time).**

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, on **October 15, 2015 at 10:30 a.m. (Eastern Daylight Time).**

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVD IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Respectfully submitted,

DATED: September 25, 2015        /s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
Ferry Joseph P.A.
824 Market Street, Suite 1000
Wilmington, DE 19801
Telephone 302-575-1555/Fax 302-575-1714
Email:  ttacconelli@ferryjoseph.com
*Local Counsel for Robertson County Appraisal District, Titus County Appraisal District, Freestone Central Appraisal District, Rusk County Appraisal District*

-and-

G. Todd Stewart (TX Bar I.D. No. 19209700)
Patrick Dyer (TX Bar I.D. No. 06318200)
OLSON & OLSON, L.L.P.
Wortham Tower Suite 600
2727 Allen Parkway
Houston, Texas 77019
Telephone (713) 533-3800/Fax (713) 533-3888
Email:  tstewart@olsonllp.com
*Counsel for Robertson County Appraisal District and Titus County Appraisal District*

-and-

Kirk Swinney (TX Bar I.D. No. 19588400)
Ryan L. James (TX Bar I.D. No. 24078731)
Yessika Monagas (TX Bar I.D. No. 24084325)
MCCREARY, VESELKA, BRAGG &
ALLEN, P.C.
700 Jeffrey Way, Suite 100
Round Rock, TX 78665
Telephone (512) 323 3200/Fax (512) 323-3294
Email: kswinney@mvbalaw.com
     rjames@mvblaw.com
     ymonagas@mvbalaw.com
*Counsel for Freestone Central Appraisal District*

-and-

James R. Evans, Jr. (TX Bar I.D. No. 06721500)
HARGROVE & EVANS, L.L.P.
4425 South Mopac Expressway
Building 3, Suite 400
Austin, TX 78735
Telephone (512) 225-7864/Fax (512) 225-7865
Email: jim@hellplaw.com
*Counsel for Rusk County Appraisal District*