IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ENERGY FUTURE HOLDINGS CORP., et al, | § | CASE NO. 14-10979 (CSS) |
| a Delaware Corporation | § | |
| | § | |
| | § | |
| Debtors, | § | Chapter 11 |

**ORDER ON MOTION OF APPRAISAL DISCTRICT TO TRANSFER VENUE AND PARTIAL DISMISSAL OF ENERGY FURTURE HOLDINGS CORP., ET AL., MOTION PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING CONTESTED *AD VALOREM* TAX MATTERS**

Upon the Motion of Titus County Appraisal District, Robertson County Appraisal District, Rusk County Appraisal District, and the Freestone Central Appraisal District to transfer venue and for partial dismissal of the Debtor's Motion Pursuant To Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining Contested Ad Valorem Tax Matters, the court, finding all appropriate notices have been given and that it has jurisdiction over these matters, it is, therefore, ordered that:

1. For the convenience of the parties and in the interest of justice, the Debtor's Motion Pursuant To Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining Contested Ad Valorem Tax Matters is transferred to the Northern District of Texas, Dallas Division for any further proceedings herein, as with regard to the several Movants.

2. The Debtor's Motion pursuant to 11 U.S.C. §506 is dismissed pursuant to F.R. Civ. P. 12(b)(6).

Dated:_____, 2015        _____
       Wilmington, Delaware                THE HONORABLE CHRISTOPHER
                                           S. SONTCHI UNITED STATES
                                           BANKRUPTCY JUDGE