# **CERTIFICATE OF SERVICE**

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of the foregoing Motion to Transfer Venue, and Partial Dismissal of Motion of Energy Future Holdings Corp., et al. Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code For Entry of an Order Determining Contested *Ad Valorem* Tax Matters and Hearing Thereon [Docket No. 5620] was made on September 25, 2015, upon the following in the manner indicated:

**BY U.S. MAIL, FAX, AND E-MAIL:**
Edward O. Sassower, P.C.
Steven Hessler, Esquire
Brian E. Schartz, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
(212) 446-4900
Edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2200
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Mark D. Kotwick, Esquire
John Ashmead, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
(212) 480-8421
Kotwick@sewkis.com

James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo M. Arinuzzi, Esquire
Charles L. Kerr, Esquire
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
(212) 468-7900
jpeck@mofo.com
brettmiller@mofo.com
lmarinuzzi@mofo.com
ckerr@mofo.com

Brian D. Glueckstein, Esquire
Alexa J. Kranzley, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
gluechsteinb@sullcrom.com
kranzleya@sullcrom.com

**VIA U.S. MAIL AND E-MAIL:**
Andrea B. Schwartz, Esquire
U.S. Department of Justice
Office of the U.S. Trustee
Southern District of New York
201 Varick Street, Room 1006
New York, New York 10014
Andrea.B.Schwartz@usdoj.gov

**VIA HAND-DELIVERY:**
Richard L. Schepacarter, Esquire
U.S. Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Mark A. Fink, Esquire
Montgomery McCracken Walker &
Rhoads LLP
1105 North Market Street,
Suite 1500
Wilmington, DE 19801

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richard, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801

Michael D. DeBaecke, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801


Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)