IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP, et al., | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 6200** |

## MOTION TO LIMIT NOTICE

Robertson County Appraisal District, Titus County Appraisal District, Freestone Central Appraisal District and Rusk County Appraisal District (collectively hereinafter the "Movants"), by and through their undersigned counsel, respectfully move this Honorable Court, pursuant to Rule 2002 (m) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 102 of title 11 of the United States Code (the "Bankruptcy Code"), for an order providing that notice of their Motion to Transfer Venue, and Partial Dismissal of Motion of Energy Future Holdings Corp., et al. Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code For Entry of an Order Determining Contested *Ad Valorem* Tax Matters and Hearing Thereon  (the "Motion") be limited as set forth herein.

The Movants seek relief from Local Bankruptcy Rule 2002-1 (b) requiring service on all parties that have requested service pursuant to Bankruptcy Rule 2002, so that the Movants shall only be required to serve paper copies of the Motion by hand delivery to certain local counsel and by fax and e-mail on the following parties: (1) the Debtors; (2) the TCEH Creditors' Committee; (3) the EFH Creditors Committee; (4) Wilmington Trust, N.A.; (5) the Bank of New York Mellon Trust Company, N.A. and; (6) the Office of the United States Trustee.  The Movants are governmental agencies with limited budgets.  The cost of serving paper copies on all of the

parties on the enormous Bankruptcy Rule 2002 service list in this case will be economically burdensome on the Movants. Further, counsel for all interested parties will receive a copy of the Motion through the CM/ECF system. Thus, the Movants submit that cause exists to limit notice and no party in interest will be prejudiced by the relief sought herein.

    WHEREFORE, the Movants respectfully request the entry of an order limiting notice and providing such other and further relief as is just and proper.

                                       FERRY JOSEPH, P.A.

                                       /s/ Theodore J. Tacconelli
                                       Theodore J. Tacconelli (No. 2678)
                                       824 Market Street
                                       Suite 1000
                                       P.O. Box 1351
                                       Wilmington, DE 19899
                                       (302) 575-1555
                                       Local Counsel for Robertson County
                                       Appraisal District, Titus County
                                       Appraisal District, Freestone Central
                                       Appraisal District and Rusk County
                                       District

                                          -and-

                                       G. Todd Stewart, Esq.
                                       Olson & Olson, LLP
                                       Wortham Tower, Suite 600
                                       2727 Allen Parkway
                                       Houston, Texas 77019
                                       (713) 533-3800
                                       Counsel for Robertson County Central
                                       Appraisal District and Titus County Central
                                       Appraisal District

                                          -and-

        Kirk Swinney, Esq.
        McCreary, Veselka, Bragg & Allen, P.C.
        P.O. Box 1269
        Round Rock, TX 78680
        (512) 323-3200
        Counsel for Freestone Central
        Appraisal District

          -and-

        James R. Evans, Jr., Esq.
        Hargrove & Evans, LLP
        4425 South MoPac Expressway
        Suite 400
        Building 3
        Austin, TX 78735-6723
        (512) 225-7864
        Counsel for Rusk County Appraisal
        District

Dated: September 25, 2015