IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP, et al., | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re:** _____ |
| | ) | |

## ORDER LIMITING NOTICE

Upon the Motion to Limit Notice by the Robertson County Appraisal District, Titus County Appraisal District, Freestone Central Appraisal District and Rusk County Appraisal District ("Motion to Limit Notice") for an order pursuant to Federal Rule of Bankruptcy Procedure 2002 (m) authorizing and approving their Motion to Limit Notice to limit service of paper copies upon certain parties by hand-delivery, fax and e-mail as described in the Motion to Limit Notice regarding the Motion to Transfer Venue, and Partial Dismissal of Motion of Energy Future Holdings Corp., et al. Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code For Entry of an Order Determining Contested *Ad Valorem* Tax Matters and Hearing Thereon, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion to Limit Notice is Granted.

Dated: _____, 2015

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge