## EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue, New York, NY 10024 | Eighth Monthly Fee Statement 06/01/2015 through 06/30/2015 Docket No. 5799 | $208,841.00 | $2,416.83 | 09/21/2015 | $167,072.80 | $2,416.83 | $41,768.20 |

SL1 1383135v1 109285.00005