# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF INTENT OF THE UNITED STATES ON BEHALF OF THE ENVIRONMENTAL PROTECTION AGENCY TO PARTICIPATE IN DISCOVERY RELATED TO THE CONFIRMATION PROCEEDINGS

Pursuant to this Court's *Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan or Reorganization* [D.I. 5771] (the "Confirmation Scheduling Order"), the United States, on behalf of the United States Environmental Protection Agency (the "United States"), hereby respectfully provides notice of intent to participate in discovery proceedings. The Debtors do not object to the United States' designation as a Participating Party, and the United States files this notice of intent with the Debtors' consent. In accordance with the Confirmation Scheduling Order, the United States provides the following information.

1. The address of the United States is: Attn: Anna Grace, Environmental Enforcement Section, ENRD, U.S. Department of Justice, P.O. Box 7611, Washington DC 20044-7611.

2. The United States has filed proofs of claim against certain Debtors, which are docketed on the Debtors' claim register as claim nos. 7904, 7905, and 10059 (the "United States' Proofs of Claim"). The United States hereby incorporates as if fully set forth herein the claims

set forth in the United States' Proofs of Claim, including, without limitation, all reservations of rights set forth therein.

3. In addition, as an agency whose duty is to administer laws relating to environmental protection and the protection of human health and welfare from pollution hazards, the United States is also a party in interest, pursuant to Paragraph I.2 of the Confirmation Scheduling Order.

4. The names and addresses of counsel for the United States are:

    a. ANNA GRACE
       Trial Attorney
       Environmental Enforcement Section, ENRD
       U.S. Department of Justice
       P.O. Box 7611, Washington DC 20044-7611
       Phone: (202) 514-4091
       Email: Anna.E.Grace@usdoj.gov

    b. ALAN TENENBAUM
       National Bankruptcy Coordinator
       Environmental Enforcement Section, ENRD
       U.S. Department of Justice
       P.O. Box 7611, Washington DC 20044-7611
       Phone: (202) 514-5409
       Email: Alan.Tenenbaum@usdoj.gov

5. The United States agrees to be bound by the *Confidentiality Agreement and Stipulated Protective Order* dated August 13, 2014 [D.I. 1833], subject to the additions and clarifications (the "Additional Declaration Provisions") set forth in Exhibit A. The Debtors circulated the United States' Additional Declaration Provisions to the Participating Parties, and requested notification of any objection on or before the close of business September 24, 2015. No Participating Party objected to the Additional Declaration Provisions.

[*Signatures Follow*]

DATED:  September 28, 2015

                                    JOHN C. CRUDEN
                                    Assistant Attorney General


                                  /s/ Anna Grace
                                  ANNA GRACE
                                  Trial Attorney
                                  Environmental Enforcement Section, ENRD
                                  U.S. Department of Justice
                                  P.O. Box 7611, Washington DC 20044-7611
                                  Phone: (202) 514-4091
                                  Email: Anna.E.Grace@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2015, I will electronically file the foregoing **NOTICE OF INTENT OF THE UNITED STATES ON BEHALF OF THE ENVIRONMENTAL PROTECTION AGENCY TO PARTICIPATE IN DISCOVERY RELATED TO THE CONFIRMATION PROCEEDINGS** with the Clerk of Court using the Court's CM/ECF system, which will then send a notification of such filing and link to the electronically filed documents via ECF e-mail to recipients receiving ECF notices in this case.

/s/  Anna Grace