**EXHIBIT A**

## UNITED STATES' ADDITIONS AND CLARIFICATIONS TO THE DECLARATION RELATED TO THE STIPULATED PROTECTIVE ORDER

The United States on behalf of the Environmental Protection Agency joins and agrees to comply with the *Confidentiality Agreement and Stipulated Protective Order* ("Stipulated Protective Order") dated August 13, 2014 [D.I. 1833], with the following clarifications or additions:

1.     With respect to the United States, all requirements of confidentiality under the Stipulated Protective Order shall be except as required by law, court order or other lawful process.

2.     With respect to any Freedom of Information Act ("FOIA") request received by the United States, the United States shall not produce any information or materials whose production is restricted under Stipulated Protective Order that it determines is required under applicable law to be disclosed under FOIA without providing Debtors and/or related third parties a reasonable opportunity to object to its production and, if desired, seek relief from the Bankruptcy Court.

3.     Nothing herein or the Stipulated Protective Order, shall prevent or limit any right of the United States to seek or obtain any information or materials from any entity through subpoena, formal discovery or other process, even if such materials were previously disclosed or released to the United States pursuant to the Stipulated Protective Order.

4.     Nothing herein or the Stipulated Protective Order limits the right of the United States to enforce or take any action under environmental or public health and safety laws of the United States.

5.     Nothing herein or the Stipulated Protective Order shall preclude the United States from seeking an Order from the Bankruptcy Court that any materials or information should not be subject to the requirements of the Stipulated Protective Order.