# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services | 150.0 | $ 18,750.00 |
| 3 | Sales and Use Tax Examination Consulting Services | 7.3 | $ 3,645.80 |
| 18 | Phase II IT Costing Apptio Service Catalog | 13.5 | $ 2,497.50 |
| 21 | Transaction Cost Analysis | 27.4 | $ 12,878.00 |
| 22 | Claims Reconciliation | 173.5 | $ 30,362.50 |
| 25 | SOX Optimization | 736.9 | $ 136,783.50 |
| 26 | OneSource Indirect Tax | 255.2 | $ 114,655.10 |
| 27 | Repairs & Maintenance Review | 51.4 | $ 32,522.00 |
| 28 | Tax Accounting Support | 342.1 | $ 196,660.00 |
| 35 | Fee Statement and Fee Application Preparation | 70.9 | $ 18,983.70 |
| 36 | Retention Services | 0.2 | $ 65.00 |
| | **Total** | **1,828.4** | **$ 567,803.10**[1] |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $1,154,505.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $586,702.40 thus benefitting the Chapter 11 estate by same amount.