**EXHIBIT B**
**Professionals' Information**
The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Atkinson, James | Principal - Tax | | 1.5 | $ 720 | $ 1,080.00 |
| Baltmanis, Peter | Principal - Tax | | 5.8 | $ 720 | $ 4,176.00 |
| Burdett, Brian R | Principal - Tax | | 7.5 | $ 682 | $ 5,115.00 |
| Corum, Ashby | Partner - Tax | | 2.5 | $ 610 | $ 1,525.00 |
| Crockett, Clifford M | Partner - Tax | | 52.5 | $ 610 | $ 32,025.00 |
| Lyons, Stacy L | Partner - Tax | | 203.5 | $ 610 | $ 124,135.00 |
| Kleppel, Robert | Managing Director - Tax | | 17.8 | $ 682 | $ 12,139.60 |
| Cargile, David | Managing Director - Advisory | | 21.9 | $ 305 | $ 6,679.50 |
| Geracimos, John | Managing Director - Tax | | 1.5 | $ 680 | $ 1,020.00 |
| Homen, Greg | Senior Manager- Tax | | 21.0 | $ 660 | $ 13,860.00 |
| Mojto, Pavol | Senior Manager- Tax | | 0.5 | $ 660 | $ 330.00 |
| Plantes, James | Senior Manager- Tax | | 17.0 | $ 660 | $ 11,220.00 |
| Wright, Brian | Director - Advisory | | 1.0 | $ 660 | $ 660.00 |
| Fritzsche, Josh | Senior Manager - Tax | | 24.8 | $ 595 | $ 14,756.00 |
| Meredith, Kyle | Senior Manager - Tax | | 25.9 | $ 595 | $ 15,410.50 |
| Summer, Jenna L | Senior Manager- Tax | | 4.0 | $ 500 | $ 2,000.00 |
| Seeman, Nick | Director - Advisory | * | 38.3 | $ 305 | $ 11,681.50 |
| LeCompte, Dan | Senior Manager - Tax | | 53.6 | $ 595 | $ 31,892.00 |
| Wang, Dandan | Senior Manager- Tax | | 57.0 | $ 500 | $ 28,500.00 |
| Plangman, Monica | Associate Director - Bankruptcy | * | 2.7 | $ 325 | $ 877.50 |
| Laukhuff, Brittny | Manager - Tax | | 7.0 | $ 560 | $ 3,920.00 |
| Fulmer, Brandon T | Manager - Tax | | 4.0 | $ 437 | $ 1,748.00 |
| Yieh, Josh | Manager - Tax | | 5.2 | $ 437 | $ 2,272.40 |
| Brannon, Andrew | Manager - Tax | | 21.3 | $ 375 | $ 7,987.50 |
| Laukhuff, Brittny | Manager - Tax | | 1.3 | $ 375 | $ 487.50 |
| Campbell, Celeste | Manager - Bankruptcy | * | 38.2 | $ 298 | $ 11,383.60 |
| Myrick, Cristina | Manager - Advisory | | 126.7 | $ 175 | $ 22,172.50 |
| Prywes, Joshua | Senior Associate - Tax | | 18.9 | $ 420 | $ 7,938.00 |
| Asbell, Donny | Senior Associate - Tax | | 47.3 | $ 350 | $ 16,555.00 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | | 27.4 | $ 228 | $ 6,247.20 |
| Coquis, Rafael | Senior Associate - Advisory | | 125.9 | $ 175 | $ 22,032.50 |
| Dabral, Pulkit | Senior Associate - Advisory | | 90.0 | $ 175 | $ 15,750.00 |
| Ravishanker, Venkatesh | Senior Associate - Advisory | | 167.5 | $ 175 | $ 29,312.50 |
| Stamchev, Alex | Associate - Tax | | 4.6 | $ 260 | $ 1,196.00 |
| Jones, Virginia | Associate - Tax | | 75.4 | $ 241 | $ 18,171.40 |
| Thalachelloor, Jeff | Associate - Tax | | 1.0 | $ 241 | $ 241.00 |
| Garza, Juanita | Associate - Bankruptcy | | 2.8 | $ 193 | $ 540.40 |
| LaMotte, Sloan | Associate - Advisory | | 13.5 | $ 185 | $ 2,497.50 |
| Milner, Aaron | Associate - Advisory | | 173.5 | $ 175 | $ 30,362.50 |
| Rangwala, Hussain | Associate - Advisory | | 166.6 | $ 175 | $ 29,155.00 |
| Douthey, Amy | Associate - Advisory | | 150.0 | $ 125 | $ 18,750.00 |
| **Total Hours and Fees** | | | **1,828.4** | | **$ 567,803.10** |

* Promoted effective 10/1/14