# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 434.21 |
| Lodging | N/A | $ 1,451.28 |
| Travel Meals | N/A | $ 225.64 |
| Ground Transportation | N/A | $ 247.04 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 2,358.17** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 434.21 |
| Lodging | N/A | $ 1,451.28 |
| Travel Meals | N/A | $ 225.64 |
| Ground Transportation | N/A | $ 247.04 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 2,358.17** |