**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2015 through July 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07101775 | OneSource Indirect Tax | 20150706 | LeCompte, Dan | Air | | | $ 214.07 | Roundtrip coach class airfare from Austin, TX to Dallas, TX. Departure Date: 7/6/15 Return Date: 7/8/15. Business Purpose: Client OneSource Implementation Meetings |
| 07101775 | OneSource Indirect Tax | 20150713 | LeCompte, Dan | Air | | | $ 220.14 | Roundtrip coach class airfare from Austin, TX to Dallas, TX. Departure Date:7/13/15 Return Date:7/14/15. Business Purpose: Client OneSource Implementation Meetings |
| | | | **Total Air** | | | | **$ 434.21** | |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2015 through July 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07101775 | OneSource Indirect Tax | 20150708 | Kleppel, Robert | Lodging | | | $ 389.58 | Hotel fees incurred in Dallas, TX for 2 nights from 7/6 thru 7/8 while performing work for EFH OneSource Implementation Project. |
| 07101775 | OneSource Indirect Tax | 20150709 | LeCompte, Dan | Lodging | | | $ 423.35 | Hotel fees incurred in Dallas, TX for 2 nights (7/6 and 7/7) while performing work for Client OneSource Implementation Project |
| 07101775 | OneSource Indirect Tax | 20150709 | Meredith, Kyle | Lodging | | | $ 389.58 | Hotel fees incurred in Dallas, TX for 2 nights from 7/6 thru 7/8 while performing work for EFH OneSource Implementation Project. |
| 07101775 | OneSource Indirect Tax | 20150714 | LeCompte, Dan | Lodging | | | $ 248.77 | Hotel fees incurred in Dallas, TX for 1 night (7/13) while performing work for Client OneSource Implementation Project |
| **Total Lodging** | | | | | | | **$ 1,451.28** | |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2015 through July 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07101775 | OneSource Indirect Tax | 20150706 | Meredith, Kyle | Travel Meals | | | $ 34.64 | Out of town lunch at Bucees in New Braunfels, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07101775 | OneSource Indirect Tax | 20150707 | LeCompte, Dan | Travel Meals | | | $ 10.01 | Out of town lunch at Subway in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07101775 | OneSource Indirect Tax | 20150707 | Kleppel, Robert | Travel Meals | | | $ 28.09 | Out of town lunch at Taco Barracho in Dallas, TX. Attendees: R. Kleppel (KPMG), K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07101775 | OneSource Indirect Tax | 20150707 | Kleppel, Robert | Travel Meals | | | $ 69.00 | Out of town dinner at Hoffbrau in Dallas, TX. Attendees: R. Kleppel (KPMG), D. LeCompte (KPMG), K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07101775 | OneSource Indirect Tax | 20150708 | LeCompte, Dan | Travel Meals | | | $ 17.00 | Out of town dinner at Chilis in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07101775 | OneSource Indirect Tax | 20150708 | LeCompte, Dan | Travel Meals | | | $ 14.72 | Out of town lunch at Chick-Fil-A in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07101775 | OneSource Indirect Tax | 20150708 | Meredith, Kyle | Travel Meals | | | $ 5.07 | Out of town dinner at Shell in Round Rock, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07101775 | OneSource Indirect Tax | 20150708 | Kleppel, Robert | Travel Meals | | | $ 7.89 | Out of town lunch at Burger King in Dallas, TX. Attendees: R. Kleppel (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07101775 | OneSource Indirect Tax | 20150708 | Meredith, Kyle | Travel Meals | | | $ 8.21 | Out of town lunch at Dairy Queen in Killeen, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07101775 | OneSource Indirect Tax | 20150713 | LeCompte, Dan | Travel Meals | | | $ 10.01 | Out of town lunch at Subway in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07101775 | OneSource Indirect Tax | 20150714 | LeCompte, Dan | Travel Meals | | | $ 21.00 | Out of town breakfast at Cool River in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| | | | | **Total Travel Meals** | | | **$ 225.64** | |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2015 through July 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07101775 | OneSource Indirect Tax | 20150708 | Kleppel, Robert | Ground Transportation | | | $ 4.00 | Taxi expense incurred for travel from Marriott hotel to Hoffbrau restaurant. Business Purpose: Client OneSource Implementation Meetings |
| 07101775 | OneSource Indirect Tax | 20150708 | Kleppel, Robert | Ground Transportation | | | $ 4.00 | Taxi expense incurred for travel from Hoffbrau restaurant to Marriott hotel. Business Purpose: EFH OneSource Implementation Meetings |
| 07101775 | OneSource Indirect Tax | 20150708 | LeCompte, Dan | Ground Transportation | | | $ 25.20 | Taxi expense incurred for travel between EFH and Dallas airport. Business Purpose: EFH OneSource Implementation project |
| 07101775 | OneSource Indirect Tax | 20150708 | LeCompte, Dan | Ground Transportation | | | $ 43.41 | Parking expense at Austin airport, 7/6/15 - 7/8/15. Business Purpose: EFH OneSource Implementation project |
| 07101775 | OneSource Indirect Tax | 20150708 | Kleppel, Robert | Ground Transportation | | | $ 40.00 | Parking expense at Houston airport for personal car for 3 days from 7/6/15 thru 7/8/15. Business Purpose: Client OneSource Implementation Meetings |
| 07101775 | OneSource Indirect Tax | 20150708 | Kleppel, Robert | Ground Transportation | | | $ 55.00 | Taxi expense incurred for travel between EFH location in Dallas, TX and Dallas airport. Business Purpose: Client OneSource Implementation Meetings |
| 07101775 | OneSource Indirect Tax | 20150713 | LeCompte, Dan | Ground Transportation | | | $ 28.00 | Taxi expense incurred for travel between Dallas airport and EFH. Business Purpose: EFH OneSource Implementation project |
| 07101775 | OneSource Indirect Tax | 20150714 | LeCompte, Dan | Ground Transportation | | | $ 28.94 | Parking expense at Austin airport, 7/13/15 - 7/14/15. Business Purpose: EFH OneSource Implementation project |
| 07101775 | OneSource Indirect Tax | 20150714 | LeCompte, Dan | Ground Transportation | | | $ 9.29 | Taxi expense incurred for travel between EFH and Dallas airport. Business Purpose: EFH OneSource Implementation project |
| 07101775 | SOX Optimization | 20150716 | Dabral, Pulkit | Ground Transportation | | | $ 4.60 | Reimbursable mileage for travel from Dallas, TX to EFH site at 6555 Sierra Drive, Irving, TX. Client trip to TXU in Irving on 7/16/15.  8 mi*.575= $4.60 |
| 07101775 | SOX Optimization | 20150723 | Dabral, Pulkit | Ground Transportation | | | $ 4.60 | Reimbursable mileage for travel from Dallas, TX to EFH site at 6555 Sierra Drive, Irving, TX. Client trip to TXU in Irving on 7/23/15.  8 mi*.575= $4.60 |
| | | | **Total Ground** | | | | **$ 247.04** | |