IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:   Energy Future Holdings Corp, *et al.*,[1] | Chapter 11 |
| Debtors | Case No. 14-10979(CSS) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Adam R. Brebner, to represent the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc., in these bankruptcy cases and in any adversary proceeding.

Mark A. Fink (DE Bar No. 3946)
Montgomery, McCracken, Walker & Rhoads, LLP
1105 N. Market St., Suite 1500
Wilmington, DE 19801-1201
(302) 504-7811

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the state bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Adam R. Brebner
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
(212) 558-4000
brebnera@sullcrom.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States Bankruptcy Judge

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.