## **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 1105 N. Market St. Suite 700 Wilmington, DE 19801 | Eighth Monthly Fee Statement 07/01/2015 through 07/31/2015 D.I. 5689 | $6,482.00 | $90.20 | 09/14/2015 | $5,185.60 | $90.20 | $1,296.40 |

SL1 1383145v1 109285.00006