IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
ENERGY FUTURE HOLDINGS CORP., ET AL.,                          :    Case No. 14-10979 (CSS)
                                                               :
                                        Debtors.               :    (Jointly Administered)
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

    I, Robert D. Tomasch, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communications agent for the Official Committee of Unsecured Creditors, in the above-captioned cases.

    On September 24, 2015 at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail on the service list attached hereto as **Exhibit A**

- Letter to Judge Christopher S. Sontchi **(Docket No. 6158)**

- Notice of Telephonic Only Hearing for September 28, 2015 at 3:00 p.m. (Eastern Daylight Time) **(Docket No. 6163)**

Dated: September 28, 2015

                                                                        Robert D. Tomasch
                                                                        Kurtzman Carson Consultants LLC
                                                                        2335 Alaska Avenue
                                                                        El Segundo, CA 90245
                                                                        310.823.9000

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 28th day of September 2015, by Robert D. Tomasch, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____



LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# Exhibit A

**Exhibit A**
Core/2002 Service List - Electronic Mail

| CreditorName | CreditorNoticeName | EMAIL | Party / Function |
|---|---|---|---|
| ABRAMS & BAYLISS LLP | KEVIN G. ABRAMS & JOHN M. SEAMAN | abrams@abramsbayliss.com; seaman@abramsbayliss.com | (COUNSEL TO GOLDMAN, SACHS & CO.) |
| ADA CARBON SOLUTIONS | (RED RIVER ENVIRONMENTAL PRODUCTS) ATTN: PETER O. HANSEN | PETER.HANSEN@ADA-CS.COM; INFO@ADA-CS.COM | (COMMITTEE OF UNSECURED CREDITORS) |
| AKERMAN LLP | ATTN: SUNDEEP S. SIDHU | sunny.sidhu@akerman.com; andrea.hartley@akerman.com; jules.cohen@akerman.com | (COUNSEL TO SIEMENS POWER GENERATION INC.) |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY | idizengoff@akingump.com; aqureshi@akingump.com; sbaldini@akingump.com; mlahaie@akingump.com; rboller@akingump.com; ccarty@akingump.com | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: SCOTT ALBERINO; JOANNA NEWDECK | salberino@akingump.com; jnewdeck@akingump.com | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN COURTENEY F HARRIS | bnkatty@aldineisd.org | |
| ALVAREZ & MARSAL | ATTN: PAUL KINEALY | pkinealy@alvarezandmarsal.com | |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM | PKIM@AMSTOCK.COM | |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL | PKIM@AMSTOCK.COM | (TOP 50 UNSECURED CREDITOR) |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ | wbowden@ashby-geddes.com; gtaylor@ashby-geddes.com | (COUNSEL TO WILMINGTON SAVINGS/WSFS) |
| BAILEY BRAUER PLLC | ATTN: BENJAMIN L. STEWART | bstewart@baileybrauer.com | (COUNSEL TO PINNACLE TECHNICAL RESOURCES INC) |
| BAKER BOTTS LLP | ATTN: JAMES PRINCE; OMAR J. ALANIZ | jim.prince@bakerbotts.com; omar.alaniz@bakerbotts.com | (COUNSEL TO CENTERPOINT) |
| BALLARD SPAHR LLP | ATTN MATTHEW G SUMMERS | summersm@ballardspahr.com | (COUNSEL FOR LOUISIANA ENERGY SERVICES LLC AND URENCO INC) |
| BARNES & THORNBURG LLP | DAVID M POWLEN | David.Powlen@btlaw.com; Kevin.Collins@btlaw.com | (COUNSEL FOR GATX CORPORATION) |
| BARNES & THORNBURG LLP | KEVIN G COLLINS | Kevin.Collins@btlaw.com | (COUNSEL TO CONVERDYN & GATX CORPORATION) |
| BARNES & THORNBURG LLP | DEBORAH L THORNE | Deborah.Thorne@btlaw.com | (COUNSEL FOR GATX CORPORATION) |
| BARNES & THORNBURG LLP | PAULA K JACOBI | pjacobi@btlaw.com | (COUNSEL FOR COVERDYN) |
| BAYARD PA | ATTN NEIL B GLASSMAN | nglassman@bayardlaw.com | (COUNSEL FOR CSC TRUST COMPANY OF DELAWARE SUCESSESSOR TRUSTEE ETC AND BANK OF NEW YORK MELLON ETC) |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KEVIN M. CAPUZZI | kcapuzzi@beneschlaw.com | (COUNSEL FOR THERM FISHER SCIENTIFIC INC.) |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECHE; STANLEY TARR | debaecke@blankrome.com; tarr@blankrome.com | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) |
| BLANK ROME LLP | ATTN: MICHAEL B. SCHAEDLE | schaedle@blankrome.com | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) |
| BLUME FAULKNER SKEEN & NORTHAM PLLC | ATTN: BRETTON C. GERARD | bgerard@bfsnlaw.com | (COUNSEL TO NATIONAL FIELD SERVICES) |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN | dludman@brownconnery.com | (COUNSEL TO SAP INDUSTRIES, INC.) |
| BROWN RUDNICK LLP | ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ JEREMY B COFFEY ESQ | jjonas@brownrudnick.com; astrehle@brownrudnick.com; jcoffey@brownrudnick.com | (COUNSEL TO WILMINGTON SAVINGS/WSFS) |
| BROWN RUDNICK LLP | ATTN: EDWARD WEISFELNER ESQ | eweisfelner@brownrudnick.com | (COUNSEL TO WILMINGTON SAVINGS/WSFS) |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY | JCOFFEY@BROWNRUDNICK.COM | |
| BROWN RUDNICK LLP | ATTN: HOWARD SIEGEL ESQ | hsiegel@brownrudnick.com | (COUNSEL TO WILMINGTON SAVINGS/WSFS) |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN | REPEDERSEN@BRYANCAVE.COM | |
| BRYAN CAVE LLP | ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON | stephanie.wickouski@bryancave.com; michelle.mcmahon@bryancave.com | (COUNSEL TO INDENTURE TRUSTEE) |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON | schristianson@buchalter.com | (COUNSEL TO ORACLE AMERICA, INC.) |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: KATHLEEN A. MURPHY | kathleen.murphy@bipc.com | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.) |
| CADWALADER, WICKERSHAM & TAFT LLP | MARK C ELLENBERG | mark.ellenberg@cwt.com | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) |
| CADWALADER, WICKERSHAM & TAFT LLP | HOWARD R HAWKINS JR; ELLEN M HALSTEAD; MICHELE MAMAN; THOMAS J CURTIN | howard.hawkins@cwt.com; ellen.halstead@cwt.com; michele.maman@cwt.com; thomas.curtin@cwt.com | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) |
| CARROLLTON FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT | C/O DANIEL K BEARDEN LAW OFFICES OF ROBERT E LUNA PC | bearden@txschoollaw.com | COUNSEL TO CARROLLTON-FARMERS BRANCH ISD |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 1 of 8

