# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 6122** |
| | ) |

## NOTICE OF HEARING DATES SCHEDULED TO CONSIDER CONFIRMATION OF THE "FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE" [D.I. 6122]

PLEASE TAKE NOTICE that, on September 21, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122] (as may be further amended, modified, or supplemented, the "Plan") and the *Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6124] (as may be further amended, modified, or supplemented, the "Disclosure Statement") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). **You were previously served with a copy of the Plan and the Disclosure Statement**.

PLEASE TAKE FURTHER NOTICE THAT, on September 22, 2015, the Bankruptcy Court entered the *Order (A) Approving the Disclosure Statement, (B) Establishing the Voting*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 6131] (the "Disclosure Statement Approval Order"). **You were previously served with a copy of the Disclosure Statement Approval Order.** Pursuant to the Disclosure Statement Approval Order, among other things, the Bankruptcy Court approved the Disclosure Statement and authorized the Debtors to solicit votes on the Plan.

PLEASE TAKE FURTHER NOTICE THAT, subject to the qualifications articulated by the Bankruptcy Court on the record of the September 28, 2015 telephonic hearing, the Bankruptcy Court has scheduled the following dates to consider confirmation of the Plan (collectively, the "Confirmation Hearing Dates"):

- **November 3, 2015 starting at 11:00 a.m. (Eastern Standard Time)**
- **November 4, 2015 starting at 10:00 a.m. (Eastern Standard Time)**
- **November 5, 2015 starting at 12:30 p.m. (Eastern Standard Time)**
- **November 6, 2015 starting at 10:00 a.m. (Eastern Standard Time)**
- **November 12, 2015 starting at 10:00 a.m. (Eastern Standard Time)**
- **November 13, 2015 starting at 10:00 a.m. (Eastern Standard Time)**
- **November 19, 2015 starting at 10:00 a.m. (Eastern Standard Time)**
- **November 20, 2015 starting at 10:00 a.m. (Eastern Standard Time)**
- **November 23, 2015 starting at 10:00 a.m. (Eastern Standard Time)**
- **November 24, 2015 starting at 10:00 a.m. (Eastern Standard Time)**

PLEASE TAKE FURTHER NOTICE THAT the foregoing list of Confirmation Hearing Dates is **not** necessarily exhaustive, and the Bankruptcy Court may subsequently schedule additional dates to consider confirmation of the Plan, as the Bankruptcy Court deems necessary and appropriate.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to paragraph 19 of the Disclosure Statement Approval Order, objections to confirmation of the Plan must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the Debtors on or before **October 23, 2015 at 4:00 p.m. (Eastern Daylight Time).**

*[Remainder of page intentionally left blank.]*

3

RLF1 13055222v.1

Dated: September 29, 2015
Wilmington, Delaware

*/s/ [signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession