## Exhibit A

## Hours Expended by Goldin Professional

| | | |
|---|---|---|
| Harrison J. Goldin | Sr. Managing Director | 3.0 |
| David Prager | Managing Director | 14.2 |
| Karthik Bhavaraju | Director | 13.6 |
| **Total** | | **30.8** |