## Exhibit C

**Expenses by Category**

| | |
|---|---:|
| Meals | 39.57 |
| Conference Calls and Telecommunications | 83.25 |
| Travel | 267.98 |
| **Total** | **$390.80** |