**Exhibit D**

**Expense Detail**

**GoldinAssociates, LLC**

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

### Detailed Expenses by Category: EFIH

For Expenses Through 8/31/15

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| **: Meals & Entertainment** | | | | | | |
| | 7/29/2015 | 7/29/2015 | | DP | D. Prager - 3E Fox - Dinner in Dallas | $11.42 |
| | 7/30/2015 | 7/30/2015 | | DP | D. Prager - Jet Rock Bar & Grill - Dinner in Dallas | $28.15 |
| **Total: Meals & Entertainment** | | | | | | $39.57 |
| **: Telephone, Fax, Postage** | | | | | | |
| | 7/29/2015 | 7/29/2015 | | DP | D. Prager - GogoAir - In flight Internet | $23.76 |
| | 8/8/2015 | 8/8/2015 | 8/31/15 | DP | ConferenceCall.com - Inv # 1743051162 - Ref. # 9521844 - D. Prager | $46.69 |
| | 8/25/2015 | 8/25/2015 | 8/25/15 | AJD | AT&T - actual service dates 7/26/15 through 8/25/15 | $12.80 |
| **Total: Telephone, Fax, Postage** | | | | | | $83.25 |
| **: Travel** | | | | | | |
| | 7/29/2015 | 7/29/2015 | | DP | D. Prager - VTS Verifone - Working Late - Taxi from GA Office to Home | $27.36 |
| | 7/29/2015 | 7/29/2015 | | DP | D. Prager - STB Cab - Taxi from DAL to Office | $33.00 |
| | 7/29/2015 | 7/29/2015 | | DP | D. Prager - American Airlines - Seat Fee | $47.89 |
| | 7/29/2015 | 7/29/2015 | | DP | D. Prager - Yellow Cab - Taxi to DFW | $65.00 |
| | 7/30/2015 | 7/30/2015 | | DP | D. Prager - Philadelphia Taxi - Working Late - Taxi from GA Office to Home | $20.16 |
| | 7/30/2015 | 7/30/2015 | | DP | D. Prager - VTS Verifone - Taxi from LGA | $56.21 |
| | 8/7/2015 | 8/7/2015 | | DP | D. Prager - VTS Verifone - Taxi from Home to GA Office - re: during conference call | $18.36 |
| **Total: Travel** | | | | | | $267.98 |
| **Grand Total** | | | | | | $390.80 |