**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD AUGUST 1, 2015 TO AUGUST 31, 2015*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Davido, Scott | Senior Managing Director | $ 875 | 2.4 | $2,100.00 |
| Diaz, Matthew | Senior Managing Director | 975 | 26.1 | 25,447.50 |
| Eisenband, Michael | Senior Managing Director | 975 | 6.0 | 5,850.00 |
| Joffe, Steven | Senior Managing Director | 975 | 3.0 | 2,925.00 |
| Jones, Scott | Senior Managing Director | 1,050 | 1.8 | 1,890.00 |
| Scruton, Andrew | Senior Managing Director | 975 | 11.7 | 11,407.50 |
| Simms, Steven | Senior Managing Director | 975 | 3.3 | 3,217.50 |
| Cordasco, Michael | Managing Director | 795 | 25.3 | 20,113.50 |
| Greenberg, Mark | Managing Director | 795 | 5.5 | 4,372.50 |
| Rauch, Adam | Director | 645 | 24.5 | 15,802.50 |
| Eimer, Sean | Senior Consultant | 495 | 11.1 | 5,494.50 |
| Hellmund-Mora, Marili | Administrative | 250 | 5.7 | 1,425.00 |
| Moore, Teresa | Administrative | 225 | 1.1 | 247.50 |
| **GRAND TOTAL** | | | **127.5** | **$100,293.00** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD AUGUST 1, 2015 TO AUGUST 31, 2015*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 13 | Analysis of Other Miscellaneous Motions | 3.4 | 2,703.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 37.0 | 28,755.00 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 6.4 | 4,128.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 35.1 | 34,032.50 |
| 18.A | Investigations of Select Legacy Transactions- Historical Transactions | 4.1 | 2,644.50 |
| 21 | General Meetings with Committee & Committee Counsel | 11.1 | 9,710.50 |
| 24 | Preparation of Fee Application | 22.6 | 11,119.50 |
| 33 | Business Plan- Natural Gas / Coal Pricing | 1.8 | 1,890.00 |
| 38 | Analysis of Tax Impact on Restructuring Scenarios | 1.6 | 1,272.00 |
| 39 | Analysis of Alternative Tax Structure | 4.4 | 4,038.00 |
| | **GRAND TOTAL** | **127.5** | **$100,293.00** |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF EXPENSES**
*FOR THE PERIOD AUGUST 1, 2015 TO AUGUST 31, 2015*

| **Expense Type** | **Amount** |
|---|---:|
| Business Meals | $391.75 |
| Ground Transportation | 664.93 |
| **Total** | **$1,056.68** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
**FOR THE PERIOD AUGUST 1, 2015 TO AUGUST 31, 2015**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 06/15/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | $20.00 |
| 06/16/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 06/17/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 06/18/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 06/29/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 07/06/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 07/07/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 07/08/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 07/09/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 07/10/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 18.50 |
| 07/12/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 07/13/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 17.50 |
| 07/14/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 07/15/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 07/16/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 07/17/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 07/21/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 07/22/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 15.75 |
| 07/23/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 08/12/15 | Diaz, Matthew | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
|  |  | **Business Meals Total** |  | **391.75** |
| 05/12/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 7.80 |
| 05/19/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 8.76 |
| 05/20/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 8.16 |
| 06/04/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 9.35 |
| 06/15/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 43.00 |
| 06/16/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 48.41 |
| 06/17/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 22.49 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
**FOR THE PERIOD AUGUST 1, 2015 TO AUGUST 31, 2015**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 06/17/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 8.76 |
| 06/18/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 41.00 |
| 06/18/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 9.35 |
| 06/29/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 45.00 |
| 07/06/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 36.00 |
| 07/06/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 9.36 |
| 07/07/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 35.00 |
| 07/08/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 26.00 |
| 07/09/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 35.00 |
| 07/10/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 23.00 |
| 07/12/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 37.00 |
| 07/13/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 23.00 |
| 07/14/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 24.25 |
| 07/15/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 36.00 |
| 07/16/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 21.92 |
| 07/17/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 23.47 |
| 07/21/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 37.00 |
| 07/22/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 21.00 |
| 07/23/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 24.85 |
| | | **Ground Transportation Total** | | **664.93** |
| | | **Grand Total** | | **$1,056.68** |

**Notes:**

(1) In-office meals over $20.00 and out-of-office meals over $40.00 have been reduced to $20.00 and $40.00, respectively, to comply with the Amended Guidelines for Fees and Disbursements for Professionals in Delaware District Bankruptcy Cases. Each of these meals were in fact greater than $20.00 or $40.00 and do not represent a per diem.