**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | **Case No. 14-10979 (CSS)** |
| **ENERGY FUTURE HOLDINGS CORP** ) | |
| **ET AL.,** ) | |
| ) | **Chapter 11** |
| **Debtors.** ) | |
| ) | **Jointly Administered** |

**NOTICE OF ENTRY OF APPEARANCE**
**AND REQUEST FOR SERVICE**
**OF NOTICES AND OTHER PAPERS**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters its appearance on behalf of Milam Appraisal District, a creditor in the above-referenced case, and requests that it be placed on all general and special and/or limited mailing matrices in this case, and that pursuant to 11 U.S.C. Sections 102(1), 342 and 1109(b) and Bankruptcy Rules 2002, 4001, 9007 and 9010, all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned counsel for Milam Appraisal District at the addresses set forth below.

> Lisa Bittle Tancredi, Esquire
> Gebhardt & Smith LLP
> 1000 N. West Street, Suite 1200
> Wilmington, DE 19081
> 302-295-5038 (telephone)
> 443-957-1920 (facsimile)
> ltancredi@gebsmith.com
>
> Bernard G. Johnson III, Esquire
> Fisher, Boyd, Johnson & Huguenard, LLP
> 2777 Allen Parkway, 14th Floor
> Houston, Texas 77019
> (713) 400-4060
> bj@fisherboyd.com

Wayne Fisher, Esquire
Fisher, Boyd, Johnson & Huguenard, LLP
2777 Allen Parkway, 14th Floor
Houston, Texas 77019
(713) 400-4000
wfisher@fisherboyd.com

Bruce J. Ruzinsky, Esquire
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4204
bruzinsky@jw.com

Matthew D. Cavenaugh, Esquire
Jackson Walker L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4284
mcavenaugh@jw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, order, petition, request, complaint, or hearing dates, whether formal or informal, written or oral, and whether transmitted by mail, hand delivery, telecopy, electronically, or otherwise, which affects the debtors or property of the debtors.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive Milam Appraisal District's: (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge, (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related to these cases, (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal, (iv) any other rights, claims, actions, defenses, setoffs or recoupments

2

to which it is or may be entitled, at law or in equity, all of which are expressly reserved, (v) any election of remedy, or (vi) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice.  Further, neither this notice nor any subsequent appearance, pleading, claim or suit is intended nor shall be deemed to be consent to adjudication of any proceeding by the Bankruptcy Court as provided in *Wellness International Network, Ltd. et al. v. Sharif*, ____ U.S ____, 135 S.Ct. 1932, 191 L.Ed.2d 911 (May 26, 2015).

Respectfully submitted,

*/s/ Lisa Bittle Tancredi*
Lisa Bittle Tancredi, Esquire (Bar No. 4657)
Gebhardt & Smith LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19081
302-295-5038 (telephone)
443-957-1920 (facsimile)
ltancredi@gebsmith.com
*Counsel for Milam Appraisal District*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of September, 2015, a true and correct copy of the foregoing Notice of Entry of Appearance and Request for Service of Notices and Other Papers was served on all parties receiving electronic notice via the CM/ECF filing system, and via first class mail, postage pre-paid on the following:

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Edward O Sassower, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

Shannon J. Dougherty, Esq.
David M. Klauder, Esq.
O'Kelly Ernst & Bielli, LLC
901 North Market Street, Suite 100
Wilmington, DE 19801

Jeff J. Marwil Esq.
Mark K. Thomas, Esq.
Peter J. Young, Esq.
Proskauer Rose LLP
Three First National Plaza
70 W. Madison St., Suite 3800
Chicago, IL 60602

Richard L. Schepacarter, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801

David P. Primack, Esq.
McElroy, Deutsch, Muvaney & Carpenter, LLP
300 Delaware Ave., Suite 770
Wilmington, DE 19801

Thomas B. Walper, Esq.
Todd J. Rosen, Esq.
Seth Goldman, Esq.
John W. Spiegel, Esq.
Munger, Tolles & Olson LLP
355 S. Grand Ave., 35th Fl
Los Angeles, CA 90071

Richard Levin, Esq.
Cravath, Swain & Moore, LLP
Worldwide Plaza
825 Eighth Ave.
New York, NY 10019-7475

Joseph H. Hutson Jr., Esq.
Stevens & Lee PC
1105 N. Market St., Suite 700
Wilmington, DE 19801

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Todd M. Goren, Esq.
Samantha Martin, Esq.
Morrison & Foerster LLP
250 West 55th St.
New York, NY 10019

Christopher A. Ward, Esq.  
Justin K. Edelson, Esq.  
Shanti M. Katona, Esq.  
Polsinelli PC  
222 Delaware Ave., Suite 1101  
Wilmington, DE 19801  

Andrew G. Dietderich, Esq.  
Brian D. Glueckstein, Esq.  
Michael H. Torkin, Esq.  
Sullivan & Cromwell LLP  
125 Broad St.  
New York, NY 10004  

Natalie D. Ramsey, Esq.  
Davis Lee Wright, Esq.  
Lorenzo Marinuzzi, Esq.  
Mark A. Fink, Esq.  
Montgomery, McCracken, Walker & Rhoads LLP  
1105 N. Market St., 15th Fl  
Wilmington, DE 19801  

James H. M. Sprayregen, P.C.  
Marc Kieselstein, P.C.  
Chad J. Husnick, Esq.  
Steven N. Serajeddini, Esq.  
Kirkland & Ellis LLP  
300 N. LaSalle  
Chicago, IL 60654  

/s/ Lisa Bittle Tancredi  
Lisa Bittle Tancredi