# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $750 | 17.6 | $13,200.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $525 | 107.4 | $56,385.00 |
| Tyler D. Semmelman | Associate | 2009 | Bankruptcy | $450 | 2.6 | $1,170.00 |
| Zachary I. Semmelman | Associate | 2007 | Bankruptcy | $490 | 1.3 | $637.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $260 | 23.6 | $6,136.00 |
| Arun J. Mohan | Associate | 2014 | Bankruptcy | $260 | 0.6 | $156.00 |
| Total | | | | | 153.1 | $77,684.00 |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235 | 68.1 | $16,003.50 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235 | 11.3 | $2,655.50 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235 | 2.5 | $587.50 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $235 | 4.8 | $1,128.00 |
| Daniel D. White | Tech./Trial Support | 11 | Litigation/MIS | $250 | 2.9 | $725.00 |
| Lesley Morris | Case Management Assistant | 1 | Bankruptcy | $125 | 1.0 | $125.00 |
| Total | | | | | 90.6 | $21,224.50 |

**Total Fees** $98,908.50