# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $911.36 |
| Conference Calling | $321.84 |
| Court Reporter Services | $39.99 |
| Document Retrieval | $837.65 |
| Electronic Legal Research | $564.83 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $23.81 |
| Long distance Telephone Charges | $148.24 |
| Messenger and Delivery Service | $187.61 |
| Overtime | $215.72 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $468.58 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$3,719.63** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $28.71 |
| Conference Calling | $10.14 |
| Court Reporter Services | $1.26 |
| Document Retrieval | $26.39 |
| Electronic Legal Research | $17.80 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.75 |
| Long distance Telephone Charges | $4.67 |
| Messenger and Delivery Service | $5.91 |
| Overtime | $6.80 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $14.76 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$117.19** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $16.27 |
| Conference Calling | $5.75 |
| Court Reporter Services | $0.71 |
| Document Retrieval | $14.95 |
| Electronic Legal Research | $10.08 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.43 |
| Long distance Telephone Charges | $2.65 |
| Messenger and Delivery Service | $3.35 |
| Overtime | $3.85 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $8.37 |
| Room Rental | $0.00 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$66.41** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $0.77 |
| Conference Calling | $0.27 |
| Court Reporter Services | $0.03 |
| Document Retrieval | $0.70 |
| Electronic Legal Research | $0.47 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.02 |
| Long distance Telephone Charges | $0.12 |
| Messenger and Delivery Service | $0.17 |
| Overtime | $0.18 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $0.39 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$3.12** |