## EXHIBIT E

**Detailed Description of Meal Expenses**

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 7/2/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of Kirkland & Ellis monthly fee statement | $15.24 | $15.24 |
| 7/6/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of Deloitte & Touche eleventh and twelfth monthly fee statements and removal motion certification of no objection | $20.03 | $20.03 |
| 7/10/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of omnibus claims objections | $24.48 | $24.48 |
| 7/14/2015 | Manhattan Bagel Company | Breakfast | 6 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 7/16/15 hearing[1] | $11.67 | $70.00 |
| 7/14/2015 | Purebread | Lunch | 6 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 7/16/15 hearing | $29.63 | $177.75 |
| 7/15/2015 | Manhattan Bagel Company | Breakfast | 6 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 7/16/15 hearing | $13.34 | $80.00 |
| 7/15/2015 | Brew HaHa | Lunch | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 7/16/15 hearing | $10.41 | $156.05 |
| 7/15/2015 | Moveable Feast | Dinner | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 7/16/15 hearing | $24.95 | $374.25 |

---

[1] Although the July 16, 2015 omnibus hearing was ultimately cancelled, a number of estate professionals and/or other representatives had travelled to RL&F's offices to prepare for the July 16, 2015 hearing prior to its cancellation.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/15/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of certifications of no objection regarding McDermott Will & Emery monthly fee statements | $10.39 | $10.39 |
| 7/28/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing Alvarez & Marsal monthly fee statement | $10.39 | $10.39 |
| 7/29/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation and filing of Sidley Austin 7th, 8th, 9th, 10th, 11th, 12th monthly fee statements and 2nd and 3rd interim period fee applications | $18.53 | $18.53 |
| **TOTALS** | | | | | | $957.11 |

2