4

# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Chapter 11 | 1.70 | $ 1,805.00 |
| Governance | .20 | $ 190.00 |
| Plan and Disclosure | 97.70 | $ 101,135.00 |
| Intercompany Claims | 14.60 | $ 14,570.00 |
| Employment and Fee Applications | 2.60 | $ 2,800.00 |
| Non-working Travel | 8.00 | $ 3,800.00 |
| | | |
| TOTAL | **124.80** | **$ 124,300.00** |