## **EXHIBIT B**

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1150 | 51.00 | 58,650.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 950 | 71.60 | 64,220.00 |
| Carl Wedoff | Associate | 2010 | Bankruptcy | 650 | 2.20 | 1,430.00 |
|  |  |  |  | **TOTAL** | **124.80** | **124,300.00** |

NYCorp 3534423v.1

SL1 1385363v1 109285.00005

NEW_YORK\102904.1-MITCHEJA