## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| CLIENT BUSINESS TRANSPORTATION | $2,728.38 |
| LEXIS RESEARCH | $   13.77 |
| TOTAL | $2,742.15 |