# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 8/10/2015 | LEVIN, R.. | PARTNER | AIR/RAIL FARE | 239.10 | Richard Levin, Dallas, Tx, 07/28/2015-07/30/2015, Plan Negotiating Sessions, Air/Rail fare (Economy) |
| 55152-10034 | 8/10/2015 | LEVIN, R. | PARTNER | LODGING | 344.63 | Richard Levin, Dallax, Tx, 07/28/2015-07/30/2015, Plan Negotiating Sessions, Lodging (Economy) |
| 55152-10034 | 8/10/2015 | LEVIN, R. | PARTNER | MEALS | 62.26 | Richard Levin, Dallas, Tx, 07/28/2015-07/30/2015, Plan Negotiating Sessions, Meals |
| 55152-10034 | 8/10/2015 | LEVIN, R. | PARTNER | MEALS | 145.37 | Richard Levin, Dallas, Tx, 07/28/2015-07/30/2015, Plan Negotiating Sessions, Meals |
| 55152-10034 | 8/10/2015 | LEVIN, R. | PARTNER | TAXI/CAR SERVICE | 41.84 | Richard Levin, Dallas, Tx, 07/28/2015-07/30/2015, Plan Negotiating Sessions, Taxi/Car Service |
| 55152-10034 | 8/10/2015 | LEVIN, R. | PARTNER | TAXI/CAR SERVICE | 30.00 | Richard Levin, Dallas, Tx, 07/28/2015-07/30/2015, Plan Negotiating Sessions, Taxi/Car Service |
| 55152-10034 | 8/10/2015 | LEVIN, R.. | PARTNER | AIR/RAIL FARE | 359.00 | Richard Levin, Dallas, Tx, 07/29/2015, Plan Negotiating Sessions, Air/Rail fare (Economy) |
| 55152-10034 | 8/27/2015 | LAZAR, V. | PARTNER | AIRFARE | 536.20 | Vincent Lazar, Philadelphia, PA, 08/24/2015 – 08/25/2015, Hearing, Airfare (Economy) |
| 55152-10034 | 8/27/2015 | LAZAR, V. | PARTNER | AIRFARE | 200.00 | Vincent Lazar, Philadelphia, PA, 08/24/2015 – 08/25/2015, Hearing, Airfare (Economy) |
| 55152-10034 | 8/27/2015 | LAZAR, V. | PARTNER | LODGING | 380.00 | Vincent Lazar, Philadelphia, PA, 08/24/2015 – 08/25/2015, Hearing, Lodging |
| 55152-10034 | 8/27/2015 | LAZAR, V. | PARTNER | MEALS | 305.00 | Vincent Lazar, Philadelphia, PA, 08/24/2015 – 08/25/2015, Hearing, Meals |
| 55152-10034 | 8/27/2015 | LAZAR, V. | PARTNER | PARKING | 50.00 | Vincent Lazar, Philadelphia, PA, 08/24/2015 – 08/25/2015, Hearing, Parking |
| 55152-10034 | 8/27/2015 | LAZAR, V. | PARTNER | TAXI/CAR SERVICE | 34.98 | Vincent Lazar, Philadelphia, PA, 08/24/2015 – 08/25/2015, Hearing, Taxi/Car Service |
| 55152-10034 | 8/31/2015 | WEDOFF, C. | ASSOCIATE | LEXIS RESEARCH | 13.77 | Lexis Research |

NYCorp 3534423v.1

SL1 1385363v1 109285.00005

NEW_YORK\102904.1-MITCHEJA