# EXHIBIT A

## Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | 3.0 | $1,555.00 |
| CASE ADMINISTRATION/GENERAL MATTERS | 1.1 | $603.50 |
| COMMUNICATIONS WITH PROFESSIONALS | 0.6 | $417.00 |
| FEE APPLICATIONS – OTHERS | 6.9 | $2,918.50 |
| FEE APPLICATIONS – S&L | 9.4 | $3,496.00 |
| HEARINGS | 11.7 | $8,131.50 |
| PLANS OF REORGANIZATION & DISCLOSURE STMT | 1.1 | $764.50 |
| PLEADINGS, MOTIONS & BRIEFS | 5.6 | $3,839.00 |
| **TOTAL** | **39.4** | **$21,725.00** |