## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|:---:|
| COMPUTER RESEARCH – PACER | $3.00 |
| COURT CALL APPEARANCES | $265.00 |
| DOCUMENT REPRODUCTION | $49.90 |
| **TOTAL** | **$317.90** |

SL1 1385015v1 109285.00006