# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 8/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/5/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 8/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/5/15 | DOCUMENT REPRODUCTION | $8.20 |
| 109285-00002 | 8/6/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 8/6/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/6/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/6/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 8/10/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 8/10/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00002 | 8/12/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 8/12/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 8/13/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 8/13/15 | DOCUMENT REPRODUCTION | $2.40 |
| 109285-00002 | 8/13/15 | DOCUMENT REPRODUCTION | $1.20 |
| 109285-00002 | 8/13/15 | DOCUMENT REPRODUCTION | $1.20 |
| 109285-00002 | 8/13/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/14/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/14/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 8/14/15 | DOCUMENT REPRODUCTION | $2.80 |
| 109285-00002 | 8/14/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 8/14/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/14/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/14/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/14/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/14/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/14/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/14/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 8/14/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 8/17/15 | DOCUMENT REPRODUCTION | $0.10 |

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 8/19/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/19/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 8/19/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 8/19/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 8/19/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/19/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/19/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 8/19/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 8/19/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/19/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/21/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 8/21/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/21/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/21/15 | DOCUMENT REPRODUCTION | $1.40 |
| 109285-00002 | 8/21/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00002 | 8/21/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/21/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/21/15 | DOCUMENT REPRODUCTION | $2.00 |
| 109285-00002 | 8/21/15 | DOCUMENT REPRODUCTION | $1.00 |
| 109285-00002 | 8/21/15 | DOCUMENT REPRODUCTION | $1.70 |
| 109285-00002 | 8/21/15 | DOCUMENT REPRODUCTION | $0.60 |
| 109285-00002 | 8/24/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/24/15 | DOCUMENT REPRODUCTION | $1.50 |
| 109285-00002 | 8/24/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/24/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 8/24/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 8/24/15 | DOCUMENT REPRODUCTION | $1.50 |
| 109285-00002 | 8/24/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/24/15 | DOCUMENT REPRODUCTION | $3.20 |
| 109285-00002 | 8/24/15 | DOCUMENT REPRODUCTION | $2.30 |
| 109285-00002 | 8/24/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 8/24/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00002 | 8/24/15 | DOCUMENT REPRODUCTION | $1.90 |
| 109285-00002 | 8/24/15 | DOCUMENT REPRODUCTION | $1.50 |
| 109285-00002 | 8/26/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/26/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 8/26/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 8/31/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/31/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/31/15 | DOCUMENT REPRODUCTION | $0.10 |

SL1 1385015v1 109285.00006

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 8/31/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/31/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 8/31/15 | DOCUMENT REPRODUCTION | $1.40 |
| 109285-00002 | 8/18/15 | COURTCALL FEES | $44.00 |
| 109285-00002 | 8/25/15 | COURTCALL FEES | $142.00 |
| 109285-00006 | 8/10/15 | COMPUTER RESEARCH | $3.00 |
| 109285-00002 | 6/25/15 | COURTCALL FEES | $79.00 |
| | | **TOTAL** | **$ 317.90** |

SL1 1385015v1 109285.00006