## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 4756** |

**SUPPLEMENT TO SECOND INTERIM FEE APPLICATION OF BALCH & BINGHAM LLP, SPECIAL COUNSEL TO THE DEBTOR AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM JANUARY 1, 2015 THROUGH AND INCLUDING APRIL 30, 2015**

Balch & Bingham LLP ("Balch"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") in these chapter 11 cases (the "Chapter 11 Cases"), submitted its second interim fee application (the "Fee Application") on June 15, 2015 [D.I. 4756]. Balch supplements its Fee Application by filing a summary of blended hourly rates for timekeepers who billed to non-bankruptcy matters and blended hourly rates for timekeepers who billed to the Debtors during the Fee Period, which is attached hereto as **Exhibit H**.

[*Remainder of page intentionally left blank.*]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13096683v.1

| | |
|---|---|
| Dated: September 30, 2015 | */s/ P. Stephen Gidiere III* |
| | **BALCH &BINGHAM LLP** |
| | P. Stephen Gidiere III |
| | 1901 Sixth Ave. North |
| | Suite 1500 |
| | Birmingham, AL 35203 |
| | Telephone:   (205) 226-8735 |
| | Facsimile:   (205) 488-5694 |
| | Email:   sgidiere@balch.com |
| | |
| | Special Counsel to the Debtors and Debtors in Possession |

2