**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR SERVICE OF**
**NOTICES, PLEADINGS, ORDERS, AND OTHER COURT DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(a) of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Delaware, McCathern, PLLC hereby withdraws its appearance of counsel for Red Ball Oxygen Company ("Red Ball"), a creditor and party-in-interest in the above-styled bankruptcy case (the "Bankruptcy Case"), and that Glast, Phillips & Murray, P.C. hereby enters its appearance as counsel for Red Ball in the Bankruptcy Case, in full substitution for McCathern, PLLC. Pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010 and sections 342 and 1109(b) of the U.S. Bankruptcy Code, Glast, Phillips & Murray, P.C. hereby requests that all notices given or required to be given in the Bankruptcy Case, and all papers served or required to be served in the Bankruptcy Case, be served upon the undersigned at the following address, e-mail, telephone, and fax number:

Glast, Phillips & Murray, P.C.
Attn: Jonathan L. Howell, PLLC
14801 Quorum Drive, Ste. 500
Dallas, Texas 75254
Telephone: (972) 419-8300
Facsimile: (972) 419-8329
E-mail: jhowell@gpm-law.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices and papers referred to in the U.S. Bankruptcy Code and Federal Rules of Bankruptcy Procedure and

additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned additionally requests that the Debtors, the Official Committee of Unsecured Creditors, any other official or *ad hoc* committee of creditors or equity interest holders, all secured creditors of the Debtors, the United States Trustee, all governmental units, their respective counsel, the Clerk of the Court, and all parties filing notices of appearance herein place the foregoing party's name and address on any mailing matrix to be prepared or existing in the Bankruptcy Case.

PLEASE TAKE FURTHER NOTICE that this Notice not intended to be, and shall not constitute, a waiver of strict service in connection with any adversary proceeding related to the Bankruptcy Case, and shall not constitute a waiver of Red Ball's: (i) right to have final orders in non-core matters entered only after a *de novo* review by a U.S. District Court; (ii) right to trial by jury in any proceeding so triable in this Bankruptcy Case or any case, controversy, or proceeding related to the Bankruptcy Case; (iii) right to have the U.S. District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, counterclaims, actions, defenses, setoffs, recoupments to which Red Ball is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Red Ball expressly reserves.

[*Intentionally Left Blank – Signature Page Follows*]

Dated: September 30, 2015

Respectfully submitted,

*/s/ Eric M. Van Horn  (w/ permission)*
Eric M. Van Horn
evanhorn@mccathernlaw.com
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone: (214) 741-2662
Facsimile:  (214) 741-4717

**MCCATHERN, PLLC**

*/s/ Jonathan L. Howell*
Jonathan L Howell, PLLC
jhowell@gpm-law.com
14801 Quorum Drive, Ste. 500
Dallas, Texas 75254
Telephone: (972) 419-8300
Facsimile:  (972) 419-8329

**GLAST, PHILLIPS & MURRAY, P.C.**