## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 6097** |

### NOTICE OF APPEAL

The Bank of New York Mellon ("BNYM"), in its capacity as the PCRB Trustee,[1] and

The Bank of New York Mellon Trust Company, N.A. ("BNYMTC" and, together with BNYM,

"Appellants"), in its capacity as the EFCH 2037 Notes Trustee, creditors in the above-captioned

chapter 11 cases, file this Notice of Appeal pursuant to 28 U.S.C. § 158 and Federal Rules of

Bankruptcy Procedure 8002 and 8003.

The Appellants appeal from the *Order Authorizing the Debtors to Enter into and Perform*

*under the Plan Support Agreement* (D.I. 6097) (the "PSA Order"), which was entered by the

U.S. Bankruptcy Court for the District of Delaware (Sontchi, J) on September 18, 2015. The

PSA Order is a final order from which the Appellants may appeal as a matter of right pursuant to

28 U.S.C. § 158(a)(1). *Century Glove, Inc. v. First American Bank of New York*, 860 F.2d 94,

97-98 (3d Cir. 1988).

The names of all parties to the judgment, order, or decree from which the Appellant

appeals, and the names, addresses, and telephone numbers of their attorneys are as follows:

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the *Order Authorizing the Debtors to Enter into and Perform under the Plan Support Agreement* (D.I. 6097).

| | **Party** | **Attorney** |
|---|---|---|
| 1. | Appellants | REED SMITH LLP<br>Kurt F. Gwynne (No. 3951)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>Email: kgwynne@reedsmith.com<br><br>-and-<br><br>Sarah K. Kam (pro hac vice)<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 549-0284<br>Facsimile: (212) 521-5450<br>Email: skam@reedsmith.com |
| 2. | Andrew R. Vara, Acting United States Trustee | U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. TRUSTEE<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>Email: Richard.Schepacarter@usdoj.gov<br>       Andrea.B.Schwartz@usdoj.gov |

| | Party | Attorney |
|---|---|---|
| 3. | Debtors and Debtors in Possession | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>      defranceschi@rlf.com<br>      madron@rlf.com<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C. (admitted pro hac vice)<br>Stephen E. Hessler (admitted pro hac vice)<br>Brian E. Schartz (admitted pro hac vice)<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: edward.sassower@kirkland.com<br>      stephen.hessler@kirkland.com<br>      brian.schartz@kirkland.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted pro hac vice)<br>Marc Kieselstein, P.C. (admitted pro hac vice)<br>Chad J. Husnick (admitted pro hac vice)<br>Steven N. Serajeddini (admitted pro hac vice)<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>      marc.kieselstein@kirkland.com<br>      chad.husnick@kirkland.com<br>      steven.serajeddini@kirkland.com |

| | Party | Attorney |
|---|---|---|
| 4. | Energy Future Holdings Corp. | O'KELLY ERNST & BIELLI, LLC<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 778-4000<br>Facsimile: (302) 295-2873<br>Email: dklauder@oeblegal.com<br>        sdougherty@oeblegal.com<br><br>-and-<br><br>PROSKAUER ROSE LLP<br>Jeff J. Marwil (admitted pro hac vice)<br>Mark K. Thomas (admitted pro hac vice)<br>Peter J. Young (admitted pro hac vice)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone: (312) 962-3550<br>Facsimile: (312) 962-3551<br>Email: jmarwil@proskauer.com<br>        mthomas@proskauer.com<br>        pyoung@proskauer.com |

| | Party | Attorney |
|---|---|---|
| 5. | Energy Future Intermediate Holding Company LLC | STEVENS & LEE, P.C.<br>Joseph H. Huston, Jr. (No. 4035)<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br>Facsimile: (610) 371-7927<br>Email: jhh@stevenslee.com<br><br>-and-<br><br>CRAVATH, SWAINE AND MOORE LLP<br>Michael A. Paskin, Esq.<br>Trevor M. Broad, Esq.<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>Facsimile: (212) 474-3700<br>Email: mpaskin@cravath.com<br>    tbroad@cravath.com<br><br>-and-<br><br>JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>Facsimile: (212) 891-1699<br>Email: rlevin@jenner.com |

