### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### <u>CERTIFICATE OF SERVICE</u>

I, Kurt F. Gwynne, Esquire, hereby certify that on this 1st day of October, 2015 I caused a true and correct copy of the **NOTICE OF APPEAL** to be served upon the addressees listed on the attached service list via Electronic Mail.

By:     */s Kurt F. Gwynne*

Kurt F. Gwynne (No. 3951)

**SERVICE LIST**

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. TRUSTEE<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone:  (302) 573-6491<br>Facsimile:  (302) 573-6497<br>Email:    Richard.Schepacarter@usdoj.gov<br>        Andrea.B.Schwartz@usdoj.gov<br><br>Andrew R. Vara, Acting United States Trustee | **VIA ELECTRONIC MAIL**<br>RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email:    collins@rlf.com<br>        defranceschi@rlf.com<br>        madron@rlf.com<br><br>Debtors and Debtors in Possession |
| **VIA ELECTRONIC MAIL**<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C. (admitted pro hac vice)<br>Stephen E. Hessler (admitted pro hac vice)<br>Brian E. Schartz (admitted pro hac vice)<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:    edward.sassower@kirkland.com<br>        stephen.hessler@kirkland.com<br>        brian.schartz@kirkland.com<br><br>Debtors and Debtors in Possession | **VIA ELECTRONIC MAIL**<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>James H.M. Sprayregen, P.C. (admitted pro hac vice)<br>Marc Kieselstein, P.C. (admitted pro hac vice)<br>Chad J. Husnick (admitted pro hac vice)<br>Steven N. Serajeddini (admitted pro hac vice)<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:    james.sprayregen@kirkland.com<br>        marc.kieselstein@kirkland.com<br>        chad.husnick@kirkland.com<br>        steven.serajeddini@kirkland.com<br><br>Debtors and Debtors in Possession |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>O'KELLY ERNST & BIELLI, LLC<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone:  (302) 778-4000<br>Facsimile:  (302) 295-2873<br>Email:    dklauder@oeblegal.com<br>          sdougherty@oeblegal.com<br><br>Energy Future Holdings Corp. | **VIA ELECTRONIC MAIL**<br>PROSKAUER ROSE LLP<br>Jeff J. Marwil (admitted pro hac vice)<br>Mark K. Thomas (admitted pro hac vice)<br>Peter J. Young (admitted pro hac vice)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone:  (312) 962-3550<br>Facsimile:  (312) 962-3551<br>Email:    jmarwil@proskauer.com<br>          mthomas@proskauer.com<br>          pyoung@proskauer.com<br><br>Energy Future Holdings Corp. |
| **VIA ELECTRONIC MAIL**<br>STEVENS & LEE, P.C.<br>Joseph H. Huston, Jr. (No. 4035)<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone:  (302) 425-3310<br>Facsimile:  (610) 371-7927<br>Email:    jhh@stevenslee.com<br><br>Energy Future Intermediate Holding Company LLC | **VIA ELECTRONIC MAIL**<br>CRAVATH, SWAINE AND MOORE LLP<br>Michael A. Paskin, Esq.<br>Trevor M. Broad, Esq.<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone:  (212) 474-1760<br>Facsimile:  (212) 474-3700<br>Email:    mpaskin@cravath.com<br>          tbroad@cravath.com<br><br>Energy Future Intermediate Holding Company LLC |
| **VIA ELECTRONIC MAIL**<br>JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone:  (212) 891-1601<br>Facsimile:  (212) 891-1699<br>Email:    rlevin@jenner.com<br><br>Energy Future Intermediate Holding Company LLC | **VIA ELECTRONIC MAIL**<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>David P. Primack (No. 4449)<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone:  (302) 300-4515<br>Facsimile:  (302) 654-4031<br>Email:    dprimack@mdmc-law.com<br><br>TCEH Debtors |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper<br>Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone:  (213) 683-9100<br>Facsimile:  (213) 683-4022<br>Email:    Thomas.Walper@mto.com<br>             Seth.Goldman@mto.com<br><br>TCEH Debtors | **VIA ELECTRONIC MAIL**<br>YOUNG CONAWAY STARGATT &<br>TAYLOR<br>LLP<br>Pauline K. Morgan (Bar No. 3650)<br>Ryan M. Bartley (Bar No. 4985)<br>Andrew L. Magaziner (Bar No. 5426)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:      pmorgan@ycst.com<br>                rbartley@ycst.com<br>                amagaziner@ycst.com<br><br>Consenting TCEH First Lien Creditors |
