# EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 002 | Asset Disposition | 9.20 | $7,989.50 |
| 004 | Avoidance Action Analysis | 50.00 | $37,597.00 |
| 007 | Case Administration | 66.10 | $52,018.50 |
| 008 | Claims Administration and Objections | 54.00 | $41,466.00 |
| 010 | Employee Benefits and Pensions | 0.20 | $185.00 |
| 011 | Employment and Fee Applications | 13.40 | $7,345.50 |
| 014 | Other Litigation | 21.50 | $18,202.50 |
| 015 | Meetings and Communications with Creditors | 66.40 | $59,859.50 |
| 017 | Plan and Disclosure Statement | 709.10 | $637,089.50 |
| 021 | Tax | 177.40 | $143,692.00 |
| 023 | Discovery | 1,955.40 | $566,712.50 |
| 026 | Claims Investigation | 11.80 | $10,145.50 |
| 029 | Other Motions/Applications | 26.30 | $20,262.50 |
| 030 | Schedules and Statements | 1.20 | $900.00 |
| 032 | Time Entry Review | 11.90 | $10,245.00 |
| 034 | Mediation | 4.90 | $5,202.50 |
| **Total Incurred** | | **3,178.80** | **$1,618,913.00** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(10,245.00)** |
| **Total Requested** | | | **$1,608,668.00** |

| Service Description | Amount |
|---|---:|
| Photocopies | $16.70 |
| Travel | $310.00 |
| Online Research – LEXIS | $938.53 |
| Online Research – WESTLAW | $207.90 |
| EDiscovery Fees | $38,793.11 |
| Court Filing Service | $56.00 |
| Business Meals | $875.22 |
| Transportation | $168.08 |
| Online Research – Other Database | $17.78 |
| **Total Requested** | **$41,383.32** |

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

ny-1205955

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $875.00 | 12.30 | $10,762.50 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $925.00 | 175.80 | $162,615.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 75.20 | $97,760.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,100.00 | 58.20 | $64,020.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950.00 | 44.10 | $41,895.00 |
| Marines, Jennifer L. | Partner | 2005 | Business Restructuring & Insolvency | $825.00 | 36.20 | $29,865.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1,025.00 | 46.80 | $47,970.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,075.00 | 155.00 | $166,625.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $895.00 | 17.40 | $15,573.00 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $495.00 | 57.30 | $28,363.50 |
| deMartino, F. Dario | Associate | 2008 | Corporate | $680.00 | 11.20 | $7,616.00 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $680.00 | 12.10 | $8,228.00 |
| Gizaw, Betre M. | Associate | 2011 | Litigation | $585.00 | 18.50 | $10,822.50 |
| Goett, David J. | Associate | 2012 | Tax | $585.00 | 4.90 | $2,866.50 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750.00 | 188.90 | $141,675.00 |
| Lim, Clara | Associate | 2010 | Tax | $635.00 | 65.00 | $41,275.00 |
| Martin, | Associate | 2008 | Business Restructuring | $760.00 | 88.50 | $67,260.00 |

ny-1205955

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Samantha | | | & Insolvency | | | |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $760.00 | 106.80 | $81,168.00 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $495.00 | 285.20 | $141,174.00 |
| Weber, John Thomas | Associate | 2013 | Business Restructuring & Insolvency | $570.00 | 29.20 | $16,644.00 |
| Young, Brennan W. | Associate | 2014 | Tax | $440.00 | 8.90 | $3,916.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,095.00 | 11.30 | $12,373.50 |
| Froelich, Edward L. | Of Counsel | 1994 | Tax | $885.00 | 2.50 | $2,212.50 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $800.00 | 64.60 | $51,680.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Curtis, Michael E. | Senior Paralegal | 14.5 years | Litigation | $345.00 | 15.10 | $5,209.50 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $320.00 | 17.80 | $5,696.00 |
| Braun, Danielle | Paralegal | 2 years | Business Restructuring & Insolvency | $300.00 | 5.30 | $1,590.00 |
| Cusa, Thomas C. | Temporary Attorney | 2 months | Litigation | $225.00 | 145.80 | $32,805.00 |
| Hou, Timothy | Temporary Attorney | 2 months | Litigation | $225.00 | 190.50 | $42,862.50 |
| Jones, Jason D. | Temporary Attorney | 4 months | Litigation | $225.00 | 213.20 | $47,970.00 |
| Lee, Yumi | Temporary Attorney | 2 months | Litigation | $225.00 | 221.60 | $49,860.00 |
| Ofosu-Antwi, | Temporary Attorney | 2 months | Litigation | $225.00 | 210.00 | $47,250.00 |

