**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: D.I. 5938** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING NOTICE OF FIRST OMNIBUS ASSUMPTION AND AMENDMENT**
**OF CERTAIN EXECUTORY CONTRACTS AND RELATED RELIEF THERETO**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or any other responsive pleading to the *Notice of First Omnibus Assumption and Amendment of Certain Executory Contracts and Unexpired Leases and Related Relief Thereto* [D.I. 5938] (the "Notice") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), with the United States Bankruptcy Court for the District of Delaware (the "Court") on September 11, 2015.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Notice appears thereon. Pursuant to the Notice, responses to the Notice were to be filed and served no later than **4:00 p.m. (Eastern Daylight Time) on September 25, 2015**. The Debtors therefore respectfully request that the

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

proposed form of order attached hereto as **Exhibit 1**, which is materially in the same form filed with the Motion, be entered at the earliest convenience of the Court.[2]

[*Remainder of page intentionally left blank.*]

[2] The Amended Assumption Schedules attached hereto as **Exhibit A** and **Exhibit B** to **Exhibit 1** have not been modified from the date that they were first filed with the Court and are together referred to as the "Amended Assumption Schedules" in the proposed form of order.

Dated: October 1, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@ rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward A. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:(212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc C. Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:(312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirland.com
steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession