# EXHIBIT 1

## Proposed Form of Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: D.I. 5938 |

### ORDER APPROVING THE ASSUMPTION AND AMENDMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Pursuant to the order approving expedited procedures for the rejection, assumption, or assignment of the Debtors' executory contracts and unexpired leases and granting related relief (the "Procedures Order")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Assumption Notice on each applicable party as set forth in the Amended Assumption Schedules, attached hereto as **Exhibit A** and **Exhibit B**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the assumption of such Contracts or Leases;

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

and due and proper notice of the Individual Assumption Notice having been provided to each applicable counterparty as set forth in the Amended Assumption Schedules, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtors are authorized to assume the Contracts and Leases listed on the Amended Assumption Schedules attached hereto, and the Contracts and Leases are hereby assumed pursuant to section 365 of the Bankruptcy Code.

2. The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Contracts and Leases is hereby final as set forth in the Amended Assumption Schedules.

3. Any claims against the Debtors arising under the Contracts and Leases or any claims contemplated under amendments to or stipulations related to the Contracts and Leases prior to the entry of this Order are forever released, discharged, barred, and enjoined.

4. The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

5. Any amendments to or assignments of a Contract or Lease as set forth in Amended Assumption Schedules are hereby approved pursuant to section 363(b) of the Bankruptcy Code.

6. Assumption, amendment, and/or assignment of the Contracts and Leases and payment of any associated cure amounts does not constitute: (a) an admission by the Debtors that the Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or that the Debtors shall have any liability under the Contract

or Lease, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under any Contract or Lease.

7. Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: October \_\_\_\_\_, 2015
       Wilmington, Delaware

                              THE HONORABLE CHRISTOPHER S. SONTCHI
                              UNITED STATES BANKRUPTCY JUDGE

3

RLF1 13101979v.1

# Exhibit A

## Assumption Schedule

**Exhibit A**

| | Details of Contract (s) | | Counterparty Information | | Amount Required to Cure | Other Information | | |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 1 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 09/01/2012 PLUS AMENDMENTS | B.E. BARNES LP | 3226 FM 1997 N MARSHALL, TX 75670 | $ 16,507.28 | Luminant Mining Company LLC - $16,507.28 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 2 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 08/30/2012 PLUS AMENDMENTS | B.E. BARNES LP | 3226 FM 1997 N MARSHALL, TX 75670 | $ 20,620.10 | Luminant Mining Company LLC - $20,620.10 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 3 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 09/01/2012 PLUS AMENDMENTS | B.E. BARNES LP | 3226 FM 1997 N MARSHALL, TX 75670 | $ 20,207.62 | Luminant Mining Company LLC - $20,207.62 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 4 | Luminant Generation Company LLC | SERVICES AGREEMENT DATED 10/04/2012 PLUS AMENDMENTS | CORE VISUAL INSPECTION SERVICES INC | 5475 HARRISBURG INDUSTRIAL PARK DRIVE HARRISBURG, NC 28075 | $ 78,909.59 | Luminant Generation Company LLC - $78,909.59 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 5 | Luminant Generation Company LLC | SERVICES AGREEMENT DATED 01/02/2014 | CORE VISUAL INSPECTION SERVICES, INC | 5475 HARRISBURG INDUSTRIAL PARK DRIVE HARRISBURG, NC 28075 | $ 14,571.41 | Luminant Generation Company LLC - $14,571.41 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 6 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 03/01/2012 PLUS AMENDMENTS | COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 927.86 | Luminant Mining Company LLC - $927.86 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 7 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 10/12/2012 PLUS AMENDMENTS | COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 11,056.80 | Luminant Mining Company LLC - $11,056.80 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 8 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/01/2013 PLUS AMENDMENTS | COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 205,037.66 | Luminant Mining Company LLC - $205,037.66 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 9 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | COURTNEY CONSTRUCTION INC. | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 651.78 | Luminant Mining Company LLC - $651.78 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 10 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 10/14/2013 | COURTNEY CONSTRUCTION INC. | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 130,156.23 | Luminant Mining Company LLC - $130,156.23 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 11 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 05/20/2009 PLUS AMENDMENTS | COURTNEY CONSTRUCTION, INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 90,623.53 | Luminant Mining Company LLC - $90,623.53 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 12 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 05/01/2012 PLUS AMENDMENTS | COURTNEY CONSTRUCTION, INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 45,001.01 | Luminant Mining Company LLC - $45,001.01 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 13 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 05/03/2012 PLUS AMENDMENTS | COURTNEY CONSTRUCTION, INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 170,089.74 | Luminant Mining Company LLC - $170,089.74 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 14 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/20/2020 PLUS AMENDMENTS | COURTNEY CONSTRUCTION, INC. | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 52,454.81 | Luminant Mining Company LLC - $52,454.81 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 15 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/10/2012 PLUS AMENDMENTS | COURTNEY CONSTRUCTION, INC. | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 9,764.80 | Luminant Mining Company LLC - $9,764.80 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 16 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 08/01/2013 PLUS AMENDMENTS | COURTNEY CONSTRUCTION, INC. | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 16,767.28 | Luminant Mining Company LLC - $16,767.28 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 17 | Energy Future Holdings Corporation | MEMORANDUM OF UNDERSTANDING DATED 11/25/2013 | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ 601,087.00 | Luminant Mining Company LLC - $601,087.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 18 | Luminant Big Brown Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 19 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 20 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 21 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 22 | Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Oak Grove Management Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 23 | Luminant Generation Buyers Inc Sandow Power Buyers Inc Luminant Mining Buyers Inc Luminant Big Brown Mining Buyers Inc Oak Grove Management Buyers Inc | Alliance Agreement DATED 01/01/2010 | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Oak Grove Management Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 24 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC. | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 25 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC. | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 26 | Luminant Big Brown Mining Company LLC | SERVICES AGREEMENT DATED 11/02/2012 PLUS AMENDMENTS | J & S CONSTRUCTION LLC | P.O. BOX 400 BUFFALO, TX 75831 | $ 228,241.00 | Luminant Big Brown Mining Company LLC - $19,218.21  Luminant Mining Company LLC - $209,022.79 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 27 | Luminant Mining Company LLC Luminant Big Brown Mining Company LLC Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 02/05/2002 PLUS AMENDMENTS | KHA GEOLOGICS, LLC | 4202 SAINT MICHAEL'S COURT SUGARLAND, TX 77479 | $ 51,000.00 | Luminant Mining Company LLC - $51,000.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 28 | Oak Grove Management Company LLC | SLURRY SUPPLY AND GYPSUM CONTRAC | NEW NGC, INC. D/B/A NATIONAL GYPSUM CO. | 2001 REXFORD ROAD CHARLOTTE, NC 28211 | $ - | Oak Grove Management Company LLC - $0.00 | | Upon entry of the Order |
| 29 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 06/26/2012 PLUS AMENDMENTS | PERFORMANCE CONTRACTING INC. | 16047 WEST 110TH STREET LENEXA, KS 66219 | $ 1,864.22 | Luminant Mining Company LLC - $1,864.22 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 30 | Luminant Generation Company LLC Oak Grove Management Company LLC Sandow Power Company LLC | SERVICES AGREEMENT DATED 07/08/2011 PLUS AMENDMENTS | PERFORMANCE CONTRACTING, INC. | 4851 HOMESTEAD, SUITE 102 HOUSTON, TX 77028 | $ 294,940.04 | Luminant Generation Company LLC - $33,343.68  Oak Grove Management Company LLC - $197,654.53  Sandow Power Company LLC - $63,941.83 | Claims reduced, economics improved and contract extended | Upon entry of the Order |

