# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JudyF | Date Created: 10/1/2015 |
| Case: 14−10979−CSS | Form ID: van440 | Total: 24 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
    Seth Goldman

                                        TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty      Andrea Beth Schwartz    U.S. Department of Justice – Office of the U.S. Trustee    U.S. Federal Office Building    201 Varick Street, Rm 1006    New York, NY 10065

aty      Barry G. Felder    Foley & Lardner LLP    90 Park Avenue    New York, NY 10016−1314

aty      Ira S. Dizengoff    Akin Gump Strauss Hauer & Feld LLP    One Bryant Park    New York, NY 10036

aty      Jonathan H. Friedman    Foley & Lardner LLP    90 Park Avenue    New York, NY 10016

aty      Richard L. Schepacarter    Office of the United States Trustee    U. S. Department of Justice    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801

aty      Scott Alberino    Akin Gump Strauss Hauer & Feld LLP    1333 New Hampshire Avenue, NW    Washington, DC 20036

        James H.M. Sprayregen,    300 North LaSalle    Chicago, IL 60654

        Chad J. Husnick    300 North LaSalle    Chicago, IL 60654

        David M. Klauder    901 N. Market Street    Suite 1000    Wilmington, de 19801

        Shannon J. Dougherty    901 N. Market Street, Suite 1000    Wilmington, DE 19801

        Jeff J. Marwil    Three First National Plaza    70 W. Madison Street, Suite 3800    Chicago, IL 60602

        Peter J. Young    Three First National Plaza    70 W. Madison Street, Suite 3800    Chicago, IL 60602

        Joseph H. Huston, Jr.    1105 North Market Street, Suite 700    Wilmington, DE 19801

        Michael A. Paskin    825 Eighth Avenue    New York, NY 10019

        Andrew L. Magaziner    1000 North King Street    Wilmington, DE 19801

        Geoffrey L. Newton    2001 Ross Avenue, Suite 600    Dallas, TX 75201

        C. Luckey McDowell    2001 Ross Avenue, Suite 600    Dallas, TX 75201

        Preston Bernhisel    2001 Ross Avenue, Suite 600    Dallas, TX 75201

        Trina H. Chandler    1001 Fannin Street    Houston, TX 77002

        Paul E. Heath    1001 Fannin Street    Houston,, TX 77002

        Christopher P. Simon    1105 North Market Street, Suite 901    Wilmington,, DE 19801

        Mark F. Hebbeln    321 North Clark Street, Suite 2800    Chicago, IL 60654

        Abid Qureshi    One Bryant Park    New York, NY 10036

                                        TOTAL: 23