IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § § § § § § § | CASE NO. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.* | | CHAPTER 11 |
| DEBTORS. | | (Jointly Administered) |

## STATEMENT OF COUNSEL UNDER RULE 2019

1. Jackson Walker L.L.P. ("JW"), attorneys for the below listed parties, makes the following statement pursuant to Bankruptcy Rule 2019.

2. On April 29, 2014, the Debtors filed voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The cases are jointly administered under Case No. 14-10979 (CSS) (the "EFH Bankruptcy Case").

3. JW is bankruptcy counsel to two creditors in the EFH Bankruptcy Case: (i) Holt Texas LTD, d/b/a Holt Cat, and (ii) Milam County Appraisal District (the "JW Group"). Collectively, the JW Group's claims exceed $500,000.00. The claims are otherwise unrelated.

4. Holt Texas LTD, d/b/a Holt Cat is currently serving as the Co-Chair for the Official Committee of Unsecured Creditors.

5. On or about April 30, 2014, JW began representing the Holt Texas LTD, d/b/a Holt Cat in connection with the EFH Bankruptcy Case, including as counsel to the Co-Chair of the Official Committee of Unsecured Creditors of TCEH.

6. On or about September 1, 2015, JW began representing the Milam County Appraisal District in connection with an ad valorem tax dispute initiate by the Debtors.

7. JW will bill each member of the JW Group directly and all services will be charged on a hourly basis.

8. JW does not own, nor has it ever owned, any claim against the Debtors in these cases. JW does not own, nor has it owned, and equity securities of the Debtors.

9. Each member of the JW Group has consented to the multiple representation by JW described herein.

DATED: October 1, 2015.

                                          Respectfully submitted,

                                          **JACKSON WALKER L.L.P.**
                                          901 Main Street, Suite 6000
                                          Dallas, Texas 75202
                                          214-953-6000 – Telephone
                                          214-953-5822 – Facsimile
                                          mblacker@jw.com

                                          By:*/s/ Monica S. Blacker* _____
                                              Monica S. Blacker (*Admitted Pro Hac Vice*)

                                          ATTORNEYS FOR HOLT TEXAS, LTD.
                                          d/b/a HOLT CAT