# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § | CASE NO. 14-10979 (CSS) |
| § | |
| ENERGY FUTURE HOLDINGS CORP., *et al.* § | CHAPTER 11 |
| § | |
| DEBTORS. § | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1ˢᵗ day of October, 2015, a true and correct copy of the Statement of Counsel Under Rule 2019, was served via CM/ECF upon all interested parties listed below and all parties registered for service.

Joseph Charles Barsalona II, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard L. Shepacarter, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

David M. Klauder, Esq.
O'Kelly Ernst & Bielli, LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801

Elizabeth Blakely
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022

Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Justin K. Edelson
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Edward O. Sassower
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

14836772v.1

Epiq Bankruptcy Solutions LLC
www.epiqsystems.com
777 Third Avenue, 12th Floor
New York, NY 10017

                        Respectfully submitted,

                        **JACKSON WALKER L.L.P.**
                        901 Main Street, Suite 6000
                        Dallas, Texas 75202
                        214-953-6000 – Telephone
                        214-953-5822 – Facsimile
                        mblacker@jw.com

                        By:*/s/ Monica S. Blacker* _____
                            Monica S. Blacker (*Admitted Pro Hac Vice*)

14836772v.1