**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, O'Kelly Ernst & Bielli, LLC hereby withdraws its appearance as counsel to Energy Future Holdings Corp. (the "Debtor"), the Debtor in the above-captioned bankruptcy case and that Bielli & Klauder, LLC hereby enters its appearance as counsel to the Debtor in the above-captioned bankruptcy case, in full substitution for O'Kelly Ernst & Bielli, LLC. Pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable laws, Bielli & Klauder, LLC is counsel of record for the Debtor in the above referenced case; and hereby request that copies of all notices and pleading given or filed in this case be given and served upon the following:

David M. Klauder, Esquire
Cory P. Stephenson, Esquire
**BIELLI & KLAUDER, LLC**
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
Facsimile: (302) 397-2557
dklauder@bk-legal.com
cstephenson@bk-legal.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above referenced case and all proceedings therein.

**BIELLI & KLAUDER, LLC**

Date: October 1, 2015

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
Cory P. Stephenson (No. 6097)
1204 N. King Street
Wilmington, DE  19801
Telephone: (302) 803-4600
Facsimile: (302) 397-2557
dklauder@bk-legal.com
cstephenson@bk-legal.com

and

**PROSKAUER ROSE LLP**

Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Phone:  (312) 962-3550
Fax:  (312) 962-3551
jmarwil@proskauer.com
mthomas@proskauer.com
pyoung@proskauer.com

*Co-Counsel to the Debtor*
*Energy Future Holdings Corp.*

**O'KELLY ERNST & BIELLI, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst (No. 4788)
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 778-4000
Facsimile: (302) 295-2873
rernst@oeblegal.com

*Withdrawing Counsel to the Debtor*
*Energy Future Holdings Corp.*