## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Chapter 11 General and Administrative | 3.00 | 3,600.00 |
| Plan and Disclosure | 397.60 | 241,604.00 |
| Tax Issues | 15.50 | 16,075.00 |
| Employment and Fee Applications | 1.00 | 1,180.00 |
| **TOTAL** | **417.10** | **$262,459.00** |