## EXHIBIT B

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1200 | 42.50 | 51,000.00 |
| Andrew Needham | Partner | 1995 | Tax | 1200 | 10.50 | 12,600.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1180 | 22.10 | 26,078.00 |
| Trevor Broad | Associate | 2009 | Litigation | 780 | 71.60 | 55,848.00 |
| Allison Wein | Associate | 2011 | Corporate | 710 | 8.80 | 6,248.00 |
| Antje Hagena | Associate | *not admitted | Tax | 695 | 5.00 | 3,475.00 |
| M. Kraus | Litigation Tech Mgr | *not admitted | Technical Litigation Support | 325 | 17.00 | 5,525.00 |
| G. Sant'elia | Disc. Sp. Attny | 1999 | First Department | 465 | 43.20 | 20,088.00 |
| J. Trautmann | Disc. Sp. Attny | 2001 | First Department | 465 | 55.70 | 25,900.50 |
| M. Wheeler | Disc. Sp. Attny | 2003 | First Department | 465 | 63.30 | 29,434.50 |
| K. Dodson-Dobson | Doc Rev Attorney | 2005 | First Department | 340 | 76.80 | 26,112.00 |
| Colin Sylvester | Litigation Support | N/A | Technical Litigation Support | 250 | 0.60 | 150.00 |
| | | | | **TOTAL** | **417.10** | **$262,459.00** |

[[NYCORP:3558907v1:3170F: 09/30/2015--04:54 PM]]
10/01/2015 SL1 1385624v1 109285.00005