## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| TRAVEL | 30.00 |
| GROUND TRANSPORTATION | 113.62 |
| TOTAL | $ 143.62 |

1