**EXHIBIT D**

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 8/25/2015 | TRAUTMANN, JOACHIM F. | DISC. SP. ATTY | GROUND TRANSPORTATION | 56.81 | Inv#1049302 V#LV1EW49192 CTG M5 -BKE TTR 22:42 0.00 Cravath, 825 Eighth Avenue, New York, NY VAN BRUNT, BROOKLYN, NY NONE |
| 011205-00003 | 8/27/2015 | TRAUTMANN, JOACHIM F. | DISC. SP. ATTY | GROUND TRANSPORTATION | 56.81 | Inv#1049302 V#LV1XT3A13F CTG M5 -BKE TRA 22:06 0.00 Cravath, 825 Eighth Avenue, New York, NY VAN BRUNT, BROOKLYN, NY NONE |
| 011205-00003 | 8/29/2015 | DODSON-DOBSON, K | DOC REV ATTY | TRAVEL | 15.00 | PARKING Local TRIP PURPOSE: online review of EFH documents for production RPT ID: 010009414500 |
| 011205-00003 | 8/30/2015 | DODSON-DOBSON, K | DOC REV ATTY | TRAVEL | 15.00 | PARKING Local TRIP PURPOSE: online review of EFH documents for production RPT ID: 010009414500 |
|  |  |  |  |  | 143.62 |  |