# Notice Recipients

District/Off: 0311–1      User: JudyF      Date Created: 10/2/2015
Case: 14–10979–CSS      Form ID: pdfgen      Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Jason M. Madron    madron@rlf.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
       Seth Goldman    355 South Grand Avenue, 35th Floor    Los Angeles, CA 90071

TOTAL: 1