UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979 (CSS)    BK(●) AP(○)

If AP, related BK case number:

**Title of Order Appealed:** Order Authorizing The Debtors To Enter Into And Perform Under The Plan Support Agreement.

**Docket #:** 6097    **Date Entered:** 9/18/2015

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 6245 | Date Filed: | 10/1/2015 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ Cross Appeal | Docket #: | Date Filed: | |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ Record on Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

The Bank of New York Mellon Trust Company, N.A., in its capacity as the EFCh 2037 Notes Trustee, The Bank of New York Mellon, in its capacity as the PCRB Trustee.

**Appellee/Cross Appellee**

Energy Future Holdings Corp. et al

**Counsel for Appellant/Cross Appellant:**

REED SMITH LLP
Kurt F. Gwynne (No. 3951)
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ○ | ● |
| ***If Yes, has District Court assigned a Civil Action Number?** Civil Action Number: | ○ | ● |
| **Record on Appeal** | ○ | ● |

*(continued on next page)*

**Notes:** No designations have been filed to date. See additional attachment for complete list of addresses of the parties.

*I hereby certify that all designated items are available electronically through CM/ECF.*

Date: 10/2/2015                  by: __Judy Fisher_____
                                     **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  15-51

|    | Party | Attorney |
|----|-------|----------|
| 1. | Appellants | REED SMITH LLP<br>Kurt F. Gwynne (No. 3951)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>Email: kgwynne@reedsmith.com<br><br>-and-<br><br>Sarah K. Kam (pro hac vice)<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 549-0284<br>Facsimile: (212) 521-5450<br>Email: skam@reedsmith.com |
| 2. | Andrew R. Vara, Acting United States Trustee | U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. TRUSTEE<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>Email: Richard.Schepacarter@usdoj.gov<br>      Andrea.B.Schwartz@usdoj.gov |

|   | Party | Attorney |
|---|---|---|
| 3. | Debtors and Debtors in Possession | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>    defranceschi@rlf.com<br>    madron@rlf.com<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C. (admitted pro hac vice)<br>Stephen E. Hessler (admitted pro hac vice)<br>Brian E. Schartz (admitted pro hac vice)<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: edward.sassower@kirkland.com<br>    stephen.hessler@kirkland.com<br>    brian.schartz@kirkland.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted pro hac vice)<br>Marc Kieselstein, P.C. (admitted pro hac vice)<br>Chad J. Husnick (admitted pro hac vice)<br>Steven N. Serajeddini (admitted pro hac vice)<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>    marc.kieselstein@kirkland.com<br>    chad.husnick@kirkland.com<br>    steven.serajeddini@kirkland.com |

|    | Party | Attorney |
|----|-------|----------|
| 4. | Energy Future Holdings Corp. | O'KELLY ERNST & BIELLI, LLC<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 778-4000<br>Facsimile: (302) 295-2873<br>Email: dklauder@oeblegal.com<br>       sdougherty@oeblegal.com<br><br>-and-<br><br>PROSKAUER ROSE LLP<br>Jeff J. Marwil (admitted pro hac vice)<br>Mark K. Thomas (admitted pro hac vice)<br>Peter J. Young (admitted pro hac vice)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone: (312) 962-3550<br>Facsimile: (312) 962-3551<br>Email: jmarwil@proskauer.com<br>       mthomas@proskauer.com<br>       pyoung@proskauer.com |

| | Party | Attorney |
|---|---|---|
| 5. | Energy Future Intermediate Holding Company LLC | STEVENS & LEE, P.C.<br>Joseph H. Huston, Jr. (No. 4035)<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br>Facsimile: (610) 371-7927<br>Email: jhh@stevenslee.com<br><br>-and-<br><br>CRAVATH, SWAINE AND MOORE LLP<br>Michael A. Paskin, Esq.<br>Trevor M. Broad, Esq.<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>Facsimile: (212) 474-3700<br>Email: mpaskin@cravath.com<br>       tbroad@cravath.com<br><br>-and-<br><br>JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>Facsimile: (212) 891-1699<br>Email: rlevin@jenner.com |

|    | Party | Attorney |
|----|-------|----------|
| 6. | TCEH Debtors | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>David P. Primack (No. 4449)<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>Facsimile: (302) 654-4031<br>Email: dprimack@mdmc-law.com<br><br>-and-<br><br>MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper<br>Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Facsimile: (213) 683-4022<br>Email: Thomas.Walper@mto.com<br>         Seth.Goldman@mto.com |

|   | Party | Attorney |
|---|---|---|
| 7. | Consenting TCEH First Lien Creditors | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Pauline K. Morgan (Bar No. 3650)<br>Ryan M. Bartley (Bar No. 4985)<br>Andrew L. Magaziner (Bar No. 5426)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: pmorgan@ycst.com<br>      rbartley@ycst.com<br>      amagaziner@ycst.com<br><br>-and-<br><br>PAUL, WEISS, RIFKIN, WHARTON & GARRISON LLP<br>Alan W. Kornberg (admitted pro hac vice)<br>Brian S. Hermann (admitted pro hac vice)<br>Jacob A. Adlerstein (admitted pro hac vice)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>Email: akornberg@paulweiss.com<br>      bhermann@paulweiss.com<br>      jadlerstein@paulweiss.com |

