**Exhibit A**

**Assumption Schedule**

EXHIBIT A

| | | Details of Contract (s) | | | | | Other Information | |
| | | | Counterparty Information | | | | | |
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 09/01/2013 PLUS AMENDMENTS | B.E. BARNES LP | 3126 FM 1997 N MARSHALL, TX 75670 | $ 19,507.28 | Luminant Mining Company LLC - $19,507.28 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 2 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 08/30/2012 PLUS AMENDMENTS | B.E. BARNES LP | 3126 FM 1997 N MARSHALL, TX 75670 | $ 20,820.32 | Luminant Mining Company LLC - $20,820.32 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 3 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 05/01/2012 PLUS AMENDMENTS | B.E. BARNES LP | 3126 FM 1997 N MARSHALL, TX 75670 | $ 20,207.62 | Luminant Mining Company LLC - $20,207.62 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 4 | Luminant Generation Company LLC | SERVICES AGREEMENT DATED 10/04/2013 PLUS AMENDMENTS | CORE VISUAL INSPECTION SERVICES INC | 1475 HARRISBURG INDUSTRIAL PARK DRIVE HARRISBURG, NC 28075 | $ 78,909.59 | Luminant Generation Company LLC - $78,909.59 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 5 | Luminant Generation Company LLC | SERVICES AGREEMENT DATED 09/01/2011 PLUS AMENDMENTS | CORE VISUAL INSPECTION SERVICES INC | 1475 HARRISBURG INDUSTRIAL PARK DRIVE HARRISBURG, NC 28075 | $ 19,573.41 | Luminant Generation Company LLC - $19,573.41 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 6 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 05/01/2012 PLUS AMENDMENTS | COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 927.86 | Luminant Mining Company LLC - $927.86 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 7 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 10/11/2013 PLUS AMENDMENTS | COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 31,056.80 | Luminant Mining Company LLC - $31,056.80 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 8 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75639 | $ 205,037.66 | Luminant Mining Company LLC - $205,037.66 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 9 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED | COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75639 | $ 651.78 | Luminant Mining Company LLC - $651.78 | | |
| 10 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 10/19/2013 | COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 130,156.23 | Luminant Mining Company LLC - $130,156.23 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 11 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 06/20/2009 PLUS AMENDMENTS | COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 90,623.53 | Luminant Mining Company LLC - $90,623.53 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 12 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 09/01/2011 PLUS AMENDMENTS | COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 45,001.01 | Luminant Mining Company LLC - $45,001.01 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 13 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 05/01/2011 PLUS AMENDMENTS | COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 570,069.74 | Luminant Mining Company LLC - $570,069.74 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 14 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/30/2010 PLUS AMENDMENTS | COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 52,454.81 | Luminant Mining Company LLC - $52,454.81 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 15 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 9,764.80 | Luminant Mining Company LLC - $9,764.80 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 16 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 08/08/2013 PLUS AMENDMENTS | COURTNEY CONSTRUCTION, INC | ATTN: KARLOS COURTNEY 2617 US HWY 79 NORTH CARTHAGE, TX 75633 | $ 16,767.28 | Luminant Mining Company LLC - $16,767.28 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 17 | Energy Future Holdings Corporation | MEMORANDUM OF UNDERSTANDING DATED 01/25/2015 | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ 601,087.00 | Luminant Mining Company LLC - $601,087.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 18 | Luminant Big Brown Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 19 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 20 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 21 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 22 | Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Oak Grove Management Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 23 | Luminant Generation Company LLC, Sandow Power Buyers Inc, Luminant Mining Buyers Inc, Luminant Big Brown Mining Buyers Inc, Oak Grove Management Buyers Inc | Master Agreement DATED 05/01/2010 | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Oak Grove Management Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 24 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | | Upon entry of the Order |
| 25 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/01/2013 PLUS AMENDMENTS | FLANDERS ELECTRIC INC | 8101 BAUMGART ROAD EVANSVILLE, IN 47725 | $ - | Luminant Mining Company LLC - $0.00 | | Upon entry of the Order |
| 26 | Luminant Big Brown Mining Company LLC | SERVICES AGREEMENT DATED 11/02/2012 PLUS AMENDMENTS | J & S CONSTRUCTION LLC | P.O. BOX 400 BUFFALO, TX 75831 | $ 228,241.00 | Luminant Big Brown Mining Company LLC - $19,216.31 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| | | | | | | Luminant Mining Company LLC - $0.00 | | |
| 27 | Luminant Big Brown Mining Company LLC, Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 01/01/2002 PLUS AMENDMENTS | KHA GEOLOGICS, LLC | 4302 SAINT MICHAEL'S COURT SUGARLAND, TX 77479 | $ 51,000.00 | Luminant Mining Company LLC - $51,000.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 28 | Oak Grove Management Company LLC | SLURRY SUPPLY AND GYPSUM CONTRACT | NEW NGC INC (DBA NATIONAL GYPSUM C) | 2001 REXFORD ROAD CHARLOTTE, NC 28211 | $ - | Oak Grove Management Company LLC - $0.00 | | Upon entry of the Order |
| 29 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 06/30/2013 PLUS AMENDMENTS | PERFORMANCE CONTRACTING INC | 3840 N WAY 1395 NEW STREET URANIA, KS 66219 | $ 1,864.22 | Luminant Mining Company LLC - $1,864.22 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 30 | Luminant Generation Company LLC, Oak Grove Management Company LLC, Sandow Power Company LLC | SERVICES AGREEMENT DATED 01/08/2011 PLUS AMENDMENTS | PERFORMANCE CONTRACTING, INC. | 4851 HOMESTEAD, SUITE 102 HOUSTON, TX 77028 | $ 294,940.00 | Luminant Generation Company LLC - $33,373.68 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| | | | | | | Oak Grove Management Company LLC - $197,654.53 | | |
| | | | | | | Sandow Power Company LLC - $63,941.85 | | |

