UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) <br><br> Re: D.I. 4732 |

**SUPPLEMENT TO SECOND INTERIM APPLICATION OF SULLIVAN &
CROMWELL LLP AS COUNSEL TO THE EFH OFFICIAL COMMITTEE FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM
JANUARY 1, 2015 THROUGH AND INCLUDING APRIL 30, 2015**

Sullivan & Cromwell LLP ("**S&C**"), counsel for the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. hereby supplements its *Second Interim Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From January 1, 2015 Through and Including April 30, 2015* [Docket No. 4732] as requested by the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").

In response to the U.S. Trustee's request for additional information, attached as **Exhibit A** is S&C's customary and comparable compensation disclosure for S&C professionals and paraprofessionals for the period from January 1, 2015 through and including April 30, 2015.

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

-2-

| | |
|---|---|
| Dated: October 2, 2015 | **SULLIVAN & CROMWELL LLP** |
| | /s/ *Andrew G. Dietderich* |
| | Andrew G. Dietderich<br>Brian D. Glueckstein<br>John L. Hardiman<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, New York  10004<br>Telephone:  (212) 558-4000<br>Facsimile:  (212) 558-3588<br>E-mail:      dietdericha@sullcrom.com<br>                 gluecksteinb@sullcrom.com<br>                 hardimanj@sullcrom.com<br>                 kranzleya@sullcrom.com |
| | *Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC; EFIH Finance Inc.; and EECI, Inc.* |

-3-

# EXHIBIT A

**EXHIBIT A**

| Category | EFH* | | Firm** | |
| --- | --- | --- | --- | --- |
| | January 2015 to April 2015 | | Total Firm Bills Allocated to Non-BK General Domestic Timekeepers May 2014 through April 2015 | |
| | Blended Hourly Rate | % of Total Hours | Blended Hourly Rate | % of Total Hours |
| Partner | 1,166 | 25% | 1,417 | 24% |
| Counsel and Senior Associate [1] | 909 | 27% | 921 | 26% |
| Junior Associate | 600 | 36% | 643 | 44% |
| Non-Lawyer [2] | 156 | 12% | 337 | 6% |
| **All Timekeepers Average** | **776** | **100%** | **880** | **100%** |

[1] Includes Special Counsel, Of Counsel, Sr. Counsel, Practice Area Associate and Senior Associates

[2] Includes Legal Assistant, Legal Analyst, Research Analyst, and EDLS

* Includes No Charged entries on the Case Administration and Time Entry Review projects. Those entries were included on the fee application with a $0 rate
** Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs (bills or collections less than 50% of standard rates).