# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No. 14-10979 (CSS) ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) (Jointly Administered) ) |
| Debtors. | ) Re: D.I. 4964, 5874, 6109 <br>) <u>Objection Deadline</u>:  October 16, 2015<br>) <u>Hearing Date</u>: TBD ) |

## UMB BANK, N.A.'S MOTION FOR LEAVE TO FILE SUR-REPLY TO THE EFIH DEBTORS' REPLY IN SUPPORT OF PARTIAL OBJECTION TO PROOF OF CLAIM NO. 6347 FILED BY THE INDENTURE TRUSTEE FOR THE EFIH UNSECURED NOTES

UMB Bank, N.A., as Indenture Trustee (the "<u>Trustee</u>") for the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 (the "<u>PIK Notes</u>" and such holders, the "<u>PIK Noteholders</u>") and the 9.75% Senior Notes due 2019 (the "<u>Unexchanged Senior Notes</u>" and, together with the PIK Notes, the "<u>EFIH Unsecured Notes</u>"), by and through its undersigned counsel, hereby moves this Court for leave to file a sur-reply (the "<u>Sur-Reply</u>"), attached hereto as <u>Exhibit A</u>, to the *EFIH Debtors' Reply In Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes* [D.I. 6109] (the "<u>Reply</u>"), and, in support thereof, respectfully states as follows:

1. On July 9, 2015, Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (together, the "<u>EFIH Debtors</u>") filed the *EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes* [D.I. 4964] (the "<u>Objection</u>").  The EFIH Debtors objected to two aspects of the Trustee's proof of claim. First, the EFIH Debtors argued that the PIK Noteholders are not entitled to the payment of a "call premium" upon repayment of the PIK Notes (the "<u>Call Premium Objection</u>").  Obj. ¶¶ 32-49.

The Call Premium Objection has since been fully briefed.  Second, the EFIH Debtors argued that the PIK Noteholders are not entitled to postpetition interest at the rate set forth in the indenture governing the PIK Notes, and are instead limited to postpetition interest at the federal judgment rate (the "Postpetition Interest Objection").  Obj. ¶¶ 50-53.

2. The Postpetition Interest Objection consisted of just four paragraphs, spanning approximately one and a half pages, arguing that postpetition interest is limited to the "legal rate" under 11 U.S.C. § 726(a)(5), which they interpret to mean the federal judgment rate.  *Id.*

3. On September 4, 2015, the Trustee filed its *Response of UMB Bank, N.A. to the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes* [D.I. 5874], responding to the Postpetition Interest Objection (the "Response").  Given the brevity of the Postpetition Interest Objection, in the Response, the Trustee expressly reserved all rights to seek leave from the Court to file a sur-reply to the extent that the EFIH Debtors raise new arguments in their Reply.  Response ¶ 67.

4. On September 18, 2015, the EFIH Debtors filed the Reply, a 22-page brief where, for the first time, the EFIH Debtors raised and/or fully articulated most of their substantive arguments in support of the Postpetition Interest Objection.

5. Permission for leave to file a sur-reply is "fully within the court's discretion." *Hess Fence & Supply Co. v. United States Fid. & Guar. Co.*, 2006 U.S. Dist. LEXIS 74369, *5, 2006 WL 3325445 (M.D. Pa. Oct. 12, 2006).  Courts have granted leave to file a sur-reply "if it responds to new evidence, facts, or arguments." *Davis v. Ace Hardware Corp.*, 2014 U.S. Dist. LEXIS 90657 (D. Del. Jul. 2, 2014) (quoting *St. Clair Intellectual Prop. Consultants, Inc. v. Samsung Elecs. Co., Ltd.*, 291 F.R.D. 75 (D. Del. 2013); *see also Walsh v. Irvin Stern's Costumes*, 2006 WL 166509 (E.D. Pa. Jan. 19, 2006).

6.  Here, the Trustee requests leave to file the Sur-Reply, attached as <u>Exhibit A</u>, to respond to arguments raised for the first time by the EFIH Debtors in the Reply. The Trustee submits that its narrowly-tailored Sur-Reply will be helpful to the Court in considering the Postpetition Interest Objection, and the arguments first raised in the Reply.

WHEREFORE, the Trustee respectfully requests that the Court enter an order, substantially in the form attached hereto as <u>Exhibit B</u>, granting the Trustee leave to file the Sur-Reply, attached hereto as <u>Exhibit A</u>.

Dated: October 2, 2015
Wilmington, Delaware

| | |
|---|---|
| **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Ira S. Dizengoff (admitted *pro hac vice*)<br>Abid Qureshi (admitted *pro hac vice*)<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br><br>Scott L. Alberino (admitted *pro hac vice*)<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000 | By: __/s/ Raymond H. Lemisch_____<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Raymond H. Lemisch (No. 4204)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br><br>**FOLEY & LARDNER LLP**<br>Harold L. Kaplan (admitted *pro hac vice*)<br>Mark F. Hebbeln (admitted *pro hac vice*)<br>Lars A. Peterson (admitted *pro hac vice*)<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br>Telephone: (312) 832-4500<br><br>Barry G. Felder (admitted *pro hac vice*)<br>Jonathan H. Friedman (admitted *pro hac vice*)<br>90 Park Avenue<br>New York, NY 10016<br>Telephone: (212) 682-7474 |

*Co-Counsel for UMB BANK, N.A., as Trustee*