**<u>Exhibit B</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 14-10979 (CSS) |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: D.I. ___** |
| | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING UMB BANK, N.A.'S MOTION FOR LEAVE TO FILE SUR-REPLY TO THE EFIH DEBTORS' REPLY IN SUPPORT OF PARTIAL OBJECTION TO PROOF OF CLAIM NO. 6347 FILED BY THE <u>INDENTURE TRUSTEE FOR THE EFIH UNSECURED NOTES</u>**

Upon consideration of *UMB Bank, N.A.'s Motion for Leave to File a Sur-Reply to the EFIH Debtors' Reply In Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes* (the "<u>Motion</u>"),

It is hereby **ORDERED** that the Motion is **GRANTED**.

---
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE