# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Energy Future Holdings Corp.

**Case No.:**14−10979−CSS

**Chapter:**11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

*David D. Bird*

David D. Bird, Clerk of Court

Date: 10/1/15
(VAN−440)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 14-10979-CSS
Energy Future Holdings Corp.                                    Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1        User: JudyF          Page 1 of 21          Date Rcvd: Oct 02, 2015
                           Form ID: pdfgen       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2015.
          +Seth Goldman,   355 South Grand Avenue, 35th Floor,   Los Angeles, CA 90071-3161

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2015 at the address(es) listed below:
          Aaron C Baker    on behalf of Interested Party    Fee Committee acb@pgslaw.com
          Aaron C Baker    on behalf of Attorney    Godfrey & Kahn, S.C. acb@pgslaw.com
          Aaron C Baker    on behalf of Fee Examiner Richard  Gitlin acb@pgslaw.com
          Aaron H Stulman    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
          capacity as successor Indenture Trustee AStulman@ashby-geddes.com
          Aaron S. Applebaum    on behalf of Interested Party    TCEH Debtors Aapplebaum@mdmc-law.com,
          smullen@mdmc-law.com;sshidner@mdmc-law.com
          Adam Hiller    on behalf of Interested Party    Steag Energy Services, Inc. ahiller@hillerarban.com
          Adam G. Landis    on behalf of Interested Party    Alcoa Inc. landis@lrclaw.com,
          adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis    on behalf of Creditor    NextEra Energy Resources, LLC landis@lrclaw.com,
          adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis    on behalf of Interested Party    Marathon Asset Management, LP landis@lrclaw.com,
          adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam Scott Moskowitz    on behalf of Creditor    ASM Capital IV, L.P. asmcapital@aol.com
          Albert Kass    on behalf of Interested Party    Kurtzman Carson Consultants LLC
          ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
          Alessandra Glorioso    on behalf of Creditor    U.S. Bank National Association
          glorioso.alessandra@dorsey.com
          Alexa Kranzley    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
          of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
          Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
          Allison R Axenrod    on behalf of Creditor    Claims Recovery Group LLC
          allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
          Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. adoshi@magnozzikye.com
          Amy Baudler    on behalf of Creditor    Barr Engineering Co. amy@purduelaw.com,
          gpurdue@purduelaw.com;kim@purduelaw.com
          Ana Chilingarishvili    on behalf of Creditor    U.S. Bank National Association
          ana.chilingarishvili@maslon.com
          Andrea Beth Schwartz    on behalf of U.S. Trustee    United States Trustee
          andrea.b.schwartz@usdoj.gov
          Andrew Dietderich    on behalf of Creditor Committee    The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
          Andrew Glenn Devore    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee andrew.devore@ropesgray.com
          Andrew K Glenn    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
          aglenn@kasowitz.com
          Andrew R. Remming    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG
          Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
          rfusco@mnat.com;aconway@mnat.com;mdecari@mnat.com
          Ann M Kashishian    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
          akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ann M Kashishian    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
           Noteholders akashishian@gelaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian    on behalf of Attorney    Chipman Brown Cicero & Cole, LLP akashishian@gelaw.com,
           dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Anna Grace    on behalf of Interested Party    United States on behalf of Environmental Protection
           Agency Anna.E.Grace@usdoj.gov
          Anna Grace    on behalf of Creditor    UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
          Ari David Kunofsky    on behalf of Creditor    UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
           eastern.taxcivil@usdoj.gov
          Arlene Rene Alves    on behalf of Interested Party    Wilmington Trust, N.A. alves@sewkis.com
          Ashley F. Bartram    on behalf of Interested Party    Texas Commission on Environmental Quality
           ashley.bartram@texasattorneygeneral.gov
          Ashley F. Bartram    on behalf of Interested Party    Public Utility Commission of Texas
           ashley.bartram@texasattorneygeneral.gov
          Ashley F. Bartram    on behalf of Interested Party    Railroad Commission of Texas
           ashley.bartram@texasattorneygeneral.gov
          Ashley Robert Altschuler    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
           ashley.altschuler@dlapiper.com
          Ashley Robert Altschuler    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
           ashley.altschuler@dlapiper.com
          Barry G. Felder    on behalf of Creditor    UMB Bank, N.A. bgfelder@foley.com
          Barry G. Felder    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
           bgfelder@foley.com
          Barry M. Klayman    on behalf of Interested Party    J Aron & Company bklayman@cozen.com
          Benjamin Finestone    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
           benjaminfinestone@quinnemanuel.com
          Benjamin Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
           benjaminfinestone@quinnemanuel.com
          Benjamin Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
           benjaminfinestone@quinnemanuel.com
          Benjamin Stewart    on behalf of Creditor    Pinnacle Technical Resources, Inc.
           bstewart@baileybrauer.com
          Benjamin J. Schladweiler    on behalf of Interested Party    Titan Investment Holdings LP
           bschladweiler@seitzross.com
          Bernard Grover Johnson, III    on behalf of Creditor    Milam Appraisal District
           bjohnson@fisherboyd.com
          Bonnie R. Golub    on behalf of Creditor    Evercore Group LLC bgolub@weirpartners.com
          Bradley R. Aronstam    on behalf of Interested Party    Titan Investment Holdings LP
           baronstam@seitzross.com,
           hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
          Brett H. Miller    on behalf of Interested Party    The Official Committee of TCEH Unsecured
           Creditors BMiller@mofo.com
          Brian Schartz    on behalf of Debtor    Energy Future Holdings Corp. bschartz@kirkland.com,
           bschartz@kirkland.com;Michael.slade@kirkland.com;Richard.howell@kirkland.com;Michael.petrino@kirk
           land.com;Rebecca.chaikin@kirkland.com;Lina.kaisey@kirkland.com;Natasha.hwangpo@kirkland.com;Teres
           a.lii@kirkland.com
          Brian Schartz    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
           bschartz@kirkland.com,
           bschartz@kirkland.com;Michael.slade@kirkland.com;Richard.howell@kirkland.com;Michael.petrino@kirk
           land.com;Rebecca.chaikin@kirkland.com;Lina.kaisey@kirkland.com;Natasha.hwangpo@kirkland.com;Teres
           a.lii@kirkland.com
          Brian E Farnan    on behalf of Interested Party    Forest Creek Wind Farm, LLC
           bfarnan@farnanlaw.com, tfarnan@farnanlaw.com
          Brian L. Arban    on behalf of Interested Party    Steag Energy Services, Inc.
           barban@hillerarban.com
          Brian S. Hermann    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
           jadlerstein@paulweiss.com;bhermann@paulweiss.com;adenhoff@paulweiss.com;mtattnall@paulweiss.com;a
           bernstein@paulweiss.com;aehrlich@paulweiss.com;mturkel@paulweiss.com
          Camille C. Bent    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
           CCB@stevenslee.com
          Carla O. Andres    on behalf of Interested Party    Fee Committee candres@gklaw.com,
           kboucher@gklaw.com;shuntema@gklaw.com
          Chad J. Husnick    on behalf of Debtor    Energy Future Holdings Corp. chusnick@kirkland.com
          Chad J. Husnick    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
           chusnick@kirkland.com
          Charles J. Brown    on behalf of Creditor    Anadarko Petroleum Corporation cbrown@gsbblaw.com,
           dabernathy@archerlaw.com
          Charles J. Brown    on behalf of Interested Party    Emerson Network Power Liebert Services
           cbrown@gsbblaw.com, dabernathy@archerlaw.com
          Chester B. Salomon    on behalf of Creditor    Securitas Security Services USA, Inc.
