IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 5769 and 5774** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 1, 2015, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated September 1, 2015, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
2nd day of September, 2015

/s/ Notary Public
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

T:\Clients\TXUENERG\Affidavits\Transfer Notices_re DI 5769 & 5774_AFF_9-1-15.docx

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH TRFNTC (MERGE2, TXNUM2) 4000034751

To:    BAR(23) MAILID *** 000097395169 ***



CENTRAL TEXAS SECURITY & FIRE
EQUIPMENT, INC.
ATTN: STEVEN M. BURTON
510 N. VALLEY MILLS DRIVE, SUITE 500
WACO, TX 76710

THE REMAINDER OF THIS PAGE
INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

ENERGY FUTURE HOLDINGS CORP., et al.

Chapter 11

Case No. 14-10979 (CSS)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000097395169 ***        EFH TRFNTC (MERGE2, TXNUM2) 4000034751



CENTRAL TEXAS SECURITY & FIRE
EQUIPMENT, INC.
ATTN: STEVEN M. BURTON
510 N. VALLEY MILLS DRIVE, SUITE 500
WACO, TX 76710

Please note that your claim # 630-01 in the above referenced case and in the amount of $4,274.78 has been transferred (unless previously expunged by court order)

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: CENTRAL TEXAS SECURITY &
FIRE & EQUIPMENT, INC.
92 UNION AVENUE
CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    5769    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/01/2015                David D. Bird, Clerk of Co

/s/ Sid Garabato

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 1, 2015.

**EXHIBIT B**

| **Claim Name** | **Address Information** |
|---|---|
| CENTRAL TEXAS SECURITY & FIRE | EQUIPMENT, INC., ATTN: STEVEN M. BURTON, 510 N. VALLEY MILLS DRIVE, SUITE 500, WACO, TX 76710 |
| CENTRAL TEXAS SECURITY & FIRE | EQUIPMENT, INC., ATTN: STEVEN M. BURTON, 510 N. VALLEY MILLS DRIVE, SUITE 500, WACO, TX 76710 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: CENTRAL TEXAS SECURITY &, FIRE & EQUIPMENT, INC., 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: CENTRAL TEXAS SECURITY &, FIRE EQUIPMENT, INC., 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: QUORUM BUSINESS SOLUTIONS, (USA) INC., 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| QUORUM BUSINESS SOLUTIONS (USA) INC. | 811 MAIN STREET, SUITE 2000, HOUSTON, TX 77002 |

**Total Creditor Count 6**

RICHARDS LAYTON & FINGER
ATTN: BARB WITTERS
920 NORTH KING STREET
WILMINGTON, DE 19801