# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 007 | Case Administration | 54.20 | $42,159.00 |
| 008 | Claims Administration and Objections | 21.40 | $16,735.00 |
| 009 | Corporate Governance and Board Matters | 0.20 | $185.00 |
| 010 | Employee Benefits and Pensions | 0.20 | $260.00 |
| 011 | Employment and Fee Applications | 5.80 | $4,208.50 |
| 013 | Financing and Cash Collateral | 5.40 | $4,533.00 |
| 014 | Other Litigation | 23.20 | $17,320.50 |
| 015 | Meetings and Communications with Creditors | 40.90 | $35,486.50 |
| 016 | Non-Working Travel | 21.90 | $20,170.00 |
| 017 | Plan and Disclosure Statement | 491.90 | $431,589.00 |
| 021 | Tax | 158.00 | $124,861.50 |
| 023 | Discovery | 1,082.20 | $343,312.00 |
| 024 | Hearings | 50.00 | $49,002.50 |
| 029 | Other Motions/Applications | 22.80 | $17,029.50 |
| 032 | Time Entry Review | 7.50 | $6,092.50 |
| 034 | Mediation | 2.30 | $2,442.50 |
| **Total Incurred** | | **1,987.90** | **$1,115,387.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(10,085.00)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(6,092.50)** |
| **Total Requested** | | | **$1,099,209.50** |

| Service Description | Amount |
| --- | --- |
| Travel | $2,719.00 |
| Online Research – LEXIS | $1,815.11 |
| Online Research – WESTLAW | $2,548.00 |
| EDiscovery Fees | $18,463.94 |
| Business Meals | $1,677.11 |
| Travel Meals | $22.69 |
| Meals | $107.09 |
| Transportation | $260.57 |
| Online Research – Other Database | $14.96 |
| **Total Requested** | **$27,628.47** |

## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

ny-1206337

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $925.00 | 167.40 | $154,845.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 45.20 | $58,760.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,100.00 | 64.20 | $70,620.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950.00 | 19.90 | $18,905.00 |
| Marines, Jennifer L. | Partner | 2005 | Business Restructuring & Insolvency | $825.00 | 13.30 | $10,972.50 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1,025.00 | 13.60 | $13,940.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,075.00 | 114.80 | $123,410.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $895.00 | 22.00 | $19,690.00 |
| Arakawa, Chika | Associate | 2013 | Litigation | $495.00 | 8.30 | $4,108.50 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $495.00 | 42.80 | $21,186.00 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $680.00 | 5.90 | $4,012.00 |
| Gizaw, Betre M. | Associate | 2011 | Litigation | $585.00 | 21.10 | $12,343.50 |
| Goett, David J. | Associate | 2012 | Tax | $585.00 | 11.10 | $6,493.50 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750.00 | 151.40 | $113,550.00 |
| Humphrey, Nicole M. | Associate | 2013 | Tax | $440.00 | 2.10 | $924.00 |
| Lim, Clara | Associate | 2010 | Tax | $635.00 | 39.80 | $25,273.00 |
| Martin, | Associate | 2008 | Business | $760.00 | 67.30 | $51,148.00 |

ny-1206337

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Samantha Richards, Erica J. | Associate | 2007 | Restructuring & Insolvency Business Restructuring & Insolvency | $760.00 | 41.10 | $31,236.00 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $495.00 | 257.50 | $127,462.50 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,095.00 | 6.00 | $6,570.00 |
| Ferkin, Zori G. | Of Counsel | 1981 | Environment and Energy | $750.00 | 4.70 | $3,525.00 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $800.00 | 2.40 | $1,920.00 |
| Hildbold, William M. | Attorney | 2009 | Business Restructuring & Insolvency | $680.00 | 78.70 | $53,516.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Curtis, Michael E. | Senior Paralegal | 14.5 years | Litigation | $345.00 | 5.70 | $1,966.50 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $320.00 | 16.30 | $5,216.00 |
| Braun, Danielle | Paralegal | 2 years | Business Restructuring & Insolvency | $300.00 | 2.20 | $660.00 |
| Bergelson, Vadim | eDiscovery Project Manager | 5 years | Litigation | $310.00 | 16.90 | $5,239.00 |
| Cusa, Thomas C. | Temporary Attorney | 2 months | Litigation | $225.00 | 106.20 | $23,895.00 |
| Hou, Timothy | Temporary Attorney | 2 months | Litigation | $225.00 | 118.60 | $26,685.00 |
| Jones, Jason D. | Temporary Attorney | 4 months | Litigation | $225.00 | 88.40 | $19,890.00 |
| Lee, Yumi | Temporary Attorney | 2 months | Litigation | $225.00 | 125.80 | $28,305.00 |
| Ofosu-Antwi, | Temporary Attorney | 2 months | Litigation | $225.00 | 41.80 | $9,405.00 |

