# Exhibit E

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

RLF1 12122996v.1

| Attorney/Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Number of Rate Increases During Fee Period | Hours Billed In this Application | Hourly Rate Billed | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|
| Mark D. Collins | Director | Bankruptcy | 1991 | $16,720.00 | 0 | 20.9 | $800 | $800 | $16,720.00 |
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $137,460.00 | 0 | 189.6 | $725 | $725 | $137,460.00 |
| Russell C. Silberglied | Director | Bankruptcy | 1996 | $210.00 | 0 | 0.3 | $700 | $700 | $210.00 |
| Michael J. Merchant | Director | Bankruptcy | 1999 | $250.00 | 0 | 0.4 | $625 | $625 | $250.00 |
| Paul N. Heath | Director | Bankruptcy | 1998 | $110.00 | 0 | 0.4 | $625 | $625 | $0.00 |
| Steven J. Fineman | Director | Bankruptcy | 2001 | | 0 | 0.2 | $550 | $550 | $0.00 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $268,912.00 | 0 | 548.8 | $490 | $490 | $268,912.00 |
| Cory D. Kandestin | Counsel | Bankruptcy | 2007 | $17,577.00 | 0 | 37.8 | $465 | $465 | $17,577.00 |
| Zachary I. Shapiro | Associate | Bankruptcy | 2008 | $6,556.50 | 0 | 14.1 | $465 | $465 | $6,556.50 |
| L. Katherine Good | Associate | Bankruptcy | 2008 | $46.50 | 0 | 0.1 | $465 | $465 | $46.50 |
| Marisa A. Terranova | Associate | Bankruptcy | 2009 | $13,156.00 | 0 | 29.9 | $440 | $440 | $13,156.00 |
| Tyler D. Semmelman | Associate | Bankruptcy | 2009 | $96,321.50 | 0 | 232.1 | $415 | $415 | $96,321.50 |
| Amanda R. Steele | Associate | Bankruptcy | 2010 | $156.00 | 0 | 0.4 | $390 | $390 | $156.00 |
| William A. Romanowicz | Associate | Bankruptcy | 2012 | $59,738.00 | 0 | 175.7 | $340 | $340 | $59,738.00 |
| Shawna C. Bray | Associate | Bankruptcy | 2014 | $63,600.00 | 0 | 254.4 | $250 | $250 | $63,600.00 |
| Joseph C. Barsalona, II | Associate | Bankruptcy | 2014 | $11,750.00 | 0 | 47.0 | $250 | $250 | $0.00 |
| Rachel L. Biblo | Associate | Bankruptcy | 2014 | $1,550.00 | 0 | 6.2 | $250 | $250 | $0.00 |
| Barbara J. Witters | Paralegal | Bankruptcy | 14 | $74,213.00 | 0 | 315.8 | $235 | $235 | $74,213.00 |
| Lindsey A. Edinger | Paralegal | Bankruptcy | 2 | $17,319.50 | 0 | 73.7 | $235 | $235 | $17,319.50 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 13 | $12,102.50 | 0 | 51.5 | $235 | $235 | $12,102.50 |
| Ann Jerominski | Paralegal | Bankruptcy | 14 | $4,018.50 | 0 | 17.1 | $235 | $235 | $4,018.50 |
| Erica M. Nantais | Tech Support | Litigation | 1 | $3,901.00 | 0 | 16.6 | $235 | $235 | $0.00 |

RLF1 12122996v.1

| Attorney/Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Number of Rate Increases During Fee Period | Hours Billed In this Application | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Daniel D. White | Tech Support | Litigation | 11 | $3,619.00 | 0 | 15.4 | $235 | $235 | $3,619.00 |
| Michael L. Collins | Tech Support | Litigation | 5 | $611.00 | 0 | 2.6 | $235 | $235 | $611.00 |
| Christopher Koran | Tech Support | MIS | 2 | $253.50 | 0 | 1.3 | $195 | $195 | $253.50 |
| Total | | | | $810,401.50 | | 2052.3 | | | $792,840.50 |

**TOTAL FEES**    **$810,401.50**