## Exhibit F

**Summary of Actual and Necessary Expenses for the Fee Period**

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Binding | | | $147.50 |
| Business Meals | | | $17,930.72 |
| Conference Calling | | | $1,750.60 |
| Data Hosting | | | $0.00 |
| Document Retrieval | Pacer | $.10/pg. | $7,700.80 |
| Electronic Legal Research | Bloomberg & Westlaw | | $9,983.75 |
| Equipment Rental | Aquipt | | $1,300.82 |
| Filing/Court Fee | | | $2,203.00 |
| Long distance telephone charges | AT&T | | $905.00 |
| Messenger and delivery service | Parcels, Fed Ex & Blue Marble | | $2,772.50 |
| Overtime | | | $4,273.65 |
| Photocopying/Printing - outside vendor | Parcels | | $12,437.16 |
| Photocopying/Printing | | $.10/pg. | $8,611.80 |
| Postage | | | $64.72 |
| Room Rental | | | $0.00 |
| Office Supplies | | | $0.00 |
| Professional Services | Blue Marble Logistics LLC & Parcels | | $50.00 |
| Record Retrieval | | | $8.20 |
| Storage | Access Information Management | | $44.00 |
| Travel Expense | Roadrunner Express | | $301.10 |
| **TOTAL** | | | **$70,485.32[2]** |

---

[1] RL&F may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.

[2] Expense total prior to application of $533.25 voluntary expense reduction previously agreed to by RL&F.