**Exhibit G**

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326A | [ALL] Case Administration | 68.2 | 75.0 | $24,824.50 | $27,306.95 |
| 180326B | [ALL] Creditor Inquiries | 10.7 | 11.8 | $5,316.50 | $5,848.15 |
| 180326C | [ALL] Meetings | 31.1 | 34.2 | $18,120.50 | $19,932.55 |
| 180326D | [ALL] Executory Contracts/Unexpired Leases | 59.3 | 65.2 | $19,573.00 | $21,530.30 |
| 180326E | [ALL] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [ALL] Plan of Reorganization/Disclosure Statement | 7.0 | 7.7 | $2,977.50 | $3,275.25 |
| 180326G | [ALL] Use, Sale of Assets | 93.1 | 102.4 | $43,388.00 | $47,726.80 |
| 180326H | [ALL] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [ALL] Claims Administration | 89.3 | 98.2 | $35,066.00 | $38,572.60 |
| 180326J | [ALL] Court Hearings | 693.7 | 763.1 | $253,890.50 | $279,279.55 |
| 180326K | [ALL] General Corporate/Real Estate | 1.8 | 2.0 | $423.00 | $465.30 |
| 180326L | [ALL] Schedules/SOFA/U.S. Trustee Reports | 37.8 | 41.6 | $12,336.00 | $13,569.60 |
| 180326M | [ALL] Employee Issues | 98.9 | 108.8 | $43,660.50 | $48,026.55 |
| 180326N | [ALL] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [ALL] Tax Issues | 29.7 | 32.7 | $14,521.00 | $15,973.10 |
| 180326P | [ALL] Litigation/Adversary Proceedings | 61.7 | 67.9 | $21,047.00 | $23,151.70 |
| 180326Q-1 | [ALL] RLF Retention | 92.6 | 101.9 | $41,591.50 | $45,750.65 |
| 180326Q-2 | [ALL] Retention of Others | 137.0 | 150.7 | $52,851.00 | $58,136.10 |
| 180326R-1 | [ALL] RLF Fee Applications | 130.6 | 143.7 | $48,625.00 | $53,487.50 |
| 180326R-2 | [ALL] Fee Applications of Others | 189.9 | 208.9 | $71,511.00 | $78,662.10 |
| 180326S | [ALL] Vendors/Suppliers | 0.2 | 0.2 | $83.00 | $83.00 |
| 180326T | [ALL] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [ALL] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [ALL] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [TCEH] Case Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326B | [TCEH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [TCEH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [TCEH] Executory Contracts/Unexpired Leases | 60.9 | 67.0 | $24,950.00 | $27,445.00 |
| 180326E | [TCEH] Automatic Stay/Adequate Protection | 8.9 | 9.8 | $4,070.00 | $4,477.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326F | [TCEH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326G | [TCEH] Use, Sale of Assets | 2.7 | 3.0 | $1,042.50 | $1,146.75 |
| 180326H | [TCEH] Cash Collateral/DIP Financing | 8.2 | 9.0 | $3,334.50 | $3,667.95 |
| 180326I | [TCEH] Claims Administration | 7.1 | 7.8 | $2,426.00 | $2,668.60 |
| 180326J | [TCEH] Court Hearings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326K | [TCEH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [TCEH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [TCEH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [TCEH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [TCEH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [TCEH] Litigation/Adversary Proceedings | 1.7 | 1.9 | $803.50 | $883.85 |
| 180326Q-1 | [TCEH] RLF Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [TCEH] Retention of Others | 3.6 | 4.0 | $1,558.00 | $1,713.80 |
| 180326R-1 | [TCEH] RLF Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [TCEH] Fee Applications of Others | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326S | [TCEH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [TCEH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [TCEH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [TCEH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFIH] Case Administration | 0.8 | 0.9 | $315.50 | $347.05 |
| 180326B | [EFIH] Creditor Inquiries | 0.7 | 0.8 | $484.00 | $532.40 |
| 180326C | [EFIH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [EFIH] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [EFIH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFIH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326G | [EFIH] Use, Sale of Assets | 0.3 | 0.3 | $147.00 | $147.00 |
| 180326H | [EFIH] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326I | [EFIH] Claims Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326J | [EFIH] Court Hearings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326K | [EFIH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [EFIH] Schedules/SOFA/U.S. Trustee Reports | 0.1 | 0.1 | $49.00 | $49.00 |
| 180326M | [EFIH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFIH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFIH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFIH] Litigation/Adversary Proceedings | 120.3 | 132.2 | $58,710.50 | $64,581.00 |
| 180326Q-1 | [EFIH] RLF Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFIH] Retention of Others | 1.9 | 2.1 | $925.00 | $1,017.50 |
| 180326R-1 | [EFIH] RLF Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [EFIH] Fee Applications of Others | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326S | [EFIH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFIH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFIH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFIH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFH] Case Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326B | [EFH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [EFH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [EFH] Executory Contracts/Unexpired Leases | 0.2 | 0.2 | $98.00 | $98.00 |
| 180326E | [EFH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326G | [EFH] Use, Sale of Assets | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326H | [EFH] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [EFH] Claims Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326J | [EFH] Court Hearings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326K | [EFH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [EFH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326M | [EFH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFH] Litigation/Adversary Proceedings | 0.2 | 0.2 | $145.00 | $145.00 |
| 180326Q-1 | [EFH] RLF Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFH] Retention of Others | 2.1 | 2.3 | $1,537.50 | $1,691.50 |
| 180326R-1 | [EFH] RLF Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [EFH] Fee Applications of Others | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326S | [EFH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| **TOTALS** | | **2052.3** | | **$810,401.50** | |