# Exhibit J

## Budget and Staffing Plan

RLF1 12122996v.1

## Aggregate Budget for Matter Categories
## for the Period Beginning on September 1, 2014 and Ending on December 31, 2014[1]

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm: Richards, Layton & Finger, P.A.

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| Applicable to All Debtors[3] | | | |
| A-All | Case Administration | 75.0 | $27,306.95 |
| B-All | Creditor Inquiries | 11.8 | 5,848.15 |
| C-All | Meetings | 34.2 | 19,932.55 |
| D-All | Executory Contracts/Unexpired Leases | 65.2 | 21,530.30 |
| E-All | Automatic Stay/Adequate Protection | 0.0 | 0.00 |
| F-All | Plan of Reorganization/Disclosure Statement | 7.7 | 3,275.25 |
| G-All | Use, Sale of Assets | 102.4 | 47,726.80 |
| H-All | Cash Collateral/DIP Financing | 0.0 | 0.00 |
| I-All | Claims Administration | 98.2 | 38,572.60 |
| J-All | Court Hearings | 763.1 | 279,279.55 |
| K-All | General Corporate/Real Estate | 2.0 | 465.30 |
| L-All | Schedules/SOFA/U.S. Trustee Reports | 41.6 | 13,569.60 |
| M-All | Employee Issues | 108.8 | 48,026.55 |
| N-All | Environmental | 0.0 | 0.00 |
| O-All | Tax Issues | 32.7 | 15,973.10 |
| P-All | Litigation/Adversary Proceedings | 67.9 | 23,151.70 |
| Q-1-All | RLF Retention | 101.9 | 45,750.65 |
| Q-2-All | Retention of Others | 150.7 | 58,136.10 |
| R-1-All | RLF Fee Applications | 143.7 | 53,487.50 |
| R-2-All | Fee Applications of Others | 208.9 | 78,662.10 |
| S-All | Vendors/Suppliers | 0.2 | 83.00 |
| T-All | Non-Working Travel | 0.0 | 0.00 |
| U-All | Utilities | 0.0 | 0.00 |
| V-All | Insurance | 0.0 | 0.00 |
| | | | |

---

[1] Due to the timing of its preparation, the budget and staffing plan for the Fee Period was prepared with the benefit of actual data for the Fee Period.

[2] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[3] Matter categories applicable to all Debtors will be allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis in connection with RL&F's fee application.

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| Applicable to EFH Debtors | | | |
| A-EFH | Case Administration | 0.0 | 0.00 |
| B-EFH | Creditor Inquiries | 0.0 | 0.00 |
| C-EFH | Meetings | 0.0 | 0.00 |
| D-EFH | Executory Contracts/Unexpired Leases | 0.2 | 98.00 |
| E-EFH | Automatic Stay/Adequate Protection | 0.0 | 0.00 |
| F-EFH | Plan of Reorganization/Disclosure Statement | 0.0 | 0.00 |
| G-EFH | Use, Sale of Assets | 0.0 | 0.00 |
| H-EFH | Cash Collateral/DIP Financing | 0.0 | 0.00 |
| I-EFH | Claims Administration | 0.0 | 0.00 |
| J-EFH | Court Hearings | 0.0 | 0.00 |
| K-EFH | General Corporate/Real Estate | 0.0 | 0.00 |
| L-EFH | Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.00 |
| M-EFH | Employee Issues | 0.0 | 0.00 |
| N-EFH | Environmental | 0.0 | 0.00 |
| O-EFH | Tax Issues | 0.0 | 0.00 |
| P-EFH | Litigation/Adversary Proceedings | 0.2 | 145.00 |
| Q-1-EFH | RLF Retention | 0.0 | 0.00 |
| Q-2-EFH | Retention of Others | 2.3 | 1,691.25 |
| R-1-EFH | RLF Fee Applications | 0.0 | 0.00 |
| R-2-EFH | Fee Applications of Others | 0.0 | 0.00 |
| S-EFH | Vendors/Suppliers | 0.0 | 0.00 |
| T-EFH | Non-Working Travel | 0.0 | 0.00 |
| U-EFH | Utilities | 0.0 | 0.00 |
| V-EFH | Insurance | 0.0 | 0.00 |
| Applicable to EFIH Debtors | | | |
| A-EFIH | Case Administration | 0.9 | 347.05 |
| B-EFIH | Creditor Inquiries | 0.8 | 532.4 |
| C-EFIH | Meetings | 0.0 | 0.00 |
| D-EFIH | Executory Contracts/Unexpired Leases | 0.0 | 0.00 |
| E-EFIH | Automatic Stay/Adequate Protection | 0.0 | 0.00 |
| F-EFIH | Plan of Reorganization/Disclosure Statement | 0.0 | 0.00 |
| G-EFIH | Use, Sale of Assets | 0.3 | 147.00 |
| H-EFIH | Cash Collateral/DIP Financing | 0.0 | 0.00 |
| I-EFIH | Claims Administration | 0.0 | 0.00 |
| J-EFIH | Court Hearings | 0.0 | 0.00 |
| K-EFIH | General Corporate/Real Estate | 0.0 | 0.00 |
| L-EFIH | Schedules/SOFA/U.S. Trustee Reports | 0.1 | 49.00 |
| M-EFIH | Employee Issues | 0.0 | 0.00 |
| N-EFIH | Environmental | 0.0 | 0.00 |

