## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL] Case Administration | 61.90 | $32,242.00 |
| 7 | [ALL] Cash Management | 1.50 | $997.50 |
| 8 | [ALL] Claims Administration & Objections | 134.20 | $90,157.00 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 2,701.40 | $1,600,724.50 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 700.50 | $602,117.50 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 21.00 | $14,375.00 |
| 12 | [ALL] Hearings | 117.80 | $105,186.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 220.50 | $122,809.00 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 6.40 | $4,288.00 |
| 18 | [ALL] Non-Working Travel | 86.50 | $73,842.50 |
| 21 | [ALL] Plan and Disclosure Statements | 2,482.40 | $2,228,869.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 94.80 | $81,580.00 |
| 29 | [ALL] Tax Issues | 343.50 | $354,235.00 |
| 34 | [TCEH] Asset Dispositions and Purchases | 31.30 | $20,677.00 |
| 36 | [TCEH] Bond Issues | 2.10 | $1,669.50 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 20.80 | $20,034.00 |
| 39 | [TCEH] Claims Administration & Objection | 83.20 | $51,541.50 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 11.80 | $10,821.00 |
| 42 | [TCEH] Environmental Issues | 60.00 | $56,343.00 |
| 46 | [TCEH] Non-Debtor Affiliates | 5.10 | $2,378.00 |
| 48 | [TCEH] Non-Working Travel | 8.20 | $6,991.00 |
| 57 | [TCEH] Trading and Hedging Contracts | 5.30 | $3,869.00 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 0.60 | $407.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 18.10 | $14,706.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 339.00 | $277,627.00 |
| 89 | [EFH] EFH Properties | 38.00 | $28,868.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 1,042.30 | $707,428.50 |
| 113 | [ALL] Enforcement of TTI Rights | 68.80 | $58,232.50 |
| 114 | [ALL] Drag Along Rights | 30.60 | $29,645.50 |
| 115 | [TCEH] Exit Financing | 16.60 | $21,491.50 |
| **Totals:** | | **8,754.20** | **$6,624,154.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $2,817.03 |
| Standard Copies or Prints | $4,825.30 |
| Color Copies or Prints | $4,140.90 |
| Production Blowbacks | $537.00 |
| Postage | $27.20 |
| Overnight Delivery | $226.19 |
| Outside Messenger Services | $429.45 |
| Local Transportation | $132.18 |
| Travel Expense | $14,000.24 |
| Airfare | $25,150.32 |
| Transportation to/from airport | $6,323.94 |
| Travel Meals | $1,141.28 |
| Other Travel Expenses | $288.00 |
| Court Reporter Fee/Deposition | $4,003.25 |
| Appearance Fees | $100.00 |
| Outside Counsel Assistance | $395,746.50 |
| Outside Copy/Binding Services | $13,784.22 |
| Working Meals/K&E Only | $20.00 |
| Catering Expenses | $4,408.31 |
| Outside Retrieval Service | $25.00 |
| Computer Database Research | $2,783.63 |
| Westlaw Research | $6,796.55 |
| LexisNexis Research | $172.78 |
| Overtime Transportation | $1,665.96 |
| Overtime Meals - Non-Attorney | $92.00 |
| Overtime Meals - Attorney | $1,471.27 |
| Rental Expenses | $3,321.90 |
| Leased Equipment | $1,500.00 |
| Cash Credits | -$3,066.00 |
| **Total:** | **$492,864.40** |