## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Dean C Bachus | Partner | 2004 | Taxation | 1,040.00 | 2.50 | $2,600.00 |
| Mike Beinus | Partner | 1999 | Taxation | 1,220.00 | 3.10 | $3,782.00 |
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,025.00 | 37.60 | $38,540.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,245.00 | 65.40 | $81,423.00 |
| Lauren O Casazza | Partner | 2002 | Litigation - General | 935.00 | 76.50 | $71,527.50 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 955.00 | 120.30 | $114,886.50 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 845.00 | 18.20 | $15,379.00 |
| Thad Davis | Partner | 2005 | Taxation | 995.00 | 0.20 | $199.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,275.00 | 58.70 | $74,842.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 825.00 | 179.60 | $148,170.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 880.00 | 105.50 | $92,840.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 880.00 | 39.40 | $34,672.00 |
| Reid Huefner | Partner | 2007 | IP - Litigation | 845.00 | 10.10 | $8,534.50 |
| Chad J Husnick | Partner | 2004 | Restructuring | 975.00 | 248.40 | $242,190.00 |
| Ellen M. Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,040.00 | 5.60 | $5,824.00 |
| Christopher Keegan | Partner | 2002 | Litigation - General | 855.00 | 75.50 | $64,552.50 |
| Natalie H Keller | Partner | 1997 | Taxation | 1,045.00 | 9.10 | $9,509.50 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,235.00 | 109.20 | $134,862.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,060.00 | 6.90 | $7,314.00 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,275.00 | 40.10 | $51,127.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,375.00 | 79.20 | $108,900.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,090.00 | 192.40 | $209,716.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 1,025.00 | 198.50 | $203,462.50 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 930.00 | 93.00 | $86,490.00 |
| Andres C Mena | Partner | 2001 | Corporate - Debt Finance | 1,060.00 | 0.20 | $212.00 |
| Dennis M Myers, P.C. | Partner | 1991 | Corporate - Capital Markets | 1,245.00 | 1.40 | $1,743.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,325.00 | 59.40 | $78,705.00 |
| Matthew E Papez, P.C. | Partner | 1999 | Litigation - General | 935.00 | 2.00 | $1,870.00 |
| Michael A | Partner | 2008 | Litigation - General | 825.00 | 99.80 | $82,335.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Petrino | | | | | | |
| Scott D Price | Partner | 1990 | Executive Compensation | 1,245.00 | 11.00 | $13,695.00 |
| William T Pruitt | Partner | 2004 | Litigation - General | 895.00 | 5.50 | $4,922.50 |
| Jeffrey S Quinn | Partner | 1998 | Employee Benefits | 1,025.00 | 1.40 | $1,435.00 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 895.00 | 163.30 | $146,153.50 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 930.00 | 8.30 | $7,719.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,235.00 | 251.50 | $310,602.50 |
| Brian E Schartz | Partner | 2008 | Restructuring | 930.00 | 186.20 | $173,166.00 |
| Joseph Serino, Jr., P.C. | Partner | 1988 | Litigation - General | 1,145.00 | 10.10 | $11,564.50 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,325.00 | 155.70 | $206,302.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 880.00 | 105.50 | $92,840.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 955.00 | 17.80 | $16,999.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,165.00 | 20.10 | $23,416.50 |
| James Barolo | Associate | 2014 | Litigation - General | 555.00 | 108.60 | $60,273.00 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 895.00 | 18.50 | $16,557.50 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 570.00 | 279.30 | $159,201.00 |
| Kevin Chang | Associate | 2014 | Litigation - General | 555.00 | 170.80 | $94,794.00 |
| Haley Darling | Associate | 2014 | Litigation - General | 555.00 | 13.50 | $7,492.50 |
| Alexander Davis | Associate | 2012 | Litigation - General | 710.00 | 192.60 | $136,746.00 |
| George Desh | Associate | 2011 | IP - Litigation | 755.00 | 37.30 | $28,161.50 |
| Michael Esser | Associate | 2009 | Litigation - General | 825.00 | 213.40 | $176,055.00 |
| Jason Fitterer | Associate | 2012 | IP - Litigation | 710.00 | 65.00 | $46,150.00 |
| Emily Geier | Associate | 2012 | Restructuring | 795.00 | 272.10 | $216,319.50 |
| Jason Gott | Associate | 2012 | Restructuring | 730.00 | 134.90 | $98,477.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 665.00 | 65.90 | $43,823.50 |
| Vinu Joseph | Associate | 2013 | Litigation - General | 635.00 | 27.10 | $17,208.50 |
| Lina Kaisey | Associate | 2015 | Restructuring | 570.00 | 146.40 | $83,448.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 755.00 | 97.40 | $73,537.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 635.00 | 35.00 | $22,225.00 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 825.00 | 87.30 | $72,022.50 |
| Serafima Krikunova | Associate | 2012 | Litigation - General | 710.00 | 13.60 | $9,656.00 |
