# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $2,817.03 |
| Standard Copies or Prints | $4,326.50 |
| Color Copies or Prints | $4,000.50 |
| Production Blowbacks | $537.00 |
| Postage | $27.20 |
| Overnight Delivery | $226.19 |
| Outside Messenger Services | $429.45 |
| Local Transportation | $132.18 |
| Travel Expense | $14,000.24 |
| Airfare | $25,150.32 |
| Transportation to/from airport | $6,323.94 |
| Travel Meals | $1,141.28 |
| Other Travel Expenses | $288.00 |
| Court Reporter Fee/Deposition | $4,003.25 |
| Appearance Fees | $100.00 |
| Outside Counsel Assistance | $395,746.50 |
| Outside Copy/Binding Services | $13,784.22 |
| Working Meals/K&E Only | $20.00 |
| Catering Expenses | $4,408.31 |
| Outside Retrieval Service | $25.00 |
| Computer Database Research | $2,783.63 |
| Westlaw Research | $6,796.55 |
| LexisNexis Research | $172.78 |
| Overtime Transportation | $1,665.96 |
| Overtime Meals - Non-Attorney | $92.00 |
| Overtime Meals - Attorney | $1,471.27 |
| Rental Expenses | $3,321.90 |
| Leased Equipment | $1,500.00 |
| Cash Credits | -$3,066.00 |
| **Total:** | **$492,225.20** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $196.90 |
| **Total:** | **$196.90** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $198.30 |
| Color Copies or Prints | $15.60 |
| **Total:** | **$213.90** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $103.60 |
| Color Copies or Prints | $124.80 |
| **Total:** | **$228.40** |