## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Energy Future Holdings Corp., *et. al.,* | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 6131** |

### NOTICE OF APPEAL

Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, and David William Fahy (respectively "Fenicle" and "Fahy", together "Appellants"), creditors in the above-captioned chapter 11 cases, file this Notice of Appeal pursuant to 28 U.S.C. § 158 and Federal Rules of Bankruptcy Procedure 8002 and 8003.

The Appellants appeal from the Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Form of Notice and Other Related Documents (D.I. 6131) (the "Disclosure Statement Order"), which was entered by the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.) on September 22, 2015. The Disclosure Statement Order is an interlocutory order from which the Appellants may appeal with leave of the court pursuant to 28 U.S.C. § 158(a)(3).

The names of all parties to the judgment, order, or decree from which the Appellants appeal, and the names, addresses, and telephone numbers of their attorneys are as follows:

| | Party | Attorney |
|---|---|---|
| 1. | Appellants | HOGAN♦McDANIEL<br>Daniel K. Hogan (DE Bar # 2814)<br>1311 Delaware Avenue<br>Wilmington, Delaware  19806<br>Telephone:  (302) 656-7540<br>Facsimile: (302) 656-7599<br>dkhogan@dkhogan.com<br><br>-and-<br><br>KAZAN McCLAIN SATTERLEY & GREENWOOD<br>A Professional Law Corporation<br>Steven Kazan (CA Bar # 46855)<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>Telephone: (510) 302-1000<br>Facsimile: (510) 835-4913<br><br>-and-<br><br>EARLY LUCARELLI SWEENEY & STRAUSS<br>Ethan Early (CT Juris # 417930)<br>265 Church Street, 11th Floor<br>New Haven, CT 06508-1866<br>Telephone: (203) 777-7799<br>Facsimile: (203) 785-1671 |
| 2. | Andrew R. Vara, Acting United States Trustee | U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. TRUSTEE<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>Email: Richard.Schepacarter@usdoj.gov<br>            Andrea.B.Schwartz@usdoj.gov |

| 3. | Debtors and Debtors in Possession | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>        defranceschi@rlf.com<br>        madron@rlf.com<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C. (admitted pro hac vice)<br>Stephen E. Hessler (admitted pro hac vice)<br>Brian E. Schartz (admitted pro hac vice)<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: edward.sassower@kirkland.com<br>        stephen.hessler@kirkland.com<br>        brian.schartz@kirkland.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted pro hac vice)<br>Marc Kieselstein, P.C. (admitted pro hac vice)<br>Chad J. Husnick (admitted pro hac vice)<br>Steven N. Serajeddini (admitted pro hac vice)<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>        marc.kieselstein@kirkland.com<br>        chad.husnick@kirkland.com<br>        steven.serajeddini@kirkland.com |
| --- | --- | --- |

| 4. | Energy Future Holdings Corp. | O'KELLY ERNST & BIELLI, LLC<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 778-4000<br>Facsimile: (302) 295-2873<br>Email: dklauder@oeblegal.com<br>        sdougherty@oeblegal.com<br>-and-<br><br>PROSKAUER ROSE LLP<br>Jeff J. Marwil (admitted pro hac vice)<br>Mark K. Thomas (admitted pro hac vice)<br>Peter J. Young (admitted pro hac vice)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone: (312) 962-3550<br>Facsimile: (312) 962-3551<br>Email: jmarwil@proskauer.com<br>        mthomas@proskauer.com<br>        pyoung@proskauer.com |
|---|---|---|

| | Party | Attorney |
|---|---|---|
| 5. | Energy Future Intermediate Holding Company LLC | STEVENS & LEE, P.C.<br>Joseph H. Huston, Jr. (No. 4035)<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br>Facsimile: (610) 371-7927<br>Email: jhh@stevenslee.com<br><br>-and-<br><br>CRAVATH, SWAINE AND MOORE LLP<br>Michael A. Paskin, Esq.<br>Trevor M. Broad, Esq.<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>Facsimile: (212) 474-3700<br>Email: mpaskin@cravath.com<br>        tbroad@cravath.com<br><br>-and-<br><br>JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>Facsimile: (212) 891-1699<br>Email: rlevin@jenner.com |

| | Party | Attorney |
|---|---|---|
| 6. | TCEH Debtors | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>David P. Primack (No. 4449)<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>Facsimile: (302) 654-4031<br>Email: dprimack@mdmc-law.com<br><br>-and-<br><br>MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper<br>Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Facsimile: (213) 683-4022<br>Email: Thomas.Walper@mto.com<br>          Seth.Goldman@mto.com |

| | Party | Attorney |
|---|---|---|
| 7. | TCEH Official Committee | MORRISON & FOERSTER LLP<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: jpeck@mofo.com<br>        brettmiller@mofo.com<br>        lmarinuzzi@mofo.com<br>        tgoren@mofo.com<br><br>-and-<br><br>POLSINELLI PC<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email: cward@polsinelli.com<br>        jedelson@polsinelli.com<br>        skatona@polsinelli.com |

| | Party | Attorney |
|---|---|---|
| 8. | The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. | MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail: nramsey@mmwr.com<br>　　　　 msheppard@mmwr.com<br>　　　　 mfink@mmwr.com<br><br>-and-<br><br>SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>　　　　 holleys@sullcrom.com<br>　　　　 giuffrar@sullcrom.com<br>　　　　 gluecksteinb@sullcrom.com |

Pursuant to Federal Rule of Bankruptcy Procedure 8003, a copy of the Disclosure

Statement Order is attached hereto as <u>Exhibit A</u>.  This Notice of Appeal is also accompanied by

the prescribed fee.


Dated: October 6, 2015                        Respectfully submitted,
Wilmington, Delaware


                              By:    */s/ Daniel K. Hogan*
                                     Daniel K. Hogan (DE Bar # 2814)
                                     HOGAN♦McDANIEL
                                     1311 Delaware Avenue
                                     Wilmington, Delaware  19806
                                     Telephone:  (302) 656-7540
                                     Facsimile: (302) 656-7599
                                     dkhogan@dkhogan.com

                                     -and-
                                     Steven Kazan (CA Bar # 46855)
                                     Kazan McClain Satterley & Greenwood
                                     A Professional Law Corporation
                                     Jack London Market
                                     55 Harrison Street, Suite 400
                                     Oakland, CA 94607
                                     Telephone: (510) 302-1000
                                     Facsimile: (510) 835-4913

                                     -and-
                                     Ethan Early (CT Juris # 417930)
                                     Early Lucarelli Sweeney & Strauss
                                     265 Church Street, 11th Floor
                                     New Haven, CT 06508-1866
                                     Telephone: (203) 777-7799
                                     Facsimile: (203) 785-1671

                                     *Counsel for Shirley Fenicle, as successor-in-
                                     interest to the Estate of George Fenicle, and
                                     David William Fahy*