**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| Energy Future Holdings Corp., *et al.*, | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) Re: Docket Nos. 6131 & _ |

**[PROPOSED] ORDER GRANTING APPELLANTS' MOTION**
**FOR LEAVE TO APPEAL PURSUANT TO 28 U.S.C. § 158(a)(3)**

AND NOW THIS ____ day of _____, 2015, upon consideration of the Motion for Leave to Appeal Pursuant to 28 U.S.C. § 158(a)(3) for entry of an order granting Shirley Fenicle, as successor-in-interest to The Estate of George Fenicle, and David William Fahy (the "Appellants") leave to appeal to the United States District Court for the District of Delaware from the Order (A) Approving Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents [Docket No. 6131] (the "Order") entered on September 22, 2015, by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), in the bankruptcy proceeding entitled *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979, pursuant to 28 U.S.C. § 158(a)(3), it is hereby

ORDERED that the Motion for Leave to Appeal is GRANTED. The Appellants may pursue an interlocutory appeal of the Order pursuant to pursuant to 28 U.S.C. § 158(a)(3).

Dated: _____, 2015

_____
United States Bankruptcy Judge