**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Energy Future Holdings Corp., *et. al.,*<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

　　　　I, Daniel K. Hogan, Esquire, hereby certify that on this 6th day of October, 2015, I caused a true and correct copy of the Motion for Leave to Appeal Pursuant to 28 U.S.C. § 158(a)(3) to be served upon the parties listed on the attached service list via Electronic Mail.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Daniel K. Hogan*
　　　　　　　　　　　　　　　　　　　　　　　　Daniel K. Hogan, Esq. (DE No. 2814)

**SERVICE LIST**

| | |
|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. TRUSTEE<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>Email: Richard.Schepacarter@usdoj.gov<br>        Andrea.B.Schwartz@usdoj.gov<br><br>*Andrew R. Vara, Acting United States Trustee* | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>        defranceschi@rlf.com<br>        madron@rlf.com<br><br>*Debtors and Debtors in Possession* |
| KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C<br>Stephen E. Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: edward.sassower@kirkland.com<br>        stephen.hessler@kirkland.com<br>        brian.schartz@kirkland.com<br><br>*Debtors and Debtors in Possession* | KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>James H.M. Sprayregen, P.C<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>        marc.kieselstein@kirkland.com<br>        chad.husnick@kirkland.com<br>        steven.serajeddini@kirkland.com<br><br>*Debtors and Debtors in Possession* |
| O'KELLY ERNST & BIELLI, LLC<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 778-4000<br>Facsimile: (302) 295-2873<br>Email: dklauder@oeblegal.com<br>        sdougherty@oeblegal.com<br><br>*Energy Future Holdings Corp.* | PROSKAUER ROSE LLP<br>Jeff J. Marwil<br>Mark K. Thomas<br>Peter J. Young<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone: (312) 962-3550<br>Facsimile: (312) 962-3551<br>Email: jmarwil@proskauer.com<br>        mthomas@proskauer.com<br>        pyoung@proskauer.com<br><br>*Energy Future Holdings Corp.* |

| | |
|---|---|
| STEVENS & LEE, P.C.<br>Joseph H. Huston, Jr. (No. 4035)<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br>Facsimile: (610) 371-7927<br>Email: jhh@stevenslee.com<br><br>*Energy Future Intermediate Holding Company LLC* | CRAVATH, SWAINE AND MOORE LLP<br>Michael A. Paskin, Esq.<br>Trevor M. Broad, Esq.<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>Facsimile: (212) 474-3700<br>Email: mpaskin@cravath.com<br>         tbroad@cravath.com<br><br>*Energy Future Intermediate Holding Company LLC* |
| JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>Facsimile: (212) 891-1699<br>Email: rlevin@jenner.com<br><br>*Energy Future Intermediate Holding Company LLC* | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>David P. Primack (No. 4449)<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>Facsimile: (302) 654-4031<br>Email: dprimack@mdmc-law.com<br><br>*TCEH Debtors* |
| MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper<br>Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Facsimile: (213) 683-4022<br>Email: Thomas.Walper@mto.com<br>         Seth.Goldman@mto.com<br><br>*TCEH Debtors* | |

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: jpeck@mofo.com<br>      brettmiller@mofo.com<br>      lmarinuzzi@mofo.com<br>      tgoren@mofo.com<br><br>*TCEH Official Committee* | POLSINELLI PC<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email: cward@polsinelli.com<br>      jedelson@polsinelli.com<br>      skatona@polsinelli.com<br><br>*TCEH Official Committee* |
| MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail: nramsey@mmwr.com<br>      msheppard@mmwr.com<br>      mfink@mmwr.com<br><br>*The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.* | SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>      holleys@sullcrom.com<br>      giuffrar@sullcrom.com<br>      gluecksteinb@sullcrom.com<br><br>*The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.* |

| | |
|---|---|
| FOLEY & LARDNER LLP<br>Harold L. Kaplan (admitted pro hac vice)<br>Mark F. Hebbeln (admitted pro hac vice)<br>Lars A. Peterson (admitted pro hac vice)<br>321 North Clark Street, Suite 2800<br>Chicago, 1L 60654-5313<br>Telephone: (312) 832-4500<br>Facsimile: (312) 832-4700<br>Email: hkaplan@foley.com<br>         mhebbeln@foley.com<br>         lapeterson@foley.com<br><br>*UMB Bank, N.A., as Trustee* | FOLEY & LARDNER LLP<br>Barry G. Felder (admitted pro hac vice)<br>Jonathan H. Friedman (admitted pro hac vice)<br>90 Park Avenue<br>New York, NY 10016<br>Telephone: (212) 682-7474<br>Facsimile: (212) 687-2329<br>E-mail: bgfelder@foley.com<br>         jfriedman@foley.com<br><br>*UMB Bank, N.A., as Trustee* |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Ira S. Dizengoff (admitted pro hac vice)<br>Abid Qureshi (admitted pro hac vice)<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: idizengoff@akingump.com<br>         aqureshi@akingump.com<br><br>*UMB Bank, N.A., as Trustee* | |

5