**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors.. | (Jointly Administered) |

**NOTICE OF DEPOSITION OF DAVID Y. YING
PURSUANT TO FED. R. BANKR. P. 30**

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable here by Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, The Bank of New York Mellon ("BNYM"), in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A. ("BNYMTC" and, together with BNYM, "BNY"), in its capacity as the EFCH 2037 Notes Trustee, by and through undersigned counsel, will take the deposition upon oral examination of David Y. Ying, in accordance with the *Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization* (D.I. 5771).[1]  The deposition will begin at 9:30 a.m. on October 19, 2015 at the offices of Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022.  The deposition will be recorded by stenographic means by a licensed court reporter.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (D.I. 6122), as amended or supplemented from time to time.

Dated:  October 7, 2015
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:    */s/ Kurt F. Gwynne*
      Kurt F. Gwynne (No. 3951)
      1201 Market Street, Suite 1500
      Wilmington, DE 19801
      Telephone: (302) 778-7500
      Facsimile: (302) 778-7575
      Email: kgwynne@reedsmith.com

      and

      Sarah K. Kam (*pro hac vice*)
      599 Lexington Avenue
      New York, NY 10022
      Telephone: (212) 549-0284
      Facsimile: (212) 521-5450
      Email: skam@reedsmith.com

      Counsel to The Bank of New York Mellon,
      in its capacity as the PCRB Trustee, and
      The Bank of New York Mellon Trust
      Company, N.A., in its capacity as the EFCH
      2037 Notes Trustee