IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 6068** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 17, 2015, I caused to be served the "Declaration of Paul Keglevic in Support of the Order Authorizing Debtors to Enter Into and Perform Under the Plan Support Agreement," dated September 17, 2015 [Docket No. 6068], by causing true and correct to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/ Diane Streany
Diane Streany

Sworn to before me this
21st day of September, 2015

/s/ Carol Zhang
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**EXHIBIT A**

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## Core Parties & 2002 List
### Email Notice

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN, SACHS & CO.) KEVIN G. ABRAMS & JOHN M. SEAMAN | abrams@abramsbayliss.com; seaman@abramsbayliss.com |
| AKERMAN LLP | (COUNSEL TO SIEMENS POWER GENERATION INC.) ATTN: SUNDEEP S. SIDHU | sunny.sidhu@akerman.com; andrea.hartley@akerman.com; jules.cohen@akerman.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY LINDSAY ZAHRADKA | idizengoff@akingump.com; aqureshi@akingump.com; sbaldini@akingump.com; mlahaie@akingump.com; rboller@akingump.com; ccarty@akingump.com; |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT ALBERINO; JOANNA NEWDECK | salberino@akingump.com; jnewdeck@akingump.com |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS, ESQ | bnkatty@aldineisd.org |
| ALVAREZ & MARSAL | ATTN: PAUL KINEALY | pkinealy@alvarezandmarsal.com |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL | pkim@amstock.com |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM | pkim@amstock.com |
| ASHBY & GEDDES, P.A. | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ | wbowden@ashby-geddes.com; gtaylor@ashby-geddes.com |
| BAILEY BRAUER PLLC | (COUNSEL TO PINNACLE TECHNICAL RESOURCES, INC.) ATTN: BENJAMIN L. STEWART | bstewart@baileybrauer.com |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J ALANIZ | jim.prince@bakerbotts.com; omar.alaniz@bakerbotts.com; |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) ATTN: MATTHEW G SUMMERS ESQ | summersm@ballardspahr.com |
| BARNES & THORNBURG LLP | (COUNSEL TO CONVERDYN & GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| BARNES & THORNBURG LLP | (COUNSEL TO CONVERDYN) ATTN: PAULA K JACOBI ESQ | pjacobi@btlaw.com |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: DAVID M POWLEN ESQ | dpowlen@btlaw.com |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: DEBORAH L THORNE ESQ | pjacobi@btlaw.com |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: NEIL GLASSMAN ESQ | nglassman@bayardlaw.com |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND ITS AFFILIATES AND SUBSIDIARIES) ATTN: KEVIN M. CAPUZZI | kcapuzzi@beneschlaw.com |
| BLANK ROME | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: MICHAEL DEBAECHE; STANLEY TARR | debaecke@blankrome.com; tarr@blankrome.com |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: MICHAEL B. SCHAEDLE | schaedle@blankrome.com |
| BROWN & CONNERY, LLP | (COUNSEL TO SAP INDUSTRIES, INC.) ATTN: DONALD K. LUDMAN | dludman@brownconnery.com |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY | jcoffey@brownrudnick.com |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ | eweisfelner@brownrudnick.com |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ | hsiegel@brownrudnick.com |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ JEREMY COFFEY ESQ | jjonas@brownrudnick.com; astrehle@brownrudnick.com; jcoffey@brownrudnick.com |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN | repedersen@bryancave.com |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON | stephanie.wickouski@bryancave.com; michelle.mcmahon@bryancave.com |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA, INC.) ATTN: SHAWN M. CHRISTIANSON | schristianson@buchalter.com |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.) ATTN: KATHLEEN A. MURPHY | kathleen.murphy@bipc.com |
| CADWALADER, WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) HOWARD R. HAWKINS, JR.; ELLEN M. HALSTEAD; MICHELE MAMAN & THOMAS J. CURTIN, ESQS. | howard.hawkins@cwt.com; ellen.halstead@cwt.com; michele.maman@cwt.com; thomas.curtin@cwt.com |
| CADWALADER, WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: MARK C. ELLENBERG, ESQ. | mark.ellenberg@cwt.com |
| CHADBOURNE & PARKE LLP | (COUNSEL TO NEXTERA ENERGY RESOURCES, LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS | hseife@chadbourne.com; dlemay@chadbourne.com; crivera@chadbourne.com |
| CHIPMAN BROWN CICERO & COLE, LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: WILLIAM CHIPMAN, JR.; MARK OLIVERE ESQ | chipman@chipmanbrown.com; olivere@chipmanbrown.com; |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS ENERGY; TXU 2007-1 RAILCAR, & RED BALL OXYGEN) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR | jmcmahon@ciardilaw.com |
| CITIBANK, N.A. | ATTN: ANNEMARIE E. PAVCO SECURITIES PROCESSING SENIOR ANALYST GLOBAL LOANS | annemarie.e.pavco@citi.com |
| CITIBANK, N.A. | ATTN: ERIC O. LIGAN, VICE PRESIDENT | eric.ligan@citi.com |
| CITIBANK, N.A. | ATTN: OWEN COYLE | owen.leonard.coyle@citi.com; shane.azzara@citi.com; kirkwood.roland@citi.com; allister.chan@citi.com; chido.ugochukwu@citi.com |
| CITIBANK, N.A. | ATTN: RYAN FALCONER | ryan.falconer@citi.com |

