**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**

**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., | § | |
| *et al.*, | § | Case No. 14-10979 (CSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| _____ | § | Re Docket No. 6152 & _____ |

**ORDER DENYING MOTION OF ENERGY FUTURE
HOLDINGS CORP., ET AL., FOR ENTRY OF AN ORDER
SCHEDULING CERTAIN HEARING DATES AND DEADLINES
IN CONNECTION WITH THE MOTION OF ENERGY FUTURE
HOLDINGS CORP., ET AL., PURSUANT TO SECTIONS 105, 505
AND 506 OF THE BANKRUPTCY CODE FOR ENTRY
OF AN ORDER DETERMINING CONTESTED
AD VALOREM TAX MATTERS  [DOCKET NO. 6152]**

Upon consideration of:  (i) the *Motion of Energy Future Holdings Corp., Et Al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines in Connection With the Motion of Energy Future Holdings Corp., Et Al., Pursuant to Section 105, 505 and 506 of the Bankruptcy Code for Entry of an Order Determining Contested Ad Valorem Tax Matters [Docket No. 6152]* (the "Scheduling Motion"); (ii) any objections thereto, including the objection (the "Objection") filed by the Somervell County Central Appraisal District (the "Somervell CAD"); (iii) evidence of record; and (iv) all argument of counsel at the hearing on the Scheduling Motion, and for good cause shown, it is hereby ORDERED by the Court that:

      1.     The Scheduling Motion is DENIED; and

*[Remainder of Page Intentionally Left Blank]*

2.	The Somervell CAD is not bound by any of the proposed dates or procedures set forth in the Scheduling Motion.

Dated: October ___, 2015
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE