IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | § § § | Case No. 14-10979 (CSS) |
| Debtors. | § § § | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Curtis A. Hehn, herby certify that on the 7th day of October, 2015, I caused a copy of the following documents to be served on (i) the individuals on the attached service list via first class mail, postage prepaid, and (ii) parties receiving Electronic Notification through the Court's Notice of Electronic Filing:

**OBJECTION OF SOMERVELL COUNTY CENTRAL APPRAISAL DISTRICT TO MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES IN CONNECTION WITH THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET. AL.*, PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING CONTESTED *AD VALOREM* TAX MATTERS**

**[PROPOSED] ORDER DENYING MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF AN ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES IN CONNECTION WITH THE MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO SECTIONS 105, 505 AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING CONTESTED AD VALOREM TAX MATTERS [DOCKET NO. 6152]**

Curtis A. Hehn (Bar No. 4264)

1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § § ENERGY FUTURE HOLDINGS CORP., § *et al.*, § § Debtors. § § | Chapter 11 Case No. 14-10979 (CSS) (Jointly Administered) |

## SERVICE LIST

| | |
|---|---|
| **Joseph Charles Barsalona II** Richards, Layton & Finger, P.A. One Rodney Square 920 North King Street Wilmington, DE 19801 **Richard M. Cieri** Kirkland & Ellis LLP 601 Lexington Avenue New York, NY 10022-4611 **Mark D. Collins** Richards, Layton & Finger, P.A. One Rodney Square 920 North King Street Wilmington, DE 19801 **Daniel J. DeFranceschi** Richards, Layton & Finger One Rodney Square, P.O. Box 551 Wilmington, DE 19899 **Michael P. Esser** Kirkland & Ellis LP 555 California Street San Francisco, CA 94104 **William Guerrieri** Kirkland & Ellie LLP 300 North LaSalle Chicago, IL 60654 | **Stephen E. Hessler** Kirkland & Ellis LLP 601 Lexington Avenue New York, NY 10022 **Richard U.S. Howell** Kirkland & Ellis LLP 300 North LaSalle Chicago, IL 60654 **Chad J. Husnick** Kirkland & Ellis, LLP 300 North LaSalle Street Chicago, IL 60654 **Natalie Hoyer Keller** Kirkland & Ellis LLP 300 North LaSalle Chicago, IL 60654 312-862-2229 **Marc Kieselstein** Kirkland & Ellis LLP 300 North LaSalle Chicago, IL 60654 **Jason M. Madron** Richards, Layton & Finger, P.A. One Rodney Square P.O. Box 551 Wilmington, DE 19899 |