UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corp., *et al.*,<br><br>Debtors. | x<br>:  Chapter 11<br>:<br>:  Case No. 14-10979 (CSS)<br>:<br>:  (Jointly Administered)<br>:<br>:<br>x |

**NOTICE OF DEPOSITION OF DOUG FRISKE**
**PURSUANT TO FED. R. BANKR. P. 30**

**PLEASE TAKE NOTICE** that, pursuant to Rule 26 and 30 of the Federal Rules of Civil Procedure, made applicable here by Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Andrew R. Vara, the Acting United States Trustee for Region 3, (the "U.S. Trustee"), by and through undersigned counsel, will take the deposition upon oral examination of Doug Friske in accordance with the Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtor's Plan of Reorganization [D.I. 5771][1].

The Deposition will begin at **12:00 p.m. (noon) on October 16, 2015** at the offices of Kirkland & Ellis, LLP, 601 Lexington Avenue, New York, NY 10022 or at such place and time that is mutually acceptable to the parties. The deposition will take place before a court reporter and will be recorded by stenographic and/or videographic means, and shall be continued from day-to-day until it has been completed.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Fifth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (D.I. 6122) and/or the Motion to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement (D.I. 5249), both as may be amended or supplemented from time to time.

Wilmington, Delaware  **ANDREW R. VARA**
Dated:  October 7, 2015  **ACTING UNITED STATES TRUSTEE**

By:  /s/Richard L. Schepacarter
Richard L. Schepacarter
Andrea B. Schwartz
Trial Attorneys
U.S. Department of Justice
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Tel.)
(302) 573-6497 (Fax)
Email: Richard.Schepacarter@usdoj.gov
Email: Andrea.B.Schwartz@usdoj.gov