# CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of the foregoing Freestone Central Appraisal District, Robertson County Appraisal District, Rusk County Appraisal District, and Titus County Appraisal District's Objection to Motion of Energy Future Holdings Corp, et al., For Entry of an Order Scheduling Certain Hearing Dates and Deadlines in Connection with the Motion of Energy Future Holdings Corp, et al., Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining Contested Ad Valorem Tax Matters was made on October 7, 2015, upon the following in the manner indicated:

| **BY U.S. MAIL:** | **BY HAND-DELIVERY:** |
|---|---|
| Edward O. Sassower, P.C., Esquire<br>Steven Hessler, Esquire<br>Brian E. Schartz, Esquire<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611 | Mark D. Collins, Esquire<br>Daniel J. DeFranceschi, Esquire<br>Jason M. Madron, Esquire<br>Richard, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801 |
| James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick, Esquire<br>Steven N. Serajeddini, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654 | |

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)