# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP ) | |
| et al., ) | |
| ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | |
| ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Bernard G. Johnson III, Esquire, of the law firm of Fisher, Boyd, Johnson & Huguenard, LLP to represent Milam Appraisal District in this action.

/s/ Lisa Bittle Tancredi
Lisa Bittle Tancredi, Esquire (Bar No. 4657)
Gebhardt & Smith LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19081
302-295-5038 (telephone)
ltancredi@gebsmith.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Bernard G. Johnson III
Bernard G. Johnson III, Esquire
Fisher, Boyd, Johnson & Huguenard, LLP
2777 Allen Parkway, 14th Floor
Houston, Texas 77019
(713) 400-4060 (telephone)
bj@fisherboyd.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.