IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| ENERGY FUTURE HOLDINGS CORP, ) et al., ) | Case No. 14-10979 (CSS) |
| ) | (Jointly Administered) |
| Debtors. ) |  |
| ) | **Hearing date: November 25, 2015 at 10:30 a.m.** |
| ) | **Objection Deadline: November 18, 2015 at 4:00 p.m.** |

### NOTICE OF MILAM APPRAISAL DISTRICT'S MOTION FOR ABSTENTION WITH REGARD TO DEBTOR'S MOTION PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING THE AMOUNT OF CONTESTED *AD VALOREM TAX* MATTERS

PLEASE TAKE NOTICE that, on October 7, 2015, Milam Appraisal District filed the attached *Motion for Abstention with regard to the Motion of Energy Futures Holdings Corp., et. al., pursuant to Sections 105, 505 and 506 of the Bankruptcy Code for Entry of an Order for Relief Determining the Amount of Contested Ad Valorem Tax Matters* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned on or before **November 18, 2015**.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the merits of the Motion will be held before The Honorable Christopher S. Sontchi

at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, on **November 25, 2015 at 10:30 a.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  October 7, 2015.

*/s/ Lisa Bittle Tancredi*
GEBHARDT & SMITH LLP
Lisa Bittle Tancredi, Esquire (Bar No. 4657)
1000 N. West Street, Suite 1200
Wilmington, DE 19081
302-295-5038 (telephone)
443-957-1920 (facsimile)
ltancredi@gebsmith.com

-and-

**JACKSON WALKER L.L.P.**
Bruce J. Ruzinsky, Esq.  (*motion pro hac pending*)
Texas State Bar No. 17469425
Matthew D. Cavenaugh, Esq. (*motion pro hac pending*)
Texas State Bar No. 24062656
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752 - 4200 (Telephone)
(713) 308 - 4184 (Fax)
Email:  bruzinsky@jw.com
              mcavenaugh@jw.com

-and-

**FISHER, BOYD, JOHNSON & HUGUENARD, LLP**
Wayne Fisher, Esq. (*motion pro hac pending*)
Texas State Bar No. 00000056
Bernard G. Johnson, Esq. (*motion pro hac pending*)
Texas State Bar No. 00796832
2777 Allen Parkway, 14th Floor
Houston, Texas 77019
(713) 400-4000
Email:   wfisher@fisherboyd.com
              bjohnson@fisherboyd.com

*Counsel for Milam Appraisal District*