IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP, ) | Case No. 14-1097 (CSS) |
| et al., ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Re: Docket No. _____ |

### ORDER GRANTING MILAM APPRAISAL DISTRICT'S (I) MOTION FOR ABSTENTION WITH REGARD TO DEBTOR'S MOTION PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING THE AMOUNT OF CONTESTED *AD VALOREM TAX* MATTERS, AND, IN THE ALTERNATIVE (II) JOINDER TO THE MOTION FOR ABSTENTION FILED BY SOMERVELL COUNTY

Upon consideration of the motion ("Motion to Abstain") filed by Milam Appraisal District for the Court to abstain from adjudicating the merits of the tax disputes set forth in the *Motion of Energy Futures Holdings Corp., et. al., pursuant to Sections 105, 505 and 506 of the Bankruptcy Code for Entry of an Order for Relief Determining the Amount of Contested Ad Valorem Tax Matters* the (the "Tax Motion") [Dkt. No. 5620] as may affect Milam Appraisal District, and the Court having considered the relief sought in the Motion to Abstain, pleadings related thereto, the Debtor's Tax Motion, evidence of record, and all arguments of counsel, the Court determines that good cause exists to abstain from hearing the Debtor's Tax Motion, and it is hereby ORDERED that:

1. The Motion to Abstain is GRANTED; and

[Remainder of Page Intentionally Left Blank]

2. The Court shall abstain from hearing the Debtor's Tax Motion with respect to any and all issues concerning or affecting Milam Appraisal District.

Dated:_____, 2015
Wilmington, Delaware

                                                                      _____
                                                                      THE HONORABLE CHRISTOPER S. SONTCHI
                                                                      UNITED STATES BANKRUPTC JUDGE