IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | § § § § | Case No. 14-10979 (CSS) |
| Debtors. | § § § § | (Jointly Administered) |
| | § | Re: D.N. 6200, 5620 |

Hearing Date: October 15, 2015 at 10:30 a.m.
Objection Deadline: October 7, 2015 at 4:00 p.m.

**JOINDER OF SOMERVELL COUNTY CENTRAL APPRAISAL DISTRICT, IN THE ALTERNATIVE TO ITS MOTION FOR ABSTENTION [D.I. 6154], TO FREESTONE CENTRAL APPRAISAL DISTRICT, ROBERTSON COUNTY APPRAISAL DISTRICT, RUSK COUNTY APPRAISAL DISTRICT, AND TITUS COUNTY APPRAISAL DISTRICT'S MOTION TO TRANSFER VENUE AND PARTIAL DISMISSAL, PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING CONTESTED AD VALOREM TAX MATTERS [D.I. 6200]**

Somervell Central Appraisal District ("Somervell CAD"), in the alternative to its Motion for Abstention [D.I. 6154], joins in the motion of *Freestone Central Appraisal District, Robertson County Appraisal District, Rusk County Appraisal District, And Titus County Appraisal District's Motion To Transfer Venue And Partial Dismissal, Pursuant To Sections 105, 505, And 506 Of The Bankruptcy Code For Entry Of An Order Determining Contested Ad Valorem Tax Matters (D.I. 6200) [D.N. 6152]* ("Motion to Transfer Venue"), and hereby states as follows:

1.  On August 21, 2015, the Debtors filed the *Motion of Energy Future Holdings Corp., et. al., Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining the Amount of Contested Ad Valorem Tax Matters [D.N. 5620]* ("Debtors' Tax Motion"). The Debtors' Tax Motion requested that the Court adjudicate the contested ad valorem

1

tax appraisals of seven separate power plant properties under the jurisdiction of six different taxing authorities. Somervell CAD is one of the taxing authorities affected by the Debtors' Tax Motion.

2.	On September 23, 2015, Somervell CAD filed a *Motion for Abstention with Regard to Debtors' Tax Motion [Docket No. 6154]* ("Motion for Abstention"). In the Motion for Abstention, Somervell CAD requested that the Court abstain from hearing the Debtors' Tax Motion. Somervell CAD further requested that the Court permit the *ad valorem* tax appraisal dispute between Somervell CAD and the Debtors' subsidiary, Luminant Generation Company LLC ("Luminant"), to be determined in the District Court of Somervell County, Texas, where a lawsuit had been filed by Luminant and was pending. *See Luminant Generation Company LLC v. Somervell Central Appraisal District*, District Court of Somervell County, Texas, 18th Jud. Dist., Case No. C10412.

3.	On September 25, 2015, Freestone Central Appraisal District, Robertson County Appraisal District, Rusk County Appraisal District, and Titus County Appraisal District (the "Districts") filed their *Motion to Transfer Venue [D.I. 6200]*, seeking transfer of venue of this matter to the U.S. District Court for the Northern District of Texas, Dallas Division.

4.	Although Somervell CAD maintains that abstention is more appropriate here, it joins in the Districts' Motion to Transfer Venue as an alternative to such relief. As the Districts show, the interest of justice and the convenience of the parties are served by transfer of venue of this matter pursuant to 28 U.S.C. §§ 1404 and 1412. The relative burdens to the tax authorities *vis-à-vis* the Debtors, and the fact that the property in question is located in Texas and Texas tax law applies to the *ad valorem* tax dispute here, weigh in favor of transferring the Tax Motion to an appropriate venue in Texas.

WHEREFORE, Somervell CAD, in the alternative to its Motion for Abstention, joins in the Districts' Motion to Transfer Venue and requests this Court to grant the same.

Dated: October 7, 2015

Respectfully Submitted,

By: /s/ Curtis A. Hehn

**Curtis A. Hehn**
Law Office of Curtis A. Hehn
1000 N. West Street, Suite 1200
Wilmington, DE 19801
302) 295-5044 (Telephone)
(302) 295-4801 (Facsimile)
curtishehn@comcast.net

**Andrew J. Mytelka**
Texas State Bar No. 14767700
AMytelka@greerherz.com
**Michael Adams**
State of Texas Bar No. 00871900
madams@greerherz.com
**J. Scott Andrews**
State of Texas Bar No. 24064823
jandrews@greerherz.com
**James M. Roquemore**
State of Texas Bar No. 24058082
jroquemore@greerherz.com
**Greer, Herz & Adams, LLP**
One Moody Plaza, 18th Floor
Galveston, Texas 77550
(409) 797-3200 (Telephone)
(409) 766-6424 (Facsimile)

**ATTORNEYS FOR DEFENDANT, SOMERVELL CENTRAL APPRAISAL DISTRICT**