**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**

**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | § § § | Case No. 14-10979 (CSS) |
| Debtors. | § § | (Jointly Administered) |
| _____ | § | Re Docket No. 6200 & _____ |

**ORDER GRANTING TRANSFER OF VENUE AND PARTIAL DISMISSAL OF DEBTORS' TAX MOTION [5620] IN FAVOR OF SOMERVELL COUNTY APPRAISAL DISTRICT BASED ON JOINDER TO FREESTONE CENTRAL APPRAISAL DISTRICT, ROBERTSON COUNTY APPRAISAL DISTRICT, RUSK COUNTY APPRAISAL DISTRICT, AND TITUS COUNTY APPRAISAL DISTRICT'S MOTION TO TRANSFER VENUE AND PARTIAL DISMISSAL, PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING CONTESTED AD VALOREM TAX MATTERS [DOCKET NO. 6200]**

Upon consideration of: (i) *Freestone Central Appraisal District, Robertson County Appraisal District, Rusk County Appraisal District, and Titus County Appraisal District's Motion to Transfer Venue and Partial Dismissal, Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining Contested Ad Valorem Tax Matters [Docket No. 6200]* (the "Motion to Transfer Venue and for Partial Dismissal"); (ii) the joinder (the "Joinder") filed by the Somervell County Appraisal District (the "Somervell CAD") to the Motion to Transfer Venue and for Partial Dismissal; (ii) objections, if any, to the Motion to Transfer Venue and Partial Dismissal, and Somervell CAD's Joinder thereto; (iii) evidence of record; and (iv) all argument of counsel at the hearing on the on the Motion to Transfer Venue and for Partial Dismissal, and Somervell CAD's Joinder thereto, and the Court, for good cause shown, having GRANTED the Motion to Transfer Venue and for Partial Dismissal, it is hereby ORDERED by the Court with respect to Somervell CAD's Joinder that:

1

1.	For the convenience of the parties and in the interest of justice, the *Motion of Energy Future Holdings Corp., et al., Pursuant to Sections 105, 505 and 506 of the Bankruptcy Code for Entry of an Order Determining Contested Ad Valorem Tax Matters [Docket No. 5620]* (the "Debtors' Tax Motion") is transferred to the Northern District of Texas, Dallas Division, with respect to Somervell CAD; and

2.	The Debtors' Tax Motion pursuant to 11 U.S.C. § 506 is dismissed pursuant to Fed.R.Civ.P. 12(b)(6).

Dated: October ___, 2015
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE