## IN THE UNITED STATES BANKRUPTCY COURT FOR THE

## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § <br> § <br> ENERGY FUTURE HOLDINGS CORP., § <br> *et al.*, § <br> § <br> Debtors. § <br> § | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Curtis A. Hehn, herby certify that on the 7th day of October, 2015, I caused a copy of the following documents to be served on (i) the individuals on the attached service list via first class mail, postage prepaid, and (ii) parties receiving Electronic Notification through the Court's Notice of Electronic Filing:

> JOINDER OF SOMERVELL COUNTY CENTRAL APPRAISAL DISTRICT, IN THE ALTERNATIVE TO ITS MOTION FOR ABSTENTION [D.I. 6154], TO FREESTONE CENTRAL APPRAISAL DISTRICT, ROBERTSON COUNTY APPRAISAL DISTRICT, RUSK COUNTY APPRAISAL DISTRICT, AND TITUS COUNTY APPRAISAL DISTRICT'S MOTION TO TRANSFER VENUE AND PARTIAL DISMISSAL, PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING CONTESTED AD VALOREM TAX MATTERS [D.I. 6200]

*[Remainder of Page Intentionally Left Blank]*

[PROPOSED] ORDER GRANTING TRANSFER OF VENUE AND PARTIAL DISMISSAL OF DEBTORS' TAX MOTION [5620] IN FAVOR OF SOMERVELL COUNTY APPRAISAL DISTRICT BASED ON JOINDER TO FREESTONE CENTRAL APPRAISAL DISTRICT, ROBERTSON COUNTY APPRAISAL DISTRICT, RUSK COUNTY APPRAISAL DISTRICT, AND TITUS COUNTY APPRAISAL DISTRICT'S MOTION TO TRANSFER VENUE AND PARTIAL DISMISSAL, PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING CONTESTED AD VALOREM TAX MATTERS [DOCKET NO. 6200]

_____
Curtis A. Hehn (Bar No. 4264)

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § § § § § § | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | | Case No. 14-10979 (CSS) |
| Debtors. | | (Jointly Administered) |

## SERVICE LIST

| | |
|---|---|
| **Joseph Charles Barsalona II**<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | **Stephen E. Hessler**<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
| **Richard M. Cieri**<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611 | **Richard U.S. Howell**<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 |
| **Mark D. Collins**<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | **Chad J. Husnick**<br>Kirkland & Ellis, LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 |
| **Daniel J. DeFranceschi**<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899 | **Natalie Hoyer Keller**<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>312-862-2229 |
| **Michael P. Esser**<br>Kirkland & Ellis LP<br>555 California Street<br>San Francisco, CA 94104 | **Marc Kieselstein**<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 |
| **William Guerrieri**<br>Kirkland & Ellie LLP<br>300 North LaSalle<br>Chicago, IL 60654 | **Jason M. Madron**<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |

| | |
|---|---|
| Theodore J. Tacconelli<br>Ferry Joseph, P.A.<br>824 Market Street, Suite 1000<br>Wilmington, DE 19801<br><br>G. Todd Stewart<br>Patrick Dyer<br>Olson & Olson, L.L.P.<br>Wortham Tower Suite 600<br>2727 Allen Parkway<br>Houston, Texas 77019<br><br>Kirk Swinney<br>Ryan L. James<br>Yessika Monagas<br>McCreary, Veselka, Bragg & Allen, P.C.<br>700 Jeffrey Way, Suite 100<br>Round Rock, TX 78665<br><br>James R. Evans Jr.<br>Hargrove & Evans, L.L.P.<br>4425 South Mopac Expressway<br>Building 3, Suite 400<br>Austin, TX 78735 | |