IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP, et al., | ) | Case No. 14-10979 (CSS) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | **Hearing date: October 15, 2015 at 10:30 a.m.** |
|  | ) | **Objection Deadline: October 7, 2015 at 4:00 p.m.** |
|  | ) | (Re: Docket No. 6152) |

**MILAM APPRAISAL DISTRICT'S LIMITED OBJECTION TO
DEBTORS' MOTION FOR ENTRY OF AN ORDER SCHEDULING CERTAIN
HEARING DATES AND DEADLINES IN CONNECTION WITH THE MOTION OF
ENERGY FUTURES HOLDINGS CORP., ET. AL., PURSUANT TO SECTIONS 105, 505
AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER FOR RELIEF
DETERMINING THE AMOUNT OF CONTESTED AD VALOREM TAX MATTERS**

Milam Appraisal District ("Milam AD") files this limited objection (the "Objection") to the *Motion for Entry of an Order Scheduling Certain Hearing Dates and Deadlines in Connection with the Motion of Energy Futures Holdings Corp., et. al., pursuant to Sections 105, 505 and 506 of the Bankruptcy Code for Entry of an Order for Relief Determining the Amount of Contested Ad Valorem Tax Matters*, and in support of its Objection, respectfully states as follows:

**Limited Objection**

1. On August 21, 2015, the Debtors filed their *Motion of Energy Futures Holdings Corp., et. al., pursuant to Sections 105, 505 and 506 of the Bankruptcy Code for Entry of an Order for Relief Determining the Amount of Contested Ad Valorem Tax Matters* (the "Tax Motion") [Dkt. No. 5620].

14886439v.1

2. Since the filing of the Debtors' Tax Motion, various taxing entities have filed pleadings requesting abstention, dismissal, and/or transfer of venue of the Tax Motion. A ruling on one or all of these pleadings could render the Debtors' Tax Motion moot, or, at a minimum, significantly impact the scheduling proposed by the Debtors.

3. Milam AD respectfully submits that until the Court rules on the recent pleadings filed by the various taxing entities, it is premature to for the parties to enter into the scheduling order proposed by the Debtors.  Accordingly, Milam AD objects, on a limited basis, to entry of the scheduling order regarding the Debtors' Tax Motion until the Court rules on the pleadings abstention, dismissal, and/or transfer of venue of the Tax Motion.

Dated:  October 7, 2015.              */s/ Lisa Bittle Tancredi*
                                                 GEBHARDT & SMITH LLP
                                                 Lisa Bittle Tancredi, Esquire (Bar No. 4657)
                                                 1000 N. West Street, Suite 1200
                                                 Wilmington, DE 19081
                                                 302-295-5038 (telephone)
                                                 443-957-1920 (facsimile)
                                                 ltancredi@gebsmith.com

                                                 -and-

14886439v.1

**JACKSON WALKER L.L.P.**
Bruce J. Ruzinsky, Esq.  (*motion pro hac pending*)
Texas State Bar No. 17469425
Matthew D. Cavenaugh, Esq. (*motion pro hac pending*)
Texas State Bar No. 24062656
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752 - 4200 (Telephone)
(713) 308 - 4184 (Fax)
Email:   bruzinsky@jw.com
             mcavenaugh@jw.com

-and-

**FISHER, BOYD, JOHNSON & HUGUENARD, LLP**
Wayne Fisher, Esq. (*motion pro hac pending*)
Texas State Bar No. 00000056
Bernard G. Johnson, Esq. (*motion pro hac pending*)
Texas State Bar No. 00796832
2777 Allen Parkway, 14th Floor
Houston, Texas 77019
(713) 400-4000
Email:   wfisher@fisherboyd.com
             bjohnson@fisherboyd.com


*Counsel for Milam Appraisal District*

**CERTIFICATE OF SERVICE**

I, Lisa Tancredi, certify that I am not less than 18 years of age and that on this 7th day of October, 2015, a true and correct copy of the foregoing Motion to Limit Notice was served on all parties receiving electronic notice via the CM/ECF filing system, and in the manner indicated below:

14886439v.1

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*(And Via Hand Delivery)*

Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Edward O Sassower, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
*(via email Stephen.Hessler@kirkland.com)*
*(via email Edward.sassower@kirkland.com)*

Richard L. Schepacarter, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801
*(And Via Hand Delivery)*

Andrea B. Schwartz, Esq.
U.S. Department of Justice
Office of the U.S. Trustee
Southern District of New York
101 Varick Street, Room 1006
New York, New York, 10014
*(via email Andrea.B.Schwartz@usdoj.com)*

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Morrison & Foerster LLP
250 West 55th St.
New York, NY 10019
*(via email jpeck@mofo.com)*
*(via email brettmiller@mofo.com)*
*(via email lmarinuzzi@mofo.com)*

14886439v.1

Mark D. Kotwick, Esq.
John Ashmead, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
*(via email kwotwick@sewkis.com)*


Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Michael H. Torkin, Esq.
Sullivan & Cromwell LLP
125 Broad St.
New York, NY 10004
*(via email gleuchsteinb@sullcrom.com)*
*(via email kranzleya@sullcrom.com)*


Michael D. DeBaecke, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*(And Via Hand Delivery)*


Theodore J. Tacconelli, Esq.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
*(And Via Hand Delivery)*

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Lisa Bittle Tancredi
Lisa Bittle Tancredi (No. 2678)

14886439v.1