IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP, et al., | ) ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |
| | ) | **Hearing date: October 15, 2015 at 10:30 a.m.** |
| | ) | **Objection Deadline: October 7, 2015 at 4:00 p.m.** |
| | ) | |
| | ) | (Re: Docket No. 5620, 6154) |

**JOINDER OF MILAM APPRAISAL DISTRICT TO
SOMERVELL COUNTY CENTRAL APPRAISAL DISTRICT'S
MOTION FOR ABSTENTION WITH REGARD TO DEBTOR'S MOTION
PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE
FOR ENTRY OF AN ORDER DETERMINING THE AMOUNT
OF CONTESTED *AD VALOREM TAX* MATTERS**

Milam Appraisal District, by its undersigned counsel, hereby joins Somervell County Central Appraisal District's Motion for Abstention With Regard to Debtor's Motion Pursuant to Sections 105, 505 and 506 of the Bankruptcy Code for Entry of an Order for Relief Determining the Amount of Contested Ad Valorem Tax Matters [Dkt. 6154] with respect to the determination of contested ad valorem tax matters affecting Milam Appraisal District, and in further support thereof, Milam Appraisal District incorporates by reference, as if fully set forth herein, Milam Appraisal District's Motion for Abstention With Regard to Debtor's Motion Pursuant to Sections 105, 505 and 506 of the Bankruptcy Code for Entry of an Order for Relief Determining the

Amount of Contested Ad Valorem Tax Matters [Dkt. ____].

Dated:  October 7, 2015.              */s/ Lisa Bittle Tancredi*
                                      GEBHARDT & SMITH LLP
                                      Lisa Bittle Tancredi, Esquire (Bar No. 4657)
                                      1000 N. West Street, Suite 1200
                                      Wilmington, DE 19081
                                      302-295-5038 (telephone)
                                      443-957-1920 (facsimile)
                                      ltancredi@gebsmith.com

                                      -and-

                                      **JACKSON WALKER L.L.P.**
                                      Bruce J. Ruzinsky, Esq.  (*motion pro hac pending*)
                                      Texas State Bar No. 17469425
                                      Matthew D. Cavenaugh, Esq. (*motion pro hac pending*)
                                      Texas State Bar No. 24062656
                                      1401 McKinney Street, Suite 1900
                                      Houston, Texas 77010
                                      (713) 752 - 4200 (Telephone)
                                      (713) 308 - 4184 (Fax)
                                      Email:   bruzinsky@jw.com
                                               mcavenaugh@jw.com
                                      -and-

                                      **FISHER, BOYD, JOHNSON & HUGUENARD, LLP**
                                      Wayne Fisher, Esq. (*motion pro hac pending*)
                                      Texas State Bar No. 00000056
                                      Bernard G. Johnson, Esq. (*motion pro hac pending*)
                                      Texas State Bar No. 00796832
                                      2777 Allen Parkway, 14th Floor
                                      Houston, Texas 77019
                                      (713) 400-4000
                                      Email:    wfisher@fisherboyd.com
                                                bjohnson@fisherboyd.com

                                      ***Counsel for Milam Appraisal District***