## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>ENERGY FUTURE HOLDINGS CORP., )<br>*et al.*,[1] )<br>)<br>            *Debtors.* )<br>)<br>)<br>_____ )<br>)<br>)<br>COMPUTERSHARE TRUST COMPANY, )<br>N.A. and COMPUTERSHARE TRUST )<br>COMPANY OF CANADA, as INDENTURE )<br>TRUSTEE, )<br>)<br>            *Plaintiffs,* )<br>)<br>v. )<br>)<br>ENERGY FUTURE INTERMEDIATE )<br>HOLDING COMPANY LLC and )<br>EFIH FINANCE INC., )<br>)<br>            *Defendants.* )<br>) | Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>**Re: D.I. 4964**<br><br><br><br><br><br>Adversary Proceeding<br>No. 14-50405 (CSS)<br><br><br><br>**Re Adv. D.I. 41, 46** |

**NOTICE OF SCHEDULING OF ORAL ARGUMENT IN CONNECTION WITH (I) THE "EFIH DEBTORS' MOTION FOR SUMMARY JUDGMENT" [ADV. D.I. 41] (II) THE "EFIH SECOND LIEN INDENTURE TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO EFIH DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT" [ADV. D.I. 46] AND (III) CERTAIN ASPECTS OF THE "EFIH DEBTORS' PARTIAL OBJECTION TO PROOF OF CLAIM NO. 6347 FILED BY THE INDENTURE TRUSTEE FOR THE EFIH UNSECURED NOTES" [D.I. 4964]**

PLEASE TAKE NOTICE that, on July 9, 2015, Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc. (together with EFIH the "EFIH Debtors"), two

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13124572v.1

of the above-captioned debtors and debtors in possession, filed the *EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed By the Indenture Trustee for the EFIH Unsecured Notes* [D.I. 4964] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the Objection, the EFIH Debtors are seeking entry of an order disallowing Proof of Claim No. 6347 filed by UMB Bank, N.A. (the "PIK Trustee"), as indenture trustee for the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 (the "PIK Notes") to the extent that it seeks any premium owed upon an optional redemption of the PIK Notes (the "Makewhole Dispute") or seeks postpetition interest at the rate specified in the PIK Indenture (as such term is defined in the Objection) (the "PPI Dispute").

PLEASE TAKE FURTHER NOTICE THAT, on July 17, 2015, the EFIH Debtors filed the *EFIH Debtors' Motion for Summary Judgment* [Adv. D.I. 41] (the "Motion for Summary Judgment") in the above-captioned adversary proceeding, Adv. Proc. No. 14-50405 (CSS) (the "Adversary Proceeding"). Pursuant to the Motion for Summary Judgment, the EFIH Debtors have requested that the Court enter summary judgment in their favor on Counts 1–7 and 9–10 of the *Amended Complaint for Damages and Declaratory Relief* [Adv. D.I. 37] (the "Amended Complaint") filed by plaintiffs Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as Indenture Trustee (together, "Plaintiffs" and collectively with the EFIH Debtors and the PIK Trustee, the "Parties").

PLEASE TAKE FURTHER NOTICE THAT, on August 13, 2015, Plaintiffs filed the *EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment* [Adv. D.I. 46] (the "Cross-Motion") in the Adversary Proceeding. Pursuant to the Cross-Motion, Plaintiffs have requested that the

Court, (i) enter summary judgment in their favor on Counts 1–7, 9, 10 and 12 of the Amended Complaint and (ii) deny the Motion for Summary Judgment.

PLEASE TAKE FURTHER NOTICE THAT briefing on all of the Objection, the Motion for Summary Judgment, and the Cross-Motion is complete.

PLEASE TAKE FURTHER NOTICE THAT, at the direction of the Bankruptcy Court, oral argument on the Objection insofar as it relates to the Makewhole Dispute[2], the Motion for Summary Judgment, and the Cross-Motion will take place before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **October 20, 2015 starting at 10:00 a.m. (Eastern Daylight Time)** (the "October 20th Hearing").

PLEASE TAKE FURTHER NOTICE THAT the Parties have agreed that argument at the October 20th Hearing on the Objection insofar as it relates to the Makewhole Dispute, the Motion for Summary Judgment, and the Cross-Motion will be limited to 2.5 hours in total (1 hour for the EFIH Debtors and 1.5 hours collectively for Plaintiffs and the PIK Trustee) and, at the direction of the Bankruptcy Court, **the October 20th Hearing will conclude no later than 2:00 p.m. (Eastern Daylight Time)**.

*[Remainder of page intentionally left blank.]*

---

[2] The Objection as it relates to the PPI Dispute will be argued at a later date with respect to which the EFIH Debtors will provide further notice once scheduled.

Dated: October 7, 2015
Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession