**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Hearing Date: To Be Determined**<br>**Objection Deadline: October 22, 2015 at 4:00 p.m.** |

**EFH LEGACY SERIES Q/R TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT: (I) IN RESPONSE TO OBJECTION TO MAKEWHOLE CLAIMS; AND (II) REGARDING CONDITION PRECEDENT 9 TO EFFECTIVENESS OF PLAN**

American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. for the Series Q and Series R Indentures (the "EFH Legacy Q/R Indentures") for certain notes identified in the plan as the "EFH Legacy Notes" issued by EFH Future Holdings Corp. ("EFH Corp.") (as described in Exhibit 1 attached hereto),[2] (in such capacity, the ("EFH Legacy Series Q/R Trustee") by its undersigned counsel, hereby submits this Motion for Partial Summary Judgment: (I) In Response to Objection to Makewhole Claims and; (II) Regarding Condition Precedent 9 to the Effectiveness of Plan.

In support thereof, the EFH Legacy Series Q/R Trustee submits (a) the accompanying Appendix, (b) Memorandum of Law which is herein incorporated by reference as if fully set forth herein, and (c) Declaration of Erica Goodstein.

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

[2] The Series Q and R Indentures are exhibits to the proofs of claim which are attached to the Appendix submitted herewith.

The EFH Legacy Series Q/R Trustee respectfully requests that the Court grant its Motion for Summary Judgment and enter an Order: (i) ordering that the allowed amounts of the EFH Legacy Series Q/R Trustee claims shall include the full Redemption Price as determined in the EFH Legacy Q/R Indentures and the EFH Legacy Q/R Notes; (ii) ordering that Condition Precedent number 9 to the Effective Date of the Plan (Plan Art. IX.B.9) cannot be met; and (iii) granting such other relief as the Court deems just and proper to effectuate the allowance of the EFH Legacy Series Q/R Trustee's Makewhole Claims.

Dated: October 7, 2015
Wilmington, DE

**CROSS & SIMON, LLC**

By: /s/ *Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*