**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br><br><br>**Re: Docket No. ___** |

**ORDER GRANTING EFH LEGACY SERIES Q/R TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT: (I) IN RESPONSE TO OBJECTION TO MAKEWHOLE CLAIMS; AND (II) REGARDING CONDITION PRECEDENT 9 TO EFFECTIVENESS OF PLAN**

Having considered American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. for the Series Q and Series R Indentures (the "EFH Legacy Q/R Indentures") for certain notes identified in the plan as the "EFH Legacy Notes" issued by EFH Future Holdings Corp. ("EFH Corp.") (in such capacity, the "EFH Legacy Series Q/R Trustee")'s Motion for Partial Summary Judgment: (I) In Response to Objection to Makewhole Claims and; (II) Regarding Condition Precedent 9 to the Effectiveness of Plan,

IT IS HEREBY ORDERED THAT:

(1) the allowed amounts of the EFH Legacy Series Q/R Trustee claims under the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp. et al ("the Plan") shall

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

1

include the full Redemption Price as determined in the EFH Legacy Q/R Indentures and the EFH Legacy Q/R Notes; and

    (2) Condition Precedent number 9 to the Effective Date of the Plan (Plan Art. IX.B.9) cannot be met.

Dated: _____, 2015

                                                  The Honorable Christopher S. Sontchi
United States Bankruptcy Judge