IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

### DECLARATION OF ERICA GOODSTEIN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT: (I) IN RESPONSE TO OBJECTION TO MAKEWHOLE CLAIMS; AND (II) REGARDING CONDITION PRECEDENT 9 TO EFFECTIVENESS OF PLAN

I, Erica Goodstein, declare as follows:

1. I am Assistant General Counsel for American Stock Transfer & Trust Company, LLC, ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Legacy Series Q/R Trustee") under the indentures (the "EFH Legacy Q/R Indentures") for certain notes (the "EFH Legacy Q/R Notes") issued by Energy Future Holdings Corp. ("EFH") as described more fully in Exhibit 1 hereto.

2. I have personal knowledge of the matters set forth in the declaration and, if called upon to testify as a witness under oath as to these matters, I would provide competent testimony.

3. It is my understanding that in order for the EFH Legacy Series Q/R Notes to be accelerated as specified in Section 802 of the EFH Legacy Series Q/R Indentures either the EFH Legacy Series Q/R Trustee or at least the percentages of holders specified in Section 802 must make and send a "declaration of acceleration" as specified in Section 802.

1

2

4.      The EFH Legacy Series Q/R Trustee has not made or sent any "declaration of acceleration" as specified in Section 802 of the Legacy Q/R Indentures.

5.      To the knowledge of the EFH Legacy Series Q/R Trustee, no holder of EFH Legacy Q/R Notes has made or sent any "declaration of acceleration" as specified in Section 802 of the EFH Legacy Q/R Indentures.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7 day of October 2015 in New York, New York.

_____
Erica Goodstein

## **Exhibit 1**

1. Indenture dated as of November 1, 2004, between EFH, as issuer, and the Indenture Trustee, as trustee, as amended and supplemented by the Officer's Certificate, dated as of November 26, 2004, the Supplemental Indenture, dated as of December 5, 2012, and the Second Supplemental Indenture, dated as of April 15, 2013 (collectively, the "Series Q Indenture").

2. Indenture dated as of November 1, 2004, between EFH, as issuer, and the Indenture Trustee, as trustee, as amended and supplemented by the Officer's Certificate, dated as of November 26, 2004, the Supplemental Indenture, dated as of December 5, 2012, and the Second Supplemental Indenture, dated as of April 15, 2013 (collectively, the "Series R Indenture").