# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## APPENDIX TO MOTION FOR PARTIAL SUMMARY JUDGMENT:
## (I) IN RESPONSE TO OBJECTION TO MAKEWHOLE CLAIMS; AND
## (II) REGARDING CONDITION PRECEDENT 9 TO EFFECTIVENESS OF PLAN

Dated: Wilmington, DE
      October 7, 2015

**CROSS & SIMON, LLC**
Christopher P. Simon (Del. Bar No. 3697)
105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
csimon@crosslaw.com

- and –

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
George J. Skelly
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
cfong@nixonpeabody.com

*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

1.       Attached as <u>Exhibit A</u> is Proof of Claim number 7478 regarding the Series Q Notes, including a complete Proof of Claim Addendum.  The Addendum to Proof of Claim number 7478 includes the following documents:

    (i)      Indenture for the Series Q Notes;

    (ii)     Officer's Certificate;

    (iii)    Form of Note for the Series Q Notes;

    (iv)    Supplemental Indenture;

    (v)     Second Supplemental Indenture.

2.       Attached as <u>Exhibit B</u> is Proof of Claim number 7479 regarding the Series R Notes, including a complete Proof of Claim Addendum.  The Addendum to Proof of Claim number 7479 includes the following documents:

    (i)      Indenture for the Series R Notes;

    (ii)     Officer's Certificate;

    (iii)    Form of Note for the Series R Notes;

    (iv)    Supplemental Indenture;

    (vi)    Second Supplemental Indenture.

4833-4316-2153.1