**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF MICHAEL CARTER IN SUPPORT OF THE MOTION
OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN
ORDER AUTHORIZING, BUT NOT REQUIRING, THE TCEH DEBTORS (A) TO
PARTICIPATE IN A COMPETITIVE BIDDING PROCESS, AND (B) IF SELECTED
AS THE WINNING BIDDER, TO CONSUMMATE A PROPOSED ACQUISITION**

Pursuant to 28 U.S.C. § 1746, I, Michael Carter, hereby declare as follows under penalty of perjury:

1. I am the Senior Vice President of Texas Competitive Electric Holdings Company LLC, a limited liability company organized under the laws of the state of Delaware and an indirect subsidiary of Energy Future Holdings Corp. ("EFH Corp."), which is a corporation organized under the laws of the state of Texas. EFH Corp.'s direct subsidiary Energy Future Competitive Holdings Company LLC, a limited liability company organized under the laws of the state of Delaware; EFH Corp.'s direct subsidiary, Energy Future Intermediate Holding Company LLC ("EFIH"), a limited liability company organized under the laws of the state of Delaware; and various other direct and indirect subsidiaries of EFH Corp. that are debtors in these chapter 11 cases, are collectively referred to as the "Debtors" in this declaration.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2. I have worked for the Debtors since 2005. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors. I am over the age of 18 and duly authorized to execute this Declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp.,* et al.*, for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Bidding Process, and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition* (the "Motion").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

**I.    The TCEH Debtors' Generation Business.**

3. The Debtors have been a longstanding leader in the electricity industry and in the Electric Reliability Council of Texas. The TCEH Debtors, through Debtor Luminant Holding Company LLC and its subsidiaries, are leaders in the Texas power generation market. Luminant owns and operates 13 power plants comprising 36 electricity generation units (of which 32 units are active, year-round operations). Luminant's total electricity generation is approximately 13,772 megawatts, which accounts for approximately 15% of the generation capacity in the ERCOT market. Luminant operates one 2,300 MW nuclear generation facility and approximately 8,017 MW of lignite/coal units at five plant sites.

4. In addition, Luminant's natural gas-fueled generation operations consist of 22 units at seven plant sites with 3,455 MW of nameplate capacity. Luminant's natural gas-fueled

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

units are primarily used when electricity demand is highest (*i.e.*, they are considered "peaking" units because they are generally used during peak demand periods) or to support system reliability at times of low "reserve margins" (*i.e.*, times when the system's overall generation capacity needs to be increased to maintain a certain target "cushion" over expected demand for electricity). Luminant also manages approximately 11.5 billion cubic feet of natural gas storage capacity, primarily to assist in fueling its natural gas-fueled units, and engages in various activities related to natural gas including direct purchases, transportation agreements, storage leases, and commercial retail sales.

5. As described in the First Day Declaration and the Disclosure Statement, the shale boom in the United States has ushered in an era of low-priced natural gas and low wholesale power prices. Additionally, with Henry Hub gas prices below $4/MMBtu, the operational coal-to-gas fuel switch is becoming prevalent across ERCOT and other U.S. power markets, driven by plant operating economics and changing environmental policy. █████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

---

3 ███████████████████████████████████████████

Consequently, as appropriate opportunities to acquire ▮▮▮▮▮▮▮▮▮▮ assets arise, Luminant (and the TCEH Debtors) regularly reviews these opportunities.

**II.     The Proposed Transaction.**

6.      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (the "Seller")[4] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The Seller is currently conducting a bidding process to sell all of the equity interests in one of its subsidiaries that indirectly, through SaleCo's subsidiaries owns ▮▮▮▮▮▮▮▮ generation facilities ▮▮▮▮. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7.      The Seller is conducting the Sale Process in two phases. During the first phase, interested parties were asked to submit a preliminary, non-binding indication of interest based on review of an informational memorandum and a financial model. During the second phase, selected bidders have received or will receive access to a comprehensive data room, management presentation, and site visits before such bidders must submit final binding proposals, including a marked version of a stock purchase agreement. The TCEH Debtors believe that the deadline to submit such final binding proposals likely will be in early November.

