IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ENERGY FUTURE HOLDINGS CORP.,<br>*et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 6154<br><br>Hearing Date: October 15, 2015 |

### SUPPLEMENT OF SOMERVELL COUNTY CENTRAL APPRAISAL DISTRICT TO MOTION FOR ABSTENTION WITH REGARD TO DEBTORS' MOTION PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING THE AMOUNT OF CONTESTED *AD VALOREM* TAX MATTERS

Somervell Central Appraisal District ("Somervell CAD") supplements its *Motion for Abstention With Regard to Debtors' Motion Pursuant To Sections 105, 505, And 506 Of The Bankruptcy Code For Entry Of An Order Determining The Amount Of Contested Ad Valorem Tax Matters (D.I. 5620) [Docket No. 6154]* ("Motion for Abstention") as follows.

1. Somervell CAD, in the Motion for Abstention, shows that the pending lawsuit of *Luminant Generation Company LLC v. Somervell Central Appraisal District*, District Court of Somervell County, Texas, 18th Jud. Dist., Case No. C10412 (the "Luminant Lawsuit") provides a fair and well-qualified forum—and is in fact the most appropriate forum—in which to adjudicate the contested *ad valorem* tax valuation of the nuclear power plant known as Comanche Peak.

2. On October 7, 2015, the judge of the 18th Judicial Court of Somervell County conducted a court hearing and set the Luminant Lawsuit for trial on **January 25, 2016 at 9:00 a.m.** A copy of the filed notice of jury trial is attached as Exhibit 1. The Luminant Lawsuit is the first case on the January 25, 2015 docket for the Somervell County court.

1

3.  Counsel for Debtors were present at the October 7, 2015 Luminant Lawsuit hearing and were served with a copy of the notice of jury trial.

Dated: October 8, 2015

Respectfully Submitted,

By: /s/ Curtis A. Hehn

**Curtis A. Hehn (Bar No. 4264)**
**Law Office of Curtis A. Hehn**
1000 N. West Street, Suite 1200
Wilmington, DE 19801
302) 295-5044 (Telephone)
(302) 295-4801 (Facsimile)
curtishehn@comcast.net

**Andrew J. Mytelka**
Texas State Bar No. 14767700
AMytelka@greerherz.com
**Michael Adams**
State of Texas Bar No. 00871900
madams@greerherz.com
**J. Scott Andrews**
State of Texas Bar No. 24064823
jandrews@greerherz.com
**James M. Roquemore**
State of Texas Bar No. 24058082
jroquemore@greerherz.com
**Greer, Herz & Adams, LLP**
One Moody Plaza, 18th Floor
Galveston, Texas 77550
(409) 797-3200 (Telephone)
(409) 766-6424 (Facsimile)

**ATTORNEYS FOR DEFENDANT, SOMERVELL CENTRAL APPRAISAL DISTRICT**