# EXHIBIT 1



# CAIN & ASSOCIATES
## Attorneys at Law

**D. Scott Cain**

**Mark Hines**
**Robert J. Masteller, III**

October 7, 2015

Sharon Powell, Court Coordinator                                    *Via e-file*
18th Judicial District Court
Somervell County and Johnson County
204 S. Buffalo Street
Cleburne, Texas 76033

RE:   Luminant Generation Company, LLC v. Somervell Central Appraisal District;
      Cause No. C10412; In the 18th Judicial District Court, Somervell County, Texas

Dear Sharon:

Per the Judge's ruling, this is to confirm that the above-referenced case is set for a jury trial **January 25, 2016**, at 9:00 a.m., in the 18th Judicial District Court, Somervell County, Texas.

If you have any questions, please feel free to contact our office.

Very truly yours,

Scott Cain

SC/jkp

cc:    All Parties of Record – *Via Efile*

       Client – *Via E-mail*

508 N. Ridgeway Dr.
Cleburne, TX 76033

(817) 645-1717, office
(817) 645-1739, fax

WWW.CAINLAWYERS.COM

# Curtis Hehn

| | |
|---|---|
| From: | No-Reply@eFileTexas.gov |
| Sent: | Wednesday, October 7, 2015 4:16 PM |
| To: | James M. Roquemore |
| Subject: | eFileTexas.gov – Notification of Service - 7274656 |



# Notification of Service

Envelope Number: **7274656**

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | C10412 |
| **Case Style** | |
| **Date/Time Submitted** | 10/7/2015 3:14:09 PM |
| **Filing Type** | Notice |
| **Filed By** | Judy Peacock |
| **Service Contacts** | Somervell Central Appraisal District:<br><br>Andrew Mytelka (AMytelka@greerherz.com)<br><br>Michael Adams (madams@greerherz.com)<br><br>J. Andrews (jandrews@greerherz.com)<br><br>James Roquemore (jroquemore@greerherz.com)<br><br>D. Cain (efile@cainlawyers.com)<br><br>Other Service Contacts not associated with a party on the case:<br><br>Sandy Tepp (sandy.tepp@klgates.com)<br><br>Andrew Russell (andrew.russell@klgates.com)<br><br>William LeDoux (william.ledoux@klgates.com) |

|  | Cynthia Ohlenforst (cindy.ohlenforst@klgates.com) |
|---|---|
|  | Sam Megally (sam.megally@klgates.com) |

| Document Details ||
|---|---|
| **File Stamped Copy** | https://efile.txcourts.gov/ViewServiceDocuments.aspx?ADMIN=0&SID=0fa1c750-e8c8-4e90-b85c-0d4fdfd00407&RID=31a45479-8f25-445a-b4fe-6ec288f10042<br>This link is active for 7 days. |

Please do not reply to this email. It was generated automatically by eFileTexas.gov