IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., | § | |
| *et al.*, | § | Case No. 14-10979 (CSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## CERTIFICATE OF SERVICE

I, Curtis A. Hehn, herby certify that on the 8th day of October, 2015, I caused a copy of the following documents to be served on (i) the individuals on the attached service list via first class mail, postage prepaid, and (ii) parties receiving Electronic Notification through the Court's Notice of Electronic Filing:

SUPPLEMENT OF SOMERVELL COUNTY CENTRAL APPRAISAL DISTRICT TO MOTION FOR ABSTENTION WITH REGARD TO DEBTORS' MOTION PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING THE AMOUNTS OF CONTESTED AD VALOREM TAX MATTERS (and Exhibit 1 thereto)

Curtis A. Hehn (Bar No. 4264)

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § | |
| § | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., § | |
| *et al.*, § | Case No. 14-10979 (CSS) |
| § | |
| Debtors. § | (Jointly Administered) |
| § | |

## SERVICE LIST

| | |
|---|---|
| **Joseph Charles Barsalona II**<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | **Stephen E. Hessler**<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
| **Richard M. Cieri**<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611 | **Richard U.S. Howell**<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 |
| **Mark D. Collins**<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | **Chad J. Husnick**<br>Kirkland & Ellis, LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 |
| **Daniel J. DeFranceschi**<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899 | **Natalie Hoyer Keller**<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>312-862-2229 |
| **Michael P. Esser**<br>Kirkland & Ellis LP<br>555 California Street<br>San Francisco, CA 94104 | **Marc Kieselstein**<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 |
| **William Guerrieri**<br>Kirkland & Ellie LLP<br>300 North LaSalle<br>Chicago, IL 60654 | **Jason M. Madron**<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |