# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEPOSITION OF MATTHEW W. ROGERS

TO:    Matthew W. Rogers, AlixPartners
c/o Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp.; Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc.

Montgomery McCracken Walker & Rhoads, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**PLEASE TAKE NOTICE THAT** pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to this proceeding pursuant to Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure and Rules 7026-1, 7026-2, and 7030-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Texas Energy Future Holdings Limited Partnership, by its undersigned counsel, will, in connection with the *Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

*Debtors' Plan of Reorganization* [D.I. 5771], and in connection with the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122], as it may be amended and the *Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement* [D.I. 5249] take the deposition upon oral examination of Mark F. Rule.

**PLEASE TAKE FURTHER NOTICE THAT** the deposition will take place on Thursday, October 15, 2015, at 9:30 a.m. (Eastern Time) at the offices of Wachtell, Lipton, Rosen & Katz, 51 W. 52nd St., New York, NY 10019 (or such other time and place as may be agreed).  The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until completed.

Dated: October 8, 2015
       Wilmington, DE

**Morris, Nichols, Arsht & Tunnell LLP**

By:  */s/ Erin R. Fay*
Derek C. Abbott (No. 3376)
Erin R. Fay (No. 5268)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

-and-

**Wachtell, Lipton, Rosen & Katz**
Emil A. Kleinhaus (admitted *pro hac vice*)
51 West 52nd Street
New York, NY 10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
*Counsel for Texas Energy Future Holdings Limited Partnership*