IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
ENERGY FUTURE HOLDINGS CORP., *et al.*,                      : Case No. 14-10979 (CSS)
                                                             :
Debtors.                                                     : (Jointly Administered)
                                                             :
------------------------------------------------------------ :

**COMPUTERSHARE TRUST COMPANY, AS INDENTURE TRUSTEE
NOTICE OF DEPOSITION OF DAVID YING**

**TO**: David Ying, Evercore Partners, c/o Richards, Layton & Finger, Attention Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis, LLP, 555 California Street, San Francisco, CA 94104, Attention Mark E. McKane; Kirkland & Ellis, LLP 300 North LaSalle, Chicago, Ill 60654, Attention Andrew R. McGaan, P.C.

**PLEASE TAKE NOTICE**, that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (the "**Federal Rules**"), made applicable by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and the Local Rules of the United States District Court for the District of Delaware, made applicable hereto pursuant to the Local Rules for the Unites States Bankruptcy Court for the District of Delaware (collectively the "**Local Rules**"), Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in its capacity as indenture trustee (the "**EFIH Second Lien Trustee**") for the EFIH Second Lien Notes (the "**EFIH Second Lien Notes**" and the holders thereof, the "**EFIH Second Lien Noteholders**") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (collectively, "**EFIH**") pursuant to the Indenture dated as of April 25, 2011, will take the deposition upon oral examination of David Ying in accordance with the *Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in*

- 2 -

*Connection with the Confirmation of Debtors' Plan of Reorganization* [D.I. 5771], and in connection with the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122], as it may be amended and the *Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement* [D.I. 5249].

**PLEASE TAKE FURTHER NOTICE THAT** the deposition will take place on October 16, 2015, at 9:30 a.m. (Eastern Time) at the offices of Kramer Levin Naftalis and Frankel LLP, 1177 Avenue of the Americas, New York, New York, 10036, or at such other location and time mutually agreeable to counsel. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

New York, New York
Dated: October 8, 2015

                                        PACHULSKI STANG ZIEHL & JONES LLP

                                        */s/ Laura Davis Jones*
                                        Laura Davis Jones (Bar No. 2436)
                                        Robert J. Feinstein (NY Bar No. RF-2836)
                                        919 N. Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, DE  19899-8705 (Courier 19801)
                                        Telephone:  (302) 652-4100
                                        Facsimile:  (302) 652-4400
                                        Email: ljones@pszjlaw.com
                                                   rfeinstein@pszjlaw.com

                                          *- and -*

- 3 -

KRAMER LEVIN NAFTALIS & FRANKEL LLP

Thomas Moers Mayer
Gregory A. Horowitz
P. Bradley O'Neill
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:   (212) 715-8000
Email: tmayer@kramerlevin.com
          ghorowitz@kramerlevin.com
          boneill@kramerlevin.com
          jbrody@kramerlevin.com


*- and -*

BRYAN CAVE LLP

Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: 212-541-1114
Facsimile: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Trustee*

- 3 -