# EXHIBIT A

**Assumption Schedule**

Exhibit A

| | | Details of Contract (s) | | Counterparty Information | | Other Information | | |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 1 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 09/01/2012 PLUS AMENDMENTS | REPUBLIC SERVICES NATIONAL ACCOUNTS, LLC | 18500 NORTH ALLIED WAY PHOENIX, AZ 85054 UNITED STATES | $ 98,537.99 | EFH Corporate Services Company- $5,965.81 Luminant Generation Company LLC - $38,598.87 Luminant Mining Company LLC - $24,393.66 Oak Grove Management Company LLC - $27,705.19 TXU Energy Retail Company LLC - $1,873.46 | [Claims reduced, economics improved and contract extended] | Upon entry of the Order |
| 2 | Luminant Generation Company LLC | SERVICES AGREEMENT DATED 12/22/2008 PLUS AMENDMENTS PLUS STATEMENTS OF WORK | SECURITAS SECURITY SERVICES USA, INC. | 2 CAMPUS DR PARSIPANNY, NJ 07054 UNITED STATES | $ 220,624.42 | Luminant Generation Company LLC $220,624.42 | [Claims reduced, economics improved and contract extended] | Upon entry of the Order |