# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> Jointly Administered <br><br> Re: Docket Nos. 6413, 6414, 6415 |

### NOTICE OF JOINDER OF EFH INDENTURE TRUSTEE IN DEPOSITIONS NOTICED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF <u>ENERGY FUTURE HOLDINGS CORPORATION</u>

TO:    Todd W. Filsinger
c/o Filsinger Energy Partners
290 Fillmore Street, Suite 4
Denver, CO 80206

David Y. Ying
c/o Evercore Partners
55 East 52nd Street
New York, NY 10055

Eric Mendelsohn
c/o Greenhill & Co.
300 Park Avenue
New York, NY 10022

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

4835-1977-1432 1

**PLEASE TAKE NOTICE THAT** American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "<u>EFH Indenture Trustee</u>") under the indentures for certain notes issued by Energy Future Holdings Corp. ("<u>EFH Corp</u>."), intends to join the following depositions noticed by the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation:

1. Notice of Deposition of Todd W. Filsinger [Docket No. 6413];

2. Notice of Deposition of Eric Mendelsohn [Docket No. 6414]; and

3. Notice of Deposition to David Y. Ying [Docket No. 6415].

Dated: Wilmington, DE
October 9, 2015

**CROSS & SIMON, LLC**

By: /s/ *Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*