**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON OCTOBER 13, 2015 STARTING AT 10:00 A.M. (EDT)[2]**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD,
THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.   CONTINUED CONFIRMATION PRE-TRIAL CONFERENCE:**

1. Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6122; filed September 21, 2015]

   Response/Objection Deadline:    October 23, 2015 at 4:00 p.m. (EDT)

   Responses/Objections Received:    None at this time.

   Related Documents:

   i.   Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization [D.I. 5771; filed August 27, 2015] (the "Confirmation Scheduling Order")

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The October 13, 2015 hearing was scheduled to be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT).

ii. Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 6123; filed September 21, 2015]

iii. Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6124; filed September 21, 2015]

iv. Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 6125; filed September 21, 2015]

v. Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 6131; filed September 22, 2015]

vi. Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines [D.I. 6135; filed September 22, 2015]

vii. Letter to Judge Christopher S. Sontchi [D.I. 6158; filed September 24, 2015]

viii. Letter to the Honorable Christopher S. Sontchi in Support of the Letter Filed by The Official Committee of Unsecured Creditors Seeking an Extension of the November 3, 2015 Confirmation Hearing Date [D.I. 6203; filed September 28, 2015]

ix. Letter in Response to the EFH Committee Letter Dated September 24, 2015 [D.I. 6206; filed September 28, 2015]

x. Debtors Letter Brief in Opposition to EFH Committees and EFH Indenture Trustees Requests to Adjourn Commencement of Plan Confirmation Trial [D.I. 6208; filed September 28, 2015]

xi. Response to the EFH Committee's Requests to Adjourn Commencement of Plan Confirmation Trial [D.I. 6209; filed September 28, 2015]

xii. Notice of Hearing Dates Scheduled to Consider Confirmation of the "Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code" [D.I. 6122] [D.I. 6228; filed September 29, 2015]

xiii. Notice of Appeal [D.I. 6342; filed October 6, 2015]

xiv. Motion for Leave to Appeal Pursuant to 28 U.S.C. §158(a)(3) [D.I. 6344; filed October 6, 2015]

xv. Transmittal of Motion for Leave to Appeal [D.I. 6399; filed October 8, 2015]

<u>Status</u>: The initial pre-trial conference is continued to the omnibus hearing scheduled for October 15, 2015 starting at 10:30 a.m. (EDT). Consequently, no hearing with respect to this matter is required at this time.

*[Remainder of page intentionally left blank]*

Dated: October 9, 2015
    Wilmington, Delaware    */s/ Joseph C. Barsalona II*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com
    barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*