**CERTIFICATE OF SERVICE**

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of the foregoing Freestone Central Appraisal District's, Robertson County Appraisal District's, Rusk County Appraisal District's, and Titus County Appraisal District's Reply and Request for Judicial Notice Relating to Debtors' Omnibus Objection to Their Motion to Transfer Venue and Partial Dismissal, of Motion of Energy Future Holdings Corp, et al., Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining Contested *Ad Valorem* Tax Matters was made on October 12, 2015, upon the following in the manner indicated:

| BY U.S. MAIL: | BY HAND-DELIVERY: |
|---|---|
| Edward O. Sassower, P.C., Esquire | Mark D. Collins, Esquire |
| Steven Hessler, Esquire | Daniel J. DeFranceschi, Esquire |
| Brian E. Schartz, Esquire | Jason M. Madron, Esquire |
| Kirkland & Ellis LLP | Richard, Layton & Finger, P.A. |
| 601 Lexington Avenue | 920 North King Street |
| New York, New York 10022-4611 | Wilmington, Delaware 19801 |

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)