IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ENERGY FUTURE HOLDINGS CORP., et al, | § | CASE NO. 14-10979 (CSS) |
| a Delaware Corporation | § | |
| | § | |
| Debtors, | § | Chapter 11 |
| | § | |
| | § | **RE: Docket Nos. 6154, 6378** |

_____

**<u>FREESTONE CENTRAL APPRAISAL DISTRICT'S, ROBERTSON COUNTY
APPRAISAL DISTRICT'S, RUSK COUNTY APPRAISAL DISTRICT'S, AND TITUS
COUNTY APPRAISAL DISTRICT'S JOINDER TO SOMERVELL COUNTY
APPRAISAL DISTRICT'S AND MILAM COUNTY APPRAISAL DISTRICT'S
MOTIONS TO ABSTAIN ON MOTION OF ENERGY FUTURE HOLDINGS CORP, ET
AL., PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE
FOR ENTRY OF AN ORDER DETERMINING CONTESTED *AD VALOREM* TAX
MATTERS</u>**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

FREESTONE CENTRAL APPRAISAL DISTRICT, ROBERTSON COUNTY
APPRAISAL DISTRICT, RUSK COUNTY APPRAISAL DISTRICT, and TITUS COUNTY
APPRAISAL DISTRICT, ("Districts"), appear and, as an alternative to their own motion to
transfer venue, join the respective Motions of Somervell County Appraisal District and Milam
County Appraisal District to abstain.

1.      The Debtors have heretofore filed their referenced Motion Pursuant to Sections 105, 505,
and 506 of the Bankruptcy Code for Entry of an Order Determining Contested *Ad Valorem* Tax
Matters.

2.      These Districts have heretofore file a motion to transfer venue of this matter to the
Northern District of Texas, Dallas Division, a forum much more convenient to all parties
concerned.

3.      However, Somervell County Appraisal District and Milam County Appraisal District have each filed motions asking this court to abstain on the Debtors' Motion in favor of the multiple state courts in which the Debtors have suits pending against the Districts as well as Somervell and Milam County Appraisal Districts.

4.      While the Districts contend that transfer to the Dallas federal district is appropriate, in the event that the Court does not grant such a transfer, the Districts join and adopt the arguments of Somervell County Appraisal District and Milam County Appraisal District in their respective Motions to Abstain.

DATED: October 12, 2015

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
Ferry Joseph P.A.
824 Market Street, Suite 1000
Wilmington, DE 19801
Telephone 302-575-1555/Fax 302-575-1714
Email:  ttacconelli@ferryjoseph.com

-and-

G. Todd Stewart (TX Bar I.D. No. 19209700)
Patrick Dyer (TX Bar I.D. No. 06318200)
OLSON & OLSON, L.L.P.
Wortham Tower Suite 600
2727 Allen Parkway
Houston, Texas 77019
Telephone (713) 533-3800/Fax (713) 533-3888
Email:  tstewart@olsonllp.com
*Counsel for Robertson County Appraisal*
        *District and Titus County Appraisal District*

-and-

Kirk Swinney (TX Bar I.D. No. 19588400)
Ryan L. James (TX Bar I.D. No. 24078731)
Yessika Monagas (TX Bar I.D. No. 24084325)
MCCREARY, VESELKA, BRAGG &
ALLEN, P.C.
700 Jeffrey Way, Suite 100
Round Rock, TX 78665

Telephone (512) 323 3200/Fax (512) 323-3294
Email: kswinney@mvbalaw.com
       rjames@mvblaw.com
       ymonagas@mvbalaw.com
       *Counsel for Freestone Central Appraisal*
       *District*

-and-

James R. Evans, Jr. (TX Bar I.D. No. 06721500)
HARGROVE & EVANS, L.L.P.
4425 South Mopac Expressway
Building 3, Suite 400
Austin, TX 78735
Telephone (512) 225-7864/Fax (512) 225-7865
Email:  jim@hellplaw.com
        *Counsel for Rusk County Appraisal District*