**CERTIFICATE OF SERVICE**

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of the foregoing Freestone Central Appraisal District's, Robertson County Appraisal District's, Rusk County Appraisal District's, and Titus County Appraisal District's Joinder to Somervell County Appraisal District's and Milam County Appraisal District's Motions to Abstain on Motion of Energy Future Holdings Corp, et al., Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining Contested *Ad Valorem* Tax Matters was made on October 12, 2015, upon the following in the manner indicated:

| BY U.S. MAIL: | BY HAND-DELIVERY: |
|---|---|
| Edward O. Sassower, P.C., Esquire<br>Steven Hessler, Esquire<br>Brian E. Schartz, Esquire<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611 | Mark D. Collins, Esquire<br>Daniel J. DeFranceschi, Esquire<br>Jason M. Madron, Esquire<br>Richard, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801 |
| James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick, Esquire<br>Steven N. Serajeddini, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654 | |

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)