IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 6170** |

**CERTIFICATION OF COUNSEL CONCERNING
ORDER APPROVING THE ASSUMPTION AND AMENDMENT
OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

The undersigned hereby certifies as follows:

1. On September 15, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered its *Order Authorizing and Approving Expedited Procedures for the Debtors to Reject or Assume Executory Contracts and Unexpired Leases* [D.I. 2015] (the "Procedures Order"). Pursuant to the Procedures Order, the Court approved certain procedures by which the above-captioned debtors and debtors in possession (collectively, the "Debtors") may reject, assume (in some instances, as amended), and assume and assign certain of their prepetition executory contracts and prepetition unexpired leases.

2. In accordance with the Procedures Order, on September 24, 2015, the Debtors filed and served the *Notice of Second Omnibus Assumption and Amendment of Certain Executory Contracts and Unexpired Leases and Related Relief Thereto* [D.I. 6170] (the "Assumption Notice") pursuant to which the Debtors provided notice of their intent to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13142929v.1

assume and amend the various contracts and leases listed on "Exhibit A" to the Assumption Notice (collectively, the "Contracts and Leases"). Additionally, the Debtors filed and served a proposed form of assumption order (the "Proposed Order") as "Exhibit B" to the Assumption Notice. As set forth in the Assumption Notice, any objections to the Debtors' proposed assumption and amendment of the Contracts and Leases or the proposed cure amounts in connection therewith were due to be filed with the Court no later than October 8, 2015 at 4:00 p.m. (Eastern Daylight Time) (the "Objection Deadline").

3. Prior to the Objection Deadline, counterparty The Richards Group, Inc. ("TRG") provided informal comments to the Proposed Order (the "Informal Response").

4. Other than the Informal Response, as of the date hereof, the Debtors have received no other responses or objections in connection with the Assumption Notice nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases. Based on the Informal Response, the Debtors have prepared a revised form of order (the "Revised Order") in connection with the Assumption Notice, which fully resolves the Informal Response. A copy of the Revised Order is attached hereto as **Exhibit 1**. A blackline, comparing the Revised Order against the Proposed Order, is attached hereto as **Exhibit 2**. The Revised Order has been circulated to, and is acceptable to, the Debtors and TRG.

5. The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as **Exhibit 1**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: October 12, 2015  
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**  
Mark D. Collins (No. 2981)  
Daniel J. DeFranceschi (No. 2732)  
Jason M. Madron (No. 4431)  
920 North King Street  
Wilmington, Delaware 19801  
Telephone:   (302) 651-7700  
Facsimile:   (302) 651-7701  
Email:       collins@rlf.com  
             defranceschi@rlf.com  
             madron@rlf.com  

-and-

**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
Edward O. Sassower, P.C. (admitted *pro hac vice*)  
Stephen E. Hessler (admitted *pro hac vice*)  
Brian E. Schartz (admitted *pro hac vice*)  
601 Lexington Avenue  
New York, New York 10022-4611  
Telephone:   (212) 446-4800  
Facsimile:   (212) 446-4900  
Email:       edward.sassower@kirkland.com  
             stephen.hessler@kirkland.com  
             brian.schartz@kirkland.com  

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)  
Marc Kieselstein, P.C. (admitted *pro hac vice*)  
Chad J. Husnick (admitted *pro hac vice*)  
Steven N. Serajeddini (admitted *pro hac vice*)  
300 North LaSalle  
Chicago, Illinois 60654  
Telephone:   (312) 862-2000  
Facsimile:   (312) 862-2200  
Email:       james.sprayregen@kirkland.com  
             marc.kieselstein@kirkland.com  
             chad.husnick@kirkland.com  
             steven.serajeddini@kirkland.com  

*Co-Counsel to the Debtors and Debtors in Possession*