## Exhibit 1

**Revised Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER APPROVING THE ASSUMPTION AND AMENDMENT
## OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Pursuant to the order approving expedited procedures for the rejection, assumption, or assignment of the Debtors' executory contracts and unexpired leases and granting related relief (the "Procedures Order")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Assumption Notice on each applicable party as set forth in the Amended Assumption Schedule, attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the assumption of such Contracts or Leases; and due and proper notice of the Individual Assumption Notice having been provided to each applicable counterparty as set forth in the Amended Assumption Schedules, and it appearing that no other

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Debtors are authorized to assume the Contracts and Leases listed on the Amended Assumption Schedules attached hereto, and the Contracts and Leases are hereby assumed pursuant to section 365 of the Bankruptcy Code.

2.      The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Contracts and Leases is hereby final as set forth in the Amended Assumption Schedules.

3.      Any claims against the Debtors arising under the Contracts and Leases or any claims contemplated under amendments to or stipulations related to the Contracts and Leases prior to the entry of this Order are forever released, discharged, barred, and enjoined.

4.      Notwithstanding anything to the contrary herein, nothing in this Order shall be deemed to release or satisfy any claim of The Richards Group, Inc. ("TRG"), for any unpaid amounts related to services by TRG to the Debtors in the ordinary course of business in accordance with the respective Contract or Lease as shown on **Exhibit A** hereto after the Petition Date to the extent such amounts constitute the actual, necessary costs and expenses of preserving the Debtors' estates pursuant to section 503(b)(1) of the Bankruptcy Code.

5.      The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

6.      Any amendments of a Contract or Lease as set forth in Amended Assumption Schedules are hereby approved pursuant to section 363(b) of the Bankruptcy Code.

7.      Assumption or amendment of the Contracts and Leases and payment of any associated cure amounts does not constitute:  (a) an admission by the Debtors that the Contract or

2

Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or that the Debtors shall have any liability under the Contract or Lease, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under any Contract or Lease.

8.    Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.    This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2015
        Wilmington, Delaware

                            _____
                            THE HONORABLE CHRISTOPHER S. SONTCHI
                            UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

