IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Related D.I. Nos. 6140, 6341, and 6353 |

## NOTICE OF RESCHEDULED HEARING
## ON RETENTION OF GIBBS & BRUNS LLP

**PLEASE TAKE NOTICE THAT** on September 22, 2015, the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "EFH Committee")[2] filed its Application for an Order Approving the Employment of Gibbs & Bruns LLP as Special Conflicts Trial Counsel to the EFH Committee Under Bankruptcy Code Sections 328(a) and 1103(a), Bankruptcy Rule 2014(a), and Local Rule 2014-1, Effective *Nunc Pro Tunc* to September 8, 2015 [D.I. 6140] (the "Application"). A hearing on the Application was set for October 15, 2015.

**PLEASE TAKE FURTHER NOTICE THAT** on October 6, 2015, the Debtors filed an objection to the Application [D.I. 6341] (the "Debtor Objection") and the Ad Hoc Group of TCEH Unsecured Noteholders joined in the Debtor Objection [D.I. 6353] (the "Joinder").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] This EFH Committee is composed of creditors of Energy Future Holdings Corp.; Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc., and EECI, Inc. The EFH Committee represents the interests of the unsecured creditors of the aforementioned debtors and no others.

**PLEASE TAKE FURTHER NOTICE THAT** counsel for the United States Trustee (the "U.S. Trustee") advised the EFH Committee that the U.S. Trustee objected to the Application and intended to file an objection (the "U.S. Trustee Objection," and together with the Debtor Objection and the Joinder, the "Objections"), but was willing to, and has engaged in discussions with the EFH Committee in an effort to resolve the U.S. Trustee's objections.

**PLEASE TAKE FURTHER NOTICE THAT** the EFH Committee has elected to adjourn the hearing on the Application to the November omnibus hearing to be held on November 25, 2015 at 10:00 a.m. prevailing Eastern Time and to continue its efforts to address the U.S. Trustee's concerns. The EFH Committee has requested, and the U.S. Trustee has consented, to withhold filing his objection until November 16, 2015.

**PLEASE TAKE FURTHER NOTICE THAT**, to the extent appropriate, the EFH Committee may file an omnibus reply addressing the Objections in accordance with the L.R. 9006-1(d).

**PLEASE TAKE FURTHER NOTICE THAT** neither the EFH Committee nor the U.S. Trustee has waived any of their respective rights with respect to the Application as a result of this adjournment.

3982565v1

Dated: Wilmington, Delaware
October 13, 2015

                              **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

                              */s/ Mark A. Fink*
Natalie D. Ramsey (DE Bar No. 5378)
Mark B. Sheppard
Davis Lee Wright (DE Bar No. 4324)
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE  19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
E-mail:    nramsey@mmwr.com
              msheppard@mmwr.com
              dwright@mmwr.com
              mfink@mmwr.com

– and –

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
E-mail:    dietdericha@sullcrom.com
              gluecksteinb@sullcrom.com
              torkinm@sullcrom.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance Inc.; and EECI, Inc.*

3982565v1