**CERTIFICATE OF SERVICE**

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of this Motion for Admission *pro hac vice* was made on October 13, 2015, upon the following parties in the manner indicated:

**BY U.S. MAIL:**

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801

Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654

Under penalty of perjury, I declare that the foregoing is true and correct.

                                                       /s/ Theodore J. Tacconelli
                                                       Theodore J. Tacconelli (No. 2678)