# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

### COMPENSATION BY SUBJECT MATTER[1]
### MAY 1, 2015 THROUGH MAY 31, 2015

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 166.70 | $50,000.00 |
| 11000-50.1 | EFH Restructuring – Case Administration | 2.30 | |
| 11000-50.2 | EFH Restructuring – Budgeting | 1.80 | |
| 11000-50.3 | EFH Restructuring – Fee Application | 1.40 | |
| 11000-51 | EFH - 2015 Legislative Session | 84.70 | $34,903.00 |
| 11001 | Luminant | 209.50 | $100,000.00 |
| 11002 | TXU | 159.10 | $10,416.67 |
| 12050 | 4Change | 4.80 | $2,083.33 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | | **630.30** | **$197,403.00** |

### EXPENSE SUMMARY
### MAY 1, 2015 THROUGH MAY 31, 2015

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $205.77 |
| Copies | $88.92 |
| Taxi | $81.00 |
| Parking | $72.00 |
| Airfare | $3,021.41 |
| Rental Car | $85.40 |
| Fuel | |
| Postage | $44.21 |
| Filing Fees | $112.00 |
| Meals | $32.47 |
| **Total Expenses:** | **$3,743.18** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of Energy Future Holdings, LLC and its debtor subsidiaries.