## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Legislative Engagement)

The Enoch Kever attorneys who rendered professional services for legislative matters during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | .40 | $220.00 |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 60.40 | $28,690.00 |
| Elizabeth L. Adams | Associate | 2015 | Regulatory | $250.00 | 23.50 | $5,875.00 |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | .40 | $118.00 |
| | | | | | **84.70** | **$34,903.00** |

The paraprofessionals of Enoch Kever who rendered professionals services for legislative matters during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

| | | | **Total Fees Requested** | | **84.70** | **$34,903.00** |

# EXHIBIT B

## Attorneys and Paraprofessionals' Information
### (Consolidated Engagement)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | 98.40 | |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 30.00 | |
| Elizabeth L. Adams | Associate | 2015 | Regulatory | $250.00 | 35.50 | |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | 42.80 | |
| Kirk D. Rasmussen | Member | 1999 | Regulatory | $450.00 | 59.30 | |
| Mandy J. Kimbrough | Member | 2005 | Regulatory | $325.00 | 127.20 | |
| Michelle V. Hanlon | Associate | 2012 | Regulatory | $225.00 | 144.90 | |
| Melissa A. Lorber | Member | 2001 | Appellate/Litigation | $395.00 | .70 | |
| Rodman C. Johnson | Member | 1992 | Environmental | $490.00 | 1.80 | |
| | | | | | **540.60** | **$162,500.00*** |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Aundrea Abernathy | Legal Assistant | 1 | Regulatory | $75.00 | 5.00 | |
| | | | | | **5.00** | |

|  |  |  |
|---|---|---|
| **Total Fees Requested Consolidated Engagement** | **545.60** | **$162,500.00** |
| **Total Fee Requested Legislative Engagement** | **84.70** | **$34,903.00** |
| **Total Fees Requested** | **630.30** | **$197,403.00** |