## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**MAY 1, 2015 THROUGH MAY 31, 2015**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $205.77 |
| Copies | $88.92 |
| Taxi | $81.00 |
| Parking | $72.00 |
| Airfare | $3,021.41 |
| Rental Car | $85.40 |
| Fuel | $0.00 |
| Postage | $44.21 |
| Filing Fees | $112.00 |
| Meals | $32.47 |
| **Total Expenses:** | **$3,743.18** |