## EXHIBIT D

### Detailed Description of Expenses and Disbursements

**DETAILED EXPENSE SUMMARY**
**MAY 1, 2015 THROUGH MAY 31, 2015**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 3649 | 1100050 | 5/12/15 | Kever, Andy | Airfare | 428.99 | 1 | $428.99 | Airfare to Dallas to attend EFH team meeting on 5/18/2015 |
| 3626 | 1100116 | 5/7/15 | Rasmussen, Kirk | Delivery/Messenger Service | 10.00 | 1 | $10.00 | Hand delivery to EFH |
| 3626 | 11001–16 | 5/15/15 | Rasmussen, Kirk | Delivery/Messenger Service | 9.33 | 1 | $9.33 | Hand deliver documents to PUC for filing and return of file-stamped copies |
| 3626 | 1100116 | 5/21/15 | Rasmussen, Kirk | Rental Car | 85.40 | 1 | $85.40 | Rental car to attend meeting on 5/5/15 |
| 3626 | 1100116 | 5/21/15 | Rasmussen, Kirk | Parking | 19.00 | 1 | $19.00 | Parking while in Dallas for meeting on 5/5/15 |
| 3626 | 1100116 | 5/21/15 | Rasmussen, Kirk | Airfare | 394.00 | 1 | $394.00 | Airfare to Dallas for meeting on 5/5/15 |
| 3626 | 1100116 | 5/21/15 | Rasmussen, Kirk | Taxi | 50.00 | 1 | $50.00 | Taxi for meeting on 5/12/15 |
| 3626 | 1100116 | 5/21/15 | Rasmussen, Kirk | Parking | 7.00 | 1 | $7.00 | Parking while in Dallas for meeting on 5/12/15 |
| 3626 | 1100116 | 5/21/15 | Rasmussen, Kirk | Airfare | 394.00 | 1 | $394.00 | Airfare to Dallas for meeting on 5/12/15 |
| 3626 | 1100116 | 5/31/15 | Various | Copies | .13 | 273 | $35.49 | Copies for the month of May 2015 |
| 3626 | 1100116 | 5/31/15 | Various | Postage | 21.12 | 1 | $21.12 | Copies for the month of May 2015 |
| 3626 | 1100149 | 5/13/15 | Rasmussen, Kirk | Delivery/Messenger Service | 28.00 | 1 | $28.00 | Hand deliver Annual Report to PUC for filing and return of file-stamped copy |
| 3626 | 1100167 | 5/31/15 | Various | Copies | .13 | 181 | $23.53 | Copies for the month of May 2015 |
| 3626 | 1100167 | 5/31/15 | Various | Postage | 15.84 | 1 | $15.84 | Copies for the month of May 2015 |

| 3626 | 1100178 | 5/18/15 | Jolly, Emily | Filing Fee | 112.00 | 1 | $112.00 | Filing fee for Plea in Intervention of Luminant Generation Company LLC and Luminant Energy Company LLC |
|---|---|---|---|---|---|---|---|---|
| 3626 | 1100180 | 5/27/15 | Jolly, Emily | Delivery/ Messenger Service | 28.00 | 1 | $28.00 | Hand deliver Motion to Intervene to PUC for filing and return file-stamped copies |
| 3622 | 1100224 | 5/6/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 7.00 | 1 | $7.00 | Hand deliver Responses to RFIs to PUC for filing |
| 3622 | 1100224 | 5/6/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 27.26 | 1 | $27.26 | Overnight delivery to John Munn at TXU Energy |
| 3662 | 1100224 | 5/15/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 9.33 | 1 | $9.33 | Hand deliver filing to PUC and return file-stamped copy |
| 3662 | 1100224 | 5/26/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 28.00 | 1 | $28.00 | Hand deliver Statement of Position to the PUC for filing and return file-stamped copy |
| 3662 | 1100224 | 5/31/15 | Various | Copies | .13 | 230 | $29.90 | Copies for the month of May 2015 |
| 3662 | 1100224 | 5/31/15 | Various | Postage | 7.25 | 1 | $7.25 | Postage for the month of May 2015 |
| 3662 | 1100269 | 4/30/15 | Kimbrough, Mandy Hanlon, Michelle | Airfare | 530.61 | 2 | $1,061.21 | Airfare to Dallas to attend compliance review meeting on 5/6/15 |
| 3662 | 1100269 | 4/30/15 | Kimbrough, Mandy Hanlon, Michelle | Taxi | 31.00 | 1 | $31.00 | Taxi in Dallas to attend compliance review meeting on 5/6/15 |
| 3662 | 1100269 | 4/30/15 | Kimbrough, Mandy Hanlon, Michelle | Meals | 7.79 24.68 | 1 1 | $32.47 | Meals in Dallas while attending compliance review meeting on 5/6/15 |

| 3662 | 110026 9 | 4/30/15 | Kimbrough, Mandy Hanlon, Michelle | Parking | 46.00 | 1 | $46.00 | Parking in Dallas while attending compliance review meeting on 5/6/15 |
|---|---|---|---|---|---|---|---|---|
| 3662 | 110026 9 | 5/26/15 | Kimbrough, Mandy Hanlon, Michelle | Airfare | 371.60 371.61 | 1 1 | $743.21 | Airfare to Dallas to attend meeting on 5/26/15 |
| 3623 | 120502 | 5/6/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 7.00 | 1 | $7.00 | Hand deliver Responses to RFIs to PUC for filing |
| 3623 | 120502 | 5/6/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 27.25 | 1 | $27.25 | Overnight delivery to John Munn at TXU Energy |
| 3623 | 120502 | 5/15/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 9.34 | 1 | $9.34 | Hand deliver filing to PUC and return file-stamped copy |
| 3623 | 120502 | 5/20/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 15.26 | 1 | $15.26 | Hand deliver Letter of Credit Amendment to PUC for filing and return file-stamped copies |