# UNITED STATES BANKRUPTCYCOURT
## FOR THE DISTRICT OF DELAWARE

In Re:                      Chapter __11__

Case No. ___14__-__10979___ (_CSS_)

Debtor:   Energy Future Holdings Corp., et al. _____

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of __G. Todd Stewart, Esquire_____

to represent __Robertson County Appraisal District and Titus County Appraisal District__

in this action.

/s/ Theodore J. Tacconelli, Esq. (#2678)_____

Firm Name: Ferry Joseph, P.A.

Address: 824 Market St, Ste 1000, PO 1351
Wilmington, DE 19899

Phone: (302) 575-1555

Email: ttacconelli@ferryjoseph.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Texas_____ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ G. Todd Stewart, Esquire (#19209700)_____

Firm Name: Olson & Olson L.L.P.

Address: Wortham Tower, Ste.600
2727 Allen Parkway, Houston,

Phone: Texas 77019   (713)533-3800

Email: tstewart@olsonllp.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: October 14th, 2015**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

Local Form 105