# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 6097** |

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
AND STATEMENT OF ISSUES BY THE BANK OF NEW YORK MELLON, AS
INDENTURE TRUSTEE, AND THE BANK OF NEW YORK
MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEE,
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009
AND DELAWARE LOCAL BANKRUPTCY RULE 8009-1**

The Bank of New York Mellon ("<u>BNYM</u>"), in its capacity as the PCRB Trustee,[1] and

The Bank of New York Mellon Trust Company, N.A. ("<u>BNYMTC</u>" and, together with BNYM,

"<u>Appellants</u>"), in its capacity as the EFCH 2037 Notes Trustee, by and through undersigned

counsel, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1

of the Local Rules for the United States Bankruptcy Court for the District of Delaware, hereby

submit the statement of issues and designate the items to be included in the record on appeal in

connection with the Appellants' appeal from *the Order Authorizing the Debtors to Enter into and*

*Perform under the Plan Support Agreement* (D.I. 6097), which was entered by the U.S.

Bankruptcy Court for the District of Delaware (Sontchi, J) on September 18, 2015.

## I.    STATEMENT OF ISSUES ON APPEAL

1.    Whether the bankruptcy court erred in approving the plan support agreement.

2.    Whether the plan support agreement, which contractually obligates parties to vote

in favor of a plan of reorganization, prior to bankruptcy court approval of a written disclosure

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the *Order Authorizing the Debtors to Enter into and Perform under the Plan Support Agreement* (D.I. 6097).

statement, constitutes an improper "solicitation" of votes in violation of section 1125(b) of title

11 of the United States Code.

**II.      DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

| | **INDEX** | | |
|---|---|---|---|
| | **Item** | **Date** | **Docket No.** |
| 1. | Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter into and Perform Under the Plan Support Agreement | 8/10/2015 | D.I. 5248 |
| 2. | Objection of The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A. to the Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter Into and Perform under the Plan Support Agreement and Hearing Thereon | 8/24/2015 | D.I. 5696 |
| 3. | Objection of the EFH Official Committee to the Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter into and Perform under the Plan Support Agreement | 8/24/2015 | D.I. 5700 |
| 4. | Joinder of EFH Indenture Trustee to Objection of EFH Official Committee to Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter into and Perform under the Plan Support Agreement | 8/24/2015 | D.I. 5703 |
| 5. | Objection of UMB Bank, N.A. to Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter into and Perform under the Plan Support Agreement | 8/24/2015 | D.I. 5705 |
| 6. | Objection of the Acting United States Trustee to the Debtors Motion to Enter into and Perform under Plan Support Agreement | 9/4/2015 | D.I. 5858 |
| 7. | Notice of Filing of Revised Order in Connection with "Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter into and Perform Under the Plan Support Agreement" | 9/9/2015 | D.I. 5895 |
| 8. | Debtors Omnibus Reply to Objections to Plan Support Agreement Motion | 9/14/2015 | D.I. 5978 |
| 9. | Reply of the TCEH Committee in Support of (I) the Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter Into and Perform Under the Plan Support Agreement and (II) the Motion of Energy Future Holdings Corp. et al., for Entry of an | 9/14/2015 | D.I. 5979 |

|     | | | |
| --- | --- | --- | --- |
|     | Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents | | |
| 10. | Joinder of the Ad Hoc Committee of TCEH Second Lien Noteholders to the Debtors Omnibus Reply to Objections to Plan Support Agreement Motion | 9/14/2015 | D.I. 5980 |
| 11. | Joinder of the Ad Hoc Group of TCEH Unsecured Noteholders to Debtors Omnibus Reply to Objections to Plan Support Agreement Motion | 9/14/2015 | D.I. 5983 |
| 12. | Joinder of the Ad Hoc Committee of TCEH First Lien Creditors to the Debtors Omnibus Reply to Objections to their Motion to Approve the Plan Support Agreement | 9/14/2015 | D.I. 5987 |
| 13. | Notice of Filing of Revised Order in Connection with "Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter into and Perform Under the Plan Support Agreement" | 9/16/2015 | D.I. 6064 |
| 14. | Declaration of Paul Keglevic in Support of the Order Authorizing Debtors to Enter into and Perform Under the Plan Support Agreement | 9/17/2015 | D.I. 6068 |
| 15. | Certification of Counsel Concerning Order Authorizing Debtors to Enter into and Perform Under Plan Support Agreement | 9/17/2015 | D.I. 6091 |
| 16. | Transcript of the September 17, 2015 Hearing on the Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter into and Perform Under the Plan Support Agreement | 9/17/2015 | D.I. 6440 |
| 17. | Order Authorizing Debtors to Enter into and Perform Under Plan Support Agreement | 9/18/2015 | D.I. 6097 |
| 18. | Notice of Appeal | 10/1/2015 | D.I. 6245 |

Dated:  October 14, 2015
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:    */s Kurt F. Gwynne*
       Kurt F. Gwynne (No. 3951)
       1201 Market Street, Suite 1500
       Wilmington, DE 19801
       Telephone: (302) 778-7500
       Facsimile: (302) 778-7575
       Email: kgwynne@reedsmith.com

-and-

Sarah K. Kam (*pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 549-0284
Facsimile: (212) 521-5450
Email: skam@reedsmith.com

Counsel to The Bank of New York Mellon,
in its capacity as the PCRB Trustee, and
The Bank of New York Mellon Trust
Company, N.A., in its capacity as the EFCH
2037 Notes Trustee