# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, hereby certify that, on this 14th day of October 2015, I caused a true and correct copy of the **DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES BY THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE, AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEE, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009 AND DELAWARE LOCAL BANKRUPTCY RULE 8009-1** to be served upon the addressees listed on the attached service list via Electronic Mail.

By: */s Kurt F. Gwynne*
Kurt F. Gwynne (No. 3951)