# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979(CSS)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, do hereby certify that, on October 14, 2015, I caused a true and correct copy of the **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF THE BANK OF NEW YORK MELLON, IN ITS CAPACITY AS THE PCRB TRUSTEE, AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., IN ITS CAPACITY AS THE EFCH 2037 NOTES TRUSTEE, PURSUANT TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d)** to be served upon the addressees on the attached service list in the manners indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

## SERVICE LIST

**VIA REGULAR MAIL**
Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**VIA REGULAR MAIL**
Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA REGULAR MAIL**
Richard M. Cieri
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022

**VIA REGULAR MAIL**
James H.M. Sprayregen, P.C.
Chad J. Husnick
Steven N. Serajeddini
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

**VIA REGULAR MAIL**
Epiq Bankruptcy Solutions LLC
777 Third Avenue, 12th Floor
New York, NY 10017

**VIA REGULAR MAIL**
Justin K. Edelson
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**VIA REGULAR MAIL**
Mark A. Fink
Montgomery, McCracken, Walker & Rhoads
1105 N. Market Street, Suite 1500
Wilmington, DE 19801