10-6-2015
Chpter 11
Doc-4959

Energy Future Holding Corp. CASE NO: 14-10979
D.I. 3359

In the United States Bankruptcy Court
For the The District of Delaware

I JoAnn M. Robinson, Plan Objection
Deadline for filing objections to the plans
is October 23, 2015 at 4:00 pm (Eastern
Daylight Time)
Critical Information Regarding Voting on the
Plan. Voting Record Date is September 4, 2015
(the Voting Record Date for determining
which holders of Claims or interest, as
in classes B4, C3, C4, and C5
are entitled to vote on the plan.
Voting for the plan. Deadline on the Plan
on Oct 23, 2015. Solicitation package

Thank you Truly

My Questions Contact Number
214-718-5962 or 972-898-7183
JoAnn M. Robinson

10-6-2015
Chapter 11
Energy Future Case No. 14-10979
Holding Corp   Doc. No: 4959
                D I: 5359

In The United States Bankruptcy Court
For The District of Delaware

I JeAnn M. Robinson, Are Entitled to
Voted [1], if Needed to please mail a
Solicitation package Including Ballot to
vote on the Joint plan of Reorganization
of Energy Future Holding Corp.

The Hearing at the Court will consider
Confirmation of the plan (the Hearing "Confirmation")
Will commence at 11:00 a.m. (Eastern
Standard Time) on November 3, 2015
Before The Honorable Judge
Christopher S. Sontchi, in the
United States Bankruptcy Court
for the District of Delaware, located
at 824 North Market Street, 5th Floor,
(Courtroom), Wilmington, Delaware 19801

Thank You Truly
Any Question Contact Number
214-718-8921 or 972-898-7183