**EXHIBIT A**

Energy Future Holdings Corp.
First Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| Allied Electronics Inc. | 3312 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Allied Electronics Inc. | 3313 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Emerson Network Power Liebert Services | 3297 | Response filed on 12/10/14. [Docket No. 2970]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Koetter Fire Protection of Austin, LLC | 3118 | Response filed on 12/5/14. [Docket No. 2950]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

13140863_1

**EXHIBIT B**

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BETTS, BARBARA | 3831 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CAESAR, RUTH | 5630 | Response filed on January 5, 2015. [Docket No. 3171]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| DELGADO, MARIA NAVEJAR | 2004 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GUY, MASON | 2738 | Response filed on December 29, 2014. [Docket No. 3153]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KEYES, SUSAN | 2891 | Response filed on December 31, 2014. [Docket No. 3164]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| NEAL, KATHEY | 1499 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| NEDD-JOHNSON, NANNETTE | 2021 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| OLBRISH, KIMBERLEY | 669 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SMITH, CYNTHIA | 1423 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SOTO, MARIA | 428 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

**<u>EXHIBIT C</u>**

Energy Future Holdings Corp.
Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Brinkley, Annie | 2345 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

13140690_1

**<u>EXHIBIT D</u>**

Energy Future Holdings Corp.
Sixth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DE LA CERDA JR., JOSE F. | 1324 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HAWKINS, MONICA R. | 1868 | Response filed on 1/27/15. [Docket No. 3386]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MITCHELL, STEPHEN W. | 2636 | Response filed on 1/23/15. [Docket No. 3355]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MOORE, DEBORAH D. | 3927 | Response filed on 1/23/15. [Docket No. 3352]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ROBINSON, JOANN M. | 4959 | Response filed on 1/28/15. [Docket No. 3389]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WOODS, SHANTA | 2899 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT E**

Energy Future Holdings Corp.
Seventh Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| EDWARDS, DEANNA | 9922 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| EDWARDS, GERALD | 9923 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT F**

Energy Future Holdings Corp.
Eighth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BEARD JR., JACK ROGERS | 2304 | Response filed on February 11, 2015. [Docket No. 3511]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GRIFFIN, LEO | 2191 | Response filed on February 9, 2015. [Docket No. 3498]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MCCLAIN, JACKIE | 417 | Response filed on February 9, 2015. [Docket No. 3500]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MORENO, JESUS | 2730 | Response filed on February 18, 2015. [Docket No. 3578]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-13140698_1

**EXHIBIT G**

Energy Future Holdings Corp.
Tenth Omnibus (Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| JOHNSON-CAULEY, MELVA D. | 2686 | Response filed on February 24, 2015. [Docket No. 3636]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT H**

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| COVENEY, SANDI | 623 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KAHLE, MARCIA | 1371 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MATHEU, CHRISTINA | 1637 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WASHINGTON, ROSE B S | 6162 | Response filed on March 27, 2015. [Docket No. 3998]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WATSON, EVELYN | 1562 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT I**

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ALLEN, GAYE | 3445 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. Response filed on April 14, 2015. [Docket No. 4154]. The |
| ALLEN, JUDY | 3619 | hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. Response filed on April 14, 2015. [Docket No. 4153]. The |
| BAILEY, NIKITA | 2014 | hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. Response filed on April 14, 2015. [Docket No. 4152]. The |
| BELL, MARILYN | 3368 | hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CARTER, SHARRON DENISE | 5735 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CORBELL, KARLA | 4435 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. Response filed on April 8, 2015. [Docket No. 4088]. The |
| COX, DONALD L | 2701 | hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GARCIA, STELLA | 5228 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. Response filed on April 14, 2015. [Docket No. 4150]. The |
| HUGHES, JOAN H | 4465 | hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MARRS, OPAL | 2252 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PHILLIPS, MARY JAME | 844 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PIPKIN, LORENZO III | 8052 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SMALL, YOLANDA NICOLE | 4830 | Response filed on April 8, 2015. [Docket No. 4089]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| STEPHENSON, ALBERT | 3519 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VAUGHN, TERETTA | 8063 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VILLARREAL, TIMMY | 1520 | Response filed on April 10, 2015. [Docket No. 4114]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WALKER, ROBERT | 3557 | Response filed on April 14, 2015. [Docket No. 4151]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WILLIAMS, MELVIN | 3256 | Response filed on April 17, 2015. [Docket No. 4204]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

