# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST AND FINAL INTERIM FEE STATEMENT OF KINSELLA MEDIA, LLC FOR COMPENSATION FOR SERVICES RENDERED AS ASBESTOS NOTICING EXPERT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD FROM MARCH 27, 2015 THROUGH JULY 30, 2015**

| | |
|---|---|
| Name of Applicant: | <u>Kinsella Media, LLC</u> |
| Authorized to Provide Professional Services to: | <u>The Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc.</u> |
| Date of Retention: | <u>March 27, 2015 to July 30, 2015</u> |
| Period for which compensation is sought: | <u>March 24, 2015 through July 30, 2015</u> |
| Amount of Compensation sought as actual, reasonable, and necessary[2]: | <u>$300,000.00</u> |

This is a(n): ___ monthly  __ interim  X final application

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] KM is not seeking additional amounts for any expenses incurred during engagement, pursuant to the Engagement Letter and the Order (A) Authorizing the Retention and Employment of Kinsella Media, LLC as Asbestos Noticing Expert to the EFH Official Committee Nunc Pro Tunc to March 27, 2015 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h).

1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | Hearing Date: TBD (if necessary) |
| | ) | Objection Deadline: November 4, 2015 @ 4:00 p.m. |

**FIRST AND FINAL INTERIM FEE STATEMENT OF KINSELLA MEDIA, LLC FOR COMPENSATION FOR SERVICES RENDERED AS ASBESTOS NOTICING EXPERT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD FROM MARCH 27, 2015 THROUGH JULY 30, 2015**

This first Interim Fee Statement for compensation and reimbursement of expenses (the "Fee Statement") is filed by Kinsella Media, LLC ("KM") requesting payment for services rendered as noticing expert for the Official Committee of Unsecured Creditors of Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc., (the "EFH Committee") for the period of March 27, 2015 through July 30, 2015 (the "Statement Period"). In support of the Fee Statement KM states as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

**Relief Requested**

1.      KM submits this Fee Statement pursuant to sections 328 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the District of Delaware Local Bankruptcy Rules. KM, asbestos noticing expert to the EFH Committee, hereby files its first Interim Fee Statement for payment for services for the period of March 24, 2015 through July 30, 2015. Specifically, KM seeks payment of $300,000 in fees for the Statement Period.[2] The fees and expenses of KM are for the benefit of the EFH Committee and not the direct benefit of any Debtor and, accordingly, no allocation is proposed at this time by KM. A Certification of Compliance with Local Rule 2016-2 is attached as Exhibit A.

*[Remainder of page left intentionally blank.]*

---

[2]    KM is entitled to, as set forth in the Engagement Letter, and pursuant to the Order (A) Authorizing the Retention and Employment of Kinsella Media, LLC as Asbestos Noticing Expert to the EFH Official Committee Nunc Pro Tunc to March 27, 2015 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h) ["Order Authorizing Retention"], (i) payment of $100,000 of the fee at the end of the first month following court approval of the engagement, (ii) payment of $150,000 of the fee, plus any outstanding out of pocket expenses incurred, when the bankruptcy court enters an order approving the Proposed Notice Procedures, and (iii) payment of the remaining $50,000 of the fee, plus any outstanding out of pocket expenses incurred, upon the earlier of (x) final resolution of the Debtors' Bar Date Motion, including any appeals or further proceedings or (y) written notice from the EFH Committee that this engagement is complete. KM was engaged on March 27, 2015 and is entitled to payment for the following periods: First Interim Period (March 27, 2015 through May 15, 2015), and Second Interim Period (May 16, 2015 through July 30, 2015). This Fee Statement seeks remuneration for all periods.

In support of this Fee Statement, attached hereto are the following schedules[3]:

      **a. Schedule 1.** A schedule of Compensation by Professional for the Statement Period.

      **b. Schedule 2.** A schedule of Compensation by Project Category for the Statement Period.

      **c. Schedule 3**. The time records submitted with this interim application.

In addition, attached hereto are the following exhibits:

WHEREFORE, KM respectfully requests (i) compensation for professional services in the amount of $300,000 for services rendered during the Fee Statement Period; and (ii) that this Court grant KM such other and further relief as is just.

