IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) |
| | | Objection Deadline: 11/4/15 at 4:00 p.m. |

## NOTICE OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Kinsella Media, LLC (the "**Applicant**") has filed the attached **First and Final Interim Fee Statement of Kinsella Media, LLC for Compensation for Services Rendered as Asbestos Noticing Expert for the Official Committee of Unsecured Creditors of Energy Future Holding Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period from March 27, 2015 Through July 30, 2015** (the **"Fee Application"**) with the United States Bankruptcy Court for the District of Delaware (the **"Bankruptcy Court"**).

**PLEASE TAKE FURTHER NOTICE** that pursuant to the **Order (A) Authorizing the Retention and Employment of Kinsella Media, LLC as Asbestos Noticing Expert to the EFH Official Committee, Nunc Pro Tunc to March 27, 2015 and (b) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h) [D.I. 4159]**, objections, if any, to the Fee Application may be made by the Office of the United States Trustee **only**, and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

-2-

Market Street, Wilmington, Delaware 19801, and be served upon and received by (a) co-counsel to the EFH Committee, Sullivan & Cromwell, LLP, 125 Broad Street, New York, NY 10004-2498, Attn: Alexa Kranzley; and (xi) Montgomery, McCracken, Walker & Rhoads, LLP, 1105 North Market Street, 15th Floor, Wilmington, DE 19801, Attn: Natalie D. Ramsey and Davis Lee Wright by no later than **4:00 p.m. (Eastern Daylight Time) on November 4, 2015** (the **"Objection Deadline"**).

**PLEASE TAKE FURTHER NOTICE** that if any responses or objections to the Fee Application are timely filed, served, and received in accordance with this notice, a hearing on the Fee Application will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the procedures described herein will be considered by the Bankruptcy Court at such hearing.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: Wilmington, Delaware
October 14, 2015

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

/s/ *Mark A. Fink*
Natalie D. Ramsey (DE Bar No. 5378)
Mark B. Sheppard
Davis Lee Wright (DE Bar No. 4324)
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE  19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
E-mail:       nramsey@mmwr.com
              msheppard@mmwr.com
              dwright@mmwr.com
              mfink@mmwr.com

– and –

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
E-mail:       dietdericha@sullcrom.com
              gluecksteinb@sullcrom.com
              torkinm@sullcrom.com

Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance Inc.; and EECI, Inc.

.