IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP, et al., | ) ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | **Re: Docket No. 6378, 6381** |
| | ) ) ) | |

## MOTION TO LIMIT NOTICE

Milam Appraisal District ("Milam AD") moves, pursuant to Federal Rule of Bankruptcy Procedure Rule 2002(m), for an order providing that notice of its Motion for Abstention with regard to the Motion of Energy Futures Holdings Corp., et. al., pursuant to Sections 105, 505 and 506 of the Bankruptcy Code for Entry of an Order for Relief Determining the Amount of Contested Ad Valorem Tax Matters [Dkt. 6378] (the "**Motion to Abstain**") and its Joinder [Dkt. 6381] (the "**Joinder**") to Somervell County Central Appraisal District's Motion for Abstention With Regard to Debtor's Motion Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining the Amount of Contested Ad Valorem Tax Matters [Dkt. 6154] be limited to the parties set forth herein.

1.  Milam AD respectfully requests that the Court grant relief from Local Bankruptcy Rule 2002-1(b), which requires services of paper copies of all pleadings and filings on all persons that have requested to receive such service pursuant to Federal Rule of Bankruptcy Procedure 2002. Causes exists to grant the Motion to Limit Notice because Milam AD is a governmental agency with limited budgets and resources, and the copying and postage costs of

service of hard copies of the Motion to Abstain and the Joinder on all parties requesting such service would impose a tremendous economic burden on Milam AD.

2. The Court has granted a similar request [Dkt. 6201] made by similarly situated appraisal districts, Robertson County Appraisal District, Titus County Appraisal District, Freestone Central Appraisal District and Rusk County Appraisal District ("**Other Texas Appraisal Districts**"), in its Order Limiting Notice entered on September 28, 2015 [Dkt. 6205] ("**Prior Order Limiting Notice**").

3. Accordingly, Milam AD requests that the Court require paper copies of the Motion to be served only on the following parties by Federal Express overnight mail: (1) the Debtors; (2) the TCEH Creditors' Committee; (3) the EFH Creditors' Committee; and (4) Wilmington Trust, N.A., (5) the Bank of New York Mellon Trust Company, N.A.; (6) the Other Appraisal Districts; and (7) the Office of the United States Trustee.   All other parties will receive notice through the Courts CM/ECF filing system.

WHEREFORE, the Milam AD respectfully request the entry of an order limiting notice and providing such further relief as is deemed just and proper.

Dated:  October 14, 2015.                     */s/ Lisa Bittle Tancredi*
                                                 GEBHARDT & SMITH LLP
Lisa Bittle Tancredi, Esquire (Bar No. 4657)
1000 N. West Street, Suite 1200
Wilmington, DE 19081
302-295-5038 (telephone)
443-957-1920 (facsimile)
ltancredi@gebsmith.com

-and-

**JACKSON WALKER L.L.P.**
Bruce J. Ruzinsky, Esq.  (*motion pro hac pending*)
Texas State Bar No. 17469425
Matthew D. Cavenaugh, Esq. (*motion pro hac pending*)
Texas State Bar No. 24062656
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752 - 4200 (Telephone)
(713) 308 - 4184 (Fax)
Email:   bruzinsky@jw.com
          mcavenaugh@jw.com
-and-

**FISHER, BOYD, JOHNSON & HUGUENARD, LLP**
Wayne Fisher, Esq. (*motion pro hac pending*)
Texas State Bar No. 00000056
Bernard G. Johnson, Esq. (*motion pro hac pending*)
Texas State Bar No. 00796832
2777 Allen Parkway, 14th Floor
Houston, Texas 77019
(713) 400-4000
Email:    wfisher@fisherboyd.com
           bjohnson@fisherboyd.com

*Counsel for Milam Appraisal District*

**CERTIFICATE OF SERVICE**

I, Lisa Tancredi, certify that I am not less than 18 years of age and that on the 15th day of October, 2015, a true and correct copy of the foregoing Motion to Limit Notice was served on all parties receiving electronic notice via the CM/ECF filing system, and in the manner indicated below:

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*(And Via Hand Delivery)*

Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Edward O Sassower, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
*(via email Stephen.Hessler@kirkland.com)*
*(via email Edward.sassower@kirkland.com)*

Richard L. Schepacarter, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801
*(And Via Hand Delivery)*

Andrea B. Schwartz, Esq.
U.S. Department of Justice
Office of the U.S. Trustee
Southern District of New York
101 Varick Street, Room 1006
New York, New York, 10014
*(via email Andrea.B.Schwartz@usdoj.com)*

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Morrison & Foerster LLP
250 West 55th St.
New York, NY 10019
*(via email jpeck@mofo.com)*
*(via email brettmiller@mofo.com)*
*(via email lmarinuzzi@mofo.com)*

Mark D. Kotwick, Esq.
John Ashmead, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
*(via email kotwick@sewkis.com)*

Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Michael H. Torkin, Esq.
Sullivan & Cromwell LLP
125 Broad St.
New York, NY 10004
*(via email gleucksteinb@sullcrom.com)*
*(via email kranzleya@sullcrom.com)*

Michael D. DeBaecke, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*(And Via Hand Delivery)*

Theodore J. Tacconelli, Esq.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
*(And Via Hand Delivery)*

In addition, this Motion to Limit Notice and proposed order were served on October 7, 2015 by hand delivery and electronic mail as indicated herein, but the Motion was inadvertently incorrectly filed on the docket (only the proposed Order was electronically filed). *See* Dkt. No. 6382.

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Lisa Bittle Tancredi
Lisa Bittle Tancredi (No. 4657)