IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP, et al., | ) ) | Case No.  14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) ) ) ) | |

### ORDER LIMITING NOTICE

Upon the Motion to Limit Notice ("Motion to Limit Notice") filed by the Milam Appraisal District for an order pursuant to Federal Rule of Bankruptcy Procedure 2002(m) to limit service of paper copies of the Motion for Abstention with regard to the Motion of Energy Futures Holdings Corp., et. al., pursuant to Sections 105, 505 and 506 of the Bankruptcy Code for Entry of an Order for Relief Determining the Amount of Contested Ad Valorem Tax Matters [Dkt. 6378] ("Motion to Abstain") and its Joinder [Dkt. 6381] (the "**Joinder**") to Somervell County Central Appraisal District's Motion for Abstention With Regard to Debtor's Motion Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining the Amount of Contested Ad Valorem Tax Matters [Dkt. 6154] on certain parties, as more particularly set forth in the Motion to Limit Notice, by Federal Express overnight mail, and cause having been shown that such relief is proper, it is hereby

ORDERED, that the Motion to Limit Notice is GRANTED; and it is further

ORDERED that paper copies of the Motion to Abstain shall be served only on the following parties via Federal Express, overnight mail: (1) the Debtors; (2) the TCEH Creditors' Committee; (3) the EFH Creditors' Committee; and (4) Wilmington Trust, N.A., (5) the Bank of

New York Mellon Trust Company, N.A.; (6) the Other Appraisal Districts; and (7) the Office of the United States Trustee.

Dated: _____, 2015

_____
The Honorable Christopher S. Sontchi