# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 6200, 6425** |

## DEBTORS' REQUEST FOR JUDICIAL NOTICE RELATING TO FREESTONE CENTRAL APPRAISAL DISTRICT'S, ROBERTSON APPRAISAL DISTRICT'S, RUSK COUNTY APPRAISAL DISTRICT'S, AND TITUS COUNTY APPRAISAL DISTRICT'S MOTION TO TRANSFER VENUE AND PARTIAL DISMISSAL OF MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL*, PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING CONTESTED *AD VALOREM* TAX MATTERS

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this Request for Judicial Notice (the "Request for Judicial Notice") relating to the *Motion to Transfer Venue and Partial Dismissal, Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining the Amount of Contested* Ad Valorem *Tax Matters [Docket No. 5620]* [D.I. 6200] (the "Venue Motion") filed by Freestone Central Appraisal District ("Freestone CAD"), Robertson County Appraisal District ("Robertson CAD"), Rusk County Appraisal District ("Rusk CAD"), and Titus County Appraisal District ("Titus CAD") (collectively, the "Appraisal Districts") and the Appraisal Districts' *Reply and Request for Judicial Notice Relating to Debtors' Omnibus Objection to Their Motion to Transfer Venue and Partial Dismissal, Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13156161v.1

*an Order Determining the Amount of Contested* Ad Valorem *Tax Matters* [D.I. 6425] (the "Reply"). In support of the Request for Judicial Notice, the Debtors respectfully state as follows:

1. On October 12, 2015, the Appraisal Districts filed the Reply, requesting judicial notice of portions of the transcript of the hearing regarding the *Motion of Wilmington Savings Fund Society, FSB Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District* [D.I. 5] (the "First Venue Motion") on May 22, 2014 [D.I. 627] (the "Hearing Transcript").

2. Counsel for the Debtors and the Appraisal Districts met and conferred on October 13, 2015 and have agreed that judicial notice of the entire Hearing Transcript is proper, including the testimony of Stacey Doré and Paul Keglevic, as well as the Court's ruling on the First Venue Motion.

3. The Debtors therefore request that, pursuant to Fed. R. Evid. 201, the Court take judicial notice of the Hearing Transcript in its entirety, a true and correct copy of which is attached hereto as **Exhibit A**. Such records are properly judicially noticeable under Fed. R. Evid. 201, which provides that a court "may judicially notice a fact that is not subject to reasonable dispute." *See Schmidt v. Skolas*, 770 F.3d 241, 249 (3d Cir. 2014) (holding that courts may properly take judicial notice of documents that are "matters of public record"); *In re Peregrine Sys., Inc.*, 311 B.R. 679, 691-92 (D. Del. 2004) (taking judicial notice of hearing transcript in underlying bankruptcy court matter).

WHEREFORE, the Debtors respectfully request that the Court grant the relief requested in the Request for Judicial Notice and further relief as is appropriate under the circumstances.

Dated: October 14, 2015
Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*