# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 10.15.15 AT 10:30

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Dan DeFranceschi | Richards Layton & Finger | Debtors |
| Jason Madron | " | " |
| Joshua Brody | Kramer Levin | Second Lien Indenture Trustee |
| Rachel Ringer | Kramer Levin | Second Lien Indenture Trustee |
| Norman Pernick | Cole Schotz | DTC |
| David Kinder | Bayard & Kinder | EFH Corp. Disinterested Directors |
| Mark Thomas | Proskauer Rose | " |
| Greg Horowitz | Klehr | UMB Bank, N.A. |
| Robert Biller | Akin Gump | " |
| Mark Stafford | MMWR | Official EFH Committee |
| Natalie Ramsey | MMWR | Official EFH Committee |
| Thomas Walper | Munger Tolles | TCEH |
| Bill Burden | Ashby & Geddes | Ad Hoc 2nd Lien Notes WSFS |
| Joseph H. Huston Jr. | Stevens & Lee PC | EFIH Special Complaints |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME: EFH**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 10/15/15 at 10:30 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew J. Mytelka | Greer, Herz + Adams, LLP | Somervell CAD |
| Jason M. Rogermore | " | " |
| Curtis Hehn | Law Office of Curtis A. Hehn | " |
| Howard Cohen | Drinker Biddle & Reath | Citibank, N.A., DIP Agent |
| Neg Sindek | Shearman & Sterling | Deutsche Bank New York |
| R. Stephen McNeill | Potter Anderson & Corroon | " |
| Brian Glueckstein | Sullivan & Cromwell | EFH Committee |
| Daniel Hogan | Hogan McDaniel | Fenicle & Fahy |
| G. Todd Stewart | Sisung Olson | Roberson CAD, Tarrant CAD |
| Kirk Swinney | McCreary Veselka Bragg Allen | Freestone Cad/App Dubrt |
| Tamar R. Ebro | Hogans & Evans LLP | Rusk CAD |
| Theodore Taccarelli | Ferry Joseph PA | Roberson CAD, Rusk CAD, Freestone CAD |
| Matthew Cavenaugh | Jackson Walker LLP | Milam Appraisal District |
| Bernard Johnson | Fisher Boyd Johnson + Huguenard, LLP | " |
| Lisa Tancredi | Gebhardt + Smith LLP | " |
| Marc Kieselstein | Kirkland + Ellis | Debtors |
| Andy McGown | " | " |
| Mark McKane | " | " |
| Chad Husnik | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.
Steve Serajeddini "

# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 10/15/15 at 10:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John R Gooner | Pachulski Stg Ziehl Jones | Sec'd Lien Indenture Trustee |
| Richard Pedone | Nixon Peabody LLP | AST as EFH Indenture Trustee |
| Michael DeBaecke | Blank Rome | Wilm Trust as successor first Lien Administrative Agent and Collateral Agent |
| Mark Kotwick | Seward Kissel | " |
| Stephen Miller | Morris James LLP | La Debenture of New York, Indenture Trustee |
| Daniel Lowenthal | Patterson Belknap | " " |
| Jeffrey Schlerf | Fox Rothschild | TCEH Ad-hoc unsec notes |
| Chris Shore | White + Case | TCEH Ad-hoc unse notes |
| Todd Goren | Morrison & Foerster | TCEH Committee |
| Alex Lawrence | " | " |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| Andrea B. Schwartz | " | " " |
| Alan W. Kornberg, Jacob Adlerstein, and Adam Bernstein | Paul Weiss Rifkind Wharton & Garrison | Ad hoc Committee of TCEH First Lien Creditors |
| Pauline K. Morgan | Young Conaway | " |
| Derek Abbott | MNAT | EQUITY SPONSORS |
| Emil Kleinhaus | WACHTELL | " |
| Sarah Kam | Reed Smith | PCRB Trustee, The Bank of New York, PCRB Trustee, EFCH 2037 Notes Trustee |
| Dan O'Brien | Venable | PIMCO |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Calendar Date: 10/15/2015
Calendar Time: 10:30 AM ET

