### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### SUMMARY OF FOURTH INTERIM APPLICATION OF MORRISON & FOERSTER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MAY 1, 2015 THROUGH AUGUST 31, 2015

| Name of Applicant | Morrison & Foerster LLP |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of TCEH Unsecured Creditors |
| Date of Retention: | September 16, 2014 *nunc pro tunc* to May 12, 2014 |
| Period for which compensation and reimbursement is sought: | May 1, 2015 through August 31, 2015 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $5,954,164.00[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $160,657.75 |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Amount of compensation requested reflects voluntary reductions totaling $101,285.00 in fees as client accommodations for non-working travel, time entry review, transient timekeepers, and communications with the Fee Committee.

This is a(n):  ___ Monthly __**X**__ Interim ___ Final Fee Application.

Fees for the time expended for preparation of this Fourth Interim Fee Application are not sought herein.  Morrison & Foerster intends to seek those fees in the next fee application.

This is the Fourth Interim Fee Application for Morrison & Foerster.

## SUMMARY OF FEES AND EXPENSES
## REQUESTED DURING COMPENSATION PERIOD

| Date and Docket No. | Compensation Period | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | 20% Holdback |
|---|---|---|---|---|---|---|
| 7/17/2015<br><br>[Docket No. 5031] | 5/1/2015 – 5/31/2015 | $1,750,821.50 | $66,714.31 | $1,400,657.20 | $66,714.31 | $350,164.30 |
| 9/3/2015<br><br>[Docket No. 5842] | 6/1/2015 – 6/30/2015 | $1,534,790.00 | $24,931.65 | $1,227,832.00 | $24,931.65 | $306,958.00 |
| 10/1/2015<br><br>[Docket No. 6247] | 7/1/2015 – 7/31/2015 | $1,608,668.00 | $41,383.32 | N/A | N/A | N/A |
| 10/5/2015<br><br>[Docket No. 6321] | 8/1/2015 – 8/31/2015 | $1,099,209.50 | $27,628.47 | N/A | N/A | N/A |

iii

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
PROJECT CATEGORY BY MORRISON & FOERSTER ON
BEHALF OF THE COMMITTEE FOR THE COMPENSATION PERIOD**

| PROJECT CATEGORY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 2.40 | $1,800.00 |
| 2 | Asset Disposition | 113.70 | $101,886.00 |
| 4 | Avoidance Action Analysis | 68.10 | $51,704.50 |
| 6 | Business Operations | 2.00 | $1,757.50 |
| 7 | Case Administration | 227.60 | $173,725.50 |
| 8 | Claims Administration and Objections | 177.00 | $136,188.50 |
| 9 | Corporate Governance and Board Matters | 0.20 | $185.00 |
| 10 | Employee Benefits and Pensions | 15.80 | $12,774.00 |
| 11 | Employment and Fee Applications | 69.60 | $40,633.50 |
| 13 | Financing and Cash Collateral | 5.40 | $4,533.00 |
| 14 | Other Litigation | 159.50 | $120,930.00 |
| 15 | Meetings and Communications with | 223.40 | $199,692.50 |
| 16 | Non-Working Travel | 45.50 | $42,760.00 |
| 17 | Plan and Disclosure Statement | 1,828.4 | $1,619,358.00 |
| 21 | Tax | 661.60 | $552,826.00 |
| 23 | Discovery | 7,587.6 | $2,309,093.00 |
| 24 | Hearings | 129.80 | $124,167.00 |
| 26 | Claims Investigation | 430.30 | $329,786.00 |
| 27 | First Lien Investigation | 41.80 | $22,882.50 |
| 29 | Other Motions/Applications | 65.40 | $49,248.50 |
| 30 | Schedules and Statements | 4.20 | $3,263.50 |
| 32 | Time Entry Review | 47.80 | $40,580.00 |
| 33 | Fee Objection Discussion and Litigation | 5.30 | $4,855.00 |
| 34 | Mediation | 115.90 | $110,819.50 |
| **Total Incurred:** | | **12,028.30** | **$6,055,449.00** |
| **Less Client-Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | **$(21,380.00)** |
| **Less Client-Accommodation for Time Entry Review (100% of Fees Incurred):** | | | **$(40,580.00)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | **$(34,470.00)** |
| **Less Billing Adjustment for Task Code 33 (Fee Objection Discussion and Litigation) (100% of fees incurred):** | | | **$(4,855.00)** |
| **Total Requested** | | | **$5,954,164.00** |

iv

**SUMMARY OF PROFESSIONAL SERVICES RENDERED
BY MORRISON & FOERSTER ON BEHALF OF THE
COMMITTEE FOR THE COMPENSATION PERIOD**

The Morrison & Foerster attorneys who rendered professional services in these cases

during the Compensation Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $875 | 34.00 | $29,750.00 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $925 | 581.80 | $538,165.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1300 | 266.20 | $346,060.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1100 | 217.20 | $238,920.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950 | 161.00 | $152,950.00 |
| Lynn, David M. | Partner | 1995 | Corporate | $1050 | 0.90 | $945.00 |
| Marines, Jennifer L. | Partner | 2005 | Business Restructuring & Insolvency | $825 | 161.20 | $132,990.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1025 | 171.00 | $175,275.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1075 | 443.40 | $476,655.00 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $875 | 3.40 | $2,975.00 |
| Pistillo, Bernie J. | Partner | 1981 | Tax | $995 | 0.10 | $99.50 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $895 | 87.60 | $78,402.00 |
| Abrams, Hanna | Associate | 2009 | Litigation | $725 | 77.20 | $55,970.00 |
| Alanis, Corinna J. | Associate | 2012 | Litigation | $570 | 58.70 | $33,459.00 |
| Arakawa, Chika | Associate | 2013 | Litigation | $495 | 26.30 | $13,018.50 |
| Birkenfeld, Alexander I. | Associate | 2014 | Tax | $495 | 199.10 | $98,554.50 |
| Contreras, Andrea | Associate | 2012 | Litigation | $585 | 102.90 | $60,196.50 |

