# EXHIBIT 2

## SUMMARY OF PROFESSIONALS

ny-1204805

The Morrison & Foerster attorneys who rendered professional services in these cases during the Compensation Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $875 | 34.00 | $29,750.00 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $925 | 581.80 | $538,165.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1300 | 266.20 | $346,060.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1100 | 217.20 | $238,920.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950 | 161.00 | $152,950.00 |
| Lynn, David M. | Partner | 1995 | Corporate | $1050 | 0.90 | $945.00 |
| Marines, Jennifer L. | Partner | 2005 | Business Restructuring & Insolvency | $825 | 161.20 | $132,990.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1025 | 171.00 | $175,275.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1075 | 443.40 | $476,655.00 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $875 | 3.40 | $2,975.00 |
| Pistillo, Bernie J. | Partner | 1981 | Tax | $995 | 0.10 | $99.50 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $895 | 87.60 | $78,402.00 |
| Abrams, Hanna | Associate | 2009 | Litigation | $725 | 77.20 | $55,970.00 |
| Alanis, Corinna J. | Associate | 2012 | Litigation | $570 | 58.70 | $33,459.00 |
| Arakawa, Chika | Associate | 2013 | Litigation | $495 | 26.30 | $13,018.50 |
| Birkenfeld, Alexander I. | Associate | 2014 | Tax | $495 | 199.10 | $98,554.50 |
| Contreras, Andrea | Associate | 2012 | Litigation | $585 | 102.90 | $60,196.50 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $800 | 242.20 | $193,760.00 |
| de Martino, F. | Associate | 2008 | Corporate | $680 | 11.20 | $7,616.00 |

ny-1204805

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Dario | | | | | | |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $680 | 51.00 | $34,680.00 |
| Gizaw, Betre M. | Associate | 2011 | Litigation | $585 | 108.00 | $63,180.00 |
| Goett, David J. | Associate | 2012 | Tax | $585 | 23.00 | $13,455.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750 | 610.50 | $457,875.00 |
| Hildbold, William M. | Associate | 2009 | Business Restructuring & Insolvency | $680 | 78.70 | $53,516.00 |
| Humphrey, Nicole M. | Associate | 2013 | Tax | $440 | 21.60 | $9,504.00 |
| Kwon, Kevin T. | Associate | 2012 | Litigation | $570 | 3.70 | $2,109.00 |
| Lim, Clara | Associate | 2010 | Tax | $635 | 246.00 | $156,210.00 |
| Manlove, Kendall Lewis | Associate | 2014 | Litigation | $440 | 2.40 | $1,056.00 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $760 | 305.30 | $232,028.00 |
| Molison, Stacy L. | Attorney | 2009 | Business Restructuring & Insolvency | $725 | 6.20 | $4,495.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $760 | 298.50 | $226,860.00 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $495 | 1,068.40 | $528,858.00 |
| Stern, Jessica S. | Associate | 2014 | Tax | $440 | 10.10 | $4,444.00 |
| Weber, John Thomas | Associate | 2013 | Business Restructuring & Insolvency | $570 | 117.50 | $66,975.00 |
| Young, Brennan W. | Associate | 2015 | Tax | $440 | 12.40 | $5,456.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1095 | 43.40 | $47,523.00 |
| Ferkin, Zori G. | Of Counsel | 1981 | Environment and Energy | $750 | 4.70 | $3,525.00 |
| Froelich, Edward L. | Of Counsel | 1994 | Tax | $885 | 47.10 | $41,683.50 |

ny-1204805

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $875 | 31.80 | $27,825.00 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $770 | 40.90 | $31,493.00 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $780 | 23.60 | $18,408.00 |
| Cusa, Thomas C. | Temporary Attorney | 1999 | Litigation | $225 | 608.90 | $137,002.50 |
| Dhavan, Dhruv A. | Temporary Attorney | 2004 | Litigation | $225 | 108.30 | $24,367.50 |
| Gesley, Joseph | Temporary Attorney | 2013 | Litigation | $225 | 5.10 | $1,147.50 |
| Hou, Timothy | Temporary Attorney | 2013 | Litigation | $225 | 679.20 | $152,820.00 |
| Jones, Jason D. | Temporary Attorney | 2014 | Litigation | $225 | 681.10 | $153,247.50 |
| Kim, Eugene H. | Temporary Attorney | 2009 | Litigation | $225 | 178.40 | $40,140.00 |
| Lee, Yumi | Temporary Attorney | 2008 | Litigation | $225 | 768.10 | $172,822.50 |
| Ofosu-Antwi, Elsie J. | Temporary Attorney | 2010 | Litigation | $225 | 649.80 | $146,205.00 |
| Pumo, David | Temporary Attorney | 1999 | Litigation | $225 | 723.10 | $162,697.50 |
| Spielberg, Philip | Temporary Attorney | 2011 | Litigation | $225 | 551.80 | $124,155.00 |
| Thomas, Philip T. | Temporary Attorney | 2002 | Litigation | $225 | 734.10 | $165,172.50 |
| Weinstein, Richard | Temporary Attorney | 1969 | Litigation | $225 | 57.20 | $12,870.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Compensation Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bergelson, Vadim | eDiscovery Project Manager | 6 years | Litigation | $310 | 53.00 | $16,430.00 |
| Braun, Danielle Eileen | Paralegal | 2 years | Business Restructuring & Insolvency | $300 | 21.40 | $6,420.00 |
| Chan, David | eDiscovery Analyst | 11 years | Litigation | $280 | 6.60 | $1,848.00 |
| Curtis, Michael E. | Senior Paralegal | 14.5 years | Litigation | $345 | 82.00 | $28,290.00 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $320 | 94.80 | $30,336.00 |
| Kline, John T. | Senior Paralegal | 9 years | Business Restructuring & Insolvency | $340 | 18.20 | $6,188.00 |
| Roberts, Eric R. | Director, Forensic Accounting Services | 15.5 years | Litigation | $910 | 7.00 | $6,370.00 |
| **Total Incurred:** | | | | | 12,028.30 | **$6,055,449.00** |
| **Less Client-Accommodation for Non-Working Travel (50% of fees Incurred):** | | | | | | $(21,380.00) |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred):** | | | | | | $(40,580.00) |
| **Less Client-Accommodation for Transient Timekeepers:** | | | | | | $(34,470.00) |
| **Less Billing Adjustment for Task Code 33 (Fee Objection Discussion and Litigation) (100% of fees incurred):** | | | | | | $(4,855.00) |
| **Total Requested:** | | | | | | **$5,954,164.00** |