## **EXHIBIT 3**

## **SUMMARY OF EXPENSES**

| Expense Category | Total Expenses |
|---|---:|
| Photocopies | $783.20 |
| Color Copies | $2,810.00 |
| Filing Fees | $30.00 |
| Travel | $7,139.56 |
| Online Legal Research - LEXIS | $8,560.00 |
| Online Legal Research – WESTLAW | $11,289.24 |
| Online Legal Research – OTHER DATABASE | $1,609.52 |
| eDiscovery Fees | $123,043.47 |
| Court Filing Service | $247.00 |
| Business Meals | $3,952.21 |
| Travel Meals | $32.69 |
| Air Freight | $16.07 |
| Miscellaneous Disbursement | $237.00 |
| Meals | $224.51 |
| Transportation | $683.28 |
| **Total:** | **$160,657.75** |