# **EXHIBIT 3-A**

# **EXPENSE DETAIL**

**May 2015**

# MORRISON | FOERSTER

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

Invoice Number: 5445280
Invoice Date: July 16, 2015

Client/Matter Number: 073697-0000001

Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

For Disbursements Incurred through May 31, 2015

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 66,714.31 |
| **Total This Invoice** | **66,714.31** |

# MORRISON | FOERSTER

073697-0000001  
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5445280  
Invoice Date: July 16, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-May-2015 | Photocopies | 766.50 |
| 31-May-2015 | Color Copies | 2,810.00 |
| 31-May-2015 | Air Freight | 16.07 |
| 31-May-2015 | On-line Research – LEXIS (May 1 – May 31) | 4,264.25 |
| 31-May-2015 | On-line Research – WESTLAW (May 1 – May 31) | 6,679.40 |
| 22-May-2015 | Filing Fees COURTCALL, LLC, Court Conference appearance | 30.00 |
| 20-Apr-2015 | Travel, train, K. Sadeghi, travel to/from Delaware for EFIH makewhole hearing, 4/20/15 | 333.00 |
| 20-Apr-2015 | Travel, taxi/car service, K. Sadeghi, ground travel in Delaware for hearing, 4/20/15 | 10.00 |
| 21-Apr-2015 | Travel, train, K. Sadeghi, travel to/from Delaware for EFIH makewhole hearing, 4/22/15 | 338.00 |
| 22-Apr-2015 | Travel, taxi/car service, K. Sadeghi, ground travel in Delaware for hearing, 4/22/15 | 10.00 |
| 04-May-2015 | Travel, train, T. Goren, travel to/from Delaware for hearing, 5/4/15 - 5/5/15 | 358.00 |
| 04-May-2015 | Travel, parking, train station, T. Goren, 5/4/15 | 21.00 |
| 04-May-2015 | Travel, train, L. Marinuzzi, travel to/from Delaware for hearing, 5/4/15 | 320.00 |
| 04-May-2015 | Travel, taxi/car service, L. Marinuzzi, ground travel in Delaware for hearing, 5/4/15 | 8.00 |
| 04-May-2015 | Travel, train, C. Kerr, travel to Delaware for hearing, 5/4/15 | 266.00 |
| 04-May-2015 | Travel, train, C. Kerr, return travel from Delaware for hearing, 5/4/15 | 159.00 |
| 06-May-2015 | Travel, taxi/car service, K. Sadeghi, ground travel to train station, 4/20/15 | 108.78 |
| 06-May-2015 | Travel, taxi/car service, K. Sadeghi, ground travel to train station, 4/22/15 | 108.78 |
| 26-Apr-2015 | Local meals, A. Lawrence, 4/19/15, 12:07PM (weekend) | 20.00 |
| 26-Apr-2015 | Local meals, K. Sadeghi, 4/22/15, 8:05PM | 20.00 |
| 26-Apr-2015 | Local meals, A. Lawrence, 4/25/15, 8:33PM (weekend) | 20.00 |
| 26-Apr-2015 | Local meals, A. Lawrence, 4/26/15, 6:49PM (weekend) | 20.00 |
| 10-May-2015 | Local meals, A. Lawrence, 4/28/15, 8:38PM | 20.00 |
| 12-May-2015 | Local travel, taxi/car service, S. Martin, 5/12/15, 10:36PM | 17.88 |
| 18-May-2015 | Local travel, taxi/car service, S. Martin, 5/18/15, 11:28PM | 24.84 |
| 21-May-2015 | Local travel, taxi/car service, K. Sadeghi, 5/21/15, 10:07PM | 97.16 |
| 14-May-2015 | Court call, M. Diaz (FTI) telephonic hearing appearance, 5/4/15 | 163.00 |
| 20-May-2015 | Court call, B. Miller telephonic hearing appearance, 5/13/15 | 44.00 |
| 21-Jan-2015 | EDiscovery Fees AQUIPT, INC. | 8,432.37 |
| 16-Feb-2015 | EDiscovery Fees AQUIPT, INC. | 7,697.46 |
| 18-Mar-2015 | EDiscovery Fees AQUIPT, INC. | 7,262.51 |
| 14-Apr-2015 | EDiscovery Fees AQUIPT, INC. | 7,438.34 |
| 31-May-2015 | EDiscovery Fees IRIS DATA SERVICES, INC., eDiscovery processing, hosting and support | 17,653.09 |
| 14-May-2015 | Court Filing Service, D. Harris, Court call, 5/14/15 | 191.00 |
| 06-May-2015 | Business meals, 10 attendees, EFH meeting, 5/6/15 | 200.00 |
| 10-May-2015 | Business meals, 10 attendees, EFH meeting, 4/24/15 | 128.40 |
| 10-May-2015 | Business meals, 10 attendees, EFH meeting, 4/30/15 | 200.00 |
| 10-May-2015 | Business meals, 8 attendees, EFH tax call, 4/24/15 | 160.00 |
| 18-May-2015 | Business meals, 10 attendees, EFH meeting, 5/18/15 | 87.06 |
| 24-May-2015 | Local meals, S. Martin, 5/12/15, 7:13PM | 20.00 |
| 24-May-2015 | Local meals, A. Lawrence, 5/14/15, 7:47PM | 20.00 |
| 26-May-2015 | Business meals, 8 attendees, EFH meeting, 5/26/15 | 144.06 |
| 04-May-2015 | Travel meals, T. Goren, breakfast in Delaware for hearing, 5/4/15 | 10.00 |
| 31-May-2015 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 20 | 8.18 |
| 31-May-2015 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 20 | 8.18 |

