## EXHIBIT 4

## SUMMARY OF TIME BY CATEGORY

| PROJECT CATEGOR | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 1 | Asset Analysis and Recovery | 2.40 | $1,800.00 |
| 2 | Asset Disposition | 113.70 | $101,886.00 |
| 4 | Avoidance Action Analysis | 68.10 | $51,704.50 |
| 6 | Business Operations | 2.00 | $1,757.50 |
| 7 | Case Administration | 227.60 | $173,725.50 |
| 8 | Claims Administration and Objections | 177.00 | $136,188.50 |
| 9 | Corporate Governance and Board Matters | 0.20 | $185.00 |
| 10 | Employee Benefits and Pensions | 15.80 | $12,774.00 |
| 11 | Employment and Fee Applications | 69.60 | $40,633.50 |
| 13 | Financing and Cash Collateral | 5.40 | $4,533.00 |
| 14 | Other Litigation | 159.50 | $120,930.00 |
| 15 | Meetings and Communications with | 223.40 | $199,692.50 |
| 16 | Non-Working Travel | 45.50 | $42,760.00 |
| 17 | Plan and Disclosure Statement | 1,828.40 | $1,619,358.00 |
| 21 | Tax | 661.60 | $552,826.00 |
| 23 | Discovery | 7,587.60 | $2,309,093.00 |
| 24 | Hearings | 129.80 | $124,167.00 |
| 26 | Claims Investigation | 430.30 | $329,786.00 |
| 27 | First Lien Investigation | 41.80 | $22,882.50 |
| 29 | Other Motions/Applications | 65.40 | $49,248.50 |
| 30 | Schedules and Statements | 4.20 | $3,263.50 |
| 32 | Time Entry Review | 47.80 | $40,580.00 |
| 33 | Fee Objection Discussion and Litigation | 5.30 | $4,855.00 |
| 34 | Mediation | 115.90 | $110,819.50 |
| **Total Incurred:** | | **12,028.30** | **$6,055,449.00** |
| **Less Client-Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | $(21,380.00) |
| **Less Client-Accommodation for Time Entry Review (100% of Fees Incurred):** | | | $(40,580.00) |
| **Less Client-Accommodation for Transient Timekeepers:** | | | $(34,470.00) |
| **Less Billing Adjustment for Task Code 33 (Fee Objection Discussion and Litigation) (100% of fees incurred):** | | | $(4,855.00) |
| **Total Requested:** | | | **$5,954,164.00** |

ny-1204805