# **EXHIBIT 6**

# **BUDGET AND STAFFING PLANS FOR COMPENSATION PERIOD**

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*                                                                 **EXHIBIT C-1 - May 2015**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 |
| 2 | Asset Disposition | 50.00 | $ 40,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 10.00 | $ 600.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 10.00 | $ 8,000.00 |
| 7 | Case Administration | 175.00 | $ 140,000.00 |
| 8 | Claims Administration and Objections | 20.00 | $ 16,000.00 |
| 9 | Corporate Governance and Board Matters | 10.00 | $ 8,000.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 |
| 11 | Employment and Fee Applications | 25.00 | $ 20,000.00 |
| 12 | Employment and Fee Application Objections | 25.00 | $ 20,000.00 |
| 13 | Financing and Cash Collateral | 20.00 | $ 16,000.00 |
| 14 | Other Litigation | 75.00 | $ 60,000.00 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 300.00 | $ 240,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 20 | Reporting | 0.00 | $ - |
| 21 | Tax | 500.00 | $ 480,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 1000.00 | $ 500,000.00 |
| 24 | Hearings | 50.00 | $ 40,000.00 |
| 25 | First and Second Day Motions | 0.00 | $ - |
| 26 | Claims Investigation | 150.00 | $ 125,000.00 |
| 27 | First Lien Investigation | 50.00 | $ 40,000.00 |
| 28 | Intercompany Claims | 25.00 | $ 16,000.00 |
| 29 | Other Motions/Applications | 25.00 | $ 20,000.00 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 |
| 31 | Insurance | 5.00 | $ 4,000.00 |
| | **Totals:** | **2743.00** | **$ 1,968,000.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*                                **EXHIBIT C-2 - May 2015**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 15 | $ 948.00 |
| Of Counsel | 7 | $ 810.00 |
| Sr. Associate (7 or more years since first admission) | 4 | $ 725.00 |
| Associate (4-6 years since first admission) | 10 | $ 649.00 |
| Jr. Associate (1- 3 years since first admission) | 21 | $ 474.00 |
| Staff Attorney | 1 | $ 775.00 |
| Paralegal | 4 | $ 306.25 |
| eDiscovery Project Manager | 1 | $ 295.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*  **EXHIBIT D-1 - May 2015**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 | 2.40 | $ 1,800.00 |
| 2 | Asset Disposition | 50.00 | $ 40,000.00 | 53.20 | $ 47,658.50 |
| 3 | Assumption and Rejection of Leases and Contracts | 10.00 | $ 600.00 | - | $ - |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 11.20 | $ 8,587.50 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | - | $ - |
| 6 | Business Operations | 10.00 | $ 8,000.00 | 1.00 | $ 925.00 |
| 7 | Case Administration | 175.00 | $ 140,000.00 | 58.60 | $ 44,469.50 |
| 8 | Claims Administration and Objections | 20.00 | $ 16,000.00 | 96.00 | $ 73,743.00 |
| 9 | Corporate Governance and Board Matters | 10.00 | $ 8,000.00 | - | $ - |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 | 15.40 | $ 12,329.00 |
| 11 | Employment and Fee Applications | 25.00 | $ 20,000.00 | 19.30 | $ 9,185.00 |
| 12 | Employment and Fee Application Objections | 25.00 | $ 20,000.00 | - | $ - |
| 13 | Financing and Cash Collateral | 20.00 | $ 16,000.00 | - | $ - |
| 14 | Other Litigation | 75.00 | $ 60,000.00 | 59.30 | $ 43,568.50 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 | 51.30 | $ 44,360.50 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 7.10 | $ 7,190.00 |
| 17 | Plan and Disclosure Statement | 300.00 | $ 240,000.00 | 202.30 | $ 179,283.00 |
| 18 | Real Estate | 0.00 | $ - | - | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 | - | $ - |
| 21 | Tax | 500.00 | $ 480,000.00 | 123.40 | $ 114,675.50 |
| 22 | Valuation | 5.00 | $ 4,000.00 | - | $ - |
| 23 | Discovery | 1000.00 | $ 500,000.00 | 2,460.80 | $ 771,051.00 |
| 24 | Hearings | 50.00 | $ 40,000.00 | 47.10 | $ 44,965.50 |
| 26 | Claims Investigation | 150.00 | $ 125,000.00 | 354.50 | $ 267,094.00 |
| 27 | First Lien Investigation | 50.00 | $ 40,000.00 | 39.40 | $ 21,058.50 |
| 28 | Intercompany Claims | 25.00 | $ 16,000.00 | - | $ - |
| 29 | Other Motions/Applications | 25.00 | $ 20,000.00 | 7.50 | $ 5,082.00 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 | 3.00 | $ 2,363.50 |
