**<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 5771, 6464** |

**NOTICE OF REVISED AGREED AMENDMENTS TO THE AMENDED ORDER (A)
REVISING CERTAIN HEARING DATES AND DEADLINES, AND (B) ESTABLISHING
CERTAIN PROTOCOLS IN CONNECTION WITH THE CONFIRMATION OF
DEBTORS' PLAN OF REORGANIZATION**

WHEREAS, on July 2, 2015, the United States Bankruptcy Court for the District of

Delaware (the "Court") entered an order establishing certain hearing dates and deadlines in the

*Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols*

*in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising*

*Certain Dates in the Disclosure Statement Order* [D.I. 4916]; and on August 27, 2015, the

Court entered an order amending certain hearing dates and deadlines as set forth in the *Amended*

*Order (A) Revising Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in*

*Connection with the Confirmation of Debtors' Plan of Reorganization* [D.I. 5771] (the

"Scheduling Order"); and

WHEREAS, paragraph 20 of the Scheduling Order provides that "the Debtors, in

agreement with the affected Participating Parties, may amend or modify the terms of this Order

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

without further order by the Court upon filing written notice of such amendment or modification with the Court"; and

WHEREAS, the Participating Parties[2] originally designated a combined total of 14 experts, seven of whom served expert reports (three from the Plan objectors and four from the Debtors) on October 12, 2015; and

WHEREAS, in order to afford all Participating Parties an opportunity to review the expert reports and provide ample time to prepare for and conduct expert depositions, the Debtors made modifications to the dates concerning expert discovery; and

WHEREAS, it was further necessary to modify the remainder of the schedule to accommodate the modified expert discovery dates; and

WHEREAS, pursuant to paragraph 20 of the Scheduling Order, the Debtors proposed certain modifications to the dates contained in paragraph 7 of the Scheduling Order, as set forth below, and shared their proposal with all Participating Parties; and

WHEREAS, the EFH Official Committee and the EFH Indenture Trustee have agreed to the Debtors' proposed modifications, and no Participating Party has raised any objection to the proposal~~.~~; and

WHEREAS, on October 14, 2015, the Debtors filed the *Notice of Agreed Amendments to the Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization* [D.I. 6464]; and

WHEREAS, on October 15, 2015, the Court held an initial pretrial conference as outlined under paragraph 7 of the Scheduling Order; and

---

[2] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Scheduling Order.

WHEREAS, in light of the Court's initial pretrial conference the Debtors are hereby providing revised modifications to the dates contained in paragraph 7 of the Scheduling Order. A redline marked against D.I. 6464 showing the modifications made is attached hereto as **Exhibit A.**

NOW THEREFORE, the Debtors, with the consent of the Participating Parties, hereby amend the dates contained in paragraph 7 as follows:

*Expert Discovery*

a. **Monday, October 26, 2015,** shall be the date on which all expert discovery shall be complete. Deposition notices must be served no later than seven days prior to the deposition date, and any objections thereto must be served no later than five days before the deposition date; *provided*, *however*, that the objection deadline will be no earlier than three days after the date the deposition notices are served.

*Pretrial, Trial, and Post-trial Events*

b. **Friday, October 23, 2015,** shall be the deadline by which any party, including the Participating Parties, must file any objections to the Settlement Motion or the Plan. The parties are relieved from the Local Rules on page limits for objections.

c. **Friday, October 23, 2015,** shall be the date by which the Participating Parties must meet and confer with a view toward narrowing and resolving their evidentiary disputes (the "Plan and Settlement Motion Meet and Confer"). The Plan and Settlement Motion Meet and Confer may be held either in person or by telephone.

d. **Friday, October 23, 2015,** shall be the deadline by which Participating Parties must file pretrial briefs.

e. **Monday, October 26, 2015,** shall be the deadline by which Participating Parties must serve a final list of witnesses and exhibits they intend to offer at the Confirmation Hearing. Witness lists shall identify all witnesses that each Participating Party will call or may call at the Confirmation Hearing and shall provide a brief summary of each witness's anticipated testimony.

f. **Tuesday, October 27, 2015,** shall be the deadline by which Participating Parties seeking to admit a deposition transcript excerpt as evidence at the Confirmation Hearing must serve a notice identifying the specific excerpts to be offered.

