**EXHIBIT A**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE:1
RUN DATE: June 23, 2015  REF: 882354

CLIENT - MATTER    E0700 Energy Future Competitive Holdings Compa
1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| Case Administration | | | | |
| 05/01/15 | Prepare hearing binder for 5/4/15 | 0.70 | 161.00 | 1591 SLS |
| 05/07/15 | Review email from J. Madron re scheduling of telephonic hearing | 0.10 | 32.50 | 1520 ASA |
| 05/11/15 | Update calendar | 0.50 | 115.00 | 1591 SLS |
| 05/12/15 | Coordinate telephonic appearance for 5/13 hearing | 0.40 | 92.00 | 1591 SLS |
| 05/13/15 | Prepare hearing binder for 5/13 | 0.40 | 92.00 | 1591 SLS |
| 05/15/15 | Retrieve and calendar H. Sawyer deposition Notice | 0.20 | 46.00 | 1591 SLS |
| 05/18/15 | Review docket and pleadings reconcile calendar | 1.00 | 230.00 | 1591 SLS |
| 05/19/15 | Review docket and pleadings reconcile calendar | 0.50 | 115.00 | 1591 SLS |
| 05/20/15 | Review efile notices and download documents | 0.40 | 92.00 | 1591 SLS |
| 05/20/15 | Update calendar | 0.20 | 46.00 | 1591 SLS |
| 05/27/15 | Retrieve and circulate letter to Court regarding depositions and discovery requests | 0.20 | 46.00 | 1591 SLS |
| 05/28/15 | Retrieve notice of telephonic hearing and coordinate attorney appearance to same | 0.40 | 92.00 | 1591 SLS |
| 05/28/15 | Review docket regarding matters scheduled for 6/1 hearing | 0.40 | 92.00 | 1591 SLS |
| 05/29/15 | Retrieve and review agenda for 6/1 and other recent pleadings | 1.10 | 253.00 | 1591 SLS |
| 05/29/15 | Prepare binder for 6/1 hearing | 1.00 | 230.00 | 1591 SLS |
| | TOTAL Case Administration | 7.50 | 1,734.50 | |
| Fee/Employment Applications | | | | |
| 05/01/15 | Draft certification of no objection to MTO's 4th monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 05/01/15 | Review of email from co-counsel re: CNO to MTO fee application | 0.10 | 47.50 | 1592 DPP |
| 05/01/15 | Review of CNO to MTO fee application | 0.20 | 95.00 | 1592 DPP |
| 05/05/15 | Prepare CNO for filing and efile same | 0.20 | 28.00 | 1051 SBM |
| 05/05/15 | Review of MTO Certification of No Objection | 0.20 | 95.00 | 1592 DPP |
| 05/06/15 | Prepare notice of Munger Tolls 5th MFS | 0.30 | 42.00 | 1051 SBM |
| 05/06/15 | Prepare for and efile 5th MFS of Munger Tolls | 0.20 | 28.00 | 1051 SBM |
| 05/06/15 | Emails with co-counsel re: MTO March fee application | 0.30 | 142.50 | 1592 DPP |
| 05/06/15 | Review of notice to MTO March fee application | 0.30 | 142.50 | 1592 DPP |
| 05/06/15 | Review of MTO March fee application | 0.30 | 142.50 | 1592 DPP |
| 05/13/15 | Review April Monthly fee statement invoice | 0.70 | 161.00 | 1591 SLS |
| 05/14/15 | Draft of budget for June | 1.20 | 570.00 | 1592 DPP |
| 05/15/15 | Draft MDMC Certification of No Objection to Monthly Fee Statement | 0.30 | 69.00 | 1591 SLS |
| 05/15/15 | File Certification of No Objection to MDMC monthly fee statement | 0.10 | 23.00 | 1591 SLS |
| 05/15/15 | Review of CNO for monthly fee application | 0.20 | 95.00 | 1592 DPP |
| 05/15/15 | Draft and email to Debtors June budget | 1.20 | 570.00 | 1592 DPP |
| 05/18/15 | Emails re objection deadline and filing of certificate of no objection for S. Price | 0.20 | 65.00 | 1520 ASA |
| 05/18/15 | Prepare MDMC payment package for 2nd monthly fee statement | 0.60 | 138.00 | 1591 SLS |
| 05/18/15 | Draft MDMC 3rd monthly fee statement | 0.40 | 92.00 | 1591 SLS |
| 05/18/15 | Draft Certification of No Objection regarding Greenhill monthly fee statement | 0.10 | 23.00 | 1591 SLS |
| 05/18/15 | Email with counsel to Greenhill re: March CNO to fee statement | 0.20 | 95.00 | 1592 DPP |
| 05/20/15 | Finalize, file and forward Greenhill certification of no objection to monthly fee statement | 0.50 | 115.00 | 1591 SLS |
| 05/21/15 | Finalize, file and forward for service MDMC 4th monthly fee statement | 0.40 | 92.00 | 1591 SLS |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE: 2
RUN DATE: June 23, 2015  REF: 882354

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 05/21/15 | Draft MDMC 1st Interim Fee Application | 2.90 | 667.00 | 1591 SLS |
| 05/22/15 | Draft MTO certification of No Objection to 5th Monthly Fee Statement | 0.10 | 23.00 | 1591 SLS |
| 05/22/15 | Draft MDMC 1st Interim Fee Application | 2.90 | 667.00 | 1591 SLS |
| 05/26/15 | Continued drafting MDMC 1st Interim Fee Application | 1.00 | 230.00 | 1591 SLS |
| 05/27/15 | Correspondence with MTO regarding Certification of No Objection to MTO 5th monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 05/27/15 | Edit MTO Certifcation of No Objection to 5th monthly fee statement | 0.10 | 23.00 | 1591 SLS |
| 05/27/15 | Review of CNO notice for MTO application | 0.20 | 95.00 | 1592 DPP |
| 05/28/15 | Review of first interim fee application | 0.60 | 285.00 | 1592 DPP |
| 05/29/15 | File MTO Certifcation of No objection to 5th monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| | TOTAL Fee/Employment Applications | 16.60 | 4,999.00 | |

