## Exhibit D

**Voluntary Rate Disclosures**

**Voluntary Rate Disclosures**

- The blended hourly rate for all Kirkland domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the 12-month period beginning on September 1, 2014 and ending on August 31, 2015 (the "Comparable Period") was, in the aggregate, approximately $80.30 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all Kirkland timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately $769.10 per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:[4]

| Position at Kirkland | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partners | $1,036.65 | $941.85 |
| Of Counsel | $0.00 | $734.67 |
| Associates | 673.58 | $587.69 |
| Visiting Attorney | $0.00 | $460.70 |
| Law Clerk | $0.00 | $276.37 |
| Legal Assistants | $299.60 | $273.01 |
| Case Assistants | $202.56 | $179.53 |
| Project Assistant | $204.06 | $176.03 |

---

[1] It is the nature of Kirkland's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Kirkland's Restructuring Group. Accordingly, Non-Bankruptcy Matters consist of matters for which Kirkland domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by Kirkland domestic timekeepers who work primarily within Kirkland's Restructuring Group.

[2] Kirkland calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by Kirkland domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by Kirkland domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3] Kirkland calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.

[4] Kirkland believes that the $88.79 (13.05%) difference between the Debtor Blended Hourly Rate and the Non-Bankruptcy Blended Hourly Rate reflects the specialized nature of K&E's bankruptcy practice. For the avoidance of doubt, the Debtor Blended Hourly Rate and the Non-Bankruptcy Blended Hourly Rate reflect firm-wide rate increases that took effect across all practice groups in July 1, 2015.

Of note, professionals and paraprofessionals who work primarily within two specialized non-bankruptcy groups at K&E, the Tax Group and the Mergers &Acquisitions Group, maintained blended hourly rates of $1,057.12 and $748.38, respectively, during the Comparable Period—both of which are higher than the Non-Bankruptcy Blended Hourly Rate and the Debtor Blended Hourly Rate.

| Position at Kirkland | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Support Staff | $309.00 | $264.36 |
| **Total** | **$769.10** | **$680.30** |