**Exhibit E**

**Summary, by Individual Timekeeper, of Total
Fees Incurred and Hours Billed During the Fee Period**

**Summary, by Individual Timekeeper, of Total
Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| Mike Beinus | Partner | Taxation | 1999 | 12,444.00 | 10.20 | N/A | 1,220.00 | N/A | N/A |
| Andrew Calder, P.C. | Partner | Corporate | 2003 | 601,086.00 | 482.80 | N/A | 1,245.00 | 1,195.00 | N/A |
| Lauren O Casazza | Partner | Litigation | 2002 | 244,596.00 | 261.60 | N/A | 935.00 | N/A | N/A |
| Gregory W Gallagher, P.C. | Partner | Taxation | 1997 | 617,100.00 | 484.00 | N/A | 1,275.00 | 1,195.00 | N/A |
| Bruce Gelman, P.C. | Partner | Taxation | 1993 | 637.50 | 0.50 | N/A | 1,275.00 | N/A | N/A |
| Stephen E Hessler | Partner | Restructuring | 2002 | 21,624.00 | 20.40 | N/A | 1,060.00 | 995.00 | N/A |
| Vicki V Hood | Partner | Employee Benefits | 1977 | 572.50 | 0.50 | N/A | 1,145.00 | 1,075.00 | N/A |
| Chad J Husnick | Partner | Restructuring | 2004 | 841,912.50 | 863.50 | N/A | 975.00 | 915.00 | N/A |
| Christopher Keegan | Partner | Litigation | 2002 | 64,552.50 | 75.50 | N/A | 855.00 | N/A | N/A |
| Marc Kieselstein, P.C. | Partner | Restructuring | 1988 | 744,087.50 | 602.50 | N/A | 1,235.00 | N/A | N/A |
| Michelle Kilkenney | Partner | Corporate | 2002 | 24,274.00 | 22.90 | N/A | 1,060.00 | 995.00 | N/A |
| Gregg G Kirchhoefer, P.C. | Partner | IP - Transactional | 1982 | 14,541.50 | 12.70 | N/A | 1,145.00 | 1,075.00 | N/A |
| William A Levy, P.C. | Partner | Taxation | 1988 | 305,490.00 | 239.60 | N/A | 1,275.00 | 1,195.00 | N/A |
| Todd F Maynes, P.C. | Partner | Taxation | 1988 | 401,087.50 | 291.70 | N/A | 1,375.00 | 1,295.00 | N/A |
| Andrew R McGaan, P.C. | Partner | Litigation | 1986 | 681,359.00 | 625.10 | N/A | 1,090.00 | 1,025.00 | N/A |
| Mark E McKane | Partner | Litigation | 1999 | 667,787.50 | 651.50 | N/A | 1,025.00 | 925.00 | N/A |

---

[1] Where a timekeeper billed at multiple billing rates in the First Interim Application, Kirkland used the highest rate for purposes of calculating the fees billed in this application at the First Interim Application's billing rate. Kirkland has also disclosed the total amount of compensation sought for the fee period, calculated using rates as of the date of retention, on the summary cover sheet to the Fee Application.

