# Exhibit F

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Third Party Telephone Charges | Intercall | | $19,306.71 |
| Standard Copies or Prints | Internal (Kirkland & Ellis LLP) | $0.10 per page | $20,339.40 |
| Binding | Internal (Kirkland & Ellis LLP) | | $4.90 |
| Color Copies or Prints | Internal (Kirkland & Ellis LLP) | | $36,396.90 |
| Scanned Images | | | ($3.30) |
| Production Blowbacks | Internal (Kirkland & Ellis LLP) | $0.10 per page | $4,864.30 |
| Closing/Mini Books | Internal (Kirkland & Ellis LLP) | $0.10 per page | $276.00 |
| Postage | Federal Express | | $80.97 |
| Overnight Delivery | | | $854.33 |
| Outside Messenger Services | | | $1,626.70 |
| Local Transportation | | | $2,448.83 |
| Travel Expense | | | $116,437.71 |
| Airfare | | | $123,081.23 |
| Transportation to/from airport | | | $27,409.81 |
| Travel Meals | | | $7,636.72 |
| Car Rental | | | $527.41 |
| Other Travel Expenses | | | $2,957.50 |
| Court Reporter Fee/Deposition | | | $9,913.65 |
| Appearance Fees | | | $100.00 |
| Other Court Costs and Fees | | | $361.00 |
| Outside Contract Attorneys | | | $1,326,745.50 |
| Outside Copy/Binding Services | | | $20,549.82 |
| Working Meals/K&E Only | | | $476.73 |
| Working Meals/K&E and Others | | | $691.00 |
| Catering Expenses | | | $24,649.41 |
| Outside Retrieval Service | | | $541.00 |
| Inter-Library Loan | | | $50.00 |
| Computer Database Research | | | $12,785.58 |
| Westlaw Research | | | $39,674.16 |
| LexisNexis Research | | | $3,554.48 |
| Overtime Transportation | | | $7,754.67 |
| Overtime Meals - Non-Attorney | Seamless North America Inc. | | $232.00 |
| Overtime Meals - Attorney | Seamless North America Inc. | | $6,423.29 |
| Rental Expenses | | | $15,386.80 |
| Leased Equipment | | | $3,000.00 |
| Cash Credits | | | ($7,629.51) |
| **Total** | | | **$1,829,505.70** |

---

[1] Kirkland may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.