# Exhibit G

**Summary, by Matter Category, of Actual
Fees and Expenses Incurred During the Fee Period**

**Summary, by Matter Category, of Actual
Fees and Expenses Incurred During the Fee Period**

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 0005 | [ALL] Business Operations | 1.70 | $1,288.50 | $0.00 | $1,288.50 |
| 0006 | [ALL] Case Administration | 293.60 | $142,340.50 | $0.00 | $142,340.50 |
| 0007 | [ALL] Cash Management | 1.50 | $997.50 | $0.00 | $997.50 |
| 0008 | [ALL] Claims Administration & Objections | 1,179.70 | $785,819.50 | $0.00 | $785,819.50 |
| 0009 | [ALL] Contested Matters & Adv. Proceed. | 9,024.40 | $5,577,702.00 | $0.00 | $5,577,702.00 |
| 0010 | [ALL] Corp. Governance and Sec. Issues | 5,402.70 | $4,705,489.00 | $0.00 | $4,705,489.00 |
| 0011 | [ALL] Exec. Contracts & Unexpired Leases | 42.80 | $26,605.00 | $0.00 | $26,605.00 |
| 0012 | [ALL] Hearings | 254.60 | $230,805.00 | $0.00 | $230,805.00 |
| 0013 | [ALL] Insurance | 6.00 | $2,917.00 | $0.00 | $2,917.00 |
| 0014 | [ALL] K&E Retention and Fee Applications | 959.10 | $521,179.50 | $0.00 | $521,179.50 |
| 0015 | [ALL] Mediation | 2.10 | $1,494.00 | $0.00 | $1,494.00 |
| 0017 | [ALL] Non-K&E Retentions & Fee Apps | 75.90 | $47,989.50 | $0.00 | $47,989.50 |
| 0018 | [ALL] Non-Working Travel | 356.10 | $326,774.00 | $0.00 | $326,774.00 |
| 0019 | [ALL] Official Committee Issues & Meet. | 12.20 | $9,140.50 | $0.00 | $9,140.50 |
| 0021 | [ALL] Plan and Disclosure Statements | 8,511.80 | $7,551,886.50 | $0.00 | $7,551,886.50 |
| 0023 | [ALL] Regulatory Issues | 4.20 | $4,251.00 | $0.00 | $4,251.00 |
| 0026 | [ALL] Retiree and Employee Issues/OPEB | 691.60 | $529,727.00 | $0.00 | $529,727.00 |
| 0029 | [ALL] Tax Issues | 2,231.50 | $2,078,886.00 | $0.00 | $2,078,886.00 |
| 0030 | [ALL] U.S. Trustee Issues | 0.60 | $399.00 | $0.00 | $399.00 |
| 0034 | [TCEH] Asset Dispositions and Purchases | 42.50 | $28,445.50 | $0.00 | $28,445.50 |
| 0035 | [TCEH] Automatic Stay | 37.20 | $21,410.00 | $0.00 | $21,410.00 |
| 0036 | [TCEH] Bond Issues | 2.10 | $1,669.50 | $0.00 | $1,669.50 |
| 0037 | [TCEH] Business Operations | 34.50 | $20,993.00 | $0.00 | $20,993.00 |
| 0038 | [TCEH] Cash Collateral and DIP Financing | 94.70 | $80,384.50 | $0.00 | $80,384.50 |
| 0039 | [TCEH] Claims Administration & Objection | 320.90 | $199,374.50 | $0.00 | $199,374.50 |
| 0040 | [TCEH] Contested Matters & Advers. Proc. | 108.80 | $72,037.00 | $0.00 | $72,037.00 |
| 0041 | [TCEH] Corp. Governance and Sec. Issues | 2.20 | $2,129.00 | $0.00 | $2,129.00 |
| 0042 | [TCEH] Environmental Issues | 116.20 | $107,702.50 | $0.00 | $107,702.50 |
| 0046 | [TCEH] Non-Debtor Affiliates | 51.50 | $29,888.00 | $0.00 | $29,888.00 |
| 0048 | [TCEH] Non-Working Travel | 11.90 | $10,946.00 | $0.00 | $10,946.00 |
| 0049 | [TCEH] Official Committee Issues & Meet. | 4.70 | $2,875.00 | $0.00 | $2,875.00 |
| 0051 | [TCEH] Plan/Disclosure Statements | 151.60 | $103,504.00 | $0.00 | $103,504.00 |
| 0057 | [TCEH] Trading and Hedging Contracts | 33.90 | $23,739.50 | $0.00 | $23,739.50 |
| 0062 | [TCEH] Vendor and Other Creditor Issues | 148.80 | $88,372.00 | $0.00 | $88,372.00 |
| 0065 | [EFIH] Bond Issues | 7.70 | $6,258.00 | $0.00 | $6,258.00 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Makewhole | 29.70 | $28,768.00 | $0.00 | $28,768.00 |
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 1,041.60 | $853,274.50 | $0.00 | $853,274.50 |
| 0070 | [EFIH] Hearings | 3.10 | $3,087.50 | $0.00 | $3,087.50 |

2

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 0085 | [EFH] Claims Administration & Objections | 47.80 | $23,146.00 | $0.00 | $23,146.00 |
| 0086 | [EFH] Contested Matters & Advers. Proc. | 26.90 | $19,637.00 | $0.00 | $19,637.00 |
| 0089 | [EFH] EFH Properties | 43.90 | $32,791.50 | $0.00 | $32,791.50 |
| 0108 | [TCEH] Exec. Contracts & Unexpired Lease | 1,462.30 | $958,985.00 | $0.00 | $958,985.00 |
| 0109 | [ALL] Expenses | 0.00 | $0.00 | $1,822,815.80 | $1,822,815.80 |
| 0110 | [TCEH] Expenses | 0.00 | $0.00 | $3,613.10 | $3,613.10 |
| 0111 | [EFIH] Expenses | 0.00 | $0.00 | $866.40 | $866.40 |
| 0112 | [EFH] Expenses | 0.00 | $0.00 | $2,210.40 | $2,210.40 |
| 0113 | [ALL] Enforcement of TTI Rights | 68.80 | $58,232.50 | $0.00 | $58,232.50 |
| 0114 | [ALL] Drag Along Rights | 30.60 | $29,645.50 | $0.00 | $29,645.50 |
| 0115 | [TCEH] Exit Financing | 16.60 | $21,491.50 | $0.00 | $21,491.50 |
| **Totals** |  | **32,992.60** | **25,374,478.00** | **$1,829,505.70** | **$27,203,983.70** |