# Exhibit H

**Budget and Staffing Plan**

## Budget and Staffing Plan for the Fee Period

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 3 | [ALL] Automatic Stay | 160 - 185 | $83,000 - $100,000 |
| 4 | [ALL] Bond Issues | 0 | $0 |
| 5 | [ALL] Business Operations | 0 | $0 |
| 6 | [ALL] Case Administration | 275 - 305 | $170,000 - $190,000 |
| 7 | [ALL] Cash Management | 30 - 50 | $16,000 - $24,000 |
| 8 | [ALL] Claims Administration and Objections | 945 - 1,060 | $575,000 - $640,000 |
| 9 | [ALL] Contested Matters and Adversary Proceedings | 13,395 - 15,005 | $8,300,000 - $9,295,000 |
| 10 | [ALL] Corporate Governance and Securities Issues | 2,040 - 2,285 | $1,935,000 - $2,175,000 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 180 - 200 | $110,000 - $135,000 |
| 12 | [ALL] Hearings | 215 - 245 | $165,000 - $185,000 |
| 13 | [ALL] Insurance | 0 | $0 |
| 14 | [ALL] Kirkland Retention and Fee Applications | 1,040 - 1,165 | $620,000 - $690,000 |
| 16 | [ALL] Non-Debtor Affiliates | 10 - 15 | $5,000 - $7,000 |
| 17 | [ALL] Non-Kirkland Retentions and Fee Applications | 205 - 230 | $135,000 - $160,000 |
| 18 | [ALL] Non-Working Travel | 495 - 545 | $460,000 - $520,000 |
| 19 | [ALL] Official Committee Issues and Meetings | 115 - 135 | $87,000 - $105,000 |
| 20 | [ALL] Oncor | 5 - 10 | $5,000 - $7,000 |
| 21 | [ALL] Plan and Disclosure Statement | 14,885 - 16,675 | $12,600,000 - $14,115,000 |
| 22 | [ALL] Private Letter Ruling/IRS Matters | 0 | $0 |
| 23 | [ALL] Regulatory Issues | 0 | $0 |
| 25 | [ALL] Retention of Professionals | 0 | $0 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 900 - 1,010 | $745,000 - $840,000 |
| 27 | [ALL] Schedules, SoFAs | 10 - 15 | $5,000 - $7,000 |
| 28 | [ALL] Shared Services | 0 | $0 |
| 29 | [ALL] Tax Issues | 2,385 - 2,675 | $2,345,000 - $2,630,000 |
| 30 | [ALL] U.S. Trustee Issues | 45 - 65 | $35,000 - $55,000 |
| 31 | [ALL] Utilities | 0 | $0 |
| 32 | [ALL] Valuation | 185 - 210 | $180,000 - $200,000 |
| 33 | [ALL] Vendor and Other Creditor Issues | 10 - 15 | $5,000 - $7,000 |
| Applicable to TCEH Debtors | | | |
| 34 | [TCEH] Asset Disposition | 85 - 105 | $50,000 - $70,000 |
| 35 | [TCEH] Automatic Stay | 10 - 15 | $7,000 - $10,000 |

