# Exhibit I

**Summary, by Matter Category, of Fees
Budgeted and Fees Incurred During the Fee Period**

## **Summary of Legal Services Rendered**

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| 0003 | [ALL] Automatic Stay | 160 - 185 | 0.00 | $83,000 - $100,000 | $0.00 |
| 0004 | [ALL] Bond Issues | 0 | 0.00 | $0 | $0.00 |
| 0005 | [ALL] Business Operations | 0 | 1.70 | $0 | $1,288.50 |
| 0006 | [ALL] Case Administration | 275 - 305 | 293.60 | $170,000 - $190,000 | $142,340.50 |
| 0007 | [ALL] Cash Management | 30 - 50 | 1.50 | $16,000 - $24,000 | $997.50 |
| 0008 | [ALL] Claims Administration & Objections | 945 - 1,060 | 1,179.70 | $575,000 - $640,000 | $785,819.50 |
| 0009 | [ALL] Contested Matters & Adv. Proceed. | 13,395 - 15,005 | 9,024.40 | $8,300,000 - $9,295,000 | $5,577,702.00 |
| 0010 | [ALL] Corp. Governance and Sec. Issues | 2,040 - 2,285 | 5,402.70 | $1,935,000 - $2,175,000 | $4,705,489.00 |
| 0011 | [ALL] Exec. Contracts & Unexpired Leases | 180 - 200 | 42.80 | $110,000 - $135,000 | $26,605.00 |
| 0012 | [ALL] Hearings | 215 - 245 | 254.60 | $165,000 - $185,000 | $230,805.00 |
| 0013 | [ALL] Insurance | 0 | 6.00 | $0 | $2,917.00 |
| 0014 | [ALL] Kirkland Retention and Fee Applications | 1,040 - 1,165 | 959.10 | $620,000 - $690,000 | $521,179.50 |
| 0015 | [ALL] Mediation | 0 | 2.10 | $0 | $1,494.00 |
| 0016 | [ALL] Non-Debtor Affiliates | 10 - 15 | 0.00 | $5,000 - $7,000 | $0.00 |
| 0017 | [ALL] Non-Kirkland Retentions & Fee Apps | 205 - 230 | 75.90 | $135,000 - $160,000 | $47,989.50 |
| 0018 | [ALL] Non-Working Travel | 495 - 545 | 356.10 | $460,000 - $520,000 | $326,774.00 |
| 0019 | [ALL] Official Committee Issues & Meet. | 115 - 135 | 12.20 | $87,000 - $105,000 | $9,140.50 |
| 0020 | [ALL] Oncor | 5 - 10 | 0.00 | $5,000 - $7,000 | $0.00 |
| 0021 | [ALL] Plan and Disclosure Statements | 14,885 - 16,675 | 8,511.80 | $12,600,000 - $14,115,000 | $7,551,886.50 |
| 0023 | [ALL] Regulatory Issues | 0 | 4.20 | $0 | $4,251.00 |
| 0026 | [ALL] Retiree and Employee Issues/OPEB | 900 - 1,010 | 691.60 | $745,000 - $840,000 | $529,727.00 |
| 0027 | [ALL] Schedules, SoFAs | 10 - 15 | 0.00 | $5,000 - $7,000 | $0.00 |
| 0028 | [ALL] Shared Services | 0 | 0.00 | $0 | $0.00 |
| 0029 | [ALL] Tax Issues | 2,385 - 2,675 | 2,231.50 | $2,345,000 - $2,630,000 | $2,078,886.00 |
| 0030 | [ALL] U.S. Trustee Issues | 45 - 65 | 0.60 | $35,000 - $55,000 | $399.00 |

