## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, [1] | ) ) ) | Bankruptcy Case No. 14-10979 (CSS) (Jointly Administered) |
| *Debtors.* | ) ) ) | |
| | ) | |
| | ) | |
| COMPUTERSHARE TRUST COMPANY, N.A. and COMPUTERSHARE TRUST COMPANY OF CANADA, as INDENTURE TRUSTEE, | ) ) ) ) ) | Adversary Proceeding No. 14-50405 (CSS) |
| *Plaintiffs,* | ) ) | |
| v. | ) | |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC., | ) ) ) ) | |
| *Defendants.* | ) ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON OCTOBER 20, 2015 STARTING AT 10:00 A.M. (EDT) [2]

### I.    MATTERS SCHEDULED FOR ORAL ARGUMENT:

1.    EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 4964; filed July 9, 2015] (the "Objection")

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The October 20, 2015 (the "October 20th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT). Any person who wishes to appear telephonically at the October 20th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Monday, October 19, 2015** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

<u>Response/Objection Deadline</u>:     July 23, 2015 at 4:00 p.m. (EDT); extended for UMB Bank, N.A.

<u>Relevant Responses/Objections Received</u>:

A.     Partial Response of UMB Bank, N.A. to EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by Indenture Trustee for the EFIH Unsecured Notes [D.I. 5788; filed August 28, 2015]

<u>Relevant Related Documents</u>:

i.     Letter from Andrew R. McGaan, P.C. to the Honorable Christopher S. Sontchi re: EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 5238; filed August 7, 2015]

ii.     Letter to the Honorable Christopher S. Sontchi in connection with the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 5239; filed August 7, 2015]

iii.     EFIH Debtors' Reply in Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 5962; filed September 11, 2015]

iv.     Notice to Lift Temporary Seal [D.I. 5967; filed September 14, 2015]

v.     Notice of Scheduling of Oral Argument in Connection with (I) the "EFIH Debtors' Motion for Summary Judgment" [Adv. D.I. 41] (II) the "EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment" [Adv. D.I. 46] and (III) Certain Aspects of the "EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes" [D.I. 4964] [D.I. 6383; filed October 7, 2015]

<u>Status</u>: At the direction of Chambers, oral argument on this matter to the extent that it seeks any premium owed upon an optional redemption of the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 will go forward at the hearing. Argument on this matter as it relates to seeking postpetition interest at the rate specified in the PIK Indenture (as such term is defined in the Objection) will take place at a subsequent date to be determined by the Court.

2.     EFIH Debtors' Motion for Summary Judgment [Adv. D.I. 41; filed July 17, 2015] (the "<u>Motion for Summary Judgment</u>") **AND** EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment [Adv. D.I. 46; filed August 13, 2015] (the "<u>Cross-Motion</u>")

Related Documents:

i.      Complaint for Declaratory Relief [D.I. 995/Adv. D.I. 1; filed June 16, 2014]

ii.     Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Answer [Adv. 5; filed July 16, 2014]

iii.    Amended Complaint for Damages and Declaratory Relief [Adv. D.I. 37; filed April 13, 2015]

iv.     Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Answer to Amended Complaint for Damages and Declaratory Relief [Adv. D.I. 39; filed April 30, 2015]

v.      EFIH Debtors' Memorandum in Support of Their Motion for Partial Summary Judgment [Adv. D.I. 42; filed July 17, 2015]

vi.     Declaration of Jason M. Madron, Esq. in Support of the EFIH Debtors' Motion for Summary Judgment [Adv. D.I. 43; filed July 17, 2015]

vii.    Stipulated Scheduling Order [Adv. D.I. 45; filed August 3, 2015]

viii.   EFIH Second Lien Indenture Trustee's Memorandum of Law in Support of Their Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment [Adv. D.I. 47; filed August 13, 2015]

ix.     Declaration of Noah Hertz-Bunzl in Support of EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment [Adv. D.I. 48; filed August 13, 2015]

x.      Notice of Filing of Unredacted Copy of EFIH Second Lien Indenture Trustee's Memorandum of Law in Support of their Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment [Adv. D.I. 51; filed August 28, 2015]

xi.     Notice of Filing of Unredacted Copy of Declaration of Noah Hertz-Bunzl in Support of EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment [Adv. D.I. 52; filed August 28, 2015]

xii.    EFIH Debtors' Reply in Support of Their Motion for Partial Summary Judgment and Opposition to the Second Lien Trustee's Cross-Motion for Partial Summary Judgment [Adv. D.I. 53; filed September 3, 2015]

xiii.   Declaration of Jason M. Madron, Esq. in Support of the EFIH Debtors' Reply in Support of Their Motion for Partial Summary Judgment and

Opposition to the Second Lien Trustee's Cross-Motion for Partial Summary Judgment [Adv. D.I. 54; filed September 3, 2015]

xiv.    Notice of Completion of Briefing [Adv. D.I. 58; filed September 25, 2015]

xv.    Notice of Scheduling of Oral Argument in Connection with (I) the "EFIH Debtors' Motion for Summary Judgment" [Adv. D.I. 41] (II) the "EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment" [Adv. D.I. 46] and (III) Certain Aspects of the "EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes" [D.I. 4964] [Adv. D.I. 59; filed October 7, 2015]

Status:  Oral argument in connection with the Motion for Summary Judgement and the Cross-Motion will go forward at the hearing.

*[Remainder of page intentionally left blank.]*

Dated: October 16, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            edward.sassower@kirkland.com
                      stephen.hessler@kirkland.com
                      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                      marc.kieselstein@kirkland.com
                      chad.husnick@kirkland.com
                      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*