IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 4969, 5874, 6109, 6303** |

### EFIH DEBTORS' RESPONSE TO "UMB BANK, N.A.'S MOTION FOR LEAVE TO FILE SUR-REPLY TO THE EFIH DEBTORS' REPLY IN SUPPORT OF PARTIAL OBJECTION TO PROOF OF CLAIM NO. 6347 FILED BY THE INDENTURE TRUSTEE FOR THE EFIH UNSECURED NOTES"

The Trustee's motion to file a sur-reply, D.I. 6303 ("Motion"), fails to justify this additional briefing, D.I. 6303-1 ("Sur-Reply"), and, in that regard, the Court would certainly be justified in striking the Trustee's improper attempt to have the last word on issues it first raised in its opposition, D.I. 5874 ("Opposition").[2] However, the EFIH Debtors' propose instead that the Court consider the response attached hereto as **Exhibit A** as the appropriate remedy for the inappropriate Sur-Reply, that the briefing on the issue of postpetition interest finally conclude, and that the Court set a date for oral argument on this issue.

1.     To be sure, the Trustee's Sur-Reply is improper. When permitted, a sur-reply should address new arguments neither anticipated nor raised in an initial filing. Neither is the case here. The Trustee identifies no argument that the EFIH Debtors' should have but failed to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not defined here are defined in *UMB Bank, N.A.'s Motion For Leave To File Sur-Reply To The EFIH Debtors' Reply In Support Of Partial Objection To Proof Of Claim No. 6347 Filed By The Indenture Trustee For The EFIH Unsecured Notes*, (D.I. 6303).

RLF1 13163873v.1

present in their Objection, nor any argument the Trustee did not reasonably anticipate is its 40 page Opposition. The Trustee instead asserts, without citation, that the EFIH Debtors' Reply "for the first time ... raised and/or fully articulated most of their substantive arguments in support of the Postpetition Interest Objection." Motion ¶ 4. This is mistaken.

2. The EFIH Debtors' Objection succinctly states the grounds for disallowing the Trustee's claim for postpetition interest at a rate greater than the federal judgment rate—that (i) section 502(b)(2) of the Bankruptcy Code disallows claims for unmatured interest on unsecured debt and (ii) the only statutory basis for awarding postpetition interest is section 1129(a)(7), which through section 726(a)(5) requires paying interest at "the legal rate" to unsecured creditors of a solvent debtor. (D.I. 4964 ¶¶ 50-53.) The EFIH Debtors' Reply states the same affirmative basis for disallowing the PIK Trustee's claim, again succinctly in two pages, (D.I. 6109 ¶¶ 2-4), with three additional pages devoted to explaining why, contrary to the Trustee's argument, the federal judgment rate is "the legal rate," (D.I. 6109 ¶¶ 6-9). In fact, the Trustee admits this very point in its Sur-Reply. *See* Sur-Reply 1 ("The EFIH Debtors' Reply, like the Objection itself, is premised on ...."). The Trustee does not argue that the EFIH Debtors' Reply improperly supplemented this argument, nor does the Trustee assert that the EFIH Debtors' Reply presented *additional* bases for disallowing postpetition interest at a rate greater than the federal judgment rate.

3. The Trustee's apparent basis for seeking a Sur-Reply is that the EFIH Debtors' Reply was 22 pages long. *See* Motion ¶ 4. Of course the number of pages in a reply brief does not determine whether a sur-reply is appropriate, and more importantly, the Trustee overlooks that pages 7 through 22 of the Reply are dedicated merely to responding to the Trustee's *40 page* Opposition.

4. Most tellingly, the Sur-Reply does not address the EFIH Debtors' basis for relief. Instead, the Sur-Reply reiterates the Trustee's original arguments regarding section 1124 of the Bankruptcy Code and the Sixth Circuit's *Dow Corning* decision. *Compare* Opposition, D.I. 5874, ¶¶ 15-27, 37-44, *with* Sur-Reply, D.I. 6303-1, ¶¶ 1-10.

5. The Trustee is not entitled to have the last word on the issues it raised in opposition, and the Court would be justified in striking the Trustee's improper Sur-Reply. Nonetheless, the EFIH Debtors instead request that the Court in fairness consider the attached response from the EFIH Debtors together with the Sur-Reply and the other briefing submitted regarding the Trustee's claim for postpetition interest at a rate greater than the federal judgment rate. If, however, the Court *sua sponte* denies the Trustee's Motion, the EFIH Debtors will withdraw this opposition seeking to file a response to the Sur-Reply.

## Conclusion

6. For the foregoing reasons, the Court should sustain this response and consider the attached response to the Trustee's Sur-Reply.

*[Remainder of page intentionally left blank.]*

Dated: October 16, 2015
Wilmington, Delaware

*[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*