## Exhibit A

## Prior Statements, Applications and Allowances

| Filing, Date Filed, ECF | Period Covered | Total Fees (100%) | Requested | | Approved | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| First Monthly Feb. 10, 2015 ECF 3505 | Dec. 11-31, 2014 | $150,000 | $120,000 (80%) | $1,805.69 | $120,000 (80%) | $1,805.69 |
| First Interim Feb. 18, 2015 ECF 3579 | Dec. 11-31, 2014 | - | $30,000 (20%) | - | $30,000 | ($1,758.47) (agreed reduction) |
| Second Monthly March 25, 2015 ECF 3975 | Jan. 1-31, 2015 | $150,000 | $120,000 (80%) | $3,853.81 | $120,000 (80%) | $3,853.81 |
| Third Monthly March 26, 2015 ECF 3983 | Feb. 1-28, 2015 | $150,000 | $120,000 (80%) | $8,144.64 | $120,000 (80%) | $8,144.64 |
| Fourth Monthly April 22, 2015 ECF 4248 | Mar. 1-31, 2015 | $150,000 | $120,000 (80%) | $9,078.33 | $120,000 (80%) | $9,078.33 |
| Fifth Monthly May 20, 2015 ECF 4538 | Apr. 1-30, 2015 | $150,000 | $120,000 (80%) | $2,071.44 | $120,000 (80%) | $2,071.44 |
| Second Interim ECF 4715 | Jan 1. – Apr. 30, 2015 | - | $120,000 (20%) | - | - | - |
| Sixth Monthly June 22, 2015 ECF 4815 | May 1-31, 2015 | $150,000 | $120,000 (80%) | $8,734.12 | $120,000 (80%) | $8,734.12 |
| Seventh Monthly July 22, 2015 ECF 5037 | June 1-30, 2015 | $150,000 | $120,000 (80%) | $833.84 | $120,000 (80%) | $833.84 |
| Eighth Month August 21, 2015 ECF 5616 | July 1-31, 2015 | $150,000 | $120,000 (80%) | $4,108.53 | $120,000 (80%) | $4,108.53 |
| Ninth Monthly Sept. 30, 2015 ECF 6234 | Aug. 1-31, 2015 | $150,000 | $120,000 (80%) | $390.80 | - | - |
| **Total** | | **$1,350,000** | **$1,230,000** | **$39,012.20** | **$990,000** | **$36,871.93** |

**Payments by Date**

| Filing, Date Filed, ECF | Period Covered | Date of Payment | Payment |
|---|---|---|---|
| First Monthly<br>Feb. 10, 2015<br>ECF 3505 | Dec. 11-31, 2014 | March 13, 2015 | $121,805.69 |
| Second Monthly<br>March 25, 2015<br>ECF 3975 | Jan. 1-31, 2015 | May 1, 2015 | $123,853.81 |
| Third Monthly<br>March 26, 2015<br>ECF 3983 | Feb. 1-28, 2015 | May 1, 2015 | $128,144.64 |
| Fourth Monthly<br>April 22, 2015<br>ECF 4248 | Mar. 1-31, 2015 | May 19, 2015 | $129,078.33 |
| Fifth Monthly<br>May 20, 2015<br>ECF 4538 | Apr. 1-30, 2015 | June 19, 2015 | $122,071.44 |
| Sixth Monthly<br>June 22, 2015<br>ECF 4815 | May 1-31, 2015 | June 24, 2015 | $128,734.12 |
| First Interim<br>Feb. 18, 2015<br>ECF 3579 | Dec. 11-31, 2014 | July 29, 2015 | $28,241.53 |
| Seventh Monthly<br>July 22, 2015<br>ECF 5037 | June 1-30, 2015 | August 24, 2015 | $120,833.84 |
| Eighth Month<br>August 21, 2015<br>ECF 5616 | July 1-31, 2015 | September 22, 2015 | $124,108.53 |
| **Total** | | | **$1,026,871.93** |