## Exhibit B

## Hours Expended by Goldin Professional

| | | |
|---|---|---:|
| Harrison J. Goldin | Sr. Managing Director | 15.2 |
| David Prager | Managing Director | 177.8 |
| Karthik Bhavaraju | Director | 108.4 |
| Pavel Hejsek | Sr. Analyst | 97.3 |
| Deborah Praga | Analyst | 159.1 |
| **Total** | | **557.8** |