## **Exhibit C**

## **Hours Expended by Subject Matter**

| | |
|---|---:|
| Board/Director Communications | 41.4 |
| Tax Issues | 4.3 |
| Plan Development | 210.4 |
| Sales Process | 297.4 |
| General Case Matters/Other | 4.3 |
| **Total** | **557.8** |