## Exhibit D

**Expenses by Category**

| | |
|---|---:|
| Meals | $451.03 |
| Photocopies | 861.17 |
| Research | 9,958.78 |
| Teleconference | 487.50 |
| Travel | 2,308.81 |
| **Total** | **$14,067.29** |