**EXHIBIT E--DETAIL OF HOURS EXPENDED**

| TIMEKEEPER | TITLE | DATE | HOURS | SPECIFIC CODE | DESCRIPTION |
|---|---|---|---|---|---|
| Goldin, Harrison J. | Sr. Managing Director | 5/29/2015 | 0.50 | 04 Plan Development | Discuss Oncor analysis with D. Prager |
| Goldin, Harrison J. | Sr. Managing Director | 6/19/2015 | 1.00 | 01 Board/Director Communications | Attendance at board meeting |
| Goldin, Harrison J. | Sr. Managing Director | 6/23/2015 | 1.50 | 01 Board/Director Communications | Teleconference with client, attendance at board meetings |
| Goldin, Harrison J. | Sr. Managing Director | 6/24/2015 | 0.60 | 01 Board/Director Communications | Attendance at board meetings |
| Goldin, Harrison J. | Sr. Managing Director | 6/25/2015 | 0.50 | 04 Plan Development | Discuss case with D. Prager |
| Goldin, Harrison J. | Sr. Managing Director | 7/10/2015 | 1.00 | 01 Board/Director Communications | Board teleconference |
| Goldin, Harrison J. | Sr. Managing Director | 7/17/2015 | 1.00 | 01 Board/Director Communications | Board teleconference |
| Goldin, Harrison J. | Sr. Managing Director | 7/19/2015 | 0.70 | 04 Plan Development | Teleconference of advisors |
| Goldin, Harrison J. | Sr. Managing Director | 7/20/2015 | 1.20 | 01 Board/Director Communications | Participate in board call |
| Goldin, Harrison J. | Sr. Managing Director | 7/22/2015 | 1.00 | 04 Plan Development | Conference with staff |
| Goldin, Harrison J. | Sr. Managing Director | 7/23/2015 | 2.50 | 04 Plan Development | Call with independent director, conference with staff, participation for board call |
| Goldin, Harrison J. | Sr. Managing Director | 7/24/2015 | 0.70 | 04 Plan Development | Advisors call |
| Goldin, Harrison J. | Sr. Managing Director | 8/2/2015 | 2.00 | 01 Board/Director Communications | Review board materials, attendance at board meeting |
| Goldin, Harrison J. | Sr. Managing Director | 8/9/2015 | 1.00 | 01 Board/Director Communications | Attendance at board meeting |
| **Goldin, Harrison J. Total** | | | **15.20** | | |
| Prager, David | Managing Director | 5/1/2015 | 0.20 | 05 Sales Process | Sales update call |
| Prager, David | Managing Director | 5/4/2015 | 0.50 | 05 Sales Process | Review and comment on bid risk analysis |
| Prager, David | Managing Director | 5/5/2015 | 0.20 | 05 Sales Process | Sales process update call |
| Prager, David | Managing Director | 5/5/2015 | 0.50 | 05 Sales Process | Review and comment on bid risk analysis |
| Prager, David | Managing Director | 5/6/2015 | 0.40 | 05 Sales Process | Discuss bid risk analysis with R. Levin |
| Prager, David | Managing Director | 5/6/2015 | 1.00 | 04 Plan Development | Advisors' coordination call |
| Prager, David | Managing Director | 5/6/2015 | 1.50 | 05 Sales Process | Discuss Oncor valuation with K. Bhavaraju, P. Hejsek and D. Praga |
| Prager, David | Managing Director | 5/6/2015 | 0.50 | 05 Sales Process | Review and comment on bid risk analysis |
| Prager, David | Managing Director | 5/8/2015 | 1.50 | 05 Sales Process | Discuss bid risk analysis with counsel |
| Prager, David | Managing Director | 5/8/2015 | 1.00 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 5/14/2015 | 0.80 | 04 Plan Development | Disinterested Director advisor coordination call |
| Prager, David | Managing Director | 5/15/2015 | 1.00 | 04 Plan Development | Discuss Oncor valuation with K. Bhavaraju, P. Hejsek and D. Praga |
| Prager, David | Managing Director | 5/19/2015 | 1.70 | 04 Plan Development | Discuss Oncor valuation with K. Bhavaraju, P. Hejsek and D. Praga |
| Prager, David | Managing Director | 5/21/2015 | 0.50 | 04 Plan Development | Review board materials and new sales proposal |
| Prager, David | Managing Director | 5/21/2015 | 1.00 | 04 Plan Development | Weekly DDA coordination call |
| Prager, David | Managing Director | 5/22/2015 | 0.10 | 05 Sales Process | Sales update call |
| Prager, David | Managing Director | 5/22/2015 | 0.30 | 05 Sales Process | Discuss sales process with R. Levin |
| Prager, David | Managing Director | 5/22/2015 | 1.00 | 01 Board/Director Communications | Weekly board call |
| Prager, David | Managing Director | 5/26/2015 | 3.00 | 05 Sales Process | Review and comment on Oncor analysis; discuss with P. Hejsek and K. Bhavaraju |
| Prager, David | Managing Director | 5/26/2015 | 1.50 | 05 Sales Process | Call with C. Cremens re: M&A process |
| Prager, David | Managing Director | 5/27/2015 | 1.00 | 05 Sales Process | Meeting on Oncor analysis and value with P. Hejsek and K. Bhavaraju; analysis of same |
| Prager, David | Managing Director | 5/28/2015 | 3.00 | 05 Sales Process | Review and comment on Oncor analysis; discuss with P. Hejsek and K. Bhavaraju |
| Prager, David | Managing Director | 5/29/2015 | 1.50 | 05 Sales Process | Review and refine Oncor analysis |
| Prager, David | Managing Director | 5/29/2015 | 0.80 | 05 Sales Process | Discuss Oncor analysis with H. Goldin and P. Hejsek |
| Prager, David | Managing Director | 5/29/2015 | 0.70 | 05 Sales Process | Advisor call on stalking horse |
| Prager, David | Managing Director | 6/1/2015 | 1.00 | 05 Sales Process | Stalking horse update call |
| Prager, David | Managing Director | 6/1/2015 | 1.50 | 05 Sales Process | Discuss Oncor analysis with Cravath |
| Prager, David | Managing Director | 6/3/2015 | 1.00 | 05 Sales Process | Stalking horse update call |
| Prager, David | Managing Director | 6/3/2015 | 1.40 | 05 Sales Process | Review and comment on revised Oncor presentation; Discuss with P. Hejsek |
| Prager, David | Managing Director | 6/4/2015 | 1.50 | 03 Tax Issues | Call with C. Cremens and counsel re: tax issues |
| Prager, David | Managing Director | 6/4/2015 | 0.50 | 04 Plan Development | Plan update DDA call |
| Prager, David | Managing Director | 6/4/2015 | 0.50 | 05 Sales Process | Stalking horse update call |
| Prager, David | Managing Director | 6/5/2015 | 1.00 | 05 Sales Process | Stalking horse update call |
| Prager, David | Managing Director | 6/5/2015 | 1.00 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 6/8/2015 | 0.30 | 05 Sales Process | Review of board materials |
| Prager, David | Managing Director | 6/8/2015 | 0.70 | 05 Sales Process | DDA stalking horse update call |
| Prager, David | Managing Director | 6/9/2015 | 0.50 | 05 Sales Process | Review of board materials re: sale process |
