## EXHIBIT F--DETAIL OF EXPENSES INCURRED

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Meals | 5/4/2015 | Hejsek, Pavel | $ 23.12 | SeamlessWeb - Inv # 2080472 - Working dinner - Ref # 1504317843 - P. Hejsek |
| Meals | 5/6/2015 | Hejsek, Pavel | $ 22.89 | SeamlessWeb - Inv # 2080472 - Working dinner - Ref # 1511942876 - P. Hejsek |
| Meals | 5/9/2015 | Praga, Deborah | $ 22.62 | SeamlessWeb - Inv # 2080472 - Working dinner - Ref # 1520561743 - D. Praga |
| Meals | 5/12/2015 | Praga, Deborah | $ 24.13 | SeamlessWeb - Inv # 2083908 - Working dinner - Ref # 1530028792 - D. Praga |
| Meals | 5/18/2015 | Hejsek, Pavel | $ 22.50 | SeamlessWeb - Inv # 2088947 - Working dinner - Ref # 1550475348- P. Hejsek |
| Meals | 5/20/2015 | Praga, Deborah | $ 24.06 | SeamlessWeb - Inv # 2088947 - Working dinner - Ref # 1556346286- D. Praga |
| Meals | 5/21/2015 | Praga, Deborah | $ 23.35 | SeamlessWeb - Inv # 2088947 - Working dinner - Ref # 1559889391 - D. Praga |
| Meals | 5/27/2015 | Hejsek, Pavel | $ 18.67 | SeamlessWeb - Inv # 2104402 - Working dinner - Ref # 1576399362 - P. Hejsek |
| Meals | 6/9/2015 | Bhavaraju, Karthik | $ 22.68 | SeamlessWeb - Inv # 2112584 - Working dinner - Ref # 1613484901 - K. Bhavaraju |
| Meals | 6/9/2015 | Praga, Deborah | $ 23.86 | SeamlessWeb - Inv # 2112584 - Working dinner - Ref # 1613381789 - D. Praga |
| Meals | 6/9/2015 | Prager, David | $ 23.54 | SeamlessWeb - Inv # 2112584 - Working dinner - Ref # 1613445332 - D. Prager |
| Meals | 6/10/2015 | Praga, Deborah | $ 23.76 | SeamlessWeb - Inv # 2112584 - Working dinner - Ref # 1614552821 - D. Praga |
| Meals | 6/20/2015 | Praga, Deborah | $ 24.15 | SeamlessWeb - Inv # 2117815 - Working dinner - Ref # 1623604143 - D. Praga |
| Meals | 6/22/2015 | Praga, Deborah | $ 23.13 | SeamlessWeb - Inv # 2132681 - Working dinner - Ref # 1625214231- D. Praga |
| Meals | 6/23/2015 | Praga, Deborah | $ 18.63 | SeamlessWeb - Inv # 2132681 - Working dinner - Ref # 1625964060- D. Praga |
| Meals | 7/14/2015 | Prager, David | $ 22.68 | SeamlessWeb - Inv # 2146034 - Working dinner - Ref # 1634403260 - D. Prager |
| Meals | 7/16/2015 | Prager, David | $ 24.15 | SeamlessWeb - Inv # 2146034 - Working dinner - Ref # 1635340437 - D. Prager |
| Meals | 7/27/2015 | Prager, David | $ 23.54 | SeamlessWeb - Inv # 2163902 - Working Dinner - Ref # 1639009523 - D. Prager |
| Meals | 7/29/2015 | Prager, David | $ 11.42 | D. Prager - 3E Fox - Dinner in Dallas |
| Meals | 7/30/2015 | Prager, David | $ 28.15 | D. Prager - Jet Rock Bar & Grill - Dinner in Dallas |
| **Meals Total** | | | **$ 451.03** | |
| Photocopies | 5/31/2015 | | $ 299.74 | Photocopies for the period May 1 through May 31, 2015 - 4,282 pages at .07/page |
| Photocopies | 6/9/2015 | | $ 418.56 | Office Resources - Inv # 15455 - Color copies and binding |
| Photocopies | 6/30/2015 | | $ 120.47 | Photocopies for the period June 1 through June 30, 2015 - 1,721 pages at .07/page |
| Photocopies | 7/31/2015 | | $ 22.40 | Photocopies for the period July 1 through July 31, 2015 - 1,721 pages at .07/page |
| **Photocopies Total** | | | **$ 861.17** | |
| Research | 3/31/2015 | | $ 2,888.76 | Thomson Reuters - Research |
| Research | 4/30/2015 | | $ 676.75 | Thomson Reuters - Research |
| Research | 5/31/2015 | | $ 2,778.24 | Thomson Reuters - Research |
| | 5/31/2015 | | | Capital IQ » Allocated share of discounted monthly subscription; retail per click rate would |
| Research | | | $ 1,135.11 | equal $1629.64 |
| Research | 6/30/2015 | | $ 1,530.36 | Thomson Reuters - Research |
| Research | 6/30/2015 | | $ 179.50 | Capital IQ - Discounted rate; retail rate per click would equal $245.46 |
| Research | 7/31/2015 | | $ 677.52 | Thomson Reuters- Service Dates: 7/1/15 - 7/31/15 |
| Research | 7/31/2015 | | $ 92.54 | Capital IQ - Discounted rate; retail rate would equal $242.93 |
| **Research Total** | | | **$ 9,958.78** | |
| Teleconference | 5/8/2015 | Prager, David | $ 79.50 | ConferenceCall.com - Inv # 1742936879 - Ref # 45778937 - D. Prager |
| Teleconference | 7/22/2015 | Prager, David | $ 36.06 | ConferenceCall.com - Inv # 1743015449 - Ref # 93841455 - D. Prager |
| Teleconference | 7/27/2015 | Prager, David | $ 36.54 | ConferenceCall.com - Inv # 1743015449 - Ref # 97659327 - D. Prager |
