**Exhibit C**

**Voluntary Rate Disclosures**

The blended hourly rates for all FEP timekeepers who billed to the Debtors during the Fee Period (the "Debtor Blended Hourly Rate") are shown in the following table.[1]

| Position at FEP | Debtor Blended Hourly Rate for This Fee Application |
|---|---|
| Managing Director | $730.34 |
| Director | $585.29 |
| Managing Consultant | $454.16 |
| Consultant | $394.34 |
| Analyst | $275.00 |

---

[1] FEP calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period by position.