## Exhibit D

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

| Professional Person | Position with the Applicant | Fees Billed In this application | Hours Billed In this application | Hourly Rate Billed | | Fees Billed |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | In this Application | In the first Interim Application | In this application at First Interim Application billing rate |
| Todd W. Filsinger | Senior Managing Director | $481,012.50 | 641.35 | $750 | $750 | $481,012.50 |
| Jean Agras | Managing Director | $475,560.00 | 660.50 | $720 | $720 | $475,560.00 |
| Gary Germeroth | Managing Director | $402,840.00 | 559.50 | $720 | $720 | $402,840.00 |
| Dave Andrus | Director | $409,575.00 | 635.00 | $645 | n/a | n/a |
| Scott Davis | Director | $406,842.50 | 746.50 | $545 | $545 | $406,842.50 |
| Paul Harmon | Director | $132,250.00 | 230.00 | $575 | $575 | $132,250.00 |
| Tim Wang | Director | $305,612.50 | 531.50 | $575 | $575 | $305,612.50 |
| Kimberly Eckert | Managing Consultant | $335,115.00 | 677.00 | $495 | n/a | n/a |
| Michael Gadsden | Managing Consultant | $313,835.00 | 682.25 | $460 | $460 | $313,835.00 |
| Jill Kawakami | Managing Consultant | $147,275.00 | 342.50 | $430 | $430 | $147,275.00 |
| Buck Monday | Managing Consultant | $65,925.00 | 146.50 | $450 | $450 | $65,925.00 |
| Michael Perry | Managing Consultant | $235,750.00 | 575.00 | $410 | $410 | $235,750.00 |
| Nathan Pollak [2] | Managing Consultant | $311,140.00 | 718.00 | $460 | $405 | $290,790.00 |
| Samuel Schreiber | Managing Consultant | $266,857.50 | 586.50 | $455 | $455 | $266,857.50 |
| Laura Hatanaka | Consultant | $261,300.00 | 670.00 | $390 | $390 | $261,300.00 |
| Pamela Morin | Consultant | $21,109.00 | 55.55 | $380 | $380 | $21,109.00 |
| Alex Vinton | Analyst | $175,725.00 | 639.00 | $275 | $275 | $175,725.00 |
| | Totals:[1] | $4,747,724.00 | 9,096.65 | $521.92 | | |

---

[1] Blended hourly rate shown.

[2] Nathan Pollak, previously a Consultant, was promoted to Managing Consultant, effective July 1, 2015.  Mr. Pollak's fees reflect an increase in his billing rate, commensurate with his promotion, for all hours billed after the promotion.

RLF1 13164174v.1