**Exhibit E**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense (1) | Amount |
|---|---:|
| Lodging | $64,332.46 |
| Airfare | $75,000.56 |
| Taxi | $10,590.88 |
| Travel Meals | $14,248.32 |
| Other Travel Expenses | $8,899.69 |
| Market Research | $32,315.27 |
| Mailing / Copies | $81.71 |
| Vehicle Rental | $7,312.77 |
| **Totals:** | **$212,781.66** |

---

[1] Travel expense categories included in this table have been summarized compared to the Detailed Description of Expenses Incurred (Exhibit H).

RLF1 13164174v.1