## Exhibit F

## Summary of Fees and Expenses by Project Category for the Fee Period

| Project Category Number | Project Category Description | Hours | Total Compensation | Expenses | Total |
|---|---|---|---|---|---|
| 1 | Long-Range Forecast | 1,059.00 | $573,192.50 | $0 | $573,192.50 |
| 2 | Metric Analysis | 131.15 | $71,927.50 | $0 | $71,927.50 |
| 3 | Generation Analysis | 834.50 | $404,960.00 | $0 | $404,960.00 |
| 4 | Retail Analysis | 557.50 | $269,057.50 | $0 | $269,057.50 |
| 5 | Commodity Analysis | 775.80 | $405,985.00 | $0 | $405,985.00 |
| 6 | Competitor Analysis | 134.50 | $73,342.50 | $0 | $73,342.50 |
| 7 | EBITDA Projection | 270.00 | $132,875.00 | $0 | $132,875.00 |
| 8 | Environmental Analysis | 308.00 | $182,725.00 | $0 | $182,725.00 |
| 9 | Short-Range Forecast | 66.50 | $31,750.00 | $0 | $31,750.00 |
| 10 | Capital Projects | 29.50 | $20,395.00 | $0 | $20,395.00 |
| 11 | Wholesale Operations | 160.30 | $97,830.00 | $0 | $97,830.00 |
| 12 | Retail Operations | 228.00 | $105,150.00 | $0 | $105,150.00 |
| 13 | T&D Operations | 901.50 | $382,845.00 | $0 | $382,845.00 |
| 14 | Data Collection and Diligence | 565.60 | $272,087.50 | $0 | $272,087.50 |
| 15 | Reports | 628.40 | $317,822.50 | $0 | $317,822.50 |
| 16 | Hearings | 0.00 | $0.00 | $0 | $0.00 |
| 17 | On Site Diligence | 500.75 | $284,770.00 | $212,781.66 | $497,551.66 |
| 18 | Project Management | 21.90 | $11,892.50 | $0 | $11,892.50 |
| 19 | Project Administration | 0.75 | $382.50 | $0 | $382.50 |
| 20 | T&D Forecast | 782.90 | $485,275.00 | $0 | $485,275.00 |
| 21 | Fee Objection & Litigation | 0.00 | $0.00 | $0 | $0.00 |
| 22 | Fee Application | 84.80 | $38,786.50 | $0 | $38,786.50 |
| 23 | Business Services Analysis | 1.50 | $1,080.00 | $0 | $1,080.00 |
| 24 | Retail Margins | 88.50 | $41,910.00 | $0 | $41,910.00 |
| 25 | T&D Market Research | 152.00 | $79,927.50 | $0 | $79,927.50 |
| 26 | Wholesale Market Research | 31.50 | $18,407.50 | $0 | $18,407.50 |
| 27 | Retail Market Research | 321.00 | $164,412.50 | $0 | $164,412.50 |
| 28 | Performance Analysis | 11.50 | $7,395.00 | $0 | $7,395.00 |
| 29 | Sales, General & Administrative Analysis | 53.50 | $24,920.00 | $0 | $24,920.00 |
| 30 | Portfolio Analysis | 50.00 | $31,080.00 | $0 | $31,080.00 |

RLF1 13164174v.1

| Project Category Number | Project Category Description | Hours | Total Compensation | Expenses | Total |
|---|---|---|---|---|---|
| Continued | | | | | |
| 31 | Oncor Revenue Analysis | 119.00 | $67,195.00 | $0 | $67,195.00 |
| 32 | Oncor Capital Structure | 85.30 | $49,765.00 | $0 | $49,765.00 |
| 33 | Regulatory Analysis | 37.50 | $25,417.50 | $0 | $25,417.50 |
| 34 | Claims & Settlement Issues | 104.00 | $73,162.50 | $0 | $73,162.50 |
| **Totals** | | **9,096.65** | **$4,747,724.00** | **$212,781.66** | **$4,960,505.66** |

1. FEP has reclassified 3.0 hours reported in its June 2015 Fee Statement from Project Category #21 to #22.

RLF1 13164174v.1