IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>) |

**NOTICE OF RECENTLY ENTERED ORDERS
BY THE PUBLIC UTILITY COMMISSION OF TEXAS IN THE
ADMINISTRATIVE PROCEEDING RELATED TO THE CHANGE OF CONTROL
APPLICATION OF ONCOR ELECTRIC DELIVERY COMPANY, LLC *ET AL*.**

Comes now the Public Utility Commission of Texas ("PUCT"), by and through the Texas Attorney General's Office, and respectfully files this Notice to advise the Court and the parties in interest that the following orders have been entered in Docket No. 45188- Joint Report and Application of Oncor Electric Delivery Company, LLC, Ovation Acquisition 1, LLC, Ovation Acquisition II, LLC, and Shary Holdings, LLC for Regulatory Approvals Pursuant to PURA §§ 14.101, 37.154, 39.262(l)-(m) and 39.915 (the change of control proceeding):

1. (Dkt. 17) ORDER OF REFERRAL [to the State Office of Administrative Hearings] FOR PURPOSES OF DISCOVERY.

2. (Dkt. 76) ORDER NO. 4 MEMORALIZAING PREHEARING CONFERENCE AND ADOPTING PROCEDURAL SCHEDULE.

3. (Dkt. 81) PRELIMINARY ORDER

Copies of these orders are attached hereto as Exhibits.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

Respectfully Submitted,

KEN PAXTON
*Attorney General of Texas*

CHARLES E. ROY
*First Assistant Attorney General*

ANDREW D. LEONIE
*Associate Deputy Attorney General*

*/s/   Hal F. Morris*
HAL F. MORRIS
Texas State Bar No. 14485410
ASHLEY F. BARTRAM
Texas State Bar No. 24045883
P. O. Box 12548
Austin, Texas  78711-2548
Telephone: (512) 475-4550
*hal.morris@texasattorneygeneral.gov*
*ashley.bartram@texasattorneygeneral.gov*

ATTORNEYS FOR THE PUBLIC UTILITY COMMISSION OF TEXAS

### CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2015, a true and correct copy of the foregoing was served by the Court's Electronic Filing System on all parties requesting notice in this proceeding.

*/s/ Hal F. Morris*
Hal F. Morris