

Control Number: 45188



Item Number: 17

Addendum StartPage: 0

P.U.C. DOCKET NO. 45188
SOAH DOCKET NO. 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

| | | |
|---|---|---|
| JOINT REPORT AND | § | PUBLIC UTILITY COMMISSION |
| APPLICATION OF ONCOR | § | |
| ELECTRIC DELIVERY COMPANY | § | OF TEXAS |
| LLC, OVATION ACQUISITION I, | § | |
| LLC, OVATION ACQUISITION II, | § | |
| LLC, AND SHARY HOLDINGS, LLC | § | |
| FOR REGULATORY APPROVALS | § | |
| PURSUANT TO PURA §§14.101, | § | |
| 37.154, 39.262(l)-(m), AND 39.915 | § | |

## ORDER OF REFERRAL FOR PURPOSES OF DISCOVERY

The Public Utility Commission of Texas (Commission) refers this docket to the State Office of Administrative Hearings (SOAH) and requests the assignment of an administrative law judge (ALJ) to consider and resolve all discovery disputes regarding this application, including requesting any information from parties or holding any hearing necessary to properly process this referral.

SOAH has jurisdiction over matters relating to the conduct of discovery in this proceeding pursuant to Tex. Gov't Code Ann. § 2003.049 (West 2008 & Supp. 2014).

All subsequent pleadings in this docket that relate to discovery must contain both the SOAH and PUC docket numbers to allow for efficient processing. Parties shall make discovery filings as directed in Order No. 1 issued by the Commission ALJ, unless modified by the SOAH ALJ.

The Commission requests that SOAH title its orders as "Discovery Order No. #" and sequentially number its orders beginning with the number one.

P.U.C. Docket No. 45188        Order of Referral        Page 2
SOAH DOCKET NO. 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

**SIGNED AT AUSTIN, TEXAS** the \_\_18\_\_ day of October 2015.

                 **PUBLIC UTILITY COMMISSION OF TEXAS**

                 *[signature]*
                 **STEPHEN JOURNEAY**
                 **DIRECTOR, COMMISSION ADVISING & DOCKET MANAGEMENT**

q:\cadm\orders\referral\45000\45188 discovery referral order.doc