

Control Number: 45188



Item Number: 76

Addendum StartPage: 0

**DOCKET NO. 45188**

| | | |
|---|---|---|
| JOINT REPORT AND APPLICATION | § | PUBLIC UTILITY COMMISSION |
| OF ONCOR ELECTRIC DELIVERY | § | |
| COMPANY LLC, OVATION | § | OF TEXAS |
| ACQUISITION I, LLC, OVATION | § | |
| ACQUISITION II, LLC, AND SHARY | § | |
| HOLDINGS, LLC FOR REGULATORY | § | |
| APPROVALS PURSUANT TO PURA | § | |
| §§ 14.101, 37.154, 39.262 (l)-(m), AND | § | |
| 39.915 | § | |

RECEIVED
2015 OCT 15 PM 1:13
PUBLIC UTILITY COMMISSION
FILING CLERK

### ORDER NO. 4
### MEMORIALIZING PREHEARING CONFERENCE AND
### ADOPTING PROCEDURAL SCHEDULE

#### I.     Introduction

On October 8, 2015, a prehearing conference was held in the above referenced application filed on September 29, 2015. The following parties entered appearances: Oncor Electric Delivery Company LLC (Oncor), Ovation Acquisition I, LLC (OV1), Ovation Acquisition II, LLC, and Shary Holdings, LLC (collectively, Applicants), Steering Committee of Cities Served by Oncor (Cities), Office of Public Utility Counsel (OPUC), Texas Industrial Energy Consumers (TIEC), Alliance of Oncor Cities (AOC), Texas Energy Association for Marketers (TEAM), State Agencies, and Public Utility Commission of Texas (Commission) Staff.

#### II.    Motions to Intervene

At the prehearing conference held on October 8, 2015, the motions to intervene of Cities, OPUC, TIEC, and AOC were granted. TEAM and State Agencies indicated their intent to intervene in this proceeding.

#### III.   Procedural Schedule

The hearing dates of January 11-15, 2016 have been identified. The parties presented a proposed procedural schedule based on a hearing schedule of January 13-22, 2016. Thus, the parties proposed schedule and discovery deadlines have been modified to accommodate the actual hearing dates and to incorporate deadlines applicable to supplemental direct testimony filed by Applicants on October 9, 2015. The following procedural schedule is adopted:



| EVENT | DEADLINE |
|---|---|
| Technical Conference | To be determined[1] |
| **INTERVENTION DEADLINE** | **October 30, 2015** |
| **Objections to Applicants' Direct Testimony** | November 2, 2015 |
| Applicants' Response to Objections to Direct | November 9, 2015 |
| **Objections to Applicants' Supplemental Direct Testimony** | November 9, 2015 |
| Applicants' Response to Objections to Supplemental Direct | November 13, 2015 |
| *Deadline for Discovery on Applicants' Direct & Supplemental Direct Testimony* | November 20, 2015 |
| **Intervenor and Commission Staff Direct Testimony** | December 2, 2015 |
| Objections to Intervenor and Commission Staff Direct | December 9, 2015 |
| Response to Objections to Intervenor and Staff Direct | December 16, 2015 |
| *Deadline for Discovery on Intervenor and Staff Direct Testimony* | December 11, 2015 |
| **Intervenor and Staff Cross-Rebuttal Testimony** | December 11, 2015 |
| Objections to Intervenor and Staff Cross-Rebuttal | December 15, 2015 |
| Response to Objections to Intervenor and Staff Cross-Rebuttal | December 18, 2015 |
| *Deadline for Discovery on Intervenor and Staff Cross-Rebuttal Testimony* | December 16, 2015 |
| **Applicants' Rebuttal Testimony** | December 18, 2015 |
| Objections to Applicants' Rebuttal | December 23, 2015 |
| Response to Objections to Applicants' Rebuttal | December 28, 2015 |
| *Deadline for Discovery on Applicants' Rebuttal Testimony* | December 28, 2015 |
| Deadline for Responses to all Outstanding Discovery Requests | January 6, 2016 |
| **Prehearing Conference** | **January 7, 2016** |
| **Hearing on the Merits** | **January 11-15 and 19-20, 2016**[2] |

---

[1] The parties agreed to meet for a Technical Conference and further agreed that the technical conference will be limited to the lease between OEDC and Oncor AssetCo.

[2] The January 19-20, 2016 dates have been set aside for use in the event the hearing on the merits cannot be concluded by January 15, 2016. However, time allotments will be calculated using five days of hearing.

## IV.    Discovery

In Order No. 1 discovery deadlines were modified in recognition of the expedited nature of this proceeding. Those discovery deadlines continue to apply to Applicants' Direct Testimony.

The following altered discovery deadlines are adopted for Applicants' Supplemental Direct Testimony; Intervenor and Commission Staff Direct Testimony; Intervenor and Commission Staff Cross-Rebuttal Testimony; and Applicants' Rebuttal Testimony;

- Deadline for responses to discovery requests: 7 calendar days
- Deadline for objections: 3 working days
- Deadline for motions to compel: 3 working days
- Deadline for responses to motions to compel: 2 working days

## V. Copies and Service of Documents

An original and **twenty-one (21) copies of public testimony** relating to this proceeding must be filed with the Commission filing clerk. An original and **12 copies of <u>confidential</u> testimony**[3] relating to this proceeding must be filed with the Commission filing clerk. Central Records shall retain 2 copies of the confidential documents and the remaining 10 copies shall be hand-delivered by Central Records Staff to Ms. Kathy Shockey, Legal Assistant, Commission Advising and Docket Management, ext. 6-7211, for distribution to the Commissioners, the ALJs and Advising Staff.

A copy of any document filed with the Commission must also be served on each party of record as provided by 16 Tex. Admin. Code § 22.74(b) (TAC). However, the parties agreed that for all parties except OPUC, e-mail service, is acceptable. Such method of service was approved for use in this docket.

## VI.    Filing Deadline

16 TAC § 22.71(i) provides that all documents shall be filed by 3:00 p.m. on the date due, unless otherwise ordered. The parties requested that the filing deadline for testimony and other

---

[3] This instruction is a clarification to that provided in Order No. 1.

filings, except discovery, be set at close of business – 5:00 p.m on the date due. The request was granted.

**SIGNED AT AUSTIN, TEXAS on the** ___15th___ **day of October 2015.**

          **PUBLIC UTILITY COMMISSION OF TEXAS**

          *[signature]*
          **IRENE MONTELONGO**
          **DIRECTOR, DOCKET MANAGEMENT**

Q:\CADM\Docket Management\Electric\COMMISSION HELD HEARINGS\45188 Oncor Reg. Approvals\45188-4 proc sch.docx