## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: January 29, 2016 at 4:00 p.m. |

**COVER SHEETS TO THIRD INTERIM FEE APPLICATION OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MAY 1, 2015 THROUGH AUGUST 31, 2015**

| | |
|---|---|
| **Name of Applicant:** | **Guggenheim Securities, LLC** |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. |
| Date of retention: | January 13, 2015 *nunc pro tunc* to November 12, 2014 |
| Period for which compensation and reimbursement is sought (the "Application Period"): | May 1 – August 31, 2015 |
| Compensation sought as actual, reasonable, and necessary: | $1,000,000.00 (20% of which is $200,000.00) |
| Expense reimbursement sought as actual, reasonable, and necessary: | $19,428.65 |

This is an **interim** fee application. [2]

---

[1]     The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

[2]     Notice of this Interim Fee Application shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined herein) and objections to the relief requested herein shall be addressed in accordance with such orders.

**CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF GUGGENHEIM SECURITIES, LLC FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC.**

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fees Requested | Total Expenses Requested | Total Amount Requested | Total Fees Paid to Date | Total Expenses Paid to Date | Total Amount Paid to Date | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| 2/17/15 D.I. # 3572 | 11/12/14 - 12/31/14 | $408,333.33 | $61,304.70[1] | $469,638.03 | $326,666.67 | $61,782.54 | $388,449.21 | $81,188.83 |
| 6/3/15 D.I. # 4662 | 01/01/15 - 04/30/15 | $1,000,000.00 | $71,856.92 | $1,071,856.92 | $800,000.00 | $71,856.92 | $871,856.92 | $200,000.00 |
| 10/16/15 D.I. # TBD | 05/01/15 - 08/31/15 | $1,000,000.00 | $19,428.65 | $1,019,428.65 | $600,000.00 | $13,947.40 | $613,947.40 | $405,481.25 |
| TOTAL | | $2,408,333.33 | $152,590.27 | $2,560,923.60 | $1,726,666.67 | $147,586.86 | $1,874,253.53 | $686,670.08 |

---

[1] Represents total expenses paid per the monthly applications of $61,782.54 less agreed to expense reduction of $477.84 per DI# 4843.

## TIME DETAIL BY PROFESSIONAL

## ENERGY FUTURE HOLDINGS CORP., et al
### (Case No. 14-10979 (CSS))

### May 1, 2015 Through August 31, 2015

| Time by Professional | | |
| --- | --- | --- |
| **Name** | **Title** | **Total Hours** |
| Ronen Bojmel | Senior Managing Director | 404.0 |
| Michael Henkin | Senior Managing Director | 343.0 |
| Robert Venerus | Consultant | 36.0 |
| Ofir Nitzan | Vice President | 377.0 |
| Phillip Laroche | Associate | 399.0 |
| David Paulzak | Analyst | 199.5 |
| James Shovlin | Analyst | 352.0 |
| **Total** [*] | | **2,110.5** |

*Hours exclude certain Guggenheim employees (such as consultants, other than Robert Venerus, and legal, administrative, and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

## TIME DETAIL BY PROJECT CATEGORY

## ENERGY FUTURE HOLDINGS CORP., et al
### (Case No. 14-10979 (CSS))

## May 1, 2015 Through August 31, 2015

| Time by Category | |
| --- | --- |
| **Project Category** | **Total Hours** |
| A - Case Administration | 5.5 |
| B - Retention and Fee Applications | 64.0 |
| C - Travel | 62.0 |
| D - Court Testimony and Deposition | - |
| E - Analysis, Presentations and Diligence | 1,015.0 |
| F - Financing Matters | - |
| G - Mergers and Acquisitions Activity | 315.0 |
| H - Plan of Reorganization Review/Analysis and Negotiations | 246.5 |
| I - Valuation and Recoveries Analysis | - |
| J - Capital Structure Analysis | 30.5 |
| K - Debtor Correspondence | 45.5 |
| L - Committee Correspondence | 290.0 |
| M - Other Creditor Correspondence | 36.5 |
| **Total** [*] | **2,110.5** |

*Hours exclude certain Guggenheim employees (such as consultants, other than Robert Venerus, and legal, administrative, and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

**EXPENSE SUMMARY**

**ENERGY FUTURE HOLDINGS CORP., et al**
**(Case No. 14-10979 (CSS))**

**May 1, 2015 Through August 31, 2015**

| Expense Summary (*) | Disbursements and Charges | | |
|---|---|---|---|
| | **EFH Corp.** | **EFIH** | **Total** |
| Airfare | $2,221.75 | $2,221.75 | $4,443.50 |
| Hotel | 840.16 | 840.15 | 1,680.31 |
| Ground Transportation | 1,820.05 | 1,820.05 | 3,640.10 |
| Meals | 1,063.12 | 1,063.12 | 2,126.24 |
| Legal | 3,768.00 | 3,768.00 | 7,536.00 |
| **Total** | **$9,714.33** | **$9,714.32** | **$19,428.65** |

