## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER SUSTAINING DEBTORS'
THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO INSUFFICIENT DOCUMENTATION,
AMENDED, AND WRONG DEBTOR CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing or reassigning, as appropriate, the claims set forth on **Exhibit 1**, **Exhibit 2**, and **Exhibit 3** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

opportunity for a hearing on the Objection (the "<u>Hearing</u>") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Insufficient Documentation Claim set forth on the attached **Exhibit 1** is hereby disallowed in its entirety.

3.      The Amended Claims set forth on the attached **Exhibit 2** are hereby disallowed in their entirety.

4.      The Wrong Debtor Claims set forth on the attached **Exhibit 3** are hereby reassigned to the applicable Debtor identified in the column entitled "Modified Debtor" in **Exhibit 2**, attached hereto.

5.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

6.      Nothing set forth herein shall affect the parties' rights with respect to (a) those claims identified as "Remaining Claims" on **Exhibit 2**, and (b) the reclassification of the Wrong Debtor Claims to the applicable Debtor identified in the column entitled "Modified Debtor" in **Exhibit 3**, each as attached hereto, and the parties' rights with respect to such "Remaining Claims" and reclassification of Wrong Debtor Claims are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules, <u>provided</u>, <u>however</u>, that

the Debtors will not object to the Remaining Claims numbers 10918, 10036, 9967, 10919, 10981, 10920, 10014, 10022, 11185, 11468, 11470, and 11471 on the basis that they were not timely filed.

7.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

8.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

10.     This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2015
          Wilmington, Delaware    _____
                                  THE HONORABLE CHRISTOPHER S. SONTCHI
                                  UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claim**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | TITUS COUNTY ATTN: COUNTY JUDGE, BRIAN LEE 100 WEST FIRST STREET, SUITE 200 MOUNT PLEASANT, TX 75455 | 14-10996 (CSS) | EFH Corporate Services Company | 09/02/2014 | 4054 | Undetermined* | Insufficient Documentation Claim |
| | | | | | TOTAL | $0.00* | |

