**Exhibit B**

[Rate Disclosures]

51985686v3

**Rate Disclosures**

- The blended hourly rate for all Proskauer domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the twelve-month period beginning on September 1, 2014 and ending on August 31, 2015 (the "Comparable Period") was, in the aggregate, approximately $681.30 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all Proskauer timekeepers (including both professionals and paraprofessionals) who billed for services rendered to EFH Corp. during the Fee Period was approximately $881.14 per hour (the "Debtor Blended Hourly Rate").[3]

- The following chart sets forth a detailed comparison of these rates:[4]

| Category of Timekeeper | Debtor Blended Hourly Rate | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partners and Counsel | $1,015.85 | $918.96 |
| Associates | $636.35 | $611.85 |
| Paraprofessionals | $313.71 | $244.19 |
| **Total** | **$881.14** | **$681.30** |

---

[1] It is the nature of Proskauer's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Proskauer's restructuring group. Non-Bankruptcy Matters consist of matters on which Proskauer domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding as a retained professional; however, such Non-Bankruptcy Matters exclude all time billed by Proskauer domestic timekeepers who primarily work within Proskauer's restructuring group.

[2] Proskauer calculated the blended rate for Non-Bankruptcy Matters by dividing the total dollar amount billed by Proskauer domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the total number of hours billed by Proskauer domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period. The Non-Bankruptcy Blended Hourly Rate excludes from its calculation all Proskauer domestic timekeepers who primarily work within Proskauer's restructuring group.

[3] Proskauer calculated the blended rate for timekeepers who billed to EFH Corp.'s bankruptcy case by dividing the total dollar amount billed by such timekeepers during the Fee Period by the total number of hours billed by such timekeepers during the Fee Period.

[4] Proskauer believes that the difference between the Debtor Blended Hourly Rate and the Non-Bankruptcy Blended Hourly Rate is a result of two factors. First, because Proskauer traditionally implements ordinary course rate increases on November 1 of each year, the Comparable Period includes several months in which services were billed at lower rates than those incurred during the Fee Period. Proskauer did not raise its rates during the Fee Period but was retained after its traditional annual rate increase went into effect on November 1, 2014. Second, the specialized nature of Proskauer's bankruptcy practice impacts the blended rate. Of note, professionals and paraprofessionals within Proskauer's tax practice group, which is a highly specialized non-bankruptcy practice group, maintained a blended hourly rate of $863.95 during the Comparable Period, which is also higher than the Non-Bankruptcy Blended Hourly Rate.

51985686v3