## Exhibit C

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip M. Abelson | Partner | 2003 | Corporate | $1,025 | 0.9 | $922.50 |
| Julie M. Allen | Partner | 1984 | Corporate | $1,275 | 143.7 | $183,217.50 |
| Richard M. Corn | Partner | 2005 | Tax | $875 | 151.7 | $132,737.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $975 | 458.7 | $447,232.50 |
| | | | | $487.50 | 9.5 | $4,631.25[1] |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,000 | 173.1 | $173,100.00 |
| Jeffrey W. Levitan | Partner | 1983 | Corporate | $1,125 | 49.6 | $55,800.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,125 | 444.9 | $500,512.50 |
| | | | | $562.50 | 53.7 | $30,206.25[1] |
| Paul Possinger | Partner | 1993 | Corporate | $975 | 196.2 | $191,295.00 |
| | | | | $487.50 | 8.0 | $3,900.00[1] |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $900 | 143.0 | $128,700.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,275 | 120.7 | $153,892.50 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,125 | 669.5 | $753,187.50 |
| | | | | $562.50 | 53.2 | $29,925.00[1] |
| Peter J. Young | Partner | 2002 | Corporate | $925 | 619.0 | $572,575.00 |
| | | | | $462.50 | 25.5 | $11,793.75[1] |
| Steven H. Holinstat | Senior Counsel | 1996 | Litigation | $825 | 0.5 | $412.50 |
| Ehud Barack | Associate | 2010 | Corporate | $730 | 3.5 | $2,555.00 |
| Courtney M. Bowman | Associate | 2013 | Litigation | $575 | 55.6 | $31,970.00 |
| Michael E. Ellis | Associate | 2007 | Corporate | $800 | 38.9 | $31,120.00 |
| Rochelle H. Emert | Associate | 2014 | Litigation | $465 | 170.2 | $79,143.00 |
| Mina Farbood | Associate | 2008 | Corporate | $795 | 0.2 | $159.00 |
| Jacquelyn N. Ferry | Associate | 2012 | Litigation | $660 | 91.6 | $60,456.00 |
| Jinyoung Joo | Associate | 2011 | Corporate | $695 | 7.5 | $5,212.50 |
| Joshua L. Kopple | Associate | 2013 | Litigation | $465 | 373.1 | $173,491.50 |
| Joseph P. Malca | Associate | 2013 | Tax | $575 | 131.0 | $75,325.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $795 | 383.7 | $305,041.50 |
| Gary Silber | Associate | 2011 | Tax | $695 | 77.5 | $53,862.50 |
| Tracey L. Silver | Associate | 2012 | Litigation | $660 | 33.8 | $22,308.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $765 | 225.4 | $172,431.00 |
| **Total** | | | | | **4,913.4** | **$4,387,116.25** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

51985686v3

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Isaac L. Antoon | Project Manager of E-Discovery Services | 0.5 years | Professional Resources | $315 | 17.0 | $5,355.00 |
| Sherri Cupplo | Librarian | 4 years | Professional Resources | $240 | 0.3 | $72.00 |
| J. Devoy Dubuque | Legal Assistant | 3 years | Corporate | $235 | 14.3 | $3,360.50 |
| Olga A. Golinder | Legal Assistant | 3 years | Litigation | $325 | 14.4 | $4,680.00 |
| Guy Harris | Practice Support | 10 years | Professional Resources | $335 | 2.5 | $837.50 |
| Joshua M. Kay | Project Manager of E-Discovery Services | 1 year | Professional Resources | $335 | 50.3 | $16,850.50 |
| Dera J. Nevin | Director of E-Discovery Services | 1 year | Professional Resources | $400 | 0.6 | $240.00 |
| Samantha L. Randazzo | Legal Assistant | 1.25 years | Corporate | $195 | 0.8 | $156.00 |
| Susan Schomburg | Legal Assistant | 0.75 years | Litigation | $235 | 1.5 | $352.50 |
| **Total** | | | | | **101.7** | **$31,904.00** |

| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **5,015.1** | **$4,419,020.25** |
|---|---|---|