## Exhibit D

[Summary of Actual and Necessary Expenses for the Fee Period]

51985686v3

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $4,390.10 |
| Outside Reproduction Costs | $2,647.34 |
| Telecommunications | $880.71 |
| Research (Lexis/Westlaw/Other Database Searches) | $8,170.15 |
| Litigation and Corporate Support Services[1] | $3,589.20 |
| Travel Out-of-Town – Transportation | $15,733.92[2] |
| Taxi, Carfare, Mileage, Parking | $6,644.97[3] |
| Messenger/Delivery/Postage | $718.41 |
| Business Meals | $2,981.50[4] |
| Out-of-Town Lodging | $9,040.97[5] |
| Word Processing | $0.00[6] |
| Other Disbursements | $0.00[7] |
| **Total** | **$54,797.27** |

---

[1] Consists of CourtCall, PACER and outside copying expenses.

[2] Includes non-refundable first-class airfare reduced by fifty percent (50%) to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the concerns of the Fee Committee with respect to such expenses. Additionally, Proskauer took a voluntary reduction of $476.10 in this category.

[3] Includes a reduction of $259.12 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the Fee Committee.

[4] Includes a reduction of $3,906.87 for business meal expenses in excess of the reimbursable cap imposed by the Fee Committee.

[5] Includes a reduction of $2,933.55 for lodging expenses in excess of the reimbursable cap imposed by the Fee Committee.

[6] Reflects a reduction of $1,105.80 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the Fee Committee guidelines.

[7] Reflects a reduction of $455.00 for certain overtime expenses that are not reimbursable pursuant to the Fee Committee guidelines.

51985686v3