**<u>Exhibit E</u>**

[Statement of Fees by Subject Matter]

51985686v3

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 63.6 | $51,177.50 |
| 002 | Asset Disposition | 351.2 | $356,984.00 |
| 003 | EFH Business Operations | 10.4 | $9,710.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 8.0 | $7,910.00 |
| 005 | EFH Corporate Governance and Board Matters | 296.1 | $320,761.00 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 1,438.2 | $957,588.00 |
| 008 | Fee Applications and Objections | 152.3 | $127,269.50 |
| 009 | Financing and Cash Collateral | 82.6 | $77,076.00 |
| 010 | Hearings | 65.4 | $67,248.00 |
| 011 | Claims Investigations, Analyses and Objections | 248.5 | $218,493.00 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 2.9 | $3,262.50 |
| 014 | Non-Working Travel | 149.9 | $80,456.25 |
| 015 | Plan and Disclosure Statement | 1,534.3 | $1,591,503.50 |
| 016 | Tax | 604.7 | $541,986.00 |
| 018 | Valuation | 7.0 | $7,595.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **5,015.1** | **$4,419,020.25** |

51985686v3