## Exhibit F

[Budget and Staffing Plan]

51985686v3

## BUDGET AND STAFFING PLAN FOR THE FEE PERIOD

**Budget**

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 001 | Case Administration | 108 – 132 | $80,000 – $96,000 |
| 002 | Asset Disposition | 890 – 1,068 | $892,000 – $1,072,000 |
| 003 | EFH Business Operations | 20 – 24 | $20,000 – $24,000 |
| 004 | EFH Contested Matters and Adversary Proceedings | 152 – 184 | $156,000 – $188,000 |
| 005 | EFH Corporate Governance and Board Matters | 320 – 384 | $356,000 – $428,000 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 1,140 – 1,368 | $809,000 – $973,000 |
| 007 | Employment Applications | 25 – 32 | $22,000 – $29,000 |
| 008 | Fee Applications and Objections | 108 – 132 | $88,000 – $108,000 |
| 009 | Financing and Cash Collateral | 236 – 284 | $208,000 – $252,000 |
| 010 | Hearings | 80 – 104 | $92,000 – $112,000 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 252 – 304 | $282,000 – $340,000 |
| 015 | Plan and Disclosure Statement | 2,060 – 2,472 | $1,765,000 – $2,119,000 |
| 016 | Tax | 1,196 – 1,437 | $1,192,000 – $1,431,000 |
| **TOTAL** | | **6,587 – 7,925** | **$5,962,000 – $7,172,000** |

51985686v3

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 10 | $1,045.00 |
| Associate (4+ years since first admission) | 7 | $739.29 |
| Jr. Associate (1-3 years since first admission) | 2 | $465.00 |
| Paralegal | 2 | $235.00 |
| **Total Attorney** | **19** | **$871.32** |
| **Total Non-Attorney** | **2** | **$235.00** |
| **Total** | **21** | **$810.71** |

---

[1] The "Average Hourly Rate" is the weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of EFH Corp.'s chapter 11 case.

51985686v3