**Exhibit G**

[Summary, by Matter Number, of Fees Budgeted and Fees Incurred During the Fee Period]

51985686v3

**SUMMARY OF LEGAL SERVICES RENDERED**

| Matter Number | Matter Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 001 | Case Administration | 108 – 132 | 63.6 | $80,000 – $96,000 | $51,177.50 |
| 002 | Asset Disposition | 890 – 1,068 | 351.2 | $892,000 – $1,072,000 | $356,984.00 |
| 003 | EFH Business Operations | 20 – 24 | 10.4 | $20,000 – $24,000 | $9,710.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 152 – 184 | 8.0 | $156,000 – $188,000 | $7,910.00 |
| 005 | EFH Corporate Governance and Board Matters | 320 – 384 | 296.1 | $356,000 – $428,000 | $320,761.00 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 1,140 – 1,368 | 1,438.2 | $809,000 – $973,000 | $957,588.00 |
| 007 | Employment Applications | 25 – 32 | 0.0 | $22,000 – $29,000 | $0.00 |
| 008 | Fee Applications and Objections | 108 – 132 | 152.3 | $88,000 – $108,000 | $127,269.50 |
| 009 | Financing and Cash Collateral | 236 – 284 | 82.6 | $208,000 – $252,000 | $77,076.00 |
| 010 | Hearings | 80 – 104 | 65.4 | $92,000 – $112,000 | $67,248.00 |
| 011 | Claims Investigations, Analyses and Objections | 0 | 248.5 | $0 | $218,493.00 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 252 – 304 | 2.9 | $282,000 – $340,000 | $3,262.50 |
| 014 | Non-Working Travel | 0 | 149.9 | $0 | $80,456.25 |
| 015 | Plan and Disclosure Statement | 2,060 – 2,472 | 1,534.3 | $1,765,000 – $2,119,000 | $1,591,503.50 |
| 016 | Tax | 1,196 – 1,437 | 604.7 | $1,192,000 – $1,431,000 | $541,986.00 |
| 018 | Valuation | 0 | 7.0 | $0 | $7,595.00 |
| **TOTAL** | | **6,587 – 7,925** | **5,015.1** | **$5,962,000 – $7,172,000** | **$4,419,020.25** |

51985686v3