## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER SUSTAINING DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and expunging the Disputed Claims set forth on **Exhibit 1** and **Exhibit 2** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The Objection is sustained as set forth herein.

2.    The Substantive Duplicate Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3.    The No Liability Claims set forth on the attached **Exhibit 2** are hereby disallowed in their entirety.

4.    The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

5.    Nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Remaining Claims" on **Exhibit 1**, attached hereto, and the parties' rights with respect to such "Remaining Claims" are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

6.    Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this

Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

7.       Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.       The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

9.       This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2015
          Wilmington, Delaware      _____
                                     THE HONORABLE CHRISTOPHER S. SONTCHI
                                     UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**Substantive Duplicate Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | APPLIED INDUSTRIAL TECHNOLOGIES, INC. CORPORATE HEADQUARTERS ATTN: DIANNE MISENKO 1 APPLIED PLAZA CLEVELAND, OH 44115 | 10/21/2014 | 14-11033 (CSS) | 5804 | $1,762.08 | APPLIED INDUSTRIAL TECHNOLOGIES ATTN: DIANNE MISENKO ONE APPLIED PLAZA CLEVELAND, OH 44115-5056 | 10/21/2014 | 14-11033 (CSS) | 5805 | $4,658.89 | Claimed invoice in claim to be disallowed appears to be included in the remaining claim. |
| 2 | BOLIN CONSTRUCTION INC PO BOX 1307 COLORADO CITY, TX 79512 | 09/08/2014 | 14-11032 (CSS) | 4192 | $2,100.00 | BOLIN CONSTRUCTION INC PO BOX 1307 COLORADO CITY, TX 79512 | 09/08/2014 | 14-11032 (CSS) | 4191 | $73,905.00 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |
| 3 | DUST CONTROL TECHNOLOGY INC ATTN: LAURA STIVERSON 1607 W CHANUTE RD PEORIA, IL 61615 | 10/23/2014 | 14-11042 (CSS) | 6208 | $6,664.13 | DUST CONTROL TECHNOLOGY INC 1607 W CHANUTE RD PEORIA, IL 61615 | 10/23/2014 | 14-11022 (CSS) | 6206 | $6,664.13 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | DUST CONTROL TECHNOLOGY INC ATTN: LAURA STIVERSON 1607 W CHANUTE RD PEORIA, IL 61615 | 10/23/2014 | 14-11042 (CSS) | 6209 | $19,950.00 | DUST CONTROL TECHNOLOGY INC ATTN: LAURA STIVERSON 1607 W CHANUTE RD PEORIA, IL 61615 | 10/23/2014 | 14-11022 (CSS) | 6207 | $19,950.00 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| 5 | POWELL ELECTRICAL SYSTEMS, INC. ATTN: LARRY LARSEN 8550 MOSLEY ROAD HOUSTON, TX 77075 | 10/27/2014 | 14-11032 (CSS) | 7793 | $268,372.00 | POWELL ELECTRICAL SYSTEMS, INC. ATTN: LARRY LARSEN 8550 MOSLEY ROAD HOUSTON, TX 77075 | 10/27/2014 | 14-11022 (CSS) | 7792 | $268,372.00 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| 6 | POWELL, J SCOTT 500 STONEHEDGE DR WYLIE, TX 75098-5145 | 06/23/2014 | 14-11023 (CSS) | 2458 | $1,888.10 | CETECH INC 602 N FIRST ST GARLAND, TX 75040 | 09/05/2014 | 14-11032 (CSS) | 4144 | $1,888.10 | Underlying liability asserted in claim to be disallowed is contained in remaining claim. |
| 7 | REGIONAL STEEL PRODUCTS INC PO BOX 3887 VICTORIA, TX 77903 | 10/22/2014 | 14-11032 (CSS) | 6064 | $12,554.61 | REGIONAL STEEL INC PO BOX 3887 VICTORIA, TX 77903 | 10/22/2014 | 14-11032 (CSS) | 6065 | Undetermined* | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 8 | SETPOINT INTEGRATED SOLUTIONS 19151 HIGHLAND ROAD BATON ROUGE, LA 70809 | 08/05/2014 | 14-11032 (CSS) | 3531 | $794,879.93 | SETPOINT INTEGRATED SOLUTIONS 19151 HIGHLAND ROAD BATON ROUGE, LA 70809 | 10/20/2014 | 14-11032 (CSS) | 5690 | $857,621.66 | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |
| 9 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 10/06/2014 | 14-11018 (CSS) | 4939 | $21,999.75 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 10/06/2014 | 14-11042 (CSS) | 4944 | $356,315.00 | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 10 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 10/06/2014 | 14-11023 (CSS) | 4940 | $356,315.00 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 10/06/2014 | 14-11042 (CSS) | 4944 | $356,315.00 | Claim to be disallowed and remaining claims are identical, except for the Debtors against which they are asserted. |
| | | | | | | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 10/06/2014 | 14-11022 (CSS) | 4941 | $291,831.00 | |
| | | | | | | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 10/06/2014 | 14-11010 (CSS) | 4942 | $12,596.50 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | NAME | CLAIMS TO BE DISALLOWED | | | | NAME | REMAINING CLAIMS | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 11 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 10/06/2014 | 14-11032 (CSS) | 4943 | $21,719.00 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 10/06/2014 | 14-11042 (CSS) | 4944 | $356,315.00 | Claimed invoice in claim to be disallowed appears to be included in the remaining claim. |
| 12 | TRIPLE P LAWN SERVICE PO BOX 83 LORAINE, TX 79532 | 10/06/2014 | 14-11032 (CSS) | 4967 | $9,660.00 | PHILLIPS, SANDRA P.O BOX 83 LORAINE, TX 79532 | 06/20/2014 | 14-11032 (CSS) | 2356 | $9,660.00 | Underlying liability asserted in claim to be disallowed is contained in remaining claim. |
| | | TOTAL | | | $1,517,864.60 | | | | | | |

