# **Exhibit B**

**Engagement Letters**



**BALCH & BINGHAM** LLP

Alabama • Georgia • Mississippi • Washington, DC

Steven G. McKinney
(205) 226-3496

Attorneys and Counselors
1901 Sixth Avenue North, Suite 1500
P.O. Box 306 (35201-0306)
Birmingham, Alabama 35203-4642
(205) 251-8100
(205) 226-8799 Fax
www.balch.com

(205) 488-5814 (direct fax)
smckinne@balch.com

May 21, 2010

**BY EMAIL:** **bill.moore@luminant.com**

Mr. William A. Moore
General Counsel
Luminant
500 N. Akard Street, 14th Floor
Dallas, TX  75201

Re:   **Texas Opacity Issues**

Dear Bill:

We are pleased to have the opportunity to assist Luminant Holding Company LLC regarding proposed revision of the Texas SIP rules on opacity. This letter is to outline the type of services we have been asked to provide and the basis upon which we will charge for those services. Based on our conversations so far, I believe we can provide the most valuable contribution to Luminant's team through an efficient combination of me, Stephen Gidiere and Alexia Borden.

Unless you request otherwise, our statements will be provided on a monthly basis and will be due within 30 days of receipt. Legal fees will be based on our standard hourly rates, which vary depending upon the level of experience of the attorney performing the work. My hourly rate is $455, Stephen's is $350 and Alexia's is $260. Charges for expenses and internal disbursements such as photocopying, long distance telephone, travel, etc., will be itemized at our standard charges and included with our monthly statement for services. We are fine with Luminant's Outside Legal Counsel Policy. In the event of a conflict between this letter and that policy, we acknowledge that the policy controls.

In the event you have any questions regarding any billing, we sincerely hope you will contact us promptly after receipt of our statement. If you would like or need any additional information regarding our fees and expenses, let me know.

As is appropriate in any professional relationship, you may terminate our engagement at any time upon reasonable notice and payment for services rendered prior to the effective date of termination. Likewise, we retain the right to terminate this engagement upon reasonable notice to you.

BALCH & BINGHAM LLP

Mr. William A. Moore
May 21, 2010
Page 2


If the foregoing is acceptable, we would appreciate your signing a copy of this letter and returning it to us.

Sincerely,

*Steven G. McKinney*

Steven G. McKinney

SGM:kf


**LUMINANT HOLDING COMPANY LLC**

By: _____
William A. Moore, General Counsel

Date: _____5/21/10_____

1100176.1



1901 Sixth Avenue North • Suite 1500 • P.O. Box 306 (35201) • Birmingham, AL 35203-4642    www.balch.com

P. STEPHEN GIDIERE III
t: (205) 226-8735
f: (205) 488-5694
e: sgidiere@balch.com

January 8, 2014

**Confidential Attorney-Client Privileged**

Stephanie Moore
General Counsel
Luminant Generation Co., LLC
1601 Bryan St., 22nd Floor
Dallas, Texas 75201

Dan Kelly
Associate General Counsel
Energy Future Holdings
Luminant Generation Co., LLC
1601 Bryan St., 41st floor
Dallas, Texas 75201

Dear Stephanie and Dan:

Thank you for the opportunity to serve Luminant and EFH in 2013. I am proud of our accomplishments together and look forward to our continued efforts in 2014 on behalf of the company.

With the turn of the year, I thought it would be appropriate to update our written engagement letter to better reflect the scope of the services we are providing today and anticipate in 2014. Our original engagement letter was executed in May 2010 and expressly mentions only the work related to the opacity claims and issues that were facing the companies at that time. Since that letter, the companies have expanded the scope of our representation to include additional Clean Air Act and environmental matters including: New Source Review (NSR) investigation and litigation in the Northern District of Texas; the Mercury and Air Toxics Standards (MATS) rule, including the litigation in the D.C. Circuit; the Cross-State Air Pollution Rule (CSPAR), including cases in the D.C. Circuit and U.S. Supreme Court; defense of the company in citizen suits brought by the Sierra Club in the Western and Eastern Districts of Texas; and the Regional Haze Rule, including litigation in the D.C. Circuit. Additionally, we provide on-going advice and counseling regarding compliance with the rules mentioned above and a variety of other Clean Air Act and Texas requirements and other environmental requirements as they arise.

ALABAMA  |  FLORIDA  |  GEORGIA  |  MISSISSIPPI  |  WASHINGTON, DC

Confidential Attorney-Client Privileged

Stephanie Moore
Dan Kelly
January 7, 2014
Page 2

    Additionally, as you know, since 2010 we have adjusted our billing rates each year in consultation with you and with your written approval. Please find attached our proposed billing rates for 2014, as compared to the rates approved for 2013. In light of our ongoing relationship and challenges facing the companies in 2014, we have kept across-the-board increases to a minimum— on average around 3%. Please note that a few associates have experienced a step-change in our system, and their rates, in their new bracket, are more than 3% greater. Overall, I believe Balch & Bingham provides significant value and quality representation to the companies and will continue to do so in 2014.

    This letter is intended simply to confirm our engagement and its scope and not to change any of the other terms of our engagement, as established by the May 2010 letter and subsequent practice. It also is not intended to change the terms of the advance deposit arrangement we executed in 2013. Please let me know if you have any questions. You can indicate your approval by signing below.

Thank you,

P. Stephen Gidiere III

PSG:dc

AGREED TO THIS __8th__ DAY OF __January__, 20__14__.

_____
Stephanie Moore
General Counsel

_____
Dan Kelly
Associate General Counsel

1321479.2

| Timekeeper | 2013 Rate | 2014 Rate | Percent Increase |
|---|---|---|---|
| Moore, C. Grady | $460 | $475 | 3.26% |
| Gidiere, P. Stephen | $450 | $470 | 4.44% |
| Allen, Leslie G. | $340 | $350 | 1.47% |
| Casey, Thomas L. | $330 | $350 | 6.06% |
| Tompkins, Jason | $330 | $335 | 1.51% |
| DeLawrence, Tom | $280 | $295 | 5.35% |
| Samuels, Mary | $280 | $285 | 1.78% |
| Mitchell, David | $245 | $260 | 6.12% |
| Runge, Patrick | $245 | $250 | 2.04% |
| Frizzell, Gretchen | $245 | $255 | 4.08% |
| Crawford, Emily | $225 | $235 | 4.44% |
| Simpson, Tal | $225 | $230 | 2.22% |
| Benschoter, Amy | $175 | $180 | 2.85% |
| Roberts, Lane | $165 | $170 | 3.03% |
| Watson, Clark | $495 | $495 | 0 |
| Corhern, Steven | $275 | $275 | 0 |

1321492.1