# <u>Exhibit E</u>

**Timekeeper Fees Summary**

**Timekeeper Fees Summary**

| Professional Person | Position | Year Admitted | Department | Total Hours Billed in this Fee Application | Hourly Billing Rate | | Total Fees Billed | | Number of Rate Increases |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | In this Fee Application | *In the First Interim Fee Application* | At this Fee Application Rates | *At the First Interim Fee Application Rates* | |
| Thomas L. Casey III | Partner | 2003 | Environmental | 195.20 | $385.00 | *$350.00* | $75,152.00 | *$68,320.00* | 1 |
| J. Michael Childers | Partner | 1990 | Energy | 0.90 | $505.00 | *$505.00* | $454.50 | *$454.50* | 0 |
| Thomas DeLawrence | Partner | 2006 | Environmental | 317.20 | $320.00 | *$295.00* | $101,504.00 | *$93,574.00* | 1 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | 624.40 | $505.00 | *$470.00* | $315,322.00 | *$293,468.00* | 1 |
| K. Alex Khoury | Partner | 2003 | Litigation | 1.00 | $390.00 | *$375.00* | $390.00 | *$375.00* | 1 |
| C. Grady Moore | Partner | 1992 | Environmental | 129.80 | $505.00 | *$475.00* | $65,549.00 | *$61,655.00* | 1 |
| Mary F. Samuels | Partner | 2007 | Environmental | 69.00 | $320.00 | *$285.00* | $22,080.00 | *$19,665.00* | 1 |
| Spence M. Taylor | Partner | 1996 | Environmental Litigation | 5.10 | $430.00 | *$425.00* | $2,193.00 | *$2,167.50* | 1 |
| Jeff Wood | Partner | 2003 | Environmental | 2.10 | $430.00 | *$425.00* | $903.00 | *$892.50* | 1 |
| Julia Barber | Associate | 2014 | Environmental | 186.80 | $240.00 | *$230.00* | $44,832.00 | *$42,964.00* | 1 |
| S. Ellen Burgin | Associate | 2014 | Environmental | 109.50 | $235.00 | *$230.00* | $25,732.50 | *$25,185.00* | 1 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | 187.00 | $275.00 | *$255.00* | $51,425.00 | *$47,685.00* | 1 |
| Jonathan Grayson | Associate | 2005 | Bankruptcy | 1.60 | $290.00 | *$255.00* | $464.00 | *$408.00* | 1 |
| Michael P. Malenfant | Associate | 2013 | Energy | 8.60 | $235.00 | *$230.00* | $2,021.00 | *$1,978.00* | 1 |
| David W. Mitchell | Associate | 2009 | Environmental | 161.10 | $285.00 | *$260.00* | $45,913.50 | *$41,886.00* | 1 |

| Professional Person | Position | Year Admitted | Department | Total Hours Billed in this Fee Application | Hourly Billing Rate | | Total Fees Billed | | Number of Rate Increases |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | In this Fee Application | *In the First Interim Fee Application* | At this Fee Application Rates | *At the First Interim Fee Application Rates* | |
| J. Patrick Runge | Associate | 2008 | Environmental | 91.00 | $270.00 | *$250.00* | $24,570.00 | *$22,750.00* | 1 |
| Irving Jones, Jr. | Staff Attorney | 2014 | Environmental | 118.00 | $220.00 | *$215.00* | $25,960.00 | *$25,370.00* | 1 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | 61.50 | $260.00 | *$230.00* | $15,990.00 | *$14,145.00* | 1 |
| Robby Anderson | Summer Associate | n/a | Environmental | 6.30 | $175.00 | *n/a* | $1,071.00 | *n/a* | 0 |
| Mateo Forero | Summer Associate | n/a | Environmental | 18.90 | $185.00 | *n/a* | $3,496.50 | *n/a* | 0 |
| Whitney Jacobs | Summer Associate | n/a | Environmental | 6.90 | $170.00 | *n/a* | $1,173.00 | *n/a* | 0 |
| Katlyn Stricklend | Summer Associate | n/a | Environmental | 2.00 | $170.00 | *n/a* | $340.00 | *n/a* | 0 |
| Amy Benschoter | Paralegal | n/a | Environmental | 341.40 | $195.00 | *$180.00* | $66,573.00 | *$61,452.00* | 1 |
| TOTAL (professionals) | | | | 2,303.90 | – | – | $826,536.00 | *$762,942.50* | – |
| TOTAL (paraprofessionals) | | | | 341.40 | – | – | $66,573.00 | *$61,452.00* | – |
| **TOTAL (professionals and paraprofessionals)** | | | | **2,645.30** | – | – | **$893,109.00** | *$824,394.50* | – |