# **<u>Exhibit F</u>**

**Expense Summary**

**EXPENSE SUMMARY**
**MAY 1, 2015 THROUGH AUGUST 31, 2015**

| Expense Category | Amount |
| --- | --- |
| Airfare | $7,908.89 |
| Binding & Printing Services | $5,020.79 |
| Copies or Prints – Color | $74.00 |
| Copies or Prints – Standard | $124.10 |
| Court Fees | $1,000.00 |
| Deliveries | $213.08 |
| Telephone Charges | $427.15 |
| Transportation | $156.96 |
| Transportation to/from airport | $384.00 |
| Travel Expenses – Lodging | $5,459.35 |
| Travel Expenses – Other | $420.60 |
| Travel Meals | $1,957.71 |
| Working Meals | $121.76 |
| **Total Expenses Sought:** | **$23,278.39** |