# <u>Exhibit G</u>

**Subject Matter Summary**

## COMPENSATION BY SUBJECT MATTER[1]
## MAY 1, 2015 THROUGH AUGUST 31, 2015

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 193.70 | $71,129.50 |
| 7 | EPA NSR Litigation | 1,140.70 | $361,822.50 |
| 8 | EGU MACT | 102.10 | $41,748.50 |
| 9 | Texas PM2.5 Interstate Transport Rule | 10.70 | $5,355.50 |
| 10 | Supplemental §114 Response | 31.20 | $12,914.00 |
| 11 | EPA Regional Haze Rulemaking | 224.40 | $72,418.00 |
| 18 | EPA Affirmative Defense Litigation | 579.30 | $209,309.00 |
| 19 | EPA GHG Rules | 228.70 | $86,235.50 |
| 21 | Bankruptcy Application and Retention | 133.60 | $31,722.00 |
| 22 | Champion Creek | 0.90 | $454.50 |
| **Totals:** | | **2,645.30** | **$893,109.00** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.