# Exhibit D

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

**Attorneys and Paraprofessionals' Information**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed In this Fee Application | Hourly Rate Billed In the First Interim Fee Application | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Aaron Adams** | Partner | Corporate | NY – 2001 | $1,149.50 | 1.1 | N/A | $1,149.50 | N/A | $1,094.50 |
| William B. Dawson | Partner | Litigation | TX – 1975 | $20,865.00 | 21.4 | 0 | $975.00 | $925.00 | $19,795.00 |
| James C. Ho | Partner | Litigation | DC – 2001 TX – 2006 | $30,978.50 | 37.1 | 0 | $835.00 | $885.00 | $32,833.50 |
| Robert B. Little | Partner | Corporate | TX – 1998 | $97,945.50 | 117.3 | 0 | $835.00 | $790.00 | $92,667.00 |
| Michael L. Raiff* | Partner | Litigation | TX – 1992 | $140,892.00 | 159.2 | 0 | $885.00 | $840.00 | $103,343.00 |
| Michael A. Rosenthal | Partner | Corporate | DC – 1998 | $15,275.00 | 13.0 | 0 | $1,175.00 | $1,140.00 | $14,820.00 |
| Ashley E. Johnson | Of Counsel | Litigation | NC – 2007 TX – 2009 | $71,208.00 | 103.2 | 0 | $690.00 | $740.00 | $76,368.00 |
| Matthew G. Bouslog | Associate | Bankruptcy | CA – 2011 | $18,250.00 | 29.2 | 0 | $625.00 | $555.00 | $16,978.50 |
| Caitlin A. Calloway | Associate | Corporate | TX – 2012 | $12,250.00 | 24.5 | 0 | $500.00 | $435.00 | $10,657.50 |
| Michael Q. Cannon** | Associate | Tax | TX – 2012 | $230.00 | 0.4 | 0 | $575.00 | N/A | $194.00 |
| Russell H. Falconer* | Associate | Litigation | TX – 2009 | $33,550.00 | 55.0 | 0 | $610.00 | $535.00 | $34,666.00 |
| Timothy P. Fisher | Associate | Unassigned | TX – 2013 | $25,245.00 | 56.1 | 0 | $450.00 | N/A | $24,684.00 |
| Rama T. Lagadapati** | Associate | Litigation | CA – 2011 | $5,087.50 | 8.5 | 0 | $625.00 | N/A | $4,717.50 |
| Joseph A. Orien** | Associate | Unassigned | TX – 2013 | $585.00 | 1.3 | 0 | $450.00 | N/A | $572.00 |
| William T. Thompson | Associate | Litigation | TX – 2013 | $27,072.50 | 63.7 | 0 | $425.00 | N/A | $28,028.00 |
| Needhi N. Vasavada | Associate | Unassigned | TX – 2014 | $9,307.00 | 22.7 | 0 | $410.00 | N/A | $8,966.50 |
| Elizabeth M. Viney | Associate | Litigation | LA – 2011 TX – 2011 | $32,287.50 | 61.5 | 0 | $525.00 | $485.00 | $38,707.50 |

RLF1 13165153v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| John-Paul Vojtisek** | Associate | Tax | NY – 2006 | $148.00 | 0.2 | 0 | $740.00 | $710.00 | $142.00 |
| Jonathan M. Whalen | Associate | Corporate | TX – 2009 | $8,253.00 | 13.1 | 0 | $630.00 | $575.00 | $7,622.50 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | Bankruptcy | N/A | $33,654.00 | 85.2 | 0 | $395.00 | $380.00 | $32,376.00 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | Litigation | N/A | $2,516.00 | 6.8 | 0 | $370.00 | $355.00 | $2,414.00 |
| Carla H. Jones** | Research Analyst | Research and Information Management | N/A | $651.00 | 3.1 | 0 | $210.00 | N/A | $620.00 |
| Christopher Karnes** | eDiscovery Specialist | Research and Information Management | N/A | $81.00 | 0.2 | 0 | $405.00 | N/A | $81.00 |
| | | | | | | | | | |
| **Voluntary Reduction** | | | | ($4,917.50) | | | | | ($4,917.50) |
| **Carryover from Third Interim Fee Application** | | | | $14,179.50 | | | | | $14,179.50 |
| **TOTAL (professionals and paraprofessionals)** | | | | $596,743.00 | 883.8 | | | | $561,610.00 |
| **TOTAL (professionals)** | | | | $564,758.50 | 788.5 | | | | $531,036.50 |
| **TOTAL (paraprofessionals)** | | | | $31,984.50 | 95.3 | | | | $30,573.50 |
| **Blended Rate (including paraprofessionals)** | | | | | | | $675.20 | $635.45 | |
| **Blended Rate (excluding paraprofessionals)** | | | | | | | $716.24 | $673.48 | |

\*  In 2014, the Debtors and Gibson Dunn agreed to a blended hourly rate of $630.00 for Mr. Raiff and all litigation associates for work performed on matter numbers 13, 16-18, and 22-24.  For all other matters, this attorney billed at the hourly rate specified herein.

\*\*  Although certain timekeepers billed relatively few hours during the Fee Period, Gibson Dunn submits that each of the timekeepers was necessary and added value.  For example, Aaron Adams, a partner, advised on a discreet financing issue based on his particular expertise.  Other timekeepers with relatively few hours assisted with either discreet litigation matters or fee application matters.  In each instance, Gibson Dunn believes that the work was performed by an appropriate timekeeper and in an efficient manner.