**Exhibit E**

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Amount |
|---|---:|
| In House Duplication | $470.80 |
| Meals | $231.60 |
| Messenger and Courier Expense | $45.48 |
| Outside Process Server | $22.18 |
| Travel – Air Rail | $774.00 |
| Travel - Parking | $22.00 |
| Travel – Taxi | $8.31 |
| **Total** | **$1,574.37** |