## Exhibit F

**Summary of Fees and Expenses by Matter for the Fee Period**

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| Applicable to All Debtors | | | | | | | |
| 12 | Tax Analysis | 40.0 | 0.00 | $28,000.00 | $0.00 | | |
| 25 | Public Policy Advice | 8.0 | 0.0 | $6,000.00 | $0.00 | | |
| 30 | Case Administration, Employment and Fee Applications | 100.0 | 109.8 | $73,000.00 | $49,555.50 | | |
| 46 | Budget-Related Work | 12.0 | 2.5 | $8,000.00 | $1,562.50 | | |
| Applicable to TCEH Debtors | | | | | | | |
| 4 | Litigation:  Disputes and Potential Litigation with Aurelius | 0.0 | 0.0 | $0.00 | $0.00 | | |
| 8 | Litigation:  FPL v. TXU (Texas Supreme Court) | 304.0 | 190.3 | $200,000.00 | $121,433.00 | | |
| 13 | Litigation:  FOIA Disputes and EPA Matters | 20.0 | 6.1 | $15,000.00 | $5,151.50 | | |
| 17 | Litigation:  Sierra Club - Western District of Texas | 0.0 | 0.0 | $0.00 | $0.00 | | |
| 18 | Litigation:  NSR Case | 610.0 | 280.0 | $440,625.00 | $209,230.50 | | |
| 22 | Litigation:  2004 FPL Lawsuit | 27.0 | 14.6 | $18,540.00 | $10,074.00 | | |
| 23 | Litigation:  2011 FPL Lawsuit | 75.0 | 46.3 | $50,000.00 | $37,079.50 | | |
| 24 | Litigation:  FPL Offer Curves Dispute | 0.0 | 0.0 | $0.00 | $0.00 | | |
| 41 | SEC Matters | 20.0 | 0.0 | $16,000.00 | $0.00 | | |
| 42 | Expenses and Disbursements | | 0.0 | | | $1,574.37 | |
| 43 | Corporate Matters | 130.0 | 100.9 | $98,000.00 | $62,898.50 | | |
| 44 | Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 | | |
| 48 | TCEH Going Public Transactions | | 83.8 | N/A | $50,664.50 | | |
| 49 | TCEH Notes Offering | | 1.1 | N/A | $1,149.50 | | |
| Applicable to EFIH Debtors | | | | | | | |
| 34 | SEC Matters | 20.0 | 0.0 | $16,000.00 | $0.00 | | |
| 35 | Corporate Matters | 40.0 | 5.8 | $32,000.00 | $4,240.00 | | |
| 39 | Expenses and Disbursements | | | | | $0.00 | |
| 40 | Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 | | |
| Applicable to EFH Debtors | | | | | | | |
| 31 | SEC Matters | 120.0 | 41.1 | $96,000.00 | $33,189.50 | | |
| 32 | Corporate Matters | 160.0 | 1.5 | $120,000.00 | $1,252.50 | | |
| 38 | Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 | | |
| 39 | Expenses and Disbursements | | | | | $0.00 | |
| **Voluntary Reduction** | | | | | ($4,917.50) | | |
| **Carryover from Second Interim Fee Application** | | | | | $14,179.50 | | |
| **Totals** | | **1,686.0** | **883.8** | **$1,211,171.00** | **$596,743.00** | **$1,574.37** | **$598,317.37** |