## Exhibit G

**Detailed Description of Services Provided**

**<u>Exhibit G-1</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 30, 2015**

**Invoice No. 2015063939**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  16,240.50 | $  0.00 | $  16,240.50 |
| | **Totals** | $  16,240.50 | $  0.00 | $  16,240.50 |
| | **Current Balance Due** | | | $  16,240.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $  300.90 | $  0.00 | $  300.90 |
| 92772-00008 | 01/20/15 | 2015011938 | 992.60 | 0.00 | 992.60 |
| 92772-00008 | 02/27/15 | 2015023289 | 3,283.60 | 0.00 | 3,283.60 |
| 92772-00008 | 03/26/15 | 2015033300 | 7,451.70 | 0.00 | 7,451.70 |
| 92772-00008 | 04/30/15 | 2015051616 | 112,232.00 | 0.00 | 112,232.00 |
| 92772-00008 | 05/11/15 | 2015051944 | 374.00 | 0.00 | 374.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: June 30, 2015                                                                        Invoice No. 2015063939

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $  124,634.80

**TOTAL OUTSTANDING BALANCE DUE**                          $  140,875.30

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 30, 2015**

**Invoice No. 2015063939**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $   16,240.50 | $      0.00 | $   16,240.50 |
|  | **Totals** | $   16,240.50 | $      0.00 | $   16,240.50 |
|  | **Current Balance Due** |  |  | $   16,240.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $   300.90 | $   0.00 | $   300.90 |
| 92772-00008 | 01/20/15 | 2015011938 | 992.60 | 0.00 | 992.60 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00008 | 02/27/15 | 2015023289 | 3,283.60 | 0.00 | 3,283.60 |
| 92772-00008 | 03/26/15 | 2015033300 | 7,451.70 | 0.00 | 7,451.70 |
| 92772-00008 | 04/30/15 | 2015051616 | 112,232.00 | 0.00 | 112,232.00 |
| 92772-00008 | 05/11/15 | 2015051944 | 374.00 | 0.00 | 374.00 |

**PREVIOUS BALANCE DUE**                                        $  124,634.80

**TOTAL OUTSTANDING BALANCE DUE**                    $  140,875.30

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

For Services Rendered Through May 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 1.00 | $ 885.00 | $    885.00 |
| JAMES C. HO | 1.10 | 835.00 | 918.50 |
| ASHLEY E. JOHNSON | 12.30 | 690.00 | 8,487.00 |
| WILLIAM T. THOMPSON | 14.00 | 425.00 | 5,950.00 |

**Total Services**                                        $   16,240.50


**Total Services, Costs/Charges**                              16,240.50

**BALANCE DUE**                                           $   16,240.50

**Due and Payable Upon Receipt**

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

Detail Services:

05/07/15
0.20    THOMPSON, WILLIAM T    $425.00    $85.00    COMMUNICATE WITH A. JOHNSON AND M. RAIFF ▮▮▮▮▮

05/12/15
0.30    HO, JAMES C    $835.00    $250.50    REVIEW CORRESPONDENCE ▮▮▮ (0.1); REVIEW MATERIALS ▮▮▮ (0.2).

0.20    JOHNSON, ASHLEY E    $690.00    $138.00    REVIEW SCHEDULE FOR BRIEFING.

1.60    THOMPSON, WILLIAM T    $425.00    $680.00    EMAILS REGARDING ▮▮▮ (0.2); ANALYZE ▮▮▮ (1.4).

05/13/15
0.30    HO, JAMES C    $835.00    $250.50    CORRESPONDENCE REGARDING ▮▮▮.

6.40    JOHNSON, ASHLEY E    $690.00    $4,416.00    READ ▮▮▮ REVIEW ▮▮▮ (0.5); ATTEND MEETING WITH CLIENT TO DISCUSS ▮▮▮ ANALYZE ▮▮▮ (2.0).

3.10    THOMPSON, WILLIAM T    $425.00    $1,317.50    DISCUSS ▮▮▮ ANALYZE ▮▮▮ DISCUSS ▮▮▮ WITH A. JOHNSON (0.3); RESEARCH ▮▮▮

---

**Invoice Date: June 30, 2015**

**Due and Payable Upon Receipt**

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 05/14/15 0.30 | HO, JAMES C | $835.00 | $250.50 | CORRESPONDENCE REGARDING ███████ AND REVIEW MATERIALS REGARDING SAME. |
| 0.30 | JOHNSON, ASHLEY E | $690.00 | $207.00 | CONFERENCE WITH W. THOMPSON REGARDING ███████. |
| 1.50 | THOMPSON, WILLIAM T | $425.00 | $637.50 | ANALYZE AND CIRCULATE ███████ (0.3); EMAILS REGARDING ███████ WRITE ANALYSIS OF ███████. |
| 05/15/15 0.10 | THOMPSON, WILLIAM T | $425.00 | $42.50 | REVIEW AND ANALYZE NOTES ON ███████ FROM CLIENT MEETING. |
| 05/18/15 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | EMAILS WITH A. JOHNSON AND D. GUS ███████. |
| 05/22/15 0.20 | JOHNSON, ASHLEY E | $690.00 | $138.00 | REVIEW ███████. |
| 2.00 | THOMPSON, WILLIAM T | $425.00 | $850.00 | ANALYZE AND SUPPLEMENT ███████. |
| 05/23/15 0.30 | JOHNSON, ASHLEY E | $690.00 | $207.00 | EMAIL CORRESPONDENCE WITH W. THOMPSON REGARDING ███████. |
| 0.90 | THOMPSON, WILLIAM T | $425.00 | $382.50 | ANALYZE AND SUPPLEMENT ███████. |
| 05/25/15 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | WORK ON CASE ASSESSMENT, ███████. |

| | | | | |
|---|---|---|---|---|
| 0.70 | JOHNSON, ASHLEY E | $690.00 | $483.00 | DRAFT ███████ █████ SUMMARIZE ███ |
| 0.80 | THOMPSON, WILLIAM T | $425.00 | $340.00 | EMAILS AND ANALYSIS REGARDING █████. |

**05/26/15**

| | | | | |
|---|---|---|---|---|
| 0.20 | HO, JAMES C | $835.00 | $167.00 | CONFER WITH GDC TEAM REGARDING ██████ |
| 4.00 | JOHNSON, ASHLEY E | $690.00 | $2,760.00 | PREPARE FOR AND PARTICIPATE IN CONFERENCE REGARDING ████ REVIEW ███████ ██████ CONFER WITH J. HO, M. RAIFF AND W. THOMPSON REGARDING SAME (0.6). |
| 1.50 | THOMPSON, WILLIAM T | $425.00 | $637.50 | EMAILS RE ████ DISCUSS ████ (0.3); MEET WITH M. RAIFF, A. JOHNSON, AND J. HO RE ████ |

**05/29/15**

| | | | | |
|---|---|---|---|---|
| 0.10 | JOHNSON, ASHLEY E | $690.00 | $69.00 | REVIEW ██████. |
| 2.10 | THOMPSON, WILLIAM T | $425.00 | $892.50 | REVIEW AND PREPARE ██████ COMMUNICATE WITH A. JOHNSON RE ████ |

**05/31/15**

| | | | | |
|---|---|---|---|---|
| 0.10 | JOHNSON, ASHLEY E | $690.00 | $69.00 | REVIEW █████. |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 30, 2015**

**Invoice No. 2015063669**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $ 1,965.50 | $ 0.00 | $ 1,965.50 |
|  | **Totals** | $ 1,965.50 | $ 0.00 | $ 1,965.50 |
|  | **Current Balance Due** |  |  | $ 1,965.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 10/02/14 | 2014101452 | $ 730.80 | $ 0.00 | $ 730.80 |
| 92772-00013 | 11/12/14 | 2014113373 | 1,071.00 | 0.00 | 1,071.00 |
| 92772-00013 | 12/08/14 | 2014121947 | 491.40 | 0.00 | 491.40 |
| 92772-00013 | 01/22/15 | 2015012766 | 458.40 | 0.00 | 458.40 |
| 92772-00013 | 02/27/15 | 2015023353 | 819.00 | 0.00 | 819.00 |
| 92772-00013 | 03/25/15 | 2015033219 | 4,125.30 | 0.00 | 4,125.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: June 30, 2015**                                               **Invoice No. 2015063669**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00013 | 04/30/15 | 2015050364 | 3,544.00 | 0.00 | 3,544.00 |
| 92772-00013 | 05/11/15 | 2015053084 | 479.50 | 0.00 | 479.50 |

**PREVIOUS BALANCE DUE**    $   11,719.40

**TOTAL OUTSTANDING BALANCE DUE**    $   13,684.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 30, 2015**

**Invoice No. 2015063669**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $   1,965.50 | $   0.00 | $   1,965.50 |
|  | **Totals** | $   1,965.50 | $   0.00 | $   1,965.50 |
|  | **Current Balance Due** |  |  | $   1,965.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 10/02/14 | 2014101452 | $   730.80 | $   0.00 | $   730.80 |
| 92772-00013 | 11/12/14 | 2014113373 | 1,071.00 | 0.00 | 1,071.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: June 30, 2015**                                    **Invoice No. 2015063669**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00013 | 12/08/14 | 2014121947 | 491.40 | 0.00 | 491.40 |
| 92772-00013 | 01/22/15 | 2015012766 | 458.40 | 0.00 | 458.40 |
| 92772-00013 | 02/27/15 | 2015023353 | 819.00 | 0.00 | 819.00 |
| 92772-00013 | 03/25/15 | 2015033219 | 4,125.30 | 0.00 | 4,125.30 |
| 92772-00013 | 04/30/15 | 2015050364 | 3,544.00 | 0.00 | 3,544.00 |
| 92772-00013 | 05/11/15 | 2015053084 | 479.50 | 0.00 | 479.50 |

**PREVIOUS BALANCE DUE**                                    $  11,719.40

**TOTAL OUTSTANDING BALANCE DUE**                          $   13,684.90

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

For Services Rendered Through May 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 1.90 | $ 885.00 | $ 1,681.50 |
| ELIZABETH M. VINEY | 0.40 | 525.00 | 210.00 |
| GAYA K. HOLMAN | 0.20 | 370.00 | 74.00 |
| **Total Services** | | | $ 1,965.50 |
| **Total Services, Costs/Charges** | | | 1,965.50 |
| **BALANCE DUE** | | | $ 1,965.50 |

FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| 05/01/15 | | | | |
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | COMMUNICATIONS WITH OPPOSING COUNSEL (0.1); WORK ON JOINT STAY MOTION AND RELATED COMMUNICATIONS WITH CLIENT AND OPPOSING COUNSEL (0.4). |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND PREPARE CASE FILINGS FOR ATTORNEY REFERENCE. |
| 05/05/15 | | | | |
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO SETTLEMENT AND RELATED COMMUNICATIONS. |
| 05/06/15 | | | | |
| 0.10 | VINEY, ELIZABETH M | $525.00 | $52.50 | READ AND CIRCULATE COURT ORDER ON MOTION TO STAY. |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND PREPARE ORDER GRANTING MOTION TO STAY FOR ATTORNEY REFERENCE. |
| 05/19/15 | | | | |
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | WORK ON FOIA SETTLEMENT AND COMMUNICATIONS REGARDING SAME. |
| 05/28/15 | | | | |
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | FOLLOW-UP ON SETTLEMENT, STAY, AND RELATED EMAILS. |
| 05/29/15 | | | | |
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | FOLLOW-UP ON NEXT STEPS AFTER STAY AND COMMUNICATIONS REGARDING SAME. |
| 0.30 | VINEY, ELIZABETH M | $525.00 | $157.50 | REVIEW STAY ORDERS AND EMAIL CORRESPONDENCE REGARDING SAME. |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 29, 2015**

**Invoice No. 2015061449**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  45,041.50 | $      0.00 | $  45,041.50 |
|  | **Totals** | $  45,041.50 | $      0.00 | $  45,041.50 |
|  | **Current Balance Due** |  |  | $  45,041.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $  2,316.30 | $      0.00 | $  2,316.30 |
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 1,382.00 | 0.00 | 1,382.00 |
| 92772-00018 | 01/05/15 | 2015011725 | 17,185.70 | 0.00 | 17,185.70 |
| 92772-00018 | 02/10/15 | 2015021965 | 15,840.10 | 0.00 | 15,840.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00018 | 03/16/15 | 2015032314 | 14,748.30 | 0.00 | 14,748.30 |
| 92772-00018 | 04/30/15 | 2015050362 | 140,878.50 | 0.00 | 140,878.50 |
| 92772-00018 | 05/11/15 | 2015053089 | 46,886.50 | 0.00 | 46,886.50 |

**PREVIOUS BALANCE DUE**                        $  241,395.60

**TOTAL OUTSTANDING BALANCE DUE**               $  286,437.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 29, 2015**

**Invoice No. 2015061449**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  45,041.50 | $      0.00 | $  45,041.50 |
|  | **Totals** | $  45,041.50 | $   0.00 | $  45,041.50 |
|  | **Current Balance Due** |  |  | $  45,041.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $  2,316.30 | $   0.00 | $  2,316.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: June 29, 2015**                                    **Invoice No. 2015061449**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 1,382.00 | 0.00 | 1,382.00 |
| 92772-00018 | 01/05/15 | 2015011725 | 17,185.70 | 0.00 | 17,185.70 |
| 92772-00018 | 02/10/15 | 2015021965 | 15,840.10 | 0.00 | 15,840.10 |
| 92772-00018 | 03/16/15 | 2015032314 | 14,748.30 | 0.00 | 14,748.30 |
| 92772-00018 | 04/30/15 | 2015050362 | 140,878.50 | 0.00 | 140,878.50 |
| 92772-00018 | 05/11/15 | 2015053089 | 46,886.50 | 0.00 | 46,886.50 |

**PREVIOUS BALANCE DUE**                                  $ 241,395.60

**TOTAL OUTSTANDING BALANCE DUE**                $ 286,437.10

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


NSR CASE
92772-00018

---

For Services Rendered Through May 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 1.00 | $ 975.00 | $      975.00 |
| MICHAEL A. ROSENTHAL | 3.30 | 1,175.00 | 3,877.50 |
| MICHAEL L. RAIFF | 22.50 | 885.00 | 19,912.50 |
| RUSSELL H. FALCONER | 11.40 | 610.00 | 6,954.00 |
| MATTHEW G. BOUSLOG | 4.60 | 625.00 | 2,875.00 |
| ELIZABETH M. VINEY | 19.90 | 525.00 | 10,447.50 |

**Total Services**                                          $  45,041.50


**Total Services, Costs/Charges**                            45,041.50

**BALANCE DUE**                                          $   45,041.50

NSR CASE
92772-00018

---

Detail Services:

**05/01/15**

| | | | | |
|---|---|---|---|---|
| 0.90 | RAIFF, MICHAEL L | $885.00 | $796.50 | ATTENTION TO DOCUMENT PRODUCTION ISSUE (0.4); CONFERENCE CALL WITH CLIENTS REGARDING ▮▮▮▮ (0.5). |
| 1.90 | FALCONER, RUSSELL H | $610.00 | $1,159.00 | CONTINUE WORKING ON ▮▮▮▮ AND CORRESPOND WITH T. DELAWRENCE REGARDING SAME (0.9); PARTICIPATE IN WEEKLY DOCUMENTS CALL (0.9); CONFER BY PHONE WITH E. VINEY REGARDING TWO RESEARCH TASKS (0.1). |
| 0.10 | VINEY, ELIZABETH M | $525.00 | $52.50 | DISCUSS RESEARCH ISSUES WITH R. FALCONER. |

**05/04/15**

| | | | | |
|---|---|---|---|---|
| 0.60 | FALCONER, RUSSELL H | $610.00 | $366.00 | CONFER BY PHONE AND CORRESPOND WITH E. VINEY, T. DELAWRENCE, AND A. BENSCHOTER REGARDING ▮▮▮▮. |
| 0.60 | VINEY, ELIZABETH M | $525.00 | $315.00 | REVIEW ▮▮▮▮ (0.2); PARTICIPATE IN CONFERENCE CALL REGARDING ▮▮▮▮ WITH R. FALCONER, A. BENSCHOTER AND T. DELAWRENCE (0.4). |

**05/05/15**

| | | | | |
|---|---|---|---|---|
| 1.00 | DAWSON, WILLIAM B | $975.00 | $975.00 | PARTICIPATE IN WEEKLY CALL. |
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | PARTICIPATE IN CALL WITH CLIENTS AND FOLLOW-UP ON DISCOVERY PROCEDURE ORDER. |

| | | | | |
|---|---|---|---|---|
| 1.50 | FALCONER, RUSSELL H | $610.00 | $915.00 | CORRESPOND WITH TEAM REGARDING ██████ (0.3); REVIEW DRAFT OF ██████ (0.2); PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (1.0). |
| 0.90 | VINEY, ELIZABETH M | $525.00 | $472.50 | PARTICIPATE IN WEEKLY CONFERENCE CALL |
| **05/06/15** | | | | |
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | WORK ON DISCOVERY ORDER AND COMMUNICATIONS WITH DOJ (0.3); CLIENTS REGARDING SAME (0.2). |
| **05/07/15** | | | | |
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | WORK ON APPENDIX TO DISCOVERY ORDER AND EMAILS REGARDING SAME. |
| **05/08/15** | | | | |
| 0.20 | FALCONER, RUSSELL H | $610.00 | $122.00 | PARTICIPATE IN WEEKLY DOCUMENT CALL. |
| 0.30 | VINEY, ELIZABETH M | $525.00 | $157.50 | PARTICIPATE IN WEEKLY DISCOVERY CALLS. |
| **05/12/15** | | | | |
| 4.10 | RAIFF, MICHAEL L | $885.00 | $3,628.50 | WORK ON PROPOSED DISCOVERY ORDER AND APPENDIX (1.5); CONFERENCE CALL WITH CLIENTS AND CO-COUNSEL (1.3); WORK ON INCORPORATING ADDITIONAL EDITS AND COMMUNICATIONS WITH EPA (1.3). |
| 1.30 | FALCONER, RUSSELL H | $610.00 | $793.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |
| 1.40 | VINEY, ELIZABETH M | $525.00 | $735.00 | PARTICIPATE IN WEEKLY CASE UPDATE CONFERENCE CALL (0.4); RESEARCH LEGAL ISSUES RELATED ██████ (1.0). |
| **05/13/15** | | | | |
| 1.30 | VINEY, ELIZABETH M | $525.00 | $682.50 | RESEARCH REGARDING ██████. |

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 05/14/15 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | COMMUNICATIONS REGARDING ▮▮▮▮ (0.2); COMMUNICATIONS REGARDING DISCOVERY ORDER (0.1). |
| 0.40 | VINEY, ELIZABETH M | $525.00 | $210.00 | RESEARCH REGARDING ▮▮▮▮ |
| 05/15/15 0.60 | RAIFF, MICHAEL L | $885.00 | $531.00 | CONFERENCE CALL WITH CLIENTS REGARDING DOCUMENTS (0.4); COMMUNICATIONS WITH DOJ (0.1); FOLLOW-UP COMMUNICATIONS WITH TEAM (0.1). |
| 0.40 | FALCONER, RUSSELL H | $610.00 | $244.00 | PARTICIPATE IN WEEKLY DOCUMENT CALL. |
| 05/17/15 0.40 | RAIFF, MICHAEL L | $885.00 | $354.00 | ATTENTION TO AND COMMUNICATIONS REGARDING DISCOVERY ORDER, APPENDIX B, AND DOJ'S RESPONSES. |
| 05/18/15 1.80 | RAIFF, MICHAEL L | $885.00 | $1,593.00 | WORK ON PROTECTIVE ORDER, INCLUDING REVISIONS AND ANALYSIS OF SUGGESTED EDITS FROM DOJ AND OTHERS. |
| 1.00 | VINEY, ELIZABETH M | $525.00 | $525.00 | RESEARCH REGARDING ▮▮▮▮. |
| 05/19/15 0.80 | ROSENTHAL, MICHAEL A | $1,175.00 | $940.00 | REVIEW PROPOSED EPA PLAN LANGUAGE (0.3); EMAILS WITH M. BOUSLOG REGARDING EVALUATION OF PLAN LANGUAGE (0.3); EMAIL FROM R. FALCONER REGARDING EVALUATION OF PLAN LANGUAGE (0.2). |

| | | | | |
|---|---|---|---|---|
| 2.30 | RAIFF, MICHAEL L | $885.00 | $2,035.50 | FOLLOW-UP ON ISSUES RELATING TO DISCOVERY ORDER AND APPENDIX AND WORK ON ███████████ (1.2); CONFERENCE CALL WITH CLIENTS (0.6); FOLLOW-UP ON QUESTION RELATING TO DOJ'S PROPOSED LANGUAGE AND COMMUNICATIONS REGARDING SAME (0.5). |
| 1.50 | FALCONER, RUSSELL H | $610.00 | $915.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.6); RESEARCH ██████████████████ ██████████████████ ██████████████ (0.9). |
| 2.50 | BOUSLOG, MATTHEW G | $625.00 | $1,562.50 | ANALYZE PROPOSED EPA LANGUAGE (0.4); RESEARCH REGARDING SAME (1.7); EMAILS WITH M. RAIFF, R. FALCONER AND M. ROSENTHAL REGARDING SAME (0.4). |
| 2.50 | VINEY, ELIZABETH M | $525.00 | $1,312.50 | PARTICIPATE IN WEEKLY CONFERENCE CALL (0.5); RESEARCH REGARDING ████████████████ (2.0). |

05/20/15

| | | | | |
|---|---|---|---|---|
| 1.70 | ROSENTHAL, MICHAEL A | $1,175.00 | $1,997.50 | REVIEW PROPOSED PLAN LANGUAGE FROM DOJ (0.3); TELEPHONE WITH M. BOUSLOG REGARDING PROPOSED LANGUAGE (0.2); REVIEW CASE LAW ███████████████████ ████████████████ (0.6); REVIEW AND COMMENT ON EMAIL TO M. RAIFF (0.2); REVIEW EMAIL AND CASES FROM R. FALCONER ██████████████ (0.2); TELEPHONE WITH M. RAIFF AND R. FALCONER (0.2). |
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | WORK ON ISSUES RELATING TO DISCOVERY ORDER AND OUR RESPONSE TO DOJ. |

| 0.40 | FALCONER, RUSSELL H | $610.00 | $244.00 | CORRESPOND AND CONFER BY PHONE WITH M. BOUSLOG REGARDING ███████ . |
| 1.00 | BOUSLOG, MATTHEW G | $625.00 | $625.00 | RESEARCH REGARDING ███████ (0.2); CALLS WITH R. FALCONER REGARDING SAME (0.5); EMAILS WITH M. RAIFF, M. ROSENTHAL AND R. FALCONER REGARDING SAME (0.3). |
| 4.40 | VINEY, ELIZABETH M | $525.00 | $2,310.00 | RESEARCH REGARDING ███████ (3.9); EMAIL CORRESPONDENCE REGARDING DOJ COMMENTS TO THE PLAN (0.5). |

05/21/15

| 3.20 | RAIFF, MICHAEL L | $885.00 | $2,832.00 | ATTENTION TO ███████ (0.2); WORK ON CONFIDENTIALITY ORDER OPEN ISSUES AND PREPARE FOR CLIENT CALL (0.5); PARTICIPATE IN CALL WITH CLIENTS (1.0); WORK ON ISSUES RELATING TO BANKRUPTCY LANGUAGE AND MULTIPLE CALLS AND EMAILS REGARDING SAME (1.5). |
| 1.50 | FALCONER, RUSSELL H | $610.00 | $915.00 | PARTICIPATE IN CONFERENCE CALL ON PROTECTIVE ORDER (1.0); WORK ON ███████ (0.5). |
| 0.60 | BOUSLOG, MATTHEW G | $625.00 | $375.00 | CALLS WITH R. FALCONER REGARDING ███████ (0.3); EMAILS WITH M. ROSENTHAL AND R. FALCONER REGARDING SAME (0.3). |

| | | | | |
|---|---|---|---|---|
| 05/22/15 1.80 | RAIFF, MICHAEL L | $885.00 | $1,593.00 | WORK ON CONFIDENTIALITY ORDER ISSUES, DISCOVERY ORDER OPEN ITEMS, AND PREPARE FOR CALL (0.9); PARTICIPATE IN CALL WITH DOJ (0.6); COMMUNICATIONS WITH CO-COUNSEL AND CLIENTS (0.2); COMMUNICATIONS ███████████████ (0.1). |
| 0.40 | FALCONER, RUSSELL H | $610.00 | $244.00 | PARTICIPATE IN WEEKLY DOCUMENT CALL. |
| 0.40 | VINEY, ELIZABETH M | $525.00 | $210.00 | PARTICIPATE IN WEEKLY DOCUMENT COLLECTION CALL. |
| 05/25/15 0.40 | ROSENTHAL, MICHAEL A | $1,175.00 | $470.00 | REVIEW DRAFT OF REVISED PLAN LANGUAGE. |
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | WORK ON APPENDIX B AND COMMUNICATIONS. |
| 0.40 | BOUSLOG, MATTHEW G | $625.00 | $250.00 | WORK ON ██████████ ███████ (0.3); EMAIL M. ROSENTHAL REGARDING SAME (0.1). |
| 05/26/15 1.90 | RAIFF, MICHAEL L | $885.00 | $1,681.50 | CONFERENCE CALL WITH CLIENTS (0.5); CONFERENCE CALL WITH TEAM AND CLIENTS ████████████████████ (1.0); COMMUNICATIONS REGARDING APPENDIX B (0.1); ATTENTION TO DOJ'S REQUEST IN BANKRUPTCY (0.3). |
| 0.70 | FALCONER, RUSSELL H | $610.00 | $427.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.5); CONFER WITH E. VINEY REGARDING RESEARCH TASKS (0.2). |

| | | | | |
|---|---|---|---|---|
| 2.50 | VINEY, ELIZABETH M | $525.00 | $1,312.50 | PARTICIPATE IN WEEKLY TEAM CALL (0.5); DISCUSS BANKRUPTCY RESEARCH ISSUE AND DOCUMENT PRODUCTION ISSUES WITH R. FALCONER (0.5); REVIEW BANKRUPTCY RESEARCH BY M. BOUSLOG (1.5). |

**05/27/15**

| | | | | |
|---|---|---|---|---|
| 0.40 | ROSENTHAL, MICHAEL A | $1,175.00 | $470.00 | REVIEW PROPOSED PLAN LANGUAGE AND EMAIL TO M. RAIFF AND OTHERS REGARDING SAME. |
| 0.50 | FALCONER, RUSSELL H | $610.00 | $305.00 | CONFER BY PHONE WITH J. COHN-CONNOR REGARDING ENVIRONMENTAL INSERT. |
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH M. ROSENTHAL REGARDING EPA LANGUAGE. |

**05/28/15**

| | | | | |
|---|---|---|---|---|
| 0.10 | RAIFF, MICHAEL L | $885.00 | $88.50 | COMMUNICATIONS WITH DOJ AND WITH CLIENTS. |
| 3.40 | VINEY, ELIZABETH M | $525.00 | $1,785.00 | RESEARCH ██████████████ |

**05/29/15**

| | | | | |
|---|---|---|---|---|
| 2.00 | RAIFF, MICHAEL L | $885.00 | $1,770.00 | WORK ON ESI ORDER AND NEW PROPOSED SCHEDULING ORDER (1.6); MULTIPLE COMMUNICATIONS REGARDING SAME (0.4). |
| 0.50 | FALCONER, RUSSELL H | $610.00 | $305.00 | PARTICIPATE IN WEEKLY DOCUMENTS CALL. |
| 0.70 | VINEY, ELIZABETH M | $525.00 | $367.50 | RESEARCH ████████████ (0.4); PARTICIPATE IN WEEKLY DOCUMENT COLLECTION CALL (0.3). |

**05/30/15**

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO AND COMMUNICATIONS REGARDING DOJ'S NEW PROPOSAL. |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 30, 2015**

**Invoice No. 2015063671**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $   7,080.00 | $      0.00 | $   7,080.00 |
|  | **Totals** | $   7,080.00 | $   0.00 | $   7,080.00 |
|  | **Current Balance Due** |  |  | $   7,080.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 10/03/14 | 2014101460 | $    239.40 | $   0.00 | $    239.40 |
| 92772-00023 | 11/12/14 | 2014111766 | 152.80 | 0.00 | 152.80 |
| 92772-00023 | 05/11/15 | 2015053083 | 2,521.00 | 0.00 | 2,521.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   2,913.20

**TOTAL OUTSTANDING BALANCE DUE**                           $   9,993.20

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 30, 2015**

**Invoice No. 2015063671**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $    7,080.00 | $        0.00 | $    7,080.00 |
|  | **Totals** | $    7,080.00 | $      0.00 | $    7,080.00 |
|  | **Current Balance Due** |  |  | $    7,080.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 10/03/14 | 2014101460 | $    239.40 | $    0.00 | $    239.40 |
| 92772-00023 | 11/12/14 | 2014111766 | 152.80 | 0.00 | 152.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: June 30, 2015                                                                Invoice No. 2015063671
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 05/11/15 | 2015053083 | 2,521.00 | 0.00 | 2,521.00 |

**PREVIOUS BALANCE DUE** $ 2,913.20

**TOTAL OUTSTANDING BALANCE DUE** $ 9,993.20

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

2011 FPL LAWSUIT
92772-00023

---

For Services Rendered Through May 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 8.00 | $ 885.00 | $  7,080.00 |
| **Total Services** | | | $  7,080.00 |
| **Total Services, Costs/Charges** | | | 7,080.00 |
| **BALANCE DUE** | | | $  7,080.00 |

