**<u>Exhibit H</u>**

**Detailed Description of Expenses and Disbursements**

**Exhibit H-1**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 30, 2015**

**Invoice No. 2015061456**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    817.40 | $    817.40 |
|  | **Totals** | $    0.00 | $    817.40 | $    817.40 |
|  | **Current Balance Due** |  |  | $    817.40 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 04/30/15 | 2015052994 | $    0.00 | $  14,729.37 | $  14,729.37 |
| 92772-00042 | 05/11/15 | 2015053179 | 0.00 | 5,898.68 | 5,898.68 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                $   20,628.05

**TOTAL OUTSTANDING BALANCE DUE**              $   21,445.45

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 30, 2015**

**Invoice No. 2015061456**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    817.40 | $    817.40 |
| | **Totals** | $    0.00 | $    817.40 | $    817.40 |
| | **Current Balance Due** | | | $    817.40 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 04/30/15 | 2015052994 | $    0.00 | $  14,729.37 | $  14,729.37 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: June 30, 2015**                                     **Invoice No. 2015061456**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 05/11/15 | 2015053179 | 0.00 | 5,898.68 | 5,898.68 |

**PREVIOUS BALANCE DUE**                                $  20,628.05

**TOTAL OUTSTANDING BALANCE DUE**                       $  21,445.45

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL |
|---|---|
| IN HOUSE DUPLICATION | $   21.40 |
| TRAVEL - AIR & RAIL | 774.00 |
| TRAVEL - PARKING | 22.00 |
| **Total Costs/Charges** | 817.40 |
| | |
| **BALANCE DUE** | $   817.40 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

Detail Costs/Charges:
In House Duplication

| Date | Amount | Description |
|---|---|---|
| 05/13/15 | 4.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/13/15 |
| 05/15/15 | 7.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/15/15 |
| 05/19/15 | 7.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/19/15 |
| 05/27/15 | 2.50 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/27/15 |

Travel - Air & Rail

| Date | Amount | Description |
|---|---|---|
| 04/20/15 | 774.00 | AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150502-4 DATE: 4/26/2015  TRAVEL INVOICE#/DATE: 138455 04/20/2015 TICKET NO: 2101964551 TRAVEL DATES: 04/27/2015 - 04/30/2015 PASSENGER: FALCONER/RUSSELL H ITINERARY: DAL/MDW/HOU/DAL |

Travel - Parking

| Date | Amount | Description |
|---|---|---|
| 05/13/15 | 12.00 | VENDOR: MICHAEL L. RAIFF INVOICE#: 0852716206031208 DATE: 5/13/2015  PARKING/DALLAS, TX/ATTEND MEETING AT EFH. |
| 05/26/15 | 10.00 | VENDOR: MICHAEL L. RAIFF INVOICE#: 0852718406031208 DATE: 5/26/2015  PARKING/DALLAS, TX/ATTEND MEETING AT EFH |

**<u>Exhibit H-2</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas 75201**

**Federal Taxpayer ID #95-1611234**

**July 24, 2015**

**Invoice No. 2015072763**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $ 0.00 | $ 489.69 | $ 489.69 |
|  | **Totals** | $ 0.00 | $ 489.69 | $ 489.69 |
|  | **Current Balance Due** |  |  | $ 489.69 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 04/30/15 | 2015052994 | $ 0.00 | $ 14,729.37 | $ 14,729.37 |
| 92772-00042 | 05/11/15 | 2015053179 | 0.00 | 5,898.68 | 5,898.68 |
| 92772-00042 | 06/30/15 | 2015061456 | 0.00 | 817.40 | 817.40 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: 4600-146039
ABA No: 121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: July 24, 2015                                                                 Invoice No. 2015072763
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   21,445.45

**TOTAL OUTSTANDING BALANCE DUE**                    $   21,935.14

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 24, 2015**

**Invoice No. 2015072763**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    489.69 | $    489.69 |
|  | **Totals** | $    0.00 | $    489.69 | $    489.69 |
|  | **Current Balance Due** |  |  | $    489.69 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 04/30/15 | 2015052994 | $    0.00 | $  14,729.37 | $  14,729.37 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 24, 2015**                                                    **Invoice No. 2015072763**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 05/11/15 | 2015053179 | 0.00 | 5,898.68 | 5,898.68 |
| 92772-00042 | 06/30/15 | 2015061456 | 0.00 | 817.40 | 817.40 |

