# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL
### (Re:  D.I. 6500)

PLEASE TAKE NOTICE that SOLIC Capital Advisors, LLC hereby withdraws its *Second Interim Application of SOLIC Capital Advisors, LLC, Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from May 1, 2015 Through August 31, 2015* (the "Application", D.I. 6500)

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

|  |  |
|---|---|
| | **BIELLI & KLAUDER, LLC** |
| Date: October 16, 2015 | */s/ Cory P. Stephenson* |
| | David M. Klauder (No. 5769) |
| | Cory P. Stephenson (No. 6097) |
| | 1204 N. King Street |
| | Wilmington, DE  19801 |
| | Telephone: (302) 803-4600 |
| | Facsimile: (302) 397-2557 |
| | dklauder@bk-blegal.com |
| | cstephenson@bk-legal.com |

and

**PROSKAUER ROSE LLP**

Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Phone:  (312) 962-3550
Fax:  (312) 962-3551
jmarwil@proskauer.com
mthomas@proskauer.com
pyoung@proskauer.com

*Co-Counsel to the Debtor*
*Energy Future Holdings Corp.*