## Exhibit D

[Detailed Description of Expenses Incurred]

# Energy Future Holdings Corp – May 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 5/13/2015 | Luria, Neil | AIR - Airfare | $ 531.10 |
| | | One-way economy class to EWR for meetings with counsel, EFH Disinterested Directors, and creditor constituents. | |
| 5/15/2015 | Luria, Neil | AIR - Airfare | $ 543.10 |
| | | One-way economy class from EWR for return trip from NYC. | |
| 5/14/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,100.20 |
| | | Roundtrip economy class LGA-ATL for meetings in New York with counsel, EFH Disinterested Directors, and creditor constituents. | |
| | | **Total Airfare:** | **$ 2,174.40** |
| 5/13/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car service from EWR to NYC for meetings. | |
| 5/14/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car to EWR following meetings in NYC. | |
| 5/14/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 79.28 |
| | | Car from Airport to Home following New York travel. | |
| 5/13/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 19.20 |
| | | Taxi from dinner to hotel in New York City. | |
| 5/13/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 61.54 |
| | | Taxi from Airport to Hotel in New York. | |
| 5/14/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Airport parking fee. | |
| 5/14/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 8.15 |
| | | Taxi from hotel to meeting in New York. | |
| | | **Total Ground Transportation:** | **$ 436.17** |
| 5/14/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in New York. | |
| 5/14/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in New York. | |
| | | **Total Hotel and Lodging:** | **$ 1,000.00** |
| 5/14/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 11.16 |
| | | Attendee:   N. Luria. | |
| 5/14/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 4.29 |
| | | Attendee:   N. Luria. | |
| 5/14/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 17.69 |
| | | Attendee:   N. Luria. | |
| 5/13/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 9.89 |
| | | Attendee:   R. Nowitz. | |
| 5/13/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:   R. Nowitz. | |
| 5/14/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:   R. Nowitz. | |
| | | **Total Out of Town Meals:** | **$ 123.03** |
| 5/14/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |

**Energy Future Holdings Corp – May 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 5/14/2015 | Nowitz, Raoul | From home to airport.<br>MILES - USA - Mileage<br>From airport to home. | $ 17.36 |
| | | Total USA - Mileage: | $ 34.72 |
| | | | $ 3,768.32 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

**Energy Future Holdings Corp:   June 1 – June 30, 2015**

|  |  |
|---|---|
| Total Expenses | **$ 0.00** |

# Energy Future Holdings Corp – July 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---:|
| 7/9/2015 | Cumbee, Matthew | AIR - Airfare | $ 789.20 |
| | | Round-trip economy class ORD to LGA for Kirkland & Ellis meeting. | |
| 7/14/2015 | Cumbee, Matthew | AIR - Airfare | $ 198.10 |
| | | One- way economy class ORD to LGA for meetings with company advisors and creditors. | |
| 7/15/2015 | Cumbee, Matthew | AIR - Airfare | $ 265.10 |
| | | One-way economy class LGA to ORD for meetings with company advisors. | |
| 7/27/2015 | Cumbee, Matthew | AIR - Airfare | $ 975.10 |
| | | One-way economy class ORD to LGA for meetings with company advisors. | |
| 7/29/2015 | Cumbee, Matthew | AIR - Airfare | $ 465.10 |
| | | One-way economy class LGA to DFW for meetings with company advisors. | |
| 7/31/2015 | Cumbee, Matthew | AIR - Airfare | $ 318.10 |
| | | One-way economy class DFW to ORD for return flight. | |
| 7/9/2015 | Luria, Neil | AIR - Airfare | $ 1,096.20 |
| | | Round-trip economy class CLE to LGA for negotiation session. | |
| 7/27/2015 | Luria, Neil | AIR - Airfare | $ 673.10 |
| | | One-way economy class CLE to EWR for negotiation session. | |
| 7/29/2015 | Luria, Neil | AIR - Airfare | $ 917.10 |
| | | One-way economy class from EWR to DFW for board meeting. | |
| 7/31/2015 | Luria, Neil | AIR - Airfare | $ 836.20 |
| | | One-way economy class DFW to CLE for board meeting. | |
| 7/6/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,012.20 |
| | | Round-trip economy class ATL - LGA for creditor and company advisor sessions. | |
| 7/10/2015 | Nowitz, Raoul | AIR - Airfare | $ 741.50 |
| | | Economy class LGA to ORD to ATL for negotiation sessions. | |
| 7/15/2015 | Nowitz, Raoul | AIR - Airfare | $ 992.20 |
| | | One-way economy class ATL-LGA for meeting with Kirkland & Ellis. | |
| 7/26/2015 | Nowitz, Raoul | AIR - Airfare | $ 506.10 |
| | | One-way economy class ATL to LGA for negotiations with advisors. | |
| 7/29/2015 | Nowitz, Raoul | AIR - Airfare | $ 465.10 |
| | | One-way economy class LGA to DFW for board meeting and negotiations. | |
| 7/30/2015 | Nowitz, Raoul | AIR - Airfare | $ 331.10 |
| | | One-way economy class DFW to ATL for board meeting and negotiations. | |
| | | Total Airfare: | **$ 10,581.50** |
| 7/8/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 49.82 |
| | | Taxi to ORD Airport. | |
| 7/9/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 44.81 |
| | | Taxi to LGA Airport. | |
| 7/9/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 50.00 |
| | | Taxi to home from Airport. | |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

