**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No. 14-10979 (CSS) |
| CORP., <u>et al</u>.[1], | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **RE: Docket No. 6119** |

**CERTIFICATE OF NO OBJECTION REGARDING SIXTH MONTHLY
FEE STATEMENT OF McELROY, DEUTSCH, MULVANEY & CARPENTER
LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
<u>EXPENSES INCURRED FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading with respect to the seventh monthly fee statement for

compensation and reimbursement of expenses (the "<u>Monthly Fee Statement</u>") of McElroy,

Deutsch, Mulvaney & Carpenter LLP ("<u>Applicant</u>") listed on **Exhibit A** attached hereto.[2]   The

Monthly Fee Statement was filed with the United States Bankruptcy Court for the District of

Delaware (the "<u>Court</u>") on September 21, 2015.   The undersigned further certifies that he has

reviewed the Court's docket in this case and no answer, objection or other responsive pleading to

the Monthly Fee Statement appears thereon. Pursuant to the **Notice of Fee Statement** filed with

the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served

no later than **October 13, 2015 at 4:00 p.m. (Eastern Time)**.   The Monthly Fee Statement was

filed and served in accordance with the **Stipulation and Order Appointing a Fee Committee**,

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors'
service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases,
which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification
numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims
and noticing agent at http://www.efhcaseinfo.com.

[2]   On October 1, 2015, the Applicant received a letter from the Fee Committee stating that it does not object to the payment of
80 percent of fees and 100 percent of expenses requested in the Monthly Fee Statement.  The Fee Committee reserved its
right to object to certain interim expense reimbursement requests at the interim fee application stage.

dated August 21, 2014 [D.I. 1896] and the **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals**, dated September 16, 2014 [D.I. 2066] (the "Administrative Order").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

Dated: October 19, 2015

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

/s/ David Primack
David Primack, Esq. (No. 4449)
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
dprimack@mdmc-law.com

**Exhibit A**

**Professional Fees and Expenses**
**Monthly Fee Statement[1]**

| Applicant | Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| McElroy, Deutsch, Mulvaney & Carpenter LLP<br><br>300 Delaware Ave., Suite 770 Wilmington, DE 19809 Attn: David Primack, Esq.<br><br>(Co-Counsel to Debtors Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC and their debtor subsidiaries) | First Monthly Fee Statement<br><br>1/12/2015 through 2/28/2015<br><br>Filed 4/6/2015<br><br>Docket No. 4067 | $54,125.50 | $585.92 | 4/27/2015 | $43,300.40 | $585.92 | $10,825.10 |
| | Second Monthly Fee Statement<br><br>3/1/2015 through 3/31/2015<br><br>Filed 4/22/2015<br><br>Docket No. 4247 | $12,733.50 | $10.70 | 5/13/2015 | $10,186.80 | $10.70 | $2,546.70 |
| | Third Monthly Fee Statement<br><br>4/1/2015 through | $30,929.50 | $289.18 | 6/11/2015 | $24,743.60 | $289.18 | $6,185.90 |

---

[1] All fees and expenses requested are allocated 100% to Texas Competitive Electric Holdings Company LLC.

| Applicant | Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| | 4/30/2015 Filed 5/21/2015 Docket No.4552 | | | | | | |
| | Fourth Monthly Fee Statement 5/1/2015 through 5/31/2015 Filed 6/25/2015 Docket No.4858 | $11,357.50 | $418.40 | 7/16/2015 | $9,086.00 | $418.40 | $2,271.50 |
| | Fifth Monthly Fee Statement 6/1/2015 through 6/30/2015 Filed 8/7/2015 Docket No.5233 | $22,115.00 | $74.00 | 8/28/2015 | $17,692.00 | $74.00 | $4,423.00 |
| | Sixth Monthly Fee Statement 7/1/2015 through 7/31/2015 Filed 8/25/2015 Docket No.5725 | $4,002.50 | $143.40 | 9/15/2015 | $3,202.00 | $143.40 | $800.50 |
| | Seventh Monthly Fee Statement 8/1/2015 through 8/31/2015 | $13,867.00 | $572.00 | 10/13/2015 | $11,093.60 | $572.00 | $2,773.40 |

| Applicant | Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| | Filed 9/21/2015 Docket No.6119 | | | | | | |