**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: D.I. 4976, 4977, 5085, 5087, 5221, 5250, 5399 |

**CERTIFICATION OF COUNSEL REGARDING
"TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS (WRONG DEBTOR) PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 4976]**

The undersigned hereby certifies as follows:

1. On July 10, 2015, Energy Future Holdings Corp. ("EFH Corp."), one of the above-captioned debtors and debtors in possession, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Twenty-Second Omnibus (Non-Substantive) Objection to Claims (Wrong Debtor) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1* [D.I. 4976] (the "Objection").[2] On July 10, 2015, EFH Corp. also filed the *Declaration of Michael Carter in Support of the Twenty-Second Omnibus (Non-Substantive) Objection to Claims (Wrong Debtor) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

52269820v2

*Local Bankruptcy Rule 3007-1* [D.I. 4977] in connection with, and in support of the relief requested in, the Objection.

2. Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on July 24, 2015 (the "Response Deadline").

3. Prior to the Response Deadline, EFH Corp. received two formal responses to the Objection filed, with respect to which EFH Corp. adjourned the Objection:

- on July 22, 2015, by Spencer Harris of Arkansas, Inc. ("SHA") [D.I. 5085] with respect to Proof of Claim number 4422; and

- on July 24, 2015, by Ty-Flot Inc. ("Ty-Flot") [D.I. 5087] with respect to Proof of Claim number 3412.

4. On August 10, 2015, the Court entered the *Order Sustaining Twenty-Second Omnibus (Non-Substantive) Objection to Claims (Wrong Debtor) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1* [D.I. 5250] (the "Initial Order Sustaining Twenty-Second Omnibus Objection to Claims").

5. Following the entry of the Initial Order Sustaining Twenty-Second Omnibus Objection to Claims, (i) Ty-Flot on August 18, 2015 withdrew its formal response [D.I. 5399] and, therefore, no longer opposes the relief sought in the Objection, and (ii) SHA informed EFH Corp. that it does not oppose the relief sought in the Objection.

6. Therefore, EFH Corp. seeks entry of an order, substantially in the form attached hereto as **Exhibit A**, granting the objection to the Wrong Debtor Claims of SHA and Ty-Flot.

[*Remainder of page intentionally left blank.*]

WHEREFORE, EFH Corp. respectfully requests that the Court enter the proposed order, substantially in the form attached hereto as **Exhibit A**, at the convenience of the Court.

| | |
|---|---|
| Wilmington, Delaware<br>Dated: October 19, 2015 | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder (No. 5769)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 803-4600<br>Facsimile:  (302) 397-2557<br>Email:  dklauder@bk-legal.com<br><br>-and-<br><br>**PROSKAUER ROSE LLP**<br><br>Jeff J. Marwil (admitted *pro hac vice*)<br>Mark K. Thomas (admitted *pro hac vice*)<br>Peter J. Young (admitted *pro hac vice*)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone:  (312) 962-3550<br>Facsimile:  (312) 962-3551<br>Email:  jmarwil@proskauer.com<br>           mthomas@proskauer.com<br>           pyoung@proskauer.com<br><br>*Co-Counsel to Debtor*<br>*Energy Future Holdings Corp.* |