**Exhibit 1** to **Exhibit A**

[Wrong Debtor Claims]

52269820v2

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | | PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
| 1 | SPENCER-HARRIS OF ARKANSAS INC HIGHWAY 82 EAST BOX 579 MAGNOLIA, AR 71753 | 4422 | No Debtor Asserted | Unsecured | $96,576.19 | Luminant Generation Company LLC | Unsecured | $96,576.19 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 2 | TY FLOT INC 305 MASSABESIC ST MANCHESTER, NH 03103 | 3412 | Energy Future Holdings Corp. | Unsecured | $48,558.38 | Luminant Generation Company LLC | Unsecured | $48,558.38 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| | | | | TOTAL | $145,134.57 | | TOTAL | $145,134.57 |