**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 4978, 4979, 5222, 5251** |

**CERTIFICATION OF COUNSEL REGARDING
"TWENTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION
TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 4978]**

The undersigned hereby certifies as follows:

1. On July 10, 2015, Energy Future Holdings Corp. ("EFH Corp."), one of the above-captioned debtors and debtors in possession, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Twenty-Third Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1* [D.I. 4978] (the "Objection").[2] On July 10, 2015, EFH Corp. also filed the *Declaration of Michael Carter in Support of the Twenty-Third Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

52271696v2

*3007 and Local Bankruptcy Rule 3007-1* [D.I. 4979] in connection with, and in support of the relief requested in, the Objection.

2. Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on July 24, 2015 (the "Response Deadline").

3. Prior to the Response Deadline, EFH Corp. received four informal responses from the following claimants (together, the "Claimants"), with respect to which EFH Corp. adjourned the Objection:

- Windham Manufacturing Co. Inc. ("Windham") regarding the Objection with respect to Proof of Claim number 214.

- H&E Equipment Services, Inc. ("H&E") regarding the Objection with respect to Proof of Claim number 7933.

- Waukesha-Pearce Industries, Inc. ("Waukesha-Pearce") regarding the Objection with respect to Proof of Claim number 3413.

- Lee Hecht Harrison LLC ("LHH") regarding the Objection with respect to Proof of Claim number 3339.

4. On August 10, 2015, the Court entered the *Order Sustaining Twenty-Third Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1* [D.I. 5251] (the "Initial Order Sustaining Twenty-Third Omnibus Objection to Claims").

5. Following the entry of the Initial Order Sustaining Twenty-Third Omnibus Objection to Claims:

- Windham and H&E have each informed EFH Corp. that each Claimant does not oppose the relief sought in the Objection.

- After reviewing additional information provided by Waukesha-Pearce, EFH Corp. has modified its Objection to Waukesha-Pearce's claim as set forth on

2

> Exhibit 1 to the proposed order (the "Proposed Order") attached hereto as **Exhibit A**. Based upon this modification, Waukesha-Pearce does not oppose the relief sought in the Objection, as modified.

- After reviewing additional information provided by LHH, EFH Corp. has modified its Objection to LHH's claim as set forth on Exhibit 2 to the Proposed Order attached hereto as **Exhibit A**. Based upon this modification, LHH does not oppose the relief sought in the Objection, as modified.

6. Therefore, EFH Corp. seeks entry of an order, substantially in the form attached hereto as **Exhibit A**, granting the objection to the Disputed Claims of the Claimants. Blacklines of the applicable exhibits with respect to the Disputed Claims of Waukesha-Pearce and LHH as compared to the applicable exhibits attached to the Proposed Order filed on July 10, 2015 are attached hereto as **Exhibit B** and **Exhibit C**.

[*Remainder of page intentionally left blank.*]

WHEREFORE, EFH Corp. respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at the convenience of the Court.

| | |
|---|---|
| Wilmington, Delaware<br>Dated:  October 19, 2015 | **BIELLI & KLAUDER, LLC**<br><br>*/s/  David M. Klauder*<br>David M. Klauder (No. 5769)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Telephone:     (302) 803-4600<br>Facsimile:      (302) 397-2557<br>Email:            dklauder@bk-legal.com<br><br>-and-<br><br>**PROSKAUER ROSE LLP**<br><br>Jeff J. Marwil (admitted *pro hac vice*)<br>Mark K. Thomas (admitted *pro hac vice*)<br>Peter J. Young (admitted *pro hac vice*)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone:     (312) 962-3550<br>Facsimile:      (312) 962-3551<br>Email:            jmarwil@proskauer.com<br>                       mthomas@proskauer.com<br>                       pyoung@proskauer.com<br><br>*Co-Counsel to Debtor*<br>*Energy Future Holdings Corp.* |

52271696v2