**Exhibit B**

[Blackline of Exhibit 1]

[Wrong Debtor and Modify Priority Claim of Waukesha-Pearce]

52271696v2

**ENERGY FUTURE HOLDINGS CORP., et al.**

<u>REDLINE OF</u> TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT B – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | WAUKESHA-PEARCE INDUSTRIES, INC. ATTN: DAVID G. MCMILLEN 12320 S MAIN HOUSTON, TX 77035 | 3413 | Energy Future Holdings Corp. | 503(b)(9) | $196,461.24 | Luminant Generation Company LLC | 503(b)(9) | $81.99 |
| | | | | | | Luminant Mining Company LLC | 503(b)(9) | $158,929.08<s>158.4</s> |
| | | | | | | Oak Grove Management Company LLC | 503(b)(9) | <s>30.74</s> |
| | | | | | | Luminant Mining Company LLC | Unsecured | $3,337.82 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $26,474.23<s>26,972</s> |
| | | | | | | | | <s>.57</s> |
| | | | | | | | Subtotal | $7,638.12 |
| | | | | | | | | $196,461.24 |
| | | | | TOTAL | $196,461.24 | | TOTAL | $196,461.24 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.