**Exhibit C**

[Blackline of Exhibit 2]

[Wrong Debtor, Modify Amount and Modify Priority Claim of LHH]

52271696v2

**ENERGY FUTURE HOLDINGS CORP., et al.**

<u>**REDLINE OF**</u> **TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT C – Wrong Debtor, Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | LEE HECHT HARRISON LLC<br>2301 LUCIEN WAY, SUITE 325<br>MAITLAND, FL 32751 | 3339 | Energy Future Holdings Corp.<br>Energy Future Holdings Corp. | Priority<br>Unsecured | $7,000.00<br>$7,000.00 | <u>EFH Corporate Services Company</u> ~~Luminant Mining Company LLC~~ | Unsecured | $7,000.00 |
| | | | | Subtotal | $14,000.00 | | | |
| | | | | | | | TOTAL | $7,000.00 |
| | | | | TOTAL | $14,000.00 | | | |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects amount owed according to Debtors' books and records; claimed amount was not supported; claim is reduced to eliminate double-counting. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a), claimant's supporting documentation and Debtors' books and records provide no basis for priority.