**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 5373, 5374, 5959, 6050** |

**CERTIFICATION OF COUNSEL REGARDING**
**"TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION**
**TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT**
**TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY**
**RULES 3001, 3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 5373]**

The undersigned hereby certifies as follows:

1.    On August 17, 2015, Energy Future Holdings Corp. ("EFH Corp."), one of the above-captioned debtors and debtors in possession, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1* [D.I. 5373] (the "Objection").[2]    On August 17, 2015, EFH Corp. also filed the *Declaration of Michael Carter in Support of the Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001,*

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*3003, and 3007 and Local Bankruptcy Rule 3007-1* [D.I. 5374] in connection with, and in support of the relief requested in, the Objection.

2.       Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on August 31, 2015 (the "Response Deadline").

3.       Prior to the Response Deadline, EFH Corp. received an informal response to the Objection from Fastenal (the "Claimant") regarding Proofs of Claim numbers 4915, 4916, 4922, 4924, 4925, and 4930, with respect to which EFH Corp. adjourned the Objection.

4.       On September 16, 2015, the Court entered the *Order Sustaining Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1* [D.I. 6050] (the "Initial Order Sustaining Twenty-Eighth Omnibus Objection to Claims").

5.       Following the entry of the Initial Order Sustaining Twenty-Eighth Omnibus Objection to Claims, the Claimant informed EFH Corp. that the Claimant does not oppose the relief sought in the Objection.

6.       Therefore, EFH Corp. seeks entry of an order, substantially in the form attached hereto as **Exhibit A**, granting the objection to the Disputed Claims of the Claimant.

*[Remainder of page intentionally left blank.]*

2

WHEREFORE, EFH Corp. respectfully requests that the Court enter the proposed order,

substantially in the form attached hereto as **Exhibit A**, at the convenience of the Court.

Wilmington, Delaware
Dated:  October 19, 2015

**BIELLI & KLAUDER, LLC**

*/s/  David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Telephone:     (302) 803-4600
Facsimile:     (302) 397-2557
Email:          dklauder@bk-legal.com

-and-

**PROSKAUER ROSE LLP**

Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Telephone:     (312) 962-3550
Facsimile:     (312) 962-3551
Email:          jmarwil@proskauer.com
                mthomas@proskauer.com
                pyoung@proskauer.com

*Co-Counsel to Debtor*
*Energy Future Holdings Corp.*

52275738v2