## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### NOTICE REGARDING EXTENSION
### OF MATURITY DATE OF THE TCEH DIP FACILITY

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file the following notice.

**PLEASE TAKE NOTICE THAT** on June 6, 2014, the United States Bankruptcy Court for the District of Delaware overseeing the Debtors' chapter 11 cases (the "Court") entered the *Final Order (A) Approving Postpetition Financing for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, and (C) Modifying the Automatic Stay* [D.I. 856] (the "TCEH DIP Final Order"), authorizing certain of the Debtors, including Texas Competitive Electric Holdings Company LLC as the Borrower, to enter into the DIP Credit Agreement (as defined in the TCEH DIP Final Order and filed with the Bankruptcy Court under [D.I. 73-1]);[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the TCEH DIP Final Order and DIP Credit Agreement, as applicable.

**PLEASE TAKE FURTHER NOTICE THAT** under paragraph 18 of the TCEH DIP Final Order, the DIP Termination Date is the Maturity Date as defined in the DIP Credit Agreement;

**PLEASE TAKE FURTHER NOTICE THAT** under the DIP Credit Agreement, the Maturity Date may be extended as requested by the Borrower and subject to the Borrower satisfying certain conditions precedent;

**PLEASE TAKE FURTHER NOTICE THAT** the Borrower submitted a written notice on October 13, 2015 to the Administrative Agent, extending the Maturity Date to November 7, 2016 and certifying that any conditions precedent to extension have been satisfied as of October 13, 2015; and

**PLEASE TAKE FURTHER NOTICE THAT** on October 13, 2015, the Administrative Agent confirmed the extension of the Maturity Date to November 7, 2016.

*[Remainder of page intentionally left blank.]*

Notice filed by:

TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC

By: _____

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 13168267v.1