# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 3 | Sales and Use Tax Examination Consulting Services | 42.5 | $ 10,242.50 |
| 13 | CAO Financial Reporting Support | 516.0 | $ 113,520.00 |
| 21 | Transaction Cost Analysis | 151.8 | $ 67,746.00 |
| 22 | Claims Reconciliation | 75.7 | $ 13,247.50 |
| 26 | OneSource Indirect Tax | 223.4 | $ 105,202.05 |
| 27 | Repairs & Maintenance Review | 238.2 | $ 125,980.00 |
| 28 | Tax Accounting Support (Current Quarter) | 17.6 | $ 10,143.00 |
| 29 | SOX Compliance | 531.8 | $ 112,021.50 |
| 30 | Earnings and Profit Study | 55.1 | $ 38,081.25 |
| 31 | 2014 Tax Return Review | 3.5 | $ 2,057.50 |
| 32 | Tax Accounting Support (Restructuring) | 51.9 | $ 31,659.00 |
| 35 | Fee Statement and Fee Application Preparation | 75.0 | $ 20,592.40 |
| **Total** | | **1,982.4** | **$ 650,492.70**[1] |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 7,837.07 |
| Lodging | N/A | $ 8,469.79 |
| Travel Meals | N/A | $ 1,248.04 |
| Ground Transportation | N/A | $ 3,429.09 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 20,983.99** |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $1,183,241.25. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $532,748.55 thus benefitting the Chapter 11 estate by same amount.