## EXHIBIT B

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Barton, Alan | Partner - Tax | | 0.5 | $ 805 | $ 402.50 |
| Hoffenberg, Mark | Partner - WNT | | 1.0 | $ 805 | $ 805.00 |
| Johnson, Brent | Partner - Tax | | 8.5 | $ 805 | $ 6,842.50 |
| Masaitis, Scott | Partner - WNT | | 0.5 | $ 805 | $ 402.50 |
| Thompson, Chuck | Principal - Tax | | 5.9 | $ 805 | $ 4,709.25 |
| Atkinson, James | Principal - Tax | | 8.5 | $ 720 | $ 6,120.00 |
| Baltmanis, Peter | Principal - Tax | | 8.0 | $ 720 | $ 5,760.00 |
| Burdett, Brian R | Principal - Tax | | 4.8 | $ 682 | $ 3,273.60 |
| Lyons, Stacy L | Partner - Tax | | 60.0 | $ 610 | $ 36,600.00 |
| Crockett, Clifford M | Partner - Tax | | 2.5 | $ 605 | $ 1,512.50 |
| Kleppel, Robert | Managing Director - Tax | | 11.7 | $ 682 | $ 7,979.40 |
| Geracimos, John | Managing Director - Tax | | 1.0 | $ 680 | $ 680.00 |
| Kane, John P | Managing Director - Tax | | 1.0 | $ 545 | $ 545.00 |
| Cargile, David | Managing Director - Advisory | | 8.1 | $ 325 | $ 2,632.50 |
| Calloway, Robert | Senior Manager - Tax | | 24.1 | $ 700 | $ 16,870.00 |
| Gibson, Rhonda | Senior Manager - Tax | | 1.9 | $ 700 | $ 1,330.00 |
| Thweatt, Mitchell | Senior Manager - Tax | | 1.0 | $ 700 | $ 700.00 |
| Homen, Greg | Senior Manager- Tax | | 42.0 | $ 660 | $ 27,720.00 |
| Plantes, James | Senior Manager- Tax | | 79.0 | $ 660 | $ 52,140.00 |
| Wright, Brian | Director - Advisory | | 1.0 | $ 660 | $ 660.00 |
| Fritzsche, Josh | Senior Manager - Tax | | 16.2 | $ 595 | $ 9,639.00 |
| LeCompte, Dan | Senior Manager - Tax | | 28.5 | $ 595 | $ 16,957.50 |
| Meredith, Kyle | Senior Manager - Tax | | 47.2 | $ 595 | $ 28,084.00 |
| Wang, Dandan | Senior Manager- Tax | | 6.0 | $ 500 | $ 3,000.00 |
| Seeman, Nick | Director - Advisory | * | 38.5 | $ 290 | $ 11,165.00 |
| Plangman, Monica | Associate Director - Bankruptcy | * | 2.2 | $ 325 | $ 715.00 |
| Laukhuff, Brittny | Manager - Tax | | 28.1 | $ 560 | $ 15,736.00 |
| Spiers, Stephen | Manager - Advisory | | 0.3 | $ 560 | $ 168.00 |
| Laukhuff, Brittny | Manager - Tax | | 5.1 | $ 545 | $ 2,779.50 |
| Marchand, Elizabeth | Manager - Tax | | 1.6 | $ 545 | $ 872.00 |
| Rahman, Arifur | Manager - Tax | | 8.0 | $ 545 | $ 4,360.00 |
| Yieh, Josh | Manager - Tax | | 7.4 | $ 437 | $ 3,233.80 |
| Campbell, Celeste | Manager - Bankruptcy | * | 43.3 | $ 298 | $ 12,903.40 |
| Myrick, Cristina | Manager - Advisory | | 100.6 | $ 250 | $ 25,150.00 |
| Li, Paul | Principal - Tax | | 8.0 | $ 720 | $ 5,760.00 |
| Abarca, Ana | Senior Associate - Tax | | 3.0 | $ 420 | $ 1,260.00 |
| DiLeo, Annamarie | Senior Associate - Tax | | 1.7 | $ 420 | $ 714.00 |
| Heddesheimer, Christina | Senior Associate - Tax | | 0.5 | $ 420 | $ 210.00 |
| Lack, Andrew | Senior Associate - Advisory | | 5.3 | $ 420 | $ 2,226.00 |
| Payne, Lani | Senior Associate - Tax | | 26.6 | $ 420 | $ 11,172.00 |
| Prywes, Joshua | Senior Associate - Tax | | 95.0 | $ 420 | $ 39,900.00 |
| Xu, Wenjing | Senior Associate - Tax | | 16.0 | $ 420 | $ 6,720.00 |
| Asbell, Donny | Senior Associate - Tax | | 92.8 | $ 350 | $ 32,480.00 |

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Shaffer, Wendy | Senior Associate - Bankruptcy | 26.1 | $ 228 | $ 5,950.80 |
| Jeffcott, David | Senior Associate - Advisory | 279.0 | $ 220 | $ 61,380.00 |
| Lange, Jolandi de | Senior Associate - Advisory | 237.0 | $ 220 | $ 52,140.00 |
| Coquis, Rafael | Senior Associate - Advisory | 192.9 | $ 190 | $ 36,651.00 |
| Dabral, Pulkit | Senior Associate - Advisory | 12.0 | $ 190 | $ 2,280.00 |
| Ravishanker, Venkatesh | Senior Associate - Advisory | 179.7 | $ 190 | $ 34,143.00 |
| Baskaran, Saveesna | Associate - Tax | 14.0 | $ 260 | $ 3,640.00 |
| Bull, Lydia | Associate - Tax | 0.4 | $ 260 | $ 104.00 |
| Henderson, Brandon | Associate - Tax | 30.0 | $ 260 | $ 7,800.00 |
| Stamchev, Alex | Associate - Tax | 23.1 | $ 260 | $ 6,006.00 |
| Jones, Virginia | Associate - Tax | 53.5 | $ 241 | $ 12,893.50 |
| Thalachelloor, Jeff | Associate - Tax | 3.8 | $ 241 | $ 903.75 |
| Garza, Juanita | Associate - Bankruptcy | 2.4 | $ 193 | $ 463.20 |
| Milner, Aaron | Associate - Advisory | 75.7 | $ 175 | $ 13,247.50 |
| | **Total Hours and Fees** | **1,982.4** | | **$ 650,492.70** |

\* Promoted effective 10/1/14