# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount | |
|---|---|---|---:|
| Airfare | N/A | $ | 7,837.07 |
| Lodging | N/A | $ | 8,469.79 |
| Travel Meals | N/A | $ | 1,248.04 |
| Ground Transportation | N/A | $ | 3,429.09 |
| Miscellaneous | N/A | $ | - |
| **Total** | | **$** | **20,983.99** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount | |
|---|---|---|---:|
| Airfare | N/A | $ | 7,837.07 |
| Lodging | N/A | $ | 8,469.79 |
| Travel Meals | N/A | $ | 1,248.04 |
| Ground Transportation | N/A | $ | 3,429.09 |
| Miscellaneous | N/A | $ | - |
| **Total** | | **$** | **20,983.99** |