# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2015 through August 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08391949 | CAO Financial Reporting Support | 20150706 | Jeffcott, David | air | | | $ 429.20 | Economy Airfare from Houston Hobby airport on 07/06/15 7:00 am flight to Dallas Love airport and from Dallas Love airport to Houston Hobby airport on 07/09/15 5:00 pm flight while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150713 | Jeffcott, David | air | | | $ 429.20 | Economy Airfare for roundtrip travel from Houston Hobby airport on 07/13/15 7:00 am flight to Dallas Love airport and from Dallas Love airport to Houston Hobby airport on 07/17/15 5:00 pm flight while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150716 | Lange, Jolandi De | air | | | $ 410.52 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 07/16/2015 Return Date: 07/17/2015. Business Purpose: Energy Future Holdings |
| 08391949 | CAO Financial Reporting Support | 20150720 | Lange, Jolandi De | air | | | $ 391.82 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 07/20/2015 Return Date: 07/23/2015. Business Purpose: Energy Future Holdings |
| 08391949 | CAO Financial Reporting Support | 20150720 | Jeffcott, David | air | | | $ 429.20 | Economy Airfare from Houston Hobby airport on 07/20/15 7:00 am flight to Dallas Love airport and from Dallas Love airport to Houston Hobby airport on 07/24/15 5:00 pm flight while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150727 | Lange, Jolandi De | air | | | $ 429.20 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 07/27/2015 Return Date: 07/30/2015. Business Purpose: Energy Future Holdings |
| 08391949 | OneSource Indirect Tax | 20150812 | Kleppel, Robert | air | | | $ 576.20 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date:8/11/15 Return Date:8/12/15. Business Purpose: Client OneSource Implementation Meetings |
| 08391949 | OneSource Indirect Tax | 20150812 | Meredith, Kyle | air | | | $ 339.84 | Roundtrip coach class airfare from San Antonio, TX to Dallas, TX. Departure Date:8/11/15 Return Date:8/12/15. Business Purpose: EFH OneSource Implementation Meetings |
| 08391949 | CAO Financial Reporting Support | 20150813 | Lange, Jolandi De | air | | | $ 429.20 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 08/10/2015 Return Date: 08/13/2015. Business Purpose: Energy Future Holdings |
| 08391949 | CAO Financial Reporting Support | 20150813 | Jeffcott, David | air | | | $ 429.20 | Economy Airfare from Houston Hobby airport on 08/10/15 7:00 am flight to Dallas Love airport and from Dallas Love airport to Houston Hobby airport on 08/13/15 5:00 pm flight while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150820 | Jeffcott, David | air | | | $ 429.20 | Economy Airfare from Houston Hobby airport on 08/17/15 7:00 am flight to Dallas Love airport and from Dallas Love airport to Houston Hobby airport on 08/20/15 5:00 pm flight while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150820 | Lange, Jolandi De | air | | | $ 420.70 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 08/17/2015 Return Date: 08/20/2015. Business Purpose: Energy Future Holdings |
| 08391949 | OneSource Indirect Tax | 20150825 | LeCompte, Dan | air | | | $ 172.87 | One-way coach class airfare from Austin, TX to Dallas, TX. Departure Date: 8/25/15 Business Purpose: EFH OneSource Implementation Meetings |
| 08391949 | OneSource Indirect Tax | 20150826 | LeCompte, Dan | air | | | $ 101.56 | One-way coach class airfare from Dallas, TX to Austin, TX. Departure Date: 8/26/15 Business Purpose: EFH OneSource Implementation Meetings |
| 08391949 | Earnings and Profit Study | 20150826 | Calloway, Robert | air | | | $ 579.78 | Flight (Delta Airline) Roundtrip coach class airfare from Atlanta, GA to Dallas, Tx. Departure Date: 08/26/2015 Return Date:08/27/2015. Business Purpose: Attend client meeting on E&P project. |
| 08391949 | Earnings and Profit Study | 20150826 | Johnson, Brent | air | | | $ 579.78 | Roundtrip coach airfare from Atlanta, GA to Dallas, TX Date:08/26/2015 To Date:08/27/2015 |
