Pachulski Stang Ziehl
  & Jones, LLP
919 North Market Street
17th Floor
Wilmington, Delaware 19801
Attn: Laura Davis Jones, Esq.

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003
Attn: Alan J. Kornfeld, Esq.

Arent Fox LLP
1675 Broadway
New York, N.Y. 10019
Attn: Robert M. Hirsh, Esq.

The Rosner Law Group LLC
1000 N.W. Street
Suite 1200
Wilmington, DE 19801
Attn: Frederick B. Rosner, Esq.

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Attn: John E. Mitchell, Esq.

Bifferato LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801
Attn: Ian Connor Bifferato, Esq.

Jane Leamy, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

Gary Sesser, Esq.
Carter Ledyard Milburn LLP
2 Wall Street
New York, New York 1005