# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Proposed Hearing Date: 10/28/2015 at 3:00 p.m. ET** |
| | **Proposed Objection Deadline: 10/28/2015 at 3:00 p.m. ET** |

## NOTICE OF PROPOSED SETTLEMENT OF EFIH PIK NOTE CLAIMS OF GSO CAPITAL PARTNERS LP AND AVENUE CAPITAL MANAGEMENT II, L.P.

**PLEASE TAKE NOTICE** that the Plan Sponsors, as defined in the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122] (as may be amended from time to time, the "**Plan**"),[2] have reached agreement with GSO Capital Partners LP, on behalf of certain funds and accounts it manages or advises (collectively, "**GSO**"), and Avenue Capital Management II, L.P. ("**Avenue**"), on terms under which they would settle (the "**Proposed Settlement**") the disputes with respect to their claims (the "**EFIH PIK Note Claims**") against the EFIH Debtors arising out of the 11.25%/12.25% senior toggle notes due December 1, 2018 (the "**EFIH PIK Notes**"), issued pursuant to that certain Indenture (as amended and/or supplemented, the "**EFIH PIK Notes Indenture**") dated as of December 5, 2012, by and among, *inter alia*, the EFIH Debtors, as issuers, and UMB Bank, N.A., as successor indenture trustee to The Bank of New York Mellon Trust Company, N.A. (the "**EFIH PIK Notes Trustee**").

---

[1]   The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Unless otherwise indicated, capitalized terms used but not otherwise defined herein have the meaning ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the basic terms of the Proposed Settlement are as follows:

- the EFIH PIK Note Claims of GSO and Avenue shall be Allowed in an amount equal to the sum of: (a) the principal amount outstanding of EFIH PIK Notes held by GSO and Avenue, plus accrued but unpaid prepetiton interest at the non-default contract rate set forth in the EFIH PIK Notes Indenture; and (b) 57.5% of accrued but unpaid postpetition interest at the non-default contract rate set forth in the EFIH PIK Notes Indenture through the effective date of a chapter 11 plan for EFIH;

- GSO and Avenue will waive any Makewhole Claims with respect to the EFIH PIK Notes and such Claims will be Disallowed;

- GSO and Avenue shall receive a consent fee equal to 2.5% of unpaid postpetition interest with respect to the EFIH PIK Notes held by GSO and Avenue accrued at the non-default contract rate set forth in the EFIH PIK Notes Indenture through the effective date of a chapter 11 plan for EFIH;

- GSO and Avenue will execute in their capacity as holders of EFIH PIK Notes an amended form of that certain Amended & Restated Plan Support Agreement dated September 11, 2015 (as it may be amended from time to time, the "**PSA**"); and

- if, including GSO and Avenue, holders of 50.10% or more of the aggregate principal amount of outstanding EFIH PIK Notes are or become parties to the PSA, such holders will direct the EFIH PIK Notes Trustee, in its capacity as indenture trustee for the EFIH PIK Notes, to (a) become a party the PSA, (b) not oppose confirmation of the Plan and approval of the Claims Settlement (as defined in the PSA), and (c) to stand down with respect to litigation regarding payment of postpetition interest and any Makewhole Claims.

**PLEASE TAKE FURTHER NOTICE** that with respect to implementation of the Proposed Settlement, attached hereto are (a) proposed amendments to the PSA (clean copy as **Exhibit A** and blackline changed pages as **Exhibit B**); (b) a proposed form of stipulation incorporating the Proposed Settlement (**Exhibit C**); (c) a proposed form of order approving the Proposed Settlement ("**EFIH PIK Settlement Order**") (**Exhibit D**); and (d) the form of direction letter to be issued to the EFIH PIK Notes Trustee (**Exhibit E**).  The foregoing documents remain subject to review and approval by the Debtors and certain other parties to the

PSA.  The Plan Sponsors expect such documents to be finalized quickly and intend to have the EFIH PIK Settlement Order presented to the Court at or in advance of the hearing with respect to the dispute regarding allowance of postpetition interest under the EFIH PIK Notes, which is currently scheduled for Wednesday, October 28, 2015, before The Honorable Christopher S. Sontchi, Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

Dated:  October 20, 2015
        Wilmington, Delaware

                                FOX ROTHSCHILD LLP

                        By:  */s/ L. John Bird_____*
                             Jeffrey M. Schlerf (No. 3047)
                             L. John Bird (No. 5310)
                             919 North Market St., Suite 300
                             Wilmington, DE 19801
                             Telephone:  (302) 654-7444
                             Facsimile:  (302) 463-4971
                             jschlerf@foxrothschild.com
                             lbird@foxrothschild.com

                             and

                             WHITE & CASE LLP
                             Thomas E Lauria (admitted *pro hac vice*)
                             Matthew C. Brown (admitted *pro hac vice*)
                             Southeast Financial Center, Suite 4900
                             200 South Biscayne Blvd.
                             Miami, FL 33131
                             Telephone:  (305) 371-2700
                             Facsimile:  (305) 358-5744
                             tlauria@whitecase.com
                             mbrown@whitecase.com

                             and

                             J. Christopher Shore (admitted *pro hac vice*)
                             Gregory M. Starner (admitted *pro hac vice*)
                             1155 Avenue of the Americas
                             New York, NY 10036
                             Telephone:  (212) 819-8200
                             Facsimile:  (212) 354-8113
                             cshore@whitecase.com
                             gstarner@whitecase.com

                             *Counsel to Certain Plan Sponsors and to*
                             *the Ad Hoc Group of TCEH Unsecured Noteholders*