**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **ENERGY FUTURE HOLDINGS CORP. *et al.*[1],** | : | **Case No. 14-10979 (CSS)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | **D.I. 1888** |

**NOTICE OF HEARING ON UNCONTESTED FEE APPLICATIONS**

PLEASE TAKE NOTICE that this Court has scheduled a hearing regarding uncontested fee applications (the "Fee Applications") on October 26, 2015, beginning at 10:00 a.m., before the Honorable Christopher S. Sontchi, Courtroom 6, 5th Floor, U.S. Bankruptcy Court, 824 North Market Street, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE that the Fee Committee will file a summary report on October 21, 2015 discussing each of the uncontested Fee Applications to be heard on October 26, 2015 that are subject to this Notice. These applications include:

1. *Second Interim Fee application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period September 1, 2014 through December 31, 2014* [D.I. 3980]

2. *First Interim Application for Compensation of McElroy, Deutsch, Mulvaney & Carpenter, LLP for the period January 12, 2015 to April 30, 2015 [D.I. 4770]*

3. *First Interim Application of SOLIC Capital Advisors, LLC, Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the period from December 18, 2014 to April 30, 2015 [D.I. 4892]*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of Debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4. *Second Interim Fee Application of AlixPartners, LLP Seeking Compensation for Services Rendered and Reimbursement of Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period from January 1, 2015 through April 30, 2015* [D.I. 4761]

5. *Second Interim Application of Balch & Bingham LLP, Special Counsel to the Debtor and Debtors in Possession, for the Period from January 1, 2015 Through April 30, 2015* [D.I. 4761]

6. *Second Interim Fee Application of Cravath, Swaine & Moore LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, For the Period January 1, 2015 Through April 30, 2015* [D.I. 4764]

7. *Second Interim Fee Statement of Goldin Associates, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from January 1, 2015 through April 30, 2015* [D.I. 4751]

8. *Second Interim Application of Greenhill & Co., LLC, as Financial Advisor to Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2015 Through April 30, 2015* [D.I. 4767]

9. *Second Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc., for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2015 Through April 30, 2015* [D.I. 4662]

10. *Second Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period From January 1, 2015 Through April 30, 2015* [D.I. 4734]

11. *Second Interim Application of Munger, Tolles & Olson LLP, Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Holdings Company LLC, For the Period January 1, 2015 Through and Including April 31, 2015* [D.I. 4769]

12. *Second Interim Fee Application of O'Kelly Ernst & Bielli, LLC, Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp., for the Period From January 1, 2015 Through and Including April 30, 2015* [D.I. 4760]

13. *Second Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., For Compensation for Services Rendered and Reimbursement of Expenses Incurred From January 1, 2015 Through April 30, 2015* [D.I. 4759]

14. *Second Interim Fee Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period of January 1, 2015 Through April 30, 2015* [D.I. 4758]

15. *Second Interim Fee Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee* [D.I. 4732]

16. *Third Interim Fee Application of Alvarez & Marsal North America, LLC, in Their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for the Period From January 1, 2015 Through and Including April 30, 2015* [D.I. 4809]

17. *Third Interim Fee Application for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte & Touche LLP as Independent Auditor to the Debtors and Debtors in Possession for the Period of January 1, 2015 Through April 30, 2015*[D.I. 5048]

18. *Third Interim Fee Application of Evercore Group L.L.C., Debtors' Investment Banker and Financial Advisor for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From January 1, 2015 Through April 30, 2015* [D.I. 4861]

19. *Third Interim Fee Application of Filsinger Energy Partners, Energy Consultants for the Debtors and Debtors in Possession, for the Period From January 1, 2015 Through and Including April 30, 2015* [D.I. 4768]

20. *Third Interim Fee Application of Gibson, Dunn & Crutcher LLP, Special Counsel to the Debtors and Debtors in Possession, for the Period From January 1, 20I5 Through and Including April 30, 2015* [D.I. 4765]

21. *Third Interim Fee Application of KMPG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Accounting and Tax Advisors to the Debtors and Debtors in Possession for the Period From January 1, 2015 Through April 30, 2015* [D.I. 4903]

22. *Third Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period From January 1, 2015 Through and Including April 30, 2015* [D.I. 4773]

23. *Third Interim Application of Lazard Frères and Co. LLC, as Investment Banker to the Official Committee of TCEH Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2015 Through April 30, 2015* [D.I. 4933]

24. *Third Interim Fee Application of McDermott Will & Emery LLP, Special Counsel for the Debtors and Debtors in Possession, for the Period From January 1, 2015 Through and Including April 30, 2015* [D.I. 4821]

25. *Third Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2015 Through April 30, 2015* [D.I. 4755]

26. *Third Interim Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2015 Through April 30, 2015* [D.I.4776]

27. *Third Interim Fee Application of Thompson & Knight LLP, Special Tax Counsel for the Debtors and Debtors in Possession, for the Period from January 1, 2015 through and Including April 30, 2015 [D.I. 5188]*

The following applications for the Fee Committee's retained professionals are also scheduled for hearing on October 26, 2015:

28. *Second Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from January 1, 2015 Through April 30, 2015 [D.I. 5013];*

29. *Second Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From January 1, 2015 Through April 30, 2015 [D.I. 5018];*

30. *Second Interim Fee Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period January 1, 2015 Through April 30, 2015 [D.I. 5016.]*

Dated: October 20, 2015

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Stephen A. Spence*

Stephen W. Spence, Esquire (DE#2033)
Stephen A. Spence, Esquire (DE#5392)
1200 North Broom Street
Wilmington, DE 19806
Phone: (302) 655-4200
Fax: (302) 655-4200
Email: sas@pgslaw.com

-and-

Katherine Stadler, Esquire, *(admitted pro hac vice)*
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*