## Exhibit A

## Hours Expended by Goldin Professional

| | | |
|---|---|---|
| David Prager | Managing Director | 3.5 |
| Karthik Bhavaraju | Director | 4.5 |
| Deborah Praga | Analyst | 8.5 |
| **Total** | | **16.5** |