## Exhibit C

**Expenses by Category**

| | |
|---|---:|
| Photocopies | 24.08 |
| Conference Calls and Telecommunications | 0.40 |
| Research | 6.21 |
| **Total** | **$30.69** |