## Exhibit D

**Expense Detail**

**GoldinAssociates, LLC**

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

### *Detailed Expenses by Category:* EFIH

For Expenses Through 9/30/2015

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| : Office Supplies/Miscellaneous | 9/1/2015 | 9/30/2015 | 9/30/15 | AJD | Photocopies for the period of September 1 through September 30, 2015 (344 copies at $0.07 per copy) | $24.08 |
| Total: Office Supplies/Miscellaneous | | | | | | $24.08 |
| : Research | 9/1/2015 | 9/30/2015 | 9/1/15 | RCD | Capital IQ - Allocated share of discounted monthly subscription - retail rate would equal $30.37 | $6.21 |
| Total: Research | | | | | | $6.21 |
| : Telephone, Fax, Postage | 9/25/2015 | 9/25/2015 | 9/25/15 | RCD | AT&T - actual service dates 8/26/15 through 9/25/15 | $0.40 |
| Total: Telephone, Fax, Postage | | | | | | $0.40 |
| **Grand Total** | | | | | | $30.69 |