IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 4964** |
| | ) |

**NOTICE OF SCHEDULING OF ORAL ARGUMENT IN
CONNECTION WITH CERTAIN ASPECTS OF THE "EFIH DEBTORS'
PARTIAL OBJECTION TO PROOF OF CLAIM NO. 6347 FILED BY THE
INDENTURE TRUSTEE FOR THE EFIH UNSECURED NOTES" [D.I. 4964]**

PLEASE TAKE NOTICE that, on July 9, 2015, Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc. (together with EFIH the "EFIH Debtors"), two of the above-captioned debtors and debtors in possession, filed the *EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed By the Indenture Trustee for the EFIH Unsecured Notes* [D.I. 4964] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the Objection, the EFIH Debtors are seeking entry of an order disallowing Proof of Claim No. 6347 filed by UMB Bank, N.A. (the "PIK Trustee" and together with the EFIH Debtors, the "Parties"), as indenture trustee for the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 (the "PIK Notes") to the extent that it seeks any premium owed upon an optional redemption of the PIK Notes (the "Makewhole

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2

Dispute") or seeks postpetition interest at the rate specified in the PIK Indenture (as such term is defined in the Objection) (the "PPI Dispute").

PLEASE TAKE FURTHER NOTICE THAT oral argument with respect to, among other things, the Objection as it relates to the Makewhole Dispute took place before the Bankruptcy Court on October 20, 2015. Following the conclusion of the October 20, 2015 hearing, the Bankruptcy Court took the Objection as it relates to the Makewhole Dispute under advisement.

PLEASE TAKE FURTHER NOTICE THAT, at the direction of the Bankruptcy Court, oral argument on the Objection insofar as it relates to the PPI Dispute shall take place before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **October 28, 2015 immediately following** the final pre-trial conference scheduled to take place starting at 11:00 a.m. (Eastern Daylight Time) in connection with the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122] (the "PPI Argument").

PLEASE TAKE FURTHER NOTICE THAT, at the direction of the Bankruptcy Court, **the PPI Argument shall last no longer than ninety (90) minutes, with such time divided equally between the Parties**.

*[Remainder of page intentionally left blank.]*

Dated: October 20, 2015
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
         marc.kieselstein@kirkland.com
         chad.husnick@kirkland.com
         steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession