## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

**COMPENSATION BY SUBJECT MATTER[1]**
**JUNE 1, 2015 THROUGH JUNE 30, 2015**

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 163.90 | $50,000.00 |
| 11000-50.1 | EFH Restructuring – Case Administration | .20 | |
| 11000-50.2 | EFH Restructuring – Budgeting | 0 | |
| 11000-50.3 | EFH Restructuring – Fee Application | 21.90 | |
| 11000-51 | EFH - 2015 Legislative Session | 152.30 | $55,724.00 |
| 11001 | Luminant | 307.20 | $100,000.00 |
| 11002 | TXU | 109.60 | $10,416.67 |
| 12050 | 4Change | 11.50 | $2,083.33 |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | | **768.50** | **$218,224.00** |

**EXPENSE SUMMARY**
**JUNE 1, 2015 THROUGH JUNE 30, 2015**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $226.80 |
| Copies | $731.64 |
| Taxi | $40.85 |
| Parking | $46.00 |
| Airfare | $0 |
| Rental Car | $0 |
| Fuel | $0 |
| Postage | $7.12 |
| Filing Fees | $0 |
| Meals | $12.84 |
| Hotel | $205.51 |
| **Total Expenses:** | **$1,270.76** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of Energy Future Holdings, LLC and its debtor subsidiaries.