## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Legislative Engagement)

The Enoch Kever attorneys who rendered professional services for legislative matters during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 20.40 | $9,690.00 |
| Elizabeth L. Adams | Associate | 2015 | Regulatory | $250.00 | 31.90 | $7,975.00 |
| John J. Vay | Member | 1984 | Environmental | $490.00 | 35.10 | $17,199.00 |
| Michelle V. Hanlon | Associate | 2012 | Regulatory | $225.00 | 44.80 | $10,080.00 |
| Rod C. Johnson | Member | 1992 | Environmental | $490.00 | 22.00 | $10,780.00 |
| | | | | | **154.20** | **$55,724.00** |

The paraprofessionals of Enoch Kever who rendered professionals services for legislative matters during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

| | | | **Total Fees Requested** | | **154.20** | **$55,724.00** |

# EXHIBIT B

## Attorneys and Paraprofessionals' Information
### (Consolidated Engagement)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | 119.10 | |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 39.40 | |
| Elizabeth L. Adams | Associate | 2015 | Regulatory | $250.00 | 83.50 | |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | 56.30 | |
| Kirk D. Rasmussen | Member | 1999 | Regulatory | $450.00 | 69.00 | |
| Mandy J. Kimbrough | Member | 2005 | Regulatory | $325.00 | 123.20 | |
| Michelle V. Hanlon | Associate | 2012 | Regulatory | $225.00 | 111.90 | |
| Melissa A. Lorber | Member | 2001 | Appellate/Litigation | $395.00 | 1.20 | |
| Rodman C. Johnson | Member | 1992 | Environmental | $490.00 | .70 | |
| | | | | | **604.30** | **$162,500.00*** |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Aundrea Abernathy | Legal Assistant | 1 | Regulatory | $75.00 | 10.00 | |
| | | | | | **10.00** | |

| | | |
|---|---|---|
| **Total Fees Requested Consolidated Engagement** | 614.30 | $162,500.00 |
| **Total Fee Requested Legislative Engagement** | 154.20 | $55,724.00 |
| **Total Fees Requested** | 768.50 | **$218,224.00** |