## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**JUNE 1, 2015 THROUGH JUNE 31, 2015**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $226.80 |
| Copies | $731.64 |
| Taxi | $40.85 |
| Parking | $46.00 |
| Airfare | $0 |
| Rental Car | $0 |
| Fuel | $0 |
| Postage | $7.12 |
| Filing Fees | $0 |
| Meals | $12.84 |
| Hotel | $205.51 |
| **Total Expenses:** | **$1,270.76** |