## EXHIBIT D

### Detailed Description of Expenses and Disbursements

#### DETAILED EXPENSE SUMMARY
#### JUNE 1, 2015 THROUGH JUNE 30, 2015

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 3654 | 1100050 | 6/30/15 | Various | Copies | $.13 | 1,215 | $157.95 | Copies for the month of June 2015 |
| 3695 | 1100116 | 6/29/15 | Abernathy, Aundrea | Delivery/ Messenger Service | $28.00 | 1 | $28.00 | Hand deliver Registration Form for Power Generation Companies and Self Generators to the PUC and return of file-stamped copies |
| 3695 | 1100116 | 6/30/15 | Various | Copies | $.13 | 889 | $115.57 | Copies for the month of June 2015 |
| 3695 | 1100149 | 6/16/15 | Rasmussen, Kirk | Delivery/ Messenger Service | $28.00 | 1 | $28.00 | Hand deliver Luminant's Annual Report on Nuclear Decommissioning Funds to the PUC and return file stamped copies |
| 3695 | 1100149 | 6/30/15 | Various | Copies | $.13 | 3,420 | $444.60 | Copies for the month of June 2015 |
| 3695 | 1100149 | 6/30/15 | Various | Postage | $5.65 | 1 | $5.65 | Postage for the month of June 2015 |
| 3695 | 1100180 | 6/29/15 | Jolly, Emily | Delivery/ Messenger Service | $28.00 | 1 | $28.00 | Hand deliver Protective Order Certifications to the PUC and return of file-stamped copies |
| 3695 | 1100180 | 6/30/15 | Jolly, Emily | Delivery/ Messenger Service | 28.00 | 1 | $28.00 | Hand deliver Protective Order Certifications to the PUC and return of file-stamped copies (10:00 |
| 3695 | 1100180 | 6/30/15 | Jolly, Emily | Delivery/ Messenger Service | 28.00 | 1 | $28.00 | Second hand delivery of Protective Order Certifications to the PUC and return of file-stamped copies |
| 3690 | 1100024 | 6/4/15 | Abernathy, Aundrea | Delivery/ Messenger Service | $30.80 | 1 | $30.80 | Hand deliver Position Statement to the PUC to file original and copies and return stamped copies |

| 3690 | 110024 | 6/11/15 | Abernathy, Aundrea | Delivery/ Messenger Service | $28.00 | 1 | $28.00 | Hand deliver Motion to Intervene (Dkt. 44785) to the PUC to file original and copies and return file-stamped copies |
|---|---|---|---|---|---|---|---|---|
| 3690 | 110024 | 6/29/15 | Kimbrough, Mandy | Delivery/ Messenger Service | $28.00 | 1 | $28.00 | Hand deliver Motion to Intervene (Dkt 44771) to the PUC to file original and copies and return file-stamped copies |
| 3690 | 110024 | 6/30/15 | Various | Copies | 104 | .13 | $13.52 | Copies for the month of June 2015 |
| 3690 | 110024 | 6/30/15 | Various | Postage | $1.47 | 1 | $1.47 | Postage for the month of June 2015 |
| 3690 | 110269 | 6/2/15 | Kimbrough, Mandy | Parking | $46.00 | 1 | $46.00 | Parking in Dallas while in attendance at compliance review meetings on 6/2/15 |
| 3690 | 110269 | 6/2/15 | Kimbrough, Mandy | Meals | $6.34 | 1 | $6.34 | Meals in Dallas while attending compliance review meeting on 6/2/15 |
| 3690 | 110269 | 6/2/15 | Hanlon, Michelle | Hotel | $205.51 | 1 | $205.51 | Hotel in Dallas to attend compliance review meeting on 6/2/15 |
| 3690 | 110269 | 6/2/15 | Hanlon, Michelle | Taxi | $40.85 | 1 | $40.85 | Taxi in Dallas to attend compliance review meeting on 6/2/15 |
| 3690 | 110269 | 6/2/15 | Hanlon, Michelle | Meals | $6.50 | 1 | $6.50 | Meals in Dallas while attending compliance review meeting on 6/2/15 |