## EXHIBIT A

**New Organizational Documents for New EFH and Reorganized EFIH**

This Exhibit A includes the following organizational documents for New EFH and Reorganized EFIH:

- Exhibit A(i): Charter for New EFH

- Exhibit A(ii): Bylaws for New EFH

- Exhibit A(iii): Reorganized EFIH Partnership Agreement