## EXHIBIT B

**New Organizational Documents for Reorganized TCEH**

This Exhibit B includes the following organizational documents for Reorganized TCEH and its Subsidiaries:

- Exhibit B(i): Certificate of Incorporation for Reorganized TCEH

- Exhibit B(ii): Bylaws for Reorganized TCEH

- Exhibit B(iii): LLC Agreement for Reorganized TCEH's Subsidiaries