# EXHIBIT D

## List of Executory Contracts and Unexpired Leases to be Rejected by Reorganized Debtors on the Effective Date

Pursuant to Article V, Section A of the Plan, Executory Contracts and Unexpired Leases not previously assumed or rejected pursuant to an order of the Bankruptcy Court will be deemed to be Assumed Executory Contracts or Unexpired Leases, in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, other than those Executory Contracts or Unexpired Leases that (1) previously were assumed or rejected by the Debtors; (2) are identified on the Rejected Executory Contract and Unexpired Lease List (attached to the Plan Supplement as Exhibit D); (3) are the subject of a motion to reject Executory Contracts or Unexpired Leases that is pending on the Confirmation Date; or (4) are subject to a motion to reject an Executory Contract or Unexpired Lease pursuant to which the requested effective date of such rejection is after the Effective Date; *provided, that* each of (2), (3) and (4) must be in form and substance reasonably acceptable (i) with respect to Executory Contracts and Unexpired Leases that will be assumed by Reorganized TCEH or any of its subsidiaries, the TCEH Supporting First Lien Creditors, and (ii) with respect to Executory Contracts and Unexpired Leases that will be assumed by New EFH or Reorganized EFIH, the Plan Sponsors.

Entry of the Confirmation Order by the Bankruptcy Court shall constitute approval of such assignments and/or assumptions and the rejection of the Executory Contracts or Unexpired Leases listed on the Rejected Executory Contract and Unexpired Lease List pursuant to sections 365(a) and 1123 of the Bankruptcy Code. Any motions to assume Executory Contracts or Unexpired Leases pending on the Effective Date shall be subject to approval by the Bankruptcy Court on or after the Effective Date by a Final Order. Each Executory Contract and Unexpired Lease assumed pursuant to Article V.A of the Plan or by any order of the Bankruptcy Court, which has not been assigned to a third party before the Confirmation Date, shall revest in and be fully enforceable by the Reorganized Debtors in accordance with its terms, except as such terms are modified by the Plan or any order of the Bankruptcy Court authorizing and providing for its assumption under applicable federal law.

Unless otherwise provided by a Final Order of the Bankruptcy Court, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, pursuant to the Plan or the Confirmation Order, if any, must be Filed within 30 days after the later of: (1) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection; (2) the effective date of such rejection; or (3) the Effective Date. Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not Filed within such time will be automatically disallowed, forever barred from assertion, and shall not be enforceable against the Debtors or the Reorganized Debtors, the Estates, or their property without the need for any objection by the Reorganized Debtors or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in the Schedules or a Proof of Claim to the contrary. All Allowed Claims arising from the rejection of the Debtors' Executory Contracts or Unexpired Leases shall be classified as General Unsecured Claims against the applicable Debtor, and shall be treated in accordance with the Plan.

The Debtors or the Reorganized Debtors, as applicable, with the reasonable consent of the Plan Sponsors and the TCEH Supporting First Lien Creditors, reserve the right to alter, amend, modify, or supplement the schedules of Executory Contracts and Unexpired Leases with respect to such Debtors and Reorganized Debtors at any time through and including 45 days after the Effective Date.

Neither the exclusion nor inclusion of any contract or lease in the Plan Supplement, nor anything contained in the Plan, shall constitute an admission by the Debtors that any such contract or lease is in fact an Executory Contract or Unexpired Lease or that the Debtors or Purchaser, as applicable, have any liability thereunder.

