## EXHIBIT E

### Retained Causes of Action

Article IV, Section Q of the Plan provides as follows:

In accordance with section 1123(b) of the Bankruptcy Code, but subject to Article VIII of the Plan, the Reorganized Debtors shall retain and may enforce all rights to commence and pursue any and all Causes of Action belonging to their Estates, whether arising before or after the Petition Date, including any actions specifically enumerated in the Plan Supplement, and the Reorganized Debtors' rights to commence, prosecute, or settle such Causes of Action shall be preserved notwithstanding the occurrence of the Effective Date, other than: (i) the Causes of Action released by the Debtors pursuant to the releases and exculpations contained in the Plan, including in Article VIII, which shall be deemed released and waived by the Debtors and Reorganized Debtors as of the Effective Date; (ii) all Causes of Action that arise under sections 544, 547, 548, and 549 of the Bankruptcy Code and state fraudulent conveyance law; and (iii) the Causes of Action released by the Debtors pursuant to the Settlement Agreement.

The Reorganized Debtors may pursue such Causes of Action, as appropriate, in accordance with the best interests of the Reorganized Debtors. No Entity may rely on the absence of a specific reference in the Plan, the Plan Supplement, or the Disclosure Statement to any Cause of Action against it as any indication that the Debtors or the Reorganized Debtors, as applicable, will not pursue any and all available Causes of Action against it. Unless any Causes of Action against an Entity are expressly waived, relinquished, exculpated, released, compromised, or settled herein or in a Bankruptcy Court order, the Reorganized Debtors expressly reserve all Causes of Action, for later adjudication, and, therefore, no preclusion doctrine, including the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, shall apply to such Causes of Action upon, after, or as a consequence of Confirmation or Consummation.

The Reorganized Debtors reserve and shall retain the Causes of Action notwithstanding the rejection of any Executory Contract or Unexpired Lease during the Chapter 11 Cases or pursuant to the Plan. In accordance with section 1123(b)(3) of the Bankruptcy Code, any Causes of Action that a Debtor may hold against any Entity shall vest in the Reorganized Debtors. The Reorganized Debtors shall have the exclusive right, authority, and discretion to determine and to initiate, file, prosecute, enforce, abandon, settle, compromise, release, withdraw, or litigate to judgment any such Causes of Action and to decline to do any of the foregoing without the consent or approval of any third party or further notice to or action, order, or approval of the Bankruptcy Court.

Notwithstanding and without limiting the generality of Article IV.Q of the Plan, the following Exhibit E(i) through Exhibit E(iv) (each of which is attached hereto) include specific types of Causes of Actions expressly preserved by the Debtors, the Reorganized Debtors, and New EFH including:

- Exhibit E(i): Claims Related to Insurance Policies

- Exhibit E (ii): Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation;

- Exhibit E(iii): Claims Related to Accounts Receivable and Accounts Payable; and

- Exhibit E(iv): Claims Related to Customer Obligations.

In addition, on April 29, 2014, the Debtors filed a list of creditors on a consolidated basis for all of the Debtors [D.I. 76]. The Debtors filed a list of such creditors on a non-consolidated basis (i.e., a separate matrix for each Debtor) on July 28, 2014 [D.I. 1705] (together with the consolidated list of creditors, the "Creditor Matrix"). In addition to the following Exhibit E(i) through Exhibit E(iv), the Debtors expressly retain claims and Causes of Action against any Entity listed in the Creditor Matrix, regardless of whether such Entity is listed in the following Exhibit E(i) through Exhibit E(iv), to the extent such Entities owe or may in the future owe money to the Debtors, the Reorganized Debtors, or New EFH, except to the extent claims and Causes of Action against an entity listed in the Creditor Matrix has been released through the Plan.