**EXHIBIT E(i)**

Claims Related to Insurance Policies

The following Exhibit E(i) includes insurance contracts and policies to which one or more Debtors are a party. Unless otherwise released by the Plan, the Debtors expressly reserve all Causes of Action based in whole or in part upon any and all insurance contracts, insurance policies, occurrence policies, and occurrence contracts to which any Debtor, Reorganized Debtor, or New EFH is a party or pursuant to which any Debtor, Reorganized Debtor, or New EFH has any rights whatsoever, regardless of whether such contract or policy is included on Exhibit E(i), including Causes of Action against insurance carriers, reinsurance carriers, insurance brokers, underwriters, occurrence carriers, or surety bond issuers relating to coverage, indemnity, contribution, reimbursement, or any other matters.

**ENERGY FUTURE HOLDINGS CORP., et al.**

Retained Causes of Action

Claims Related to Insurance Policies

| Name of Counterparty | Nature |
|---|---|
| ACE<br>ATTN: ANNE ESLER<br>TWO RIVERWAY, SUITE 900<br>HOUSTON, TX  77056 | **Claims Related to Insurance Policies** |
| AIG<br>ATTN: DANIEL NAVARRO<br>2929 ALLEN PARKWAY, SUITE 1300<br>HOUSTON, TX  77019 | **Claims Related to Insurance Policies** |
| ARGO RE (BERMUDA)<br>ATTN: SAADIA SAVORY<br>ARGO HOUSE 110 PITTS BAY ROAD<br>PEMBROKE,   HM08<br>BERMUDA | **Claims Related to Insurance Policies** |
| ASSOCIATED ELECTRIC AND GAS INSURANCE SERVICES<br>ATTN: RONALD S. BERTRAND<br>1 MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ  07073 | **Claims Related to Insurance Policies** |
| ASSOCIATED ELECTRIC AND GAS INSURANCE SERVICES<br>ATTN: STEVE WAGNER<br>1 MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ  07073 | **Claims Related to Insurance Policies** |
| ASSOCIATED ELECTRIC AND GAS INSURANCE SERVICES (AEGIS)<br>ATTN: RONALD S. BERTRAND<br>1 MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ  07073 | **Claims Related to Insurance Policies** |
| AXIS<br>ATTN: ANGELA OSBORNE<br>THREE RIVERWAY, SUITE 903<br>HOUSTON, TX  77056 | **Claims Related to Insurance Policies** |

ENERGY FUTURE HOLDINGS CORP., et al.

Retained Causes of Action

Claims Related to Insurance Policies

| Name of Counterparty | Nature |
|---|---|
| **BEAZLEY**<br>ATTN: ANTHONY KOMRO<br>35 EAST WACKER DRIVE, SUITE 3900<br>CHICAGO, IL  60601 | **Claims Related to Insurance Policies** |
| **CHUBB ATLANTIC INDEMNITY LTD. (BERMUDA)**<br>ATTN: MICHAEL SOUZA<br>BELVEDERE BUILDING, 69 PITTS BAY ROAD<br>PEMBROKE,   HM08<br>BERMUDA | **Claims Related to Insurance Policies** |
| **ENDURANCE**<br>ATTN: RAYMOND O'BYRNE<br>767 THIRD AVENUE<br>NEW YORK, NY  10017 | **Claims Related to Insurance Policies** |
| **ENERGY INSURANCE MUTUAL (EIM)**<br>ATTN: GARY GRESHAM<br>3000 BAYPORT DRIVE, SUITE 550<br>TAMPA, FL  33607 | **Claims Related to Insurance Policies** |
| **ENERGY INSURANCE MUTUAL (EIM)**<br>ATTN: SANDRA IMBRIANI<br>3000 BAYPORT DRIVE, SUITE 550<br>TAMPA, FL  33607 | **Claims Related to Insurance Policies** |
| **EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR INSURANCE (EMANI)**<br>ATTN: DANNY VAN WELKENHUYZEN<br>AVENUE JULES BORDET 166 B4<br>BRUSSELS,   B-1140<br>BELGIUM | **Claims Related to Insurance Policies** |
| **FEDERAL**<br>ATTN: BRONSON SMITH<br>233 S. WACKER DRIVE, SUITE 4700<br>CHICAGO, IL  60606 | **Claims Related to Insurance Policies** |

ENERGY FUTURE HOLDINGS CORP., et al.

