# EXHIBIT F

## Compensation Supplements

This Exhibit F includes the following compensation documents:

- Exhibit F(i): Reorganized Debtors' Management Incentive Plan

- Exhibit F(ii): New Employee Agreements/Arrangements

In addition, the EFH Non-Qualified Benefit Plans will be terminated as of the Effective Date and all obligations of the EFH Debtors derived from or based upon the EFH Non-Qualified Benefit Plans, including any Claims asserted against the EFH Debtors derived from the EFH Non-Qualified Benefit Plans and any fees, charges, or amounts due as a result of the termination of the EFH Non-Qualified Benefit Plans will be paid in full in cash. For the avoidance of doubt, nothing in the Plan or the Plan Supplement shall affect any (a) non-contributory, non-qualified pension plan maintained by Oncor that provides retirement benefits to participants whose tax qualified pension benefits are limited due to restrictions under the Internal Revenue Code and/or deferrals to other benefit programs; and/or (b) contributory, non-qualified defined contribution plan maintained by Oncor that permits participants to voluntarily defer a portion of their base salary and/or annual incentive plan bonuses.