## EXHIBIT F(i)

Reorganized Debtors' Management Incentive Plan

**TERM SHEET REGARDING REORGANIZED TCEH**
**MANAGEMENT INCENTIVE PROGRAM**

General: Effective upon emergence, Reorganized TCEH (the "Company") will adopt a management equity incentive plan (the "MIP") that will be used to make long-term equity awards to certain key employees, officers, directors, and consultants of the Company as determined by the compensation committee (the "Committee") of the post-emergence Company's Board of Directors (the "Board").

Purpose: To assist the Company in attracting, retaining, motivating, and rewarding certain key employees, officers, directors, and consultants of the Company and its affiliates post-emergence and promoting the creation of long-term value for stockholders of the Company by closely aligning the interests of such individuals with those of such stockholders. The MIP will authorize the award of stock-based incentives to eligible persons to encourage such persons to expend maximum effort in the creation of stockholder value.

Share Reserve: The Company may issue a number of shares pursuant to awards granted under the MIP equal to up to 5% of the common stock of the newly emerged Company determined on a fully diluted basis as of the emergence date.

Administration: The MIP will be administered by the Committee (or the Board). The terms of each award (including number of shares subject to the award, exercise price (if applicable), vesting conditions, etc.) will be determined by the Committee (or the Board) in its sole discretion at the time of grant and set forth in an award agreement between the Company and the participant. The Committee (and the Board) may determine to issue awards at and/or after emergence, in its sole discretion. The Committee will have broad latitude to take actions that it deems necessary or desirable in the exercise of its authority as plan administrator. Board and Committee determinations under the plan will be final and binding on participants.

Forms of Award: The MIP will provide for awards in the form of stock options, restricted stock, restricted stock units, performance-based equity awards, other awards denominated or valued in shares of common stock, and performance-based cash incentive awards, in each case as determined by the Committee at the time of grant.

Vesting: Awards may vest based on the achievement of service- and/or performance-based vesting conditions, as determined by the Committee at the time of grant. The Committee may provide for awards to vest on an accelerated basis in connection with a change in control of the Company and/or certain qualifying terminations of employment (including retirement).

Cash Incentive Awards: The MIP will include an $11 million cash pool as contemplated by Section 10(o) of the Plan Support Agreement.

Adjustments: If the Company is recapitalized or if there is a merger, consolidation, share split or exchange, extraordinary dividend or distribution, or other event that affects the common stock, the Committee shall determine the appropriate equitable adjustment to the terms of the MIP (and awards outstanding thereunder) to reflect the event and preserve the intended benefits of participants.

Taxes: To the extent that the Company's stock is not readily tradable on an established securities exchange at the time of vesting, the Company may permit participants to have shares withheld from their awards having a fair market value equal to the applicable income and payroll taxes.