# EXHIBIT J

**New Reorganized TCEH Debt Document—TCEH First Lien Debt Term Sheet**

This <u>Exhibit J</u> includes the following debt documents for Reorganized TCEH:

- <u>Exhibit J(i)</u>: TCEH First Lien Debt Term Sheet

- <u>Exhibit J(ii)</u>: TCEH Preferred Stock Term Sheet

- <u>Exhibit J(iii)</u>: Series Q Supplemental Indenture

- <u>Exhibit J(iv)</u>: Series R Supplemental Indenture