**EXHIBIT J(ii)**

TCEH Preferred Stock Term Sheet

# Illustrative Preferred Stock Term Sheet

## Term Sheet

| | |
|---|---|
| **Issuer** | - Newco (the "Company") |
| **Initial Holder** | - Spinco |
| **Purchasers** | - Third party investors |
| **Security** | - Cumulative Preferred Stock (the "Preferred Stock") of the Company (and each share of Preferred Stock, a "Preferred Share") |
| **Ranking** | - With respect to dividends, redemption and liquidation, the Preferred Stock will rank (a) senior to Company common stock, and (b) senior to each other class of Company capital stock that does not expressly provide that it ranks senior to or on a parity with the Preferred Stock. |
| **Stated Amount** | - .5-1% of the Company's total equity value in aggregate<br>- $[1,000] per Preferred Share (the "Stated Amount"). |
| **Dividends** | - Holders of Preferred Shares shall be entitled to receive, when, as and if dividends are declared by the Board of Directors, cumulative, compounded preferential dividends at a rate per annum of [8%], net of any withholding taxes. Dividends on a Preferred Share shall (i) accrue and compound quarterly on the Stated Amount plus accumulated and unpaid dividends, and (ii) be cumulative from its date of original issuance. |
| **Liquidation Preference** | - Each Preferred Share will have a liquidation preference equal to the Stated Amount plus accrued and unpaid dividends (the "Liquidation Preference") and holders will be entitled to receive such Liquidation Preference before any distributions on or redemptions of any junior securities in connection with the Company's liquidation. |
| **Redemption** | - Preferred Shares will be subject to mandatory redemption by the Company on the **tenth anniversary** of issuance for an amount equal to the Liquidation Preference of each Preferred Share. At any time after the **third anniversary** of issuance, the Company will have the election to redeem all or any portion of the outstanding Preferred Shares for an amount equal to the Liquidation Preference of each Preferred Share redeemed. |
| **Voting Rights** | - The Preferred Stock shall be non-voting, unless and to the extent that dividends on the Preferred Stock have gone unpaid for twelve consecutive quarters.<br>- In the event the Preferred Stock becomes entitled to vote, its voting power will be proportionate to its equity value as of the Effective Date. |
| **Conversion Rights** | - The Preferred Stock shall not be convertible into any other class of Company stock. |