# EXHIBIT L

**Separation Agreement**

**Separation Agreement**
**Summary of Material Terms and Conditions**

This Term Sheet summarizes the material terms and conditions of the Separation Agreement (the "Separation Agreement") described in Article IV.B.2.c of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., pursuant to Chapter 11 of the Bankruptcy Code (as may be further amended from time to time, the "Plan") to be entered into by and between EFH and Reorganized TCEH on or prior to the Effective Date. All capitalized terms used but not defined herein shall have the meanings set forth in the Plan.

| | |
|---|---|
| **Contribution** | On the Effective Date, immediately following the cancelation of Claims against the TCEH Debtors, the following shall be transferred to Reorganized TCEH (the "Contribution"): |

(a) by TCEH, all of TCEH's interests in its subsidiaries (excluding the stock of TCEH Finance); and

(b) by the EFH Debtors, (i) the equity interests in the Reorganized EFH Shared Services Debtors (including any Cash on hand at any of the EFH Shared Services Debtors as of the Effective Date), (ii) the equity interests in the EFH Properties Company[1] (but not including any Cash on hand at EFH Properties Company, which shall be transferred to Reorganized EFH), (iii) certain other assets (the "Contributed TCEH Assets") and certain other liabilities (the "Assumed TCEH Liabilities") related to the TCEH Debtors' operations to be specifically identified in the Separation Agreement[2] and (iv) the rights to receive the Assigned C5 Equity pursuant to the Plan, in exchange for the consideration described in Article IV.B.2 of the Plan.

Except as otherwise agreed by the parties, all Claims of (x) the EFH Debtors and the EFIH Debtors against the EFH Shared Services Debtors and/or EFH Properties Company and (y) the EFH Shared Services Debtors and/or EFH Properties Company against the EFH Debtors or the EFIH Debtors (other than any respective obligations thereof under the Plan or any document, instrument or agreement executed to implement the Plan, including, without limitation, the

---

[1] Note to Draft: Per the Plan, alternatively, may include the transfer of the lease for the Debtors' corporate headquarters at "Energy Plaza" held by EFH Properties Company rather than a transfer of the equity interests thereof.

[2] Note to Draft: Contributed TCEH Assets and Assumed TCEH Liabilities to be identified in the Separation Agreement will be subject to the consent of the Purchasers, TCEH and the TCEH Supporting First Lien Creditors.

| | |
|---|---|
| | Separation Agreement, the Transition Services Agreement and the Tax Matters Agreement) shall be canceled, discharged and released as of the Effective Date. |
| **Delayed Transfer Assets** | If mutually determined by the parties, including because the transfer or assignment of any Contributed TCEH Assets or assumption of any Assumed TCEH Liability would violate applicable law, (a) the transfer or assignment of such Contributed TCEH Assets or the assumption of such Assumed TCEH Liability, as the case may be, shall be deferred beyond the Effective Date, (b) the EFH Debtors shall hold such Contributed TCEH Asset or Assumed TCEH Liability, as the case may be, for the use and benefit of Reorganized TCEH until so transferred to Reorganized TCEH, and Reorganized TCEH shall pay or reimburse EFH Debtors for all amounts paid or incurred in connection with the retention thereof, and (c) the parties shall use reasonable best efforts to effect such transfer, assignment or assumption as promptly following the Effective Date as shall be practicable, in each case, subject to certain procedures and limitations to be set forth in the Separation Agreement. |
| **Preferred Stock Sale, Reorganized TCEH Conversion and Distribution** | Following the Contribution, Reorganized TCEH shall effectuate the Preferred Stock Sale and undertake the Reorganized TCEH Conversion and TCEH will make the Distribution (including the distribution of the TRA Rights, if any), in each case as described in Article IV.B.2 of the Plan, including the order of transactions set forth therein. |
| **Access to Information** | After the Effective Date, each party shall provide the other party reasonable access to information in the possession or under the control of such party related to the business of the requesting party, and the parties shall use their commercially reasonable efforts to retain such information, in each case, subject to certain procedures and limitations to be set forth in the Separation Agreement. |
| **Representations and Warranties** | Each party shall make customary representations and warranties regarding its organization and authority and due authorization to enter into and perform its obligations under the Separation Agreement. |
| | All equity interests, assets and liabilities to be transferred to Reorganized TCEH by the EFH Debtors pursuant to the Separation Agreement shall be transferred on "as is, where is" basis. |
| **Releases** | Reorganized TCEH and EFH shall use their respective commercially reasonable efforts to cause EFH and its subsidiaries to be released and discharged from any guarantees, indemnification obligations, surety bonds or other credit support agreements or other commitments of EFH or its subsidiaries in support of TCEH or its subsidiaries or any Contributed TCEH Assets (including in support of any Other Secured Claims Against the TCEH Debtors) (the "EFH/TCEH Guarantees"), it |

2

|  |  |
|---|---|
|  | being understood that such commercially reasonable efforts of Reorganized TCEH shall include, solely with respect to any EFH/TCEH Guarantees in support of obligations of TCEH or its subsidiaries that are being assumed by Reorganized TCEH under the Plan ("Reorganized TCEH Obligations"), an obligation to offer a guarantee, indemnity, surety or other credit support from Reorganized TCEH or its subsidiaries that is substantially identical to that currently offered by EFH or its subsidiaries or otherwise acceptable to the counterparty. |
| **Indemnification** | Reorganized TCEH shall indemnify, defend and hold harmless EFH, its Affiliates and other related parties from and against (a) any Assumed TCEH Liability, (b) any liabilities arising under EFH/TCEH Guarantees in support of Reorganized TCEH Obligations that are not released or discharged under the Plan and (c) any liability arising from any breach by Reorganized TCEH of any representation, warranty covenant or other agreement thereof under the Separation Agreement or other ancillary agreement entered into in connection therewith. |
|  | EFH shall indemnify, defend and hold harmless Reorganized TCEH, its Affiliates and other related parties from and against any liability arising from (a) any liability of the EFH Debtors, other than liabilities to be transferred to Reorganized TCEH pursuant to the Contribution and (b) any breach by EFH of any representation, warranty covenant or other agreement thereof under the Separation Agreement or other ancillary agreement entered into in connection therewith. |
|  | The indemnification obligations of the parties shall be subject to certain procedures and limitations to be set forth in the Separation Agreement. |
| **Termination** | The Separation Agreement will terminate automatically upon the earlier of the termination of the Merger and Purchase Agreement or as agreed by the parties. |
| **Controlling Documents** | To the extent that the provisions of the Plan, Tax Matters Agreement or the Transition Services Agreement conflict with the provisions to be set forth in the Separation Agreement, the provisions of the Plan and such other agreement or agreements shall govern. |
| **Governing Law** | Delaware |

3