**<u>EXHIBIT Q</u>**

**Reorganized TCEH Shareholders' Agreement**

RLF1 13170983v.1

**Reorganized TCEH Stockholders' Agreement**
**Summary of Material Terms and Conditions**

This Term Sheet summarizes the material terms and conditions of the form of Reorganized TCEH Stockholders' Agreement (the "SHA") described in the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code (as may be further amended from time to time, the "Plan").

| | |
|---|---|
| **Parties** | The parties to the SHA will be Reorganized TCEH (the "Company") and [_____][1] (the "Stockholder"). |
| **Nomination Rights** | Subject to the proper exercise of fiduciary duties of the board of directors of the Company (the "Board") and any applicable committee of the Board (the "Committee"), until a Termination Event (as defined below) has occurred, the Stockholder will have the right to designate one person to be nominated for election to the Board (the "Nominee") at (i) any meeting of the Company's stockholders at which directors of Class [__][2] are to be elected or, (ii) if the Company's Certificate of Incorporation no longer provides for the division of directors into three (3) classes, any meeting of the Company's stockholders at which directors are to be elected. |
| **Termination Event** | The rights of the Stockholder will terminate automatically upon the Stockholder ceasing to beneficially own, in the aggregate, at least fifty percent (50%) of the shares of common stock of the Company owned by the Stockholder on the date of the SHA (a "Termination Event"). |
| **Vacancies** | Prior to a Termination Event, if a vacancy occurs because of the death, disability, disqualification, resignation or removal of a Nominee, subject to the proper exercise of the fiduciary duties of the Board, the Stockholder will be entitled to designate such person's successor. |
| **Remedies** | The parties will be entitled to specific performance and/or injunctive or other equitable relief. |
| **Governing Law; Jurisdiction** | Delaware. |

---

[1]   Note to Draft: Affiliates of each of Apollo Management Holdings L.P., Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. and Oaktree Capital Management, L.P. will enter into three separate Stockholder's Agreements.

[2]   Note to Draft: To be the class of the Board to which a nominee is initially appointed.

**Error! Unknown document property name.**