# **<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ELEVENTH MONTHLY EXPENSE STATEMENT OF ALIXPARTNERS, LLP
FOR REIMBURSEMENT FOR EXPENSES INCURRED AS RESTRUCTURING ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE
HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY,
LLC, EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD FROM
SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Name of Applicant | AlixPartners LLP |
|---|---|
| Date of Appointment: | January 12, 2015, *nunc pro tunc* to November |
| Period for which reimbursement is sought: | September 1, 2015 through September 30, 2015 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | ($217.80) |

---

1    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## Itemization of Disbursements Incurred

| INVOICE NUMBER | MATTER NAME | DATE | NAME OF TIMEKEEPER | EXPENSE CATEGORY | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|
| 2072144 | Expenses | 20150915 | Holtz, Alan | Sub-Contractors | $ 4,653.00 | Sub-Contractors - VENDOR: Kenneth J. Malek Kenneth Malek Aug 16 2015 - Sept 15 201 |
| 2072144 | Expenses | 20150930 | Holtz, Alan | Adjustment | $ (4,870.80) | Adjustment for expense oversatement in July-2015 |
| | | | | | | |
| | | | | TOTAL | $ (217.80) | |