# **<u>Exhibit B</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |
|  | ) ) ) ) ) | Re:  D.I. 3980, 4770, 4892, 4761, 4756, 4764,  4751, 4767, 4662, 4734, 4769, 4760, 4759, 4758, 4732, 4809,  5048, 4861, 4768, 4765, 4903, 4773, 4933, 4821, 4755, 4776, 5188, 5013, 5018,  & 5016 |

**OMNIBUS ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES DURING THE SECOND AND THIRD INTERIM FEE PERIODS**

This matter coming before the Court on the interim fee applications (together D.I. 3980, 4770, 4892, 4761, 4756, 4764, 4751, 4767, 4662, 4734, 4769, 4760, 4759, 4758, 4732, 4809, 5048, 4861, 4768, 4765, 4903, 4773, 4933, 4821, 4755, 4776, 5188, 5013, 5018, and 5016) (the "**Applications**") of those professionals listed on **Exhibit A** attached hereto (together, the "**Applicants**"), pursuant to sections 330(a) and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for the interim allowance of certain fees, including all holdbacks, and expenses incurred by the Applicants for the specific period of time set forth in each of the Applications (the "**Compensation Period**"), filed in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2066] (the "**Interim Compensation Order**") and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**"); and the Court having reviewed the Applications and/or the *Fee Committee's Status Report Concerning Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. E.D.T.*; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Applications and the hearing thereon was adequate under the circumstances; and (c) all parties with notice of the Applications have been afforded the opportunity to be heard on the Applications, and no objections of any kind having been filed; now, therefore,

IT IS HEREBY ORDERED THAT:

1. The Applications are GRANTED on an interim basis, as adjusted and to the extent set forth on the attached **Exhibit A.**

2. Each of the Applicants is allowed (a) interim compensation for services rendered during the Compensation Period and (b) interim reimbursement for actual and necessary expenses incurred during the Compensation Period, each in the respective amounts set forth on the attached **Exhibit A**, including any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay each of the Applicants 100% of the fees and 100% of the expenses listed on **Exhibit A** hereto under the columns "Interim Fees Approved" and "Interim Expenses Approved," respectively, for services rendered and expenses incurred during the Compensation Period.

Dated: October ____, 2015
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# **<u>Exhibit A</u>**

14642319.1

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)

| Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| FTI Consulting Inc. [D.I. 3980] | 9/1/14-12/31/14 | $3,208,864.75 | $74,617.25 | $206,515.72 | $7,410.37 | $3,134,247.50 | $199,105.35 |
| McElroy Deutsch M&C [D.I. 4770] | 1/12/15-4/30/15 | $97,788.50 | $180.00 | $885.80 | $0.00 | $97,608.50 | $885.80 |
| SOLIC Capital Advisors [D.I. 4892] | 12/18/14-4/30/15 | $890,322.58 | $0.00 | $41,787.51 | $328.50 | $890,322.58 | $41,459.01 |
| AlixPartners LLP [D.I. 4761] | 1/1/15-4/30/15 | $1,257,388.75 | $56,920.00 | $178,597.72 | $867.56 | $1,200,468.75 | $177,730.16 |
| Balch & Bingham LLP [D.I. 4756] | 1/1/15-4/30/15 | $1,207,895.75 | $3,523.00 | $28,163.10 | $1,914.28 | $1,204,372.75 | $26,248.82 |
| Cravath Swaine & Moore LLP [D.I. 4764] | 1/1/15-4/30/15 | $1,499,619.50 | $20,000.00 | $29,477.20 | $923.83 | $1,479,619.50 | $28,553.37 |
| Goldin & Associates LLP [D.I. 4751] | 1/1/15-4/30/15 | $600,000.00 | $0.00 | $23,148.22 | $3,561.13 | $600,000.00 | $19,587.09 |
| Greenhill & Co LLC [D.I. 4767] | 1/1/15-4/30/15 | $1,000,000.00 | $0.00 | $105,777.79 | $4,866.03 | $1,000,000.00 | $100,911.76 |
| Guggenheim Securities LLC [D.I. 4662] | 1/1/15-4/30/15 | $1,000,000.00 | $0.00 | $71,856.92 | $1,282.38 | $1,000,000.00 | $70,574.54 |
| Montgomery McCracken Walker & Rhoads LLP [D.I. 4734] | 1/1/15-4/30/15 | $461,531.50 | $2,586.75 | $2,520.83 | $866.85 | $458,944.75 | $1,653.98 |
| Munger Tolles & Olson LLP [D.I. 4769] | 1/1/15-4/30/15 | $4,845,561.25 | $35,457.35 | $78,616.12 | $1,803.56 | $4,810,103.90 | $76,812.56 |
| O'Kelly Ernst & Bielli LLC [D.I. 4760] | 1/1/15-4/30/15 | $33,579.50 | $1,061.00 | $544.36 | $25.00 | $32,518.50 | $519.36 |
| Proskauer Rose LLP [D.I. 4759] | 1/1/15-4/30/15 | $5,258,110.52 | $293,215.52 | $205,576.07 | $6,784.48 | $4,964,895.00 | $198,791.59 |
| Stevens & Lee PC [D.I. 4758] | 1/1/15-4/30/15 | $53,968.00 | $2,362.50 | $708.77 | $11.72 | $51,605.50 | $697.05 |
| Sullivan & Cromwell LLP [D.I. 4732] | 1/1/15-4/30/15 | $5,068,906.90 | $174,605.56 | $29,777.97 | $0.00 | $4,894,301.34 | $29,777.97 |
| Alvarez & Marsal North America, LLC [D.I. 4809] | 1/1/15-4/30/15 | $5,283,286.50 | $17,341.50 | $222,166.52 | $656.48 | $5,265,945.00 | $221,510.04 |
| Deloitte & Touche LLP [D.I. 5048] | 1/1/15-4/30/15 | $4,342,743.00 | $46,706.50 | $0.00 | $0.00 | $4,296,036.50 | $0.00 |
| Evercore Group L.L.C. [D.I. 4861] | 1/1/15-4/30/15 | $2,100,000.00 | $0.00 | $62,482.62 | $5,257.45 | $2,100,000.00 | $57,225.17 |
| Filsinger Energy Partners [D.I. 4768] | 1/1/15-4/30/15 | $4,850,141.25 | $0.00 | $213,956.56 | $16.95 | $4,850,141.25 | $213,939.61 |
| Gibson, Dunn & Crutcher LLP [D.I. 4765] | 1/1/15-4/30/15 | $753,026.00 | $4,409.75 | $30,665.20 | $340.30 | $748,616.25 | $30,324.90 |
| KPMG LLP [D.I. 4903] | 1/1/15-4/30/15 | $2,336,145.97 | $27,921.84 | $102,769.68 | $1,334.10 | $2,308,224.13 | $101,435.58 |
| Kirkland & Ellis [D.I. 4773] | 1/1/15-4/30/15 | $28,712,575.50 | $497,634.90 | $3,047,572.82 | $140,882.02 | $28,214,940.60 | $2,906,690.80 |
| Lazard Freres & Co. LLC [D.I. 4933] | 1/1/15-4/30/15 | $1,000,000.00 | $0.00 | $29,564.02 | $3,895.70 | $1,000,000.00 | $25,668.32 |
| McDermott Will & Emery LLP [D.I. 4821] | 1/1/15-4/30/15 | $256,057.00 | $9,126.00 | $19,249.11 | $0.00 | $246,931.00 | $19,249.11 |
| Morrison & Foerster [D.I. 4755] | 1/1/15-4/30/15 | $10,360,883.75 | $110,329.50 | $220,256.14 | $450.00 | $10,250,554.25 | $219,806.14 |
| Polsinelli PC [D.I. 4776] | 1/1/15-4/30/15 | $479,795.50 | $24,138.13 | $13,407.42 | $761.65 | $455,657.37 | $12,645.77 |
| Thompson & Knight LLP [D.I. 5188] | 1/1/15-4/30/15 | $571,554.75 | $9,412.75 | $9,190.84 | $218.89 | $562,142.00 | $8,971.95 |
| Gitlin & Company LLC and Richard Gitlin [D.I. 5013] | 1/1/15-4/30/15 | $200,000.00 | $0.00 | $2,658.04 | $0.00 | $200,000.00 | $2,658.04 |
| Godfrey & Kahn SC [D.I. 5018] | 1/1/15-4/30/15 | $800,000.00 | $0.00 | $62,868.93 | $0.00 | $800,000.00 | $62,868.93 |
| Phillips Goldman & Spence PA [D.I. 5016] | 1/1/15-4/30/15 | $5,136.00 | $0.00 | $1,333.00 | $0.00 | $5,136.00 | $1,333.00 |

[1] Pursuant to paragraph 16 of the Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection and (C) Modifying the Automatic Stay [Docket No. 855] (the "**Final Cash Collateral Order**"), the Debtors shall not at this time pay fees incurred by Morrison & Foerster on behalf of the Committee in investigating any potential Challenges (as defined in the Final Cash Collateral Order) during the Compensation Period that, when combined with the fees incurred during the first interim period, exceed $500,000 (the "**Excess Fees**"). Such Excess Fees, totaling $732,777.50 for the Compensation Period, shall only be paid upon further order of the Court. For the avoidance of doubt, all parties' rights to object to the final allowance or payment of such Excess Fees are fully reserved.

14171541.2