**Exhibit D**

**Voluntary Rate Disclosures**

- The blended hourly rate for all A&M timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately **$488.46** per hour (the "Debtor Blended Hourly Rate").[1]

- A detailed comparison of these rates is as follows:

| Position at A&M | Debtor Blended Hourly Rate for This Fee Application |
|---|---:|
| Managing Directors | $762.38 |
| Senior Directors | $600.00 |
| Directors | $562.14 |
| Managers | $485.57 |
| Senior Associates | $474.90 |
| Consultant | $425.00 |
| Associates | $398.13 |
| Analysts | $345.27 |
| Paraprofessionals | $275.00 |

---

[1] A&M calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.