**Exhibit E**

*Exhibit E*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**May 1, 2015 through August 31, 2015**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 6.0 | $5,550.00 |
| JD Ivy | Managing Director | $925.00 | 24.1 | $22,292.50 |
| Jeff Stegenga | Managing Director | $925.00 | 198.5 | $183,612.50 |
| Emmett Bergman | Managing Director | $750.00 | 661.6 | $496,200.00 |
| John Stuart | Managing Director | $750.00 | 673.9 | $505,425.00 |
| Andy Gandhi | Managing Director | $675.00 | 2.8 | $1,890.00 |
| Steve Kotarba | Managing Director | $675.00 | 233.5 | $157,612.50 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 733.4 | $440,040.00 |
| Matt Frank | Director | $600.00 | 708.1 | $424,860.00 |
| Robert Casburn | Manager | $590.00 | 14.5 | $8,555.00 |
| Kevin Sullivan | Director | $525.00 | 81.3 | $42,682.50 |
| Mark Zeiss | Director | $525.00 | 109.0 | $57,225.00 |
| Paul Kinealy | Director | $525.00 | 531.6 | $279,090.00 |
| David Blanks | Senior Associate | $475.00 | 595.2 | $282,720.00 |
| Jeff Dwyer | Senior Associate | $475.00 | 738.4 | $350,740.00 |
| Taylor Atwood | Senior Associate | $475.00 | 459.2 | $218,120.00 |
| Chris Moks | Manager | $425.00 | 25.0 | $10,625.00 |
| Richard Carter | Consultant | $425.00 | 691.6 | $293,930.00 |
| Jack Raksnis | Senior Associate | $410.00 | 2.8 | $1,148.00 |
| Scott Safron | Associate | $400.00 | 338.5 | $135,400.00 |
| Jon Rafpor | Analyst | $375.00 | 710.9 | $266,587.50 |
| Michael Williams | Analyst | $350.00 | 771.0 | $269,850.00 |
| Peyton Heath | Analyst | $350.00 | 538.9 | $188,615.00 |
| Sarah Pittman | Analyst | $350.00 | 562.7 | $196,945.00 |
| Ryan Wells | Associate | $330.00 | 9.3 | $3,069.00 |
| Michael Dvorak | Analyst | $325.00 | 541.8 | $176,085.00 |
| Robert Country | Analyst | $325.00 | 766.5 | $249,112.50 |
| Mary Napoliello | Paraprofessional | $275.00 | 95.5 | $26,262.50 |
| Curtis Stecke | Analyst | $175.00 | 20.4 | $3,570.00 |
| | | ***Total*** | **10,846.0** | **$5,297,814.50** |