**Exhibit F**

*Exhibit F*

### Combined
### Energy Future Holdings Corp., et al.,
### Summary of Expense Detail by Category
### May 1, 2015 through August 31, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $96,257.74 |
| Lodging | $90,875.47 |
| Meals | $13,500.95 |
| Miscellaneous | $878.23 |
| Transportation | $28,852.28 |
| *Total* | **$230,364.67** |