**<u>Exhibit G</u>**

*Exhibit G*

**Combined - All Entities**
**Summary of Time Detail by Task**
*May 1, 2015 through August 31, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 110.9 | $60,310.00 |
| Bankruptcy Support | 1,215.9 | $621,649.50 |
| Business Plan | 516.7 | $227,410.00 |
| Cash Management | 60.5 | $23,615.00 |
| Causes of Action | 157.9 | $88,875.00 |
| Claims | 3,727.1 | $1,598,270.01 |
| Contracts | 1,797.4 | $960,462.50 |
| Coordination & Communication with other Creditor Constituents | 153.0 | $81,412.50 |
| Coordination & Communication with UCC | 509.9 | $280,710.00 |
| Court | 26.3 | $21,865.00 |
| DIP Financing | 24.8 | $14,310.00 |
| Fee Applications | 276.7 | $115,287.50 |
| Motions and Orders | 88.7 | $53,237.50 |
| POR / Disclosure Statement | 876.3 | $453,845.00 |
| Retention | 6.7 | $3,207.50 |
| Statements & Schedules | 1.5 | $982.50 |
| Status Meetings | 291.5 | $163,882.50 |
| Travel Time | 423.1 | $218,617.50 |
| UST Reporting Requirements | 58.4 | $31,180.00 |
| Vendor Management | 522.7 | $278,685.00 |
| **Total** | **10,846.0** | **$5,297,814.50** |

*Travel time billed at 50% of time incurred*