## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY SUBJECT MATTER[1]**
**SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 76.90 | $28,511.00 |
| 7 | EPA NSR Litigation | 193.20 | $64,403.50 |
| 8 | EGU MACT | 22.30 | $9,227.50 |
| 9 | Texas PM2.5 Interstate Transport Rule | 18.60 | $6,651.00 |
| 11 | EPA Regional Haze Rulemaking | 47.70 | $15,770.50 |
| 18 | EPA Affirmative Defense Litigation | 93.90 | $37,484.50 |
| 19 | EPA GHG Rules | 47.00 | $16,402.00 |
| 21 | Bankruptcy Application and Retention | 44.20 | $9,828.00 |
| **Totals:** | | **543.80** | **$188,278.00** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

## EXPENSE SUMMARY
## SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015

| Expense Category | Amount |
|---|---|
| Airfare | $771.50 |
| Deliveries | $12.46 |
| Telephone Charges | $81.81 |
| Transportation | $3.90 |
| Transportation to/from airport | $58.98 |
| Travel Expenses – Lodging | $433.96 |
| Travel Meals | $71.28 |
| Other Travel Expenses | $37.00 |
| **Total Expenses Sought:** | **$1,470.89** |