# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $385.00 | 63.40 | $24,409.00 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $320.00 | 64.50 | $20,640.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $505.00 | 133.70 | $67,518.50 |
| C. Grady Moore | Partner | 1992 | Environmental | $505.00 | 23.50 | $11,867.50 |
| Mary F. Samuels | Partner | 2007 | Environmental | $320.00 | 12.90 | $4,128.00 |
| Julia Barber | Associate | 2014 | Environmental | $240.00 | 24.10 | $5,784.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $235.00 | 6.30 | $1,480.50 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | $275.00 | 26.90 | $7,397.50 |
| David W. Mitchell | Associate | 2009 | Environmental | $285.00 | 72.60 | $20,691.00 |
| J. Patrick Runge | Associate | 2008 | Environmental | $270.00 | 22.10 | $5,967.00 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | $260.00 | 1.60 | $416.00 |
| | | | | | 451.60 | $170,299.00 |

The paraprofessionals of Balch who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy Benschoter | Paralegal | 6 years | Environmental | $195.00 | 92.20 | $17,979.00 |
| | | | | | 92.20 | $17,979.00 |

| | |
|---|---|
| **Total Fees Requested** | **$188,278.00** |