# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Expense Category | Amount |
|---|---|
| Airfare | $771.50 |
| Deliveries | $12.46 |
| Telephone Charges | $81.81 |
| Transportation | $3.90 |
| Transportation to/from airport | $58.98 |
| Travel Expenses – Lodging | $433.96 |
| Travel Meals | $71.28 |
| Other Travel Expenses | $37.00 |
| **Total Expenses Sought:** | **$1,470.89** |