# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

Case 14-10979-CSS    Doc 6554-5    Filed 10/21/15    Page 1 of 3

**DETAILED EXPENSE SUMMARY**
**SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 585947 | 004 | 8/20/15 | P. Stephen Gidiere | Telephone Charges | | | $10.55 | Conference Call |
| 585947 | 004 | 8/28/15 | P. Stephen Gidiere | Telephone Charges | | | $8.80 | Conference Call |
| 585947 | 004 | 8/28/15 | P. Stephen Gidiere | Telephone Charges | | | $0.06 | Conference Call |
| 585997 | 007 | 8/4/15 | P. Stephen Gidiere | Telephone Charges | | | $0.28 | Conference Call |
| 585997 | 007 | 8/12/15 | P. Stephen Gidiere | Telephone Charges | | | $3.23 | Conference Call |
| 585997 | 007 | 8/20/15 | *C. Grady Moore* | *Telephone Charges* | | | *$2.10* | *Long Distance to Chattano, TN* |
| 585997 | 007 | 8/27/15 | Tom DeLawrence | Telephone Charges | | | $50.63 | Conference Call |
| 585997 | 007 | *9/2/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.20* | *Long Distance to Dallas, TX* |
| 585997 | 007 | 9/15/15 | P. Stephen Gidiere | Airfare | | | $409.50 | Airfare from Birmingham, AL to Washington, DC |
| 585997 | 007 | 9/15/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Travel to Birmingham, AL airport |
| 585997 | 007 | *9/15/15* | *P. Stephen Gidiere* | *Travel Meals* | | | *$44.49[1]* | *Dinner (1 person)* |
| 585997 | 007 | 9/15/15 | P. Stephen Gidiere | Travel Meals | | | $20.50 | Lunch (1 person) |
| 585997 | 007 | 9/15/15 | P. Stephen Gidiere | Travel Meals | | | $2.60 | Breakfast |
| 585997 | 007 | 9/15/15 | P. Stephen Gidiere | Travel Meals | | | $3.18 | Breakfast |
| 585997 | 007 | 9/16/15 | P. Stephen Gidiere | Airfare | | | $362.00 | Airfare from Washington, DC to Birmingham, AL |
| 585997 | 007 | 9/16/15 | P. Stephen Gidiere | Transportation | | | $3.90 | Travel from hotel to client meeting |
| 585997 | 007 | 9/16/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $54.38 | Cab fare from hotel to airport |
| 585997 | 007 | 9/16/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Travel from Birmingham, AL airport |
| 585997 | 007 | 9/16/15 | P. Stephen Gidiere | Travel Expenses - Lodging | | | $433.96 | Lodging in Washington, DC (1 night) |
| 585997 | 007 | 9/16/15 | P. Stephen Gidiere | Other Travel Expenses | | | $37.00 | Airport Parking |

---

[1] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $4.49 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 585997 | 007 | 9/16/15 | P. Stephen Gidiere | Travel Meals | | | $5.00 | Breakfast |
| *585941* | *008* | *9/22/15* | *C. Grady Moore* | *Telephone Charges* | | | *$1.00* | *Long Distance to Austin, TX* |
| 585942 | 009 | 8/20/15 | P. Stephen Gidiere | Telephone Charges | | | $6.36 | Conference Call |
| 585944 | 018 | 9/10/15 | P. Stephen Gidiere | Telephone Charges | | | $0.90 | Conference Call |
| 585944 | 018 | 9/11/15 | P. Stephen Gidiere | Telephone Charges | | | $0.50 | Conference Call |
| 585944 | 018 | 9/11/15 | P. Stephen Gidiere | Telephone Charges | | | $0.50 | Conference Call |
| 585944 | 018 | 9/18/15 | Gretchen Frizzell | Deliveries | | | $12.46 | Fed-Ex Shipment |
| *585945* | *019* | *9/21/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.60* | *Long Distance to Dallas, TX* |
| Total Expenses: | | | | | | | $1,480.28 | |
| *Less: Expense Adjustment*[2] | | | | | | | *$9.39* | |
| **Total Expenses Sought:** | | | | | | | **$1,470.89** | |

---

[2] Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014.