# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 53.0 | $24,424.00 |
| 46 | Budget-Related Work | 1.1 | $729.50 |
| Total for All-Debtor Matters | | 54.1 | $25,153.50 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 57.7 | $42,805.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | N/A | N/A |
| 16 | Litigation: Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation: NSR Case | 43.7 | $35,910.50 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | 2.1 | $1,753.50 |
| 44 | Non-Working Travel | N/A | N/A |
| 48 | TCEH Going Public Transactions | 80.0 | $45,527.50 |
| 49 | TCEH Notes Offering | 8.3 | $8,169.50 |
| 50 | Acquisition of La Frontera Generation Portfolio | 83.5 | $49,903.00 |
| Total for TCEH Matters | | 275.3 | $184,069.00 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 93.3% of the fees ($23,474.07) shall be allocated to the TCEH estate, 0.0% of the fees ($0.00) shall be allocated to the EFIH estate, and 6.7% of the fees ($1,679.43) shall be allocated to the EFH estate.

RLF1 13172693v.1

2

| 28 | Second Lien DIP Tender Offer | N/A | N/A |
|---|---|---|---|
| 29 | Second Lien DIP Notes Offering | N/A | N/A |
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 17.6 | $12,584.50 |
| 32 | Corporate Matters | 0.7 | $584.50 |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 18.3 | $13,169.00 |
| **Total** | | **347.7** | **$222,391.50** |

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Expenses Category | Total Expenses |
|---|---:|
| Filing Fees | $10.29 |
| In House Duplication | $14.70 |
| Messenger And Courier Expense | $48.95 |
| Telephone Charges | $11.42 |
| **Total:** | **$85.36** |