# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Aaron Adams | Partner. Joined firm as an Associate in 2006. Member of NY Bar since 2001. | $1,045.00 | 5.9 | $6,165.50 |
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $975.00 | 3.9 | $3,802.50 |
| James C. Ho | Partner. Became a Partner in 2010. Member of DC Bar since 2001, and TX Bar since 2006. | $835.00 | 36.4 | $30,394.00 |
| Elizabeth A. Ising | Partner. Became a Partner in 2010. Joined firm as an Associate in 2000. Member of NC Bar since 2000, and DC Bar since 2001. | $805.00 | 1.0 | $805.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $835.00 | 52.6 | $43,921.00 |
| Thomas J. McHenry | Partner. Joined firm as a Partner in 1999. Member of NY Bar since 1985, and CA Bar since 1987. | $1,065.00 | 6.2 | $6,603.00 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $885.00 | 34.3 | $30,355.50 |
| Michael A. Rosenthal | Partner. Became a Partner in 1992. Member of IL Bar since 1980, TX Bar since 1985, and NY Bar since 2009. | $1,175.00 | 1.5 | $1,762.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Saptak Santra | Partner. Joined firm as a Partner in 2008. Member of UK Bar since 1999, and Singapore Bar since 2010. | $965.00 | 0.7 | $675.00 |
| David L. Sinak | Partner. Joined firm as a Partner in 2002. Member of TX Bar since 1979. | $1,065.00 | 0.8 | $852.00 |
| Jessica I. Basil | Of Counsel. Became an Of Counsel in 2013. Joined firm as an Associate in 2003. Member of NY Bar since 2000. | $825.00 | 1.8 | $1,485.00 |
| Ashley E. Johnson | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $690.00 | 3.3 | $2,277.00 |
| Janine Durand | Senior Counsel. Joined firm as a Senior Counsel in 2008. Member of NJ Bar since 1998, and DC Bar since 1999. | $800.00 | 2.0 | $1,600.00 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $625.00 | 10.6 | $6,625.00 |
| Caitlin A. Calloway | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2012. | $500.00 | 6.0 | $3,000.00 |
| Douglas M. Champion | Associate. Joined firm as an Associate in 2006. Member of CA Bar since 2006. | $770.00 | 1.5 | $1,155.00 |

RLF1 13172693v.1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark H. Dreschler | Associate. Joined firm as an Associate in 2014. Member of CA Bar since 2014. | $460.00 | 10.0 | $4,600.00 |
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $610.00 | 4.6 | $2,806.00 |
| Timothy P. Fisher | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $450.00 | 12.5 | $5,625.00 |
| Krista P. Hanvey | Associate. Joined firm as an associate in 2009. Member of TX Bar since 2009. | $725.00 | 0.4 | $290.00 |
| Aliya J. Sanders | Associate. Joined firm as an associate in 2015. Member of NY Bar since 2014. | $650.00 | 0.6 | $390.00 |
| William T. Thompson | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $425.00 | 14.2 | $6,035.00 |
| Lauren A. Traina | Associate. Joined firm as an Associate in 2014. Member of CA Bar since 2014. | $460.00 | 12.3 | $5,658.00 |
| Needhi N. Vasavada | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2014. | $410.00 | 39.5 | $16,195.00 |
| Elizabeth M. Viney | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $525.00 | 6.3 | $3,307.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $630.00 | 17.1 | $10,773.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $395.00 | 38.6 | $15,247.00 |
| Glen D. Middleton | Paralegal. Joined firm as a Paralegal in 2011. | $415.00 | 13.1 | $5,436.50 |
| Daniel Quevedo | Paralegal. Joined firm as a Paralegal in 2015. | $480.00 | 9.0 | $4,320.00 |
| Robert King | Paralegal. Joined firm as a Paralegal in 2000. | $230.00 | 1.0 | $230.00 |
| **TOTAL** | | | **347.7** | **$222,391.00** |
| **Blended Rate** | | **$639.61** | | |

RLF1 13172693v.1