# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| Filing Fees | $10.29 |
| In House Duplication | $14.70 |
| Messenger And Courier Expense | $48.95 |
| Telephone Charges | $11.42 |
| **Total:** | **$85.36** |

**TOTAL EXPENSES:**                                                                  **$85.36**