# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2015103415 | TCEH | 2015909 | Diana P. Thorn | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015103415 | TCEH | 2015909 | Kevin N. Paden | In House Duplication | $0.10 | 38 | $3.80 | In House Duplication Charge via Equitrac |
| 2015103415 | TCEH | 2015910 | Kevin N. Paden | In House Duplication | $0.10 | 36 | $3.60 | In House Duplication Charge via Equitrac |
| 2015103415 | TCEH | 2015916 | Kevin N. Paden | In House Duplication | $0.10 | 58 | $5.80 | In House Duplication Charge via Equitrac |
| 2015103415 | TCEH | 2015924 | Diana P. Thorn | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2015103415 | TCEH | 2015924 | Diana P. Thorn | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2015103415 | TCEH | 2015909 | William T. Thompson | Filing Fees | | 0 | $5.00 | EFile/Filing fee for motion/brief |
| 2015103415 | TCEH | 2015909 | William T. Thompson | Filing Fees | | 0 | $5.00 | EFile/Filing fee for motion/brief |
| 2015103415 | TCEH | 2015909 | William T. Thompson | Filing Fees | | 0 | $0.29 | EFile/Filing fee for motion/brief |
| 2015103415 | TCEH | 2015929 | James K. Chung | Messenger and Courier Expense | | 0 | $48.95 | Vendor: United Parcel Service, Inc. From: LA Copy Center, Gibson, Dunn & Crutcher LLP, Los Angeles, CA To: Daniel Quevedo, Gibson Dunn & Crutcher LLP, New York, NY |
| 2015103415 | TCEH | 2015824 | Russell H. Falconer | Telephone Charges | | 0 | $11.42 | Vendor: Intercall DATE: 8/31/2015 Conferencing Services by Russell Falconer |

RLF1 13172693v.1