## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON OCTOBER 26, 2015 STARTING AT 10:00 A.M. (EDT)[2]

### I.    INTERIM FEE APPLICATIONS:[3]

1.    Second Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2014 Through December 31, 2014 [D.I. 3980; filed March 26, 2015]

> Response/Objection Deadline:    April 16, 2015 at 4:00 p.m. (EDT)
>
> Responses/Objections Received:    None.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The October 26, 2015 (the "October 26th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT). Any person who wishes to appear telephonically at the October 26th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Friday, October 23, 2015** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

[3] In accordance with paragraph 7(D) of the *General Chambers Procedures of the United States Bankruptcy Court for the District of Delaware, Dated April 3, 2006,* "[A] representative for each applicant personally familiar with the services rendered and costs incurred that are the subject of the [interim fee application] shall appear in person at the [interim fee hearing] in support of the application. If such person is not local counsel, then arrangements may be made through [CourtCall, LLC] to appear telephonically [at the interim fee hearing]." See General Chambers Procedures at ¶ 7(D).

Related Documents:

 i. Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

 ii. Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

2. First Interim Fee Application of McElroy, Deutsch, Mulvaney & Carpenter, LLP for Allowance of Compensation and for Reimbursement of Expenses Incurred During the Period from January 12, 2015 Through April 30, 2015 [D.I. 4770; filed June 15, 2015]

 Response/Objection Deadline: July 6, 2015 at 4:00 p.m. (EDT)

 Responses/Objections Received: None.

 Related Documents:

 i. Supplement to McElroy, Deutsch, Mulvaney & Carpenter, LLP's First Interim Fee Application [D.I. 5835; filed September 2, 2015]

 ii. Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

 iii. Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

 Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

3. First Interim Application of SOLIC Capital Advisors, LLC, Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 18, 2014 Through April 30, 2015 [D.I. 4892; filed June 29, 2015]

 Response/Objection Deadline: July 20, 2015 at 4:00 p.m. (EDT)

 Responses/Objections Received: None.

Related Documents:

i.      Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

ii.     Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

4.      Second Interim Fee Application of AlixPartners, LLP Seeking Compensation for Services Rendered and Reimbursement of Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period from January 1, 2015 Through April 30, 2015 [D.I. 4761; filed June 15, 2015]

Response/Objection Deadline:      September 28, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

Related Documents:

i.      Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

ii.     Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

5.      Second Interim Application of Balch & Bingham LLP, Special Counsel to the Debtor and Debtors in Possession, for the Period from January 1, 2015 Through and Including April 30, 2015 [D.I. 4756; filed June 15, 2015]

Response/Objection Deadline:      July 7, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

Related Documents:

i.      Supplement to Second Interim Fee Application of Balch & Bingham LLP, Special Counsel to the Debtor and Debtors in Possession, for the Period from January 1, 2015 Through and Including April 30, 2015 [D.I. 6242; filed September 30, 2015]

ii.     Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

iii.    Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

6.     Second Interim Fee Application of Cravath, Swaine & Moore LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period January 1, 2015 Through April 30, 2015 [D.I. 4764; filed June 15, 2015]

Response/Objection Deadline:     August 14, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:     None.

Related Documents:

i.      Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

ii.     Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

7.     Second Interim Fee Statement of Goldin Associates, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from January 1, 2015 Through April 30, 2015 [D.I. 4751; filed June 15, 2015]

Response/Objection Deadline:     September 28, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:     None.

4

Related Documents:

i.    Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

ii.   Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

8.   Second Interim Application of Greenhill & Co., LLC, as Financial Advisor to Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2015 Through April 30, 2015 [D.I. 4767; filed June 15, 2015]

Response/Objection Deadline:      June 15, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

i.    Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

ii.   Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

9.   Second Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2015 Through April 30, 2015 [D.I. 4662; filed June 3, 2015]

Response/Objection Deadline:      September 28, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

i.     Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

ii.    Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

10.    Second Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period January 1, 2015 Through April 30, 2015 [D.I. 4734; filed June 11, 2015]

Response/Objection Deadline:    September 28, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

i.     Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

ii.    Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

11.    Second Interim Fee Application of Munger, Tolles & Olson LLP, Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, for the Period from January 1, 2015 Through and Including April 30, 2015 [D.I. 4769; filed June 15, 2015]

Response/Objection Deadline:    July 6, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

    i.      Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

    ii.     Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

    Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

12.    Second Interim Fee Application of O'Kelly Ernst & Bielli, LLC, Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp., for the Period from January 1, 2015 Through and Including April 30, 2015 [D.I. 4760; filed June 15, 2015]

    Response/Objection Deadline:     July 6, 2015 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None.

