## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

### COMPENSATION BY SUBJECT MATTER[1]
### JULY 1, 2015 THROUGH JULY 31, 2015

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 98.90 | $50,000.00 |
| 11000-50.1 | EFH Restructuring – Case Administration | -- | |
| 11000-50.2 | EFH Restructuring – Budgeting | -- | |
| 11000-50.3 | EFH Restructuring – Fee Application | 28.50 | |
| 11000-51 | EFH - 2015 Legislative Session | -- | |
| 11001 | Luminant | 311.10 | $100,000.00 |
| 11002 | TXU | 103.80 | $10,416.67 |
| 12050 | 4Change | -- | $2,083.33 |
| | | | |
| **Totals:** | | **542.20** | **$162,500.00** |

### EXPENSE SUMMARY
### JULY 1, 2015 THROUGH JULY 31, 2015

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $399.20 |
| Copies | $1,141.79 |
| Taxi | $105.10 |
| Parking | $116.00 |
| Airfare | $1,694.60 |
| Rental Car | $114.64 |
| Fuel | -- |
| Postage | $12.79 |
| Filing Fees | -- |
| Meals | -- |
| Hotel | -- |
| **Total Expenses:** | **$3,584.12** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of Energy Future Holdings, LLC and its debtor subsidiaries.