## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Legislative Engagement)

The Enoch Kever attorneys who rendered professional services for legislative matters during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | -- | -- |
| Elizabeth L. Adams | Associate | 2015 | Regulatory | $250.00 | -- | -- |
| John J. Vay | Member | 1984 | Environmental | $490.00 | -- | -- |
| Michelle V. Hanlon | Associate | 2012 | Regulatory | $225.00 | -- | -- |
| Rod C. Johnson | Member | 1992 | Environmental | $490.00 | -- | -- |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  | -- | -- |

The paraprofessionals of Enoch Kever who rendered professionals services for legislative matters during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| N/A |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**Total Fees Requested** -- --

## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Consolidated Engagement)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | 82.30 | |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 49.20 | |
| Elizabeth L. Adams | Associate | 2015 | Regulatory | $250.00 | 8.00 | |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | 85.10 | |
| Kirk D. Rasmussen | Member | 1999 | Regulatory | $450.00 | 61.70 | |
| Mandy J. Kimbrough | Member | 2005 | Regulatory | $325.00 | 94.50 | |
| Michelle V. Hanlon | Associate | 2012 | Regulatory | $225.00 | 117.80 | |
| Melissa A. Lorber | Member | 2001 | Appellate/Litigation | $395.00 | -- | |
| Rodman C. Johnson | Member | 1992 | Environmental | $490.00 | 4.0 | |
| John J. Vay | Member | 1984 | Environmental | $490.00 | 12.50 | |
| Shelby L. O'Brien | Associate | 2002 | Appellate/Litigation | $325.00 | 19.40 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | **534.50** | **$162,500.00*** |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amanda Felle | Legal Assistant | 1 | Appellate/Litigation | $50.00 | .50 | |
| Aundrea Abernathy | Legal Assistant | 1 | Regulatory | $75.00 | 1.60 | |
| Cyd McCool | Legal Assistant | 1 | Appellate/Litigation | $75.00 | 5.60 | |
| | | | | | **7.70** | |

| | | |
|---|---|---|
| **Total Fees Requested Consolidated Engagement** | **542.20** | **$162,500.00** |
| **Total Fee Requested Legislative Engagement** | **--** | **--** |
| **Total Fees Requested** | **542.20** | **$162,500.00** |