## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**JULY 1, 2015 THROUGH JULY 31, 2015**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $399.20 |
| Copies | $1,141.79 |
| Taxi | $105.10 |
| Parking | $116.00 |
| Airfare | $1,694.60 |
| Rental Car | $114.64 |
| Fuel | -- |
| Postage | $12.79 |
| Filing Fees | -- |
| Meals | -- |
| Hotel | -- |
| **Total Expenses:** | **$3,584.12** |