## EXHIBIT D

### Detailed Description of Expenses and Disbursements

#### DETAILED EXPENSE SUMMARY
#### JULY 1, 2015 THROUGH JULY 31, 2015

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 3956 | 110011 6 | 7/20/15 | Kimbrough, Mandy | Delivery/ Messenger Service | $28.00 | 1 | $28.00 | Hand deliver Amendment form to voluntarily relinquish PCG Registration for Valley NG Power Company LLC (Dkt. 44902)to the PUC and return of file-stamped copies on 7/14/15 |
| 3956 | 110011 6 | 7/20/15 | Kimbrough, Mandy | Delivery/ Messenger Service | $28.00 | 1 | $28.00 | Hand deliver Affidavit (Dkt. 44727) to the PUC and return of file-stamped copies on 7/1/15 |
| 3956 | 110011 6 | 7/20/15 | Kimbrough, Mandy | Delivery/ Messenger Service | $28.00 | 1 | $28.00 | Hand deliver Request to Withdraw PCG Registration for Valley NG Power Company LLC (Dkt. 44902)to the PUC and return of file-stamped copies on 7/2/15 |
| 3956 | 110011 6 | 7/31/15 | Various | Copies | $.13 | 138 | $17.94 | Copies for the month of July 2015 |
| 3956 | 110011 27 | 7/20/15 | Kimbrough, Mandy | Delivery/ Messenger Service | $28.00 | 1 | $28.00 | Hand deliver Comments (Dkt. 44650)to the PUC and return of file-stamped copies on 7/6/15 |
| 3956 | 110011 27 | 7/31/15 | Various | Copies | $.13 | 252 | $32.76 | Copies for the month of July 2015 |
| 3956 | 110011 49 | 7/17/15 | Abernathy, Aundrea | Delivery/ Messenger Service | $31.08 | 1 | $31.08 | Hand deliver Affidavit (Dkt. 44845) to the PUC and return of file-stamped copies |
| 3956 | 110011 49 | 7/31/15 | Various | Copies | $.13 | 24 | $3.12 | Copies for the month of July 2015 |
| 3956 | 110011 49 | 7/31/15 | Various | Postage | $.49 | 1 | $.49 | Postage for the month of July 2015 |

| 3956 | 1100172 | 7/31/15 | Vay, John | Airfare | $428.20 | 1 | $428.20 | Travel expenses to Dallas to attend meeting with client to discuss memorandum concerning Dallas water rights and non-residential, real property lease agreement rejection. |
| | | | | Parking | $23.00 | 1 | $23.00 | |
| | | | | Taxi | $51.60 | 1 | $51.60 | |
| 3956 | 1100172 | 7/31/15 | Kever, Andy | Airfare | $428.20 | 1 | $428.20 | Airfare to Dallas for client meeting |
| 3956 | 1100180 | 7/1/15 | Jolly, Emily | Airfare | $428.20 | 1 | $428.20 | Travel expenses to Dallas for client meeting on 7/1/15 |
| | | | | Taxi | $53.50 | 1 | $53.50 | |
| | | | | Parking | $23.00 | 1 | $23.00 | |
| 3956 | 1100180 | 7/20/15 | Rasmussen, Kirk | Airfare | $410.00 | 1 | $410.00 | Travel expenses to Dallas for client meeting on 7/1/15 |
| | | | | Rental Car | $114.64 | 1 | $114.64 | |
| | | | | Parking | $70.00 | 1 | $70.00 | |
| 3956 | 1100180 | 7/22/15 | Jolly, Emily | Delivery/ Messenger Service | $14.00 | 1 | $14.00 | Hand deliver supplemental filing to the PUC |
| 3956 | 1100180 | 7/22/2015 | Jolly, Emily | Delivery/ Messenger Service | $31.08 | 1 | $31.08 | Hand deliver copies of Griffey direct testimony, exhibits, and workpapers; return of file-stamped copies |
| 3956 | 1100180 | 7/22/2015 | Jolly, Emily | Delivery/ Messenger Service | $52.08 | 1 | $52.08 | Hand deliver copies of Griffey direct testimony, exhibits, and workpapers; return of file-stamped copies |
| 3956 | 1100180 | 7/24/15 | Jolly, Emily | Delivery/ Messenger Service | $10.00 | 1 | $10.00 | Pick up package from Husch Blackwell and deliver to Enoch Kever |
| 3956 | 1100180 | 7/29/2015 | Jolly, Emily | Delivery/ Messenger Service | $56.00 | 1 | $56.00 | Hand deliver protective certifications to the PUC and return file-stamped copies |
| 3956 | 1100180 | 7/31/15 | Various | Copies | $.13 | 8,033 | $1,044.29 | Copies for the month of July 2015 |

| 3956 | 1100180 | 7/31/15 | Various | Postage | $8.87 | 1 | $8.87 | Postage for the month of July 2015 |
| 3955 | 110024 | 7/20/15 | Abernathy, Aundrea | Delivery/ Messenger Service | $28.00 | 1 | $28.00 | Hand deliver Motions and Comments to the PUC and return file-stamped copies |
| 3955 | 110024 | 7/28/15 | Kimbrough, Mandy | Delivery/ Messenger Service | $28.00 | 1 | $28.00 | Hand deliver Motion to Intervene to the PUC and return file-stamped copies |
| 3955 | 110024 | 7/30/15 | Kimbrough, Mandy | Delivery/ Messenger Service | $36.96 | 1 | $36.96 | Hand deliver Motion to Intervene and comments to the PUC and return file-stamped copies |
| 3955 | 110024 | 7/31/15 | Various | Copies | 336 | .13 | $43.68 | Copies for the month of July 2015 |
| 3955 | 110024 | 7/31/15 | Various | Postage | $3.43 | 1 | $3.43 | Postage for the month of July 2015 |