## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| B130 | [EFH] Asset Disposition | 86.90 | $48,501.50 |
| B160 | Fee/Employment Applications | 25.40 | $13,382.00 |
| B270 | Energy Trading | 64.40 | $47,854.00 |
| B340 | Hearings | .90 | $522.00 |
| | **TOTAL** | **177.60** | **$110,259.50** |

DM_US 62620117-1.093681.0012