## **EXHIBIT B**

### **Professionals' Information**

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $875 | 35.60 | $31,150.00 |
| Ryan A. Wagner | Associate | $580 | 51.60 | $29,928.00 |
| Andrea Duncliffe | Paralegal Manager | $280 | 4.50 | $1,260.00 |
| Adolfo Gomes | Chief Economist, Transfer Pricing | $625 | 67.30 | $42,062.50 |
| Haiyan Zhang | Financial Analyst, Transfer Pricing | $315 | 18.60 | $5,859.00 |
| **Total** | | | **177.60** | **$110,259.50** |