## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---:|
| Business Meals | Dallas Marriott Hotel | $67.55 |
| Airfare | United Airlines | $1,136.20 |
| Lodging | Dallas Marriott Hotel | $1,050.00 |
| Car Rental | Budget Rental | $145.59 |
| Parking | Various Vendors | $224.69 |
| Miscellaneous | Shell Gas | $7.54 |
| **TOTAL** | | **$2,631.57** |