## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

DM_US 62620117-1.093681.0012

### **Expense Detail by Category**

### **June 1, 2015 through June 30, 2015**

### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 8, 2015 | $1,136.20 | Airfare Round Trip Coach NJ/Dallas |
| **Expense Category Total:** | | **$1,136.20** | |

### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 8, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | June 9, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | June 10, 2015 | $350.00 | Dallas Marriott Hotel |
| **Expense Category Total:** | | **$1,050.00** | |

### *MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 8, 2015 | $41.57 | Out of Town Breakfast @ Dallas Marriott Hotel |
| Iskender H. Catto | June 10, 2015 | $25.98 | Out of Town Breakfast @ Dallas Marriott Hotel |
| **Expense Category Total:** | | **$67.55** | |

### *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 8 - June 11, 2015 | $145.59 | Budget Car Rental (3 days @ $48.53/day, taxes and fees included) |
| **Expense Category Total:** | | **$145.59** | |

## *PARKING*

| **Professional/Service** | **Date** | **Expense** | **Expense Description** |
|---|---|---|---|
| Iskender H. Catto | June 8, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | June 9, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | June 10, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | June 8 - June 11, 2015 | $127.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | June 11, 2015 | $10.00 | Stall Parking |

**Expense Category Total:**                                  **$224.69**

## *MISCELLANEOUS*

| **Professional/Service** | **Date** | **Expense** | **Expense Description** |
|---|---|---|---|
| Iskender H. Catto | June 11, 2015 | $7.54 | Shell Gas |

**Expense Category Total:**                                  **$7.54**