## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| B130 | [EFH] Asset Disposition | 25.30 | $14,913.50 |
| B160 | Fee/Employment Applications | 8.90 | $4,562.00 |
| B270 | Energy Trading | 34.50 | $25,172.50 |
| B320 | Plan and Disclosure Statement | 1.90 | $1,102.00 |
| | **TOTAL** | **70.60** | **$45,750.00** |