## EXHIBIT B

### Professionals' Information

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $875 | 17.50 | $15,312.50 |
| Ryan A. Wagner | Associate | $580 | 25.80 | $14,964.00 |
| Andrea Duncliffe | Paralegal Manager | $280 | 2.00 | $560.00 |
| Adolfo Gomes | Chief Economist, Transfer Pricing | $625 | 22.40 | $14,000.00 |
| Haiyan Zhang | Financial Analyst, Transfer Pricing | $315 | 2.90 | $913.50 |
| **Total** | | | **70.60** | **$45,750.00** |