## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | United Airlines | $2,379.40 |
| Lodging | Dallas Marriott Hotel | $2,014.71 |
| Car Rental | Budget Rental | $450.00 |
| Parking | Various Vendors | $431.38 |
| Miscellaneous | Shell Gas | $8.63 |
| **TOTAL** |  | **$5,284.12** |