# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

DM_US 63814238-1.093681.0012

**Expense Detail by Category**

**July 1, 2015 through July 31, 2015**

*AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | July 6, 2015 | $1,177.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | July 20, 2015 | $1,202.20 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:**                                   **$2,379.40**

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | July 6, 2015 | $321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | July 7, 2015 | $321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | July 8, 2015 | $321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | July 20, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | July 21, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | July 22, 2015 | $350.00 | Dallas Marriott Hotel |

**Expense Category Total:**                                   **$2,014.71**

*MEALS*

*N/A*

*TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | July 6, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | July 7, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | July 8, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | July 20, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | July 21, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | July 22, 2015 | $75.00 | Budget Car Rental |

**Expense Category Total:**                                   **$450.00**

*PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | July 6, 2015 | $132.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | July 6, 2015 | $8.00 | In & Out Parking |
| Iskender H. Catto | July 6, 2015 | $29.23 | Dallas Marriott Hotel |

| | | | Parking |
|---|---|---|---|
| Iskender H. Catto | July 7, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | July 8, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | July 20, 2015 | $9.00 | Stall parking |
| Iskender H. Catto | July 20, 2015 | $107.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | July 20, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | July 21, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | July 22, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| **Expense Category Total:** | | **$431.38** | |

## *MISCELLANEOUS*

| **Professional/Service** | **Date** | **Expense** | **Expense Description** |
|---|---|---|---|
| Iskender H. Catto | July 6, 2015 | $8.63 | Shell Gas |
| **Expense Category Total:** | | **$8.63** | |