# EXHIBIT D

## Summary of Jenner & Block LLP Blended Hourly Rates
## (Customary And Comparable Compensation Disclosures)

| Timekeeper Category | | Blended Hourly Rate | |
|---|---|---|---|
| | | Worked and Billed in 2014 (excluding Restructuring lawyers) | Billed in this Fee Application |
| **Partner** | | 685 | 1048 |
| | Partner - Sr | 760 | 1048 |
| | Partner - Mid | 639 | N/A |
| | Partner - Jr | 567 | N/A |
| Associate | | 432 | 650 |
| | Associate - Sr | 496 | 650 |
| | Associate - Mid | 456 | N/A |
| | Associate - Jr | 361 | N/A |
| Total (including Staff Attys, Paralegals & Project Assistants) | | 502 | 1,029 |

Case Name:      ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC

Case Number:      14-10979 (CSS)

Applicant's Name:      Jenner & Block LLP

Date of Application:      October 21, 2015

Interim or Final:      Interim