## **EXHIBIT E**

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Richard Levin** | Partner | 1976 | Restructuring | 1,150 | 275.20 | $308,775.00 |
| **Vince E. Lazar** | Partner | 1990 | Restructuring | 950 | 118.20 | $103,502.50 |
| **Carl N. Wedoff** | Associate | 2010 | Restructuring | 650 | 20.20 | $13,130.00 |
| TOTAL | | | | | **413.60** | **$425,407.50** |

102940.1