## EXHIBIT F

## Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---:|
| Client Business Transportation | 5,504.81 |
| Conference Call/Voice/Data | 11.79 |
| Lexis/Westlaw Research | 226.96 |
| **TOTAL** | **$5,743.56** |