## EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Chapter 11 General and Administrative | 12.50 | $14,185.00 |
| Plan and Disclosure | 290.40 | $306,740.00 |
| Intercompany Claims | 15.70 | $15,835.00 |
| Tax Issues | 4.20 | $4,830.00 |
| Oncor Sale Process | 24.70 | $28,405.00 |
| Employment and Fee Applications | 34.20 | $38,920.00 |
| Non-working Travel | 31.90 | $16,492.50 |
| **TOTAL** | **413.60** | **$425,407.50** |