## EXHIBIT H

**Detailed Time Records for Jenner & Block LLP**

**Time Report**

**ENERGY FUTURES INTERMEDIATE HOLDING / GENERAL & ADMINISTRATIVE (55152-10010)**

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|------|------|---|---------|----------|---------|---------|-----------|
| 5/22/2015 | RICHARD B. LEVIN | Partner | 1.00 | 1,150.00 | 1.00 | 1,150.00 | Weekly Board meeting. |
| 06/05/2015 | RICHARD B. LEVIN | Partner | 1.40 | 1,610.00 | 1.40 | 1,610.00 | Weekly Board meeting. |
| 06/12/2015 | RICHARD B. LEVIN | Partner | 0.80 | 920.00 | 0.80 | 920.00 | Weekly Board Meeting. |
| 06/15/2015 | RICHARD B. LEVIN | Partner | 0.30 | 345.00 | 0.30 | 345.00 | Review court's opinion on PIK make whole and interest claims. |
| 06/19/2015 | RICHARD B. LEVIN | Partner | 1.10 | 1,265.00 | 1.10 | 1,265.00 | Weekly Board call. |
| 06/23/2015 | RICHARD B. LEVIN | Partner | 0.60 | 690.00 | 0.60 | 690.00 | Special Board meeting. |
| 06/24/2015 | RICHARD B. LEVIN | Partner | 0.70 | 805.00 | 0.70 | 805.00 | Board conference call re plan negotiations. |
| 07/10/2015 | RICHARD B. LEVIN | Partner | 0.60 | 690.00 | 0.60 | 690.00 | Review E-1L stay relief decision. |
| 07/10/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Review and revise April 2 Board Minutes (.2); Review PIK post petition interest objection (.2). |
| 07/17/2015 | RICHARD B. LEVIN | Partner | 0.30 | 345.00 | 0.30 | 345.00 | Emails, telephone conference J. Walker re Oncor Board issue. |
| 07/30/2015 | RICHARD B. LEVIN | Partner | 3.40 | 3,910.00 | 3.40 | 3,910.00 | Attend EFH Board meeting. |
| 08/18/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Review and revise EFIH DD meeting minutes. |
| 08/19/2015 | CARL N. WEDOFF | | 0.30 | 195.00 | 0.30 | 195.00 | Identified emails responsive to document requests (.1); conferred with B. Kidwell re same (.1); reviewed litigation hold memorandum (.1). |
| 08/26/2015 | VINCENT E. LAZAR | Partner | 0.20 | 190.00 | 0.20 | 190.00 | Attended call with EFIH DD and DDA team re recap of hearing, plan schedule, Oncor side letter evaluation (.8); reviewed draft scheduling orders, emails re same (.3); skimmed ad valorem tax objection (.2). |
| 08/28/2015 | RICHARD B. LEVIN | Partner | 1.00 | 1,150.00 | 1.00 | 1,150.00 | Board meeting conference call. |
| | | | **12.50** | **14,185.00** | **12.50** | **14,185.00** | |

**ENERGY FUTURES INTERMEDIATE HOLDING / GOVERNANCE (55152-10026)**

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|------|------|---|---------|----------|---------|---------|-----------|
| 08/18/2015 | VINCENT E. LAZAR | Partner | 0.20 | 190.00 | 0.20 | 190.00 | Reviewed draft minutes, emails re same. |
| | | | **0.20** | **190.00** | **0.20** | **190.00** | |

**ENERGY FUTURES INTERMEDIATE HOLDING / PLAN AND DISCLOSURE (55152-10034)**

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|------|------|---|---------|----------|---------|---------|-----------|
| 05/19/2015 | RICHARD B. LEVIN | Partner | 1.50 | 1,725.00 | 1.50 | 1,725.00 | Conference call Kirkland and Independent counsel re disclosure statement discovery response (.9); telephone conference T. Broad re same (.2); review related discovery requests (.5). |
| 05/20/2015 | RICHARD B. LEVIN | Partner | 0.80 | 920.00 | 0.80 | 920.00 | Conference call Kirkland & Independent Counsel re response to disclosure statement discovery. |
| 05/21/2015 | RICHARD B. LEVIN | Partner | 0.30 | 345.00 | 0.30 | 345.00 | Revise Disclosure Statement discovery letter. |
| 05/21/2015 | RICHARD B. LEVIN | Partner | 1.00 | 1,150.00 | 1.00 | 1,150.00 | Weekly Kirkland & Independents conference call re status. |
| 05/24/2015 | RICHARD B. LEVIN | Partner | 1.00 | 1,150.00 | 1.00 | 1,150.00 | Review creditor term sheets. |
| 05/26/2015 | RICHARD B. LEVIN | Partner | 1.30 | 1,495.00 | 1.30 | 1,495.00 | Telephone conference M. Kiesselstein re creditor plan proposal (.3); conference call C. Cremens, P. Gelston, Goldin re same and re Oncor bids (1.0). |
| 05/27/2015 | RICHARD B. LEVIN | Partner | 1.30 | 1,495.00 | 1.30 | 1,495.00 | Telephone conference A. McGann re make-whole litigation status, arguments(.5), miscellaneous emails re disclosure statement discovery (.3); emails re creditor plan provisions (.5) |
| 05/28/2015 | RICHARD B. LEVIN | Partner | 0.50 | 575.00 | 0.50 | 575.00 | Conference call Kirkland & Independents re creditor comments on plans. |
| 05/29/2015 | RICHARD B. LEVIN | Partner | 0.60 | 690.00 | 0.60 | 690.00 | Review exclusivity objections and draft reply. |
| 05/30/2015 | RICHARD B. LEVIN | Partner | 1.70 | 1,955.00 | 1.70 | 1,955.00 | Emails to A. Dietderich, Independent counsel and Kirkland re plan alternatives, tax issues, conflict matters (.5); conference call Independen counsel re same (1.0); telephone conference J. Sprayreger re exclusivity hearing (.2). |
| 06/01/2015 | RICHARD B. LEVIN | Partner | 2.10 | 2,415.00 | 2.10 | 2,415.00 | Attend (conference call) exclusivity hearing. |

