# EXHIBIT I

## Detailed Expense Records for Jenner & Block LLP

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10050 | 6/12/2015 | LEVIN, R | PARTNER | TELEPHONE EXPENSE | 11.79 | Soundpath conferencing (vendor 1249236) |
| 55152-10034 | 6/25/2015 | LEVIN, R. | PARTNER | TRANSPORTATION | 285.00 | Richard Levin, 6/25/2015 travel for Hearing, Wilmington, DE |
| 55152-10034 | 7/31/2015 | WEDOFF, C. | ASSOCIATE | LEXIS RESEARCH | 168.98 | Lexis Research |
| 55152-10034 | 7/31/2015 | WEDOFF, C. | ASSOCIATE | WESTLAW RESEARCH | 44.21 | Westlaw Research |
| 55152-10010 | 7/30/2015 | LAZAR, V. | PARTNER | TRANSPORTATION | 2,491.43 | Vincent Lazar, 7/27-7/30, 2015 travel to New York and Dallas re Meetings |
| 55152-10034 | 8/10/2015 | LEVIN, R.. | PARTNER | AIR/RAIL FARE | 239.10 | Richard Levin, Dallas, Tx, 07/28/2015-07/30/2015, Plan Negotiating Sessions, Air/Rail fare (Economy) |
| 55152-10034 | 8/10/2015 | LEVIN, R. | PARTNER | LODGING | 344.63 | Richard Levin, Dallax, Tx, 07/28/2015-07/30/2015, Plan Negotiating Sessions, Lodging (Economy) |
| 55152-10034 | 8/10/2015 | LEVIN, R. | PARTNER | MEALS | 62.26 | Richard Levin, Dallas, Tx, 07/28/2015-07/30/2015, Plan Negotiating Sessions, Meals |
| 55152-10034 | 8/10/2015 | LEVIN, R. | PARTNER | MEALS | 145.37 | Richard Levin, Dallas, Tx, 07/28/2015-07/30/2015, Plan Negotiating Sessions, Meals |
| 55152-10034 | 8/10/2015 | LEVIN, R. | PARTNER | TAXI/CAR SERVICE | 41.84 | Richard Levin, Dallas, Tx, 07/28/2015-07/30/2015, Plan Negotiating Sessions, Taxi/Car Service |
| 55152-10034 | 8/10/2015 | LEVIN, R. | PARTNER | TAXI/CAR SERVICE | 30.00 | Richard Levin, Dallas, Tx, 07/28/2015-07/30/2015, Plan Negotiating Sessions, Taxi/Car Service |
| 55152-10034 | 8/10/2015 | LEVIN, R.. | PARTNER | AIR/RAIL FARE | 359.00 | Richard Levin, Dallas, Tx, 07/29/2015, Plan Negotiating Sessions, Air/Rail fare (Economy) |
| 55152-10034 | 8/27/2015 | LAZAR, V. | PARTNER | AIRFARE | 536.20 | Vincent Lazar, Philadelphia, PA, 08/24/2015 – 08/25/2015, Hearing, Airfare (Economy) |
| 55152-10034 | 8/27/2015 | LAZAR, V. | PARTNER | AIRFARE | 200.00 | Vincent Lazar, Philadelphia, PA, 08/24/2015 – 08/25/2015, Hearing, Airfare (Economy) |
| 55152-10034 | 8/27/2015 | LAZAR, V. | PARTNER | LODGING | 380.00 | Vincent Lazar, Philadelphia, PA, 08/24/2015 – 08/25/2015, Hearing, Lodging |
| 55152-10034 | 8/27/2015 | LAZAR, V. | PARTNER | MEALS | 305.00 | Vincent Lazar, Philadelphia, PA, 08/24/2015 – 08/25/2015, Hearing, Meals |
| 55152-10034 | 8/27/2015 | LAZAR, V. | PARTNER | PARKING | 50.00 | Vincent Lazar, Philadelphia, PA, 08/24/2015 – 08/25/2015, Hearing, Parking |
| 55152- | 8/27/2015 | LAZAR, V. | PARTNER | TAXI/CAR SERVICE | 34.98 | Vincent Lazar, Philadelphia, PA, |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10034 | | | | | | 08/24/2015 – 08/25/2015, Hearing, Taxi/Car Service |
| 55152-10034 | 8/31/2015 | WEDOFF, C. | ASSOCIATE | LEXIS RESEARCH | 13.77 | Lexis Research |
| | | | | | 5,743.56 | |