## **EXHIBIT K**

**Comparison of Jenner & Block LLP Budgeted and Actual Fees**

**July through August 2015**

102940.1

SL1 1388407v1 109285.00005

|  | Matter | 10010 | 10034 | 10042 | 10050 | 10069 | 10085 | 10093 |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  | G&A | Plan | Interco | Tax | Sale | Empl | Travel | Total |
| **Hours** |  |  |  |  |  |  |  |  |  |
| July | Budget | 11.00 | 35.00 | 5.00 | 3.00 | 10.00 | 5.00 | 5.00 | 74.00 |
|  | Actual | 4.70 | 150.40 | 1.10 | - | - | 2.40 | 20.10 | 178.70 |
|  | Difference | 6.30 | (115.40) | 3.90 | 3.00 | 10.00 | 2.60 | (15.10) | **(104.70)** |
|  |  |  |  |  |  |  |  |  |  |
| August | Budget | 15.00 | 150.00 | - | - | - | 5.00 | 10.00 | 180.00 |
|  | Actual | 1.90 | 97.70 | 14.60 | - | - | 2.60 | 8.00 | 124.80 |
|  | Difference | 13.10 | 52.30 | (14.60) | - | - | 2.40 | 2.00 | **55.20** |
|  |  |  |  |  |  |  |  |  |  |
| Total | Budget | 26.00 | 185.00 | 5.00 | 3.00 | 10.00 | 10.00 | 15.00 | **254.00** |
|  | Actual | 6.60 | 248.10 | 15.70 | - | - | 5.00 | 28.10 | **303.50** |
|  | Difference | 19.40 | (63.10) | (10.70) | 3.00 | 10.00 | 5.00 | (13.10) | **(47.90)** |
|  |  |  |  |  |  |  |  |  |  |
| **Fees** |  |  |  |  |  |  |  |  |  |
| July | Budget | 10,150.00 | 35,250.00 | 5,750.00 | 3,450.00 | 11,500.00 | 5,750.00 | 2,875.00 | **74,725.00** |
|  | Actual | 5,405.00 | 156,960.00 | 1,265.00 | - | - | 2,640.00 | 10,507.50 | **176,777.50** |
|  | Difference | 4,745.00 | (121,710.00) | 4,485.00 | 3,450.00 | 11,500.00 | 3,110.00 | (7,632.50) | **(102,052.50)** |
|  |  |  |  |  |  |  |  |  | - |
| August | Budget | 16,250.00 | 160,500.00 | - | - | - | 5,750.00 | 4,750.00 | **187,250.00** |
|  | Actual | 1,995.00 | 101,135.00 | 14,570.00 | - | - | 2,800.00 | 3,800.00 | **124,300.00** |
|  | Difference | 14,255.00 | 59,365.00 | (14,570.00) | - | - | 2,950.00 | 950.00 | **62,950.00** |
|  |  |  |  |  |  |  |  |  | - |
| Total | Budget | 26,400.00 | 195,750.00 | 5,750.00 | 3,450.00 | 11,500.00 | 11,500.00 | 7,625.00 | **261,975.00** |
|  | Actual | 7,400.00 | 258,095.00 | 15,835.00 | - | - | 5,440.00 | 14,307.50 | **301,077.50** |
|  | Difference | 19,000.00 | (62,345.00) | (10,085.00) | 3,450.00 | 11,500.00 | 6,060.00 | (6,682.50) | **(39,102.50)** |

102940.1

SL1 1388407v1 109285.00005