## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| B130 | [EFH] Asset Disposition | 10.80 | $6,750.00 |
| B160 | Fee/Employment Applications | 3.90 | $1,812.00 |
| B270 | Energy Trading | 70.30 | $48,709.50 |
|  | **TOTAL** | **85.00** | **$57,271.50** |