## **EXHIBIT B**

### **Professionals' Information**

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $875 | 26.90 | $23,537.50 |
| Melvin Huang | Associate | $580 | 9.50 | $5,510.00 |
| Ryan A. Wagner | Associate | $580 | 36.30 | $21,054.00 |
| Andrea Duncliffe | Paralegal Manager | $280 | 1.50 | $420.00 |
| Adolfo Gomes | Chief Economist, Transfer Pricing | $625 | 10.80 | $6,750.00 |
| **Total** | | | **85.00** | **$57,271.50** |