## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | United Airlines | $2,289.40 |
| Lodging | Dallas Marriott Hotel | $1,021.57 |
| Car Rental | Budget Rental | $225.00 |
| Parking | Various Vendors | $335.69 |
| Miscellaneous | Shell Gas | $8.79 |
| **TOTAL** | | **$3,880.45** |