# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

## Expense Detail by Category

### August 1, 2015 through August 31, 2015

#### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | August 10, 2015 | $1,157.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | August 31, 2015 | $1,132.20 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:** **$2,289.40**

#### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | August 10, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | August 11, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | August 31, 2015 | $321.57 | Dallas Marriott Hotel |

**Expense Category Total:** **$1,021.57**

#### *MEALS*

#### *N/A*

#### *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | August 10, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | August 11, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | August 31, 2015 | $75.00 | Budget Car Rental |

**Expense Category Total:** **$225.00**

#### *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | August 10-12, 2015 | $99.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | August 10, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | August 11, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | August 12, 2015 | $9.00 | Stall parking |
| Iskender H. Catto | August 31, 2015 | $9.00 | Stall Parking |

| Iskender H. Catto | August 31, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | August 31, 2015 – September 3, 2015 | $131.00 | Newark Liberty International Airport Parking |

**Expense Category Total:** **$335.69**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | August 12, 2015 | $8.79 | Shell Gas |

**Expense Category Total:** **$8.79**