# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 4497, 5034** |

## NOTICE EXTENDING MEDIATION PERIOD

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), the official committee of TCEH unsecured creditors (the "TCEH Committee"), the ad hoc group of TCEH first lien noteholders, (the "TCEH First Lien Ad Hoc Group"), Wilmington Savings Fund Society, FSB, as indenture trustee for the TCEH second lien notes and the ad hoc consortium of TCEH second lien noteholders (collectively, the "TCEH Second Lien Group"), the ad hoc group of TCEH unsecured noteholders (the "TCEH Unsecured Ad Hoc Group"), and Law Debenture Trust Company of New York, as the indenture trustee for the TCEH unsecured notes (the "TCEH Unsecured Indenture Trustee" and together with the Debtors, the TCEH Committee, the TCEH First Lien Ad Hoc Group, the TCEH Second Lien Group, and the TCEH Unsecured Ad Hoc Group, the "Mediation Parties") hereby file the following notice.

**PLEASE TAKE NOTICE THAT** on May 18, 2015, the Court entered the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13177406v.1

*Connection with the Approval of the Debtors' Disclosure Statement, and (C) Establishing the Terms Governing Mediation* [D.I. 4497] (the "May 18 Scheduling Order");

**PLEASE TAKE FURTHER NOTICE THAT** paragraph 12 of the May 18 Scheduling Order stated that "[t]he Mediation shall. . . terminate on July 20, 2015; *provided*, *however*, that the Mediator may extend such date without further order of the Court. . .";

**PLEASE TAKE FURTHER NOTICE THAT** on July 17, 2015, the Debtors, with the consent of the Mediator and the Mediation Parties, filed the *Notice Extending Mediation Period* [D.I. 5034] extending the Mediation to October 31, 2015, unless otherwise extended or terminated as set forth in the May 18 Scheduling Order;

**PLEASE TAKE FURTHER NOTICE THAT** the Mediator has determined, and the Mediation Parties have agreed, to extend Mediation to January 15, 2016, unless otherwise extended or terminated as set forth in the May 18 Scheduling Order;

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the last sentence of paragraph 15 of the May 18 Scheduling Order, the Mediator, with the consent of the TCEH Committee and the TCEH Unsecured Ad Hoc Group, has determined to add The Bank of New York Mellon, in its capacity as the PCRB Trustee, as a Mediation Party solely for the purpose of conducting a confidential mediation only amongst such parties on matters relating to the treatment of claims held by the PCRB Trustee under the Debtors' chapter 11 plan of reorganization (the "PCRB Mediation"), *provided*, *that* (a) the PCRB Mediation shall terminate on November 3, 2015 unless extended by mutual agreement of the parties to the PCRB Mediation and the Mediator and (b) paragraph 22 of the May 18 Scheduling Order shall not apply to the PCRB Mediation; and

**PLEASE TAKE FURTHER NOTICE THAT** all other terms and provisions of the May 18 Scheduling Order shall continue to be full force and effect except to the extent modified by the Court.

[*Remainder of page intentionally left blank.*]

Notice filed by:

ENERGY FUTURE HOLDINGS, CORP., *ET AL.*,
DEBTORS AND DEBTORS-IN-POSSESSION

By:                       */s/ Jason M. Madron*
                           **RICHARDS, LAYTON & FINGER, P.A.**
                           Mark D. Collins (No. 2981)
                           Daniel J. DeFranceschi (No. 2732)
                           Jason M. Madron (No. 4431)
                           920 North King Street
                           Wilmington, DE 19801
                           Telephone:   (302) 651-7700
                           Facsimile:   (302) 651-7701
                           Email:   collins@rlf.com
                                                    defranceschi@rlf.com
                                                    madron@rlf.com

                           -and-

                           **KIRKLAND & ELLIS LLP**
                           **KIRKLAND & ELLIS INTERNATIONAL LLP**
                           Edward O. Sassower, P.C. (admitted *pro hac vice*)
                           Stephen E. Hessler (admitted *pro hac vice*)
                           Brian E. Schartz (admitted *pro hac vice*)
                           601 Lexington Avenue
                           New York, NY 10022-4611
                           Telephone:   (212) 446-4800
                           Facsimile:   (212) 446-4900
                           Email:   edward.sassower@kirkland.com
                                                      stephen.hessler@kirkland.com
                                                    brian.schartz@kirkland.com

                           -and-

                           James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
                           Marc Kieselstein, P.C. (admitted *pro hac vice*)
                           Chad J. Husnick (admitted *pro hac vice*)
                           Steven N. Serajeddini (admitted *pro hac vice*)
                           300 North LaSalle
                           Chicago, IL 60654
                           Telephone:   (312) 862-2000
                           Facsimile:   (312) 862-2200
                           Email:   james.sprayregen@kirkland.com
                                                      marc.kieselstein@kirkland.com
                                                    chad.husnick@kirkland.com
                                                    steven.serajeddini@kirkland.com

