## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re** | ) | **Chapter 11** |
|  | ) |  |
| **ENERGY FUTURE** | ) | **Case No. 14-10979 (CSS)** |
| **HOLDINGS CORP.,** *et al.,* | ) |  |
|  | ) | **(Jointly Administered)** |
| *Debtors.* | ) |  |
|  | ) |  |

## NOTICE OF THIRD PARTY SUBPOENA

**PLEASE TAKE NOTICE** that on the October 22, 2015, counsel to American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by EFH Future Holdings Corp. ("EFH Corp.") caused a Subpoena issued to Avenue Capital Management II, LP to be served by hand delivery to its office at 399 Park Avenue, 6th Floor, New York, NY 10022.

Dated: Wilmington, DE
October 22, 2015

**CROSS & SIMON, LLC**

By: /s/ *Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

– and –

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, MA 02110

Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*