# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Related Docket Nos.: 6122, 6544<br><br>Hearing Date: Nov. 3, 2015 at 11:00 A.M. ET<br>Obj. Deadline: Oct. 23, 2015 at 4:00 P.M. ET |

### RESERVATION OF RIGHTS BY TXU 2007-1 RAILCAR LEASING LLC WITH RESPECT TO FIFTH AMENDED JOINT PLAN OF REORGANIZATION

This Reservation of Rights (this "**Reservation of Rights**") is filed by TXU 2007-1 Railcar Leasing LLC ("**TXU Railcar Leasing**"), a lessor and party in interest in the above-captioned bankruptcy cases. TXU Railcar Leasing files this Reservation of Rights with respect to the (i) *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 6122] (the "**Plan**"), and (ii) the *Plan Supplement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 6544] (the "**Plan Supplement**").

As more fully set forth in the Proof of Claim and the attachments thereto [Claim No. 6177] (the "**TXU Railcar Proof of Claim**") filed by TXU Railcar Leasing in Case No. 14-10978, TXU Railcar Leasing and Texas Competitive Electric Holdings Company LLC ("**Debtor-Lessee**") are parties to that certain *Lease,* dated as of September 7, 2007 (as supplemented, the "**Railcar Lease**"), relating to 996 Aluminum Rapid Discharge IV Coal Cars

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

QB\023718.00022\37105445.2

(the "**Coal Cars**"). As stated by the Debtors in the Plan Supplement, the Debtor-Lessee and TXU Railcar Leasing are negotiating an assumption of the Railcar Lease under modified and consensual terms. *See* Plan Supplement, Exhibit C, p. 137, Ref # 20 (the Debtors list the Railcar Lease on the "Conditional Assumption Schedule" thereto, and state that the Railcar Lease will be assumed, "subject to successful negotiation of contract amendment and cure.") The negotiations between the Debtor-Lessee and TXU Railcar Leasing are ongoing as of the date of this Reservation of Rights. TXU Railcar Leasing believes that the negotiations with the Debtor-Lessee will be completed successfully, and an agreed assumption of the Railcar Lease under modified and consensual terms will be achieved expeditiously.

TXU Railcar Leasing files this Reservation of Rights to reserve its rights in regard to the Plan and the treatment of the Railcar Lease thereunder, including its rights to object to the Plan in the event the Debtors propose treatment of the Railcar Lease different than an agreed assumption of the lease under modified and consensual terms.[2]

Dated: October 23, 2015

                Respectfully submitted,

                CIARDI CIARDI & ASTIN

                */s/ Joseph J. McMahon, Jr.*
                Daniel K. Astin (No. 4068)
                John D. McLaughlin, Jr. (No. 4123)
                Joseph J. McMahon, Jr. (No. 4819)
                1204 North King Street
                Wilmington, Delaware 19801
                Telephone: 302-658-1100
                Facsimile: 302-658-1300

                -and-

---

[2] TXU reserves all its rights and interests under the Railcar Lease and with respect to the Coal Cars. TXU does not waive, and hereby expressly reserves, its rights to supplement and amend this Reservation of Rights, as it may deem necessary or appropriate.

-3-

        QUARLES & BRADY LLP
        John A. Harris (admitted *pro hac vice*)
        Jason D. Curry (admitted *pro hac vice*)
        Renaissance One
        Two North Central Avenue
        Phoenix, Arizona  85004-2391
        Telephone:  602-229-5200
        Facsimile:   602-229-5690

        Attorneys for TXU 2007-1 Railcar Leasing LLC