UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| ENERGY FUTURE HOLDINGS CORP. et al | : | Chapter 11 |
| | : | |
| Debtors. | : | Bky No. 14-10979 (CSS) |
| | : | (Joint Administration Pending) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 23, 2015, a true and correct copy of the foregoing Objection Of FlSmidth USA, Inc. and FlSmidth Inc. to Confirmation of Fifth Amended Plan of Reorganization was filed electronically with the Court. Notice of this filing will be sent today to all parties via the Court's electronic filing system.

/s/ Robert Szwajkos
Robert Szwajkos, Esquire

Date: October 23, 2015

1556625.1/48545