# EXHIBIT A

**Relevant Pages of Plan Supplement Exhibit E(ii)**

## EXHIBIT E(ii)

### Claims, Defenses, Cross-Claims, and Counter-Claims
### Related to Litigation and Possible Litigation

The following Exhibit E(ii) includes Entities that are party to or that the Debtors believe may become party to litigation, arbitration, or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal, judicial or non-judicial. Unless otherwise released by the Plan, the Debtors expressly reserve all Causes of Action against or related to all Entities that are party to or that may in the future become party to litigation, arbitration, or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal, judicial or non-judicial, regardless of whether such Entity is included on Exhibit E(ii).

In addition, the following Exhibit E(ii) includes claims and Causes of Action the Debtors expressly retain based in whole or in part upon any and all contracts and leases to which any Debtor, Reorganized Debtor, or New EFH is a party or pursuant to which any Debtor, Reorganized Debtor, or New EFH has any rights whatsoever. Unless otherwise released by the Plan, the Debtors retain all such claims and Causes of Action regardless of whether such contract or lease is included on Exhibit E(ii). The claims and Causes of Actions reserved include, Causes of Action against vendors, suppliers of goods or services, or any other parties: (a) for overpayments, back charges, duplicate payments, improper holdbacks, deposits, warranties, guarantees, indemnities, recoupment, or setoff; (b) for wrongful or improper termination, suspension of services or supply of goods, or failure to meet other contractual or regulatory obligations; (c) for failure to fully perform or to condition performance on additional requirements under contracts with any one or more of the Debtors before the assumption or rejection, if applicable, of such contracts; (d) for payments, deposits, holdbacks, reserves, or other amounts owed by any creditor, utility, supplier, vendor, insurer, surety, factor, lender, bondholder, lessor, or other party; (e) for any liens, including mechanic's, artisan's, materialmen's, possessory, or statutory liens held by any one or more of the Debtors; (f) arising out of environmental or contaminant exposure matters against landlords, lessors, environmental consultants, environmental agencies, or suppliers of environmental services or goods; (g) counter-claims and defenses related to any contractual obligations; (h) any turnover actions arising under section 542 or 543 of the Bankruptcy Code; and (i) for unfair competition, interference with contract or potential business advantage, breach of contract, infringement of intellectual property, or any business tort claims.

ENERGY FUTURE HOLDINGS CORP., et al.
Retained Causes of Action

Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation

| Name of Counterparty | Nature |
|---|---|
| ALCATEL NETWORK SYSTEMS, INC. (ROCKWELL INT. CORP<br>1225 ALMA ROAD<br>RICHARDSON, TX 75081 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALCOA INC<br>CT CORPORATION SYSTEM<br>120 S CENTRAL AVE STE 400<br>CLAYTON, MO 63105 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALCOA INC<br>SEGAL MCCAMBRIDGE SINGER & MAHONEY<br>WILLIAM ROBERT IRWIN<br>233 S WACKER DR, SUITE 5500<br>CHICAGO, IL 60606 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALCOA INC<br>ALCOA CORPORATE CENTER<br>AUDREY STRAUSS, CHIEF LEGAL OFFICER<br>201 ISABELLA STREET<br>HOUSTON, TX 77002 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALCOA INC<br>ALCOA CORPORATE CENTER<br>AUDREY STRAUSS, CHIEF LEGAL OFFICER<br>201 ISABELLA STREET<br>PITTSBURGH, PA 15212-5858 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALCOA INC<br>BENITA W. ELLEN, HUNTON<br>& WILLIAMS LLP-NORFOLK<br>500 EAST MAIN STREET SUITE 1000<br>NORFOLK, VA 23510 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALCOA INC<br>HAWKINS PARNELL THACKSTON & YOUNG LLP<br>ROBERT EDWIN THACKSTON<br>4514 COLE AVE STE 500 SUITE 500<br>DALLAS, TX 75205 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |

ENERGY FUTURE HOLDINGS CORP., et al.
Retained Causes of Action

Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation

| Name of Counterparty | Nature |
|---|---|
| ALCOA INC<br>HAWKINS PARNELL THACKSTON & YOUNG LLP<br>ROBERT THACKSTON<br>4514 COLE AVE, SUITE 500<br>DALLAS, TX 75205-5412 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALCOA INC<br>HUNTON & WILLIAMS-RICHMOND<br>DAVID C. LANDIN, RIVERFRONT PLAZA,<br>EAST TOWER, 951 EAST BYRD STREET<br>RICHMOND, VA 23219 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALCOA INC<br>JONES CARR MCGOLDRICK<br>DAVID T. OWENS, PREMIER PLACE, 5910 N<br>CENTRAL EXPRESSWAY, SUITE 1700<br>DALLAS, TX 75206 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALCOA INC<br>PLAUCHE MASELLI PARKERSON<br>SCOTT MASON<br>701 POYDRAS STREET, SUITE 3800<br>NEW ORLEANS, LA 70139 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALCOA INC<br>WILLIS LAW GROUP<br>FOSTER REESE<br>10440 N. CENTRAL EXPRESSWAY, SUITE 520<br>DALLAS, TX 75231 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALCOA INC.<br>201 ISABELLA STRET<br>PITTSBURGH, PA 15212-5858 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALCOA<br>301 S. GARY AVENUE, SUITE D<br>ATTN: JOHN P HOLSINGER<br>ROSELLE, IL 60172 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALCOA, INC.<br>ROCKDALE ENERGY, P.O. BOX 1491<br>ROCKDALE, TX 76567 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |

**ENERGY FUTURE HOLDINGS CORP., et al.**
Retained Causes of Action

Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation

| Name of Counterparty | Nature |
|---|---|
| ALTURA COGEN, LLC<br>225 E. JOHN CARPENTER FREEWAY, SUITE 1500<br>IRVING, TX 75062 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALTURA HOMES LP<br>2529 WATERSTONE LANE<br>ROCKWALL, TX 75032 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALTUS NETWORK SOLUTIONS INC<br>DBA NFRONT SECURITY<br>4920 ATLANTA HIGHWAY SUITE 313<br>ALPHARETTA, GA 30004-2921 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALUMINUM CO OF AMERICAN (ALCOA)<br>PO BOX 472<br>ROCKDALE, TX 76567 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALUMINUM COMPANY OF AMERICA<br>201 ISABELLA STREET<br>PITTSBURGH, PA 15212-5858 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALVA JENKINS AND DORIS JENKINS<br>ADDRESS ON FILE | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALVIN E GLENN & LINDA GLENN<br>ADDRESS ON FILE | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| ALVIS GENE RICHARDSON ESTATE<br>ADDRESS ON FILE | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| AMAC HOLDINGS<br>DBA AMAC I DRISCOLL PLACE LLC<br>333 EARLE OVINGTON BLVD STE 800<br>UNIONDALE, NY 11553 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| AMANDA DONCARLOS<br>ADDRESS ON FILE | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |