# EXHIBIT B

**Relevant Pages of Plan Supplement Exhibit E(iii)**

## EXHIBIT E(iii)

### Claims Related to Accounts Receivable and Accounts Payable

The following Exhibit E(iii) includes Entities that have recently or that currently owe money to the Debtors (other than customers, which are discussed in Exhibit E(iv)). Unless otherwise released by the Plan, the Debtors expressly reserve all Causes of Action against or related to all Entities that owe or that may in the future owe money to the Debtors, the Reorganized Debtors, or New EFH regardless of whether such Entity is included on Exhibit E(iii). Furthermore, unless otherwise released by the Plan, the Debtors expressly reserve all Causes of Action against or related to all Entities who assert or may assert that the Debtors, the Reorganized Debtors, or New EFH owe money to them.

**ENERGY FUTURE HOLDINGS CORP., et al.**

Retained Causes of Action

Claims Related to Accounts Receivable and Accounts Payable

| Name of Counterparty | Nature |
|---|---|
| 2H TRANSPORT<br>2940 JAY DR<br>LONGVIEW, TX 75605 | Claims Related to Accounts Receivable and Accounts Payable |
| 9G ENERGY CONSULTING<br>10066 COPPEDGE LN<br>DALLAS, TX 75229 | Claims Related to Accounts Receivable and Accounts Payable |
| ACCENTURE LLP<br>LAS COLINAS<br>5221 NORTH O'CONNOR BOULEVARD, SUITE 1400<br>IRVING, TX 75039 | Claims Related to Accounts Receivable and Accounts Payable |
| ADK SOLUTIONS<br>350 HAMILTON ST<br>LEWISVILLE, TX 75067 | Claims Related to Accounts Receivable and Accounts Payable |
| ADM INVESTOR SERVICES, INC<br>140 BROADWAY FLOOR 23<br>NEW YORK, NY 10005-1108 | Claims Related to Accounts Receivable and Accounts Payable |
| ADOBE SYSTEMS INC<br>345 PARK AVENUE<br>SAN JOSE, CA 95110-2704 | Claims Related to Accounts Receivable and Accounts Payable |
| AECOM TECHNICAL SERVICES INC<br>AN AECOM COMPANY<br>1178 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | Claims Related to Accounts Receivable and Accounts Payable |
| AEGIS INSURANCE SERVICES<br>ATTN: STEVE WAGNER<br>1 MEADOWLANDS PLAZA<br>RUTHERFORD, NJ 7073 | Claims Related to Accounts Receivable and Accounts Payable |

**ENERGY FUTURE HOLDINGS CORP., et al.**
Retained Causes of Action

<u>Claims Related to Accounts Receivable and Accounts Payable</u>

| Name of Counterparty | Nature |
|---|---|
| AEP ENERGY PARTNERS, INC.<br>155 W NATIONWIDE BLVD. STE 500<br>COLUMBUS, OH  43215 | Claims Related to Accounts Receivable and Accounts Payable |
| AEP TEXAS<br>P O BOX 2121<br>CORPUS CHRISTI, TX  78403-2121 | Claims Related to Accounts Receivable and Accounts Payable |
| AETNA INC<br>151 FARMINGTON AVENUE<br>HARTFORD, CT  06156-7614 | Claims Related to Accounts Receivable and Accounts Payable |
| AIRGAS CENTRAL ACCOUTING GROUP<br>4700 ELMO WEEDON RD<br>STE 113<br>COLLEGE STATION, TX  77845 | Claims Related to Accounts Receivable and Accounts Payable |
| AIRGAS SPECIALTY PRODUCTS<br>6260 I35 EAST<br>WAXAHACHIE, TX  75165 | Claims Related to Accounts Receivable and Accounts Payable |
| ALL PREPAID CARDS AND ELECTRIC<br>P.O. BOX 721099<br>HOUSTON, TX  77272 | Claims Related to Accounts Receivable and Accounts Payable |
| ALLEGRO DEVELOPMENT CORPORATION<br>1445 ROSS AVE, STE 2200<br>DALLAS, TX  75202 | Claims Related to Accounts Receivable and Accounts Payable |
| ALOCA<br>MAX W. LAUN<br>201 ISABELLA STREET<br>PITTSBURGH, PA  152195858 | Claims Related to Accounts Receivable and Accounts Payable |

ENERGY FUTURE HOLDINGS CORP., et al.
Retained Causes of Action

Claims Related to Accounts Receivable and Accounts Payable

| Name of Counterparty | Nature |
|---|---|
| ALSTOM POWER INC<br>200 GREAT POND DRIVE<br>WINDSOR, CT  6095 | Claims Related to Accounts Receivable and Accounts Payable |
| AMEREX BROKERS LLC<br>ONE SUGAR CREEK CENTER BLVD   SUITE 700<br>SUGAR LAND, TX  77478 | Claims Related to Accounts Receivable and Accounts Payable |
| AMERICAN ELECTRIC POWER<br>PO BOX 24422<br>CANTON, OH  44701-4422 | Claims Related to Accounts Receivable and Accounts Payable |
| AMERICAN NUCLEAR INSURERS<br>95 GLASTONBURY BLVD STE 300<br>GLASTONBURY, CT  06033-4453 | Claims Related to Accounts Receivable and Accounts Payable |
| AMERIPOWER<br>2808 GRANT LAKE BLVD<br>P.O. BOX 16206<br>UNIT 503<br>SUGARLAND, TX  77479-1379 | Claims Related to Accounts Receivable and Accounts Payable |
| AMETEK INC<br>PO BOX 8500/S-8275<br>PHILADELPHIA, PA  19178-8275 | Claims Related to Accounts Receivable and Accounts Payable |
| ANADARKO E & P COMPANY L P<br>ATTN: ALEX KAISER<br>PO BOX 1330<br>HOUSTON, TX  77251-1330 | Claims Related to Accounts Receivable and Accounts Payable |
| ANADARKO PETROLEUM CORPORATION<br>1201 LAKE ROBBINS DRIVE<br>THE WOODLANDS, TX  77380 | Claims Related to Accounts Receivable and Accounts Payable |