IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

**DEBTORS' MOTION FOR LEAVE TO FILE AND SERVE A
LATE REPLY IN RESPONSE TO ANY OBJECTION OF THE UNITED STATES
TRUSTEE TO THE (A) "MOTION FOR ENTRY OF AN ORDER AUTHORIZING
ENERGY FUTURE HOLDINGS CORP., *ET AL.*, TO FILE REDACTED PORTIONS OF
MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN
ORDER AUTHORIZING, BUT NOT REQUIRING, THE TCEH DEBTORS (A) TO
PARTICIPATE IN A COMPETITIVE BIDDING PROCESS, AND (B) IF SELECTED AS
THE WINNING BIDDER, TO CONSUMMATE A PROPOSED ACQUISITION" [D.I. 6394]
AND (B) "MOTION FOR ENTRY OF AN ORDER AUTHORIZING, BUT NOT
REQUIRING THE TCEH DEBTORS (A) TO PARTICIPATE IN A COMPETITIVE
BIDDING PROCESS, AND (B) IF SELECTED AS THE WINNING BIDDER, TO
CONSUMMATE A PROPOSED ACQUISITION [D.I. 6396]**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this motion for leave (the "Motion for Leave"), pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to file and serve a reply (the "Reply"), beyond the deadline set forth in Local Rule 9006-1(d), in response to any objection (the "Objection") that may be filed by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), whose objection deadline has been extended by the Debtors to October 26, 2015 at 12:00 p.m. (noon) (Eastern Daylight Time) to the *Motion of Energy Future Holdings Corp., et al., for Entry of an*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Order Authorizing the Debtors (A) to Participate in a Competitive Bidding Process, and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition* [D.I. 6395] (the "Bid Motion") and the *Motion for Entry of an Order Authorizing Energy Future Holdings Corp., et al., to File Redacted Portions of Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing, But Not Directing, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition*, dated October 7, 2015 [D.I. 6394] (the "Sealing Motion"). In support of this Motion for Leave, the Debtors respectfully represent as follows.

## JURISDICTION

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.[2]

## BACKGROUND

2. On October 7, 2015, the Debtors filed the Bid Motion and the Sealing Motion. Pursuant to the Bid Motion, the Debtors are seeking entry of an order (a) authorizing the TCEH Debtors[3] to participate in a competitive bidding process for the acquisition of certain strategic Assets and (b) if selected as the winning bidder, execute definitive agreements, obtain any necessary regulatory authorizations or consents, and consummate the proposed acquisition without further order of the Court. Pursuant to the Sealing Motion, the Debtors are seeking entry of an order (a) authorizing the TCEH Debtors to file under seal those redacted portions of the Bid Motion

---

[2] Pursuant to Local Rule 9013-1(f), the Debtors hereby confirm their consent to the entry of a final order by this Court in connection with this Motion for Leave if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments in connection therewith consistent with Article III of the United States Constitution.

[3] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Sealing Motion.

and the Carter Declaration in support of the Bid Motion and (b) directing that those redacted portions of the Bid Procedures Motion and the Carter Declaration shall remain under seal and confidential and not be made available to anyone without the consent of the Debtors, except to (i) the Court, (ii) the U.S. Trustee on a confidential basis, and (iii) on a confidential, "professionals' eyes only" basis, the advisors to the TCEH Creditors' Committee and the Ad Hoc Group of TCEH First Lien Creditors.

3. The Bid Motion and the Sealing Motion are scheduled to be heard at the hearing scheduled to take place before the Court on October 28, 2015 starting at 3:00 p.m. (Eastern Daylight Time) (the "Hearing"). Pursuant to the notice filed and served in connection with the Bid Motion and the Sealing Motion, the deadline for all parties-in-interest (other than the U.S. Trustee, as discussed below) to file responses or objections to the Sealing Motion was 4:00 p.m. (Eastern Daylight Time) on October 21, 2015 (the "Objection Deadline"). The Objection Deadline has passed and no parties filed objections to either the Bid Motion or the Sealing Motion.

