# EXHIBIT A

**Form of Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**ORDER GRANTING LEAVE TO LEAVE TO FILE AND SERVE A LATE REPLY IN RESPONSE TO ANY OBJECTION OF THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE TO THE "(A) "MOTION FOR ENTRY OF AN ORDER AUTHORIZING ENERGY FUTURE HOLDINGS CORP., *ET AL.*, TO FILE REDACTED PORTIONS OF MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING, BUT NOT REQUIRING, THE TCEH DEBTORS (A) TO PARTICIPATE IN A COMPETITIVE BIDDING PROCESS, AND (B) IF SELECTED AS THE WINNING BIDDER, TO CONSUMMATE A PROPOSED ACQUISITION" [D.I. 6394] AND (B) "MOTION FOR ENTRY OF AN ORDER AUTHORIZING, BUT NOT REQUIRING THE TCEH DEBTORS (A) TO PARTICIPATE IN A COMPETITIVE BIDDING PROCESS, AND (B) IF SELECTED AS THE WINNING BIDDER, TO CONSUMMATE A PROPOSED ACQUISITION [D.I. 6396]**

Upon consideration of the motion for leave, dated October 23, 2015 (the "Motion for Leave"),[2] seeking entry of an order, pursuant to Local Rule 9006-1(d), authorizing the Debtors to file and serve the Reply; and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion for Leave is GRANTED; and it is further

ORDERED that the Debtors are granted leave to file and serve the Reply by October 27, 2015 at 4:00 p.m. (Eastern Daylight Time); and it is further

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion for Leave.

RLF1 13172546v.1

ORDERED that the Court will consider the Reply.

Dated: October _____, 2015
       Wilmington, Delaware

                                  THE HONORABLE CHRISTOPHER S. SONTCHI
                                  UNITED STATES BANKRUPTCY JUDGE