IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br>Case Nos. 14-10979 (CSS), *et seq.*<br><br>(Jointly Administered) |

## **OBJECTION TO PROPOSED CURE AMOUNTS**

Buffalo Industrial Supply, Inc. ("Claimant"), by its undersigned counsel, hereby files this objection to the Notice of (A) Executory Contracts and Unexpired Leases To Be Assumed by the Debtors Pursuant to the Plan; (B) Cure Amounts, If Any; and (C) Related Procedures in Connection Therewith (the "Notice"), and in support hereof states as follows:

1. On April 29, 2014, Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc. (together with EFIH, the "EFIH Debtors," and collectively with the other above-captioned debtors and debtors in possession, the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* Since the Petition Date, the Debtors have managed their affairs and remained in possession of their assets as debtors in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2. It appears that on October 14, 2015, the claims agent served copies of the Notice upon various parties, including but not limited to Claimant. According to the Notice, the Debtors were giving notice of certain executory contracts to be assumed under the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code (Docket No. 6122) (as may be modified, amended or supplemented from time to time, the "Plan").

3. According to the schedule of the Notice, the Debtors are seeking authority to assume six contracts with Claimant (collectively, the "Assumed Contracts") under the Plan.

4. Subject to the Debtors' burden of providing adequate assurance of future performance (in connection with which Claimant reserves all rights), Claimant does not oppose the assumption of the Assumed Contracts for the benefit of the Reorganized Debtors under the Plan.

5. Some of the proposed cure amounts in connection with the Assumed Contracts as they appear in the Notice, however, are improper. The correct amounts should be as follows, as of October 22, 2015:

| Ref# | Debtor(s) | Description of Contract or Lease | Debtors' proposed cure amount | Correct amount |
|---|---|---|---|---|
| 380 | Luminant Mining Company LLC | Services Agreement Dated 01/01/2014 | $2,228.29 | $2,228.29 |
| 381 | Oak Grove Management Company LLC | Services Agreement Dated 01/01/2014 | $1,826.97 | $1,826.97 |
| 382 | Luminant Mining Company LLC | Services Agreement Dated 3/1/2014 | $4,526.56 | $4,526.56 |
| 383 | Luminant Mining Company LLC | Services Agreement Dated 11/01/2013 plus amendments | $0.00 | $25,289.65 |
| 384 | Oak Grove Management Company LLC | Services Agreement Dated 11/01/2011 plus amendments | $0.00 | $31,480.00 |
| 385 | Luminant Mining Company LLC | Services Agreement Dated 11/01/2011 plus amendments | $0.00 | $36,676.08 |

To the extent that additional defaults have occurred since October 22, 2015, Claimant reserves the right to require that they also be cured as a precondition to the Debtors' assumption of the Assumed Contracts.

6. Claimant is still in the process of reviewing its records in relation to the Assumed Contracts and reserves all rights in connection with confirmation of the Plan.

CONCLUSION

WHEREFORE, Claimant respectfully requests this Court condition the Debtors' assumption of any contracts (including but not limited to the Assumed Contracts) upon the prompt cure of all defaults existing as of the date of assumption, in the respective corrected cure amounts identified hereinabove, and grant Claimant such other or further relief as is just and proper.

Dated: October 23, 2015  
       Wilmington, Delaware

Respectfully submitted,

HILLER & ARBAN, LLC

 /s/ **Adam Hiller**  
Adam Hiller (DE No. 4105)  
Brian L. Arban (DE No. 4511)  
1500 N. French St., 2nd Fl.  
Wilmington, Delaware 19801  
(302) 442-7677 telephone  
(302) 442-7045 facsimile  
ahiller@hillerarban.com

-and-

Kerry L. Haliburton, Esquire  
Naman, Howell, Smith & Lee, PLLC  
P.O. Box 1470  
Waco, Texas 76703-1470  
(254) 755-4100 telephone  
Haliburton@namanhowell.com

*Attorneys for Claimant*