KIRKLAND & ELLIS LLP
Attn: Edward 0. Sassowcr, P_c_
Attn: Stephen E. Hessler, Esq.
RICHARDS, LAYTON & FINGER, P.A.
Attn: Brian E. Schartz, Esq.
601 Lexington Avenue
New York, NY I 0022

PROSKAUER ROSE LLP
Attn: Jeff J. Maiwil, Esq.
Attn: Mark K Thomas, Esq.
Attn: Peter J. Young, Esq.
Three First National Plam
70 W. Madison ST STE 3800
Chicago, IL 60602

MCELROY, DEUTSCH, MUV ANEY,&:
CARPENTER. LLP
Attn: David P. Primack, Esq.
300 Delaware Ste 770
Wilmington.DE 19801

JENNER & BLOCK LLP
Attn: Richard Levin. Esq.
919ThirdAve
New York, NY 10022-3908

Kirkland & Ellis LLP
Attn: James H.M. Sprayregen, P.C.
Attn: Marc Kieselstein, P.C.
Attn: Chad J. Husnick, Esq.
Attn: Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, IL 60654

BIELLI &: KLAUDER, LLC
Attn: David M. Klauder, Esq.
1204 N. King Street
Wilminglon. DE 19801

CRA VATH, SWAIN, & MOORE LLP
Attn: Michael A Paskin, Esq.
Worldwide Plaza
825 Eighth Ave
New York, NY 10019-7475

THE OFFICE OF THE UNITED STATES
TRUSTEE FOR THE DISTRICT OF DELAWARE
Attn: Richard L. Schepacarter, Esq.
Attn: AndreaB. Schwartz, Esq.
844 King Street, Suite2207
Lockbox35
Wilmington. DE 1980 1

RICHARDS, LAYTON & FINGER, P.A.
Attn: Mark D. Collins, Esq.
Attn: Daniel J. Defranceschi, Esq.
Attn: Jason M. Madron, Esq.
920 North King Street
Wilmington. DE 19801

MUNGER, TOLLES&: OLSON LLP
Attn: Thomas B. Walper, Esq.
Attn: Todd J Rosen, Esq.
Attn: Seth Goldman. Esq.
Attn: John W. Spiegel, Esq.
355 S. Grand Ave 35th FL
Los Angeles, CA 90071

STEVENS & LEE PC
Attn: Joseph H. Hutson Jr, Esq.
1105 N. Market St STE 700
Wilmington. DE 19801