## Exhibit A

[Statement of Fees by Subject Matter]

52437604v2

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 6.7 | $6,197.50 |
| 003 | EFH Business Operations | 3.1 | $3,097.50 |
| 005 | EFH Corporate Governance and Board Matters | 6.7 | $6,557.50 |
| 006 | Discovery | 602.2 | $514,407.00 |
| 007 | Employment Applications | 0.2 | $185.00 |
| 008 | Fee Applications and Objections | 43.9 | $36,943.50 |
| 009 | Financing and Cash Collateral | 13.2 | $13,115.00 |
| 010 | Hearings | 21.3 | $21,630.00 |
| 011 | Claims Investigations, Analyses and Objections | 40.6 | $31,991.00 |
| 014 | Non-Working Travel | 52.6 | $27,330.00 |
| 015 | Plan and Disclosure Statement | 257.6 | $258,534.50 |
| 016 | Tax | 25.8 | $23,075.00 |
| 018 | Valuation | 0.2 | $185.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **1,074.1** | **$943,248.50** |