## Exhibit B

[Attorneys' and Paraprofessionals' Information]

52437604v2

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,275 | 2.6 | $3,315.00 |
| Richard M. Corn | Partner | 2005 | Tax | $875 | 12.3 | $10,762.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $975 | 186.1 | $181,447.50 |
| | | | | $487.50 | 30.1 | $14,673.75[1] |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,000 | 4.7 | $4,700.00 |
| Jeffrey W. Levitan | Partner | 1983 | Corporate | $1,125 | 4.1 | $4,612.50 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,125 | 23.6 | $26,550.00 |
| Paul Possinger | Partner | 1993 | Corporate | $975 | 106.5 | $103,837.50 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $900 | 111.3 | $100,170.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,275 | 6.0 | $7,650.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,125 | 162.0 | $182,250.00 |
| | | | | $562.50 | 22.5 | $12,656.25[1] |
| Peter J. Young | Partner | 2002 | Corporate | $925 | 132.1 | $122,192.50 |
| Courtney M. Bowman | Associate | 2013 | Litigation | $575 | 27.5 | $15,812.50 |
| Rochelle H. Emert | Associate | 2014 | Litigation | $465 | 33.1 | $15,391.50 |
| Joshua L. Kopple | Associate | 2013 | Litigation | $465 | 77.8 | $36,177.00 |
| Joseph P. Malca | Associate | 2013 | Tax | $575 | 6.5 | $3,737.50 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $795 | 63.6 | $50,562.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $765 | 60.7 | $46,435.50 |
| **Total** | | | | | **1,073.1** | **$942,933.50** |

---

[1] Represents 50% reduction for non-working travel time.

52437604v2

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Isaac L. Antoon | Project Manager of E-Discovery Services | 0.5 years | Professional Resources | $315 | 1.0 | $315.00 |
| **Total** | | | | | **1.0** | **$315.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **1,074.1** | **$943,248.50** |

52437604v2