# Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

52437604v2

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Reproduction Costs (at $0.10 per page) | $737.20 |
| Outside Reproduction | $1.78 |
| Telecommunications | $39.04 |
| Research (Lexis/Westlaw/Other Database Search Services) | $3,488.00 |
| Litigation and Corporate Support Services[1] | $2,126.67 |
| Travel Out-of-Town – Transportation | $7,009.49[2] |
| Taxi, Carfare, Mileage, Parking | $1,320.15[3] |
| Messenger/Delivery/Postage | $218.63 |
| Business Meals | $1,711.59[4] |
| Out-of-Town Lodging | $7,007.90[5] |
| Word Processing | $0.00[6] |
| Other Disbursements | $0.00[7] |
| **Total** | **$23,660.45** |

---

[1] Consists of CourtCall, PACER and transcript (hearing and deposition) expenses.

[2] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee. Additionally, Proskauer took a voluntary reduction of $214.00 in this category.

[3] Includes a reduction of $232.51 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the fee committee.

[4] Includes a reduction of $346.91 for business meal expenses in excess of the reimbursable cap imposed by the fee committee.

[5] Includes a reduction of $3,696.83 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[6] Reflects a reduction of $438.00 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[7] Reflects a reduction of $1,622.83 for certain overtime expenses that are not reimbursable pursuant to the fee committee guidelines.

52437604v2