## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/14/2015 | Jennifer L. Roche | Litigation Support/docketing-Nationwide Legal Express for copying and imaging for plan confirmation discovery document collection and review | 1,304.67 |
| 07/23/2015 | Jeff J. Marwil | Outside Reproduction | 1.78 |
| 07/27/2015 | Michael A. Firestein | Food Service/conf. Dining | 66.41 |
| 08/04/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Limo Wait Time Wilmington | 125.00 |
| 08/07/2015 | Michael A. Firestein | Long Distance Telephone | 2.72 |
| 08/11/2015 | Jeff J. Marwil | Professional Services-CourtCall | 121.00 |
| 08/11/2015 | Michael A. Firestein | Professional Services-CourtCall | 121.00 |
| 08/11/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Taxi from O'Hare to Home | 45.00 |
| 08/14/2015 | Michael A. Firestein | Long Distance Telephone | 3.20 |
| 08/18/2015 | Mark K. Thomas | Professional Services-CourtCall | 44.00 |
| 08/18/2015 | Jeff J. Marwil | Professional Services-CourtCall | 44.00 |
| 08/18/2015 | Michael A. Firestein | Professional Services-CourtCall | 44.00 |
| 08/19/2015 | Jeff J. Marwil | Messenger/delivery | 17.98 |
| 08/25/2015 | Jeff J. Marwil | Professional Services-CourtCall | 142.00 |
| 08/25/2015 | Michael A. Firestein | Professional Services-CourtCall | 142.00 |
| 08/25/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 08/26/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 09/01/2015 | Michele M. Reetz | Reproduction | 0.80 |
| 09/01/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 09/02/2015 | Paulette Lindo | Reproduction | 0.30 |
| 09/02/2015 | Paulette Lindo | Reproduction | 0.20 |
| 09/02/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 09/02/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 09/02/2015 | Paul Possinger | Reproduction | 4.40 |
| 09/02/2015 | Paul Possinger | Reproduction | 0.60 |
| 09/02/2015 | Paul Possinger | Reproduction | 2.20 |
| 09/02/2015 | Paul Possinger | Reproduction | 1.60 |
| 09/02/2015 | Paul Possinger | Reproduction | 1.10 |
| 09/02/2015 | Paul Possinger | Reproduction | 2.50 |
| 09/02/2015 | Paul Possinger | Reproduction | 0.90 |
| 09/02/2015 | Jared Zajac | Long Distance Telephone | 0.35 |
| 09/02/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 09/03/2015 | Jared Zajac | Long Distance Telephone | 2.78 |
| 09/03/2015 | Jared Zajac | Long Distance Telephone | 6.95 |
| 09/03/2015 | Jared Zajac | Long Distance Telephone | 1.04 |
| 09/04/2015 | Jared Zajac | Long Distance Telephone | 2.43 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 09/04/2015 | Jared Zajac | Long Distance Telephone | 0.70 |
| 09/04/2015 | Jared Zajac | Reproduction | 0.10 |
| 09/04/2015 | Joshua L. Kopple | Reproduction | 1.00 |
| 09/04/2015 | Peter J. Young | Reproduction | 3.00 |
| 09/04/2015 | Peter J. Young | Reproduction | 0.80 |
| 09/04/2015 | Peter J. Young | Reproduction | 1.00 |
| 09/04/2015 | Michele M. Reetz | Reproduction | 2.10 |
| 09/04/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Round trip taxi between home and office | 25.00 |
| 09/05/2015 | Courtney M. Bowman | Lexis | 115.00 |
| 09/06/2015 | Courtney M. Bowman | Lexis | 230.00 |
| 09/06/2015 | Lary Alan Rappaport | Lexis | 447.00 |
| 09/06/2015 | Courtney M. Bowman | Reproduction | 1.40 |
| 09/06/2015 | Courtney M. Bowman | Reproduction | 0.40 |
