## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 23rd day of October, 2015, I caused a true and correct copy of the foregoing **Limited Objection of Tex-La Electric Cooperative of Texas, Inc. and the United States of America, acting by and through the Administrator of the Rural Utilities Service, successor to the Rural Electrification Administration, to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,** *et al.*, **Pursuant to Chapter 11 of the Bankruptcy Code and Reservation of Rights** to be served as indicated upon the persons or entities listed below:

### BY HAND DELIVERY and EMAIL

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801

David M. Klauder, Esq.
Shannon Dougherty, Esq.
O'KELLY, ERNST & BIELLI LLP
901 N Market St Suite 100
Wilmington, Delaware 19801

David P. Primack, Esq.
MCELROV, DEUTSCH, MUVANEY & CARPENTER, LLP
300 Delaware Avenue, Ste 770
Wilmington, Delaware 19801

Joseph H. Hutson Jr, Esq.
STEVENS & LEE PC
1105 N. Market Street Suite 700
Wilmington, Delaware 19801

The Office of the United States Trustee for The District of Delaware
Richard L. Shepacarter, Esq.
Andrea B. Schwartz, Esq.
844 King Street, Suite 2207
Wilmington, Delaware 19801

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Lorenzo Marinuzzi, Esq.
Mark A. Fink, Esq.
MONTGOMERY, MCCRACKEN, WALKER & RHOADS LLP
1105 N. Market St 15th Floor
Wilmington, DE 19801

**BY FIRST CLASS U.S. MAIL and EMAIL**

Edward O. Sassower, P.C
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chade J. Husnick, Esq.
Steven N. Serajeddini, Esq.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654

Jeff J. Marwil, Esq.
Mark K. Thomas, Esq.
Peter J. Young, Esq.
PROSKAUER ROSE LLP.
Three First National Plaza
70 W. Madison St Suite 3800
Chicago, IL 60602

Thomas B. Walper, Esq.
Todd J. Rosen, Esq.
Seth Goldman, Esq.
John W. Spiegel, Esq.
MUNGER, TOLLES & OLSON LLP
355 S, Grand Ave 35th Floor
Los Angeles, CA 90071

Michael A Paskin, Esq.
CRAVATH, SWAIN & MOORE LLP
Worldwide Plaza
825 Eighth Ave
New York, NY 10019-7475

Richard Levin, Esq.
JENNER & BLOCK LLP
919 Third Ave
New York, NY 10022-3908

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Todd M. Goren, Esq.
Samantha Martin, Esq.
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019

Andrew G. Dietderich, Esq.
Brian D. Glueskstein, Esq.
Michael H. Torkin, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Marc J. Phillips (No. 4445)