IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., <u>et al.</u>, | ) Case No. 14-10979 (CSS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I, James E. Huggett, hereby certify that October 23, 2015, I served a copy of *Oracle's Limited Objection And Reservation Of Rights Regarding (I) The Fifth Amended Joint Plan Of Reorganization Of Energy Future Holdings Corp., Et Al., Pursuant To Chapter 11 Of The Bankruptcy Code; And (Ii) Notice Of (A) Executory Contracts And Unexpired Leases To Be Assumed By The Debtors Pursuant To The Plan; (B) Cure Amounts, If Any; And (C) Related Procedures In Connection Therewith* on the parties listed on the attached service list via electronic mail.

/s/ James E. Huggett
James E. Huggett, Esq. (#3956)