IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>ENERGY FUTURE )<br>HOLDINGS CORP., *et al.*, )<br>)<br>*Debtors*. )<br>) | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

I, Kimberly A. Karstetter, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C., and that on October 23, 2015, I caused a copy of the **Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Fifth Amended Plan of Reorganization** to be served via electronic mail and First-Class Mail on the parties on the service list attached hereto.

                                               Kimberly A. Karstetter, Paralegal
                                               COLE SCHOTZ P.C.
                                               500 Delaware Avenue, Suite 1410
                                               Wilmington, DE  19801
                                               Telephone: (302) 652-3131

SWORN TO AND SUBSCRIBED before me
this 23rd day of October, 2015

_____
NOTARY PUBLIC

SUSAN L. WILLIAMS
Notary Public State of Delaware
My Commission Expires August 13, 2017

52881/0001-12412105v1

## SERVICE LIST

Richards, Layton & Finger, P.A.
Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Kirkland & Ellis LLP
Attn: Edward O. Sassower, P.C.
Attn: Stephen E. Hessler, Esq.
Attn: Brian E. Schartz, Esq.
601 Lexington Avenue
New York, NY 10022

Kirkland & Ellis LLP
Attn: James H.M. Sprayregen, P.C.
Attn: Marc Kieselstein, P.C.
Attn: Chad J. Husnick, Esq.
Attn: Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, IL 60654

Proskauer Rose LLP
Attn: Jeff J. Marwil, Esq.
Attn: Mark K Thomas, Esq.
Attn: Peter J. Young, Esq.
Three First National Plaza
70 W. Madison ST STE 3800
Chicago, IL 60602

Bielli & Klauder, LLC
Attn: David M. Klauder, Esq.
1204 N. King Street
Wilmington, DE 19801

Munger, Tolles & Olson LLP
Attn: Thomas B. Walper, Esq.
Attn: Todd J Rosen, Esq.
Attn: Seth Goldman, Esq.
Attn: John W. Spiegel, Esq.
355 S. Grand Ave 35th FL
Los Angeles, CA 90071

Mcelroy, Deutsch, Muvaney, &
Carpenter, LLP
Attn: David P. Primack, Esq.
300 Delaware Ste 770
Wilmington, DE 19801

Cravath, Swain, & Moore LLP
Attn: Michael A Paskin, Esq.
Worldwide Plaza
825 Eighth Ave
New York, NY 10019-7475

Jenner & Block LLP
Attn: Richard Levin, Esq.
919 Third Ave
New York, NY 10022-3908

Stevens & Lee PC
Attn: Joseph H. Hutson Jr, Esq.
1105 N. Market St STE 700
Wilmington, DE 19801

The Office of the United States Trustee For
The District Of Delaware
Attn: Richard L. Schepacarter, Esq.
Attn: Andrea B. Schwartz, Esq.
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

Morrison & Foerster LLP
Attn: James M. Peck, Esq.
Attn: Brett H. Miller, Esq.
Attn: Lorenzo Marinuzzi, Esq.
Attn: Todd M. Goren, Esq.
Attn: Samantha Martin, Esq.
250 West 55th Street
New York, NY 10019

Polsinelli PC
Attn: Christopher A. Ward, Esq.
Attn: Justin K. Edelson, Esq.
Attn: Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Sullivan & Cromwell LLP
Attn: Andrew G. Dietderich, Esq.
Attn: Brian D. Glueckstein, Esq.
Attn: Michael H. Torkin, Esq.
125 Broad St.
New York, NY 10004

Montgomery, Mccracken, Walker, & Rhoads LLP
Attn: Natalie D. Ramsey, Esq.
Attn: Davis Lee Wright, Esq.
Attn: Mark A. Fink, Esq.
1105 N. Market St 15th FL
Wilmington, DE 19801