**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| *Debtors*. | ) ) ) | (Jointly Administered) |

**DECLARATION OF PHILIP D. ANKER**
**WITH RESPECT TO EXHIBITS FILED IN SUPPORT OF**
**OBJECTION OF DELAWARE TRUST COMPANY,**
**AS TRUSTEE FOR THE EFIH FIRST LIEN NOTES,**
**TO CONFIRMATION OF FIFTH AMENDED PLAN OF REORGANIZATION**

I, PHILIP D. ANKER, hereby certify and declare as follows based upon my own personal information and knowledge:

1. I am an attorney at law, duly admitted and in good standing to practice in the State of New York, the District of Columbia and pro hac vice before this Court, and I am a member of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.

2. I submit this declaration in support of the Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Fifth Amended Plan of Reorganization.

3. Attached hereto as Exhibit A is a true and correct copy of the Collateral Trust Agreement dated November 16, 2009.

4. Attached hereto as Exhibit B is a true and correct copy of the Pledge Agreement dated November 16, 2009.

5. Attached hereto as Exhibit C is a true and correct copy of the Indenture dated August 17, 2010.

6. Attached hereto as Exhibit D is a true and correct copy of the Registration Rights Agreement dated October 23, 2012.

7. Attached hereto as Exhibit E is a true and correct copy of the Supplemental Indenture dated January 29, 2013.

8. Attached hereto as Exhibit F is a true and correct copy of excerpts from the Transcript of the September 28, 2015 Deposition of Stacey Doré.

9. Attached hereto as Exhibit G is a true and correct copy of excerpts from the Transcript of October 1, 2015 Deposition of Paul Keglevic.

10. Attached hereto as Exhibit H is a true and correct copy of excerpts from the Transcript of October 19, 2015 Deposition of David Ying.

11. Attached hereto as Exhibit I is a true and correct copy of excerpts from the Presentation to the Boards of Directors and Managers of Energy Future Holdings Corp., Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC, TCEH Finance, Inc., Energy Future Intermediate Holding Company LLC, and EFIH Finance Inc.: Overview of Proposed Global Term Sheet and Creditor Plan Proposals dated January 30, 2015.

DATED this 23rd day of October, 2015.

          Respectfully submitted,

           /s/ Philip D. Anker
          Philip D. Anker
          WILMER CUTLER PICKERING
           HALE AND DORR LLP
          7 World Trade Center
          250 Greenwich Street
          New York, NY 10007
          Telephone: 212-230-8800
          Facsimile:  212-230-8888