## <u>Exhibit I</u>

**Presentation to the Boards of Directors and Managers of
Energy Future Holdings Corp., et al: Overview of Proposed Global Term Sheet
and Creditor Plan Proposals dated January 30, 2015**

Presentation to the Boards of Directors and Managers of Energy
Future Holdings Corp., Energy Future Competitive Holdings
Company LLC, Texas Competitive Electric Holdings Company
LLC, TCEH Finance, Inc., Energy Future Intermediate Holding
Company LLC, and EFIH Finance Inc.

# Overview of Proposed Global Term Sheet and Creditor Plan Proposals

January 30, 2015

Energy Future Holdings





# Treatment:  EFIH and EFH Stakeholders

- **EFIH First Lien Notes.**

  - **Opt In.**   The plan will offer the EFIH first lien noteholders the option to select a settlement under which they will receive payment in cash of TBD% of their makewhole.

    - In determining the amount of this settlement offer, if any, the Debtors will take into account increased certainty resulting from the conclusion of the first phase of the EFIH first lien makewhole trial in approximately two months.

  - **No Opt In.**  The claims of EFIH first lien noteholders that do not opt in to this settlement will receive no recovery on account of the makewhole unless otherwise ordered by the Court.

    - With respect to EFIH first lien noteholders that do not opt in to the settlement, to the extent the Court does not rule on the claims or they are under appeal as of the Effective Date, the Debtors will escrow the disputed amounts to obtain a lien release.

11

EFH05546965