## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | 3.2 | $1,940.00 |
| COMMUNICATIONS WITH PROFESSIONALS | 2.8 | $1,946.00 |
| FEE APPLICATIONS – OTHERS | 9.4 | $4,122.00 |
| FEE APPLICATIONS – S&L | 3.7 | $1,387.50 |
| HEARINGS | 8.9 | $6,185.50 |
| PLEADINGS, MOTIONS & BRIEFS | 4.1 | $2,849.50 |
| **TOTAL** | **32.1** | **$18,430.50** |