## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| COURT CALL APPEARANCES | $44.00 |
| DOCUMENT REPRODUCTION | $24.90 |
| FILING FEE | $25.00 |
| **TOTAL** | **$93.90** |