# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 9/2/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/2/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/2/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/2/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/2/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/2/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/2/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/2/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/10/15 | SCANNED DOCUMENT REPRODUCTION | $0.00 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/11/15 | DOCUMENT REPRODUCTION | $0.20 |

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 9/11/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/11/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/14/15 | DOCUMENT REPRODUCTION | $1.20 |
| 109285-00002 | 9/14/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/14/15 | DOCUMENT REPRODUCTION | $1.90 |
| 109285-00002 | 9/14/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/14/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 9/14/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/14/15 | DOCUMENT REPRODUCTION | $3.20 |
| 109285-00002 | 9/16/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 9/16/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 9/16/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 9/16/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/16/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/16/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/16/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 9/17/15 | FILING FEE – PRO HAC VICE MOTION | $25.00 |
| 109285-00002 | 9/17/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/17/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/17/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/17/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/18/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/18/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/18/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 9/22/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 9/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/22/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 9/28/15 | SCANNED DOCUMENT REPRODUCTION | $0.00 |
| 109285-00002 | 9/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/28/15 | DOCUMENT REPRODUCTION | $1.60 |
| 109285-00002 | 9/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/28/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 9/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/28/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 9/28/15 | DOCUMENT REPRODUCTION | $0.90 |
| 109285-00002 | 9/28/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 9/29/15 | DOCUMENT REPRODUCTION | $0.70 |

SL1 1388577v1 109285.00006

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 9/29/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/30/15 | DOCUMENT REPRODUCTION | $1.60 |
| 109285-00002 | 9/30/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/30/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/30/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00002 | 9/30/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/30/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 9/30/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 9/30/15 | DOCUMENT REPRODUCTION | $0.90 |
| 109285-00002 | 9/30/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 9/18/15 | COURTCALL FEE (TREVOR BROAD) | $44.00 |
|  |  | **TOTAL** | **$93.90** |

SL1 1388577v1 109285.00006