**EXHIBIT 4**

| FEES & EXPENSES / ADMINISTRATIVE EXPENSE PROVISION IN EACH INDENTURE | | |
|---|---|---|
| **Indenture** | **Applicable Section of Indenture** | **Language** |
| 10.875% Senior Notes and 11.250%/12.000% Senior Toggle Notes Indenture | 7.07 | When the Trustee incurs expense or renders services after an Event of Default specified in Section 6.01(a)(6) or (7) hereof occurs, the expenses and compensation for the services (including the fees and expenses of its agent and counsel) are intended to constitute expenses of administration under any Bankruptcy law. |
| 10.00% Senior Notes Indenture | 7.07 | When the Trustee incurs expenses or renders services after an Event of Default specified in clause (6) or (7) of Section 6.01(a) hereof occurs, the expenses and the compensation for the services (including the fees and expenses of its agents and counsel) are intended to constitute expenses of administration under any Bankruptcy Law. |
| Series P Indenture | 907 | In addition and without prejudice to the rights provided to the Trustee under any of the provisions of this Indenture, when the Trustee incurs expenses or renders services in connection with an Event of Default specified in Section 801(d) or Section 801(e), the expenses (including the reasonable charges and expenses of its counsel) and the compensation for the services are intended to constitute expenses of administration under any applicable Federal or State bankruptcy, insolvency or other similar law. |
| Series Q Indenture | 907 | In addition and without prejudice to the rights provided to the Trustee under any of the provisions of this Indenture, when the Trustee incurs expenses or renders services in connection with an Event of Default specified in Section 801(d) or Section 801(e), the expenses (including the reasonable charges and expenses of its counsel) and the compensation for the services are intended to constitute expenses of administration under any applicable Federal or State bankruptcy, insolvency or other similar law. |
| Series R Indenture | 907 | In addition and without prejudice to the rights provided to the Trustee under any of the provisions of this Indenture, when the Trustee incurs expenses or renders services in connection with an Event of Default specified in Section 801(d) or Section 801(e), the expenses (including the reasonable charges and expenses of its counsel) and the compensation for the services are intended to constitute expenses of administration under any applicable Federal or State bankruptcy, insolvency or other similar law. |

| FEES & EXPENSES / ADMINISTRATIVE EXPENSE PROVISION IN EACH INDENTURE | | |
|---|---|---|
| **Indenture** | **Applicable Section of Indenture** | **Language** |
| 9.75% Senior Notes Indenture | 7.07 | When the Trustee incurs expenses or renders services after an Event of Default specified in clause (6) or (7) of Section 6.01(a) hereof occurs, the expenses and the compensation for the services (including the fees and expenses of its agents and counsel) are intended to constitute expenses of administration under any Bankruptcy Law. |