# EXHIBIT A

CONFIDENTIAL

*EFH Corp., et al*
*Map of I/C Balances from EEC Holdings to EFH Corp.*
*Historical Intercompany Balance - LSGT Gas Company*





*Source: Schedules of Assets & Liabilities and Restructuring Data Room Document #'s 2.6.5; 2.6.6; 2.6.9; 2.11.24*

PRELIMINARY - SUBJECT TO CHANGE