**Exhibit 3**

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

Presentation to the Boards of Directors and Managers of Energy Future Holdings Corp., Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC, TCEH Finance, Inc., Energy Future Intermediate Holding Company LLC, and EFIH Finance Inc.

# Overview of Plan Confirmation

March 20, 2015

Energy Future Holdings        

Highly Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

## Impaired Accepting Class Requirement – Draft Plan (cont'd)

**EFH Debtors**:

- If all classes of claims at the EFH Debtors are unimpaired* (i.e., the EFH Unsecureds receive payment in full), the EFH Debtors do not require an impaired accepting class.

- If the EFH Debtors have impaired claims, the EFH Debtors will continue to negotiate with the EFH Unsecureds before and after filing the plan for their agreement to accept the plan.  It is not uncommon for debtors to file a plan without the requisite consent and obtain it thereafter.

**EFIH Debtors**:

- As with the EFH Debtors, if all classes of claims at the EFIH Debtors are unimpaired* (i.e., the EFH Seconds and Unsecureds receive payment in full), the EFIH Debtors do not require an impaired accepting class.

- If the EFIH Debtors do have impaired claims, the EFIH Debtors will continue to negotiate with these classes before and after filing the plan to regarding their agreement to accept the plan.

*This assumes that makewhole claims have been finalized or otherwise resolved, otherwise the Debtors must assume that these claims are impaired, and accordingly, negotiate for an impaired accepting class of claims.

24

EFH05547459

EFH05547436