**Exhibit 4**

*Highly Confidential / Attorney Work Product / Attorney-Client Privileged*

EFH05546954

Presentation to the Boards of Directors and Managers of Energy Future Holdings Corp., Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC, TCEH Finance, Inc., Energy Future Intermediate Holding Company LLC, and EFIH Finance Inc.

# Overview of Proposed Global Term Sheet and Creditor Plan Proposals

January 30, 2015

Energy Future Holdings



Luminant



TXU energy

*Highly Confidential / Attorney Work Product / Attorney-Client Privileged*

EFH05546954

# Treatment:  EFIH and EFH Stakeholders (cont'd)

- **EFIH Second Lien Notes.**

  - **Accepts Plan.** If the EFIH second lien class votes to accept the plan, they will receive payment in cash of principal <u>plus</u> TBD% of their makewhole <u>plus</u> interest at the contract rate (including penalty interest).

  - **Rejects Plan.**

    - If this class votes to reject the plan, they will receive interest at the contract rate (not including penalty interest) in cash and no recovery on account of the makewhole, unless otherwise ordered by the Court, <u>plus</u>:

      - if the Debtors select a third-party merger, principal in cash; or

      - if the Debtors select the standalone structure, principal in new second lien cram up notes.

    - If the EFIH second lien class votes to reject, to the extent the Court does not rule on the claims or they are under appeal as of the Effective Date, the Debtors will escrow the disputed amounts to obtain a lien release.

Highly Confidential

EFH05546966