**Exhibit 5**

CONTAINS HIGHLY CONFIDENTIAL PORTION

Page 1

2              UNITED STATES BANKRUPTCY COURT

3                FOR THE DISTRICT OF DELAWARE

4       ------------------------------------x

5       In Re:

6       Energy Future Holdings Corporation,

7       et al.,

8                               Debtors.

9

10      Chapter 11

11      Case No. 14-10979

12      Jointly Administered

13      ------------------------------------x

14

15

16              DEPOSITION OF PAUL KEGLEVIC

17                  New York, New York

18                   October 1, 2015

19

20      ***This transcript contains a portion that

21        has been designated Highly Confidential***

22

23

24      Reported by: MARY F. BOWMAN, RPR, CRR

25      JOB NO: 98276

CONTAINS HIGHLY CONFIDENTIAL PORTION

Page 49

1                    Keglevic



21        Q.     And you testified, just to keep

22    it as simple as possible, that the debtors

23    have done an analysis and are confident

24    that the new company will be able to pay

25    any liabilities that are allowed on appeal

CONTAINS HIGHLY CONFIDENTIAL PORTION

Page 50

```
 1                    Keglevic

 2   after the effective date; is that accurate?

 3   Is that fair to say?

 4           MR. SHORE:   Objection to form.

 5           MR. McKANE:   Objection to form.

 6           Go ahead.

 7      A.    Certainly with respect to the

 8   make-wholes, including potential accrued

 9   interest, given the equity capitalization,

10   we believe that the reorganized EFH would

11   have the financial ability to make those

12   payments.
```