## EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP<br><br>919 Third Avenue New York, NY 10022 | Ninth Monthly Fee Statement<br><br>08/01/2015 through 08/31/2015<br><br>Docket No. 6239 | $124,300.00 | $2,742.15 | 10/21/2015 | $99,440.00 | $2,742.15 | $24,860.00 |