**Exhibit A**
Core/2002 Service List - Electronic Mail

| CreditorName | CreditorNoticeName | EMAIL | Party / Function |
|---|---|---|---|
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE, DAVID M. LEMAY AND CHRISTY RIVERA | hseife@chadbourne.com; dlemay@chadbourne.com; crivera@chadbourne.com | (COUNSEL TO NEXTERA ENERGY RESOURCES, LLC) |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: SCOTT COUSINS; MARK OLIVERE | chipman@chipmanbrown.com; olivere@chipmanbrown.com | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) |
| CIARDI CIARDI & ASTIN | ATTN: DANIEL ASTIN; JOHN MCLAUGHLIN, JR.; JOSEPH J. MCMAHON JR | jmcmahon@ciardilaw.com | (COUNSEL TO ATMOS ENERGY CORPORATION; TXU 2007-1 RAILCAR LEASING LLC; RED BALL OXYGEN CO.) |
| CITIBANK, N.A. | ATTN: ANNEMARIE E. PAVCO SECURITIES PROCESSING SENIOR ANALYST | ANNEMARIE.E.PAVCO@CITI.COM | |
| CITIBANK, N.A. | BANK LOAN SYNDICATIONS DEPARTMENT | GLAGENTOFFICEOPS@CITI.COM | |
| CITIBANK, N.A. | ATTN: OWEN COYLE | OWEN.LEONARD.COYLE@CITI.COM; SHANE.AZZARA@CITI.COM; KIRKWOOD.ROLAND@CITI.COM; ALLISTER.CHAN@CITI.COM; CHIDO.UGOCHUKWU@CITI.COM | |
| CITIBANK, N.A. | ATTN: ERIC O. LIGAN, VICE PRESIDENT | ERIC.LIGAN@CITI.COM | |
| CITIBANK, N.A. | ATTN: RYAN FALCONER | RYAN.FALCONER@CITI.COM | |
| CITIBANK, N.A. | ZORI MIGLIORINI,STANDBY LETTER | ZORIJANA.MIGLIORINI@CITI.COM | |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY | chris.mosley@fortworthtexas.gov | (INTERESTED PARTY) |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID | tmoloney@cgsh.com; soneal@cgsh.com; hkhalid@cgsh.com | (COUNSEL TO J. ARON & COMPANY) |
| COHEN & GRIGSBY, P.C. | ATTN: THOMAS D. MAXSON | tmaxson@cohenlaw.com | (COUNSEL TO NOVA CHEMICALS INC.) |
| COHEN & GRIGSBY, P.C. | ATTN: WILLIAM E. KELLEHER, JR. | wkelleher@cohenlaw.com | (COUNSEL TO WESTINGHOUSE ELECTRIC COMPANY LLC) |
| COLE SCHOTZ PC | WARREN A USATINE | wusatine@coleschotz.com | (COUNSEL FOR DELAWARE TRUST CO AS SUCCESSOR INDENTURE TRUSTEE) |
| COLE SCHOTZ PC | NORMAN L PERNICK J. KATE STICKLES | npernick@coleschotz.com; kstickles@coleschotz.com | (COUNSEL FOR DELAWARE TRUST CO AS SUCCESSOR INDENTURE TRUSTEE) |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION | bk-robaldo@texasattorneygeneral.gov; john.stern@texasattorneygeneral.gov | (INTERESTED PARTY) |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. | tina.vitale@computershare.com | (INTERESTED PARTY) |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | alessandra.pansera@computershare.com | (INTERESTED PARTY) |
| COWLES & THOMPSON | ATTN: STEPHEN C. STAPLETON | sstapleton@cowlesthompson.com | (COUNSEL TO ATMOS ENERGY CORPORATION) |
| COZEN O'CONNOR | ATTN: MARK E. FELGER | mfelger@cozen.com | (COUNSEL TO J. ARON & COMPANY) |
| CRAVATH, SWAINE & MOORE LLP | MICHAEL A PASKIN ESQ | mpaskin@cravath.com; tbroad@cravath.com | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC) |
| CROSS & SIMON, LLC | ATTN: MICHAEL J. JOYCE | mjoyce@crosslaw.com | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.) |
| CROWE & DUNLEVY, PC | ATTN: JUDY HAMILTON MORSE | judy.morse@crowedunlevy.com | (COUNSEL TO DEVON ENERGY CORPORATION) |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E. HORWITZ MANAGING DIRECTOR | SANDRA.HORWITZ@CSCGLOBAL.COM | (INTERESTED PARTY) |
| DAVIS POLK & WARDWELL LLP | ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER | efh.service@davispolk.com | (COUNSEL TO GOLDMAN SACHS, ET AL) |
| DEUTSCHE BANK | ATTN: MARCUS M. TARKINGTON | MARCUS.TARKINGTON@DB.COM; AGENCY.TRANSACTIONS@DB.COM | |
| DLA PIPER LLP | ASHLEY R ALTSCHULER R CRAIG MARTIN SCOTT CZERWONKA | ashley.altschuler@dlapiper.com; craig.martin@dlapiper.com; scott.czerwonka@dlapiper.com | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) |
| DORSEY & WHITNEY DELAWARE LLP | ATTN ERIC LOPEZ SCHNABEL; ROBERT W MALLARD; ALESSANDRA GLORIOSO | schnabel.eric@dorsey.com; mallard.robert@dorsey.com; glorioso.alessandra@dorsey.com | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION AS INDIRECT SUCCESSORR IN INTEREST TO THE CONNECTICUT NATIONAL BANK ETC) |
| DRINKER BIDDLE & REATH LLP | ATTN: HOWARD A. COHEN & ROBERT K. MALONE | howard.cohen@dbr.com; robert.malone@dbr.com | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) |
| DYKEMA GOSSETT PLLC | ATTN: JEFFREY R. FINE | jfine@dykema.com | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND, AGENT | Ronald.Rowland@rms-iqor.com | |
| ENERGY FUTURE HOLDINGS CORP ET AL | ATTN: ANDREW M WRIGHT | wbowden@ashby-geddes.com;gtaylor@ashby-geddes.com | (DEBTOR) |