| | Party | Attorney |
|---|---|---|
| 6. | TCEH Debtors | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>David P. Primack (No. 4449)<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>Facsimile: (302) 654-4031<br>Email: dprimack@mdmc-law.com<br><br>-and-<br><br>MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper<br>Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Facsimile: (213) 683-4022<br>Email: Thomas.Walper@mto.com<br>        Seth.Goldman@mto.com |

| | Party | Attorney |
|---|---|---|
| 7. | Consenting TCEH First Lien Creditors | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Pauline K. Morgan (Bar No. 3650)<br>Ryan M. Bartley (Bar No. 4985)<br>Andrew L. Magaziner (Bar No. 5426)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: pmorgan@ycst.com<br>rbartley@ycst.com<br>amagaziner@ycst.com<br><br>-and-<br><br>PAUL, WEISS, RIFKIN, WHARTON & GARRISON LLP<br>Alan W. Kornberg (admitted pro hac vice)<br>Brian S. Hermann (admitted pro hac vice)<br>Jacob A. Adlerstein (admitted pro hac vice)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>Email: akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>jadlerstein@paulweiss.com |

| | Party | Attorney |
|---|---|---|
| 8. | Consenting TCEH Unsecured Noteholders | FOX ROTHSCHILD LLP<br>Jeffrey M. Schlerf (No. 3047)<br>L. John Bird (No. 5310)<br>919 North Market St., Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 654-7444<br>Facsimile: (302) 463-4971<br>Email: jschlerf@foxrothschild.com<br>          lbird@foxrothschild.com<br><br>-and-<br><br>WHITE & CASE LLP<br>J. Christopher Shore (admitted pro hac vice)<br>Gregory M. Starner (admitted pro hac vice)<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>Email: cshore@whitecase.com<br>          gstarner@whitecase.com<br><br>-and-<br><br>Thomas E Lauria (admitted pro hac vice)<br>Matthew C. Brown (admitted pro hac vice)<br>Southeast Financial Center, Suite 4900<br>200 South Biscayne Blvd.<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br>Email: tlauria@whitecase.com<br>          mbrown@whitecase.com |

|    | **Party** | **Attorney** |
|----|-----------|--------------|
| 9. | Consenting TCEH Second Lien Noteholders | ASHBY & GEDDES, P.A.<br>William P. Bowden (#2553)<br>Gregory A. Taylor (#4008)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>Email: WBowden@ashby-geddes.com<br>        GTaylor@ashby-geddes.com<br><br>- and –<br><br>BROWN RUDNICK LLP<br>Edward S. Weisfelner (admitted pro hac vice)<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>Email:  eweisfelner@brownrudnick.com<br><br>- and –<br><br>Jeffrey L. Jonas (admitted pro hac vice)<br>Jeremy B. Coffey (admitted pro hac vice)<br>One Financial Center<br>Boston, Massachusetts 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>Email:  jjonas@brownrudnick.com<br>        jcoffey@brownrudnick.com |

|  | Party | Attorney |
|---|---|---|
| 10. | Hunt-Investor Party | BAKER BOTTS L.L.P.<br>Geoffrey L. Newton<br>C. Luckey McDowell<br>Preston Bernhisel<br>2001 Ross Avenue, Suite 600<br>Dallas, TX 75201<br>Telephone: (214) 953-6500<br>Facsimile: (214) 953-6503<br>Email:  geoffrey.newton@bakerbotts.com<br>        luckey.mcdowell@bakerbotts.com<br>        preston.bernhisel@bakerbotts.com<br><br>-and-<br><br>VINSON & ELKINS LLP<br>Trina H. Chandler<br>Paul E. Heath<br>1001 Fannin Street<br>Houston, TX 77002<br>Telephone: (713) 758-2222<br>Facsimile: (713) 758-2346<br>Email:  tchandler@velaw.com<br>        pheath@velaw.com |
| 11. | Consenting Interest Holder | WACHTELL LIPTON ROSEN & KATZ<br>Richard G. Mason<br>Emil A. Kleinhaus<br>Austin T. Witt<br>51 W. 52nd Street<br>New York, NY 10019<br>Telephone:  (212) 403-1000<br>Facsimile:  (212) 403-2000<br>Email:  RGMason@wlrk.com<br>        EAKleinhaus@wlrk.com<br>        AWitt@wlrk.com |