| **VIA ELECTRONIC MAIL**<br>PAUL, WEISS, RIFKIN, WHARTON &<br>GARRISON LLP<br>Alan W. Kornberg (admitted pro hac vice)<br>Brian S. Hermann (admitted pro hac vice)<br>Jacob A. Adlerstein (admitted pro hac vice)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone:  (212) 373-3000<br>Facsimile:  (212) 757-3990<br>Email:    akornberg@paulweiss.com<br>             bhermann@paulweiss.com<br>             jadlerstein@paulweiss.com<br><br>Consenting TCEH First Lien Creditors | **VIA ELECTRONIC MAIL**<br>FOX ROTHSCHILD LLP<br>Jeffrey M. Schlerf (No. 3047)<br>L. John Bird (No. 5310)<br>919 North Market St., Suite 300<br>Wilmington, DE 19801<br>Telephone:  (302) 654-7444<br>Facsimile:  (302) 463-4971<br>Email:      jschlerf@foxrothschild.com<br>                lbird@foxrothschild.com<br><br>Consenting TCEH Unsecured Noteholders |
| **VIA ELECTRONIC MAIL**<br>WHITE & CASE LLP<br>J. Christopher Shore (admitted pro hac vice)<br>Gregory M. Starner (admitted pro hac vice)<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  (212) 819-8200<br>Facsimile:  (212) 354-8113<br>Email:    cshore@whitecase.com<br>             gstarner@whitecase.com<br><br>Consenting TCEH Unsecured Noteholders | **VIA ELECTRONIC MAIL**<br>WHITE & CASE LLP<br>Thomas E Lauria (admitted pro hac vice)<br>Matthew C. Brown (admitted pro hac vice)<br>Southeast Financial Center, Suite 4900<br>200 South Biscayne Blvd.<br>Miami, FL 33131<br>Telephone:  (305) 371-2700<br>Facsimile:  (305) 358-5744<br>Email:      tlauria@whitecase.com<br>                mbrown@whitecase.com<br><br>Consenting TCEH Unsecured Noteholders |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>ASHBY & GEDDES, P.A.<br>William P. Bowden (#2553)<br>Gregory A. Taylor (#4008)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>Email:    WBowden@ashby-geddes.com<br>          GTaylor@ashby-geddes.com<br><br>Consenting TCEH Second Lien Noteholders | **VIA ELECTRONIC MAIL**<br>BROWN RUDNICK LLP<br>Edward S. Weisfelner (admitted pro hac vice)<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>Email:    eweisfelner@brownrudnick.com<br><br>Consenting TCEH Second Lien Noteholders |
| **VIA ELECTRONIC MAIL**<br>Jeffrey L. Jonas (admitted pro hac vice)<br>Jeremy B. Coffey (admitted pro hac vice)<br>One Financial Center<br>Boston, Massachusetts 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>Email:    jjonas@brownrudnick.com<br>          jcoffey@brownrudnick.com<br><br>Consenting TCEH Second Lien Noteholders | **VIA ELECTRONIC MAIL**<br>VINSON & ELKINS LLP<br>Trina H. Chandler<br>Paul E. Heath<br>1001 Fannin Street<br>Houston, TX 77002<br>Telephone: (713) 758-2222<br>Facsimile: (713) 758-2346<br>Email:    tchandler@velaw.com<br>          pheath@velaw.com<br><br>Hunt-Investor Party |
| **VIA ELECTRONIC MAIL**<br>BAKER BOTTS L.L.P.<br>Geoffrey L. Newton<br>C. Luckey McDowell<br>Preston Bernhisel<br>2001 Ross Avenue, Suite 600<br>Dallas, TX 75201<br>Telephone: (214) 953-6500<br>Facsimile: (214) 953-6503<br>Email:    geoffrey.newton@bakerbotts.com<br>          luckey.mcdowell@bakerbotts.com<br>          preston.bernhisel@bakerbotts.com<br><br>Hunt-Investor Party | **VIA ELECTRONIC MAIL**<br>WACHTELL LIPTON ROSEN & KATZ<br>Richard G. Mason<br>Emil A. Kleinhaus<br>Austin T. Witt<br>51 W. 