ny-1205955

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Elsie J. | | | | | | |
| Pumo, David | Temporary Attorney | 4 months | Litigation | $225.00 | 213.40 | $48,015.00 |
| Spielberg, Philip | Temporary Attorney | 4 months | Litigation | $225.00 | 159.50 | $35,887.50 |
| Thomas, Philip T. | Temporary Attorney | 2 months | Litigation | $225.00 | 210.70 | $47,407.50 |
| **Total Incurred:** | | | | | **3,178.80** | **$1,618,913.00** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | **$(10,245.00)** |
| **Total Requested** | | | | | | **$1,608,668.00** |

# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Photocopies | $16.70 |
| Travel | $310.00 |
| Online Research – LEXIS | $938.53 |
| Online Research – WESTLAW | $207.90 |
| EDiscovery Fees | $38,793.11 |
| Court Filing Service | $56.00 |
| Business Meals | $875.22 |
| Transportation | $168.08 |
| Online Research – Other Database | $17.78 |
| **Total Requested** | **$41,383.32** |

ny-1205955

## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

ny-1205955

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas 75201

**Taxpayer ID #**
Invoice Number: 5465626
Invoice Date: September 30, 2015

Client/Matter Number: 073697-0000001

Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:          BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through July 31, 2015*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 41,383.32 |
| **Total This Invoice** | **41,383.32** |

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS  
Invoice Number: 5465626  
Invoice Date: September 30, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-Jul-15 | Photocopies | 16.70 |
| 31-Jul-15 | On-line Research – LEXIS – (July 1- July 31) | 938.53 |
| 31-Jul-15 | On-line Research – WESTLAW (July 1-July 31) | 207.90 |
| 09-Mar-15 | Travel, agent fee, B. Miller, travel to/from hearing in Delaware, 3/10/15 | 7.00 |
| 09-Mar-15 | Travel, train, B. Miller, travel to hearing in Delaware, 3/10/15 | 179.00 |
| 10-Mar-15 | Travel, train, B. Miller, return travel from hearing in Delaware, 3/10/15 | 124.00 |
| 23-Jul-15 | Local travel, taxi/car service, D. Harris, 7/23/15, 10:34PM | 121.78 |
| 24-Jul-15 | Local travel, taxi/car service, B. Miller, 6/24/15, 10:42PM | 11.00 |
| 28-Jul-15 | Local travel, taxi/car service, B. Miller, 7/28/15, 2:23AM | 15.00 |
| 28-Jul-15 | Local travel, taxi/car service, E. Richards, 7/28/15, 2:40AM | 20.30 |
| 14-May-15 | EDiscovery Fees AQUIPT, equipment rental, May | 7,438.34 |
| 15-Jun-15 | EDiscovery Fees AQUIPT, equipment rental, June | 7,438.34 |
| 08-Jul-15 | EDiscovery Fees EPIQ review user monthly fee | 525.00 |
| 14-Jul-15 | EDiscovery Fees AQUIPT, equipment rental, July | 7,438.34 |
| 31-Jul-15 | EDiscovery Fees IRIS, eDiscovery processing, Relativity hosting and support | 15,953.09 |
| 14-Apr-15 | Court Call, E. Richards, telephonic hearing appearance, 4/14/15 | 56.00 |
| 02-Jul-15 | Business meals, 10 attendees, EFH meeting, 7/2/15 | 70.17 |
| 05-Jul-15 | Local meals, A. Lawrence, 6/24/15, 6:36PM | 20.00 |
| 05-Jul-15 | Business meals, 10 attendees, EFH meeting, 6/23/15 | 118.60 |
| 05-Jul-15 | Business meals, 10 attendees, EFH meeting, 6/26/15 | 165.92 |
| 05-Jul-15 | Business meals, 10 attendees, EFH meeting, 7/1/15 | 175.15 |
| 09-Jul-15 | Business meals, 8 attendees, EFH meeting, 7/9/15 | 160.00 |
| 16-Jul-15 | Business meals, 10 attendees, EFH meeting, 7/16/15 | 165.38 |
| 31-Jul-15 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 22 | 8.89 |
| 31-Jul-15 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 22 | 8.89 |
| | **Current Disbursements** | **41,383.32** |