**Exhibit A**

| | Details of Contract (s) | | Counterparty Information | | | Other Information | | |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 31 | Luminant Generation Company LLC / Oak Grove Management Company LLC / Sandow Power Company LLC | STANDARD BLANKET FOR SERVICES DATED 10/03/2008 | PERRY AND PERRY BUILDERS INC | P O BOX 1048 ROCKDALE, TX 76567 | $ 63,488.00 | Luminant Mining Company LLC - $63,488.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 32 | Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 08/19/2013 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS INC | P O BOX 1048 ROCKDALE, TX 76567 | $ - | Oak Grove Management Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 33 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS INC | P O BOX 1048 ROCKDALE, TX 76567 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 34 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 07/02/2012 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS INC | P O BOX 1048 ROCKDALE, TX 76567 | $ 63,488.00 | Luminant Mining Company LLC - $63,488.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 35 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 07/22/2013 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS INC | P O BOX 1048 ROCKDALE, TX 76567 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 36 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 11/20/2013 | PERRY AND PERRY BUILDERS, INC. | P O BOX 1048 ROCKDALE, TX 76567 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 37 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/25/2013 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS, INC. | P O BOX 1048 ROCKDALE, TX 76567 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 38 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 04/05/2013 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS, INC. | P O BOX 1048 ROCKDALE, TX 76567 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 39 | Luminant Big Brown Mining Company LLC | SERVICES AGREEMENT DATED 03/11/2013 PLUS AMENDMENTS | RUTHERFORD EQUIPMENT SERVICES LLC | 3213 HICKORY COURT BEDFORD, TX 76021 | $ - | Luminant Big Brown Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 40 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | RUTHERFORD EQUIPMENT SERVICES LLC | 3213 HICKORY COURT BEDFORD, TX 76021 | $ 20,284.00 | Luminant Mining Company LLC - $20,284.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 41 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/01/2013 PLUS AMENDMENTS | RUTHERFORD EQUIPMENT SERVICES LLC | 3213 HICKORY COURT BEDFORD, TX 76021 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 42 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/01/2013 PLUS AMENDMENTS | RUTHERFORD EQUIPMENT SERVICES LLC | 3213 HICKORY COURT BEDFORD, TX 76021 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 43 | Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 02/22/2013 PLUS AMENDMENTS | RUTHERFORD EQUIPMENT SERVICES LLC | 3213 HICKORY COURT BEDFORD, TX 76021 | $ - | Oak Grove Management Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 44 | Luminant Generation Company LLC | SERVICES AGREEMENT DATED 07/15/2012 PLUS AMENDMENTS PLUS STATEMENTS OF WORK | TELEDYNE | 513 MILL ST. MARION, MA 2738 | $ 54,672.72 | Luminant Generation Company LLC - $54,672.72 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 45 | Luminant Generation Company LLC / Oak Grove Management Company LLC / Sandow Power Company LLC | SERVICES AGREEMENT DATED 03/15/1994 PLUS AMENDMENTS | VEOLIA ENVIRONMENTAL SERVICES | P.O. BOX 1099 HWY 77 SOUTH ROCKDALE, TX 76567 | $ 141,000.00 | Luminant Generation Company LLC - $140,110.00 / Oak Grove Management Company LLC - $890.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |

# Exhibit B

## Assumption and Assignment Schedule

**Exhibit B**

| | Details of Contract(s) to Be Assumed | | Assumption Counterparty Information | | Other Information | | |
|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Assignment | Amount Required to Cure Default Thereunder, if any | Assumption Date |
| 1 | TXU SEM Company | Software license and support agreement dated 03/31/2005 | Bentley Systems Incorporated | 685 Stockton Drive Exton, PA 19341 | Oncor Electric Delivery Company LLC | $ 9,787.44 | Upon entry of the Order |
| 2 | TXU SEM Company | No. of Licenses: 85 Product Name: MicroStation SELECT Subscription Part Number: 1003 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 3 | TXU SEM Company | No. of Licenses: 15 Product Name: Bentley Descartes for MS SELECT Sub Part Number: 1013 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 4 | TXU SEM Company | No. of Licenses: 1 Product Name: ProjectWise IPlot Mid-Vol Dvr Pack SEL S Part Number: 1548 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 5 | TXU SEM Company | No. of Licenses: 2 Product Name: ProjectWise InterPlot Driver Pack Sub Part Number: 1565 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 6 | TXU SEM Company | No. of Licenses: 2 Product Name: Bentley InRoads SELECT Subscription Part Number: 1592 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 7 | TXU SEM Company | No. of Licenses: 2 Product Name: ProjectWise Integration Server SELECT Su Part Number: 1635 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 8 | TXU SEM Company | No. of Licenses: 2 Product Name: ProjectWise Web Server SELECT Sub Part Number: 1636 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 9 | TXU SEM Company | No. of Licenses: 1 Product Name: ProjectWise Web View Server SELECT Sub Part Number: 1678 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 10 | TXU SEM Company | No. of Licenses: 45 Product Name: Bentley I/RAS B SELECT Subscription Part Number: 1694 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 11 | TXU SEM Company | No. of Licenses: 4 Product Name: ProjectWise InterPlot Server SELECT Sub Part Number: 1949 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 12 | TXU SEM Company | No. of Licenses: 2 Product Name: ProjectWise Publishing Server SELECT Sub Part Number: 2198 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 13 | TXU SEM Company | No. of Licenses: 291 Product Name: Bentley CONNECTIONS Passport SELECT Subs Part Number: 3722 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ - | Upon entry of the Order |
| 14 | TXU SEM Company | No. of Licenses: 440 Product Name: MicroStation SELECT Subscription Part Number: 1003 | Bentley Systems Incorporated | John Kelley (Robert Hancock) 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Distribution | $ - | Upon entry of the Order |
| 15 | TXU SEM Company | No. of Licenses: 1 Product Name: Bentley InterPlot Server SELECT Sub Part Number: 1570 | Bentley Systems Incorporated | John Kelley (Robert Hancock) 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Distribution | $ - | Upon entry of the Order |
| 16 | TXU SEM Company | No. of Licenses: 300 Product Name: Bentley I/RAS B SELECT Subscription Part Number: 1694 | Bentley Systems Incorporated | John Kelley (Robert Hancock) 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Distribution | $ - | Upon entry of the Order |
| 17 | TXU SEM Company | No. of Licenses: 3 Product Name: Bentley CONNECTIONS Passport SELECT Subs Part Number: 3722 | Bentley Systems Incorporated | John Kelley (Robert Hancock) 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Distribution | $ - | Upon entry of the Order |
| 18 | EFH Corporate Services Company | Software license and support agreement | CA Technologies | One CA Plaza Islandia, NY 11749 | Oncor Electric Delivery Company LLC | $ 27,324.90 | Upon entry of the Order |
| 19 | EFH Corporate Services Company | No. of Licenses: 65 Product Name: CA Workload Automation Agent DE | CA Technologies | One CA Plaza Islandia, NY 11749 | Oncor Electric Delivery Company LLC | $ - | Upon entry of the Order |
| 20 | EFH Corporate Services Company | No. of Licenses: 30 Product Name: CA Workload Automation Agent DE | CA Technologies | One CA Plaza Islandia, NY 11749 | Oncor Electric Delivery Company LLC | $ - | Upon entry of the Order |