| | Party | Attorney |
|---|---|---|
| 8. | Consenting TCEH Unsecured Noteholders | FOX ROTHSCHILD LLP<br>Jeffrey M. Schlerf (No. 3047)<br>L. John Bird (No. 5310)<br>919 North Market St., Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 654-7444<br>Facsimile: (302) 463-4971<br>Email: jschlerf@foxrothschild.com<br>       lbird@foxrothschild.com<br><br>-and-<br><br>WHITE & CASE LLP<br>J. Christopher Shore (admitted pro hac vice)<br>Gregory M. Starner (admitted pro hac vice)<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>Email: cshore@whitecase.com<br>       gstarner@whitecase.com<br><br>-and-<br><br>Thomas E Lauria (admitted pro hac vice)<br>Matthew C. Brown (admitted pro hac vice)<br>Southeast Financial Center, Suite 4900<br>200 South Biscayne Blvd.<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br>Email: tlauria@whitecase.com<br>       mbrown@whitecase.com |

|   | Party | Attorney |
|---|---|---|
| 9. | Consenting TCEH Second Lien Noteholders | ASHBY & GEDDES, P.A.<br>William P. Bowden (#2553)<br>Gregory A. Taylor (#4008)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>Email: WBowden@ashby-geddes.com<br>         GTaylor@ashby-geddes.com<br><br>- and –<br><br>BROWN RUDNICK LLP<br>Edward S. Weisfelner (admitted pro hac vice)<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>Email: eweisfelner@brownrudnick.com<br><br>- and –<br><br>Jeffrey L. Jonas (admitted pro hac vice)<br>Jeremy B. Coffey (admitted pro hac vice)<br>One Financial Center<br>Boston, Massachusetts 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>Email: jjonas@brownrudnick.com<br>         jcoffey@brownrudnick.com |

|     | Party | Attorney |
|-----|-------|----------|
| 10. | Hunt-Investor Party | BAKER BOTTS L.L.P.<br>Geoffrey L. Newton<br>C. Luckey McDowell<br>Preston Bernhisel<br>2001 Ross Avenue, Suite 600<br>Dallas, TX 75201<br>Telephone: (214) 953-6500<br>Facsimile: (214) 953-6503<br>Email:  geoffrey.newton@bakerbotts.com<br>          luckey.mcdowell@bakerbotts.com<br>          preston.bernhisel@bakerbotts.com<br><br>-and-<br><br>VINSON & ELKINS LLP<br>Trina H. Chandler<br>Paul E. Heath<br>1001 Fannin Street<br>Houston, TX 77002<br>Telephone: (713) 758-2222<br>Facsimile: (713) 758-2346<br>Email:  tchandler@velaw.com<br>          pheath@velaw.com |
| 11. | Consenting Interest Holder | WACHTELL LIPTON ROSEN & KATZ<br>Richard G. Mason<br>Emil A. Kleinhaus<br>Austin T. Witt<br>51 W. 52nd Street<br>New York, NY 10019<br>Telephone:  (212) 403-1000<br>Facsimile:  (212) 403-2000<br>Email:  RGMason@wlrk.com<br>          EAKleinhaus@wlrk.com<br>          AWitt@wlrk.com |

|     | **Party**              | **Attorney**                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
|-----|------------------------|------|
| 12. | TCEH Official Committee | MORRISON & FOERSTER LLP<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: jpeck@mofo.com<br>      brettmiller@mofo.com<br>      lmarinuzzi@mofo.com<br>      tgoren@mofo.com<br><br>-and-<br><br>POLSINELLI PC<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email: cward@polsinelli.com<br>      jedelson@polsinelli.com<br>      skatona@polsinelli.com |

|     | Party | Attorney |
|-----|-------|----------|
| 13. | The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. | MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504-7820<br>E-mail: nramsey@mmwr.com<br>       msheppard@mmwr.com<br>       mfink@mmwr.com<br><br>-and-<br><br>SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       holleys@sullcrom.com<br>       giuffrar@sullcrom.com<br>       gluecksteinb@sullcrom.com |

| | Party | Attorney |
|---|---|---|
| 14. | American Stock Transfer & Trust Company, LLC, as Indenture Trustee | CROSS & SIMON, LLC<br>Christopher P. Simon (Del. Bar No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>Email: csimon@crosslaw.com<br><br>-and-<br><br>NIXON PEABODY<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>100 Summer Street<br>Boston, MA 02110<br>Telephone: (617) 345-1000<br>Email: adarwin@nixonpeabody.com<br>         rpedone@nixonpeabody.com<br>         eschneider@nixonpeabody.com<br><br>-and-<br><br>Christopher J. Fong<br>437 Madison Avenue<br>New York, NY 10022<br>Telephone: 212-940-3724<br>Facsimile: 855-900-8613<br>Email: cfong@nixonpeabody.com |

|  | **Party** | **Attorney** |
|---|---|---|
| 15. | UMB Bank, N.A., as Trustee | KLEHR HARRISON HARVEY BRANZBURG LLP<br>Raymond H. Lemisch (No. 4204)919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>E-mail: rlemisch@klehr.com<br><br>-and-<br><br>FOLEY & LARDNER LLP<br>Harold L. Kaplan (admitted pro hac vice)<br>Mark F. Hebbeln (admitted pro hac vice)<br>Lars A. Peterson (admitted pro hac vice)<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br>Telephone: (312) 832-4500<br>Facsimile: (312) 832-4700<br>Email: hkaplan@foley.com<br>          mhebbeln@foley.com<br>          lapeterson@foley.com<br><br>-and-<br><br>Barry G. Felder (admitted pro hac vice)<br>Jonathan H. Friedman (admitted pro hac vice)<br>90 Park Avenue<br>New York, NY 10016<br>Telephone: (212) 682-7474<br>Facsimile: (212) 687-2329<br>E-mail: bgfelder@foley.com<br>          jfriedman@foley.com<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Ira S. Dizengoff (admitted pro hac vice)<br>Abid Qureshi (admitted pro hac vice)<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: idizengoff@akingump.com |

|  | aqureshi@akingump.com<br><br>-and-<br><br>Scott L. Alberino (admitted pro hac vice)<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br>Email: salberino@akingump.com |
|---|---|