Exhibit A

| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 31 | Luminant Generation Company LLC; Oak Grove Management Company LLC; Sandow Power Company LLC | STANDARD BLANKET FOR SERVICES DATED 12/15/2008 | PERRY AND PERRY BUILDERS, INC. | P O BOX 1048 ROCKDALE, TX 76567 | $ 63,488.00 | Luminant Generation Company LLC - $63,488.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 32 | Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 06/19/2013 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS, INC. | P.O BOX 1048 ROCKDALE, TX 76567 | $ | Oak Grove Management Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 33 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/16/2013 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS, INC. | P O BOX 1048 ROCKDALE, TX 76567 | $ | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 34 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 07/27/2012 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS, INC. | P O BOX 1048 ROCKDALE, TX 76567 | $ 63,488.00 | Luminant Mining Company LLC - $63,488.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 35 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 07/27/2013 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS, INC. | P O BOX 1048 ROCKDALE, TX 76567 | $ | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 36 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 11/20/2013 | PERRY AND PERRY BUILDERS, INC. | P O BOX 1048 ROCKDALE, TX 76567 | $ | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 37 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/26/2013 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS, INC. | P O BOX 1048 ROCKDALE, TX 76567 | $ | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 38 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 04/05/2013 PLUS AMENDMENTS | PERRY AND PERRY BUILDERS, INC. | P O BOX 1048 ROCKDALE, TX 76567 | $ | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 39 | Luminant Big Brown Mining Company LLC | SERVICES AGREEMENT DATED 01/31/2013 PLUS AMENDMENTS | RUTHERFORD EQUIPMENT SERVICES LLC | 3219 HICKORY COURT BEDFORD, TX 76021 | $ | Luminant Big Brown Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 40 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 01/05/2013 PLUS AMENDMENTS | RUTHERFORD EQUIPMENT SERVICES LLC | 3219 HICKORY COURT BEDFORD, TX 76021 | $ 20,284.00 | Luminant Mining Company LLC - $20,284.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 41 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 03/03/2013 PLUS AMENDMENTS | RUTHERFORD EQUIPMENT SERVICES LLC | 3219 HICKORY COURT BEDFORD, TX 76021 | $ | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 42 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/02/2015 PLUS AMENDMENTS | RUTHERFORD EQUIPMENT SERVICES LLC | 3219 HICKORY COURT BEDFORD, TX 76021 | $ | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 43 | Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 01/22/2013 PLUS AMENDMENTS | RUTHERFORD EQUIPMENT SERVICES LLC | 3219 HICKORY COURT BEDFORD, TX 76021 | $ | Oak Grove Management Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 44 | Luminant Generation Company LLC | SERVICES AGREEMENT DATED 07/15/2012 PLUS AMENDMENTS PLUS STATEMENT OF WORK | VEOLIA | 527 MILL ST MARION, MA 2738 | $ 54,672.72 | Luminant Generation Company LLC - $54,672.72 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 45 | Luminant Generation Company LLC; Oak Grove Management Company LLC; Sandow Power Company LLC | SERVICES AGREEMENT DATED 01/15/1994 PLUS AMENDMENTS | VEOLIA ENVIRONMENTAL SERVICES | P.O. BOX 1049 HWY 77 SOUTH ROCKDALE, TX 76567 | $ 141,000.00 | Luminant Generation Company LLC - $141,110.00; Oak Grove Management Company LLC - $880.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |

**Exhibit B**

**Assumption and Assignment Schedule**

Exhibit B

| | Details of Contract(s) to Be Assumed | | Assumption Counterparty Information | | Other Information | | |
|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Assignment | Amount Required to Cure Default Thereunder, If any | Assumption Date |
| 1 | TXU SEM Company | Software license and support agreement dated 03/31/2005 | Bentley Systems Incorporated | 685 Stockton Drive Exton, PA 19341 | Oncor Electric Delivery Company LLC | $ 9,387.44 | Upon entry of the Order |
| 2 | TXU SEM Company | No. of Licenses: 85 Product Name: MicroStation SELECT Subscription Part Number: 1003 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ | Upon entry of the Order |
| 3 | TXU SEM Company | No. of Licenses: 15 Product Name: Bentley Descartes for MS SELECT Sub Part Number: 1693 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ | Upon entry of the Order |
| 4 | TXU SEM Company | No. of Licenses: 1 Product Name: ProjectWise Pilot Mid Vol Dcv Pack SEL S Part Number: 1548 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ | Upon entry of the Order |
| 5 | TXU SEM Company | No. of Licenses: 2 Product Name: ProjectWise InterPlot Server Pack Sub Part Number: 1565 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ | Upon entry of the Order |
| 6 | TXU SEM Company | No. of Licenses: 2 Product Name: Bentley InRoads SELECT Subscription Part Number: 1592 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ | Upon entry of the Order |
| 7 | TXU SEM Company | No. of Licenses: 2 Product Name: ProjectWise Integration Server SELECT Sub Part Number: 1635 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ | Upon entry of the Order |
| 8 | TXU SEM Company | No. of Licenses: 1 Product Name: ProjectWise Web Server SELECT Sub Part Number: 1676 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ | Upon entry of the Order |
| 9 | TXU SEM Company | No. of Licenses: 1 Product Name: ProjectWise Web View Server SELECT Sub Part Number: 1678 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ | Upon entry of the Order |
| 10 | TXU SEM Company | No. of Licenses: 45 Product Name: Bentley I/RAS B SELECT Subscription Part Number: 1694 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ | Upon entry of the Order |
| 11 | TXU SEM Company | No. of Licenses: 4 Product Name: ProjectWise InterPlot Server SELECT Sub Part Number: 1940 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ | Upon entry of the Order |
| 12 | TXU SEM Company | No. of Licenses: 2 Product Name: ProjectWise Publishing Server SELECT Sub Part Number: 2298 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ | Upon entry of the Order |
| 13 | TXU SEM Company | No. of Licenses: 291 Product Name: Bentley CONNECTIONS Passport SELECT Subs Part Number: 3722 | Bentley Systems Incorporated | Michael Holloway 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Transmission | $ | Upon entry of the Order |
| 14 | TXU SEM Company | No. of Licenses: 440 Product Name: MicroStation SELECT Subscription Part Number: 1003 | Bentley Systems Incorporated | John Kelley (Robert Hancock) 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Distribution | $ | Upon entry of the Order |
| 15 | TXU SEM Company | No. of Licenses: 1 Product Name: Bentley InterPlot Server SELECT Sub Part Number: 1570 | Bentley Systems Incorporated | John Kelley (Robert Hancock) 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Distribution | $ | Upon entry of the Order |
| 16 | TXU SEM Company | No. of Licenses: 300 Product Name: Bentley I/RAS B SELECT Subscription Part Number: 1694 | Bentley Systems Incorporated | John Kelley (Robert Hancock) 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Distribution | | Upon entry of the Order |
| 17 | TXU SEM Company | No. of Licenses: 3 Product Name: Bentley CONNECTIONS Passport SELECT Subs Part Number: 3722 | Bentley Systems Incorporated | John Kelley (Robert Hancock) 115 W. 7th St. Fort Worth, TX 76102-7033 | Oncor Electric Delivery Company - Distribution | $ | Upon entry of the Order |
| 18 | EFH Corporate Services Company | Software license and support agreement | CA Technologies | One CA Plaza Islandia, NY 11749 | Oncor Electric Delivery Company LLC | 27,324.50 | Upon entry of the Order |
| 19 | EFH Corporate Services Company | No. of Licenses: 65 Product Name: CA Workload Automation Agent OE | CA Technologies | One CA Plaza Islandia, NY 11749 | Oncor Electric Delivery Company LLC | $ | Upon entry of the Order |
| 20 | EFH Corporate Services Company | No. of Licenses: 30 Product Name: CA Workload Automation Agent OE | CA Technologies | One CA Plaza Islandia, NY 11749 | Oncor Electric Delivery Company LLC | $ | Upon entry of the Order |