           csalomon@beckerglynn.com, saltreuter@beckerglynn.com
          Christopher A. Ward    on behalf of Attorney    Polsinelli PC cward@polsinelli.com,
           LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Interested Party    The Official Committee of TCEH Unsecured
           Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Christopher A. Ward    on behalf of Financial Advisor    FTI Consulting, Inc. cward@polsinelli.com,
     LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Christopher A. Ward    on behalf of Creditor Committee    The Official Committee of TCEH Unsecured
     Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Christopher A. Ward    on behalf of Attorney    Morrison & Foerster LLP cward@polsinelli.com,
     LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Christopher B. Mosley    on behalf of Creditor    City of Fort Worth
     Chris.Mosley@fortworthtexas.gov,  Sharon.Floyd@fortworthtexas.gov
    Christopher L. Carter    on behalf of Creditor    Pacific Investment Management Co. LLC
     christopher.carter@morganlewis.com,  julia.frost-davies@morganlewis.com
    Christopher M Hayes    on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
     Christopher.hayes@kirkland.com
    Christopher Page Simon    on behalf of Interested Party    American Stock Transfer & Trust Company
     LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
    Christopher R. Belmonte    on behalf of Interested Party    Moody's Analytics, Inc.
     cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
    Colin R. Robinson    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
     crobinson@pszjlaw.com
    Corby Davin Boldissar    on behalf of Interested Party    BP America Production Company
     dboldissar@lockelord.com
    Curtis A Hehn    on behalf of Interested Party    Somervell County Central Appraisal District
     curtishehn@comcast.net
    D. Ross Martin    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
     indenture trustee and collateral rmartin@ropesgray.com
    Dale E. Barney    on behalf of Creditor    Veolia ES Industrial Services, Inc.
     dbarney@gibbonslaw.com
    Daniel A. Fliman    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
     dfliman@kasowitz.com
    Daniel A. O'Brien    on behalf of Creditor    Pacific Investment Management Co. LLC
     daobrien@venable.com
    Daniel J. DeFranceschi    on behalf of Debtor    Eagle Mountain Power Company LLC RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    EFH Renewables Company LLC RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Luminant Generation Company LLC RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Luminant Energy Trading California Company
     RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Valley NG Power Company LLC rbgroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Solutions Company LLC rbgroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Big Brown 3 Power Company LLC RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    EFH Finance (No. 2) Holdings Company
     RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Brighten Holdings LLC RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    DeCordova Power Company LLC RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Lone Star Pipeline Company, Inc.
     defranceschi@rlf.com,  RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Southwestern Electric Service Company, Inc.
     RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
     defranceschi@rlf.com,  RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Martin Lake 4 Power Company LLC RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Power Company LLC RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Generation MT Company LLC defranceschi@rlf.com,
     RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    4Change Energy Holdings LLC RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Texas Energy Industries Company, Inc.
     rbgroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Generation Development Company LLC
     defranceschi@rlf.com,  RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC
     RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
     RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    NCA Resources Development Company LLC
     RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Luminant Mining Company LLC RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Sandow Power Company LLC RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    EFH CG Management Company LLC defranceschi@rlf.com,
     RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Brighten Energy LLC RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Mining Company LLC RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    TXU Receivables Company rbgroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    EFIH Finance Inc. defranceschi@rlf.com,
     RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Generation SVC Company defranceschi@rlf.com,
     RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    EFH Corporate Services Company RBGroup@rlf.com
    Daniel J. DeFranceschi    on behalf of Debtor    Luminant Big Brown Mining Company LLC
     RBGroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Daniel J. DeFranceschi   on behalf of Debtor     EFH CG Holdings Company LP defranceschi@rlf.com,
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     EFH FS Holdings Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Energy Future Intermediate Holding Company LLC
               defranceschi@rlf.com,   RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Monticello 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Big Brown Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Morgan Creek 7 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Collin Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     4Change Energy Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Oak Grove Management Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Lake Creek 3 Power Company LLC
               defranceschi@rlf.com,   RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     DeCordova II Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Texas Power & Light Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Luminant Energy Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     EEC Holdings, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Tradinghouse Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     EFH Australia (No. 2) Holdings Company
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Texas Utilities Electric Company, Inc.
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Texas Competitive Electric Holdings Company LLC
               defranceschi@rlf.com,   RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Luminant Renewables Company LLC
               defranceschi@rlf.com,   RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Luminant Holding Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     TCEH Finance, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     TXU Energy Receivables Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Valley Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Luminant Mineral Development Company LLC
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Big Brown Lignite Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Luminant ET Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Energy Future Holdings Corp. defranceschi@rlf.com,
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     LSGT SACROC, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Lone Star Energy Company, Inc.
               defranceschi@rlf.com,   RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     TXU Electric Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Texas Electric Service Company, Inc.
               rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Dallas Power & Light Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Texas Utilities Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     LSGT Gas Company LLC defranceschi@rlf.com,
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     TXU SEM Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     NCA Development Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     EECI, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     TXU Retail Services Company rbgroup@rlf.com
              Daniel K Bearden   on behalf of Creditor    Carrollton-Farmers Branch ISD bearden@txschoollaw.com,
               coston@txschoollaw.com
              Daniel K. Astin   on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
               jmcmahon@ciardilaw.com
              Daniel K. Astin   on behalf of Creditor    Atmos Energy Corporation dastin@ciardilaw.com,
               jmcmahon@ciardilaw.com
              Daniel K. Hogan   on behalf of Interested Party    Brake Supply Company, Inc. dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party    PI Law Firms dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party    Shirley Fenicle, as Successor-In-Interest to
               the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,  keharvey@dkhogan.com,
               gpalagruto@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party    Fenicle, Shirley, as Successor-In-Interest to
               the Estate of George Fenicle dkhogan@dkhogan.com,  keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party    The Richards Group, Inc. dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel S. Shamah   on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First Lien
               Administrative Agent dshamah@omm.com
              Daniel S. Shamah   on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity as
               First Lien Administrative Agent dshamah@omm.com
              Danielle M. Audette   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders ,
               jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David  Neier   on behalf of Creditor   Chicago Bridge & Iron Company N.V. dneier@winston.com,
           dcunsolo@winston.com
          David B. Anthony   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
           danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   GSO Capital Partners LP danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
           danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   Third Avenue Management LLC danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   Avenue Capital Management II, LP
           danthony@bergerharris.com
          David Daniel Farrell   on behalf of Creditor   Martin Engineering Company
           dfarrell@thompsoncoburn.com
          David Edward Leta   on behalf of Creditor   Headwaters Resources, Inc. dleta@swlaw.com,
           wkalawaia@swlaw.com
          David G. Aelvoet   on behalf of Creditor   Ector CAD davida@publicans.com
          David M. Klauder   on behalf of Debtor   Energy Future Holdings Corp. dklauder@bk-legal.com
          David P. Primack   on behalf of Other Prof.   Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
           sshidner@mdmc-law.com;smullen@mdmc-law.com
          David P. Primack   on behalf of Interested Party   TCEH Debtors dprimack@mdmc-law.com,
           sshidner@mdmc-law.com;smullen@mdmc-law.com
          David P. Primack   on behalf of Interested Party   Energy Future Competitive Holdings Company LLC
           dprimack@mdmc-law.com,  sshidner@mdmc-law.com;smullen@mdmc-law.com
          David P. Primack   on behalf of Interested Party   Texas Competitive Electric Holdings Company
           LLC dprimack@mdmc-law.com,  sshidner@mdmc-law.com;smullen@mdmc-law.com
          David S. Rosner   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
           nAmamoo@kasowitz.com;courtnotices@kasowitz.com
          David W. Carickhoff   on behalf of Interested Party Allen   Shrode dcarickhoff@archerlaw.com,
           mfriedman@archerlaw.com
          Davis Lee Wright   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
           keith-mangan-mmwr-1628@ecf.pacerpro.com
          Deborah L. Thorne   on behalf of Creditor   GATX Corporation dthorne@btlaw.com,
           kbruhnke@btlaw.com
          Dennis  Dunne, Esq.   on behalf of Interested Party   CITIBANK, N.A. ddunne@millbank.com
          Dennis L. Jenkins   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
           indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
          Derek C. Abbott   on behalf of Interested Party   TPG Capital, L.P. dabbott@mnat.com,
           rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Desiree M. Amador   on behalf of Creditor   Pension Benefit Guaranty Corporation
           amador.desiree@pbgc.gov,  efile@pbgc.gov
          Diane W. Sanders   on behalf of Creditor   Lee County austin.bankruptcy@publicans.com
          Diane W. Sanders   on behalf of Creditor   Walnut Springs ISD austin.bankruptcy@publicans.com
          Diane W. Sanders   on behalf of Creditor   Robertson County austin.bankruptcy@publicans.com
          Diane W. Sanders   on behalf of Creditor   Limestone County austin.bankruptcy@publicans.com
          Diane W. Sanders   on behalf of Creditor   Falls County austin.bankruptcy@publicans.com
          Diane W. Sanders   on behalf of Creditor   Round Rock ISD austin.bankruptcy@publicans.com
          Diane W. Sanders   on behalf of Creditor   McLennan County austin.bankruptcy@publicans.com
          Diane W. Sanders   on behalf of Creditor   Franklin County austin.bankruptcy@publicans.com
          Diane W. Sanders   on behalf of Creditor   Nueces County austin.bankruptcy@publicans.com
          Donald K. Ludman   on behalf of Creditor   SAP Industries, Inc. dludman@brownconnery.com
          Duane David Werb   on behalf of Creditor   BWM Services, LP
           maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb   on behalf of Creditor   The Kansas City Southern Railway Company
           maustria@werbsullivan.com;riorii@werbsullivan.com
          Edward M. Fox   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
           emfox@seyfarth.com
          Edward O. Sassower   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
           Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenam
           andra@kirkland.com;michael.esser@kirkland.com;alevin@kirkland.com;aaron.slavutin@kirkland.com
          Edward O. Sassower   on behalf of Debtor   Energy Future Holdings Corp.
           Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenam
           andra@kirkland.com;michael.esser@kirkland.com;alevin@kirkland.com;aaron.slavutin@kirkland.com
          Edwin Kevin Camson   camson@drumcapital.com
          Elihu Ezekiel Allinson, III   on behalf of Creditor   Henry Pratt Company, LLC
           ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
          Elizabeth  Banda Calvo   on behalf of Creditor   Somervell County et al rgleason@pbfcm.com,
           ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo   on behalf of Creditor   Richardson ISD, Crowley ISD rgleason@pbfcm.com,
           ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Ellen M. Halstead   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
           ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Ellen M. Halstead   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
           ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Ellen W. Slights   on behalf of Creditor   United States/USAO usade.ecfbankruptcy@usdoj.gov
          Epiq Bankruptcy Solutions LLC   nmrodriguez@epiqsystems.com
          Erica J. Richards   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors erichards@mofo.com

District/off: 0311-1          User: JudyF          Page 6 of 21          Date Rcvd: Oct 02, 2015
                             Form ID: pdfgen      Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Erik  Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
           eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
           tgood@nixonpeabody.com
          Erin A. West   on behalf of Interested Party   Fee Committee ewest@gklaw.com,
           kboucher@gklaw.com;kknitter@gklaw.com
          Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas
           Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
           Equity Interests in Energy Future Holdings Corp. efay@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
           L.P., Goldman, Sachs & Co. and Associated Individuals efay@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings, LLC, Texas
           Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
           L.P., TPG Global, LLC, TPG Partners V L.P., TPG Capital, efay@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
           L.P. and Associated Individuals efay@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay   on behalf of Interested Party   Interest Holders efay@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Evan R. Fleck   on behalf of Interested Party   CITIBANK, N.A. EFleck@milbank.com,
           jostrzega@milbank.com;jbrewster@milbank.com;mbrod@milbank.com
          Evan T. Miller   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
           Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
           lmorton@bayardlaw.com
          Frances  Gecker   on behalf of Interested Party   PI Law Firms fgecker@fgllp.com,
           csmith@fgllp.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Corporation fmonaco@wcsr.com,
           kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party   American Equipment Company Inc.
           fmonaco@wcsr.com,  kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party   AMECO Inc. fmonaco@wcsr.com,
           kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Enterprises Inc. fmonaco@wcsr.com,
           kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Global Services fmonaco@wcsr.com,
           kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          G. Alexander Bongartz   on behalf of Interested Party   CSC Trust Company of Delaware, as
           Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
           alexbongartz@paulhastings.com
          Garden City Group, LLC   PACERTeam@gardencitygroup.com
          Garvan F. McDaniel   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
           gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com
          Garvan F. McDaniel   on behalf of Interested Party   Caxton Associates LP gfmcdaniel@dkhogan.com,
           gdurstein@dkhogan.com;karen@dkhogan.com
          George Davis   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as First
           Lien Administrative Agent gdavis@omm.com
          George Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com
          George Davis   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
           Administrative Agent gdavis@omm.com
          Gerrit M. Pronske   on behalf of Creditor   Pallas Realty Advisors, Inc. gpronske@pgkpc.com
          GianClaudio Finizio   on behalf of Interested Party   Delaware Trust Company
           gfinizio@bayardlaw.com,
           bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio  Finizio   on behalf of Interested Party   CSC Trust Company of Delaware, as
           Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
           bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio  Finizio   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien
           Indenture Trustee gfinizio@bayardlaw.com,
           bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company as Successor
           Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
           bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com
          Gilbert R. Saydah, Jr.   on behalf of Creditor   CSC Trust Company of Delaware, Proposed
           Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
          Gregory A. Taylor   on behalf of Interested Party   Ad Hoc Committee of TCEH Second Lien
           Noteholders gtaylor@ashby-geddes.com
          Gregory A. Taylor   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
           capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
          Gregory M. Starner   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
           jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
           artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
          Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
           gweinstein@weinrad.com,  mbowers@weinrad.com;ssmith@weinrad.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Gregory Michael Starner   on behalf of Creditor   Law Debenture Trust Company of New York, in its
          capacity as Indenture Trustee gstarner@whitecase.com,
          jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
          artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
          Gregory T. Donilon   on behalf of Creditor   Automatic Systems, Inc. gdonilon@pwujlaw.com
          Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas
          hal.morris@texasattorneygeneral.gov
          Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas
          hal.morris@texasattorneygeneral.gov
          Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality
          hal.morris@texasattorneygeneral.gov
          Helen Elizabeth Weller   on behalf of Creditor   Rusk County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Brownsboro ISD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Malakoff ISD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Fannin CAD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Kaufman County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Clay county dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Ellis County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   City of sulphur springs
          dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Fannin County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Valley View ISD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Irving isd dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Sulphur Springs ISD
          dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Beckville isd dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Archer County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   City of Coppell dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Morris CAD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Gainesville isd dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Slocum ISD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Red River County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Stephenville ISD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Hopkins County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Cisco College dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Camp cad dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Montague county dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Lamar CAD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Rains County AD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Coppell ISD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Wise County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Navarro County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Upshur County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Tarrant County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   City of bonham dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Franklin County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Helen Elizabeth Weller    on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
     evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
     evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
     evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    City of carrollton
     dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    Kerens ISD dallas.bankruptcy@publicans.com,
     evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    Red River CAD dallas.bankruptcy@publicans.com,
     evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    City of Stephenville
     dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    Hunt County dallas.bankruptcy@publicans.com,
     evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    Van Zandt CAD dallas.bankruptcy@publicans.com,
     evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    City of malakoff dallas.bankruptcy@publicans.com,
     evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    Hood CAD dallas.bankruptcy@publicans.com,
     evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    City of Corinth dallas.bankruptcy@publicans.com,
     evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    Cisco ISD dallas.bankruptcy@publicans.com,
     evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    Wise CAD dallas.bankruptcy@publicans.com,
     evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    Cayuga isd dallas.bankruptcy@publicans.com,
     evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
     evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    Jack County dallas.bankruptcy@publicans.com,
     evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
     evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    Northeast TX Comm Coll Dist
     dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com
    Hilary B. Mohr    on behalf of Creditor    Microsoft Corporation and Microsoft Licensing, GP
     hmohr@riddellwilliams.com,   vmagda@riddellwilliams.com
    Howard A. Cohen    on behalf of Interested Party    CITIBANK, N.A. howard.cohen@dbr.com
    Howard R. Hawkins, Jr.    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
     howard.hawkins@cwt.com,   nyecfnotice@cwt.com
    Howard R. Hawkins, Jr.    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
     howard.hawkins@cwt.com,   nyecfnotice@cwt.com
    J Jackson Shrum    on behalf of Creditor    BWM Services, LP jshrum@werbsullivan.com
    J Jackson Shrum    on behalf of Creditor    The Kansas City Southern Railway Company
     jshrum@werbsullivan.com
    J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
     under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
     bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
     otz.com
    J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
     Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
     bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
     otz.com
    J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
     indenture trustee and collateral trustee kstickles@coleschotz.com,
     bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
     otz.com
    J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
     Collateral Trustee, kstickles@coleschotz.com,
     bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
     otz.com
    J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
     Indenture Trustee kstickles@coleschotz.com,
     bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
     otz.com
    J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
     bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
     otz.com
    J. Kate Stickles    on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
     Trustee and Collateral Trustee kstickles@coleschotz.com,
     bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
     otz.com
    J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company kstickles@coleschotz.com,
     bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
     otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jacob A. Adlerstein    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
          Creditors jadlerstein@paulweiss.com
          James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc.