ny-1206337

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Elsie J. | | | | | | |
| Pumo, David | Temporary Attorney | 4 months | Litigation | $225.00 | 110.20 | $24,795.00 |
| Spielberg, Philip | Temporary Attorney | 4 months | Litigation | $225.00 | 37.00 | $8,325.00 |
| Thomas, Philip T. | Temporary Attorney | 2 months | Litigation | $225.00 | 118.20 | $26,595.00 |
| **Total Incurred:** | | | | | **1,987.90** | **$1,115,387.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | | | | **$(10,085.00)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | **$(6,092.50)** |
| **Total Requested** | | | | | | **$1,099,209.50** |

ny-1206337

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

ny-1206337

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Travel | $2,719.00 |
| Online Research – LEXIS | $1,815.11 |
| Online Research – WESTLAW | $2,548.00 |
| EDiscovery Fees | $18,463.94 |
| Business Meals | $1,677.11 |
| Travel Meals | $22.69 |
| Meals | $107.09 |
| Transportation | $260.57 |
| Online Research – Other Database | $14.96 |
| **Total Requested** | **$27,628.47** |

ny-1206337

# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**MORRISON | FOERSTER**

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▮▮▮▮▮▮
Invoice Number: 5466302
Invoice Date: October 2, 2015

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

**RE:**   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Professional Services Rendered and Disbursements Incurred through August 31, 2015*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 27,628.47 |
| **Total This Invoice** | **27,628.47** |

**Payment may be made by Electronic Funds transfer to the firm's account**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