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| O-EFIH | Tax Issues | 0.0 | 0.00 |
| P-EFIH | Litigation/Adversary Proceedings | 132.3 | 64,581.00 |
| Q-1-EFIH | RLF Retention | 0.0 | 0.00 |
| Q-2-EFIH | Retention of Others | 2.1 | 1,017.50 |
| R-1-EFIH | RLF Fee Applications | 0.0 | 0.00 |
| R-2-EFIH | Fee Applications of Others | 0.0 | 0.00 |
| S-EFIH | Vendors/Suppliers | 0.0 | 0.00 |
| T-EFIH | Non-Working Travel | 0.0 | 0.00 |
| U-EFIH | Utilities | 0.0 | 0.00 |
| V-EFIH | Insurance | 0.0 | 0.00 |
| **Applicable to TCEH Debtors** | | | |
| A-TCEH | Case Administration | 0.0 | 0.00 |
| B-TCEH | Creditor Inquiries | 0.0 | 0.00 |
| C-TCEH | Meetings | 0.0 | 0.00 |
| D-TCEH | Executory Contracts/Unexpired Leases | 67.0 | 27,445.00 |
| E-TCEH | Automatic Stay/Adequate Protection | 9.8 | 4,477.00 |
| F-TCEH | Plan of Reorganization/Disclosure Statement | 0.0 | 0.00 |
| G-TCEH | Use, Sale of Assets | 3.0 | 1,146.75 |
| H-TCEH | Cash Collateral/DIP Financing | 9.0 | 3,667.95 |
| I-TCEH | Claims Administration | 7.8 | 2,668.60 |
| J-TCEH | Court Hearings | 0.0 | 0.00 |
| K-TCEH | General Corporate/Real Estate | 0.0 | 0.00 |
| L-TCEH | Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.00 |
| M-TCEH | Employee Issues | 0.0 | 0.00 |
| N-TCEH | Environmental | 0.0 | 0.00 |
| O-TCEH | Tax Issues | 0.0 | 0.00 |
| P-TCEH | Litigation/Adversary Proceedings | 1.9 | 883.85 |
| Q-1-TCEH | RLF Retention | 0.0 | 0.00 |
| Q-2-TCEH | Retention of Others | 4.0 | 1,713.80 |
| R-1-TCEH | RLF Fee Applications | 0.0 | 0.00 |
| R-2-TCEH | Fee Applications of Others | 0.0 | 0.00 |
| S-TCEH | Vendors/Suppliers | 0.0 | 0.00 |
| T-TCEH | Non-Working Travel | 0.0 | 0.00 |
| U-TCEH | Utilities | 0.0 | 0.00 |
| V-TCEH | Insurance | 0.0 | 0.00 |
| **Total** | | **2,257.5** | **$891,441.10** |

## Aggregate Staffing Plan Across All Matters
## for the Period Beginning on September 1, 2014 and Ending on December 31, 2014

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 2 | $787.50 |
| Counsel | 1 | $525.00 |
| Associate (4+ years since first admission) | 2 | $450.00 |
| Associate (0-3 years since first admission) | 3 | $328.33 |
| Paralegal (primary and back-up) | 4 | $235.00 |
| IT Trial Services Manager | 1 | $235.00 |
| **Total Attorney** | **8** | **$498.13** |
| **Total Non-Attorney** | **5** | **$235.00** |
| **Total** | **13** | **$396.92** |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the Budget Period.