| Nick Laird | Associate | 2013 | Litigation - General | 635.00 | 38.40 | $24,384.00 |
| Teresa Lii | Associate | 2014 | Restructuring | 665.00 | 162.80 | $108,262.00 |
| Jeffrey Lula | Associate | 2010 | Litigation - General | 795.00 | 54.70 | $43,486.50 |
| Eric Merin | Associate | 2014 | Litigation - General | 635.00 | 35.30 | $22,415.50 |
| Timothy Mohan | Associate | 2014 | Restructuring | 665.00 | 148.70 | $98,885.50 |
| Veronica Nunn | Associate | 2010 | Corporate - General | 845.00 | 35.50 | $29,997.50 |
| Samara L Penn | Associate | 2010 | Litigation - General | 795.00 | 32.50 | $25,837.50 |
| Jonah Peppiatt | Associate | 2015 | Restructuring | 570.00 | 22.00 | $12,540.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 665.00 | 4.10 | $2,726.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bradford B Rossi | Associate | 2011 | Corporate - General | 845.00 | 22.10 | $18,674.50 |
| Jeremy Roux | Associate | 2014 | IP - Litigation | 555.00 | 13.40 | $7,437.00 |
| Max Schlan | Associate | 2012 | Restructuring | 730.00 | 4.10 | $2,993.00 |
| Mark F Schottinger | Associate | 2012 | Litigation - General | 710.00 | 38.50 | $27,335.00 |
| Steven Serajeddini | Associate | 2010 | Restructuring | 895.00 | 277.20 | $248,094.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 750.00 | 156.50 | $117,375.00 |
| Stephanie Shropshire | Associate | Pending | Litigation - General | 635.00 | 33.50 | $21,272.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 710.00 | 199.70 | $141,787.00 |
| Adam Stern | Associate | 2013 | Litigation - General | 710.00 | 50.70 | $35,997.00 |
| Sarah Stock | Associate | 2013 | Litigation - General | 635.00 | 121.60 | $77,216.00 |
| Nathan Taylor | Associate | Pending | Litigation - General | 555.00 | 19.90 | $11,044.50 |
| Adam Teitcher | Associate | 2013 | Litigation - General | 710.00 | 112.00 | $79,520.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 555.00 | 241.80 | $134,199.00 |
| Steven Torrez | Associate | 2014 | Restructuring | 570.00 | 168.00 | $95,760.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 555.00 | 74.50 | $41,347.50 |
| Jason Whiteley | Associate | 2010 | Corporate - General | 895.00 | 123.20 | $110,264.00 |
| Charles D Wineland, III | Associate | 2013 | IP - Litigation | 635.00 | 77.20 | $49,022.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 665.00 | 279.00 | $185,535.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 730.00 | 226.80 | $165,564.00 |
| **Grand Total** | | | | | **7,626.60** | **$6,286,144.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 210.00 | 37.60 | $7,896.00 |
| Jason Douangsanith | Case Assistant | 4 months | Litigation - General | 195.00 | 24.70 | $4,816.50 |
| Gary A Duncan | Legal Assistant | 6 years | Litigation - General | 300.00 | 70.90 | $21,270.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 265.00 | 107.30 | $28,434.50 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 380.00 | 8.60 | $3,268.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 340.00 | 36.70 | $12,478.00 |
| Shavone Green | Legal Assistant | 1.5 years | Restructuring | 280.00 | 8.30 | $2,324.00 |
| Lisa A Horton | Legal Assistant | 13 years | Litigation - General | 350.00 | 2.70 | $945.00 |
| Paul M Jones | Legal Assistant | 1 month | Litigation - General | 330.00 | 105.40 | $34,782.00 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 350.00 | 84.30 | $29,505.00 |
| Maureen McCarthy | Legal Assistant | 12 years | Restructuring | 350.00 | 12.80 | $4,480.00 |
| Robert Orren | Legal Assistant | 4 years | Restructuring | 310.00 | 97.50 | $30,225.00 |
| Meghan Rishel | Legal Assistant | 11 months | Litigation - General | 265.00 | 117.70 | $31,190.50 |
| Ken Sturek | Legal Assistant | 15 years | Litigation - General | 350.00 | 3.00 | $1,050.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 310.00 | 6.10 | $1,891.00 |
| William G Marx | Litigation Suppt Cons | 1.5 years | Litigation - General | 315.00 | 1.00 | $315.00 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 315.00 | 227.20 | $71,568.00 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 310.00 | 128.90 | $39,959.00 |
| Olivia Altmayer | Other | 1 year | Litigation - Antitrust/ Competition | 235.00 | 3.00 | $705.00 |
| Stephen P Garoutte | Other | 3 years | Admin Services | 240.00 | 5.50 | $1,320.00 |
| Allison Graybill | Other | 2 years | Admin Services | 240.00 | 11.00 | $2,640.00 |
| Mollie Tuomisto | Other | 6 months | Litigation - Antitrust/ Competition | 235.00 | 3.30 | $775.50 |
| Kurt J Wunderlich | Other | 11 years | Litigation - | 535.00 | 3.80 | $2,033.00 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | | | Antitrust/ Competition | | | |
| Gabriel King | Project Assistant | 3 months | Restructuring | 210.00 | 6.10 | $1,281.00 |
| Meg McCarthy | Project Assistant | 1 year | Litigation - General | 195.00 | 8.30 | $1,618.50 |
| Ned Rooney | Project Assistant | 1 month | Litigation - General | 210.00 | 5.90 | $1,239.00 |
| **Grand Total** | | | | | **1,127.60** | **$338,009.50** |

**Total Fees Requested**  $6,624,154.00