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## Core Parties & 2002 List
## Email Notice

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| CITIBANK, N.A. | BANK LOAN SYNDICATIONS DEPARTMENT | glagentofficeops@citi.com |
| CITIBANK, N.A. | ZORI MIGLIORINI, STANDBY LETTER OF CREDIT DEPT, AS FRONTING BANK | zorijana.migliorini@citi.com |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY | chris.mosley@fortworthtexas.gov |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J. ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID | tmoloney@cgsh.com; soneal@cgsh.com; hkhalid@cgsh.com |
| COHEN & GRIGSBY, P.C. | (COUNSEL TO WESTINGHOUSE ELECTRIC COMPANY LLC) ATTN: WILLIAM E. KELLEHER, JR. | wkelleher@cohenlaw.com |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN | bk-robaldo@texasattorneygeneral.gov; john.stern@texasattorneygeneral.gov |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. | tina.vitale@computershare.com |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | alessandra.pansera@computershare.com |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) ATTN: STEPHEN C. STAPLETON | sstapleton@cowlesthompson.com |
| COZEN O'CONNOR | (COUNSEL TO J. ARON & COMPANY) ATTN: MARK E. FELGER | mfelger@cozen.com |
| CRAVATH SWAIN & MOORE LLP | (COUNSEL TO EFIH) ATTN: MICHAEL A PASKIN ESQ | mpaskin@cravath.com; tbroad@cravath.com |
| CROSS & SIMON, LLC | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.) ATTN: MICHAEL J. JOYCE ESQ | mjoyce@crosslaw.com |
| CROWE & DUNLEVY, PC | (COUNSEL TO DEVON ENERGY) ATTN: JUDY HAMILTON MORSE ESQ | judy.morse@crowedunlevy.com |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E. HORWITZ MANAGING DIRECTOR | sandra.horwitz@cscglobal.com |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS, ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER | efh.service@davispolk.com |
| DEUTSCHE BANK | ATTN: MARCUS M. TARKINGTON | marcus.tarkington@db.com; agency.transactions@db.com |
| DLA PIPER LLP (US) | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN & SCOTT CZERWONKA, ESQS. | ashley.altschuler@dlapiper.com; craig.martin@dlapiper.com; scott.czerwonka@dlapiper.com |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO | schnabel.eric@dorsey.com; mallard.robert@dorsey.com; glorioso.alessandra@dorsey.com |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: HOWARD A. COHEN & ROBERT K. MALONE | howard.cohen@dbr.com; robert.malone@dbr.com |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: JEFFREY R. FINE | jfine@dykema.com |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND, AGENT | ronald.rowland@rms-iqor.com |
| EPIQ BANKRUPTY SOLUTIONS, LLC | (CLAIMS AGENT) ATTN: JAMES KATCHADURIAN, E.V.P. | jkatchadurian@epiqsystems.com; sgarabato@epiqsystems.com |