---

[4]     The Seller is not owned, controlled by, or affiliated with, any of the Debtors.

8. The TCEH Debtors timely submitted a first phase, non-binding, indication of interest on September 22, 2015. The TCEH Debtors have been selected to participate in the second phase of the Sale Process.

**III.   The Acquisition.**

9. To remain a leader in the increasingly competitive electricity business, the TCEH Debtors proactively position themselves for new, strategic market opportunities that complement their existing lines of business. The TCEH Debtors believe that the Assets will provide strategic enhancements to the TCEH Debtors' existing generation business ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ thereby providing significant value to the TCEH Debtors' estates.

10. To realize the value offered by the Assets, the Debtors seek authority to submit a final binding bid for the Assets, pursuant to the Bidding and Acquisition Procedures (as defined herein), and, if selected as the winning bidder, execute definitive agreements, obtain the necessary regulatory approvals and consents for the Transaction, and consummate the Transaction without further order of the Court. The Debtors believe that the proposed Bidding and Acquisition Procedures appropriately balance the interests of the Debtors and their various stakeholders. Specifically, the Bidding and Acquisition Procedures require the Debtors to obtain the approval of certain Notice Parties (as defined herein) whose interests are most directly implicated if the TCEH Debtors' consummate the Transaction, while providing the TCEH Debtors with the requisite flexibility necessary to be competitive in the Sale Process.

11. The TCEH Debtors' proposed bid will include three components: (a) a cash bid, to purchase all of the equity interests in SaleCo; (b) ████████████████████████████ ████████████████████████████████████████ and (c) TCEH's agreement to

provide certain credit support to, and satisfy certain liquidity obligations of, the HoldCos upon consummation of the Transaction. ███████████████████████████████

███████████████████████████████

12. The TCEH Debtors anticipate using cash on hand and the funds available pursuant to the TCEH DIP Order to fund the Cash Bid in the desired amount and to satisfy the Credit Support Obligations. As of June 30, 2015, the TCEH Debtors have over $3 billion available in the form of cash on hand and a revolving credit facility, pursuant to the terms of the TCEH DIP Order.[5] ███████████████████████████████

███████████████████████████████

███████ to fund the Cash Bid in the desired amount, and to satisfy the Credit Support Obligations, the TCEH Debtors may amend the DIP Documents (as defined in the TCEH DIP Order) ███████████████████████, or otherwise obtain a waiver from, or consent of, the lenders under the DIP Documents to permit consummation of the Transaction. The TCEH Debtors are in the process of discussing the terms of such an amendment, waiver, or consent provision with counsel to the TCEH Creditors' Committee and counsel to the ad hoc committee of TCEH first lien creditors. In accordance with paragraph 11 of the TCEH DIP Order, if the TCEH Debtors decide to amend the TCEH DIP Agreement or otherwise obtain a waiver from, or consent of, the lenders under the DIP Documents to permit

---

[5] *See Energy Future Holdings Corp.*, Form 10-Q for the period ending June 30, 2015 (filed August 3, 2015), from Energy Future Holdings Corp., website, http://phx.corporate-ir.net/phoenix.zhtml?c=102498&p=irol-SECText&TEXT=aHR0cDovL2FwaS50ZW5rd2l6YXJkLmNvbS9maWxpbmcueG1sP2lwYWdlPTEwNDA5N jM4JkRTRVE9MCZTRVE9MCZTUUVOQ0U9M9U0VDVElPTl9FTlRJRUJUkUmc3Vic2lkPTU3.

consummation of the Transaction, the TCEH Debtors will provide notice, as applicable, to such parties, as well as the U.S. Trustee, contemporaneously with the execution of such amendment.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: October 7, 2015

        */s/ Michael Carter*
Michael Carter
Senior Vice President
Texas Competitive Electric Holdings Company LLC