Exhibit A

| | Details of Contract(s) | | Counterparty Information | | | Other Information | | |
|---|---|---|---|---|---|---|---|---|
| Ref.# | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty's Address | Amount Required to Cure Default Thereunder, if any | Core Details | Details of Material Amendments | Assumption Date |
| 1 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 06/25/2012 PLUS AMENDMENTS | 4-1 ENGINEERING COMPANY, INC. | 2020 SILVER STREET GARLAND, TX 75042 UNITED STATES | $ 75,491.77 | EFH Corporate Services Company LLC - $75,491.77 | Claims reduced | Upon entry of the Order |
| 2 | EFH Corporate Services Company | Software License Agreement | Applis, Inc. | 11100 NE 8TH ST #400 BELLEVUE, WA 98004 UNITED STATES | $ 114,767.14 | EFH Corporate Services Company LLC - $114,767.14 | | Upon entry of the Order |
| 3 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 08/01/2011 PLUS AMENDMENTS | CRC GROUP, INC. | P.O. BOX 619000 DALLAS, TX 75261 UNITED STATES | $ 74,651.15 | EFH Corporate Services Company - $40,266.22 TXU Energy Retail Company LLC - $34,937.12 Luminant Energy Company LLC - $2,432.42 Luminant Generation Company LLC - $1,015.38 | Claims reduced | Upon entry of the Order |
| 4 | Luminant Generation Company LLC | SERVICES AGREEMENT DATED 06/24/2008 PLUS AMENDMENTS | SCIENTECH NUS, INC. | 143 WEST STREET NEW MILFORD, CT 06776 UNITED STATES | $ 75,467.58 | Luminant Generation Company LLC - $75,467.58 | Claims reduced | Upon entry of the Order |
| 5 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 05/01/2012 | DOW JONES INTERBOOK, INC. | 445 SOUTH STREET MORRISTOWN, NJ 07960 UNITED STATES | $ 22,673.58 | EFH Corporate Services Company - $5,564.00 Luminant Generation Company LLC - $10,442.58 Luminant Energy Company LLC - $6,667.00 | Claims reduced | Upon entry of the Order |
| 6 | TXU Energy Retail Company LLC | SERVICES AGREEMENT DATED 04/20/2008 PLUS AMENDMENTS | DXT OUTPUT CENTRAL LLC | 2660 SOUTHWEST BOULEVARD KANSAS CITY, MO 64108 UNITED STATES | $ 323,507.00 | TXU Energy Retail Company LLC - $323,507.00 | | Upon entry of the Order |
| 7 | EFH Corporate Services Company | SUPPLIER AGREEMENT DATED 11/01/2008 PLUS AMENDMENTS | GUY BROWN MANAGEMENT, LLC | 9000 N. CENTRAL EXPRESSWAY BRENTWOOD, TN 37027 UNITED STATES | $ 22,199.05 | Luminant Generation Company LLC - $22,199.05 | Claims reduced | Upon entry of the Order |
| 8 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 12/01/2009 PLUS AMENDMENTS | MASTERCRAFT BUSINESS FORMS, INC. | 3011 WICHITA COURT FORT WORTH, TX 76140 UNITED STATES | $ 6,253.83 | EFH Corporate Services Company - $5,186.24 Luminant Generation Company LLC - $547.38 Luminant Energy Company LLC - $520.21 | Claims reduced | Upon entry of the Order |
| 9 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 08/28/2013 PLUS AMENDMENTS | MASTERCRAFT PRINTED PRODUCTS AND SERVICES INC. | 2150 CENTURY CIRCLE IRVING, TX 75062 UNITED STATES | $ 18,913.22 | EFH Corporate Services Company - $1,461.01 Oak Grove Management Company LLC - $1,408.89 Luminant Generation Company LLC - $11,512.86 Luminant Mining Company LLC - $4,530.46 | Claims reduced | Upon entry of the Order |
| 10 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 09/02/2013 PLUS STATEMENTS OF WORK | MASTERCRAFT PRINTED PRODUCTS AND SERVICES, INC. | ATTN: BRANDON LOPT 2150 CENTURY CIRCLE IRVING, TX 75063 UNITED STATES | $ 376,732.05 | EFH Corporate Services Company - $2,894.17 Sandow Power Company LLC - $817.23 Luminant Energy Company LLC - $807.08 Luminant Mining Company LLC - $4,223.91 Luminant Generation Company LLC - $5,855.74 Oak Grove Management Company LLC - $3,022.28 Luminant Generation Company LLC - $349,326.16 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 11 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/17/2005 PLUS AMENDMENTS | MERIDIUM INC. | 207 BULLITT AVE SE ROANOKE, VA 24013 UNITED STATES | $ 153,028.64 | Luminant Mining Company LLC - $153,028.64 | Claims reduced | Upon entry of the Order |
| 12 | EFH Corporate Services Company | Services Agreement Dated 11/13/08 | MICHAEL C. FINA | 545 5TH AVENUE NEW YORK, NY 10017 UNITED STATES | $ 22,180.35 | EFH Corporate Services Company - $45.09 TXU Retail Services Company - $6,135.72 Luminant Mining Company LLC - $6,561.88 Luminant Generation Company LLC - $9,135.17 Oak Grove Management Company LLC - $287.75 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 13 | Luminant Generation Company LLC | SERVICES AGREEMENT DATED 03/02/2013 PLUS AMENDMENTS | NORTH LOUISIANA LAND COACHING, INC. | PO BOX 33 GILLIAM, LA 71209 UNITED STATES | $ 247,532.00 | Luminant Generation Company LLC - $247,532.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 14 | Luminant Generation Company LLC / Oak Grove Management Company LLC / Sandow Power Company LLC | SERVICES AGREEMENT DATED 10/11/2012 PLUS AMENDMENTS | NORTHEAST TEXAS POWER, INC. | P.O. BOX 597 102 N J-30 QUINN, TX 75463 UNITED STATES | $ - | Luminant Generation Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 15 | Luminant Mining Company LLC / Luminant Generation Company LLC / Luminant & Big Brown Mining Company LLC / Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 01/27/2004 PLUS AMENDMENTS | NORTHEAST TEXAS POWER, INC. | P.O. BOX 597 102 N J-30 SERVICE RD QUINN, TX 75463 UNITED STATES | $ 222,741.00 | Luminant Mining Company LLC - $219,772.27 Luminant Generation Company LLC - $2,968.73 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 16 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 06/16/2014 PLUS AMENDMENTS | NORTHEAST TEXAS POWER, LTD | P.O. BOX 599 163 FM 499 QUINN, TX 75443 UNITED STATES | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 17 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 06/04/2012 PLUS AMENDMENTS | NORTHEAST TEXAS POWER, LTD | P.O. BOX 599 163 FM 499 QUINN, TX 75443 UNITED STATES | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 18 | Luminant & Big Brown Mining Company LLC | SERVICES AGREEMENT DATED 09/03/2013 PLUS AMENDMENTS | NORTHEAST TEXAS POWER LTD | P.O. BOX 599 163 FM 499 QUINN, TX 75443 UNITED STATES | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 19 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 09/03/2013 PLUS AMENDMENTS | NORTHEAST TEXAS POWER, LTD | P.O. BOX 599 163 FM 499 QUINN, TX 75443 UNITED STATES | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 20 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 09/03/2013 PLUS AMENDMENTS | NORTHEAST TEXAS POWER, LTD | P.O. BOX 599 163 FM 499 QUINN, TX 75443 UNITED STATES | $ - | Luminant Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 21 | Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 09/03/2013 PLUS AMENDMENTS | NORTHEAST TEXAS POWER LTD | P.O. BOX 599 163 FM 499 QUINN, TX 75443 UNITED STATES | $ - | Oak Grove Management Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 22 | Luminant & Big Brown Mining Company LLC | SERVICES AGREEMENT DATED 06/21/2013 PLUS AMENDMENTS | NORTHEAST TEXAS POWER LTD | P.O. BOX 599 163 FM 499 QUINN, TX 75443 UNITED STATES | $ - | Luminant & Big Brown Mining Company LLC - $0.00 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 23 | Luminant & Big Brown Mining Company LLC | SERVICES AGREEMENT DATED 12/21/2012 PLUS AMENDMENTS | PRICE INTERNATIONAL INC | PO BOX 210 TYLER, TX 75710 UNITED STATES | $ 16,405.08 | Luminant Mining Company LLC - $16,405.08 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 24 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/01/2013 PLUS AMENDMENTS | PRICE INTERNATIONAL INC | PO BOX 210 TYLER, TX 75710 UNITED STATES | $ 28,085.04 | Luminant Mining Company LLC - $28,085.04 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 25 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/01/2013 PLUS AMENDMENTS | PRICE INTERNATIONAL INC | PO BOX 210 TYLER, TX 75710 UNITED STATES | $ 1,096.48 | Luminant Mining Company LLC - $1,096.48 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 26 | Luminant Mining Company LLC | SERVICES AGREEMENT DATED 02/01/2013 PLUS AMENDMENTS | PRICE INTERNATIONAL INC | PO BOX 210 TYLER, TX 75710 UNITED STATES | $ 9,742.25 | Luminant Mining Company LLC - $9,742.25 | Claims reduced, economics improved and contract extended | Upon entry of the Order |
| 27 | Oak Grove Management Company LLC | SERVICES AGREEMENT DATED 02/01/2013 PLUS AMENDMENTS | PRICE INTERNATIONAL INC | PO BOX 210 TYLER, TX 75710 UNITED STATES | $ 37,796.55 | Oak Grove Management Company LLC - $37,796.55 | Claims reduced, economics improved and contract extended | Upon entry of the Order |