RLF-13140717_1

**EXHIBIT J**

Energy Future Holdings Corp.
Fourteenth Omnibus (Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| STEWART, KUK JA | 10003 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| STEWART, KUK JA | 5739 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

RLF-13140720_1

**EXHIBIT K**

Energy Future Holdings Corp.
Fifteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MAURILLO, AMELIA | 4599 | Response filed on April 17, 2015. [Docket No. 4206]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT L**

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| KOVACH, AUSTIN | 9867 | Response filed on July 8, 2015. [Docket No. 4943]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MYLES, JACQUELYN A | 9600 | Response filed on July 1, 2015. [Docket No. 4906]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PHILLIPS, DONNA | 2226 | Response filed on June 30, 2015. [Docket No. 4896 & 4897]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REDIC, CORA | 9919 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**<u>EXHIBIT M</u>**

Energy Future Holdings Corp.
Seventeenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| EDWARDS, GERALD | 7659 | Response filed on July 8, 2015. [Docket No. 4942]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ENGLISH, WAYNE | 9800 | Response filed on June 29, 2015. [Docket No. 4882]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| LAMMERS, LINDA | 251 | Response filed on July 2, 2015. [Docket No. 4919]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7840 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7841 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7842 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT N**

Energy Future Holdings Corp.
Eighteenth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SUNGARD CONSULTING SERVICES LLC | 5715 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SONAR CREDIT PARTNERS III, LLC | 5106 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HILDRETH, JOHN | 4230 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT O**

Energy Future Holdings Corp.
Nineteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| LEWIS, MELISSA C | 9698 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CLYDE BERGEMANN POWER GROUP AMERICAS INC | 7853 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| INVENSYS SYSTEMS, INC. | 4478 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT P**

Energy Future Holdings Corp.
Twentieth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| REXEL, INC. | 2961 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2962 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2963 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2964 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2965 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2966 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2967 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2968 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

Energy Future Holdings Corp.
Twentieth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| REXEL, INC. | 2970 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2971 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2972 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

**EXHIBIT Q**

Energy Future Holdings Corp.
Twenty-First Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| CLYDE BERGEMANN POWER GROUP AMERICAS INC | 7854 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| LHOIST NORTH AMERICA OF TEXAS LTD | 3960 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| LHOIST NORTH AMERICA OF TEXAS, LTD | 3962 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HCL AMERICA, INC | 6072 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HCL AMERICA, INC | 6074 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HCL AMERICA, INC | 6075 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS | 7963 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS | 7964 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS | 7966 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS | 7968 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

Energy Future Holdings Corp.
Twenty-First Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MASTERCRAFT PRINTED PRODUCTS | 7972 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS | 7973 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7876 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7967 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7970 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7971 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| TANNOR PARTNERS CREDIT FUND LP | 3637 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7871 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7872 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7873 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

Energy Future Holdings Corp.
Twenty-First Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7874 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7875 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7877 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| TANNOR PARTNERS CREDIT FUND LP | 4684 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 5717 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

**EXHIBIT R**

Energy Future Holdings Corp.
Twenty Second (Non-Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| TY-FLOT INC. | 3412 | Response filed on 7/24/15. [Docket No. 5087]. The hearing on this claim has been continued to November 25, 2015 at 10:00 a.m. (EST). |
| GLOBAL TECHNICAL TRAINING SERVICES INC. | 3736 | The hearing on this claim has been continued to November 25, 2015 at 10:00 a.m. (EST). |
| SPENCER HARRIS OF ARKANSAS, INC. | 4422 | Response filed on 7/22/15. [Docket No. 5085]. The hearing on this claim has been continued to November 25, 2015 at 10:00 a.m. (EST). |