Dated: October 14, 2015                                       KINSELLA MEDIA, LLC

                                                           */s/ Shannon Wheatman*
                                                           Shannon Wheatman
                                                            President

---

[3] Pursuant to the Order Authorizing Retention, KM and its professionals are granted limited relief from the information-keeping requirements of Bankruptcy Rule 2016(a), Local Rule 2016-2(d), and any applicable fee guidelines established by the Office of the U.S. Trustee, and any otherwise applicable orders or procedures the Court in connection with the services to be rendered pursuant to the Engagement Letter. KM shall be required only to maintain time records of its services rendered for the EFH Committee in half-hour increments. There is not a separate hour breakdown for each professional because KM has a fixed cost fee that includes all times incurred not withstanding the level of the individual providing the service. There is no individual rate for the KM professional during the Statement Period.

**Schedule 1:**

Energy Future Holdings Corp., et al.

**First Interim Period**

Compensation by Professional for the period March 24, 2015 through May 15, 2015

| Name of Professional | Description of Function | TOTAL HOURS |
|---|---|---|
| Shannon Wheatman | President | 59 |
| Katherine Kinsella | Founder | 30.5 |
| Sali Hama | Senior Program Manager | 39.5 |
| Cecily Uhlfelder | Senior Media Planner | 9 |

Total hours: 138

**Second Interim Period**

Compensation by Professional for the period May 16, 2015 through July 30, 2015

| Name of Professional | Description of Function | TOTAL HOURS |
|---|---|---|
| Shannon Wheatman | President | 67.5 |
| Katherine Kinsella | Founder | 74.5 |
| Sali Hama | Senior Program Manager | 94.5 |
| Cecily Uhlfelder | Senior Media Planner | 71.5 |
| Alicia Gehring | Media Director | 4 |
| Elaine Pang | Media Supervisor | 2.5 |
| Maureen Gorman | Senior Media Analyst Consultant | 3.5 |
| Jamie Brown | Program Manager | 41.5 |

Total hours: 359.5

**Schedule 2**

Energy Future Holdings Corp., et al.

**First Interim Period**

Compensation by Project Category for the period March 24, 2015 through May 15, 2015

| **Project Code** | **Description of Category** | **Hours** |
|---|---|---|
| 1 | Review and Evaluate, Hilsoft Plan | 63 |
| 2 | Analysis, Hilsoft Plan | 8.5 |
| 3 | Asbestos Case Research | 4.5 |
| 4 | Information Request for Debtors | 6 |
| 5 | Retention and Fee Application | 26.5 |
| 6 | Review, Discovery Materials | 26.5 |
| 7 | US Trustee Correspondence | 3 |
| 8 | Development, KM Plan | 0 |
| 9 | Hearing/Testimony Preparation | 0 |

Total hours: 138

**Second Interim Period**

Compensation by Professional for the period May 16, 2015 through July 30, 2015

| **Project Code** | **Description of Category** | **Hours** |
|---|---|---|
| 1 | Review and Evaluate, Hilsoft Plan | 13.5 |
| 2 | Analysis, Hilsoft Plan | 205 |
| 3 | Asbestos Case Research | 23 |
| 4 | Information Request for Debtors | 5.5 |
| 5 | Retention and Fee Application | 8.5 |
| 6 | Review, Discovery Materials | 18.5 |
| 7 | US Trustee Correspondence | 0 |
| 8 | Development, KM Plan | 37 |
| 9 | Hearing/Testimony Preparation | 48.5 |