2nd Revision 10/15/2015 06:43 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7207255 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7210556 | Desiree M. Amador | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7209099 | Phil Anker | 212-230-8890 | Wilmer Cutler Pickering Hale & Dorr, LLP | Plaintiff(s), Delaware Trust Co / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7174218 | Ashley F. Bartram | (512) 475-4937 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7207529 | Trevor Broad | (212) 474-1000 | Cravath Swaine & Moore LLP | Representing, Energy Future Independent Holding Co. LLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7209830 | Emily A Bussigel | (213) 683-9212 ext. 2428 | Munger, Tolles & Olson LLP | Interested Party, Interested party / Energy Future Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7209010 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7208425 | Kevin CoCo | (212) 450-3022 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7209129 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7209230 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7208639 | Sharon Donaldson | (281) 206-8400 | Sharon Donaldson Per/Pro Se | In Propria Persona, Sharon Donaldson / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7205511 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7209521 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7207132 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Indenture / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7209120 | Patrick Fitzgerald | (202) 862-3544 | Wallstreet Journal | Interested Party, Pat Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7203940 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7210177 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7209101 | Isley M Gostin | (202) 663-6551 | WilmerHale LLP | Creditor, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7209218 | Anna E. Grace | (202) 514-4091 | United States Department of Justice | Creditor, Environmental Protection Agency / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7211560 | Xiaoyu Gu | (952) 984-4078 | CarVal Investors | Creditor, Carval Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7209839 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7207767 | Mark W. Hancock | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7202351 | Paul Heath | 214-220-7976 | Vinson & Elkins LLP | Interested Party,Hunt Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7203907 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor,UMB Bank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7210494 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7205496 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7210190 | Gary L. Kaplan | (212) 859-8376 | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7203947 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |

| Case | Type | ID | Name | Firm | Phone | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7207246 | Matthew W. Kinskey | Akin Gump Strauss Hauer & Feld LLP | (202) 887-4516 | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7207712 | Charles Koster | White & Case LLP | (212) 819-7845 | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7210263 | Stuart Kovensky | Onex Credit Partners | (201) 541-2121 | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7204646 | Michele F. Kyrouz | Watershed Asset Management, LLC | (415) 391-8900 | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7209186 | Alexander Lees | Wachtell, Lipton, Rosen & Katz | 212-403-1190 | Interested Party, Texas Energy Future Capital Holding, et. al. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7211609 | Catherine LoTempio | Seward & Kissel LLP | (212) 574-1632 | Creditor, Wilmington Trust N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7207987 | Benjamin Loveland | Wilmer Cutler Pickering Hale & Dorr, LLP | (617) 526-6641 | Interested Party, Marathon Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7210363 | Robert K. Malone | Drinker Biddle & Reath LLP | (973) 549-7080 | Interested Party, CitiBank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7209188 | Jonathan D. Marshall | Brown Rudnick LLP | (617) 856-8326 | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7210369 | Brian P. Morgan | Drinker Biddle & Reath LLP | (212) 248-3272 | Interested Party, Citibank N.A / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7209035 | Tina Moss | Perkins Coie LLP | (212) 262-6900 | Trustee, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7207937 | Jonathan Newman | Milbank, Tweed, Hadley & McCloy, LLP | (212) 530-5345 | Creditor, Citi Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7211554 | Morgan Nighan | Nixon Peabody LLP | (617) 345-6139 | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7207799 | Meredith Pfister | Barclays Bank PLC | (212) 412-1368 | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7207252 | Abid Qureshi | Akin Gump Strauss Hauer & Feld LLP | (212) 872-1000 | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7198812 | Lary A. Rappaport | Proskauer Rose LLP | (310) 284-5658 | Debtor, Energy Future Holdings Corp. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7209141 | Elizabeth Rasskazova | +44-207-901-8300 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7207798 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7191038 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7209428 | Jennifer Sharret | (212) 715-9516 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7207703 | J. Christopher Shore | 212-819-8394 | White & Case LLP | Creditor, The Ad Hoc Group of TCEH Unsecured Note Holders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7207303 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Creditor, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7207645 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7210897 | Wilmer Tremble | (281) 384-8491 | Wilmer Tremble - In Pro Per/Pro Se | Interested Party, Wilmer Tremble / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7207936 | Matthew J. Troy | (202) 514-9038 | U.S. Department of Justice - Civil Division | Creditor, United States / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7209724 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom (Chicago) | Interested Party, Texas Transmission Investment, LLC. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7193354 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7114991 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7211606 | Michael J. Walsh | (646) 855-8154 | Bank of America | Creditor, Bank of America, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7209261 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7205506 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7209171 | Daniel Zazove | 312-324-8605 | Perkins Coie LLP | Trustee, Delaware Trust Company / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 7209023 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

Raymond Reyes ext. 881