v

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $800 | 242.20 | $193,760.00 |
| de Martino, F. Dario | Associate | 2008 | Corporate | $680 | 11.20 | $7,616.00 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $680 | 51.00 | $34,680.00 |
| Gizaw, Betre M. | Associate | 2011 | Litigation | $585 | 108.00 | $63,180.00 |
| Goett, David J. | Associate | 2012 | Tax | $585 | 23.00 | $13,455.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750 | 610.50 | $457,875.00 |
| Hildbold, William M. | Associate | 2009 | Business Restructuring & Insolvency | $680 | 78.70 | $53,516.00 |
| Humphrey, Nicole M. | Associate | 2013 | Tax | $440 | 21.60 | $9,504.00 |
| Kwon, Kevin T. | Associate | 2012 | Litigation | $570 | 3.70 | $2,109.00 |
| Lim, Clara | Associate | 2010 | Tax | $635 | 246.00 | $156,210.00 |
| Manlove, Kendall Lewis | Associate | 2014 | Litigation | $440 | 2.40 | $1,056.00 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $760 | 305.30 | $232,028.00 |
| Molison, Stacy L. | Attorney | 2009 | Business Restructuring & Insolvency | $725 | 6.20 | $4,495.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $760 | 298.50 | $226,860.00 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $495 | 1,068.40 | $528,858.00 |
| Stern, Jessica S. | Associate | 2014 | Tax | $440 | 10.10 | $4,444.00 |
| Weber, John Thomas | Associate | 2013 | Business Restructuring & Insolvency | $570 | 117.50 | $66,975.00 |
| Young, Brennan W. | Associate | 2015 | Tax | $440 | 12.40 | $5,456.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1095 | 43.40 | $47,523.00 |
| Ferkin, Zori G. | Of Counsel | 1981 | Environment and Energy | $750 | 4.70 | $3,525.00 |

ny-1204805

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Froelich, Edward L. | Of Counsel | 1994 | Tax | $885 | 47.10 | $41,683.50 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $875 | 31.80 | $27,825.00 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $770 | 40.90 | $31,493.00 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $780 | 23.60 | $18,408.00 |
| Cusa, Thomas C. | Temporary Attorney | 1999 | Litigation | $225 | 608.90 | $137,002.50 |
| Dhavan, Dhruv A. | Temporary Attorney | 2004 | Litigation | $225 | 108.30 | $24,367.50 |
| Gesley, Joseph | Temporary Attorney | 2013 | Litigation | $225 | 5.10 | $1,147.50 |
| Hou, Timothy | Temporary Attorney | 2013 | Litigation | $225 | 679.20 | $152,820.00 |
| Jones, Jason D. | Temporary Attorney | 2014 | Litigation | $225 | 681.10 | $153,247.50 |
| Kim, Eugene H. | Temporary Attorney | 2009 | Litigation | $225 | 178.40 | $40,140.00 |
| Lee, Yumi | Temporary Attorney | 2008 | Litigation | $225 | 768.10 | $172,822.50 |
| Ofosu-Antwi, Elsie J. | Temporary Attorney | 2010 | Litigation | $225 | 649.80 | $146,205.00 |
| Pumo, David | Temporary Attorney | 1999 | Litigation | $225 | 723.10 | $162,697.50 |
| Spielberg, Philip | Temporary Attorney | 2011 | Litigation | $225 | 551.80 | $124,155.00 |
| Thomas, Philip T. | Temporary Attorney | 2002 | Litigation | $225 | 734.10 | $165,172.50 |
| Weinstein, Richard | Temporary Attorney | 1969 | Litigation | $225 | 57.20 | $12,870.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Compensation Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bergelson, Vadim | eDiscovery Project Manager | 6 years | Litigation | $310 | 53.00 | $16,430.00 |
| Braun, Danielle Eileen | Paralegal | 2 years | Business Restructuring & Insolvency | $300 | 21.40 | $6,420.00 |
| Chan, David | eDiscovery Analyst | 11 years | Litigation | $280 | 6.60 | $1,848.00 |
| Curtis, Michael E. | Senior Paralegal | 14.5 years | Litigation | $345 | 82.00 | $28,290.00 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $320 | 94.80 | $30,336.00 |
| Kline, John T. | Senior Paralegal | 9 years | Business Restructuring & Insolvency | $340 | 18.20 | $6,188.00 |
| Roberts, Eric R. | Director, Forensic Accounting Services | 15.5 years | Litigation | $910 | 7.00 | $6,370.00 |
| **Total Incurred:** | | | | | **12,028.30** | **$6,055,449.00** |
| **Less Client-Accommodation for Non-Working Travel (50% of fees Incurred):** | | | | | | **$(21,380.00)** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred):** | | | | | | **$(40,580.00)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | | | | **$(34,470.00)** |
| **Less Billing Adjustment for Task Code 33 (Fee Objection Discussion and Litigation) (100% of fees incurred):** | | | | | | **$(4,855.00)** |
| **Total Requested:** | | | | | | **$5,954,164.00** |