Total Disbursements  66,714.31

2

**MORRISON | FOERSTER**

073697-0000001            Invoice Number: 5445280
BANKRUPTCY OF ENERGY FUTURE HOLDINGS        Invoice Date: July 16, 2015

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
|      |          | **Total This Invoice** | **USD** | **66,714.31** |

3

**June 2015**

# MORRISON | FOERSTER

PO BOX 742335  
LOS ANGELES  
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000  
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic  
Energy Future Holdings Corp.  
1601 Bryan Street  
Dallas, Texas  75201

Invoice Number: 5455841  
Invoice Date: August 24, 2015

Client/Matter Number: 073697-0000001

Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:        BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*Disbursements Incurred through June 30, 2015*

|  | U.S. Dollars |
|---|---:|
| Current Disbursements | 24,931.65 |
| **Total This Invoice** | **24,931.65** |

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS  
Invoice Number: 5455841  
Invoice Date: August 24, 2015  

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 30-Jun-15 | On-line Research – LEXIS – (June 1-June 30) | 1,542.11 |
| 30-Jun-15 | On-line Research – WESTLAW (June 1-June 30) | 1,853.94 |
| 30-Jun-15 | On-line Research - OTHER DATABASE (June 1-June 30) | 1,542.90 |
| 29-May-15 | Travel, train, D. Harris, travel to/from hearing in Delaware, 6/1/15 | 272.00 |
| 29-May-15 | Travel, train, B. Miller, travel to/from hearing in Delaware, 6/1/15 | 303.00 |
| 30-May-15 | Travel, train, T. Goren, travel to/from hearing in Delaware, 6/1/15 | 265.00 |
| 01-Jun-15 | Travel, parking, T. Goren, train station, for hearing in Delaware, 6/1/15 | 21.00 |
| 24-Jun-15 | Travel, train, L. Marinuzzi, travel to/from Delaware for EFH fee hearing, 6/23 - 6/24/15 | 303.00 |
| 24-Jun-15 | Travel, taxi/car service, L. Marinuzzi, ground travel in Delaware for EFH fee hearing, 6/24/15 | 10.00 |
| 24-Jun-15 | Travel, train, B. Miller, travel to/from hearing in Delaware, 6/25/15 | 265.00 |
| 24-Jun-15 | Travel, train, T. Goren, travel to hearing in Delaware, 6/25/15 | 159.00 |
| 24-Jun-15 | Travel, train, T. Goren, travel from hearing in Delaware, 6/25/15 | 106.00 |
| 25-Jun-15 | Travel, parking, T. Goren, train station, for hearing in Delaware, 6/25/15 | 21.00 |
| 25-Jun-15 | Travel, train, C. Kerr, travel to hearing in Delaware, 6/25/15 | 186.00 |
| 25-Jun-15 | Travel, train, C. Kerr, travel from hearing in Delaware, 6/25/15 | 159.00 |
| 04-Jun-15 | Local meals, A. Birkenfeld, 6/11/15, 8:29PM (weekend) | 17.42 |
| 02-Jun-15 | Local travel, taxi/car service, S. Martin, 6/2/15, 11:51PM | 20.38 |
| 04-Jun-15 | Local travel, taxi/car service, A. Birkenfeld, 6/4/15, 10:55PM | 7.80 |
| 15-Jun-15 | Local travel, taxi/car service, D. Harris, 6/5/15, 9:02PM | 86.57 |
| 08-Jun-15 | Court call, B. Miller, telephonic hearing appearance, 5/28/15 | 30.00 |
| 08-Jun-15 | EDiscovery Fees EPIQ EDISCOVERY SOLUTIONS INC., Services for the month of May 2015 | 525.00 |
| 30-Jun-15 | EDiscovery Fees IRIS DATA SERVICES, INC., Tech Time - CS | 16,777.65 |