| 31 | Insurance | 5.00 | $ 4,000.00 | - | $ - |
| 32 | Time Entry Review | 0.00 | $ - | 15.00 | $12,102.50 |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - | 5.30 | $ 4,855.00 |
| 34 | Mediation | 0.00 | $ - | 50.00 | $ 50,172.00 |
| | **Totals:** | **2743.00** | **$ 1,968,000.00** | **3,612.80** | **$ 1,766,519.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*                          **EXHIBIT C-1 - June 2015**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 |
| 2 | Asset Disposition | 50.00 | $ 40,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 10.00 | $ 600.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 10.00 | $ 8,000.00 |
| 7 | Case Administration | 175.00 | $ 140,000.00 |
| 8 | Claims Administration and Objections | 25.00 | $ 18,000.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 |
| 11 | Employment and Fee Applications | 10.00 | $ 5,000.00 |
| 12 | Employment and Fee Application Objections | 25.00 | $ 20,000.00 |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 |
| 14 | Other Litigation | 75.00 | $ 60,000.00 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 500.00 | $ 400,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 21 | Tax | 300.00 | $ 280,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 1000.00 | $ 500,000.00 |
| 24 | Hearings | 50.00 | $ 40,000.00 |
| 25 | First and Second Day Motions | 0.00 | $ - |
| 26 | Claims Investigation | 50.00 | $ 40,000.00 |
| 27 | First Lien Investigation | 50.00 | $ 25,000.00 |
| 28 | Intercompany Claims | 50.00 | $ 25,000.00 |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 |
| 31 | Insurance | 0.00 | $ - |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - |
| 34 | Mediation | 20.00 | $ 8,000.00 |
| | **Totals:** | **2658.00** | **$ 1,824,000.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*            **EXHIBIT C-2 - June 2015**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 15 | $ 948.00 |
| Of Counsel | 7 | $ 810.00 |
| Sr. Associate (7 or more years since first admission) | 4 | $ 725.00 |
| Associate (4-6 years since first admission) | 10 | $ 649.00 |
| Jr. Associate (1- 3 years since first admission) | 21 | $ 474.00 |
| Staff Attorney | 1 | $ 775.00 |
| Paralegal | 4 | $ 306.25 |
| eDiscovery Project Manager | 1 | $ 295.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*     **EXHIBIT D-1 - June 2015**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 2 | Asset Disposition | 50.00 | $ 40,000.00 | 51.30 | $ 46,238.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 10.00 | $ 600.00 | 0.00 | $ - |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 6.90 | $ 5,520.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 0.00 | $ - |
| 6 | Business Operations | 10.00 | $ 8,000.00 | 1.00 | $ 832.50 |
| 7 | Case Administration | 175.00 | $ 140,000.00 | 48.70 | $ 35,078.50 |
| 8 | Claims Administration and Objections | 25.00 | $ 18,000.00 | 5.60 | $ 4,244.50 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 11 | Employment and Fee Applications | 10.00 | $ 5,000.00 | 31.10 | $ 19,894.50 |
| 12 | Employment and Fee Application Objections | 25.00 | $ 20,000.00 | 0.00 | $ - |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 14 | Other Litigation | 75.00 | $ 60,000.00 | 55.50 | $ 41,838.50 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 | 64.80 | $ 59,986.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 16.50 | $ 15,400.00 |
| 17 | Plan and Disclosure Statement | 500.00 | $ 400,000.00 | 425.10 | $ 371,396.50 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 21 | Tax | 300.00 | $ 280,000.00 | 202.80 | $ 169,597.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 23 | Discovery | 1000.00 | $ 500,000.00 | 2089.20 | $ 628,017.50 |
| 24 | Hearings | 50.00 | $ 40,000.00 | 32.70 | $ 30,199.00 |
| 26 | Claims Investigation | 50.00 | $ 40,000.00 | 64.00 | $ 52,546.50 |
| 27 | First Lien Investigation | 50.00 | $ 25,000.00 | 2.40 | $ 1,824.00 |
| 28 | Intercompany Claims | 50.00 | $ 25,000.00 | 0.00 | $ - |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 | 8.80 | $ 6,874.50 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - | 0.00 | $ - |