3

g. **Tuesday, October 27, 2015,** shall be the deadline by which Participating Parties must submit a proposed joint final pretrial order per Local Bankruptcy Rule 7016-2(d).

h. **Wednesday, October 28, 2015 at 11:00 a.m.** shall be the date and time of the final pretrial conference.

i. **Wednesday, October 28, 2015,** shall be the deadline by which Participating Parties must serve objections to final witness and exhibit lists and motions *in limine*.

j. **Thursday October 29, 2015,** shall be the deadline by which any Participating Parties objecting to a designation of a deposition transcript must serve their objection and by which any Participating Parties seeking to admit a deposition transcript excerpt as counter-evidence at the Confirmation Hearing must serve a notice identifying the specific excerpts to be offered.

k. **Friday, October 30, 2015,** shall be the deadline by which Participating Parties must serve objections to deposition counter-designations.

l. **Friday, October 30, 2015,** shall be the date by which the Participating Parties must file oppositions to any motions *in limine*.

m. **Friday, October 30, 2015,** shall be the deadline by which the Debtors and all Plan Supporters must file their reply to all timely objections to the Settlement Motion or the Plan.

n. **Tuesday, November 3, 2015 at 11:00 a.m.** shall be the date and time of the start of the Confirmation Hearing, which shall include consideration of the Settlement Motion.  The Confirmation Hearing will continue from day to day, as the Court's schedule permits, until completed; provided, however, the Confirmation Hearing may be continued from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on all parties entitled to notice.

Trial time will be divided equally between Plan supporters and Plan objectors, to be monitored by a chess clock. The Court will consider the submission of written directs upon request by the parties, which submissions shall not count against the submitting party's available trial time.

4

*[Remainder of page intentionally left blank.]*

Dated:  October ~~14~~15, 2015
       Wilmington, Delaware

_____*/s/ Jason M. Madron*_____
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York,  NY 10022

Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice)*
Chad J. Husnick (admitted *pro hac vice)*
Andrew McGaan (admitted *pro hac vice)*
Brenton A. Rogers (admitted *pro hac vice)*
Steven N. Serajeddini (admitted *pro hac vice)*
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession*

**EXHIBIT A**

| Comparison Details | |
|---|---|
| Title | **pdfDocs compareDocs Comparison Results** |
| Date & Time | 10/15/2015 4:42:20 PM |
| Comparison Time | 1.19 seconds |
| compareDocs version | v3.4.15.4 |

| Sources | |
|---|---|
| Original Document | [#13156656] [v1] EFH - Notice of Agreed Amendments to Plan Confirmation Protocol Order Dates and Deadlines.docxDMS Information |
| Modified Document | [#13161325] [v1] EFH - Notice of Revised Agreed Amendments to Plan Confirmation Protocol Order Dates and Deadlines.docxDMS information |

| Comparison Statistics | |
|---|---|
| Insertions | 11 |
| Deletions | 4 |
| Changes | 6 |
| Moves | 0 |
| TOTAL CHANGES | 21 |
| | |
| | |
| | |
| | |
| | |

| Word Rendering Set Markup Options | |
|---|---|
| Name | Standard |
| Insertions | |
| Deletions | |
| Moves / Moves | |
| Inserted cells | |
| Deleted cells | |
| Merged cells | |
| Formatting | Color only. |
| Changed lines | Mark left border. |
| Comments color | ByAuthorcolor options] |
| Balloons | False |

| compareDocs Settings Used | Category | Option Selected |
|---|---|---|
| Open Comparison Report after Saving | General | Always |
| Report Type | Word | Track Changes |
| Character Level | Word | False |
| Include Headers / Footers | Word | True |
| Include Footnotes / Endnotes | Word | True |
| Include List Numbers | Word | True |
| Include Tables | Word | True |
| Include Field Codes | Word | True |
| Include Moves | Word | True |
| Show Track Changes Toolbar | Word | True |
| Show Reviewing Pane | Word | False |
| Update Automatic Links at Open | Word | False |
| Summary Report | Word | End |
| Include Change Detail Report | Word | Separate |
| Document View | Word | Print |
| Remove Personal Information | Word | False |