Litigation

| | | | | |
|---|---|---|---|---|
| 05/03/15 | Review and respond to emails with D. Primack re covering hearing on Monday | 0.30 | 97.50 | 1520 ASA |
| 05/03/15 | Emails with A. Applebaum re: hearing on Monday | 0.30 | 142.50 | 1592 DPP |
| 05/04/15 | Attend hearing re plan/confirmation scheduling order and other issues | 3.60 | 1170.00 | 1520 ASA |
| 05/04/15 | Continue hearing attendance in bankruptcy court | 1.30 | 422.50 | 1520 ASA |
| 05/04/15 | Meeting with D. Primack re hearing and follow-up needed re appending transcript for counsel | 0.20 | 65.00 | 1520 ASA |
| 05/04/15 | Emails with co-counsel re: hearing issues | 0.30 | 142.50 | 1592 DPP |
| 05/04/15 | Review of emails from A. Applebaum re: hearing | 0.30 | 142.50 | 1592 DPP |
| 05/05/15 | Review hearing transcript and emails re same with D. Primack and co-counsel | 0.30 | 97.50 | 1520 ASA |
| 05/12/15 | Review and respond to emails with D. Primack and MTO re telephonic hearing | 0.20 | 65.00 | 1520 ASA |
| 05/12/15 | Review draft letter re EFH objection and email comments re same to D. Primack | 0.30 | 97.50 | 1520 ASA |
| 05/12/15 | Discuss letter re EFH objection with D. Primack, review rules and prior correspondence in case and discuss further editing to letter with D. Primack | 0.30 | 97.50 | 1520 ASA |
| 05/12/15 | File Letter regarding standing motions and forward to agent for service | 0.30 | 69.00 | 1591 SLS |
| 05/12/15 | Email with co-counsel re: letter response to EFH objection | 0.20 | 95.00 | 1592 DPP |
| 05/12/15 | Review of letter response to EFH objection | 0.40 | 190.00 | 1592 DPP |
| 05/13/15 | Attendance at telephonic hearing | 1.10 | 522.50 | 1592 DPP |
| 05/14/15 | Review of deposition notices regarding H. Sawyer | 0.50 | 237.50 | 1592 DPP |
| 05/18/15 | Review of notices of discovery and depositions with regard to H. Sawyer | 0.30 | 142.50 | 1592 DPP |
| 05/18/15 | Call with counsel from TCEH Committee re: discovery requests | 0.20 | 95.00 | 1592 DPP |
| 05/19/15 | Review multiple production requests and notices of deposition for H. Sawyer | 0.50 | 115.00 | 1591 SLS |
| 05/28/15 | Review of applicable pleadings in preparation of telephonic conference | 0.60 | 285.00 | 1592 DPP |
| 05/28/15 | Attendance at telephonic conference | 0.70 | 332.50 | 1592 DPP |
| | TOTAL Litigation | 12.20 | 4,624.00 | |

**TOTAL HOURS:** 36.30

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION | PAGE: 3
RUN DATE: June 23, 2015 | REF: 882354

| ACTIVITY DATE | DESCRIPTION OF DISBURSEMENT | AMOUNT | |
|---|---|---|---|
| 04/09/15 | American Express: Pro Hac Filings. | 50.00 | |
| | TOTAL Filing Fees | | 50.00 |
| 05/06/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2315255; DATE: 5/6/2015. Transcript. | 236.40 | |
| 05/14/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2322947; DATE: 5/14/2015. Transcript. | 63.60 | |
| | TOTAL Transcripts | | 300.00 |
| 05/21/15 | American Express: Courtcall for D. Primack. | 44.00 | |
| | TOTAL Court Calls | | 44.00 |
| 05/14/15 | VENDOR: PARCELS INC., - D D R; INVOICE#: 576661; DATE: 5/14/2015. Messenger service to Judge Christopher S. Sontchi on 05/12/15. | 7.50 | |
| | TOTAL Messenger Services | | 7.50 |
| 05/31/15 | Pacer charge for the month of May Acct# MH0032 | 5.10 | |
| 05/31/15 | Pacer charge for the month of May Acct# MH0032 | 3.00 | |
| 05/31/15 | Pacer charge for the month of May Acct# MH0032 | 8.80 | |
| | TOTAL Pacer | | 16.90 |
| | TOTAL DISBURSEMENTS VALUE | | 418.40 |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

| FEE APPLICATION | PAGE: 4 |
|---|---|
| RUN DATE: June 23, 2015 | REF: 882354 |

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| DPP | 9.90 | 475.00 | 4,702.50 |
| ASA | 6.80 | 325.00 | 2,210.00 |
| SLS | 18.90 | 230.00 | 4,347.00 |
| SBM | 0.70 | 140.00 | 98.00 |

| Task | Hours | Amount |
|---|---|---|
| D24 - Case Administration | 7.50 | 1734.50 |
| D27 - Fee/Employment Applications | 16.60 | 4999.00 |
| D30 - Litigation | 12.20 | 4624.00 |