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Andres C Mena | Partner | Corporate | 2001 | 6,784.00 | 6.40 | N/A | 1,060.00 | 995.00 | N/A |
| Scott A Moehrke, P.C. | Partner | Corporate | 2003 | 1,165.00 | 1.00 | N/A | 1,165.00 | N/A | N/A |
| Dennis M Myers, P.C. | Partner | Corporate | 1996 | 7,719.00 | 6.20 | N/A | 1,245.00 | 1,195.00 | N/A |
| Linda K Myers, P.C. | Partner | Corporate | 1990 | 173,442.50 | 130.90 | N/A | 1,325.00 | 1,245.00 | N/A |
| Matthew E Papez, P.C. | Partner | Litigation | 1999 | 139,689.00 | 149.40 | N/A | 935.00 | N/A | N/A |
| Scott D Price | Partner | Executive Compensation | 1998 | 16,558.50 | 13.30 | N/A | 1,245.00 | 1,175.00 | N/A |
| Edward O Sassower, P.C. | Partner | Restructuring | 2000 | 969,104.50 | 784.70 | N/A | 1,235.00 | 1,125.00 | N/A |
| Edward Schneidman, P.C. | Partner | Corporate | 1980 | 562.50 | 0.50 | N/A | 1,125.00 | N/A | N/A |
| Joseph Serino, Jr., P.C. | Partner | Litigation | 1988 | 20,266.50 | 17.70 | N/A | 1,145.00 | N/A | N/A |
| Michael B Slade | Partner | Litigation | 1999 | 11,641.50 | 11.70 | N/A | 995.00 | N/A | N/A |
| James H M Sprayregen, P.C. | Partner | Restructuring | 1985 | 680,785.00 | 513.80 | N/A | 1,325.00 | 1,245.00 | N/A |
| Sara B Zablotney | Partner | Taxation | 2003 | 247,446.00 | 212.40 | N/A | 1,165.00 | 1,095.00 | N/A |
| Dean C Bachus | Partner | Taxation | 2004 | 2,600.00 | 2.50 | N/A | 1,040.00 | 975.00 | N/A |
| Jack N Bernstein | Partner | Employee Benefits | 1995 | 309,345.00 | 301.80 | N/A | 1,025.00 | 965.00 | N/A |
| Jeanne T Cohn-Connor | Partner | Environmental | 1985 | 276,472.50 | 289.50 | N/A | 955.00 | 895.00 | N/A |
| Cormac T Connor | Partner | Litigation | 2006 | 225,108.00 | 266.40 | N/A | 845.00 | 775.00 | N/A |
| Thad Davis | Partner | Taxation | 2005 | 597.00 | 0.60 | N/A | 995.00 | 925.00 | N/A |
| John P Del Monaco | Partner | Litigation | 2005 | 8,502.50 | 9.50 | N/A | 895.00 | N/A | N/A |
| Jonathan F Ganter | Partner | Litigation | 2010 | 543,592.50 | 658.90 | N/A | 825.00 | 775.00 | N/A |
| Jeffrey M Gould | Partner | Litigation | 2008 | 422,576.00 | 480.20 | N/A | 880.00 | 795.00 | N/A |
| William Guerrieri | Partner | Restructuring | 2008 | 70,078.50 | 78.30 | N/A | 895.00 | 840.00 | N/A |
| Erik Hepler | Partner | Corporate | 1990 | 1,378.00 | 1.30 | N/A | 1,060.00 | 995.00 | N/A |
| Richard U S Howell | Partner | Litigation | 2006 | 196,680.00 | 223.50 | N/A | 880.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Reid Huefner | Partner | IP - Litigation | 2007 | 38,785.50 | 45.90 | N/A | 845.00 | N/A | N/A |
| Ellen M Jakovic | Partner | Litigation | 1985 | 16,432.00 | 15.80 | N/A | 1,040.00 | 975.00 | N/A |
| Natalie H Keller | Partner | Taxation | 1997 | 9,509.50 | 9.10 | N/A | 1,045.00 | N/A | N/A |
| Michael Krasnovsky | Partner | Executive Compensation | 2004 | 6,796.50 | 6.90 | N/A | 985.00 | N/A | N/A |
| Daniel Lewis | Partner | IP - Transactional | 2008 | 5,280.50 | 5.90 | N/A | 895.00 | 840.00 | N/A |
| Amber J Meek | Partner | Corporate | 2009 | 651,651.00 | 700.70 | N/A | 930.00 | 775.00 | N/A |
| JoAnne Nagjee | Partner | Taxation | 2009 | 70,497.00 | 74.60 | N/A | 945.00 | 895.00 | N/A |