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 36 | [TCEH] Bond Issues | 10 - 15 | $5,000 - $7,000 |
| 37 | [TCEH] Business Operations | 90 - 115 | $54,000 - $70,000 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 75 - 95 | $60,000 - $80,000 |
| 39 | [TCEH] Claims Administration and Objections | 490 - 550 | $330,000 - $370,000 |
| 40 | [TCEH] Contested Matters and Adversary Proceedings | 2,855 - 3,200 | $2,060,000 - $2,310,000 |
| 41 | [TCEH] Corporate Governance and Securities Law Issues | 15 - 30 | $10,000 - $17,000 |
| 42 | [TCEH] Environmental Issues | 25 - 45 | $15,000 - $21,000 |
| 46 | [TCEH] Non-Debtor Affiliates | 35 - 50 | $21,000 - $30,000 |
| 47 | [TCEH] Non-Kirkland Retention and Fee Applications | 5 - 10 | $3,000 - $5,000 |
| 48 | [TCEH] Non-Working Travel | 25 - 50 | $20,000 - $28,000 |
| 49 | [TCEH] Official Committee Issues and Meetings | 55 - 75 | $26,000 - $37,000 |
| 51 | [TCEH] Plan/Disclosure Statement | 150 - 170 | $160,000 - $200,000 |
| 56 | [TCEH] Shared Services | 0 | $0 |
| 57 | [TCEH] Trading and Hedging Contracts | 115 - 135 | $90,000 - $110,000 |
| 58 | [TCEH] Transition Services | 0 | $0 |
| 59 | [TCEH] U.S. Trustee Issues | 0 | $0 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 305 - 345 | $190,000 - $220,000 |
| 108 | [TCEH] Exec. Contracts & Unexpired Leases | 460 - 520 | $300,000 - $340,000 |
| Applicable to EFIH Debtors | | | |
| 63 | [EFIH] Asset Disposition | 0 | $0 |
| 66 | [EFIH] Cash Collateral/DIP Financing/Make-whole Issues | 430 - 485 | $340,000 - $385,000 |
| 67 | [EFIH] Claims Administration and Objections | 0 | $0 |
| 68 | [EFIH] Contested Matters and Adversary Proceedings | 3,020 - 3,380 | $2,350,000 - $2,630,000 |
| 69 | [EFIH] Corporate Governance and Securities Law Issues | 5 - 10 | $5,000 - $7,000 |
| 70 | [EFIH] Hearings | 295 - 335 | $250,000 - $280,000 |
| 72 | [EFIH] Non-Kirkland Retention and Fee Applications | 5 - 10 | $3,000 - $10,000 |
| 73 | [EFIH] Non-Working Travel | 40 - 60 | $40,000 - $60,000 |
| 74 | [EFIH] Official Committee Issues and Meetings | 35 - 55 | $16,000 - $24,000 |
| 75 | [EFIH] Oncor | 0 | $0 |
| 76 | [EFIH] Plan/Disclosure Statement | 5 - 10 | $5,000 - $7,000 |
| Applicable to EFH Corp. Debtors | | | |
| 82 | [EFH] Asset Disposition | 0 | $0 |
| 85 | [EFH] Claims Administration and Objections | 0 | $0 |

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 86 | [EFH] Contested Matters and Adversary Proceedings | 0 | $0 |
| 87 | [EFH] Corporate Governance and Securities Law Issues | 20 - 40 | $12,000 - $20,000 |
| 89 | [EFH] EFH Properties | 200 - 230 | $136,000 - $160,000 |
| 92 | [EFH] Non-Core Subsidiaries / Discontinued Operations | 10 - 20 | $10,000 - $14,000 |
| 94 | [EFH] Non-Kirkland Retention and Fee Applications | 0 - 5 | $2,000 - $5,000 |
| 95 | [EFH] Non-Working Travel | 0 | $0 |
| 96 | [EFH] Official Committee Issues and Meetings | 30 - 50 | $16,000 - $24,000 |
| 97 | [EFH] Oncor | 0 | $0 |
| 101 | [EFH] Retiree and Employee Issues/OPEB | 0 | $0 |
| 105 | [EFH] Vendor and Other Creditor Issues | 0 | $0 |
| **Total** | | **46,430 - 52,320** | **$35,167,000 - $39,638,000** |

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 30 | $1.033 |
| Associate | 42 | $647 |
| Legal Assistant | 11 | $316 |
| Case Assistant | 2 | $208 |
| Project Assistants (and other support staff) | 7 | $269 |
| **Total Attorney** | **72** | **$809** |
| **Total Non-Attorney** | **20** | **$296** |
| **Total** | **92** | **$698** |

---

[1] The "Average Hourly Rate" is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

3