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 0032 | [ALL] Valuation | 185 - 210 | 0.00 | $180,000 - $200,000 | $0.00 |
| 0033 | [ALL] Vendor and Other Creditor Issues | 10 - 15 | 0.00 | $5,000 - $7,000 | $0.00 |
| 0034 | [TCEH] Asset Dispositions and Purchases | 85 - 105 | 42.50 | $50,000 - $70,000 | $28,445.50 |
| 0035 | [TCEH] Automatic Stay | 10 - 15 | 37.20 | $7,000 - $10,000 | $21,410.00 |
| 0036 | [TCEH] Bond Issues | 10 - 15 | 2.10 | $5,000 - $7,000 | $1,669.50 |
| 0037 | [TCEH] Business Operations | 90 - 115 | 34.50 | $54,000 - $70,000 | $20,993.00 |
| 0038 | [TCEH] Cash Collateral and DIP Financing | 75 - 95 | 94.70 | $60,000 - $80,000 | $80,384.50 |
| 0039 | [TCEH] Claims Administration & Objection | 490 - 550 | 320.90 | $330,000 - $370,000 | $199,374.50 |
| 0040 | [TCEH] Contested Matters & Advers. Proc. | 2,855 - 3,200 | 108.80 | $2,060,000 - $2,310,000 | $72,037.00 |
| 0041 | [TCEH] Corporate Governance and Securities Law Issues | 15 - 30 | 2.20 | $10,000 - $17,000 | $2,129.00 |
| 0042 | [TCEH] Environmental Issues | 25 - 45 | 116.20 | $15,000 - $21,000 | $107,702.50 |
| 0046 | [TCEH] Non-Debtor Affiliates | 35 - 50 | 51.50 | $21,000 - $30,000 | $29,888.00 |
| 0047 | [TCEH] Non-Kirkland Retention & Fee Apps | 5 - 10 | 0.00 | $3,000 - $5,000 | $0.00 |
| 0048 | [TCEH] Non-Working Travel | 25 - 50 | 11.90 | $20,000 - $28,000 | $10,946.00 |
| 0049 | [TCEH] Official Committee Issues & Meet. | 55 - 75 | 4.70 | $26,000 - $37,000 | $2,875.00 |
| 0051 | [TCEH] Plan/Disclosure Statement | 150 - 170 | 151.60 | $160,000 - $200,000 | $103,504.00 |
| 0057 | [TCEH] Trading and Hedging Contracts | 115 - 135 | 33.90 | $90,000 - $110,000 | $23,739.50 |
| 0062 | [TCEH] Vendor and Other Creditor Issues | 305 - 345 | 148.80 | $190,000 - $220,000 | $88,372.00 |
| 0065 | [EFIH] Bond Issues | 0 | 7.70 | $0 | $6,258.00 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Make-whole | 430 - 485 | 29.70 | $340,000 - $385,000 | $28,768.00 |
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 3,020 - 3,380 | 1,041.60 | $2,350,000 - $2,630,000 | $853,274.50 |
| 0069 | [EFH] Corporate Governance and Securities Law Issues | 5 - 10 | 0.00 | $5,000 - $7,000 | $0.00 |

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| 0070 | [EFIH] Hearings | 295 - 335 | 3.10 | $250,000 - $280,000 | $3,087.50 |
| 0072 | [EFIH] Non-Kirkland Retention and Fee Applications | 5 - 10 | 0.00 | $3,000 - $10,000 | $0.00 |
| 0073 | [EFIH] Non-Working Travel | 40 - 60 | 0.00 | $40,000 - $60,000 | $0.00 |
| 0074 | [EFIH] Official Committee Issues and Meetings | 35 - 55 | 0.00 | $16,000 - $24,000 | $0.00 |
| 0076 | [EFIH] Plan/Disclosure Statement | 5 - 10 | 0.00 | $5,000 - $7,000 | $0.00 |
| 0085 | [EFH] Claims Administration & Objections | 0 | 47.80 | $0 | $23,146.00 |
| 0086 | [EFH] Contested Matters & Advers. Proc. | 0 | 26.90 | $0 | $19,637.00 |
| 0087 | [EFH] Corp. Governance and Sec. Issues | 20 - 40 | 0.00 | $12,000 - $20,000 | $0.00 |
| 0089 | [EFH] EFH Properties | 200 - 230 | 43.90 | $136,000 - $160,000 | $32,791.50 |
| 0092 | [EFH] Non-Core Subs/Discontinued Op. | 10 - 20 | 0.00 | $10,000 - $14,000 | $0.00 |
| 0094 | [EFH] Non-Kirkland Retention and Fee Applications | 0 - 5 | 0.00 | $2,000 - $5,000 | $0.00 |
| 0095 | [EFH] Non-Working Travel | 0 | 0.00 | $0 | $0.00 |
| 0096 | [EFH] Official Committee Issues & Meet. | 30 - 50 | 0.00 | $16,000 - $24,000 | $0.00 |
| 0108 | [TCEH] Exec. Contracts & Unexpired Lease | 460 - 520 | 1,462.30 | $300,000 - $340,000 | $958,985.00 |
| 0113 | [ALL] Enforcement of TTI Rights | 0 | 68.80 | $0 | $58,232.50 |
| 0114 | [ALL] Drag Along Rights | 0 | 30.60 | $0 | $29,645.50 |
| 0115 | [TCEH] Exit Financing | 0 | 16.60 | $0 | $21,491.50 |
| **Total** | | **46,430 - 52,320** | **32,992.60** | **$35,167,000 - $39,638,000** | **$25,374,478.00** |

3