| Prager, David | Managing Director | 6/9/2015 | 1.00 | 05 Sales Process | Address Oncor valuation issues |
| Prager, David | Managing Director | 6/9/2015 | 2.00 | 05 Sales Process | Review and revise Oncor analysis; discuss with D. Praga |
| Prager, David | Managing Director | 6/9/2015 | 3.50 | 05 Sales Process | Board education session re: bid analysis |
| Prager, David | Managing Director | 6/10/2015 | 2.50 | 05 Sales Process | Meeting with C. Cremens and counsel re: Oncor sales |
| Prager, David | Managing Director | 6/10/2015 | 1.00 | 05 Sales Process | Sales update call |
| Prager, David | Managing Director | 6/11/2015 | 1.00 | 05 Sales Process | Review revised bid analysis |
| Prager, David | Managing Director | 6/12/2015 | 0.50 | 05 Sales Process | Sales update call |
| Prager, David | Managing Director | 6/12/2015 | 0.80 | 05 Sales Process | Call with commitees re: sales process |
| Prager, David | Managing Director | 6/12/2015 | 1.50 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 6/12/2015 | 0.50 | 05 Sales Process | Review of term sheets/plan agreements |
| Prager, David | Managing Director | 6/12/2015 | 1.00 | 05 Sales Process | Call with E Committee re: sale/plan process |
| Prager, David | Managing Director | 6/12/2015 | 1.00 | 05 Sales Process | Call with T Committee re: sale/plan process |

| TIMEKEEPER | TITLE | DATE | HOURS | SPECIFIC CODE | DESCRIPTION |
|---|---|---|---|---|---|
| Prager, David | Managing Director | 6/12/2015 | 1.30 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 6/12/2015 | 0.30 | 05 Sales Process | Correspondence re: sale process |
| Prager, David | Managing Director | 6/15/2015 | 0.50 | 05 Sales Process | Sales update call |
| Prager, David | Managing Director | 6/17/2015 | 1.00 | 01 Board/Director Communications | Board call re: sales process update |
| Prager, David | Managing Director | 6/19/2015 | 1.50 | 04 Plan Development | Valuation and plan construct--call with R. Levin; call with Evercore; discuss with K. Bhavaraju and D. Praga |
| Prager, David | Managing Director | 6/23/2015 | 0.50 | 04 Plan Development | Advisors call on plan process |
| Prager, David | Managing Director | 6/23/2015 | 0.50 | 04 Plan Development | Value analysis of potential plan options |
| Prager, David | Managing Director | 6/23/2015 | 1.00 | 04 Plan Development | Call with C. Cremens and counsel re: plan proposals |
| Prager, David | Managing Director | 6/23/2015 | 1.00 | 01 Board/Director Communications | Board call re: plan |
| Prager, David | Managing Director | 6/24/2015 | 0.70 | 01 Board/Director Communications | Board call re: plan |
| Prager, David | Managing Director | 6/24/2015 | 0.50 | 04 Plan Development | Call with C. Cremens re: plan proposals |
| Prager, David | Managing Director | 6/24/2015 | 0.50 | 04 Plan Development | Call with R. Levin re: plan values |
| Prager, David | Managing Director | 6/25/2015 | 0.80 | 04 Plan Development | Review and analysis of correspondence re: plan |
| Prager, David | Managing Director | 6/25/2015 | 0.60 | 04 Plan Development | Discuss plan proposals and hearing with R. Levin |
| Prager, David | Managing Director | 6/25/2015 | 0.50 | 04 Plan Development | Update J. Goldin on case development |
| Prager, David | Managing Director | 6/30/2015 | 0.50 | 04 Plan Development | Review of Evercore plan summary |
| Prager, David | Managing Director | 6/30/2015 | 0.50 | 04 Plan Development | Call with R. Levin re: plan status |
| Prager, David | Managing Director | 6/30/2015 | 1.50 | 04 Plan Development | Advisors update call |
| Prager, David | Managing Director | 7/2/2015 | 0.50 | 04 Plan Development | Call with advisors |
| Prager, David | Managing Director | 7/6/2015 | 1.00 | 04 Plan Development | Cash balance and plan analysis |
| Prager, David | Managing Director | 7/7/2015 | 0.50 | 05 Sales Process | Discuss valuation with D. Praga |
| Prager, David | Managing Director | 7/7/2015 | 2.50 | 04 Plan Development | Meeting with PIK advisors; brief team; plan analysis |
| Prager, David | Managing Director | 7/8/2015 | 0.40 | 04 Plan Development | Review of plan proposal |
| Prager, David | Managing Director | 7/9/2015 | 0.50 | 04 Plan Development | Analysis of plan cash and waterfall |
| Prager, David | Managing Director | 7/9/2015 | 4.00 | 04 Plan Development | Negotiation session at Kirkland; analysis of proposals |
| Prager, David | Managing Director | 7/10/2015 | 1.00 | 04 Plan Development | Term sheet review and analysis |
| Prager, David | Managing Director | 7/10/2015 | 1.00 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 7/13/2015 | 0.50 | 04 Plan Development | Analysis of recovery waterfall; discuss with K. Bhavaraju |
| Prager, David | Managing Director | 7/13/2015 | 0.40 | 04 Plan Development | Disinterested advisor call |
| Prager, David | Managing Director | 7/14/2015 | 0.50 | 05 Sales Process | Discuss valuation with D. Praga |
| Prager, David | Managing Director | 7/14/2015 | 1.50 | 04 Plan Development | Calls with R. Levin, B. Yi re: distributions |
| Prager, David | Managing Director | 7/14/2015 | 2.50 | 04 Plan Development | Plan distribution analysis |
| Prager, David | Managing Director | 7/15/2015 | 1.50 | 04 Plan Development | DDA meeting re: plan negotiation |
| Prager, David | Managing Director | 7/15/2015 | 3.30 | 04 Plan Development | Plan negotiation meeting at Kirkland |
| Prager, David | Managing Director | 7/15/2015 | 1.00 | 04 Plan Development | DDA call re: plan |
| Prager, David | Managing Director | 7/16/2015 | 1.00 | 04 Plan Development | Analysis of plans and potential distributions |
| Prager, David | Managing Director | 7/16/2015 | 1.00 | 04 Plan Development | Call with Proskouer re: plan |
| Prager, David | Managing Director | 7/16/2015 | 1.00 | 04 Plan Development | Call with C. Cremens re: plan |
| Prager, David | Managing Director | 7/16/2015 | 2.50 | 04 Plan Development | Meeting with counsel re: plan |
| Prager, David | Managing Director | 7/17/2015 | 1.00 | 04 Plan Development | Plan settlement analysis |
| Prager, David | Managing Director | 7/17/2015 | 1.50 | 04 Plan Development | Call with counsel and EFH counsel re: plan |
| Prager, David | Managing Director | 7/17/2015 | 1.00 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 7/17/2015 | 1.00 | 04 Plan Development | Call with DDAs re: plan |
| Prager, David | Managing Director | 7/18/2015 | 0.50 | 04 Plan Development | Call with B. Yi re: plan |