| Teleconference | 7/29/2015 | Prager, David | $ 23.76 | D. Prager - GogoAir - In flight Internet |
| Teleconference | 7/31/2015 | Prager, David | $ 88.21 | ConferenceCall.com - Inv # 1743015449 - Ref # 2617020 - D. Prager |
| Teleconference | 7/31/2015 | Prager, David | $ 3.52 | ConferenceCall.com - Inv # 1743015449 - Ref # 2708505 - D. Prager |
| Teleconference | 7/31/2015 | Prager, David | $ 30.47 | ConferenceCall.com - Inv # 1743015449 - Ref # 2929416 - D. Prager |
| Teleconference | 7/31/2015 | Prager, David | $ 48.69 | ConferenceCall.com - Inv # 1743015449 - Ref # 3029377 - D. Prager |
| Teleconference | 7/31/2015 | Prager, David | $ 81.26 | ConferenceCall.com - Inv # 1743015449 - Ref # 3317915 - D. Prager |
| Teleconference | 8/8/2015 | Prager, David | $ 46.69 | ConferenceCall.com - Inv # 1743051162 - Ref. # 9521844 - D. Prager |
| Teleconference | 8/25/2015 | | $ 12.80 | AT&T - actual service dates 7/26/15 through 8/25/15 |
| **Teleconference Total** | | | **$ 487.50** | |

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Travel | 4/21/2015 | Goldin, Harrison J. | $ 502.10 | H. Goldin - American Airlines - LGA to Dallas, TX - Departure Date: 4/29/15 - one way |
| Travel | 4/21/2015 | Goldin, Harrison J. | $ 168.10 | H. Goldin - Virgin American - Dallas, TX to LGA - Departure Date: 4/30/15 - one way |
| Travel | 5/2/2015 | Praga, Deborah | $ 6.12 | D. Praga - All Taxi Management - Working Weekend - Taxi to from GA Office to Home 50% of actual amount of $12.25 with AGFP |
| Travel | 5/6/2015 | Praga, Deborah | $ 18.36 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 6/1/2015 | Praga, Deborah | $ 17.75 | D. Praga - NYC Taxi - Working Weekend - Taxi from Home to GA Office |
| Travel | 6/9/2015 | Praga, Deborah | $ 16.55 | D. Praga - NYC Taxi - Working Weekend - Taxi from Home to GA Office |
| Travel | 6/10/2015 | Praga, Deborah | $ 21.33 | D. Praga - Uber - Taxi to Cravath meeting with books |
| Travel | 6/10/2015 | Prager, David | $ 18.72 | D. Prager - Uber - Working Late - Taxi from GA Office to Home |
| Travel | 6/10/2015 | Prager, David | $ 31.00 | D. Prager - Uber - Working Late - Taxi from GA Office to Home |
| Travel | 6/20/2015 | Praga, Deborah | $ 17.76 | D. Praga - NYC Taxi - Working Weekend - Taxi from Home to GA Office |
| Travel | 6/20/2015 | Praga, Deborah | $ 15.96 | D. Praga - NYC Taxi - Working Weekend - Taxi from GA Office to Home |
| Travel | 6/22/2015 | Praga, Deborah | $ 23.15 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 6/23/2015 | Praga, Deborah | $ 22.56 | D. Praga - Taxi Credit - Working Late - Taxi from GA Office to Home |
| Travel | 7/16/2015 | Prager, David | $ 17.16 | D. Prager - VTS Verifone - Working Late - Taxi from GA Office to Home |
| Travel | 7/16/2015 | Prager, David | $ 30.13 | D. Prager - Uber - Taxi during call with C. Cremens |
| Travel | 7/20/2015 | Prager, David | $ 16.56 | D. Prager - VTS Verifone - Working Late - Taxi from GA Office to Home |
| Travel | 7/27/2015 | Prager, David | $ 388.10 | D. Prager - Virgin American - LGA to DFW - Departure Date: 7/29/15 - one way |
| Travel | 7/27/2015 | Prager, David | $ 20.76 | D. Prager - Philadelphia Taxi - Taxi during call with C. Cremens |
| Travel | 7/27/2015 | Prager, David | $ 16.56 | D. Prager - VTS Verifone - Working Late - Taxi from GA Office to Home |
| Travel | 7/28/2015 | Prager, David | $ 672.10 | D. Prager - American Airlines - DFW to LGA - Departure Date: 7/29/15 - one way |
| Travel | 7/29/2015 | Prager, David | $ 47.89 | D. Prager - American Airlines - Seat Fee |
| Travel | 7/29/2015 | Prager, David | $ 33.00 | D. Prager - STB Cab - Taxi from DAL to Office |
| Travel | 7/29/2015 | Prager, David | $ 65.00 | D. Prager - Yellow Cab - Taxi to DFW |
| Travel | 7/29/2015 | Prager, David | $ 27.36 | D. Prager - VTS Verifone - Working Late - Taxi from GA Office to Home |
| Travel | 7/30/2015 | Prager, David | $ 20.16 | D. Prager - Philadelphia Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 7/30/2015 | Prager, David | $ 56.21 | D. Prager - VTS Verifone - Taxi from LGA |
| Travel | 8/7/2015 | Prager, David | $ 18.36 | D. Prager - VTS Verifone - Taxi from Home to GA Office - re: during conference call |
| **Travel Total** | | | **$ 2,308.81** | |
| **Grand Total** | | | **$ 14,067.29** | |