*Net of voluntary reductions of $8,291.49, consistent with EFH Fee Committee guidelines for expense reimbursement.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: January 29, 2016 at 4:00 p.m. |

**THIRD INTERIM FEE APPLICATION OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MAY 1, 2015 THROUGH AUGUST 31, 2015**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "**Interim Compensation Order**") and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**"), Guggenheim Securities, LLC ("**Guggenheim Securities**") hereby submits its Third Interim Fee Application (the "**Interim Fee Application**") for an allowance of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred in connection with such services from May 1, 2015 through and including August 31, 2015 (the "**Application Period**") as set forth in their engagement letter (the "**Engagement Letter**"), attached hereto as **Exhibit A**.

Guggenheim Securities seeks interim court approval of the following fee applications:

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fees Requested | Total Expenses Requested | Total Amount Requested | Total Fees Paid to Date | Total Expenses Paid to Date | Total Amount Paid to Date | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| 6/22/15 D.I. # 4816 | 05/01/15 - 05/31/15 | $250,000.00 | $7,687.22 | $257,687.22 | $200,000.00 | $7,687.22 | $207,687.22 | $50,000.00 |
| 7/21/15 D.I. # 5064 | 06/01/15 - 06/30/15 | $250,000.00 | $1,961.32 | $251,961.32 | $200,000.00 | $1,961.32 | $201,961.32 | $50,000.00 |
| 8/21/15 D.I. # 5614 | 07/01/15 - 07/31/15 | $250,000.00 | $4,298.86 | $254,298.86 | $200,000.00 | $4,298.86 | $204,298.86 | $50,000.00 |
| 9/22/15 D.I. # 6136 | 08/01/15 - 08/31/15 | $250,000.00 | $5,481.25 | $255,481.25 | PENDING | PENDING | PENDING | $255,481.25 |
| TOTAL | | $1,000,000.00 | $19,428.65 | $1,019,428.65 | $600,000.00 | $13,947.40 | $613,947.40 | $405,481.25 |

## BACKGROUND

1.      On April 29, 2014 (the "**Petition Date**"), the debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code.  Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the debtors have continued to operate their businesses and manage their properties as debtors in possession since the Petition Date.

2.      On January 13, 2015, the United States Bankruptcy Court for the District of Delaware entered an *Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc.* nunc pro tunc *to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h)* [D.I. 3276] (the "**Retention Order**").

## RELIEF REQUESTED

3.      Guggenheim Securities submits this Interim Fee Application (i) for allowance of reasonable compensation for actual, necessary professional services rendered by Guggenheim Securities as investment banker to the Official Committee of Unsecured Creditors of Energy

Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "**EFH Committee**") during the Application Period and (ii) for reimbursement of actual, necessary expenses incurred in representing the EFH Committee during the Application Period. Specifically, Guggenheim Securities seeks payment in the aggregate of $1,000,000.00 for actual, reasonable and necessary professional services rendered to the EFH Committee during the Application Period and payment in the aggregate of $19,428.65 for actual, reasonable and necessary expenses incurred in rendering such services.

4. The statutory predicates for the relief requested herein are sections 328, 330 and 331 of the Bankruptcy Code, as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure, Local Rule 2016-2, the Interim Compensation Order and the Fee Committee Order. A Certification of Compliance with Local Rule 2016-2 is attached as **Exhibit B**.

**SUMMARY FOR BASIS FOR RELIEF**

5. During the Application Period, Guggenheim Securities' professionals expended approximately 2,110 hours on these cases. The time records submitted with this interim application as **Exhibit C** and with the monthly fee statements demonstrate that Guggenheim Securities was deeply involved in performing services on a daily basis to meet the EFH Committee's needs in these chapter 11 cases.[2] Guggenheim Securities believes that it has, and continues to, capably and efficiently serve the EFH Committee in these chapter 11 cases because of, among other things, Guggenheim Securities' experience and expertise.