**EXHIBIT 2** to **EXHIBIT A**

**Amended Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 1 COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 01/22/2015 | 14-10996 (CSS) | 9943 | $406.52 | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 02/09/2015 | 14-10996 (CSS) | 9967 | $406.52 | Amended and superseded claim |
| 2 DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 11/12/2014 | 14-11042 (CSS) | 9824 | $6,738.13* | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 08/19/2015 | 14-11042 (CSS) | 10918 | $65.72* | Amended and superseded claim |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 3 DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 08/19/2015 | 14-11042 (CSS) | 10918 | $65.72* | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 09/10/2015 | 14-11042 (CSS) | 11471 | $65.72* | Amended and superseded claim |
| 4 EAGLE MOUNTAIN-SAGINAW ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 05/09/2014 | 14-11040 (CSS) | 16 | $3,485.54* | EAGLE MOUNTAIN-SAGINAW ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 03/24/2015 | 14-11040 (CSS) | 10036 | $3,747.36 | Amended and superseded claim |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 5 | NORTHWEST ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 06/10/2014 | 14-10997 (CSS) | 1726 | $9,844.11* | NORTHWEST ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 08/19/2015 | 14-10997 (CSS) | 10919 | $250.97* | Amended and superseded claim |
| 6 | NORTHWEST ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 08/19/2015 | 14-10997 (CSS) | 10919 | $250.97* | NORTHWEST ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 09/10/2015 | 14-10997 (CSS) | 11470 | $250.97* | Amended and superseded claim |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 7 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 09/04/2014 | 14-11005 (CSS) | 4125 | $442.00* | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 08/24/2015 | 14-11005 (CSS) | 10981 | $0.00 | Amended and superseded claim |
| 8 | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 06/10/2014 | 14-10996 (CSS) | 1728 | $497.65* | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 08/28/2015 | 14-10996 (CSS) | 11185 | $49.13* | Amended and superseded claim |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 9 | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 06/10/2014 | 14-11035 (CSS) | 1729 | $500.20* | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 08/19/2015 | 14-11035 (CSS) | 10920 | $47.95* | Amended and superseded claim |
| 10 | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 08/19/2015 | 14-11035 (CSS) | 10920 | $47.95* | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 09/10/2015 | 14-11035 (CSS) | 11468 | $47.95* | Amended and superseded claim |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 11 | THORNDALE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 02/09/2015 | 14-11033 (CSS) | 9973 | $38,706.18 | THORNDALE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 03/17/2015 | 14-11033 (CSS) | 10014 | $38,706.18* | Amended and superseded claim |
| 12 | THORNDALE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 03/17/2015 | 14-11033 (CSS) | 10014 | $38,706.18* | THORNDALE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 03/24/2015 | 14-11033 (CSS) | 10022 | $38,706.18* | Amended and superseded claim |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 13 W D NORTON INC PO BOX 6837 TYLER, TX 75711-6837 | 06/19/2014 | 14-11023 (CSS) | 2239 | $6,847.15 | OVERHEAD DOOR COMPANY OF TYLER-LONGVIEW PO BOX 6837 TYLER, TX 75711-6837 | 09/02/2014 | 14-11042 (CSS) | 3992 | $6,299.00 | Amended and superseded claim |
| | | | | | OVERHEAD DOOR COMPANY OF TYLER-LONGVIEW PO BOX 6837 TYLER, TX 75711-6837 | 09/02/2014 | 14-11032 (CSS) | 3993 | $548.15 | |
| 14 WOODSON LUMBER COMPANY OF LEXINGTON 8717 N.HWY 77 PO BOX 147 LEXINGTON, TX 78947 | 09/22/2014 | 14-11032 (CSS) | 4590 | $1,544.80 | WOODSON LUMBER COMPANY OF LEXINGTON 8717 N.HWY 77 PO BOX 147 LEXINGTON, TX 78947 | 10/06/2014 | 14-11033 (CSS) | 4975 | $2,014.35 | Amended and superseded claim |