**<u>EXHIBIT 2</u>** to **<u>EXHIBIT A</u>**

**No Liability Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | APPLIED INDUSTRIAL TECHNOLOGIES ATTN: DIANNE MISENKO ONE APPLIED PLAZA CLEVELAND, OH 44115-5056 | 14-11022 (CSS) | Oak Grove Management Company LLC | 10/21/2014 | 5802 | $90.21 | Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant. |
| 2 | ARGYLE ISD C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4815 | $865.87 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 3 | ARGYLE ISD C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4827 | $2,446.03 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 4 | BAYLOR COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/12/2014 | 9835 | $141.85 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 5 | BAYLOR COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 11/12/2014 | 9846 | $141.85 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | BLACKWELL INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/03/2014 | 1054 | $76.93* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 7 | BOWIE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/12/2014 | 9840 | $95.58 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 8 | BRECKENRIDGE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/12/2014 | 9836 | $663.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 9 | BRECKENRIDGE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 14-10996 (CSS) | EFH Corporate Services Company | 11/12/2014 | 9845 | $663.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 10 | BUCKHOLTS INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/22/2015 | 9946 | $23,824.64 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | BUCKHOLTS ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 02/09/2015 | 9969 | $23,824.64 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 12 | BUCKHOLTS ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/17/2015 | 10009 | $23,824.64* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 13 | BUCKHOLTS ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/24/2015 | 10026 | $23,824.64* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 14 | BURKBURNETT ISD C/O PERDUE BRANDON FIELDER COLLINS NOTT ATTN: JEANMARIE BAER P.O. BOX 8188 WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/10/2014 | 9833 | $387.25 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 15 | CAMERON INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/22/2015 | 9945 | $110,428.30 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | CAMERON INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 14-10989 (CSS) | TXU Electric Company, Inc. | 01/22/2015 | 9950 | $126.36 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 17 | CAMERON ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 14-10989 (CSS) | TXU Electric Company, Inc. | 03/17/2015 | 10007 | $126.36* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 18 | CAMERON ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/17/2015 | 10010 | $110,428.28* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 19 | CAMERON ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 14-10989 (CSS) | TXU Electric Company, Inc. | 03/24/2015 | 10024 | $126.36* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 20 | CAMERON ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/24/2015 | 10027 | $110,428.28* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | CAYUGA ISD ATTN: CAROL PUGH PO BOX 427 CAYUGA, TX 75832 | | No Debtor Asserted | 11/06/2014 | 9805 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 22 | CENTRAL APPRAISAL DISTRICT ET AL C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 880 | $315.49* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 23 | CITY OF CLEBURNE C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 03/23/2015 | 10032 | $1,556.79 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 24 | CITY OF COPPELL C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY SUITE 1000 DALLAS, TX 75207 | 14-10989 (CSS) | TXU Electric Company, Inc. | 05/19/2014 | 105 | $10.26* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 25 | CITY OF COPPELL C/O LINEBARGER GOOGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY SUITE 1000 DALLAS, TX 75207 | 14-10989 (CSS) | TXU Electric Company, Inc. | 08/31/2015 | 11152 | $16.44* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 | CITY OF COPPER CANYON C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4820 | $67.64 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 27 | CITY OF COPPER CANYON C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4824 | $588.17 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 28 | CITY OF LEWISVILLE C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4814 | $88.02 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 29 | CITY OF LEWISVILLE C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4817 | $105.43 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 30 | CITY OF LEWISVILLE C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4819 | $497.35 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 31 | CITY OF LEWISVILLE C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4821 | $25.57 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 32 | CITY OF LEWISVILLE C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4825 | $489.21 