2011 FPL LAWSUIT
92772-00023

---

Detail Services:

| 05/12/15 | | | | | |
|---|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | WORK ON ███████ |

| 05/13/15 | | | | |
|---|---|---|---|---|
| 3.50 | RAIFF, MICHAEL L | $885.00 | $3,097.50 | PREPARE FOR AND ATTEND MEETING WITH CLIENTS TO DISCUSS ██████████ AND WORK ON FOLLOW-UP ISSUES RELATING TO ████████. |

| 05/26/15 | | | | |
|---|---|---|---|---|
| 3.50 | RAIFF, MICHAEL L | $885.00 | $3,097.50 | PREPARE FOR AND ATTEND MEETING WITH CLIENTS (2.8); FOLLOW-UP ON ████████ |

| 05/29/15 | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | WORK ON ISSUES REGARDING ███████ AND EMAILS REGARDING SAME. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 8, 2015**

**Invoice No. 2015061442**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $  14,630.00 | $      0.00 | $  14,630.00 |
|  | **Totals** | $   14,630.00 | $    0.00 | $   14,630.00 |
|  | **Current Balance Due** |  |  | $   14,630.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $   9,288.20 | $    0.00 | $   9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |
| 92772-00030 | 12/08/14 | 2014122606 | 4,015.10 | 0.00 | 4,015.10 |
| 92772-00030 | 01/07/15 | 2015010935 | 3,670.60 | 0.00 | 3,670.60 |
| 92772-00030 | 02/10/15 | 2015021882 | 5,169.10 | 0.00 | 5,169.10 |
| 92772-00030 | 03/16/15 | 2015032310 | 3,258.10 | 0.00 | 3,258.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: June 8, 2015                                                          Invoice No. 2015061442

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00030 | 04/30/15 | 2015050274 | 8,560.00 | 0.00 | 8,560.00 |
| 92772-00030 | 05/11/15 | 2015051946 | 8,696.00 | 0.00 | 8,696.00 |

**PREVIOUS BALANCE DUE**                                          $   56,280.60

**TOTAL OUTSTANDING BALANCE DUE**                        $   70,910.60

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 8, 2015**

**Invoice No. 2015061442**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $  14,630.00 | $      0.00 | $  14,630.00 |
|  | **Totals** | $  14,630.00 | $     0.00 | $  14,630.00 |
|  | **Current Balance Due** |  |  | $  14,630.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $  9,288.20 | $    0.00 | $  9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 12/08/14 | 2014122606 | 4,015.10 | 0.00 | 4,015.10 |
| 92772-00030 | 01/07/15 | 2015010935 | 3,670.60 | 0.00 | 3,670.60 |
| 92772-00030 | 02/10/15 | 2015021882 | 5,169.10 | 0.00 | 5,169.10 |
| 92772-00030 | 03/16/15 | 2015032310 | 3,258.10 | 0.00 | 3,258.10 |
| 92772-00030 | 04/30/15 | 2015050274 | 8,560.00 | 0.00 | 8,560.00 |
| 92772-00030 | 05/11/15 | 2015051946 | 8,696.00 | 0.00 | 8,696.00 |

**PREVIOUS BALANCE DUE** $  56,280.60

**TOTAL OUTSTANDING BALANCE DUE** $   70,910.60

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through May 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 0.30 | $ 835.00 | $    250.50 |
| JOHN-PAUL VOJTISEK | 0.20 | 740.00 | 148.00 |
| MATTHEW G. BOUSLOG | 3.00 | 625.00 | 1,875.00 |
| MICHAEL Q. CANNON | 0.40 | 575.00 | 230.00 |
| DUKE K. AMPONSAH | 30.70 | 395.00 | 12,126.50 |

**Total Services**                                                    $   14,630.00


**Total Services, Costs/Charges**                                         14,630.00

**BALANCE DUE**                                                       $   14,630.00

RETENTION/FEE APPLICATIONS
92772-00030

_____

Detail Services:

| 05/04/15 0.40 | AMPONSAH, DUKE K | $395.00 | $158.00 | REVIEW MARCH 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
|---|---|---|---|---|
| 05/05/15 0.80 | AMPONSAH, DUKE K | $395.00 | $316.00 | PREPARE DRAFT OF MARCH 2015 MONTHLY FEE STATEMENT. |
| 05/06/15 2.20 | AMPONSAH, DUKE K | $395.00 | $869.00 | UPDATE DRAFT OF MARCH 2015 MONTHLY FEE STATEMENT. |
| 05/07/15 0.50 | BOUSLOG, MATTHEW G | $625.00 | $312.50 | REVIEW AND REVISE CNO REGARDING FEE STATEMENT (0.3); EMAILS WITH J. MADRON AND D. AMPONSAH REGARDING SAME (0.1); CALL WITH C. GOOCH REGARDING FEE APPLICATION (0.1). |
| 05/08/15 0.90 | BOUSLOG, MATTHEW G | $625.00 | $562.50 | REVISE MONTHLY INVOICE FEE STATEMENT (0.2); EMAILS WITH J. MADRON, R. ST JOHN AND D. AMPONSAH REGARDING FEE STATEMENTS AND FEE APPLICATION (0.2); CALL WITH D. AMPONSAH REGARDING SAME (0.2); CALL WITH C. GOOCH REGARDING SAME (0.3). |
| 3.20 | AMPONSAH, DUKE K | $395.00 | $1,264.00 | UPDATE DRAFT OF MARCH 2015 MONTHLY FEE STATEMENT (1.3); PREPARE EXHIBIT TO CERTIFICATE OF NO OBJECTION AND MONTHLY INVOICE FOR FEBRUARY 2015 (1.2); REVIEW APRIL 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.7). |

**Invoice Date: June 8, 2015**                                                    **Invoice No. 2015061442**

**Due and Payable Upon Receipt**

| 05/11/15 1.70 | AMPONSAH, DUKE K | $395.00 | $671.50 | UPDATE DRAFT OF MARCH 2015 MONTHLY FEE STATEMENT (1.4); CONFER WITH BILLING REGARDING SAME (0.3). |
|---|---|---|---|---|
| 05/13/15 0.30 | AMPONSAH, DUKE K | $395.00 | $118.50 | REVIEW APRIL 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 05/14/15 0.90 | AMPONSAH, DUKE K | $395.00 | $355.50 | UPDATE DRAFT OF MARCH 2015 MONTHLY FEE STATEMENT. |
| 05/15/15 1.10 | AMPONSAH, DUKE K | $395.00 | $434.50 | UPDATE DRAFT OF MARCH 2015 MONTHLY FEE STATEMENT. |
| 05/18/15 0.40 | BOUSLOG, MATTHEW G | $625.00 | $250.00 | REVIEW AND REVISE FEE STATEMENT (0.3); CALL WITH D. AMPONSAH REGARDING SAME (0.1). |
| 1.10 | AMPONSAH, DUKE K | $395.00 | $434.50 | UPDATE DRAFT OF MARCH 2015 MONTHLY FEE STATEMENT (0.8); CONFER WITH M. BOUSLOG AND BILLING DEPARTMENT REGARDING SAME (0.3). |
| 05/19/15 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH R. LITTLE AND J. MADRON REGARDING FEE STATEMENT. |
| 3.00 | AMPONSAH, DUKE K | $395.00 | $1,185.00 | UPDATE DRAFT OF MARCH 2015 MONTHLY FEE STATEMENT (0.8); REVIEW APRIL 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.7); PREPARE DRAFTS OF EXHIBITS FOR APRIL 2015 MONTHLY FEE STATEMENT (1.5). |

| | | | | |
|---|---|---|---|---|
| 05/20/15 2.50 | AMPONSAH, DUKE K | $395.00 | $987.50 | UPLOAD RECENTLY FILED MARCH 2015 MONTHLY FEE STATEMENT TO FEE COMMITTEE WEBSITE (0.4); PREPARE DRAFTS OF EXHIBITS FOR APRIL 2015 MONTHLY FEE STATEMENT (2.1). |
| 05/21/15 3.00 | AMPONSAH, DUKE K | $395.00 | $1,185.00 | PREPARE DRAFT OF APRIL 2015 MONTHLY FEE STATEMENT. |
| 05/26/15 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | REDACT INVOICES FOR THIRD INTERIM FEE APPLICATION. |
| 0.20 | VOJTISEK, JOHN-PAUL | $740.00 | $148.00 | ANALYZE AND ADVISE REGARDING BILL. |
| 0.40 | BOUSLOG, MATTHEW G | $625.00 | $250.00 | EMAILS WITH D. KELLY, D. AMPONSAH, A. MCDONALD AND R. LITTLE REGARDING FEE APPLICATION. |
| 0.40 | CANNON, MICHAEL Q | $575.00 | $230.00 | PROVIDE REQUESTED NARRATIVE REGARDING TAX WORK PERFORMED FOR EFH. |
| 2.90 | AMPONSAH, DUKE K | $395.00 | $1,145.50 | UPDATE DRAFT OF APRIL 2015 MONTHLY FEE STATEMENT (0.9); PREPARE DRAFT OF THIRD INTERIM FEE APPLICATION (2.0) |
| 05/27/15 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | REVIEW AND REVISE FEE STATEMENT (0.2); EMAILS WITH R. LITTLE, J. MADRON AND D. AMPONSAH REGARDING SAME (0.1). |
| 2.90 | AMPONSAH, DUKE K | $395.00 | $1,145.50 | UPDATE DRAFT OF THIRD INTERIM FEE APPLICATION. |
| 05/28/15 2.20 | AMPONSAH, DUKE K | $395.00 | $869.00 | UPLOAD RECENTLY FILED APRIL 2015 MONTHLY FEE STATEMENT TO FEE COMMITTEE WEBSITE (0.4); UPDATE DRAFT OF THIRD INTERIM FEE APPLICATION (1.8). |

| 05/29/15 | | | | |
|---|---|---|---|---|
| 0.40 | BOUSLOG, MATTHEW G | $625.00 | $250.00 | CALLS AND EMAILS WITH W. KAO REGARDING FEE APPLICATION. |
| 2.50 | AMPONSAH, DUKE K | $395.00 | $987.50 | UPDATE DRAFT OF THIRD INTERIM FEE APPLICATION. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 8, 2015**

**Invoice No. 2015061443**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $ 1,169.00 | $ 0.00 | $ 1,169.00 |
|  | **Totals** | $ 1,169.00 | $ 0.00 | $ 1,169.00 |
|  | **Current Balance Due** |  |  | $ 1,169.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $ 758.40 | $ 0.00 | $ 758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |
| 92772-00031 | 12/08/14 | 2014122607 | 122.40 | 0.00 | 122.40 |
| 92772-00031 | 01/07/15 | 2015010936 | 2,402.90 | 0.00 | 2,402.90 |
| 92772-00031 | 02/10/15 | 2015021883 | 1,932.20 | 0.00 | 1,932.20 |
| 92772-00031 | 03/16/15 | 2015032311 | 3,859.40 | 0.00 | 3,859.40 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: June 8, 2015**                                    **Invoice No. 2015061443**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 04/30/15 | 2015050275 | 15,583.50 | 0.00 | 15,583.50 |
| 92772-00031 | 05/11/15 | 2015051947 | 17,215.00 | 0.00 | 17,215.00 |

**PREVIOUS BALANCE DUE**                                             $  42,411.00

**TOTAL OUTSTANDING BALANCE DUE**                          $   43,580.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 8, 2015**

**Invoice No. 2015061443**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $    1,169.00 | $    0.00 | $    1,169.00 |
|  | **Totals** | $    1,169.00 | $    0.00 | $    1,169.00 |
|  | **Current Balance Due** |  |  | $    1,169.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $    758.40 | $    0.00 | $    758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00031 | 12/08/14 | 2014122607 | 122.40 | 0.00 | 122.40 |
| 92772-00031 | 01/07/15 | 2015010936 | 2,402.90 | 0.00 | 2,402.90 |
| 92772-00031 | 02/10/15 | 2015021883 | 1,932.20 | 0.00 | 1,932.20 |
| 92772-00031 | 03/16/15 | 2015032311 | 3,859.40 | 0.00 | 3,859.40 |
| 92772-00031 | 04/30/15 | 2015050275 | 15,583.50 | 0.00 | 15,583.50 |
| 92772-00031 | 05/11/15 | 2015051947 | 17,215.00 | 0.00 | 17,215.00 |

**PREVIOUS BALANCE DUE**                                         $  42,411.00

**TOTAL OUTSTANDING BALANCE DUE**                               $  43,580.00

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through May 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 1.40 | $ 835.00 | $ 1,169.00 |
| **Total Services** | | | $ 1,169.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 1,169.00 |
| **BALANCE DUE** | $ 1,169.00 |

EFH SEC MATTERS
92772-00031

_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| 05/01/15 | | | | |
| 0.70 | LITTLE, ROBERT B | $835.00 | $584.50 | ANALYZE IMPACT OF NEW PAY FOR PERFORMANCE RULE ON EFH AND POTENTIAL TIMING FOR COMPLIANCE REQUIREMENT (0.5); E-MAIL TO A. WRIGHT REGARDING SAME (0.2). |
| 05/06/15 | | | | |
| 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | REVIEW AND REVISE FORM 10-Q. |
| 05/27/15 | | | | |
| 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | REVIEW FORM 8-K FILING REQUIREMENT (0.2); REVIEW AND RESPOND TO QUESTION FROM J. WALKER REGARDING SAME (0.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 8, 2015**

**Invoice No. 2015061444**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $  30,014.00 | $      0.00 | $  30,014.00 |
|  | **Totals** | $  30,014.00 | $    0.00 | $  30,014.00 |
|  | **Current Balance Due** |  |  | $  30,014.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 02/10/15 | 2015021885 | $    92.00 | $    0.00 | $      92.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE** $    92.00

**TOTAL OUTSTANDING BALANCE DUE** $   30,106.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 8, 2015**

**Invoice No. 2015061444**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $   30,014.00 | $       0.00 | $   30,014.00 |
| | **Totals** | $   30,014.00 | $      0.00 | $   30,014.00 |
| | **Current Balance Due** | | | $   30,014.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 02/10/15 | 2015021885 | $     92.00 | $    0.00 | $       92.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: June 8, 2015**                                                                 **Invoice No. 2015061444**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                        $      92.00

**TOTAL OUTSTANDING BALANCE DUE**                              $   30,106.00

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH CORPORATE MATTERS
92772-00043

---

For Services Rendered Through May 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 17.20 | $ 835.00 | $ 14,362.00 |
| JONATHAN M. WHALEN | 3.40 | 630.00 | 2,142.00 |
| CAITLIN A. CALLOWAY | 22.70 | 500.00 | 11,350.00 |
| TIMOTHY P. FISHER | 3.50 | 450.00 | 1,575.00 |
| JOSEPH A. ORIEN | 1.30 | 450.00 | 585.00 |
| **Total Services** | | | $ 30,014.00 |

**Total Services, Costs/Charges**                    30,014.00

**BALANCE DUE**                    $  30,014.00

**Due and Payable Upon Receipt**

TCEH CORPORATE MATTERS
92772-00043

_____

Detail Services:

05/02/15

| | | | | |
|---|---|---|---|---|
| 2.80 | LITTLE, ROBERT B | $835.00 | $2,338.00 | REVIEW AND ANALYZE RESTRUCTURING STEPS FOR TCEH (0.4); WORK ON CHECKLIST FOR SAME (2.4). |

05/04/15

| | | | | |
|---|---|---|---|---|
| 1.70 | LITTLE, ROBERT B | $835.00 | $1,419.50 | REVIEW AND REVISE EMERGENCE CHECKLIST AND ATTENTION TO ISSUES IN SAME (1.6); CONFER WITH J. WHALEN REGARDING SAME (0.1). |
| 2.20 | WHALEN, JONATHAN M | $630.00 | $1,386.00 | REVISE CHECKLIST WITH RESPECT TO CHAPTER 11 EMERGENCE MATTERS. |
| 2.40 | CALLOWAY, CAITLIN A | $500.00 | $1,200.00 | ANALYZE TRANSACTION STEPS AND PREPARE CHECKLIST REGARDING SAME. |

05/05/15

| | | | | |
|---|---|---|---|---|
| 4.70 | LITTLE, ROBERT B | $835.00 | $3,924.50 | REVIEW AND REVISE TCEH EMERGENCE CHECKLIST (0.3); REVIEW FORM S-1 PRECEDENT (0.8); PREPARE FORM S-1 FOR REORGANIZED TCEH (3.6). |

05/07/15

| | | | | |
|---|---|---|---|---|
| 0.60 | FISHER, TIMOTHY P | $450.00 | $270.00 | REVIEW TRANSACTION STRUCTURE AND CONFERENCE WITH WORKING GROUP REGARDING S-1. |

05/08/15

| | | | | |
|---|---|---|---|---|
| 0.50 | FISHER, TIMOTHY P | $450.00 | $225.00 | PREPARE S-1. |

05/14/15

| | | | | |
|---|---|---|---|---|
| 1.20 | CALLOWAY, CAITLIN A | $500.00 | $600.00 | PREPARE REGISTRATION STATEMENT (0.9); DISCUSS WITH J. ORIEN (0.3). |
| 1.30 | ORIEN, JOSEPH A | $450.00 | $585.00 | ANALYZE POST-EMERGENCE STRUCTURE ISSUES (1.0); CONFER WITH C. CALLOWAY REGARDING REGISTRATION STATEMENT (0.3). |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 05/15/15 2.50 | CALLOWAY, CAITLIN A | $500.00 | $1,250.00 | PREPARE REGISTRATION STATEMENT. |
| 05/18/15 2.50 | CALLOWAY, CAITLIN A | $500.00 | $1,250.00 | PREPARE REGISTRATION STATEMENT. |
| 05/19/15 2.30 | CALLOWAY, CAITLIN A | $500.00 | $1,150.00 | CONFER WITH J. WHALEN REGARDING REGISTRATION STATEMENT (0.3); PREPARE REGISTRATION STATEMENT (2.0). |
| 05/20/15 3.30 | CALLOWAY, CAITLIN A | $500.00 | $1,650.00 | PREPARE REGISTRATION STATEMENT AND RESEARCH RULES REGARDING SAME. |
| 05/22/15 1.60 | CALLOWAY, CAITLIN A | $500.00 | $800.00 | PREPARE REGISTRATION STATEMENT. |
| 05/25/15 2.60 | CALLOWAY, CAITLIN A | $500.00 | $1,300.00 | PREPARE REGISTRATION STATEMENT. |
| 05/26/15 1.20 | WHALEN, JONATHAN M | $630.00 | $756.00 | REVIEW FORM S-1 DRAFT. |
| 2.40 | FISHER, TIMOTHY P | $450.00 | $1,080.00 | REVISE FORM S-1 AND CONFERENCE WITH WORKING GROUP REGARDING SAME. |
| 05/27/15 4.30 | CALLOWAY, CAITLIN A | $500.00 | $2,150.00 | PREPARE REGISTRATIONS STATEMENT. |
| 05/28/15 1.80 | LITTLE, ROBERT B | $835.00 | $1,503.00 | REVIEW AND REVISE FORM S-1. |
| 05/29/15 3.60 | LITTLE, ROBERT B | $835.00 | $3,006.00 | REVIEW AND REVISE FORM S-1 FOR REORGANIZED TCEH. |
| 05/30/15 2.60 | LITTLE, ROBERT B | $835.00 | $2,171.00 | REVIEW AND REVISE FORM S-1 FOR REORGANIZED TCEH. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 8, 2015**

**Invoice No. 2015061445**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    437.50 | $    0.00 | $    437.50 |
| | **Totals** | $    437.50 | $    0.00 | $    437.50 |
| | **Current Balance Due** | | | $    437.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $  1,342.90 | $  0.00 | $  1,342.90 |
| 92772-00046 | 11/12/14 | 2014112989 | 380.00 | 0.00 | 380.00 |
| 92772-00046 | 12/08/14 | 2014122609 | 264.70 | 0.00 | 264.70 |
| 92772-00046 | 01/07/15 | 2015010938 | 175.91 | 0.00 | 175.91 |
| 92772-00046 | 02/10/15 | 2015021886 | 187.00 | 0.00 | 187.00 |
| 92772-00046 | 04/30/15 | 2015050283 | 854.50 | 0.00 | 854.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00046 | 05/11/15 | 2015051951 | 500.00 | 0.00 | 500.00 |

**PREVIOUS BALANCE DUE** $ 3,705.01

**TOTAL OUTSTANDING BALANCE DUE** $ 4,142.51

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 8, 2015**

**Invoice No. 2015061445**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $  437.50 | $  0.00 | $  437.50 |
|  | **Totals** | $  437.50 | $  0.00 | $  437.50 |
|  | **Current Balance Due** |  |  | $  437.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $  1,342.90 | $  0.00 | $  1,342.90 |
| 92772-00046 | 11/12/14 | 2014112989 | 380.00 | 0.00 | 380.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: June 8, 2015**                                    **Invoice No. 2015061445**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00046 | 12/08/14 | 2014122609 | 264.70 | 0.00 | 264.70 |
| 92772-00046 | 01/07/15 | 2015010938 | 175.91 | 0.00 | 175.91 |
| 92772-00046 | 02/10/15 | 2015021886 | 187.00 | 0.00 | 187.00 |
| 92772-00046 | 04/30/15 | 2015050283 | 854.50 | 0.00 | 854.50 |
| 92772-00046 | 05/11/15 | 2015051951 | 500.00 | 0.00 | 500.00 |

**PREVIOUS BALANCE DUE** $ 3,705.01

**TOTAL OUTSTANDING BALANCE DUE** $ 4,142.51

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

BUDGETING-RELATED WORK
92772-00046

---

For Services Rendered Through May 31, 2015

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MATTHEW G. BOUSLOG | 0.70 | $ 625.00 | $ | 437.50 |
| **Total Services** | | | $ | 437.50 |
| **Total Services, Costs/Charges** | | | | 437.50 |
| **BALANCE DUE** | | | $ | 437.50 |

BUDGETING-RELATED WORK
92772-00046

_____

Detail Services:

| 05/12/15 | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH R. LITTLE AND OTHERS REGARDING BUDGET. |

| 05/14/15 | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH J. HO AND M. RAIFF REGARDING BUDGET. |

| 05/15/15 | | | | |
|---|---|---|---|---|
| 0.50 | BOUSLOG, MATTHEW G | $625.00 | $312.50 | DRAFT BUDGET (0.4); EMAILS WITH G. MOOR, D. KELLY AND C. GOOCH REGARDING SAME (0.1). |

**Exhibit G-2**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 24, 2015**

**Invoice No. 2015073307**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  73,783.00 | $      0.00 | $  73,783.00 |
| | **Totals** | $  73,783.00 | $      0.00 | $  73,783.00 |
| | **Current Balance Due** | | | $  73,783.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $    300.90 | $    0.00 | $    300.90 |
| 92772-00008 | 01/20/15 | 2015011938 | 992.60 | 0.00 | 992.60 |
| 92772-00008 | 02/27/15 | 2015023289 | 3,283.60 | 0.00 | 3,283.60 |
| 92772-00008 | 03/26/15 | 2015033300 | 7,451.70 | 0.00 | 7,451.70 |
| 92772-00008 | 04/30/15 | 2015051616 | 112,232.00 | 0.00 | 112,232.00 |
| 92772-00008 | 05/11/15 | 2015051944 | 374.00 | 0.00 | 374.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 24, 2015**                                    **Invoice No. 2015073307**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 06/30/15 | 2015063939 | 16,240.50 | 0.00 | 16,240.50 |

**PREVIOUS BALANCE DUE**                                        $  140,875.30

**TOTAL OUTSTANDING BALANCE DUE**                        $  214,658.30

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 24, 2015**

**Invoice No. 2015073307**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  73,783.00 | $      0.00 | $  73,783.00 |
| | **Totals** | $  73,783.00 | $     0.00 | $  73,783.00 |
| | **Current Balance Due** | | | $  73,783.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $     300.90 | $    0.00 | $     300.90 |
| 92772-00008 | 01/20/15 | 2015011938 | 992.60 | 0.00 | 992.60 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00008 | 02/27/15 | 2015023289 | 3,283.60 | 0.00 | 3,283.60 |
| 92772-00008 | 03/26/15 | 2015033300 | 7,451.70 | 0.00 | 7,451.70 |
| 92772-00008 | 04/30/15 | 2015051616 | 112,232.00 | 0.00 | 112,232.00 |
| 92772-00008 | 05/11/15 | 2015051944 | 374.00 | 0.00 | 374.00 |
| 92772-00008 | 06/30/15 | 2015063939 | 16,240.50 | 0.00 | 16,240.50 |

**PREVIOUS BALANCE DUE**                              $ 140,875.30

**TOTAL OUTSTANDING BALANCE DUE**               $ 214,658.30

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

For Services Rendered Through June 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| MICHAEL L. RAIFF | 4.70 | $ 885.00 | $  4,159.50 |
| JAMES C. HO | 19.40 | 835.00 | 16,199.00 |
| ASHLEY E. JOHNSON | 48.30 | 690.00 | 33,327.00 |
| RAMA T. LAGADAPATI | 5.50 | 625.00 | 3,437.50 |
| WILLIAM T. THOMPSON | 39.20 | 425.00 | 16,660.00 |

**Total Services**                                          $  73,783.00


**Total Services, Costs/Charges**                              73,783.00

**BALANCE DUE**                                            $  73,783.00

**Due and Payable Upon Receipt**

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

Detail Services:

| 06/01/15 | | | | | |
|---|---|---|---|---|---|
| 3.40 | JOHNSON, ASHLEY E | $690.00 | $2,346.00 | PREPARE FOR █████████ ███████████████ PARTICIPATE IN SAME WITH W. THOMPSON AND CLIENT (1.8); ANALYZE ██████████████████ (1.1). |
| 2.20 | THOMPSON, WILLIAM T | $425.00 | $935.00 | MEET WITH CLIENT █████████ DISCUSS ████████ WITH A. JOHNSON (.4). |
| 06/02/15 | | | | |
| 1.10 | JOHNSON, ASHLEY E | $690.00 | $759.00 | REVIEW AND COMMENT ON ████████████████ COMPILE FROM TEAM (.4). |
| 2.10 | THOMPSON, WILLIAM T | $425.00 | $892.50 | COMMUNICATE WITH A. JOHNSON RE ████████ REVIEW AND ANALYZE ██████ WRITE ███████████ |
| 06/03/15 | | | | |
| 3.50 | THOMPSON, WILLIAM T | $425.00 | $1,487.50 | WRITE ██████ . |
| 06/04/15 | | | | |
| 1.20 | THOMPSON, WILLIAM T | $425.00 | $510.00 | WRITE ████████ |
| 06/07/15 | | | | |
| 1.50 | JOHNSON, ASHLEY E | $690.00 | $1,035.00 | REVISE ███████████ |
| 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | EMAILS WITH A. JOHNSON RE ████████████ . |
| 06/08/15 | | | | |
| 0.40 | JOHNSON, ASHLEY E | $690.00 | $276.00 | REVISE █████ . |

---

**Invoice Date: July 24, 2015**

**Due and Payable Upon Receipt**

**Invoice No. 2015073307**

| | | | | |
|---|---|---|---|---|
| 3.40 | THOMPSON, WILLIAM T | $425.00 | $1,445.00 | REVISE AND MODIFY ███████████ |

**06/09/15**

| | | | | |
|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | MEET REGARDING ██████ AND EMAILS REGARDING ████. |
| 0.30 | HO, JAMES C | $835.00 | $250.50 | PREPARE FOR ████████ AND ALLOCATE TASKS WITH M. RAIFF RE: SAME. |
| 0.50 | JOHNSON, ASHLEY E | $690.00 | $345.00 | REVISE ██████. |

**06/10/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | JOHNSON, ASHLEY E | $690.00 | $207.00 | REVISE ██████ |

**06/12/15**

| | | | | |
|---|---|---|---|---|
| 1.30 | HO, JAMES C | $835.00 | $1,085.50 | REVIEW AND ANALYZE ████ █████████████ CORRESPONDENCE RE: SAME (.2). |

**06/13/15**

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | BEGIN STUDYING ██████ AND COMMUNICATIONS REGARDING SAME. |
| 1.60 | JOHNSON, ASHLEY E | $690.00 | $1,104.00 | READ ███████ ANALYZE EFFECT ON ████ DRAFT EMAIL REGARDING SAME (.3). |
| 1.90 | THOMPSON, WILLIAM T | $425.00 | $807.50 | EMAILS WITH M. RAIFF, J. HO, AND A. JOHNSON RE ██████ REVIEW AND ANALYZE █████ |

**06/14/15**

| | | | | |
|---|---|---|---|---|
| 1.30 | RAIFF, MICHAEL L | $885.00 | $1,150.50 | ATTENTION TO AND EMAILS REGARDING ███████████ |

| 2.00 | HO, JAMES C | $835.00 | $1,670.00 | ANALYZE ███████ █████████████████ ██████████ ███ AND CORRESPONDENCE RE: SAME (1.0); ANALYZE ████████ ████████████ REVIEW AND EDIT ███████ |
| 3.70 | JOHNSON, ASHLEY E | $690.00 | $2,553.00 | REVISE ██████████████ ████████████ EMAIL CORRESPONDENCE REGARDING SAME (.5). |
| 3.80 | THOMPSON, WILLIAM T | $425.00 | $1,615.00 | REVISE AND MODIFY █████████████ RESEARCH AND ANALYZE ████████████ EMAILS WITH J. HO, M. RAIFF, AND A. JOHNSON RE ████████████ |