**PREVIOUS BALANCE DUE**          $   21,445.45

**TOTAL OUTSTANDING BALANCE DUE**      $   21,935.14

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL |
|---|---|
| IN HOUSE DUPLICATION | $ 459.20 |
| OUTSIDE PROCESS SERVER | 22.18 |
| TRAVEL - TAXI & OTHER MODES/MILES | 8.31 |
| **Total Costs/Charges** | 489.69 |
| **BALANCE DUE** | $ 489.69 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

Detail Costs/Charges:
In House Duplication

| | | |
|---|---|---|
| 06/08/15 | 10.50 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/08/15 |
| 06/10/15 | 10.90 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/10/15 |
| 06/16/15 | 102.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/16/15 |
| 06/17/15 | 211.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/17/15 |
| 06/18/15 | 60.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/18/15 |
| 06/19/15 | 60.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/19/15 |
| 06/25/15 | 2.60 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/25/15 |

Outside Process Server

| | | |
|---|---|---|
| 06/20/15 | 22.18 | VENDOR: SPECIAL DELIVERY SERVICE, INC. INVOICE#: 480756 DATE: 6/20/2015  2146983100/MESSENGER AND COURIER EXPENSE/6/18/15, D. THORN/GIBSON DUNN SENT TO JAMS |

Travel - Taxi & Other Modes/Miles

| | | |
|---|---|---|
| 06/01/15 | 4.31 | VENDOR: ASHLEY E. JOHNSON INVOICE#: 0852510806021213 DATE: 6/1/2015  CAB FARE/DALLAS, TX/TRAVEL TO MEETING AT EFH. |
| 06/01/15 | 4.00 | VENDOR: ASHLEY E. JOHNSON INVOICE#: 0852510806021213 DATE: 6/1/2015  CAB FARE/DALLAS, TX/RETURN FROM MEETING AT EFH. |

**<u>Exhibit H-3</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 11, 2015**

**Invoice No. 2015081588**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $ 0.00 | $ 381.88 | $ 381.88 |
| | **Totals** | $ 0.00 | $ 381.88 | $ 381.88 |
| | **Current Balance Due** | | | $ 381.88 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 06/30/15 | 2015061456 | $ 0.00 | $ 817.40 | $ 817.40 |
| 92772-00042 | 07/24/15 | 2015072763 | 0.00 | 489.69 | 489.69 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 11, 2015**                                    **Invoice No. 2015081588**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   1,307.09

**TOTAL OUTSTANDING BALANCE DUE**                          $   1,688.97

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 11, 2015**

**Invoice No. 2015081588**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $ 0.00 | $ 381.88 | $ 381.88 |
|  | **Totals** | $ 0.00 | $ 381.88 | $ 381.88 |
|  | **Current Balance Due** |  |  | $ 381.88 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 06/30/15 | 2015061456 | $ 0.00 | $ 817.40 | $ 817.40 |
| 92772-00042 | 07/24/15 | 2015072763 | 0.00 | 489.69 | 489.69 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: August 11, 2015** **Invoice No. 2015081588**
**Due and Payable Upon Receipt**

| | |
|---|---|
| **PREVIOUS BALANCE DUE** | $   1,307.09 |
| **TOTAL OUTSTANDING BALANCE DUE** | $   1,688.97 |

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL |
|---|---|
| IN HOUSE DUPLICATION | $ 104.80 |
| MEALS | 231.60 |
| MESSENGER AND COURIER EXPENSE | 45.48 |
| **Total Costs/Charges** | 381.88 |
| | |
| **BALANCE DUE** | $ 381.88 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

Detail Costs/Charges:
In House Duplication

| 07/21/15 | 57.70 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/21/15 |
| 07/22/15 | 3.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/22/15 |
| 07/28/15 | 39.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/28/15 |
| 07/29/15 | 4.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/29/15 |

Meals

| 07/21/15 | 211.60 | VENDOR: SKILLMAN COMPADRES LTD DBA MARIANO'S HAC INVOICE#: E23326 DATE: 7/21/2015  MEALS/07/22/2015 - FOOD FOR EFH CLIENT MEETING |
| 07/22/15 | 20.00 | VENDOR: DINA P. THORN INVOICE#: 0907684107281218 DATE: 7/22/2015  MEALS/DALLAS, TX/APPLEBEES/DIANA THORN/CLIENT MEETING |

Messenger and Courier Expense

| 07/24/15 | 45.48 | VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20150801 DATE: 8/1/2015  SHIP DATE 07/24/2015  TRACKING NO: 1ZE330W94496115217  FROM: MICHAEL CLERKLEY, GIBSON, DUNN & CRUTCHER LLP, DALLAS, TX  TO: MICHAEL MEHLTRETTER, EPIQ SYSTEMS_LUMINANT EPA M, PHOENIX, AZ |