# Energy Future Holdings Corp – July 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 7/9/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation<br>Taxi from LGA Airport to hotel. | $ 46.01 |
| 7/14/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation<br>Taxi from LGA Airport to hotel. | $ 50.00 |
| 7/14/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation<br>Taxi from home to ORD Airport. | $ 48.86 |
| 7/15/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation<br>Taxi to LGA Airport. | $ 45.41 |
| 7/15/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation<br>Taxi from ORD Airport to home. | $ 48.54 |
| 7/27/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation<br>Taxi to ORD Airport. | $ 48.06 |
| 7/27/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation<br>Taxi from LGA Airport to hotel. | $ 47.21 |
| 7/27/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation<br>Taxi from meeting to hotel. | $ 11.30 |
| 7/29/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation<br>Taxi from Manhattan to LGA Airport. | $ 50.00 |
| 7/29/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation<br>Taxi to office in Dallas. | $ 4.49 |
| 7/30/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation<br>Taxi to office in Dallas. | $ 4.00 |
| 7/9/2015 | Luria, Neil | GRTRAN - Ground Transportation<br>Taxi from LGA to Kirkland & Ellis office. | $ 49.79 |
| 7/9/2015 | Luria, Neil | GRTRAN - Ground Transportation<br>Car from Kirkland & Ellis offices to LGA Airport. | $ 76.00 |
| 7/26/2015 | Luria, Neil | GRTRAN - Ground Transportation<br>Car to EWR Airport. | $ 100.00 |
| 7/27/2015 | Luria, Neil | GRTRAN - Ground Transportation<br>Car to CLE Airport. | $ 88.94 |
| 7/27/2015 | Luria, Neil | GRTRAN - Ground Transportation<br>Car from EWR Airport to Proskauer's offices. | $ 100.00 |
| 7/29/2015 | Luria, Neil | GRTRAN - Ground Transportation<br>Taxi from DFW Airport to Energy Plaza. | $ 60.00 |
| 7/31/2015 | Luria, Neil | GRTRAN - Ground Transportation<br>Taxi in Dallas. | $ 15.00 |
| 7/31/2015 | Luria, Neil | GRTRAN - Ground Transportation<br>Car from CLE Airport. | $ 88.94 |
| 7/31/2015 | Luria, Neil | GRTRAN - Ground Transportation<br>Taxi to hotel. | $ 12.00 |
| 7/31/2015 | Luria, Neil | GRTRAN - Ground Transportation<br>Taxi to DFW Airport from Energy Plaza. | $ 60.00 |
| 7/6/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from Airport to hotel. | $ 51.14 |
| 7/7/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Hartsfield Jax Atl Int'l Airport parking. | $ 68.00 |
| 7/7/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from Kirkland & Ellis offices to Airport. | $ 47.89 |
| 7/8/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi in New York. | $ 12.10 |

# Energy Future Holdings Corp – July 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---:|
| 7/8/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from Airport to Hotel. | $ 52.44 |
| 7/10/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Hartsfield Jax Atl Int'l Airport parking. | $ 52.00 |
| 7/15/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from EFH meeting in NY to LGA Airport. | $ 49.84 |
| 7/15/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi to EFH meeting. | $ 50.49 |
| 7/15/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Hartsfield Jax Atl Int'l Airport parking. | $ 32.00 |
| 7/27/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from airport to Kirkland & Ellis offices. | $ 56.99 |
| 7/28/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi to dinner in New York. | $ 19.89 |
| 7/29/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from Energy Plaza to dinner/hotel. | $ 37.00 |
| 7/29/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi to LGA Airport. | $ 49.84 |
| 7/31/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Hartsfield Jax Atl Int'l Airport parking. | $ 176.00 |
| | | **Total Ground Transportation:** | **$ 1,954.80** |
| 7/8/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night in New York. | $ 442.42 |
| 7/15/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night in NY. | $ 500.00 |
| 7/27/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night in NY. | $ 478.17 |
| 7/28/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night in NY. | $ 478.17 |
| 7/29/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night in Dallas. | $ 333.10 |
| 7/30/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night in Dallas. | $ 333.10 |
| 7/27/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 2 nights in NY. | $ 1,000.00 |
| 7/30/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night in Dallas. | $ 350.00 |
| 7/31/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night in Dallas. | $ 320.54 |
| 7/7/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night in NY. | $ 335.13 |
| 7/9/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night in NY. | $ 382.93 |
| 7/28/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room rate and taxes - 2 nights in NY. | $ 1,000.00 |
| 7/29/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night in Dallas. | $ 350.00 |
| 7/30/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night in Dallas. | $ 350.00 |