| 08391949 | CAO Financial Reporting Support | 20150827 | Lange, Jolandi De | air | | | $ 412.20 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 08/24/2015 Return Date: 08/27/2015. Business Purpose: Energy Future Holdings |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2015 through August 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08391949 | CAO Financial Reporting Support | 20150827 | Jeffcott, David | air | | | $ 429.20 | Economy Airfare from Houston Hobby airport on 08/24/15 7:00 am flight to Dallas Love airport and from Dallas Love airport to Houston Hobby airport on 08/27/15 5:00 pm flight while performing work for EFH Corporate Accounting project. |
| 08391949 | OneSource Indirect Tax | 20150827 | Meredith, Kyle | air | | | 418.20 | Roundtrip coach class airfare from San Antonio, TX to Dallas, TX. Departure Date:8/25/15 Return Date:8/27/15. Business Purpose: EFH OneSource Implementation Meetings |
| | | | **Total Air** | | | | **$ 7,837.07** | |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2015 through August 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08391949 | CAO Financial Reporting Support | 20150702 | Lange, Jolandi De | lodging | | | $ 414.93 | Sheraton hotel fees incurred in Dallas, TX for 3 nights (06/29-07/2), while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150702 | Jeffcott, David | lodging | | | $ 584.37 | Lodging in Dallas Hotel for EFH for 3 nights from 6/29 thru 7/02. |
| 08391949 | CAO Financial Reporting Support | 20150709 | Jeffcott, David | lodging | | | $ 584.37 | Lodging in Dallas Hotel for EFH for 3 nights from 7/06/15 thru 7/09/15. |
| 08391949 | CAO Financial Reporting Support | 20150717 | Lange, Jolandi De | lodging | | | $ 138.31 | Sheraton hotel fees incurred in Dallas, TX for 1 night (07/16-07/17), while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150717 | Jeffcott, David | lodging | | | $ 779.16 | Lodging in Dallas Hotel for EFH for 4 nights from 7/13/15 thru 7/17/15. |
| 08391949 | CAO Financial Reporting Support | 20150723 | Lange, Jolandi De | lodging | | | $ 414.93 | Sheraton hotel fees incurred in Dallas, TX for 3 nights (07/20-07/23), while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150724 | Jeffcott, David | lodging | | | $ 584.37 | Lodging in Dallas Hotel for EFH for 4 nights from 7/20/15 thru 7/24/15. |
| 08391949 | CAO Financial Reporting Support | 20150730 | Lange, Jolandi De | lodging | | | $ 414.93 | Sheraton hotel fees incurred in Dallas, TX for 3 nights (07/27-07/30), while performing work for EFH Corporate Accounting project. |
| 08391949 | OneSource Indirect Tax | 20150812 | Kleppel, Robert | lodging | | | $ 152.14 | Hotel fees incurred in Dallas, TX for 1 night (8/11) while performing work for Client OneSource Implementation Project |
| 08391949 | CAO Financial Reporting Support | 20150813 | Lange, Jolandi De | lodging | | | $ 584.37 | Marriott hotel fees incurred in Dallas, TX for 3 nights (08/10-08/13), while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150813 | Jeffcott, David | lodging | | | $ 584.37 | Dallas Hotel for EFH from 8/10/15 thru 8/13/15 for 3 nights. |
| 08391949 | CAO Financial Reporting Support | 20150820 | Jeffcott, David | lodging | | | $ 584.37 | Dallas Hotel for EFH from 8/17/15 thru 8/20/15 for 3 nights. |
| 08391949 | CAO Financial Reporting Support | 20150820 | Lange, Jolandi De | lodging | | | $ 584.37 | Marriott hotel fees incurred in Dallas, TX for 3 nights (08/17-08/20), while performing work for EFH Corporate Accounting project. |
| 08391949 | OneSource Indirect Tax | 20150826 | Meredith, Kyle | lodging | | | $ 389.58 | Hotel fees incurred in Dallas, TX for 2 nights (8/25 and 8/26) while performing work for EFH OneSource Implementation Project |
| 08391949 | OneSource Indirect Tax | 20150826 | LeCompte, Dan | lodging | | | $ 194.79 | Hotel fees incurred in Dallas, TX for 1 night (8/26) while performing work for EFH OneSource Implementation Project |
| 08391949 | Earnings and Profit Study | 20150827 | Calloway, Robert | lodging | | | $ 268.56 | Lodging (Fairmont) Hotel fees incurred in Dallas, Tx for 1 night (08/26/2015) to attend client meeting on E&P project. |