**Exhibit D**

Rejection Schedule

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 1 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 3/3/2014 | ABSOLUTE CONSULTING, INC. | 7552 NAVARRE PARKWAY STE 63<br>NAVARRE, FL 32566 | | UPON ENTRY OF THE ORDER |
| 2 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 02/08/2012 PLUS AMENDMENTS PLUS STATEMENTS OF WORK | ABSOLUTE CONSULTING | 7552 NAVARRE SUITE 63<br>NAVARRE, FL 32566<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 3 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/07/2013 PLUS AMENDMENTS | ABSOLUTE CONSULTING INC | 7552 NAVARRE PARKWAY STE 63<br>NAVARRE, FL 32566 | | UPON ENTRY OF THE ORDER |
| 4 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 3/26/2014 | AGGREKO TEXAS LP | 655 GRIGSBY WAY SUITE A<br>CEDAR HILL, TX 75104 | | UPON ENTRY OF THE ORDER |
| 5 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 03/20/2013 PLUS AMENDMENTS | AGGREKO LLC | 627 GRIGSBY WAY<br>CEDAR HILL, TX 75104 | | UPON ENTRY OF THE ORDER |
| 6 | TXU ENERGY RETAIL COMPANY LLC | SERVICES AGREEMENT DATED 06/29/2009 | AGR GROUP LLC | 13100-56TH COURT<br>CLEARWATER, FL 33760<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 7 | SANDOW POWER COMPANY LLC | ALLIED ENV HUMIDITY MONITOR - SA | ALLIED ENVIRONMENTAL SOLUTIONS, INC. | 9730 PATUXENT WOODS DR. STE.100<br>COLUMBIA, MD 21046<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 8 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 02/18/2014 | ARAMARK UNIFORM SERVICES | 22014 BUSH DR.<br>WACO, TX 76712<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 9 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 01/19/2009 PLUS AMENDMENTS | ARAMARK UNIFORM SERVICES | 22014 BUSH DR.<br>WACO, TX 76712<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 10 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/01/2004 PLUS AMENDMENTS | AREVA NP INC. | 155 MILL RIDGE RD.<br>LYNCHBERG, VA 24502<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 11 | OAK GROVE MANAGEMENT COMPANY | SERVICES AGREEMENT DATED 7/01/2012 | BCS STOP & GO POTTIES | P.O. BOX 5449<br>BRYAN, TX 77805-5449<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 12 | OAK GROVE MANAGEMENT COMPANY | SERVICES AGREEMENT DATED 1/01/2015 | BEACON AVIATION INC | 194 COUNTY ROAD 2950<br>ALBA, TX 75410 | | UPON ENTRY OF THE ORDER |
| 13 | LUMINANT BIG BROWN MINING COMPANY LLC | SERVICES AGREEMENT DATED 10/01/2013 | BEACON AVIATION, INC. | 194 COUNTY ROAD 2950<br>ALBA, TX 75410<br>UNITED STATES | | UPON ENTRY OF THE ORDER |

**Exhibit D**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 14 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 02/04/2014 | BEACON AVIATION, INC. | 194 COUNTY ROAD 2950<br>ALBA, TX 75410 | | UPON ENTRY OF THE ORDER |
| 15 | LUMINANT GENERATION COMPANY LLC<br>OAK GROVE MANAGEMENT COMPANY LLC<br>SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 01/25/2014 PLUS AMENDMENTS | CLARY E & I SERVICES, LLC | P.O. BOX 343<br>OVERTON, TX 75684<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 16 | LUMINANT GENERATION COMPANY LLC | ACCOMMODATION AGREEMENT DATED 12/9/2005 | ENDURING RESOURCES LLC | ADDRESS ON FILE | | UPON ENTRY OF THE ORDER |
| 17 | LUMINANT MINING COMPANY LLC | ACCOMMODATION AGREEMENT DATED 12/9/2005 | ENDURING RESOURCES LLC | ADDRESS ON FILE | | UPON ENTRY OF THE ORDER |
| 18 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 04/15/2012 PLUS AMENDMENTS | ENERCON SERVICES INC | 12916 TAMPA OAKS BLVD SUITE 131<br>TEMPLE TERRACE, FL 33637<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 19 | LUMINANT GENERATION COMPANY LLC<br>OAK GROVE MANAGEMENT COMPANY LLC<br>SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 04/06/2012 | EAST TEXAS TESTING LABORATORY, INC. | 1717 EAST ERWIN STREET<br>TYLER, TX 75702<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 20 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 01/31/2014 | ETTL ENGINEERS AND CONSULTANTS, INC. | 1717 EAST ERWIN ST<br>TYLER, TX 75702<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 21 | LUMINANT BIG BROWN MINING COMPANY LLC<br>LUMINANT GENERATION COMPANY LLC<br>LUMINANT MINING COMPANY LLC<br>OAK GROVE MANAGEMENT COMPANY LLC<br>SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 04/01/1997 PLUS AMENDMENTS | ETTL ENGINEERS & CONSULTANTS, INC. | 1717 EAST ERWIN STREET<br>TYLER, TX 75702-6398<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 22 | LUMINANT GENERATION COMPANY LLC | ACCOUNT TERMS AND CONDITIONS (FIRST NATIONAL BANK OF GRANBURY) | FIRST NATIONAL BANK OF GRANBURY | 101 E. BRIDGE STREET<br>GRANBURY, TX 76048<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 23 | LUMINANT HOLDING COMPANY LLC | FUTURE GEN INDUST ALLIANCE - MEM | FUTUREGEN INDUSTRIAL ALLIANCE, INC. | 1101 PENNSYLVANIA AVE., 6TH FL<br>WASHINGTON, DC 20004<br>UNITED STATES | | UPON ENTRY OF THE ORDER |