Retained Causes of Action

Claims Related to Insurance Policies

| Name of Counterparty | Nature |
|---|---|
| **FM GLOBAL**<br>ATTN: JIM LINDLEY<br>5700 GRANITE PKWY<br>PLANO, TX  75024 | **Claims Related to Insurance Policies** |
| **HCC**<br>ATTN: JOHN LALLY, III<br>37 RADIO CIRCLE DRIVE<br>MOUNT KISCO, NY  10549 | **Claims Related to Insurance Policies** |
| **HCC**<br>ATTN: TOM PETTIT<br>8 FOREST PARK DRIVE<br>FARMINGTON, CT  06032 | **Claims Related to Insurance Policies** |
| **LIBERTY MUTUAL**<br>ATTN: TODD TSCHANTZ<br>8350 N. CENTRAL EXPWY, SUITE 850<br>DALLAS, TX  75026 | **Claims Related to Insurance Policies** |
| **MONITOR**<br>ATTN: CHRIS ZANCHELLI<br>2850 WEST GOLF ROAD, SUITE 800<br>ROLLING MEADOWS, IL  60008 | **Claims Related to Insurance Policies** |
| **NAVIGATORS**<br>ATTN: ALLISON HOLLERN<br>THE ST BOTOLPH BUILDING<br>138 HOUNDSDITCH<br>LONDON,   EC3A 7AG<br>UNITED KINGDOM | **Claims Related to Insurance Policies** |
| **NUCLEAR ENERGY LIABILITY INSURANCE ASSOCIATION (NELIA) DBA AMERICAN NUCLEAR INSURERS**<br>ATTN: MELODY PALMER<br>95 GLASTONBURY BLVD. SUITE 300<br>GLASTONBURY, CT  06033 | **Claims Related to Insurance Policies** |

ENERGY FUTURE HOLDINGS CORP., et al.

Retained Causes of Action

Claims Related to Insurance Policies

| Name of Counterparty | Nature |
|---|---|
| **NUCLEAR INSURANCE INSURANCE LIMITED (NEIL)**<br>ATTN: BRUCE SASSI<br>1201 MARKET STREET, SUITE 1100<br>WILMINGTON, DE  19801 | **Claims Related to Insurance Policies** |
| **OIL CASUALTY INSURANCE, LTD. (OCIL)**<br>ATTN: GRAHAM KIRK<br>P.O. BOX HM 1751<br>HAMILTON,   HM GX<br>BERMUDA | **Claims Related to Insurance Policies** |
| **RLI**<br>ATTN: MARC GALINDO<br>909 LAKE CAROLYN PARKWAY, SUITE 800<br>DALLAS, TX  75039 | **Claims Related to Insurance Policies** |
| **RSUI (CRC)**<br>ATTN: MARK HANINGTON<br>945 EAST PACES FERRY ROAD, SUITE 1800<br>ATLANTA, GA  30326-1125 | **Claims Related to Insurance Policies** |
| **SAFECO**<br>ATTN: TODD TSCHANTZ<br>8350 N. CENTRAL EXPWY, SUITE 850<br>DALLAS, TX  75026 | **Claims Related to Insurance Policies** |
| **STARR**<br>ATTN: DAVID FLANNERY<br>500 WEST MONROE STREET, SUITE 2600<br>CHICAGO, IL  60661 | **Claims Related to Insurance Policies** |
| **STARR AVIATION ON BEHALD OF FEDERAL INSURANCE CO.**<br>ATTN: BRIAN RIVERS<br>3353 PEACHTREE ROAD, N.E. SUITE 1000<br>ATLANTA, GA  30326 | **Claims Related to Insurance Policies** |

ENERGY FUTURE HOLDINGS CORP., et al.

Retained Causes of Action

Claims Related to Insurance Policies

| Name of Counterparty | Nature |
|---|---|
| **STARR COMPANIES**<br>**ATTN: JASO KISELICA**<br>**399 PARK AVENUE, 8TH FLOOR**<br>**NEW YORK, NY  10022** | **Claims Related to Insurance Policies** |
| **STARR SURPLUS LINES INS CO.**<br>**ATTN: JASO KISELICA**<br>**399 PARK AVENUE, 8TH FLOOR**<br>**NEW YORK, NY  10022** | **Claims Related to Insurance Policies** |
| **TORUS**<br>**ATTN: OLIVER ADE**<br>**190 SOUTH LASALLE STREET, SUITE 2025**<br>**CHICAGO, IL  60603** | **Claims Related to Insurance Policies** |
| **XL INSURANCE (BERMUDA) LTD.**<br>**ATTN: ROBERT DUNN**<br>**100 CONSTITUTION PLAZA, 17TH FLOOR**<br>**HARTFORD , CT  06103** | **Claims Related to Insurance Policies** |
| **XL INSURANCE (BERMUDA) LTD.**<br>**ATTN: SALVATORE CANTARELLA**<br>**O'HARA HOUSE ONE BERMUDIANA ROAD**<br>**P.O. BOX HM 2245**<br>**HAMILTON,   HM JX**<br>**BERMUDA** | **Claims Related to Insurance Policies** |