    Related Documents:

    i.      Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

    ii.     Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

    Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

13.    Second Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from January 1, 2015 Through April 30, 2015 [D.I. 4759; filed June 15, 2015]

    Response/Objection Deadline:     July 6, 2015 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None.

    Related Documents:

    i.      Supplement to Second Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for

Services Rendered and Reimbursement of Expenses Incurred from January 1, 2015 Through April 30, 2015 [D.I. 5326; filed August 14, 2015]

ii.   Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

iii.  Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

14.   Second Interim Fee Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period of January 1, 2015 Through April 30, 2015 [D.I. 4758; filed June 15, 2015]

Response/Objection Deadline:       September 28, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:     None.

Related Documents:

i.   Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

ii.  Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

15.   Second Interim Fee Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2015 Through and Including April 30, 2015 [D.I. 4732; filed June 11, 2015]

Response/Objection Deadline:       September 28, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:     None.

Related Documents:

i.    Supplement to Second Interim Application of Sullivan & Cromwell LLP
      as Counsel to the EFH Official Committee for Compensation for
      Professional Services Rendered and Reimbursement of Expenses Incurred
      for the Period from January 1, 2015 Through and Including April 30, 2015
      [D.I. 6300; filed October 2, 2015]

ii.   Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed
      October 20, 2015]

iii.  Fee Committee's Status Report Concerning Uncontested Interim Fee
      Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I.
      6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The
        parties intend to present a proposed form of agreed omnibus interim fee
        order to the Court for entry at the hearing.

16.   Third Interim Fee Application of Alvarez & Marsal North America, LLC, in Their
      Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for
      the Period from January 1, 2015 Through and Including April 30, 2015 [D.I.
      4809; filed June 19, 2015]

      Response/Objection Deadline:        July 13, 2015 at 4:00 p.m. (EDT)

      Responses/Objections Received:      None.

      Related Documents:

      i.    Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed
            October 20, 2015]

      ii.   Fee Committee's Status Report Concerning Uncontested Interim Fee
            Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I.
            6548; filed October 21, 2015]

      Status: The hearing on this matter will go forward on an uncontested basis. The
              parties intend to present a proposed form of agreed omnibus interim fee
              order to the Court for entry at the hearing.

17.   Third Interim Fee Application for Compensation for Services Rendered and
      Reimbursement of Expenses of Deloitte & Touche LLP as Independent Auditor to
      the Debtors and Debtors-in-Possession for the Period January 1, 2015 Through
      April 30, 2015 [D.I. 5048; filed July 20, 2015]

      Response/Objection Deadline:        August 11, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:     None.

Related Documents:

i.      Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

ii.     Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

18.    Third Interim Fee Application of Evercore Group L.L.C., Debtors' Investment Banker and Financial Advisor for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from January 1, 2015 Through April 30, 2015 [D.I. 4861; filed June 25, 2015]

Response/Objection Deadline:     July 17, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:     None.

Related Documents:

i.      Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

ii.     Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

19.    Third Interim Fee Application of Filsinger Energy Partners, Energy Consultants for the Debtors and Debtors in Possession, for the Period from January 1, 2015 Through and Including April 30, 2015 [D.I. 4768; filed June 15, 2015]

Response/Objection Deadline:     July 7, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:     None.