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|---|---|---|---|---|---|---|---|
| 06/02/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Telephone conference D. Sanders re creditor disclosure statement discovery request. |
| 06/03/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Emails D. Sanders re document production request, retention. |
| 06/04/2015 | RICHARD B. LEVIN | Partner | 1.20 | 1,380.00 | 1.20 | 1,380.00 | Review revised Fidelity Plan (.5); review and revise draft Plan Support Agreement (.7) |
| 06/04/2015 | RICHARD B. LEVIN | Partner | 0.50 | 575.00 | 0.50 | 575.00 | Review and revise Disclosure Statement insert re Intercompany settlement. |
| 06/05/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Emails with Proskauer re MTO document production to MoFo for Disclosure Statement discovery. |
| 06/07/2015 | RICHARD B. LEVIN | Partner | 1.70 | 1,955.00 | 1.70 | 1,955.00 | Review draft T. unsecured term sheet (0.9); review revised Fidelity plan draft (.3); conference call Kirkland and DDA's re same (.5). |
| 06/08/2015 | RICHARD B. LEVIN | Partner | 0.30 | 345.00 | 0.30 | 345.00 | Review email response to T-side plan proposal. |
| 06/08/2015 | RICHARD B. LEVIN | Partner | 0.50 | 575.00 | 0.50 | 575.00 | Miscellaneous emails re disclosure statement discovery disputes (.5). |
| 06/09/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Review revised creditor plan proposal documents (.4). |
| 06/09/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Emails re creditor plan proposal. |
| 06/10/2015 | RICHARD B. LEVIN | Partner | 1.20 | 1,380.00 | 1.20 | 1,380.00 | Review intercompany settlement effect on plan and related background materials (.9); email P. Gelston re same (.3). |
| 06/12/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Review plan confirmation schedule; emails re same. |
| 06/15/2015 | RICHARD B. LEVIN | Partner | 2.00 | 2,300.00 | 2.00 | 2,300.00 | Conference call Kirkland and DDAs re creditor term sheet (0.6); conference call Kirkland, DDAs, creditor advisers re same (1.4). |
| 06/15/2015 | RICHARD B. LEVIN | Partner | 0.60 | 690.00 | 0.60 | 690.00 | Review issues list on creditor proposal and markings of term sheet. |
| 06/16/2015 | RICHARD B. LEVIN | Partner | 1.80 | 2,070.00 | 1.80 | 2,070.00 | Conference call meeting with creditor groups re plan terms and documents. |
| 06/18/2015 | RICHARD B. LEVIN | Partner | 0.60 | 690.00 | 0.60 | 690.00 | Telephone conference M. Kieselstein re creditor plan developments (.4); emails re same with client (.2). |
| 06/18/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Telephone conference P. Gelston re creditor plan issues. |
| 06/19/2015 | RICHARD B. LEVIN | Partner | 0.80 | 920.00 | 0.80 | 920.00 | Telephone conference C. Cremens, P. Gelston re creditor plan issues (.7); telephone conference P. Gelston re same (.1). |
| 06/19/2015 | RICHARD B. LEVIN | Partner | 1.10 | 1,265.00 | 1.10 | 1,265.00 | Telephone conference S. Alberino re creditor plan (.5); telephone conference P. Gelston re same (.2); Telephone conference C. Cremens, P. Gelston re same (.2); telephone conference M. Kieselstein re same(.2). |
| 06/19/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Telephone conference D. Prager re creditor plan issues. |
| 06/22/2015 | RICHARD B. LEVIN | Partner | 1.60 | 1,840.00 | 1.60 | 1,840.00 | Review draft hearing talking points; telephone conference P. Gelston re same (.4); conference call Kirkland and DDAs re scheduling hearing preparation (.7); revise talking points (.5). |
| 06/23/2015 | RICHARD B. LEVIN | Partner | 2.10 | 2,415.00 | 2.10 | 2,415.00 | Review revised creditor plan (.8); telephone conference Kirkland, DDAs re plan hearing schedule, creditor negotiations (.5); conference call C. Cremens, Goldin, P. Gelston re same (.8). |
| 06/23/2015 | RICHARD B. LEVIN | Partner | 0.60 | 690.00 | 0.60 | 690.00 | Telephone conference E. Geier re plan draft comments (.4); telephone conference M. Kieselstein re PIK negotiations (.2). |
| 06/23/2015 | RICHARD B. LEVIN | Partner | 0.30 | 345.00 | 0.30 | 345.00 | Review Goldin financial analysis of plan; email A. Needham re related ta issue. |
| 06/24/2015 | RICHARD B. LEVIN | Partner | 0.90 | 1,035.00 | 0.90 | 1,035.00 | Review financial analysis of creditor plan; telephone conference D. Prager re same and re PIK negotiations (.3); telephone conference C. Cremens re plan draft issues (.2); conference call C. Cremens, Goldin re same (.2). |
| 06/24/2015 | RICHARD B. LEVIN | Partner | 0.30 | 345.00 | 0.30 | 345.00 | Telephone conference P. Gelston re plan process, negotiations. |
| 06/25/2015 | RICHARD B. LEVIN | Partner | 3.80 | 4,370.00 | 3.80 | 4,370.00 | Review emails, revise order and stipulations re plan scheduling issues in preparation for hearing re same (.9); Attend hearing (2.7); telephone conference C. Cremens re same (.8). |
| 06/25/2015 | RICHARD B. LEVIN | Partner | 0.50 | 575.00 | 0.50 | 575.00 | Telephone conference D. Prager re creditor plan issues (.5). |
| 06/26/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Telephone conference P. Gelston re T-side plan issues. |
| 06/26/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Review T-side plan issues list. |
| 06/28/2015 | RICHARD B. LEVIN | Partner | 1.30 | 1,495.00 | 1.30 | 1,495.00 | Review draft T-side plan provision (.4); conference call Kirkland and DDAs re same (.9). |
| 06/29/2015 | RICHARD B. LEVIN | Partner | 0.30 | 345.00 | 0.30 | 345.00 | Review revised Fidelity PSA; emails re same. |
| 06/29/2015 | RICHARD B. LEVIN | Partner | 1.10 | 1,265.00 | 1.10 | 1,265.00 | Conference call Kirkland, DDAs re creditor plan issues, strategy (.8); telephone conference P. Gelston re same (.3). |

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|------|------|--|----------|----------|---------|---------|-----------|
| 06/30/2015 | RICHARD B. LEVIN | Partner | 1.90 | 2,185.00 | 1.90 | 2,185.00 | Telephone conference D. Prager re Fidelity plan negotiations (.2); Review Evercore analysis re same (.5); telephone conference D. Prager re same (.2); telephone conference T. Walper re same (.2); conference call Kirkland and DDAs re same (.8). |
| 07/01/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Meeting C. Wedoff re mootness issue. |
| 07/01/2015 | CARL N. WEDOFF | Partner | 1.00 | 650.00 | 1.00 | 650.00 | Conferred with R. Levin re research and next steps (.2); reviewed and analyzed equitable mootness authority (.8). |
| 07/02/2015 | CARL N. WEDOFF | Partner | 0.90 | 585.00 | 0.90 | 585.00 | Reviewed and analyzed equitable mootness authority. |
| 07/02/2015 | RICHARD B. LEVIN | Partner | 1.20 | 1,380.00 | 1.20 | 1,380.00 | Conference call Kirkland, DDAs re creditor plan negotiation status (.6); telephone conference S. Dore re same (.5); Review Texas AG Letter re same (.1). |
| 07/06/2015 | CARL N. WEDOFF | | 2.80 | 1,820.00 | 2.80 | 1,820.00 | Further reviewed and analyzed equitable mootness authority (1.3); prepared draft memorandum re same (1.4); exchanged emails with R. Levin re same (.1). |
| 07/07/2015 | RICHARD B. LEVIN | Partner | 3.40 | 3,910.00 | 3.40 | 3,910.00 | Meeting Kirkland, Company, PIKs re creditor plan negotiations (2.6); telephone conference P. Gelston re same (.3); conference call Kirkland, DDA's re same and D.S. discovery (.5). |
| 07/07/2015 | RICHARD B. LEVIN | Partner | 0.30 | 345.00 | 0.20 | 230.00 | Confer C. Wedoff re equitable mootness research (.3). |
| 07/07/2015 | CARL N. WEDOFF | | 3.50 | 2,275.00 | 3.50 | 2,275.00 | Reviewed and analyzed equitable mootness authority (2.3); prepared draft memorandum re same (1.0); conferred with R. Levin re same (.2). |
| 07/08/2015 | CARL N. WEDOFF | | 4.10 | 2,665.00 | 4.10 | 2,665.00 | Reviewed and analyzed equitable mootness authority (1.8); drafted and revised memorandum re same (2.3). |
| 07/08/2015 | RICHARD B. LEVIN | Partner | 1.00 | 1,150.00 | 1.00 | 1,150.00 | Conference call C. Cremens, P. Gelston re status of plan negotiations. |
| 07/09/2015 | CARL N. WEDOFF | | 3.90 | 2,535.00 | 3.90 | 2,535.00 | Drafted and revised equitable mootness memorandum. |
| 07/09/2015 | RICHARD B. LEVIN | Partner | 0.50 | 575.00 | 0.50 | 575.00 | Emails re creditor plan proposal. |
| 07/10/2015 | CARL N. WEDOFF | | 1.80 | 1,170.00 | 1.80 | 1,170.00 | Revised equitable mootness memorandum (1.7); exchanged emails with R. Levin re same (.1). |
| 07/10/2015 | RICHARD B. LEVIN | Partner | 1.30 | 1,495.00 | 1.30 | 1,495.00 | Weekly Board conference call. |
| 07/13/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Review plan term sheets. |
| 07/13/2015 | RICHARD B. LEVIN | Partner | 0.60 | 690.00 | 0.60 | 690.00 | Research re equitable mootness. |
| 07/14/2015 | RICHARD B. LEVIN | Partner | 2.20 | 2,530.00 | 2.20 | 2,530.00 | Telephone conference D. Prager re valuation issues (.2); telephone conference P. Gelston (.1) and C. Cremens (.3) re same; Review valuation analysis (.7); telephone conference D. Prager re same (.5); telephone conference S. Serajeddini re TIL-T-uns term sheet (.4). |
| 07/15/2015 | RICHARD B. LEVIN | Partner | 5.20 | 5,980.00 | 5.20 | 5,980.00 | Conference call Kirkland, DDA's re plan negotiations strategy, creditor plans (.5); meeting with Kirkland, DDAs, creditor reps re same (2.8); follow-on meeting with Kirkland and DDAs re same (1.9). |
| 07/16/2015 | RICHARD B. LEVIN | Partner | 3.40 | 3,910.00 | 3.40 | 3,910.00 | Extended meeting with P. Gelston and D. Prager re creditor plan, response and strategy, including telephone conferences C. Cremens re Proskauer re same (3.2); review creditor term sheet response (.2). |
| 07/17/2015 | RICHARD B. LEVIN | Partner | 5.00 | 5,750.00 | 5.00 | 5,750.00 | Telephone conference C. Cremens re negotiation with creditors (.3); telephone conference DDA's, Kirkland re same and to prepare for Board meeting (.8); follow up call with P. Gelston (.2); conference call P. Gelston, J. Sprayregen re same (.6); Weekly Board meeting re plan (1.3); follow up call with D. Prager, P. Gelston re strategy (.5); conference call Goldin, P. Gelston, Proskauer re same and various plan proposals (.7); follow up emails re same (.4); follow up call with C. Cremens re same (.2). |
| 07/18/2015 | RICHARD B. LEVIN | Partner | 9.00 | 10,350.00 | 9.00 | 10,350.00 | Prepare for Kirkland and DDA conference call re plan negotiation and filing (.3); conference call re same (2.0); Emails C. Cremens re same (.4); Review plan draft (1.4); telephone conference C. Cremens re plan negotiation issues (.7); telephone conference S. Serajeddini re same (.3); telephone conference J. Sprayregen re same (.6); telephone conference S. Dore re same (.7); conference call Kirkland, DDAs and company re same (2.0); telephone conference D. Prager re same (.3); emails re same (.3). |