                           *Co-Counsel to the Debtors and Debtors in Possession*

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, EFCH'S DIRECT SUBSIDIARY, TEXAS COMPETITIVE ELECTRIC HOLDINGS, LLC AND THEIR DIRECT AND INDIRECT SUBSIDIARIES, AND EFH CORPORATE SERVICES COMPANY

By: */s/ Brett H. Miller*

**POLSINELLI PC**
Christopher A. Ward (No. 3877)
Justin K. Edelson (No. 5002)
Shanti M. Katona (No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:     (302) 252-0920
Facsimile:      (302) 252-0921
Email:           cward@polsinelli.com
                     jedelson@polsinelli.com
                     skatona@polsinelli.com

-and-

**MORRISON & FOERSTER LLP**
Lorenzo Marinuzzi (admitted *pro hac vice*)
Brett H. Miller (admitted *pro hac vice*)
James M. Peck (admitted *pro hac vice*)
Todd M. Goren (admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019
Telephone:     (212) 468-8000
Facsimile:      (212) 468-7900
Email:           lmarinuzzi@mofo.com
                     bmiller@mofo.com
                     jpeck@mofo.com
                     tgoren@mofo.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

WILMINGTON SAVINGS FUND SOCIETY, FSB,
IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE

By:                              */s/ Edward S. Weisfelner*

**ASHBY & GEDDES, P.A.**
William P. Bowden (No. 2553)
Gregory A. Taylor (No. 4008)
500 Delaware A venue
P.O. Box 1150
Wilmington, DE 19899
Telephone:   (302) 654-1888
Facsimile:    (302) 654-2067

-and-

**BROWN RUDNICK LLP**
Edward S. Weisfelner (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801
-and-
Jeffrey L. Jonas (admitted *pro hac vice*)
Jeremy B. Coffey (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone:   (617) 856-8200
Facsimile:    (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee*

THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS

By: */s/ Thomas E. Lauria*
**FOX ROTHSCHILD LLP**
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 463-4971
Email: jschlerf@foxrothschild.com
jstrock@foxrothschild.com
lbird@foxrothschild.com

-and-

**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: cshore@whitecase.com
gstarner@whitecase.com

Thomas E. Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: tlauria@whitecase.com
mbrown@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*

LAW DEBENTURE TRUST COMPANY OF NEW YORK,
AS INDENTURE TRUSTEE FOR THE TCEH UNSECURED NOTES

By:                      */s/ Daniel A. Lowenthal*

                           **MORRIS JAMES LLP**
                           Stephen M. Miller (DE Bar No. 2610)
                           500 Delaware Avenue, Suite 1500
                           P.O. Box 2306
                           Wilmington, DE 19899-2306
                           Telephone: (302) 888-6800
                           Facsimile: (302) 571-1750
                           Email: smiller@morrisjames.com

                           - and -

                           **PATTERSON BELKNAP WEBB & TYLER LLP**
                           Daniel A. Lowenthal
                           Brian P. Guiney
                           1133 Avenue of the Americas
                           New York, NY 10036-6710
                           Telephone: (212) 336-2000
                           Facsimile: (212) 336-2222
                           Email: dalowenthal@pbwt.com
                                    bguiney@pbwt.com

                           *Attorneys for Law Debenture Trust*
                           *Company of New York, as Indenture Trustee*

THE AD HOC GROUP OF TCEH FIRST LIEN NOTEHOLDERS

By:                          */s/ Alan W. Kornberg*
                                **YOUNG CONAWAY STARGATT & TAYLOR**
Pauline K. Morgan (Bar No. 3650)
Ryan M. Bartley (Bar No. 4985)
Andrew Magaziner (Bar No. 5426)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 570-1253

- and -

**PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP**
Alan W. Kornberg (admitted *pro hac vice*)
Kelley A. Cornish (admitted *pro hac vice*)
Brian S. Hermann (admitted *pro hac vice*)
Jacob A. Adlerstein (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: dalowenthal@pbwt.com
        bguiney@pbwt.com

*Counsel to the Ad Hoc Group of TCEH First Lien Noteholders*

THE BANK OF NEW YORK MELLON, AS PCRB TRUSTEE

By:                         */s/ Kurt F. Gwynne*
                             **REED SMITH LLP**
                             Kurt F. Gwynne (No. 3951)
                             1201 Market Street, Suite 1500
                             Wilmington, DE 19801
                             Telephone: (302) 778-7500
                             Facsimile: (302) 778-7575
                             Email: kgwynne@reedsmith.com

                             - and -

                             Sarah K. Kam (admitted *pro hac vice*)
                             599 Lexington Avenue
                             New York, NY 10022
                             Telephone: (212) 549-0284
                             Facsimile: (212) 521-5450
                             Email: skam@reedsmith.com

                             *Counsel to the PCRB Trustee*