4. To provide the U.S. Trustee with time to fully consider the relief requested by the Debtors in the Sealing Motion and, as necessary, to engage the Debtors in discussions with respect to the same, the Debtors have agreed to extend the Objection Deadline for the U.S. Trustee with respect to the Bid Motion and the Sealing Motion to October 26, 2015 at 12:00 p.m. (noon) (Eastern Daylight Time). In turn, the U.S. Trustee has agreed to an extension of the Debtors' time to file a reply to October 27, 2015 at 4:00 p.m. (Eastern Daylight Time). By this Motion for Leave, the Debtors seek permission to file and serve the Reply after the deadline afforded under Local Rule 9006-1(d).[4]

---

[4] To the extent necessary, the Debtors intend to file one, consolidated Reply in response to any objections filed to the Bid Motion and the Sealing Motion.

## RELIEF REQUESTED

5. By this Motion for Leave, the Debtors seek authority, pursuant to Local Rule 9006-1(d), to file and serve the Reply on or before 4:00 p.m. (Eastern Daylight Time) on October 27, 2015.[5]

## BASIS FOR RELIEF

6. Pursuant to Local Rule 9006-1(d), "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. (Eastern Daylight Time) the day prior to the deadline for filing the agenda." See Del. Bankr. L.R. 9006-1(d).

7. The agenda for the Hearing (currently set for October 28, 2015 at 3:00 p.m. (Eastern Daylight Time)) is due to be filed with the Court by 12:00 p.m. (noon) (Eastern Daylight Time) on October 26, 2015. As noted above, Local Rule 9006-1(d) therefore requires that the Debtors file and serve any reply with the Court on or before 4:00 p.m. (Eastern Daylight Time) on October 23, 2015. However, the Debtors' extension of the Objection Deadline for the U.S. Trustee (which is beyond the current deadline to file a reply) does not provide them with *any* opportunity, within the time frame provided by Local Rule 9006-1(d), to prepare and file a reply to any objection that might be filed by the U.S. Trustee. Accordingly, absent leave of Court, the Debtors will be unable to file and serve the Reply in compliance with Local Rule 9006-1(d).

8. The Debtors submit, however, that the Court should grant an extension of the time in which to file the Reply under Local Rule 9006-1(d). As a result of the extension of the Objection Deadline for the U.S. Trustee, absent leave of Court, the Debtors will be unable to file a reply to any objection that the U.S. Trustee might file in response to the Sealing Motion and Bid Motion. At the same time, the Debtors respectfully submit that the Reply (to the extent that the Debtors are

---

[5] Although on its face, the language of Local Rule 9006-1(d) sets a deadline for *service* of a reply, rather than a deadline for *filing* a reply, the Debtors seek a waiver of the rule out of an abundance of caution to the extent that the Court believes that the rule should be read to set a deadline for *serving* a reply.

4

required to file it) will assist the Court in its consideration of the issues raised in any objection that might be filed by the U.S. Trustee. Absent leave of Court to file the Reply, the Debtors will be unable to submit an appropriate written response to any objection or response to the Sealing Motion and Bid Motion that the U.S. Trustee might file, putting the Debtors in the difficult position of presenting their arguments in reply for the first time at the Hearing. The Debtors believe that the Reply will (i) fully inform the Court of the Debtors' arguments regarding the issues presented in the Sealing Motion and Bid Motion; (ii) assist the Court in deciding the merits of the Sealing Motion and Bid Motion, and any objections or responses thereto; and (iii) help narrow disputed issues, if any, thereby serving to streamline the Hearing.

## **NO OBJECTION TO RELIEF**

9.  Counsel to the Debtors conferred with the U.S. Trustee concerning the relief requested in the Motion for Leave prior to its filing, and is informed that the U.S. Trustee does not object to the relief sought by this Motion for Leave.

WHEREFORE the Debtors respectfully request that the Court enter an order, substantially in the form attached as **Exhibit A,** authorizing the Debtors to file and serve the Reply on or before October 27, 2015 at 4:00 p.m. (Eastern Daylight Time).

*[Remainder of page intentionally left blank.]*

Dated: October 23, 2015
       Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 13172546v.1