| 09/06/2015 | Courtney M. Bowman | Reproduction | 0.30 |
| 09/06/2015 | Courtney M. Bowman | Reproduction | 0.80 |
| 09/06/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 09/06/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 09/06/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 09/06/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 09/06/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 09/06/2015 | Jennifer L. Roche | Reproduction | 1.80 |
| 09/06/2015 | Courtney M. Bowman | Reproduction | 0.60 |
| 09/06/2015 | Courtney M. Bowman | Reproduction | 0.40 |
| 09/06/2015 | Jennifer L. Roche | Reproduction | 1.70 |
| 09/06/2015 | Courtney M. Bowman | Reproduction | 0.60 |
| 09/06/2015 | Courtney M. Bowman | Reproduction | 0.10 |
| 09/06/2015 | Courtney M. Bowman | Reproduction | 0.60 |
| 09/06/2015 | Courtney M. Bowman | Reproduction | 0.40 |
| 09/06/2015 | Courtney M. Bowman | Reproduction | 0.50 |
| 09/06/2015 | Courtney M. Bowman | Reproduction | 0.30 |
| 09/06/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 09/06/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 09/06/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 09/06/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 09/06/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 09/06/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 09/06/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 09/06/2015 | Courtney M. Bowman | Reproduction | 0.10 |
| 09/06/2015 | Courtney M. Bowman | Reproduction | 0.40 |
| 09/06/2015 | Courtney M. Bowman | Reproduction | 3.70 |
| 09/06/2015 | Courtney M. Bowman | Reproduction | 0.10 |
| 09/07/2015 | Peter J. Young | Reproduction | 0.90 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 09/07/2015 | Peter J. Young | Reproduction | 2.80 |
| 09/07/2015 | Peter J. Young | Reproduction | 0.10 |
| 09/07/2015 | Peter J. Young | Reproduction | 0.90 |
| 09/07/2015 | Peter J. Young | Reproduction | 1.60 |
| 09/07/2015 | Peter J. Young | Reproduction | 0.60 |
| 09/07/2015 | Peter J. Young | Reproduction | 1.10 |
| 09/07/2015 | Peter J. Young | Reproduction | 0.40 |
| 09/07/2015 | Courtney M. Bowman | Lexis | 460.00 |
| 09/08/2015 | Courtney M. Bowman | Lexis | 874.00 |
| 09/08/2015 | Lary Alan Rappaport | Lexis | 711.00 |
| 09/08/2015 | Peter J. Young | Reproduction | 3.20 |
| 09/08/2015 | Jared Zajac | Reproduction | 4.10 |
| 09/08/2015 | Courtney M. Bowman | Reproduction | 0.40 |
| 09/08/2015 | Courtney M. Bowman | Reproduction | 0.40 |
| 09/08/2015 | Courtney M. Bowman | Reproduction | 0.30 |
| 09/08/2015 | Courtney M. Bowman | Reproduction | 0.50 |
| 09/08/2015 | Courtney M. Bowman | Reproduction | 0.60 |
| 09/08/2015 | Courtney M. Bowman | Reproduction | 0.10 |
| 09/08/2015 | Courtney M. Bowman | Reproduction | 0.10 |
| 09/08/2015 | Michele M. Reetz | Reproduction | 2.80 |
| 09/08/2015 | Mark K. Thomas | Reproduction | 6.40 |
| 09/08/2015 | Mark K. Thomas | Reproduction | 6.40 |
| 09/08/2015 | Mark K. Thomas | Reproduction | 1.80 |
| 09/08/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 09/09/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 09/09/2015 | Michael A. Firestein | Filing and Court Costs-CourtCall | 51.00 |
| 09/09/2015 | Jared Zajac | Reproduction | 1.70 |
| 09/09/2015 | Jared Zajac | Reproduction | 1.10 |