**Exhibit A**
Core/2002 Service List - Electronic Mail

| CreditorName | CreditorNoticeName | EMAIL | Party / Function |
|---|---|---|---|
| EPIQ BANKRUPTY SOLUTIONS, LLC | ATTN: JAMES KATCHADURIAN, E.V.P. | jkatchadurian@epiqsystems.com; sgarabato@epiqsystems.com | (CLAIMS AGENT) |
| EPSTEIN BECKER & GREEN PC | STEPHANIE G LERMAN | slerman@ebglaw.com | (COUNSEL FOR BENBROOKE ELECTRIC PARTNERS LLC) |
| EPSTEIN BECKER & GREEN PC | WENDY G MARCARI | wmarcari@ebglaw.com | (COUNSEL FOR BENBROOKE ELECTRIC PARTNERS LLC) |
| FOLEY & LARDNER LLP | ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ | hkaplan@foley.com; mhebbeln@foley.com; lapeterson@foley.com | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) |
| FOX ROTHSCHILD LLP | ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD | jschlerf@foxrothschild.com; jstrock@foxrothschild.com; jbird@foxrothschild.com | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) |
| FRANKGECKER LLP | JOSEPH D FRANK REED HEILIGMAN | jfrank@fgllp.com; rheiligman@fgllp.com | (COUNSEL FOR EXPERIAN INFORMATION SOLUTIONS, INC. & EXPERIAN MARKETING SOLUTIONS, INC.) |
| FRANKGECKER LLP | Joseph D Frank Frances Gecker Reed Heiligman | jfrank@fgllp.com; fgecker@fgllp.com; rheiligman@fgllp.com | (COUNSEL TO THE PI LAW FIRMS) |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | ATTN: BRAD E. SCHELER, GARY L. KAPLAN & MATTHEW M. ROOSE | brad.eric.scheler@friedfrank.com; gary.kaplan@friedfrank.com; matthew.roose@friedfrank.com | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.) |
| GARDERE WYNNE SEWELL LLP | ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN | jmelko@gardere.com; mriordan@gardere.com | (COUNSEL TO ROMCO EQUIPMENT CO.) |
| GAY, MCCALL, ISAACKS, GORDON & ROBERTS, P.C. | ATTN: DUSTIN L. BANKS | sgbankruptcy@ntexas-attorneys.com | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) |
| GAY, MCCALL, ISAACKS, GORDON & ROBERTS, P.C. | ATTN: DAVID MCCALL | bankruptcy@gmigr.com | (COUNSEL TO COLLIN COUNTY) |
| GELLERT SCALI BUSENKELL & BROWN LLC | GARY F SEITZ | gseitz@gsbblaw.com | (COUNSEL TO KUK J STEWART) |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL G. BUSENKELL | mbusenkell@gsbblaw.com | (COUNSEL TO AURELIUS) |
| GIBBONS PC | NATASHA M SONGONUGA | nsongonuga@gibbonslaw.com | (COUNSEL FOR VEOLIA ES INDUSTRIAL SERVICES INC) |
| GIBBONS PC | DALE E BARNEY | dbarney@gibbonslaw.com | (COUNSEL FOR VEOLIA ES INDUSTRIAL SERVICES INC) |
| GOODWIN PROCTER LLP | ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW | wweintraub@goodwinprocter.com; kjarashow@goodwinprocter.com | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP) |
| GREER HERZ & ADAMS LLP | ANDREW J MYTELKA ESQ & MICHAEL ADAMS ESQ & J SCOTT ANDREWS ESQ & JAMES M ROQUEMORE ESQ | AMytelka@greerherz.com; madams@greerherz.com; jandrews@greerherz.com; jroquemore@greerherz.com | (ATTORNEYS FOR MOVANT / DEFENDANT, SOMERVELL CENTERAL APPRAISAL DISTRICT) |
| GREGORY D. WILLARD, ESQ. | | gregoryd.willard@gmail.com | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) |
| HAYNES AND BOONE LLP | ATTN: PATRICK L. HUGHES | patrick.hughes@haynesboone.com | (COUNSEL TO AIRGAS USA, LLC) |
| HAYNES AND BOONE LLP | ATTN: JONATHAN HOOK | jonathan.hook@haynesboone.com | (COUNSEL TO AIRGAS USA, LLC) |
| HAYNES AND BOONE, LLP | ATTN: IAN T. PECK | ian.peck@haynesboone.com | (COUNSEL TO BNSF RAILWAY COMPNAY) |
| HCL AMERICA INC | ATTN: RAGHU RAMAN LAKSHMANAN | RLAKSHMANAN@HCL.COM | (COMMITTEE OF UNSECURED CREDITORS) |
| HILLER & ARBAN LLC | ADAM HILLER BRIAN ARBAN JOHNNA M DARBY | ahiller@hillerarban.com; barban@hillerarban.com; jdarby@hillerarban.com | (COUNSEL FOR STEAG ENERGY SERVICES, INC.) |
| HINCKLEY ALLEN | ATTN: JENNIFER V. DORAN | jdoran@hinckleyallen.com | (COUNSEL TO INVENSYS SYSTEMS, INC.) |
| HOGAN MCDANIEL | ATTN: GARVAN F MCDANIEL ESQ | gfmcdaniel@dkhogan.com | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) |
| HOGAN MCDANIEL | ATTN: DANIEL K HOGAN ESQ | dkhogan@dkhogan.com | (COUNSEL TO THE RICHARDS GROUP INC) |
| HOLLAND & KNIGHT LLP | CHRISTINE C RYAN | christine.ryan@hklaw.com | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) |
| HOLT TEXAS LTD, D/B/A HOLT CAT | ATTN: MICHAEL PURYEAR, ESQ., GENERAL COUNSEL | MICHAEL.PURYEAR@HOLTCAT.COM | (COMMITTEE OF UNSECURED CREDITORS) |
| JACKSON WALKER, LLP | ATTN: J. SCOTT ROSE | srose@jw.com | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) |
| JACKSON WALKER, LLP | ATTN: MONICA S. BLACKER | mblacker@jw.com | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) |
| JONES DAY | ATTN: MICHAEL L. DAVITT | MLDAVITT@JONESDAY.COM | (COUNSEL TO ONCOR) |
| JONES DAY | ATTN: PATRICIA VILLAREAL | PJVILLAREAL@JONESDAY.COM | (COUNSEL TO ONCOR) |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | ATTN: DAVID ROSNER ESQ, ANDREW GLENN ESQ & DANIEL FLIMAN ESQ | DRosner@kasowitz.com; AGlenn@kasowitz.com; DFliman@kasowitz.com | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 3 of 8