| | Party | Attorney |
|---|---|---|
| 12. | TCEH Official Committee | MORRISON & FOERSTER LLP<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: jpeck@mofo.com<br>    brettmiller@mofo.com<br>    lmarinuzzi@mofo.com<br>    tgoren@mofo.com<br><br>-and-<br><br>POLSINELLI PC<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email: cward@polsinelli.com<br>    jedelson@polsinelli.com<br>    skatona@polsinelli.com |

| | Party | Attorney |
|---|---|---|
| 13. | The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. | MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail: nramsey@mmwr.com<br>      msheppard@mmwr.com<br>      mfink@mmwr.com<br><br>-and-<br><br>SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>      holleys@sullcrom.com<br>      giuffrar@sullcrom.com<br>      gluecksteinb@sullcrom.com |

| | Party | Attorney |
|---|---|---|
| 14. | American Stock Transfer & Trust Company, LLC, as Indenture Trustee | CROSS & SIMON, LLC<br>Christopher P. Simon (Del. Bar No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>Email: csimon@crosslaw.com<br><br>-and-<br><br>NIXON PEABODY<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>100 Summer Street<br>Boston, MA 02110<br>Telephone: (617) 345-1000<br>Email: adarwin@nixonpeabody.com<br>　　　　rpedone@nixonpeabody.com<br>　　　　eschneider@nixonpeabody.com<br><br>-and-<br><br>Christopher J. Fong<br>437 Madison Avenue<br>New York, NY 10022<br>Telephone: 212-940-3724<br>Facsimile: 855-900-8613<br>Email: cfong@nixonpeabody.com |

| | Party | Attorney |
|---|---|---|
| 15. | UMB Bank, N.A., as Trustee | KLEHR HARRISON HARVEY BRANZBURG LLP<br>Raymond H. Lemisch (No. 4204)919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>E-mail: rlemisch@klehr.com<br><br>-and-<br><br>FOLEY & LARDNER LLP<br>Harold L. Kaplan (admitted pro hac vice)<br>Mark F. Hebbeln (admitted pro hac vice)<br>Lars A. Peterson (admitted pro hac vice)<br>321 North Clark Street, Suite 2800<br>Chicago, 1L 60654-5313<br>Telephone: (312) 832-4500<br>Facsimile: (312) 832-4700<br>Email: hkaplan@foley.com<br>          mhebbeln@foley.com<br>          lapeterson@foley.com<br><br>-and-<br><br>Barry G. Felder (admitted pro hac vice)<br>Jonathan H. Friedman (admitted pro hac vice)<br>90 Park Avenue<br>New York, NY 10016<br>Telephone: (212) 682-7474<br>Facsimile: (212) 687-2329<br>E-mail: bgfelder@foley.com<br>          jfriedman@foley.com<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Ira S. Dizengoff (admitted pro hac vice)<br>Abid Qureshi (admitted pro hac vice)<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: idizengoff@akingump.com |

<table>
<tr><td></td><td></td><td>aqureshi@akingump.com

-and-

Scott L. Alberino (admitted pro hac vice)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email: salberino@akingump.com</td></tr>
</table>

Pursuant to Federal Rule of Bankruptcy Procedure 8003, a copy of the PSA Order is

attached hereto as <u>Exhibit A</u>.  This Notice of Appeal is also accompanied by the prescribed fee.

Dated:  October 1, 2015
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:     */s Kurt F. Gwynne*
        Kurt F. Gwynne (No. 3951)
        1201 Market Street, Suite 1500
        Wilmington, DE 19801
        Telephone: (302) 778-7500
        Facsimile: (302) 778-7575
        Email: kgwynne@reedsmith.com

        -and-

        Sarah K. Kam (*pro hac vice*)
        599 Lexington Avenue
        New York, NY 10022
        Telephone: (212) 549-0284
        Facsimile: (212) 521-5450
        Email: skam@reedsmith.com

        Counsel to The Bank of New York Mellon,
        in its capacity as the PCRB Trustee, and The
        Bank of New York Mellon Trust Company,
        N.A., in its capacity as the EFCH 2037
        Notes Trustee