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000<br>Facsimile: (212) 403-2000<br>Email:    RGMason@wlrk.com<br>          EAKleinhaus@wlrk.com<br>          AWitt@wlrk.com<br><br>Consenting Interest Holder |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>MORRISON & FOERSTER LLP<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br>Email:    jpeck@mofo.com<br>             brettmiller@mofo.com<br>             lmarinuzzi@mofo.com<br>             tgoren@mofo.com<br><br>TCEH Official Committee | **VIA ELECTRONIC MAIL**<br>POLSINELLI PC<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone:  (302) 252-0920<br>Facsimile:  (302) 252-0921<br>Email:    cward@polsinelli.com<br>             jedelson@polsinelli.com<br>             skatona@polsinelli.com<br><br>TCEH Official Committee |
| **VIA ELECTRONIC MAIL**<br>MONTGOMERY McCRACKEN WALKER &<br>RHOADS, LLP<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard Mark A. Fink (DE Bar No.<br>3946) 1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone:  (302) 504-7800<br>Facsimile:  (302) 504 -7820<br>E-mail:    nramsey@mmwr.com<br>             msheppard@mmwr.com<br>             mfink@mmwr.com<br><br>The Official Committee of Unsecured Creditors<br>of Energy Future Holdings Corp., Energy Future<br>Intermediate Holding Company LLC, EFIH<br>Finance Inc., and EECI, Inc. | **VIA ELECTRONIC MAIL**<br>SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone:  (212) 558-4000<br>Facsimile:  (212) 558-3588<br>E-mail:    dietdericha@sullcrom.com<br>             holleys@sullcrom.com<br>             giuffrar@sullcrom.com<br>             gluecksteinb@sullcrom.com<br><br>The Official Committee of Unsecured Creditors<br>of Energy Future Holdings Corp., Energy Future<br>Intermediate Holding Company LLC, EFIH<br>Finance Inc., and EECI, Inc. |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>CROSS & SIMON, LLC<br>Christopher P. Simon (Del. Bar No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>Email:   csimon@crosslaw.com<br><br>American Stock Transfer & Trust<br>Company, LLC, as Indenture Trustee | **VIA ELECTRONIC MAIL**<br>NIXON PEABODY<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>100 Summer Street<br>Boston, MA 02110<br>Telephone: (617) 345-1000<br>Email:    adarwin@nixonpeabody.com<br>            rpedone@nixonpeabody.com<br>            eschneider@nixonpeabody.com<br><br>American Stock Transfer & Trust<br>Company, LLC, as Indenture Trustee |
| **VIA ELECTRONIC MAIL**<br>NIXON PEABODY<br>Christopher J. Fong<br>437 Madison Avenue<br>New York, NY 10022<br>Telephone: 212-940-3724<br>Facsimile: 855-900-8613<br>Email:    cfong@nixonpeabody.com<br><br>American Stock Transfer & Trust<br>Company, LLC, as Indenture Trustee | **VIA ELECTRONIC MAIL**<br>KLEHR HARRISON HARVEY<br>BRANZBURG LLP<br>Raymond H. Lemisch (No. 4204)919 Market<br>Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>E-mail:   rlemisch@klehr.com |
| **VIA ELECTRONIC MAIL**<br>FOLEY & LARDNER LLP<br>Harold L. Kaplan (admitted pro hac vice)<br>Mark F. Hebbeln (admitted pro hac vice)<br>Lars A. Peterson (admitted pro hac vice)<br>321 North Clark Street, Suite 2800<br>Chicago, 1L 60654-5313<br>Telephone: (312) 832-4500<br>Facsimile: (312) 832-4700<br>Email:    hkaplan@foley.com<br>            mhebbeln@foley.com<br>            lapeterson@foley.com<br><br>UMB Bank, N.A., as Trustee | **VIA ELECTRONIC MAIL**<br>FOLEY & LARDNER LLP<br>Barry G. Felder (admitted pro hac vice)<br>Jonathan H. Friedman (admitted pro hac vice)<br>90 Park Avenue<br>New York, NY 10016<br>Telephone: (212) 682-7474<br>Facsimile: (212) 687-2329<br>E-mail:    bgfelder@foley.com<br>             jfriedman@foley.com<br><br>UMB Bank, N.A., as Trustee |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Ira S. Dizengoff (admitted pro hac vice)<br>Abid Qureshi (admitted pro hac vice)<br>One Bryant Park<br>New York, NY 10036<br>Telephone:  (212) 872-1000<br>Facsimile:  (212) 872-1002<br>Email:    idizengoff@akingump.com<br><br>UMB Bank, N.A., as Trustee | |