          jhuggett@margolisedelstein.com,   nvangorder@margolisedelstein.com
          James Halstead Millar    on behalf of Interested Party    CSC Trust Company of Delaware, as
          successor indenture trustee and collateral trust james.millar@dbr.com,
          Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
          James Michael Peck    on behalf of Creditor Committee    The Official Committee of Unsecured
          Creditors jpeck@mofo.com
          James Michael Peck    on behalf of Interested Party    The Official Committee of TCEH Unsecured
          Creditors jpeck@mofo.com
          James S. Carr    on behalf of Creditor    CSC Trust Company of Delaware, Proposed Successor
          Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Jamie Lynne Edmonson    on behalf of Creditor    Pacific Investment Management Co. LLC
          jledmonson@venable.com
          Jarrett Vine    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
          jvine@polsinelli.com,   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jarrett Vine    on behalf of Interested Party    The Official Committee of TCEH Unsecured
          Creditors jvine@polsinelli.com,   delawaredocketing@polsinelli.com
          Jason A. Starks    on behalf of Creditor    Texas Office of Public Utility Counsel
          bk-jstarks@texasattorneygeneral.gov,   sherri.simpson@texasattorneygeneral.gov
          Jason D. Curry    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
          sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
          Jason M. Liberi    on behalf of Interested Party    Texas Transmission Investment LLC
          jason.liberi@skadden.com,
          christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Madron    on behalf of Debtor    DeCordova II Power Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EFH FS Holdings Company madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant Energy Trading California Company madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant ET Services Company madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Attorney    Kirkland & Ellis LLP madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Big Brown Mining Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Generation SVC Company madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EFH Finance (No. 2) Holdings Company madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    DeCordova Power Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Power & Light Company, Inc. madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    TCEH Finance, Inc. madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant Generation Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Energy Future Holdings Corp. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Generation MT Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    TXU Electric Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    TXU Energy Receivables Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Oak Grove Management Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Southwestern Electric Service Company, Inc.
          madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Energy Industries Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
          madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Oak Grove Mining Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EFH CG Management Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Oak Grove Power Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Collin Power Company LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    EFH Corporate Services Company madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
          madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason M. Madron   on behalf of Debtor    EECI, Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Valley NG Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Eagle Mountain Power Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Dallas Power & Light Company, Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Martin Lake 4 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Luminant Holding Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    LSGT Gas Company LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Texas Utilities Company, Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    LSGT SACROC, Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Interested Party    Energy Future Holdings Corp. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Luminant Mineral Development Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Lone Star Pipeline Company, Inc. madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    NCA Development Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Plaintiff    EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Sandow Power Company LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Attorney    Richards, Layton & Finger, P.A. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Luminant Renewables Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    4Change Energy Company madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Morgan Creek 7 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Luminant Energy Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Big Brown Power Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Brighten Energy LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Big Brown Lignite Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    TXU Energy Solutions Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    NCA Resources Development Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Generation Development Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Lone Star Energy Company, Inc. madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Texas Electric Service Company, Inc. madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Monticello 4 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    EFH Australia (No. 2) Holdings Company madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant    Energy Future Intermediate Holding Company LLC
           madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    TXU SEM Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    EFH CG Holdings Company LP madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    EFH Renewables Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant    EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Tradinghouse Power Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Lake Creek 3 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    TXU Energy Retail Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    EEC Holdings, Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Energy Future Intermediate Holding Company LLC
           madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Other Prof.   KPMG LLP madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    TXU Retail Services Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jason M. Madron    on behalf of Debtor    Big Brown 3 Power Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
    madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron    on behalf of Debtor    Luminant Mining Company LLC madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron    on behalf of Debtor    Brighten Holdings LLC madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron    on behalf of Debtor    TXU Receivables Company madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron    on behalf of Debtor    EFIH Finance Inc. madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron    on behalf of Debtor    4Change Energy Holdings LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron    on behalf of Debtor    Texas Utilities Electric Company, Inc. madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron    on behalf of Debtor    Valley Power Company LLC madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jeffrey C. Wisler    on behalf of Creditor    Cloud Peak Energy Resources LLC
    jwisler@connollygallagher.com
Jeffrey C. Wisler    on behalf of Creditor    Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
    Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
    Seidlets jwisler@connollygallagher.com
Jeffrey C. Wisler    on behalf of Creditor    Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
    Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
    Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
Jeffrey M. Schlerf    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
    jschlerf@foxrothschild.com
Jeffrey M. Schlerf    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
    jschlerf@foxrothschild.com
Jeffrey R. Fine    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
    jfine@dykema.com,  jrf5825@gmail.com,msikes@dykema.com,scompton@dykema.com
Jeffrey S Cianciulli    on behalf of Creditor    Evercore Group LLC jcianciulli@weirpartners.com,
    creese@weirpartners.com
Jeffrey S Cianciulli    on behalf of Financial Advisor    Evercore Group L.L.C.
    jcianciulli@weirpartners.com,  creese@weirpartners.com
Jeffrey S. Sabin    on behalf of Creditor    Pacific Investment Management Co. LLC
    JSSabin@Venable.com
Jennifer  Marines    on behalf of Creditor Committee    The Official Committee of Unsecured
    Creditors JMarines@mofo.com
Jennifer R Sharret    on behalf of Interested Party    Computershare Trust Company, N.A., and
    Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
    Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
    tperetz@kramerlevin.com;ghorowitz@kramerlevin.com;abyowitz@kramerlevin.com;NHertzBunzl@KRAMERLEVI
    N.com;sschmidt@kramerlevin.com;RRinger@kramerlevin.com;RMark@kramerlevin.com
Jennifer V. Doran    on behalf of Creditor    Invensys Systems, Inc. jdoran@haslaw.com,
    calirm@haslaw.com
Jeremy William Ryan    on behalf of Interested Party    Deutsche Bank AG New York Branch
    jryan@potteranderson.com,  bankruptcy@potteranderson.com
Joanna Flynn Newdeck    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
    jnewdeck@akingump.com,  ddunn@akingump.com
Joanna Flynn Newdeck    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
    Noteholders jnewdeck@akingump.com,  ddunn@akingump.com
John A.  Harris    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC sybil.aytch@quarles.com
John A. Morris    on behalf of Interested Party    Computershare Trust Company, N.A., and
    Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
    Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
John D. Demmy, Esq    on behalf of Creditor    Rexel, Inc. jdd@stevenslee.com
John D. Demmy, Esq    on behalf of Creditor    AEP Texas Central Company d/b/a American Electric
    Power Company and AEP Texas North Company d/b/a American Electric Power Company
    jdd@stevenslee.com
John D. McLaughlin, Jr.    on behalf of Creditor    Atmos Energy Corporation
    jmclaughlin@ciardilaw.com,  mflores@ciardilaw.com
John G. Harris    on behalf of Plaintiff    Avenue Capital Management II, LP
    jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
    jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
    jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris    on behalf of Plaintiff    Third Avenue Management LLC jharris@bergerharris.com,
    mnicholls@bergerharris.com
John G. Harris    on behalf of Plaintiff    GSO Capital Partners LP jharris@bergerharris.com,
    mnicholls@bergerharris.com
John H. Strock    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
    jstrock@foxrothschild.com,  dkemp@foxrothschild.com
John M. Seaman    on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
    seaman@abramsbayliss.com,  farro@abramsbayliss.com
John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
    john.stern@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John P. Dillman   on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
          John P. Melko     on behalf of Creditor    ROMCO Equipment Co. jmelko@gardere.com;
          afothergill@gardere.com
          John R. Ashmead   on behalf of Interested Party   Wilmington Trust, N.A. ashmead@sewkis.com
          Johnna M. Darby   on behalf of Interested Party   Steag Energy Services, Inc.