MORRISON | FOERSTER

073697-0000001  Invoice Number: 5466302
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: October 2, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-Aug-2015 | On-line Research – LEXIS (August 1-31) | 1,815.11 |
| 31-Aug-2015 | On-line Research - WESTLAW (August 1-31) | 2,548.00 |
| 25-Jun-2015 | Travel, taxi/car service, C. Kerr, ground travel to train station for hearing in Delaware, 6/25/15 | 172.88 |
| 05-Aug-2015 | Travel, taxi/car service, T. Goren, ground travel home from train station, 7/28/15 | 62.00 |
| 11-Aug-2015 | Travel, train, T. Goren, travel to/from hearing in Delaware, 8/11/15 | 249.00 |
| 11-Aug-2015 | Travel, train, D. Harris, travel to/from hearing in Delaware, 8/11/15 | 212.00 |
| 17-Aug-2015 | Travel, train, T. Goren, travel to hearing in Delaware, 8/18/15 | 124.00 |
| 17-Aug-2015 | Travel, train, T. Goren, return travel from hearing in Delaware, 8/18/15 | 106.00 |
| 17-Aug-2015 | Travel, train, B. Miller, travel to/from hearing in Delaware, 8/18/15 | 230.00 |
| 18-Aug-2015 | Travel, train, C. Kerr, travel to hearing in Delaware, 8/18/15 | 148.00 |
| 18-Aug-2015 | Travel, train, C. Kerr, return travel from hearing in Delaware, 8/18/15 | 124.00 |
| 18-Aug-2015 | Travel, T. Goren, ground travel home from train station, 8/18/15 | 5.00 |
| 18-Aug-2015 | Travel, parking, T. Goren, for hearing in Delaware, 8/18/15 | 21.00 |
| 18-Aug-2015 | Travel, taxi/car service, C. Kerr, travel to train station for hearing in Delaware, 8/18/15 | 172.88 |
| 21-Aug-2015 | Travel, taxi/car service, J. Marines, ground travel to meeting, 8/21/15 | 18.36 |
| 24-Aug-2015 | Travel, train, B. Miller, travel to/from hearing in Delaware, 8/25/15 | 212.00 |
| 25-Aug-2015 | Travel, exchange fee, B. Miller, return travel from hearing in Delaware, 8/25/15 | 73.00 |
| 25-Aug-2015 | Travel, train, D. Harris, travel to hearing in Delaware, 8/25/15 | 124.00 |
| 25-Aug-2015 | Travel, parking, D. Harris, for hearing in Delaware, 8/25/15 | 21.00 |
| 25-Aug-2015 | Travel, taxi/car service, C. Kerr, travel to train station for hearing in Delaware, 8/25/15 | 172.88 |
| 25-Aug-2015 | Travel, train, D. Harris, return travel from hearing in Delaware, 8/25/15 | 179.00 |
| 25-Aug-2015 | Travel, train, C. Kerr, return travel from hearing in Delaware, 8/25/15 | 179.00 |
| 25-Aug-2015 | Travel, train, C. Kerr, travel to hearing in Delaware, 8/25/15 | 113.00 |
| 18-Jul-2015 | Local meals, A. Lawrence, 7/18/15, 1:35PM (weekend) | 16.50 |
| 18-Jul-2015 | Local meals, E. Richards, 7/18/15, 7:56PM (weekend) | 20.00 |
| 19-Jul-2015 | Local meals, A. Lawrence, 7/19/15, 1:58PM (weekend) | 17.44 |
| 04-Aug-2015 | Local meals, S. Martin, 8/4/15, 8:10PM | 20.00 |
| 11-Aug-2015 | Travel meals, D. Harris, lunch while in Delaware for hearing, 8/11/15 | 19.55 |
| 13-Aug-2015 | Local meals, D. Harris, 8/10/15, 8:06PM | 13.60 |
| 21-May-2015 | Local travel, parking, C. Kerr, 5/21/15, 9:26PM | 26.50 |
| 20-Jul-2015 | Local travel, parking, C. Kerr, 7/20/15, 7:23PM | 26.50 |
| 21-Jul-2015 | Local travel, taxi/car service, S. Martin, 7/21/15, 11:31PM | 26.21 |
| 23-Jul-2015 | Local travel, taxi/car service, S. Martin, 7/22/15, 1:02AM | 21.99 |
| 03-Aug-2015 | Local travel, taxi/car service, S. Martin, 8/3/15 | 23.19 |
| 06-Aug-2015 | Local travel, taxi/car service, S. Martin, 8/6/15, 11:30PM | 26.79 |
| 10-Aug-2015 | Local travel, taxi/car service, D. Harris, 8/10/15, 10:48PM | 88.39 |
| 11-Aug-2015 | Travel, parking, D. Harris, for hearing in Delaware, 8/11/15 | 21.00 |
| 08-Aug-2015 | EDiscovery Fees, EPIQ, user monthly fee | 525.00 |
| 31-Aug-2015 | EDiscovery Fees, IRIS, eDiscovery hosting, processing and support | 17,938.94 |
| 21-Jun-2015 | Business meals, 10 attendees, EFH meeting, 6/5/15 | 194.69 |
| 21-Jun-2015 | Business meals, 18 attendees, EFH meeting, 6/17/15 | 119.64 |
| 21-Jun-2015 | Business meals, 10 attendees, EFH meeting, 6/17/15 | 175.15 |
| 17-Jul-2015 | Business meals, 10 attendees, EFH meeting, 7/17/15 | 132.05 |
| 22-Jul-2015 | Business meals, 8 attendees, client meeting, 7/22/15 | 160.00 |
| 24-Jul-2015 | Business meals, 10 attendees, EFH meeting, 7/24/15 | 119.64 |
| 31-Jul-2015 | Business meals, 10 attendees, EFH meeting, 7/31/15 | 117.05 |
| 03-Aug-2015 | Business meals, 10 attendees, EFH meeting, 8/3/15 | 58.89 |
| 06-Aug-2015 | Business meals, 10 attendees, EFH meeting, 8/6/15 | 200.00 |

**MORRISON | FOERSTER**

073697-0000001  Invoice Number: 5466302
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: October 2, 2015

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|

| Date | Description | Value |
|------|-------------|-------|
| 12-Aug-2015 | Business meals, 10 attendees, EFH meeting, 8/12/15 | 200.00 |
| 20-Aug-2015 | Business meals, 10 attendees, EFH meeting, 8/20/15 | 200.00 |
| 11-Aug-2015 | Travel meals, T. Goren, dinner while in Delaware for hearing, 8/11/15 | 12.58 |
| 18-Aug-2015 | Travel meals, T. Goren, dinner while in Delaware for hearing, 8/18/15 | 10.11 |
| 31-Aug-2015 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 21 | 7.48 |
| 31-Aug-2015 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 21 | 7.48 |

|  | Total Disbursements | 27,628.47 |
|--|---------------------|-----------|

| | Total This Invoice | USD | **27,628.47** |

3