| EPSTEIN BECKER & GREEN PC | (COUNSEL TO BENROOKE) ATTN: WENDY MARCARI ESQ & STEPHANIE G LERMAN ESQ | wmarcari@ebglaw.com; slerman@ebglaw.com |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ | hkaplan@foley.com; mhebbeln@foley.com; lapeterson@foley.com |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD | jschlerf@foxrothschild.com; jstrock@foxrothschild.com; jbird@foxrothschild.com |
| FRANKGECKER LLP | (COUNSEL TO EXPERIAN AND (1) GORI JULIAN & ASSOCIATES, P.C.; (2) SIMMONS HANLEY CONROY; (3) PAUL REICH & MEYERS, P.C.; (4) KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, A PROFESSIONAL LAW CORPORATION; AND (5) EARLY, LUCARELLI, SWEENEY & MEISENKOTHEN (COLLECTIVELY, THE "PI LAW FIRMS" FOR ASBESTOS CLAIMANTS) ATTN: JOSEPH D FRANK ESQ & REED HEILIGMAN ESQ | jfrank@fgllp.com; rheiligman@fgllp.com |
| FRANKGECKER LLP | (COUNSEL TO (1) GORI JULIAN & ASSOCIATES, P.C.; (2) SIMMONS HANLEY CONROY; (3) PAUL REICH & MEYERS, P.C.; (4) KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, A PROFESSIONAL LAW CORPORATION; AND (5) EARLY, LUCARELLI, SWEENEY & MEISENKOTHEN (COLLECTIVELY, THE "PI LAW FIRMS" FOR ASBESTOS CLAIMANTS) ATTN: FRANCES GECKER ESQ | fgecker@fgllp.com |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.) ATTN: BRAD E. SCHELER, GARY L. KAPLAN & MATTHEW M. ROOSE | brad.eric.scheler@friedfrank.com; gary.kaplan@friedfrank.com; matthew.roose@friedfrank.com |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO.) ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN | jmelko@gardere.com; mriordan@gardere.com |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO COLLIN COUNTY) ATTN: DAVID MCCALL ESQ | bankruptcy@gmigr.com |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ | sgbankruptcy@ntexas-attorneys.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO AURELIUS) ATTN: MICHAEL G. BUSENKELL | mbusenkell@gsbblaw.com |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: NATASHA SONGONUGA ESQ | nsongonuga@gibbonslaw.com |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: DALE E BARNEY ESQ | dbarney@gibbonslaw.com |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP) ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW | wweintraub@goodwinprocter.com; kjarashow@goodwinprocter.com |
| GREGORY D. WILLARD ESQ | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | gregoryd.willard@gmail.com |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: JONATHAN HOOK | jonathan.hook@haynesboone.com |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: PATRICK L. HUGHES | patrick.hughes@haynesboone.com |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPNAY) ATTN: IAN T. PECK | ian.peck@haynesboone.com |