Exhibit A

| | | Details of Contract (s) | | Counterparty Information | | Amount Required to Cure Default Thereunder, if any | Other Information | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | | | Cure Details | Details of Material Amendments | Assumption Date |
| 28 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 04/01/2010 PLUS AMENDMENTS PLUS STATEMENTS OF WORK | SUNGARD CONSULTING SERVICES LLC | 10375 RICHMOND AVE, SUITE 700 HOUSTON, TX 7042 UNITED STATES | | $ 267,764.84 | EFH Corporate Services Company- $195,909.59 Luminant Generation Company LLC - $19,784.00 Texas Competitive Electric Holdings Company LLC - $51,181.25 | Claims reduced | Upon entry of the Order |
| 29 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 01/01/2013 PLUS STATEMENTS OF WORK | LONESTAR GROUP CONSULTING SERVICES LLC | 1409 SHADY HOLLOW CT KELLER, TX 76248 UNITED STATES | | $ 106,464.36 | EFH Corporate Services Company- $106,464.36 | Claims reduced | Upon entry of the Order |
| 30 | TXU Energy Retail Company LLC | SERVICES AGREEMENT DATED 06/16/2011 PLUS AMENDMENTS PLUS STATEMENTS OF WORK | THE RICHARDS GROUP | 8750 N. CENTRAL EXPRESSWAY, SUITE 1200 DALLAS, TX 75231 UNITED STATES | | $ 269,050.12 | TXU Energy Retail Company LLC- $269,050.12 | Claims reduced, exposure improved and contract extended | Upon entry of the Order |
| 31 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 09/01/2009 PLUS AMENDMENTS | UBM ENTERPRISE INC | 11102 ABLES LANE DALLAS, TX 75229 UNITED STATES | | $ 76,495.64 | EFH Corporate Services Company- $56,340.71 Luminant Generation Company LLC - $20,154.93 | Claims reduced | Upon entry of the Order |
| 32 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 08/02/2009 PLUS AMENDMENTS | UBM ENTERPRISE INC | 11102 ABLES LANE DALLAS, TX 75229 UNITED STATES | | $ 24,138.26 | TXU Energy Retail Company LLC- $24,138.26 | Claims reduced | Upon entry of the Order |
| 33 | EFH Corporate Services Company | SERVICES AGREEMENT DATED 03/01/2009 PLUS AMENDMENTS PLUS STATEMENTS OF WORK | VOXAI SOLUTIONS INC. | 2425 COMMERCE CT, FLOWER MOUND, TX 75028 UNITED STATES | | $ 78,209.64 | EFH Corporate Services Company- $68,777.80 TXU Energy Retail Company LLC - $9,431.84 | | Upon entry of the Order |
| 34 | TXU Energy Retail Company LLC | SOFTWARE LICENSE AND SUPPORT AGREEMENT DATED 11/01/2003 PLUS STATEMENTS OF WORK | VOXAI SOLUTIONS INC. | ATTN: 9296 L RIORDAN 655 FRITZ DR, SUITE 220 COPPELL, TX 75019 UNITED STATES | | $ 84,873.59 | EFH Corporate Services Company- $45,821.59 TXU Energy Retail Company LLC - $39,052.00 | | Upon entry of the Order |