1

**EXHIBIT S**

Energy Future Holdings Corp.
Twenty Third (Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| WINDHAM MANUFACTURING CO. INC. | 214 | The hearing on this claim has been continued to November 25, 2015 at 10:00 a.m. (EST). |
| FLANDERS ELECTRIC INC. | 1862 | The hearing on this claim has been continued to November 25, 2015 at 10:00 a.m. (EST). |
| FLANDERS ELECTRIC INC. | 1863 | The hearing on this claim has been continued to November 25, 2015 at 10:00 a.m. (EST). |
| FLANDERS ELECTRIC INC. | 1866 | The hearing on this claim has been continued to November 25, 2015 at 10:00 a.m. (EST). |
| TANNOR PARTNERS CREDIT FUND LP | 2221 | The hearing on this claim has been continued to November 25, 2015 at 10:00 a.m. (EST). |
| REDDY ICE CORP. (transferred to Liquidity Solutions, Inc.) | 3250 | The hearing on this claim has been continued to November 25, 2015 at 10:00 a.m. (EST). |
| LEE HECHT HARRISON LLC | 3339 | The hearing on this claim has been continued to November 25, 2015 at 10:00 a.m. (EST). |
| WAUKESHA-PEARCE INDUSTRIES, INC. | 3413 | Informal reponse received.  The hearing on this claim has been continued to November 25, 2015 at 10:00 a.m. (EST). |
| SUNGARD CONSULTING SERVICES LLC | 5714 | The hearing on this claim has been continued to November 25, 2015 at 10:00 a.m. (EST). |
| H&E EQUIPMENT SERVICES, INC. | 7933 | The hearing on this claim has been continued to November 25, 2015 at 10:00 a.m. (EST). |

1

**EXHIBIT T**

Energy Future Holdings Corp.
Twenty-Fifth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| FLUOR ENTERPRISES, INC. | 7777 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. | 7778 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. | 7779 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT U**

Energy Future Holdings Corp.
Twenty-Sixth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7776 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7774 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7775 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

RLF-13140764_1

**EXHIBIT V**

Energy Future Holdings Corp.
Twenty Seventh (Non-Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
| --- | --- | --- |
| NEWARK ELEMENT14 | 621 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| SUNBELT RENTALS, INC. | 1544 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| AD-GIFTS/EMBROID ART | 2212 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| APPLIED ENERGY CO LLC | 2245 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| PASTOR BEHLING & WHEELER LLC | 2658 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| TEXAS METER & DEVICE CO | 3114 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| HULCHER SERVICES | 3155 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| CORPORATE GREEN INC | 3296 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| HSC-HOPSON SERVICES COMPANY, INC. | 3594 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| HSC-HOPSON SERVICES COMPANY, INC. | 3595 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| HSC-HOPSON SERVICES COMPANY, INC. | 3597 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| FALCON CREEK ENTERPRISES LLC | 3675 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOFFER FLOW CONTROLS, INC. | 3754 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHNEIDER ELECTRIC BUILDINGS | 3913 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Twenty Seventh (Non-Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| LHOIST NORTH AMERICA OF TEXAS, LTD | 3961 | Informal response received. The hearing on this claim has been continued to November 25, 2015 starting at 10:00 a.m. (EST). |
| CITY OF GARLAND | 4067 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| CESCO, INC. | 4281 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| FISHER SCIENTIFIC COMPANY LLC | 4342 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| MILLER ELECTRIC COMPANY | 4414 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| GENERAL DATATECH LP | 4436 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| BARCO PUMP | 4444 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| ZONES INC | 4808 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROTHE DEVELOPMENT INC | 4832 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4911 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4912 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4913 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4914 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4917 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4919 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |

2

Energy Future Holdings Corp.
Twenty Seventh (Non-Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| FASTENAL | 4920 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4921 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4923 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4926 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4927 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4928 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| AIRGAS SAFETY | 5002 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| AIRGAS SAFETY | 5003 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| ARGO INTERNATIONAL CORP | 5008 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| MEDIA MANAGEMENT | 5703 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| STRUCTURE WORKS INC | 5864 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| ATMOS ENERGY CORPORATION | 7626 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| TELECOM ELECTRIC SUPPLY CO | 7851 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| TELECOM ELECTRIC SUPPLY CO | 7893 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| CITY OF DALLAS - CITY ATTORNEY'S OFFICE | 7939 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |

3

Energy Future Holdings Corp.
Twenty Seventh (Non-Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| HUNTON & WILLIAMS LLP | 7950 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| TRANE US INC | 8004 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| TRANE US INC | 8006 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| VOXAI SOLUTIONS INC. | 10049 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |

4

**EXHIBIT W**

Energy Future Holdings Corp.
Twenty Eighth (Substantive) Objection to Claims

| Creditor Name | Claim Number | Status of Claim |
|---|---|---|
| UBM ENTERPRISE, INC. | 4 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| INTERCALL | 118 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROBERT'S COFFEE & VENDING SERVICES, LLC | 754 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| SONAR CREDIT PARTNERS III, LLC | 754.02 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| DELL MARKETING, L.P. | 1546 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALMAN CONSTRUCTION SERVICES | 1696 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHALE-INLAND HOLDINGS LLC | 1776 | Informal response received. The hearing on this claim has been continued to November 25, 2015 starting at 10:00 a.m. (EST). |
| SOUTHERN TIRE MART, LLC | 2097 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| TEXAS METER & DEVICE | 3111 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| UNITED TELEPHONE COMPANY OF TEXAS, INC | 3276 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| UNITED TELEPHONE COMPANY OF TEXAS, INC | 3279 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| AIRGAS USA, LLC | 3314 | Informal response received. The hearing on this claim has been continued to November 25, 2015 starting at 10:00 a.m. (EST). |
| CONDIT COMPANY | 3318 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| BIRDSONG, BRUCE | 3503 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |

1

Energy Future Holdings Corp.
Twenty Eighth (Substantive) Objection to Claims

| Creditor Name | Claim Number | Status of Claim |
|---|---|---|
| STEWART & STEVENSON | 3534 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| ATLAS COPCO COMPRESSORS LLC | 3538 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| THYSSENKRUPP ELEVATOR | 3694 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| RDO TRUST# 80-5800 | 4061 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| API HEAT TRANSFER INC | 4168 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| TANNOR PARTNERS CREDIT FUND LP | 4683 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOCHRIDGE PRIEST INC | 4813 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4915 | Informal response received.  The hearing on this claim has been continued to November 25, 2015 starting at 10:00 a.m. (EST). |
| FASTENAL | 4916 | Informal response received.  The hearing on this claim has been continued to November 25, 2015 starting at 10:00 a.m. (EST). |
| FASTENAL | 4922 | Informal response received.  The hearing on this claim has been continued to November 25, 2015 starting at 10:00 a.m. (EST). |
| FASTENAL | 4924 | Informal response received.  The hearing on this claim has been continued to November 25, 2015 starting at 10:00 a.m. (EST). |
| FASTENAL | 4925 | Informal response received.  The hearing on this claim has been continued to November 25, 2015 starting at 10:00 a.m. (EST). |

Energy Future Holdings Corp.
Twenty Eighth (Substantive) Objection to Claims

| Creditor Name | Claim Number | Status of Claim |
|---|---|---|
| FASTENAL | 4930 | Informal response received.  The hearing on this claim has been continued to November 25, 2015 starting at 10:00 a.m. (EST). |
| DISTRIBUTION NOW L.P. | 5014 | Informal response received.  The hearing on this claim has been continued to November 25, 2015 starting at 10:00 a.m. (EST). |
| UNITED RENTALS (NORTH AMERICA), INC. | 5444 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| FLOWSERVE US INC. | 5466 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| REXEL, INC. | 5718 | Response filed on 9/2/15.  [Docket No. 5838].  The hearing on this claim has been continued to November 25, 2015 starting at 10:00 a.m. (EST). |
| BENETECH, INC. | 5776 | Response filed on 8/31/15.  [Docket No. 5834].  The hearing on this claim has been continued to November 25, 2015 starting at 10:00 a.m. (EST). |
| MW SMITH EQUIPMENT INC, A DXP COMPANY | 5837 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| TYNDALE COMPANY, INC. | 5901 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| PROGRESS RAIL SERVICES | 6253 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| VERIZON WIRELESS | 6264 | Response filed on 8/31/15.  [Docket No. 5802].  The hearing on this claim has been continued to November 25, 2015 starting at 10:00 a.m. (EST). |
| TEAM INDUSTRIAL SERVICES INC | 6307 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| RC FACILITY SERVICES, LLC | 7556 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |

3

Energy Future Holdings Corp.
Twenty Eighth (Substantive) Objection to Claims

| Creditor Name | Claim Number | Status of Claim |
|---|---|---|
| CLYDE BERGEMANN POWER GROUP AMERICAS INC | 7852 | Informal response received. The hearing on this claim has been continued to November 25, 2015 starting at 10:00 a.m. (EST). |
| PRECISION INTERIOR CONSTRUCTORS | 7880 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| TELECOM ELECTRIC SUPPLY CO | 7894 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| ISCO INDUSTRIES | 8085 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| DNOW L.P. | 9932 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLOOMBERG LP | 9966 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| MISSISSIPPI ENTERPRISE FOR TECHNOLOGY | 10002 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| TELECOM ELECTRIC SUPPLY COMPANY | 10079 | On September 16, 2015 the Court entered an order granting the objection in connection with this claim. |

4