Total hours: 359.5

# SCHEDULE 3

**Time Records**

Schedule 3

**KINSELLA MEDIA, LLC**
HOURLY DETAILS FOR THE PERIOD OF MARCH 24, 2015 THROUGH MAY 15, 2015

### Hourly Details

| Date | Category | Professionals | Hours | Description |
|---|---|---|---|---|
| 3/24/15 | Review and Evaluate, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 1 | Intake call with client to discuss Hilsoft plan |
| 3/24/15 | Review and Evaluate, Hilsoft Plan | Shannon Wheatman: President | 1 | Intake call with client to discuss Hilsoft plan |
| 3/24/15 | Review and Evaluate, Hilsoft Plan | Katherine Kinsella: Founder | 1 | Intake call with client to discuss Hilsoft plan |
| 3/24/15 | Review and Evaluate, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 1.5 | Analyze and price estimate for Hilsoft media plan components |
| 3/25/15 | Review and Evaluate, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 2 | Review materials: bar date order, memo in support of bar date, declaration of notice and bar date, declaration bar date motion |
| 3/25/15 | Review and Evaluate, Hilsoft Plan | Shannon Wheatman: President | 5 | Review materials: bar date order, memo in support of bar date, declaration of notice and bar date, declaration bar date motion |
| 3/25/15 | Review and Evaluate, Hilsoft Plan | Katherine Kinsella: Founder | 3.5 | Review materials: bar date order, memo in support of bar date, declaration of notice and bar date, declaration bar date motion |
| 3/26/15 | Review and Evaluate, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 1 | Follow-up call with client: initial thoughts on Hilsoft plan |
| 3/26/15 | Review and Evaluate, Hilsoft Plan | Shannon Wheatman: President | 1 | Follow-up call with client: initial thoughts on Hilsoft plan |
| 3/26/15 | Review and Evaluate, Hilsoft Plan | Katherine Kinsella: Founder | 1 | Follow-up call with client: initial thoughts on Hilsoft plan |
| 3/26/15 | Asbestos Case Research | Shannon Wheatman: President | 3 | Research past KM Bankruptcy Asbestos cases |
| 3/26/15 | Review and Evaluate, Hilsoft Plan | Shannon Wheatman: President | 3 | Continued to review Hilsoft plan/case documents |
| 3/26/15 | Review and Evaluate, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 1.5 | Reviewed Hilsoft plan/case documents and drafted email to client |
| 3/26/15 | Review and Evaluate, Hilsoft Plan | Katherine Kinsella: Founder | 2 | Reviewed Hilsoft plan/case documents |
| 3/27/15 | Asbestos Case Research | Sali Hama: Senior Notice Program Manager | 1 | Case research - KM bankruptcy database |
| 3/28/15 | Information Request for Debtors | Shannon Wheatman: President | 1.5 | Compiled information request for Debtors |
| 3/31/15 | Information Request for Debtors | Sali Hama: Senior Notice Program Manager | 1.5 | Call with client - information request/needed to evaluate Debtors' plan |
| 3/31/15 | Information Request for Debtors | Katherine Kinsella: Founder | 1.5 | Call with client - information request/needed to evaluate Debtors' plan |
| 3/31/15 | Information Request for Debtors | Shannon Wheatman: President | 1.5 | Call with client - information request/needed to evaluate Debtors' plan |
| 3/31/15 | Retention and Fee Application | Sali Hama: Senior Notice Program Manager | 1 | Drafted & edited engagement letter |
| 3/31/15 | Retention and Fee Application | Shannon Wheatman: President | 1 | Reviewed and edited engagement letter |
| 4/1/15 | Retention and Fee Application | Sali Hama: Senior Notice Program Manager | 0.5 | Proofed engagement letter. Reviewed interested party list. |
| 4/1/15 | Retention and Fee Application | Shannon Wheatman: President | 5.5 | Reviewed client comments to engagement letter. Reviewed interested party list. |
| 4/1/15 | Retention and Fee Application | Katherine Kinsella: Founder | 0.5 | Reviewed interested party list. |
| 4/2/15 | Retention and Fee Application | Sali Hama: Senior Notice Program Manager | 0.5 | Call with KM team to discuss interested party list, engagement letter, and declaration. |
| 4/2/15 | Retention and Fee Application | Shannon Wheatman: President | 0.5 | Call with KM team to discuss interested party list, engagement letter, and declaration. |
| 4/2/15 | Retention and Fee Application | Shannon Wheatman: President | 3.5 | Finalize review of interested party list. Email Committee about all relationships re interested party list. Talk with Committee related to the engagement letter and court retention papers. |
| 4/3/15 | Retention and Fee Application | Sali Hama: Senior Notice Program Manager | 2 | Reviewed and provided feedback on reimbursement of expenses docs: Shannon declaration, engagement letter, and application. |