**TOTAL PARTNERS, OF COUNSEL, ASSOCIATES AND PARAPROFESSIONALS**

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Attorneys (without Paraprofessionals) | $507.40 | 11,745.3 | $5,959,567.00 |
| Attorneys and Paraprofessionals | $503.43 | 12,028.30 | $6,055,449.00 |
| **Total Incurred:** | | | **$6,055,449.00** |
| **Less Client-Accommodation for Non-Working Travel (50% of fees Incurred):** | | | **$(21,380.00)** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred):** | | | **$(40,580.00)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | **$(34,470.00)** |
| **Less Billing Adjustment for Task Code 33 (Fee Objection Discussion and Litigation) (100% of fees incurred):** | | | **$(4,855.00)** |
| **Total Requested:** | | | **$5,954,164.00** |

ny-1204805

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | |
|---|---|---|
| | **Current Billing Rage for New York Office, Excluding Bankruptcy** | **Billed in This Fee Application** |
| Equity Partner/Shareholder | $990.00 | $991.00 |
| Counsel | $869.00 | $859.00 |
| Sr. Associate (7 or more years since first admission) | $770.00 | $755.00 |
| Associate (4-6 years since first admission) | $678.00 | $639.00 |
| Jr. Associate (1-3 years since first admission) | $490.00 | $496.00 |
| Staff Attorney | $638.00 | $735.00 |
| Contract Attorney | $225.00 | $225.00 |
| Paralegal | $286.00 | $326.00 |
| All timekeepers aggregated | $842.00 | $613.00 |

x

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES
INCURRED BY MORRISON & FOERSTER ON BEHALF
OF THE COMMITTEE FOR THE COMPENSATION PERIOD**

| Expense Category | Total Expenses |
|---|---|
| Photocopies | $783.20 |
| Color Copies | $2,810.00 |
| Filing Fees | $30.00 |
| Travel | $7,139.56 |
| Online Legal Research - LEXIS | $8,560.00 |
| Online Legal Research – WESTLAW | $11,289.24 |
| Online Legal Research – OTHER DATABASE | $1,609.52 |
| eDiscovery Fees | $123,043.47 |
| Court Filing Service | $247.00 |
| Business Meals | $3,952.21 |
| Travel Meals | $32.69 |
| Air Freight | $16.07 |
| Miscellaneous Disbursement | $237.00 |
| Meals | $224.51 |
| Transportation | $683.28 |
| **Total:** | **$160,657.75** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**FOURTH INTERIM APPLICATION OF MORRISON & FOERSTER LLP AS
COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD MAY 1, 2015 THROUGH AUGUST 31, 2015**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on September 16, 2014 [Docket No. 2066] (the "**Interim Compensation Order**"), and the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "**Fee Committee Order**"), Morrison & Foerster LLP ("**Morrison & Foerster**" or the "**Firm**") hereby submits this Fourth Interim Application (the "**Application**") as Counsel to the Official Committee of Unsecured Creditors (the "**TCEH Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**"), and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "**TCEH Debtors**")[2] for

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     Although EFH Corporate Services Company is not a subsidiary of TCEH, for ease of reference EFH Corporate

allowance of compensation and reimbursement of expenses incurred for the period May 1, 2015 through August 31, 2015 (the "**Compensation Period**").   In support of the Application, Morrison & Foerster respectfully represents as follows:

## BACKGROUND

1.     On April 29, 2014 (the "**Petition Date**"), the Debtors filed voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court, District of Delaware (the "**Chapter 11 Cases**").   On May 12, 2014, the United States Trustee for the District of Delaware appointed a seven (7) member TCEH Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 420].   The TCEH Committee selected Morrison & Foerster to serve as its lead counsel.

2.     On July 25, 2014, Morrison & Foerster filed the *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al. for Entry of an Order Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 for Authority to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014* [Docket No. 1696].   On September 16, 2014, the Court entered the *Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014* [Docket No. 2064].

3.     Pursuant to the Interim Compensation Order, each professional may file on or after the 21st day of each calendar month a Monthly Fee Application (as defined in the Interim Compensation Order) seeking interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred during the immediately preceding month.   If no objections are raised prior to the expiration of the applicable Objection Deadline (as defined

---

Services Company is included in the definition "TCEH Debtors".

in the Interim Compensation Order), the Debtors are authorized to pay each professional an amount equal to the lesser of (i) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application or (ii) 80% of the fees and 100% of the expenses not subject to an objection.  (Interim Compensation Order ¶ 2.)  This Application covers the period from May 1, 2015 through August 31, 2015.

## SUMMARY OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES REQUESTED

4.      This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Interim Compensation Order, the Fee Committee Order, Rule 2016-2 (c)–(g) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rule**"), and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective June 11, 2013 (the "**UST Guidelines**" and, together with the Local Rule, the "**Guidelines**").  Pursuant to the Guidelines, a certification of Lorenzo Marinuzzi regarding compliance with the Local Rule is attached hereto as **Exhibit 1**.

5.      By this Application, Morrison & Foerster seeks allowance pursuant to the Interim Compensation Order with respect to the sum of $5,954,164.00 as compensation and $160,657.75 for reimbursement of actual and necessary expenses for a total of $6,114,821.75 for the Compensation Period.

6.      All services for which compensation is requested by Morrison & Foerster in this Application were performed for or on behalf of the TCEH Committee.  Morrison & Foerster has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.