| 07-Jun-15 | Business meals, 10 attendees, EFH meeting, 5/22/15 | 119.64 |
| 07-Jun-15 | Business meals, 10 attendees, EFH meeting, 6/1/15 | 82.28 |
| 10-Jun-15 | Business meals, 10 attendees, EFH meeting, 6/10/15 | 191.33 |
| 29-Jun-15 | Business meals, 8 attendees, EFH meeting, 6/29/15 | 47.11 |
| 30-Jun-15 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 22 | 8.76 |
| 30-Jun-15 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 22 | 8.76 |
| | **Current Disbursements** | **24,931.65** |

**July 2015**

**MORRISON | FOERSTER**

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▮▮▮▮▮▮
Invoice Number:  5465626
Invoice Date:  September 30, 2015

Client/Matter Number:  073697-0000001

Matter Name:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through July 31, 2015*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 41,383.32 |
| **Total This Invoice** | **41,383.32** |

# MORRISON | FOERSTER

Matter Number: 073697-0000001  Invoice Number: 5465626
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: September 30, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 31-Jul-15 | Photocopies | 16.70 |
| 31-Jul-15 | On-line Research – LEXIS – (July 1- July 31) | 938.53 |
| 31-Jul-15 | On-line Research – WESTLAW (July 1-July 31) | 207.90 |
| 09-Mar-15 | Travel, agent fee, B. Miller, travel to/from hearing in Delaware, 3/10/15 | 7.00 |
| 09-Mar-15 | Travel, train, B. Miller, travel to hearing in Delaware, 3/10/15 | 179.00 |
| 10-Mar-15 | Travel, train, B. Miller, return travel from hearing in Delaware, 3/10/15 | 124.00 |
| 23-Jul-15 | Local travel, taxi/car service, D. Harris, 7/23/15, 10:34PM | 121.78 |
| 24-Jul-15 | Local travel, taxi/car service, B. Miller, 6/24/15, 10:42PM | 11.00 |
| 28-Jul-15 | Local travel, taxi/car service, B. Miller, 7/28/15, 2:23AM | 15.00 |
| 28-Jul-15 | Local travel, taxi/car service, E. Richards, 7/28/15, 2:40AM | 20.30 |
| 14-May-15 | EDiscovery Fees AQUIPT, equipment rental, May | 7,438.34 |
| 15-Jun-15 | EDiscovery Fees AQUIPT, equipment rental, June | 7,438.34 |
| 08-Jul-15 | EDiscovery Fees EPIQ review user monthly fee | 525.00 |
| 14-Jul-15 | EDiscovery Fees AQUIPT, equipment rental, July | 7,438.34 |
| 31-Jul-15 | EDiscovery Fees IRIS, eDiscovery processing, Relativity hosting and support | 15,953.09 |
| 14-Apr-15 | Court Call, E. Richards, telephonic hearing appearance, 4/14/15 | 56.00 |
| 02-Jul-15 | Business meals, 10 attendees, EFH meeting, 7/2/15 | 70.17 |
| 05-Jul-15 | Local meals, A. Lawrence, 6/24/15, 6:36PM | 20.00 |
| 05-Jul-15 | Business meals, 10 attendees, EFH meeting, 6/23/15 | 118.60 |
| 05-Jul-15 | Business meals, 10 attendees, EFH meeting, 6/26/15 | 165.92 |
| 05-Jul-15 | Business meals, 10 attendees, EFH meeting, 7/1/15 | 175.15 |
| 09-Jul-15 | Business meals, 8 attendees, EFH meeting, 7/9/15 | 160.00 |
| 16-Jul-15 | Business meals, 10 attendees, EFH meeting, 7/16/15 | 165.38 |
| 31-Jul-15 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 22 | 8.89 |
| 31-Jul-15 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 22 | 8.89 |
| | **Current Disbursements** | **41,383.32** |