| 32 | Time Entry Review | 0.00 | $ - | 13.40 | $12,140.00 |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - | 0.00 | $ - |
| 34 | Mediation | 20.00 | $ 8,000.00 | 58.70 | $ 53,002.50 |
| | **Totals:** | **2658.00** | **$ 1,824,000.00** | **3,178.50** | **$ 1,554,630.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)* — **EXHIBIT C-1 - July 2015**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---:|---:|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 |
| 2 | Asset Disposition | 50.00 | $ 40,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 10.00 | $ 600.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 10.00 | $ 8,000.00 |
| 7 | Case Administration | 175.00 | $ 140,000.00 |
| 8 | Claims Administration and Objections | 25.00 | $ 18,000.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 |
| 11 | Employment and Fee Applications | 10.00 | $ 5,000.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 |
| 14 | Other Litigation | 75.00 | $ 60,000.00 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 700.00 | $ 560,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 21 | Tax | 400.00 | $ 320,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 500.00 | $ 250,000.00 |
| 24 | Hearings | 50.00 | $ 40,000.00 |
| 25 | First and Second Day Motions | 0.00 | $ - |
| 26 | Claims Investigation | 25.00 | $ 20,000.00 |
| 27 | First Lien Investigation | 20.00 | $ 16,000.00 |
| 28 | Intercompany Claims | 50.00 | $ 25,000.00 |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 |
| 31 | Insurance | 0.00 | $ - |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - |
| 34 | Mediation | 20.00 | $ 8,000.00 |
| | **Totals:** | **2383.00** | **$ 1,729,000.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*     **EXHIBIT C-2 - July 2015**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 15 | $ 948.00 |
| Of Counsel | 7 | $ 810.00 |
| Sr. Associate (7 or more years since first admission) | 4 | $ 725.00 |
| Associate (4-6 years since first admission) | 10 | $ 649.00 |
| Jr. Associate (1- 3 years since first admission) | 21 | $ 474.00 |
| Staff Attorney | 1 | $ 775.00 |
| Paralegal | 4 | $ 306.25 |
| eDiscovery Project Manager | 1 | $ 295.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*

**EXHIBIT D-1 - July 2015**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 2 | Asset Disposition | 50.00 | $ 40,000.00 | 9.20 | $ 7,989.50 |
| 3 | Assumption and Rejection of Leases and Contracts | 10.00 | $ 600.00 | 0.00 | $ - |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 50.00 | $ 37,597.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 0.00 | $ - |
| 6 | Business Operations | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 7 | Case Administration | 175.00 | $ 140,000.00 | 66.10 | $ 52,018.50 |
| 8 | Claims Administration and Objections | 25.00 | $ 18,000.00 | 54.00 | $ 41,466.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 | 0.20 | $ 185.00 |
| 11 | Employment and Fee Applications | 10.00 | $ 5,000.00 | 13.40 | $ 7,345.50 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 14 | Other Litigation | 75.00 | $ 60,000.00 | 21.50 | $ 18,202.50 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 | 66.40 | $ 59,859.50 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 17 | Plan and Disclosure Statement | 700.00 | $ 560,000.00 | 709.10 | $ 637,089.50 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 21 | Tax | 400.00 | $ 320,000.00 | 177.40 | $ 143,692.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 23 | Discovery | 500.00 | $ 250,000.00 | 1955.40 | $ 566,712.50 |
| 24 | Hearings | 50.00 | $ 40,000.00 | 0.00 | $ - |
| 26 | Claims Investigation | 25.00 | $ 20,000.00 | 11.80 | $ 10,145.50 |
| 27 | First Lien Investigation | 20.00 | $ 16,000.00 | 0.00 | $ - |
| 28 | Intercompany Claims | 50.00 | $ 25,000.00 | 0.00 | $ - |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 | 26.30 | $ 20,262.50 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 | 1.20 | $ 900.00 |
| 31 | Insurance | 0.00 | $ - | 0.00 | $ - |
| 32 | Time Entry Review | 0.00 | $ - | 11.90 | $ 10,245.00 |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - | 0.00 | $ - |