| Disbursement Code | Amount |
|---|---|
| 04 - Filing Fees | 50.00 |
| 10 - Transcripts | 300.00 |
| 12 - Court Calls | 44.00 |
| 16 - Messenger Services | 7.50 |
| 36 - Pacer | 16.90 |

| | |
|---|---|
| TOTAL FEES | 11,357.50 |
| TOTAL DISB | 418.40 |
| TOTAL BALANCE DUE | 11,775.90 |

**EXHIBIT B**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  
RUN DATE: July 24, 2015

PAGE: 1  
REF: 886788

CLIENT - MATTER  E0700 Energy Future Competitive Holdings Compa  
1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 06/01/15 | Review revised agenda and prepare for hearing | 0.30 | 97.50 | 1520 ASA |
| 06/01/15 | Meeting with D. Primack, discuss hearing and judge's ruling on motion to extend exclusivity | 0.20 | 65.00 | 1520 ASA |
| 06/01/15 | Coordinate Transcript request for 5/28 hearing | 0.40 | 92.00 | 1591 SLS |
| 06/02/15 | Coordinate retrieval of hearing transcript from 6/1 | 0.10 | 23.00 | 1591 SLS |
| 06/02/15 | Retrieve and forward 6/1 hearing transcript | 0.10 | 23.00 | 1591 SLS |
| 06/03/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| 06/05/15 | Retrieve hearing notice and coordinate D. Primack appearance | 0.20 | 46.00 | 1591 SLS |
| 06/09/15 | Review and respond to emails re Greenhill fee application | 0.20 | 65.00 | 1520 ASA |
| 06/09/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| 06/16/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| 06/16/15 | Review Opinion | 1.00 | 230.00 | 1591 SLS |
| 06/22/15 | Prepare hearing binder for 6/24 | 0.80 | 184.00 | 1591 SLS |
| 06/22/15 | Coordinate Greenhill telephonic appearance for 6/24 hearing | 0.20 | 46.00 | 1591 SLS |
| 06/23/15 | Retrieve and circulate agenda | 0.30 | 69.00 | 1591 SLS |
| 06/24/15 | Prepare hearing binder for 6/25 | 1.80 | 414.00 | 1591 SLS |
| 06/25/15 | Meeting with D. Primack, discuss hearing and next steps in bankruptcy case | 0.20 | 65.00 | 1520 ASA |
| 06/26/15 | Coordinate receipt of 6/25 hearing transcript | 0.30 | 69.00 | 1591 SLS |
| 06/30/15 | Update calendar | 0.20 | 46.00 | 1591 SLS |
| | **TOTAL Case Administration** | **6.60** | **1,603.50** | |
| **Fee/Employment Applications** | | | | |
| 06/01/15 | Review of first interim application | 1.30 | 617.50 | 1592 DPP |
| 06/01/15 | Email of first interim application to client | 0.50 | 237.50 | 1592 DPP |
| 06/02/15 | Draft Notice of MTO 4/2015 monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 06/02/15 | Finalize MTO 4/2015 monthly fee statement with Notice, file and forward for service | 0.50 | 115.00 | 1591 SLS |
| 06/02/15 | Review and filing of co-counsel's monthly fee statement | 0.50 | 237.50 | 1592 DPP |
| 06/04/15 | Review and respond to emails re Greenhill fee application and hearing on same | 0.20 | 65.00 | 1520 ASA |
| 06/04/15 | Review of Greenhill fee statement | 0.20 | 95.00 | 1592 DPP |
| 06/05/15 | Review and respond to emails with D. Primack and S. Shidner re hearing on interim fee application | 0.20 | 65.00 | 1520 ASA |
| 06/05/15 | Review docket and files regarding 1st interim fee application hearing notices | 0.50 | 115.00 | 1591 SLS |
| 06/05/15 | Finalize for filing Greenhill 4th monthly fee statement and draft notice | 0.20 | 46.00 | 1591 SLS |
| 06/05/15 | File Greenhill 4th monthly fee statement and forward for service | 0.50 | 115.00 | 1591 SLS |
| 06/07/15 | Review of supplemental conflict report and declaration of same | 4.10 | 1947.50 | 1592 DPP |
| 06/08/15 | Review of client's remarks to interim fee application | 0.40 | 190.00 | 1592 DPP |
| 06/08/15 | Review of supplemental conflict check | 2.90 | 1377.50 | 1592 DPP |
| 06/09/15 | Retrieve Notice of Interim Fee Hearing | 0.10 | 23.00 | 1591 SLS |
| 06/09/15 | Emails with co-counsel re: fee hearing June 24th | 0.30 | 142.50 | 1592 DPP |
| 06/09/15 | Review of memorandum from fee committee | 0.30 | 142.50 | 1592 DPP |
| 06/10/15 | Email with MTO re: supplemental declaration | 0.20 | 95.00 | 1592 DPP |
| 06/11/15 | Edit MDMC 1st interim fee application | 0.40 | 92.00 | 1591 SLS |
| 06/11/15 | Draft Notice of MTO 2nd Supplemental Declaration | 0.80 | 184.00 | 1591 SLS |
| 06/11/15 | Draft of supplemental conflicts declaration | 3.20 | 1520.00 | 1592 DPP |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION　　　　　　　　　　　　　　　　　　　PAGE: 2
RUN DATE: July 24, 2015　　　　　　　　　　　　　　　　REF: 886788