| Michael A Petrino | Partner | Litigation | 2008 | 335,445.00 | 406.60 | N/A | 825.00 | 775.00 | N/A |
| John Pitts | Partner | Corporate | 2010 | 100,347.00 | 107.90 | N/A | 930.00 | N/A | N/A |
| William T Pruitt | Partner | Litigation | 2004 | 36,068.50 | 40.30 | N/A | 895.00 | 840.00 | N/A |
| Jeffrey S Quinn | Partner | Employee Benefits | 1998 | 15,887.50 | 15.50 | N/A | 1,025.00 | N/A | N/A |
| Brenton A Rogers | Partner | Litigation | 2007 | 473,634.00 | 529.20 | N/A | 895.00 | N/A | N/A |
| David Rosenberg | Partner | Real Estate | 2005 | 537.00 | 0.60 | N/A | 895.00 | N/A | N/A |
| Joshua Samis | Partner | Corporate | 2007 | 48,081.00 | 51.70 | N/A | 930.00 | 840.00 | N/A |
| Brian E Schartz | Partner | Restructuring | 2008 | 662,160.00 | 712.00 | N/A | 930.00 | 840.00 | N/A |
| Bryan M Stephany | Partner | Litigation | 2007 | 508,200.00 | 577.50 | N/A | 880.00 | 795.00 | N/A |
| R Timothy Stephenson | Partner | Labor and Employment | 1990 | 3,706.00 | 3.40 | N/A | 1,090.00 | 1,025.00 | N/A |
| Wayne E Williams | Partner | Corporate | 2006 | 63,030.00 | 66.00 | N/A | 955.00 | 875.00 | N/A |
| James Barolo | Associate | Litigation | 2014 | 117,072.00 | 243.90 | N/A | 480.00 | N/A | N/A |
| | | | | 128,593.50 | 231.70 | N/A | 555.00 | N/A | N/A |
| Andrew Barton | Associate | Executive Compensation | 2010 | 1,690.00 | 2.00 | N/A | 845.00 | 795.00 | N/A |
| | | | | 16,915.50 | 18.90 | N/A | 895.00 | 795.00 | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | Restructuring | 2015 | 154,656.00 | 322.20 | N/A | 480.00 | N/A | N/A |
|  |  |  |  | 255,075.00 | 447.50 | N/A | 570.00 | N/A | N/A |
| Megan Byrne | Associate | Litigation | 2015 | 1,056.00 | 2.20 | N/A | 480.00 | N/A | N/A |
|  |  |  |  | 777.00 | 1.40 | N/A | 555.00 | N/A | N/A |
| Kevin Chang | Associate | Litigation | 2014 | 25,536.00 | 53.20 | N/A | 480.00 | N/A | N/A |
|  |  |  |  | 120,823.50 | 217.70 | N/A | 555.00 | N/A | N/A |
| Elizabeth S Dalmut | Associate | Litigation | 2013 | 3,441.00 | 6.20 | N/A | 555.00 | 520.00 | N/A |
| Haley Darling | Associate | Litigation | 2014 | 32,400.00 | 67.50 | N/A | 480.00 | N/A | N/A |
|  |  |  |  | 11,044.50 | 19.90 | N/A | 555.00 | N/A | N/A |
| Alexander Davis | Associate | Litigation | 2012 | 94,869.00 | 149.40 | N/A | 635.00 | 595.00 | N/A |
|  |  |  |  | 203,415.00 | 286.50 | N/A | 710.00 | 595.00 | N/A |
| Kristen L Derhaag | Associate | Corporate | 2012 | 2,190.00 | 3.00 | N/A | 730.00 | 595.00 | N/A |
| George Desh | Associate | IP - Litigation | 2011 | 213.00 | 0.30 | N/A | 710.00 | N/A | N/A |
|  |  |  |  | 49,905.50 | 66.10 | N/A | 755.00 | N/A | N/A |
| Michael Esser | Associate | Litigation | 2009 | 175,536.00 | 220.80 | N/A | 795.00 | 750.00 | N/A |
|  |  |  |  | 232,650.00 | 282.00 | N/A | 825.00 | 750.00 | N/A |
| Jason Fitterer | Associate | IP - Litigation | 2012 | 53,108.00 | 74.80 | N/A | 710.00 | N/A | N/A |
| Emily Geier | Associate | Restructuring | 2012 | 351,057.00 | 480.90 | N/A | 730.00 | 685.00 | N/A |
|  |  |  |  | 476,920.50 | 599.90 | N/A | 795.00 | 685.00 | N/A |
| Stefanie I Gitler | Associate | Environmental | 2009 | 159.00 | 0.20 | N/A | 795.00 | N/A | N/A |
| Jason Gott | Associate | Restructuring | 2012 | 63,241.50 | 95.10 | N/A | 665.00 | N/A | N/A |