| Prager, David | Managing Director | 7/18/2015 | 0.50 | 04 Plan Development | Call with R. Levin |
| Prager, David | Managing Director | 7/19/2015 | 1.00 | 04 Plan Development | Call with C. Cremens and counsel re: plan |
| Prager, David | Managing Director | 7/19/2015 | 0.50 | 04 Plan Development | Discuss plan with K. Bhavaraju |
| Prager, David | Managing Director | 7/19/2015 | 1.50 | 04 Plan Development | DDA call |
| Prager, David | Managing Director | 7/20/2015 | 0.50 | 04 Plan Development | Call with B. Yi |
| Prager, David | Managing Director | 7/20/2015 | 1.50 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 7/20/2015 | 1.00 | 04 Plan Development | Call with C. Cremens and counsel re: plan |
| Prager, David | Managing Director | 7/22/2015 | 1.00 | 04 Plan Development | Plan analysis |
| Prager, David | Managing Director | 7/22/2015 | 0.50 | 04 Plan Development | Research cash ownership |
| Prager, David | Managing Director | 7/22/2015 | 1.00 | 04 Plan Development | Call with SOLIC; related analysis |
| Prager, David | Managing Director | 7/22/2015 | 2.00 | 04 Plan Development | DDA call |
| Prager, David | Managing Director | 7/23/2015 | 1.50 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 7/23/2015 | 0.50 | 04 Plan Development | Plan analysis |
| Prager, David | Managing Director | 7/23/2015 | 1.00 | 04 Plan Development | Call with C. Cremens |
| Prager, David | Managing Director | 7/23/2015 | 0.50 | 04 Plan Development | Call with R. Levin re: plan |
| Prager, David | Managing Director | 7/23/2015 | 0.70 | 04 Plan Development | Call with SOLIC |
| Prager, David | Managing Director | 7/23/2015 | 0.70 | 04 Plan Development | Discuss plan with Evercore and K. Bhavaraju |
| Prager, David | Managing Director | 7/24/2015 | 1.00 | 04 Plan Development | Call with counsel |
| Prager, David | Managing Director | 7/24/2015 | 1.00 | 04 Plan Development | DDA call |
| Prager, David | Managing Director | 7/24/2015 | 0.50 | 04 Plan Development | Call with SOLIC |
| Prager, David | Managing Director | 7/27/2015 | 1.00 | 04 Plan Development | Call with C. Cremens re: plan negotiations |
| Prager, David | Managing Director | 7/27/2015 | 0.50 | 04 Plan Development | Call with counsel re: plan |
| Prager, David | Managing Director | 7/27/2015 | 5.50 | 04 Plan Development | Negotiation session with DDAs |
| Prager, David | Managing Director | 7/28/2015 | 4.50 | 04 Plan Development | Negotiation of plan terms |
| Prager, David | Managing Director | 7/28/2015 | 1.00 | 04 Plan Development | Call with DDAs and Company |
| Prager, David | Managing Director | 7/29/2015 | 0.50 | 01 Board/Director Communications | EFIH Board meeting |
| Prager, David | Managing Director | 7/29/2015 | 3.00 | 04 Plan Development | Prepare warrant term sheet |

| TIMEKEEPER | TITLE | DATE | HOURS | SPECIFIC CODE | DESCRIPTION |
|---|---|---|---|---|---|
| Prager, David | Managing Director | 7/29/2015 | 2.50 | 04 Plan Development | Analysis of plan proposals and prepare materials for C. Cremens |
| Prager, David | Managing Director | 7/29/2015 | 7.00 | 04 Plan Development | Negotiation with DDAs |
| Prager, David | Managing Director | 7/29/2015 | 2.00 | 10 General Case Matters/Other | Non-working travel DAL to NY |
| Prager, David | Managing Director | 7/29/2015 | 2.00 | 10 General Case Matters/Other | Non-working travel NY to DAL |
| Prager, David | Managing Director | 7/30/2015 | 2.50 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 7/30/2015 | 0.50 | 04 Plan Development | Negotiation calls with advisors to company and disinterested directors |
| Prager, David | Managing Director | 7/30/2015 | 0.70 | 04 Plan Development | Call with R. Levin re: term sheet |
| Prager, David | Managing Director | 7/30/2015 | 0.80 | 04 Plan Development | Call with financial advisors re: CVRs and term sheet |
| Prager, David | Managing Director | 7/30/2015 | 2.50 | 04 Plan Development | Analysis of term sheets and prepare materials for discussion with C. Cremens |
| Prager, David | Managing Director | 7/31/2015 | 1.50 | 04 Plan Development | Discuss plan terms with counsel |
| Prager, David | Managing Director | 7/31/2015 | 2.00 | 04 Plan Development | Analysis of plan proposals |
| Prager, David | Managing Director | 7/31/2015 | 4.00 | 04 Plan Development | Negotiation calls with advisors to company and disinterested directors |
| Prager, David | Managing Director | 7/31/2015 | 0.50 | 04 Plan Development | Follow up call with C. Cremens re: plan |
| Prager, David | Managing Director | 7/31/2015 | 1.00 | 04 Plan Development | Call with C. Cremens re: plan |
| Prager, David | Managing Director | 7/31/2015 | 0.50 | 04 Plan Development | Call with financial advisors re: CVRs |
| Prager, David | Managing Director | 8/1/2015 | 1.50 | 04 Plan Development | Review term sheet and analysis |
| Prager, David | Managing Director | 8/2/2015 | 1.00 | 04 Plan Development | Review and comment on plan and board presentations |
| Prager, David | Managing Director | 8/2/2015 | 0.50 | 04 Plan Development | Discuss plan with R. Levin |
| Prager, David | Managing Director | 8/2/2015 | 0.70 | 04 Plan Development | Call with C. Cremens re: plan |
| Prager, David | Managing Director | 8/2/2015 | 0.80 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 8/3/2015 | 1.50 | 04 Plan Development | Analysis of plan |
| Prager, David | Managing Director | 8/3/2015 | 0.80 | 04 Plan Development | Call with PIK advisors |
| Prager, David | Managing Director | 8/5/2015 | 1.00 | 04 Plan Development | DDA update call |
| Prager, David | Managing Director | 8/6/2015 | 1.00 | 04 Plan Development | Call with DDAs re: plan progress |
| Prager, David | Managing Director | 8/7/2015 | 0.50 | 04 Plan Development | Call with C. Cremens re: plan process |
| Prager, David | Managing Director | 8/8/2015 | 0.50 | 04 Plan Development | Call with Evercore re: plan and board materials |
| Prager, David | Managing Director | 8/9/2015 | 1.00 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 8/9/2015 | 1.00 | 04 Plan Development | Call with C. Cremens re: plan approval |
| Prager, David | Managing Director | 8/21/2015 | 1.00 | 04 Plan Development | Discuss discovery with T. Broad; research responsive materials |
| Prager, David | Managing Director | 8/28/2015 | 1.00 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 8/29/2015 | 0.40 | 04 Plan Development | Review of plan correspondence |