6. The professional services and related expenses for which Guggenheim Securities requests allowance were rendered and incurred in performance of Guggenheim Securities' duties as investment banker for the EFH Committee in these chapter 11 cases. Guggenheim Securities'

---

[2] Pursuant to Paragraph 11 of the Retention Order, Guggenheim Securities was granted a limited waiver from Local Rule 2016-2(d) and any other applicable guidelines, orders or procedures, such that Guggenheim Securities is required only to maintain time records of its services rendered for the EFH Committee in half-hour increments.

services have been substantial, necessary and beneficial to the EFH Committee and to the estates, creditors and other parties in interest. Guggenheim Securities' highly skilled restructuring and investment banking professionals devoted significant time and effort to properly and expeditiously perform the required professional services, including:

a) **Case Administration:** During the Application Period, Guggenheim Securities spent time devoted to case administration, which relates to time spent in connection with scheduling, coordination with other professionals, resource planning, and document management.

b) **Retention and Fee Applications:** During the Application Period, Guggenheim Securities spent time devoted to retention and fee applications, which relates to time spent in connection with fee applications and retention matters, including correspondence with counsel in connection with these matters.

c) **Travel:** During the Application Period, Guggenheim Securities spent time devoted to travel, which relates to all non-working travel time in connection with EFH related matters.

d) **Analysis, Presentations and Diligence:** During the Application Period, Guggenheim Securities spent time devoted to analysis, presentations and diligence, which primarily relates to time spent in connection with researching, reviewing and analyzing the Debtors' current state of affairs, including their financial and operational affairs based on information provided by the Debtors or otherwise publicly available. This category includes reviewing historical and projected financial and operational metrics and related public/industry

information.    This category also includes time spent preparing analyses and presentations summarizing Guggenheim Securities' findings.

e)      **Mergers & Acquisitions Activity:** During the Application Period, Guggenheim Securities spent time devoted to mergers & acquisitions activity, which primarily relates to time spent in connection with reviewing and analyzing the Debtors' proposed sale of its Oncor assets as well as any other businesses. This category includes    time    spent    in    connection    with    due    diligence    and presentations/recommendations to the EFH Committee related to M&A activity.

f)      **Plan of Reorganization Review/Analysis and Negotiations:** During the Application Period, Guggenheim Securities spent time devoted to plan review/analysis and negotiations, which primarily relates to time spent in connection with the analysis of any proposed plan of reorganization and the implementation thereof, negotiations with the Debtors and other constituents as it relates to the implementation of a plan of reorganization, and review of the disclosure statement and related filings.

g)      **Capital Structure Analysis:** During the Application Period, Guggenheim Securities spent time devoted to capital structure analysis, which primarily relates to time spent in connection with the analysis of the Debtors' historical and current capital structure, including analyzing the Debtors' debt agreements, trading activity and debt capacity.

h)      **Debtor Correspondence:** During the Application Period, Guggenheim Securities spent time devoted to debtor correspondence, which primarily relates to time

spent in connection with correspondences (email, phone calls, in-person meetings, and on site due diligence meetings) involving the Debtors and/or their advisors.

i)   **Committee Correspondence:** During the Application Period, Guggenheim Securities spent time devoted to committee correspondence, which primarily relates to time spent in connection with updating the EFH Committee on all developments in these cases, communicating with the EFH Committee as it relates to various filed papers and pleadings, presenting diligence summaries and conclusions, and advising on general case strategy.

j)   **Other Creditor Correspondence:** During the Application Period, Guggenheim Securities spent time devoted to other creditor correspondence, which primarily relates to time spent in connection with correspondence (email, phone calls, in-person meetings, and on site due diligence meetings) involving constituents other than the Debtors or the members of the EFH Committee and/or their respective professional advisors.

7.   Guggenheim Securities has received no payment or promise of payment for the services rendered in these chapter 11 cases.

8.   Attached to and incorporated into this Interim Fee Application are charts summarizing the time expended by each Guggenheim Securities professional, time expended by project category and expenses for the Application Period.

9.   Guggenheim Securities holds no retainer or other security for fees and disbursements incurred in these cases.

10.    No agreement or understanding exists between Guggenheim Securities and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

11.    Professional services and expenses for which compensation and reimbursement are sought were rendered and expended on behalf of the EFH Committee pursuant to chapter 11 of the Bankruptcy Code. Guggenheim Securities believes it is appropriate that it be compensated for the time spent and reimbursed for the expenses incurred in connection with these matters.

12.    The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Interim Fee Application complies with Local Rule 2016-2.

WHEREFORE, Guggenheim Securities respectfully requests that this Court enter an order (a) approving and allowing (i) compensation to Guggenheim Securities, LLC for actual, reasonable and necessary professional services rendered on behalf of the EFH Committee during the Application Period in the aggregate amount of $1,000,000.00; and (ii) reimbursement to Guggenheim Securities, LLC for actual, reasonable and necessary expenses incurred during the Application Period in the amount of $19,428.65.

Dated: October 16, 2015                          **GUGGENHEIM SECURITIES, LLC**

                                                 Ronen Bojmel
                                                 Senior Managing Director and
                                                 Co-head of Restructuring