**TOTAL    $108,083.10\***

## **EXHIBIT 3** to **EXHIBIT A**

### **Wrong Debtor Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ADVANCED PUMP & VALVE, INC. D/B/A ADVANCED INDUSTRIES, INC. C/O SEARCY & SEARCY, P.C. PO BOX 3929 LONGVIEW, TX 75606 | 4536 | Luminant Generation Company LLC | 503(b)(9) | $92,082.38 | Luminant Generation Company LLC | 503(b)(9) | $92,082.38 |
| | | | Luminant Generation Company LLC | Unsecured | $33,945.12 | Luminant Generation Company LLC | Unsecured | $33,765.22 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $179.90 |
| | | | | Subtotal | $126,027.50 | | Subtotal | $126,027.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ARROWHEAD CONTRACTOR SUPPLY 201 ESTES DR LONGVIEW, TX 75602 | 7920 | Luminant Generation Company LLC | Unsecured | $49,751.73 | Luminant Generation Company LLC | Unsecured | $45,774.53 |
| | | | | | | Sandow Power Company LLC | Unsecured | $3,977.20 |
| | | | | | | | Subtotal | $49,751.73 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | BMT WBM INC C/O A/P LISSA SHARP 8200 SOUTH AKRON ST. #120 CENTENNIAL, CO 80112 | 2355 | Luminant Mining Company LLC | Unsecured | $11,458.32 | Luminant Mining Company LLC | Unsecured | $5,729.16 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $5,729.16 |
| | | | | | | | Subtotal | $11,458.32 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | BREAK TIME SOLUTIONS, INC. P.O. BOX 1081 MEXIA, TX 76667 | 7551 | Luminant Big Brown Mining Company LLC | Unsecured | $7,215.50 | Luminant Mining Company LLC | Unsecured | $7,215.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | CARLSON SOFTWARE ATTN: GRANT WENKER 102 WEST 2ND STREET #200 MAYSVILLE, KY 41056 | 3116 | Luminant Mining Company LLC | Unsecured | $7,367.26 | Luminant Generation Company LLC | Unsecured | $7,367.26 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | CHEMSEARCH DIVISION OF NCH CORPORATION 2727 CHEMSEARCH BLVD IRVING, TX 75062 | 9826 | Oak Grove Management Company LLC | Unsecured | $1,650.06 | Luminant Generation Company LLC | Unsecured | $44.96 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $1,605.10 |
| | | | | | | | Subtotal | $1,650.06 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | CITY OF TRINIDAD 212 PARK ST TRINIDAD, TX 75163-6060 | 1308 | Luminant Energy Company LLC | Unsecured | $2,052.82 | Luminant Generation Company LLC | Unsecured | $2,052.82 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 9915 | Big Brown Power Company LLC | 503(b)(9) | $2,625.00 | Luminant Generation Company LLC | 503(b)(9) | $2,625.00 |
| | | | Big Brown Power Company LLC | Unsecured | $525.00 | Luminant Generation Company LLC | Unsecured | $525.00 |
| | | | | Subtotal | $3,150.00 | | Subtotal | $3,150.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | CONTROL SYSTEMS COMPANY<br>1217 NORTON ROAD<br>HUDSON, OH 44236 | 9916 | Sandow Power Company LLC | Unsecured | $9,787.00 | Luminant Generation Company LLC | Unsecured | $3,855.00 |
| | | | | | | Sandow Power Company LLC | Unsecured | $5,932.00 |
| | | | | | | Subtotal | | $9,787.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | DG FAST CHANNEL INC<br>PO BOX 951392<br>DALLAS, TX 75395-1392 | 5996 | TXU Energy Solutions Company LLC | Unsecured | $3,083.50 | TXU Energy Retail Company LLC | Unsecured | $3,083.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | DOYENNE CONSTRUCTORS, LLC<br>PO BOX 127<br>MARIAH HILL, IN 47556 | 1102 | Luminant Mining Company LLC | Unsecured | $98,000.00 | Oak Grove Management Company LLC | Unsecured | $98,000.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | DPC INDUSTRIES INC<br>P.O. BOX 130410<br>HOUSTON, TX 77219 | 4390 | Oak Grove Management Company LLC | Unsecured | $21,285.13 | Luminant Generation Company LLC | Unsecured | $4,287.50 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $16,997.63 |
| | | | | | | Subtotal | | $21,285.13 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | DPC INDUSTRIES INC PO BOX 130410 HOUSTON, TX 77219 | 4440 | Sandow Power Company LLC | Unsecured | $18,782.89 | Luminant Generation Company LLC | Unsecured | $8,993.29 |