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 33 | CITY OF ROANOKE C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4826 | $299.51 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 34 | CITY OF ROSCOE C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/03/2014 | 1053 | $29.05* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 35 | CITY OF SWEETWATER C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/03/2014 | 1059 | $1,161.92* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 36 | CITY VIEW ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/10/2014 | 9829 | $1,037.60 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 37 | **CLEBURNE INDEPENDENT SCHOOL DISTRICT** **C/O PERDUE BRANDON FIELDER COLLINS MOTT** **ATTN: ELIZABETH BANDA CALVO** **500 EAST BORDER ST, SUITE 640** **ARLINGTON, TX 76010** | **14-10996 (CSS)** | **EFH Corporate Services Company** | 03/23/2015 | 10031 | $2,598.92 | **According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC.** |
| 38 | **COMMIATO'S MACHINE & REPAIR SERVICE INC** **1141 N E LOOP** **CARTHAGE, TX 75633** | **14-11032 (CSS)** | **Luminant Generation Company LLC** | 09/26/2014 | 4696 | $1,000.00 | **No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that Debtors already paid claimant on account of this claim on 10/16/2013 via ACH number 8000915174.** |
| 39 | **COOKE COUNTY APPRAISAL DISTRICT** **C/O PERDUE BRANDON FIELDER COLLINS MOTT** **ATTN: JEANMARIE BAER** **PO BOX 8188** **WICHITA FALLS, TX 76307** | **14-11045 (CSS)** | **Texas Utilities Electric Company, Inc.** | 11/10/2014 | 9828 | $3,763.29 | **According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC.** |
| 40 | **COOKE COUNTY APPRAISAL DISTRICT** **C/O PERDUE BRANDON FIELDER COLLINS MOTT** **ATTN: JEANMARIE BAER** **PO BOX 8188** **WICHITA FALLS, TX 76307** | **14-10979 (CSS)** | **Energy Future Holdings Corp.** | 11/10/2014 | 9830 | $3,763.29 | **According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC.** |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 | COPPERAS COVE INDEPENDENT SCHOOL DISTRIC C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 03/24/2015 | 10019 | $3,684.59* | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 42 | COPPERAS COVE INDEPENDENT SCHOOL DISTRIC C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/24/2015 | 10021 | $196,898.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 43 | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 06/25/2014 | 2567 | $3,684.59* | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 44 | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/22/2015 | 9944 | $196,898.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 45 | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 02/09/2015 | 9968 | $196,898.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 46 | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/17/2015 | 10011 | $196,898.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 47 | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 03/17/2015 | 10013 | $3,684.59* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 49 | DENTON ISD C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4816 | $24.86 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 49 | DENTON ISD C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4822 | $347.85 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 50 | DENTON ISD C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4823 | $924.15 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 51 | DENTON ISD C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4828 | $671.81 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 52 | DOYENNE CONSTRUCTORS, LLC PO BOX 127 MARIAH HILL, IN 47556 | 14-11032 (CSS) | **Luminant Generation Company LLC** | 06/04/2014 | 1103 | $45,000.00 | **According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors negotiated a termination of the contract to which this project invoice is related and the terms of that termination agreement provided that the Debtors' liability under that contract would be limited to amounts already paid.** |
| 53 | GOOCH, SHERRY D PO BOX 181421 ARLINGTON, TX 76096 | 14-10997 (CSS) | **TXU Energy Retail Company LLC** | 10/27/2014 | 8098 | $438.42 | **According to the Debtors' books and records, Debtors are not liable for the asserted claim. Claimant was billed in accordance with their pricing plan.** |
| 54 | HIDALGO COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 14-11035 (CSS) | **Southwestern Electric Service Company, Inc.** | 06/25/2014 | 2570 | $120.07* | **According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party.** |
| 55 | HIGHLAND INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/03/2014 | 1061 | $27.84* | **According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC.** |