06/15/15

| 2.40 | HO, JAMES C | $835.00 | $2,004.00 | ANALYZE ████████████████ ████████████████████ ██████ AND PREPARE OUTLINE FOR ███████ REVIEW █████████████████ ████████████████ █████████████ |
| 5.10 | JOHNSON, ASHLEY E | $690.00 | $3,519.00 | REVISE █████████████ CONFERENCE WITH J. HO REGARDING █████████ ███████████████████ ███ REVIEW RESEARCH REGARDING ███████████ |
| 4.80 | THOMPSON, WILLIAM T | $425.00 | $2,040.00 | COMMUNICATE WITH J. HO AND A. JOHNSON RE █████████ RESEARCH █████████████ |

06/16/15

| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO AND COMMUNICATIONS REGARDING ███████ . |

| 0.80 | HO, JAMES C | $835.00 | $668.00 | ANALYZE ███████ CORRESPONDENCE RE: SAME (.4); REVIEW CASE LAW RE: ███████ AND FURTHER EDIT ███████ IN LIGHT OF SAME (0.4). |

| 1.70 | JOHNSON, ASHLEY E | $690.00 | $1,173.00 | REVISE ███████ |

| 4.50 | THOMPSON, WILLIAM T | $425.00 | $1,912.50 | EMAILS WITH J. HO, A. JOHNSON, AND M. RAIFF RE ███████ REVISE AND MODIFY ███████ WRITE ███████ |

06/17/15

| 1.50 | JOHNSON, ASHLEY E | $690.00 | $1,035.00 | REVISE ███████ OVERSEE PREPARATION OF ███████ |

| 1.00 | THOMPSON, WILLIAM T | $425.00 | $425.00 | REVISE AND MODIFY ███████ PREPARE DOCUMENTS FOR ███████ |

06/18/15

| 0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ███████ |

| 1.50 | JOHNSON, ASHLEY E | $690.00 | $1,035.00 | TELEPHONE CONFERENCE WITH T. SILVEY REGARDING ███████ EVALUATE EFFECT OF ███████ ON CURRENT LITIGATION; FINALIZE AND SEND ███████ |

| 0.70 | THOMPSON, WILLIAM T | $425.00 | $297.50 | EMAILS RE ███████████<br>███<br>EMAILS RE ██████<br>EMAILS RE ████████ |

**06/19/15**

| 0.50 | HO, JAMES C | $835.00 | $417.50 | CORRESPONDENCE RE: ████████ ANALYZE ████████ |

| 4.20 | JOHNSON, ASHLEY E | $690.00 | $2,898.00 | TELEPHONE CONFERENCE WITH JUDGE KAPLAN AND W. THOMPSON REGARDING ████████ CONFERENCE WITH M. RAIFF REGARDING SAME (0.3); TELEPHONE CONFERENCE WITH S. SOESBE REGARDING ████████ REVIEW ████████ REVIEW ████████ |

| 1.40 | THOMPSON, WILLIAM T | $425.00 | $595.00 | COMMUNICATE WITH JUDGE KAPLAN AND A. JOHNSON RE: ████████. |

**06/20/15**

| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO AND COMMUNICATIONS REGARDING ████████. |

**06/21/15**

| 0.80 | HO, JAMES C | $835.00 | $668.00 | ANALYSIS OF POTENTIAL RESPONSES TO ████████ |

| 0.80 | JOHNSON, ASHLEY E | $690.00 | $552.00 | ANALYZE KEY ISSUES PRESENTED BY ███████ ███████ EMAIL CORRESPONDENCE WITH J. HO REGARDING SAME (0.2). |
| 1.40 | THOMPSON, WILLIAM T | $425.00 | $595.00 | COMMUNICATE WITH J. HO, M. RAIFF, AND A. JOHNSON RE ███████ |

**06/22/15**

| 0.60 | HO, JAMES C | $835.00 | $501.00 | ANALYZE ███████ FOR REPLY BRIEF, INCLUDING ███████ ANALYZE ███████ IN LIGHT OF ███████ |
| 1.70 | THOMPSON, WILLIAM T | $425.00 | $722.50 | CALL WITH S. SOESBEAND S. CARAWAYRE ███████ DISCUSS ███████ WITH A. JOHNSON (.4). |

**06/23/15**

| 0.40 | THOMPSON, WILLIAM T | $425.00 | $170.00 | EMAILS WITH M. RAIFF AND A. JOHNSON RE ███████ |

**06/24/15**

| 1.10 | HO, JAMES C | $835.00 | $918.50 | ANALYZ ███████ FOR REPLY BRIEF, ███████ DRAFT LANGUAGE RE: SAME (.6). |
| 3.50 | JOHNSON, ASHLEY E | $690.00 | $2,415.00 | READ SUPPLEMENTAL BRIEFS (2.4); CONFERENCE WITH M. RAIFF REGARDING REPLY BRIEF (.3); CONFERENCE WITH J. HO REGARDING REPLY BRIEF (.3); OUTLINE REPLY BRIEF (.5). |
| 1.00 | LAGADAPATI, RAMA T | $625.00 | $625.00 | RESEARCH AND ANALYSIS REGARDING ███████ ███████ COMMUNICATIONS WITH A. JOHNSON REGARDING THE SAME (.2). |

| | | | | |
|---|---|---|---|---|
| 0.90 | THOMPSON, WILLIAM T | $425.00 | $382.50 | EMAILS WITH A. JOHNSON AND J. HO RE ███████████ EMAILS WITH A. JOHNSON RE ███████ VERIFY ███████ |

**06/25/15**

| | | | | |
|---|---|---|---|---|
| 0.60 | HO, JAMES C | $835.00 | $501.00 | REVISE ████████████ AND ANALYZE POTENTIAL ISSUES RE: SAME. |
| 1.00 | JOHNSON, ASHLEY E | $690.00 | $690.00 | DRAFT REPLY BRIEF IN FPL LITIGATION. |
| 3.00 | LAGADAPATI, RAMA T | $625.00 | $1,875.00 | RESEARCH AND ANALYSIS REGARDING ████████████ ███████ DRAFT SUMMARY OF THE SAME AND SEND TO A. JOHNSON (1.1). |
| 0.30 | THOMPSON, WILLIAM T | $425.00 | $127.50 | RETRIEVE RECORD DOCUMENTS FOR A. JOHNSON (.2); EMAILS WITH A. JOHNSON RE REPLY BRIEF (.1). |

**06/26/15**

| | | | | |
|---|---|---|---|---|
| 3.90 | JOHNSON, ASHLEY E | $690.00 | $2,691.00 | DRAFT REPLY BRIEF IN FPL LITIGATION. |
| 1.50 | LAGADAPATI, RAMA T | $625.00 | $937.50 | RESEARCH AND ANALYSIS OF ████████████ ; DRAFT SUMMARY OF THE SAME AND SEND TO A. JOHNSON (.7). |

**06/27/15**

| | | | | |
|---|---|---|---|---|
| 3.20 | JOHNSON, ASHLEY E | $690.00 | $2,208.00 | REVISE REPLY BRIEF IN FPL LITIGATION. |

**06/29/15**

| | | | | |
|---|---|---|---|---|
| 3.50 | HO, JAMES C | $835.00 | $2,922.50 | REVIEW AND EDIT DRAFT BRIEF, ████████████ REVIEW MATERIALS RE: SAME (1.6). |

| | | | | |
|---|---|---|---|---|
| 4.00 | JOHNSON, ASHLEY E | $690.00 | $2,760.00 | REVISE REPLY BRIEF IN FPL LITIGATION (2.1); REVIEW TRIAL RECORD ███████████ ████ CONFERENCE WITH J. HO AND W. THOMPSON REGARDING REPLY BRIEF (.3). |
| 2.50 | THOMPSON, WILLIAM T | $425.00 | $1,062.50 | COMMUNICATE WITH A. JOHNSON AND J. HO RE REPLY BRIEF (.3); ANALYZE AND PROPOSE MODIFICATIONS TO REPLY BRIEF (2.2). |

06/30/15

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | ATTENTION TO AND COMMUNICATIONS REGARDING REPLY BRIEF ARGUMENTS AND BRIEF. |
| 5.50 | HO, JAMES C | $835.00 | $4,592.50 | EDIT REVISED DRAFT REPLY BRIEF AND REVIEW MATERIALS AND CORRESPONDENCE RE: SAME, ████████████ |
| 5.40 | JOHNSON, ASHLEY E | $690.00 | $3,726.00 | REVISE REPLY BRIEF IN FPL LITIGATION (5.1); CONFERENCE WITH J. HO REGARDING SAME (.3). |
| 1.30 | THOMPSON, WILLIAM T | $425.00 | $552.50 | COMMUNICATE WITH J. HO AND A. JOHNSON RE REPLY BRIEF (.3); REVIEW REPLY BRIEF (1.0). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 20, 2015**

**Invoice No. 2015072761**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $ 3,186.00 | $ 0.00 | $ 3,186.00 |
|  | **Totals** | $ 3,186.00 | $ 0.00 | $ 3,186.00 |
|  | **Current Balance Due** |  |  | $ 3,186.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 10/02/14 | 2014101452 | $ 730.80 | $ 0.00 | $ 730.80 |
| 92772-00013 | 11/12/14 | 2014113373 | 1,071.00 | 0.00 | 1,071.00 |
| 92772-00013 | 12/08/14 | 2014121947 | 491.40 | 0.00 | 491.40 |
| 92772-00013 | 01/22/15 | 2015012766 | 458.40 | 0.00 | 458.40 |
| 92772-00013 | 02/27/15 | 2015023353 | 819.00 | 0.00 | 819.00 |
| 92772-00013 | 03/25/15 | 2015033219 | 4,125.30 | 0.00 | 4,125.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 04/30/15 | 2015050364 | 3,544.00 | 0.00 | 3,544.00 |
| 92772-00013 | 05/11/15 | 2015053084 | 479.50 | 0.00 | 479.50 |
| 92772-00013 | 06/30/15 | 2015063669 | 1,965.50 | 0.00 | 1,965.50 |

**PREVIOUS BALANCE DUE** $ 13,684.90

**TOTAL OUTSTANDING BALANCE DUE** $ 16,870.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 20, 2015**

**Invoice No. 2015072761**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $   3,186.00 | $      0.00 | $   3,186.00 |
| | **Totals** | $   3,186.00 | $      0.00 | $   3,186.00 |
| | **Current Balance Due** | | | $   3,186.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 10/02/14 | 2014101452 | $    730.80 | $   0.00 | $    730.80 |
| 92772-00013 | 11/12/14 | 2014113373 | 1,071.00 | 0.00 | 1,071.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00013 | 12/08/14 | 2014121947 | 491.40 | 0.00 | 491.40 |
| 92772-00013 | 01/22/15 | 2015012766 | 458.40 | 0.00 | 458.40 |
| 92772-00013 | 02/27/15 | 2015023353 | 819.00 | 0.00 | 819.00 |
| 92772-00013 | 03/25/15 | 2015033219 | 4,125.30 | 0.00 | 4,125.30 |
| 92772-00013 | 04/30/15 | 2015050364 | 3,544.00 | 0.00 | 3,544.00 |
| 92772-00013 | 05/11/15 | 2015053084 | 479.50 | 0.00 | 479.50 |
| 92772-00013 | 06/30/15 | 2015063669 | 1,965.50 | 0.00 | 1,965.50 |

**PREVIOUS BALANCE DUE**                                    $   13,684.90

**TOTAL OUTSTANDING BALANCE DUE**                          $   16,870.90

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

For Services Rendered Through June 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 3.60 | $ 885.00 | $ 3,186.00 |

**Total Services**      $ 3,186.00

**Total Services, Costs/Charges**      3,186.00

**BALANCE DUE**      $ 3,186.00

**Invoice Date: July 20, 2015**                                    **Invoice No. 2015072761**

**Due and Payable Upon Receipt**

FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

Detail Services:

| 06/02/15 | | | | | |
| --- | --- | --- | --- | --- | --- |
| 0.60 | RAIFF, MICHAEL L | $885.00 | $531.00 | FOLLOW-UP ON SETTLEMENT (0.4); MULTIPLE COMMUNICATIONS REGARDING SAME (0.2). |

| 06/03/15 | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1.50 | RAIFF, MICHAEL L | $885.00 | $1,327.50 | WORK ON SETTLEMENT EFFORTS, EDITS TO SETTLEMENT AGREEMENT (1.1); CONFERENCE CALLS AND EMAILS WITH CLIENTS AND CO-COUNSEL REGARDING SAME (0.4). |

| 06/04/15 | | | | | |
| --- | --- | --- | --- | --- | --- |
| 0.80 | RAIFF, MICHAEL L | $885.00 | $708.00 | WORK ON SETTLEMENT EFFORTS (0.5); MULTIPLE COMMUNICATIONS REGARDING SAME (0.3). |

| 06/05/15 | | | | | |
| --- | --- | --- | --- | --- | --- |
| 0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | COMMUNICATIONS REGARDING AND ATTENTION TO FINALIZING SETTLEMENT. |

| 06/08/15 | | | | | |
| --- | --- | --- | --- | --- | --- |
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | FOLLOW-UP ON SETTLEMENT AND WORK ON FINALIZING SETTLEMENT AND DISMISSAL PAPERS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 13, 2015**

**Invoice No. 2015071601**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  53,799.00 | $      0.00 | $  53,799.00 |
|  | **Totals** | $  53,799.00 | $      0.00 | $  53,799.00 |
|  | **Current Balance Due** |  |  | $  53,799.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $  2,316.30 | $  0.00 | $  2,316.30 |
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 1,382.00 | 0.00 | 1,382.00 |
| 92772-00018 | 01/05/15 | 2015011725 | 17,185.70 | 0.00 | 17,185.70 |
| 92772-00018 | 02/10/15 | 2015021965 | 15,840.10 | 0.00 | 15,840.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|---------:|------:|------------:|
| 92772-00018 | 03/16/15 | 2015032314 | 14,748.30 | 0.00 | 14,748.30 |
| 92772-00018 | 04/30/15 | 2015050362 | 140,878.50 | 0.00 | 140,878.50 |
| 92772-00018 | 05/11/15 | 2015053089 | 46,886.50 | 0.00 | 46,886.50 |
| 92772-00018 | 06/30/15 | 2015061449 | 45,041.50 | 0.00 | 45,041.50 |

**PREVIOUS BALANCE DUE**     $ 286,437.10

**TOTAL OUTSTANDING BALANCE DUE**     $ 340,236.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 13, 2015**

**Invoice No. 2015071601**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  53,799.00 | $      0.00 | $  53,799.00 |
|  | **Totals** | $  53,799.00 | $   0.00 | $  53,799.00 |
|  | **Current Balance Due** |  |  | $  53,799.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $  2,316.30 | $   0.00 | $  2,316.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: July 13, 2015                                                     Invoice No. 2015071601

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 1,382.00 | 0.00 | 1,382.00 |
| 92772-00018 | 01/05/15 | 2015011725 | 17,185.70 | 0.00 | 17,185.70 |
| 92772-00018 | 02/10/15 | 2015021965 | 15,840.10 | 0.00 | 15,840.10 |
| 92772-00018 | 03/16/15 | 2015032314 | 14,748.30 | 0.00 | 14,748.30 |
| 92772-00018 | 04/30/15 | 2015050362 | 140,878.50 | 0.00 | 140,878.50 |
| 92772-00018 | 05/11/15 | 2015053089 | 46,886.50 | 0.00 | 46,886.50 |
| 92772-00018 | 06/30/15 | 2015061449 | 45,041.50 | 0.00 | 45,041.50 |

**PREVIOUS BALANCE DUE**                                    $  286,437.10

**TOTAL OUTSTANDING BALANCE DUE**                  $  340,236.10

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

NSR CASE
92772-00018

_____

For Services Rendered Through June 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 7.20 | $ 975.00 | $ 7,020.00 |
| MICHAEL L. RAIFF | 35.90 | 885.00 | 31,771.50 |
| RUSSELL H. FALCONER | 13.40 | 610.00 | 8,174.00 |
| ELIZABETH M. VINEY | 12.10 | 525.00 | 6,352.50 |
| GAYA K. HOLMAN | 1.30 | 370.00 | 481.00 |
| **Total Services** | | | $  53,799.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 53,799.00 |
| **BALANCE DUE** | | $   53,799.00 |

NSR CASE
92772-00018

_____

Detail Services:

06/01/15

| | | | | |
|---|---|---|---|---|
| 2.00 | DAWSON, WILLIAM B | $975.00 | $1,950.00 | CONFERENCE CALL AND PREPARATION REGARDING ███████████ (1.3); REDACTION WORK (0.7). |
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | PARTICIPATE IN CLIENT CALL REGARDING ███████████ (0.5); ATTENTION TO PROPOSED NEW SCHEDULING ORDER AND DISCOVERY ORDER (0.3); CONFERENCE CALL WITH DOJ (0.1); FOLLOW-UP COMMUNICATIONS (0.1). |
| 1.10 | FALCONER, RUSSELL H | $610.00 | $671.00 | PARTICIPATE IN CALL REGARDING AMENDED SCHEDULING ORDER AND CORRESPOND WITH GROUP REGARDING SAME. |

06/02/15

| | | | | |
|---|---|---|---|---|
| 1.30 | DAWSON, WILLIAM B | $975.00 | $1,267.50 | PREPARE FOR AND PARTICIPATE IN WEEKLY CALL. |
| 2.30 | RAIFF, MICHAEL L | $885.00 | $2,035.50 | CONFERENCE CALL WITH CLIENTS (1.0); WORK ON NEW SCHEDULING PROPOSAL AND ESI ORDER (0.6); REVIEW DOJ'S REVISED FILINGS AND COMMUNICATIONS REGARDING SAME (0.7). |
| 0.30 | FALCONER, RUSSELL H | $610.00 | $183.00 | CORRESPONDENCE REGARDING ███████████. |
| 1.00 | VINEY, ELIZABETH M | $525.00 | $525.00 | PARTICIPATE IN WEEKLY TEAM CONFERENCE CALL. |

| 06/03/15 1.30 | RAIFF, MICHAEL L | $885.00 | $1,150.50 | ATTENTION TO AND COMMUNICATIONS REGARDING NEW SCHEDULING PROPOSAL AND SUPPLEMENTAL JOINT REPORT (0.8); WORK ON ███████ ██████ (0.5). |
| 0.40 | FALCONER, RUSSELL H | $610.00 | $244.00 | CONFER AND CORRESPOND WITH TEAM REGARDING DISCOVERY ORDERS. |
| 06/05/15 3.90 | RAIFF, MICHAEL L | $885.00 | $3,451.50 | WORK ON SUPPLEMENTAL JOINT REPORT, ESI ORDER, JOINT MOTION FOR ENTRY OF ESI ORDER AND COMMUNICATIONS WITH CLIENTS AND OPPOSING COUNSEL REGARDING SAME (2.5); CONFERENCE CALL WITH CLIENTS REGARDING ███████████████ (1.0); WORK ON DOCUMENT PRODUCTION ISSUES AND COMMUNICATIONS (0.4). |
| 0.60 | FALCONER, RUSSELL H | $610.00 | $366.00 | PARTICIPATE IN PART OF WEEKLY DOCUMENT CALL. |
| 06/07/15 2.30 | RAIFF, MICHAEL L | $885.00 | $2,035.50 | WORK ON PROTECTIVE ORDER AND RECONCILING EDITS. |
| 06/08/15 3.00 | RAIFF, MICHAEL L | $885.00 | $2,655.00 | WORK ON DISCOVERY MATTERS, INCLUDING WORKING ON PROTECTIVE ORDER, WORK ON DOCUMENT PRODUCTION MATTERS, COMMUNICATIONS WITH CLIENTS AND DOJ, AND ATTENTION TO NEW ESI ORDER FILING. |
| 06/09/15 1.30 | DAWSON, WILLIAM B | $975.00 | $1,267.50 | REVIEW AND EDIT ███████████████ (0.5); PREPARATION FOR AND WEEKLY CALL (0.8). |

| | | | | |
|---|---|---|---|---|
| 3.10 | RAIFF, MICHAEL L | $885.00 | $2,743.50 | CONFERENCE CALL WITH CLIENTS (0.6); WORK ON DISCOVERY MATTERS, INCLUDING WORK ON ADDITIONAL EDITS TO PROTECTIVE ORDER, COMMUNICATIONS WITH CLIENTS, AND ATTENTION TO ALTOM POWER SUBPOENA (2.5). |
| 0.60 | VINEY, ELIZABETH M | $525.00 | $315.00 | PARTICIPATE IN WEEKLY CONFERENCE CALL. |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW ALSTOM POWER SUBPOENA AND DOCKET DEADLINE OUTLINED IN SAME. |
| 06/10/15 0.20 | HOLMAN, GAYA K | $370.00 | $74.00 | REVIEW SUBPOENA AND ORGANIZE FOR ATTORNEY REVIEW. |
| 06/11/15 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO AND COMMUNICATIONS REGARDING SUBPOENAS. |
| 0.80 | VINEY, ELIZABETH M | $525.00 | $420.00 | RESEARCH REGARDING ██████ ████████ ███ |
| 06/12/15 1.50 | RAIFF, MICHAEL L | $885.00 | $1,327.50 | WORK ON DISCOVERY, INCLUDING WORK ON DISCOVERY DISPUTES WITH DOJ AND OUR RESPONSES AND CONFERENCE CALL WITH CLIENTS. |
| 0.90 | FALCONER, RUSSELL H | $610.00 | $549.00 | PARTICIPATE IN WEEKLY DOCUMENT CALL. |
| 1.20 | VINEY, ELIZABETH M | $525.00 | $630.00 | REVIEW AND COMPARE ████████████ ██████ (0.3); PARTICIPATE IN WEEKLY DOCUMENTS PRODUCTION CALL (0.9). |
| 06/16/15 0.80 | DAWSON, WILLIAM B | $975.00 | $780.00 | REVIEW AND CALLS REGARDING SCHEDULE SET BY COURT AND ACTION ITEMS. |

| 2.10 | RAIFF, MICHAEL L | $885.00 | $1,858.50 | WORK ON DISCOVERY INCLUDING ██████████████ CONFERENCE CALL WITH CLIENTS (0.3); COMMUNICATIONS REGARDING SCHEDULING ORDER (0.2). |
| 0.60 | FALCONER, RUSSELL H | $610.00 | $366.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.3); CORRESPOND WITH TEAM REGARDING ████████ (0.2); REVIEW SCHEDULING ORDER AND CORRESPOND WITH TEAM REGARDING SAME (0.1). |
| 0.60 | VINEY, ELIZABETH M | $525.00 | $315.00 | PARTICIPATE IN WEEKLY CONFERENCE CALL (0.3); REVIEW ██████████ (0.3). |

06/17/15

| 0.80 | DAWSON, WILLIAM B | $975.00 | $780.00 | WORK ON ACTION ITEMS. |
| 1.50 | RAIFF, MICHAEL L | $885.00 | $1,327.50 | PARTICIPATE ████████ FOLLOW-UP COMMUNICATIONS REGARDING SAME. |
| 3.30 | FALCONER, RUSSELL H | $610.00 | $2,013.00 | PARTICIPATE ████████ (1.3); CONFER AND CORRESPOND WITH TEAM REGARDING SAME (2.0). |
| 3.30 | VINEY, ELIZABETH M | $525.00 | $1,732.50 | REVIEW ████████████ (0.1). |

06/18/15

| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO ████████ AND EMAILS. |
| 0.90 | FALCONER, RUSSELL H | $610.00 | $549.00 | CONFER AND CORRESPOND REGARDING BANKRUPTCY-PLAN ISSUE (0.3); DRAFT SHORT UPDATE ON SAME (0.6). |

| | | | | |
|---|---|---|---|---|
| 2.00 | VINEY, ELIZABETH M | $525.00 | $1,050.00 | REVIEW AND REVISE NOTES ███████ (1.0); RESEARCH CASES ████████ ██████ (1.0). |

**06/19/15**

| | | | | |
|---|---|---|---|---|
| 4.80 | RAIFF, MICHAEL L | $885.00 | $4,248.00 | WORK ON DISCOVERY EFFORTS AND DISCOVERY DISPUTES (1.3); PREPARE FOR ████████████ (1.3); CONFERENCE CALL WITH CO-COUNSEL REGARDING SAME(0.7); CONFERENCE CALL WITH DOJ (1.5). |
| 1.50 | VINEY, ELIZABETH M | $525.00 | $787.50 | EDIT ████████████ |
| 0.20 | HOLMAN, GAYA K | $370.00 | $74.00 | ORGANIZE ████████ ██████ FOR ATTORNEY REFERENCE. |

**06/24/15**

| | | | | |
|---|---|---|---|---|
| 1.00 | DAWSON, WILLIAM B | $975.00 | $975.00 | PARTICIPATE IN WEEKLY STATUS CALL. |
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | PARTICIPATE IN CALL WITH CLIENTS (0.8); COMMUNICATIONS REGARDING DISCOVERY AND DOCUMENTS (0.2). |
| 1.40 | FALCONER, RUSSELL H | $610.00 | $854.00 | CONFERENCE CALL REGARDING THIRD PARTY SUBPOENA AND CORRESPONDENCE REGARDING SAME (0.5); PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.9). |

**06/25/15**

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | WORK ON DISCOVERY DISPUTES AND MEET AND CONFER RESPONSES AND LETTER. |

**06/26/15**

| | | | | |
|---|---|---|---|---|
| 4.00 | RAIFF, MICHAEL L | $885.00 | $3,540.00 | WORK ON DISCOVERY DISPUTES (1.2); ████████ ████████████ ████████ CALL WITH CLIENTS (0.5). |

| | | | | |
|---|---|---|---|---|
| 0.70 | FALCONER, RUSSELL H | $610.00 | $427.00 | PARTICIPATE IN WEEKLY DOCUMENT CALL. |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | UPDATE DISCOVERY FILE WITH CORRESPONDENCE REGARDING DISCOVERY RESPONSES FOR ATTORNEY REFERENCE. |

06/29/15

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO AND COMMUNICATIONS REGARDING PROTECTIVE ORDER, DOJ'S EDITS, AND OPEN DISPUTES. |
| 2.50 | FALCONER, RUSSELL H | $610.00 | $1,525.00 | PREPARE ███████ ██████████ (2.4); CORRESPOND REGARDING SUBPOENA (0.1). |
| 0.50 | VINEY, ELIZABETH M | $525.00 | $262.50 | REVIEW ███████████. |

06/30/15

| | | | | |
|---|---|---|---|---|
| 2.00 | RAIFF, MICHAEL L | $885.00 | $1,770.00 | CONFERENCE CALL WITH CLIENTS (0.5); WORK ON DOCUMENT REQUESTS, SUBPOENA ISSUES, AND THE COURT'S DISCOVERY PROCEDURE ORDER (1.5). |
| 0.70 | FALCONER, RUSSELL H | $610.00 | $427.00 | PARTICIPATE IN PART OF WEEKLY CASE CONFERENCE CALL (0.4); CONFER BY PHONE REGARDING █████████ ██████████ (0.3). |
| 0.60 | VINEY, ELIZABETH M | $525.00 | $315.00 | PARTICIPATE IN WEEKLY TEAM CONFERENCE CALL ON CASE STRATEGY. |
| 0.70 | HOLMAN, GAYA K | $370.00 | $259.00 | REVIEW AND ORGANIZE CASE FILINGS AND COMMUNICATIONS FOR ATTORNEY REFERENCE (0.2); ███████████████ (0.4); PREPARE SUMMARY EMAIL TO TEAM REGARDING ████████ (0.1). |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 20, 2015**

**Invoice No. 2015072762**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $   29,851.50 | $        0.00 | $  29,851.50 |
| | **Totals** | $   29,851.50 | $      0.00 | $  29,851.50 |
| | **Current Balance Due** | | | $   29,851.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 10/03/14 | 2014101460 | $     239.40 | $   0.00 | $     239.40 |
| 92772-00023 | 11/12/14 | 2014111766 | 152.80 | 0.00 | 152.80 |
| 92772-00023 | 05/11/15 | 2015053083 | 2,521.00 | 0.00 | 2,521.00 |
| 92772-00023 | 06/30/15 | 2015063671 | 7,080.00 | 0.00 | 7,080.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $    9,993.20

**TOTAL OUTSTANDING BALANCE DUE**                          $   39,844.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 20, 2015**

**Invoice No. 2015072762**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $  29,851.50 | $      0.00 | $  29,851.50 |
|  | **Totals** | $  29,851.50 | $    0.00 | $  29,851.50 |
|  | **Current Balance Due** |  |  | $  29,851.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 10/03/14 | 2014101460 | $    239.40 | $    0.00 | $    239.40 |
| 92772-00023 | 11/12/14 | 2014111766 | 152.80 | 0.00 | 152.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 20, 2015**                                                    **Invoice No. 2015072762**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00023 | 05/11/15 | 2015053083 | 2,521.00 | 0.00 | 2,521.00 |
| 92772-00023 | 06/30/15 | 2015063671 | 7,080.00 | 0.00 | 7,080.00 |

**PREVIOUS BALANCE DUE** $   9,993.20

**TOTAL OUTSTANDING BALANCE DUE** $   39,844.70

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


2011 FPL LAWSUIT
92772-00023

---

For Services Rendered Through June 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 20.50 | $ 885.00 | $ 18,142.50 |
| ASHLEY E. JOHNSON | 16.30 | 690.00 | 11,247.00 |
| WILLIAM T. THOMPSON | 1.00 | 425.00 | 425.00 |
| GAYA K. HOLMAN | 0.10 | 370.00 | 37.00 |
| **Total Services** | | | $ 29,851.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 29,851.50 |
| **BALANCE DUE** | $  29,851.50 |