# Energy Future Holdings Corp – July 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| | | Total Hotel and Lodging: | **$ 6,653.56** |
| 7/8/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  M. Cumbee | |
| 7/9/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 18.49 |
| | | Attendee:  M. Cumbee | |
| 7/28/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 15.67 |
| | | Attendee:  M. Cumbee | |
| 7/29/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  M. Cumbee | |
| 7/29/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 10.26 |
| | | Attendee:  M. Cumbee | |
| 7/30/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 36.79 |
| | | Attendee:  M. Cumbee | |
| 7/9/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 6.88 |
| | | Attendee:  N. Luria | |
| 7/27/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 6.88 |
| | | Attendee:  N. Luria | |
| 7/28/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 240.00 |
| | | Attendees:  Neil Luria, Mike Firestein, Mark Thomas, Peter Young, Raoul Nowitz and Matt Cumbee. | |
| 7/29/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  N. Luria | |
| 7/29/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 17.74 |
| | | Attendee:  N. Luria | |
| 7/31/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 8.12 |
| | | Attendee:  N. Luria | |
| 7/31/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 120.00 |
| | | Attendees:  R. Nowitz, M. Cumbee, N. Luria | |
| 7/6/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 7/7/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 28.63 |
| | | Attendee:  R. Nowitz | |
| 7/7/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 7/8/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 7/8/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 22.78 |
| | | Attendee:  R. Nowitz | |
| 7/9/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 13.29 |
| | | Attendee:  R. Nowitz | |
| 7/9/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 7/15/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 10.13 |
| | | Attendee:  R. Nowitz | |
| 7/16/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 16.75 |
| | | Attendee:  R. Nowitz | |
| 7/28/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 7/29/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 20.15 |

**Energy Future Holdings Corp – July 2015**

| Date | Person | Expense Code | | Fee |
|---|---|---|---|---|
| 7/31/2015 | Nowitz, Raoul | Attendee:   R. Nowitz<br>MEALS - Out of Town Meals | | $ 6.55 |
| | | Attendee:   R. Nowitz | | |
| | | | Total Out of Town Meals: | **$ 919.11** |
| 7/6/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.67 |
| | | From home to airport. | | |
| 7/7/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.67 |
| | | From airport to home. | | |
| 7/15/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.67 |
| | | From home to airport. | | |
| 7/15/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.67 |
| | | From airport to home. | | |
| 7/26/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.67 |
| | | From home to airport. | | |
| 7/30/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.67 |
| | | From airport to home. | | |
| | | | Total USA - Mileage: | **$ 106.02** |
| | | | | **$ 20,214.99** |

# Energy Future Holdings Corp – August 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 8/10/2015 | Luria, Neil | AIR - Airfare | $ 563.10 |
| | | One-way economy class to EWR for meeting with E-side UCC financial advisors | |
| 8/10/2015 | Luria, Neil | AIR - Airfare | $ 638.10 |
| | | One-way economy class to CLE following meeting with E-side UCC financial advisor | |
| 8/11/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,002.20 |
| | | Round-trip economy class to LGA for meeting with E-side UCC financial advisor | |
| | | **Total Airfare:** | **$ 2,203.40** |
| 8/11/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car to EWR | |
| 8/11/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 36.00 |
| | | Parking at airport | |
| 8/5/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| 8/10/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 53.09 |
| | | NY Taxi | |
| 8/11/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 53.74 |
| | | NY Taxi | |
| | | **Total Ground Transportation:** | **$ 310.83** |
| 8/10/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in New York. | |
| 8/11/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 426.93 |
| | | Room rate and taxes - 1 night in NY | |
| | | **Total Hotel and Lodging:** | **$ 926.93** |
| 8/10/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 80.00 |
| | | Attendees:  R. Nowitz, N. Luria | |
| 8/10/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 20.28 |
| | | Attendee:  N. Luria | |
| 8/11/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 6.50 |
| | | Attendee:  N. Luria | |
| 8/11/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 10.00 |
| | | Attendee:  N. Luria | |
| 8/11/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  N. Luria | |
| 8/11/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 10.89 |
| | | Attendee:  R. Nowitz | |
| 8/11/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 19.13 |
| | | Attendee:  R. Nowitz | |
| | | **Total Out of Town Meals:** | **$ 186.80** |
| 8/10/2015 | Luria, Neil | MILES - USA - Mileage | $ 15.68 |
| | | From home to airport | |
| 8/11/2015 | Luria, Neil | MILES - USA - Mileage | $ 14.56 |

**Energy Future Holdings Corp - August**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 8/10/2015 | Nowitz, Raoul | From airport to home<br>MILES - USA - Mileage | $ 17.67 |
| 8/11/2015 | Nowitz, Raoul | From home to airport<br>MILES - USA - Mileage | $ 17.67 |
| | | From airport to home | |
| | | Total USA - Mileage: | $ 65.58 |
| | | | $ 3,693.54 |