| 08391949 | Earnings and Profit Study | 20150827 | Johnson, Brent | lodging | | | $ 212.57 | Lodging (Fairmont) Hotel fees incurred in Dallas, Tx for 1 night (08/26/2015) to attend client meeting on E&P project. |
| 08391949 | CAO Financial Reporting Support | 20150827 | Lange, Jolandi De | lodging | | | $ 414.93 | Sheraton hotel fees incurred in Dallas, TX for 3 nights (08/24-08/27), while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150827 | Jeffcott, David | lodging | | | $ 584.37 | Dallas Hotel for EFH from 8/24/15 thru 8/27/15 for 3 nights. |
| | | | **Total Lodging** | | | | **$ 8,469.79** | |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2015 through August 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08391949 | CAO Financial Reporting Support | 20150702 | Jeffcott, David | travel meals | | | $ 18.22 | Out of town breakfast and dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150702 | Jeffcott, David | travel meals | | | $ 40.00 | Lunch at Pecan Lodge Barbecue. |
| 08391949 | CAO Financial Reporting Support | 20150706 | Jeffcott, David | travel meals | | | $ 14.55 | Out of town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150707 | Jeffcott, David | travel meals | | | $ 8.97 | Out of town lunch from Beyond the Box while working on EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150708 | Jeffcott, David | travel meals | | | $ 18.22 | Out of town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150713 | Jeffcott, David | travel meals | | | $ 18.22 | Out of town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150714 | Jeffcott, David | travel meals | | | $ 7.98 | Out of town lunch from Beyond the Box while working on EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150715 | Jeffcott, David | travel meals | | | $ 18.22 | Out of town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150716 | Lange, Jolandi De | travel meals | | | $ 4.64 | Breakfast from Wendy's while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150716 | Lange, Jolandi De | travel meals | | | $ 40.00 | Dinner from Sushiya while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150716 | Lange, Jolandi De | travel meals | | | $ 80.00 | Lunch while performing work for EFH Corporate Accounting project at Pecan Lodge BBQ LLC. Attendees: J. de Lange, D. Jeffcott |
| 08391949 | CAO Financial Reporting Support | 20150717 | Lange, Jolandi De | travel meals | | | $ 9.04 | Breakfast from Coffee at the Corner while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150720 | Lange, Jolandi De | travel meals | | | $ 9.90 | Out of town lunch in Dallas, TX at Noodle Nexus while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150720 | Jeffcott, David | travel meals | | | $ 15.70 | Out of town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150721 | Lange, Jolandi De | travel meals | | | $ 9.20 | Out of town Lunch incurred in Dallas, TX at Beyond the Box while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150721 | Jeffcott, David | travel meals | | | $ 15.70 | Out of town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150721 | Lange, Jolandi De | travel meals | | | $ 28.00 | Out of town dinner at Sushiya in Dallas, TX while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150722 | Lange, Jolandi De | travel meals | | | $ 9.98 | Lunch at Miguels Cantina in Dallas, TX while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150722 | Jeffcott, David | travel meals | | | $ 30.28 | Out of town dinner at Sushiya while working in Dallas for EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150723 | Jeffcott, David | travel meals | | | $ 7.85 | Lunch from Beyond the Box while working for EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150727 | Lange, Jolandi De | travel meals | | | $ 9.42 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150728 | Lange, Jolandi De | travel meals | | | $ 10.28 | Lunch from The Hospitality Sweet while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150729 | Lange, Jolandi De | travel meals | | | $ 10.28 | Lunch from Miguels Cantina while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150729 | Lange, Jolandi De | travel meals | | | $ 28.00 | Dinner from Sushiya while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150730 | Lange, Jolandi De | travel meals | | | $ 6.75 | Lunch from Sunrise Café & Grill while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150810 | Jeffcott, David | travel meals | | | $ 77.89 | Purchased Team lunch at Felix while working in Dallas for EFH Corporate Accounting Project. Attendees: J. DeLange and D. Jeffcott |