**Exhibit D**

Rejection Schedule

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 24 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 11/14/2011 PLUS AMENDMENTS | W.W. GRAINGER, INC. | 300 WEST VICKERY BOULEVARD FORT WORTH, TX 76104-1201 | | UPON ENTRY OF THE ORDER |
| 25 | ENERGY FUTURE HOLDINGS CORP. | INDEMNIFICATION AGREEMENT DATED 10/10/2007 | KOHLBERG KRAVIS ROBERTS & CO. LLP, TPG CAPITAL L.P., GOLDMAN, SACHS & CO. | ATTN: MARC LIPSCHULTZ 9 WEST 57TH STREET SUITE 4200 NEW YORK, NY 10019 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 26 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/01/2014 | KONECRANES NUCLEAR EQUIPMENT & SERVICES | 5300 SOUTH EMMER DRIVE NEW BERLIN, WI 53151 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 27 | ENERGY FUTURE HOLDINGS CORP. | MANAGEMENT SERVICES AGREEMENT | SPONSOR GROUP/LEHMAN BROTHERS INC. | ATTN: MARC LIPSCHULTZ 9 WEST 57TH STREET SUITE 4200 NEW YORK, NY 10019 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 28 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 03/01/2012 PLUS AMENDMENTS | LRS-RDC INC. | P.O. BOX 2335 MT. PLEASANT, TX 75456 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 29 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 03/01/2012 PLUS AMENDMENTS | LRS-RDC INC. | P.O. BOX 2335 MT. PLEASANT, TX 75456 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 30 | TXU ENERGY RETAIL COMPANY LLC | COMMERCIAL ACCOUNT TERMS AND CONDITIONS (M&T BANK) | M&T BANK | ATTN: MIKE MISTRETTA 25 SOUTH CHARLES ST. 1ST FLOOR BALTIMORE, MD 21201 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 31 | EFH CORPORATE SERVICES COMPANY | SERVICES AGREEMENT DATED 01/31/2014 | MAMMOET USA SOUTH, INC. | 20525 FM 521 ROSHARON, TX 77583 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 32 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 06/09/2008 PLUS AMENDMENTS | OEAAT, INC | 755 SUMMERSONG LANE ENCINITAS, CA 92024 UNITED STATES | | UPON ENTRY OF THE ORDER |

**Exhibit D**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 33 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC<br>LUMINANT ENERGY COMPANY LLC<br>4CHANGE ENERGY HOLDINGS LLC<br>4CHANGE ENERGY COMPANY<br>TXU ENERGY RETAIL COMPANY LLC<br>ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC | SEPARATION AGREEMENT DATED 12/14/2001 | ONCOR ELECTRIC DELIVERY | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 34 | EFH CORPORATE SERVICES COMPANY | SEPARATION AGREEMENT DATED 10/10/2007 | ONCOR ELECTRIC DELIVERY | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 35 | TEXAS COMPETITIVE ELECTRIC HOLDINGS | TAX MAKE-WHOLE AGREEEMENT DATED 1/1/2002 | ONCOR ELECTRIC | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 36 | TEXAS COMPETITIVE ELECTRIC HOLDINGS | INTEREST MAKE-WHOLE AGREEEMENT DATED 1/1/2002 | ONCOR ELECTRIC | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 37 | TEXAS COMPETITIVE ELECTRIC HOLDINGS | INTEREST MAKE-WHOLE AGREEEMENT DATED 1/1/2004 | ONCOR ELECTRIC DELIVERY COMPANY | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 38 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | RYAN LLC | GREG WEISS, EXECUTIVE VICE PRESIDENT CHIEF LEGAL OFFICER AND SECRETARY 3 GALLERIA TOWER, 13155 NOEL RD, STE 100 DALLAS, TX 75240-5090 | | UPON ENTRY OF THE ORDER |
| 39 | EFH CORPORATE SERVICES COMPANY | SERVICES AGREEMENT DATED 02/04/2014 PLUS STATEMENTS OF WORK | SIMEIO SOLUTIONS, INC. | 50 HARRISON ST. SUITE 304 HOBOKEN, NJ 07030 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 40 | EFH CORPORATE SERVICES COMPANY | SERVICES AGREEMENT DATED 02/04/2014 | SIMEIO SOLUTIONS, INC. | 50 HARRISON ST. SUITE 504 HOBOKEN, NJ 07030 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 41 | EFH CORPORATE SERVICES COMPANY | AMENDMENT NO.1 TO SERVICE AGREEMENT DATED 02/04/2014 | SIMEIO SOLUTIONS, INC. | 50 HARRISON ST. SUITE 504 HOBOKEN, NJ 07030 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 42 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAIL EQUIPMENT LEASE AGREEMENT | SOJITZ CORPORATION OF AMERICA | ATTN: KENGO WADA 1120 AVENUE OF THE AMERICAS 44TH FLOOR NEW YORK, NY 10036 | | UPON ENTRY OF THE ORDER |