Related Documents:

i.      Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

ii.     Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

20.     Third Interim Fee Application of Gibson, Dunn & Crutcher LLP Special Counsel to the Debtors and Debtors in Possession, for the Period from January 1, 2015 Through and Including April 30, 2015 [D.I. 4765; filed June 15, 2015]

Response/Objection Deadline:        July 7, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

Related Documents:

i.      Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

ii.     Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

21.     Third Interim Fee Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Accounting and Tax Advisors to the Debtors and Debtors in Possession for the Period from January 1, 2015 Through April 30, 2015 [D.I. 4903; filed June 30, 2015]

Response/Objection Deadline:        July 21, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

Related Documents:

i.      Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

11

    ii.    Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

    Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

22.    Third Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from January 1, 2015 Through and Including April 30, 2015 [D.I. 4773; filed June 15, 2015]

    Response/Objection Deadline:    July 8, 2015 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None.

    Related Documents:

    i.    Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

    ii.    Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

    Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

23.    Third Interim Application of Lazard Frères and Co. LLC, as Investment Banker to the Official Committee of TCEH Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2015 Through April 30, 2015 [D.I. 4933; filed July 7, 2015]

    Response/Objection Deadline:    July 7, 2015 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None.

    Related Documents:

    i.    Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

    ii.    Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

24.   Third Interim Fee Application of McDermott Will & Emery LLP, Special Counsel for the Debtors and Debtors in Possession, for the Period from January 1, 2015 Through and Including April 30, 2015 [D.I. 4821; filed June 22, 2015]

Response/Objection Deadline:        July 14, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.      Supplement to Third Interim Fee Application of McDermott Will & Emery LLP, as Special Counsel for the Debtors and Debtors in Possession, for the Period from January 1, 2105 Through and Including April 30, 2015 [D.I. 5281; filed August 12, 2015]

ii.     Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

iii.    Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

25.   Third Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2015 Through April 30, 2015 [D.I. 4755; filed June 15, 2015]

Response/Objection Deadline:        July 6, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.      Supplement to Third Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2015 Through April 30, 2015 [D.I. 5205; filed August 3, 2015]

ii.     Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

       iii.    Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

      Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

26.    Third Interim Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2015 Through April 30, 2015 [D.I. 4776; filed June 16, 2015]

    Response/Objection Deadline:    July 7, 2015 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None.

    Related Documents:

       i.    Supplement to Third Interim Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2015 Through April 30, 2015 [D.I. 5175; filed July 30, 2015]

       ii.    Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

       iii.    Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

      Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

27.    Third Interim Fee Application of Thompson & Knight LLP, Special Tax Counsel for the Debtors and Debtors in Possession, for the Period from January 1, 2015 Through and Including April 30, 2015 [D.I. 5188; filed July 30, 2015]

    Response/Objection Deadline:    August 21, 2015 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None.

    Related Documents:

       i.    Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

14

ii.     Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

28.     Second Application of Richard Gitlin, Individually, and as Chairman for Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from January 1, 2015 Through April 30, 2015 [D.I. 5013; filed July 15, 2015]

Response/Objection Deadline:          August 5, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:          None.

Related Documents:

i.      Notice of Filing of Exhibits to Interim Fee Application [D.I. 5030; filed July 17, 2015]

ii.     Certification of No Objection Regarding Docket No. 5013 [D.I. 6148; filed September 23, 2015]

iii.    Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

iv.     Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

29.     Second Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from January 1, 2015 Through April 30, 2015 [D.I. 5018; filed July 15, 2015]

Response/Objection Deadline:          August 5, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:          None.

15

Related Documents:

i.      Certification of No Objection Regarding Docket No. 5018 [D.I. 6151; filed September 23, 2015]

ii.     Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

iii.    Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

30.     Second Interim Fee Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period January 1, 2015 Through April 30, 2015 [D.I. 5016; filed July 15, 2015]

Response/Objection Deadline:          August 5, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.      Certification of No Objection Regarding Docket No. 5016 [D.I. 6151; filed September 23, 2015]

ii.     Notice of Hearing on Uncontested Fee Applications [D.I. 6539; filed October 20, 2015]

iii.    Fee Committee's Status Report Concerning Uncontested Interim Fee Applications for Hearing on October 26, 2015 at 10:00 a.m. EDT [D.I. 6548; filed October 21, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

*[Remainder of page intentionally left blank.]*

16

Dated: October 22, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
         marc.kieselstein@kirkland.com
         chad.husnick@kirkland.com
         steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

17