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|------|------|------|------|------|------|------|------|
| 07/19/2015 | RICHARD B. LEVIN | Partner | 4.00 | 4,600.00 | 4.00 | 4,600.00 | Review Evercore analysis and prepare for Kirkland, DDA conference call re plan negotiations (.5); conference call Kirkland, DDA's and company re same (1.3); emails re same (.4); conference call C. Cremens, P. Gelston re strategy (.8); telephone conference P. Gelston re same and re document review (.2); conference call DDAs re plan issues (.9). |
| 07/19/2015 | RICHARD B. LEVIN | Partner | 1.00 | 1,150.00 | 1.00 | 1,150.00 | Conference call Kirkland DDAs, company re plan draft, Board presentation. |
| 07/20/2015 | RICHARD B. LEVIN | Partner | 1.50 | 1,725.00 | 1.50 | 1,725.00 | Conference call C. Cremens, P. Gelston, D. Prager re plan negotiation status, strategy (1.1); telephone conferences J. Sprayregen re same (.2); telephone conference C. Haswich re plan draft and emails re same (.2). |
| 07/20/2015 | RICHARD B. LEVIN | Partner | 1.70 | 1,955.00 | 1.70 | 1,955.00 | Telephone conference C. Cremens re Board meeting re plan (.3); Board meeting re plan draft, filing (1.4). |
| 07/21/2015 | RICHARD B. LEVIN | Partner | 1.80 | 2,070.00 | 1.80 | 2,070.00 | Telephone conference M. Kieselstein re T-side plan negotiations (.2); telephone conference D. Prager re same (.1); telephone conference A. Kornberg re same (.3); telephone conference M. Kieselstein re same (.2); telephone conference P. Gelston re same (.4); telephone conference M. Kieselstein re same (.2); emails various parties re same (.4). |
| 07/21/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Email A. Hagena re plan tax issues. |
| 07/22/2015 | RICHARD B. LEVIN | Partner | 4.20 | 4,830.00 | 4.20 | 4,830.00 | Review T-Side plan documents (1.7); emails to P. Gelston, D. Prager re cash distributions under a plan (.4); Emails with DDAs re plan negotiations (.3); telephone conference M. Thomas re same (.4); conference call Kirkland and DDAs re same (1.0); follow up call with P. Gelston and D. Prager re same and to prepare for Board meeting (.4). |
| 07/22/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Email C. Cremens re Board meeting. |
| 07/22/2015 | RICHARD B. LEVIN | Partner | 2.00 | 2,300.00 | 2.00 | 2,300.00 | Review draft Board presentation re plan filing (.3); telephone conference M. Thomas re E-Side plan negotiations (.4); conference call Kirkland, DDAs and company to prepare for Board meeting about plan filing (1.3). |
| 07/23/2015 | RICHARD B. LEVIN | Partner | 3.10 | 3,565.00 | 3.10 | 3,565.00 | Emails re plan approval Board resolutions (.3); conference call C. Cremens, Goldin, Cravath re plan filing and negotiation issues (.7); revise plan filing statement (.2); Board meeting re plan (1.1); telephone conference J. Sprayregen re plan process (.2); further emails re same (.3); telephone conference S. Dore re T-plan negotiations (.3). |
| 07/23/2015 | RICHARD B. LEVIN | Partner | 1.00 | 1,150.00 | 1.00 | 1,150.00 | Telephone conference P. Gelston re T-plan negotiation (.3); telephone conference M. Thomas re same (.2); emails re plan filing statement (.2); telephone conference D. Prager re EFH negotiations (.3). |
| 07/24/2015 | RICHARD B. LEVIN | Partner | 2.50 | 2,875.00 | 2.50 | 2,875.00 | Telephone conference V. Lazar re plan background (.2); telephone conference S. Alberino re plan negotiations (.2); conference call P. Gelston, D. Prager re E-side negotiations (.8); related emails (.3); conference call Kirkland, DDAs re E-side and T-side negotiations (.8); telephone conference J. Sprayregen re same (.2). |
| 07/24/2015 | RICHARD B. LEVIN | Partner | 0.30 | 345.00 | 0.30 | 345.00 | Review plan revisions. |
| 07/24/2015 | RICHARD B. LEVIN | Partner | 1.20 | 1,380.00 | 1.20 | 1,380.00 | Review and revise draft Settlement Agreement. |
| 07/24/2015 | VINCENT E. LAZAR | Partner | 1.10 | 1,045.00 | 1.10 | 1,045.00 | Attended conference call with debtor's counsel re plan negotiations, strategic issues. |
| 07/25/2015 | VINCENT E. LAZAR | Partner | 0.80 | 760.00 | 0.80 | 760.00 | Skimmed disclosure statement. |
| 07/26/2015 | VINCENT E. LAZAR | Partner | 2.50 | 2,375.00 | 2.50 | 2,375.00 | Attended conference call with debtor's counsel re plan negotiations, related matters; reviewed disclosure statement. |
| 07/26/2015 | RICHARD B. LEVIN | Partner | 3.50 | 4,025.00 | 3.50 | 4,025.00 | Revise plan documents (2.7); conference call Kirkland and DDAs re status of negotiations (.5); miscellaneous related emails (.3). |
| 07/27/2015 | VINCENT E. LAZAR | Partner | 1.00 | 950.00 | 0.90 | 855.00 | Conference call with client re plan progress/process. |