| 09/09/2015 | Lary Alan Rappaport | Reproduction | 3.20 |
| 09/09/2015 | Courtney M. Bowman | Reproduction | 0.30 |
| 09/09/2015 | Courtney M. Bowman | Reproduction | 0.60 |
| 09/09/2015 | Courtney M. Bowman | Reproduction | 0.60 |
| 09/09/2015 | Lary Alan Rappaport | Reproduction | 0.90 |
| 09/09/2015 | Courtney M. Bowman | Reproduction | 0.10 |
| 09/09/2015 | Courtney M. Bowman | Reproduction | 0.10 |
| 09/09/2015 | Lary Alan Rappaport | Postage | 0.96 |
| 09/09/2015 | Courtney M. Bowman | Lexis | 345.00 |
| 09/09/2015 | Lary Alan Rappaport | Long Distance Telephone | 1.13 |
| 09/10/2015 | Kimberly White | Long Distance Telephone | 2.43 |
| 09/10/2015 | Courtney M. Bowman | Lexis | 253.00 |
| 09/10/2015 | Courtney M. Bowman | Reproduction | 0.40 |
| 09/10/2015 | Courtney M. Bowman | Reproduction | 0.10 |
| 09/10/2015 | Joshua L. Kopple | Reproduction | 3.50 |
| 09/10/2015 | Lary Alan Rappaport | Long Distance Telephone | 0.35 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 09/10/2015 | Lary Alan Rappaport | Long Distance Telephone | 6.60 |
| 09/10/2015 | Lary Alan Rappaport | Long Distance Telephone | 0.70 |
| 09/11/2015 | Jeff J. Marwil | Messenger/delivery | 108.96 |
| 09/11/2015 | Lary Alan Rappaport | Long Distance Telephone | 0.35 |
| 09/11/2015 | Courtney M. Bowman | Lexis | 46.00 |
| 09/11/2015 | Jared Zajac | Reproduction | 1.70 |
| 09/11/2015 | Jared Zajac | Reproduction | 1.00 |
| 09/11/2015 | Lorena Ramirez | Reproduction | 1.60 |
| 09/11/2015 | Joshua L. Kopple | Reproduction | 7.40 |
| 09/11/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 09/11/2015 | Michele M. Reetz | Reproduction | 0.60 |
| 09/11/2015 | Kimberly White | Reproduction | 0.80 |
| 09/11/2015 | Michele M. Reetz | Reproduction | 4.80 |
| 09/11/2015 | Michele M. Reetz | Reproduction | 0.80 |
| 09/12/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Limo Service from Home to O'Hare | 75.00 |
| 09/12/2015 | Michael A. Firestein | Taxicab/car Svc.-XYZ Car Service from JFK to Hotel | 100.00 |
| 09/12/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Taxi in NY | 50.00 |
| 09/13/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 09/13/2015 | Peter J. Young | Reproduction | 1.00 |
| 09/13/2015 | Peter J. Young | Reproduction | 7.50 |
| 09/13/2015 | Peter J. Young | Reproduction | 0.10 |
| 09/13/2015 | Peter J. Young | Reproduction | 0.70 |
| 09/13/2015 | Peter J. Young | Reproduction | 1.00 |
| 09/13/2015 | Peter J. Young | Reproduction | 0.10 |
| 09/14/2015 | Michele M. Reetz | Reproduction | 1.60 |
| 09/14/2015 | Michele M. Reetz | Reproduction | 11.20 |
| 09/14/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab | 10.00 |
| 09/14/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Uber Car to Kirkland | 11.99 |
| 09/14/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Uber Car from Kirkland | 12.02 |
| 09/15/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Uber Car to Kirkland | 12.05 |
| 09/15/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Uber Car from Kirkland | 14.51 |
| 09/15/2015 | Richard M. Corn | Lexis | 7.00 |
| 09/15/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 09/15/2015 | Lary Alan Rappaport | Filing and Court Costs-CourtCall | 30.00 |
| 09/15/2015 | Lary Alan Rappaport | Filing and Court Costs-CourtCall | 25.00 |