**Exhibit A**
Core/2002 Service List - Electronic Mail

| CreditorName | CreditorNoticeName | EMAIL | Party / Function |
|---|---|---|---|
| KELLEY DRYE & WARREN LLP | ATTN: JAMES S. CARR, BENJAMINN D. FEDER & GILBERT R. SAYDAH | kdwbankruptcydepartment@kelleydrye.com | (COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS) |
| KELLY HART & HALLMAN LLP | ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ | michael.mcconnell@kellyhart.com; katherine.thomas@kellyhart.com | (COUNSEL TO ONCOR STEERING COMMITTEE) |
| KIRKLAND & ELLIS LLP | ATTN: EDWARD SASSOWER PC STEPHEN HESSLER ESQ & BRIAN E SCHARTZ ESQ | edward.sassower@kirkland.com; stephen.hessler@kirkland.com; brian.schartz@kirkland.com | (COUNSEL TO EFHC DEBTORS) |
| KIRKLAND & ELLIS LLP | ATTN: JAMES H.M. SPRAYREGEN, P.C. CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ | james.sprayregen@kirkland.com; chad.husnick@kirkland.com; steven.serajeddini@kirkland.com | (COUNSEL TO EFHC DEBTORS) |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: RAYMOND H. LEMISCH | rlemisch@klehr.com | (COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE) |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY | tmayer@kramerlevin.com; ghorowitz@kramerlevin.com; jbrody@kramerlevin.com; pbentley@kramerlevin.com | (COUNSEL TO INDENTURE TRUSTEE) |
| LACKEY HERSHMAN, LLP | ATTN: JAMIE R WELTON ESQ | jrw@lhlaw.net | (COUNSEL TO THE RICHARDS GROUP INC) |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS & MATTHEW B. MCGUIRE | landis@lrclaw.com; mcguire@lrclaw.com | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO VICE PRESIDENT | FRANK.GODINO@LAWDEB.COM | (COMMITTEE OF UNSECURED CREDITORS) |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT | pwp@pattiprewittlaw.com | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN; NATURAL GAS PIPELINE CO; EL PASO NATURAL GAS TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS) |
| LAW OFFICES OF CURTIS A HEHN | CURTIS A HEHN ESQ | curtishehn@comcast.net | (ATTORNEYS FOR MOVANT / DEFENDANT, SOMERVELL CENTERAL APPRAISAL DISTRICT) |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ | dallas.bankruptcy@publicans.com | (COUNSEL TO TARRANT & DALLAS COUNTY) |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE WADE SANDERS | austin.bankruptcy@publicans.com; diane.sanders@lgbs.com | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P DILLMAN ESQ | houston_bankruptcy@publicans.com | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | ATTN: GEOFFREY GAY ESQ | ggay@lglawfirm.com | (COUNSEL TO ONCOR STEERING COMMITTEE) |
| LOCKE LORD LLP | ATTN PHILIP EISENBERG | peisenberg@lockelord.com | (COUNSEL FOR AMECO, AMERICAN EQUIPMENT COMPANY INC., FLUOR GLOBAL SERVICES, FLOUR CORPORATION, FLUOR ENTERPRISES) |
| LOCKE LORD LLP | ATTN: C. DAVIN BOLDISSAR ESQ | nobankecf@lockelord.com | (COUNSEL TO BP AMERICA PRODUCTION COMPANY) |
| LOWER COLORADO RIVER AUTHORITY | LOWER CO RIVER AUTHORITY TRANSMISSION (LCRA TSC) LEGAL SERVICES | bill.medaille@lcra.org | |
| MANION GAYNOR & MANNING LLP | ATTN: MARC PHILLIPS ESQ | mphillips@mgmlaw.com | (COUNSEL TO ONCOR STEERING COMMITTEE) |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT & AMY D. BROWN | jhuggett@margolisedelstein.com; abrown@margolisedelstein.com | (COUNSEL TO URS ENERGY & CONSTRUCTION, INC.) |
| MASLON EDELMAN BORMAN & BRAND LLP | ATTN CLARK T WHITMORE; ANA CHILINGARISHVILI | clark.whitmore@maslon.com; ana.chilingarishvili@maslon.com | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION AS INDIRECT SUCCESSORR IN INTEREST TO THE CONNECTICUT NATIONAL BANK ETC) |
| MCCATHERN, PLLC | ATTN: JONATHAN L. HOWELL | jhowell@mccathernlaw.com | (COUNSEL TO RED BALL OXYGEN COMPANY) |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | ATTN: LEE GORDON | decourts@mvbalaw.com; vickie.covington@mvbalaw.com; lgordon@mvbalaw.com | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | DAVID P PRIMACK | dprimack@mdmc-law.com | (COUNSEL FOR TCEH DEBTORS) |
| MCKOOL SMITH | ATTN: PAUL D. MOAK, ESQ. | pmoak@mckoolsmith.com | (COUNSEL TO ALCOA) |
| MCKOOL SMITH | ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY | pgoodman@mckoolsmith.com;mcarney@mckoolsmith.com | (COUNSEL TO ALCOA) |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 4 of 8