          jdarby@hillerarban.com
          Jon M. Chatalian  on behalf of Creditor    Pension Benefit Guaranty Corporation
          chatalian.jon@pbgc.gov, efile@pbgc.gov
          Jonathan L. Howell   on behalf of Creditor   Red Ball Oxygen Company jhowell@gpm-law.com
          Joseph Charles Barsalona II   on behalf of Debtor   Energy Future Holdings Corp.
          barsalona@rlf.com, rbgroup@rlf.com/ann-jerominski-2390@ecf.pacerpro.com
          Joseph D. Frank   on behalf of Interested Party   PI Law Firms jfrank@fgllp.com,
          ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank   on behalf of Creditor    Experian Information Solutions, Inc. jfrank@fgllp.com,
          ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank   on behalf of Creditor    Experian Marketing Solutions, Inc. jfrank@fgllp.com,
          ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Wright   on behalf of Interested Party   Alcoa Inc. wright@lrclaw.com,
          adams@lrclaw.com,dellose@lrclaw.com
          Joseph D. Wright   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
          LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,  adams@lrclaw.com,dellose@lrclaw.com
          Joseph H. Huston, Jr.   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity
          as First Lien Administrative Agent jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company
          LLC jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
          Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First
          Lien Administrative Agent jhh@stevenslee.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   Atmos Energy Corporation jmcmahon@ciardilaw.com,
          mflores@ciardilaw.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   Red Ball Oxygen Company jmcmahon@ciardilaw.com,
          mflores@ciardilaw.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC
          jmcmahon@ciardilaw.com,  mflores@ciardilaw.com
          Joshua K. Brody   on behalf of Defendant   Computershare Trust Company, N.A.
          jbrody@kramerlevin.com,  gfrenzel@kramerlevin.com;adove@kramerlevin.com;dmayo@kramerlevin.com
          Joshua K. Brody   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
          Objectors jbrody@kramerlevin.com,
          gfrenzel@kramerlevin.com;adove@kramerlevin.com;dmayo@kramerlevin.com
          Joshua K. Brody   on behalf of Interested Party   Computershare Trust Company, N.A., and
          Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
          Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
          gfrenzel@kramerlevin.com;adove@kramerlevin.com;dmayo@kramerlevin.com
          Joshua K. Brody   on behalf of Defendant   Computershare Trust Company of Canada
          jbrody@kramerlevin.com,  gfrenzel@kramerlevin.com;adove@kramerlevin.com;dmayo@kramerlevin.com
          Joshua Powers Searcy   on behalf of Creditor   D. Courtney Construction, Inc.
          joshsearcy@jrsearcylaw.com
          Judy Hamilton Morse   on behalf of Creditor    DEVON ENERGY CORPORATION
          judy.morse@crowedunlevy.com,
          marlena.mendez@crowedunlevy.com;ecf@crowedunlevy.com;karol.brown@crowedunlevy.com
          Justin K. Edelson   on behalf of Interested Party   The Official Committee of TCEH Unsecured
          Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Karen Beth Shaer   on behalf of Other Prof.   Garden City Group, LLC PACERTeam@gardencitygroup.com
          Karen C Bifferato   on behalf of Interested Party   Pacific Investment Management Company LLC
          ("PIMCO") kbifferato@connollygallagher.com
          Katherine Stadler   on behalf of Interested Party   Fee Committee kstadler@gklaw.com,
          kboucher@gklaw.com;shuntema@gklaw.com
          Kathleen A. Murphy   on behalf of Creditor   CATERPILLAR FINANCIAL SERVICES CORP.
          kathleen.murphy@bipc.com,  tammy.rogers@bipc.com
          Kathleen M. Miller   on behalf of Creditor   Airgas USA, LLC kmiller@skjlaw.com,  eys@skjlaw.com
          Kathleen M. Miller   on behalf of Creditor   Valero Texas Power Marketing, Inc.
          kmiller@skjlaw.com,  eys@skjlaw.com
          Kay Diebel Brock   on behalf of Creditor   Travis County bkecf@co.travis.tx.us
          Keith Howard Wofford   on behalf of Interested Party   CSC Trust Company of Delaware, as
          successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
          keith.wofford@ropesgray.com
          Kerry L. Haliburton   on behalf of Creditor   Buffalo Industrial Supply, Inc.
          raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
          Kevin G. Collins   on behalf of Creditor   GATX Corporation kevin.collins@btlaw.com,
          pgroff@btlaw.com
          Kevin G. Collins   on behalf of Creditor   ConverDyn kevin.collins@btlaw.com,  pgroff@btlaw.com
          Kevin J. Mangan   on behalf of Interested Party   AMECO Inc. kmangan@wcsr.com,
          klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kevin J. Mangan   on behalf of Interested Party   Alltite Inc. kmangan@wcsr.com,
              klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
              Kevin J. Mangan   on behalf of Interested Party   Fluor Global Services kmangan@wcsr.com,
              klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
              Kevin J. Mangan   on behalf of Interested Party   Fluor Corporation kmangan@wcsr.com,
              klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
              Kevin J. Mangan   on behalf of Interested Party   Fluor Enterprises Inc. kmangan@wcsr.com,
              klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
              Kevin J. Mangan   on behalf of Interested Party   American Equipment Company Inc.
              kmangan@wcsr.com,  klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
              Kevin M Lippman   on behalf of Creditor   Electric Reliability Council of Texas, Inc.
              klippman@munsch.com,  lpannier@munsch.com
              Kevin M. Capuzzi   on behalf of Creditor   Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
              docket@beneschlaw.com;mrust@beneschlaw.com
              Kimberly Ellen Connolly Lawson   on behalf of Creditor   The Bank of New York Mellon, as
              Indenture Trustee klawson@reedsmith.com
              Kimberly Ellen Connolly Lawson   on behalf of Creditor   The Bank of New York Mellon Trust
              Company, N.A., as Indenture Trustee klawson@reedsmith.com
              Kimberly Ellen Connolly Lawson   on behalf of Creditor Committee   The Official Committee of
              Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
              LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com
              Kimberly Ellen Connolly Lawson   on behalf of Interested Party   The Bank of New York Mellon, in
              its capacity as the PCRB Trustee klawson@reedsmith.com
              Kizzy Lyn Jarashow   on behalf of Creditor   Aurelius Capital Management, LP
              kjarashow@goodwinprocter.com
              Kurt F. Gwynne   on behalf of Interested Party   The Bank of New York Mellon Trust Company, N.A.,
              in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com
              Kurt F. Gwynne   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
              kgwynne@reedsmith.com,  llankford@reedsmith.com
              Kurt F. Gwynne   on behalf of Interested Party   The Bank of New York Mellon, in its capacity as
              the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com
              Kurt F. Gwynne   on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., as
              Indenture Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com
              Kurtzman Carson Consultants LLC   akass@kccllc.com
              L. John  Bird   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
              jbird@foxrothschild.com,  idensmore@foxrothschild.com
              Lara E. Shipkovitz   on behalf of Creditor   Thermo Fisher Scientific Inc.
              lshipkovitz@tuckerlaw.com
              Lars A. Peterson   on behalf of Creditor   UMB Bank, N.A. lapeterson@foley.com,  khall@foley.com
              Laura Davis  Jones   on behalf of Interested Party   Second Lien Indenture Trustee and the EFIH
              Second Lien Group ljones@pszjlaw.com
              Laura  Davis  Jones   on behalf of Plaintiff   Computershare Trust Company, N.A.