ENERGY FUTURE HOLDINGS CORP., ET AL.
CORE PARTIES & 2002 LIST
EMAIL NOTICE

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS, INC.) ATTN: JENNIFER V. DORAN | jdoran@hinckleyallen.com |
| HOGAN MCDANIEL | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: GARVAN F MCDANIEL ESQ | gfmcdaniel@dkhogan.com |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP INC AND (1) GORI JULIAN & ASSOCIATES, P.C.; (2) SIMMONS HANLEY CONROY; (3) PAUL REICH & MEYERS, P.C.; (4) KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, A PROFESSIONAL LAW CORPORATION; AND (5) EARLY, LUCARELLI, SWEENEY & MEISENKOTHEN (COLLECTIVELY, THE "PI LAW FIRMS" FOR ASBESTOS CLAIMANTS)    ATTN: DANIEL K HOGAN ESQ | dkhogan@dkhogan.com |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C RYAN ESQ | christine.ryan@hklaw.com |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: J. SCOTT ROSE | srose@jw.com |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MONICA S. BLACKER | mblacker@jw.com |
| JENNER & BLOCK | (COUNSEL TO EFIH) ATTN: RICHARD LEVIN ESQ AND VINCENT E LAZAR ESQ | rlevin@jenner.com; vlazar@jenner.com |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: MICHAEL L. DAVITT | mldavitt@jonesday.com |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL | pjvillareal@jonesday.com |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN | drosner@kasowitz.com; aglenn@kasowitz.com; dfliman@kasowitz.com |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS) ATTN: JAMES S. CARR, BENJAMIN D. FEDER & GILBERT R. SAYDAH | kdwbankruptcydepartment@kelleydrye.com |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ | michael.mcconnell@kellyhart.com; katherine.thomas@kellyhart.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE) ATTN: RAYMOND H. LEMISCH | rlemisch@klehr.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY | tmayer@kramerlevin.com; ghorowitz@kramerlevin.com; jbrody@kramerlevin.com; pbentley@kramerlevin.com |
| LACKEY HERSHMAN, LLP | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ | jrw@lhlaw.net |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC) ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ | landis@lrclaw.com; mcguire@lrclaw.com |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP | frank.godino@lawdeb.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS; NATURAL GAS PIPELINE COMPANY OF AMERICA; EL PASO NATURAL GAS) ATTN: PATRICIA WILLIAMS PREWITT | pwp@pattiprewittlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN ESQ | houston_bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER ESQ | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS | diane.sanders@lgbs.com |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ | ggay@lglawfirm.com |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG ESQ | peisenberg@lockelord.com |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION COMPANY) ATTN: C. DAVIN BOLDISSAR ESQ | nobankecf@lockelord.com |
| LOWER COLORADO RIVER AUTHORITY | LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORPORATION (LCRA TSC) LEGAL SERVICES ATTN: WILLIAM T. MEDAILLE | bill.medaille@lcra.org |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ THE NEMOURS BUILDING | mphillips@mgmlaw.com |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION, INC.) ATTN: JAMES E. HUGGETT & AMY D. BROWN | jhuggett@margolisedelstein.com; abrown@margolisedelstein.com |
| MASLON EDELMAN BORMAN & BRAND, LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI & KOREY G. KALLSTROM | clark.whitmore@maslon.com; ana.chilingarishvili@maslon.com |
| MCCATHERN, PLLC | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L. HOWELL | jhowell@mccathernlaw.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) ATTN: LEE GORDON | lgordon@mvbalaw.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO TCEH DEBTORS) ATTN: DAVID P PRIMACK ESQ | dprimack@mdmc-law.com |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D. MOAK, ESQ. | pmoak@mckoolsmith.com |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY | pgoodman@mckoolsmith.com; mcarney@mckoolsmith.com |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING, INC.) | mikesmith1973@sbcglobal.net |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: DENNIS F. DUNNE, EVAN R. FLECK & KAREN GARTENBERG | ddunne@milbank.com; efleck@milbank.com; kgartenberg@milbank.com |