| 4/3/15 | Retention and Fee Application | Shannon Wheatman: President | 4 | Reviewed and edited initial draft of Declaration in Support of Fee Application. Reviewed Committee's comments to engagement letter and circulated final version. |
| 4/3/15 | Retention and Fee Application | Katherine Kinsella: Founder | 3 | Reviewed and provided feedback on reimbursement of expenses docs: Shannon declaration, engagement letter, and application. |
| 4/6/15 | Review, Discovery Materials | Sali Hama: Senior Notice Program Manager | 1 | Reviewed discovery materials provided by Committee |
| 4/6/15 | Review, Discovery Materials | Shannon Wheatman: President | 2 | Reviewed discovery materials provided by Committee |
| 4/6/15 | Review, Discovery Materials | Katherine Kinsella: Founder | 2 | Reviewed discovery materials provided by Committee |
| 4/9/15 | US Trustee Correspondence | Cecily Uhlfelder: Senior Media Planner | 0.5 | KM meeting to discuss US Trustee Questions |
| 4/9/15 | US Trustee Correspondence | Sali Hama: Senior Notice Program Manager | 0.5 | KM meeting to discuss US Trustee Questions |
| 4/9/15 | US Trustee Correspondence | Shannon Wheatman: President | 0.5 | KM meeting to discuss US Trustee Questions |
| 4/9/15 | US Trustee Correspondence | Cecily Uhlfelder: Senior Media Planner | 0.5 | Bankruptcy Court Retention call with client to discuss US Trustee Questions |
| 4/9/15 | US Trustee Correspondence | Sali Hama: Senior Notice Program Manager | 0.5 | Bankruptcy Court Retention call with client to discuss US Trustee Questions |
| 4/9/15 | US Trustee Correspondence | Shannon Wheatman: President | 0.5 | Bankruptcy Court Retention call with client to discuss US Trustee Questions |
| 4/11/15 | Retention and Fee Application | Sali Hama: Senior Notice Program Manager | 1.5 | Review fee application materials |
| 4/13/15 | Review and Evaluate, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 1 | KM meeting to discuss questions for Hilsoft call |
| 4/13/15 | Review and Evaluate, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 1 | KM meeting to discuss questions for Hilsoft call |
| 4/13/15 | Review and Evaluate, Hilsoft Plan | Shannon Wheatman: President | 1 | KM meeting to discuss questions for Hilsoft call |
| 4/13/15 | Review and Evaluate, Hilsoft Plan | Katherine Kinsella: Founder | 1 | KM meeting to discuss questions for Hilsoft call |
| 4/13/15 | Review, Discovery Materials | Sali Hama: Senior Notice Program Manager | 1 | Reviewed additional discovery materials provided by Committee (unions, services, products) |
| 4/13/15 | Review, Discovery Materials | Shannon Wheatman: President | 1 | Reviewed additional discovery materials provided by Committee (unions, services, products) |
| 4/13/15 | Review, Discovery Materials | Katherine Kinsella: Founder | 1 | Reviewed additional discovery materials provided by Committee (unions, services, products) |
| 4/14/15 | Review and Evaluate, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 2 | Reviewed Hilsoft plan list of local newspapers in comparison to list of locations |
| 4/14/15 | Review and Evaluate, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 1 | Reviewed Azari declaration and exhibits |
| 4/14/15 | Review and Evaluate, Hilsoft Plan | Shannon Wheatman: President | 4 | Reviewed Azari declaration and exhibits |
| 4/14/15 | Review and Evaluate, Hilsoft Plan | Katherine Kinsella: Founder | 3 | Reviewed Azari declaration and exhibits |
| 4/14/15 | Review and Evaluate, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 1 | Compiled questions for Hilsoft call. Continued to review Hilsoft materials. |
| 4/14/15 | Review and Evaluate, Hilsoft Plan | Shannon Wheatman: President | 3 | Compiled questions for Hilsoft call. Continued to review Hilsoft materials. |
| 4/15/15 | Review and Evaluate, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 1 | KM meeting to discuss questions for Hilsoft call (to discuss plan) |
| 4/15/15 | Review and Evaluate, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 1 | KM meeting to discuss questions for Hilsoft call (to discuss plan) |
| 4/15/15 | Review and Evaluate, Hilsoft Plan | Shannon Wheatman: President | 1 | KM meeting to discuss questions for Hilsoft call (to discuss plan) |
| 4/15/15 | Review and Evaluate, Hilsoft Plan | Katherine Kinsella: Founder | 1 | KM meeting to discuss questions for Hilsoft call (to discuss plan) |
| 4/16/15 | Review and Evaluate, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 1 | Prep for call with Hilsoft to discuss evaluation of plan |
| 4/16/15 | Review and Evaluate, Hilsoft Plan | Shannon Wheatman: President | 2.5 | Prep for call with Hilsoft to discuss evaluation of plan |
| 4/16/15 | Review and Evaluate, Hilsoft Plan | Katherine Kinsella: Founder | 2 | Prep for call with Hilsoft to discuss evaluation of plan |