There is no agreement or understanding between Morrison & Foerster and any other person (other than the partners of Morrison & Foerster) for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

7.      During the course of these Chapter 11 Cases, Morrison & Foerster exercised its billing discretion and, as discussed in more detail below, voluntarily wrote-off certain fees and expenses in connection with the Monthly Fee Statements (defined below) and this Application. Morrison & Foerster voluntarily reduced its requested compensation by $101,285.00 in the aggregate as accommodations for non-working travel, time entry review, transient timekeepers, and communications with the Fee Committee.  Morrison & Foerster believes the foregoing rates are the market rates that the majority of law firms charges clients for services they have been asked to provide.  In addition, Morrison & Foerster believes that these charges are in accordance with the American Bar Association's ("**ABA**") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

8.      Pursuant to the Guidelines, annexed hereto as **Exhibit 2** is a schedule setting forth all Morrison & Foerster professionals and paraprofessionals who performed services in these Chapter 11 Cases during the Compensation Period, the capacities in which such individuals are employed by Morrison & Foerster, the hourly billing rates charged by Morrison & Foerster for services performed by such individuals, and the aggregate number of hours expended and fees billed.

9.      Annexed hereto as **Exhibit 3** is a schedule specifying the categories of expenses for which Morrison & Foerster is seeking reimbursement and the total amount for each expense category.  Annexed hereto as **Exhibit 3-A** is a schedule of all of the expenses incurred during the Compensation Period.  Regarding providers of online legal research (e.g., LEXIS, WESTLAW,

and PACER), Morrison & Foerster charges the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal Morrison & Foerster's actual cost. Morrison & Foerster pays these providers a flat fee every month. Charging its clients the online providers' standard usage rates allows Morrison & Foerster to cover adequately the monthly flat fees it must pay to these types of providers.

10.    Annexed hereto as **Exhibit 4** is a summary of Morrison & Foerster's time billed during the Compensation Period, broken down by project categories, as hereinafter described.

11.    Annexed hereto as **Exhibit 5** is Morrison & Foerster's time detail for the Compensation Period.

12.    Annexed hereto as **Exhibit 6** is Morrison & Foerster's budget and staffing plan for the Compensation Period and a comparison of hours and fees budgeted for each matter category to which Morrison & Foerster professionals and paraprofessionals billed time during the Compensation Period against the hours and fees for which Morrison & Foerster seeks compensation in the Application.

## MORRISON & FOERSTER FEE STATEMENTS

13.    Morrison & Foerster maintains computerized records of time spent by all Morrison & Foerster attorneys and paraprofessionals in connection with the representation of the TCEH Committee. Morrison & Foerster submitted monthly fee statements to the Notice Parties (as that term is defined in the Interim Compensation Order) in the format specified by the Guidelines, and as requested by the Fee Committee, allowing each of the Notice Parties an opportunity to review and object to the Monthly Fee Statements. During the Compensation Period, Morrison & Foerster provided the Notice Parties with the following Monthly Fee Statements:

- For May 1, 2015 through May 31, 2015 – fees of $1,750,821.50 and expenses of $66,714.31 (the "**May 2015 Statement**");

- For June 1, 2015 through June 30, 2015 – fees of $1,534,790.00 and expenses of $24,931.65 (the "**June 2015 Statement**");

- For July 1, 2015 through July 31, 2015 – fees of $ fees of $1,608,668.00 and expenses of $41,383.32 (the "**July 2015 Statement**"); and

- For August 1, 2015 through August 31, 2015 – fees of $1,099,209.50 and expenses of $27,628.47 (the "**August 2015 Statement**," together with the May 2015 Statement, the June 2015 Statement and the July 2015, the "**Monthly Fee Statements**").

14.     In total, Morrison & Foerster submitted Monthly Fee Statements during the Compensation Period for fees of $6,055,449.00 and expenses of $160,657.75.    Prior to submitting the Monthly Fee Statements, Morrison & Foerster conducted an internal review of the fees and expenses incurred during each applicable period and determined to voluntarily write-off fees in the aggregate amount of $61,960.00.    Following submission of the Monthly Fee Statements, Morrison & Foerster further reduced its request for fees in the amount of $39,325.00 for transient timekeepers and communications with the Fee Committee.    At the time of this application, Morrison & Foerster has received payment on account of the May 2015 Statement and the June 2015 Statement.

15.     In total, therefore, pursuant to this Application, Morrison & Foerster respectfully requests that the Court enter an order awarding Morrison & Foerster on an interim basis fees in an aggregate amount of $5,954,164.00 and the reimbursement of actual and necessary expenses Morrison & Foerster incurred during the Compensation Period in the aggregate amount of $160,657.75.

## SUMMARY OF LEGAL SERVICES RENDERED

16.     Morrison & Foerster has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the TCEH Committee

on a regular basis with respect to numerous matters in connection with these Chapter 11 Cases, and performed all necessary professional services.

17.    To provide an orderly and meaningful summary of the services rendered by Morrison & Foerster on behalf of the TCEH Committee during the Compensation Period, the Firm has established separate task codes in connection with these Chapter 11 Cases. The following is a summary of the most significant professional services rendered by Morrison & Foerster during the Compensation Period, organized in accordance with the Firm's internal system of task codes. A more detailed report of the actual services provided is set forth on the attached **Exhibit 5**.

18.    The summary is divided according to the project billing codes that Morrison & Foerster created to best reflect the categories of tasks that it was required to perform in connection with these Chapter 11 Cases. Nevertheless, under the circumstances, and given the interconnectedness of the issues in these Chapter 11 Cases, certain of these categories may overlap with one another.