2

**<u>August 2015</u>**

**MORRISON | FOERSTER**

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▮▮▮▮▮▮
Invoice Number: 5466302
Invoice Date: October 2, 2015

Client/Matter Number: 073697-0000001

Matter Name:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

**RE:**   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Professional Services Rendered and Disbursements Incurred through August 31, 2015*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 27,628.47 |
| **Total This Invoice** | **27,628.47** |

**Payment may be made by Electronic Funds transfer to the firm's account**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

# MORRISON | FOERSTER

073697-0000001  
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5466302  
Invoice Date: October 2, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-Aug-2015 | On-line Research – LEXIS (August 1-31) | 1,815.11 |
| 31-Aug-2015 | On-line Research - WESTLAW (August 1-31) | 2,548.00 |
| 25-Jun-2015 | Travel, taxi/car service, C. Kerr, ground travel to train station for hearing in Delaware, 6/25/15 | 172.88 |
| 05-Aug-2015 | Travel, taxi/car service, T. Goren, ground travel home from train station, 7/28/15 | 62.00 |
| 11-Aug-2015 | Travel, train, T. Goren, travel to/from hearing in Delaware, 8/11/15 | 249.00 |
| 11-Aug-2015 | Travel, train, D. Harris, travel to/from hearing in Delaware, 8/11/15 | 212.00 |
| 17-Aug-2015 | Travel, train, T. Goren, travel to hearing in Delaware, 8/18/15 | 124.00 |
| 17-Aug-2015 | Travel, train, T. Goren, return travel from hearing in Delaware, 8/18/15 | 106.00 |
| 17-Aug-2015 | Travel, train, B. Miller, travel to/from hearing in Delaware, 8/18/15 | 230.00 |
| 18-Aug-2015 | Travel, train, C. Kerr, travel to hearing in Delaware, 8/18/15 | 148.00 |
| 18-Aug-2015 | Travel, train, C. Kerr, return travel from hearing in Delaware, 8/18/15 | 124.00 |
| 18-Aug-2015 | Travel, T. Goren, ground travel home from train station, 8/18/15 | 5.00 |
| 18-Aug-2015 | Travel, parking, T. Goren, for hearing in Delaware, 8/18/15 | 21.00 |
| 18-Aug-2015 | Travel, taxi/car service, C. Kerr, travel to train station for hearing in Delaware, 8/18/15 | 172.88 |
| 21-Aug-2015 | Travel, taxi/car service, J. Marines, ground travel to meeting, 8/21/15 | 18.36 |
| 24-Aug-2015 | Travel, train, B. Miller, travel to/from hearing in Delaware, 8/25/15 | 212.00 |
| 25-Aug-2015 | Travel, exchange fee, B. Miller, return travel from hearing in Delaware, 8/25/15 | 73.00 |
| 25-Aug-2015 | Travel, train, D. Harris, travel to hearing in Delaware, 8/25/15 | 124.00 |
| 25-Aug-2015 | Travel, parking, D. Harris, for hearing in Delaware, 8/25/15 | 21.00 |
| 25-Aug-2015 | Travel, taxi/car service, C. Kerr, travel to train station for hearing in Delaware, 8/25/15 | 172.88 |
| 25-Aug-2015 | Travel, train, D. Harris, return travel from hearing in Delaware, 8/25/15 | 179.00 |
| 25-Aug-2015 | Travel, train, C. Kerr, return travel from hearing in Delaware, 8/25/15 | 179.00 |