| 34 | Mediation | 20.00 | $ 8,000.00 | 4.90 | $ 5,202.50 |
| | **Totals:** | **2383.00** | **$ 1,729,000.00** | **3,178.80** | **$ 1,618,913.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)* **EXHIBIT C-1 - August 2015**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---:|---:|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 |
| 2 | Asset Disposition | 50.00 | $ 40,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 10.00 | $ 600.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 10.00 | $ 8,000.00 |
| 7 | Case Administration | 175.00 | $ 140,000.00 |
| 8 | Claims Administration and Objections | 25.00 | $ 18,000.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 |
| 11 | Employment and Fee Applications | 10.00 | $ 5,000.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 |
| 14 | Other Litigation | 40.00 | $ 32,000.00 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 800.00 | $ 700,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 21 | Tax | 400.00 | $ 320,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 200.00 | $ 50,000.00 |
| 24 | Hearings | 50.00 | $ 50,000.00 |
| 25 | First and Second Day Motions | 0.00 | $ - |
| 26 | Claims Investigation | 20.00 | $ 16,000.00 |
| 27 | First Lien Investigation | 5.00 | $ 4,000.00 |
| 28 | Intercompany Claims | 50.00 | $ 25,000.00 |
| 29 | Other Motions/Applications | 25.00 | $ 20,000.00 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 |
| 31 | Insurance | 0.00 | $ - |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - |
| 34 | Mediation | 20.00 | $ 8,000.00 |
| | **Totals:** | **2103.00** | **$ 1,615,000.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*

**EXHIBIT C-2 - August 2015**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 15 | $ 948.00 |
| Of Counsel | 7 | $ 810.00 |
| Sr. Associate (7 or more years since first admission) | 4 | $ 725.00 |
| Associate (4-6 years since first admission) | 10 | $ 649.00 |
| Jr. Associate (1- 3 years since first admission) | 21 | $ 474.00 |
| Staff Attorney | 1 | $ 775.00 |
| Paralegal | 4 | $ 306.25 |
| eDiscovery Project Manager | 1 | $ 295.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*

**EXHIBIT D-1 - August 2015**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 2 | Asset Disposition | 50.00 | $ 40,000.00 | 0.00 | $ - |
| 3 | Assumption and Rejection of Leases and Contracts | 10.00 | $ 600.00 | 0.00 | $ - |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 0.00 | $ - |
| 6 | Business Operations | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 7 | Case Administration | 175.00 | $ 140,000.00 | 54.20 | $ 42,159.00 |
| 8 | Claims Administration and Objections | 25.00 | $ 18,000.00 | 21.40 | $ 16,735.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 | 0.20 | $ 185.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 | 0.20 | $ 260.00 |
| 11 | Employment and Fee Applications | 10.00 | $ 5,000.00 | 5.80 | $ 4,208.50 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 | 5.40 | $ 4,533.00 |
| 14 | Other Litigation | 40.00 | $ 32,000.00 | 23.20 | $ 17,320.50 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 | 40.90 | $ 35,486.50 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 21.90 | $ 20,170.00 |
| 17 | Plan and Disclosure Statement | 800.00 | $ 700,000.00 | 491.90 | $ 431,589.00 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 21 | Tax | 400.00 | $ 320,000.00 | 158.00 | $ 124,861.50 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 23 | Discovery | 200.00 | $ 50,000.00 | 1082.20 | $ 343,312.00 |
| 24 | Hearings | 50.00 | $ 50,000.00 | 50.00 | $ 49,002.50 |
| 26 | Claims Investigation | 20.00 | $ 16,000.00 | 0.00 | $ - |
| 27 | First Lien Investigation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 28 | Intercompany Claims | 50.00 | $ 25,000.00 | 0.00 | $ - |
| 29 | Other Motions/Applications | 25.00 | $ 20,000.00 | 22.80 | $ 17,029.50 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - | 0.00 | $ - |
| 32 | Time Entry Review | | | 7.50 | $ 6,092.50 |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - | 0.00 | $ - |
| 34 | Mediation | 20.00 | $ 8,000.00 | 2.30 | $ 2,442.50 |
| | **Totals:** | **2103.00** | **$ 1,615,000.00** | **1,987.90** | **$ 1,115,387.00** |