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 06/12/15 | Edit and finalize Notice of MTO 2nd Supplemental Declaration with exhibits | 0.60 | 138.00 | 1591 SLS |
| 06/12/15 | File MTO 2nd Supplemental Declaration | 0.30 | 69.00 | 1591 SLS |
| 06/12/15 | Review of MTO's supplemental conflicts declaration | 1.40 | 665.00 | 1592 DPP |
| 06/12/15 | Emails with co-counsel re: supplemental conflicts declaration | 0.30 | 142.50 | 1592 DPP |
| 06/12/15 | Draft of MDMC supplement conflict declaration | 2.30 | 1092.50 | 1592 DPP |
| 06/15/15 | Review and respond to multiple emails throughout day re filing and preparation of interim fee applications | 0.40 | 130.00 | 1520 ASA |
| 06/15/15 | Draft Greenhill Interim Fee Application Notice | 0.10 | 23.00 | 1591 SLS |
| 06/15/15 | Draft MTO Notice of Interim Fee Application | 0.30 | 69.00 | 1591 SLS |
| 06/15/15 | Review and edit MDMC May Invoice | 0.40 | 92.00 | 1591 SLS |
| 06/15/15 | Draft MDMC Supplemental Declaration regarding retention | 1.00 | 230.00 | 1591 SLS |
| 06/15/15 | Finalize for filing Greenhill Interim Fee Application | 0.50 | 115.00 | 1591 SLS |
| 06/15/15 | Finalize for filing MTO Interim Fee Application | 0.50 | 115.00 | 1591 SLS |
| 06/15/15 | Finalize for filing MDMC Interim Fee Application | 0.50 | 115.00 | 1591 SLS |
| 06/15/15 | File and forward for service MDMC 1st interim fee application | 0.30 | 69.00 | 1591 SLS |
| 06/15/15 | File and forward for service Greenhill's 2nd interim fee application | 0.30 | 69.00 | 1591 SLS |
| 06/15/15 | File and forward for service MTO's 2nd interim fee application | 0.30 | 69.00 | 1591 SLS |
| 06/15/15 | Emails with co-counsel re: interim fee applications | 0.60 | 285.00 | 1592 DPP |
| 06/15/15 | Review of MDMC interim fee application | 0.60 | 285.00 | 1592 DPP |
| 06/15/15 | Review of MTO interim fee application | 0.90 | 427.50 | 1592 DPP |
| 06/15/15 | Review of Greenhill interim fee application | 0.60 | 285.00 | 1592 DPP |
| 06/15/15 | Draft of July budget | 1.10 | 522.50 | 1592 DPP |
| 06/15/15 | Review of CNO for MDMC monthly fee statement | 0.30 | 142.50 | 1592 DPP |
| 06/16/15 | Retrieve Fee Examiner's Report on Interim Fee Applications | 0.10 | 23.00 | 1591 SLS |
| 06/16/15 | Draft Certification of No Objection to MDMC 3rd monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 06/16/15 | Finalize and file Certification of No Objection to MDMC 3rd montly fee statement | 0.50 | 115.00 | 1591 SLS |
| 06/16/15 | Prepare payment package | 0.80 | 184.00 | 1591 SLS |
| 06/17/15 | Edit MDMC Supplemental Declaration | 0.40 | 92.00 | 1591 SLS |
| 06/17/15 | Finalize for review - MDMC Supplemental Declaration | 0.40 | 92.00 | 1591 SLS |
| 06/17/15 | Edits to supplemental conflicts declaration | 1.70 | 807.50 | 1592 DPP |
| 06/18/15 | Reconcile and update conflict entities search with previously filed list | 0.50 | 115.00 | 1591 SLS |
| 06/18/15 | Finalize for filing Supplemental Declaration | 0.10 | 23.00 | 1591 SLS |
| 06/19/15 | Edit Supplemental Declaration | 0.50 | 115.00 | 1591 SLS |
| 06/19/15 | Draft MDMC monthly fee statement for May | 0.30 | 69.00 | 1591 SLS |
| 06/19/15 | Finalize and file MDMC Supplemental Declaration | 0.40 | 92.00 | 1591 SLS |
| 06/19/15 | Edits to supplemental declaration and conflict check | 2.10 | 997.50 | 1592 DPP |
| 06/22/15 | Emails re hearing on fee application | 0.20 | 65.00 | 1520 ASA |
| 06/22/15 | Email with counsel to Greenhill re: fee hearing | 0.20 | 95.00 | 1592 DPP |
| 06/23/15 | Correspondence to accounting regarding LEDES formatted invoices for interim fee applications | 0.10 | 23.00 | 1591 SLS |
| 06/23/15 | Update calendar | 0.20 | 46.00 | 1591 SLS |
| 06/23/15 | Correspondence with accounting regarding LEDES formatted invoicing | 0.20 | 46.00 | 1591 SLS |
| 06/24/15 | Draft MTO certifcation of no objection to monthly fee statement April | 0.40 | 92.00 | 1591 SLS |
| 06/24/15 | Review Fee Committee memos | 1.70 | 391.00 | 1591 SLS |
| 06/24/15 | Review of CNO for MTO monthly fee application | 0.20 | 95.00 | 1592 DPP |
| 06/24/15 | Review of MDMC fourth monthly fee statement | 0.40 | 190.00 | 1592 DPP |
| 06/25/15 | Prepare (2) Fee Committee binders | 0.40 | 92.00 | 1591 SLS |
| 06/25/15 | Finalize, file and forward for service MDMC monthly fee statement | 0.40 | 92.00 | 1591 SLS |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