|  |  |  |  | 205,349.00 | 281.30 | N/A | 730.00 | N/A | N/A |
| Haris Hadzimuratovic | Associate | Litigation | 2008 | 1,736.50 | 2.30 | N/A | 755.00 | 710.00 | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Inbal Hasbani | Associate | Litigation | 2010 | 2,567.00 | 3.40 | N/A | 755.00 | N/A | N/A |
| | | | | 32,277.00 | 40.60 | N/A | 795.00 | N/A | N/A |
| Sean F Hilson | Associate | Restructuring | 2013 | 1,995.00 | 3.50 | N/A | 570.00 | 535.00 | N/A |
| Sam Hong | Associate | IP - Transactional | 2008 | 6,278.00 | 8.60 | N/A | 730.00 | 685.00 | N/A |
| | | | | 1,590.00 | 2.00 | N/A | 795.00 | 685.00 | N/A |
| Natasha Hwangpo | Associate | Restructuring | 2014 | 170,430.00 | 299.00 | N/A | 570.00 | 535.00 | N/A |
| | | | | 152,418.00 | 229.20 | N/A | 665.00 | 535.00 | N/A |
| Ashley G James | Associate | Labor and Employment | 2010 | 2,038.50 | 2.70 | N/A | 755.00 | 710.00 | N/A |
| Vinu Joseph | Associate | Litigation | 2013 | 610.50 | 1.10 | N/A | 555.00 | 520.00 | N/A |
| | | | | 31,877.00 | 50.20 | N/A | 635.00 | 520.00 | N/A |
| Lina Kaisey | Associate | Restructuring | 2015 | 137,280.00 | 286.00 | N/A | 480.00 | N/A | N/A |
| | | | | 217,569.00 | 381.70 | N/A | 570.00 | N/A | N/A |
| Howard Kaplan | Associate | Litigation | 2011 | 51,120.00 | 72.00 | N/A | 710.00 | 665.00 | N/A |
| | | | | 139,222.00 | 184.40 | N/A | 755.00 | 665.00 | N/A |
| Jared Kelly | Associate | Corporate | 2013 | 864.50 | 1.30 | N/A | 665.00 | N/A | N/A |
| Austin Klar | Associate | Litigation | 2013 | 40,071.00 | 72.20 | N/A | 555.00 | 520.00 | N/A |
| | | | | 55,626.00 | 87.60 | N/A | 635.00 | 520.00 | N/A |
| Lucas J Kline | Associate | Litigation | 2009 | 137,932.50 | 173.50 | N/A | 795.00 | 750.00 | N/A |
| | | | | 152,460.00 | 184.80 | N/A | 825.00 | 750.00 | N/A |
| Max Klupchak | Associate | Corporate | 2011 | 325,711.50 | 409.70 | N/A | 795.00 | N/A | N/A |
| Serafima Krikunova | Associate | Litigation | 2012 | 9,656.00 | 13.60 | N/A | 710.00 | N/A | N/A |
| Nick Laird | Associate | Litigation | 2013 | 16,872.00 | 30.40 | N/A | 555.00 | 520.00 | N/A |
| | | | | 63,182.50 | 99.50 | N/A | 635.00 | 520.00 | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Christine Lehman | Associate | Taxation | 2014 | 47,272.50 | 95.50 | N/A | 495.00 | N/A | N/A |
| | | | | 2,722.50 | 4.50 | N/A | 605.00 | N/A | N/A |
| Teresa Lii | Associate | Restructuring | 2014 | 166,896.00 | 292.80 | N/A | 570.00 | 535.00 | N/A |
| | | | | 229,558.00 | 345.20 | N/A | 665.00 | 535.00 | N/A |
| Jeffery Lula | Associate | Litigation | 2010 | 95,583.00 | 126.60 | N/A | 755.00 | N/A | N/A |
| | | | | 72,822.00 | 91.60 | N/A | 795.00 | N/A | N/A |
| Eric Merin | Associate | Litigation | 2014 | 4,717.50 | 8.50 | N/A | 555.00 | 520.00 | N/A |
| | | | | 33,909.00 | 53.40 | N/A | 635.00 | 520.00 | N/A |
| Timothy Mohan | Associate | Restructuring | 2014 | 121,467.00 | 213.10 | N/A | 570.00 | 535.00 | N/A |
| | | | | 173,698.00 | 261.20 | N/A | 665.00 | 535.00 | N/A |
| Madelyn Morris | Associate | Litigation | 2014 | 384.00 | 0.80 | N/A | 480.00 | N/A | N/A |
| Michael Muna | Associate | Corporate | 2013 | 32,640.00 | 68.00 | N/A | 480.00 | 450.00 | N/A |