| **Prager, David Total** | | | **177.80** | | |

| TIMEKEEPER | TITLE | DATE | HOURS | SPECIFIC CODE | DESCRIPTION |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | Director | 5/6/2015 | 0.70 | 05 Sales Process | Discuss Oncor valuation with P. Hejsek and check modeling approach to REIT-based valuation |
| Bhavaraju, Karthik | Director | 5/6/2015 | 1.50 | 05 Sales Process | Meeting with D. Prager, P. Hejsek and D. Praga to discuss Oncor valuation model |
| Bhavaraju, Karthik | Director | 5/6/2015 | 1.00 | 04 Plan Development | EFIH weekly advisor coordination call |
| Bhavaraju, Karthik | Director | 5/7/2015 | 0.50 | 05 Sales Process | Discuss updates to Oncor valuation analysis with P. Hejsek |
| Bhavaraju, Karthik | Director | 5/7/2015 | 0.70 | 05 Sales Process | Review Fidelity term sheet |
| Bhavaraju, Karthik | Director | 5/8/2015 | 1.40 | 05 Sales Process | Discussion of bid risk analysis with R. Levin, P. Gelston, D. Prager, and D. Praga |
| Bhavaraju, Karthik | Director | 5/8/2015 | 1.00 | 01 Board/Director Communications | EFH joint board call |
| Bhavaraju, Karthik | Director | 5/11/2015 | 0.60 | 05 Sales Process | Discuss certain modeling assumptions respecting Oncor valuation with P. Hejsek |
| Bhavaraju, Karthik | Director | 5/11/2015 | 1.30 | 05 Sales Process | Review REIT financial scenarios in dataroom |
| Bhavaraju, Karthik | Director | 5/13/2015 | 0.50 | 05 Sales Process | Discuss Oncor valuation REIT financials with P. Hejsek |
| Bhavaraju, Karthik | Director | 5/13/2015 | 1.60 | 05 Sales Process | Meeting with P. Hejsek to discuss Oncor valuation issues |
| Bhavaraju, Karthik | Director | 5/15/2015 | 1.50 | 05 Sales Process | Review and discuss Oncor valuation analysis including adjustments for REIT framework, with P. Hejsek |
| Bhavaraju, Karthik | Director | 5/15/2015 | 1.00 | 05 Sales Process | Oncor valuation discussion with P. Hejsek and D. Prager |
| Bhavaraju, Karthik | Director | 5/18/2015 | 1.00 | 05 Sales Process | Oncor valuation model and presentation review |
| Bhavaraju, Karthik | Director | 5/19/2015 | 1.70 | 05 Sales Process | Review Oncor valuation report with D. Prager, D. Praga and P. Hejsek |
| Bhavaraju, Karthik | Director | 5/21/2015 | 1.00 | 04 Plan Development | EFH weekly advisor call |
| Bhavaraju, Karthik | Director | 5/22/2015 | 1.10 | 01 Board/Director Communications | EFH joint board call |
| Bhavaraju, Karthik | Director | 5/26/2015 | 1.50 | 05 Sales Process | Discuss Oncor valuation analysis with D. Prager, P. Hejsek and D. Praga |
| Bhavaraju, Karthik | Director | 5/26/2015 | 1.00 | 05 Sales Process | Conference call with R. Levin, C. Cremens, P. Gelston, D. Prager, P. Hejsek and D. Praga to discuss bids |
| Bhavaraju, Karthik | Director | 5/27/2015 | 1.60 | 05 Sales Process | Oncor valuation draft review with P. Hejsek |
| Bhavaraju, Karthik | Director | 5/28/2015 | 1.70 | 05 Sales Process | Discuss Oncor valuation analysis with D. Prager and P. Hejsek |
| Bhavaraju, Karthik | Director | 5/29/2015 | 0.60 | 05 Sales Process | Conflict matters advisors call for discussion on stalking horse process |
| Bhavaraju, Karthik | Director | 6/1/2015 | 0.30 | 10 General Case Matters/Other | General case administration |
| Bhavaraju, Karthik | Director | 6/1/2015 | 0.70 | 05 Sales Process | Stalking horse discussion call with conflicts matter advisors |
| Bhavaraju, Karthik | Director | 6/1/2015 | 1.20 | 05 Sales Process | Oncor valuation discussion with P. Gelston, R. Levin, D. Prager, P. Hejsek and D. Praga |
| Bhavaraju, Karthik | Director | 6/2/2015 | 1.40 | 05 Sales Process | Review certain valuation analysis of Oncor with P. Hejsek |
| Bhavaraju, Karthik | Director | 6/3/2015 | 1.20 | 05 Sales Process | Discuss final clean up items on Oncor valuation and process with P. Hejsek |
| Bhavaraju, Karthik | Director | 6/3/2015 | 0.60 | 05 Sales Process | Conference call with conflicts advisors on stalking horse motion and process |
| Bhavaraju, Karthik | Director | 6/4/2015 | 0.60 | 05 Sales Process | Call with disinterested director advisors |
| Bhavaraju, Karthik | Director | 6/4/2015 | 0.70 | 04 Plan Development | Weekly coordination call with conflicts matter advisors |
| Bhavaraju, Karthik | Director | 6/4/2015 | 1.30 | 03 Tax Issues | Conference call on EFIH tax issues with C. Cremens, A. Needham, R. Levin, P. Gelston, D. Prager, and D. Praga |
| Bhavaraju, Karthik | Director | 6/5/2015 | 0.70 | 05 Sales Process | Stalking horse discussion call with advisors |
| Bhavaraju, Karthik | Director | 6/8/2015 | 0.50 | 05 Sales Process | Review draft Oncor valuation model in preparation for meeting with C. Cremens |
| Bhavaraju, Karthik | Director | 6/8/2015 | 0.70 | 05 Sales Process | Standing call with respect to stalking horse selection |
| Bhavaraju, Karthik | Director | 6/9/2015 | 1.00 | 05 Sales Process | Review final valuation report and discuss potential updates with D. Prager |
| Bhavaraju, Karthik | Director | 6/9/2015 | 1.30 | 05 Sales Process | Review EFH board materials respecting bid process and proposed offers from various parties |
| Bhavaraju, Karthik | Director | 6/9/2015 | 3.50 | 01 Board/Director Communications | EFH board education meeting and discussion |
| Bhavaraju, Karthik | Director | 6/10/2015 | 0.60 | 05 Sales Process | Weekly standing stalking horse call with EFH advisors |
| Bhavaraju, Karthik | Director | 6/10/2015 | 0.50 | 05 Sales Process | Review presentation materials in preparation for meeting with C. Cremens |
| Bhavaraju, Karthik | Director | 6/10/2015 | 2.50 | 05 Sales Process | Meeting with C. Cremens, P. Gelston, R. Levin, D. Prager, and D. Praga to discuss Oncor valuations |
| Bhavaraju, Karthik | Director | 6/11/2015 | 0.80 | 04 Plan Development | Weekly coordination call with conflicts matter advisors |
| Bhavaraju, Karthik | Director | 6/12/2015 | 0.40 | 01 Board/Director Communications | Review board materials prior to call |
| Bhavaraju, Karthik | Director | 6/15/2015 | 1.20 | 05 Sales Process | Review certain Evercore materials related to the bids received |
| Bhavaraju, Karthik | Director | 6/15/2015 | 1.00 | 05 Sales Process | EFH stalking horse discussion call with conflicts advisors |
| Bhavaraju, Karthik | Director | 6/19/2015 | 1.00 | 05 Sales Process | Conference call with R. Levin to discuss EFH and TCEH consideration analysis |