| | | | | | | Sandow Power Company LLC | Unsecured | $9,789.60 |
| | | | | | | Subtotal | | $18,782.89 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | DPC INDUSTRIES INC PO BOX 301023 DALLAS, TX 75303-1023 | 4482 | Luminant Generation Company LLC | Unsecured | $40,370.47 | Luminant Generation Company LLC | Unsecured | $37,994.48 |
| | | | | | | Sandow Power Company LLC | Unsecured | $2,375.99 |
| | | | | | | Subtotal | | $40,370.47 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | EDH ELECTRIC, INC. ATTN: DEBBIE HENSEL P.O. BOX 607 MOUNT PLEASANT, TX 75456-0607 | 3399 | Luminant Generation Company LLC | Unsecured | $2,252.42 | Luminant Generation Company LLC | Unsecured | $1,830.62 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $421.80 |
| | | | | | | Subtotal | | $2,252.42 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | ENGINEERING RESOURCES, LLC ATTN: JANA RUSSELL 415 N. CENTER STREET, SUITE 4 LONGVIEW, TX 75601 | 6070 | Oak Grove Management Company LLC | Unsecured | $37,378.50 | Luminant Mining Company LLC | Unsecured | $20,122.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | <u>$17,256.50</u> |
| | | | | | | | Subtotal | $37,378.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | FRANKLIN AUTO SUPPLY PO BOX 519 FRANKLIN, TX 77856 | 5448 | Oak Grove Management Company LLC | 503(b)(9) | $13,639.19 | Oak Grove Management Company LLC | 503(b)(9) | $13,639.19 |
| | | | Oak Grove Management Company LLC | Unsecured | <u>$22,609.80</u> | Luminant Generation Company LLC | Unsecured | $100.00 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $1,895.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | <u>$20,614.80</u> |
| | | | Subtotal | | $36,248.99 | | Subtotal | $36,248.99 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | G&K SERVICES 410 PROBANDT SAN ANTONIO, TX 78204 | 2495 | Luminant Mining Company LLC | Unsecured | $10,192.45 | Luminant Generation Company LLC | Unsecured | $8.72 |
| | | | | | | Luminant Mining Company LLC | Unsecured | <u>$10,183.73</u> |
| | | | | | | | Subtotal | $10,192.45 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | GLOBAL RAIL SYSTEMS, INC C/O ARCHER & GREINER, PC ATTN: JERROLD S. KULBACK, ESQ. ONE CENTENNIAL SQUARE HADDONFIELD, NJ 08033 | 4101 | Oak Grove Mining Company LLC | Unsecured | $3,129.08 | Oak Grove Management Company LLC | Unsecured | $3,129.08 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 20 | GOLDER ASSOCIATES INC ATTN: SUSAN DAVIS 3730 CHAMBLEE TUCKER RD. ATLANTA, GA 30345 | 4658 | Luminant Energy Company LLC | Unsecured | $29,410.09 | Oak Grove Management Company LLC | Unsecured | $29,410.09 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 21 | HAGEMEYER NORTH AMERICA INC PO BOX 404753 ATLANTA, GA 30384-4753 | 4211 | Luminant Generation Company LLC | Unsecured | $7,332.48 | Luminant Generation Company LLC | Unsecured | $6,939.12 |
| | | | | | | Sandow Power Company LLC | Unsecured | $393.36 |
| | | | | | | | Subtotal | $7,332.48 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 22 | HAWK INSTALLATION & CONSTRUCTION INC. PO BOX 129 BOGATA, TX 75417 | 3411 | Luminant Generation Company LLC | Unsecured | $108,925.75 | Sandow Power Company LLC | Unsecured | $108,925.75 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|--------------------------|--------|------------------|-----------------|--------|
| 23 | IIRX LP<br>P.O. BOX 535<br>HOPE, NJ 07844 | 8035 | Luminant Mining Company LLC | Unsecured | $2,226.50 | Luminant Generation Company LLC | Unsecured | $1,113.25 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $1,113.25 |
| | | | | | | Subtotal | | $2,226.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|--------------------------|--------|------------------|-----------------|--------|
| 24 | JOHN CRANE INC<br>24929 NETWORK PLACE<br>CHICAGO, IL 60673-1249 | 9704 | Luminant Generation Company LLC | Unsecured | $8,019.13 | Luminant Generation Company LLC | Unsecured | $4,496.85 |