| 56 | HUMBLE INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: CARL O. SANDIN 1235 NORTH LOOP WEST, SUITE 600 HOUSTON, TX 77008 | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 06/23/2014 | 2488 | $4,513.10* | **According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party.** |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 57 | HUMBLE INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: CARL O. SANDIN 1235 NORTH LOOP WEST, SUITE 600 HOUSTON, TX 77008 | 14-11041 (CSS) | Texas Power & Light Company, Inc. | 11/21/2014 | 9879 | $4,167.06 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 58 | JOHNSON COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 03/23/2015 | 10030 | $905.45 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 59 | LABORDE, DARLENE D 3017 SHERRY DR BATON ROUGE, LA 70816 | 14-10979 (CSS) | Energy Future Holdings Corp. | 02/02/2015 | 9962 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 60 | LAKE DALLAS ISD C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4818 | $1,382.54 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 61 | MARTIN, ROBERT C 1300 FM 1460 GEORGETOWN, TX 78626-3902 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/16/2014 | 5425 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Claimant was billed in accordance with their pricing. |
| 62 | MIDLAND COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT P.O. BOX 817 LUBBOCK, TX 79408 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/23/2015 | 10015 | $4,005.06* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 63 | MONTAGUE COUNTY APPRAISAL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER P.O. BOX 8188 WICHITA FALLS, TX 76307 | 14-11045 (CSS) | **Texas Utilities Electric Company, Inc.** | 11/12/2014 | 9847 | $95.58 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 64 | NOLAN COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | **TXU Electric Company, Inc.** | 06/03/2014 | 1058 | $2,611.76* | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 65 | RICE, NETTIE 1501 HILLCREST DR. GRAHAM, TX 76450 | | **Multiple Debtors Asserted** | 09/23/2014 | 4629 | $16,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 66 | RICHARDSON INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | **TXU Electric Company, Inc.** | 06/03/2014 | 1056 | $4,799.22* | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 67 | ROSCOE INDEPENDENT SCHOOL DISRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | **TXU Electric Company, Inc.** | 06/03/2014 | 1052 | $429.97* | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 68 | SAXON, D.W.<br>1820 CR 4110<br>PITTSBURG, TX 75686 | | **No Debtor Asserted** | 09/12/2014 | 4332 | $761.83 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 69 | STEWART, KUK JA<br>2028 SANDY LANE<br>IRVING, TX 75060 | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 08/24/2015 | 10982 | Undetermined* | According to a reasonable review of the Debtors' books and records , the materials appended to the claims filed by the Claimant, and additional materials provided to the Debtors, the Debtors are not liable for the asserted claim. |
| 70 | SWEETWATER INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | **TXU Electric Company, Inc.** | 06/03/2014 | 1060 | $3,723.49* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 71 | SZYMCZAK, ED<br>1030 CHAMBOARD LN<br>HOUSTON, TX 77018-3211 | 14-10997 (CSS) | **TXU Energy Retail Company LLC** | 09/24/2014 | 4654 | $250.00 | According to the Debtors' books and records, the Debtors are not liable for the asserted claim. The third-party vendor contracted to manage the Welcome Bonus program confirmed that a Welcome Bonus card was issued in the amount of $125, used, and expired with a remaining balance of $29.02. A letter providing the promotional code for the Energy Store was mailed to claimant; the promotional code expired on 9/30/2011, as indicated on the letter. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 72 TEXAS DISPOSAL SYSTEMS PO BOX 17126 AUSTIN, TX 78760 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/22/2014 | 5967 | $21,910.90 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim is for invoices for work performed on an expired Purchase Order issued by the Debtors. |
| 73 THORNDALE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 02/09/2015 | 9971 | $99,569.92 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 74 THORNDALE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/17/2015 | 10008 | $99,569.92* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 75 THORNDALE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/24/2015 | 10025 | $99,569.92* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 76 TRAVIS COUNTY ATTN: KAY D. BROCK P.O. BOX 1748 AUSTIN, TX 78767 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 10/24/2014 | 7557 | $18,650.26 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 77 TRAVIS COUNTY ATTN: KAY D. BROCK P.O. BOX 1748 AUSTIN, TX 78767 | 14-11036 (CSS) | Lone Star Pipeline Company, Inc. | 10/24/2014 | 7558 | $27.57 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 78 | TRAVIS COUNTY ATTN: KAY D. BROCK P.O. BOX 1748 AUSTIN, TX 78767 | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/24/2014 | 7560 | $28,779.02 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 79 | TRICORBRAUN 6 CITYPLACE DR # 1000 SAINT LOUIS, MO 63141 | 14-11032 (CSS) | Luminant Generation Company LLC | 09/08/2014 | 4166 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 80 | TW TELECOM INC. 10475 PARK MEADOWS DRIVE LITTLETON, CO 80124 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/04/2014 | 3527 | $4,521.34 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 81 | WHITESBORO INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/03/2014 | 1062 | $307.86* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| | | | | | TOTAL | $1,712,700.56* | |