2011 FPL LAWSUIT
92772-00023

---

Detail Services:

| 06/01/15 | | | | |
|---|---|---|---|---|
| 1.70 | RAIFF, MICHAEL L | $885.00 | $1,504.50 | WORK ON ISSUES RELATING TO DAMAGES (0.5); PARTICIPATE IN MEETING WITH CLIENTS TO DISCUSS DAMAGES AND SETTLEMENT (1.2). |
| 06/02/15 | | | | |
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO AND COMMUNICATIONS REGARDING PROPOSED SLIDES FOR INTERNAL DISCUSSIONS. |
| 06/10/15 | | | | |
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO AND COMMUNICATIONS REGARDING AMENDED PETITION AND MEDIATION. |
| 0.10 | THOMPSON, WILLIAM T | $425.00 | $42.50 | EMAILS WITH A. JOHNSON REGARDING AMENDING PETITION. |
| 06/11/15 | | | | |
| 1.60 | JOHNSON, ASHLEY E | $690.00 | $1,104.00 | REVIEW AMENDED PETITION AND TEXAS SUPREME COURT DECISION TO DETERMINE NECESSARY REVISIONS. |
| 06/12/15 | | | | |
| 2.70 | JOHNSON, ASHLEY E | $690.00 | $1,863.00 | REVISE AMENDED PETITION. |
| 0.30 | THOMPSON, WILLIAM T | $425.00 | $127.50 | COMMUNICATE WITH A. JOHNSON REGARDING AMENDING PETITION. |
| 06/13/15 | | | | |
| 1.30 | JOHNSON, ASHLEY E | $690.00 | $897.00 | REVISE AMENDED PETITION. |
| 06/14/15 | | | | |
| 0.60 | JOHNSON, ASHLEY E | $690.00 | $414.00 | REVISE AMENDED PETITION. |

06/15/15

| 1.80 | RAIFF, MICHAEL L | $885.00 | $1,593.00 | WORK ON MEDIATION ISSUES, INCLUDING FPL'S NEW ARGUMENTS IN SUPPLEMENTAL BRIEF, MEDIATION STATEMENT (1.5); CALL WITH A. JOHNSON REGARDING SAME (0.2); EMAILS WITH J. HO (0.1). |

06/17/15

| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | ATTENTION TO AMENDED PETITION AND EDITS TO MEDIATION PAPER. |
| 1.80 | JOHNSON, ASHLEY E | $690.00 | $1,242.00 | REVISE THIRD AMENDED PETITION TO REMOVE ALLEGATIONS REGARDING LIQUIDATED DAMAGES AMOUNTS (0.9); REVIEW OFFER CURVES ISSUE (0.7); CIRCULATE THIRD AMENDED PETITION TO CLIENT (0.2). |
| 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | EMAILS WITH A. JOHNSON REGARDING AMENDING PETITION. |

06/18/15

| 1.10 | RAIFF, MICHAEL L | $885.00 | $973.50 | FINALIZE AND SEND MEDIATION STATEMENT (0.2); COMMUNICATIONS WITH OPPOSING COUNSEL (0.1); PREPARE FOR CALL WITH MEDIATOR JUDGE KAPLAN (0.7); COMMUNICATIONS REGARDING AMENDMENT (0.1). |

06/19/15

| 1.20 | RAIFF, MICHAEL L | $885.00 | $1,062.00 | PREPARE FOR AND PARTICIPATE IN CALL WITH JUDGE KAPLAN (1.0); COMMUNICATIONS REGARDING PETITION (0.2). |

06/20/15

| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | WORK ON MEDIATION ISSUES AND STRATEGIES. |

06/22/15

| 1.30 | RAIFF, MICHAEL L | $885.00 | $1,150.50 | PREPARE FOR MEDIATION (0.8); ATTENTION TO AND COMMUNICATIONS REGARDING DAMAGES (0.5). |

| | | | | |
|---|---|---|---|---|
| 0.30 | JOHNSON, ASHLEY E | $690.00 | $207.00 | REVISE THIRD AMENDED PETITION. |
| 2.20 | JOHNSON, ASHLEY E | $690.00 | $1,518.00 | TELEPHONE CONFERENCE WITH S. SOESBE AND S. CARAWAY REGARDING ACTUAL DAMAGES. |
| 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | COMMUNICATE WITH A. JOHNSON REGARDING AMENDING PETITION. |

**06/23/15**

| | | | | |
|---|---|---|---|---|
| 6.00 | RAIFF, MICHAEL L | $885.00 | $5,310.00 | PREPARE FOR AND ATTEND MEDIATION AND FOLLOW-UP COMMUNICATIONS REGARDING SAME, REGARDING DAMAGES, AND REGARDING SUMMARY. |
| 3.10 | JOHNSON, ASHLEY E | $690.00 | $2,139.00 | ATTEND MEDIATION OF FPL LITIGATION. |

**06/24/15**

| | | | | |
|---|---|---|---|---|
| 1.80 | RAIFF, MICHAEL L | $885.00 | $1,593.00 | WORK ON AMENDED PETITION, MOTION TO STAY PENDING APPEAL, PROPOSED ORDER AND RELATED COMMUNICATIONS (1.4); FOLLOW-UP ON MEDIATION AND RELATED COMMUNICATIONS (0.4). |
| 1.50 | JOHNSON, ASHLEY E | $690.00 | $1,035.00 | REVISE AMENDED PETITION (0.4); CONFERENCE WITH D. GUS REGARDING SAME (0.2); PREPARE MOTION FOR STAY OF LITIGATION (0.5); PREPARE PROPOSED ORDER GRANTING STAY (0.4). |

**06/25/15**

| | | | | |
|---|---|---|---|---|
| 1.70 | RAIFF, MICHAEL L | $885.00 | $1,504.50 | WORK ON MOTION TO STAY AND AMENDED COMPLAINT (1.2); MULTIPLE COMMUNICATIONS REGARDING SAME (0.5). |
| 1.00 | JOHNSON, ASHLEY E | $690.00 | $690.00 | REVISE FILINGS RELATED TO THIRD AMENDED PETITION, PROPOSED ORDER, AND MOTION FOR STAY. |

| | | | | |
|---|---|---|---|---|
| 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | EMAILS REGARDING 2014 DEFICIENCIES. |

**06/26/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | COMMUNICATIONS REGARDING STAY REQUEST. |
| 0.20 | JOHNSON, ASHLEY E | $690.00 | $138.00 | FOLLOW UP ON SERVICE ISSUES RELATING TO THIRD AMENDED PETITION. |

**06/27/15**

| | | | | |
|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | ATTENTION TO COMMUNICATIONS REGARDING SERVICE ON NEXTERA. |

**06/29/15**

| | | | | |
|---|---|---|---|---|
| 0.70 | RAIFF, MICHAEL L | $885.00 | $619.50 | ATTENTION TO AND COMMUNICATIONS REGARDING AMENDED PETITION, SERVICE ON NEXTERA, PRIOR CITATIONS, AND MOTION TO STAY. |

**06/30/15**

| | | | | |
|---|---|---|---|---|
| 0.40 | RAIFF, MICHAEL L | $885.00 | $354.00 | ATTENTION TO AND COMMUNICATIONS REGARDING SERVICE, STAY MOTION, AND STAY ORDER. |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND ORGANIZE CASE FILINGS AND COMMUNICATIONS FOR ATTORNEY REFERENCE. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 20, 2015**

**Invoice No. 2015072762**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $  29,851.50 | $      0.00 | $  29,851.50 |
|  | **Totals** | $  29,851.50 | $    0.00 | $  29,851.50 |
|  | **Current Balance Due** |  |  | $  29,851.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 10/03/14 | 2014101460 | $    239.40 | $   0.00 | $    239.40 |
| 92772-00023 | 11/12/14 | 2014111766 | 152.80 | 0.00 | 152.80 |
| 92772-00023 | 05/11/15 | 2015053083 | 2,521.00 | 0.00 | 2,521.00 |
| 92772-00023 | 06/30/15 | 2015063671 | 7,080.00 | 0.00 | 7,080.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $    9,993.20

**TOTAL OUTSTANDING BALANCE DUE**                          $   39,844.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 20, 2015**

**Invoice No. 2015072762**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $  29,851.50 | $      0.00 | $  29,851.50 |
|  | **Totals** | $  29,851.50 | $      0.00 | $  29,851.50 |
|  | **Current Balance Due** |  |  | $  29,851.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 10/03/14 | 2014101460 | $    239.40 | $   0.00 | $    239.40 |
| 92772-00023 | 11/12/14 | 2014111766 | 152.80 | 0.00 | 152.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00023 | 05/11/15 | 2015053083 | 2,521.00 | 0.00 | 2,521.00 |
| 92772-00023 | 06/30/15 | 2015063671 | 7,080.00 | 0.00 | 7,080.00 |

**PREVIOUS BALANCE DUE** $   9,993.20

**TOTAL OUTSTANDING BALANCE DUE** $   39,844.70

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


2011 FPL LAWSUIT
92772-00023

_____


For Services Rendered Through June 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 20.50 | $ 885.00 | $  18,142.50 |
| ASHLEY E. JOHNSON | 16.30 | 690.00 | 11,247.00 |
| WILLIAM T. THOMPSON | 1.00 | 425.00 | 425.00 |
| GAYA K. HOLMAN | 0.10 | 370.00 | 37.00 |
| **Total Services** | | | $  29,851.50 |



| | |
|---|---|
| **Total Services, Costs/Charges** | 29,851.50 |
| **BALANCE DUE** | $  29,851.50 |

**Due and Payable Upon Receipt**

2011 FPL LAWSUIT
92772-00023

---

Detail Services:

06/01/15
| 1.70 | RAIFF, MICHAEL L | $885.00 | $1,504.50 | WORK ON ISSUES RELATING TO ██████ PARTICIPATE IN MEETING WITH CLIENTS TO DISCUSS ██████ |

06/02/15
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO AND COMMUNICATIONS REGARDING ██████ |

06/10/15
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO AND COMMUNICATIONS REGARDING ██████. |
| 0.10 | THOMPSON, WILLIAM T | $425.00 | $42.50 | EMAILS WITH A. JOHNSON REGARDING ██████ |

06/11/15
| 1.60 | JOHNSON, ASHLEY E | $690.00 | $1,104.00 | REVIEW ██████ |

06/12/15
| 2.70 | JOHNSON, ASHLEY E | $690.00 | $1,863.00 | REVISE ██████. |
| 0.30 | THOMPSON, WILLIAM T | $425.00 | $127.50 | COMMUNICATE WITH A. JOHNSON REGARDING ██████. |

06/13/15
| 1.30 | JOHNSON, ASHLEY E | $690.00 | $897.00 | REVISE AMENDED PETITION. |

06/14/15
| 0.60 | JOHNSON, ASHLEY E | $690.00 | $414.00 | REVISE AMENDED PETITION. |

06/15/15
1.80      RAIFF, MICHAEL L          $885.00     $1,593.00    WORK ON ███████ ███████

                                                             CALL WITH A. JOHNSON
                                                             REGARDING SAME (0.2);
                                                             EMAILS WITH J. HO (0.1).

06/17/15
1.00      RAIFF, MICHAEL L          $885.00       $885.00    ATTENTION TO AMENDED
                                                             PETITION AND EDITS TO
                                                             ███████████.

1.80      JOHNSON, ASHLEY E         $690.00     $1,242.00    REVISE THIRD AMENDED
                                                             PETITION TO ████████

                                                             ████████ REVIEW
                                                             CIRCULATE THIRD AMENDED
                                                             PETITION TO CLIENT (0.2).

0.20      THOMPSON, WILLIAM T       $425.00        $85.00    EMAILS WITH A. JOHNSON
                                                             REGARDING AMENDING
                                                             PETITION.

06/18/15
1.10      RAIFF, MICHAEL L          $885.00       $973.50    FINALIZE AND SEND
                                                             ███████████
                                                             COMMUNICATIONS WITH
                                                             OPPOSING COUNSEL (0.1);
                                                             PREPARE FOR ████████.
                                                             ██████ COMMUNICATIONS
                                                             REGARDING ████████

06/19/15
1.20      RAIFF, MICHAEL L          $885.00     $1,062.00    PREPARE FOR AND
                                                             PARTICIPATE IN CALL WITH
                                                             JUDGE KAPLAN (1.0);
                                                             COMMUNICATIONS
                                                             REGARDING PETITION (0.2).

06/20/15
0.50      RAIFF, MICHAEL L          $885.00       $442.50    WORK ON ███████████

06/22/15
1.30      RAIFF, MICHAEL L          $885.00     $1,150.50    PREPARE FOR ████████
                                                             ATTENTION TO AND
                                                             COMMUNICATIONS
                                                             REGARDING ████████

| 0.30 | JOHNSON, ASHLEY E | $690.00 | $207.00 | REVISE THIRD AMENDED PETITION. |
| 2.20 | JOHNSON, ASHLEY E | $690.00 | $1,518.00 | TELEPHONE CONFERENCE WITH S. SOESBE AND S. CARAWAY REGARDING ███████ |
| 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | COMMUNICATE WITH A. JOHNSON REGARDING AMENDING PETITION. |

**06/23/15**

| 6.00 | RAIFF, MICHAEL L | $885.00 | $5,310.00 | PREPARE FOR AND ATTEND MEDIATION AND FOLLOW-UP COMMUNICATIONS REGARDING SAME, ███████████. |
| 3.10 | JOHNSON, ASHLEY E | $690.00 | $2,139.00 | ATTEND MEDIATION OF FPL LITIGATION. |

**06/24/15**

| 1.80 | RAIFF, MICHAEL L | $885.00 | $1,593.00 | WORK ON AMENDED PETITION, ████████ AND RELATED COMMUNICATIONS (1.4); FOLLOW-UP ON MEDIATION AND RELATED COMMUNICATIONS (0.4). |
| 1.50 | JOHNSON, ASHLEY E | $690.00 | $1,035.00 | REVISE AMENDED PETITION (0.4); CONFERENCE WITH D. GUS REGARDING SAME (0.2); PREPARE MOTION ███████ PREPARE ██████████ |

**06/25/15**

| 1.70 | RAIFF, MICHAEL L | $885.00 | $1,504.50 | WORK ON MOTION ████ AND AMENDED COMPLAINT (1.2); MULTIPLE COMMUNICATIONS REGARDING SAME (0.5). |
| 1.00 | JOHNSON, ASHLEY E | $690.00 | $690.00 | REVISE FILINGS RELATED TO THIRD AMENDED PETITION, PROPOSED ██████, AND MOTION ██████ |

| | | | | |
|---|---|---|---|---|
| 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | EMAILS REGARDING ████ ████████. |

**06/26/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | COMMUNICATIONS REGARDING ████████. |
| 0.20 | JOHNSON, ASHLEY E | $690.00 | $138.00 | FOLLOW UP ON ████ ████████ RELATING TO THIRD AMENDED PETITION. |

**06/27/15**

| | | | | |
|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | ATTENTION TO COMMUNICATIONS REGARDING ████████. |

**06/29/15**

| | | | | |
|---|---|---|---|---|
| 0.70 | RAIFF, MICHAEL L | $885.00 | $619.50 | ATTENTION TO AND COMMUNICATIONS REGARDING AMENDED PETITION, ████████, AND MOTION ████████ |

**06/30/15**

| | | | | |
|---|---|---|---|---|
| 0.40 | RAIFF, MICHAEL L | $885.00 | $354.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ████ MOTION, AND █████ ORDER. |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND ORGANIZE CASE FILINGS AND COMMUNICATIONS FOR ATTORNEY REFERENCE. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 20, 2015**

**Invoice No. 2015072807**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $  20,446.50 | $     0.00 | $  20,446.50 |
|  | **Totals** | $  20,446.50 | $     0.00 | $  20,446.50 |
|  | **Current Balance Due** |  |  | $  20,446.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $  9,288.20 | $   0.00 | $  9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |
| 92772-00030 | 12/08/14 | 2014122606 | 4,015.10 | 0.00 | 4,015.10 |
| 92772-00030 | 01/07/15 | 2015010935 | 3,670.60 | 0.00 | 3,670.60 |
| 92772-00030 | 02/10/15 | 2015021882 | 5,169.10 | 0.00 | 5,169.10 |
| 92772-00030 | 03/16/15 | 2015032310 | 3,258.10 | 0.00 | 3,258.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 20, 2015**                                          **Invoice No. 2015072807**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 04/30/15 | 2015050274 | 8,560.00 | 0.00 | 8,560.00 |
| 92772-00030 | 05/11/15 | 2015051946 | 8,696.00 | 0.00 | 8,696.00 |
| 92772-00030 | 06/30/15 | 2015061442 | 14,630.00 | 0.00 | 14,630.00 |

**PREVIOUS BALANCE DUE**                                    $  70,910.60

**TOTAL OUTSTANDING BALANCE DUE**                    $   91,357.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 20, 2015**

**Invoice No. 2015072807**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $  20,446.50 | $      0.00 | $  20,446.50 |
|  | **Totals** | $  20,446.50 | $      0.00 | $  20,446.50 |
|  | **Current Balance Due** |  |  | $  20,446.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $  9,288.20 | $    0.00 | $  9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00030 | 12/08/14 | 2014122606 | 4,015.10 | 0.00 | 4,015.10 |
| 92772-00030 | 01/07/15 | 2015010935 | 3,670.60 | 0.00 | 3,670.60 |
| 92772-00030 | 02/10/15 | 2015021882 | 5,169.10 | 0.00 | 5,169.10 |
| 92772-00030 | 03/16/15 | 2015032310 | 3,258.10 | 0.00 | 3,258.10 |
| 92772-00030 | 04/30/15 | 2015050274 | 8,560.00 | 0.00 | 8,560.00 |
| 92772-00030 | 05/11/15 | 2015051946 | 8,696.00 | 0.00 | 8,696.00 |
| 92772-00030 | 06/30/15 | 2015061442 | 14,630.00 | 0.00 | 14,630.00 |

**PREVIOUS BALANCE DUE** $ 70,910.60

**TOTAL OUTSTANDING BALANCE DUE** $ 91,357.10

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through June 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 2.50 | $ 885.00 | $ 2,212.50 |
| ROBERT B. LITTLE | 0.40 | 835.00 | 334.00 |
| ASHLEY E. JOHNSON | 0.80 | 690.00 | 552.00 |
| JONATHAN M. WHALEN | 1.20 | 630.00 | 756.00 |
| RUSSELL H. FALCONER | 0.80 | 610.00 | 488.00 |
| MATTHEW G. BOUSLOG | 10.90 | 625.00 | 6,812.50 |
| ELIZABETH M. VINEY | 0.50 | 525.00 | 262.50 |
| WILLIAM T. THOMPSON | 0.20 | 425.00 | 85.00 |
| DUKE K. AMPONSAH | 21.80 | 395.00 | 8,611.00 |
| GAYA K. HOLMAN | 0.90 | 370.00 | 333.00 |

**Total Services**                                              $  20,446.50

**Total Services, Costs/Charges**                                 20,446.50

**BALANCE DUE**                                                 $  20,446.50

RETENTION/FEE APPLICATIONS
92772-00030

---

Detail Services:

06/01/15

| | | | | |
|---|---|---|---|---|
| 0.80 | FALCONER, RUSSELL H | $610.00 | $488.00 | PREPARE CASE DESCRIPTIONS AND REDACTIONS FOR FEE APPLICATION. |
| 4.00 | BOUSLOG, MATTHEW G | $625.00 | $2,500.00 | DRAFT FEE APPLICATION (3.6); CALL WITH D. AMPONSAH REGARDING SAME (0.2); EMAILS WITH A. JOHNSON, R. FALCONER, W. THOMPSON, AND D. AMPONSAH REGARDING SAME (0.2). |
| 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | PREPARE SUMMARY FOR FEE APPLICATION. |
| 5.00 | AMPONSAH, DUKE K | $395.00 | $1,975.00 | UPDATE DRAFT OF THIRD INTERIM FEE APPLICATION AND CORRESPONDING EXHIBITS (4.7); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

06/02/15

| | | | | |
|---|---|---|---|---|
| 1.20 | WHALEN, JONATHAN M | $630.00 | $756.00 | PREPARE TIME ENTRY DESCRIPTIONS WITH RESPECT TO FEE APPLICATION. |
| 1.60 | BOUSLOG, MATTHEW G | $625.00 | $1,000.00 | DRAFT FEE APPLICATION (1.1); EMAILS WITH R. LITTLE, M. RAIFF, J. WHALEN AND D. AMPONSAH REGARDING SAME (0.3); CALLS WITH D. AMPONSAH REGARDING SAME (0.2). |
| 4.50 | AMPONSAH, DUKE K | $395.00 | $1,777.50 | UPDATE DRAFT OF THIRD INTERIM FEE APPLICATION AND CORRESPONDING EXHIBITS (4.2); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

06/03/15

| | | | | |
|---|---|---|---|---|
| 2.00 | RAIFF, MICHAEL L | $885.00 | $1,770.00 | WORK ON FEE APPLICATION, REDACTIONS, EXHIBITS, DESCRIPTIONS. |

| | | | | |
|---|---|---|---|---|
| 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | REVIEW AND REVISE FEE APPLICATION. |
| 0.80 | JOHNSON, ASHLEY E | $690.00 | $552.00 | REDACT TIME ENTRIES FOR PRIVILEGE AND CONFIDENTIALITY. |
| 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | EMAILS WITH R. LITTLE, M. RAIFF AND D. AMPONSAH REGARDING FEE APPLICATION (0.2); CALL WITH D. AMPONSAH REGARDING SAME (0.1). |
| 3.20 | AMPONSAH, DUKE K | $395.00 | $1,264.00 | UPDATE DRAFT OF THIRD INTERIM FEE APPLICATION AND CORRESPONDING EXHIBITS (1.5); REVIEW AND REDACT INVOICES (1.4); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

06/04/15

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | WORK ON FEE APPLICATION SUBMISSIONS AND PRIVILEGE REDACTIONS. |
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH M. RAIFF AND D. AMPONSAH REGARDING FEE APPLICATION. |
| 3.00 | AMPONSAH, DUKE K | $395.00 | $1,185.00 | UPDATE DRAFT OF THIRD INTERIM FEE APPLICATION AND CORRESPONDING EXHIBITS (1.0); REVIEW AND REDACT INVOICES (1.7); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

06/05/15

| | | | | |
|---|---|---|---|---|
| 1.50 | BOUSLOG, MATTHEW G | $625.00 | $937.50 | REVISE FEE APPLICATION (1.3); EMAILS WITH C. GOOCH, D. KELLY, R. LITTLE, D. AMPONSAH AND A. JOHNSON REGARDING SAME (0.2). |
| 2.10 | AMPONSAH, DUKE K | $395.00 | $829.50 | UPDATE DRAFT OF THIRD INTERIM FEE APPLICATION AND CORRESPONDING EXHIBITS (0.9); REVIEW AND REDACT INVOICES (0.9); CONFER WITH M. BOUSLOG REGARDING: SAME (0.3). |

| | | | | |
|---|---|---|---|---|
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND ORGANIZE CASE FILINGS FOR ATTORNEY REFERENCE. |
| 06/08/15<br>1.90 | AMPONSAH, DUKE K | $395.00 | $750.50 | UPDATE DRAFT OF THIRD INTERIM FEE APPLICATION AND CORRESPONDING EXHIBITS(0.9); UPDATE CERTIFICATE OF NO OBJECTION EXHIBIT AND APRIL MONTHLY INVOICE (0.7); CONFER WITH M. BOUSLOG REGARDING: SAME (0.3). |
| 06/09/15<br>0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH D. KELLY, M. RAIFF REGARDING FEE APPLICATION. |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND ORGANIZE CASE FILINGS AND COMMUNICATIONS FOR ATTORNEY REFERENCE. |
| 06/10/15<br>0.50 | VINEY, ELIZABETH M | $525.00 | $262.50 | REVIEW AND EDIT FEE APPLICATION. |
| 0.80 | AMPONSAH, DUKE K | $395.00 | $316.00 | REVIEW MAY 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 06/12/15<br>1.20 | BOUSLOG, MATTHEW G | $625.00 | $750.00 | REVIEW AND REVISE FEE APPLICATION (1.1); EMAILS WITH R. LITTLE AND D. AMPONSAH REGARDING SAME (0.1). |
| 06/13/15<br>0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | REVISE FEE APPLICATION (0.1); EMAILS WITH R. LITTLE AND J. MADRON REGARDING SAME (0.1). |
| 06/16/15<br>0.40 | AMPONSAH, DUKE K | $395.00 | $158.00 | UPLOAD RECENTLY FILED THIRD INTERIM FEE APPLICATION. |

| | | | | |
|---|---|---|---|---|
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND ORGANIZE CASE FILINGS AND COMMUNICATIONS FOR ATTORNEY REFERENCE. |
| 06/17/15 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND ORGANIZE CASE FILINGS AND COMMUNICATIONS FOR ATTORNEY REFERENCE. |
| 06/18/15 0.50 | HOLMAN, GAYA K | $370.00 | $185.00 | DOCKET DEADLINES OUTLINED IN COURT'S SCHEDULING ORDER. |
| 06/22/15 0.40 | BOUSLOG, MATTHEW G | $625.00 | $250.00 | REVIEW AND REVISE FEE STATEMENTS (0.3); EMAILS WITH J. MADRON AND D. AMPONSAH REGARDING SAME (0.1). |
| 0.40 | AMPONSAH, DUKE K | $395.00 | $158.00 | UPDATE APRIL CNO EXHIBIT AND APRIL MFIS AND SEND TO M. BOUSLOG. |
| 06/23/15 0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | UPDATE MONTHLY FEE INVOICE STATEMENTS (0.1); EMAIL G. MOOR REGARDING SAME (0.1). |
| 06/24/15 0.50 | BOUSLOG, MATTHEW G | $625.00 | $312.50 | PREPARE FOR AND PARTICIPATE IN TELEPHONIC COURT HEARING. |
| 06/26/15 0.80 | BOUSLOG, MATTHEW G | $625.00 | $500.00 | REVIEW FEE ORDER AND DRAFT INTERIM FEE INVOICE STATEMENT (0.7); EMAILS WITH G. MOOR AND R. ST. JOHN REGARDING SAME (0.1). |
| 06/30/15 0.50 | AMPONSAH, DUKE K | $395.00 | $197.50 | REVIEW MAY 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |

**Invoice Date: July 20, 2015**

**Due and Payable Upon Receipt**

**Invoice No. 2015072807**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 20, 2015**

**Invoice No. 2015072808**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  3,423.50 | $  0.00 | $  3,423.50 |
|  | **Totals** | $  3,423.50 | $  0.00 | $  3,423.50 |
|  | **Current Balance Due** |  |  | $  3,423.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $  758.40 | $  0.00 | $  758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |
| 92772-00031 | 12/08/14 | 2014122607 | 122.40 | 0.00 | 122.40 |
| 92772-00031 | 01/07/15 | 2015010936 | 2,402.90 | 0.00 | 2,402.90 |
| 92772-00031 | 02/10/15 | 2015021883 | 1,932.20 | 0.00 | 1,932.20 |
| 92772-00031 | 03/16/15 | 2015032311 | 3,859.40 | 0.00 | 3,859.40 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00031 | 04/30/15 | 2015050275 | 15,583.50 | 0.00 | 15,583.50 |
| 92772-00031 | 05/11/15 | 2015051947 | 17,215.00 | 0.00 | 17,215.00 |
| 92772-00031 | 06/30/15 | 2015061443 | 1,169.00 | 0.00 | 1,169.00 |

**PREVIOUS BALANCE DUE**                                       $  43,580.00

**TOTAL OUTSTANDING BALANCE DUE**                    $   47,003.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 20, 2015**

**Invoice No. 2015072808**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $ 3,423.50 | $ 0.00 | $ 3,423.50 |
|  | **Totals** | $ 3,423.50 | $ 0.00 | $ 3,423.50 |
|  | **Current Balance Due** |  |  | $ 3,423.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $ 758.40 | $ 0.00 | $ 758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00031 | 12/08/14 | 2014122607 | 122.40 | 0.00 | 122.40 |
| 92772-00031 | 01/07/15 | 2015010936 | 2,402.90 | 0.00 | 2,402.90 |
| 92772-00031 | 02/10/15 | 2015021883 | 1,932.20 | 0.00 | 1,932.20 |
| 92772-00031 | 03/16/15 | 2015032311 | 3,859.40 | 0.00 | 3,859.40 |
| 92772-00031 | 04/30/15 | 2015050275 | 15,583.50 | 0.00 | 15,583.50 |
| 92772-00031 | 05/11/15 | 2015051947 | 17,215.00 | 0.00 | 17,215.00 |
| 92772-00031 | 06/30/15 | 2015061443 | 1,169.00 | 0.00 | 1,169.00 |

**PREVIOUS BALANCE DUE**  $  43,580.00

**TOTAL OUTSTANDING BALANCE DUE**  $  47,003.50

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH SEC MATTERS
92772-00031

---

For Services Rendered Through June 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 4.10 | $ 835.00 | $ 3,423.50 |
| **Total Services** | | | $ 3,423.50 |
| | | | |
| **Total Services, Costs/Charges** | | | 3,423.50 |
| **BALANCE DUE** | | | $ 3,423.50 |

EFH SEC MATTERS
92772-00031

---

Detail Services:

| 06/22/15 | | | | |
|---|---|---|---|---|
| 3.20 | LITTLE, ROBERT B | $835.00 | $2,672.00 | REVIEW AND REVISE FORM 10-Q. |
| 06/24/15 | | | | |
| 0.90 | LITTLE, ROBERT B | $835.00 | $751.50 | REVIEW DISCLOSURES REGARDING CASH COLLATERAL ORDER EXPIRATIONS AND EXTENSIONS (0.7); E-MAIL TO A. WRIGHT REGARDING SAME (0.2). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 20, 2015**