| 08391949 | CAO Financial Reporting Support | 20150810 | Jeffcott, David | travel meals | | | $ 31.26 | Purchased dinner at Sushiya while working in Dallas for EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150811 | Lange, Jolandi De | travel meals | | | $ 11.64 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150811 | Lange, Jolandi De | travel meals | | | $ 31.55 | Dinner from R&D Kitchen while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150811 | Jeffcott, David | travel meals | | | $ 9.23 | Purchased lunch at Beyond the Box while working on EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150811 | Jeffcott, David | travel meals | | | $ 30.28 | Purchased dinner at R&D Kitchen while working in Dallas for EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150812 | Lange, Jolandi De | travel meals | | | $ 9.96 | Lunch from Miguels Cantina while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150812 | Lange, Jolandi De | travel meals | | | $ 15.00 | Dinner from Zenna while performing work for EFH Corporate Accounting project. |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2015 through August 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08391949 | CAO Financial Reporting Support | 20150812 | Jeffcott, David | travel meals | | | $ 7.87 | Lunch from Noodle Nexus while working for EFH Corporate Accounting Project. |
| 08391949 | OneSource Indirect Tax | 20150812 | Meredith, Kyle | travel meals | | | $ 36.81 | Out of town dinner at Chili's in airport in Dallas, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 08391949 | OneSource Indirect Tax | 20150812 | Meredith, Kyle | travel meals | | | $ 8.52 | Out of town lunch at Jimmy John's in Dallas, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 08391949 | OneSource Indirect Tax | 20150812 | Meredith, Kyle | travel meals | | | $ 5.81 | Out of town breakfast at EFH building in Dallas, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 08391949 | OneSource Indirect Tax | 20150812 | Kleppel, Robert | travel meals | | | $ 3.95 | Out of town breakfast at EFH building in Dallas, TX. Attendees: R. Kleppel (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 08391949 | OneSource Indirect Tax | 20150812 | Kleppel, Robert | travel meals | | | $ 23.59 | Out of town dinner at DFW airport in Dallas, TX. Attendees: R. Kleppel (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 08391949 | OneSource Indirect Tax | 20150812 | Kleppel, Robert | travel meals | | | $ 8.52 | Out of town lunch at Jimmy John's in Dallas, TX. Attendees: R. Kleppel (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 08391949 | CAO Financial Reporting Support | 20150817 | Jeffcott, David | travel meals | | | $ 12.86 | Purchased dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150817 | Lange, Jolandi De | travel meals | | | $ 9.42 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150818 | Jeffcott, David | travel meals | | | $ 12.86 | Purchased dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150818 | Lange, Jolandi De | travel meals | | | $ 9.25 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150818 | Lange, Jolandi De | travel meals | | | $ 10.78 | Dinner from 7Eleven while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150819 | Jeffcott, David | travel meals | | | $ 7.86 | Purchased lunch at Miguel's Cantina while working for EFH on Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150819 | Jeffcott, David | travel meals | | | $ 31.23 | Purchased Dinner at Sushiya while working for EFH on Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150819 | Lange, Jolandi De | travel meals | | | $ 9.96 | Lunch from Miguels Cantina while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150819 | Lange, Jolandi De | travel meals | | | $ 28.00 | Dinner from Sushiya while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150824 | Lange, Jolandi De | travel meals | | | $ 10.28 | Lunch from Hospitality Sweet while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150824 | Jeffcott, David | travel meals | | | $ 12.86 | Purchased dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150825 | Lange, Jolandi De | travel meals | | | $ 1.89 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150825 | Lange, Jolandi De | travel meals | | | $ 17.00 | Dinner from Zenna while performing work for EFH Corporate Accounting project. |
| 08391949 | OneSource Indirect Tax | 20150825 | LeCompte, Dan | travel meals | | | $ 10.64 | Out of town dinner at airport in Austin, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 08391949 | OneSource Indirect Tax | 20150825 | Meredith, Kyle | travel meals | | | $ 12.20 | Out of town dinner at Charley's in airport in Dallas, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 08391949 | CAO Financial Reporting Support | 20150825 | Jeffcott, David | travel meals | | | $ 12.86 | Purchased dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150826 | Lange, Jolandi De | travel meals | | | $ 9.98 | Lunch from Miguels Cantina while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150826 | Lange, Jolandi De | travel meals | | | $ 32.00 | Dinner from Sushiya while performing work for EFH Corporate Accounting project. |
| 08391949 | OneSource Indirect Tax | 20150826 | LeCompte, Dan | travel meals | | | $ 52.01 | Out of town breakfast at Marriott Hotel in Dallas, TX. Attendees: D. LeCompte (KPMG), K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 08391949 | OneSource Indirect Tax | 20150826 | LeCompte, Dan | travel meals | | | $ 17.59 | Out of town lunch at Subway in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2015 through August 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08391949 | OneSource Indirect Tax | 20150826 | LeCompte, Dan | travel meals | | | $ 15.00 | Out of town dinner at Chili's in airport in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 08391949 | OneSource Indirect Tax | 20150826 | Meredith, Kyle | travel meals | | | $ 40.00 | Out of town dinner at Marriott Hotel in Dallas, TX. Attendees: D. LeCompte (KPMG), K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 08391949 | OneSource Indirect Tax | 20150826 | Meredith, Kyle | travel meals | | | $ 6.50 | Out of town lunch at Subway in Dallas, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 08391949 | CAO Financial Reporting Support | 20150826 | Jeffcott, David | travel meals | | | $ 7.86 | Purchased lunch at Miguel's Cantina while working for EFH on Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150826 | Jeffcott, David | travel meals | | | $ 33.76 | Purchased Dinner at Sushiya while working for EFH on Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150827 | Lange, Jolandi De | travel meals | | | $ 7.85 | Lunch from Chic-fil-A while performing work for EFH Corporate Accounting project. |
| 08391949 | OneSource Indirect Tax | 20150827 | Meredith, Kyle | travel meals | | | $ 21.18 | Out of town lunch at Chili's in airport in Dallas, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 08391949 | CAO Financial Reporting Support | 20150831 | Lange, Jolandi De | travel meals | | | $ 2.80 | Breakfast from Wendy's while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150831 | Lange, Jolandi De | travel meals | | | $ 10.28 | Lunch from Miguels Cantina while performing work for EFH Corporate Accounting project. |
| | | **Total Travel Meals** | | | | | **$ 1,248.04** | |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2015 through August 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08391949 | CAO Financial Reporting Support | 20150701 | Lange, Jolandi De | ground | | | $ 30.00 | Taxi between EFH and Pecan Lodge for lunch while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150702 | Lange, Jolandi De | ground | | | $ 40.00 | Taxi for travel from EFH to Dallas airport while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150702 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150702 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Hobby Airport to Home. |