**Exhibit D**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 43 | ENERGY FUTURE HOLDINGS CORP. | REGISTRATION RIGHTS AGREEMENT | SPONSOR GROUP/CO-INVESTORS | ATTN: MARC LIPSCHULTZ 9 WEST 57TH STREET SUITE 4200<br>NEW YORK, NY 10019<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 44 | LUMINANT GENERATION COMPANY LLC<br>OAK GROVE MANAGEMENT COMPANY LLC<br>SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 07/01/1993 PLUS AMENDMENTS | TEAM INDUSTRIAL SERVICES, INC. | PO BOX 10279<br>LONGVIEW, TX 75607<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 45 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 02/10/2014 | TEXAS ECO SERVICES INC | 5232 SAUNDERS<br>FORT WORTH, TX 76119<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 46 | EFH CORPORATE SERVICES COMPANY | PRICING AGREEMENT DATED 10/31/2013 | TPG GLOBAL, LLC | 301 COMMERCE STREET SUITE 3300<br>FORT WORTH, TX 76102<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 47 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAILCAR EQUIPMENT LEASE AGREEMENT DATED 12/27/95 | WELLS FARGO BANK NORTHWEST, N.A. | 79 S. MAIN ST MAC: U1254-031<br>SALT LAKE CITY, UT 84111<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 48 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAILCAR EQUIPMENT LEASE AGREEMENT DATED 12/27/95 | WELLS FARGO BANK NORTHWEST, N.A. | 260 N. CHARLES LINDBERGH DRIVE<br>SALT LAKE CITY, UT 84116 | | UPON ENTRY OF THE ORDER |
| 49 | LUMINANT GENERATION COMPANY LLC | EQUIPMENT LEASE DATED 03/12/1999 PLUS AMENDMENTS | WILLIAMS SCOTSMAN, INC. | ATTN: TOM MATRANGA 4590 CAREY STREET<br>FORT WORTH, TX 76119<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 50 | LUMINANT GENERATION COMPANY LLC | EQUIPMENT LEASE DATED 12/05/2013 | WILLIAMS SCOTSMAN | 4590 CAREY ST<br>FORT WORTH, TX 76119<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 51 | TXU ENERGY RETAIL COMPANY LLC | DATA MASTER SERVICES AGREEMENT DATED 11/04/2008 | WORLD MARKETING, INC. | 8801 AUTOBAHN DRIVE SUITE 100<br>DALLAS, TX 75237<br>UNITED STATES | | UPON ENTRY OF THE ORDER |

**Exhibit D**

Rejection Schedule

| | | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | | Description of Property to be Abandoned, if any | Rejection Date |
| 52 | ENERGY FUTURE HOLDINGS CORP.<br>ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC<br>ENERGY FUTURE INTERMEDIATE HOLDINGS COMPANY LLC<br>TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC<br>EFIH FINANCE INC.<br>TXU RECEIVABLES COMPANY<br>EFH AUSTRALIA (NO. 2) HOLDINGS CO.<br>EFH FS HOLDINGS COMPANY<br>EFH FINANCE (NO. 2) HOLDINGS CO.<br>EFH CORPORATE SERVICES COMPANY<br>LSGT GAS COMPANY LLC<br>TCEH FINANCE INC.<br>LSGT SACROC, INC.<br>EEC HOLDINGS, INC.<br>EECI, INC.<br>GENERATION SVC COMPANY<br>LUMINANT ENERGY COMPANY LLC<br>LUMINANT ENERGY TRADING CALIFORNIA COMPANY<br>LUMINANT ET SERVICES COMPANY<br>LUMINANT GENERATION COMPANY LLC<br>LUMINANT HOLDING COMPANY LLC<br>LUMINANT MINING COMPANY LLC<br>TXU ENERGY RETAIL COMPANY LLC<br>TXU RETAIL SERVICES COMPANY<br>TXU SEM COMPANY<br>4CHANGE ENERGY COMPANY | COMPETITIVE TAX SHARING AGREEMENT DATED 5/5/2012 | EFH VERMONT INSURANCE<br>BASIC RESOURCES INC.<br>EFH PROPERTIES COMPANY | 1601 BRYAN ST.<br>DALLAS, TX 75201-3411 | | | EFFECTIVE DATE OF THE PLAN |
| 53 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | AKIN GUMP STRAUSS HAUER & FELD LLP | TWO COMMERCE SQUARE 2001 MARKET STREET, SUITE 4100<br>PHILADELPHIA, PA 19103-7013 | | | UPON ENTRY OF THE ORDER |