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|---|---|---|---|---|---|---|---|
| 07/27/2015 | RICHARD B. LEVIN | Partner | 2.70 | 3,105.00 | 2.70 | 3,105.00 | Conference call C. Cremens, P. Gelston, D. Prager re status, strategy E-side negotiating (.9); follow up call with P. Gelston re same (.2); conference call DDAs re E-side plan (1.2); follow up call with P. Gelston and D. Prager (.4). |
| 07/28/2015 | RICHARD B. LEVIN | Partner | 7.80 | 8,970.00 | 8.00 | 9,200.00 | Meeting V. Lazar re plan issues background and strategy (1.4); conference call Kirkland and DDAs re T-side plan status and negotiating positions (1.5); Attend plan negotiation session with E-side (4.9). |
| 07/28/2015 | VINCENT E. LAZAR | Partner | 1.60 | 1,520.00 | 1.60 | 1,520.00 | Office conference with R. Levin re case background, update on negotiations, preparation for meeting. |
| 07/28/2015 | VINCENT E. LAZAR | Partner | 0.70 | 665.00 | 0.70 | 665.00 | Attended conference call with DDA's and K&E re update on negotiations REIT plan, equalization plan. |
| 07/28/2015 | VINCENT E. LAZAR | Partner | 5.50 | 5,225.00 | 5.50 | 5,225.00 | Attended meeting at K&E NY re negotiations with DDA's for EFH and T-Side re potential plan amendments and terms of equalization plan. |
| 07/29/2015 | RICHARD B. LEVIN | Partner | 11.80 | 13,570.00 | 11.80 | 13,570.00 | Participate in plan negotiating sessions and strategy sessions at EFH. |
| 07/29/2015 | VINCENT E. LAZAR | Partner | 1.00 | 950.00 | 1.00 | 950.00 | Prepared for and attended EFIH board meeting re update on equitization plan, negotiations, REIT plan and related issues. |
| 07/29/2015 | VINCENT E. LAZAR | Partner | 9.00 | 8,550.00 | 9.00 | 8,550.00 | Participated in multi-party negotiations with EFH, T-Side DD legal and financial advisors, re terms of potential equitization plan, E-side stock allocation and related issues. |
| 07/29/2015 | VINCENT E. LAZAR | Partner | 0.50 | 475.00 | 0.50 | 475.00 | Attended call with K&E, DDA's re update on T-1 and T-unsecured negotiations, impact on potential equitization plan. |
| 07/30/2015 | RICHARD B. LEVIN | Partner | 2.80 | 3,220.00 | 2.80 | 3,220.00 | Attend plan negotiating session at EFH (0.9); Review settlement motion (.4); telephone conference T. Broad re same (.3); Review and revise equitization plan term sheet (1.2). |
| 07/30/2015 | RICHARD B. LEVIN | Partner | 1.90 | 2,185.00 | 1.90 | 2,185.00 | Conference call Kirkland, DDAs re equitization plan issues (.4); telephone conference D. Prager re same (.6); conference call Kirkland, DDAs re same (.5); telephone conference D. Prager re same (.2); Emails C. Cremens re same (.2). |
| 07/30/2015 | VINCENT E. LAZAR | Partner | 4.50 | 4,275.00 | 4.50 | 4,275.00 | Attended joint board meeting re updates and presentation on REIT plan, equitization plan, status of negotiations and related matters. |
| 07/30/2015 | VINCENT E. LAZAR | Partner | 2.00 | 1,900.00 | 2.00 | 1,900.00 | Continued multi-party E-side plan negotiations, including negotiation and comments to term sheet, proposed board deck. |
| 07/31/2015 | RICHARD B. LEVIN | Partner | 8.40 | 9,660.00 | 8.40 | 9,660.00 | Telephone conference P. Gelston re E-side plan negotiations (.1); telephone conference C. Cremens, Goldin, P. Gelston re same (1.0); review revised term sheet (.2); telephone conference D. Prager re financial analysis of same (.3); telephone conference D. Prager re same (.2); conference call P. Gelston, D. Prager re same (.4); conference call Kirkland and DDAs re same (.7); telephone conference S. Serajeddini re plan issue (.1); telephone conference D. Prager re financial analysis (.4); conference call Evercore, and Kirkland re E-side deal (1.0); telephone conference C. Cremens re same (.2); conference call Kirkland, Evercore re same (.8); telephone conference C. Cremens re same (.2); conference call C. Cremens, D. Prager, P. Gelston re same (.8); conference call Kirkland, Evercore, DDAs re same (.8); miscellaneous emails re same (.4); review filing statement and term sheet (.5). |
| 07/31/2015 | VINCENT E. LAZAR | Partner | 1.10 | 1,045.00 | 1.10 | 1,045.00 | Participated in E-Side term sheet meeting (.6); reviewed and commented on term sheet (.5). |
| 07/31/2015 | VINCENT E. LAZAR | Partner | 0.60 | 570.00 | 0.60 | 570.00 | Telephone conference with client, R. Levin, financial advisors re T-Side proposed changes to term sheet, issues with calculation of CVRs. |
| 07/31/2015 | VINCENT E. LAZAR | Partner | 2.50 | 2,375.00 | 2.50 | 2,375.00 | Continued negotiation of E-side settlement, including extensive conference calls with K&E, Evercore, DDAs re term sheet negotiations and upside protection issue. |
| 07/31/2015 | VINCENT E. LAZAR | Partner | 0.70 | 665.00 | 0.70 | 665.00 | Attended DDA, K&E call re update on open items in E-Side negotiations, potential resolutions. |

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|---|---|---|---|---|---|---|---|
| 08/01/2015 | VINCENT E. LAZAR | Partner | 2.70 | 2,565.00 | 2.70 | 2,565.00 | Participated in DDA/K&E call re settlement negotiations, potential resolutions (.8); analyzed revised term sheet (.3); follow-up emails with R. Levin re results of negotiations (.2); analyzed proposed plan amendments, including W&C and K&E proposed revisions (.8); reviewed proposed PSA changes from W&C (.6). |
| 08/01/2015 | VINCENT E. LAZAR | Partner | 0.50 | 475.00 | 0.50 | 475.00 | Reviewed W&C, K&E mark-up of guarantee, backstop agreement and commitment letter. |
| 08/01/2015 | RICHARD B. LEVIN | Partner | 2.70 | 3,105.00 | 2.70 | 3,105.00 | Review and revise E-side term sheet (.4); telephone conference D. Ying, re same (.2); follow up emails to negotiating group (.3); telephone conference D. Ying re term sheet (.2); conference call Kirkland, DDA's re same (.8); further telephone conference D. Ying, P. Gelston re same (.1) conference call DDAs re revised term sheet (.4); review further revised term sheet (.3). |
| 08/02/2015 | VINCENT E. LAZAR | Partner | 3.90 | 3,705.00 | 3.90 | 3,705.00 | Reviewed and commented on dual-track disclosure statement (1.5); telephone conference with client, R. Levin, D. Prager re term sheet, open items (.5); attended call with DDAs, K&E re finalization of term sheet, deck (.6); attended joint board meeting re approval of E-Side equity split and plan structure (.7); skimmed sore loser and merger covenant changes (.2); reviewed revised DCL and ECL (.4). |
| 08/02/2015 | RICHARD B. LEVIN | Partner | 4.10 | 4,715.00 | 4.10 | 4,715.00 | Telephone conference D. Prager re revised term sheet (.3); email C. Cremens re same (.2); conference call DDA's re same (.6); follow up emails (.4); conference call C. Cremens P. Gelston, D. Prager re same (.5); follow up emails to DDAs re same (.2); conference call Kirkland and DDA's re equitization settlement (.3); Review and revise plan draft of settlement (.8); Board meeting re equitization plan (.8). |
| 08/03/2015 | VINCENT E. LAZAR | Partner | 0.70 | 665.00 | 0.70 | 665.00 | Telephone conference with R. Levin re REIT plan, update (.2); reviewed revised merger agreement, disclosure statement (.5). |
| 08/03/2015 | RICHARD B. LEVIN | Partner | 0.80 | 920.00 | 0.80 | 920.00 | Conference call Akin (S. Alberino), Proskauer re equitization plan (.6); telephone conference D. Prager re same (.2). |
| 08/04/2015 | VINCENT E. LAZAR | Partner | 3.10 | 2,945.00 | 3.10 | 2,945.00 | Reviewed revised plan and comments (.5); reviewed redlined PSA (.4); reviewed issues list (.3); reviewed updated sore loser (Hunt) provisions for PSA (.2); reviewed new drafts of plan, disclosure statement, disclosure statement exhibits and merger agreement exhibits (1.7). |
| 08/04/2015 | RICHARD B. LEVIN | Partner | 1.10 | 1,265.00 | 1.10 | 1,265.00 | Review and revise draft Settlement Agreement and related approval motion (.9); Review and comment on revised Goldin plan analysis (.2). |
| 08/05/2015 | VINCENT E. LAZAR | Partner | 1.80 | 1,710.00 | 1.80 | 1,710.00 | Attended DDA call with Kirkland et al re open issues, timing, related matters (.8); reviewed revised guarantee (.3); reviewed updated merger comments (redline) (.3); skimmed backstop agreement comments (.2); reviewed updated Ovation offer letter (.2). |
| 08/05/2015 | RICHARD B. LEVIN | Partner | 5.30 | 6,095.00 | 5.30 | 6,095.00 | Review and comment on T-plan settlement agreement and motion to approve (2.6); conference call Kirkland and DDAs re same (1.1); telephone conference V. Lazar re same (.2); further review of revised settlement agreement (.8); telephone conference P. Gelston re deal status (.3); miscellaneous emails re same (.3). |
| 08/06/2015 | VINCENT E. LAZAR | Partner | 3.90 | 3,705.00 | 3.90 | 3,705.00 | Telephone conference with C. Husnick, S. Serageddnini, R. Levin re mechanics of PSA and SA releases, timing, and change in proposal (.6); conference call with DDAs and Kirkland re update on negotiations, DDA approval process, open issues (.7); reviewed revised plan (.4); reviewed updated PSA (.4); skimmed revised merger agreement, backstop agreement (.3); skimmed revised versions of complete set of day's documents, including revised plan, PSA, and settlement agreement (.6); call with S. Seajeddini, C. Husnick and R. Levin re update on SA negotiations, termination event issue (.4). |

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|------|------|--|----------|----------|---------|---------|-----------|
| 08/06/2015 | RICHARD B. LEVIN | Partner | 4.50 | 5,175.00 | 4.50 | 5,175.00 | Review T-side PSA (.5); conference call C. Husnick, V. Lazar re same and re Settlement Agreement (.9); telephone conference M. Thomas re same (.8); conference call T. Walper, M. Thomas re same (.9); telephone conference S. Dore re same (.2); conference call DDA's, Kirkland re release, settlement agreement, T-REIT plan status (1.0); Telephone conference V. Lazar (.2). |
| 08/06/2015 | RICHARD B. LEVIN | Partner | 1.50 | 1,725.00 | 1.50 | 1,725.00 | Emails T. Broad re 9019 motion (.2); review revised T-plan documents (.7); telephone conference S. Serajeddini re same (.6). |
| 08/07/2015 | VINCENT E. LAZAR | Partner | 2.40 | 2,280.00 | 2.40 | 2,280.00 | Skimmed merger agreement, backstop agreement, guarantee, equity commitment letter and multiple comments (.6); emails with C. Husnick et al re comments to SA, termination provisions (.3); reviewed new turn of plan, PSA and emails re open issues with same (.7); emails operation of fiduciary outs (.2); reviewed "final" versions of PSA, SA (.5). |
| 08/07/2015 | RICHARD B. LEVIN | Partner | 2.40 | 2,760.00 | 2.40 | 2,760.00 | Review revised T-side plan documents (.5); conference call C. Cremens, P. Gelston, D. Prager re plan status and strategy (.8); Board conference call re same (.5); review revised documents (.4); telephone conference C. Cremens re risks, issues (.2). |
| 08/08/2015 | VINCENT E. LAZAR | Partner | 3.30 | 3,135.00 | 3.30 | 3,135.00 | Reviewed final plan and email with R. Levin re potential issue with PSA, SA and plan timing, termination (1.0); reviewed and commented on revised SA order, email with K&E re same (.3); conference call with DDAs, K&E, re open issues, sign-off on documents and process, and board meeting (.8); reviewed board deck (.4); reviewed latest set of changes to plan, disclosure statement, merger agreement and exhibits thereto (.9). |
| 08/08/2015 | RICHARD B. LEVIN | Partner | 2.60 | 2,990.00 | 2.60 | 2,990.00 | Review revised plan documents and draft Board presentation and send comments to Kirkland and DDAs (2.1); Kirkland and DDA conference call to prepare for Board meetings (.5). |
| 08/09/2015 | VINCENT E. LAZAR | Partner | 2.80 | 2,660.00 | 2.80 | 2,660.00 | Reviewed redlines of final plan, merger agreement, motions and draft order (1.0); conference call with DD and team re approval of same (.8); attended joint board meeting re: approval of Hunt deal and settlements (.8); follow-up emails with R. Levin re Tues hearing, related issues (.2). |
| 08/09/2015 | RICHARD B. LEVIN | Partner | 3.20 | 3,680.00 | 3.20 | 3,680.00 | Review final document revisions and emails re same (.4); conference ca C. Cremens, P. Gelston for DD meeting on plan (.9); telephone conference C. Cremens re Disclosure Statement (.4); emails re Board deck (.2); Attend Board meeting on plan (1.3). |
| 08/10/2015 | VINCENT E. LAZAR | Partner | 1.30 | 1,235.00 | 1.30 | 1,235.00 | Telephone conference with M. Thomas re Tuesday hearing (.2); emails with R. Levin, local counsel re same (.2); skimmed final merger agreement, backstop agreement, equity commitment letter (.4); reviewed emails re E-Side position (.2); reviewed agenda letter, E-Side letter, and emails with local counsel re PHV and court hearing (.3). |
| 08/11/2015 | VINCENT E. LAZAR | Partner | 0.30 | 285.00 | 0.30 | 285.00 | Emails and follow-up with local counsel re hearing, PHV; telephone conference with R. Levin re same. |
| 08/12/2015 | VINCENT E. LAZAR | Partner | 2.00 | 1,900.00 | 2.00 | 1,900.00 | Reviewed reports on conversion deal, E-side litigation position (.3); call with K&E, DDAs re preparations for disclosure statement hearings, scheduling, mediation proposal (1.1); telephone conference with R. Levin re Tuesday scheduling, results of hearing, transcript review (.2); skimmed transcript hearing (.3); emails with M. Thomas re Tuesday hearing (.1). |
| 08/12/2015 | RICHARD B. LEVIN | Partner | 3.20 | 3,680.00 | 3.20 | 3,680.00 | Conference call Kirkland and DDA re settlement and PSA motions, scheduling, strategy (1.2); review 8/11 hearings transcript (1.1); telephone conference S. Alberino re same (.7); V. Lazar re same (.2). |
| 08/13/2015 | VINCENT E. LAZAR | Partner | 0.60 | 570.00 | 0.60 | 570.00 | Reviewed committee objection to Disclosure hearing schedule (.2); reviewed plan timing objections (.2); emails with DE counsel re PHV, Tuesday hearing (.2). |

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|---|---|---|---|---|---|---|---|
| 08/14/2015 | VINCENT E. LAZAR | Partner | 1.30 | 1,235.00 | 1.30 | 1,235.00 | Reviewed scheduling, status hearing orders (.3); reviewed modified order, and emails with R. Levin, M. Kieselstein re Tuesday hearing, attendance at same (.3); skimmed 2nd lien make-whole motion (.2); reviewed hearing transcript (.5). |
| 08/15/2015 | VINCENT E. LAZAR | Partner | 0.20 | 190.00 | 0.20 | 190.00 | Emails with R. Levin re E-side objections, Tuesday hearing. |
| 08/17/2015 | CARL N. WEDOFF | Associate | 1.60 | 1,040.00 | 1.60 | 1,040.00 | Drafted supplemental disclosure in support of Jenner retention (1.3); conferred with V. Lazar and Jenner conflicts attorneys re same (.2); exchanged emails with R. Levin re same (.1). |
| 08/17/2015 | VINCENT E. LAZAR | Partner | 1.30 | 1,235.00 | 1.30 | 1,235.00 | Reviewed Disclosure Statement objections. |
| 08/18/2015 | VINCENT E. LAZAR | Partner | 1.40 | 1,330.00 | 1.40 | 1,330.00 | Prepared for and attended (telephonic) disclosure statement status hearing; prepared appearance, filed same. |
| 08/18/2015 | RICHARD B. LEVIN | Partner | 1.70 | 1,955.00 | 1.70 | 1,955.00 | Conference call Kirkland and DDAs re confirmation hearing planning (.9) miscellaneous emails re same (.3); review Disclosure Statement objections (.5). |
| 08/19/2015 | VINCENT E. LAZAR | Partner | 0.70 | 665.00 | 0.70 | 665.00 | Emails re hearing, potential objections, coordination re same (.3); reviewed objections (.4). |
| 08/19/2015 | RICHARD B. LEVIN | Partner | 0.60 | 690.00 | 0.60 | 690.00 | Review August 18 hearing transcript (.6). |
| 08/20/2015 | VINCENT E. LAZAR | Partner | 1.30 | 1,235.00 | 1.30 | 1,235.00 | Reviewed committee counsel correspondence to Oncor, Jones Day response (.3); conference call with K&E, DDAs, re potential response to committee correspondence, back-up bidder communications (.8); follow-up with R. Levin re same, recommendation (.2). |
| 08/21/2015 | VINCENT E. LAZAR | Partner | 1.30 | 1,235.00 | 1.30 | 1,235.00 | Skimmed scheduling objections (.3); prepared review materials for scheduling objections (.5); emails with R. Levin re same (.2); skimmed DS objection (.3). |
| 08/23/2015 | VINCENT E. LAZAR | Partner | 0.70 | 665.00 | 0.70 | 665.00 | Reviewed, commented on scheduling reply (.4); reviewed MTO, Proskauer comments and follow-up emails re DD approval process (.3). |
| 08/24/2015 | VINCENT E. LAZAR | Partner | 3.10 | 2,945.00 | 3.10 | 2,945.00 | Conference call re Oncor side letter, DD issues and potential board meeting (.8); email R. Levin, Cravath re same, board meeting (.2); emails with B. Kidwell re plan litigation document hold, responsive emails (.2); reviewed objections for DS scheduling hearing (1.0); conference call with K&E, DDAs, re preparation for hearing (.9). |
| 08/24/2015 | RICHARD B. LEVIN | Partner | 0.80 | 920.00 | 0.80 | 920.00 | Review and comment on draft reply to opposition to Scheduling Motion. |
| 08/24/2015 | RICHARD B. LEVIN | Partner | 1.40 | 1,610.00 | 1.40 | 1,610.00 | Miscellaneous emails re Oncor side letter resolutions (.4); telephone conference B. Kidwell re settlement agreement discovery (.2); telephone conference J. Huston re status (.4); conference call Kirkland and DDAs re scheduling hearing (.4). |
| 08/25/2015 | VINCENT E. LAZAR | Partner | 4.80 | 4,560.00 | 4.80 | 4,560.00 | Prepared outline for hearing (1.0); attended DS scheduling hearing (3.5); emails, telephone conferences with B. Kidwell re document and email review, production (.3). |
| 08/26/2015 | RICHARD B. LEVIN | Partner | 3.20 | 3,680.00 | 3.20 | 3,680.00 | Review Oncor consent letter materials (.3); conference call C. Cremens, Cravath re same and re status (.9); review documents for confirmation discovery (1.1); Review August 25 hearing transcript (.5); review DD minutes and emails re same (.4). |
| 08/26/2015 | VINCENT E. LAZAR | Partner | 1.10 | 1,045.00 | 1.10 | 1,045.00 | Attended call with EFIH DD and DDA team re recap of hearing, plan schedule, Oncor side letter evaluation (.8); reviewed draft scheduling orders, emails re same (.3). |
| 08/27/2015 | VINCENT E. LAZAR | Partner | 2.40 | 2,280.00 | 2.40 | 2,280.00 | Reviewed, culled emails for discovery demand (1.7); reviewed final schedule, order as entered (.3); reviewed Oncor materials for board meeting (.4). |
| 08/28/2015 | VINCENT E. LAZAR | Partner | 1.10 | 1,045.00 | 1.10 | 1,045.00 | Skimmed draft board minutes (.2); attended joint board call (.7); emails re discovery, scheduling (.2). |
| 08/28/2015 | RICHARD B. LEVIN | Partner | 2.10 | 2,415.00 | 2.10 | 2,415.00 | Email from B. Scheler re plan proposal; respond (.5); emails re discovery (.2); Review August 25 hearing transcript (1.4). |
| 08/31/2015 | RICHARD B. LEVIN | Partner | 2.10 | 2,415.00 | 2.10 | 2,415.00 | Conference call Kirkland and DDAs re E-side proposals (.8); conference call A. McGann, Cravath re SPA hearing evidence (.8); telephone conference V. Lazar re same and re schedule (.2); miscellaneous emails re same (.3). |
| 08/31/2015 | RICHARD B. LEVIN | Partner | 0.70 | 805.00 | 0.70 | 805.00 | Telephone conference C. Cremens re PSA hearing, E-side proposals (.5); email A. McGann re same (.2). |

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|------|------|---|----------|----------|---------|---------|-----------|
| 08/31/2015 | VINCENT E. LAZAR | Partner | 1.90 | 1,805.00 | 1.90 | 1,805.00 | Conference call with K&E, DDAs re E-Side negotiations, plan matters (.8); conference call with A. McGann, DDAs re coordination of preparation for PSA, disclosure statement approval hearing, and emails re logistics of same (.9); emails re position on privilege, scope (.2). |
| | | | **290.00** | **306,300.00** | **290.00** | **306,320.00** | |

## ENERGY FUTURES INTERMEDIATE HOLDING / INTERCOMPANY CLAIMS (55152-10042)

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|------|------|---|----------|----------|---------|---------|-----------|
| 07/19/2015 | RICHARD B. LEVIN | Partner | 1.10 | 1,265.00 | 1.10 | 1,265.00 | Review and revise draft DD Settlement Agreement (.6); emails re same (.5). |
| 08/02/2015 | VINCENT E. LAZAR | Partner | 1.20 | 1,140.00 | 1.20 | 1,140.00 | Reviewed revised PSA and settlement agreement (1.0); email to R. Levin re potential change in deal (.2). |
| 08/03/2015 | VINCENT E. LAZAR | Partner | 2.20 | 2,090.00 | 2.20 | 2,090.00 | Analyzed settlement agreement and language proposed by W&C (.6); email to R. Levin re potential issues with same (.3); email with K&E re comments to settlement agreement (.2); reviewed 9019 motion and MTO comments, and analyzed same re settlement terms variations (.7); emails with K&E re comments to settlement agreement, issues with conditionality (.4). |
| 08/03/2015 | RICHARD B. LEVIN | Partner | 0.60 | 690.00 | 0.60 | 690.00 | Telephone conference V. Lazar re T-REIT settlement agreement draft (.2); miscellaneous emails re same (.2); telephone conference T. Broad re 9019 motion (.2). |
| 08/04/2015 | VINCENT E. LAZAR | Partner | 1.20 | 1,140.00 | 1.20 | 1,140.00 | Reviewed and commented on settlement agreement drafts, and prepared email with K&E and DDAs re comments to same (.9); telephone conference with M. Thomas re issues with settlement agreement order, potential unwinding of agreement (.3). |
| 08/04/2015 | RICHARD B. LEVIN | Partner | 0.60 | 690.00 | 0.60 | 690.00 | Telephone conference M. Paskin, T. Broad re status, intercompany claim settlement issues. |
| 08/05/2015 | VINCENT E. LAZAR | Partner | 1.20 | 1,140.00 | 1.20 | 1,140.00 | Telephone conference with R. Levin re document review, conditionality issues, timing on settlement agreement finality (.3); reviewed turn of PSA and settlement agreement (redline only) (.5); follow-up w/ R. Levin re change in proposal (.4). |
| 08/06/2015 | VINCENT E. LAZAR | Partner | 1.10 | 1,045.00 | 1.10 | 1,045.00 | Reviewed, commented on updated settlement agreement (.5); emails with R. Levin re comments on same, language for proposed order approving SA (.4). |
| 08/07/2015 | VINCENT E. LAZAR | Partner | 1.50 | 1,425.00 | 1.50 | 1,425.00 | Conference call with C. Cremens, EFIH DDAs, re update on agreement, conditionality issues, and negotiation of termination provisions (.7); reviewed settlement agreement, commented on timing and release issues (.5); reviewed draft order re same (.3). |
| 08/08/2015 | VINCENT E. LAZAR | Partner | 0.90 | 855.00 | 0.90 | 855.00 | Reviewed draft PSA and settlement agreement orders, commented on same (.6); emails re comments on settlement order, timing of release and effect of termination (.3). |
| 08/10/2015 | VINCENT E. LAZAR | Partner | 0.70 | 665.00 | 0.70 | 665.00 | Reviewed draft settlement agreement, PSA orders re conditionality, timing of releases (.5); email with R. Levin re consistency (.2). |
| 08/18/2015 | VINCENT E. LAZAR | Partner | 1.10 | 1,045.00 | 1.10 | 1,045.00 | Tended coordination call re 9019 motion and strategy for discovery, confirmation hearing. |
| 08/19/2015 | RICHARD B. LEVIN | Partner | 2.30 | 2,645.00 | 2.30 | 2,645.00 | Telephone conference V. Lazar re hearing on Settlement Agreement approval (.2); telephone conference T. Broad re same (.3); telephone conference N. Hirsch re same (.3); review Responses and Objections to document production requests (.7); conference call B. Kidwell; T. Broad re same (.8). |
| | | | **15.70** | **15,835.00** | **15.70** | **15,835.00** | |

## ENERGY FUTURES INTERMEDIATE HOLDING / TAX ISSUES (55152-10050)

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|------|------|---|----------|----------|---------|---------|-----------|
| 05/29/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Telephone conference A. Needham re IRS Settlement, other tax issues. |
| 06/01/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Telephone conference A. Needham re tax issues in separate plans; related emails. |
| 06/04/2015 | RICHARD B. LEVIN | Partner | 1.70 | 1,955.00 | 1.70 | 1,955.00 | Conference call C. Cremens, Cravath re RAR settlement, tax effects of various sale and plan alternatives. |

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|------|------|--|----------|----------|---------|---------|-----------|
| 06/05/2015 | RICHARD B. LEVIN | Partner | 1.10 | 1,265.00 | 1.10 | 1,265.00 | Conference call Kirkland, Independents re RAR for 2008-09 (1.0); telephone conference A. Needham re same (.1). |
| 06/14/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Review revisions to IRS PLC responses. |
| 06/19/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Telephone conference A. Needham re tax consequences of creditor plan proposal (.2); emails T. Maynes re same (.2). |
| | | | **4.20** | **4,830.00** | **4.20** | **4,830.00** | |

**ENERGY FUTURES INTERMEDIATE HOLDING / ONCOR SALE PROCESS (55152-10069)**

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|------|------|--|----------|----------|---------|---------|-----------|
| 05/22/2015 | RICHARD B. LEVIN | Partner | 0.60 | 690.00 | 0.60 | 690.00 | Telephone conference D. Prager re valuation and strategy issues (.2); review REIT issues analysis (.4). |
| 05/27/2015 | RICHARD B. LEVIN | Partner | 1.80 | 2,070.00 | 1.80 | 2,070.00 | Conference call Kirkland, independents re update on status, strategy of bids, approval process. |
| 05/29/2015 | RICHARD B. LEVIN | Partner | 0.30 | 345.00 | 0.30 | 345.00 | Weekly Evercore conference call re bid status. |
| 05/29/2015 | RICHARD B. LEVIN | Partner | 0.60 | 690.00 | 0.60 | 690.00 | Conference call Kirkland, Independents re stalking horse process, board meetings. |
| 05/30/2015 | RICHARD B. LEVIN | Partner | 0.60 | 690.00 | 0.60 | 690.00 | Review Goldin draft valuation; analysis (.4); email to D. Prager re same (.2). |
| 05/30/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Telephone conference M. Klupchak re Oncor sale agreement insert. |
| 06/01/2015 | RICHARD B. LEVIN | Partner | 1.50 | 1,725.00 | 1.50 | 1,725.00 | Conference call Goldin, Cravath re bid analysis, strategy. |
| 06/03/2015 | RICHARD B. LEVIN | Partner | 0.30 | 345.00 | 0.30 | 345.00 | Conference call Kirkland, Cravath, Proskauer re conflicts issues in sale agreements. |
| 06/03/2015 | RICHARD B. LEVIN | Partner | 1.00 | 1,150.00 | 1.00 | 1,150.00 | Conference call Kirkland, Independents re stalking horse process, open issues. |
| 06/04/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Conference call Kirkland, Proskauer, Cravath re E-side provision in sale agreement. |
| 06/04/2015 | RICHARD B. LEVIN | Partner | 1.20 | 1,380.00 | 1.20 | 1,380.00 | Conference call Independents re E-side provision in sale agreements (.5); conference call Independents and Kirkland re stalking horse status (.5); telephone conference C. Cremens, P. Gelston re same (.2). |
| 06/05/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Weekly Evercore update call. |
| 06/05/2015 | RICHARD B. LEVIN | Partner | 0.30 | 345.00 | 0.30 | 345.00 | Conference call Independents, Kirkland re stalking horse process. |
| 06/08/2015 | RICHARD B. LEVIN | Partner | 0.60 | 690.00 | 0.60 | 690.00 | Conference call Kirkland and DDAs re stalking horse process. |
| 06/08/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Review and revise letter agreement for allocation of Termination Fee and Report (.2). |
| 06/09/2015 | RICHARD B. LEVIN | Partner | 0.90 | 1,035.00 | 0.90 | 1,035.00 | Review and revise Board presentation on sale process (.9). |
| 06/09/2015 | RICHARD B. LEVIN | Partner | 4.00 | 4,600.00 | 4.00 | 4,600.00 | Attend meetings at Kirkland with Board re sale and stalking horse process (2.6); follow-on meetings with Kirkland and DDAs re next steps, implementation issues (1.4). |
| 06/10/2015 | RICHARD B. LEVIN | Partner | 2.40 | 2,760.00 | 2.40 | 2,760.00 | Meeting C. Cremens, Cravath, Goldin to review stalking horse and sale process. |
| 06/10/2015 | RICHARD B. LEVIN | Partner | 1.10 | 1,265.00 | 1.10 | 1,265.00 | Conference call Kirkland and DDAs re sale negotiations status and issues. |
| 06/12/2015 | RICHARD B. LEVIN | Partner | 2.10 | 2,415.00 | 2.10 | 2,415.00 | Kirkland, DDA conference call re stalking horse negotiation status update (.8); PLLC due diligence conference call with A. Wright (.5); conference call EFH re sale process status (.8). |
| 06/12/2015 | RICHARD B. LEVIN | Partner | 0.30 | 345.00 | 0.30 | 345.00 | Review EFIH board minutes; revise; emails re same. |
| 06/14/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Emails re draft merger agreement. |
| 06/16/2015 | RICHARD B. LEVIN | Partner | 0.30 | 345.00 | 0.30 | 345.00 | Review draft Board presentation re sale process. |
| 06/17/2015 | RICHARD B. LEVIN | Partner | 3.00 | 3,450.00 | 3.00 | 3,450.00 | Telephone conference C. Cremens re sale process (.2); Board conference call re same (1.3); conference call Kirkland, DDA's re same (1.0; telephone conference D. Prager re same (.2); telephone conference C. Cremens re same (.3). |
| 06/19/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Weekly Evercore status conference call. |
| 06/22/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Review and revise Fee Division letter; telephone conference P. Gelston re same. |
| | | | **24.90** | **28,635.00** | **24.90** | **28,635.00** | |

**ENERGY FUTURES INTERMEDIATE HOLDING / EMPLOYMENT AND FEE APPLICATIONS (55152-10085)**

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|------|------|--|----------|----------|---------|---------|-----------|
| 05/30/2015 | RICHARD B. LEVIN | Partner | 1.30 | 1,495.00 | 1.30 | 1,495.00 | Prepare  Jenner employment application. |
| 06/01/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Prepare Jenner employment application. |
| 06/04/2015 | RICHARD B. LEVIN | Partner | 2.60 | 2,990.00 | 2.60 | 2,990.00 | Prepare Jenner employment application. |
| 06/05/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Review and revise employment application. |
| 06/05/2015 | VINCENT E. LAZAR | Partner | 0.50 | 475.00 | 0.50 | 475.00 | Commented on employment application, disclosure description, affidavit. |
| 06/07/2015 | RICHARD B. LEVIN | Partner | 4.50 | 5,175.00 | 4.50 | 5,175.00 | Prepare Cravath fee application. |
| 06/08/2015 | RICHARD B. LEVIN | Partner | 4.60 | 5,290.00 | 4.60 | 5,290.00 | Prepare Cravath fee application. |
| 06/09/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Emails with Cravath re Cravath fee application and review attachments and exhibits. |
| 06/10/2015 | RICHARD B. LEVIN | Partner | 1.70 | 1,955.00 | 1.70 | 1,955.00 | Revise Cravath fee application. |
| 06/12/2015 | RICHARD B. LEVIN | Partner | 1.10 | 1,265.00 | 1.10 | 1,265.00 | Prepare Jenner employment application. |
| 06/14/2015 | RICHARD B. LEVIN | Partner | 1.50 | 1,725.00 | 1.50 | 1,725.00 | Review and revise Cravath fee application. |
| 06/14/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Emails U.S. Trustee re Jenner employment. |
| 06/15/2015 | RICHARD B. LEVIN | Partner | 1.60 | 1,840.00 | 1.60 | 1,840.00 | Final revisions to Cravath fee application. |
| 06/18/2015 | RICHARD B. LEVIN | Partner | 2.20 | 2,530.00 | 2.20 | 2,530.00 | Prepare Cravath July budget. |
| 06/18/2015 | RICHARD B. LEVIN | Partner | 0.60 | 690.00 | 0.60 | 690.00 | Prepare Jenner budget. |
| 06/19/2015 | RICHARD B. LEVIN | Partner | 1.00 | 1,150.00 | 1.00 | 1,150.00 | Telephone conference C. Gooch re budgets (.2); prepare July budgets (.8). |
| 06/19/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Telephone conference A. Schwartz re administration of conflict issues. |
| 06/22/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Review Cravath Monthly Fee Statement (May). |
| 06/24/2015 | RICHARD B. LEVIN | Partner | 1.00 | 1,150.00 | 1.00 | 1,150.00 | Prepare for hearing on Cravath fees (.3); attend hearing (.7). |
| 06/24/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Emails re Jenner employment application. |
| 06/26/2015 | RICHARD B. LEVIN | Partner | 2.20 | 2,530.00 | 2.20 | 2,530.00 | Telephone conference R. Schepacarter re Jenner employment application (.4); review revised language and research re same (.2); prepare supplemental declaration (1.6). |
| 06/28/2015 | RICHARD B. LEVIN | Partner | 0.40 | 460.00 | 0.40 | 460.00 | Revise Levin Supplemental Declaration; emails re same. |
| 06/30/2015 | RICHARD B. LEVIN | Partner | 0.60 | 690.00 | 0.60 | 690.00 | Telephone conference R. Schepacarter re Jenner employment order (.2); revise and emails re same (.4). |
| 07/24/2015 | RICHARD B. LEVIN | Partner | 0.80 | 920.00 | 0.80 | 920.00 | Telephone conference R. Schepacarter re supplemental declaration (.2); telephone conference V. Lazar re same (.2); revise supplemental declaration (.4). |
| 07/24/2015 | RICHARD B. LEVIN | Partner | 0.80 | 920.00 | 0.80 | 920.00 | Prepare CSM May and June monthly statements. |
| 07/24/2015 | VINCENT E. LAZAR | Partner | 0.40 | 380.00 | 0.40 | 380.00 | Prepared affidavit section. |
| 07/25/2015 | VINCENT E. LAZAR | Partner | 0.20 | 190.00 | 0.20 | 190.00 | Reviewed draft affidavit. |
| 07/26/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Emails re second supplemental declaration. |
| 08/17/2015 | VINCENT E. LAZAR | Partner | 0.20 | 190.00 | 0.20 | 190.00 | Reviewed, revised 3rd supplemental 2019. |
| 08/18/2015 | CARL N. WEDOFF | Associate | 0.30 | 195.00 | 0.30 | 195.00 | Revised supplemental disclosure in support of Jenner retention (.1); circulated same to R. Levin and V. Lazar (.1); coordinated filing of same (.1). |
| 08/18/2015 | RICHARD B. LEVIN | Partner | 0.20 | 230.00 | 0.20 | 230.00 | Review and revise Supplemental Declaration. |
| 08/19/2015 | RICHARD B. LEVIN | Partner | 0.80 | 920.00 | 0.80 | 920.00 | Prepare September budget (.5); prepare July monthly fee statement (.3). |
| 08/28/2015 | RICHARD B. LEVIN | Partner | 1.10 | 1,265.00 | 1.10 | 1,265.00 | Prepare September budget. |
| | | | 34.20 | 38,920.00 | 34.20 | 38,920.00 | |

**ENERGY FUTURES INTERMEDIATE HOLDING / NON-WORKING TRAVEL (55152-10093)**

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|------|------|--|----------|----------|---------|---------|-----------|
| 06/25/2015 | RICHARD B. LEVIN | Partner | 3.80 | 4,370.00 | 3.80 | 2,185.00 | Travel to Wilmington to plan scheduling hearing (1.1); Return to New York (2.7). |
| 07/27/2015 | VINCENT E. LAZAR | Partner | 3.00 | 2,850.00 | 3.00 | 1,425.00 | Traveled to New York. |
| 07/29/2015 | VINCENT E. LAZAR | Partner | 4.00 | 3,800.00 | 4.00 | 1,900.00 | Traveled from NYC to Dallas for negotiating sessions, board meeting. |
| 07/29/2015 | RICHARD B. LEVIN | Partner | 4.90 | 5,635.00 | 4.90 | 2,817.50 | Travel to Dallas for plan negotiating sessions. |

| Date | Name | | Orig Hrs | Orig Amt | Rev Hrs | Rev Amt | Narrative |
|------|------|-|----------|----------|---------|---------|-----------|
| 07/30/2015 | RICHARD B. LEVIN | Partner | 4.70 | 5,405.00 | 4.70 | 2,702.50 | Return to New York from plan negotiating sessions at EFH. |
| 07/30/2015 | VINCENT E. LAZAR | Partner | 3.50 | 3,325.00 | 3.50 | 1,662.50 | Traveled from Dallas to Chicago. |
| 08/24/2015 | VINCENT E. LAZAR | Partner | 3.00 | 2,850.00 | 3.00 | 1,425.00 | Traveled to Delaware (non-productive). |
| 08/25/2015 | VINCENT E. LAZAR | Partner | 5.00 | 4,750.00 | 5.00 | 2,375.00 | Traveled from Philadelphia to Wilmington (1.0); non-productive travel Wilmington to Chicago (4.0). |
| | | | **31.90** | **32,985.00** | **31.90** | **16,492.50** | |