| 09/16/2015 | Mark K. Thomas | Airplane-Chicago to New York | 379.98 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 09/16/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 09/16/2015 | Mark K. Thomas | Airplane-Philadelphia to Chicago | 237.50 |
| 09/16/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Train Station to Hotel | 10.00 |
| 09/16/2015 | Mark K. Thomas | Out Of Town Meals | 30.00 |
| 09/16/2015 | Mark K. Thomas | Out Of Town Transportation-Amtrak | 239.00 |
| 09/16/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Uber Car to Penn Station | 9.19 |
| 09/16/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab | 14.00 |
| 09/16/2015 | Michael A. Firestein | Out Of Town Meals | 28.42 |
| 09/16/2015 | Michael A. Firestein | Lodging-4 Nights New York | 2,000.00 |
| 09/16/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 09/16/2015 | Michael A. Firestein | Filing and Court Costs-CourtCall | 58.00 |
| 09/16/2015 | Patty J. Hays | Reproduction | 6.50 |
| 09/16/2015 | Patty J. Hays | Reproduction | 5.50 |
| 09/16/2015 | Patty J. Hays | Reproduction | 4.30 |
| 09/16/2015 | Jennifer L. Roche | Reproduction | 9.20 |
| 09/16/2015 | Patty J. Hays | Reproduction | 0.20 |
| 09/16/2015 | Patty J. Hays | Reproduction | 11.70 |
| 09/16/2015 | Patty J. Hays | Reproduction | 0.60 |
| 09/17/2015 | Patty J. Hays | Reproduction | 0.10 |
| 09/17/2015 | Jennifer L. Roche | Reproduction | 1.00 |
| 09/17/2015 | Jennifer L. Roche | Reproduction | 6.50 |
| 09/17/2015 | Jennifer L. Roche | Reproduction | 6.10 |
| 09/17/2015 | Jennifer L. Roche | Reproduction | 4.10 |
| 09/17/2015 | Jennifer L. Roche | Reproduction | 0.10 |
| 09/17/2015 | Jennifer L. Roche | Reproduction | 0.10 |
| 09/17/2015 | Jennifer L. Roche | Reproduction | 6.50 |
| 09/17/2015 | Jennifer L. Roche | Reproduction | 6.10 |
| 09/17/2015 | Jennifer L. Roche | Reproduction | 4.10 |
| 09/17/2015 | Lary Alan Rappaport | Long Distance Telephone | 0.35 |
| 09/17/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Midway to Home | 45.00 |
| 09/17/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Cab | 8.00 |
| 09/17/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 50.00 |
| 09/17/2015 | Michael A. Firestein | Airplane-9/12-9/17 Los Angeles to New York to Philadelphia to Los Angeles | 1,556.60 |
| 09/17/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Carey Car Service from Wilmington to Philadelphia | 119.02 |
| 09/17/2015 | Michael A. Firestein | Lodging-1 Night Wilmington | 207.90 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 09/17/2015 | Mark K. Thomas | Lodging-4 Nights New York | 2,000.00 |
| 09/17/2015 | Jeff J. Marwil | Messenger/delivery | 90.73 |
| 09/17/2015 | Mark K. Thomas | Lodging-1 Night Wilmington | 300.00 |
| 09/17/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Cab from Wilmington to Philadelphia | 95.00 |
| 09/18/2015 | Jared Zajac | Reproduction | 1.80 |
| 09/18/2015 | Jared Zajac | Reproduction | 0.10 |
| 09/18/2015 | Richard M. Corn | Reproduction | 0.10 |
| 09/18/2015 | Jennifer L. Roche | Reproduction | 1.60 |
| 09/18/2015 | Jennifer L. Roche | Reproduction | 204.40 |
| 09/18/2015 | Jennifer L. Roche | Reproduction | 4.10 |
| 09/18/2015 | Jennifer L. Roche | Reproduction | 4.10 |
| 09/18/2015 | Jennifer L. Roche | Reproduction | 0.10 |
| 09/18/2015 | Jennifer L. Roche | Reproduction | 0.10 |
| 09/18/2015 | Jennifer L. Roche | Reproduction | 2.90 |
| 09/18/2015 | Jennifer L. Roche | Reproduction | 8.60 |
| 09/18/2015 | Jennifer L. Roche | Reproduction | 13.00 |
| 09/18/2015 | Jennifer L. Roche | Reproduction | 5.80 |
| 09/18/2015 | Jennifer L. Roche | Reproduction | 0.20 |
| 09/18/2015 | Lorena Ramirez | Reproduction | 2.00 |
| 09/18/2015 | Kimberly White | Reproduction | 2.70 |
| 09/18/2015 | Kimberly White | Reproduction | 3.40 |
| 09/18/2015 | Kimberly White | Reproduction | 0.10 |
| 09/19/2015 | Lary Alan Rappaport | Reproduction | 3.60 |
| 09/19/2015 | Lary Alan Rappaport | Reproduction | 3.80 |
| 09/19/2015 | Lary Alan Rappaport | Reproduction | 4.10 |
| 09/19/2015 | Lary Alan Rappaport | Reproduction | 3.90 |
| 09/19/2015 | Ho-jung Chang | Reproduction | 8.20 |
| 09/19/2015 | Ho-jung Chang | Reproduction | 4.30 |
| 09/19/2015 | Ho-jung Chang | Reproduction | 8.60 |
| 09/20/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking- Cab from JFK to Hotel | 69.99 |
| 09/21/2015 | Lary Alan Rappaport | Reproduction | 4.40 |
| 09/21/2015 | Lary Alan Rappaport | Reproduction | 0.80 |
| 09/21/2015 | Lary Alan Rappaport | Reproduction | 4.30 |
| 09/21/2015 | Peter J. Young | Reproduction | 4.30 |
| 09/21/2015 | Peter J. Young | Reproduction | 0.20 |
| 09/21/2015 | Paul Possinger | Reproduction | 4.30 |
| 09/21/2015 | Michele M. Reetz | Reproduction | 4.30 |
| 09/21/2015 | Peter J. Young | Reproduction | 13.70 |
| 09/21/2015 | Michele M. Reetz | Reproduction | 2.70 |
| 09/22/2015 | Lorena Ramirez | Reproduction | 4.30 |
| 09/22/2015 | Lorena Ramirez | Reproduction | 8.60 |
| 09/22/2015 | Michael A. Firestein | Airplane-GoGoAir Internet | 33.95 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 09/22/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking- Uber Car from Office to LAX | 61.87 |
| 09/22/2015 | Jared Zajac | Long Distance Telephone | 2.43 |
| 09/22/2015 | Jared Zajac | Long Distance Telephone | 0.70 |
| 09/23/2015 | Michael A. Firestein | Out Of Town Meals | 40.00 |
| 09/23/2015 | Michael A. Firestein | Food Service/conf. Dining | 13.61 |
| 09/23/2015 | Michael A. Firestein | Food Service/conf. Dining | 83.02 |
| 09/23/2015 | Michael A. Firestein | Food Service/conf. Dining | 247.42 |
| 09/23/2015 | Jared Zajac | Long Distance Telephone | 1.74 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 13.60 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 1.90 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 2.60 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 1.90 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 0.40 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 2.30 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 0.80 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 1.00 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 3.40 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 0.20 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 25.30 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 4.30 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 4.30 |
| 09/23/2015 | Michael A. Firestein | Reproduction | 5.00 |
| 09/24/2015 | Michael A. Firestein | Food Service/conf. Dining | 166.03 |
| 09/24/2015 | Michael A. Firestein | Food Service/conf. Dining | 14.97 |
| 09/24/2015 | Michael A. Firestein | Food Service/conf. Dining | 274.91 |
| 09/25/2015 | Michael A. Firestein | Lodging-3 Nights New York | 1,500.00 |
| 09/25/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking- Uber Car to Kirkland | 16.79 |
| 09/25/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking- Uber Car to JFK | 100.00 |
| 09/25/2015 | Michael A. Firestein | Airplane-9/22-9/22 Los Angeles to/from New York | 1,988.60 |
| 09/25/2015 | Jared Zajac | Long Distance Telephone | 1.74 |
| 09/25/2015 | Paul Possinger | Reproduction | 0.50 |
| 09/25/2015 | Paul Possinger | Reproduction | 0.70 |
| 09/25/2015 | Paul Possinger | Reproduction | 0.10 |
| 09/25/2015 | Paul Possinger | Reproduction | 0.60 |
| 09/25/2015 | Paul Possinger | Reproduction | 0.70 |
| 09/25/2015 | Paul Possinger | Reproduction | 0.90 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 09/25/2015 | Paul Possinger | Reproduction | 24.60 |
| 09/25/2015 | Paul Possinger | Reproduction | 1.10 |
| 09/25/2015 | Paul Possinger | Reproduction | 0.70 |
| 09/25/2015 | Paul Possinger | Reproduction | 2.50 |
| 09/25/2015 | Michael A. Firestein | Airplane-GoGoAir Internet | 33.95 |
| 09/25/2015 | Michael A. Firestein | Airplane-After Hours Fee | 25.00 |
| 09/26/2015 | Ho-jung Chang | Reproduction | 4.80 |
| 09/26/2015 | Ho-jung Chang | Reproduction | 9.60 |
| 09/27/2015 | Ho-jung Chang | Reproduction | 9.80 |
| 09/28/2015 | Jared Zajac | Long Distance Telephone | 0.35 |
| 09/28/2015 | Michael A. Firestein | Airplane-GoGoAir Internet | 39.95 |
| 09/28/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Cab from JFK to Hotel | 70.01 |
| 09/28/2015 | Jared Zajac | Reproduction | 0.10 |
| 09/28/2015 | Jared Zajac | Reproduction | 0.10 |
| 09/28/2015 | Jared Zajac | Reproduction | 0.10 |
| 09/28/2015 | Jared Zajac | Reproduction | 0.10 |
| 09/28/2015 | Jared Zajac | Reproduction | 0.10 |
| 09/28/2015 | Paul Possinger | Reproduction | 4.90 |
| 09/28/2015 | Peter J. Young | Reproduction | 9.20 |
| 09/28/2015 | Peter J. Young | Reproduction | 0.70 |
| 09/29/2015 | Michael A. Firestein | Reproduction | 44.00 |
| 09/29/2015 | Michael A. Firestein | Reproduction | 4.00 |
| 09/29/2015 | Michael A. Firestein | Out Of Town Meals | 40.00 |
| 09/29/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home on 9/25 | 49.00 |
| 09/29/2015 | Michael A. Firestein | Food Service/conf. Dining | 10.89 |
| 09/29/2015 | Michael A. Firestein | Food Service/conf. Dining | 166.03 |
| 09/29/2015 | Michael A. Firestein | Food Service/conf. Dining | 274.91 |
| 09/29/2015 | Michael A. Firestein | Food Service/conf. Dining | 14.97 |
| 09/30/2015 | Michael A. Firestein | Lodging-2 Nights New York | 1,000.00 |
| 09/30/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Uber Car to Kirkland | 21.71 |
| 09/30/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Uber Car to JFK | 100.00 |
| 09/30/2015 | Michael A. Firestein | Airplane-9/28-9/30 Los Angeles to/from New York | 2,474.96 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 09/30/2015 | Jared Zajac | Reproduction | 0.10 |
| 09/30/2015 | Jared Zajac | Reproduction | 0.50 |
| 09/30/2015 | Jared Zajac | Reproduction | 0.20 |
| 09/30/2015 | Peter J. Young | Reproduction | 1.80 |
| 09/30/2015 | Kimberly White | Reproduction | 0.50 |

**Disbursements and Other Charges** $ **23,660.45**