**Exhibit A**
Core/2002 Service List - Electronic Mail

| CreditorName | CreditorNoticeName | EMAIL | Party / Function |
|---|---|---|---|
| MICHAEL G. SMITH | | mikesmith1973@sbcglobal.net | (COUNSEL TO VALERO TEXAS POWER MARKETING, INC.) |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, EVAN R. FLECK & KAREN GARTENBERG | ddunne@milbank.com; efleck@milbank.com; kgartenberg@milbank.com | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER | deecf@dor.mo.gov | (INTERESTED PARTY) |
| MORGAN LEWIS & BOCKIUS | ATTN: JULIA FROST-DAVIES CHRISTOPHER L. CARTER ESQ | julia.frost-davies@morganlewis.com; christopher.carter@morganlewis.com | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) |
| MORRIS JAMES LLP | ATTN: STEPHEN M. MILLER | smiller@morrisjames.com | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY | dabbott@mnat.com; aremming@mnat.com; efay@mnat.com | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") |
| MORRISON & FOERSTER LLP | ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ THOMAS A HUMPHREYS | jpeck@mofo.com; bmiller@mofo.com; lmarinuzzi@mofo.com; thumphreys@mofo.com | (COUNSEL TO THE TCEH UNSECURED CREDITORS COMMITTEE) |
| MUNGER TOLLES & OLSON LLP | THOMAS B WALPER TODD J ROSEN SETH GOLDMAN JOHN W SPIEGEL | thomas.walper@mto.com; john.spiegel@mto.com; todd.rosen@mto.com; seth.goldman@mto.com | (COUNSEL FOR TCEH DEBTORS) |
| MUNSCH HARDT KOPF & HARR PC | ATTN: RUSSELL L MUNSCH ESQ | rmunsch@munsch.com | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) |
| MUNSCH HARDT KOPF & HARR PC | ATTN: KEVIN M LIPPMAN ESQ | klippman@munsch.com | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) |
| NAMAN HOWELL SMITH & LEE PLLC | ATTN KERRY L HALIBURTON | haliburton@namanhowell.com | (COUNSEL FOR BUFFALO INDUSTRIAL SUPPLY) |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN | jody.bedenbaugh@nelsonmullins.com; george.cauthen@nelsonmullins.com | (COUNSEL TO MICHELIN NORTH AMERICA INC.) |
| NIXON PEABODY | ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN | rpedone@nixonpeabody.com; adarwin@nixonpeabody.com | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) |
| NIXON PEABODY | ATTN CHRISTOPHER FOND ESQ | cfong@nixonpeabody.com | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ BANKRUPTCY REGULATORY SECTION | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | ATTN: HAL MORRIS & ASHLEY BARTRAM BANKRUPTCY REGULATORY SECTION | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ANDREA SCHWARTZ | andrea.b.schwartz@usdoj.gov | (US TRUSTEE) |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER | richard.schepacarter@usdoj.gov | (US TRUSTEE) |
| O'KELLY ERNST & BIELLI LLC | DAVID M KLAUDER SHANNON J DOUGHERTY | dklauder@oeblegal.com; sdougherty@oeblegal.com | (COUNSEL FOR ENERGY FUTURE HOLDINGS CORP) |
| O'MELVENY & MYERS LLP | ATTN: GEORGE A. DAVIS | gdavis@omm.com | (COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC) |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN | ljones@pszjlaw.com; rfeinstein@pszjlaw.com | (COUNSEL TO INDENTURE TRUSTEE) |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT B GUINEY | dalowenthal@pbwt.com; cdent@pbwt.com; bguiney@pbwt.com | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN | akornberg@paulweiss.com; kcornish@paulweiss.com; bhermann@paulweiss.com; jadlerstein@paulweiss.com | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M. AMADOR, ATTY | amador.desiree@pbgc.gov; efile@pbgc.gov | (TOP 50 UNSECURED CREDITOR) |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: JON CHATALIAN | chatalian.jon@pbgc.gov; efile@pbgc.gov | (TOP 50 UNSECURED CREDITOR) |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: OWEN M SONIK ESQ | houbank@pbfcm.com | (COUNSEL TO GALENA PARK ISD) |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: JOHN T BANKS ESQ | jbanks@pbfcm.com | (COUNSEL TO CAMERON ISD, THORNDALE ISD BUCKHOLTS ISD, COPPERAS COVE ISD, MCALLEN ISD, HIDALGO COUNTY & HIDALGO COUNTY DRAINAGE DIST #1) |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA CALVO ESQ | ebcalvo@pbfcm.com | (COUNSEL TO SOMERVELL COUNTY ET AL) |

**Exhibit A**
Core/2002 Service List - Electronic Mail

| CreditorName | CreditorNoticeName | EMAIL | Party / Function |
|---|---|---|---|
| PERDUE BRANDON FIELDER COLLINS & MOTT LP | ATTN: JEANMARIE BAER | hbky@pbfcm.com | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) |
| PERKINS COIE LLP | TINA N MOSS | TMoss@perkinscoie.com | (CO COUNSEL TO DELAWARE TRUST COMPANY (FKA CSC TRUST COMPANY OF DELAWARE) |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | ATTN: GREGORY T. DONILON, ESQ. | gdonilon@pwujlaw.com | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) |
| POLSINELLI PC | ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ | cward@polsinelli.com; jedelson@polsinelli.com; skatona@polsinelli.com | (COUNSEL TO THE TCEH UNSECURED CREDITORS COMMITTEE) |
| POLSINELLI PC | ATTN: EDWARD FOX ESQ | efox@polsinelli.com | (COUNSEL TO THE TCEH UNSECURED CREDITORS COMMITTEE) |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP | ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT | matchley@popehardwicke.com; mtaplett@popehardwicke.com | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTHEAST TEXAS MUNICIPAL WATER DISTRICT) |
| POTTER ANDERSON & CORROON LLP | ATTN: JEREMY RYAN ESQ | jryan@potteranderson.com | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) |
| PROSKAUER ROSE LLP | JEFF J. MARWIL MARK K. THOMAS PETER J. YOUNG | jmarwil@proskauer.com; mthomas@proskauer.com; pyoung@proskauer.com | (COUNSEL FOR ENERGY FUTURE HOLDINGS CORP) |
| PURDUE AWSUMB & BAUDLER PA | C/O AMY R BAUDLER | amy@purduelaw.com | (COUNSEL FOR BARR ENGINEERING CO.) |
| QUARLES & BRADY LLP | ATTN: HOHN A. HARRIS; JASON D. CURRY | john.harris@quarles.com; jason.curry@quarles.com | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) |
| REED SMITH LLP | ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON | kgwynne@reedsmith.com; klawson@reedsmith.com | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEES) |
| REED SMITH LLP | ATTN: RICHARD A. ROBINSON | rrobinson@reedsmith.com | (COUNSEL TO THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE) |
| REED SMITH LLP | | rrobinson@reedsmith.com | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) |
| REED SMITH LLP | ATTN: ROBERT P SIMONS ESQ. | rsimons@reedsmith.com | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ DANIEL J DEFRANCESCHI ESQ | collins@rlf.com; defranceschi@rlf.com; madron@rlf.com | (CO-COUNSEL TO EFHC DEBTORS) |
| RIDDELL WILLIAMS PS | ATTN JOSEPH E SHICKICH; HILARY B MOHR | jshickich@riddellwilliams.com; hmohr@riddellwilliams.com | (COUNSEL FOR MICROSOFT CORPORATION; MICROSOFT LICENSING LP) |
| ROPES & GRAY LLP | MARK R. SOMERSTEIN | MARK.SOMERSTEIN@ROPESGRAY.COM | |
| SATTERLEE STEPHENS BURKE & BURKE LLP | CHRISTOPHER R BELMONTE PAMELA A BOSSWICK | cbelmonte@ssbb.com; pbosswick@ssbb.com | (COUNSEL FOR MOODY'S ANALYTICS, INC.) |
| SAUL EWING LLP | LUCIAN B MURLEY | lmurley@saul.com | (COUNSEL FOR JOHNSON MATTHEY STATIONARY EMISSIONS CONTROL LLC) |
| SAUL EWING LLP | ATTN: MARK MINUTI ESQ | mminuti@saul.com | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) |
| SCHNADER HARRISON SEGAL & LEWIS LLP | RICHARD A BARKASY | rbarkasy@schnader.com | (COUNSEL FOR CCP CREDIT ACQUISITION HOLDINGS, L.L.C., CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP. AND CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.) |
| SEARCY & SEARCY, P.C. | CALLAN CLARK SEARCY ATTN: JOSHUA R. SEARCY, JOSHUA P. SEARCY & | joshsearcy@jrsearcylaw.com; jrspc@jrsearcylaw.com | (COUNSEL TO D.COURTNEY CONSTRUCTION, INC.) |
| SEWARD & KISSEL LLP | ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES | ashmead@sewkis.com; das@sewkis.com; alves@sewkis.com | (COUNSEL TO WILMINGTON TRUST, NA) |
| SHEARMAN & STERLING LLP | ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ | fsosnick@shearman.com; ned.schodek@shearman.com | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) |
| SHEEHY, LOVELACE & MAYFIELD, PC | ATTN: STEVEN M. BURTON | sburton@slmpc.com | (COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: JAY M. GOFFMAN FOUR TIMES SQUARE | jay.goffman@skadden.com | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 6 of 8

**Exhibit A**
Core/2002 Service List - Electronic Mail

| CreditorName | CreditorNoticeName | EMAIL | Party / Function |
|---|---|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON | george.panagakis@skadden.com; carl.tullson@skadden.com | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: MARK S. CHEHI; KRISTHY M. PEGUERO | mark.chehi@skadden.com | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) |
| SMITH, KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M. MILLER | kmiller@skjlaw.com | (COUNSEL TO AIRGAS USA, LLC & VALERO TEXAS POWER) |
| SNELL & WILMER LLP | ATTN: DAVID E. LETA | dleta@swlaw.com | (COUNSEL TO HEADWATERS RESOURCES, INC.) |
| SQUIRE SANDERS (US) LLP | ATTN: STEPHEN D. LERNER & ANDREW M. SIMON | stephen.lerner@squiresanders.com; andrew.simon@squiresanders.com | (COUNSEL TO ARCELORMITTLA USA LLC) |
| STEFFES VINGIELLO & MCKENZIE LLC | ATTN NOEL STEFFES MELANCON | nmelancon@steffeslaw.com | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS |
| STREUSAND, LANDON & OZBURN, LLP | ATTN: SABRINA L. STREUSAND | streusand@slollp.com | (COUNSEL TO ALLEN SHRODE) |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: ELIHU E. ALLINSON, III | zallinson@sha-llc.com | (COUNSEL TO HENRY PRATT COMPANY, LLC) |
| SUTHERLAND, ASBILL & BRENNAN LLP | ATTN: LINO MENDIOLA | lino.mendiola@sutherland.com | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) |
| TAYLOR ENGLISH DUMA LLP | ATTN: STEPHEN C. GREENBERG | sgreenberg@taylorenglish.com | (COUNSEL TO HENRY PRATT COMPANY, LLC) |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN | dennis.roemlein@bnymellon.com | (COMMITTEE OF UNSECURED CREDITORS) |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM | RAFAEL.MARTINEZ@BNYMELLON.COM | (TOP 50 UNSECURED CREDITOR) |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP | THOMAS.VLAHAKIS@BNYMELLON.COM | (TOP 50 UNSECURED CREDITOR) |
| THE TAUBMAN COMPANY AND THE TAUBMAN LANDLORDS | ATTN: ANDREW S CONWAY ESQ | aconway@taubman.com | (INTERESTED PARTY) |
| THE UNIVERSITY OF TEXAS SYSTEM | TRACI L COTTON OFFICE OF GENERAL COUNSEL | tcotton@utsystem.edu | (COUNSEL FOR UNIVERSITY OF TX SYSTEM ON BEHALF OF UNIVERSITY OF TEXAS AT ARLINGTON) |
| THOMPSON COBURN LLP | ATTN: DAVID D. FARRELL | dfarrell@thompsoncoburn.com | (COUNSEL TO MARTIN ENGINEERING COMPANY) |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY | kay.brock@co.travis.tx.us | (INTERESTED PARTY) |
| TROUTMAN SANDERS LLP | ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ & BRETT GOODMAN ESQ | hugh.mcdonald@troutmansanders.com; louis.curcio@troutmansanders.com; brett.goodman@troutmansanders.com | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS)) |
| TUCKER ARENSBERG, P.C. | ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ | jblask@tuckerlaw.com; lshipkovitz@tuckerlaw.com | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND AFFILIATES AND SUBSIDIARIES) |
| TW TELECOM INC | ATTN LINDA BOYLE | bankruptcylegal@level3.com | (COUNSEL FOR TW TELECOM INC) |
| UMB BANK, N.A. | ATTN: LAURA ROBERSON VICE PRESIDENT | LAURA.ROBERSON@UMB.COM | |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON | mkilgore@up.com; jlanderso1@up.com | |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: MATTHEW J. TROY CIVIL DIVISION | matthew.troy@usdoj.gov | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) |
| UNITED STATES DEPARTMENT OF JUSTICE | ANNA GRACE ENVIRON ENF SEC | ANNA.E.GRACE@USDOJ.GOV | (COUNSEL FOR UNITED STATES DEPT OF JUSTICE ENVIRONMENTAL ENFOCEMENT SECTION |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: MATTHEW J TROY ESQ CIVIL DIVISION | matthew.troy@usdoj.gov | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) |
| US DEPARTMENT OF JUSTICE | ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ | Ari.D.Kunofsky@usdoj.gov; wardlow.w.benson@usdoj.gov | (COUNSEL TO THE UNITED STATES OF AMERICA) |
| VARNUM LLP | ATTN MARY KAY SHAVER | mkshaver@varnumlaw.com | (COUNSEL FOR APPLABS TECHNOLOGIES PVT LTD) |
| VEDDER PRICE PC | ATTN: MICHAEL L. SCHEIN, ESQ. | mschein@vedderprice.com | (COUNSEL TO FIRST UNION RAIL CORPORATION) |
| VENABLE LLP | ATTN: JAMIE L. EDMONSON | jledmonson@venable.com | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) |
| VENABLE LLP | ATTN: JEFFREY S. SABIN ESQ | jssabin@Venable.com | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLP) |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT | rgmason@wlrk.com; ekleinhaus@wlrk.com; awitt@wlrk.com | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") |
| WEINSTEIN RADCLIFF LLP | ATTN: GREGORY M. WEINSTEIN | gweinstein@weinrad.com | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC) |
| WEIR & PARTNERS LLP | ATTN JEFFREY S CIANCIULLI | jcianciulli@weirpartners.com | (COUNSEL FOR EVERCORE GROUP LLC) |

**Exhibit A**
Core/2002 Service List - Electronic Mail

| CreditorName | CreditorNoticeName | EMAIL | Party / Function |
|---|---|---|---|
| WERB & SULLIVAN | J JACKSON SHRUM DUANE D WERB | jshrum@werbsullivan.com; dwerb@werbsullivan.com | (COUNSEL FOR BWM SERVICES AND THE KANSAS CITY SOUTHERN RAILWAY COMPANY) |
| WEYERHAEUSER CO. | ATTN: ALEXIS MCDONALD | alexis.mcdonald@weyerhaeuser.com | |
| WHITE & CASE LLP | ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER | cshore@whitecase.com; gstarner@whitecase.com | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; LAW DEBENTURE) |
| WHITE & CASE LLP | ATTN: THOMAS LAURIA; MATTHEW BROWN | tlauria@whitecase.com; mbrown@whitecase.com | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; LAW DEBENTURE) |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: BENJAMIN LOVELAND ESQ | benjamin.loveland@wilmerhale.com | (COUNSEL TO MARATHON ASSET MGMT) |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN P ANKER, C PLATT, D JENKINS, G SHUSTER | philip.anker@wilmerhale.com; charles.platt@wilmerhale.com; dennis.jenkins@wilmerhale.com; george.shuster@wilmerhale.com | (COUNSEL TO CSC TRUST CO OF DE AS IND & COLLATERAL TTEE FOR 10% SR SEC NOTES DUE 2020) |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ | philip.anker@wilmerhale.com; george.shuster@wilmerhale.com | (COUNSEL TO MARATHON ASSET MGMT) |
| WILMINGTON SVGS FUND SOCIETY | ATTN: PATRICK J. HEALY | PHEALY@CHRISTIANATRUST.COM | (COMMITTEE OF UNSECURED CREDITORS) |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, ESQ. | dneier@winston.com | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) |
| WOMAC LAW | ATTN BRIAN D WOMAC, STACEY L. KREMLING | brian@womaclaw.com; stacey@womaclaw.com | (COUNSEL FOR 2603 AUGUSTA INVESTORS LP) |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN: MARK L. DESGROSSEILLIERS ESQ | mdesgrosseilliers@wcsr.com | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN FRANCIS A MONACO JR KEVIN J MANGAN | fmonaco@wcsr.com; kmangan@wcsr.com | (COUNSEL FOR AMECO, AMERICAN EQUIPMENT COMPANY INC., FLUOR GLOBAL SERVICES, FLOUR CORPORATION, FLUOR ENTERPRISES) |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN KEVIN J MANGAN | kmangan@wcsr.com | (COUNSEL FOR ALLTITE INC.) |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN: STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS | mdesgrosseilliers@wcsr.com | (COUNSEL TO CENTERPOINT) |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER | pmorgan@ycst.com; jwaite@ycst.com; rbartley@ycst.com; amagaziner@ycst.com | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 8 of 8