              ljones@pszjlaw.com
              Laura  Davis  Jones   on behalf of Interested Party   Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efilel@pszyjw.com
              Laura  Davis  Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
              ljones@pszjlaw.com
              Laura  Davis  Jones   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee &
              EFIH Second Lien Group ljones@pszjlaw.com
              Laura  Davis  Jones   on behalf of Interested Party   Second Lien Indenture Trustee
              ljones@pszjlaw.com
              Laura  Davis  Jones   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
              Objectors ljones@pszjlaw.com
              Laura  Davis  Jones   on behalf of Interested Party   EFIH Second Lien Indenture Trustee
              ljones@pszjlaw.com,  efilel@pszyjw.com
              Laura Davis  Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
              ljones@pszjlaw.com,  efile@pszyj.com
              Laura Davis  Jones   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
              Objectors ljones@pszjlaw.com,  efile@pszyj.com
              Laurie Selber Silverstein   on behalf of Interested Party   EFIH First Lien DIP Agent
              bankruptcy@potteranderson.com
              Laurie Selber Silverstein   on behalf of Interested Party   Deutsche Bank AG New York Branch
              bankruptcy@potteranderson.com
              Lee  Harrington   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
              lharrington@nixonpeabody.com
              Lee B. Gordon   on behalf of Creditor   Texas Ad Valorem Taxing Jurisdictions
              sonya.ragsdale@mvbalaw.com,  vickie.covington@mvbalaw.com
              Lindsay  Zahradka   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
              Noteholders lzahradka@akingump.com
              Lindsay  Zahradka   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
              lzahradka@akingump.com
              Lino  Mendiola, III   on behalf of Interested Party   Titus County Fresh Waster Supply District
              No. 1 linomendiola@andrewskurth.com
              Lino  Mendiola, III   on behalf of Interested Party   Titus County Fresh Water Supply District
              No. 1 linomendiola@andrewskurth.com
              Lisa Bittle Tancredi   on behalf of Creditor   Milam Appraisal District lisa.tancredi@gebsmith.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Lorenzo Marinuzzi    on behalf of Interested Party    The Official Committee of TCEH Unsecured
           Creditors LMarinuzzi@mofo.com
          Lucian Borders Murley    on behalf of Creditor    Johnson Matthey Stationary Emissions Control LLC
           lmurley@saul.com,  rwarren@saul.com
          Marc J. Phillips    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
           mphillips@mgmlaw.com
          Marc J. Phillips    on behalf of Creditor    Steering Committee of Cities Served by Oncor
           mphillips@mgmlaw.com
          Maria A. Bove    on behalf of Interested Party    Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
          Maria Aprile Sawczuk    on behalf of Interested Party    Sierra Club marias@restructuringshop.com
          Maria Aprile Sawczuk    on behalf of Creditor Miguel Oliveras Caraballo
           marias@restructuringshop.com
          Mark Minuti    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
           mminuti@saul.com,  rwarren@saul.com
          Mark Andrew Fink    on behalf of Interested Party    The Official Committee of Unsecured Creditors
           of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
           Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com
          Mark Andrew Fink    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com
          Mark Andrew Fink    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. mfink@mmwr.com
          Mark D. Collins    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
          Mark D. Collins    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
           rbgroup@rlf.com
          Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral Agent
           KOTWICK@SEWKIS.COM
          Mark D. Kotwick    on behalf of Interested Party    Wilmington Trust, N.A kotwick@sewkis.com
          Mark D. Olivere    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
           olivere@chipmanbrown.com,
           bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Mark D. Olivere    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
           olivere@chipmanbrown.com,
           bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Mark E. Felger    on behalf of Interested Party    J. Aron & Company mfelger@cozen.com,
           MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Interested Party    J Aron & Company mfelger@cozen.com,
           mmillis@cozen.com
          Mark F. Hebbeln    on behalf of Creditor    UMB Bank, N.A. mhebbeln@foley.com,  jsorrels@foley.com,
           opetukhova@foley.com
          Mark F. Rosenberg    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
          Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Houston Electric,
           LLC mdesgrosseilliers@wcsr.com,  klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Mark L. Desgrosseilliers    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
           mdesgrosseilliers@wcsr.com,  klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Resources Corp.
           mdesgrosseilliers@wcsr.com,  klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Mark S. Chehi    on behalf of Interested Party    Borealis Infrastructure Management Inc.
           mchehi@skadden.com,  deban@skadden.com
          Matthew Summers    on behalf of Creditor    Louisiana Energy Services, LLC
           summersm@ballardspahr.com
          Matthew Summers    on behalf of Creditor    URENCO, Inc. summersm@ballardspahr.com
          Matthew B. McGuire    on behalf of Interested Party    Marathon Asset Management, LP
           mcguire@lrclaw.com,  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire    on behalf of Interested Party    Alcoa Inc. mcguire@lrclaw.com,
           adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor    NextEra Energy Resources, LLC mcguire@lrclaw.com,
           adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
           II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
           adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew C. Brown    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
           mbrown@whitecase.com
          Matthew J. Troy    on behalf of Creditor    United States of America matthew.troy@usdoj.gov
          Meredith A. Lahaie    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
           Noteholders mlahaie@akingump.com
          Meredith A. Lahaie    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
           mlahaie@akingump.com
          Michael Schein    on behalf of Creditor    First Union Rail Corporation mschein@vedderprice.com,
           ecfnydocket@vedderprice.com
          Michael J. DeBaecke    on behalf of Interested Party    Wilmington Trust, N.A.
           debaecke@blankrome.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael David Debaecke    on behalf of Interested Party    Wilmington Trust, N.A.
                 debaecke@blankrome.com, moody@ecf.inforuptcy.com
              Michael David Debaecke    on behalf of Defendant    Wilmington Trust, N.A., as First Lien
                 Collateral Agent debaecke@blankrome.com, moody@ecf.inforuptcy.com
              Michael G. Busenkell    on behalf of Creditor    Knife River Corporation-South
                 mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Creditor    Aurelius Capital Management, LP
                 mbusenkell@gsbblaw.com
              Michael Joseph Joyce    on behalf of Interested Party    Certain funds and accounts advised or sub-advised
                 by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
                 smacdonald@crosslaw.com
              Michael Joseph Joyce    on behalf of Interested Party    certain funds and accounts advised or
                 sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
                 smacdonald@crosslaw.com
              Michael L. Atchley    on behalf of Creditor    Tarrant Regional Water District
                 matchley@popehardwicke.com
              Michael L. Atchley    on behalf of Creditor    Northeast Texas Municipal Water District
                 matchley@popehardwicke.com
              Michelle McMahon    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
                 Objectors michelle.mcmahon@bryancave.com, dortiz@bryancave.com
              Monica S. Blacker    on behalf of Attorney    Jackson Walker LLP mblacker@jw.com,
                 tsalter@jw.com;vnelson@jw.com
              Monica S. Blacker    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
                 mblacker@jw.com, tsalter@jw.com;vnelson@jw.com
              Natalie D. Ramsey    on behalf of Creditor Committee    The Official Committee of Unsecured
                 Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
                 Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com, BankECF@mmwr.com
              Natasha M. Songonuga    on behalf of Creditor    Veolia ES Industrial Services, Inc.
                 nsongonuga@gibbonslaw.com
              Neil B. Glassman    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
                 Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
                 nglassman@bayardlaw.com;sbreckenridge@bayardlaw.com;nglassman@bayardlaw.com;jalberto@bayardla
                 w.com;bankserve@bayardlaw.com
              Neil B. Glassman    on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien Indenture
                 Trustee bankserve@bayardfirm.com, nglassman@bayardfirm.com
              Neil B. Glassman    on behalf of Interested Party    Delaware Trust Company
                 bankserve@bayardfirm.com, nglassman@bayardfirm.com
              Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
                 Indenture Trustee nbrannick@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              Nicholas J. Brannick    on behalf of Plaintiff    Delaware Trust Company nbrannick@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware, as
                 successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              Nick S. Kaluk, III    on behalf of Financial Advisor    Evercore Group L.L.C. nskaluk@debevoise.com
              Nicole D. Mignone    on behalf of Interested Party    Public Utility Commission of Texas
                 nicole.mignone@texasattorneygeneral.gove
              Norman L. Pernick    on behalf of Plaintiff    Delaware Trust Company npernick@coleschotz.com,
                 pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                 otz.com
              Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
                 indenture trustee and collateral trustee npernick@coleschotz.com,
                 pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                 otz.com
              Norman L. Pernick    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
                 Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
                 pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                 otz.com
              Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
                 Indenture Trustee npernick@coleschotz.com,
                 pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                 otz.com
              Norman L. Pernick    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
                 Collateral Trustee, npernick@coleschotz.com,
                 pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                 otz.com
              Owen M. Sonik    on behalf of Creditor    Galena Park Independent School District osonik@pbfcm.com,
                 tpope@pbfcm.com;osonik@ecf.inforuptcy.com
              Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Tejas Pipeline LLC
                 pwp@pattiprewittlaw.com
              Patricia Williams Prewitt    on behalf of Creditor    El Paso Natural Gas Company
                 pwp@pattiprewittlaw.com
              Patricia Williams Prewitt    on behalf of Creditor    Targa Gas Marketing LLC
                 pwp@pattiprewittlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Texas Pipeline LLC
           pwp@pattiprewittlaw.com
           Paula K. Jacobi    on behalf of Creditor    ConverDyn pjacobi@btlaw.com,
           jsantana@btlaw.com;jbennett@btlaw.com
           Pauline K. Morgan    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
           bankfilings@ycst.com
           Peter J. Keane    on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee & EFIH
           Second Lien Group pkeane@pszjlaw.com
           Peter Jonathon Young    on behalf of Debtor    Energy Future Holdings Corp. pyoung@proskauer.com
           Peter M. Gilhuly    on behalf of Interested Party    Ernst & Young LLP peter.gilhuly@lw.com,
           adam.malatesta@lw.com
           R. Stephen McNeill    on behalf of Interested Party    Deutsche Bank AG New York Branch
           bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
           R. Stephen McNeill    on behalf of Interested Party    Deutsche Bank Securities Inc.
           bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
           Rachel Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts
           bk-robaldo@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
           Rachel B. Mersky    on behalf of Creditor    Top Line Rental , LLC rmersky@monlaw.com
           Raymond Howard Lemisch    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
           rlemisch@klehr.com
           Raymond Howard Lemisch    on behalf of Defendant    UMB Bank, N.A., as indenture trustee
           rlemisch@klehr.com
           Raymond Howard Lemisch    on behalf of Creditor    UMB Bank, N.A. rlemisch@klehr.com
           Rebecca A. Hayes    on behalf of Creditor    UMB Bank, N.A. rhayes@foley.com
           Rebecca A. Hayes    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
           rhayes@foley.com
           Reed A. Heiligman    on behalf of Interested Party    PI Law Firms rheiligman@fgllp.com,
           ccarpenter@fgllp.com
           Reed A. Heiligman    on behalf of Creditor    Experian Information Solutions, Inc.
           rheiligman@fgllp.com,  ccarpenter@fgllp.com
           Reed A. Heiligman    on behalf of Creditor    Experian Marketing Solutions, Inc.
           rheiligman@fgllp.com,  ccarpenter@fgllp.com
           Richard A. Barkasy    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
           rbarkasy@schnader.com
           Richard A. Barkasy    on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
           rbarkasy@schnader.com
           Richard A. Barkasy    on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
           rbarkasy@schnader.com
           Richard A. Robinson    on behalf of Creditor    The Bank of New York Mellon, solely in its capacity
           as Trustee under the Enumerated Trust Agreements rrobinson@reedsmith.com
           Richard G. Mason    on behalf of Interested Party    Interest Holders rcstrauss@wlrk.com
           Richard G. Mason    on behalf of Interested Party    Texas Energy Future Capital Holdings LLC,
           Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders
           of Equity Interests in Energy Future Holdings Corp. rcstrauss@wlrk.com
           Richard L. Schepacarter    on behalf of U.S. Trustee    United States Trustee
           richard.schepacarter@usdoj.gov
           Risa Lynn Wolf-Smith    on behalf of Creditor    Cloud Peak Energy Resources LLC
           rwolf@hollandhart.com,  lmlopezvelasquez@hollandhart.com;BMain@hollandhart.com
           Robert Szwajkos    on behalf of Creditor    FLSmidth Inc. rsz@curtinheefner.com
           Robert Szwajkos    on behalf of Creditor    FLSMIDTH USA INC rsz@curtinheefner.com
           Robert J. Feinstein    on behalf of Interested Party    Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
           Robert K. Malone    on behalf of Interested Party    CITIBANK, N.A. robert.malone@dbr.com,
           brian.morgan@dbr.com
           Ryan M. Bartley    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
           bankfilings@ycst.com
           Sabrina L. Streusand    on behalf of Interested Party Allen    Shrode streusand@slollp.com,
           prentice@slollp.com
           Samuel Lee Moultrie    on behalf of Creditor    RailWorks Track System, Inc. smoultrie@wlblaw.com
           Scott D. Cousins    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
           scousins@bayardlaw.com,  lmorton@bayardlaw.com
           Scott D. Cousins    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
           Noteholders scousins@bayardlaw.com,  lmorton@bayardlaw.com
           Scott D. Cousins    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
           scousins@bayardlaw.com,  lmorton@bayardlaw.com
           Sean A. O'Neal    on behalf of Interested Party    J. Aron & Company soneal@cgsh.com,
           maofiling@cgsh.com;afee@cgsh.com
           Sean A. O'Neal    on behalf of Interested Party    J Aron & Company soneal@cgsh.com,
           maofiling@cgsh.com;afee@cgsh.com
           Sean M. Brennecke    on behalf of Creditor    UMB Bank, N.A. sbrennecke@klehr.com,  state@klehr.com
           Shanti M. Katona    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors skatona@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
           Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
           Simon E. Fraser    on behalf of Interested Party    J Aron & Company sfraser@cozen.com
           Stacey Kremling    on behalf of Creditor    2603 Augusta Investors, LP stacey@womaclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Stacy L. Newman    on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
      capacity as successor Indenture Trustee snewman@ashby-geddes.com
      Stanley B. Tarr    on behalf of Interested Party   Wilmington Trust, N.A. tarr@blankrome.com,
      moody@ecf.inforuptcy.com
      Stephanie  Wickouski    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
      Objectors stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
      Stephanie  Wickouski    on behalf of Interested Party   Computershare Trust Company, N.A., and
      Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
      Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
      dortiz@bryancave.com
      Stephanie  Wickouski    on behalf of Defendant   Computershare Trust Company of Canada
      stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
      Stephanie  Wickouski    on behalf of Defendant   Computershare Trust Company, N.A.
      stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
      Stephen  Karotkin    on behalf of Plaintiff   Third Avenue Management LLC
      stephen.karotkin@weil.com,  frank.grese@weil.com
      Stephen  Karotkin    on behalf of Plaintiff   GSO Capital Partners LP stephen.karotkin@weil.com,
      frank.grese@weil.com
      Stephen  Karotkin    on behalf of Plaintiff   Avenue Capital Management II, LP
      stephen.karotkin@weil.com,  frank.grese@weil.com
      Stephen  Karotkin    on behalf of Plaintiff   P. Schoenfeld Asset Management LP
      stephen.karotkin@weil.com,  frank.grese@weil.com
      Stephen  Karotkin    on behalf of Plaintiff   York Capital Management Global Advisors, LLC
      stephen.karotkin@weil.com,  frank.grese@weil.com
      Stephen A. Spence    on behalf of Interested Party   Fee Committee sas@pgslaw.com,  saa@pgslaw.com
      Stephen C. Stapleton    on behalf of Creditor   Atmos Energy Corporation
      sstapleton@cowlesthompson.com
      Stephen D Lerner    on behalf of Interested Party   ArcelorMittal USA LLC
      stephen.lerner@squirepb.com
      Stephen M. Miller    on behalf of Creditor   Law Debenture Trust Company of New York, in its
      capacity as Indenture Trustee smiller@morrisjames.com,
      wweller@morrisjames.com;jdawson@morrisjames.com
      Stephen W. Spence    on behalf of Attorney   Phillips, Goldman & Spence, P.A. ss@pgslaw.com,
      saa@pgslaw.com
      Stephen W. Spence    on behalf of Interested Party   Fee Committee ss@pgslaw.com,  saa@pgslaw.com
      Stephen W. Spence    on behalf of Fee Examiner Richard  Gitlin ss@pgslaw.com,  saa@pgslaw.com
      Steven A. Ginther    on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
      Steven K. Kortanek    on behalf of Interested Party   CenterPoint Energy Resources Corp.
      skortanek@wcsr.com,  klytle@wcsr;hsasso@wcsr.com;jwray@wcsr.com;nturner@wcsr.com
      Steven K. Kortanek    on behalf of Interested Party   CenterPoint Energy Houston Electric, LLC
      skortanek@wcsr.com,  klytle@wcsr;hsasso@wcsr.com;jwray@wcsr.com;nturner@wcsr.com
      Sundeep S. Sidhu    on behalf of Creditor   Siemens Power Generation Inc. sunny.sidhu@akerman.com,
      cindy.miller@akerman.com
      Susan E. Kaufman    on behalf of Creditor   Tarrant Regional Water District
      skaufman@skaufmanlaw.com,  suskaufman@comcast.net
      Theodore J. Tacconelli    on behalf of Interested Party   Titus County Appraisal District
      ttacconelli@ferryjoseph.com
      Theodore J. Tacconelli    on behalf of Interested Party   Rusk County Appraisal District
      ttacconelli@ferryjoseph.com
      Theodore J. Tacconelli    on behalf of Creditor   Freestone County, Texas
      ttacconelli@ferryjoseph.com
      Theodore J. Tacconelli    on behalf of Interested Party   Freestone County Appraisal District
      ttacconelli@ferryjoseph.com
      Theodore J. Tacconelli    on behalf of Interested Party   Robertson County Appraisal District
      ttacconelli@ferryjoseph.com
      Thomas F. Driscoll, III    on behalf of Debtor   Energy Future Holdings Corp.
      tdriscoll@bifferato.com,  mdunwody@bifferato.com
      Thomas J. Moloney    on behalf of Interested Party   J Aron & Company tmoloney@cgsh.com
      Thomas J. Moloney    on behalf of Interested Party   J. Aron & Company tmoloney@cgsh.com
      Thomas Ross Hooper    on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
      Agent hooper@sewkis.com
      Thomas Ross Hooper    on behalf of Interested Party   Wilmington Trust, N.A. hooper@sewkis.com
      Tina Niehold Moss    on behalf of Interested Party   Delaware Trust Company as Successor Trustee
      under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
      nvargas@perkinscoie.com
      Tina Niehold Moss    on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
      Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,  nvargas@perkinscoie.com
      Tina Niehold Moss    on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
      tmoss@perkinscoie.com,  nvargas@perkinscoie.com
      Tobey M. Daluz    on behalf of Defendant   Fidelity Management & Research Company
      daluzt@ballardspahr.com
      Tobey M. Daluz    on behalf of Defendant   Fidelity Advisor Series I: Fidelity Advisor High Income
      Advantage Fund daluzt@ballardspahr.com
      Tobey M. Daluz    on behalf of Defendant   Fidelity Advisor Series II: Fidelity Advisor Strategic
      Income Fund daluzt@ballardspahr.com
      Tobey M. Daluz    on behalf of Defendant   Japan Trustee Services Bank Ltd. as trustee of Fidelity
      High Yield Bond Open Mother Fund daluzt@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Tobey M. Daluz    on behalf of Defendant    Fidelity Puritan Trust: Fidelity Puritan Fund
          daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Global Bond Series  US Dollar Monthly Income
          US High Yield Pool daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Management & Research Company as Investment
          Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
          daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Master Trust Bank of Japan daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Variable Insurance Products Fund V: Strategic Income
          Portfolio daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Investments Canada ULC daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    FIL Investments International (FII)
          daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Global High
          Income Fund daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity School Street Trust: Fidelity Strategic Income
          daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank, Ltd. as trustee of
          Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Investments daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Capital & Income
          Fund daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Pyramis Global Advisors Trust Company
          daluzt@ballardspahr.com
          Todd Charles Schiltz, Esq   on behalf of Interested Party   CSC Trust Company of Delaware, as
          successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
          cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
          Todd Jeffrey Rosen   on behalf of Interested Party   TCEH Debtors todd.rosen@mto.com
          Traci L. Cotton    on behalf of Creditor    UT System obo UT at Arlington tcotton@utsystem.edu
          Tyler D. Semmelman    on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Mining Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Eagle Mountain Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU Energy Receivables Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU Retail Services Company semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU Electric Company, Inc. semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Martin Lake 4 Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
          semmelman@rlf.com,   rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Lone Star Energy Company, Inc. semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
          semmelman@rlf.com,   rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
          semmelman@rlf.com,   rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Generation Development Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,   rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Mineral Development Company LLC
          semmelman@rlf.com,   rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU SEM Company semmelman@rlf.com,   rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Tyler D. Semmelman      on behalf of Debtor     Southwestern Electric Service Company, Inc.
            semmelman@rlf.com,     rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     EFH FS Holdings Company semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Defendant   EFIH Finance Inc. semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     4Change Energy Holdings LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Sandow Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     EFH Renewables Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Valley Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     EFH CG Management Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Attorney   Kirkland & Ellis LLP semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Luminant ET Services Company semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Generation MT Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Morgan Creek 7 Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     NCA Resources Development Company LLC
            semmelman@rlf.com,     rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Big Brown Lignite Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Texas Energy Industries Company, Inc.
            semmelman@rlf.com,     rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     TXU Energy Retail Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Dallas Power & Light Company, Inc. semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Luminant Big Brown Mining Company LLC
            semmelman@rlf.com,     rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     DeCordova Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Monticello 4 Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Lake Creek 3 Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Tradinghouse Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Luminant Energy Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Luminant Holding Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Collin Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Texas Power & Light Company, Inc. semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Oak Grove Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     TXU Energy Solutions Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Brighten Holdings LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Big Brown Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Lone Star Pipeline Company, Inc. semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     TXU Receivables Company semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Valley NG Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     EFH CG Holdings Company LP semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     Oak Grove Management Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor     EFH Australia (No. 2) Holdings Company
            semmelman@rlf.com,     rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tyler D. Semmelman    on behalf of Debtor    EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    DeCordova II Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    4Change Energy Company semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
               semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Trading California Company
               semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
              Vincent E. Lazar    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
               vlazar@jenner.com
              Ward W. Benson    on behalf of Creditor    UNITED STATES OF AMERICA wardlow.w.benson@usdoj.gov,
               Eastern.Taxcivil@usdoj.gov
              Warren A. Usatine    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee wusatine@coleschotz.com
              Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
               mao-bk-ecf@debevoise.com
              Wendy G. Marcari    on behalf of Interested Party    Benbrooke Electric Partners, LLC
               wmarcari@ebglaw.com,  nyma@ebglaw.com
              William A. Hazeltine    on behalf of Creditor    Mastercraft Printed Products & Services, Inc.
               Bankruptcy001@sha-llc.com
              William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
               rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
               rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
               rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
               rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
               rbgroup@rlf.com
              William A. Romanowicz    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
               rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Defendant    EFIH Finance Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
               rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Lone Star Pipeline Company, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    4Change Energy Holdings LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation SVC Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Renewables Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EECI, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Big Brown Lignite Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    4Change Energy Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
              William D. Sullivan    on behalf of Creditor    Capgemini America, Inc. wdsecfnotices@sha-llc.com
              William E Kelleher, Jr    on behalf of Creditor    Westinghouse Electric Company LLC
               wkelleher@cohenlaw.com,  mgraeb@cohenlaw.com,bfilings@cohenlaw.com,

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           William E. Chipman, Jr.    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
             Noteholders chipman@chipmanbrown.com,  bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
           William E. Chipman, Jr.    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
             Noteholders chipman@chipmanbrown.com,  bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
           William F. Taylor, Jr.    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
             bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
           William M. Hildbold    on behalf of Creditor Committee    The Official Committee of Unsecured
             Creditors WHildbold@mofo.com
           William P. Weintraub    on behalf of Creditor    Aurelius Capital Management, LP
             wweintraub@goodwinproctor.com,  zhassoun@fklaw.com
           William Pierce Bowden    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in
             its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
                                                                                      TOTAL: 804