ENERGY FUTURE HOLDINGS CORP., ET AL.
Core Parties & 2002 List
Email Notice

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER | deecf@dor.mo.gov |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO THE EFH CREDITORS COMMITTEE ) ATTN: NATALIE D RAMSEY ESQ, DAVIS LEE WRIGHT ESQ  AND MARK A FINK ESQ | nramsey@mmwr.com; dwright@mmwr.com; mfink@mmwr.com |
| MORGAN LEWIS & BOCKIUS LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC) ATTN: JULIA FROST-DAVIES ESQ, CHRISTOPHER L CARTER ESQ | julia.frost-davies@morganlewis.com; christopher.carter@morganlewis.com |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M. MILLER | smiller@morrisjames.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY | dabbott@mnat.com; aremming@mnat.com; efay@mnat.com |
| MORRISON & FOERSTER LLP | (COUNSEL TO THE TCEH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ | jpeck@mofo.com; bmiller@mofo.com; lmarinuzzi@mofo.com |
| MUNGER, TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ; SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ | thomas.walper@mto.com; todd.rosen@mto.com; seth.goldman@mto.com; john.spiegel@mto.com |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: KEVIN M LIPPMAN ESQ | klippman@munsch.com |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: RUSSELL L MUNSCH ESQ | rmunsch@munsch.com |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON ESQ | haliburton@namanhowell.com |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC.) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN | jody.bedenbaugh@nelsonmullins.com; george.cauthen@nelsonmullins.com |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN | rpedone@nixonpeabody.com; adarwin@nixonpeabody.com |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS & ASHLEY BARTRAM BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER J. CALEB BOGGS FEDERAL BUILDING | richard.schepacarter@usdoj.gov |
| O'KELLY ERNST & BIELLI LLC | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: DAVID M KLAUDER ESQ & SHANNON DOUGHERTY ESQ | dklauder@oeblegal.com; sdougherty@oeblegal.com |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC) ATTN: GEORGE A. DAVIS | gdavis@omm.com |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN | ljones@pszjlaw.com; rfeinstein@pszjlaw.com |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT; BRIAN GUINEY | dalowenthal@pbwt.com; cdent@pbwt.com; bguiney@pbwt.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN | akornberg@paulweiss.com; kcornish@paulweiss.com; bhermann@paulweiss.com; jadlerstein@paulweiss.com |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL | chatalian.jon@pbgc.gov; efile@pbgc.gov |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M. AMADOR, ATTY | amador.desiree@pbgc.gov; efile@pbgc.gov |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO CAMERON ISD, THORNDALE ISD BUCKHOLTS ISD, COPPERAS COVE ISD, MCALLEN ISD, HIDALGO COUNTY & HIDALGO COUNTY DRAINAGE DIST #1) ATTN: JOHN T BANKS ESQ | jbanks@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK ESQ | houbank@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO ESQ | ebcalvo@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER | hbky@pbfcm.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ | tmoss@perkinscoie.com |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY T. DONILON, ESQ. | gdonilon@pwujlaw.com |
| POLSINELLI PC | (COUNSEL TO THE TCEH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ | cward@polsinelli.com; jedelson@polsinelli.com; skatona@polsinelli.com |
| POLSINELLI PC | (COUNSEL TO THE TCEH CREDITORS COMMITTEE) ATTN: EDWARD FOX ESQ | efox@polsinelli.com |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT | matchley@popehardwicke.com; mtaplett@popehardwicke.com |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: JEREMY RYAN ESQ | jryan@potteranderson.com |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: JEFF J MARWIL ESQ, MARK K THOMAS ESQ, PETER J YOUNG ESQ | jmarwil@proskauer.com; mthomas@proskauer.com; pyoung@proskauer.com |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
Core Parties & 2002 List
Email Notice

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER | amy@purduelaw.com |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: HOHN A. HARRIS; JASON D. CURRY | john.harris@quarles.com; jason.curry@quarles.com |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEES) ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON | kgwynne@reedsmith.com; klawson@reedsmith.com |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) | rrobinson@reedsmith.com |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) ATTN: ROBERT P SIMONS ESQ | rsimons@reedsmith.com |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE) ATTN: RICHARD A. ROBINSON | rrobinson@reedsmith.com |
| RICHARDS LAYTON & FINGER | (CO-COUNSEL TO EFHC DEBTORS) ATTN: MARK D COLLINS ESQ DANIEL J DEFRANCESCHI ESQ JASON M MADRON ESQ | collins@rlf.com; defranceschi@rlf.com; madron@rlf.com; Shapiro@rlf.com; Barsalona@rlf.com |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: JOSEPH E SHICKICH JR & HILARY B MOHR ESQS | jshickich@riddellwilliams.com; hmohr@riddellwilliams.com |
| ROPES & GRAY LLP | MARK R. SOMERSTEIN | mark.somerstein@ropesgray.com |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) ATTN: CHRISTOPHER R BELMONTE ESQ AND PAMELA A BOSSWICK ESQ | cbelmonte@ssbb.com; pbosswick@ssbb.com |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: MARK MINUTI ESQ | mminuti@saul.com |
| SAUL EWING LLP | (COUNSEL TO JOHNSON MATTHEY STATIONARY EMISSIONS CONTROL LLC) | lmurley@saul.com |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION HOLDINGS L.L.C., ET AL.) ATTN: RICHARD A BARKASY ESQ | rbarkasy@schnader.com |
| SEARCY & SEARCY, P.C. | (COUNSEL TO D.COURTNEY CONSTRUCTION, INC.) ATTN: JOSHUA R. SEARCY, JOSHUA P. SEARCY & CALLAN CLARK SEARCY | joshsearcy@jrsearcylaw.com; jrspc@jrsearcylaw.com |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES | ashmead@sewkis.com; das@sewkis.com; alves@sewkis.com |
| SHEARMAN & STERLING LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ | fsosnick@shearman.com; ned.schodek@shearman.com |
| SHEEHY, LOVELACE & MAYFIELD, PC | (COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.) ATTN: STEVEN M. BURTON | sburton@slmpc.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON | george.panagakis@skadden.com; carl.tullson@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) ATTN: JAY M. GOFFMAN | jay.goffman@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) ATTN: MARK S. CHEHI | mark.chehi@skadden.com |
| SMITH, KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA, LLC & VALERO TEXAS POWER) ATTN: KATHLEEN M. MILLER | kmiller@skjlaw.com |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES, INC.) ATTN: DAVID E. LETA | dleta@swlaw.com |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER & ANDREW M. SIMON | stephen.lerner@squiresanders.com; andrew.simon@squiresanders.com |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ | nmelancon@steffeslaw.com |
| STEPHEN SAKONCHICK II, PC | (COUNSEL TO RANGER EXCAVATING LP) | sakon@flash.net; ssakon@gmail.com |
| STREUSAND, LANDON & OZBURN, LLP | (COUNSEL TO ALLEN SHRODE) ATTN: SABRINA L. STREUSAND | streusand@slollp.com; |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: ANDREW G. DIETDERICH ESQ, BRIAN D GLUECKSTEIN ESQ, AND MICHAEL H TORKIN ESQ | dietdericha@sullcrom.com; gluecksteinb@sullcrom.com; torkinm@sullcrom.com; |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY, LLC) ATTN: ELIHU E. ALLINSON, III | zallinson@sha-llc.com |
| SUTHERLAND, ASBILL & BRENNAN LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) ATTN: LINO MENDIOLA ESQ | lino.mendiola@sutherland.com |
| TAYLOR ENGLISH DUMA LLP | (COUNSEL TO HENRY PRATT COMPANY, LLC) ATTN: STEPHEN C. GREENBERG | sgreenberg@taylorenglish.com |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL | bk-jstarks@texasattorneygeneral.gov |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN | dennis.roemlein@bnymellon.com |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM | rafael.martinez@bnymellon.com |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP | thomas.vlahakis@bnymellon.com |
| THE UNIVERSITY OF TEXAS SYSTEM ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON | OFFICE OF GENERAL COUNSEL ATTN: TRACI L COTTON ESQ | tcotton@utsystem.edu |
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) ATTN: DAVID D. FARRELL | dfarrell@thompsoncoburn.com |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY | kay.brock@co.travis.tx.us |

ENERGY FUTURE HOLDINGS CORP., ET AL.
Core Parties & 2002 List
Email Notice

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS) ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ & BRETT GOODMAN ESQ | hugh.mcdonald@troutmansanders.com; louis.curcio@troutmansanders.com; brett.goodman@troutmansanders.com |
| TUCKER ARENSBERG, P.C. | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND AFFILIATES AND SUBSIDIARIES) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ | jblask@tuckerlaw.com; lshipkovitz@tuckerlaw.com |
| TW TELECOM INC | ATTN: LINDA BOYLE | linda.boyle@level3.com |
| UMB BANK, N.A. | ATTN: LAURA ROBERSON VICE PRESIDENT | laura.roberson@umb.com |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON | mkilgore@up.com; jlanderso1@up.com |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ | Ari.D.Kunofsky@usdoj.gov; wardlow.w.benson@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: JOHN C. CRUDEN, ASSISTANT ATTORNEY GENERAL; ANNA GRACE, TRIAL ATTORNEY | Anna.E.Grace@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) FEDERAL COMMUNICATIONS COMMISSION ATTN: MATTHEW J TROY, CIVIL DIVISION | matthew.troy@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J. TROY CIVIL DIVISION | matthew.troy@usdoj.gov |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ | mkshaver@varnumlaw.com |
| VEDDER PRICE PC | (COUNSEL TO FIRST UNION RAIL CORPORATION) ATTN: MICHAEL L. SCHEIN, ESQ. | mschein@vedderprice.com |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: JEFFREY S. SABIN ESQ | jssabin@Venable.com |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: JAMIE L. EDMONSON ESQ | jledmonson@venable.com |
| WACHTELL, LIPTON, ROSEN & KATZ | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT | rgmason@wlrk.com; ekleinhaus@wlrk.com; awitt@wlrk.com |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC) ATTN: GREGORY M. WEINSTEIN | gweinstein@weinrad.com |
| WEIR & PARTNERS LLP | (COUNSEL TO EVERCORE GROUP LLC) ATTN: JEFFREY S CIANCIULLI ESQ | jcianciulli@weirpartners.com |
| WERB & SULLIVAN | (COUNSEL TO KANSAS CITY SOUTHERN RAILWAY) ATTN: J JACKSON SHRUM & DUANE D WERB | JShrum@werbsullivan.com; Dwerb@werbsullivan.com |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER | cshore@whitecase.com; gstarner@whitecase.com |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: THOMAS LAURIA; MATTHEW BROWN | tlauria@whitecase.com; mbrown@whitecase.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO CSC TRUST COMPANY OF DELAWARE AS IND. & COLLATERAL TTEE FOR 10% SR SECUR NOTES DUE 2020) ATTN: PHILIP D ANKER; CHARLES C PLATT; DENNIS L JENKINS & GEORGE W SHUSTER JR ESQ | philip.anker@wilmerhale.com; charles.platt@wilmerhale.com; dennis.jenkins@wilmerhale.com; george.shuster@wilmerhale.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND ESQ | benjamin.loveland@wilmerhale.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ | philip.anker@wilmerhale.com; george.shuster@wilmerhale.com |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J. HEALY | phealy@christianatrust.com |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE | JRose@WilmingtonTrust.com |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) ATTN: DAVID NEIER, ESQ. | dneier@winston.com |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) ATTN: STACEY L KREMLING ESQ | brian@womaclaw.com; stacey@womaclaw.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLTITE) ATTN: 222 DELAWARE AVE STE 1501 | kmangan@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: FRANCIS A MONACO JR & KEVIN J MANGAN ESQS | fmonaco@wcsr.com; kmangan@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) ATTN: STEVEN K KORTANEK; MARK L DESGROSSEILLIERS | mdesgrosseilliers@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ | mdesgrosseilliers@wcsr.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER | pmorgan@ycst.com; jwaite@ycst.com; rbartley@ycst.com; amagaziner@ycst.com |

| Total Creditor Count | 213 |
|---|---|
| Total Email Count | 336 |