Schedule 3

**KINSELLA MEDIA, LLC**
**HOURLY DETAILS FOR THE PERIOD OF MARCH 24, 2015 THROUGH MAY 15, 2015**

| Date | Task | Professional | Hours | Description |
|---|---|---|---|---|
| 4/16/15 | Review and Evaluate, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 2 | Pre-call with KM and client in advance of Hilsoft call. Call with Hilsoft to discuss evaluation of plan. KM (internal) follow-up discussion. |
| 4/16/15 | Review and Evaluate, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 2 | Pre-call with KM and client in advance of Hilsoft call. Call with Hilsoft to discuss evaluation of plan. KM (internal) follow-up discussion. |
| 4/16/15 | Review and Evaluate, Hilsoft Plan | Shannon Wheatman: President | 2 | Pre-call with KM and client in advance of Hilsoft call. Call with Hilsoft to discuss evaluation of plan. KM (internal) follow-up discussion. |
| 4/16/15 | Review and Evaluate, Hilsoft Plan | Katherine Kinsella: Founder | 2 | Pre-call with KM and client in advance of Hilsoft call. Call with Hilsoft to discuss evaluation of plan. KM (internal) follow-up discussion. |
| 4/17/15 | Asbestos Case Research | Sali Hama: Senior Notice Program Manager | 0.5 | Pacer research: asbestos cases |
| 4/17/15 | Review and Evaluate, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 1.5 | Call with Committee to discuss overall thoughts re call with Hilsoft. KM Meeting - discuss next steps. |
| 4/17/15 | Review and Evaluate, Hilsoft Plan | Shannon Wheatman: President | 1.5 | Call with Committee to discuss overall thoughts re call with Hilsoft. KM Meeting - discuss next steps. |
| 4/21/15 | Analysis, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 2 | Create analysis chart of Hilsoft plan (laying out components and issues). |
| 4/21/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 1.5 | Review analysis chart |
| 4/22/15 | Analysis, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 1 | Edit analysis chart |
| 4/22/15 | Analysis, Hilsoft Plan | Shannon Wheatman: President | 2.5 | Draft and edit list of outstanding issues in Hilsoft's proposed Notice Program. Send email to client laying out issues. |
| 4/22/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 1.5 | Edit analysis chart |
| 4/30/15 | Retention and Fee Application | Sali Hama: Senior Notice Program Manager | 3 | Review fee application materials |
| 5/8/15 | Review, Discovery Materials | Sali Hama: Senior Notice Program Manager | 1.5 | Review discovery materials |
| 5/12/15 | Review, Discovery Materials | Katherine Kinsella: Founder | 1 | Review discovery materials |
| 5/12/15 | Review, Discovery Materials | Sali Hama: Senior Notice Program Manager | 6.5 | Review discovery materials & create analysis chart |
| 5/13/15 | Review, Discovery Materials | Shannon Wheatman: President | 5 | Review Debtors' Responses and Objections |
| 5/14/15 | Review, Discovery Materials | Cecily Uhlfelder: Senior Media Planner | 0.5 | Internal meeting to prepare for call re: interrogatories |
| 5/14/15 | Review, Discovery Materials | Shannon Wheatman: President | 0.5 | Internal meeting to prepare for call re: interrogatories |
| 5/14/15 | Review, Discovery Materials | Katherine Kinsella: Founder | 0.5 | Internal meeting to prepare for call re: interrogatories |
| 5/14/15 | Review, Discovery Materials | Shannon Wheatman: President | 1.5 | Talk with KM team about responses to interrogatories; Call with Committee to discuss thoughts on interrogatories and next steps. |
| 5/14/15 | Review, Discovery Materials | Katherine Kinsella: Founder | 1.5 | Talk with KM team about responses to interrogatories; Call with Committee to discuss thoughts on interrogatories and next steps. |

Schedule 3

**KINSELLA MEDIA, LLC**
HOURLY DETAILS FOR THE PERIOD OF MAY 16, 2015 THROUGH JULY 30, 2015

### Hourly Details

| Date | Category | Professionals | Hours | Description |
|---|---|---|---|---|
| 5/21/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 3 | Analyze facility locations documents in order to determine required newspaper coverage |
| 5/22/15 | Development, KM Plan | Cecily Uhlfelder: Senior Media Planner | 1 | KM media (alternative) plan development |
| 5/26/15 | Development, KM Plan | Sali Hama: Senior Notice Program Manager | 1 | Estimate/media (alternative) plan preparation |
| 5/26/15 | Development, KM Plan | Cecily Uhlfelder: Senior Media Planner | 8 | KM media (alternative) plan development |
| 5/27/15 | Retention and Fee Application | Sali Hama: Senior Notice Program Manager | 4 | Draft and compile information for Fee Application |
| 5/27/15 | Development, KM Plan | Cecily Uhlfelder: Senior Media Planner | 4 | KM (alternative) media plan revisions and edits |
| 5/27/15 | Development, KM Plan | Shannon Wheatman: President | 1 | Review alternative media plan |
| 5/28/15 | Development, KM Plan | Sali Hama: Senior Notice Program Manager | 3 | Estimate/media plan preparation & delivery to client |
| 5/28/15 | Development, KM Plan | Cecily Uhlfelder: Senior Media Planner | 3 | KM media plan revisions and edits |
| 5/28/15 | Development, KM Plan | Shannon Wheatman: President | 1.5 | Research Hispanic population levels in states with facilities; finalize review of alternative notice plan |
| 6/1/15 | Development, KM Plan | Sali Hama: Senior Notice Program Manager | 1 | Estimate/media plan preparation & delivery to client |
| 6/1/15 | Development, KM Plan | Cecily Uhlfelder: Senior Media Planner | 1 | KM media plan revisions and edits |
| 6/1/15 | Development, KM Plan | Shannon Wheatman: President | 2.5 | Draft alternative publication notice; review Hispanic newspapers for revised alternative notice plan |
| 6/2/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 4 | Hilsoft/KM comparison chart (scorecard) |
| 6/3/15 | Analysis, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 5 | Drafted declaration |
| 6/3/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 2 | Scorecard preparation |
| 6/3/15 | Analysis, Hilsoft Plan | Shannon Wheatman: President | 3.5 | Finalize draft of alternative publication notice; call with clients to discuss alternative notice plan and publication notice; create chart comparing Debtors' notice plan to alternative notice plan |
| 6/4/15 | Analysis, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 5 | Call with client to discuss scorecard; KM prep meeting; edit declaration; research unions |
| 6/4/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 1.5 | Call with client to go over scorecard; scorecard team preparation |
| 6/4/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 0.5 | Media research for declaration |
| 6/4/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 3 | Address declaration comments |
| 6/4/15 | Analysis, Hilsoft Plan | Shannon Wheatman: President | 1.5 | Review and critique Debtors' Proof of Claim; revise publication notice based on client comments |
| 6/5/15 | Analysis, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 2 | Edit declaration critiquing Debtors' notice plan |
| 6/6/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 4.5 | Writing declaration critiquing Debtors' notice plan |
| 6/7/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 5 | Writing declaration critiquing Debtors' notice plan |
| 6/7/15 | Analysis, Hilsoft Plan | Shannon Wheatman: President | 3.5 | Review Debtors' response to follow-up questions; work on draft declaration critiquing Debtors' notice plan |
| 6/7/15 | Analysis, Hilsoft Plan | Alicia Gehring: Media Director | 1 | Target audience rational for declaration |
| 6/8/15 | Analysis, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 4.5 | Edit declaration critiquing Debtors' notice plan |
| 6/8/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 3 | Writing declaration critiquing Debtors' notice plan |
| 6/8/15 | Review and Evaluate, Hilsoft Plan | Shannon Wheatman: President | 8 | Review Mornhinewg declaration, 2006 Pakenham deposition, Lotz deposition, Graybill summary judgment, and Federwisch deposition |
| 6/9/15 | Analysis, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 2.5 | Edit declaration critiquing Debtors' notice plan |
| 6/9/15 | Asbestos Case Research | Sali Hama: Senior Notice Program Manager | 2.5 | Asbestos history research |
| 6/9/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 5 | Declaration revisions & edits and additional media research/information |
| 6/9/15 | Analysis, Hilsoft Plan | Alicia Gehring: Media Director | 1 | TV research for target audience for declaration |
| 6/10/15 | Analysis, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 5 | Writing declaration critiquing Debtors' notice plan |
| 6/10/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 5 | Writing declaration critiquing Debtors' notice plan |
| 6/10/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 3 | Declaration revisions & edits and additional media research/information |
| 6/10/15 | Development, KM Plan | Shannon Wheatman: President | 6.5 | Draft alternative version of cover letter and envelope; edit declaration critiquing Debtors' notice plan |
| 6/10/15 | Development, KM Plan | Maureen Gorman: Senior Media Analyst Consultant | 3.5 | Media language editing for declaration/target audience media usage research |
| 6/11/15 | Analysis, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 5 | Writing declaration critiquing Debtors' notice plan |
| 6/11/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 3 | Writing declaration critiquing Debtors' notice plan |
| 6/11/15 | Analysis, Hilsoft Plan | Shannon Wheatman: President | 4 | Continue to edit declaration critiquing Debtors' notice plan |
| 6/11/15 | Analysis, Hilsoft Plan | Alicia Gehring: Media Director | 2 | Media language editing for declaration |
| 6/12/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 0.5 | Call with client to go over declaration |
| 6/17/15 | Analysis, Hilsoft Plan | Shannon Wheatman: President | 0.5 | Email client with main critiques of Debtors' notice plan |
| 6/18/15 | Analysis, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 2 | Call with client to review declaration & comparison chart |
| 6/18/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 1 | Scorecard research/edits |
| 6/18/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 1 | Call with Client to review declaration & comparison chart |
| 6/18/15 | Analysis, Hilsoft Plan | Shannon Wheatman: President | 2.5 | Call with client to discuss chart comparing Debtors' notice plan to alternative plan; edit chart to include additional information on notices |
| 6/19/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 0.5 | Call with client to discuss Hilsoft notice plan |
| 6/19/15 | Analysis, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 3 | Continue to edit declaration critiquing Debtors' notice plan |
| 6/19/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 2 | Comparison chart research/edits |
| 6/19/15 | Analysis, Hilsoft Plan | Shannon Wheatman: President | 1.5 | Continue work on declaration critiquing Debtors' notice plan; email client with updates |

<u>Schedule 3</u>

**KINSELLA MEDIA, LLC**
**HOURLY DETAILS FOR THE PERIOD OF MAY 16, 2015 THROUGH JULY 30, 2015**

| Date | Task | Person | Hours | Description |
|---|---|---|---|---|
| 6/19/15 | Analysis, Hilsoft Plan | Jamie Brown: Notice Program Manager | 5 | Case research via Westlaw & Pacer on prior bankruptcy rulings |
| 6/19/15 | Asbestos Case Research | Jamie Brown: Notice Program Manager | 5 | Asbestos bankruptcy case listing and case research |
| 6/20/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 1.5 | Work on scorecard analyzing Hilsoft notice plan |
| 6/20/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 2 | Comparison chart research/edits |
| 6/20/15 | Analysis, Hilsoft Plan | Shannon Wheatman: President | 2 | Continue to edit/review declaration critiquing Debtors' notice plan; draft section on notice critique for declaration |
| 6/21/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 1.5 | Continue to edit/review declaration critiquing Debtors' notice plan; edit scorecard |
| 6/21/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 1 | Scorecard research/edits |
| 6/21/15 | Analysis, Hilsoft Plan | Shannon Wheatman: President | 1 | Finalize edits to chart comparing Debtors' notice plan to alternative notice plan |
| 6/22/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 1.5 | Edit scorecard + declaration |
| 6/22/15 | Analysis, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 4 | Edit scorecard + declaration |
| 6/22/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 1 | Scorecard research/edits |
| 6/22/15 | Analysis, Hilsoft Plan | Shannon Wheatman: President | 5.5 | Call with client to discuss comparison chart; review Bar Date Notice and write section for declaration critiquing this longer form notice |
| 6/22/15 | Asbestos Case Research | Jamie Brown: Notice Program Manager | 4 | Asbestos bankruptcy case listing and case research |
| 6/22/15 | Asbestos Case Research | Jamie Brown: Notice Program Manager | 4 | Asbestos case research |
| 6/23/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 2 | Continue work on declaration critiquing Debtors' notice plan |
| 6/23/15 | Analysis, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 4 | Prepare for call with Debtors; call with Debtors and Hilsoft to discuss critique of Debtors' notice plan and our alternative recommendations; continue to edit declaration critiquing Debtors' notice plan |
| 6/23/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 1 | Call to discuss scorecard & declaration |
| 6/23/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 1 | Research/data for declaration |
| 6/23/15 | Analysis, Hilsoft Plan | Shannon Wheatman: President | 5 | Prepare for call with Debtors; call with Debtors and Hilsoft to discuss critique of Debtors' notice plan and our alternative recommendations; continue to edit declaration critiquing Debtors' notice plan |
| 6/24/15 | Analysis, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 4 | Continue to edit declaration (case research) |
| 6/24/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 4 | Continue work on declaration critiquing Debtors' notice plan |
| 6/24/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 1 | Research TV information and research for declaration |
| 6/24/15 | Review and Evaluate, Hilsoft Plan | Shannon Wheatman: President | 1.5 | Revise publication notice based on client comments; answer question from Debtors on TV; review latest edits to declaration critiquing Debtors' notice plan |
| 6/24/15 | Asbestos Case Research | Jamie Brown: Notice Program Manager | 3.5 | Internal case research on prior bankruptcy rulings |
| 6/25/15 | Analysis, Hilsoft Plan | Sali Hama: Senior Notice Program Manager | 3 | Continue work on declaration critiquing Debtors' notice plan |
| 6/25/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 2 | Continue work on declaration critiquing Debtors' notice plan |
| 6/25/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 4 | Continue work on declaration critiquing Debtors' notice plan |
| 6/25/15 | Analysis, Hilsoft Plan | Shannon Wheatman: President | 2 | Review and edit declaration critiquing Debtors' notice plan |
| 6/25/15 | Asbestos Case Research | Jamie Brown: Notice Program Manager | 3 | 524(g) bankruptcy case research & distinctions |
| 6/25/15 | Analysis, Hilsoft Plan | Elaine Pang: Media Supervisor | 1.5 | Target audience media usage research |
| 6/26/15 | Asbestos Case Research | Katherine Kinsella: Founder | 1 | Review previous asbestos cases and research |
| 6/26/15 | Analysis, Hilsoft Plan | Elaine Pang: Media Supervisor | 1 | Target audience media usage research |
| 6/27/15 | Review and Evaluate, Hilsoft Plan | Katherine Kinsella: Founder | 0.5 | Review declaration and emails |
| 6/27/15 | Analysis, Hilsoft Plan | Shannon Wheatman: President | 2.5 | Review and suggest edits to clients proposed changes to cover letter, publication notice, claim form and declaration |
| 6/28/15 | Analysis, Hilsoft Plan | Cecily Uhlfelder: Senior Media Planner | 1 | Continue work on declaration critiquing Debtors' notice plan |
| 6/28/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 2 | Review claim form, cover letter and declaration before call |
| 6/28/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 1 | Continue work on declaration critiquing Debtors' notice plan |
| 6/28/15 | Review and Evaluate, Hilsoft Plan | Katherine Kinsella: Founder | 0.5 | Review claim form |
| 6/28/15 | Analysis, Hilsoft Plan | Shannon Wheatman: President | 5 | Call with clients to discuss declaration and notices; revise publication notice, claim form, cover letter, and declaration based on client comments; finalize review of publication notice, claim form and cover letter |
| 6/29/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 1.5 | Review declaration and edits |
| 6/29/15 | Analysis, Hilsoft Plan | Katherine Kinsella: Founder | 1 | Reading emails regarding declaration |
| 6/29/15 | Information Request for Debtors | Sali Hama: Senior Notice Program Manager | 5.5 | Edit and execute declaration |