A.    <u>Asset Analysis and Recovery – 001</u>

   Fees: $1,800.00; Total Hours:  2.40

19.    This category includes time spent by Morrison & Foerster assessing the assets and liabilities of EFH Corporate Services Corp. and reviewing detail provided by FTI with respect to existing cash balances in EFH Corporate Services Corp. bank accounts.

B.    <u>Asset Disposition – 002</u>

   Fees: $101,886.00; Total Hours:  113.70

20.    This category includes time spent by Morrison & Foerster reviewing and analyzing the Debtors' proposed sale of their indirect interest in Oncor (the "**Oncor Sale**").

During the Compensation Period, Morrison & Foerster attorneys participated in regular calls and meetings with other TCEH Committee professionals and the Debtors' advisors to review the ongoing marketing process being undertaken to identify a potential purchaser.  In addition, Morrison & Foerster reviewed, analyzed, and commented on the documentation surrounding the Oncor Sale—including term sheets, marketing materials, a proposed merger agreement, and a tax matters agreement—and provided feedback to the Debtors' advisors regarding the terms of the potential transaction.  Morrison & Foerster also conducted legal research regarding stalking horse bid protections in anticipation of a potential sale motion seeking approval of the Oncor Sale.

  C.  <u>Avoidance Action Analysis – 004</u>

    Fees: $51,704.50; Total Hours: 68.10

  21.  This category includes time spent by Morrison & Foerster attorneys analyzing potential avoidance actions that may be asserted by the TCEH Debtors.  During the Compensation Period, Morrison & Foerster performed legal and factual diligence regarding potential preference actions and prepared a detailed analysis for the TCEH Committee regarding potential recoveries on preference claims.

  D.  <u>Business Operations – 006</u>

    Fees: $1,757.50; Total Hours: 2.00

  22.  This category includes time spent by Morrison & Foerster reviewing matters involving the Debtors' business operations and evaluating the Debtors' business plans.  During the Compensation Period, Morrison & Foerster analyzed the Debtors' monthly operating reports and available cash balances and reviewed summaries prepared by FTI regarding the Debtors' operating results.

E.     Case Administration – 007

Fees: $173,725.50; Total Hours: 227.60

23.     This category includes all matters related to the internal administration of the Debtors' cases, including coordinating case matters internally and attending meetings with Debtors' counsel, counsel to other parties-in-interest, and other TCEH Committee professionals regarding general case strategy.  It also involved managing tasks, monitoring the case docket, and tracking deadlines.

24.     Morrison & Foerster professionals also participated in numerous internal meetings and meetings with the other TCEH Committee professionals during the Compensation Period to address and evaluate case status and strategy on behalf of the TCEH Committee. Morrison & Foerster, in accordance with past practice in cases of this size and complexity, hosts a weekly meeting during which the attorneys bearing material responsibility for every active workstream in the Chapter 11 Cases engage in discussions addressing a wide range of topics. Such discussions, which address many interrelated matters, directly assisted Morrison & Foerster's professionals in understanding the impact of issues arising in one workstream on various other workstreams, and are vital to the coordination of overall case planning.

F.     Claims Administration and Objections – 008

Fees: $136,188.50; Total Hours: 177.00

25.     This category includes all matters relating to claims asserted against the Debtors and the bar date process.  During the Compensation Period, Morrison & Foerster reviewed matters relating to the priority and validity of certain classes of claims, including claims filed by putative asbestos claimants, the EFIH unsecured notes indenture trustee, and the trustee for the Pollution Revenue Control Bonds issued by TCEH.  In addition, Morrison & Foerster also reviewed and analyzed the *Objection of the EFH Official Committee to General Unsecured Tax*

9

*Claims of Texas Competitive Electric Holdings Company LLC Against Energy Future Holdings Corporation* [Docket No. 4365] as well as several omnibus claims objections filed by the Debtors.  Morrison & Foerster also provided input and commented on a presentation prepared by FTI with respect to the current status of the Debtors' claims reconciliation process and the potential size of the TCEH unsecured claims pool.

G.    Corporate Governance and Board Matters – 009

Fees: $185.00; Total Hours: 0.20

26.    This category includes time spent coordinating with other case professionals regarding the board processes implemented by the Debtors and certain of the Debtors' independent directors.    During the Compensation Period, Morrison & Foerster attorneys reviewed a memorandum documenting the Debtors' vote on approval of the Plan Support Agreement (as defined below).

H.    Employee Benefits and Pensions – 010

Fees: $12,774.00; Total Hours: 15.80

27.    This category includes time spent by Morrison & Foerster on employee and pension-related matters.  During the Compensation Period, Morrison & Foerster reviewed and analyzed the *Motion of Energy Future Holdings Corp., et al., For Entry of a Second Order Authorizing Certain of the Debtors to Honor Obligations to Certain Retirees on Account of Non-Qualified Benefit Programs* [Docket No. 4445].  In order to properly assess and analyze this motion, Morrison & Foerster conducted due diligence with respect to the Debtors' non-qualified pension benefits programs.    Ultimately, the TCEH Committee's concerns were addressed through revisions to the proposed order approved by the Court on June 1, 2015 [Docket No. 4633].

10

I.      Employment and Fee Applications – 011

        Fees: $40,633.50; Total Hours: 69.60

28.     During the Compensation Period, Morrison & Foerster undertook a number of tasks relating to its retention and the payment of its fees.  Specifically, Morrison & Foerster prepared and filed the Monthly Fee Statements and the *Third Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period January 1, 2015 through April 30, 2015* [Docket No. 4755].  Morrison & Foerster also reviewed and summarized the monthly fee statements filed by the Debtors' professionals.

J.      Financing and Cash Collateral – 013

        Fees: $4,533.00; Total Hours: 5.40

29.     During the Compensation Period, Morrison & Foerster prepared an amendment to the existing cash collateral order and corresponded with other TCEH creditors constituencies regarding execution of the same.

K.      Other Litigation – 014

        Fees: $120,930.00; Total Hours: 159.50

30.     This category includes time spent by Morrison & Foerster relating to, among other things, the EFIH first and second lien makewhole litigations and the litigation with the EFIH unsecured noteholders regarding the entitlement to payment of a redemption premium and postpetition interest (together, the "**Makewhole and PPI Litigations**").  During the Compensation Period, Morrison & Foerster considered the implications of the Makewhole and PPI Litigations on the TCEH Debtors and analyzed the arguments set forth by the parties.  In addition, Morrison & Foerster considered the legal arguments made by Debtors and the EFIH first lien, second lien, and unsecured notes trustees, and conducted legal research regarding

11

recent case law developments in this area.  Morrison & Foerster also researched and analyzed the TCEH Committee's ability to intervene in the Makewhole and PPI Litigations to further the interests of the TCEH Committee with respect to these matters.  Finally, the TCEH Committee conducted a detailed review and analysis of the Court's opinions on: (a) the EFIH unsecured notes trustee's motion to dismiss the pending adversary proceeding and (b) the EFIH first lien notes indenture trustee's request for relief from the automatic stay.

      L.      <u>Meetings and Communications with Creditors – 015</u>

            Fees: $199,692.50; Total Hours: 223.40

31.      This category includes time spent by Morrison & Foerster relating to TCEH Committee matters, in-person meetings, and weekly conference calls with the TCEH Committee as a whole, with individual TCEH Committee members, and with other creditor groups and their representatives.  Morrison & Foerster coordinates with the TCEH Committee's other advisors to address all of the TCEH Committee's activities, including attending to member concerns and setting agendas for TCEH Committee conference calls and meetings.  During the Compensation Period, Morrison & Foerster held numerous regularly scheduled conference calls and meetings with the full TCEH Committee and its advisors related to the various issues permeating the case.  Given the level of activity in these Chapter 11 Cases to date, these TCEH Committee meetings and calls required extensive preparation by Morrison & Foerster.  Morrison & Foerster also had numerous conference calls with individual TCEH Committee members, the TCEH Committee co-chairpersons, as well as conference calls with FTI and Lazard in preparation for TCEH Committee meetings and TCEH Committee calls.

32.      During TCEH Committee calls, Morrison & Foerster discussed key case matters with the full TCEH Committee and its advisors.  Prior to such meetings, Morrison & Foerster attorneys reviewed pending matters requiring the TCEH Committee's attention and underlying

12

documentation in connection therewith and coordinated advice with FTI and Lazard.  Thereafter, Morrison & Foerster discussed each of these matters with the TCEH Committee, as well as individual TCEH Committee members, and assisted the TCEH Committee in formulating a position with respect to each matter.  In addition, during the Compensation Period, Morrison & Foerster provided TCEH Committee members with frequent (and sometimes daily) case update emails to provide TCEH Committee members with up-to-date information regarding the status of case issues and any new pleadings or issues that may arise between TCEH Committee meetings or TCEH Committee calls.

33.    During the Compensation Period, Morrison & Foerster also engaged in frequent conversations and discussions with various parties-in-interest regarding, among other things, the formulation, negotiation, and resolution of many of the previously pending disputes among TCEH creditors.  Ultimately, through this extensive effort, the TCEH Committee, other TCEH creditor constituencies, and the Debtors were able to reach agreement reflected in the REIT Plan, the Plan Support Agreement, and the Settlement Agreement (each as defined below).

M.    Non-Working Travel – 016

Fees: $42,760.00; Total Hours: 45.50

34.    This category includes time spent by Morrison & Foerster in non-working travel while representing the TCEH Committee.  During the Compensation Period, Morrison & Foerster attorneys attended six (6) hearings in Delaware.  Morrison & Foerster billed one-half of the total non-working travel time.

N.    Plan and Disclosure Statement – 017

Fees: $1,619,358.00; Total Hours: 1,828.40

35.    This category includes time spent by Morrison & Foerster during the Compensation Period working on all matters surrounding the Debtors' proposed plan of

13

reorganization and related disclosure statement.    Specifically, Morrison & Foerster spent significant time during the Compensation Period reviewing and analyzing the plan of reorganization previously filed by the Debtors in April 2015 and exploring and analyzing possible alternative restructuring transactions, including one premised on converting EFH Corp. into a real estate investment trust (a "**REIT**").  In connection with this task, Morrison & Foerster attorneys from numerous practice areas expended significant effort in determining whether a REIT transaction is achievable and, to this end, participated in regular meetings and calls with other TCEH Committee professionals and the Debtors to determine the viability of this transaction structure.    Morrison & Foerster also regularly updated the TCEH Committee and TCEH Committee co-chairs with respect to discussions among the parties regarding the REIT and other potential transaction structures.

36.      On May 12, 2015, the Debtors filed the *Third Motion of Energy Future Holdings Corp., et al., For Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code* [Docket No. 4441] seeking an extension of their exclusive periods to file and solicit a plan of reorganization to October 29, 2015 and December 29, 2015, respectively.  In response to this motion, on May 26, 2015, Morrison & Foerster filed the *Limited Objection of Official Committee of TCEH Unsecured Creditors to the Debtors' Third Exclusivity Motion* [Docket No. 4586]. Ultimately, Morrison & Foerster, on behalf of the TCEH Committee, was able to reach agreement with the Debtors on an exclusivity extension.

37.      During the Compensation Period, Morrison & Foerster participated on numerous calls and meetings with the Debtors' professionals and other TCEH creditors constituencies regarding a plan of reorganization premised upon EFH Corp.'s conversion into a REIT, reviewed

numerous iterations of plan term sheets, assessed various structural options to consummate the proposed restructuring, and analyzed various recovery scenarios for TCEH unsecured creditors. In addition, Morrison & Foerster coordinated with FTI and Lazard on presentations that were made to the TCEH Committee on the REIT Plan (as defined below) and its implications on TCEH creditor recoveries.

38.     Ultimately, after several weeks of extensive negotiations, the TCEH Committee determined that the REIT Plan would maximize value for TCEH unsecured creditors and entered into a plan support agreement with the Debtors and other TCEH creditor constituencies dated August 8, 2015 (the "**Plan Support Agreement**").  On August 10, 2015 the Debtors filed the *Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter Into and Perform Under the Plan Support Agreement* [Docket No. 5248] seeking Court authority to perform under the Plan Support Agreement.

39.     At the same time, the TCEH Committee executed a settlement agreement that resolved the potential claims among the TCEH Debtors and between TCEH creditor constituencies and paves the way to confirmation and consummation of the REIT Plan (the "**Settlement Agreement**").  Also on August 2015, the Debtors filed the *Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement* [Docket No. 5249]. Morrison & Foerster reviewed and commented on all iterations of the Plan Support Agreement, the Settlement Agreement, and each of the related motions.

40.     In addition, Morrison & Foerster reviewed and commented on the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of*

15

*the Bankruptcy Code* [Docket No. 5245] (the "**REIT Plan**") and related disclosure statement [Docket No. 5246] also filed on August 10, 2015.

      O.     <u>Tax – 021</u>

            Fees: $552,826.00; Total Hours: 661.60

      41.     As the Court is aware, tax considerations play a central role in these Chapter 11 Cases.  As a result, Morrison & Foerster has spent a substantial amount of time during the Compensation Period reviewing the various tax matters related to the Chapter 11 Cases, the Debtors' current tax positions, and the claims filed against the Debtors by the Internal Revenue Service.  During the Compensation Period, Morrison & Foerster conducted significant analysis regarding all aspects of the potential REIT transaction and engaged in a detailed review of the various term sheets and related documents from a tax perspective.  Morrison & Foerster also reviewed and analyzed the *Motion of Energy Future Holdings Corp., et al. Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code For Entry of an Order Determining Contested Ad Valorem Tax Matters* [Docket No. 5620] and the Debtors' IRS submissions with respect to the rulings required under the terms and conditions of the REIT Plan.

      42.     To assist in these tasks, Morrison & Foerster also participated in weekly update calls with the Debtors' tax professionals regarding tax matters.  The weekly calls with the Debtors and their professionals are critical for Morrison & Foerster to understand the evolving tax landscape.  Morrison & Foerster also regularly coordinates discussions with other TCEH Committee professionals and individual TCEH Committee members regarding critical tax considerations and their implications on the Debtors' restructuring efforts.

P.      Discovery – 023

Fees: $2,309,093.00; Total Hours: 7,587.60

43.      This category includes time spent by Morrison & Foerster engaging in all aspects of the discovery process during the Compensation Period, including drafting and serving document demands, conducting legal research associated with formal and informal discovery, coordinating on various discovery matters with the Debtors and other creditor constituencies, and tracking and reviewing the discovery obtained from various parties since the commencement of these Chapter 11 Cases.

44.      In particular, Morrison & Foerster conducted formal discovery during the Compensation Period with respect to its investigation regarding potential legacy claims and as part of the plan confirmation process.  As part of these efforts, Morrison & Foerster reviewed several hundred thousand documents produced by the Debtors and other parties-in-interest in connection with these matters.  Morrison & Foerster also met and conferred with numerous parties during all stages of the discovery process to resolve discovery disputes without Court intervention.

45.      In addition, Morrison & Foerster continued to review and negotiate the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with Approval of the Debtors' Disclosure Statement, and (C) Establishing the Terms Governing Mediation* [Docket No. 4497] (as subsequently amended, the "**Scheduling and Mediation Order**"), which established certain discovery deadlines and established a protocol in connection with confirmation of the REIT plan.

Q.    Hearings – 024

Fees: $124,167.00; Total Hours: 129.80

46.    During the Compensation Period, the Court held three (3) omnibus hearings with respect to a wide variety of issues related to these cases, in addition to a number of additional hearings and conferences (both in-court and telephonic) on specific issues raised during contested matters.  Morrison & Foerster spent a significant amount of time preparing for and participating in each of the hearings held during the Compensation Period and negotiating with the Debtors and various other parties to resolve the TCEH Committee's concerns in advance of these hearings in an effort to shorten the duration of hearings.

R.    Claims Investigation – 026

Fees: $329,786.00; Total Hours: 430.30

47.    This category includes time spent by Morrison & Foerster analyzing and investigating potential claims that may be brought by the TCEH Committee on behalf of the TCEH Debtor estates against affiliates and/or third parties.  During the Compensation Period, Morrison & Foerster continued its investigation of potential claims that required professionals to conduct numerous tasks, including: preparation of detailed legal memoranda of the potential claims and related legal considerations, conducting legal and factual research with respect to potential legal questions associated with the claims, and reviewing and summarizing public documents and documents produced to the TCEH Committee that describe numerous transactions undertaken by the Debtors.  In connection with its claims investigation, Morrison & Foerster prepared and updated a standing motion with respect to intercompany claims in anticipation of the deadline for filing such motion contained in the *Stipulation and Agreed Order Regarding a Protocol For Certain Case Matters* [Docket No. 2051], as amended.

S.    <u>First Lien Investigation – 027</u>[3]

Fees: $22,882.50; Total Hours: 41.80

48.    During the Compensation Period, Morrison & Foerster continued to handle matters relating to the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Exclusive Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and Disallowance of Claims* [Docket No. 3593] (the "**First Lien Standing Motion**"), which seeks standing to commence, prosecute, and settle certain causes of action on behalf of the TCEH Debtors (as defined in the First Lien Standing Motion) relating to the First Lien Debt (as defined in the First Lien Standing Motion). A hearing on the First Lien Standing Motion was adjourned indefinitely pursuant to the Settlement Agreement.

T.    <u>Other Motions – 029</u>

Fees: $49,248.50; Total Hours: 65.40

49.    This category includes time spent reviewing, analyzing, and summarizing other motions filed by the Debtors and other parties in these cases. During the Compensation Period, Morrison & Foerster reviewed and provided recommendations to the TCEH Committee with respect to the legal and financial aspects of the following motions, among others: (a) the *Motion of Energy Future Holdings Corp., et al., For Entry of an Order Authorizing Entry Into and Performance Under the Stipulation Between Luminant Generation Company LLC and CB&I*

---

[3] In recognition of paragraph 16 of the *Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection and (C) Modifying the Automatic Stay* [Docket No. 855], Morrison & Foerster is seeking approval of it fees incurred as part of the first lien investigation but has agreed that the Debtors shall not pay those fees without further order of the Court. For the avoidance of doubt, all parties' rights to object to the final allowance or payment of such fees are fully reserved.

*Stone & Webster, Inc., Pursuant to Section 363(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedures* [Docket No. 4443], (b) the *Motion For Order Authorizing Payment and Reimbursement of Certain Fees and Expenses of UMB Bank, N.A., as the EFIH Unsecured Indenture Trustee* [Docket No. 4438], (c) the *Motion of Energy Future Holdings Corp., et al., For Entry of an Order Approving the Debtors' Agreement to Certain Tax Adjustments For 2008 and 2009* [Docket No. 4862], and (d) the *Motion of Charlotte Liberda and Curtis Liberda to Appoint Legal Representative* [Docket No. 5072].

U.    Schedules and Statements – 030

Fees: $3,263.50; Total Hours: 4.20

50.    This category includes time spent reviewing and analyzing amended schedules of assets and liabilities and statements of financial affairs filed by the Debtors during the Compensation Period.

V.    Time Entry Review – 032

Fees: $40,580.00; Total Hours: 47.80

51.    This category includes time spent reviewing and editing attorney and paraprofessional time entries for compliance with the United States Trustee and Fee Committee guidelines.

W.    Fee Objection Discussion and Litigation – 033

Fees: $4,855.00; Total Hours: 5.30

52.    This category includes time spent reviewing and analyzing communications with the Fee Committee regarding the third interim fee period and responding to questions raised in such communication.

X.    <u>Mediation – 034</u>

Fees: $110,819.50; Total Hours: 115.90

53.    This category includes time spent preparing for and engaging in mediation among TCEH creditors and the Debtors.   During the Compensation Period, Morrison & Foerster prepared summary materials for the mediator regarding the TCEH Committee's arguments with respect to the First Lien Standing Motion and attended meetings with the mediator in accordance with the Scheduling and Meditation Order.

## STATEMENT OF MORRISON & FOERSTER

54.    The foregoing professional services performed by Morrison & Foerster were appropriate and necessary to the effective administration of these Chapter 11 Cases.   They were in the best interests of creditors, the Debtors' estate, and other parties-in-interest.   Compensation for the foregoing services as requested is commensurate with the complexity, importance and nature of the problems, issues or tasks involved.   The professional services were performed in an appropriately expeditious and efficient manner.   In addition, Morrison & Foerster has made every effort to minimize its disbursements in these cases. The actual expenses incurred in providing professional services were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the TCEH Committee.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

55.    The services for which Morrison & Foerster seeks compensation in this Application were, at the time rendered, necessary for, beneficial to, and in the best interests of, the TCEH Committee and the Debtors' estates.   During the Compensation Period, Morrison & Foerster worked diligently to maximize the value of the Debtors' estates for the benefit of all unsecured creditors.   The services rendered by Morrison & Foerster were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues

21

involved.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Morrison & Foerster is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, Morrison & Foerster respectfully requests that the Court enter an order (a) awarding Morrison & Foerster the interim allowance of (i) fees in the Compensation Period in the amount of $5,954,164.00, and (ii) reimbursement for actual and necessary expenses in the Compensation Period in the amount of $160,657.75, (b) that such sums be paid to Morrison & Foerster pursuant to the Interim Compensation Order, (c) and for such other and further relief as this Court may deem just and proper.

Dated: October 15, 2015
New York, New York

/s/ Lorenzo Marinuzzi

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
E-mail:        jpeck@mofo.com
                   brettmiller@mofo.com
                   lmarinuzzi@mofo.com
                   tgoren@mofo.com

*Attorneys for The Official Committee of TCEH Unsecured Creditors*