| 25-Aug-2015 | Travel, train, C. Kerr, travel to hearing in Delaware, 8/25/15 | 113.00 |
| 18-Jul-2015 | Local meals, A. Lawrence, 7/18/15, 1:35PM (weekend) | 16.50 |
| 18-Jul-2015 | Local meals, E. Richards, 7/18/15, 7:56PM (weekend) | 20.00 |
| 19-Jul-2015 | Local meals, A. Lawrence, 7/19/15, 1:58PM (weekend) | 17.44 |
| 04-Aug-2015 | Local meals, S. Martin, 8/4/15, 8:10PM | 20.00 |
| 11-Aug-2015 | Travel meals, D. Harris, lunch while in Delaware for hearing, 8/11/15 | 19.55 |
| 13-Aug-2015 | Local meals, D. Harris, 8/10/15, 8:06PM | 13.60 |
| 21-May-2015 | Local travel, parking, C. Kerr, 5/21/15, 9:26PM | 26.50 |
| 20-Jul-2015 | Local travel, parking, C. Kerr, 7/20/15, 7:23PM | 26.50 |
| 21-Jul-2015 | Local travel, taxi/car service, S. Martin, 7/21/15, 11:31PM | 26.21 |
| 23-Jul-2015 | Local travel, taxi/car service, S. Martin, 7/22/15, 1:02AM | 21.99 |
| 03-Aug-2015 | Local travel, taxi/car service, S. Martin, 8/3/15 | 23.19 |
| 06-Aug-2015 | Local travel, taxi/car service, S. Martin, 8/6/15, 11:30PM | 26.79 |
| 10-Aug-2015 | Local travel, taxi/car service, D. Harris, 8/10/15, 10:48PM | 88.39 |
| 11-Aug-2015 | Travel, parking, D. Harris, for hearing in Delaware, 8/11/15 | 21.00 |
| 08-Aug-2015 | EDiscovery Fees, EPIQ, user monthly fee | 525.00 |
| 31-Aug-2015 | EDiscovery Fees, IRIS, eDiscovery hosting, processing and support | 17,938.94 |
| 21-Jun-2015 | Business meals, 10 attendees, EFH meeting, 6/5/15 | 194.69 |
| 21-Jun-2015 | Business meals, 18 attendees, EFH meeting, 6/17/15 | 119.64 |
| 21-Jun-2015 | Business meals, 10 attendees, EFH meeting, 6/17/15 | 175.15 |
| 17-Jul-2015 | Business meals, 10 attendees, EFH meeting, 7/17/15 | 132.05 |
| 22-Jul-2015 | Business meals, 8 attendees, client meeting, 7/22/15 | 160.00 |
| 24-Jul-2015 | Business meals, 10 attendees, EFH meeting, 7/24/15 | 119.64 |
| 31-Jul-2015 | Business meals, 10 attendees, EFH meeting, 7/31/15 | 117.05 |
| 03-Aug-2015 | Business meals, 10 attendees, EFH meeting, 8/3/15 | 58.89 |
| 06-Aug-2015 | Business meals, 10 attendees, EFH meeting, 8/6/15 | 200.00 |

**MORRISON | FOERSTER**

073697-0000001  Invoice Number: 5466302
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: October 2, 2015

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|

| Date | Description | Value |
|---|---|---|
| 12-Aug-2015 | Business meals, 10 attendees, EFH meeting, 8/12/15 | 200.00 |
| 20-Aug-2015 | Business meals, 10 attendees, EFH meeting, 8/20/15 | 200.00 |
| 11-Aug-2015 | Travel meals, T. Goren, dinner while in Delaware for hearing, 8/11/15 | 12.58 |
| 18-Aug-2015 | Travel meals, T. Goren, dinner while in Delaware for hearing, 8/18/15 | 10.11 |
| 31-Aug-2015 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 21 | 7.48 |
| 31-Aug-2015 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 21 | 7.48 |
| | **Total Disbursements** | 27,628.47 |
| | **Total This Invoice**    USD | **27,628.47** |

3