| | FEE APPLICATION | | | PAGE: 3 |
| | RUN DATE: July 24, 2015 | | | REF: 886788 |

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| | for May | | | |
| 06/25/15 | File MTO certifcation of no objection to April monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 06/29/15 | E-mails with C. Price re Greenhill fee application, deadline for filing CNO. | 0.20 | 65.00 | 1520 ASA |
| 06/29/15 | E-mails re revisions and filing of fee applications. | 0.20 | 65.00 | 1520 ASA |
| 06/29/15 | Draft Certification of No Objection to Greenhill's 4th monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 06/29/15 | File Certification of No Objection to Greenhill's 4th monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 06/29/15 | Email with counsel to Greenhill re: CNO on fee statement | 0.20 | 95.00 | 1592 DPP |
| 06/29/15 | Email with MTO re: filing of monthly fee statement | 0.20 | 95.00 | 1592 DPP |
| 06/30/15 | Prepare and forward files to Fee Committee for MDMC 1st Interim Fee Application | 0.40 | 92.00 | 1591 SLS |
| 06/30/15 | Finalize for filing Greenhill's 5th monthly fee statement | 0.30 | 69.00 | 1591 SLS |
| 06/30/15 | Draft Notice of Greenhill's 5th monthly fee statement | 0.30 | 69.00 | 1591 SLS |
| 06/30/15 | File Greenhill's 5th monthly fee statement and forward for service | 0.30 | 69.00 | 1591 SLS |
| | **TOTAL Fee/Employment Applications** | 46.20 | 17,374.00 | |
| **Litigation** | | | | |
| 06/01/15 | Attend hearing on motion to extend exclusivity | 2.20 | 715.00 | 1520 ASA |
| 06/01/15 | Emails with co-counsel re: May 28 hearing | 0.30 | 142.50 | 1592 DPP |
| 06/01/15 | Emails with co-counsel re: June 1 hearing | 0.30 | 142.50 | 1592 DPP |
| 06/02/15 | Review recent transcripts from hearings | 0.90 | 427.50 | 1592 DPP |
| 06/05/15 | Emails with co-counsel re: upcoming telephonic hearing | 0.20 | 95.00 | 1592 DPP |
| 06/09/15 | Review of joint letter from Debtors and disinterested directors re: discovery issues | 0.40 | 190.00 | 1592 DPP |
| 06/25/15 | Preparation for and attendance at hearing | 3.00 | 1425.00 | 1592 DPP |
| | **TOTAL Litigation** | 7.30 | 3,137.50 | |
| | **TOTAL HOURS:** | **60.10** | | |

| ACTIVITY DATE | DESCRIPTION OF DISBURSEMENT | AMOUNT | |
|---|---|---|---|
| 06/09/15 | American Express: Court Call- Telephonic hearing- D. Primack. | 30.00 | |
| 06/19/15 | American Express: Court Call- Telephonic Hearing- C. Price. | 44.00 | |
| | TOTAL Conference Calls | | 74.00 |
| | TOTAL DISBURSEMENTS VALUE | | 74.00 |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

| | FEE APPLICATION | | PAGE: 4 |
|---|---|---|---|
| | RUN DATE: July 24, 2015 | | REF: 886788 |

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| DPP | 32.10 | 475.00 | 15,247.50 |
| ASA | 4.50 | 325.00 | 1,462.50 |
| SLS | 23.50 | 230.00 | 5,405.00 |

| Task | Hours | Amount |
|---|---|---|
| D24 - Case Administration | 6.60 | 1603.50 |
| D27 - Fee/Employment Applications | 46.20 | 17374.00 |
| D30 - Litigation | 7.30 | 3137.50 |

| Disbursement Code | Amount |
|---|---|
| 90 - Conference Calls | 74.00 |

| | |
|---|---|
| TOTAL FEES | 22,115.00 |
| TOTAL DISB | 74.00 |
| TOTAL BALANCE DUE | 22,189.00 |

# EXHIBIT C

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  
RUN DATE: August 24, 2015

PAGE: 1  
REF: 889809

CLIENT - MATTER     E0700 Energy Future Competitive Holdings Compa  
                             1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 07/01/15 | Update calendar regarding Disclosure Statement hearing | 0.10 | 23.00 | 1591 SLS |
| 07/02/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| 07/02/15 | Retrieve order scheduling plan/disclosure deadlines and update calendar | 0.60 | 138.00 | 1591 SLS |
| 07/06/15 | Continued update of calendar regarding confirmation related deadlines | 0.60 | 138.00 | 1591 SLS |
| 07/06/15 | Draft and review emails to/from DPP re: hearing on Thursday 7/9 | 0.30 | 69.00 | 1674 JDA |
| 07/07/15 | Research status of standing motions and hearing on same | 1.20 | 276.00 | 1591 SLS |
| 07/10/15 | Update calendar | 0.20 | 46.00 | 1591 SLS |
| 07/15/15 | Retrieve and circulate agenda canceling hearing | 0.10 | 23.00 | 1591 SLS |
| 07/28/15 | Review efile notices and download documents | 0.40 | 92.00 | 1591 SLS |
| | **TOTAL Case Administration** | 3.60 | 828.00 | |
| **Claims Administration and Objections** | | | | |
| 07/02/15 | Emails with co-counsel re: possible claims objections | 0.40 | 190.00 | 1592 DPP |
| 07/06/15 | Emails with MTO re: possible claims objection | 0.30 | 142.50 | 1592 DPP |
| 07/06/15 | Review of conflicts for possible claims objection | 0.50 | 237.50 | 1592 DPP |
| | **TOTAL Claims Administration and Objections** | 1.20 | 570.00 | |
| **Fee/Employment Applications** | | | | |
| 07/02/15 | Draft Notice of MTO May monthly fee statement | 0.10 | 23.00 | 1591 SLS |
| 07/02/15 | Finalize, file and forward for service MTO 7th montly fee statement | 0.40 | 92.00 | 1591 SLS |
| 07/02/15 | Review of MTO monthly fee application | 0.20 | 95.00 | 1592 DPP |
| 07/07/15 | Review and edit MDMC June invoice | 0.50 | 115.00 | 1591 SLS |
| 07/14/15 | Email with co-counsel re: supplemental disclosure | 0.20 | 95.00 | 1592 DPP |
| 07/15/15 | Draft Notice of MTO 3rd Supplemental Declaration | 0.20 | 46.00 | 1591 SLS |
| 07/15/15 | Finalize for filing MTO 3rd Supplemental Declaration | 0.10 | 23.00 | 1591 SLS |
| 07/15/15 | File and forward for service - MTO 3rd Supplemental Declaration | 0.50 | 115.00 | 1591 SLS |
| 07/15/15 | Draft of monthly budget for client | 0.80 | 380.00 | 1592 DPP |
| 07/15/15 | Review of MTO supplemental declaration | 0.30 | 142.50 | 1592 DPP |
| 07/17/15 | Draft Greenhill Certification of No Objection to 5th monthly fee statement | 0.10 | 23.00 | 1591 SLS |
| 07/20/15 | Emails re Greenhill fee application | 0.10 | 32.50 | 1520 ASA |
| 07/23/15 | Prepare for and efile Certificate of No Objection re 5th Monthly Fee Statement of Greenhill | 0.30 | 42.00 | 1051 SBM |
| 07/23/15 | Review of CNO for Greenhill monthly fee statement | 0.30 | 142.50 | 1592 DPP |
| 07/27/15 | Finalize and file Certification of No Objection to MTO monthly fee statement | 0.90 | 207.00 | 1591 SLS |
| 07/28/15 | Review Trustees Letter regarding missing items from MDMC 1st Interim Fee Application | 0.40 | 92.00 | 1591 SLS |
| 07/30/15 | Draft Supplement to MDMC 1st Interim Fee application | 1.60 | 368.00 | 1591 SLS |
| 07/30/15 | Draft MDMC June monthly fee statement | 0.30 | 69.00 | 1591 SLS |
| 07/30/15 | Prepare certification of no objection to MDMC May monthly fee statement | 0.70 | 161.00 | 1591 SLS |
| 07/31/15 | File MDMC certification of no objection to monthly fee statement and prepre payment package | 0.80 | 184.00 | 1591 SLS |
| | **TOTAL Fee/Employment Applications** | 8.80 | 2,447.50 | |
| **Plan and Disclosure Statement** | | | | |
| 07/31/15 | Retrieve discovery requests and update calendar | 0.40 | 92.00 | 1591 SLS |
| | **TOTAL Plan and Disclosure Statement** | 0.40 | 92.00 | |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

| | FEE APPLICATION | | | PAGE: 2 |
| | RUN DATE: August 24, 2015 | | | REF: 889809 |

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| Fee Applications - Others | | | | |
| 07/22/15 | Emails with Chapman re fee application and certificate of no objection | 0.20 | 65.00 | 1520 ASA |
| | TOTAL Fee Applications - Others | 0.20 | 65.00 | |
| | **TOTAL HOURS:** | **14.20** | | |

| ACTIVITY DATE | DESCRIPTION OF DISBURSEMENT | AMOUNT | |
|---|---|---|---|
| 06/26/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2358385; DATE: 6/26/2015. Transcript. | 110.40 | |
| | TOTAL Transcripts | | 110.40 |
| 07/31/15 | Pacer charge for the month of July 2015 Acct# MH0032 | 3.00 | |
| | TOTAL Pacer | | 3.00 |
| 07/09/15 | American Express: Court Call- C. Price. | 30.00 | |
| | TOTAL Conference Calls | | 30.00 |
| | TOTAL DISBURSEMENTS VALUE | | 143.40 |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE: 3
RUN DATE: August 24, 2015  REF: 889809

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| DPP | 3.00 | 475.00 | 1,425.00 |
| ASA | 0.30 | 325.00 | 97.50 |
| JDA | 0.30 | 230.00 | 69.00 |
| SLS | 10.30 | 230.00 | 2,369.00 |
| SBM | 0.30 | 140.00 | 42.00 |

| Task | Hours | Amount |
|---|---|---|
| D24 - Case Administration | 3.60 | 828.00 |
| D25 - Claims Administration and Objections | 1.20 | 570.00 |
| D27 - Fee/Employment Applications | 8.80 | 2447.50 |
| D32 - Plan and Disclosure Statement | 0.40 | 92.00 |
| D47 - Fee Applications - Others | 0.20 | 65.00 |

| Disbursement Code | Amount |
|---|---|
| 10 - Transcripts | 110.40 |
| 36 - Pacer | 3.00 |
| 90 - Conference Calls | 30.00 |

|  |  |
|---|---|
| TOTAL FEES | 4,002.50 |
| TOTAL DISB | 143.40 |
| TOTAL BALANCE DUE | 4,145.90 |

**EXHIBIT D**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE:1
RUN DATE: September 18, 2015  REF: 891054

CLIENT - MATTER   E0700 Energy Future Competitive Holdings Compa
1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| Case Administration | | | | |
| 08/07/15 | Review efile notices, download documents and update calendar | 0.10 | 23.00 | 1591 SLS |
| 08/11/15 | Emails re hearing transcript and next steps | 0.20 | 65.00 | 1520 ASA |
| 08/11/15 | Coordinate receipt of 8/11 hearing transcript | 0.40 | 92.00 | 1591 SLS |
| 08/11/15 | Update calendar | 0.20 | 46.00 | 1591 SLS |
| 08/12/15 | Retrieve and circulate draft 8/11 transcript | 0.20 | 46.00 | 1591 SLS |
| 08/14/15 | Retrieve agenda for 8/18 and update calendar | 0.20 | 46.00 | 1591 SLS |
| 08/14/15 | Review efile notices and download documents | 0.30 | 69.00 | 1591 SLS |
| 08/14/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| 08/18/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| 08/20/15 | Review efile notices and download documents | 0.20 | 46.00 | 1591 SLS |
| 08/21/15 | Retrieve and circulate 8/25 agenda | 0.20 | 46.00 | 1591 SLS |
| 08/25/15 | Coordinate receipt of transcript for 8/25 hearing | 0.20 | 46.00 | 1591 SLS |
| 08/27/15 | Update calendar deadlines | 0.30 | 69.00 | 1591 SLS |
| 08/31/15 | Review efile notices and download documents | 0.80 | 184.00 | 1591 SLS |
| | TOTAL Case Administration | 3.50 | 824.00 | |
| Claims Administration and Objections | | | | |
| 08/14/15 | Emails re cross-silo motion | 0.20 | 65.00 | 1520 ASA |
| 08/14/15 | Review and confirm conflict search regarding claimants for POC objections | 0.60 | 138.00 | 1591 SLS |
| 08/17/15 | Review draft Omnibus Objections to Proofs of Claim | 0.30 | 69.00 | 1591 SLS |
| 08/17/15 | Draft Notice of Omnibus Objections to Claims | 0.50 | 115.00 | 1591 SLS |
| 08/17/15 | Finalize, file and forward for service 29th and 30th Omnibus Objections to Proofs of Claim | 1.00 | 230.00 | 1591 SLS |
| 08/17/15 | Review of 29th and 30th claims objections | 2.80 | 1330.00 | 1592 DPP |
| 08/17/15 | Call with D. Klauder re: timing of 29th and 30th claims objections | 0.20 | 95.00 | 1592 DPP |
| 08/17/15 | Review of further edits to 29th and 30th claims objections | 0.80 | 380.00 | 1592 DPP |
| 08/20/15 | Draft (2) Notices of Submission of Claims | 0.50 | 115.00 | 1591 SLS |
| 08/21/15 | Correspondence to E. Bussigel regarding Notices and submission of claims binders | 0.20 | 46.00 | 1591 SLS |
| 08/24/15 | Telephone call to and from B. Witters regarding claims binder submissions | 0.20 | 46.00 | 1591 SLS |
| 08/24/15 | File (2) Notices of Submission and submit claim objection binders to Court | 0.40 | 92.00 | 1591 SLS |
| 08/24/15 | Emails with co-counsel re: proofs of claim submission | 0.30 | 142.50 | 1592 DPP |
| | TOTAL Claims Administration and Objections | 8.00 | 2,863.50 | |
| Fee/Employment Applications | | | | |
| 08/06/15 | Draft Greenhill Notice regarding monthly fee statement and finalize for filing | 0.20 | 46.00 | 1591 SLS |
| 08/06/15 | File Greenhill 6th Monthly Fee Statement and forward for service | 0.20 | 46.00 | 1591 SLS |
| 08/06/15 | Review of Greenhill fee statement | 0.20 | 95.00 | 1592 DPP |
| 08/07/15 | Finalize, file and serve MDMC monthly fee statement | 0.40 | 92.00 | 1591 SLS |
| 08/07/15 | Review of monthly fee statement package | 0.30 | 142.50 | 1592 DPP |
| 08/10/15 | Review and edit July invoice | 0.20 | 46.00 | 1591 SLS |
| 08/10/15 | Review of email from Greenhill counsel re: fees | 0.10 | 47.50 | 1592 DPP |
| 08/17/15 | Draft Notice of MTO's June monthly fee statement | 0.10 | 23.00 | 1591 SLS |
| 08/17/15 | Finalize MTO's 8th monthly fee statement, file and forward for service | 0.70 | 161.00 | 1591 SLS |
| 08/17/15 | Draft of September budget | 0.60 | 285.00 | 1592 DPP |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE: 2
RUN DATE: September 18, 2015  REF: 891054

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 08/17/15 | Review of co-counsel fee statement and notice | 0.30 | 142.50 | 1592 DPP |
| 08/20/15 | Discuss disclosures, how to handle with D. Primack | 0.50 | 300.00 | 1294 GDB |
| 08/20/15 | Draft of supplement to Interim Fee application | 1.20 | 570.00 | 1592 DPP |
| 08/25/15 | Draft MDMC July monthly fee statement | 0.40 | 92.00 | 1591 SLS |
| 08/25/15 | Finalize and file MDMC 6th monthly fee statement | 0.40 | 92.00 | 1591 SLS |
| 08/25/15 | Review of letter from fee committee | 0.20 | 95.00 | 1592 DPP |
| 08/25/15 | Review of Greenhill 7th fee application | 0.20 | 95.00 | 1592 DPP |
| 08/26/15 | Review email from D. Primack: info for supp. submission re fee application | 0.10 | 60.00 | 1294 GDB |
| 08/26/15 | Draft Notice of Greenhill's 7th monthly fee statement | 0.30 | 69.00 | 1591 SLS |
| 08/26/15 | Call with J. Dunlea re: supplement to fee application | 0.20 | 95.00 | 1592 DPP |
| 08/26/15 | Edits to supplement to fee application | 0.50 | 237.50 | 1592 DPP |
| 08/26/15 | Review of fee committee letter | 0.20 | 95.00 | 1592 DPP |
| 08/27/15 | Continue drafting supplemental MDMC 1st interim fee application | 0.20 | 46.00 | 1591 SLS |
| 08/27/15 | finalize for filing Greenhill 7th monthly fee statement | 0.10 | 23.00 | 1591 SLS |
| 08/27/15 | File and forward for service Greenhill's 7th monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 08/27/15 | Draft of supplement to fee application | 0.80 | 380.00 | 1592 DPP |
| 08/28/15 | Review revised draft supplement and email | 0.20 | 120.00 | 1294 GDB |
| 08/28/15 | Call with D. Primack, discuss draft affidavit | 0.20 | 120.00 | 1294 GDB |
| 08/28/15 | Edit Supplement to MDMC 1st Interim Fee Application | 0.70 | 161.00 | 1591 SLS |
| 08/28/15 | Edits to supplement to fee application | 0.80 | 380.00 | 1592 DPP |
| 08/28/15 | Call with G. Bressler re: fee application supplement | 0.20 | 95.00 | 1592 DPP |
| 08/31/15 | Draft certifications of no objection to Greenhill and MDMC monthly fee statements | 0.20 | 46.00 | 1591 SLS |
| 08/31/15 | File (2) certifications of no objection to Greenhill and MDMC monthly fee statements | 0.60 | 138.00 | 1591 SLS |
| | **TOTAL Fee/Employment Applications** | 11.70 | 4,482.00 | |

Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 08/03/15 | Retrieve amended plan and related pleadings | 0.30 | 69.00 | 1591 SLS |
| 08/11/15 | Retrieve amended plan and disclosure documents (and related) | 0.20 | 46.00 | 1591 SLS |
| 08/18/15 | Attendance at status conference hearing | 2.20 | 1045.00 | 1592 DPP |
| 08/18/15 | Review of discovery responses to subpoenas | 0.70 | 332.50 | 1592 DPP |
| 08/18/15 | Emails with co-counsel re: responses to subpoena requests | 0.40 | 190.00 | 1592 DPP |
| 08/24/15 | Edit Notice of Service of Discovery Responses | 0.20 | 46.00 | 1591 SLS |
| 08/24/15 | Draft Notice of Service and Service list for Discovery | 0.70 | 161.00 | 1591 SLS |
| 08/24/15 | Review of notice of service of discovery | 0.30 | 142.50 | 1592 DPP |
| 08/24/15 | Emails with co-counsel re: notice of service of discovery | 0.30 | 142.50 | 1592 DPP |
| 08/24/15 | Review of Debtor's reply to objections to plan and disclosure statement | 0.40 | 190.00 | 1592 DPP |
| 08/25/15 | Continued multiple correspondence with K. Allred regarding discovery responses service list | 0.40 | 92.00 | 1591 SLS |
| 08/25/15 | Correspondence with K. Allred regarding service list for discovery responses | 0.20 | 46.00 | 1591 SLS |
| 08/25/15 | Attendance at hearing | 5.40 | 2565.00 | 1592 DPP |
| 08/25/15 | Emails with co-counsel re: preparation for confirmation hearing | 0.20 | 95.00 | 1592 DPP |
| 08/26/15 | Edit Notice of Service and finalize for filing | 0.30 | 69.00 | 1591 SLS |
| 08/28/15 | Create calendar of deadlines for plan related matters | 1.20 | 276.00 | 1591 SLS |
| 08/28/15 | Review of emails from co-counsel re: discovery issues | 0.40 | 190.00 | 1592 DPP |
| | **TOTAL Plan and Disclosure Statement** | 13.80 | 5,697.50 | |

**TOTAL HOURS:** 37.00

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                                         PAGE: 3
RUN DATE: September 18, 2015                                         REF: 891054

| ACTIVITY DATE | DESCRIPTION OF DISBURSEMENT | AMOUNT | |
|---|---|---|---|
| 08/12/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2396678; DATE: 8/12/2015. Certified transcript. | 223.20 | |
| 08/18/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2401808; DATE: 8/18/2015. Certified transcript. | 98.30 | |
| 08/26/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2408047; DATE: 8/26/2015. Transcript. | 236.40 | |
| | TOTAL Transcripts | | 557.90 |
| 08/24/15 | VENDOR: PARCELS INC., - D D R; INVOICE#: 593932; DATE: 8/24/2015. Messenger service to Judge Christopher Sontchi. | 7.50 | |
| | TOTAL Messenger Services | | 7.50 |
| 08/31/15 | Pacer charge for the month of August 2015 Acct# MH0032 | 6.60 | |
| | TOTAL Pacer | | 6.60 |
| | TOTAL DISBURSEMENTS VALUE | | 572.00 |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE: 4
RUN DATE: September 18, 2015  REF: 891054

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| DPP | 20.20 | 475.00 | 9,595.00 |
| GDB | 1.00 | 600.00 | 600.00 |
| ASA | 0.40 | 325.00 | 130.00 |
| SLS | 15.40 | 230.00 | 3,542.00 |

| Task | Hours | Amount |
|---|---|---|
| D24 - Case Administration | 3.50 | 824.00 |
| D25 - Claims Administration and Objections | 8.00 | 2863.50 |
| D27 - Fee/Employment Applications | 11.70 | 4482.00 |
| D32 - Plan and Disclosure Statement | 13.80 | 5697.50 |

| Disbursement Code | Amount |
|---|---|
| 10 - Transcripts | 557.90 |
| 16 - Messenger Services | 7.50 |
| 36 - Pacer | 6.60 |

|  |  |
|---|---|
| TOTAL FEES | 13,867.00 |
| TOTAL DISB | 572.00 |
| TOTAL BALANCE DUE | 14,439.00 |