| Veronica Nunn | Associate | Corporate | 2010 | 371,583.00 | 467.40 | N/A | 795.00 | 685.00 | N/A |
| | | | | 78,754.00 | 93.20 | N/A | 845.00 | 685.00 | N/A |
| Julia Onorato | Associate | Executive Compensation | 2014 | 2,061.50 | 3.10 | N/A | 665.00 | N/A | N/A |
| Samara L Penn | Associate | Litigation | 2010 | 31,408.00 | 41.60 | N/A | 755.00 | 710.00 | N/A |
| | | | | 51,754.50 | 65.10 | N/A | 795.00 | 710.00 | N/A |
| Jonah Peppiatt | Associate | Restructuring | 2015 | 107,088.00 | 223.10 | N/A | 480.00 | N/A | N/A |
| | | | | 25,707.00 | 45.10 | N/A | 570.00 | N/A | N/A |
| Alan Rabinowitz | Associate | IP - Litigation | 2010 | 497.00 | 0.70 | N/A | 710.00 | N/A | N/A |
| Carleigh T Rodriguez | Associate | Environmental | 2013 | 17,841.00 | 31.30 | N/A | 570.00 | 535.00 | N/A |
| | | | | 13,366.50 | 20.10 | N/A | 665.00 | 535.00 | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Bradford B Rossi | Associate | Corporate | 2011 | 33,945.00 | 46.50 | N/A | 730.00 | 625.00 | N/A |
| | | | | 30,251.00 | 35.80 | N/A | 845.00 | 625.00 | N/A |
| Jeremy Roux | Associate | IP - Litigation | 2014 | 960.00 | 2.00 | N/A | 480.00 | N/A | N/A |
| | | | | 23,088.00 | 41.60 | N/A | 555.00 | N/A | N/A |
| Mark Salomon | Associate | Litigation | 2015 | 624.00 | 1.30 | N/A | 480.00 | N/A | N/A |
| Michael Saretskey | Associate | Environmental | 2010 | 2,160.00 | 4.50 | N/A | 480.00 | N/A | N/A |
| | | | | 741.00 | 1.30 | N/A | 570.00 | N/A | N/A |
| Max Schlan | Associate | Restructuring | 2012 | 248,976.00 | 374.40 | N/A | 665.00 | 625.00 | N/A |
| | | | | 44,895.00 | 61.50 | N/A | 730.00 | 625.00 | N/A |
| Mark F Schottinger | Associate | Litigation | 2012 | 2,349.50 | 3.70 | N/A | 635.00 | 595.00 | N/A |
| | | | | 67,876.00 | 95.60 | N/A | 710.00 | 595.00 | N/A |
| Steven Serajeddini | Associate | Restructuring | 2010 | 401,544.00 | 475.20 | N/A | 845.00 | 795.00 | N/A |
| | | | | 525,633.50 | 587.30 | N/A | 895.00 | 795.00 | N/A |
| Anthony Sexton | Associate | Taxation | 2011 | 196,869.00 | 287.40 | N/A | 685.00 | 685.00 | N/A |
| | | | | 229,725.00 | 306.30 | N/A | 750.00 | 685.00 | N/A |
| Stephanie Shropshire | Associate | Litigation | 2014 | 21,272.50 | 33.50 | N/A | 635.00 | 520.00 | N/A |
| Ellen Sise | Associate | Litigation | 2015 | 336.00 | 0.70 | N/A | 480.00 | N/A | N/A |
| Aaron Slavutin | Associate | Restructuring | 2011 | 55,727.00 | 83.80 | N/A | 665.00 | 625.00 | N/A |
| Justin Sowa | Associate | Litigation | 2013 | 94,615.00 | 149.00 | N/A | 635.00 | 595.00 | N/A |
| | | | | 227,413.00 | 320.30 | N/A | 710.00 | 595.00 | N/A |
| Benjamin Steadman | Associate | Restructuring | 2015 | 768.00 | 1.60 | N/A | 480.00 | N/A | N/A |
| Adam Stern | Associate | Litigation | 2013 | 56,769.00 | 89.40 | N/A | 635.00 | N/A | N/A |
| | | | | 44,943.00 | 63.30 | N/A | 710.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | In this Application | In the First Interim Application | |
| Sarah Stock | Associate | Litigation | 2013 | 7,603.50 | 13.70 | N/A | 555.00 | 520.00 | N/A |
| | | | | 104,775.00 | 165.00 | N/A | 635.00 | 520.00 | N/A |
| Thayne Stoddard | Associate | Litigation | 2015 | 720.00 | 1.50 | N/A | 480.00 | N/A | N/A |
| | | | | 111.00 | 0.20 | N/A | 555.00 | N/A | N/A |
| Jessica Subler | Associate | Corporate | 2014 | 114.00 | 0.20 | N/A | 570.00 | 450.00 | N/A |
| Nathan Taylor | Associate | Litigation | 2015 | 336.00 | 0.70 | N/A | 480.00 | N/A | N/A |
| | | | | 25,696.50 | 46.30 | N/A | 555.00 | N/A | N/A |
| Adam Teitcher | Associate | Litigation | 2013 | 9,779.00 | 15.40 | N/A | 635.00 | 595.00 | N/A |
| | | | | 143,704.00 | 202.40 | N/A | 710.00 | 595.00 | N/A |
| Anna Terteryan | Associate | Litigation | 2014 | 138,384.00 | 288.30 | N/A | 480.00 | N/A | N/A |
| | | | | 207,237.00 | 373.40 | N/A | 555.00 | N/A | N/A |
| Steven Torrez | Associate | Restructuring | 2014 | 87,456.00 | 182.20 | N/A | 480.00 | N/A | N/A |
| | | | | 155,610.00 | 273.00 | N/A | 570.00 | N/A | N/A |
| Holly R Trogdon | Associate | Litigation | 2014 | 135,744.00 | 282.80 | N/A | 480.00 | 450.00 | N/A |
| | | | | 130,425.00 | 235.00 | N/A | 555.00 | 450.00 | N/A |
| Kathleen P Turner | Associate | Corporate | 2014 | 13,008.00 | 27.10 | N/A | 480.00 | N/A | N/A |
| Andrew J Welz | Associate | Litigation | 2011 | 43,865.50 | 58.10 | N/A | 755.00 | 710.00 | N/A |
| | | | | 954.00 | 1.20 | N/A | 795.00 | 710.00 | N/A |
| Jason Whiteley | Associate | Corporate | 2010 | 380,841.50 | 450.70 | N/A | 845.00 | 795.00 | N/A |
| | | | | 278,076.50 | 310.70 | N/A | 895.00 | 795.00 | N/A |
| Charles D Wineland, III | Associate | IP - Litigation | 2013 | 2,275.50 | 4.10 | N/A | 555.00 | N/A | N/A |
| | | | | 72,453.50 | 114.10 | N/A | 635.00 | N/A | N/A |
| Sara Winik | Associate | Litigation | 2014 | 1,584.00 | 3.30 | N/A | 480.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Spencer A Winters | Associate | Restructuring | 2013 | 289,389.00 | 507.70 | N/A | 570.00 | 535.00 | N/A |
| | | | | 383,106.50 | 576.10 | N/A | 665.00 | 535.00 | N/A |
| Aparna Yenamandra | Associate | Restructuring | 2013 | 295,925.00 | 445.00 | N/A | 665.00 | 625.00 | N/A |
| | | | | 338,282.00 | 463.40 | N/A | 730.00 | 625.00 | N/A |
| **Totals** | | | | **$24,391,038.50** | **29,648.50** | | | | |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[2] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Gary A Duncan | Legal Assistant | Litigation | N/A | 40,800.00 | 136.00 | N/A | 300.00 | N/A | N/A |
| Michael S Fellner | Legal Assistant | Litigation | N/A | 90,497.50 | 341.50 | N/A | 265.00 | 250.00 | N/A |
| Beth Friedman | Legal Assistant | Restructuring | N/A | 14,668.00 | 38.60 | N/A | 380.00 | 355.00 | N/A |
| Jacob Goldfinger | Legal Assistant | Restructuring | N/A | 56,270.00 | 165.50 | N/A | 340.00 | 320.00 | N/A |
| Shavone Green | Legal Assistant | Restructuring | N/A | 10,304.00 | 36.80 | N/A | 280.00 | 265.00 | N/A |
| Lisa A Horton | Legal Assistant | Litigation | N/A | 4,200.00 | 12.00 | N/A | 350.00 | 330.00 | N/A |

---

[2] Where a timekeeper billed at multiple billing rates in the First Interim Application, Kirkland used the highest rate for purposes of calculating the fees billed in this application at the First Interim Application's billing rate. Kirkland has also disclosed the total amount of compensation sought for the fee period, calculated using rates as of the date of retention, on the summary cover sheet to the Fee Application.

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate[2] |
|---|---|---|---|---|---|---|---|---|---|
| Paul M Jones | Legal Assistant | Litigation | N/A | 43,131.00 | 130.70 | N/A | 330.00 | N/A | N/A |
| Travis J Langenkamp | Legal Assistant | Litigation | N/A | 89,530.00 | 255.80 | N/A | 350.00 | N/A | N/A |
| Maureen McCarthy | Legal Assistant | Restructuring | N/A | 7,840.00 | 22.40 | N/A | 350.00 | 330.00 | N/A |
| Lauren Mitchell-Dawson | Legal Assistant | Environmental | N/A | 414.00 | 1.20 | N/A | 345.00 | 325.00 | N/A |
| Carrie Oppenheim | Legal Assistant | Restructuring | N/A | 124.00 | 0.40 | N/A | 310.00 | 290.00 | N/A |
| Robert Orren | Legal Assistant | Restructuring | N/A | 119,722.00 | 386.20 | N/A | 310.00 | 290.00 | N/A |
| Sharon G Pace | Legal Assistant | Litigation | N/A | 43,142.00 | 162.80 | N/A | 265.00 | 250.00 | N/A |
| Meghan Rishel | Legal Assistant | Litigation | N/A | 118,720.00 | 448.00 | N/A | 265.00 | 250.00 | N/A |
| Laura Saal | Legal Assistant | Restructuring | N/A | 10,336.00 | 32.30 | N/A | 320.00 | 300.00 | N/A |
| Kenneth J Sturek | Legal Assistant | Litigation | N/A | 3,395.00 | 9.70 | N/A | 350.00 | 330.00 | N/A |
| Stephanie Ding | Case Assistant | Litigation | N/A | 24,255.00 | 115.50 | N/A | 210.00 | 195.00 | N/A |
| Jason Douangsanith | Case Assistant | Litigation | N/A | 23,088.00 | 118.40 | N/A | 195.00 | N/A | N/A |
| Charles R Lex | Case Assistant | Litigation | N/A | 1,029.00 | 4.90 | N/A | 210.00 | N/A | N/A |
| Gabriel King | Project Assistant | Litigation | N/A | 3,486.00 | 16.60 | N/A | 210.00 | N/A | N/A |
| Meg McCarthy | Project Assistant | Litigation | N/A | 2,925.00 | 15.00 | N/A | 195.00 | N/A | N/A |
| Ned Rooney | Project Assistant | Litigation | N/A | 1,323.00 | 6.30 | N/A | 210.00 | N/A | N/A |
| Library Factual Research | Support Staff | Admin Services | N/A | 330.00 | 1.10 | N/A | 300.00 | N/A | N/A |
| Lib Legislative Research | Support Staff | Admin Services | N/A | 150.00 | 0.50 | N/A | 300.00 | N/A | N/A |
| Olivia Altmayer | Support Staff | Litigation | N/A | 705.00 | 3.00 | N/A | 235.00 | 220.00 | N/A |
| Stephen P Garoutte | Support Staff | Admin Services | N/A | 1,320.00 | 5.50 | N/A | 240.00 | 200.00 | N/A |
| Allison Graybill | Support Staff | Admin Services | N/A | 4,320.00 | 18.00 | N/A | 240.00 | 180.00 | N/A |
| Daniel Hill | Support Staff | Admin Services | N/A | 5,912.50 | 27.50 | N/A | 215.00 | 200.00 | N/A |
| Mollie Tuomisto | Support Staff | Litigation | N/A | 775.50 | 3.30 | N/A | 235.00 | N/A | N/A |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate2 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Kurt J Wunderlich | Support Staff | Litigation | N/A | 2,033.00 | 3.80 | N/A | 535.00 | 500.00 | N/A |
| Megan Buenviaje | Support Staff | Litigation | N/A | 140.00 | 0.50 | N/A | 280.00 | N/A | N/A |
| Mark Cuevas | Support Staff | Litigation | N/A | 64,883.00 | 209.30 | N/A | 310.00 | 290.00 | N/A |
| Anne R Lubinsky | Support Staff | Litigation | N/A | 112.00 | 0.40 | N/A | 280.00 | N/A | N/A |
| Colleen C Caamano | Support Staff | Litigation | N/A | 2,480.00 | 8.00 | N/A | 310.00 | 290.00 | N/A |
| William G Marx | Support Staff | Litigation | N/A | 315.00 | 1.00 | N/A | 315.00 | 295.00 | N/A |
| Chad M Papenfuss | Support Staff | Litigation | N/A | 190,764.00 | 605.60 | N/A | 315.00 | 295.00 | N/A |
| Totals | | | | $983,439.50 | 3,344.10 | | | | |