| Bhavaraju, Karthik | Director | 6/19/2015 | 1.40 | 01 Board/Director Communications | EFH Joint board call |
| Bhavaraju, Karthik | Director | 6/20/2015 | 0.50 | 04 Plan Development | Discuss warrant valuation with D. Praga |
| Bhavaraju, Karthik | Director | 6/21/2015 | 0.50 | 04 Plan Development | Discuss warrant valuation with D. Praga |
| Bhavaraju, Karthik | Director | 6/21/2015 | 1.20 | 04 Plan Development | Review and discuss warrant kicker calculations with D. Praga |
| Bhavaraju, Karthik | Director | 6/23/2015 | 1.00 | 01 Board/Director Communications | EFH joint board call |
| Bhavaraju, Karthik | Director | 6/23/2015 | 1.00 | 04 Plan Development | Review certain warrant calculations prepared by D. Praga |
| Bhavaraju, Karthik | Director | 6/23/2015 | 1.00 | 04 Plan Development | Call with C. Cremens, R. Levin, P. Gelston, D. Prager and D. Praga to discuss plan proposals |
| Bhavaraju, Karthik | Director | 6/24/2015 | 1.00 | 04 Plan Development | Review certain plan related documents circulated by debtor's counsel |
| Bhavaraju, Karthik | Director | 6/24/2015 | 0.60 | 01 Board/Director Communications | EFH joint board call |
| Bhavaraju, Karthik | Director | 6/24/2015 | 0.50 | 04 Plan Development | Conference call with C. Cremens, R. Levin, P. Gelston, D. Prager and J. Goldin to review plans for discussion on board call |
| Bhavaraju, Karthik | Director | 7/9/2015 | 0.50 | 04 Plan Development | Review certain financial information prepared by Evercore in support of standalone plan |
| Bhavaraju, Karthik | Director | 7/9/2015 | 1.00 | 04 Plan Development | EFH DDA call |

| TIMEKEEPER | TITLE | DATE | HOURS | SPECIFIC CODE | DESCRIPTION |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | Director | 7/10/2015 | 1.20 | 01 Board/Director Communications | EFH board call |
| Bhavaraju, Karthik | Director | 7/13/2015 | 1.30 | 04 Plan Development | Conference call with DDA advisors, K&E, and Evercore to discuss plan development process |
| Bhavaraju, Karthik | Director | 7/14/2015 | 0.60 | 04 Plan Development | Review information from Evercore respecting standalone plan equity allocations |
| Bhavaraju, Karthik | Director | 7/15/2015 | 2.00 | 04 Plan Development | Meeting with DDAs to discuss plan formulation |
| Bhavaraju, Karthik | Director | 7/16/2015 | 1.00 | 04 Plan Development | Review financial analysis of equity splits prepared by D. Prager in support of plan development process |
| Bhavaraju, Karthik | Director | 7/16/2015 | 0.60 | 01 Board/Director Communications | Conference call with C. Cremens to discuss various plan alternatives |
| Bhavaraju, Karthik | Director | 7/16/2015 | 3.00 | 04 Plan Development | Meeting with R. Levin, P. Gelston, D. Prager, and D. Praga to discuss and review plan development process |
| Bhavaraju, Karthik | Director | 7/17/2015 | 0.60 | 01 Board/Director Communications | Conference call with C. Cremens, R. Levin, P. Gelston, D. Prager, and D. Praga to discuss plan alternatives and EFIH position on alternatives |
| Bhavaraju, Karthik | Director | 7/17/2015 | 1.40 | 01 Board/Director Communications | EFH board call |
| Bhavaraju, Karthik | Director | 7/18/2015 | 1.80 | 04 Plan Development | Conference call with DDA advisors, K&E, and Evercore to discuss plan development process |
| Bhavaraju, Karthik | Director | 7/19/2015 | 1.30 | 04 Plan Development | Conference call with DDA advisors, K&E, and Evercore to discuss plan development process |
| Bhavaraju, Karthik | Director | 7/21/2015 | 0.70 | 04 Plan Development | Review certain materials related to plan development prepared by Evercore |
| Bhavaraju, Karthik | Director | 7/22/2015 | 1.00 | 04 Plan Development | EFH DDA call to discuss plan development |
| Bhavaraju, Karthik | Director | 7/23/2015 | 0.70 | 04 Plan Development | Conference call with J. Matican and D. Prager to discuss Oncor valuations |
| Bhavaraju, Karthik | Director | 7/23/2015 | 1.00 | 04 Plan Development | Conference call with R. Nowitz of Solic Capital and D. Prager to discuss EFH standalone plan |
| Bhavaraju, Karthik | Director | 7/23/2015 | 0.60 | 04 Plan Development | Review breakeven TEV calculations prepared by Evercore in support of plan development process |
| Bhavaraju, Karthik | Director | 7/23/2015 | 0.70 | 04 Plan Development | Conference call with R. Levin, P. Gelston, D. Prager and D. Praga to discuss EFH plan development process |
| Bhavaraju, Karthik | Director | 7/24/2015 | 1.00 | 04 Plan Development | EFH DDA call to discuss plan development |
| Bhavaraju, Karthik | Director | 7/24/2015 | 1.00 | 04 Plan Development | Conference call with R. Levin, P. Gelston, D. Prager and D. Praga to discuss EFH plan development process |
| Bhavaraju, Karthik | Director | 7/26/2015 | 1.00 | 04 Plan Development | Review certain information from Evercore about draft plan information |
| Bhavaraju, Karthik | Director | 7/27/2015 | 1.00 | 04 Plan Development | Bring down conference call with D. Prager, P. Gelston, R. Levin, V. Lazar, and D. Praga to discuss status of standalone plan negotiations |
| Bhavaraju, Karthik | Director | 7/27/2015 | 5.40 | 04 Plan Development | Meeting with DDAs including R. Levin, P. Gelston, N. Luria, R. Nowitz, T. Luria, B. Robbins, M. Thomas, D. Prager, and other advisors to negotiate standalone plan and to discuss Oncor valuations |
| Bhavaraju, Karthik | Director | 7/28/2015 | 0.40 | 04 Plan Development | Discuss status of EFH plan negotiations with D. Prager |
| Bhavaraju, Karthik | Director | 7/28/2015 | 1.00 | 04 Plan Development | Call with DDAs to discuss draft standalone plan and progress on T-side plan |
| Bhavaraju, Karthik | Director | 7/31/2015 | 1.00 | 04 Plan Development | Review analysis and draft term sheets circulated by K&E and Evercore |
| Bhavaraju, Karthik | Director | 7/31/2015 | 2.30 | 04 Plan Development | Review financial models and other analysis in support of draft standalone equitization plan |
| Bhavaraju, Karthik | Director | 7/31/2015 | 0.60 | 04 Plan Development | Conference call with R. Levin, V. Lazar, P. Gelston, D. Prager, and D. Praga to discuss status of standalone equitization plan |
| Bhavaraju, Karthik | Director | 7/31/2015 | 0.60 | 04 Plan Development | Conference call with DDAs to review proposed terms of the draft standalone plan |
| Bhavaraju, Karthik | Director | 7/31/2015 | 1.00 | 04 Plan Development | Conference call with C. Cremens, R. Levin, P. Gelston, D. Prager, D. Praga, A. Wein, and V. Lazar to discuss draft terms of standalone plan |
| Bhavaraju, Karthik | Director | 7/31/2015 | 0.60 | 04 Plan Development | Conference call with N. Luria, B. Robbins, E. Mendelsohn, and D. Prager to discuss key terms of warrants issuable under the standalone plan |
| Bhavaraju, Karthik | Director | 8/2/2015 | 1.00 | 04 Plan Development | DDA conference call to discuss terms of draft terms sheet for standalone plan |
| Bhavaraju, Karthik | Director | 8/2/2015 | 4.30 | 04 Plan Development | Review draft term sheet and Evercore analysis in support of term sheet |
| Bhavaraju, Karthik | Director | 8/3/2015 | 0.30 | 04 Plan Development | Review draft amended plan documents |
| Bhavaraju, Karthik | Director | 8/3/2015 | 0.60 | 04 Plan Development | Review Evercore analysis prepared in support of standalone equitization plan |
| Bhavaraju, Karthik | Director | 8/4/2015 | 1.00 | 04 Plan Development | Review certain presentations by Evercore and related analysis in support of standalone plan |
| Bhavaraju, Karthik | Director | 8/5/2015 | 1.00 | 04 Plan Development | DDA conference call to discuss terms of draft terms sheet for standalone plan |
| Bhavaraju, Karthik | Director | 8/6/2015 | 1.00 | 04 Plan Development | DDA conference call to discuss terms of draft terms sheet for standalone plan |
| Bhavaraju, Karthik | Director | 8/8/2015 | 1.00 | 04 Plan Development | DDA conference call to discuss terms of draft terms sheet for standalone plan |
| Bhavaraju, Karthik | Director | 8/9/2015 | 1.60 | 04 Plan Development | Conference call with C. Cremens, D. Prager, R. Levin, and P. Gelston to discuss propose plan formulation |
| Bhavaraju, Karthik | Director | 8/9/2015 | 1.20 | 04 Plan Development | Review Evercore draft board presentation and related analysis from Houlihan Lokey related to proposed plan |
| Bhavaraju, Karthik | Director | 8/21/2015 | 0.60 | 04 Plan Development | Review objection to the amended plan |
| **Bhavaraju, Karthik Total** | | | **108.40** | | |

| TIMEKEEPER | TITLE | DATE | HOURS | SPECIFIC CODE | DESCRIPTION |
|---|---|---|---|---|---|
| Hejsek, Pavel | Senior Analyst | 5/4/2015 | 2.80 | 05 Sales Process | Revised bid risk factors analysis |
| Hejsek, Pavel | Senior Analyst | 5/4/2015 | 3.40 | 05 Sales Process | Constructed Oncor-REIT valuation |
| Hejsek, Pavel | Senior Analyst | 5/5/2015 | 1.70 | 05 Sales Process | Work related to Oncor valuation |
| Hejsek, Pavel | Senior Analyst | 5/5/2015 | 1.80 | 05 Sales Process | Revised and reviewed the bid risk factors analysis |
| Hejsek, Pavel | Senior Analyst | 5/5/2015 | 2.70 | 05 Sales Process | Work related to Oncor-REIT valuation |
| Hejsek, Pavel | Senior Analyst | 5/6/2015 | 1.50 | 05 Sales Process | Meeting with D. Prager, K. Bhavaraju and D. Praga re: Oncor |
| Hejsek, Pavel | Senior Analyst | 5/6/2015 | 3.10 | 05 Sales Process | Worked with D. Praga to construct the Oncor valuation model |
| Hejsek, Pavel | Senior Analyst | 5/6/2015 | 2.70 | 05 Sales Process | Worked to build Oncor REIT valuation model |
| Hejsek, Pavel | Senior Analyst | 5/7/2015 | 0.50 | 05 Sales Process | Discuss Oncor with K. Bhavaraju |
| Hejsek, Pavel | Senior Analyst | 5/7/2015 | 3.90 | 05 Sales Process | Worked with D. Praga to revise the Oncor valuation model |
| Hejsek, Pavel | Senior Analyst | 5/11/2015 | 2.80 | 05 Sales Process | Worked to review and revise Oncor valuation model |
| Hejsek, Pavel | Senior Analyst | 5/12/2015 | 2.10 | 05 Sales Process | Review of Oncor-REIT valuation model |
| Hejsek, Pavel | Senior Analyst | 5/12/2015 | 1.40 | 05 Sales Process | Review of InfraREIT SEC filings |
| Hejsek, Pavel | Senior Analyst | 5/12/2015 | 2.30 | 05 Sales Process | Research related to REIT valuations |
| Hejsek, Pavel | Senior Analyst | 5/13/2015 | 1.50 | 05 Sales Process | Discuss Oncor with K. Bhavaraju |
| Hejsek, Pavel | Senior Analyst | 5/13/2015 | 1.40 | 05 Sales Process | Worked to review Oncor public comparables latest SEC filings |
| Hejsek, Pavel | Senior Analyst | 5/13/2015 | 2.70 | 05 Sales Process | Review and updates of Oncor valuation presentation |
| Hejsek, Pavel | Senior Analyst | 5/14/2015 | 1.40 | 05 Sales Process | Review and updates of Oncor valuation presentation |
| Hejsek, Pavel | Senior Analyst | 5/14/2015 | 0.70 | 05 Sales Process | Worked to review Oncor public comparables latest SEC filings |
| Hejsek, Pavel | Senior Analyst | 5/15/2015 | 0.50 | 05 Sales Process | Revised Oncor valuation model |
| Hejsek, Pavel | Senior Analyst | 5/15/2015 | 1.00 | 05 Sales Process | Met with D. Prager, K. Bhavaraju, D. Praga to discuss Oncor valuation |
| Hejsek, Pavel | Senior Analyst | 5/15/2015 | 0.10 | 05 Sales Process | Sales update call |
| Hejsek, Pavel | Senior Analyst | 5/18/2015 | 3.20 | 05 Sales Process | Reviewed valuation of Oncor C-Corp and REIT and discussed assumptions with K. Bhavaraju |
| Hejsek, Pavel | Senior Analyst | 5/18/2015 | 2.40 | 05 Sales Process | Revised Oncor valuation model |
| Hejsek, Pavel | Senior Analyst | 5/19/2015 | 0.10 | 05 Sales Process | Sales update call |
| Hejsek, Pavel | Senior Analyst | 5/19/2015 | 1.00 | 05 Sales Process | Met with D. Praga to discuss the changes related to the valuation of Oncor |
| Hejsek, Pavel | Senior Analyst | 5/19/2015 | 1.70 | 05 Sales Process | Met with D. Prager, K. Bhavaraju, D. Praga to discuss Oncor C-Corp and Oncor REIT |
| Hejsek, Pavel | Senior Analyst | 5/19/2015 | 3.10 | 05 Sales Process | Valuation of Oncor C-Corp and Oncor REIT |
| Hejsek, Pavel | Senior Analyst | 5/20/2015 | 1.00 | 05 Sales Process | Met with D. Praga to discuss the Oncor valuation presentation and revisions |
| Hejsek, Pavel | Senior Analyst | 5/20/2015 | 2.10 | 05 Sales Process | Research related to Oncor working capital projections |
| Hejsek, Pavel | Senior Analyst | 5/21/2015 | 1.80 | 05 Sales Process | Work related to Oncor feasibility analysis |
| Hejsek, Pavel | Senior Analyst | 5/21/2015 | 3.70 | 05 Sales Process | Revised Oncor valuation model; discuss with D. Praga |
| Hejsek, Pavel | Senior Analyst | 5/21/2015 | 1.10 | 05 Sales Process | Created a bridge between PropCo and Oncor C-Corp income statements |
| Hejsek, Pavel | Senior Analyst | 5/22/2015 | 1.60 | 05 Sales Process | Model review and update; discuss with D. Praga |
| Hejsek, Pavel | Senior Analyst | 5/22/2015 | 0.10 | 05 Sales Process | Sales update call |
| Hejsek, Pavel | Senior Analyst | 5/26/2015 | 0.70 | 05 Sales Process | Revised Oncor valuation presentation following model updates |
| Hejsek, Pavel | Senior Analyst | 5/26/2015 | 1.70 | 05 Sales Process | Work related to dividend yield based valuation of Oncor C-Corp and Oncor REIT |
| Hejsek, Pavel | Senior Analyst | 5/26/2015 | 2.60 | 05 Sales Process | Met with D. Prager and K. Bhavaraju to discuss Oncor valuation |
| Hejsek, Pavel | Senior Analyst | 5/26/2015 | 1.50 | 05 Sales Process | Call with C. Cremens, R. Levin, P. Gelston, D. Prager, K. Bhavaraju to discuss current bids |
| Hejsek, Pavel | Senior Analyst | 5/27/2015 | 2.40 | 05 Sales Process | Updated Oncor valuation review presentation |
| Hejsek, Pavel | Senior Analyst | 5/27/2015 | 1.80 | 05 Sales Process | Updated Oncor valuation review model |
| Hejsek, Pavel | Senior Analyst | 5/27/2015 | 2.30 | 05 Sales Process | Work and research related to dividend yield based valuation of Oncor C-Corp and Oncor REIT |
| Hejsek, Pavel | Senior Analyst | 5/28/2015 | 1.00 | 05 Sales Process | Reviewed conclusions of the Oncor valuation review model |
| Hejsek, Pavel | Senior Analyst | 5/28/2015 | 0.70 | 05 Sales Process | Revised Oncor valuation review presentation |
| Hejsek, Pavel | Senior Analyst | 5/28/2015 | 1.80 | 05 Sales Process | Revised Oncor valuation review model |
| Hejsek, Pavel | Senior Analyst | 5/28/2015 | 1.70 | 05 Sales Process | Met with D. Prager and K. Bhavaraju to discuss Oncor valuation review |
| Hejsek, Pavel | Senior Analyst | 5/29/2015 | 3.10 | 05 Sales Process | Reviewed and revised the Oncor valuation review model |
| Hejsek, Pavel | Senior Analyst | 5/29/2015 | 0.80 | 05 Sales Process | Met with J. Goldin and D. Prager, to discuss the Oncor valuation review presentation |
| Hejsek, Pavel | Senior Analyst | 5/29/2015 | 2.20 | 05 Sales Process | Reviewed and revised the Oncor valuation review presentation |
| Hejsek, Pavel | Senior Analyst | 6/1/2015 | 0.50 | 05 Sales Process | Reviewed valuation review analysis |
| Hejsek, Pavel | Senior Analyst | 6/1/2015 | 1.10 | 05 Sales Process | Call with P. Gelston, R. Levin, D. Prager, D. Praga, K. Bhavaraju to discuss valuation review |
| Hejsek, Pavel | Senior Analyst | 6/2/2015 | 0.90 | 05 Sales Process | Reviewed the Oncor valuation review presentation |
| Hejsek, Pavel | Senior Analyst | 6/2/2015 | 3.10 | 05 Sales Process | Worked with D. Praga to update the Oncor valuation review presentation |
| Hejsek, Pavel | Senior Analyst | 6/3/2015 | 2.10 | 05 Sales Process | Worked with D. Praga to review and update the Oncor valuation review presentation |
| Hejsek, Pavel | Senior Analyst | 6/3/2015 | 0.40 | 05 Sales Process | Met with D. Prager and D. Praga to discuss Oncor valuation review presentation |
| **Hejsek, Pavel Total** | | | **97.30** | | |

| TIMEKEEPER | TITLE | DATE | HOURS | SPECIFIC CODE | DESCRIPTION |
|---|---|---|---|---|---|
| Praga, Deborah | Analyst | 5/6/2015 | 0.80 | 05 Sales Process | Bloomberg research and analysis |
| Praga, Deborah | Analyst | 5/6/2015 | 5.50 | 05 Sales Process | Revisions to valuation model |
| Praga, Deborah | Analyst | 5/6/2015 | 3.00 | 05 Sales Process | Meetings with P. Hejsek to discuss valuation model |
| Praga, Deborah | Analyst | 5/6/2015 | 1.50 | 05 Sales Process | Meeting with D. Prager, K. Bhavaraju and P. Hejsek to discuss analysis |
| Praga, Deborah | Analyst | 5/7/2015 | 1.00 | 05 Sales Process | Meetings with K. Bhavaraju and P. Hejsek to discuss valuation model |
| Praga, Deborah | Analyst | 5/7/2015 | 1.00 | 05 Sales Process | Review of Risk Factors Analysis |
| Praga, Deborah | Analyst | 5/7/2015 | 7.00 | 05 Sales Process | Revisions to valuation model |
| Praga, Deborah | Analyst | 5/7/2015 | 3.50 | 05 Sales Process | Meetings with P. Hejsek to discuss valuation model |
| Praga, Deborah | Analyst | 5/8/2015 | 1.30 | 05 Sales Process | Call with Cravath to discuss risks analysis |
| Praga, Deborah | Analyst | 5/8/2015 | 0.30 | 05 Sales Process | Biweekly sales process call |
| Praga, Deborah | Analyst | 5/8/2015 | 0.80 | 05 Sales Process | Intralinks search for new REIT scenario and analysis |
| Praga, Deborah | Analyst | 5/9/2015 | 3.50 | 05 Sales Process | Valuation analysis |
| Praga, Deborah | Analyst | 5/11/2015 | 2.00 | 05 Sales Process | Meetings with P. Hejsek to discuss valuation model |
| Praga, Deborah | Analyst | 5/11/2015 | 7.20 | 05 Sales Process | Valuation model edits |
| Praga, Deborah | Analyst | 5/13/2015 | 2.50 | 05 Sales Process | Valuation model edits |
| Praga, Deborah | Analyst | 5/13/2015 | 0.50 | 05 Sales Process | Meeting with P. Hejsek to discuss valuation model |
| Praga, Deborah | Analyst | 5/15/2015 | 1.00 | 05 Sales Process | Review of valuation |
| Praga, Deborah | Analyst | 5/15/2015 | 0.30 | 05 Sales Process | Biweekly sales process call |
| Praga, Deborah | Analyst | 5/18/2015 | 2.00 | 05 Sales Process | Meetings with P. Hejsek to review valuation model |
| Praga, Deborah | Analyst | 5/18/2015 | 1.50 | 05 Sales Process | Revising comparable companies analysis to reflect revised analyst projections |
| Praga, Deborah | Analyst | 5/18/2015 | 3.50 | 05 Sales Process | Pulling analyst research for comparable companies |
| Praga, Deborah | Analyst | 5/19/2015 | 1.00 | 05 Sales Process | Meeting with D. Prager, K. Bhavaraju and P. Hejsek to review valuation |
| Praga, Deborah | Analyst | 5/19/2015 | 1.00 | 05 Sales Process | Meetings with P. Hejsek to review valuation model |
| Praga, Deborah | Analyst | 5/19/2015 | 4.50 | 05 Sales Process | Revisions to valuation model |
| Praga, Deborah | Analyst | 5/19/2015 | 0.20 | 05 Sales Process | Biweekly sales call |
| Praga, Deborah | Analyst | 5/20/2015 | 1.00 | 05 Sales Process | Meetings with P. Hejsek to review valuation model |
| Praga, Deborah | Analyst | 5/20/2015 | 5.50 | 05 Sales Process | Revisions to valuation model |
| Praga, Deborah | Analyst | 5/20/2015 | 0.80 | 05 Sales Process | Research corporate and utilities indices for cost of debt calculations |
| Praga, Deborah | Analyst | 5/21/2015 | 2.50 | 05 Sales Process | Meetings with P. Hejsek to review valuation model |
| Praga, Deborah | Analyst | 5/21/2015 | 7.00 | 05 Sales Process | Revisions to valuation model |
| Praga, Deborah | Analyst | 5/21/2015 | 0.80 | 05 Sales Process | Feasibility Analysis |
| Praga, Deborah | Analyst | 5/22/2015 | 0.10 | 05 Sales Process | Biweekly sales call |
| Praga, Deborah | Analyst | 5/22/2015 | 0.50 | 05 Sales Process | Review of bid analyses with P. Hejsek |
| Praga, Deborah | Analyst | 5/22/2015 | 1.00 | 05 Sales Process | Meeting with D. Prager, K. Bhavaraju and P. Hejsek to review valuation |
| Praga, Deborah | Analyst | 5/22/2015 | 0.80 | 05 Sales Process | Review of valuation model |
| Praga, Deborah | Analyst | 5/29/2015 | 0.10 | 05 Sales Process | Biweekly sales process call |
| Praga, Deborah | Analyst | 6/1/2015 | 2.50 | 05 Sales Process | Meetings with P. Hejsek regardarding Valuation Analysis |
| Praga, Deborah | Analyst | 6/1/2015 | 1.00 | 05 Sales Process | Call with D. Prager and K. Bhavaraju, P. Hejsek, R. Levin and P. Gelston re: valuation |
| Praga, Deborah | Analyst | 6/2/2015 | 7.50 | 05 Sales Process | Revisions to Valuation Analysis |
| Praga, Deborah | Analyst | 6/2/2015 | 2.50 | 05 Sales Process | Research for Valuation Analysis |
| Praga, Deborah | Analyst | 6/2/2015 | 1.50 | 05 Sales Process | Meetings with P. Hejsek regarding Valuation Analysis |
| Praga, Deborah | Analyst | 6/3/2015 | 4.50 | 05 Sales Process | Revisions to Valuation Analysis |
| Praga, Deborah | Analyst | 6/3/2015 | 1.50 | 05 Sales Process | Meeting with D. Prager and K. Bhavaraju and P. Hejsek to review Valuation Analysis |
| Praga, Deborah | Analyst | 6/3/2015 | 2.80 | 05 Sales Process | Meetings with P. Hejsek to review Valuation Analysis |
| Praga, Deborah | Analyst | 6/4/2015 | 1.50 | 03 Tax Issues | Call with Cravath, Jenner, C. Cremins and D. Prager to discuss tax issues |
| Praga, Deborah | Analyst | 6/4/2015 | 1.00 | 05 Sales Process | Revisions to Valuation Analysis |
| Praga, Deborah | Analyst | 6/5/2015 | 0.30 | 05 Sales Process | Biweekly sales call |
| Praga, Deborah | Analyst | 6/9/2015 | 0.50 | 05 Sales Process | Meeting to review valuation |
| Praga, Deborah | Analyst | 6/9/2015 | 6.50 | 05 Sales Process | Updating valuation |
| Praga, Deborah | Analyst | 6/19/2015 | 4.00 | 04 Plan Development | Warrant calculations model |
| Praga, Deborah | Analyst | 6/19/2015 | 0.50 | 04 Plan Development | Call with Evercore, D. Prager and K. Bhavaraju |
| Praga, Deborah | Analyst | 6/19/2015 | 1.00 | 04 Plan Development | Meeting with D. Prager and K. Bhavaraju to discuss warrant calculations |
| Praga, Deborah | Analyst | 6/19/2015 | 0.50 | 04 Plan Development | Meeting with K. Bhavaraju to discuss warrant calculations |
| Praga, Deborah | Analyst | 6/19/2015 | 0.40 | 05 Sales Process | Biweekly sales process call |
| Praga, Deborah | Analyst | 6/20/2015 | 0.70 | 04 Plan Development | Calls with K. Bhavaraju regarding warrant calculations |
| Praga, Deborah | Analyst | 6/20/2015 | 3.50 | 04 Plan Development | Warrant calculations model |
| Praga, Deborah | Analyst | 6/21/2015 | 0.30 | 04 Plan Development | Call with K. Bhavaraju regarding warrant calculations |
| Praga, Deborah | Analyst | 6/21/2015 | 1.00 | 04 Plan Development | Black Scholes research |
| Praga, Deborah | Analyst | 6/22/2015 | 0.50 | 04 Plan Development | Meetings with K. Bhavaraju to discuss warrants analysis |
| Praga, Deborah | Analyst | 6/22/2015 | 5.50 | 04 Plan Development | Research for warrants analysis |
| Praga, Deborah | Analyst | 6/23/2015 | 0.80 | 04 Plan Development | Meetings with K. Bhavaraju to discuss warrants analysis |
| Praga, Deborah | Analyst | 6/23/2015 | 2.80 | 04 Plan Development | Warrants analysis |
| Praga, Deborah | Analyst | 6/23/2015 | 0.50 | 04 Plan Development | Call with Cravath, C. Cremens, D. Prager, K. Bhavaraju re: plan |
| Praga, Deborah | Analyst | 6/23/2015 | 0.20 | 05 Sales Process | Sales process call |
| Praga, Deborah | Analyst | 6/23/2015 | 1.50 | 04 Plan Development | EFIH cash sources and uses analysis |
| Praga, Deborah | Analyst | 6/24/2015 | 0.30 | 04 Plan Development | Call with Cravath, C. Cremens, D. Prager, K. Bhavaraju re: plan |
| Praga, Deborah | Analyst | 6/30/2015 | 0.10 | 05 Sales Process | Sales process call |
| Praga, Deborah | Analyst | 7/7/2015 | 0.50 | 05 Sales Process | Meeting with D. Prager, K. Bhavaraju to discuss sales process |
| Praga, Deborah | Analyst | 7/14/2015 | 0.50 | 05 Sales Process | Meeting with D. Prager to discuss Oncor Valuation analysis |
| Praga, Deborah | Analyst | 7/14/2015 | 9.50 | 05 Sales Process | Revisions to Oncor Valuation analysis |
| Praga, Deborah | Analyst | 7/15/2015 | 1.50 | 05 Sales Process | Revisions to Oncor Valuation analysis |
| Praga, Deborah | Analyst | 7/16/2015 | 1.50 | 04 Plan Development | Call with Proskauer to discuss sales process |
| Praga, Deborah | Analyst | 7/16/2015 | 1.00 | 04 Plan Development | Call with C. Cremens, R. Levin, P. Gelston, D. Prager and K. Bhavaraju to discuss sales process |
| Praga, Deborah | Analyst | 7/16/2015 | 1.00 | 04 Plan Development | Meeting with R. Levin, P. Gelston, D. Prager and K. Bhavaraju to discuss sales process |
| Praga, Deborah | Analyst | 7/17/2015 | 1.00 | 04 Plan Development | Call with Proskauer to discuss sales process |
| Praga, Deborah | Analyst | 7/22/2015 | 0.50 | 04 Plan Development | Call with Solic to discuss potential equitization |
| Praga, Deborah | Analyst | 7/22/2015 | 1.00 | 04 Plan Development | DDA Call |

| TIMEKEEPER | TITLE | DATE | HOURS | SPECIFIC CODE | DESCRIPTION |
|---|---|---|---|---|---|
| Praga, Deborah | Analyst | 7/23/2015 | 0.20 | 04 Plan Development | Meeting with H.J. Goldin, D. Prager, K. Bhavaraju |
| Praga, Deborah | Analyst | 7/24/2015 | 1.80 | 04 Plan Development | Equitization plan call |
| Praga, Deborah | Analyst | 7/24/2015 | 0.50 | 04 Plan Development | Call with Solic to discuss potential equitization |
| Praga, Deborah | Analyst | 7/24/2015 | 0.80 | 04 Plan Development | Call with Evercore and Kirkland |
| Praga, Deborah | Analyst | 7/27/2015 | 0.50 | 04 Plan Development | Call regarding equitization |
| Praga, Deborah | Analyst | 7/31/2015 | 0.80 | 04 Plan Development | Call with DDAs to discuss deal |
| Praga, Deborah | Analyst | 7/31/2015 | 0.30 | 04 Plan Development | Call with Evercore and Cravath to dicuss deal |
| Praga, Deborah | Analyst | 7/31/2015 | 1.00 | 04 Plan Development | Calls with Solic to discuss deal |
| Praga, Deborah | Analyst | 7/31/2015 | 1.00 | 04 Plan Development | Call with Cravath, Jenner, and C. Cremens to discuss deal |
| **Praga, Deborah Total** | | | **159.10** | | |
| **Grand Total** | | | **557.80** | | |