| | | | | | | Sandow Power Company LLC | Unsecured | $3,522.28 |
| | | | | | | Subtotal | | $8,019.13 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|--------------------------|--------|------------------|-----------------|--------|
| 25 | LECLAIRRYAN, A PROFESSIONAL CORPORATION<br>ATTN: CHRISTIAN K. VOGEL<br>RIVERFRONT PLAZA, EAST TOWER<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | 5298 | Luminant Holding Company LLC | Unsecured | $1,019.50 | Luminant Energy Company LLC | Unsecured | $1,019.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 | LONESTAR ACTUATION ATTN: ALLISON DAVIS 14247 BANDERA ST HOUSTON, TX 77015 | 3183 | Sandow Power Company LLC | Unsecured | $17,631.00 | Luminant Generation Company LLC | Unsecured | $9,506.00 |
| | | | | | | Sandow Power Company LLC | Unsecured | $8,125.00 |
| | | | | | | Subtotal | | $17,631.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 27 | LYLE OIL COMPANY, INC. ATTN: LYLE RED PO BOX 77 FAIRFIELD, TX 75840 | 3967 | Luminant Mining Company LLC | Unsecured | $4,119.00 | Luminant Mining Company LLC | Unsecured | $3,271.60 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $847.40 |
| | | | | | | Subtotal | | $4,119.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | MARTIN MARIETTA 1503 LBJ FREEWAY STE 400 DALLAS, TX 75234 | 9606 | Luminant Energy Company LLC | Unsecured | $86,828.94 | Luminant Generation Company LLC | Unsecured | $86,828.94 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | MEDSAFE W JOE SHAW LTD PO BOX 1929 MARSHALL, TX 75671-1929 | 5440 | Luminant Generation Company LLC | Unsecured | $190.61 | Luminant Generation Company LLC | Unsecured | $115.36 |
| | | | | | | Sandow Power Company LLC | Unsecured | $75.25 |
| | | | | | | Subtotal | | $190.61 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | MERRICK INDUSTRIES, INC 10 ARTHUR DRIVE LYNN HAVEN, FL 32444 | 3630 | Oak Grove Management Company LLC | Unsecured | $32,980.00 | Luminant Generation Company LLC | Unsecured | $16,307.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $16,673.00 |
| | | | | | | Subtotal | | $32,980.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 31 | MES-TEXAS MUNICIPAL EMERGENCY SERVICES INC 16511 HEDGECROFT SUITE 200 HOUSTON, TX 77060 | 4244 | Oak Grove Management Company LLC | Unsecured | $1,893.50 | Oak Grove Management Company LLC | Unsecured | $220.00 |
| | | | | | | Sandow Power Company LLC | Unsecured | $1,673.50 |
| | | | | | | Subtotal | | $1,893.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 32 | MSC INDUSTRIAL SUPPLY CO. ATTN: LEGAL DEPT. 75 MAXESS ROAD MELVILLE, NY 11747 | 631 | Luminant Mining Company LLC | 503(b)(9) | $4,976.49 | Luminant Generation Company LLC | 503(b)(9) | $554.70 |
| | | | | | | Luminant Mining Company LLC | 503(b)(9) | $4,421.79 |
| | | | | | | Subtotal | | $4,976.49 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 33 | NAGLE PUMPS INC 1249 CENTER AVENUE CHICAGO HEIGHTS, IL 60411 | 4321 | Luminant Energy Company LLC | Unsecured | $16,403.10 | Sandow Power Company LLC | Unsecured | $16,403.10 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 34 | PIPING TECHNOLOGY & PRODUCTS INC 3701 HOLMES RD HOUSTON, TX 77051 | 4738 | Luminant Generation Company LLC | Unsecured | $4,962.63 | Oak Grove Management Company LLC | Unsecured | $4,962.63 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 35 | PREFERRED PUMP AND EQUIPMENT LP 2201 SCOTT AVE FORT WORTH, TX 76103 | 593 | Luminant Mining Company LLC | 503(b)(9) | $4,779.28 | Luminant Generation Company LLC | 503(b)(9) | $1,352.48 |
| | | | Luminant Mining Company LLC | Unsecured | $26,955.04 | Luminant Mining Company LLC | 503(b)(9) | $3,426.80 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $26,955.04 |
| | | | | Subtotal | $31,734.32 | | Subtotal | $31,734.32 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 36 | REGIONAL STEEL PRODUCTS INC PO BOX 3887 VICTORIA, TX 77903 | 6059 | Sandow Power Company LLC | Unsecured | $3,609.86 | Luminant Generation Company LLC | Unsecured | $412.74 |
| | | | | | | Sandow Power Company LLC | Unsecured | $3,197.12 |
| | | | | | | | Subtotal | $3,609.86 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 37 | RELIABILITY CENTER INC ATTN: JULIE CLARKE PO BOX 1421 HOPEWELL, VA 23860 | 123 | Luminant Mining Company LLC | Unsecured | $21,346.97 | Luminant Mining Company LLC | Unsecured | $19,146.97 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $2,200.00 |
| | | | | | | | Subtotal | $21,346.97 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 38 | RMB CONSULTING & RESEARCH INC 5104 BUR OAK CIR RALEIGH, NC 27612 | 8014 | Sandow Power Company LLC | Unsecured | $3,518.00 | Luminant Generation Company LLC | Unsecured | $1,257.30 |
| | | | | | | Sandow Power Company LLC | Unsecured | $2,260.70 |
| | | | | | | Subtotal | | $3,518.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 39 | RMB CONSULTING & RESEARCH INC 5104 BUR OAK CIR RALEIGH, NC 27612 | 8015 | Luminant Generation Company LLC | Unsecured | $13,025.00 | Luminant Generation Company LLC | Unsecured | $11,936.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $453.00 |
| | | | | | | Sandow Power Company LLC | Unsecured | $636.00 |
| | | | | | | Subtotal | | $13,025.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 40 | RUSSELL & SONS CONSTRUCTION CO., INC. ATTN: JANA RUSSELL 415 N CENTER ST, STE 4 LONGVIEW, TX 75601 | 5869 | Oak Grove Management Company LLC | Unsecured | $60,352.43 | Luminant Generation Company LLC | Unsecured | $195.98 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $60,156.45 |
| | | | | | | Subtotal | | $60,352.43 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 41 | RUSSELL & SONS CONSTRUCTION CO., INC. ATTN: JANA RUSSELL 415 N CENTER ST, STE 4 LONGVIEW, TX 75601 | 5870 | Luminant Big Brown Mining Company LLC | Unsecured | $137,514.77 | Luminant Mining Company LLC | Unsecured | $137,514.77 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 42 | S D MYERS, INC. ATTN: ED MUCKLEY 180 SOUTH AVE TALLMADGE, OH 44278 | 4123 | Sandow Power Company LLC | Unsecured | $696.00 | Luminant Generation Company LLC | Unsecured | $348.00 |
| | | | | | | Sandow Power Company LLC | Unsecured | $348.00 |
| | | | | | | | Subtotal | $696.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 43 | SHRUM, J JACKSON, ESQ. 300 DELAWARE AVE, 13TH FL PO BOX 25046 WILMINGTON, DE 19801 | 7839 | Sandow Power Company LLC | 503(b)(9) | $11,720.00 | Luminant Generation Company LLC | 503(b)(9) | $48.10 |
| | | | Sandow Power Company LLC | Unsecured | $40,845.83 | Sandow Power Company LLC | 503(b)(9) | $11,671.90 |
| | | | | | | Sandow Power Company LLC | Unsecured | $40,845.83 |
| | | | | Subtotal | $52,565.83 | | Subtotal | $52,565.83 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 44 | STAR INTERNATIONAL INC<br>PO BOX 1898<br>TEXARKANA, TX 75504 | 581 | Texas Competitive Electric Holdings Company LLC | Unsecured | $57,581.48 | Luminant Generation Company LLC | Unsecured | $2,425.79 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $46,478.33 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $8,438.92 |
| | | | | | | Sandow Power Company LLC | Unsecured | $238.44 |
| | | | | | | Subtotal | | $57,581.48 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 45 | SUPERBOLT INC.<br>P.O. BOX 683<br>CARNEGIE, PA 15106 | 2746 | Luminant Generation Company LLC | Unsecured | $9,260.40 | Oak Grove Management Company LLC | Unsecured | $9,260.40 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 46 | TESSCO INCORPORATED<br>ATTN: K. FORELLA<br>11126 MCCORMICK RD<br>HUNT VALLEY, MD 21031 | 4473 | Luminant Mining Company LLC | Unsecured | $5,311.30 | Luminant Mining Company LLC | Unsecured | $2,972.42 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $2,338.88 |
| | | | | | | Subtotal | | $5,311.30 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

## ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 47 | TEST AMERICA AIR EMISSION CORP DBA METCO ENVIRONMENTAL PO BOX 204290 DALLAS, TX 75320-4290 | 4243 | Luminant Generation Company LLC | Unsecured | $132,730.49 | Luminant Generation Company LLC | Unsecured | $3,362.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $129,368.49 |
| | | | | | | | Subtotal | $132,730.49 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| 48 | TEXAS INDUSTRIAL MAINTENANCE SUPPLY CO. 1951 UNIVERSITY BUSINESS DRIVE SUITE 121 MCKINNEY, TX 75071 | 5051 | Oak Grove Mining Company LLC | Unsecured | $30.00 | Oak Grove Management Company LLC | Unsecured | $30.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| 49 | TRINITY PARTS & COMPONENTS LLC 2525 STEMMONS FREEWAY DALLAS, TX 75207 | 4810 | Oak Grove Management Company LLC | 503(b)(9) | $22,562.75 | Luminant Mining Company LLC | 503(b)(9) | $3,156.50 |
| | | | | | | Oak Grove Management Company LLC | 503(b)(9) | $19,406.25 |
| | | | | | | | Subtotal | $22,562.75 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| 50 | UNITED STATES CRANE INC 1155 CENTRAL FL PKWY ORLANDO, FL 32837 | 9780 | Luminant Mining Company LLC | Unsecured | $3,424.50 | Oak Grove Management Company LLC | Unsecured | $3,424.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 51 | VANDERBURG DRAFTING SUPPLY INC 2373 VALLEY VIEW LN FARMERS BRANCH, TX 75234-5786 | 1161 | Luminant Energy Company LLC | 503(b)(9) | $859.94 | Luminant Generation Company LLC | 503(b)(9) | $859.94 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 52 | WACO AUTO GLASS 1100 FRANKLIN AVE WACO, TX 76701 | 2145 | Oak Grove Management Company LLC | Unsecured | $541.08 | Luminant Generation Company LLC | Unsecured | $165.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $376.08 |
| | | | | | | | Subtotal | $541.08 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 53 | WACO AUTO GLASS 1100 FRANKLIN AVE WACO, TX 76701 | 2146 | Luminant Big Brown Mining Company LLC | Unsecured | $1,111.08 | Luminant Mining Company LLC | Unsecured | $1,111.08 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 54 | WHITE OAK RADIATOR SERVICE INC. P.O. BOX 606 WHITE OAK, TX 75693 | 2777 | Luminant Generation Company LLC | Unsecured | $6,100.00 | Luminant Mining Company LLC | Unsecured | $6,100.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 55 | WOODSON LUMBER & HARDWARE HIGHWAY 164 EAST PO BOX 368 GROESBECK, TX 76642 | 4589 | Luminant Mining Company LLC | Unsecured | $3,116.85 | Luminant Mining Company LLC | Unsecured | $1,344.85 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $1,772.00 |
| | | | | | | Subtotal | | $3,116.85 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 56 | WOODSON LUMBER COMPANY OF LEXINGTON 8717 N.HWY 77 PO BOX 147 LEXINGTON, TX 78947 | 4975 | Sandow Power Company LLC | Unsecured | $2,014.35 | Luminant Generation Company LLC | Unsecured | $391.14 |
| | | | | | | Sandow Power Company LLC | Unsecured | $1,623.21 |
| | | | | | | Subtotal | | $2,014.35 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 57 | YORK PUMP & EQUIPMENT, A DXP COMPANY C/O DXP ENTERPRISES INC 7272 PINEMONT HOUSTON, TX 77040 | 10187 | Luminant Big Brown Mining Company LLC | Unsecured | $445.85 | Luminant Mining Company LLC | Unsecured | $445.85 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | | | | TOTAL | $1,385,555.59 | | TOTAL | $1,385,555.59 |
|---|---|---|---|---|---|---|---|---|