**Invoice No. 2015072809**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $  32,884.50 | $      0.00 | $  32,884.50 |
|  | **Totals** | $  32,884.50 | $    0.00 | $  32,884.50 |
|  | **Current Balance Due** |  |  | $  32,884.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 02/10/15 | 2015021885 | $      92.00 | $    0.00 | $      92.00 |
| 92772-00043 | 06/30/15 | 2015061444 | 30,014.00 | 0.00 | 30,014.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 20, 2015**                                                                     **Invoice No. 2015072809**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                      $   30,106.00

**TOTAL OUTSTANDING BALANCE DUE**                            $   62,990.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 20, 2015**

**Invoice No. 2015072809**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $  32,884.50 | $      0.00 | $  32,884.50 |
|  | **Totals** | $  32,884.50 | $      0.00 | $  32,884.50 |
|  | **Current Balance Due** |  |  | $  32,884.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 02/10/15 | 2015021885 | $    92.00 | $    0.00 | $    92.00 |
| 92772-00043 | 06/30/15 | 2015061444 | 30,014.00 | 0.00 | 30,014.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**PREVIOUS BALANCE DUE**                    $   30,106.00

**TOTAL OUTSTANDING BALANCE DUE**           $   62,990.50

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH CORPORATE MATTERS
92772-00043

_____

For Services Rendered Through June 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 23.70 | $ 835.00 | $ 19,789.50 |
| TIMOTHY P. FISHER | 29.10 | 450.00 | 13,095.00 |
| **Total Services** | | | $ 32,884.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 32,884.50 |
| **BALANCE DUE** | $ 32,884.50 |

TCEH CORPORATE MATTERS
92772-00043

---

Detail Services:

| 06/01/15 | | | | |
|---|---|---|---|---|
| 4.80 | LITTLE, ROBERT B | $835.00 | $4,008.00 | PREPARE FORM S-1 FOR REORGANIZED TCEH. |
| 06/04/15 | | | | |
| 4.50 | LITTLE, ROBERT B | $835.00 | $3,757.50 | REVIEW AND REVISE FORM S-1 FOR REORGANIZED TCEH. |
| 06/05/15 | | | | |
| 4.50 | LITTLE, ROBERT B | $835.00 | $3,757.50 | WORK ON FORM S-1 FOR REORGANIZED TCEH. |
| 06/09/15 | | | | |
| 1.50 | LITTLE, ROBERT B | $835.00 | $1,252.50 | WORK ON FORM S-1 (1.1); CONFER WITH C. CALLOWAY REGARDING SAME (0.4). |
| 06/10/15 | | | | |
| 4.70 | FISHER, TIMOTHY P | $450.00 | $2,115.00 | REVISE S-1 (2.6); RESEARCH PRECEDENT AND RULES REGARDING SAME (2.1). |
| 06/11/15 | | | | |
| 4.30 | LITTLE, ROBERT B | $835.00 | $3,590.50 | WORK ON EMERGENCE ACTION ITEMS LIST (1.6); COMPILE LIST OF SEC DISCLOSURE REQUIREMENTS IN CONNECTION WITH EMERGENCE (1.6); COMPILE LIST OF CORPORATE APPROVALS REGARDING FOR EMERGENCE-RELATED TRANSACTIONS (1.1). |
| 3.60 | FISHER, TIMOTHY P | $450.00 | $1,620.00 | REVISE S-1 (2.2); RESEARCH PRECEDENT AND RULES REGARDING SAME (1.4). |
| 06/12/15 | | | | |
| 0.60 | LITTLE, ROBERT B | $835.00 | $501.00 | REVIEW AND REVISE REORGANIZED TCEH EMERGENCE ACTION ITEMS LIST. |
| 5.00 | FISHER, TIMOTHY P | $450.00 | $2,250.00 | REVISE S-1 (3.0); RESEARCH PRECEDENT AND RULES REGARDING SAME (2.0). |

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 06/14/15 1.80 | LITTLE, ROBERT B | $835.00 | $1,503.00 | WORK ON FORM S-1 FOR REORGANIZED TCEH. |
| 06/15/15 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | CONFER WITH T. FISHER REGARDING REORGANIZED TCEH FORM S-1. |
| 9.70 | FISHER, TIMOTHY P | $450.00 | $4,365.00 | REVISE S-1 (6.9); RESEARCH PRECEDENT AND REVIEW FORM S-1 AND RELATED RULES REGARDING SAME (2.8). |
| 06/16/15 1.00 | LITTLE, ROBERT B | $835.00 | $835.00 | REVIEW AND REVISE FORM S-1. |
| 4.70 | FISHER, TIMOTHY P | $450.00 | $2,115.00 | REVISE S-1 (3.2); RESEARCH PRECEDENT AND REVIEW FORM S-1 AND RELATED RULES REGARDING SAME (1.5). |
| 06/17/15 0.50 | LITTLE, ROBERT B | $835.00 | $417.50 | REVIEW REVISIONS TO FORM S-1. |
| 06/24/15 1.40 | FISHER, TIMOTHY P | $450.00 | $630.00 | RESEARCH PRECEDENT REGARDING BANKRUPTCY RISK FACTORS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 20, 2015**

**Invoice No. 2015072810**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $   562.50 | $   0.00 | $   562.50 |
|  | **Totals** | $   562.50 | $   0.00 | $   562.50 |
|  | **Current Balance Due** |  |  | $   562.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $  1,342.90 | $   0.00 | $  1,342.90 |
| 92772-00046 | 11/12/14 | 2014112989 | 380.00 | 0.00 | 380.00 |
| 92772-00046 | 12/08/14 | 2014122609 | 264.70 | 0.00 | 264.70 |
| 92772-00046 | 01/07/15 | 2015010938 | 175.91 | 0.00 | 175.91 |
| 92772-00046 | 02/10/15 | 2015021886 | 187.00 | 0.00 | 187.00 |
| 92772-00046 | 04/30/15 | 2015050283 | 854.50 | 0.00 | 854.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 05/11/15 | 2015051951 | 500.00 | 0.00 | 500.00 |
| 92772-00046 | 06/30/15 | 2015061445 | 437.50 | 0.00 | 437.50 |

**PREVIOUS BALANCE DUE** $ 4,142.51

**TOTAL OUTSTANDING BALANCE DUE** $ 4,705.01

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 20, 2015**

**Invoice No. 2015072810**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    562.50 | $    0.00 | $    562.50 |
|  | **Totals** | $    562.50 | $    0.00 | $    562.50 |
|  | **Current Balance Due** |  |  | $    562.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $  1,342.90 | $  0.00 | $  1,342.90 |
| 92772-00046 | 11/12/14 | 2014112989 | 380.00 | 0.00 | 380.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: July 20, 2015**                                                                                          **Invoice No. 2015072810**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00046 | 12/08/14 | 2014122609 | 264.70 | 0.00 | 264.70 |
| 92772-00046 | 01/07/15 | 2015010938 | 175.91 | 0.00 | 175.91 |
| 92772-00046 | 02/10/15 | 2015021886 | 187.00 | 0.00 | 187.00 |
| 92772-00046 | 04/30/15 | 2015050283 | 854.50 | 0.00 | 854.50 |
| 92772-00046 | 05/11/15 | 2015051951 | 500.00 | 0.00 | 500.00 |
| 92772-00046 | 06/30/15 | 2015061445 | 437.50 | 0.00 | 437.50 |

**PREVIOUS BALANCE DUE**                                    $   4,142.51

**TOTAL OUTSTANDING BALANCE DUE**                           $   4,705.01

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

BUDGETING-RELATED WORK
92772-00046

---

For Services Rendered Through June 30, 2015

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MATTHEW G. BOUSLOG | 0.90 | $ 625.00 | $ | 562.50 |
| **Total Services** | | | $ | 562.50 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 562.50 |
| **BALANCE DUE** | $ | 562.50 |

BUDGETING-RELATED WORK
92772-00046

---

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/09/15 | 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH R. LITTLE, M. RAIFF, W. DAWSON AND J. HO REGARDING BUDGET. |
| 06/10/15 | 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | CALL WITH W. THOMPSON REGARDING BUDGET. |
| 06/11/15 | 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH M. RAIFF REGARDING BUDGET. |
| 06/12/15 | 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | REVIEW AND REVISE BUDGET (0.2); EMAILS WITH M. RAIFF REGARDING SAME (0.1). |
| 06/13/15 | 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | DRAFT BUDGET (0.2); EMAILS WITH G. MOOR, C. GOOCH AND D. KELLY REGARDING SAME (0.1). |

**Exhibit G-3**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 31, 2015**

**Invoice No. 2015083794**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $   16,082.50 | $        0.00 | $   16,082.50 |
|  | **Totals** | $   16,082.50 | $        0.00 | $   16,082.50 |
|  | **Current Balance Due** |  |  | $   16,082.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $     300.90 | $     0.00 | $     300.90 |
| 92772-00008 | 01/20/15 | 2015011938 | 992.60 | 0.00 | 992.60 |
| 92772-00008 | 02/27/15 | 2015023289 | 3,283.60 | 0.00 | 3,283.60 |
| 92772-00008 | 03/26/15 | 2015033300 | 7,451.70 | 0.00 | 7,451.70 |
| 92772-00008 | 04/30/15 | 2015051616 | 22,446.40 | 0.00 | 22,446.40 |
| 92772-00008 | 05/11/15 | 2015051944 | 74.80 | 0.00 | 74.80 |
| 92772-00008 | 06/30/15 | 2015063939 | 16,240.50 | 0.00 | 16,240.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 07/20/15 | 2015080989 | 73,783.00 | 0.00 | 73,783.00 |

**PREVIOUS BALANCE DUE**                                                   $ 124,573.50

**TOTAL OUTSTANDING BALANCE DUE**                                 $ 140,656.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 31, 2015**

**Invoice No. 2015083794**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  16,082.50 | $    0.00 | $  16,082.50 |
|  | **Totals** | $  16,082.50 | $   0.00 | $  16,082.50 |
|  | **Current Balance Due** |  |  | $  16,082.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $    300.90 | $   0.00 | $    300.90 |
| 92772-00008 | 01/20/15 | 2015011938 | 992.60 | 0.00 | 992.60 |
| 92772-00008 | 02/27/15 | 2015023289 | 3,283.60 | 0.00 | 3,283.60 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 31, 2015**                                      **Invoice No. 2015083794**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00008 | 03/26/15 | 2015033300 | 7,451.70 | 0.00 | 7,451.70 |
| 92772-00008 | 04/30/15 | 2015051616 | 22,446.40 | 0.00 | 22,446.40 |
| 92772-00008 | 05/11/15 | 2015051944 | 74.80 | 0.00 | 74.80 |
| 92772-00008 | 06/30/15 | 2015063939 | 16,240.50 | 0.00 | 16,240.50 |
| 92772-00008 | 07/20/15 | 2015080989 | 73,783.00 | 0.00 | 73,783.00 |

**PREVIOUS BALANCE DUE** $ 124,573.50

**TOTAL OUTSTANDING BALANCE DUE** $ 140,656.00

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

For Services Rendered Through July 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 4.20 | $ 885.00 | $   3,717.00 |
| JAMES C. HO | 9.90 | 835.00 | 8,266.50 |
| ASHLEY E. JOHNSON | 0.10 | 690.00 | 69.00 |
| RAMA T. LAGADAPATI | 3.00 | 550.00 | 1,650.00 |
| WILLIAM T. THOMPSON | 5.60 | 425.00 | 2,380.00 |

**Total Services**                                                $   16,082.50


**Total Services, Costs/Charges**                                       16,082.50

**BALANCE DUE**                                                   $   16,082.50

**Invoice Date: August 31, 2015**                          **Invoice No. 2015083794**

**Due and Payable Upon Receipt**

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

Detail Services:

07/01/15

| 1.80 | RAIFF, MICHAEL L | $885.00 | $1,593.00 | REVIEW REPLY BRIEF (1.3); CORRESPONDENCE REGARDING SAME (0.5). |
| 6.60 | HO, JAMES C | $835.00 | $5,511.00 | FURTHER EDITS TO DRAFT REPLY BRIEF (2.1); REVIEW EDITS FROM S. SOESBE AND CORRESPONDENCE REGARDING SAME (1.6); REVISE ███████ IN LIGHT OF SAME (1.8); EDIT ████████ (1.1). |
| 2.80 | THOMPSON, WILLIAM T | $425.00 | $1,190.00 | EMAILS REGARDING REPLY BRIEF WITH A. JOHNSON AND J. HO (0.7); REVISE AND MODIFY REPLY BRIEF (1.5); FINALIZE REPLY BRIEF (0.6). |

07/02/15

| 1.80 | RAIFF, MICHAEL L | $885.00 | $1,593.00 | WORK ON REPLY BRIEF (0.8); CONFERENCE CALL WITH CLIENTS REGARDING SAME (0.4); REVIEW LATEST DRAFT (0.6). |
| 2.20 | HO, JAMES C | $835.00 | $1,837.00 | CONFERENCE CALL WITH D. KELLY, ET AL. REGARDING ███████ AND FOLLOW-UP CORRESPONDENCE AND EDITS IN LIGHT OF SAME (0.9); REVISE LANGUAGE REGARDING ███████ FINALIZE BRIEF (0.5). |
| 1.30 | THOMPSON, WILLIAM T | $425.00 | $552.50 | COMMUNICATE WITH J. HO, M. RAIFF, A. JOHNSON, AND CLIENT REGARDING REPLY BRIEF (0.5); DISCUSS REPLY BRIEF WITH J. HO, M. RAIFF, AND A. JOHNSON (0.3); COMMUNICATE WITH A. JOHNSON REGARDING REPLY BRIEF (0.2); COMMUNICATE WITH D. GUS REGARDING REPLY BRIEF (0.3). |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 07/03/15 | 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO SUPPLEMENTAL BRIEFING AND COMMENTS FROM D. GUS. |
| 07/08/15 | 0.60 | HO, JAMES C | $835.00 | $501.00 | DEVELOP ███████ ███████████ AND CORRESPONDENCE REGARDING SAME. |
| | 1.10 | THOMPSON, WILLIAM T | $425.00 | $467.50 | COMMUNICATE WITH J. HO AND A. JOHNSON REGARDING ORAL ARGUMENT (0.8); COMMUNICATE WITH A. JOHNSON AND R. LAGADAPATI REGARDING ██████████ ██ |
| 07/09/15 | 3.00 | LAGADAPATI, RAMA T | $550.00 | $1,650.00 | RESEARCH AND ANALYSIS REGARDING ████████████ ██████████████ REVIEW CONTRACTS REGARDING THE SAME (1.2); COMMUNICATIONS WITH A. JOHNSON AND W. THOMPSON REGARDING THE SAME (0.3). |
| 07/13/15 | 0.10 | THOMPSON, WILLIAM T | $425.00 | $42.50 | DISCUSS ███████████ WITH A. JOHNSON. |
| 07/16/15 | 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO AND COMMUNICATIONS REGARDING ORAL ARGUMENT ██████████████. |
| | 0.20 | HO, JAMES C | $835.00 | $167.00 | REVIEW COURT ORDER REGARDING ORAL ARGUMENT AND CORRESPONDENCE REGARDING SAME. |
| 07/21/15 | 0.10 | HO, JAMES C | $835.00 | $83.50 | PREPARATIONS FOR ORAL ARGUMENT AND CORRESPONDENCE REGARDING SAME. |

**Invoice Date: August 31, 2015**

**Due and Payable Upon Receipt**

**Invoice No. 2015083794**

| 07/22/15 | | | | |
|---|---|---|---|---|
| 0.20 | HO, JAMES C | $835.00 | $167.00 | PREPARATIONS FOR ORAL ARGUMENT, INCLUDING ███████████████ . |
| 0.10 | JOHNSON, ASHLEY E | $690.00 | $69.00 | PREPARE LIST ████████████ FOR ORAL ARGUMENT PREPARATION. |
| 0.10 | THOMPSON, WILLIAM T | $425.00 | $42.50 | REVIEW AND CIRCULATE ████████████ |
| 07/23/15 | | | | |
| 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | ANALYZE ORAL ARGUMENT ISSUES. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 5, 2015**

**Invoice No. 2015080671**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  70,147.50 | $      0.00 | $  70,147.50 |
|  | **Totals** | $  70,147.50 | $      0.00 | $  70,147.50 |
|  | **Current Balance Due** |  |  | $  70,147.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $  2,316.30 | $  0.00 | $  2,316.30 |
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 1,382.00 | 0.00 | 1,382.00 |
| 92772-00018 | 01/05/15 | 2015011725 | 17,185.70 | 0.00 | 17,185.70 |
| 92772-00018 | 02/10/15 | 2015021965 | 15,840.10 | 0.00 | 15,840.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00018 | 03/16/15 | 2015032314 | 14,748.30 | 0.00 | 14,748.30 |
| 92772-00018 | 04/30/15 | 2015050362 | 28,175.70 | 0.00 | 28,175.70 |
| 92772-00018 | 05/11/15 | 2015053089 | 9,377.30 | 0.00 | 9,377.30 |
| 92772-00018 | 06/30/15 | 2015061449 | 45,041.50 | 0.00 | 45,041.50 |
| 92772-00018 | 07/13/15 | 2015071601 | 53,799.00 | 0.00 | 53,799.00 |
| 92772-00018 | 08/05/15 | 2015080671 | 70,147.50 | 0.00 | 70,147.50 |

**PREVIOUS BALANCE DUE**                                       $  260,171.60

**TOTAL OUTSTANDING BALANCE DUE**                      $  330,319.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 5, 2015**

**Invoice No. 2015080671**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  70,147.50 | $       0.00 | $  70,147.50 |
|  | **Totals** | $  70,147.50 | $     0.00 | $  70,147.50 |
|  | **Current Balance Due** |  |  | $  70,147.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $  2,316.30 | $    0.00 | $  2,316.30 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: August 5, 2015**                                      **Invoice No. 2015080671**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 1,382.00 | 0.00 | 1,382.00 |
| 92772-00018 | 01/05/15 | 2015011725 | 17,185.70 | 0.00 | 17,185.70 |
| 92772-00018 | 02/10/15 | 2015021965 | 15,840.10 | 0.00 | 15,840.10 |
| 92772-00018 | 03/16/15 | 2015032314 | 14,748.30 | 0.00 | 14,748.30 |
| 92772-00018 | 04/30/15 | 2015050362 | 28,175.70 | 0.00 | 28,175.70 |
| 92772-00018 | 05/11/15 | 2015053089 | 9,377.30 | 0.00 | 9,377.30 |
| 92772-00018 | 06/30/15 | 2015061449 | 45,041.50 | 0.00 | 45,041.50 |
| 92772-00018 | 07/13/15 | 2015071601 | 53,799.00 | 0.00 | 53,799.00 |
| 92772-00018 | 08/05/15 | 2015080671 | 70,147.50 | 0.00 | 70,147.50 |

**PREVIOUS BALANCE DUE** $ 260,171.60

**TOTAL OUTSTANDING BALANCE DUE** $ 330,319.10

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

NSR CASE
92772-00018

---

For Services Rendered Through July 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| WILLIAM B. DAWSON | 11.40 | $ 975.00 | $ 11,115.00 |
| MICHAEL A. ROSENTHAL | 3.60 | 1,175.00 | 4,230.00 |
| MICHAEL L. RAIFF | 27.60 | 885.00 | 24,426.00 |
| RUSSELL H. FALCONER | 21.90 | 610.00 | 13,359.00 |
| MATTHEW G. BOUSLOG | 3.00 | 625.00 | 1,875.00 |
| ELIZABETH M. VINEY | 24.70 | 525.00 | 12,967.50 |
| GAYA K. HOLMAN | 3.90 | 370.00 | 1,443.00 |
| CARLA H. JONES | 3.10 | 210.00 | 651.00 |
| CHRISTOPHER KARNES | 0.20 | 405.00 | 81.00 |

**Total Services** $ 70,147.50

**Total Services, Costs/Charges** 70,147.50

**BALANCE DUE** $  70,147.50

NSR CASE
92772-00018

---

Detail Services:

07/01/15

| 0.50 | FALCONER, RUSSELL H | $610.00 | $305.00 | CONFER BY PHONE ▮ ▮ AND CORRESPOND WITH TEAM REGARDING SAME (0.4); CORRESPOND ▮ ▮ (0.1). |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | EMAILS WITH R. FALCONER AND S. GIDIERE REGARDING ▮ . |

07/02/15

| 2.30 | ROSENTHAL, MICHAEL A | $1,175.00 | $2,702.50 | REVIEW MEMORANDUM REGARDING ▮ (1.4); REVIEW PROPOSED LANGUAGE RELATED TO ENVIRONMENTAL CLAIMS (0.4); EMAIL FROM M. BOUSLOG REGARDING PROPOSED LANGUAGE (0.2); TELEPHONE WITH M. BOUSLOG AND R. FALCONER REGARDING PROPOSED LANGUAGE (0.3). |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO AND COMMUNICATIONS REGARDING DOJ PROPOSED COMMENTS TO BANKRUPTCY PLAN. |
| 0.80 | FALCONER, RUSSELL H | $610.00 | $488.00 | CONFER BY ▮ RE DISCOVERY AND CORRESPOND WITH D. KELLY REGARDING SAME (0.4); CONFER BY ▮ AND CORRESPOND WITH TEAM REGARDING SAME (0.2); CONFER BY PHONE WITH M. ROSENTHAL AND M. BOUSLOG (0.2). |

| | | | | |
|---|---|---|---|---|
| 0.80 | BOUSLOG, MATTHEW G | $625.00 | $500.00 | ANALYZE PLAN LANGUAGE REGARDING ENVIRONMENTAL CLAIMS (0.4); EMAILS WITH M. ROSENTHAL, M. RAIFF AND R. FALCONER REGARDING SAME (0.2); CALLS WITH M. ROSENTHAL AND R. FALCONER REGARDING SAME (0.2). |
| 0.80 | VINEY, ELIZABETH M | $525.00 | $420.00 | REVIEW ██████████████ ████████████████████ |
| 0.70 | HOLMAN, GAYA K | $370.00 | $259.00 | ASSIST CLIENT WITH UPCOMING CLIENT MEETING. |

07/06/15

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO AND COMMUNICATIONS REGARDING SCHEDULING AND DEADLINES. |
| 1.70 | FALCONER, RUSSELL H | $610.00 | $1,037.00 | STUDY ███████████ ████████ (0.6); BEGIN EDITING AND REVISING FIRST SET OF REQUESTS FOR PRODUCTIONS (1.1). |
| 0.40 | HOLMAN, GAYA K | $370.00 | $148.00 | REVIEW COURT DOCKET AND SCHEDULING ORDER ███████ ████████████████ ████████████ (0.2); PREPARE EMAIL CORRESPONDENCE TO M. RAIFF REGARDING FINDINGS (0.1); REVIEW FILE TO CONFIRM ███████████ ████████ (0.1). |

07/07/15

| | | | | |
|---|---|---|---|---|
| 0.80 | DAWSON, WILLIAM B | $975.00 | $780.00 | PARTICIPATE IN WEEKLY CALL. |
| 1.40 | RAIFF, MICHAEL L | $885.00 | $1,239.00 | WORK ON DOCUMENT REQUESTS AND COMMUNICATIONS REGARDING SAME (0.5); PARTICIPATE IN CALL WITH CLIENTS (0.9). |

| 2.50 | FALCONER, RUSSELL H | $610.00 | $1,525.00 | FINISH EDITING AND REVISING FIRST SET OF RFPS (1.7); PREPARE FOR AND PARTICIPATE IN PART OF WEEKLY CASE CALL (0.8). |
| 0.80 | VINEY, ELIZABETH M | $525.00 | $420.00 | PARTICIPATE IN WEEKLY TEAM CONFERENCE CALL. |

**07/08/15**

| 0.50 | DAWSON, WILLIAM B | $975.00 | $487.50 | CALLS AND COMMUNICATIONS. |
| 0.40 | HOLMAN, GAYA K | $370.00 | $148.00 | ██████████████ (0.3); PREPARE SUMMARY EMAIL TO A. JOHNSON REGARDING SAME (0.1). |

**07/10/15**

| 0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | CONFERENCE CALL WITH CLIENT. |
| 0.90 | FALCONER, RUSSELL H | $610.00 | $549.00 | PARTICIPATE IN WEEKLY DOCUMENT CALL (0.6); CORRESPOND WITH TEAM REGARDING ████ ██████ (0.3). |
| 0.70 | VINEY, ELIZABETH M | $525.00 | $367.50 | PARTICIPATE IN WEEKLY DOCUMENT COLLECTION CALL. |

**07/13/15**

| 0.20 | FALCONER, RUSSELL H | $610.00 | $122.00 | CORRESPONDENCE AND WORK-UP ██████ |
| 0.40 | FALCONER, RUSSELL H | $610.00 | $244.00 | REVIEW LITIGATION WITH EPA. |
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH R. FALCONER REGARDING ENVIRONMENTAL CLAIMS. |

**07/14/15**

| 2.00 | RAIFF, MICHAEL L | $885.00 | $1,770.00 | WORK ON DISCOVERY MATTERS (.4); CONFERENCE CALL WITH DOJ (.4); FOLLOW-UP COMMUNICATIONS WITH CLIENTS (.3); REVIEW PROTECTIVE ORDER (.4); COMMUNICATIONS REGARDING DOCUMENT REQUESTS (.5). |

| 0.50 | FALCONER, RUSSELL H | $610.00 | $305.00 | STUDY ████████ ████████ (.3); CONFER BY PHONE WITH M. BOUSLOG REGARDING SAME (.2). |
| 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | CALL WITH R. FALCONER REGARDING ENVIRONMENTAL CLAIMS AND PLAN. |

07/15/15

| 1.30 | DAWSON, WILLIAM B | $975.00 | $1,267.50 | PREPARE FOR AND WEEKLY CALL WITH CLIENT. |
| 0.30 | ROSENTHAL, MICHAEL A | $1,175.00 | $352.50 | EMAILS WITH M. BOUSLOG AND R. FALCONER REGARDING PROPOSED EPA LANGUAGE IN PLAN. |
| 2.00 | RAIFF, MICHAEL L | $885.00 | $1,770.00 | COMMUNICATIONS REGARDING SCHEDULING ORDER AND CLARIFICATION MOTION (0.2); CONFERENCE CALL WITH CLIENTS (0.7); WORK ON DISCOVERY, ██████████ ████████ (0.6); COMMUNICATIONS REGARDING PLAN LANGUAGE (0.5). |
| 2.50 | FALCONER, RUSSELL H | $610.00 | $1,525.00 | CONFER BY PHONE WITH OUTSIDE COUNSEL REGARDING PLAN LANGUAGE AND CORRESPOND WITH GDC TEAM REGARDING SAME (1.3); SERVE FIRST SET OF RFPS AND CORRESPOND WITH TEAM REGARDING DEADLINES (0.3); PARTICIPATE IN WEEKLY CASE CONFERENCE CALL; (0.7); FOLLOW-UP WITH E. VINEY AND D. THORN (0.2). |
| 0.50 | BOUSLOG, MATTHEW G | $625.00 | $312.50 | EMAILS WITH R. FALCONER REGARDING ENVIRONMENTAL PLAN LANGUAGE. |

| | | | | |
|---|---|---|---|---|
| 1.00 | VINEY, ELIZABETH M | $525.00 | $525.00 | PARTICIPATE IN WEEKLY TEAM CONFERENCE CALL (.8); DRAFT JOINT MOTION FOR CLARIFICATION OF SCHEDULING ORDER (.2). |
| 0.30 | HOLMAN, GAYA K | $370.00 | $111.00 | REVIEW AND ORGANIZE CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING HARD DRIVE PRODUCTION AND EMAIL EXCHANGE WITH TEAM REGARDING SAME (0.1); CALCULATE AND DOCKET DEADLINE TO RESPOND TO DISCOVERY REQUESTS (0.1); REVIEW AND ORGANIZE CASE FILINGS AND COMMUNICATIONS FOR ATTORNEY REFERENCE (0.1). |

**07/16/15**

| | | | | |
|---|---|---|---|---|
| 0.10 | ROSENTHAL, MICHAEL A | $1,175.00 | $117.50 | EMAILS WITH R. FALCONER AND M. RAIFF REGARDING ENVIRONMENTAL LANGUAGE. |
| 1.40 | VINEY, ELIZABETH M | $525.00 | $735.00 | DRAFT JOINT MOTION FOR CLARIFICATION. |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | EMAIL EXCHANGE WITH THE TEAM REGARDING RECEIPT OF HARD DRIVE CONTAINING PLAINTIFF'S DOCUMENT PRODUCTION AND ORGANIZE SAME FOR ATTORNEY REFERENCE. |

**07/17/15**

| | | | | |
|---|---|---|---|---|
| 1.80 | RAIFF, MICHAEL L | $885.00 | $1,593.00 | CALL WITH EFH (0.3); CONFERENCE CALL REGARDING DOCUMENT PRODUCTION (0.8); FOLLOW-UP ON DOCUMENT PRODUCTION ISSUES (0.3); WORK ON JOINT MOTION AND COMMUNICATIONS REGARDING SAME (0.4). |
| 0.20 | FALCONER, RUSSELL H | $610.00 | $122.00 | REVIEW DRAFT OF MOTION FOR CLARIFICATION AND CORRESPOND WITH TEAM REGARDING SAME. |

| | | | | |
|---|---|---|---|---|
| 0.90 | VINEY, ELIZABETH M | $525.00 | $472.50 | PARTICIPATE IN TEAM DISCOVERY CONFERENCE CALL. |

**07/20/15**

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | WORK ON JOINT CLARIFICATION MOTION AND RELATED COMMUNICATIONS (0.7); ██████████ (0.2); COMMUNICATIONS REGARDING EXPERTS (0.1). |
| 0.70 | VINEY, ELIZABETH M | $525.00 | $367.50 | EDIT JOINT MOTION FOR CLARIFICATION. |

**07/21/15**

| | | | | |
|---|---|---|---|---|
| 1.50 | DAWSON, WILLIAM B | $975.00 | $1,462.50 | CONFER WITH R. FALCONER AND E. VINEY ON ██████████ |
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO AND COMMUNICATIONS REGARDING ██████ (.1); PREPARE FOR MEETING (.2). |
| 1.50 | FALCONER, RUSSELL H | $610.00 | $915.00 | CONFER WITH B. DAWSON AND E. VINEY ON ██████████. |
| 3.20 | VINEY, ELIZABETH M | $525.00 | $1,680.00 | EDIT JOINT MOTION FOR CLARIFICATION (1.7); DISCUSS CASE WITH B. DAWSON AND R. FALCONER (1.5). |
| 0.40 | HOLMAN, GAYA K | $370.00 | $148.00 | ASSIST ATTORNEYS WITH PREPARATION FOR MEETING (0.3); EMAIL EXCHANGE WITH TEAM REGARDING ██████ (0.1). |

**07/22/15**

| | | | | |
|---|---|---|---|---|
| 6.00 | DAWSON, WILLIAM B | $975.00 | $5,850.00 | MEETING IN OFFICE WITH GC AND BALCH LAWYERS (4.0); CASE PREPARATION (2.0). |
| 0.10 | ROSENTHAL, MICHAEL A | $1,175.00 | $117.50 | COMMENT ON PROPOSED ADDITIONAL ENVIRONMENTAL RESERVATION. |

| 7.50 | RAIFF, MICHAEL L | $885.00 | $6,637.50 | WORK ON JOINT MOTION AND RELATED COMMUNICATIONS (0.2); PARTICIPATE IN TEAM MEETINGS AND CASE PREPARATION (7.3). |
| 7.60 | FALCONER, RUSSELL H | $610.00 | $4,636.00 | PARTICIPATE IN CASE ███████████. |
| 0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | EMAILS WITH M. ROSENTHAL AND R. FALCONER REGARDING ENVIRONMENTAL PLAN LANGUAGE. |
| 8.20 | VINEY, ELIZABETH M | $525.00 | $4,305.00 | PREPARE ██████████ MEETING (1.1); PARTICIPATE IN ██████████ MEETING (7.1). |
| 0.50 | HOLMAN, GAYA K | $370.00 | $185.00 | REVIEW AND ORGANIZE CASE FILINGS AND COMMUNICATIONS FOR ATTORNEY REFERENCE (0.2); WORK ON DISCOVERY ISSUES (0.3). |
| 0.40 | JONES, CARLA H | $210.00 | $84.00 | SEARCH FOR ████████████████ |
| 0.20 | KARNES, CHRISTOPHER | $405.00 | $81.00 | WORK ON DISCOVERY ISSUES. |

07/23/15

| 0.40 | RAIFF, MICHAEL L | $885.00 | $354.00 | ATTENTION TO AND COMMUNICATIONS REGARDING PROPOSED FILING AND WORK ON PROPOSED ORDER. |
| 0.10 | FALCONER, RUSSELL H | $610.00 | $61.00 | CORRESPOND WITH E. VINEY REGARDING ███████████. |
| 1.30 | VINEY, ELIZABETH M | $525.00 | $682.50 | REVIEW AND REVISE NOTES ██████████████. |

07/24/15

| 0.40 | RAIFF, MICHAEL L | $885.00 | $354.00 | WORK ON JOINT MOTION, ORDER, AND RELATED COMMUNICATIONS AND FILING. |
| 0.10 | FALCONER, RUSSELL H | $610.00 | $61.00 | CORRESPOND WITH M. RAIFF REGARDING ███████████. |

| 0.50 | VINEY, ELIZABETH M | $525.00 | $262.50 | FINALIZE FILING OF JOINT MOTION FOR CLARIFICATION (.2); EMAIL CORRESPONDENCE REGARDING SAME (.1); EMAIL CORRESPONDENCE REGARDING ███████ ██████ (.2). |
| 0.80 | HOLMAN, GAYA K | $370.00 | $296.00 | COORDINATE DUPLICATION OF OPPOSING COUNSEL'S DOCUMENT PRODUCTION (0.2); REVIEW AND ORGANIZE ████████████ FOR ATTORNEY REFERENCE (0.2); MULTIPLE EMAIL EXCHANGE WITH EPIQ REGARDING ████████████ (0.2); REVIEW AND ORGANIZE CASE FILINGS AND COMMUNICATIONS FOR ATTORNEY REFERENCE (0.2). |
| 1.50 | JONES, CARLA H | $210.00 | $315.00 | ONLINE SEARCH ████████ |

07/27/15

| 0.80 | RAIFF, MICHAEL L | $885.00 | $708.00 | ATTENTION TO AND COMMUNICATIONS REGARDING DOJ'S REQUESTED PLAN LANGUAGE. |
| 0.30 | FALCONER, RUSSELL H | $610.00 | $183.00 | CORRESPONDENCE REGARDING JULY 28, 2015 CALL WITH K&E. |
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH M. RAIFF AND R. FALCONER REGARDING ENVIRONMENTAL PLAN LANGUAGE. |
| 2.70 | VINEY, ELIZABETH M | $525.00 | $1,417.50 | EDIT AND CIRCULATE ████████ |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND ORGANIZE CASE FILINGS AND COMMUNICATIONS FOR ATTORNEY REFERENCE. |

| 0.20 | JONES, CARLA H | $210.00 | $42.00 | RESEARCH REGARDING ██████ ████████ |

07/28/15

| 0.80 | DAWSON, WILLIAM B | $975.00 | $780.00 | PREPARE FOR AND PARTICIPATE IN WEEKLY CALL. |
| 0.80 | ROSENTHAL, MICHAEL A | $1,175.00 | $940.00 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH CLIENT AND K&E REGARDING ENVIRONMENTAL LANGUAGE RELATED TO PLAN. |
| 2.80 | RAIFF, MICHAEL L | $885.00 | $2,478.00 | PREPARE FOR AND PARTICIPATE IN CALL WITH KIRKLAND AND REVIEW RELATED MATERIALS (1.0); CONFERENCE CALL WITH CLIENTS (0.5); CONFERENCE CALL REGARDING DOCUMENT PRODUCTIONS (0.5); PRE-TRIAL MATTERS (0.3); WORK ON DOCUMENT PRODUCTION ISSUES AND MEET AND CONFER COMMUNICATIONS (0.5). |
| 1.90 | FALCONER, RUSSELL H | $610.00 | $1,159.00 | CONFERENCE CALL WITH K&E REGARDING DOJ PLAN LANGUAGE (0.5); WEEKLY CASE STRATEGY CALL (0.5); BEGIN ████████████████ (0.3); PARTICIPATE IN WEEKLY DOCUMENT CALL (0.5); CORRESPONDENCE REGARDING DISCOVERY ISSUES (0.1). |
| 0.80 | BOUSLOG, MATTHEW G | $625.00 | $500.00 | ANALYZE ENVIRONMENTAL PLAN LANGUAGE (0.2); CALLS WITH ████████████ ████████████ REGARDING SAME (0.6). |
| 1.40 | VINEY, ELIZABETH M | $525.00 | $735.00 | PARTICIPATE IN WEEKLY TEAM CONFERENCE CALL (.5); PARTICIPATE IN WEEKLY TEAM DOCUMENT COLLECTION CALL (.5); COMPILE ██████████ ████ (.4). |

| 0.20 | HOLMAN, GAYA K | $370.00 | $74.00 | EMAIL EXCHANGE WITH TEAM REGARDING ███████ █████████ (0.1); REVIEW AND ORGANIZE CASE COMMUNICATIONS FOR ATTORNEY REFERENCE (0.1). |
| 1.00 | JONES, CARLA H | $210.00 | $210.00 | SEARCH ██████████████ ████████████████ |

**07/29/15**

| 3.20 | RAIFF, MICHAEL L | $885.00 | $2,832.00 | ANALYSIS OF AND FOLLOW-UP ON DOJ'S RECENT MEET AND CONFER LETTER (0.8); CONFERENCE CALL WITH CLIENTS REGARDING DOCUMENT PRODUCTION (2.4). |
| 0.20 | FALCONER, RUSSELL H | $610.00 | $122.00 | CONFER BY PHONE WITH S. KELLY AND CORRESPOND WITH TEAM. |

**07/30/15**

| 0.50 | DAWSON, WILLIAM B | $975.00 | $487.50 | COMMUNICATIONS REGARDING DOJ POSITIONS AND COMMUNICATIONS. |
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | ATTENTION TO AND COMMUNICATIONS REGARDING PROTECTIVE ORDER AND DOJ'S NEW EDITS AND NEXT STEPS. |

**07/31/15**

| 2.00 | RAIFF, MICHAEL L | $885.00 | $1,770.00 | CONFERENCE CALL WITH CLIENTS TO WORK ON DOCUMENT PRODUCTION EFFORTS (1.3); ATTENTION TO AND COMMUNICATIONS REGARDING DOCUMENT PRODUCTION ISSUES AND TODAY'S PRODUCTION (0.5); COMMUNICATIONS REGARDING PROTECTIVE ORDER (2). |
| 1.10 | VINEY, ELIZABETH M | $525.00 | $577.50 | WEEKLY DISCOVERY CONFERENCE CALL. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 19, 2015**

**Invoice No. 2015082794**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|          |                  | Services Rendered | Costs/ Charges | Totals |
|----------|------------------|------------------:|--------------:|-------:|
| 92772-00022 | 2004 FPL Lawsuit | $   10,074.00 | $      0.00 | $  10,074.00 |
| | **Totals** | $   10,074.00 | $      0.00 | $  10,074.00 |
| | **Current Balance Due** | | | $   10,074.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|---------:|------:|------------:|
| 92772-00022 | 10/02/14 | 2014103512 | $  1,071.00 | $   0.00 | $  1,071.00 |
| 92772-00022 | 11/12/14 | 2014111764 | 727.00 | 0.00 | 727.00 |
| 92772-00022 | 12/08/14 | 2014121819 | 441.00 | 0.00 | 441.00 |
| 92772-00022 | 01/22/15 | 2015012767 | 289.80 | 0.00 | 289.80 |
| 92772-00022 | 02/27/15 | 2015023352 | 529.20 | 0.00 | 529.20 |
| 92772-00022 | 03/25/15 | 2015033217 | 265.50 | 0.00 | 265.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 19, 2015                                    Invoice No. 2015082794
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00022 | 04/30/15 | 2015050365 | 637.20 | 0.00 | 637.20 |

**PREVIOUS BALANCE DUE** $ 3,960.70

**TOTAL OUTSTANDING BALANCE DUE** $ 14,034.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 19, 2015**

**Invoice No. 2015082794**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $   10,074.00 | $     0.00 | $   10,074.00 |
|  | **Totals** | $   10,074.00 | $     0.00 | $   10,074.00 |
|  | **Current Balance Due** |  |  | $   10,074.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 10/02/14 | 2014103512 | $   1,071.00 | $   0.00 | $   1,071.00 |
| 92772-00022 | 11/12/14 | 2014111764 | 727.00 | 0.00 | 727.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00022 | 12/08/14 | 2014121819 | 441.00 | 0.00 | 441.00 |
| 92772-00022 | 01/22/15 | 2015012767 | 289.80 | 0.00 | 289.80 |
| 92772-00022 | 02/27/15 | 2015023352 | 529.20 | 0.00 | 529.20 |
| 92772-00022 | 03/25/15 | 2015033217 | 265.50 | 0.00 | 265.50 |
| 92772-00022 | 04/30/15 | 2015050365 | 637.20 | 0.00 | 637.20 |

**PREVIOUS BALANCE DUE**                              $   3,960.70

**TOTAL OUTSTANDING BALANCE DUE**                     $  14,034.70

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


2004 FPL LAWSUIT
92772-00022

_____

For Services Rendered Through July 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ASHLEY E. JOHNSON | 14.60 | $ 690.00 | $ 10,074.00 |
| **Total Services** | | | $ 10,074.00 |
| **Total Services, Costs/Charges** | | | 10,074.00 |
| **BALANCE DUE** | | | $ 10,074.00 |

2004 FPL LAWSUIT
92772-00022

---

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 07/01/15 | 7.40 | JOHNSON, ASHLEY E | $690.00 | $5,106.00 | REVISE FPL REPLY BRIEF TO INCORPORATE INTERNAL AND CLIENT EDITS (7.1); CONFERENCES WITH J. HO AND M. RAIFF REGARDING SAME (.3). |
| 07/02/15 | 5.70 | JOHNSON, ASHLEY E | $690.00 | $3,933.00 | REVISE, FINALIZE, AND FILE FPL REPLY BRIEF (5.3); CONFERENCE CALL WITH CLIENT AND INTERNAL TEAM REGARDING SAME (.4). |
| 07/03/15 | 0.40 | JOHNSON, ASHLEY E | $690.00 | $276.00 | REVIEW COMMENTS BY D. GUS █████████ |
| 07/06/15 | 0.40 | JOHNSON, ASHLEY E | $690.00 | $276.00 | COORDINATE RESEARCH INTO ████ DISCUSS SAME WITH M. RAIFF (.2). |
| 07/07/15 | 0.20 | JOHNSON, ASHLEY E | $690.00 | $138.00 | REVIEW RESEARCH REGARDING ██████ ████ |
| 07/08/15 | 0.40 | JOHNSON, ASHLEY E | $690.00 | $276.00 | FOLLOW UP QUESTIONS REGARDING ████████ ████ |
| 07/13/15 | 0.10 | JOHNSON, ASHLEY E | $690.00 | $69.00 | REVIEW COURT OF APPEALS DOCKET FOR CASE STATUS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 11, 2015**

**Invoice No. 2015081583**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $  7,801.00 | $  0.00 | $  7,801.00 |
|  | **Totals** | $  7,801.00 | $  0.00 | $  7,801.00 |
|  | **Current Balance Due** |  |  | $  7,801.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $  9,288.20 | $  0.00 | $  9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |
| 92772-00030 | 12/08/14 | 2014122606 | 4,015.10 | 0.00 | 4,015.10 |
| 92772-00030 | 01/07/15 | 2015010935 | 3,670.60 | 0.00 | 3,670.60 |
| 92772-00030 | 02/10/15 | 2015021882 | 5,169.10 | 0.00 | 5,169.10 |
| 92772-00030 | 03/16/15 | 2015032310 | 3,258.10 | 0.00 | 3,258.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 04/30/15 | 2015050274 | 1,712.00 | 0.00 | 1,712.00 |
| 92772-00030 | 05/11/15 | 2015051946 | 1,739.20 | 0.00 | 1,739.20 |
| 92772-00030 | 06/30/15 | 2015061442 | 14,630.00 | 0.00 | 14,630.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 20,446.50 | 0.00 | 20,446.50 |

**PREVIOUS BALANCE DUE**  $  77,552.30

**TOTAL OUTSTANDING BALANCE DUE**  $  85,353.30

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 11, 2015**

**Invoice No. 2015081583**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $    7,801.00 | $    0.00 | $    7,801.00 |
|  | **Totals** | $    7,801.00 | $    0.00 | $    7,801.00 |
|  | **Current Balance Due** |  |  | $    7,801.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $    9,288.20 | $    0.00 | $    9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: August 11, 2015**                                                                 **Invoice No. 2015081583**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00030 | 12/08/14 | 2014122606 | 4,015.10 | 0.00 | 4,015.10 |
| 92772-00030 | 01/07/15 | 2015010935 | 3,670.60 | 0.00 | 3,670.60 |
| 92772-00030 | 02/10/15 | 2015021882 | 5,169.10 | 0.00 | 5,169.10 |
| 92772-00030 | 03/16/15 | 2015032310 | 3,258.10 | 0.00 | 3,258.10 |
| 92772-00030 | 04/30/15 | 2015050274 | 1,712.00 | 0.00 | 1,712.00 |
| 92772-00030 | 05/11/15 | 2015051946 | 1,739.20 | 0.00 | 1,739.20 |
| 92772-00030 | 06/30/15 | 2015061442 | 14,630.00 | 0.00 | 14,630.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 20,446.50 | 0.00 | 20,446.50 |

**PREVIOUS BALANCE DUE**                                    $ 77,552.30

**TOTAL OUTSTANDING BALANCE DUE**                          $ 85,353.30

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through July 31, 2015

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MATTHEW G. BOUSLOG | 0.60 | $ 625.00 | $ | 375.00 |
| DUKE K. AMPONSAH | 18.80 | 395.00 | | 7,426.00 |
| **Total Services** | | | $ | 7,801.00 |
| **Total Services, Costs/Charges** | | | | 7,801.00 |
| **BALANCE DUE** | | | $ | 7,801.00 |

RETENTION/FEE APPLICATIONS
92772-00030

---

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 07/05/15 | 0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | EMAILS WITH C. DOBRY AND R. ST. JOHN REGARDING FEE APPLICATION. |
| 07/06/15 | 3.90 | AMPONSAH, DUKE K | $395.00 | $1,540.50 | PREPARE DRAFT OF GDC MAY 2015 FEE STATEMENT AND CORRESPONDING EXHIBITS. |
| 07/07/15 | 1.20 | AMPONSAH, DUKE K | $395.00 | $474.00 | REVISE DRAFT OF GDC MAY 2015 FEE STATEMENT AND CORRESPONDING EXHIBITS. |
| 07/09/15 | 0.40 | BOUSLOG, MATTHEW G | $625.00 | $250.00 | REVIEW AND REVISE FEE STATEMENT (0.2); EMAILS WITH R. LITTLE, J. MADRON AND D. AMPONSAH REGARDING SAME (0.2). |
| 07/10/15 | 0.80 | AMPONSAH, DUKE K | $395.00 | $316.00 | REVIEW JUNE 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 07/17/15 | 0.80 | AMPONSAH, DUKE K | $395.00 | $316.00 | REVIEW JUNE 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 07/20/15 | 1.50 | AMPONSAH, DUKE K | $395.00 | $592.50 | REVIEW JULY 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.8); WORK ON WORKSHEETS FOR THE JUNE 2015 FEE STATEMENT (0.7). |
| 07/21/15 | 2.70 | AMPONSAH, DUKE K | $395.00 | $1,066.50 | REVIEW JULY 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.3); WORK ON WORKSHEETS FOR THE JUNE 2015 FEE STATEMENT (1.2); PREPARE DRAFT OF JUNE 2015 GDC MONTHLY FEE STATEMENT (1.2). |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 07/23/15<br>1.90 | AMPONSAH, DUKE K | $395.00 | $750.50 | REVIEW JULY 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.8); CONTINUE DRAFT OF JULY 2015 GDC MONTHLY FEE STATEMENT (1.1). |
| 07/27/15<br>2.70 | AMPONSAH, DUKE K | $395.00 | $1,066.50 | CONTINUE DRAFT OF JUNE 2015 GDC MONTHLY FEE STATEMENT. |
| 07/28/15<br>1.50 | AMPONSAH, DUKE K | $395.00 | $592.50 | REVISE DRAFT OF JUNE 2015 GDC MONTHLY FEE STATEMENT. |
| 07/29/15<br>1.80 | AMPONSAH, DUKE K | $395.00 | $711.00 | REVIEW FINAL BILL TOTALS (0.3); PREPARE CERTIFICATE OF NO OBJECTION AND MFIS FOR MAY 2015 FEE STATEMENT (1.5). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 11, 2015**

**Invoice No. 2015081584**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  12,481.50 | $      0.00 | $  12,481.50 |
|  | **Totals** | $  12,481.50 | $    0.00 | $  12,481.50 |
|  | **Current Balance Due** |  |  | $  12,481.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $    758.40 | $    0.00 | $    758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |
| 92772-00031 | 12/08/14 | 2014122607 | 122.40 | 0.00 | 122.40 |
| 92772-00031 | 01/07/15 | 2015010936 | 2,402.90 | 0.00 | 2,402.90 |
| 92772-00031 | 02/10/15 | 2015021883 | 1,932.20 | 0.00 | 1,932.20 |
| 92772-00031 | 03/16/15 | 2015032311 | 3,859.40 | 0.00 | 3,859.40 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00031 | 04/30/15 | 2015050275 | 3,116.70 | 0.00 | 3,116.70 |
| 92772-00031 | 05/11/15 | 2015051947 | 3,443.00 | 0.00 | 3,443.00 |
| 92772-00031 | 06/30/15 | 2015061443 | 1,169.00 | 0.00 | 1,169.00 |
| 92772-00031 | 07/20/15 | 2015072808 | 3,423.50 | 0.00 | 3,423.50 |

**PREVIOUS BALANCE DUE** $ 20,764.70

**TOTAL OUTSTANDING BALANCE DUE** $ 33,246.20

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 11, 2015**

**Invoice No. 2015081584**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  12,481.50 | $       0.00 | $  12,481.50 |
|  | **Totals** | $   12,481.50 | $     0.00 | $   12,481.50 |
|  | **Current Balance Due** |  |  | $   12,481.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $    758.40 | $    0.00 | $    758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00031 | 12/08/14 | 2014122607 | 122.40 | 0.00 | 122.40 |
| 92772-00031 | 01/07/15 | 2015010936 | 2,402.90 | 0.00 | 2,402.90 |
| 92772-00031 | 02/10/15 | 2015021883 | 1,932.20 | 0.00 | 1,932.20 |
| 92772-00031 | 03/16/15 | 2015032311 | 3,859.40 | 0.00 | 3,859.40 |
| 92772-00031 | 04/30/15 | 2015050275 | 3,116.70 | 0.00 | 3,116.70 |
| 92772-00031 | 05/11/15 | 2015051947 | 3,443.00 | 0.00 | 3,443.00 |
| 92772-00031 | 06/30/15 | 2015061443 | 1,169.00 | 0.00 | 1,169.00 |
| 92772-00031 | 07/20/15 | 2015072808 | 3,423.50 | 0.00 | 3,423.50 |

**PREVIOUS BALANCE DUE**                    $  20,764.70

**TOTAL OUTSTANDING BALANCE DUE**           $  33,246.20

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH SEC MATTERS
92772-00031

---

For Services Rendered Through July 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 12.90 | $ 835.00 | $ 10,771.50 |
| JONATHAN M. WHALEN | 1.00 | 630.00 | 630.00 |
| TIMOTHY P. FISHER | 2.40 | 450.00 | 1,080.00 |
| **Total Services** | | | $ 12,481.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 12,481.50 |
| **BALANCE DUE** | $  12,481.50 |

**Due and Payable Upon Receipt**

EFH SEC MATTERS
92772-00031

_____

Detail Services:

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 07/14/15 3.10 | LITTLE, ROBERT B | $835.00 | $2,588.50 | TELEPHONE CALL WITH A. WRIGHT REGARDING SEC FILINGS (0.2); PREPARE FORM 8-K FOR CLEANSING DISCLOSURE (2.9). |
| 07/15/15 0.60 | LITTLE, ROBERT B | $835.00 | $501.00 | REVIEW AND REVISE FORM 8-K FOR CLEANSING DISCLOSURE. |
| 07/20/15 2.80 | LITTLE, ROBERT B | $835.00 | $2,338.00 | REVIEW AND REVISE FORM 10-Q (0.7); PREPARE FORM 8-K FOR DISCLOSURE OF AMENDED PLAN (0.6); PREPARE FORM 8-K FOR DISCLOSURE OF MERGER, AMENDED PLAN AND CLEANSING INFORMATION (1.5). |
| 07/21/15 2.90 | LITTLE, ROBERT B | $835.00 | $2,421.50 | WORK ON ALTERNATIVE FORM 8-K FILINGS (2.3); REVIEW AND REVISE FORM 10-Q (0.6). |
| 07/22/15 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | E-MAILS WITH A. WRIGHT AND KIRKLAND & ELLIS REGARDING FORM 8-K FILING. |
| 07/23/15 0.50 | LITTLE, ROBERT B | $835.00 | $417.50 | E-MAILS REGARDING FORM 8-K FILING. |
| 0.50 | WHALEN, JONATHAN M | $630.00 | $315.00 | COORDINATE FILING OF AMENDED PLAN AND DISCLOSURE STATEMENT 8-K. |
| 1.40 | FISHER, TIMOTHY P | $450.00 | $630.00 | PREPARE 8-K AND EXHIBITS FOR FILING AND CONFERENCE WITH RRD REGARDING SAME (0.3); REVIEW 8-K PROOF (1.1). |
| 07/24/15 0.50 | WHALEN, JONATHAN M | $630.00 | $315.00 | COORDINATE FILING OF 8-K REGARDING AMENDED PLAN AND DISCLOSURE STATEMENT. |

| | | | | |
|---|---|---|---|---|
| 1.00 | FISHER, TIMOTHY P | $450.00 | $450.00 | REVIEW PROOF OF 8-K AND EXHIBITS. |
| 07/27/15 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | REVIEW AND REVISE FORM 8-K FOR CLEANSING DISCLOSURE. |
| 07/28/15 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | REVIEW AND REVISE FORM 8-K. |
| 07/29/15 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | TELEPHONE CALL WITH A. WRIGHT REGARDING FORM 8-K FILINGS (0.2); E-MAILS REGARDING SAME (0.1). |
| 07/30/15 0.80 | LITTLE, ROBERT B | $835.00 | $668.00 | TELEPHONE CALL WITH A. WRIGHT (0.1); E-MAILS REGARDING FORM 8-K FILINGS (0.1); PREPARE FORM 8-K FOR AMENDED PLAN (0.6). |
| 07/31/15 0.90 | LITTLE, ROBERT B | $835.00 | $751.50 | WORK ON FORM 8-K FILINGS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 11, 2015**

**Invoice No. 2015081585**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $   1,252.50 | $   0.00 | $   1,252.50 |
|  | **Totals** | $   1,252.50 | $   0.00 | $   1,252.50 |
|  | **Current Balance Due** |  |  | $   1,252.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 10/04/14 | 2014102214 | $   2,802.80 | $   0.00 | $   2,802.80 |
| 92772-00032 | 11/12/14 | 2014112987 | 4,520.40 | 0.00 | 4,520.40 |
| 92772-00032 | 12/08/14 | 2014122608 | 1,501.00 | 0.00 | 1,501.00 |
| 92772-00032 | 01/07/15 | 2015010937 | 1,185.00 | 0.00 | 1,185.00 |
| 92772-00032 | 02/10/15 | 2015021884 | 8,447.90 | 0.00 | 8,447.90 |
| 92772-00032 | 03/16/15 | 2015032313 | 4,683.80 | 0.00 | 4,683.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 11, 2015                                    Invoice No. 2015081585

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 04/30/15 | 2015050276 | 1,106.40 | 0.00 | 1,106.40 |
| 92772-00032 | 05/11/15 | 2015051948 | 1,737.40 | 0.00 | 1,737.40 |

**PREVIOUS BALANCE DUE**                                   $   25,984.70

**TOTAL OUTSTANDING BALANCE DUE**                $   27,237.20

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 11, 2015**

**Invoice No. 2015081585**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $   1,252.50 | $       0.00 | $   1,252.50 |
|  | **Totals** | $   1,252.50 | $      0.00 | $   1,252.50 |
|  | **Current Balance Due** |  |  | $   1,252.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 10/04/14 | 2014102214 | $   2,802.80 | $   0.00 | $   2,802.80 |
| 92772-00032 | 11/12/14 | 2014112987 | 4,520.40 | 0.00 | 4,520.40 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00032 | 12/08/14 | 2014122608 | 1,501.00 | 0.00 | 1,501.00 |
| 92772-00032 | 01/07/15 | 2015010937 | 1,185.00 | 0.00 | 1,185.00 |
| 92772-00032 | 02/10/15 | 2015021884 | 8,447.90 | 0.00 | 8,447.90 |
| 92772-00032 | 03/16/15 | 2015032313 | 4,683.80 | 0.00 | 4,683.80 |
| 92772-00032 | 04/30/15 | 2015050276 | 1,106.40 | 0.00 | 1,106.40 |
| 92772-00032 | 05/11/15 | 2015051948 | 1,737.40 | 0.00 | 1,737.40 |

**PREVIOUS BALANCE DUE**                                   $  25,984.70

**TOTAL OUTSTANDING BALANCE DUE**                          $   27,237.20

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CORPORATE MATTERS
92772-00032

_____

For Services Rendered Through July 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 1.50 | $ 835.00 | $ 1,252.50 |
| **Total Services** | | | $ 1,252.50 |
| **Total Services, Costs/Charges** | | | 1,252.50 |
| **BALANCE DUE** | | | $ 1,252.50 |

EFH CORPORATE MATTERS
92772-00032

_____

Detail Services:

07/27/15
  0.90     LITTLE, ROBERT B        $835.00     $751.50   REVIEW AND REVISE
                                                           DISCLOSURE SCHEDULES.

07/30/15
  0.60     LITTLE, ROBERT B        $835.00     $501.00   REVIEW BOARD DECK.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 11, 2015**

**Invoice No. 2015081586**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00035 | EFIH Corporate Matters | $   4,240.00 | $   0.00 | $   4,240.00 |
|  | **Totals** | $   4,240.00 | $   0.00 | $   4,240.00 |
|  | **Current Balance Due** |  |  | $   4,240.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00035 | 04/30/15 | 2015050278 | $   63.00 | $   0.00 | $   63.00 |
| 92772-00035 | 05/11/15 | 2015051949 | 300.90 | 0.00 | 300.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 11, 2015                                                                 Invoice No. 2015081586

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                $      363.90

**TOTAL OUTSTANDING BALANCE DUE**                       $    4,603.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 11, 2015**

**Invoice No. 2015081586**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00035 | EFIH Corporate Matters | $    4,240.00 | $    0.00 | $    4,240.00 |
|  | **Totals** | $    4,240.00 | $    0.00 | $    4,240.00 |
|  | **Current Balance Due** |  |  | $    4,240.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00035 | 04/30/15 | 2015050278 | $    63.00 | $    0.00 | $    63.00 |
| 92772-00035 | 05/11/15 | 2015051949 | 300.90 | 0.00 | 300.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**PREVIOUS BALANCE DUE**                              $    363.90

**TOTAL OUTSTANDING BALANCE DUE**              $    4,603.90

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFIH CORPORATE MATTERS
92772-00035

---

For Services Rendered Through July 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 4.00 | $ 835.00 | $ 3,340.00 |
| CAITLIN A. CALLOWAY | 1.80 | 500.00 | 900.00 |
| **Total Services** | | | $ 4,240.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 4,240.00 |
| **BALANCE DUE** | $ 4,240.00 |

**Invoice Date: August 11, 2015**                          **Invoice No. 2015081586**

**Due and Payable Upon Receipt**

EFIH CORPORATE MATTERS
92772-00035

_____

Detail Services:

| 07/08/15 | | | | |
|---|---|---|---|---|
| 2.00 | LITTLE, ROBERT B | $835.00 | $1,670.00 | ANALYZE ONCOR HOLDINGS LLC AGREEMENT AMENDMENT ISSUES (1.4); E-MAIL TO J. WALKER REGARDING SAME (0.6). |
| 0.70 | CALLOWAY, CAITLIN A | $500.00 | $350.00 | ANALYZE ONCOR COMPANY AGREEMENT AND PROPOSED AMENDMENTS. |
| **07/09/15** | | | | |
| 0.70 | LITTLE, ROBERT B | $835.00 | $584.50 | ANALYZE ISSUES RAISED BY J. WALKER REGARDING ONCOR HOLDINGS LLC AGREEMENT AMENDMENT (0.4); TELEPHONE CALL WITH J. WALKER REGARDING SAME (0.3). |
| 1.10 | CALLOWAY, CAITLIN A | $500.00 | $550.00 | ANALYZE CORPORATE GOVERNANCE ISSUES AND CONFER WITH J. WALKER REGARDING SAME. |
| **07/16/15** | | | | |
| 1.00 | LITTLE, ROBERT B | $835.00 | $835.00 | REVIEW AND REVISE ONCOR HOLDINGS BOARD CONSENT (0.6); REVIEW ONCOR HOLDINGS LLC AGREEMENT REGARDING SAME (0.4). |
| **07/17/15** | | | | |
| 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | TELEPHONE CALL WITH J. WALKER REGARDING APPROVALS FOR ONCOR HOLDINGS LLC AGREEMENT AMENDMENT. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 11, 2015**

**Invoice No. 2015081587**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    250.00 | $    0.00 | $    250.00 |
|  | **Totals** | $    250.00 | $    0.00 | $    250.00 |
|  | **Current Balance Due** |  |  | $    250.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $  1,342.90 | $    0.00 | $  1,342.90 |
| 92772-00046 | 11/12/14 | 2014112989 | 380.00 | 0.00 | 380.00 |
| 92772-00046 | 12/08/14 | 2014122609 | 264.70 | 0.00 | 264.70 |
| 92772-00046 | 01/07/15 | 2015010938 | 175.91 | 0.00 | 175.91 |
| 92772-00046 | 02/10/15 | 2015021886 | 187.00 | 0.00 | 187.00 |
| 92772-00046 | 04/30/15 | 2015050283 | 170.90 | 0.00 | 170.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00046 | 05/11/15 | 2015051951 | 100.00 | 0.00 | 100.00 |
| 92772-00046 | 06/30/15 | 2015061445 | 437.50 | 0.00 | 437.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 562.50 | 0.00 | 562.50 |

**PREVIOUS BALANCE DUE**                                $   3,621.41

**TOTAL OUTSTANDING BALANCE DUE**                $   3,871.41

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 11, 2015**

**Invoice No. 2015081587**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $ 250.00 | $ 0.00 | $ 250.00 |
|  | **Totals** | $ 250.00 | $ 0.00 | $ 250.00 |
|  | **Current Balance Due** |  |  | $ 250.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $ 1,342.90 | $ 0.00 | $ 1,342.90 |
| 92772-00046 | 11/12/14 | 2014112989 | 380.00 | 0.00 | 380.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: August 11, 2015                                    Invoice No. 2015081587
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00046 | 12/08/14 | 2014122609 | 264.70 | 0.00 | 264.70 |
| 92772-00046 | 01/07/15 | 2015010938 | 175.91 | 0.00 | 175.91 |
| 92772-00046 | 02/10/15 | 2015021886 | 187.00 | 0.00 | 187.00 |
| 92772-00046 | 04/30/15 | 2015050283 | 170.90 | 0.00 | 170.90 |
| 92772-00046 | 05/11/15 | 2015051951 | 100.00 | 0.00 | 100.00 |
| 92772-00046 | 06/30/15 | 2015061445 | 437.50 | 0.00 | 437.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 562.50 | 0.00 | 562.50 |

**PREVIOUS BALANCE DUE**                                                $   3,621.41

**TOTAL OUTSTANDING BALANCE DUE**                            $   3,871.41

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

BUDGETING-RELATED WORK
92772-00046

---

For Services Rendered Through July 31, 2015

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MATTHEW G. BOUSLOG | 0.40 | $ 625.00 | $ | 250.00 |
| **Total Services** | | | $ | 250.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 250.00 |
| **BALANCE DUE** | $ | 250.00 |

**Due and Payable Upon Receipt**

BUDGETING-RELATED WORK
92772-00046

_____

Detail Services:

07/09/15
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH R. LITTLE, B. DAWSON, M. RAIFF AND J. HO REGARDING BUDGET. |

07/14/15
| 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | DRAFT BUDGET (0.1); EMAILS WITH G. MOOR, J. HO, M. RAIFF, AND R. LITTLE REGARDING SAME (0.2). |

**Exhibit G-4**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 11, 2015**

**Invoice No. 2015093286**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  15,327.00 | $      0.00 | $  15,327.00 |
| | **Totals** | $  15,327.00 | $      0.00 | $  15,327.00 |
| | **Current Balance Due** | | | $  15,327.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $    300.90 | $    0.00 | $    300.90 |
| 92772-00008 | 01/20/15 | 2015011938 | 992.60 | 0.00 | 992.60 |
| 92772-00008 | 02/27/15 | 2015023289 | 3,283.60 | 0.00 | 3,283.60 |
| 92772-00008 | 03/26/15 | 2015033300 | 7,451.70 | 0.00 | 7,451.70 |
| 92772-00008 | 04/30/15 | 2015051616 | 22,446.40 | 0.00 | 22,446.40 |
| 92772-00008 | 05/11/15 | 2015051944 | 74.80 | 0.00 | 74.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00008 | 06/30/15 | 2015063939 | 3,248.10 | 0.00 | 3,248.10 |
| 92772-00008 | 07/20/15 | 2015080989 | 73,783.00 | 0.00 | 73,783.00 |
| 92772-00008 | 08/31/15 | 2015083794 | 16,082.50 | 0.00 | 16,082.50 |

**PREVIOUS BALANCE DUE**                                  $  127,663.60

**TOTAL OUTSTANDING BALANCE DUE**                         $  142,990.60

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 11, 2015**

**Invoice No. 2015093286**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $   15,327.00 | $       0.00 | $   15,327.00 |
|  | **Totals** | $   15,327.00 | $      0.00 | $   15,327.00 |
|  | **Current Balance Due** |  |  | $   15,327.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $     300.90 | $    0.00 | $     300.90 |
| 92772-00008 | 01/20/15 | 2015011938 | 992.60 | 0.00 | 992.60 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: September 11, 2015**                                         **Invoice No. 2015093286**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 02/27/15 | 2015023289 | 3,283.60 | 0.00 | 3,283.60 |
| 92772-00008 | 03/26/15 | 2015033300 | 7,451.70 | 0.00 | 7,451.70 |
| 92772-00008 | 04/30/15 | 2015051616 | 22,446.40 | 0.00 | 22,446.40 |
| 92772-00008 | 05/11/15 | 2015051944 | 74.80 | 0.00 | 74.80 |
| 92772-00008 | 06/30/15 | 2015063939 | 3,248.10 | 0.00 | 3,248.10 |
| 92772-00008 | 07/20/15 | 2015080989 | 73,783.00 | 0.00 | 73,783.00 |
| 92772-00008 | 08/31/15 | 2015083794 | 16,082.50 | 0.00 | 16,082.50 |

**PREVIOUS BALANCE DUE**                                    $  127,663.60

**TOTAL OUTSTANDING BALANCE DUE**                   $  142,990.60

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

For Services Rendered Through August 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 0.80 | $ 885.00 | $    708.00 |
| JAMES C. HO | 6.70 | 835.00 | 5,594.50 |
| ASHLEY E. JOHNSON | 10.80 | 690.00 | 7,452.00 |
| WILLIAM T. THOMPSON | 3.70 | 425.00 | 1,572.50 |

**Total Services**                                       $   15,327.00


**Total Services, Costs/Charges**                             15,327.00

**BALANCE DUE**                                          $   15,327.00


**Invoice Date: September 11, 2015**                    **Invoice No. 2015093286**

**Due and Payable Upon Receipt**

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

Detail Services:

08/14/15
| 0.20 | HO, JAMES C | $835.00 | $167.00 | CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING REQUEST FOR SUR-REPLY BRIEF, AND ANALYZE POTENTIAL RESPONSES TO SAME. |

08/15/15
| 0.50 | HO, JAMES C | $835.00 | $417.50 | ANALYZE OPTIONS FOR RESPONDING TO OPPOSING COUNSEL'S REQUEST FOR SUR-REPLY BRIEF (.3); CORRESPONDENCE REGARDING SAME (.1); AND PREPARE E-MAIL RECOMMENDATION FOR D. KELLY, ET AL. REGARDING SAME (.1). |
| 0.50 | THOMPSON, WILLIAM T | $425.00 | $212.50 | CONFER WITH J. HO, A. JOHNSON, AND M. RAIFF REGARDING FPL'S SECOND BRIEF. |

08/16/15
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO AND COMMUNICATIONS REGARDING FPL'S REQUEST FOR SUPPLEMENTAL BRIEFING. |
| 0.10 | THOMPSON, WILLIAM T | $425.00 | $42.50 | COMMUNICATE WITH J. HO REGARDING FPL'S SECOND BRIEF. |

08/17/15
| 0.70 | HO, JAMES C | $835.00 | $584.50 | CORRESPONDENCE REGARDING FPL COUNSEL'S REQUEST FOR SUR-REPLY (0.3); REVIEW FPL MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL BRIEF AND UNDERLYING BRIEF AND CORRESPONDENCE REGARDING SAME (0.4). |

| | | | | |
|---|---|---|---|---|
| 0.10 | JOHNSON, ASHLEY E | $690.00 | $69.00 | EMAIL CORRESPONDENCE WITH J. HO AND M. RAIFF REGARDING SUPPLEMENTAL BRIEF. |

**08/18/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO FPL'S SECOND SUPPLEMENTAL BRIEF AND COMMUNICATIONS REGARDING STRATEGIES IN RESPONDING. |
| 0.70 | HO, JAMES C | $835.00 | $584.50 | ANALYZE ███████ FOR RESPONSE TO SECOND SUPPLEMENTAL BRIEF (.5); EMAIL CORRESPONDENCE REGARDING: SAME (.2). |
| 1.40 | JOHNSON, ASHLEY E | $690.00 | $966.00 | READ FPL SECOND SUPPLEMENTAL BRIEF (1.1); DRAFT EMAIL RELATING TO SAME (.3). |
| 0.70 | THOMPSON, WILLIAM T | $425.00 | $297.50 | REVIEW AND ANALYZE FPL SECOND SUPPLEMENTAL BRIEF. |

**08/19/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | HO, JAMES C | $835.00 | $250.50 | DEVELOP ███████ FOR SHORT RESPONSE TO SECOND SUPPLEMENTAL BRIEF AND CORRESPONDENCE REGARDING SAME. |
| 0.20 | JOHNSON, ASHLEY E | $690.00 | $138.00 | EMAIL CORRESPONDENCE WITH J. HO REGARDING SUPPLEMENTAL BRIEF. |

**08/20/15**

| | | | | |
|---|---|---|---|---|
| 0.20 | HO, JAMES C | $835.00 | $167.00 | ANALYZE ███████ FOR RESPONSE TO SECOND SUPPLEMENTAL BRIEF AND CORRESPONDENCE REGARDING SAME. |
| 0.10 | JOHNSON, ASHLEY E | $690.00 | $69.00 | EMAIL CORRESPONDENCE WITH J. HO REGARDING SUPPLEMENTAL BRIEF. |
| 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | COMMUNICATE WITH J. HO AND A. JOHNSON REGARDING RESPONSE TO SECOND SUPPLEMENTAL BRIEF. |

| Date | Hours | Name | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 08/24/15 | 3.60 | HO, JAMES C | $835.00 | $3,006.00 | ANALYZE ███████ ██████████ FOR RESPONSE TO SECOND SUPPLEMENTAL BRIEF (1.4); PREPARE OUTLINE AND CORRESPONDENCE REGARDING SAME (2.2). |
| | 2.70 | JOHNSON, ASHLEY E | $690.00 | $1,863.00 | WORK ON █████████ ███████ 2ND SUPPLEMENTAL REPLY BRIEF. |
| 08/25/15 | 0.30 | JOHNSON, ASHLEY E | $690.00 | $207.00 | REVIEW PAST BRIEFING RELATING TO 2ND SUPPLEMENTAL REPLY BRIEF. |
| 08/29/15 | 5.30 | JOHNSON, ASHLEY E | $690.00 | $3,657.00 | DRAFT 2ND SUPPLEMENTAL REPLY BRIEF (5.0); CONFER WITH W. THOMPSON RE: SAME (.3). |
| | 2.00 | THOMPSON, WILLIAM T | $425.00 | $850.00 | CONFER WITH A. JOHNSON REGARDING RESPONSE TO SECOND SUPPLEMENTAL BRIEF (0.3); REVISE AND MODIFY RESPONSE TO SECOND SUPPLEMENTAL BRIEF (1.7). |
| 08/30/15 | 0.50 | HO, JAMES C | $835.00 | $417.50 | ANALYZE POTENTIAL ARGUMENTS FOR RESPONDING TO 2ND SUPPLEMENTAL BRIEF (.3); CONFER WITH W. THOMPSON REGARDING SAME (.2). |
| | 0.70 | JOHNSON, ASHLEY E | $690.00 | $483.00 | REVISE 2ND SUPPLEMENTAL REPLY BRIEF. |
| | 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | CONFER WITH J. HO RE: SECOND SUPPLEMENTAL BRIEF. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 4, 2015**

**Invoice No. 2015091505**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  40,242.50 | $      0.00 | $  40,242.50 |
| | **Totals** | $  40,242.50 | $      0.00 | $  40,242.50 |
| | **Current Balance Due** | | | $  40,242.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $  2,316.30 | $      0.00 | $  2,316.30 |
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 1,382.00 | 0.00 | 1,382.00 |
| 92772-00018 | 01/05/15 | 2015011725 | 17,185.70 | 0.00 | 17,185.70 |
| 92772-00018 | 02/10/15 | 2015021965 | 15,840.10 | 0.00 | 15,840.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00018 | 03/16/15 | 2015032314 | 14,748.30 | 0.00 | 14,748.30 |
| 92772-00018 | 04/30/15 | 2015050362 | 28,175.70 | 0.00 | 28,175.70 |
| 92772-00018 | 05/11/15 | 2015053089 | 9,377.30 | 0.00 | 9,377.30 |
| 92772-00018 | 06/30/15 | 2015061449 | 9,008.30 | 0.00 | 9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 53,799.00 | 0.00 | 53,799.00 |
| 92772-00018 | 08/05/15 | 2015080671 | 70,147.50 | 0.00 | 70,147.50 |

**PREVIOUS BALANCE DUE**                                    $  224,138.40

**TOTAL OUTSTANDING BALANCE DUE**                           $  264,380.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 4, 2015**

**Invoice No. 2015091505**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  40,242.50 | $      0.00 | $  40,242.50 |
|  | **Totals** | $  40,242.50 | $   0.00 | $  40,242.50 |
|  | **Current Balance Due** |  |  | $  40,242.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $  2,316.30 | $   0.00 | $  2,316.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: September 4, 2015**                                                                **Invoice No. 2015091505**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 1,382.00 | 0.00 | 1,382.00 |
| 92772-00018 | 01/05/15 | 2015011725 | 17,185.70 | 0.00 | 17,185.70 |
| 92772-00018 | 02/10/15 | 2015021965 | 15,840.10 | 0.00 | 15,840.10 |
| 92772-00018 | 03/16/15 | 2015032314 | 14,748.30 | 0.00 | 14,748.30 |
| 92772-00018 | 04/30/15 | 2015050362 | 28,175.70 | 0.00 | 28,175.70 |
| 92772-00018 | 05/11/15 | 2015053089 | 9,377.30 | 0.00 | 9,377.30 |
| 92772-00018 | 06/30/15 | 2015061449 | 9,008.30 | 0.00 | 9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 53,799.00 | 0.00 | 53,799.00 |
| 92772-00018 | 08/05/15 | 2015080671 | 70,147.50 | 0.00 | 70,147.50 |

**PREVIOUS BALANCE DUE**　　　　　　　　　　　$ 224,138.40

**TOTAL OUTSTANDING BALANCE DUE**　　　　　$ 264,380.90

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


NSR CASE
92772-00018

_____

For Services Rendered Through August 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 1.80 | $ 975.00 | $  1,755.00 |
| MICHAEL A. ROSENTHAL | 6.10 | 1,175.00 | 7,167.50 |
| MICHAEL L. RAIFF | 26.00 | 885.00 | 23,010.00 |
| RUSSELL H. FALCONER | 7.50 | 610.00 | 4,575.00 |
| MATTHEW G. BOUSLOG | 2.70 | 625.00 | 1,687.50 |
| ELIZABETH M. VINEY | 3.90 | 525.00 | 2,047.50 |

**Total Services**                                           $  40,242.50


**Total Services, Costs/Charges**                              40,242.50

**BALANCE DUE**                                              $  40,242.50

NSR CASE
92772-00018

_____

Detail Services:

08/04/15

| 2.30 | ROSENTHAL, MICHAEL A | $1,175.00 | $2,702.50 | REVIEW EMAILS WITH SUGGESTED LANGUAGE FROM DOJ REGARDING EPA (0.3); REVISE PROPOSED LANGUAGE FROM DOJ (0.4); TELEPHONE WITH JEANNE COHN-CONNOR REGARDING PROPOSED LANGUAGE (0.2); EMAILS WITH M. RAIFF, R FALCONER, M. BOUSLOG REGARDING REVISION TO PROPOSED LANGUAGE (0.2); CONFERENCE CALL WITH JEANNE COHN-CONNOR AND M. RAIFF REGARDING PROPOSED RESPONSE TO DOJ (0.3); CONFERENCE CALL WITH D. KELLY, J. COHN-CONNOR REGARDING PROPOSED RESPONSE TO DOJ (0.3); PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH DOJ, D. KELLY, K&E REGARDING DOJ PROPOSED PLAN CHANGES (0.6). |
| 4.70 | RAIFF, MICHAEL L | $885.00 | $4,159.50 | WORK ON DISCOVERY, INCLUDING WORKING ON PROTECTIVE ORDER ISSUES AND RELATED COMMUNICATIONS AND WORKING ON DOCUMENT ISSUES (0.7); ATTENTION TO AND COMMUNICATIONS REGARDING MEDIATORS (0.3); CONFERENCE CALL WITH CLIENTS (0.7); WORK ON BANKRUPTCY ISSUES (3.0). |

| | | | | |
|---|---|---|---|---|
| 2.50 | FALCONER, RUSSELL H | $610.00 | $1,525.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.8); STUDY DOJ'S PROPOSED PLAN LANGUAGE AND PROPOSED EDITS TO SAME, SUGGEST EDITS, AND PARTICIPATE IN MULTIPLE CONFERENCE CALLS REGARDING SAME (1.7). |
| 1.30 | BOUSLOG, MATTHEW G | $625.00 | $812.50 | REVIEW AND REVISE ENVIRONMENTAL PLAN LANGUAGE (0.2); CALLS WITH J. COHN-CONNOR, M. ROSENTHAL, M. RAIFF AND R. FALCONER REGARDING SAME (0.8); EMAILS WITH M. ROSENTHAL, M. RAIFF AND R. FALCONER REGARDING SAME (0.3). |
| 0.70 | VINEY, ELIZABETH M | $525.00 | $367.50 | PARTICIPATE IN WEEKLY CASE STRATEGY CALL. |
| 08/05/15 0.50 | ROSENTHAL, MICHAEL A | $1,175.00 | $587.50 | REVIEW MARK-UP FROM DOJ REGARDING ENVIRONMENTAL (0.3); EMAILS WITH M. RAIFF REGARDING MARK-UP (0.2). |
| 2.30 | RAIFF, MICHAEL L | $885.00 | $2,035.50 | ATTENTION TO AND COMMUNICATIONS REGARDING DOJ'S (0.3); WORK ON DISPUTES RELATING TO DOJ'S PROPOSED PLAN LANGUAGE AND CONFERENCE CALLS REGARDING SAME (2.0). |
| 0.70 | FALCONER, RUSSELL H | $610.00 | $427.00 | PARTICIPATE IN CONFERENCE CALL REGARDING PROPOSED DOCUMENT LANGUAGE. |
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH CO-COUNSEL REGARDING DOCUMENT LANGUAGE. |
| 08/06/15 0.40 | ROSENTHAL, MICHAEL A | $1,175.00 | $470.00 | REVIEW ADDITIONAL PLAN LANGUAGE PROPOSED BY DOJ. |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 08/07/15 1.30 | RAIFF, MICHAEL L | $885.00 | $1,150.50 | WORK ON POSSIBLE MEDIATORS AND COMMUNICATIONS REGARDING SAME (0.3); WORK ON DOCUMENT ISSUES AND PARTICIPATE IN CALL WITH CLIENTS (1.0). |
| 0.80 | FALCONER, RUSSELL H | $610.00 | $488.00 | PARTICIPATE IN PART OF CALL (0.7); CALLS TO OTHER COUNSEL (0.1). |
| 1.00 | VINEY, ELIZABETH M | $525.00 | $525.00 | PARTICIPATE IN WEEKLY TEAM DISCOVERY CALL. |
| 08/09/15 0.40 | FALCONER, RUSSELL H | $610.00 | $244.00 | CORRESPONDENCE REGARDING OTHER COUNSEL (0.1); CORRESPONDENCE REGARDING DOCUMENT LANGUAGE (0.3). |
| 08/10/15 0.40 | ROSENTHAL, MICHAEL A | $1,175.00 | $470.00 | REVIEW PROPOSED LANGUAGE REVISIONS FROM DOJ AND R. FALCONER. |
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS REGARDING DOCUMENT LANGUAGE. |
| 08/11/15 1.40 | ROSENTHAL, MICHAEL A | $1,175.00 | $1,645.00 | REVIEW REVISED LANGUAGE FROM DOJ (0.4); REVIEW REVISED PROPOSED K&E REVISIONS TO ENVIRONMENTAL THIRD PARTY RELEASE LANGUAGE (0.2); CONFERENCE CALL WITH K&E, CLIENT, M. RAIFF REGARDING RESPONSE TO PROPOSED LANGUAGE FROM DOJ (0.8). |
| 2.80 | RAIFF, MICHAEL L | $885.00 | $2,478.00 | ANALYZE PROPOSAL BY DOJ AND COMMUNICATIONS REGARDING SAME (1.5); CONFERENCE CALL WITH CLIENTS (0.4); CONFERENCE CALL WITH OTHER COUNSEL (0.9). |

| | | | | |
|---|---|---|---|---|
| 1.10 | BOUSLOG, MATTHEW G | $625.00 | $687.50 | CALL WITH CO-COUNSEL AND OTHERS REGARDING DOCUMENT LANGUAGE (0.9); EMAILS WITH OTHER COUNSEL REGARDING SAME (0.2). |
| 0.50 | VINEY, ELIZABETH M | $525.00 | $262.50 | PARTICIPATE IN WEEKLY TEAM CALL. |

08/12/15

| | | | | |
|---|---|---|---|---|
| 0.30 | ROSENTHAL, MICHAEL A | $1,175.00 | $352.50 | REVIEW AND COMMENT ON REVISED LANGUAGE RELATED TO DOJ. |
| 2.50 | RAIFF, MICHAEL L | $885.00 | $2,212.50 | WORK ON DOJ'S PROPOSALS AND MULTIPLE COMMUNICATIONS REGARDING SAME (2.0); CONFERENCE CALL REGARDING SAME (0.3); FOLLOW-UP ON POSSIBLE MEDIATORS AND SUBMISSION (0.2). |

08/13/15

| | | | | |
|---|---|---|---|---|
| 0.60 | ROSENTHAL, MICHAEL A | $1,175.00 | $705.00 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH CLIENT, K&E, M. RAIFF REGARDING PROPOSED PLAN INSERT. |
| 1.40 | RAIFF, MICHAEL L | $885.00 | $1,239.00 | ATTENTION TO AND COMMUNICATIONS REGARDING MEDIATORS AND JOINT SUBMISSION (0.4); ANALYSIS ███████ ███████ AND CONFERENCE CALLS AND EMAILS REGARDING SAME (1.0). |
| 0.80 | VINEY, ELIZABETH M | $525.00 | $420.00 | DRAFT PLEADING SUBMISSION (0.5); DISCUSSION WITH DOJ ATTORNEY REGARDING JOINT SUBMISSION (0.2); EMAIL CORRESPONDENCE REGARDING SAME (0.1). |

08/14/15

| | | | | |
|---|---|---|---|---|
| 0.20 | ROSENTHAL, MICHAEL A | $1,175.00 | $235.00 | REVIEW EMAILS WITH FINAL PROPOSED LANGUAGE FOR PLAN ENVIRONMENTAL ISSUES. |

| | | | | |
|---|---|---|---|---|
| 1.30 | RAIFF, MICHAEL L | $885.00 | $1,150.50 | ATTENTION TO AND COMMUNICATIONS REGARDING DOJ'S PROPOSAL (0.8); FOLLOW-UP ON JOINT DESIGNATION OF MEDIATOR AND FILING (0.2); PARTICIPATE IN PORTION OF DOCUMENTS CALL (0.3). |
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH OTHER COUNSEL REGARDING DOCUMENT LANGUAGE. |

08/15/15

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO DISCOVERY MATTERS, INCLUDING PRODUCTION ORDER AND COMMUNICATIONS WITH DOJ. |

08/17/15

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | ATTENTION TO AND COMMUNICATIONS REGARDING DISCOVERY, INCLUDING DOJ'S DISCOVERY RESPONSES, AND RELATED ISSUES. |
| 0.30 | FALCONER, RUSSELL H | $610.00 | $183.00 | REVIEW CORRESPONDENCE REGARDING DOJ PLAN LANGUAGE. |

08/18/15

| | | | | |
|---|---|---|---|---|
| 1.00 | DAWSON, WILLIAM B | $975.00 | $975.00 | PREPARE FOR AND PARTICIPATE IN WEEKLY CALL AND COMMUNICATIONS REGARDING DOJ. |
| 1.70 | RAIFF, MICHAEL L | $885.00 | $1,504.50 | CONFERENCE CALL WITH CLIENTS (1.2); WORK ON DISCOVERY MATTERS (0.5). |

08/24/15

| | | | | |
|---|---|---|---|---|
| 0.80 | DAWSON, WILLIAM B | $975.00 | $780.00 | REVIEW AND ANALYSIS OF COURT ORDER DISMISSING RULING AND CALLS REGARDING SAME. |
| 2.00 | RAIFF, MICHAEL L | $885.00 | $1,770.00 | ATTENTION TO COMMUNICATIONS REGARDING MOTION TO DISMISS RULING (1.0); CONFERENCE CALL WITH CLIENTS (1.0). |

| | | | | |
|---|---|---|---|---|
| 2.40 | FALCONER, RUSSELL H | $610.00 | $1,464.00 | STUDY DECISION AND CORRESPOND WITH TEAM REGARDING SAME (0.3); CONFERENCE CALL WITH TEAM ███████ (1.1); DRAFT ███████ (1.0). |
| 0.90 | VINEY, ELIZABETH M | $525.00 | $472.50 | PARTICIPATE IN CONFERENCE CALL REGARDING MOTION TO DISMISS RULING. |

08/25/15

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | CONFERENCE CALL WITH CLIENTS. |
| 0.40 | FALCONER, RUSSELL H | $610.00 | $244.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |

08/28/15

| | | | | |
|---|---|---|---|---|
| 4.00 | RAIFF, MICHAEL L | $885.00 | $3,540.00 | WORK ON DOCUMENT PRODUCTION EFFORTS AND MEET AND CONFER (1.0); CONFERENCE CALL WITH CLIENTS AND CO-COUNSEL (0.4); WORK ON ANALYSIS AND REVIEW OF DOJ'S BANKRUPTCY OBJECTION AND PREPARE FOR CALLS REGARDING SAME (1.2); CONFERENCE CALL WITH CO-COUNSEL (0.2); CONFERENCE CALL WITH DOJ (1.0); FOLLOW-UP COMMUNICATIONS (0.2). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 31, 2015**

**Invoice No. 2015093343**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $    148.00 | $    0.00 | $    148.00 |
|  | **Totals** | $    148.00 | $    0.00 | $    148.00 |
|  | **Current Balance Due** |  |  | $    148.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 10/03/14 | 2014101460 | $    239.40 | $    0.00 | $    239.40 |
| 92772-00023 | 11/12/14 | 2014111766 | 152.80 | 0.00 | 152.80 |
| 92772-00023 | 05/11/15 | 2015053083 | 504.20 | 0.00 | 504.20 |
| 92772-00023 | 06/30/15 | 2015063671 | 1,416.00 | 0.00 | 1,416.00 |
| 92772-00023 | 07/20/15 | 2015072762 | 29,851.50 | 0.00 | 29,851.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 31, 2015                                                     Invoice No. 2015093343

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   32,163.90

**TOTAL OUTSTANDING BALANCE DUE**                          $   32,311.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 31, 2015**

**Invoice No. 2015093343**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $    148.00 | $    0.00 | $    148.00 |
|  | **Totals** | $    148.00 | $    0.00 | $    148.00 |
|  | **Current Balance Due** |  |  | $    148.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 10/03/14 | 2014101460 | $    239.40 | $    0.00 | $    239.40 |
| 92772-00023 | 11/12/14 | 2014111766 | 152.80 | 0.00 | 152.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 05/11/15 | 2015053083 | 504.20 | 0.00 | 504.20 |
| 92772-00023 | 06/30/15 | 2015063671 | 1,416.00 | 0.00 | 1,416.00 |
| 92772-00023 | 07/20/15 | 2015072762 | 29,851.50 | 0.00 | 29,851.50 |

**PREVIOUS BALANCE DUE**                        $   32,163.90

**TOTAL OUTSTANDING BALANCE DUE**               $   32,311.90

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

2011 FPL LAWSUIT
92772-00023

_____

For Services Rendered Through July 31, 2015

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| GAYA K. HOLMAN | 0.40 | $ 370.00 | $ | 148.00 |
| **Total Services** | | | $ | 148.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 148.00 |
| **BALANCE DUE** | $    148.00 |

2011 FPL LAWSUIT
92772-00023

_____

Detail Services:

07/01/15
   0.30     HOLMAN, GAYA K         $370.00     $111.00    RESEARCH █████████ ███████████ ████████ FOR PURPOSES OF ASSISTING A. JOHNSON WITH ██████████ ██████████████.

07/13/15
   0.10     HOLMAN, GAYA K         $370.00      $37.00    EMAIL EXCHANGE WITH TEAM REGARDING ████████ ██████████████.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 12, 2015**

**Invoice No. 2015093338**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $   6,678.00 | $       0.00 | $   6,678.00 |
|  | **Totals** | $   6,678.00 | $       0.00 | $   6,678.00 |
|  | **Current Balance Due** |  |  | $   6,678.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $   9,288.20 | $   0.00 | $   9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |
| 92772-00030 | 12/08/14 | 2014122606 | 4,015.10 | 0.00 | 4,015.10 |
| 92772-00030 | 01/07/15 | 2015010935 | 3,670.60 | 0.00 | 3,670.60 |
| 92772-00030 | 02/10/15 | 2015021882 | 5,169.10 | 0.00 | 5,169.10 |
| 92772-00030 | 03/16/15 | 2015032310 | 3,258.10 | 0.00 | 3,258.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00030 | 04/30/15 | 2015050274 | 1,712.00 | 0.00 | 1,712.00 |
| 92772-00030 | 05/11/15 | 2015051946 | 1,739.20 | 0.00 | 1,739.20 |
| 92772-00030 | 06/30/15 | 2015061442 | 2,926.00 | 0.00 | 2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 20,446.50 | 0.00 | 20,446.50 |
| 92772-00030 | 08/11/15 | 2015081583 | 7,801.00 | 0.00 | 7,801.00 |

**PREVIOUS BALANCE DUE**                                    $  73,649.30

**TOTAL OUTSTANDING BALANCE DUE**                    $  80,327.30

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 12, 2015**

**Invoice No. 2015093338**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $   6,678.00 | $     0.00 | $   6,678.00 |
|  | **Totals** | $   6,678.00 | $     0.00 | $   6,678.00 |
|  | **Current Balance Due** |  |  | $   6,678.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $  9,288.20 | $     0.00 | $  9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00030 | 12/08/14 | 2014122606 | 4,015.10 | 0.00 | 4,015.10 |
| 92772-00030 | 01/07/15 | 2015010935 | 3,670.60 | 0.00 | 3,670.60 |
| 92772-00030 | 02/10/15 | 2015021882 | 5,169.10 | 0.00 | 5,169.10 |
| 92772-00030 | 03/16/15 | 2015032310 | 3,258.10 | 0.00 | 3,258.10 |
| 92772-00030 | 04/30/15 | 2015050274 | 1,712.00 | 0.00 | 1,712.00 |
| 92772-00030 | 05/11/15 | 2015051946 | 1,739.20 | 0.00 | 1,739.20 |
| 92772-00030 | 06/30/15 | 2015061442 | 2,926.00 | 0.00 | 2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 20,446.50 | 0.00 | 20,446.50 |
| 92772-00030 | 08/11/15 | 2015081583 | 7,801.00 | 0.00 | 7,801.00 |

**PREVIOUS BALANCE DUE**    $ 73,649.30

**TOTAL OUTSTANDING BALANCE DUE**    $ 80,327.30

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through August 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MATTHEW G. BOUSLOG | 1.90 | $ 625.00 | $ 1,187.50 |
| DUKE K. AMPONSAH | 13.90 | 395.00 | 5,490.50 |
| **Total Services** | | | $ 6,678.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 6,678.00 |
| **BALANCE DUE** | $ 6,678.00 |

RETENTION/FEE APPLICATIONS
92772-00030
_____

Detail Services:

08/03/15
| 0.60 | BOUSLOG, MATTHEW G | $625.00 | $375.00 | REVIEW AND REVISE FEE STATEMENT AND CNO (0.3); EMAILS WITH G. MOOR, J. MADRON, R. LITTLE AND D. AMPONSAH REGARDING SAME (0.3). |
| 1.10 | AMPONSAH, DUKE K | $395.00 | $434.50 | REVISE DRAFT OF JUNE 2015 GDC MONTHLY FEE STATEMENT AND SEND TO M. BOUSLOG FOR REVIEW. |
| 1.90 | AMPONSAH, DUKE K | $395.00 | $750.50 | PREPARE DRAFT OF EXHIBIT TO MAY 2015 MONTHLY APPLICATION CNO AND MAY 2015 INVOICE. |

08/04/15
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH J. MADRON AND D. AMPONSAH REGARDING FEE STATEMENT. |
| 0.50 | AMPONSAH, DUKE K | $395.00 | $197.50 | CONFER WITH M. BOUSLOG AND R. ST. JOHN REGARDING: GDC JUNE 2015 MONTHLY FEE STATEMENT. |

08/05/15
| 0.50 | BOUSLOG, MATTHEW G | $625.00 | $312.50 | REVIEW AND REVISE FEE STATEMENT (0.1); EMAILS WITH J. MADRON REGARDING SAME (0.1); CALLS WITH D. AMPONSAH AND R. ST. JOHN REGARDING SAME (0.3). |
| 0.70 | AMPONSAH, DUKE K | $395.00 | $276.50 | REVIEW JULY 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |

08/10/15
| 1.00 | AMPONSAH, DUKE K | $395.00 | $395.00 | REVIEW JULY 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |

| | | | | |
|---|---|---|---|---|
| 08/17/15<br>1.70 | AMPONSAH, DUKE K | $395.00 | $671.50 | REVIEW JULY 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES(1.0); CREATE DRAFT OF JULY 2015 MONTHLY FEE STATEMENT(0.7). |
| 08/18/15<br>1.10 | AMPONSAH, DUKE K | $395.00 | $434.50 | REVIEW JULY 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 08/19/15<br>0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | CALL WITH K. STADLER AND A. DALTON REGARDING FEE APPLICATION. |
| 1.50 | AMPONSAH, DUKE K | $395.00 | $592.50 | REVIEW JULY 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES(0.8); WORK ON DRAFT OF JULY 2015 MONTHLY FEE STATEMENT(0.7). |
| 08/26/15<br>2.90 | AMPONSAH, DUKE K | $395.00 | $1,145.50 | WORK ON DRAFT OF JULY 2015 MONTHLY FEE STATEMENT(1.5); DRAFT JUNE 2015 MONTHLY FEE STATEMENT EXHIBIT TO CNO AND JUNE 2015 INVOICE(1.4). |
| 08/27/15<br>0.50 | BOUSLOG, MATTHEW G | $625.00 | $312.50 | REVIEW AND REVISE CNO REGARDING FEE STATEMENT (0.1); CALLS WITH D. AMPONSAH REGARDING SAME (0.1); EMAILS WITH J. HO AND D. AMPONSAH REGARDING FEE STATEMENT (0.3). |
| 1.50 | AMPONSAH, DUKE K | $395.00 | $592.50 | WORK ON DRAFT OF JULY 2015 MONTHLY FEE STATEMENT. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 12, 2015**

**Invoice No. 2015093339**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $   16,115.50 | $      0.00 | $  16,115.50 |
|  | **Totals** | $   16,115.50 | $      0.00 | $  16,115.50 |
|  | **Current Balance Due** |  |  | $  16,115.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $     758.40 | $    0.00 | $     758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |
| 92772-00031 | 12/08/14 | 2014122607 | 122.40 | 0.00 | 122.40 |
| 92772-00031 | 01/07/15 | 2015010936 | 2,402.90 | 0.00 | 2,402.90 |
| 92772-00031 | 02/10/15 | 2015021883 | 1,932.20 | 0.00 | 1,932.20 |
| 92772-00031 | 03/16/15 | 2015032311 | 3,859.40 | 0.00 | 3,859.40 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: September 12, 2015**                                    **Invoice No. 2015093339**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00031 | 04/30/15 | 2015050275 | 3,116.70 | 0.00 | 3,116.70 |
| 92772-00031 | 05/11/15 | 2015051947 | 3,443.00 | 0.00 | 3,443.00 |
| 92772-00031 | 06/30/15 | 2015061443 | 233.80 | 0.00 | 233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 3,423.50 | 0.00 | 3,423.50 |
| 92772-00031 | 08/11/15 | 2015081584 | 12,481.50 | 0.00 | 12,481.50 |

**PREVIOUS BALANCE DUE**                    $  32,311.00

**TOTAL OUTSTANDING BALANCE DUE**           $  48,426.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 12, 2015**

**Invoice No. 2015093339**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  16,115.50 | $      0.00 | $  16,115.50 |
|  | **Totals** | $  16,115.50 | $     0.00 | $  16,115.50 |
|  | **Current Balance Due** |  |  | $  16,115.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $    758.40 | $    0.00 | $    758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00031 | 12/08/14 | 2014122607 | 122.40 | 0.00 | 122.40 |
| 92772-00031 | 01/07/15 | 2015010936 | 2,402.90 | 0.00 | 2,402.90 |
| 92772-00031 | 02/10/15 | 2015021883 | 1,932.20 | 0.00 | 1,932.20 |
| 92772-00031 | 03/16/15 | 2015032311 | 3,859.40 | 0.00 | 3,859.40 |
| 92772-00031 | 04/30/15 | 2015050275 | 3,116.70 | 0.00 | 3,116.70 |
| 92772-00031 | 05/11/15 | 2015051947 | 3,443.00 | 0.00 | 3,443.00 |
| 92772-00031 | 06/30/15 | 2015061443 | 233.80 | 0.00 | 233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 3,423.50 | 0.00 | 3,423.50 |
| 92772-00031 | 08/11/15 | 2015081584 | 12,481.50 | 0.00 | 12,481.50 |

**PREVIOUS BALANCE DUE**    $  32,311.00

**TOTAL OUTSTANDING BALANCE DUE**    $  48,426.50

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through August 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 19.30 | $ 835.00 | $ 16,115.50 |
| **Total Services** | | | $ 16,115.50 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 16,115.50 |
| **BALANCE DUE** | | $ 16,115.50 |

**Invoice Date: September 12, 2015**                              **Invoice No. 2015093339**

**Due and Payable Upon Receipt**

EFH SEC MATTERS
92772-00031

_____

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 08/01/15 | 0.60 | LITTLE, ROBERT B | $835.00 | $501.00 | E-MAILS REGARDING FORM 8-K FILINGS. |
| 08/02/15 | 2.20 | LITTLE, ROBERT B | $835.00 | $1,837.00 | E-MAILS REGARDING FORM 8-K FILINGS (0.8); TELEPHONE CALLS WITH A. WRIGHT REGARDING SAME (0.3); REVISE FORM 8-KS (1.1). |
| 08/03/15 | 6.70 | LITTLE, ROBERT B | $835.00 | $5,594.50 | REVIEW AND REVISE FORM 8-K REPORTS FOR FILING (1.6); E-MAILS REGARDING SAME (0.3); PREPARE FORM 8-K FOR DISCLOSURE OF MERGER-RELATED TRANSACTIONS (4.5); CONFER WITH A. WRIGHT REGARDING SAME (0.3). |
| 08/04/15 | 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | REVIEW COMMENTS TO FORM 8-K FROM A. WRIGHT. |
| 08/05/15 | 1.80 | LITTLE, ROBERT B | $835.00 | $1,503.00 | REVIEW AND REVISE FORM 8-K. |
| 08/07/15 | 1.10 | LITTLE, ROBERT B | $835.00 | $918.50 | CONFER WITH A. WRIGHT REGARDING 8-K (0.3); CONFER WITH PRINTER REGARDING SAME (0.2); REVIEW AND REVISE FORM 8-K (0.6). |
| 08/08/15 | 0.80 | LITTLE, ROBERT B | $835.00 | $668.00 | REVIEW AND REVISE FORM 8-K. |
| 08/09/15 | 1.90 | LITTLE, ROBERT B | $835.00 | $1,586.50 | REVIEW AND REVISE FORM 8-K (1.6); TELEPHONE CALLS WITH A. WRIGHT REGARDING SAME (0.3). |
| 08/10/15 | 3.70 | LITTLE, ROBERT B | $835.00 | $3,089.50 | WORK ON FORM 8-K FILING (1.1); PREPARE FORM 8-K/A FILING (2.6). |

08/11/15

| 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | TELEPHONE CALL WITH A. WRIGHT REGARDING ACTION ITEMS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 12, 2015**

**Invoice No. 2015093340**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    312.50 | $    0.00 | $    312.50 |
|  | **Totals** | $    312.50 | $    0.00 | $    312.50 |
|  | **Current Balance Due** |  |  | $    312.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $  1,342.90 | $    0.00 | $  1,342.90 |
| 92772-00046 | 11/12/14 | 2014112989 | 380.00 | 0.00 | 380.00 |
| 92772-00046 | 12/08/14 | 2014122609 | 264.70 | 0.00 | 264.70 |
| 92772-00046 | 01/07/15 | 2015010938 | 175.91 | 0.00 | 175.91 |
| 92772-00046 | 02/10/15 | 2015021886 | 187.00 | 0.00 | 187.00 |
| 92772-00046 | 04/30/15 | 2015050283 | 170.90 | 0.00 | 170.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: **September 12, 2015**                                         Invoice No. **2015093340**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00046 | 05/11/15 | 2015051951 | 100.00 | 0.00 | 100.00 |
| 92772-00046 | 06/30/15 | 2015061445 | 87.50 | 0.00 | 87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 562.50 | 0.00 | 562.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 250.00 | 0.00 | 250.00 |

**PREVIOUS BALANCE DUE**                    $    3,521.41

**TOTAL OUTSTANDING BALANCE DUE**           $    3,833.91

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 12, 2015**

**Invoice No. 2015093340**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    312.50 | $    0.00 | $    312.50 |
|  | **Totals** | $    312.50 | $    0.00 | $    312.50 |
|  | **Current Balance Due** |  |  | $    312.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $  1,342.90 | $  0.00 | $  1,342.90 |
| 92772-00046 | 11/12/14 | 2014112989 | 380.00 | 0.00 | 380.00 |

<u>**Remit By Wire To:**</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>**Remit By Mail To:**</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: September 12, 2015**                                               **Invoice No. 2015093340**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00046 | 12/08/14 | 2014122609 | 264.70 | 0.00 | 264.70 |
| 92772-00046 | 01/07/15 | 2015010938 | 175.91 | 0.00 | 175.91 |
| 92772-00046 | 02/10/15 | 2015021886 | 187.00 | 0.00 | 187.00 |
| 92772-00046 | 04/30/15 | 2015050283 | 170.90 | 0.00 | 170.90 |
| 92772-00046 | 05/11/15 | 2015051951 | 100.00 | 0.00 | 100.00 |
| 92772-00046 | 06/30/15 | 2015061445 | 87.50 | 0.00 | 87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 562.50 | 0.00 | 562.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 250.00 | 0.00 | 250.00 |

**PREVIOUS BALANCE DUE**  $   3,521.41

**TOTAL OUTSTANDING BALANCE DUE**  $   3,833.91

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

BUDGETING-RELATED WORK
92772-00046

---

For Services Rendered Through August 31, 2015

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MATTHEW G. BOUSLOG | 0.50 | $ 625.00 | $ | 312.50 |
| **Total Services** | | | $ | 312.50 |
| **Total Services, Costs/Charges** | | | | 312.50 |
| **BALANCE DUE** | | | $ | 312.50 |

BUDGETING-RELATED WORK
92772-00046

_____

Detail Services:

08/10/15
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH R. LITTLE, B. DAWSON, M. RAIFF, AND J. HO REGARDING BUDGET. |

08/14/15
| 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | WORK ON BUDGET (0.2); EMAILS WITH G. MOOR REGARDING SAME (0.1). |

08/17/15
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH D. KELLY AND J. HO REGARDING BUDGET. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 12, 2015**

**Invoice No. 2015093341**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  50,664.50 | $     0.00 | $  50,664.50 |
| | **Totals** | $  50,664.50 | $     0.00 | $  50,664.50 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $  50,664.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: September 12, 2015                                                                 Invoice No. 2015093341

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 12, 2015**

**Invoice No. 2015093341**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $   50,664.50 | $     0.00 | $   50,664.50 |
|  | **Totals** | $   50,664.50 | $     0.00 | $   50,664.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   50,664.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: September 12, 2015**                                    **Invoice No. 2015093341**

**Due and Payable Upon Receipt**

Energy Future Holdings
Attn: Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

---

For Services Rendered Through August 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|------|------|------|
| ROBERT B. LITTLE | 32.50 | $ 835.00 | $ 27,137.50 |
| JONATHAN M. WHALEN | 7.50 | 630.00 | 4,725.00 |
| TIMOTHY P. FISHER | 21.10 | 450.00 | 9,495.00 |
| NEEDHI N. VASAVADA | 22.70 | 410.00 | 9,307.00 |
| **Total Services** | | | $ 50,664.50 |

| | |
|------|------|
| **Total Services, Costs/Charges** | 50,664.50 |
| **BALANCE DUE** | $  50,664.50 |

**Due and Payable Upon Receipt**

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

---

Detail Services:

08/17/15
| 0.70 | LITTLE, ROBERT B | $835.00 | $584.50 | CONFER WITH A. WRIGHT REGARDING WORKSTREAMS (0.4); REVIEW CHECKLIST REGARDING SAME (0.3). |

08/18/15
| 2.50 | LITTLE, ROBERT B | $835.00 | $2,087.50 | CONFER WITH A. WRIGHT REGARDING REG. FD ISSUES (0.2); REVIEW AND REVISE FORM S-1 (2.0); EMAILS WITH A. WRIGHT REGARDING SAME (0.3). |

08/21/15
| 4.80 | LITTLE, ROBERT B | $835.00 | $4,008.00 | REVIEW TERMS OF PREFERRED STOCK OFFERING (0.4); TELEPHONE CALL WITH A. WRIGHT, K. MOLDOVAN, M. CARTER, D. WHEAT, C. HOWARD AND B. BLOOM REGARDING SAME (0.7); REVIEW AND REVISE FORM S-1 (3.4); CONFER WITH A. WRIGHT REGARDING SAME (0.3). |

08/22/15
| 4.30 | LITTLE, ROBERT B | $835.00 | $3,590.50 | PREPARE FORM S-1. |

08/24/15
| 2.30 | LITTLE, ROBERT B | $835.00 | $1,920.50 | REVIEW AND REVISE FORM S-1 (1.9); CONFER WITH J. WHALEN REGARDING ACTION ITEMS (0.4). |

| 0.10 | FISHER, TIMOTHY P | $450.00 | $45.00 | CONFERENCE WITH WORKING GROUP REGARDING RESTRUCTURING. |

08/25/15

| | | | | |
|---|---|---|---|---|
| 3.30 | LITTLE, ROBERT B | $835.00 | $2,755.50 | TELEPHONE CALL WITH WORKING GROUP REGARDING TCEH STRUCTURE ISSUES (0.9); EXAMINE ISSUES REGARDING SAME (0.8); EXAMINE ISSUES WITH RESPECT TO FORM S-1 (0.7); EXAMINE DISCLOSURE ISSUES REGARDING PREFERRED STOCK OFFERING (0.5); PREPARE E-MAIL TO A. WRIGHT REGARDING PREFERRED STOCK OFFERING (0.4). |
| 2.10 | WHALEN, JONATHAN M | $630.00 | $1,323.00 | PARTICIPATE IN PHONE CALL REGARDING STRUCTURING MATTERS (0.9); PREPARE SUMMARY DOCUMENTS REGARDING STRUCTURE (0.6); ANALYSIS REGARDING SEC REPORTING OBLIGATIONS (0.6). |
| 2.90 | FISHER, TIMOTHY P | $450.00 | $1,305.00 | CONFERENCE WITH WORKING GROUP REGARDING RESTRUCTURING (0.4); PREPARE RESTRUCTURING CHARTS (2.5). |

08/26/15

| | | | | |
|---|---|---|---|---|
| 3.40 | LITTLE, ROBERT B | $835.00 | $2,839.00 | CONFER WITH A. WRIGHT REGARDING ACTION ITEMS (0.4); WORK ON STRUCTURE CHART (1.2); REVIEW CORPORATE GOVERNANCE ALTERNATIVES (0.7); CONFER WITH TEAM MEMBERS REGARDING ACTION ITEMS (0.5); EXAMINE ISSUES REGARDING MULTIPLE SEC FILERS (0.6). |
| 2.00 | WHALEN, JONATHAN M | $630.00 | $1,260.00 | ANALYSIS AND DISCUSSIONS REGARDING STRUCTURE (0.9); REVIEW AND REVISE STRUCTURE SUMMARY PRESENTATIONS (1.1). |

| | | | | |
|---|---|---|---|---|
| 6.50 | FISHER, TIMOTHY P | $450.00 | $2,925.00 | PREPARE FINANCIAL STATEMENT STALENESS DIAGRAM AND CORPORATE STRUCTURE CHARTS (2.6); CONFERENCE WITH WORKING GROUP REGARDING SAME (0.3); REVISE S-1 (3.6). |
| 0.30 | VASAVADA, NEEDHI N | $410.00 | $123.00 | ATTEND MEETING TO DISCUSS RESTRUCTURING PROCESS AND TIMELINE. |

08/27/15

| | | | | |
|---|---|---|---|---|
| 2.20 | LITTLE, ROBERT B | $835.00 | $1,837.00 | WORK ON STRUCTURE CHART (0.6); CONFER WITH A. WRIGHT REGARDING STRUCTURE ALTERNATIVES (0.3); EXAMINE ISSUES REGARDING SAME (1.3). |
| 5.20 | FISHER, TIMOTHY P | $450.00 | $2,340.00 | REVISE RESTRUCTURING AND HOLDCO DECKS (4.8); CONFERENCE WITH WORKING GROUP REGARDING SAME (0.4). |
| 8.60 | VASAVADA, NEEDHI N | $410.00 | $3,526.00 | EMAIL CORRESPONDENCE WITH B. KING REGARDING SHAREHOLDER PROPOSAL DATA AND OTHER CORPORATE GOVERNANCE DATA (0.3); REVIEW UPDATES ON PROXY ACCESS AND EXCLUSIVE FORUM SHAREHOLDER PROPOSALS AND RECOMMENDATIONS (1.2); UPDATE CORPORATE GOVERNANCE CHART WITH MOST RECENT DATA (7.1). |

08/28/15

| | | | | |
|---|---|---|---|---|
| 2.60 | LITTLE, ROBERT B | $835.00 | $2,171.00 | WORK ON ISSUES REGARDING CORPORATE STRUCTURE (1.1); CONFER WITH A. ADAMS REGARDING SAME (0.6); DRAFT E-MAIL TO A. WRIGHT REGARDING SAME (0.9). |

| | | | | |
|---|---|---|---|---|
| 3.40 | WHALEN, JONATHAN M | $630.00 | $2,142.00 | REVIEW AND REVISE DOCUMENTS OUTLINING EMERGENCE STRUCTURE (1.6); ANALYSIS REGARDING POST-EMERGENCE REPORTING SEC REPORTING REQUIREMENTS UNDER ALTERNATIVE STRUCTURES (1.5); PARTICIPATE IN PHONE CALL TO DISCUSS ALTERNATIVE STRUCTURES (0.3). |
| 1.50 | FISHER, TIMOTHY P | $450.00 | $675.00 | REVISE REORGANIZATION DECK (1.1); CONFERENCE WITH WORKING GROUP REGARDING SAME AND OTHER STRUCTURAL ISSUES (0.4). |
| 5.60 | VASAVADA, NEEDHI N | $410.00 | $2,296.00 | EMAIL CORRESPONDENCE WITH B. KING REGARDING SHAREHOLDER PROPOSAL DATA AND OTHER CORPORATE GOVERNANCE DATA (0.3); RESEARCH DELAWARE LAW ON ALL CORPORATE GOVERNANCE MATTERS FOR CORPORATE GOVERNANCE CHART (3.7); REVIEW PRIOR SHAREHOLDER CLIENT ALERT TO COMPARE SHAREHOLDER PROPOSAL DATA (1.6). |

08/29/15

| | | | | |
|---|---|---|---|---|
| 2.00 | LITTLE, ROBERT B | $835.00 | $1,670.00 | REVIEW AND REVISE SLIDE DECK REGARDING REORGANIZED TCEH'S EMERGENCE AS A PUBLIC COMPANY. |
| 2.10 | VASAVADA, NEEDHI N | $410.00 | $861.00 | REVIEW DELAWARE LAW ON BLANK CHECK PREFERRED STOCK PROVISIONS (1.1); REVIEW PROS AND CONS OF EXCLUSIVE FORUM PROVISIONS (0.6); REVIEW BOARD RECOMMENDATIONS TO THINK ABOUT ANY OTHER SUGGESTIONS FOR CLIENT (0.4). |

08/30/15

| | | | | |
|---|---|---|---|---|
| 1.30 | LITTLE, ROBERT B | $835.00 | $1,085.50 | PARTICIPATE IN CONFERENCE CALL WITH WORKING GROUP REGARDING ACTION ITEMS. |

08/31/15

| | | | | |
|---|---|---|---|---|
| 3.10 | LITTLE, ROBERT B | $835.00 | $2,588.50 | REVIEW AND REVISE STRUCTURE STEPS CHART (0.8); REVIEW AND REVISE CORPORATE GOVERNANCE CHART (0.9); EXAMINE ISSUES IN SAME (1.2); EMAILS REGARDING COMBINED SEC FILINGS (0.2). |
| 4.90 | FISHER, TIMOTHY P | $450.00 | $2,205.00 | REVISE EFH EMERGENCE STRUCTURE DECK (3.8); CONFERENCE WITH WORKING GROUP REGARDING SAME (0.3); REVIEW CORPORATE GOVERNANCE ALTERNATIVES (0.8). |
| 6.10 | VASAVADA, NEEDHI N | $410.00 | $2,501.00 | REVIEW COMMENTS ON CORPORATE GOVERNANCE CHART (0.3); PHONE CORRESPONDENCE WITH J. LAPITSKAYA REGARDING MAJORITY VOTING (0.3); EMAIL CORRESPONDENCE WITH M. JONES REGARDING PROXY ACCESS (0.3); REVIEW IPO COMPANY DATA AND COMPARE WITH DAVIS POLK SURVEY (0.5); REVIEW BYLAWS AND CERTIFICATES OF INCORPORATION OF ALL PEER COMPANIES TO DETERMINE MAJORITY VOTING REQUIREMENTS TO AMEND BYLAWS AND CERTIFICATES OF PEER COMPANIES (1.9); INSERT NEW IPO COMPANY AND STATE OF INCORPORATION DATA (2.8). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 12, 2015**

**Invoice No. 2015093342**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00049 | TCEH Notes Offering | $ 1,149.50 | $ 0.00 | $ 1,149.50 |
|  | **Totals** | $ 1,149.50 | $ 0.00 | $ 1,149.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 1,149.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: September 12, 2015                                                    Invoice No. 2015093342

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 12, 2015**

**Invoice No. 2015093342**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00049 | TCEH Notes Offering | $   1,149.50 | $      0.00 | $   1,149.50 |
|  | **Totals** | $   1,149.50 | $     0.00 | $   1,149.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   1,149.50 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: September 12, 2015**                                          **Invoice No. 2015093342**

**Due and Payable Upon Receipt**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

TCEH NOTES OFFERING
92772-00049

_____

For Services Rendered Through August 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| AARON ADAMS | 1.10 | $1,045.00 | $  1,149.50 |
| **Total Services** | | | $   1,149.50 |
| **Total Services, Costs/Charges** | | | 1,149.50 |
| **BALANCE DUE** | | | $   1,149.50 |

TCEH NOTES OFFERING
92772-00049

_____

Detail Services:

08/28/15

| 1.10 | ADAMS, AARON | $1,045.00 | $1,149.50 | TELEPHONE CONFERENCE WITH R. LITTLE REGARDING DEBT STRUCTURING (0.7); REVIEW DOCUMENTS REGARDING SAME (0.4). |