| 08391949 | CAO Financial Reporting Support | 20150706 | Jeffcott, David | ground | | | $ 35.00 | Taxi for travel from Dallas Love Airport to EFH. |
| 08391949 | CAO Financial Reporting Support | 20150706 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Home to Hobby. |
| 08391949 | CAO Financial Reporting Support | 20150709 | Jeffcott, David | ground | | | $ 31.00 | Taxi for travel from EFH to Love Airport. |
| 08391949 | CAO Financial Reporting Support | 20150709 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Hobby Airport to Home. |
| 08391949 | CAO Financial Reporting Support | 20150713 | Jeffcott, David | ground | | | $ 35.00 | Taxi for travel from Dallas Love Airport to EFH. |
| 08391949 | CAO Financial Reporting Support | 20150713 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Home to Houston Hobby Airport |
| 08391949 | CAO Financial Reporting Support | 20150716 | Lange, Jolandi De | ground | | | $ 15.00 | Taxi for travel from EFH site and Sushiya for dinner while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150716 | Lange, Jolandi De | ground | | | $ 28.00 | Taxi for travel from Dallas airport to EFH while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150716 | Jeffcott, David | ground | | | $ 30.00 | Taxi for travel from Dinner to hotel while in Dallas for EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150716 | Lange, Jolandi De | ground | | | $ 64.90 | Taxi for travel from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150717 | Jeffcott, David | ground | | | $ 35.00 | Taxi for travel from EFH to Love Airport for return flight |
| 08391949 | CAO Financial Reporting Support | 20150717 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Hobby Airport to Home |
| 08391949 | CAO Financial Reporting Support | 20150717 | Lange, Jolandi De | ground | | | $ 67.10 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150720 | Jeffcott, David | ground | | | $ 35.00 | Taxi for travel from Dallas Love Airport to EFH upon arrival |
| 08391949 | CAO Financial Reporting Support | 20150720 | Lange, Jolandi De | ground | | | $ 67.10 | Taxi for travel from home to Houston airport to catch flight to perform work for EFH Corporate Accounting project in Dallas, TX. |
| 08391949 | CAO Financial Reporting Support | 20150720 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Home to Hobby Houston Airport for departing flight |
| 08391949 | CAO Financial Reporting Support | 20150720 | Jeffcott, David | ground | | | $ 35.00 | Taxi from Dallas Love Airport to EFH. |
| 08391949 | CAO Financial Reporting Support | 20150721 | Lange, Jolandi De | ground | | | $ 15.00 | Taxi for travel from EFH office to Sushiya for dinner while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150722 | Jeffcott, David | ground | | | $ 15.00 | Taxi for travel to and from Dinner while in Dallas for EFH Corporate Accounting Project. |
| 08391949 | CAO Financial Reporting Support | 20150723 | Lange, Jolandi De | ground | | | $ 42.00 | Taxi for travel from Houston airport to home after return flight from Dallas, TX after performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150724 | Jeffcott, David | ground | | | $ 50.00 | Taxi for travel from EFH to Love Airport. |
| 08391949 | CAO Financial Reporting Support | 20150724 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Hobby Airport to Home |
| 08391949 | CAO Financial Reporting Support | 20150727 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 08391949 | OneSource Indirect Tax | 20150727 | Kleppel, Robert | ground | | | $ 9.85 | Toll expenses incurred for travel between EFH location and Dallas airport.  Business Purpose: Client OneSource Implementation Meetings |
| 08391949 | CAO Financial Reporting Support | 20150729 | Lange, Jolandi De | ground | | | $ 15.00 | Taxi for travel between EFH and Sushiya for dinner while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150730 | Lange, Jolandi De | ground | | | $ 34.00 | Taxi for travel from EFH to Dallas airport while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150730 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from Houston airport to home while performing work for EFH Corporate Accounting project. |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2015 through August 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08391949 | SOX Compliance | 20150804 | Dabral, Pulkit | ground | | | $ 10.35 | Reimbursable mileage for travel from Dallas, TX, 75248 to TXU Energy in Irving, TX 75039 (18mile @ .575 = $10.35) |
| 08391949 | CAO Financial Reporting Support | 20150810 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150810 | Lange, Jolandi De | ground | | | $ 15.00 | Taxi for travel from EFH to Sushiya for dinner while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150810 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from home to Hobby airport. |
| 08391949 | CAO Financial Reporting Support | 20150810 | Jeffcott, David | ground | | | $ 33.00 | Taxi for travel from Dallas Love Airport to EFH. |
| 08391949 | CAO Financial Reporting Support | 20150810 | Jeffcott, David | ground | | | $ 15.00 | Taxi for travel to Monday lunch. |
| 08391949 | CAO Financial Reporting Support | 20150810 | Jeffcott, David | ground | | | $ 15.00 | Taxi for travel to Monday Dinner. |
| 08391949 | CAO Financial Reporting Support | 20150811 | Lange, Jolandi De | ground | | | $ 35.00 | Taxi for travel from EFH to R&D Kitchen for dinner while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150811 | Jeffcott, David | ground | | | $ 37.00 | Taxi for travel to Tuesday Dinner at R&D Kitchen. |
| 08391949 | OneSource Indirect Tax | 20150811 | Kleppel, Robert | ground | | | $ 57.00 | Taxi for travel expense incurred for travel between Dallas airport and EFH location. Business Purpose: Client OneSource Implementation Meetings |
| 08391949 | CAO Financial Reporting Support | 20150812 | Lange, Jolandi De | ground | | | $ 15.00 | Taxi for travel from EFH to Zenna for dinner while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150812 | Jeffcott, David | ground | | | $ 3.50 | Taxi for travel to EFH from Marriott City Centre. |
| 08391949 | OneSource Indirect Tax | 20150812 | Meredith, Kyle | ground | | | $ 22.00 | Parking expense at San Antonio airport from 8/11/15 thru 8/12/15 for 2 days. Business Purpose: EFH OneSource Implementation Meetings |
| 08391949 | OneSource Indirect Tax | 20150812 | Meredith, Kyle | ground | | | $ 67.31 | Taxi for travel expense incurred for travel between EFH location and Dallas airport. Business Purpose: EFH OneSource Implementation Meetings |
| 08391949 | OneSource Indirect Tax | 20150812 | Meredith, Kyle | ground | | | $ 62.06 | Taxi for travel expense incurred for travel between Dallas airport and EFH location. Business Purpose: EFH OneSource Implementation Meetings |
| 08391949 | OneSource Indirect Tax | 20150812 | Kleppel, Robert | ground | | | $ 23.00 | Parking expense at Houston airport between 8/11/15 and 8/12/15. Business Purpose: Client OneSource Implementation Meetings |
| 08391949 | OneSource Indirect Tax | 20150812 | Kleppel, Robert | ground | | | $ 54.00 | Taxi for travel expense incurred for travel between EFH location and Dallas airport. Business Purpose: Client OneSource Implementation Meetings |
| 08391949 | CAO Financial Reporting Support | 20150813 | Lange, Jolandi De | ground | | | $ 34.00 | Taxi for travel from client to Dallas airport while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150813 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150813 | Jeffcott, David | ground | | | $ 3.50 | Taxi for travel from Marriott City Centre to EFH |
| 08391949 | CAO Financial Reporting Support | 20150813 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Hobby Airport to home |
| 08391949 | CAO Financial Reporting Support | 20150817 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from home to Hobby |
| 08391949 | CAO Financial Reporting Support | 20150817 | Jeffcott, David | ground | | | $ 33.00 | Taxi for travel from Dallas Love Airport to EFH. |
| 08391949 | CAO Financial Reporting Support | 20150817 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150819 | Lange, Jolandi De | ground | | | $ 15.00 | Taxi for travel from EFH to Sushiya for dinner while performing work for EFH Corporate Accounting project. |
| 08391949 | SOX Compliance | 20150819 | Dabral, Pulkit | ground | | | $ 10.35 | Reimbursable mileage for travel from TXU Energy in Irving, TX 75039 to Dallas, TX, 75248 (18mile @ .575 = $10.35) |
| 08391949 | CAO Financial Reporting Support | 20150820 | Jeffcott, David | ground | | | $ 15.00 | Taxi for travel from Marriott City Centre to EFH |
| 08391949 | CAO Financial Reporting Support | 20150820 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Hobby Airport to home |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2015 through August 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08391949 | CAO Financial Reporting Support | 20150820 | Lange, Jolandi De | ground | | | $ 33.00 | Taxi for travel from client to Dallas airport while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150820 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150824 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150824 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from home to Hobby |
| 08391949 | CAO Financial Reporting Support | 20150824 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from Dallas Love Airport to EFH. |
| 08391949 | OneSource Indirect Tax | 20150825 | LeCompte, Dan | ground | | | $ 61.66 | Taxi for travel expense incurred for travel between Dallas airport and EFH location. Business Purpose: EFH OneSource Implementation Meetings |
| 08391949 | CAO Financial Reporting Support | 20150826 | Lange, Jolandi De | ground | | | $ 15.00 | Taxi for travel from EFH to Sushiya for dinner while performing work for EFH Corporate Accounting project. |
| 08391949 | OneSource Indirect Tax | 20150826 | LeCompte, Dan | ground | | | $ 25.40 | Parking expense at Austin airport from 8/25/15 thru 8/26/15 for 2 days. Business Purpose: EFH OneSource Implementation Meetings |
| 08391949 | OneSource Indirect Tax | 20150826 | LeCompte, Dan | ground | | | $ 8.67 | Taxi for travel expense incurred for travel between EFH location and Dallas airport. Business Purpose: EFH OneSource Implementation Meetings |
| 08391949 | Earnings and Profit Study | 20150827 | Calloway, Robert | ground | | | $ 32.00 | Parking (Airport) Airport parking fees incurred in Atlanta, GA for 2 days (08/26 and 08/27/2015) while attending a client meeting on E&P project. |
| 08391949 | Earnings and Profit Study | 20150827 | Wang, Dandan Cathy | ground | | | $ 7.00 | Parking for the day while performing work at EFH Dallas office on 8/27/15. |
| 08391949 | CAO Financial Reporting Support | 20150827 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 08391949 | OneSource Indirect Tax | 20150827 | Meredith, Kyle | ground | | | $ 36.00 | Parking at Hotel incurred in Dallas, TX for 2 nights (8/25 and 8/26) while performing work for EFH OneSource Implementation Project |
| 08391949 | OneSource Indirect Tax | 20150827 | Meredith, Kyle | ground | | | $ 22.00 | Parking expense at San Antonio airport from 8/25/15 and 8/27/15 for 3 days. Business Purpose: EFH OneSource Implementation Meetings |
| 08391949 | OneSource Indirect Tax | 20150827 | Meredith, Kyle | ground | | | $ 126.74 | Rental car charges incurred in Dallas, TX for 2 nights (8/25 and 8/26) while performing work for EFH OneSource Implementation Project |
| 08391949 | CAO Financial Reporting Support | 20150827 | Jeffcott, David | ground | | | $ 15.00 | Taxi for travel from Marriott City Centre to EFH site. |
| 08391949 | CAO Financial Reporting Support | 20150827 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from EFH To Love Airport. |
| 08391949 | CAO Financial Reporting Support | 20150827 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Hobby Airport to home. |
| 08391949 | CAO Financial Reporting Support | 20150831 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 08391949 | CAO Financial Reporting Support | 20150831 | Lange, Jolandi De | ground | | | $ 27.60 | Taxi for travel from airport to client while performing work for EFH Corporate Accounting project. |
| | **Total Ground** | | | | | | **$ 3,429.09** | |