**Exhibit D**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 54 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | BLACKSTONE ADVISORY PARTNERS L P | 345 PARK AVENUE<br>NEW YORK, NY 10154 | | UPON ENTRY OF THE ORDER |
| 55 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | CAPSTONE ADVISORY GROUP LLC | PARK 80 WEST 250 PEHLE AVE STE 105<br>SADDLE BROOK, NJ 07663 | | UPON ENTRY OF THE ORDER |
| 56 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | CENTERVIEW PARTNERS LLC | 31 W 52ND ST<br>NEW YORK, NY 10019 | | UPON ENTRY OF THE ORDER |
| 57 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | SHARED SERVICES AGREEMENT | EFH CORPORATE SERVICES COMPANY | ATTN: MR. JEFF WALKER 1601 BRYAN ST.<br>DALLAS, TX 75201-3411 | | EFFECTIVE DATE OF THE PLAN |
| 58 | EFH CORPORATE SERVICES COMPANY | SHARED SERVICES AGREEMENT | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ATTN: MR. JEFF WALKER 1601 BRYAN ST.<br>DALLAS, TX 75201-3411 | | EFFECTIVE DATE OF THE PLAN |
| 59 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | FRIED FRANK HARRIS SHRIVER & JACOBSON | ONE NEW YORK PLAZA<br>NEW YORK, NY 10004-1980 | | UPON ENTRY OF THE ORDER |
| 60 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | KRAMER LEVIN NAFTALIS & FRANKEL | 1177 AVE OF THE AMERICAS<br>NEW YORK, NY 10036 | | UPON ENTRY OF THE ORDER |
| 61 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | ROPES & GRAY LLP | MARK R. SOMERSTEIN 1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | | UPON ENTRY OF THE ORDER |
| 62 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT | SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE,LLC | 1801 CALIFORNIA STREET SUITE 2800<br>DENVER, CO 80202<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 63 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE,LLC | 1801 CALIFORNIA STREET SUITE 2800<br>DENVER, CO 80202<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 64 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT 10/1/2012 | SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE, LLC | ADDRESS ON FILE | | UPON ENTRY OF THE ORDER |
| 65 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | BABCOCK & WILCOX POWER GENERATION GROUP | 20 S. VAN BUREN AVENUE<br>BARBERTON, OH 44203<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 66 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | BLACK & VEATCH CORPORATION | 11401 LAMAR AVENUE<br>OVERLAND PARK, KS 66211<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 67 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | BLACK & VEATCH CORPORATION | 11401 LAMAR AVENUE<br>OVERLAND PARK, KS 66211<br>UNITED STATES | | UPON ENTRY OF THE ORDER |

**Exhibit D**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 68 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | BLACK & VEATCH CORPORATION | 11401 LAMAR AVENUE<br>OVERLAND PARK, KS 66211<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 69 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | POWER4GEORGIANS, LLC | 1506 KLONDIKE RD SW, STE 105<br>CONYERS, GA 30094<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 70 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | THE MATHWORKS, INC. | 3 APPLE HILL DR ATTN: THOMAS M. SPERA<br>NATICK, MA 01760<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 71 | LSGT GAS COMPANY LLC | GUARANTEE AGREEMENT | STATE OF NEW YORK | SPECIAL ASSISTANT-BUREAU OF FINANCE WORKERS' COMPENSATION BOARD, 295 MAIN STREET, 4TH FL, ATTN: KORY R. AHLSTROM<br>BUFFALO, NY 14203 | | UPON ENTRY OF THE ORDER |
| 72 | ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | PERELLA WEINBERG PARTNERS LP | 767 FIFTH AVE<br>NEW YORK, NY 10153 | | UPON ENTRY OF THE ORDER |
| 73 | ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | WINSTEAD PC | KEVIN A. SULLIVAN, CHAIRMAN & CEO 500 WINSTEAD BUILDING 2728 N. HARWOOD STREET<br>DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |