**<u>Exhibit C</u>**

[Klauder Declaration]

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DECLARATION OF DAVID M. KLAUDER IN SUPPORT OF DEBTOR ENERGY
FUTURE HOLDINGS CORP.'S APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF BIELLI & KLAUDER,
LLC AS CO-COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION ENERGY
FUTURE HOLDINGS CORP. EFFECTIVE
*NUNC PRO TUNC* TO OCTOBER 1, 2015**

I, David M. Klauder, being duly sworn, state the following under penalty of perjury:

1.      I am a Member of the law firm of Bielli & Klauder, LLC ("BK"), 1204 N. King Street, Wilmington, Delaware 19801. I am an attorney duly licensed in, and am a member in good standing of, the Bar for the State of Delaware and am admitted to practice in the United States District Court for the District of Delaware.

2.      I submit this declaration (the "Declaration") in support of *Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Bielli & Klauder, LLC as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to October 1, 2015* (the "Application").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

3.      Prior to joining BK, I was a partner with the firm of O'Kelly Ernst & Bielli, LLC ("OEB").  EFH Corp. previously engaged OEB as co-counsel to EFH Corp. in connection with "Conflict Matters" as defined in and pursuant to the authority delegated to the disinterested directors pursuant to resolutions of the EFH Corp. Board of Directors dated November 7, 2014 and December 10, 2014 (together, the "Resolutions") including the determination by EFH Corp.'s disinterested directors regarding whether any matter constitutes a Conflict Matter.  On January 13, 2015, this Court entered an order approving the retention of OEB [D.I. 3280].   I was the primary attorney that led OEB's representation of EFH Corp.

4.      OEB has since provided legal services in connection with Conflict Matters to EFH Corp.  However, effective September 30, 2015, I left OEB and joined BK on October 1, 2015.  On October 1, 2015, a Notice of Substitution of Counsel [D.I. 6253] was filed, whereby BK substituted in as co-counsel for EFH Corp. in place of OEB.

5.      In order to have the same team of lawyers continue to advise and represent EFH Corp. in connection with Conflict Matters, and due to BK's attorneys' recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights and business reorganizations under chapter 11 of the Bankruptcy Code, EFH Corp. seeks to retain BK as co-counsel in connection with Conflict Matters as defined in and pursuant to the authority delegated to the disinterested directors pursuant to the Resolutions, including the determination by EFH Corp.'s disinterested directions regarding whether any matter constitutions a Conflict Matter.

6.      BK's attorneys have been actively involved in numerous chapter 11 cases in this District representing debtors, creditors and other parties-in-interest in those cases.

7.      Due to my prior representation of EFH Corp. in this chapter 11 case, I have become familiar with EFH Corp.'s businesses and many of the legal issues that have arisen and that may arise in the context of this chapter 11 case. EFH Corp. believes that BK is both well-qualified and able to represent it in this chapter 11 case in an efficient and timely manner.

## Services to Be Provided

8.      Subject to further order of the Court and that certain engagement letter effective October 1, 2015 (the "Engagement Letter"), a copy of which is attached as Exhibit 1 to Exhibit A to the Application, EFH Corp. retained BK to render professional services to EFH Corp.'s disinterested directors, Donald I. Evans and Billie I. Williamson, in connection with Conflict Matters as defined in and pursuant to the authority delegated to the disinterested directors pursuant to the Resolutions of the EFH Corp. Board of Directors, including the determination by EFH Corp.'s disinterested directors regarding whether any matter constitutes a Conflict Matter.

## Professional Compensation

9.      BK intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with EFH Corp.'s chapter 11 case, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any other applicable procedures and orders of the Court, including the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066].

10.      **UST Question:** Did BK agree to any variations from, or alternatives to, BK's standard billing arrangements for this engagement?

**BK Response:** No. BK and EFH Corp. have not agreed to any variations from, or alternatives to, BK's standard billing arrangements for this engagement.

11.    **UST Question:**  Do any of the professionals in this engagement vary their rate based on the geographic location of the debtors' chapter 11 cases?

**BK Response:** No. The hourly rates used by BK in representing EFH Corp. are consistent with the rates that BK charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

12.    **UST Question:** If BK has represented EFH Corp. in the 12 months prepetition, disclose BK's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If BK's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**BK Response:** BK did not represent EFH Corp. prior to the Petition Date.

13.    **UST Question:** Has EFH Corp. approved BK's budget and staffing plan, and, if so, for what budget period?

**BK Response:** Yes, for the period October 1, 2015, to December 31, 2015.

14.    BK's current hourly rates for matters related to this chapter 11 case range as follows:[3]

| Billing Category | U.S. Range |
| --- | --- |
| Partners | $295 - $400 |
| Associates | $180 - $250 |
| Paraprofessionals | $125 - $160 |

15.    BK's hourly rates are set at a level designed to compensate BK fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. Hourly rates vary with the experience and seniority of the individuals assigned.

16.    BK will not use contract attorneys for this engagement.

---

[3]  These ranges reflect BK's billing rates that took effect on October 1, 2015.

17.     It is BK's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also BK's policy to charge its clients only the amount actually incurred by BK in connection with such items. Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals and lodging. Notwithstanding anything to the contrary in the Application or the Engagement Letter, BK will not seek reimbursement of expenses for office supplies.

18.     Consistent with the Local Bankruptcy Rules, BK will charge no more than $0.10 per page for standard duplication services in EFH Corp.'s chapter 11 case. BK does not charge its clients for incoming facsimile transmissions. BK has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

19.     BK will cooperate with the fee committee appointed pursuant to the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order") in the discharge of the fee committee's duties. BK agrees to be bound by the terms of the terms of the Fee Committee Order.

**Compensation Received by BK from EFH Corp.**

20.     Prior to the date hereof, BK has not received any compensation from EFH Corp.

21.     Pursuant to Bankruptcy Rule 2016(b), BK has not agreed to share (a) any compensation it may receive with another party or person, other than with the partners and associates associated with BK, or (b) any compensation another person or party may receive.

**BK's Disclosure Policies and Disinterestedness**

22.     No agreement or understanding exists between BK and any other person, other than as permitted by section 504 of the Bankruptcy Code, to share compensation received for services rendered in connection with EFH Corp.'s chapter 11 case, nor shall BK share or agree to share compensation received for services rendered in connection with EFH Corp.'s chapter 11 case with any other person other than as permitted by section 504 of the Bankruptcy Code.

23.     In preparing this Declaration, I caused BK attorneys and staff to use a set of procedures developed by BK to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules regarding the retention of professionals by a debtor under the Bankruptcy Code (the "Firm Disclosure Procedures"). Pursuant to the Firm Disclosure Procedures, I caused the following actions to be performed in order to identify the parties relevant to this Declaration and to ascertain BK's connection to such parties:

> a.     BK consulted the list of interested parties provided by EFH Corp. (the "Potential Parties in Interest").[4] The Potential Parties in Interest list is annexed hereto as **Schedule 1**.
>
> b.     BK compared each of the Potential Parties in Interest to the names that BK has compiled into a master client database from its conflicts clearance and billing records, comprised of the names of the entities for which any attorney time charges have been billed since the database was first created (the "Client Database"). The Client Database includes the name of each current or former client, and the names of the BK personnel who are or were responsible for current or former matters for such client.
>
> c.     Any matches between the Client Database and the list of Potential Parties in Interest were identified (the "Client Match List"), together with the names of the respective BK personnel responsible for current or former matters for the entities on the Client Match List.

---

[4]   BK's inclusion of parties in the schedules is solely to illustrate BK's conflict search process and is not an admission that any party has a valid claim against EFH Corp. or that any party properly belongs in the schedules or has a claim or legal relationship to EFH Corp. of the nature described in the schedules.

      d.    The Client Match List was then reviewed and obvious name coincidences, client affiliates and individuals or entities that were adverse to BK's clients either in this matter or another matter but were not otherwise on the Client Match List, were deleted. The remaining individuals and entities for which BK had performed services were compiled for purposes of this declaration (the "<u>Final Client Match List</u>"). The Final Client Match List is annexed hereto as **<u>Schedule 2</u>**.

24.    In reviewing the Final Client Match List, the names of individuals and entities for which BK had performed services were investigated. With respect to parties listed on the Final Client Match List, BK has not in the past, does not now, and will not in the future, represent any such parties in connection with EFH Corp.'s chapter 11 case.

25.    Based on my review of the Final Client Match List, and to the best of my knowledge, to date, BK: (a) does not have any connection with EFH Corp., its affiliates, its creditors or any other parties in interest, or its respective attorneys or accountants, except as set forth below or otherwise disclosed herein; and (b) does not hold or represent any interest adverse to EFH Corp. or its estate with respect to the matters as to which BK is to be employed. On the basis of the above, I believe the firm of BK to be a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

26.    Other than as set forth herein, through diligent inquiry, we have ascertained no connection, as such term is utilized in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) and Bankruptcy Rule 2014(a), between BK and: (a) the United States Trustee or any person employed by the Office of the United States Trustee; (b) any attorneys, accountants, financial consultants, investment bankers or other professionals; or (c) other parties in interest in EFH Corp.'s chapter 11 case. I am not, nor is BK, an insider of EFH Corp.

27.    As part of its practice, BK appears in cases, proceedings and transactions involving many different attorneys, accountants, financial consultants and investment bankers, some of which now or may in the future represent claimants and other parties in interest in EFH

Corp.'s chapter 11 case. BK has not represented and will not represent any such parties in relation to EFH Corp. or its chapter 11 case.

## Specific Disclosures

28.    On October 1, 2015, I joined BK as a Member.  Prior to being employed at BK, I was employed at OEB, and while employed there, I was the supervising attorney for this engagement and this case.  I remained in that role in this case until I left OEB to form BK on October 1, 2015.

29.    Prior to joining OEB in November 2012, I was employed for approximately ten (10) years with the Office of the United States Trustee, in particular with both the Wilmington, Delaware and Philadelphia, Pennsylvania offices of the U.S. Trustee.  While I formerly worked with a number of people listed on Exhibit 1 associated with the U.S. Trustee's Office, I do not believe that creates any type of conflict of interest for which BK cannot be retained in this matter.  Moreover, during my time at the U.S. Trustee's Office, I did not work on, nor did I have any responsibility for this bankruptcy case, nor any involvement in any case involving EFH Corp.

30.    As specifically set forth below and in the attached schedules, BK represents or has represented certain of EFH Corp.'s creditors, or other Potential Parties in Interest in matters unrelated to EFH Corp. and its chapter 11 case. None of the representations described herein is adverse to the interests of EFH Corp.'s estate. Moreover, pursuant to section 327(c) of the Bankruptcy Code, BK is not disqualified from acting as EFH Corp.'s counsel merely because it represents or has represented EFH Corp.'s creditors, its equity security holders, professionals or other Potential Parties in Interest in matters unrelated to EFH Corp. and this chapter 11 case.  I

do not believe that BK's current and prior representations described herein preclude BK from being a disinterested person under the Bankruptcy Code.

31.     BK's representation of each of the entities set forth on **Schedule 2** represents less than 0.5% of BK's revenues in any of the past three (3) years.

32.     BK may have represented in the past and/or may currently represent or in the future represent entities (other than parties in the attached schedules or disclosed above) not currently known to BK in matters wholly unrelated to EFH Corp.'s chapter 11 case who may be parties in interest in this chapter 11 case. To the extent that BK discovers any such information or needs to update the information disclosed herein, BK will disclose such information by filing a supplemental declaration.

33.     The foregoing constitutes the statement of BK pursuant to sections 327, 329, 504 and 1107 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Rule 2016-1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Dated: October 23, 2015                          */s/ David M. Klauder*
                                                 David M. Klauder (DE Bar No. 5769)

9

## Schedule 1

(to Klauder Declaration)

[Potential Parties in Interest]

The following lists contain the names of reviewed entities as described more fully in the *Declaration of David M. Klauder in Support of the Debtors Energy Future Holdings Corp.'s Application for the Entry of an Order Authorizing the Retention and Employment of Bielli & Klauder, LLC as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to October 1, 2015* (the "Klauder Declaration").[1] Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and OEB reviewed each entity in its records, as more fully described in the Klauder Declaration, matching the incomplete or ambiguous name.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Klauder Declaration.

•

## CLIENT
1.      ENERGY FUTURE HOLDINGS CORP.

## DEBTOR AFFILIATES
1.  4CHANGE ENERGY COMPANY
2.  4CHANGE ENERGY HOLDINGS LLC
3.  BIG BROWN 3 POWER COMPANY LLC
4.  BIG BROWN LIGNITE COMPANY LLC
5.  BIG BROWN POWER COMPANY LLC
6.  BRIGHTEN ENERGY LLC
7.  BRIGHTEN HOLDINGS LLC
8.  COLLIN POWER COMPANY LLC
9.  DALLAS POWER & LIGHT COMPANY, INC.
10. DECORDOVA II POWER COMPANY LLC
11. DECORDOVA POWER COMPANY LLC
12. EAGLE MOUNTAIN POWER COMPANY LLC
13. EBASCO SERVICES OF CANADA
14. LIMITED
15. EEC HOLDINGS, INC .
16. EECI, INC .
17. EFH AUSTRALIA (NO. 2) HOLDINGS COMPANY
18. EFH CG HOLDINGS COMPANY LP
19. EFH CO MANAGEMENT COMPANY LLC
20. EFH CORPORATE SERVICES COMPANY
21. EFH FINANCE (NO. 2) HOLDINGS COMPANY
22. EFH FS HOLDINGS COMPANY
23. EFH RENEWABLES COMPANY LLC
24. EFIH FINANCE INC .
25. ENERGY FUTURE COMPETITIVE HOLDINGS
26. COMPANY LLC
27. ENERGY FUTURE INTERMEDIATE HOLDING
28. COMPANY LLC
29. GENERATION DEVELOPMENT COMPANY LLC
30. GENERATION MT COMPANY LLC
31. GENERATION SVC COMPANY
32. LAKE CREEK 3 POWER COMPANY LLC
33. LONE STAR ENERGY COMPANY, INC.
34. LONE STAR PIPELINE COMPANY, INC.
35. LSGT GAS COMPANY LLC
36. LSGT SACROC, INC.
37. LUMINANT BIG BROWN MINING
38. COMPANY LLC
39. LUMINANT ENERGY COMPANY LLC
40. LUMINANT ENERGY TRADING CALIFORNIA
41. COMPANY
42. LUMINANT ET SERVICES COMPANY

2

•

43. LUMINANT GENERATION COMPANY LLC
44. LUMINANT HOLDING COMPANY LLC
45. LUMINANT MINERAL DEVELOPMENT
46. COMPANYLLC
47. LUMINANT MINING COMPANY LLC
48. LUMINANT RENEWABLES COMPANY LLC
49. MARTIN LAKE 4 POWER COMPANY LLC
50. MONTICELLO 4 POWER COMPANY LLC
51. MORGAN CREEK 7 POWER COMPANY LLC
52. NCA DEVELOPMENT COMPANY LLC
53. NCA RESOURCES DEVELOPMENT
54. COMPANY LLC
55. OAK GROVE MANAGEMENT COMPANY LLC
56. OAK GROVE MINING COMPANY LLC
57. OAK GROVE POWER COMPANY LLC
58. SANDOW POWER COMPANY LLC
59. SOUTHWESTERN ELECTRIC SERVICE
60. COMPANY, INC.
61. TCEH FINANCE, INC.
62. TEXAS COMPETITIVE ELECTRIC HOLDINGS
63. COMPANY LLC
64. TEXAS ELECTRIC SERVICE COMPANY, INC .
65. TEXAS ENERGY INDUSTRIES COMPANY, INC .
66. TEXAS POWER & LIGHT COMPANY, INC.
67. TEXAS UTILITIES COMPANY, INC.
68. TEXAS UTILITIES ELECTRIC COMPANY, INC.
69. TRADINGHOUSE 3 & 4 POWER COMPANY LLC
70. TRADINGHOUSE POWER COMPANY LLC
71. TXU ELECTRIC COMPANY, INC.
72. TXU ENERGY RECEIVABLES COMPANY LLC
73. TXU ENERGY RETAIL COMPANY LLC
74. TXU ENERGY SOLUTIONS COMPANY LLC
75. TXU RECEIVABLES COMPANY
76. TXU RETAIL SERVICES COMPANY
77. TXU SEM COMPANY
78. VALLEY NG POWER COMPANY LLC
79. VALLEY POWER COMPANY LLC

## BANKS
1.  BANK OF AMERICA, N.A.
2.  GOLDMAN SACHS FINANCIAL SQUARE TREASURY FUND
3.  JPMORGAN CHASE BANK, N.A. (NY)
4.  MORGAN STANLEY TREASURY FUND

## INSURANCE COMPANIES
1.  NUCLEAR ENERGY LIABILITY INSURANCE ASS.

•

2. EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR
3. NUCLEAR INSURANCE INSURANCE LIMITED
4. ASSOCIATED ELECTRIC AND GAS INSURANCE
5. FM GLOBAL
6. HCC
7. LIBERTY MUTUAL/SAFECO
8. STARR INDEMNITY AND LIABILITY COMPANY
9. STARR INDEMNITY AND LIABILITY COMPANY
10. FEDERAL
11. ACE
12. AIG
13. ASSOCIATED ELECTRIC AND GAS INSURANCE
14. AXIS
15. BEAZLEY
16. ENDURANCE
17. ENERGY INSURANCE MUTUAL (ElM)
18. HCC
19. MONITOR
20. NAVIGATORS
21. RLI
22. RSUI (CRC)
23. STARR
24. TORUS
25. XL SPECIALTY INSURANCE COMPANY
26. FEDERAL
27. ARGO RE (BERMUDA)
28. ASSOCIATED ELECTRIC AND GAS INSURANCE
29. CHUBB ATLANTIC INDEMNITY LTD.
30. (BERMUDA)
31. ENERGY INSURANCE MUTUAL (ElM)
32. OIL CASUALTY INSURANCE, LTD. (OCIL)
33. XL INSURANCE (BERMUDA) LTD.
34. ASSOCIATED ELECTRIC AND GAS INSURANCE
35. AXIS
36. ENERGY INSURANCE MUTUAL (ELM)
37. XL SPECIALTY INSURANCE COMPANY
38. STARR SURPLUS LINES INS CO.
39. STARR AVIATION ON BEHALF
40. FEDERAL INSURANCE COMPANY
41. AMERICAN INTERNATIONAL GROUP, INC.
42. ALLSTATE INSURANCE COMPANY
43. AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY
44. THE HARTFORD
45. FIRST STATE INSURANCE COMPANY
46. NEW ENGLAND REINSURANCE COMPANY
47. THE INSURANCE COMPANY OF NORTH AMERICA

•

48. CNA INSURANCE COMPANIES
49. LIBERTY MUTUAL INSURANCE COMPANY
50. ROYAL INDEMNITY COMPANY
51. TRAVELERS INSURANCE COMPANY
52. SENTRY INSURANCE A MUTUAL COMPANY
53. SILVERCRIPT INSURANCE COMPANY
54. UNICARE LIFE & HEALTH INSURANCE COMPANY

**UNSECURED CREDITORS**[2]
1.   AGGREKO,INC.
2.   ARIZONA DEPARTMENT OF REVENUE
3.   CALIFORNIA FRANCHISE TAX BOARD
4.   CARROLLTON, CITY
5.   COMPTROLLER OF MARYLAND, REVENUE
6.  CHARLES W. WEAVER
       MANUFACTURING CO., INC.
7.   DALLAS CO. COMM. COLLEGE DIST.
8.   DALLAS CO. HOSPITAL DIST. PARKLAND HEALTH & HOSPITAL SYSTEM
9.   DALLAS COUNTY
10.   DALLAS COUNTY SCHOOLS
11.   DALLAS ISD
12.   DALLAS, CITY
13.   DELAWARE DIVISION OF REVENUE
14.   DESOTO ISD
15.   DESOTO, CITY
16.   DOWNTOWN DALLAS IMPROVEMENT DISTRICT
17.   DUNCANVILLE ISD
18.   FARMERS BRANCH, CITY
19. FMC CORPORATION
20.   GARLAND ISD
21.   GARLAND, CITY
22.   GRAND PRAIRIE ISD
23.   GRAND PRAIRIE, CITY
24.   ILLINOIS DEPARTMENT OF REVENUE
25.   IRVING, CITY
26.   KENTUCKY DEPARTMENT OF REVENUE
27.   LANCASTER ISD
28.   LANCASTER, CITY
29.   MAINE REVENUE SERVICES
30.   OREGON DEPARTMENT OF REVENUE
31.   RICHARDSON, CITY
32.   SCHOOL EQUALIZATION
33.   STATE OF TEXAS, COMPTROLLER'S OFFICE TEXAS COMPTROLLER OF
       PUBLIC ACCOUNTS

---

[2]  As set forth in EFH Corp.'s Schedules of Assets and Liabilities [D.I. 1237, as amended by D.I. 2146].

•

34. SUNNYVALE ISD
35. TOWN SUNNYVALE
36. AMERICAN STOCK TRANSFER & TRUST CO, LLC
37. TEX-LA ELECTRIC COOP. OF TEXAS, INC
38. THE BANK OF NEW YORK MELLON TRUST CO
39. 3M COMPANY
40. A GOODMAN
41. AAA BLAST-COTE INC.
42. AB CHANCE CO.
43. AER MANUFACTURING II, INC.
44. AER MANUFACTURING,INC.
45. AGGREKO, LLC
46. AIR LIQUIDE AMERICA CORPORATION
47. AIR PRODUCTS AND CHEMICALS, INC.
48. AK STEEL CORPORATION
49. AKZO NOBEL CHEMICALS,INC.
50. ALAMO MANUFACTURING CO.
51. ALBAUGH, INC.
52. ALCOA INC.
53. ALCOLAC,INC.
54. ALLEN CASEY
55. ALLEN'S TRUCK & TRAILER
56. ALLSTATE VACUUM AND TANKS INC.
57. ALTON CHAMBERS
58. ALTURA COGEN, LLC
59. MINDANI, HINKLE & COLE, LLP
60. AMARCO PETROLEUM,INC.
61. AMERI-LIQUID TRANSPORT, INC.
62. AMERICAN CYANAMID CO.
63. AMERICAN DRILLING & SAWING, INC.
64. AMERICAN HOECHST CORP.
65. AMERICAN LITHO TEXAS INC.
66. AMERICAN MOTORISTS
    INSURANCE COMPANY
67. CHARLSTON, REVICH & WOLLITZ LLP
68. AMERIGAS CORP.
69. AMETEK INC.
70. AMOCO CHEMICAL CORP.
71. ANADARKO PETROLEUM CORPORATION
72. ANALYSTS SERVICES, INC.
73. ANDERSON GREENWOOD & CO.
74. ANDREA L WOOD
75. ANDREW UNVERZAGT
76. ANDREW WRIGHT
77. ANDREW, LLC
78. ANDREWS TRANSPORT,INC.

•

| | |
|---|---|
| 79. | ANERICAN CYANAMID |
| 80. | ANGELA YVONNE GUILLORY |
| 81. | ANN GARRARD |
| 82. | ANNA C AYME |
| 83. | ANNELL ROGERS |
| 84. | ANNITA M RIDDICK |
| 85. | ANTHONY HORTON |
| 86. | ARKEMA INC. |
| 87. | ARMCO STEEL CO. |
| 88. | ARROW INDUSTRIES INC. |
| 89. | ASHLAND CHEMICAL COMPANY |
| 90. | ASHLAND INC |
| 91. | AT&T |
| 92. | ATLANTIC RICHFIELD COMPANY |
| 93. | ATMOS PIPELINE - TEXAS |
| 94. | AUSAF HUSAIN |
| 95. | AUSTIN CIRCUITS INC. |
| 96. | AUSTRON,INC. |
| 97. | AZTEC INDUSTRIES |
| 98. | B THOMPSON |
| 99. | BABCOCK & WILCOX |
| 100. | BAKER HUGHES |
| 101. | BAKER HUGHES OILFIELD OPERATIONS, INC. |
| 102. | BAKER PETROLITE CORPORATION |
| 103. | BARBARA A RAXTER |
| 104. | BARBARA CURRY |
| 105. | BARBARA GRIFFIN |
| 106. | BARBARA J WEATHERSBEE |
| 107. | BARRY CARPENTER |
| 108. | BARRY PHILLIPS |
| 109. | BASF CORPORATION |
| 110. | BASIC RESOURCES INC. |
| 111. | BAYAOU VISTA DEVELOPMENT CO |
| 112. | BAYER MATERIALSCIENCE, LLC |
| 113. | BAYOU PETROLEUM |
| 114. | BAYPORT CHEMICAL SERVICE, INC. |
| 115. | BAYTANK (HOUSTON) INC. |
| 116. | BEAZER EAST INC. |
| 117. | BEAZER EAST, INC. LEGAL DEPARTMENT |
| 118. | BEN HOGAN CO. |
| 119. | BENJAMIN MOORE & COMPANY |
| 120. | BERRIDGE MANUFACTURING |
| 121. | BERWIND RAILWAY SERVICE CO. |
| 122. | BEST SERVICE TANK WASH, INC. |
| 123. | BETSY ROSS FLAG GIRLS INC |
| 124. | BETTIS CORPORATION |

•

125. BEWIND RAILWAY SERVICE CO.
126. BIG THREE INDUSTRIES,INC.
127. BILLY RANTON
128. BJ PROCESS AND PIPELINE SERVICES CO.
129. BLENTECH CORP
130. BLENTECH CORPORATION
131. BNSF RAILWAY CO.
132. BOB CONWAY
133. BOBBY LANCASTER
134. BODYCOTE THERMAL PROCESSING, INC.
135. BONNEY FORGE CORP.
136. BONNIE WILBER
137. BORDEN CHEMICAL, INC.
138. BP AMERICA PRODUCTION CO.
139. BP AMERICA, INC.
140. BP AMOCO CHEMICAL COMPANY
141. BP PRODUCTS NORTH AMERICA,INC.
142. BRETT WIGGS
143. BRIAN DICKIE
144. BRIAN MCFARLIN
145. BRIAN TULLOH
146. BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE LLC
147. BROWN-HUGHES
148. BROWNING-FERRIS INDUSTRIES, INC.
149. BROYHILL FURNITURE INDUSTRIES,INC.
150. BURDIN MEDIATIONS
151. C CHURCHILL
152. C RAWLEY
153. C WILDER
154. C-L RESINS,INC
155. CALGON CARBON CORP.
156. CALGON CARBON CORPORATION
157. CAMERON IRON WORKS
158. CAREY HARRIS
159. CARGILL INC
160. CARL CONGER
161. CAROL C RAMOS
162. CAROL S CARR
163. CAROTEX, INC.
164. CARPENTER CO.
165. CARRIE KIRBY
166. CATHERINE MCALOON
167. CATHRYN C. HULEN
168. CATHY MACKENZIE
169. CBI NA-CON INC.
170. CBS CORPORATION

•

171.    CDI-CHEMICAL DISTRIBUTORS,INC.
172.    CECIL P. ORADAT
173.    CECILY GOOCH
174.    CHAMPION BUILDING PRODUCTS
175.    CHAMPION TECHNOLOGIES,INC.
176.    CHAPARRAL STEEL CO.
177.    CHARDONOLCORP.
178.    CHARLES BRECHT
179.    CHARLES CLARK
180.    CHARLES COTTON
181.    CHARLES ENZE
182.    CHARLES J KITOWSKI
183.    CHARLES M WILLIAMSON
184.    CHARLES TERRY
185.    CHARLES W. WEAVER
186.    CHARLES WOLLITZ
187.    CHARLIE THOMAS FORD, LTD.
188.    CHARTER INTERNATIONAL OIL CO.
189.    CHARTER INTERNATIONAL OIL COMPANY
190.    CHATLEFF CONTROLS INC.
191.    CHEM TECH INC.
192.    CHEMICAL CLEANING INC.
193.    CHEMICAL CONSERVATION OF GEORGIA
194.    CHEMICAL EXCHANGE CO.
195.    CHEMICAL RECLAMATION SERVICES, INC.
196.    CHEMICAL TRANSPORT INC.
197.    CHEMQUEST, INC.
198.    CHEMTRON CORPORATION
199.    CHEMTURA CORP.
200.    CHEMTURA CORPORATION
201.    CHEVRON CORPORATION
202.    CHEVRON/TEXACO
203.    CHIEF SUPPLY CORPORATION
204.    CHILDERS PRODUCTS CO.
205.    CHRISTOPHER A HEMSCHOT
206.    CHROMALLOY GAS TURNBINE CORP.
207.    CHTP HOLDINGS CORP
208.    CINTAS CORP
209.    CINTAS DOCUMENT MANAGEMENT
210.    CITIBANK NA
211.    CITY INDUSTRIES, INC.
212.    CITY OF AUSTIN
213.    CITY OF GALVESTON
214.    CITY OF GALVESTON TX
215.    CITY OF GARLAND
216.    CITY OF HOUSTON

•

217.    CITY OF TEXAS CITY
218.    CITY OF WEBSTER
219.    CLARENCE COLE
220.    CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.
221.    CLEON IVY
222.    CNA HOLDINGS
223.    COASTAL RECYCLING
224.    COASTAL STATES CRUDE GATHERING CO.
225.    COASTAL TANK LINES
226.    COASTAL TRANSPORT CO., INC.
227.    CONAGRA FOODS PACKAGED FOODS, LLC
228.    CONOCOPHILIPS COMPANY
229.    CONTINENAL AG
230.    CONTINENTAL PRODUCTS OF TEXAS
231.    COOKS COMPOSITES AND POLYMERS CO
232.    COOPER CAMERON CORPORATION
233.    CORINNE HULSEY
234.    COUNTY OF GALVESTON
235.    CREDIT SUISSE INTERNATIONAL
236.    CROWN CENTRAL PETROLEUM CORPORATION
237.    CROWN ZELLERBACH CORP.
238.    CRYSTAL CHEMICAL CO.
239.    CRYSTAL GAS STORAGE, INC.
240.    CUPLEX,INC.
241.    CURTIS LIGHTLE
242.    CURTIS SEIDLITS
243.    CYCLE CHEM
244.    CYNCO SPECIALTY INC.
245.    DALE E GRAY
246.    DALLAS J FRANDSEN
247.    DALLAS MORNING NEWS
248.    DALLAS POWER& LIGHT
249.    DALWORTH INDUSTRIES, INC.
250.    DANIEL RADIATOR CORP.
251.    DANIEL TURNER
252.    DANNY COLLARD
253.    DARLENE F WILLIAMS
254.    DAVID ANDREWS
255.    DAVID BIEGLER
256.    DAVID CAMPBELL
257.    DAVID H ANDERSON
258.    DAVID HENNEKES
259.    DAVID J.S. MADGETT
260.    DAVID KENDRICK
261.    DAVID KROSS
262.    DAVID MCAFEE

•

263. DAVID R MOORE
264. DAVID REEDY
265. DAVID SIGLER
266. DEAN FOODS CO.
267. DEBORAH L DENNIS
268. DELTA DISTRIBUTORS, INC.
269. DELTA TUBULAR PROCESSORS
270. DEMINIMIS OFFERS
271. DENNIS JORDAN
272. DESOTO,INC.
273. DESTEC (AT LYONDELL-ARCO)
274. DEVOE & REYNOLDS CO., INC.
275. DEVON ENERGY CORPORATION
276. DIAMOND SHAMROCK CORPORATION
277. DIAMOND-KUHN PAINT CO.
278. DIANE J KUBIN
279. DIPANKAR BANDYOPADHYAY
280. DIS-TRAN PRODUCTS,INC.
281. DIXIE CHEMICAL COMPANY
282. DMS REFINING, INC.
283. DON HOOD
284. DONALD BUCHANAN
285. DONALD MCFADDEN
286. DONALD RAY PEARSON JR
287. DONALD WOODALL
288. DONETTA TURNER
289. DOW CHEMICAL COMPANY
290. DRESSER RAND AND INGERSOLL-RAND COMPANY
291. DRESSER RAND CO.
292. DRILTECH MISSION LLC
293. DUNN EQUIPMENT COMPANY
294. DUNN HEAT EXCHANGERS, INC.
295. DUPONT POWDER COATINGS
296. DUVAL CORP.
297. DWIGHT ROYALL
298. DYNAMIC DETAILS TEXAS, LLC
299. DYNEGY POWER CORPORATION
300. ECTOR DRUM CO.
301. EDWARD L WATSON
302. EFH AUSTRALIA (NO. 2) HOLDINGS COMPANY
303. EFH CORPORATE SERVICES COMPANY
304. EFH FINANCE (NO. 2) HOLDINGS COMPANY
305. EFH FS HOLDINGS COMPANY
306. EFH PROPERTIES COMPANY
307. EFH VERMONT INSURANCE COMPANY
308. EILEEN REDICAN

11

•

309.  EL PASO CORPORATION FOR LONGVIEW REFINING
310.  ELAINE HAMM
311.  ELECTRO-CHEM ETCHING CO.,INC.
312.  ELECTRO-COATINGS, INC.
313.  ELEMENTIS CHEMICALS INC.
314.  ELIZABETH LAVALLEY
315.  ELLEN T WEAVER
316.  ELTEX CHEMICAL & SUPPLY CO.
317.  ELTON FLOYD
318.  EMERSON ELECTRIC CO.
319.  ENCLEAN ACQUISITION INC.
320.  ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC
321.  ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC
322.  ENGINE COMPONENTS,INC.
323.  ENGINE COMPS., INC/ELECTRO-COATINGS, AEROMOTIVE ENG. CORP.
324.  ENOCH KEVER
325.  ENPRO INDUSTRIES, INC.
326.  ENVIRONMENTAL ENTERPRISES, INC.
327.  ERGON, INC. FKA MAGNOLIA MARINE TRANSPORT
328.  ETHICON, INC.
329.  ETHYL CORP.
330.  EULA DEMPSEY
331.  EURECAT U.S. INCORPORATED
332.  EUTECTIC METALS CO.,INC.
333.  EVERGREEN HELICOPTERS INC.
334.  EXPLORER PIPELINE COMPANY
335.  EXXON CORPORATION
336.  EXXON MOBIL CORPORATION
337.  FAROUK SYSTEMS, INC.
338.  FAULKNER CONTRACTORS, INC
339.  FEDERAL MOGUL
340.  FIN-TECH INC.
341.  FLINT INK CORP.
342.  FMC CORPORATION
343.  FORMOSA PLASTICS
      CORPORATION, TEXAS
344.  FRANK DELANO DONOVAN
345.  FRANK MEYERS
346.  FREEMAN JARRELL
347.  FRESH DEL MONTE PRODUCE CO.
348.  FRESNO CHEMICALS CO.
349.  FURON METALLIC GASKETS
350.  FUSION, INC.
351.  GARRISON INDUSTRIES, INC.
352.  GARY HAYES
353.  GAS EQUIPMENT COMPANY, INC.

•

354.  GATES CORPORATION
355.  GATX CORPORATION
356.  GAVLON INDUSTRIES INC.
357.  GAYLENE MCMAHON
358.  GENERAL DYNAMICS CORP.
359.  GENERAL DYNAMICS CORPORATION
360.  GENERAL ELECTRIC COMPANY
361.  GENERAL TIRE & RUBBER
362.  GEORGIA GULF CORP.
363.  GEORGIA PACIFIC CORP.
364.  GEORGIA-PACIFIC CHEMICALS INC.
365.  GERALD GOTCHER
366.  GERALD JOHNSON
367.  GERHARDTS INC
368.  GEROGE ENGELLAND
369.  GERRY PEARSON
370.  GIANT RESOURCE RECOVERY-ATTALLA, INC. (F/K/A M&M CHEMICAL)
371.  GIBRALTER FENCE CO.
372.  GINA THOMAS
373.  GIPSON INDUSTRIAL COATINGS, INC.
374.  GLOWPOINT INC
375.  GOODMAN COMPANY LP
376.  GOODMAN MANUFACTURING COMPANY
377.  GOODPASTURE, INC.
378.  GOODYEAR TIRE & RUBBER CO.
379.  GRACE MANUFACTURING INC.
380.  GRAHAM MAGNETICS BY CARLISLE COMPANIES INC.
381.  GREAT LAKES CHEMICAL CORP.
382.  GREGORY KELLY
383.  GREIF BROS. CORPORATION
384.  GRIEF, INC.
385.  GROENDYKE TRANSPORT, INC.
386.  GRUMMAN HOUSTON CORP.
387.  GULF PRECISION INDUSTRIES
388.  GULF STATES TUBE CORP.
389.  H. MUEHLSTEIN & CO., INC.
390.  H.B. FULLER CO.
391.  HALBERT HUGHES
392.  HALLIBURTON
393.  HAROLD ELKINS
394.  HARRIETTE MARSHALL
395.  HARRIS CORP.
396.  HARRY FRIER
397.  HARVEY BRAU
398.  HB FULLER CO.
399.  HEARNE STEEL COMPANY, INC.

•

| | |
|---|---|
| 400. | HEARTLAND CEMENT COMPANY |
| 401. | HEAT ENERGY ADVANCED TECHNOLOGY,INC |
| 402. | HELEN BURT |
| 403. | HERBERT ZUREICH |
| 404. | HERCULES,INC. |
| 405. | HEXCEL CORP. |
| 406. | HEXION SPECIALTY CHEMCIALS |
| 407. | HITCHCOCK INDUSTRIES, INC. |
| 408. | HOBAS PIPE USA |
| 409. | HOLCOMB, INC. |
| 410. | HOMER GIBBS |
| 411. | HOMRICH & BERG INC |
| 412. | HONEYWELL OPTOELECTRONICS DIVISION |
| 413. | HORACE RILEY |
| 414. | HOUSTON BELT & TERMINAL RAILWAY CO. |
| 415. | HOUSTON ETCHING CO. |
| 416. | HOUSTON MARINE SERVICES |
| 417. | HOUSTON OIL AND MINERAL CORP. |
| 418. | HOUSTON PLATING CO. |
| 419. | HOUSTON SCRAP |
| 420. | HOUSTON SHIP REPAIR, INC. |
| 421. | HOUSTON SOLVENTS AND CHEMICALS CO. |
| 422. | HOUSTON SRE INC. |
| 423. | HUBBELL POWER SYSTEMS |
| 424. | HUBBELL POWER SYSTEMS, INC. |
| 425. | HUNTON & WILLIAMS LLP |
| 426. | HUSSMAN CORPORATION |
| 427. | HYDRIL COMPANY |
| 428. | HYDRITE CHEMICAL CO. |
| 429. | HYDRITE CHEMICAL COMPANY |
| 430. | IMPERIAL SUGAR COMPANY |
| 431. | INSPECTORATE AMERICA CORPORATION |
| 432. | INSTRUMENTATION PRODUCTS,INC. |
| 433. | INTEGRAL PETROLEUM CORP. -INTEGRAL RESOURCES INC. |
| 434. | INTEGRAL RESOURCES INC. |
| 435. | INTERCONTINENTAL MFG CO. |
| 436. | INTERGULF FUELS HYDROSEP, INC. |
| 437. | INTERGULF, INC. |
| 438. | INTERNATIONAL FLAVORS & FRAGRANCES, INC. |
| 439. | INTERNATIONAL PAPER COMPANY |
| 440. | INTERNATIONAL TERMINAL CORP. |
| 441. | IQ PRODUCTS |
| 442. | IRON MOUNTAIN INFORMATION MANAGEMENT INC. |
| 443. | ITEQ INC. |
| 444. | J BRYAN |
| 445. | J LEMMON |

•

446.  J. M. HUBER CORP.
447.  J.S. FARRINGTON
448.  JACKSON NATIONAL LIFE INSURANCE
449.  JAMES A. BURKE
450.  JAMES BARRETT
451.  JAMES D. KINGSLEY
452.  JAMES DIXON
453.  JAMES DOWDEN
454.  JAMES FITZGERALD
455.  JAMES FRAZIER
456.  JAMES HESS
457.  JAMES KELLEY
458.  JAMES LAWSON
459.  JAMES JUSTIN MANCHEE
460.  JAMES O. MORGAN
461.  MANCHEE & MANCHEE LLP
462.  GOLDSMITH & ASSOCIATES, LLC
463.  SYLVIA A. GOLDSMITH
464.  JAMES RIVER CORP./DIXIE PRODUCTS GROUP
465.  JAMES RIVERDIXIE/NORTHERN INC.
466.  JAMES SCOTT
467.  JAMES WELLS
468.  JASON T OAKES
469.  JC PENNEY CORP. INC.
470.  JEFFREY D LERNER
471.  JEFFREY M WEISER
472.  JEFFREY S AGEE
473.  JENNIFER MARIE LEE-SETHI
474.  JENNINE R LUNCEFORD
475.  JERRY BURT
476.  JERRY GREEN
477.  JERRY PINKERTON
478.  JIMMIE C. PITTS
479.  JIMMIE PAPE
480.  JIMMY BARKER
481.  JIMMY ESTES
482.  JOAN HUNTER
483.  JODI L STABLEIN
484.  JOE HOLMES
485.  JOE MCCLENDON
486.  JOHANN HALTERMANN LTD.
487.  JOHN B. LANGE III, CHAPTER 11 TRUSTEE OF WESTBURY COMMUNITY
      HOSPITAL, LLC
488.  JOHN CARLSON
489.  JOHN D LIGHTBOURN
490.  JOHN FINNERAN

15

•

491.    JOHN HARDGRAVE
492.    JOHN KNIERIM
493.    JOHN KRECHTING
494.    JOHN M CASEY
495.    JOHN MERRITT
496.    JOHN MEYER
497.    JOHN O'BRIEN
498.    JOHN YOUNG
499.    JON BLACK
500.    JONATHAN A SIEGLER
501.    JONES 7-11-7 INC. OF BAYTOWN TEXAS
502.    JONES-BLAIR CO.
503.    JOSEPH MITCHELL
504.    JPMORGAN CHASE BANK
505.    JR SIMPLOT CO.
506.    JUSTUS B RHODES
507.    JW LIGHTING INC.
508.    KAMAL JOSHI
509.    KANEKA TEXAS CORP.
510.    KATE CONWAY
511.    KATHLEEN ELLIOTT
512.    KATHRYN GRIFFITH
513.    KDM CO.
514.    KEITH A THOMAS
515.    KEITH R WILLIAMS
516.    KEN W KAROUZOS
517.    KENNETH C GUCKIAN
518.    KENNETH D COCHRAN
519.    KENNETH PRICE
520.    KENNETH WHITE
521.    KERMIT STOSBERG
522.    KEVEN RICHARDSON
523.    KEVIN M KERNAN
524.    KEYSTONE VALVE CORP.
525.    KIMMY S RUCKER
526.    KING AEROSPACE, INC.
527.    KIRK A. KING
528.    KIRK R OLIVER
529.    KNIGHT SERVICES INC.
530.    KOCH PIPELINE COMPANY, L.P.
531.    KOENIG, INC. OF DELAWARE
532.    KOKOSING CONSTRUCTION CO., INC.
533.    KOPPERS COMPANY INC. NKA
        BEAZER EAST, INC.
534.    KRIS HILLSTRAND
535.    KRISTOPHER E MCCLURE

•

536. KYLE RODNEY DAVIS
537. L B FOSTER CO.
538. LA GLORIA OIL & GAS COMPANY
539. LANDRETH METAL FORMING, INC.
540. LARRY VON GARDNER
541. LAWRENCE POWELL
542. LAYNE CHRISTENSENT CO.
543. LBC HOUSTON, L.P.
544. LINDA HOGAN
545. LINDA PRICE
546. LINDIAN REYNOLDS
547. LION OIL COMPANY
548. LISA R ALCALA
549. LISA WINSTON
550. LITTON DATA SYSTEMS
551. LIUBA BABAN-LOUTSENKO
552. LLOYD WHITT
553. LOCKE LORD BISSELL & LIDDELL
554. LOCKHEED MARTIN CORP
555. LOMITA GASOLINE COMPANY
556. LONNIE SMITH
557. LONZA CO., INC.
558. LOUISIANA PACIFIC CORP.
559. LOVELL HARP
560. LOWER COLORADO RIVER
561. LOYD ALLEN
562. LSGT GAS COMPANY LLC
563. LUBRIZOL CORPORATION –     THE LEGAL DEPARTMENT
564. LUMBERMEN'S MUTUAL CASUALTY COMPANY INSURANCE COMPANY
565. LUMINANT
566. LUMINANT ENERGY COMPANY LLC
567. LUMINANT GENERATION COMPANY LLC
568. LUMINANT HOLDING COMPANY LLC
569. LUMINANT MINING COMPANY LLC
570. LYONDELL CHEMICAL CO.
571. M CHAND
572. M S GREENE
573. MANU ASTHANA
574. MARATHON ASHLAND PIPE LINE LLC
575. MARATHON OIL CO.
576. MARATHON OIL COMPANY
577. MARATHON PETROLEUM COMPANY
578. MARINE PROFESSIONAL SERVICES INC.
579. MARK E KANAVOS
580. MARK E. TANNER
581. MARK LINIADO

•

582. MARK MCFARLAND
583. MARK PAVELKA
584. MARK TERRY
585. MARK WELCH
586. MARTHA BRITTAIN
587. MARY BRECKENRIDGE
588. MARY HINES
589. MATHESON DIV.(SEARLE MEDICAL PROD.)
590. MATLACK SYSTEMS INC.
591. MATTHEW D POND
592. MATTHEW W SUNSERI
593. MAX B. UNDERWOOD
594. MAZDA MOTORS OF AMERICA,INC.
595. MCKENZIE EQUIPMENT CO.
596. MCP GROUP & MALONE DE MINIMIS PARTIES
597. MCWHORTER RECHNOLOGIES, INC.
598. MEADWESTVACO CORP.
599. MELVIN WALTHER
600. MERICHEM COMPANY
601. MERRILL LYNCH CAPITAL SERVICES
602. METALLIC DEVELOPMENT CORPORATION
603. MICHAEL BLEVINS
604. MICHAEL GREENE
605. MICHAEL JARBOE
606. MICHAEL MCCALL
607. MICHAEL MCNALLY
608. MICHAEL P CHILDERS
609. MICHAEL R REED
610. MICHAEL TEJADA
611. MIGUEL CAREBALLO
612. MILLER BREWING CO.
613. MIRROR INDUSTRIES
614. MISSION PETROLEUM CARRIERS, INC.
615. MITCHELL LUCAS
616. MOBAY CHEMICAL
617. MOLLY THOMPSON
618. MONSANTO COMPANY
619. MORGAN STANLEY CAPITAL GROUP INC
620. MOSTEK
621. MOTOROLA SEMICONDUCTOR PRODUCTS
622. MURIEL REICHLE
623. MURPHY OIL CORP.
624. NACCO INDUSTRIES, INC.
625. NALCO CHEMICAL CO.
626. NALCO COMPANY
627. NATHALIE BAIER

•

628. NATIONAL FLAME & FORCE, INC.
629. NATURAL GAS ODORIZING, INC.
630. NCA DEVELOPMENT COMPANY LLC
631. NCH CORP.
632. NCH CORP./MOHAWK LABS
633. NICK HERNDON
634. NL INDUSTRIES
635. NL INDUSTRIES, INC
636. NL TREATING CHEMICALS
637. NORTH AMERICAN GALVANIZING & COATINGS, INC.
638. NORTHGATE ARINSO HAROLD BABBIT
639. NUCLEAR SOURCES & SERVICES, INC NSSI RECOVERY SERVICES INC.
640. NUCLEAR SOURCES & SERVICES, INC.
641. OAK GROVE MANAGEMENT COMPANY LLC
642. OAKITE PRODUCTS, INC.
643. OAKLEY SERVICE CO.
644. OCCIDENTAL CHEMICAL
645. OCCIDENTAL CHEMICAL CORP,
     GLENN SPRINGS HOLDINGS, INC.
646. OCCIDENTAL CHEMICAL CORPORATION
647. ODFJELL TERMINALS (HOUSTON) LP
648. OILGEAR CO.
649. OLSHAN DEMOLITION
650. OME CORP.
651. ONCOR ELECTRIC DELIVERY COMPANY LLC
652. ONDEO NALCO COMPANY
653. ORTHO DIAGNOSTICS, INC.
654. OSCO,INC.
655. OVI INDUSTRIES, LLC
656. OWEN-ILLINOIS
657. OWENS-BROCKWAY GLASS CONTAINER INC.
658. OWENS-ILLINOIS, INC.
659. OXID INCORPORATED
660. PA, INC.
661. PACIFIC INTERMOUNTAIN EXPRESS (PIE)
662. PACIFIC RESOURCE RECOVERY
663. PAKTANK GULF COAST, INC.
664. PALATIAL PRODUCTIONS LLC
665. PARKEM INDUSTRIAL SERVICES,INC.
666. PATRICIA ALLISON & FREEMAN ALLISON
667. PATRICK A DAILEY
668. PAUL B COX
669. PAUL KEGLEVIC
670. PAUL O'MALLEY
671. PAUL SHAMBLIN
672. PAUL SMITH

•

673. PAUL ZWEIACKER
674. PEARL BREWING LLC
675. PENSION BENEFIT GUARANTY CORPORATION
676. PERMA-FIX ENVIRONMENTAL SERVICES, INC.
677. PETER TINKHAM
678. PETRO UNITED TERMINALS, INC.
679. PETRO-CANADA
680. PETRO-TEX CHEMICAL CORP.
681. PETROMAX REFINING CO LLC
682. PGI INTERNATIONAL LTD
683. PHARMACIA CORPORATION
     BY SOLUTIA,INC.
684. PHILIP ROACH
685. PHILLIP CRUZ
686. PHILLIP R. SPRINKLE
687. PHOENIX OIL, INC.
688. PILOT INDUSTRIES OF TEXAS INC.
689. PITNEY BOWES, INC.
690. PITT PITTMAN
691. PLACID REFINING COMPANY
692. PLEXMAR RESINS,INC.
693. PLICOFLEX,INC.
694. PM METALLURGICAL LABS INC.
695. POLLUTION CONTROL INDUSTRIES, INC.
696. PPG INDUSTRIES INC.
697. PRAXAIR INC FOR FUSION INC & FORMER LINDE DIVUNION CARBIDE
698. PRECISION INTERIOR CONSTRUCTORS
699. PRINTPACK, INC.
700. PRITCHETT ENGINEERING & MACHINE, INC.
701. PROCESSOR & CHEMICAL SERVICES INC.
702. PURE CHEM
703. PUREX INDUSTRIESTURCO PRODUCTS DIV.
704. PVI INDUSTRIES, LLC
705. QUALITY CARRIERS
706. QUANEX CORP.
707. QUANEX CORP. (GULF STATES TUBE DIV)
708. R SOAPE
709. RADIOSHACK CORP.
710. RAFAEL FLORES
711. RALPH JONES
712. RALPH L. DICK
713. RAMON MENDEZ
714. RANDALL T MUELLER
715. RANDY JENKINS
716. RANDY M TIPTON
717. RANDY W GOODE

•

718.    RC FACILITY SERVICES LLC
719.    REAGENT CHEMICAL & RESEARCH, INC.
720.    REDLAND PRISMO
721.    REDLAND PRISMO CO.
722.    REED ROCKBIT CO.
723.    REED TUBULAR
724.    REGINALD A SAUNDERS
725.    REICHHOLD INC.
726.    REICHOLD CHEMICAL
727.    RETZLOFF INDUSTRIES INC.
728.    RHODIA, INC.
729.    RICHARD BOWEN
730.    RICHARD F ALBOSTA
731.    RICHARD FEDERWISCH
732.    RICHARD HOWARD
733.    RICHARD JONES
734.    RICHARD K PARKER
735.    RICHARD KOBYLAR
736.    RICHARD S GRAHAM
737.    RICHARD WHITE
738.    RICHARD WISTRAND
739.    RICHARDS GROUP
740.    RICKY GOODWIN
741.    RICKY JEANES
742.    RIDGEWAYS,INC.
743.    RIDGWAY'S LTD
744.    RINCHEM RESOURCE RECOVERY
745.    ROBERT ALMOND
746.    ROBERT BIRD
747.    ROBERT L TURPIN
748.    ROBERT LOGUE
749.    ROBERT RODGERS
750.    ROBERT SUMNER SHAPARD
751.    ROBINSON NUGENT INC.
752.    ROCKWELL COLLINS, INC.
753.    ROGER WALKER
754.    ROGERS GALVANIZING CO.
755.    ROHM & HAAS COMPANY
756.    ROHM AND HAAS COMPANY
757.    ROMIC ENVIRONMENTAL TECHNOLOGIES CORP.
758.    RON COKER
759.    RONALD KEENEY
760.    RONALD SEIDEL
761.    ROY O. MARTIN LUMBER COMPANY, L.L.C.
762.    RUBY FINCH
763.    RUDOLPH PERRY

•

764. RUSSELL SMITH
765. RUTH WATKINS
766. RYAN FLASHNICK
767. S HOLCOMB ENTERPRISE, INC.
768. S. I. WAREHOUSING CO, INC.
769. SAB MILLER
770. SAFETY-KLEEN SYSTEMS, INC.
771. SAILESH LAKDAWALA
772. SAINT-GOBAIN PERFORMANCE PLASTICS CORP
773. SAMUEL T CRENSHAW
774. SANDVIK ROCK TOOLS,INC.
775. SANTA FE RAILROAD
776. SCHENECTADY CHEMICAL CO.
777. SCHLUMBERGER LIMITED
778. SCHLUMBERGER TECHNOLOGY CORP.
779. SCHUMACHER CO., INC.
780. SCOTT DIERMANN
781. SCOTT LEONARD
782. SCOTT POWELL
783. SEA LION CHEMICAL
784. SEA LION TECHNOLOGY, INC.
785. SERVICE LINES,INC.
786. SGI LIQUIDATING CO.
787. SHELL OIL COMPANY
788. SHERRI R MILTON
789. SHERWIN WILLIAMS CO.
790. SHINTECH INDUSTRIES
791. SHIRLEY THOMAS
792. SIDNEY WATSON
793. SIERRA CLUB EARTH JUSTICE
794. SIERRA CLUB ENVIRONMENTAL INTEGRITY PROJECT
795. SIERRA CLUB SMITH WEBER LLP
796. SILVER REFINERS OF AMERICA
797. SIMON J NEICHERIL
798. SMITH INTERNATIONAL
799. SOLVENTS & CHEMICALS, INC.
800. SOLVENTS AND PETROLEUM SERVICE, INC.
801. SOLVENTS AND PETROLEUM SERVICE, ME.
802. SOUTHEAST TEXAS ENVIRONMENTAL LLC
803. SOUTHERN GRAPHIC SYSTEMS, INC.
804. SOUTHLAND CO.
805. SOUTHWEST GALVANIZING
806. SOUTHWEST SPECIALTY CHEMICALS,INC.
807. SOUTHWESTERN BARGE & FLEET SERVICE
808. SOUTHWESTERN BELL TELEPHONE
809. SOUTHWESTERN PLATING CO., INC. (THE)

•

810.  SPACENET INC
811.  STACEY DORE
812.  STAN TRANS, INC.
813.  STANLEY PROTO INDUSTRIAL TOOLS
814.  STANLEY R SOUTHERS
815.  STANLEY RAND
816.  STANTRANS,INC.
817.  STATE OF TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
818.  STATE OF TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES
819.  STEELDIP GALVANIZING COMPANY, INC.
820.  STEPHEN BRUCE MANNS
821.  STEPHEN ELLIS
822.  STEPHEN KOPENITZ
823.  STEPHEN MUSCATO
824.  STEPHEN SMITH
825.  STEVE K YOHN
826.  STEVE WILLIAMS
827.  STEVEN BREWTON
828.  STEVEN M PHILLEY
829.  STEWART & STEVENSON
830.  SUE DAVIS
831.  SUN EXPLORATION & PRODUCTION CO.
832.  SUNOCO, INC.
833.  SUSAN ATTERIDGE
834.  SUSAN CRANE,INC.
835.  SUSAN E WASILEWSKI
836.  SUTTLES TRUCK LEASING, INC.
837.  SYMMETRICOM
838.  SYNGENTA CROP PROTECTION
839.  SYNTEC CHEMICALS
840.  SYNTECH CHEMICALS INC.
841.  TAEH, INC.
842.  TECCOR ELECTRONICS INC.
843.  TECO-WESTINGHOUSE MOTOR COMPANY
844.  TENNECO CHEMICAL CO.
845.  TENNECO OIL CO.
846.  TENNECO POLYMERS, INC.
847.  TERRENCE L EMBURY
848.  TERRY GARDENHIRE
849.  TESORO CORP
850.  TEX TIN CORP.
851.  TEX-LA ELECTRIC COOP. OF TEXAS, INC
852.  TEXAS A & M UNIVERSITY SYSTEM (THE)
853.  TEXAS ALKYLS, INC.
854.  TEXAS CITY REFINING
855.  TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC

•

856.  TEXAS COMPTROLLER OF
      PUBLIC ACCOUNTS
857.  TEXAS DEPARTMENT OF CRIMINAL JUSTICE
858.  TEXAS DEPARTMENT OF PUBLIC SAFETY
859.  TEXAS DEPT. OF TRANSPORTATION
860.  TEXAS INSTRUMENTS INC
861.  TEXAS INSTRUMENTS INCORPORATED
862.  TEXAS INSTRUMENTS, INC.
863.  TEXAS NAMEPLATE CO.,INC.
864.  TEXAS NATURAL RESOURCE CONSERVATION
865.  TEXAS NEW MEXICO POWER CO.
866.  TEXAS STEEL & WIRE CORP.
867.  THE GOODYEAR TIRE & RUBBER COMPANY
868.  THE LAUCKGROUP
869.  THE SOLVENTS RECOVERY SERVICE OF NEW JERSEY, INC.
870.  THE STANLEY WORKS
871.  THE UNITED STATES OF AMERICA
872.  THERON HIGGINBOTHAM
873.  THOMAS AMBROSE
874.  THOMAS BAKER
875.  THOMAS JACOBSEN
876.  THOMAS WILLIAMS
877.  THOMPSON-HAYWARD CHEMICAL CO.
878.  TIMOTHY HOGAN
879.  TODD J KERSCHBAUM
880.  TODD SHIPYARD CORP.
881.  TOLLY FRY
882.  TOM NARUM CONSTRUCTION
883.  TOMMY DUBBERLY
884.  TOMMY GRACE
885.  TOSHIBA INTERNATIONAL CORP.
886.  TOSHIBA INTERNTIONAL CORPORATION
887.  TOTAL PETROCHEMICALS USA, INC.
888.  TOTAL PETROLEUM
889.  TRACY A RATHER
890.  TRACY SWINGLE
891.  TRAILMASTER TANKS, INC.
892.  TRANSBAS, INC.
893.  TRANSWESTERN
894.  TRELLEBORG COATED SYSTEMS US, INC.
895.  TRIANGLE WIRE & CABLE, INC.
896.  TRIMAC BULK TRANSPORTATION, INC.
897.  TRIMAC TRANSPORTATION
898.  TRINITY INDUSTRIES
899.  TRINITY INDUSTRIES, INC.
900.  TRUCK HARBOR INC.

•

901.   TRUNKLINE GAS COMPANY
902.   TRW MISSION MANUFACTURING CO.
903.   TXU ENERGY RETAIL COMPANY LLC
904.   TXU RETAIL SERVICES COMPANY
905.   TYCO VALVES & CONTROLS
906.   UNION CARBIDE CORPORATION LEGAL DEPARTMENT
907.   UNION PACIFIC RAILROAD COMPANY
908.   UNION TANK CAR COMPANY
909.   UNITANK TERMINAL SERVICES
910.   UNITED EXPRESS
911.   UNITED GALVANIZING, INC.
912.   UNITED STATES STEEL CORPORATION
913.   UNITED TEXAS TRANSMISSION CO.
914.   UNITED WAY OF METROPOLITAN DALLAS
915.   UNITEK ENVIRONMENTAL SERVICES,INC.
916.   UNIVAR
917.   UNIVAR USA INC.
918.   UNIVERSAL BLUEPRINT PAPER CO.
919.   UNIVERSITY OF TEXAS -SYSTEMS
920.   UPJOHN COMPANY
921.   US BRASS
922.   US INDUSTRIAL CHEMICAL CO.
923.   UTEX INDUSTRIES, INC.
924.   V CARUTHERS
925.   VAL CAP MARINE SERVICES
926.   VALLEY SOLVENT CO.
927.   VAN DER HORST CORP. OF AMERICA
928.   VARCO
929.   VARO SEMICONDUCTOR INC.
930.   VERIZON SOUTHWEST
931.   VERIZON WIRELESS
932.   VERLIE THROCKMORTON
933.   VICTOR EQUIPMENT COMPANY
934.   VICTOR ZEMANEK
935.   VICTORIA SCHMULEN
936.   VICTORIA TAYLOR
937.   VON THOMPSON
938.   VOPAK NORTH AMERICA INC.
939.   W. STEWART
940.   W.R. GRACE & CO.
941.   WADE FREEMAN
942.   WALTER D. FENOGLLIO
943.   WALTER RENZ
944.   WAYNE HARRIS
945.   WEATHERFORD U.S., L.P.
946.   WEATHERFORD US, INC.

•

947.    WELCHEM,INC
948.    WENDELL BARNETT
949.    WENDELL CRAIG CRAVEY
950.    WESLEY TAYLOR
951.    WESTERN GEOPHYSICAL CO.
952.    WESTERN SPECIALTY COATINGS CO.
953.    WESTINGHOUSE ELECTRIC CORPORATION
954.    WESTINGHOUSE MOTOR CO.
955.    WHITE CHEMICAL INTERNATIONAL
956.    WIL-RON MANUFACTURING CORP.
957.    WILEY SANDERS TANK LINES INC
958.    WILLIAM BALLARD
959.    WILLIAM GRIFFIN
960.    WILLIAM H BAILEY
961.    WILLIAM KLOTZ
962.    WILLIAM MOORE
963.    WILLIAM PLATT
964.    WILLIAM R. STACHA
965.    WILLIAM VOGELSANG
966.    WINONICS INC.
967.    WITCO CHEMICAL CO.
968.    WOMBLE COMPANY, INC.
969.    WRIGHT CHEMICAL CORP.
970.    XEROX CORP.
971.    YOUNGER BROTHERS INCORPORATED
972.    YRC INC.
973.    ZIMMER INC.
974.    ZIMMITE CORP.
975.    ZURNPEX, INC.

**CONTRACTUAL COUNTERPARTIES**[3]
1.    AAA COOPER TRANSPORTATION
2.    ACA FAMILY LP (ACOSTA TRUST)
3.    ACAP HEALTH CONSULTING, LLC
4.    ACE
5.    ADVANCED ANALYTICAL LABORATORIES, LLC
6.    AEC POWERFLOW LLC
7.    AEGIS
8.    AETNA INC
9.    AIG
10.    AIRROSTI REHAB CENTERS LLC
11.    ALAN GARDENHIRE
12.    ALERE WELLBEING, INC.
13.    ALLAN KOENIG
14.    ALLISON MCCOMBE SMALL

---

[3]  As set forth in EFH Corp.'s Schedules of Assets and Liabilities [D.I. 1237, as amended by D.I. 2146].

•

15. AMS CONSULTING
16. ALONTI
17. AMERICAN STOCK TRANSFER & TRUST CO, LLC
18. ANDREW CAMERON
19. ANDREW WRIGHT
20. ANGELA YVONNE GUILLORY
21. ANTHONY HORTON
22. ANTHONY MEYERS
23. AON RISK SERVICES SOUTHWEST, INC.
24. ARCILIA ACOSTA
25. AREVA SOLAR, INC.
26. ARGO RE (BERMUDA)
27. ARNOLD & PORTER LLP
28. ASSOCIATED ELECTRIC AND GAS INSURANCE SERVICES
29. ATMOS PIPELINE - TEXAS
30. ATS LOGISTICS SERVICES, INC.
31. AVEPOINT, INC.
32. AXIS
33. BALCH & BINGHAM LLP
34. BANK OF AMERICA
35. BARRY BOSWELL
36. BARRY SHIPMAN
37. BEAZLEY
38. BENJAMIN ELLIOTT
39. BETTY FLESHMAN
40. BILLIE WILLIAMSON
41. BLACKSTONE ADVISORY PARTNERS L P
42. BLUE CROSS AND BLUE SHIELD OF TEXAS
43. BLUEWATER STRATEGIES LLC
44. BOARD VANTAGE INC
45. BOX, INC
46. BRAD BARKSDALE
47. BRADLEY SNYDER
48. BRADLEY WATSON
49. BRETT AMHEISER
50. BRIAN BOSECKER
51. BRIAN PATRICK
52. BRIAN TULLOH
53. BRIAN WENNING
54. BRIDGELINE DIGITAL FKA MARKETNET, INC
55. BRIGHTMAN ENERGY, LLC
56. BROCK DEGEYTER
57. BRUCE WHITE
58. BRYCE SCHNEIDER
59. BURTON HILLS LIMITED, LP (YOUNGBLOOD
60. BUSINESS IMAGING SYSTEMS, INC

•

| | |
|---|---|
| 61. | CAPITAL IQ, INC. |
| 62. | CAREMARKPCS HEALTH, L.L.C. |
| 63. | CARL S RICHIE JR ATTORNEY AT LAW |
| 64. | CARLA HOWARD |
| 65. | CARRIE KIRBY |
| 66. | CECILY GOOCH |
| 67. | CELEBRATION |
| 68. | CELLCO PARTNERSHIP |
| 69. | CHARLES HIGDON |
| 70. | CHARLES KOUDELKA |
| 71. | CHAT YORK |
| 72. | CHERYL STEVENS |
| 73. | CHRIS WHITE |
| 74. | CHUBB ATLANTIC INDEMNITY LTD. (BERMUDA) |
| 75. | CITIBANK, N.A |
| 76. | CLAUDIA MORROW |
| 77. | CLIFFORD WATSON |
| 78. | CLINTON CARTER |
| 79. | COLIN CARRELL |
| 80. | COMANCHE PEAK NUCLEAR POWER COMPANY LLC |
| 81. | COMTEK GROUP |
| 82. | CONTINUANT INC |
| 83. | CRAIG INGERTO |
| 84. | CREDIT SUISSE INTERNATIONAL |
| 85. | CULINAIRE INTERNATIONAL BELO |
| 86. | CURTIS LIGHTLE |
| 87. | CYNTHIA EWERT |
| 88. | D FRANK STONGER |
| 89. | DALE WALLING |
| 90. | DALLAS SERIES OF LOCKTON COMPANIES, LLC |
| 91. | DANIEL BRYANT |
| 92. | DANIEL KELLY |
| 93. | DAVID FARANETTA |
| 94. | DAVID GARRETT |
| 95. | DAVID GOODWIN |
| 96. | DAVID KROSS |
| 97. | DAVID LYNCH |
| 98. | DAVID MORRIS |
| 99. | DAVID QUIRAM |
| 100. | DAVID SISK |
| 101. | DCI GROUP, LLC |
| 102. | DEL MCCABE |
| 103. | DELOITTE AND TOUCHE, LLP |
| 104. | DIGABIT INC |
| 105. | DONALD EVANS |
| 106. | DONALD JOHNSON |

•

| | |
|---|---|
| 107. | DONALD SMITH |
| 108. | DONAN MZYK |
| 109. | DOUGLAS DAVIS |
| 110. | DOUGLAS WILKS |
| 111. | DOW JONES LEGAL DEPARTMENT |
| 112. | DR RICHARD A MESERVE |
| 113. | DUFF & PHELPS LLC |
| 114. | DUN AND BRADSTREET, INC |
| 115. | EDDIE CAVAZOS |
| 116. | EDWARD WILLIAMS |
| 117. | ENDURANCE |
| 118. | ENERGY INSURANCE MUTUAL (EIM) |
| 119. | EPIQ BANKRUPTCY SOLUTIONS LLC |
| 120. | EPSILON POWER FUNDING, LLC |
| 121. | EQUATERRA, INC. |
| 122. | EVERCORE GROUP LLC |
| 123. | EXTEND HEALTH INC |
| 124. | FEDERAL |
| 125. | FLOYD NICKERSON |
| 126. | FM GLOBAL |
| 127. | FORSYTHE SOLUTIONS GROUP, INC. |
| 128. | FRANKLIN ADVISORS, INC. |
| 129. | FRED MADDEN |
| 130. | FREEMAN JARRELL |
| 131. | FRIED FRANK HARRIS SHRIVER & JACOBSON |
| 132. | FULBRIGHT & JAWORSKI LLP |
| 133. | FUTURECOM |
| 134. | GABRIEL CASTRO |
| 135. | GABRIEL VAZQUEZ |
| 136. | GARRY WAGGONER |
| 137. | GARY KUSIN |
| 138. | GARY MOORE |
| 139. | GE INFRASTRUCTURE; WATER AND PROCESS TECHNOLOGIES |
| 140. | GEORGE BOUDREAU |
| 141. | GERRY PEARSON |
| 142. | GIBSON DUNN & CRUTCHER LLP |
| 143. | GIMMAL GROUP, INC. |
| 144. | GLENN WILLIAMS |
| 145. | GREGORY POWER PARTNERS, LP |
| 146. | GREGORY SANTOS |
| 147. | HARRY FRIER |
| 148. | HCC |
| 149. | HEWITT ENNISKNUPP, INC |
| 150. | HIS CERA INC. |
| 151. | HMWK LLC |
| 152. | HOWARD SMITH |

•

153.  IMPERIUM PUBLIC AFFAIRS
154.  INFORMATION TECHNOLOGY SERVICES, DELOITTE TECHNICAL LIBRARY, DELOITTE SERVICES LP
155.  INSTITUTE FOR CORPORATE PRODUCTIVITY
156.  INTERGEN US HOLDINGS LLC
157.  INTRALINKS, INC.
158.  JACK ROBERTS
159.  JACK W GULLAHORN PC
160.  JACKSON SJOBERG MCCARTHY & TOWNSEND LLP
161.  JAMES A. BURKE
162.  JAMES GRAVES
163.  JAMES SAVINA
164.  JAMES WILLIAMS
165.  JAVELIN ENERGY, LLC
166.  JAY BYS
167.  JEFFERY WESTERHEIDE
168.  JEFFREY CAMP
169.  JEFFREY MASON
170.  JEFFREY NOBLE
171.  JEFFREY WALKER
172.  JENNIFER JARRELL
173.  JERRY POLAND
174.  JOHN BARNETT
175.  JOHN DUESSEL
176.  JOHN GEARY
177.  JOHN HANCOCK LIFE INSURANCE CO (USA)
178.  JOHN HANCOCK PARTNERSHIP HOLDINGS I, L.P.
179.  JOHN HANCOCK PARTNERSHIP HOLDINGS II, L.P.
180.  JOHN HILDRETH
181.  JOHN MUNN
182.  JOHN O'BRIEN
183.  JOHN WHIPPLE
184.  JOHN YOUNG
185.  JOSE A. NAVARRO
186.  JOSEPH HO
187.  JOSEPH MITCHELL
188.  JPMORGAN CHASE
189.  JPMORGAN CHASE BANK, N.A.
190.  JPMORGAN CHASE VIA METLIFE
191.  K&L GATES
192.  KEITH JOHNSON
193.  KELLI ROD
194.  KENNETH PETERS
195.  KIMBERLY MIRELES
196.  KIMMY KOONCE
197.  KIRK WHITE

•

198.    KNEELAND YOUNGBLOOD
199.    KRISTOPHER MOLDOVAN
200.    LAURIE FENSTEMAKER PAIR
201.    LAZARD FRERES & CO., LLC
202.    LEVEL 3 COMMUNICATIONS
203.    LIBERTY MUTUAL/SAFECO
204.    LIFE ACCOUNT, LLC D/B/A        COMPASS PROFESSIONAL        HEALTH
        SERVICES
205.    LINKEDIN
206.    LISA A GARCIA
207.    LISA BLOCKER
208.    LOVELACE, D. BOYD
209.    LPI CONSULTING INC
210.    LUMINANT GENERATION COMPANY LLC
211.    M. S. GREENE
212.    MADISON GROUP LLC
213.    MAGELLAN BEHAVIORAL HEALTH, INC.
214.    MALICK, AARON RAVI
215.    MAMAS DAUGHTER DINER
216.    MARK GRIFFIN
217.    MARK MCFARLAND
218.    MARKIT GROUP LIMITED
219.    MARSH USA INC
220.    MARY RUSSELL
221.    MATTHEW GOERING
222.    MCGUIREWOODS LLP
223.    MCKINLEY MARKETING PARTNERS, INC.
224.    MEHLMAN VOGEL CASTAGNETTI INC
225.    MELLON BANK MELLON GLOBAL SECURITIES SERVICES
226.    MERCER
227.    MERCER INVESTMENT CONSULTING, INC.
228.    MERRILL LYNCH CAPITAL SERVICES, INC.
229.    METROPOLITAN LIFE INSURANCE COMPANY
230.    MGROUP STRATEGIES
231.    MHI NUCLEAR NORTH AMERICA, INC.
232.    MICHAEL BLEVINS
233.    MICHAEL BRIDGMAN
234.    MICHAEL CARTER
235.    MICHAEL GRASSO
236.    MICHAEL GREENE
237.    MICHAEL MCBAY
238.    MICHAEL MORRISS
239.    MICHAEL SMITH
240.    MIGNON MCGARRY
241.    MIKE KELLY
242.    MILLER & CHEVALIER CHARTERED

•

243.   MITSUBISHI HEAVY INDUSTRIES, LTD.
244.   MITSUBISHI NUCLEAR ENERGY SYSTEMS, INC.
245.   MOLLY THOMPSON
246.   MONITOR
247.   MORGAN STANLEY CAPITAL SERVICES LLC
248.   NANCY PERRY
249.   NANCY SHAIKH
250.   NATHANIEL HUCKABAY
251.   NAVIGATORS
252.   NORTEX MIDSTEAM PARTNERS, LLC
253.   NRG ENERGY, INC.
254.   NUCLEAR ENERGY FUTURE HOLDINGS II LLC
255.   NUCLEAR ENERGY FUTURE HOLDINGS LLC
256.   NUCLEAR ENERGY LIABILITY   INSURANCE ASS DBA      AMERICAN
       NUCLEAR          INSURERS
257.   NUCLEAR INSURANCE INSURANCE LIMITED
258.   O'NEILL, ATHY & CASEY PC
259.   OIL CASUALTY INSURANCE, LTD. (OCIL)
260.   PATRICK CHASE
261.   PATRICK DRAKE
262.   PATRICK MCINROE
263.   PATRICK WILLIAMS
264.   PAUL KEGLEVIC
265.   PAY GOVERNANCE LLC
266.   PERELLA WEINBERG PARTNERS LP
267.   PHIL GAMBLE
268.   PHILIPPE SEIDLER
269.   PHILIPS & MEACHUM PUBLIC AFFAIRS
270.   PIRA ENERGY GROUP
271.   PIZZA HUT
272.   PLANT EQUIPMENT & SERVICES, INC.
273.   PLANT RECOVERY COMPANY
274.   POLAN CULLEY ADVOCACY GROUP
275.   POLITICO
276.   PORTIA DI ROMA
277.   PRICEWATERHOUSECOOPERS LLP
278.   PUBLIC STRATEGIES INC
279.   QWEST COMMUNICATIONS CO LLC
280.   R AND L CARRIERS, INC.
281.   RAFAEL FLORES
282.   RALPH L. DICK
283.   RC DELTA HOLDINGS, LLC
284.   RICHARD FEDERWISCH
285.   RICHARD W BORCHARDT
286.   RICHARDS LAYTON & FINGER PA
287.   RICKY GOODWIN

•

| | |
|---|---|
| 288. | RICKY JEANES |
| 289. | RISSING STRATEGIC LLC |
| 290. | RLI |
| 291. | ROBERT BAKER |
| 292. | ROBERT BIRD |
| 293. | ROBERT FRENZEL |
| 294. | ROBERT HALF FINANCE & ACCOUNTING |
| 295. | ROBERT HALF INTERNATIONAL INC. |
| 296. | ROBERT LANE |
| 297. | ROBERT MOUSSAID |
| 298. | ROCK ENGLISH |
| 299. | ROGER REUTER |
| 300. | RSUI (CRC) |
| 301. | RUBEN GARCIA |
| 302. | RUSSELL MAYS |
| 303. | RUSSELL SMITH |
| 304. | RYAN LLC |
| 305. | RYAN MACKINNON VASAPOLI & BERZOK LLP |
| 306. | SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE, LLC |
| 307. | SAMUDRA SEN |
| 308. | SAS INSTITUTE, INC. |
| 309. | SCOTT AND WHITE HEALTH PLAN |
| 310. | SCOTT DIERMANN |
| 311. | SCOTT HUDSON |
| 312. | SHANNON CARAWAY |
| 313. | SIDLEY AUSTIN LLP |
| 314. | SMARTPROS LTD. |
| 315. | SPONSOR GROUP/CO-INVESTORS |
| 316. | SPONSOR GROUP/LEHMAN BROTHERS INC. |
| 317. | STACEY DORE |
| 318. | STACY HOY |
| 319. | STAN SCHLUETER |
| 320. | STANDARD & POOR'S FINANCIAL SERVICES LLC |
| 321. | STANLEY SZLAUDERBACH |
| 322. | STARR |
| 323. | STARR AVIATION ON BEHALF FEDERAL INSURANCE CO. |
| 324. | STARR COMPANIES |
| 325. | STEPHANIE MOORE |
| 326. | STEPHEN ELLIS |
| 327. | STEPHEN HORN |
| 328. | STEPHEN KOPENITZ |
| 329. | STEPHEN MUSCATO |
| 330. | STEPHEN SKIDD |
| 331. | STEPHEN SMITH |
| 332. | STEPHEN STUCKEY |
| 333. | STEPHENS LITTLE INC. |

•

334.    STEVE PARKER
335.    STEVEN SEWELL
336.    SYBASE, INC
337.    TALLEY & ASSOCIATES
338.    TELVENT DTN, LLC
339.    TERRY EATON
340.    TERRY NUTT
341.    TEX-LA ELECTRIC COOP. OF TEXAS, INC
342.    TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC
343.    TEXAS ENERGY FUTURE HOLDINGS LIMITED PARTNERSHIP
344.    TEXAS ENERGY FUTURE HOLDINGS LP
345.    THE BANK OF NEW YORK MELLON
346.    THE BANK OF NEW YORK MELLON TRUST CO
347.    THE EOP GROUP
348.    THE INSTITUTE FOR APPLIED NETWORK SECURITY, LLC
349.    THE LAW OFFICES OF JOHN CHARLES SHERWOOD
350.    THERON HIGGINBOTHAM
351.    THOMAS BAKER
352.    THOMAS MCCOOL
353.    THOMAS ONEY
354.    THOMAS ROSE
355.    THOMAS SUTTON
356.    THOMPSON REUTER
357.    TIFFANY SILVEY
358.    TIME WARNER CABLE BUSINESS CLASS
359.    TIMOTHY HOGAN
360.    TLO
361.    TOMMY GRACE
362.    TORUS
363.    TOWERS WATSON PENNSYLVANIA INC
364.    TRANSNEXUS, INC.
365.    TRAVIS EUGENE JERNIGAN
366.    VICKI OSWALT
367.    VINSON & ELKINS L.L.P.
368.    VON THOMPSON
369.    VOX MOBILE LLC
370.    WACHTELL LIPTON ROSEN & KATZ
371.    WAGEWORKS, INC.
372.    WAYNE HARRIS
373.    WELLS FARGO BANK NORTHWEST NA
374.    WEST, A THOMSON REUTERS BUSINESS
375.    WILLIAM MOORE
376.    WILLIAM REILLY
377.    WILLIAM REPPA
378.    WILSON, BRETT
379.    WINDSTREAM COMMUNICATIONS

•

380. WINDSTREAM COMMUNICATIONS, INC.
381. WOLFRAM RESEARCH
382. XL INSURANCE (BERMUDA) LTD.
383. XL SPECIALTY INSURANCE COMPANY
384. XOJET ON
385. ZBIGNIEW KANIEWSKI
386. ZOLFO COOPER LLC


**LITIGANTS**
1. A W CHESTERTON CO
2. A O SMITH CORPORATION
3. ABLE SUPPLY CO.
4. AFTON PUMPS INC
5. AMERICAN STANDARD INC
6. AMETEK INC
7. AQUA CHEM INC
8. ASTENJOHNSON INC
9. AUSTIN INDUSTRIAL INC.
10. BECHTEL CONSTRUCTION CO.
11. BECHTEL ENERGY CORP.
12. BECHTEL ENTERPRISE HOLDING INC.
13. BECHTEL ENVIRONMENTAL INC.
14. BECHTEL EQUIPMENT OPERATIONS INC.
15. BECHTEL GROUP INC
16. BECHTEL INFRASTRUCTURE CORP.
17. BECHTEL NATIONAL INC.
18. BECHTEL POWER CORPORATION
19. BECHTEL PERSONNEL & OPERATIONAL SERVICES INC.
20. BONDEX INTERNATIONAL INC
21. BW IP INC
22. CARRIER CORPORATION
23. CERTAINTEED CORPORATION
24. CHAMPLAIN CABLE CORPORATION
25. CLEAVER BROOKS INC
26. COLFAX CORPORATION
27. COPES-VULCAN INC
28. CRANE COMPANY
29. DANA CORPORATION
30. DEPCO CORPORATION
31. DRESSER INDUSTRIES, INC.
32. EECI, INC.
33. ELLIOTT TURBOMACHINERY COMPANY, INC.
34. ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC
35. EXPERIAN INFORMATION SOLUTIONS INC
36. FAIRBANKS MORSE PUMP COMPANY
37. FLINTKOTE COMPANY

•

38. FLOWSERVE CORPORATION
39. FLUOR CORPORATION
40. FLUOR DANIELS MAINTENANCE SERVICES INC.
41. FLUOR DANIELS SERVICES CORP.
42. FLUOR DANIELS WILLIAMS BROTHERS
43. FLUOR ENTERPRISES INC
44. FLUOR HOLDING CO. LLC
45. FLUOR TEXAS INC.
46. FMC CORPORATION
47. FOSTER WHEELER ENERGY CORP
48. GARLOCK SEALING TECHNOLOGIES INC
49. GENERAL ELECTRIC CO
50. GENERAL MOTORS CORP
51. GENERAL REFRACTORIES COMPANY
52. GOODYEAR TIRE & RUBBER CO
53. GOULDS PUMPS INC
54. GREENE TWEED & CO INC
55. GUARD LINE INC
56. GEORGIA PACIFIC CORP
57. HENRY VOGT MACHINE CO
58. HONEYWELL INC
59. IMO DELAVAL INC.
60. IMO INDUSTRIES INC
61. INGERSOLL RAND CORP
62. INGERSOLL RAND CO
63. JM MANUFACTORING COMPANY INC
64. KELLOGG, BROWN AND ROOT
65. KELLY MOORE PAINT COMPANY
66. LAMONS METAL GASKET COMPANY
67. LSGT GAS COMPANY LLC
68. LUMINANT ENERGY COMPANY LLC
69. LUMINANT GENERATION COMPANY LLC
70. LUMINANT MINING COMPANY LLC
71. MASSEY ENERGY CORP.
72. MID VALLEY INC
73. NRG ENERGY, INC.
74. OAKFABCO INC
75. OWENS ILLINOIS INC
76. PHILIPS ELECTRONICS NORTH AMERICA CORP.
77. PROKO INDUSTRIES INC
78. QUIGLEY CO INC
79. RILEY POWER INC
80. RILEY STOKER CORPORATION
81. SAINT GOBAIN ABRASIVES INC
82. SEPCO CORPORATION
83. SPX CORPORATION

•

84. STANDCO INDUSTRIES INC
85. T H AGRICULTURE & NUTRITION LLC
86. TEXAS ENERGY INDUSTRIES COMPANY, INC.
87. TEXAS UTILITIES COMPANY, INC.
88. TRANE COMPANY
89. TXU ENERGY RETAIL COMPANY LLC
90. UNION CARBIDE CORP.
91. UNITED CONVEYOR CORP
92. VIACOM INC
93. YORK INTERNATIONAL CORP
94. ZURN INDUSTRIES INC

**ADDITIONAL PARTIES IN INTEREST**
1.  WILMINGTON TRUST, N.A.
2.  BOKF, NA (D/B/A BANK OF ARIZONA)
3.  ANGELO GORDON & CO., L.P.
4.  APOLLO MANAGEMENT HOLDINGS L.P.
5.  BROOKFIELD ASSET MANAGEMENT PRIVATE INSTITUTIONAL CAPITAL ADVISER (CANADA), L.P.
6.  CENTERBRIDGE PARTNERS, L.P.
7.  FORTRESS CREDIT OPPORTUNITIES ADVISERS LLC
8.  FRANKLIN ADVISERS, INC.
9.  FRANKLIN MUTUAL ADVISERS, LLC
10. KING STREET CAPITAL MANAGEMENT, L.P.
11. MASON CAPITAL LP
12. OAKTREE CAPITAL MANAGEMENT, L.P.
13. OZ MANAGEMENT LP
14. PAULSON & CO., INC.
15. PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
16. YOUNG CONAWAY STARGATT & TAYLOR, LLP
17. WILMINGTON SAVINGS FUND SOCIETY, FSB (A/K/A CHRISTIANA TRUST)
18. APPALOOSA MANAGEMENT, L.P.
19. CI HOLDCO LTD.
20. MOUNT KELLETT CAPITAL MANAGEMENT LP
21. TACONIC CAPITAL ADVISORS L.P.
22. BROWN RUDNICK LLP
23. ASHBY & GEDDES, P.A.
24. TROUTMAN SANDERS LLP
25. LAW DEBENTURE TRUST COMPANY OF NEW YORK
26. ANCHORAGE CAPITAL GROUP, L.L.C.
27. ARROWGRASS CAPITAL PARTNERS (US) LP
28. BLACKROCK FINANCIAL MANAGEMENT, INC.
29. CYRUS CAPITAL PARTNERS, L.P.
30. DEUTSCHE BANK SECURITIES INC.
31. DO S1 LIMITED
32. WHITE & CASE LLP

•

33. FOX ROTHSCHILD LLPC
34. TEX-LA ELECTRIC COOPERATIVE OF TEXAS, INC.
35. DYKEMA GOSSETT PLLC
36. BRICKFIELD, BURCHETTE, RITTS & STONE, P.C.
37. CSC TRUST COMPANY OF DELAWARE
38. BLUEMOUNTAIN CAPITAL MANAGEMENT LLC
39. CYRUS CAPITAL PARTNERS
40. HALCYON ASSET MANAGEMENT LLC
41. LUXOR CAPITAL GROUP, LP
42. OWL CREEK ASSET MANAGEMENT, L.P.
43. SOUTHPAW CREDIT OPPORTUNITY MASTER FUND LP
44. VR ADVISORY SERVICES LTD.
45. VR GLOBAL PARTNERS, L.P.
46. ROPES & GRAY LLP
47. DRINKER BIDDLE & REATH LLP
48. COLE, SCHOTZ, MEISEL, FORMAN & LEONARD P.A.
49. COMPUTERSHARE TRUST COMPANY, N.A.
50. ANCHORAGE CAPITAL GROUP, LLC
51. ARCHVIEW INVESTMENT GROUP
52. ARCHVIEW FUND LP
53. ARCHVIEW MASTER FUND LTD.
54. CYRUS CAPITAL PARTNERS
55. ELLIS LAKE MASTER FUND, LP
56. FARMSTEAD CAPITAL MANAGEMENT, LLC
57. GRANTHAM, MAYO, VAN OTTERLOO & CO., LLC
58. MACQUARIE BANK LIMITED
59. MAGNETAR FINANCIAL LLC
60. MANIKAY MASTER FUND, L.P.
61. MARATHON ASSET MANAGEMENT LP
62. MORGAN STANLEY & CO. LLC
63. NAPIER PARK GLOBAL CAPITAL
64. OAK HILL ADVISORS, L.P.
65. OMEGA ADVISORS, INC.
66. SKYTOP CAPITAL MANAGEMENT LLC
67. TACONIC CAPITAL ADVISORS LP
68. WHIPPOORWILL ASSOCIATES, INC.
69. KRAMER LEVIN NAFTALIS & FRANKEL LLP
70. PACHULSKI STANG ZIEHL & JONES LL
71. UMB BANK, N.A.
72. AVENUE CAPITAL MANAGEMENT II, LP
73. AVENUE CAPITAL MANAGEMENT II GENPAR, LLC
74. GSO CAPITAL PARTNERS LP
75. P. SCHOENFELD ASSET MANAGEMENT LP
76. THIRD AVENUE MANAGEMENT LLC
77. YORK CAPITAL MANAGEMENT GLOBAL ADVISORS, LLC
78. AKIN GUMP STRAUSS HAUER & FELD LLP

•

79. COUSINS CHIPMAN & BROWN, LLP

**SHAREHOLDERS**
1.  ABU DHABI INVESTMENT AUTHORITY
2.  ACA FAMILY LP (ACOSTA TRUST)
3.  ACOSTA, ARCILIA C.
4.  ALPINVEST PARTNERS CO-INVESTMENTS 2007 CV
5.  ALVARO
6.  AP TXU HOLDINGS LLC
7.  ASF PARK SUB 2 LP
8.  AXA CAPITAL AMERICA LP
9.  AXA CDP CO-INVESTMENT FUND FCPR
10. AXA CO-INVESTMENT FUND II FCPR
11. BAKER, THOMAS
12. BANK OF NOVA SCOTIA, THE
13. BCIMC (WCBAF) PRIVATE PLACEMENT (2006) INVESTMENT CORP.
14. BCIMC PRIVATE PLACEMENT (2006) INVESTMENT CORP.
15. BIRD, ROBERT D., JR.
16. BLACK CANYON DIRECT INVESTMENT FUND LP
17. BLEVINS, MICHAEL R.
18. BOSECKER, BRIAN TIMOTHY
19. BURTON HILLS LIMITED LP
20. CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM
21. CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM
22. CANYON BALANCED EQUITY MASTER FUND LTD.
23. CANYON TXU LP
24. CANYON VALUE REALIZATION FUND LP
25. CENTAURUS CAPITAL LLC
26. CENTAURUS TEF LP
27. CITIGROUP
28. CITIGROUP ALTERNATIVE INVESTMENTS CORP.
29. CITIGROUP ALTERNATIVE INVESTMENTS LLC
30. CO-INVESTMENT CAPITAL PARTNERS LP
31. CO-INVESTMENT PARTNERS (NY) LP (LEXINGTON PARTNERS)
32. CO-INVESTMENT PARTNERS 2005 LP (LEXINGTON PARTNERS)
33. CPP INVESTMENT BOARD (USRE II) INC.
34. CUMBRIA LP
35. DAVIS, DOUGLAS L.
36. DEGEYTER, BROCK M.
37. DICK, RALPH L.
38. DIERMANN, SCOTT L.
39. ECOFIN CO-INVESTMENT LP
40. ECOFIN TXU LP
41. ECP I (NE ENERGY IP) LP
42. ELLIOTT ASSOCIATES LP
43. ELLIOTT INTERNATIONAL LP

•

44. ELLIS, STEPHEN L.
45. ENERGY CAPITAL PARTNERS I LP
46. ENERGY CAPITAL PARTNERS I-A LP
47. EVANS, DONALD L.
48. FEDERWISCH, RICHARD R.
49. FINVEST CAPITAL LTD.
50. FRIER, HARRY LEONARD, JR.
51. GEARY, JOHN WILLIAM
52. GOLDMAN SACHS & CO.
53. GOOCH, CECILY SMALL
54. GOODWIN, RICKY BOB
55. GRACE, TOMMY GLEN, JR.
56. GREENE, M.S.
57. GRIFFIN, MARK JOHN
58. GS CAPITAL PARTNERS
59. GS CAPITAL PARTNERS VI FUND LP
60. GS CAPITAL PARTNERS VI PARALLEL LP
61. GS GLOBAL INFRASTRUCTURE PARTNERS I LP
62. GS INFRASTRUCTURE OFFSHORE TXU HOLDINGS LP
63. GS INSTITUTIONAL INFRASTRUCTURE PARTNERS I LP
64. GSCP VI GERMANY TXU HOLDINGS LP
65. GSCP VI OFFSHORE TXU HOLDINGS LP
66. GUILLORY, ANGELA YVONNE WILLIAMS
67. HAMILTON LANE CO-INVESTMENT FUND LP
68. HARRIS, WAYNE L.
69. HIGDON, CHARLES A.
70. HIGGINBOTHAM, THERON DALE, JR. "DALE"
71. HOGAN, TIMOTHY ROSS "TIM"
72. HRJ GROWTH CAPITAL II (NQ) LP
73. HRJ GROWTH CAPITAL II LP
74. HVB CAPITAL PARTNERS AG
75. INSTITUTIONAL BENCHMARK (MASTER FEEDER) LTD.
76. INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) IN RESPECT OF THE
77. JARRELL, FREEMAN, JR.
78. JEANES, RICKY L.
79. KKR 2006 FUND LP
80. KKR ASSOCIATES RESERVE LLC
81. KKR PARTNERS III LP
82. KKR PEI INVESTMENTS LP
83. KOHLBERG KRAVIS ROBERTS & CO. LP
84. KOONCE, KIMMY SUE
85. KOPENITZ, STEPHEN JOHN
86. KROSS, DAVID CHRISTOPHER
87. KUWAIT INVESTMENT AUTHORITY
88. LEHMAN BROTHERS
89. LGT CAPITAL INVEST LTD.

•

90. LIGHTLE, CURTIS L.
91. MACVEST 1 LTD.
92. MADDEN, FRED WEBSTER, JR.
93. MASON CAPITAL SPV I LLC
94. MASON CAPITAL SPV I LP
95. MCBAY, MICHAEL RAYMOND
96. MCCABE, DEL ANDREW
97. MESERVE, RICHARD A., DR.
98. MEYERS, ANTHONY MICHAEL
99. MOOR, GARY LEE
100.  MOORE, STEPHANIE ZAPATA
101.  MOORE, WILLIAM A.
102.  MORGAN STANLEY
103.  MORGAN STANLEY & CO. INC.
104.  MORLEY INVESTMENTS LTD.
105.  NB CO-INVESTMENT GROUP LP
106.  NB CO-INVESTMENT PARTNERS LP
107.  NB FUND OF FUNDS XVIII – CO-INVESTMENT HOLDING LP
108.  NB PEP INVESTMENTS I LP (INC.)
109.  NB SECONDARY OPPORTUNITIES POOLING LP
110.  NB TANGIBLE ASSETS FUND LP
111.  NEUBERGER BERMAN
112.  NEW YORK LIFE CAPITAL PARTNERS III LP
113.  NEW YORK LIFE CAPITAL PARTNERS III-A LP
114.  NORINCHUKIN BANK, THE
115.  NORTHWESTERN MUTUAL LIFE INSURANCE CO., THE
116.  OPERF CO-INVESTMENT LLC
117.  OPTRUST PRIVATE EQUITY DIRECT NA I INC.
118.  PEARSON, GERRY LEE
119.  PI CO-INVEST LLC
120.  QUINTANA ENERGY FUND-FI LP
121.  QUINTANA ENERGY FUND-TE LP
122.  QUINTANA ENERGY PARTNERS LP
123.  QUIRAM, DAVID
124.  REILLY, WILLIAM K.
125.  ROSE, THOMAS WAYNE
126.  ROSEMONT SOLEBURY CO-INVESTMENT FUND (OFFSHORE) LP
127.  ROSEMONT SOLEBURY CO-INVESTMENT FUND LP
128.  SAGEVIEW CAPITAL LP
129.  SAVINA, JAMES J.
130.  SKIDD, STEPHEN N.
131.  SMITH, DONALD B.
132.  SMITH, RUSSELL ALAN
133.  SMITH, STEPHEN L.
134.  SPEEDY INVESTMENT PTE LTD.
135.  STATE STREET

•

136.  STOCKWELL FUND LP
137.  STONGER, D. FRANK
138.  STRATEGIC CO-INVESTMENT PARTNERS LP
139.  TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA
140.  TEXAS ENERGY FUTURE CAPITAL HOLDINGS LLC
141.  TEXAS ENERGY FUTURE CO-INVEST LP
142.  TEXAS ENERGY FUTURE HOLDINGS LP
143.  TEXAS ENERGY INDUSTRIES COMPANY, INC.
144.  THOMPSON, MOLLY M.
145.  THOMPSON, VON WADE
146.  TPG FOF V-A LP
147.  TPG FOF V-B LP
148.  TPG MANAGEMENT LP
149.  TPG PARTNERS IV LP
150.  TPG PARTNERS V LP
151.  TPG PARTNERS V LP
152.  TULLOH, BRIAN T.
153.  WHIPPLE, JOHN CHRISTOPHER
154.  WILKS, DOUGLAS GREG
155.  WILLIAMSON, BILLIE IDA
156.  YOUNG, JOHN F.
157.  YOUNGBLOOD, KNEELAND

## UNITED STATES TRUSTEE, JUDGES AND COURT CONTACTS FOR THE DISTRICT OF DELAWARE (AND KEY STAFF MEMBERS)

1.   ATTIX, LAUREN
2.   BELLO, RACHEL
3.   BIRD, DAVID D.
4.   BUCHBINDER, DAVID
5.   CAPP, LAURIE
6.   CAREY, KEVIN J.
7.   DEANGELIS, ROBERTA A.
8.   DORTCH, SHAKIMA L.
9.   FARRELL, CATHERINE
10.  FOX, TIMOTHY J., JR.
11.  GADSON, DANIELLE
12.  GIORDANO, DIANE
13.  GREEN, CHRISTINE
14.  GROSS, KEVIN
15.  GROTTINI, DONNA
16.  HACKMAN, BENJAMIN
17.  HANEY, LAURA
18.  HECK, JEFFREY
19.  HUNT, NANCY
20.  JOHNSON, LORA

•

21. KENNEY, MARK
22. LEAMY, JANE
23. MARVEL, IVONE
24. MURRAY, TONY
25. O'MALLEY, JAMES R.
26. PANACIO, MICHAEL
27. PATTON, TIIARA
28. SARKESSIAN, JULIET
29. SCARUZZI, SHERRY
30. SCHEPACARTER, RICHARD
31. SCHWARTZ, ANDREA
32. SHANNON, BRENDAN L.
33. SONTCHI, CHRISTOPHER S.
34. SZYMANSKI, CHERYL
35. TINKER, T. PATRICK
36. VINSON, RAMONA
37. WALKER, JILL
38. WALRATH, MARY F.
39. WALSH, PETER J.
40. WERKHEISER, RACHEL
41. WEST, MICHAEL
WYNN, DION

<u>**Additional Potential Parties in Interest**</u>

<u>**CLAIMANTS**</u>

1.    #1 NAILS
2.    4 STAR ELECTRONICS, INC.
3.    4IMPRINT
4.    4IMPRINT INC
5.    A B ERWIN WELDING, LLC
6.    AARON, MARGARET
7.    AARON, WAYNE M
8.    ABAYA, ROSALINDA
9.    ABL SERVICES, INC.
10.    ABLE COMMUNICATIONS, INC.
11.    ACOSTA, ARCILIA C.
12.    ACOSTA, MARISELA
13.    ACTION CHIRO
14.    ACTION CLEANING SYSTEMS
15.    ACUPUNCTURE CENTER INTERNATIONAL
16.    ADA CARBON SOLUTIONS (RED RIVER) LLC
17.    ADA-ES INC.
18.    ADAMS, IMOGENE
19.    ADAMS, JANIS
20.    ADAMS, NETTIE
21.    ADOLPH, ROBERT
22.    ADP-LLC
23.    ADRIAN, LARRY M.
24.    ADVANCED DISCOVERY INC
25.    ADVANCED INDUSTRIES INC.
26.    AEC POWERFLOW, LLC
27.    AEGIS CHEMICAL SOLUTIONS, LLC
28.    AETNA INC.
29.    AETNA LIFE INSURANCE CO.
30.    AETNA LIFE INSURANCE CO. & AETNA, INC.
31.    AGEE, JEFFREY S
32.    AGI INDUSTRIES
33.    AGOL, MICHAEL
34.    AGOL, VICTORIA R
35.    AIG ASSURANCE CO.
36.    AIG ASSURANCE COMPANY, ET AL
37.    AIRFLOW SCIENCES CORP.
38.    AIRFLOW SCIENCES CORPORATION
39.    AIRTRICITY FOREST CREEK WIND FARM
40.    ALAYO, JOSE
41.    ALDINE INDEPENDENT SCHOOL DISTRICT
42.    ALDINE INDEPENDENT SCHOOL DISTRICT (TX)

43. ALDON CO. INC.
44. ALEMAN, IDANIA M.
45. ALEMAN, MANUEL
46. ALESSIO, DINO
47. ALEXANDER, ESTHER DENICE
48. ALFORD, JAMES T.
49. ALIMAK HEK INC
50. ALIU, MICHAEL
51. ALL PRO AUTOMOTIVE
52. ALLEN, BOO
53. ALLEN, EUGENE F.
54. ALLEN, GAYE
55. ALLIANCE GEOTECHNICAL GROUP OF AUSTIN INC.
56. ALLIED COUNSELING & FORENSICS
57. ALLIED SERVICES
58. ALLIED WASTE
59. ALLIED WASTE/REPUBLIC SERVICES
60. ALLISON, PAULA
61. ALMENDAREZ, ANNIE
62. ALPHA GLASS & MIRROR CO. INC.
63. ALTMAN, DEBORAH
64. AMBROSE, LINDA W
65. AMERICAN ELECTRIC POWER
66. AMERICAN EQUIPMENT CO. INC. (AMECO)
67. AMERICAN MOTORISTS INSURANCE CO.
68. AMERICAN MOTORISTS INSURANCE COMPANY
69. AMERICAN REPUBLIC INSURANCE CO.
70. AMETEK CANADA LP
71. AMETEK POWER INSTRUMENTS - ROCHESTER
72. AMETEK PROCESS INSTRUMENTS
73. AMISTCO
74. AMISTCO SEPARATION PRODUCTS INC.
75. AMSTED RAIL CO. INC.
76. ANDERSON COUNTY (TX)
77. ANDERSON, DAVID H.
78. ANDERSON, FREDDIE
79. ANDREOZZI, DAN
80. ANGELINA COUNTY
81. ANGELINA COUNTY (TX)
82. ANIMAL HOSPITAL OF KATY
83. ANTHONY MECHANICAL SERVICES INC.
84. APEX COMPANIES LLC
85. APEX COS. LLC
86. APODACA, FERNANDO R
87. APPLABS TECHNOLOGIES PVT LTD.
88. APPLIED ENERGY CO LLC

89.    APPLON, JOHN
90.    ARAMARK UNIFORM SERVICES
91.    ARBILL INDUSTRIES
92.    ARCHER CITY INDEPENDENT SCHOOL DISTRICT
93.    ARCHER CITY INDEPENDENT SCHOOL DISTRICT (TX)
94.    ARCHER CITY ISD
95.    ARCHER COUNTY (TX)
96.    AREVA NP INC
97.    ARGO INTERNATIONAL CORP
98.    ARGYLE INDEPENDENT SCHOOL DISTRICT (TX)
99.    ARGYLE ISD
100.    ARIBA INC
101.    ARLINGTON INDEPENDENT SCHOOL DISTRICT (TX)
102.    ARMENDAREZ, JOSE
103.    ARMSTRONG, CHARLES E
104.    ARMSTRONG, THEIDA
105.    ARNESON, DENNIS
106.    ARNOLD, TERESA L
107.    ARRIAGA, MARIA
108.    ARRIGHI, PHYLLIS
109.    ARRIOLA, JESSE
110.    ASHTON, RICHARD A.
111.    ASM CAPITAL, LP
112.    ASSOCIATED SUPPLY CO. INC.
113.    A-SWAT PEST CONTROL
114.    AT&T CORP
115.    ATMOS ENERGY CORP.
116.    ATMOS ENERGY CORPORATION
117.    ATTERIDGE, SUSAN
118.    ATWATER, THERESA
119.    AUTRY, CHERYL
120.    AVIATION MANAGEMENT & PROFESSIONAL PALLET SERVICE
121.    AVITIA, ARNULFO
122.    AXON SOLUTIONS INC
123.    B C AND CO.
124.    B.G. CONSTRUCTION
125.    BABINEAUX, DOUGLASS
126.    BACKSNAP ENTERPRISES INC.
127.    BADGER DAYLIGHTING CORP
128.    BAEZA, CRISTINA TORRES
129.    BAGBY, PAULA
130.    BAILEY, JENNIFER
131.    BAILEY, KATHY
132.    BAILEY, LORRIE
133.    BAILEY, NAN
134.    BAILEY, NIKITA

135. BAKER, THOMAS L.
136. BAKER, TODD
137. BAKER-AICKLEN & ASSOCIATES INC.
138. BANCROFT PECAN HOUSE
139. BANCROFT, ROYCE
140. BANK OF NEW YORK MELLON TRUST CO,NA, THE
141. BANK OF NEW YORK MELLON, THE, TTEE UNDER
142. BAPTASTE, BYRON
143. BARBA, GEORGE
144. BARENTINE, J P
145. BARNES, DENISE R
146. BARNES, LINDA
147. BARNES, VANESSA
148. BARNES-BOLDEN, ASHONKA
149. BARNHART, JANET
150. BARR ENGINEERING CO.
151. BARRON, MARTHA
152. BARROW, LANICE
153. BARSCO INC
154. BARTLEY, BABETTE
155. BARTSCH, BRAD
156. BASCI, GULEN
157. BASTROP COUNTY (TX)
158. BATEMAN, HORACE G.
159. BATES, CHERILYNN D
160. BATES, G P
161. BATES, SHERRY
162. BATTAGLIA, JOHN
163. BATTLE, BOBBY
164. BATTLE, JAMES
165. BAUER, LAWRENCE
166. BAYLOR COUNTY
167. BAYLOR COUNTY (TX)
168. BC & CO.
169. BEASLEY, M E
170. BEASLEY, MICHAEL E.
171. BEASLEY, WENDY
172. BEASORE, RON S
173. BECHTEL, JOAN M
174. BECHTEL, SUSAN
175. BECK, LARRY T
176. BECKVILLE INDEPENDENT SCHOOL DISTRICT (TX)
177. BECNEL, LAWRENCE
178. BECTON, DANA
179. BEE-LINE PROMOTIONS
180. BELCHER, ROBERT N.

181. BELGER CARTAGE SERVICE INC
182. BELL COUNTY TAX APPRAISAL DISTRICT (TX)
183. BELL, KATRINA
184. BELL, MELEAH S
185. BELL, WOODROW
186. BENBROOK, CITY OF (TX)
187. BENDER, JANET
188. BENETECH, INC.
189. BENFORD, TONI D
190. BENNEFIELD, STEVEN
191. BENNETT, TRACY
192. BERAN, JAMIE
193. BERKINS, JOE W
194. BERNDT, WALTER EDWIN
195. BERRY, PATRICIA
196. BERRY, STACEY
197. BERTRAM, KATHERINE G
198. BETANCOURT, MARIA
199. BETTS, BARBARA
200. BETTS, BILLY
201. BEVAN, LIONEL
202. BEXLEY, KERRY
203. BIEHLE, CRAIG
204. BINGHAM, GLORIA
205. BISHOP, ERIC
206. BITTLE, ZILA E
207. BLACK & VEATCH CORP.
208. BLACK, APRIL H
209. BLACK, GILDA
210. BLACK, WILLIAM R
211. BLACKMON, FRED
212. BLACKWELL INDEPENDENT SCHOOL DISTRICT (TX)
213. BLAND CONSTRUCTION CO
214. BLEVINS, MICHAEL
215. BLOCKER, SANO
216. BLOODWORTH, JAMES
217. BLOODWORTH, JAMES D
218. BLOOMINGFIELD FLOWERS
219. BLUE CROSS BLUE SHIELD OF TEXAS
220. BLUE CROSS BLUE SHIELD OF TEXAS ET AL
221. BLUE RIDGE INDEPENDENT SCHOOL DISTRICT (TX)
222. BLUESTEIN, EDWIN
223. BOB MCDONALD CO. INC.
224. BOB MCDONALD COMPANY INC
225. BOBBIT, WAYNE
226. BOBO'S NURSERY

227. BODY, MIND, SPIRIT MASSAGE THERAPY
228. BOEN, GARY
229. BOGGS, TIMOTHY
230. BOLDEN, PAUL
231. BOND & MORTGAGE SEPARATE ACCOUNT
232. BONDERMAN, DAVID
233. BONHAM INDEPENDENT SCHOOL DISTRICT
234. BONHAM INDEPENDENT SCHOOL DISTRICT (TX)
235. BONHAM, CITY OF (TX)
236. BOOKMAN, PERVIS J
237. BORAL MATERIAL TECHNOLOGIES INC
238. BORG, OLAVS
239. BORJAS, ISIDRO
240. BOSCO, SUSAN
241. BOSWORTH, LINDA
242. BOWEN, CHRISTOPHER
243. BOWENS, DARLENE M
244. BOWIE INDEPENDENT SCHOOL DISTRICT (TX)
245. BOWIE ISD
246. BOXLEY, CHARLES HENRY
247. BOYD, BARBARA
248. BP AMERICA PRODUCTION CO.
249. BRACKIN, JANICE K.
250. BRADY, WALTER
251. BRAUN, ALOIS M
252. BRAUN, ELISABETH
253. BRECKENRIDGE INDEPENDENT SCHOOL DISTRICT (TX)
254. BRECKENRIDGE ISD
255. BRECKENRIDGE, MARY
256. BRENDA PRICE TRUCKING
257. BREWER, SHEILA R
258. BREWER, TAMMY
259. BRICE, MYRON
260. BRIDGELINE DIGITAL, INC.
261. BRIGGS, FERRONICA
262. BRIGHAM, MICHELE
263. BRIN, STEPHEN
264. BRINKER WATER SUPPLY CORP
265. BRINKLEY, ANNIE
266. BROBST, ROGER
267. BROHMAN, GERARD
268. BROOKS, MARCHELLE D
269. BROOKS, PEGGY J
270. BROWN, BILLIE J
271. BROWN, BRENDA
272. BROWN, CELESTINE WYATT

273. BROWN, DENISE
274. BROWN, IRENE PAT HARDY
275. BROWN, JUSTIN
276. BROWN, MARKII D
277. BROWN, RENEE
278. BROWN, SANDRA B
279. BROWNING, CONNIE
280. BROWNING, MARTHA
281. BROWNSBORO INDEPENDENT SCHOOL DISTRICT (TX)
282. BRUNTON, ALAN R
283. BRYANT, DARRYL
284. BRYANT, JOHN
285. BS TRADING CO.
286. BUCKHOLTS INDEPENDENT SCHOOL DISTRICT
287. BUCKHOLTS INDEPENDENT SCHOOL DISTRICT (TX)
288. BUCKMAN LABORATORIES INC.
289. BUG MASTER EXTERMINATING SERVICE INC
290. BUILD REHABILITATION INDUSTRIES
291. BULLARD INC
292. BULLARD, JAMES O
293. BUNCH, SHARRI KAY
294. BURCHAM, SHEILA
295. BURGAMY, DELLENE
296. BURKBURNETT INDEPENDENT SCHOOL DISTRICT (TX)
297. BURKBURNETT ISD
298. BURKE, JAMES A.
299. BURKETT, GWEN
300. BURLESON INDEPENDENT SCHOOL DISTRICT (TX)
301. BURNS & MCDONNEL ENGINEERING CO. INC.
302. BURNS, MICHAEL
303. BUSSEY, JACQUELYN
304. BUTCHER, LINDA KAY
305. BUTLER & LAND INC.
306. BUTLER, E R
307. BUTLER, EARLINE R.
308. BUTLER, SABRENA
309. BUTTERFIELD, PATRICK
310. BUTTS, LILLIAN
311. BYWATERS, CANDACE LEAH
312. C MCCALL
313. C.L. SMITH INDUSTRIAL CO.
314. C.L. SMITH INDUSTRIAL COMPANY
315. CABRERA, EDILBERTO
316. CALDWELL, JACKIE
317. CALICA, LUZ
318. CALLAWAY, DEBRA J

319. CALVERY, MARTHA
320. CALVIN, FREDDIE
321. CAMERON INDEPENDENT SCHOOL DISTRICT
322. CAMERON INDEPENDENT SCHOOL DISTRICT (TX)
323. CAMERON, JOYCE E
324. CAMP CENTRAL APPRAISAL DISTRICT
325. CAMPBELL, DAVID
326. CAMPBELL, HARRY L
327. CANION, J COLLEEN
328. CANTU, MARCO A
329. CANTWELL, BILLY T
330. CAPGEMINI AMERICA, INC
331. CARDRICHE MONTGOMERY, CATHY
332. CARLTON, T C
333. CARLTON, THOMAS C.
334. CARMOUCHE, IDA
335. CARPENTER, LOMIS J.
336. CARRAZALES, CRESPIN
337. CARROLL INDEPENDENT SCHOOL DISTRICT (TX)
338. CARROLLTON, CITY OF (TX)
339. CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT (TX)
340. CARROLLTON-FARMERS BRANCH ISD
341. CARSON, SETH
342. CARTER, JAMES LEE
343. CARTER, KEMA
344. CARTER, NAT D
345. CARTER, RICK E
346. CARTER, STEPHANIE
347. CARTHAGE MACHINE & WELDING INC
348. CASTILLO, LUIS
349. CASTLEBERRY INDEPENDENT SCHOOL DISTRICT (TX)
350. CAYUGA INDEPENDENT SCHOOL DISTRICT (TX)
351. CECO SALES CORP.
352. CECO SALES CORPORATION
353. CELTEX INDUSTRIES, INC.
354. CELTIC LIQOUR CO.
355. CELTIC LIQUOR CO.
356. CEMS PROFESSIONAL SERVICES LLC
357. CENTER STREET CHURCH OF CHRIST
358. CENTRAL APPRAISAL DISTRICT ET AL
359. CENTRAL BAPTIST CHURCH
360. CENTRAL HUDSON GAS & ELECTRIC
361. CENTRAL HUDSON GAS & ELECTRICA
362. CENTRAL TELEPHONE CO. OF TEXAS
363. CENTRAL TELEPHONE COMPANY OF TEXAS

364. CENTRAL TEXAS SECURITY & FIRE
365. CENTRAL TEXAS SECURITY & FIRE EQUIPMENT INC.
366. CENTROPLEX MOBILE HOMES
367. CENTURY GEOPHYSICAL CORP.
368. CENTURYLINK
369. CENTURYLINK QC
370. CENTURYTEL OF LAKE DALLAS, INC.
371. CENTURYTEL OF RUSSELLVILLE
372. CENTURYTEL OF SILOAM SPRINGS
373. CERRILLO, YOLANDA
374. CHADSEY, PATRICIA
375. CHAIREZ, CARMEN A
376. CHAMBERS JR, HENRY
377. CHAMBERS JR, HENRY V
378. CHAMBERS, HENRY V., JR.
379. CHAMBERS, HENRY, JR.
380. CHAPMAN CONSTRUCTION CO. LP
381. CHAPMAN CONSTRUCTION COMPANY LP
382. CHAPMAN, ANTOINETTE
383. CHAPMAN, JERRY L
384. CHARANZA, BOBBY
385. CHASE PAYMENTECH, LLC
386. CHEMICAL LIME LTD.
387. CHEMICAL WEED CONTROL INC
388. CHEMICAL WEED CONTROL, INC.
389. CHEMTEX INDUSTRIAL
390. CHEMTEX INDUSTRIAL INC.
391. CHENG, XIA
392. CHENG, YIN BONG
393. CHEROKEE COUNTY (TX)
394. CHEROKEE COUNTY APPRAISAL DISTRICT
395. CHICAGO BRIDGE & IRON CO. NV
396. CHILDRESS COUNTY APPRAISAL DISTRICT
397. CHILDRESS COUNTY APPRAISAL DISTRICT (TX)
398. CHOICE, SHANDALYN D
399. CHRISTIAN, LARRY
400. CHRISTOPHER, M K
401. CHRISTOPHER, MICHELLE K.
402. CIRCUIT BREAKER SALES CO. INC.
403. CISCO INDEPENDENT SCHOOL DISTRICT (TX)
404. CITIBANK, N.A.
405. CITIGROUP FINANCIAL PRODUCTS INC.
406. CITY OF COPPER CANYON
407. CITY OF FORT WORTH
408. CITY OF GARLAND
409. CITY OF LEWISVILLE

410.    CITY OF RENO
411.    CITY OF ROANOKE
412.    CITY OF WACO / WACO INDEPENDENT ET AL
413.    CITY VIEW INDEPENDENT SCHOOL DISTRICT
414.    CITY VIEW INDEPENDENT SCHOOL DISTRICT (TX)
415.    CITY VIEW ISD
416.    CLARK, LARRY M
417.    CLARY E+I SERVICES, LLC
418.    CLAY COUNTY (TX)
419.    CLEBURNE INDEPENDENT SCHOOL DISTRICT (TX)
420.    CLEBURNE, CITY OF (TX)
421.    CLINE, HAZEL J
422.    COBERN, MARIAN THOMPSON
423.    COCHRAN, LEE M
424.    COFFEE INSURANCE AGENCY INC
425.    COKE, STEPHEN A
426.    COLBORN, MICHELLE
427.    COLE, REBECCA "BECKY"
428.    COLLETTE, JOE
429.    COLLINS, JANET A
430.    COLORADO INDEPENDENT SCHOOL DISTRICT (TX)
431.    COLUMBUS BEARING
432.    COMMERCE GRINDING CO.
433.    COMMERCE INDEPENDENT SCHOOL DISTRICT (TX)
434.    COMMONWEALTH OF VIRGINIA
435.    COMPRESSED SYSTEMS
436.    COMPUTERSHARE TRUST CO. NA
437.    COMPUTERSHARE TRUST CO. OF CANADA
438.    CONDIT CO. INC.
439.    CONDIT COMPANY
440.    CONNECTICUT UNCLAIMED PROPERTY DIVISION, STATE OF
441.    CONTECH CONSTRUCTION PRODUCTS INC.
442.    CONTINENTAL WIRELESS INC
443.    CONTROL COMPONENTS, INC.
444.    CONTROL SYSTEMS CO.
445.    CONTROL SYSTEMS COMPANY
446.    COOK, TERESA A
447.    COOKE COUNTY APPRAISAL DISTRICT
448.    COOKE COUNTY APPRAISAL DISTRICT (TX)
449.    COPPELL INDEPENDENT SCHOOL DISTRICT (TX)
450.    COPPELL, CITY OF (TX)
451.    COPPER CANYON, TOWN OF (TX)
452.    COPPERAS COVE INDEPENDENT SCHOOL DISTRICT (TX)
453.    COPPERAS COVE ISD
454.    CORINTH, CITY OF (TX)
455.    CORPORATE GREEN INC

456. CORRPRO COS. INC.
457. CORYELL COUNTY (TX)
458. COSA INSTRUMENT CORP.
459. COSA XENTAUR CORP.
460. COSA XENTAUR CORPORATION
461. COUNTY OF ANDERSON, TEXAS, THE, ET AL
462. COUNTY OF BASTROP, TEXAS, THE, ET AL
463. COUNTY OF CHEROKEE, TEXAS, THE
464. COUNTY OF CORYELL, TEXAS, THE ET AL
465. COUNTY OF DENTON, TEXAS, THE ET AL
466. COUNTY OF FREESTONE, TEXAS, THE, ET AL
467. COUNTY OF HENDERSON, TEXAS, THE, ET AL
468. COUNTY OF HILL, TEXAS, THE
469. COUNTY OF LEON, TEXAS, THE, ET AL
470. COUNTY OF MILAN, TEXAS, THE, ET AL
471. COUNTY OF STEPHENS, TEXAS, THE, ET AL
472. COUNTY OF WILLIAMSON, TEXAS, THE, ET AL
473. COVENEY, GERALD F
474. COX, DONALD L
475. CPR SAVERS & FIRST AID SUPPLY LLC
476. CRAIG, LEANN ANN
477. CRAIG, LEE ANN
478. CRANDALL, KIMBERLY A
479. CRAWFORD ELECTRIC CO, INC.
480. CROWLEY INDEPENDENT SCHOOL DISTRICT (TX)
481. CSC TRUST CO. OF DELAWARE
482. CUMNOCK, KAY L.
483. CUNNINGHAM, JANET W
484. CURD ENTERPRISES INC.
485. CURRIE, EDGAR A.
486. CUTSFORTH PRODUCTS INC.
487. CVF CONSUMER ACQUISITION CO.
488. D STYLE
489. D&B PARTS CORP.
490. D+E ENTERPRISES
491. DAC HEATING & AIR CONDITIONING
492. DALLAS CITY ATTORNEY'S OFFICE, CITY OF (TX)
493. DALLAS COUNTY (TX)
494. DALLAS COUNTY UTILITY & RECLAMATION DISTRICT
495. DALLAS MACHINE & TOOL LLC
496. DALLAS METAPHYSICAL CENTER
497. DALLAS, CITY OF (TX)
498. DANA
499. DANSBY, ARTHUR
500. DATA SYSTEMS & SOLUTIONS LLC
501. DAUGHTREY, ROY C.

| | |
|---|---|
| 502. | DAUNIS, GARI DIANE |
| 503. | DAUNIS, W O |
| 504. | DAUNIS, WENDELL O. |
| 505. | DAVIS, DENNIS L |
| 506. | DAVIS, H J |
| 507. | DAVIS, HUBERT J. |
| 508. | DAVIS, KEVIN  O |
| 509. | DAVIS, L. CLIFFORD |
| 510. | DAVIS, R L |
| 511. | DAVIS, R.L., REV. |
| 512. | DE LA CERDA JR., JOE F. |
| 513. | DE LA CERDA, JOE F., JR. |
| 514. | DE LA FUENTE, JOSE L |
| 515. | DEAN, JOHN M |
| 516. | DEL RIO, VOLLIE E. |
| 517. | DELAWARE DIVISION OF CORPORATIONS, STATE OF |
| 518. | DELAWARE TRUST CO. |
| 519. | DENTON COUNTY (TX) |
| 520. | DENTON INDEPENDENT SCHOOL DISTRICT (TX) |
| 521. | DENTON ISD |
| 522. | DENVER TREASURY, CITY & COUNTY OF (CO) |
| 523. | DEPARTMENT OF THE TREASURY - IRS |
| 524. | DESAI, ROHIT B |
| 525. | DIAMOND SYSTEMS |
| 526. | DIAZ, FRANK |
| 527. | DICKMAN, RICHARD A |
| 528. | DIDRIKSON ASSOCIATES INC |
| 529. | DOCUMENT BINDING CO. INC. |
| 530. | DOCUMENT BINDING COMPANY INC |
| 531. | DODD, TED |
| 532. | DODSON, JERRY A |
| 533. | DOLLARHIDE, CLEOPHUS |
| 534. | DOLLARHIDE, JOHNIE |
| 535. | DON & NANCY HARRELL FAMILY TRUST |
| 536. | DON DRIVE INTERIORS INC |
| 537. | DONELL GATES |
| 538. | DONG, WENMING |
| 539. | DORAN, MARK J |
| 540. | DORNHOEFER, ROBERT |
| 541. | DOSS, BILL, JR. |
| 542. | DOUGHTY, ERIN |
| 543. | DOUGLAS, JIMMIE L |
| 544. | DOUGLAS, JOHN PAUL |
| 545. | DRESSER-RAND CO. |
| 546. | DRUGA, NICHOLAS J |
| 547. | DUARTE, JAMES M |

548. DUFFEE, MARK ANTHONY
549. DUKES, JOHN B.
550. DUREE, JEREMY
551. EADS CO., THE
552. EAGLE MOUNTAIN-SAGINAW INDEPENDENT SCHOOL DISTRICT (TX)
553. EAR PLUG SUPERSTORE
554. EAST TEXAS SEED CO.
555. EDWARDS, EARL F.
556. EDWARDS, JAMES B.
557. EDWARDS, SONYA R
558. ELECSYS INTERNATIONAL CORP.
559. ELECTROMARK
560. ELECTROMARK CO.
561. ELLIS COUNTY (TX)
562. ELLIS, PATRICIA L
563. EMC CORP.
564. EMC CORPORATION
565. EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS INC.
566. ENERGY & PROCESS CORP.
567. ENERGY SERVICES GROUP INC.
568. ENERGY SERVICES GROUP INTERNATIONAL INC.
569. ENTECH SALE AND SERVICE
570. ENTECH SALES & SERVICE INC.
571. ESCHBERGER, TODD
572. ESCO CORP.
573. ESTATE OF EDWARD LONG
574. ESTATE OF JIM RAS PITTS
575. ESTATE OF JIM SUTHERLAND
576. ESTATE OF WALDON H. ORR
577. ESTATE OF WENDELL R. JACKSON
578. ESTES, WILDON
579. EUBANKS EXCHANGE
580. EUBANKS, GAYLE T
581. EUERS, KAREN, DR.
582. EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR
583. EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR INSURANCE
584. EVANGELIST, B A
585. EVANGELIST, BEN A.
586. EVERMAN INDEPENDENT SCHOOL DISTRICT (TX)
587. EXCEL FOUNDRY & MACHINE INC.
588. EXPRESS CLEANING SERVICES, INC.
589. FAIR HARBOR CAPITAL LLC
590. FALKENBERG CONSTRUCTION
591. FALKENBERG CONSTRUCTION CO., INC.
592. FALLS COUNTY (TX)
593. FANNIN COUNTY (TX)

594. FANNIN COUNTY APPRAISAL DISTRICT
595. FARM BUREAU LIFE INSURANCE CO. OF MICHIGAN
596. FARMERS ELECTRIC COOP INC
597. FARRINGTON, J.S.
598. FARRINGTON, JEROME S.
599. FASTENAL CO.
600. FEATHERSTON, ALECK B.
601. FEDEX TECHCONNECT INC.
602. FEDEX TECHCONNECT, INC. ET AL
603. FERGUSON, THOMAS D
604. FIRST UNION RAIL CORP.
605. FISERV
606. FISERV INC.
607. FISHER SCIENTIFIC CO. LLC
608. FISHER SCIENTIFIC COMPANY LLC
609. FLAT ROCK DAIRY
610. FLINTKOTE CO., THE
611. FLINTKOTE COMPANY, THE
612. FLORES, SANDRA A
613. FLS INC. AFT DIVISION
614. FLSMIDTH AIRTECH
615. FLSMIDTH INC.
616. FLUID FLOW PRODUCTS CO.
617. FLUOR GLOBAL SERVICES
618. FORBUS, Z O
619. FORGE GROUP NORTH AMERICA LLC
620. FORNEY INDEPENDENT SCHOOL DISTRICT (TX)
621. FORRESTER, GERALD
622. FORRESTER, GERALD R
623. FORT BEND COUNTY
624. FORT BEND COUNTY (TX)
625. FORT WORTH, CITY OF (TX)
626. FOSSIL POWER SYSTEMS INC.
627. FOSTER, MARK C
628. FOUNTAIN, ARCHIE W
629. FOUR DEUCES, THE
630. FRAME, BRENDA F
631. FRANKLIN COUNTY (TX)
632. FRANKLIN INDEPENDENT SCHOOL DISTRICT (TX)
633. FRANKLIN JR, DAVID
634. FRANKLIN, DAVID, JR.
635. FRANKSTON CHURCH OF CHRIST
636. FREDERICK COWAN & CO. INC.
637. FREEMAN, W D
638. FREEMAN, WADE D.
639. FREESTONE COUNTY (TX)

640. FREILING, DON R
641. FREIMAN, BRANDON A
642. FREITAG, CHRISTOPHER
643. FREITAG, CHRSTOPHER
644. FRIEDMAN, PETER GAD
645. FROST BANK
646. FROST BANK, CUSTODIAN FOR
647. FULLER, DENNY L
648. GAINESVILLE INDEPENDENT SCHOOL DISTRICT (TX)
649. GALENA PARK INDEPENDENT SCHOOL DISTRICT
650. GALENA PARK INDEPENDENT SCHOOL DISTRICT (TX)
651. GALIANO, ALICE J.
652. GALIANO, FRANCIS R.
653. GALLEGOS, ELMA
654. GALLGOS, ELMA
655. GARDEN VALLEY GOLF
656. GARDNER, SHARON L
657. GARLAND INDEPENDENT SCHOOL DISTRICT
658. GARLAND INDEPENDENT SCHOOL DISTRICT (TX)
659. GARLAND, CITY OF (TX)
660. GARNER, CLIFFORD
661. GARZA, BENNY
662. GARZA, BENNY & NORMA
663. GARZA, CARLOS
664. GARZA, NORMA
665. GATES, DONELL
666. GATX CORP.
667. GAWTHORN INVESTMENTS
668. GENEVA S
669. GERALD, PATRICK N
670. GIBBS, HOMER J
671. GILLINGER, RAYMOND LEE, JR.
672. GILMAN, JACK C
673. GILPIN, JOHNNIE M
674. GIOTES, ARTIE G.
675. GLASSCOCK COUNTY CO-OP
676. GLASSCOCK COUNTY TAX OFFICE
677. GLASSCOCK COUNTY TAX OFFICE (TX)
678. GLEIM,  LEROY
679. GLEIM, L ROY
680. GLEN ROSE INDEPENDENT SCHOOL DISTRICT (TX)
681. GLEN ROSE, CITY OF (TX)
682. GLOVER, JANIS M
683. GLOWPOINT INC
684. GOETZ, DAVID
685. GOHEEN, M E

686. GOHEEN, MICHAEL E.
687. GOLDMAN, SACHS & CO.
688. GOMEZ, MELISSA
689. GONZALES, FELIX C
690. GOODRICH PETROLEUM CO. LLC
691. GOULD & LAMB LLC
692. GOULD AND LAMB, LLC
693. GRAPEVINE, CITY OF (TX)
694. GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL DISTRICT (TX)
695. GRAYSON COUNTY (TX)
696. GREAT WESTERN INSURANCE CO.
697. GREENVILLE INDEPENDENT SCHOOL DISTRICT (TX)
698. GREENVILLE, CITY OF (TX)
699. GREGG, DOROTHY
700. GREG'S OVERHEAD DOOR SERVICES INC.
701. GRIFFIN, DANIEL W.
702. GRIFFIN, MARIAN L.
703. GRIFFIN, MARRIAN L
704. GRIFFITH, KATHRYN M
705. GRIGSBY, GEORGE E
706. GROESBECK INDEPENDENT SCHOOL DISTRICT
707. GROESBECK INDEPENDENT SCHOOL DISTRICT (TX)
708. GROTHE, THOMAS M
709. GUGGENHEIM LIFE & ANNUITY CO.
710. GUNNELS, DAVID W.
711. GUTIERREZ, MARY G
712. GUZMAN, ERIC
713. H&E EQUIPMENT SERVICES, INC.
714. HACKETT, CHRISTOPHER
715. HADDOCK, ORVILLE E
716. HAGN, GERARD D
717. HAJDA, FRANK
718. HALL, KIMBERLY D
719. HAMER, MARY K
720. HARLOW FILTER SUPPLY
721. HARLOW, JEFF
722. HARRIS COUNTY (TX)
723. HARRIS COUNTY, ET AL
724. HARRIS, JULIE PEYTON
725. HART, IRENE A.
726. HART, MARVIN W.
727. HARTFORD FIRE INSURANCE CO.
728. HARTFORD FIRE INSURANCE COMPANY
729. HARVEY, TODD
730. HATFIELD & CO INC
731. HAWKINS, B J

732. HAWKINS, MONICA R
733. HAY CHIHUAHUA
734. HAYS, LESTER R.
735. HCL AMERICA, INC
736. HELENA CHEMICAL CO.
737. HEMPEL, KIRK
738. HENDERSON COUNTY (TX)
739. HENNAN, JAMES L
740. HENNINGTON, RONALD W.
741. HENRY PRATT CO. LLC
742. HERMAN, TERESA M
743. HEZEL, TILL
744. HF & ASSOCIATES
745. HF & ASSOCIATES INC.
746. HICKS, AMANDA J
747. HICKS, JANE L.
748. HIDALGO COUNTY
749. HIDALGO COUNTY (TX)
750. HIGH TECH OFFICE SYSTEMS
751. HIGH, CHARLES L
752. HIGHLAND INDEPENDENT SCHOOL DISTRICT (TX)
753. HIGHLAND PARK INDEPENDENT SCHOOL DISTRICT (TX)
754. HIGHLAND VILLAGE, CITY OF (TX)
755. HIGHWAY MACHINE CO INC
756. HILL COUNTY (TX)
757. HILL COUNTY APPRAISAL DISTRICT (TX)
758. HILL COUNTY APPRAISAL DISTRICT ET AL
759. HILLIN, EARL W
760. HINES, WELDON
761. HOCHHEIM PRAIRIE INSURANCE CO.
762. HOFFER FLOW CONTROLS, INC.
763. HOFFMAN, PATRICK
764. HOLDER, BOBBY D
765. HOLLAS, MELVIN
766. HOLLEMAN, DOUGLAS W
767. HOLLINGSWORTH, DANA
768. HOLLINGSWORTH, V D
769. HOLMES, E A
770. HOLT CAT
771. HOLT TEXAS LTD.
772. HOMEWOOD PRODUCTS CORP.
773. HONGO, PANTHIA L
774. HOOD COUNTY APPRAISAL DISTRICT
775. HOOD, MILDRED A
776. HOOKS, GEORGE L
777. HOPKINS COUNTY (TX)

778.    HOPSON, SANDRA K
779.    HORN, MILLIE R
780.    HORTON, ANTHONY R
781.    HOUSTON CATHOLIC BOOKS & GIFTS LLC
782.    HOUSTON PIPE LINE CO. LP
783.    HOUSTON, NANCY K
784.    HOWARD, ALVIE L.
785.    HOWARD, DANIEL J
786.    HOWARD, MADELINE G
787.    HSC-HOPSON SERVICES CO. INC.
788.    HSC-HOPSON SERVICES COMPANY, INC.
789.    HUCKIN, WILLIAM P., III
790.    HUDSON INDEPENDENT SCHOOL DISTRICT (TX)
791.    HUFFMAN, MARION E.
792.    HUFFORD, J W
793.    HUFFORD, JOHN W.
794.    HUGHES, JOAN H
795.    HUMBLE INDEPENDENT SCHOOL DISTRICT
796.    HUMBLE INDEPENDENT SCHOOL DISTRICT (TX)
797.    HUMPHRIES, G R
798.    HUMPHRIES, GLEN R.
799.    HUNT COUNTY (TX)
800.    HURON INDUSTRIES, INC.
801.    HUYNH, VU P
802.    IBEW LOCAL 2337
803.    IBM CORP.
804.    IMAGINATION BRANDING
805.    IN PLACE APARTMENT LTD.
806.    INCISIVE SOFTWARE CORP
807.    INDEPENDENT AIR BRAKE SERVICE
808.    INDIANA MICHIGAN POWER CO.
809.    INDUSTRIAL LUBRICANT CO.
810.    INDUSTRIAL SPECIALTY CHEMICALS
811.    INGOE, MARGIE D
812.    INSTRUMENT & VALVE SERVICES CO.
813.    INTERNATIONAL EXTERMINATOR CORP.
814.    INVENSYS RAIL CO. CORP.
815.    IOWA PARK INDEPENDENT SCHOOL DISTRICT (TX)
816.    IOWA PARK ISD
817.    IRISNDT INC
818.    IRVING INDEPENDENT SCHOOL DISTRICT (TX)
819.    ISLAND RELICS
820.    IT FINANCIAL MANAGEMENT ASSOCIATION (ITFMA)
821.    ITOCHU CORP.
822.    IT'S A PIECE OF CAKE
823.    J. ARON & CO.

824. JACK COUNTY (TX)
825. JACK'S CLIP JOINT
826. JACKSON NATIONAL LIFE INSURANCE CO.
827. JACOBSEN, LUKE
828. JAMES C. WHITE CO.
829. JAMES, LANA J
830. JARNAGIN, RANDALL L
831. JAY HENGES ENTERPRISES INC.
832. JAY, CHRIS
833. JAY, CHRISTOPHER M. "CHRIS"
834. JEFF HARLOW DBA HARLOW FILTER SUPPLY
835. JEFFERSON COUNTY TREASURER (CO)
836. JENKINS, ADRAIN
837. JENKINS, ADRIN
838. JENKINS, CRAIG
839. JENKINS, MAE L
840. JENKINS, TERRI M
841. JETA CORP.
842. JIM RAS PITTS ESTATE
843. JIM SUTHERLAND ESTATE
844. JMS INVESTMENT CO.
845. JMS INVESTMENT COMP
846. JOE R WALLIS
847. JOES CAR STOP TOO INC.
848. JOE'S CAR STOP TOO INC.
849. JOHN HANCOCK LIFE & HEALTH INSURANCE CO.
850. JOHN ZINK CO. LLC
851. JOHNSON & PACE INC.
852. JOHNSON COUNTY (TX)
853. JOHNSON MATTHEY STATIONARY EMISSIONS  CONTROL LLC
854. JOHNSON OIL CO.
855. JOHNSON, JAMES A
856. JOHNSON, JESSE
857. JOHNSON, JESSIE
858. JOHNSON, JESSIE RAY
859. JOHNSON, MARIA T.
860. JOHNSON, RONALD K
861. JOHNSON-CAULEY, MELVA D
862. JONES, E DEANE
863. JONES, KAREN B.
864. JONES, KEVIN W.
865. JONES, LAWRENCE, JR
866. JONES, R.T. (DECEASED)
867. JONES, RONALD D
868. JOSHUA INDEPENDENT SCHOOL DISTRICT (TX)
869. JOSHUA, CITY OF (TX)

870.    JUAREZ, MARTIN
871.    K S MARKETING INC
872.    KADEL, LESLIE I
873.    KALAN, THOMAS P
874.    KALSI ENGINEERING, INC.
875.    KATHY'S BOOKKEEPING
876.    KAUFMAN COUNTY (TX)
877.    KELLEY, EDNA M
878.    KELLY, WAYNE
879.    KELLY'S CARTHAGE COLLISION CENTER INC.
880.    KENISON, ROBERT A
881.    KENNEDY, LINDA J
882.    KERENS INDEPENDENT SCHOOL DISTRICT (TX)
883.    KERR, ROBERT L
884.    KEYBANK NA
885.    KFORCE, INC.
886.    KIM, SOO K
887.    KIMBREL, JEFF
888.    KINDIG, EVERETT W
889.    KING, DERRICK L
890.    KIRBY, LE GRAND C.
891.    KIRBY, LEGRAND
892.    KNAPE ASSOCIATES
893.    KNIFE RIVER CORP. - SOUTH
894.    KNOBLOCH, MICHAEL
895.    KOEPKE, DAVE F
896.    KOETTER FIRE PROTECTION OF LONGVIEW LLC
897.    KOZIOL, ROBERT
898.    KRENEK, RICHARD
899.    KUBACAK, MICHAEL
900.    KULL, WILLIAM J
901.    KUYKENDOLL, JOHN E
902.    L&L HAIR DESIGN
903.    LABORATORY QUALITY SERVICES INTERNATIONAL
904.    LABORDE, DARLENE D
905.    LAKE DALLAS INDEPENDENT SCHOOL DISTRICT (TX)
906.    LAKE DALLAS ISD
907.    LAMAR COUNTY APPRAISAL DISTRICT (TX)
908.    LARIMER COUNTY TREASURER (CO)
909.    LAW DEBENTURE TRUST CO. OF NEW YORK
910.    LECLAIRRYAN PC
911.    LECO CORP.
912.    LEE COUNTY (TX)
913.    LEE, BILLY G
914.    LEE, DONALD G
915.    LEE, LINDA

916.  LEE, LINDA D.
917.  LEE, SEIDEL A. "S.A."
918.  LEECO ENERGY SERVICES
919.  LEGALLEZ, WALTER
920.  LEICA GEOSYSTEMS INC.
921.  LEIDOS
922.  LENZINI, A E
923.  LEON COUNTY (TX)
924.  LEOPOLD, ROBERT C.
925.  LEVEL 3 COMMUNICATIONS, LLC
926.  LEWIS, ARTHUR T
927.  LEWIS, EMMETT
928.  LEWIS, JERRY R
929.  LEWIS, KENNETH
930.  LEWIS, MELISSA C
931.  LEWIS-GOETZ & CO. INC.
932.  LEWISVILLE INDEPENDENT SCHOOL DISTRICT
933.  LEWISVILLE INDEPENDENT SCHOOL DISTRICT (TX)
934.  LEWISVILLE, CITY OF (TX)
935.  LIBERTY MUTUAL INSURANCE CO.
936.  LIBERTY MUTUAL INSURANCE COMPANY
937.  LIMESTONE COUNTY (TX)
938.  LIPSCHULTZ, MARC S
939.  LIQUIDITY SOLUTIONS INC.
940.  LIQUIDITY SOLUTIONS, INC. AS ASSIGNEE OF
941.  LIQUIDITY SOLUTIONS,INC. AS ASSIGNEE OF
942.  LITTLEFIELD, SUSAN P
943.  LLOYD, PHIL
944.  LLOYD, PHILLIP H.
945.  LMA SPC FOR AND ON BEHALF OF MAP 89
946.  LMA SPC FOR AND ON BEHALF OF MAP 89 SEGREGATED PORTFOLIO
947.  LOGAN COUNTY TREASURER (CO)
948.  LONE STAR SAFETY & SUPPLY INC
949.  LORIO, SIDNEY J
950.  LOS ANGELES COUNTY EMPLOYEES RETIREMENT
951.  LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION
952.  LOVE, WILLIE R
953.  LOWE, ANNIE B
954.  LOWREY, TERRY A
955.  LUBRIZOL CORP., THE
956.  LUBRIZOL CORPORATION - THE
957.  LUBRIZOL CORPORATION, THE
958.  LUMBERMEN'S MUTUAL CASUALTY CO. INSURANCE CO.
959.  LUMBERMEN'S MUTUAL CASUALTY COMPANY
960.  LVNV FUNDING LLC
961.  LYLE OIL CO. INC.

962.  LYNCH, LAURA
963.  MACK, KENNETH N
964.  MAGGARD, RICKY L
965.  MAGIC TOUCH
966.  MAGNUM TECHNICAL SERVICES
967.  MAHURIN, KATHERINE
968.  MALAKOFF INDEPENDENT SCHOOL DISTRICT
969.  MALAKOFF, CITY OF (TX)
970.  MANN, EMMA
971.  MANNS, JEFFERY D
972.  MARIN, JAMES S
973.  MARINARA PIZZA
974.  MARTIN ENGINEERING CO.
975.  MARTIN, DARIEN L
976.  MARTIN, IONA JAMES
977.  MARTIN, PAUL LEDALE
978.  MARTINEZ, VIVIAN G
979.  MASTER LEE DECON SERVICES, INC.
980.  MATEX WIRE ROPE
981.  MATHAI, MATHEAW P
982.  MATHAI, MATHEW P.
983.  MATHEWS, RONALD W.
984.  MATYSEK, MARVIN R.
985.  MAYFIELD, DOTTIE H
986.  MC DONALD, BOB R
987.  MCALLEN, CITY OF (TX)
988.  MCBRIDE, THOMAS R
989.  MCCALL, CLARENCE
990.  MCCALLY, R H
991.  MCCALLY, RICHARD H.
992.  MCCANTS, MARY S
993.  MCCRACKEN, LARRY E
994.  MCCRANEY, SHARON D.
995.  MCCRAY, CAROLYN C
996.  MCFARLAND, M. A.
997.  MCGARY, DARRELL
998.  MCGAUGH, JOHN P.
999.  MCGRAW HILL COMPANIES
1000. MCGRAW HILL COS.
1001. MCLENNAN COUNTY (TX)
1002. MCMASTER-CARR SUPPLY CO.
1003. MCMASTER-CARR SUPPLY COMPANY
1004. MCMILLAN, JOSEPH
1005. MCPHERSON, SHOLONDA R
1006. MCRANEY, JUDY C
1007. MEIJER INC

1008. MEIS, GENEVA S.
1009. MENDEZ, RAUL R
1010. MERRICK INDUSTRIES
1011. MERRITT, MARK E.
1012. MERRITT, MONICA
1013. MERRITT, MONICA M.
1014. MESQUITE INDEPENDENT SCHOOL DISTRICT
1015. MESQUITE, CITY OF (TX)
1016. MESSER, JOHNIE R.
1017. MICHAEL C. FINA CORP. SALES INC.
1018. MICROSOFT CORP.
1019. MICROSOFT LICENSING GP
1020. MIDLAND CENTRAL APPRAISAL DISTRICT
1021. MIDLAND CENTRAL APPRAISAL DISTRICT ET AL
1022. MIDLAND COUNTY TAX OFFICE
1023. MIDLAND COUNTY TAX OFFICE (TX)
1024. MID-STATE ENVIRONMENTAL LP
1025. MID-STATE ENVIRONMENTAL SERVICES LP
1026. MILAM COUNTY (TX)
1027. MILLER ELECTRIC CO.
1028. MILLER, DAVID A
1029. MILLER, GREGG E
1030. MILLER, HAZEL
1031. MILLER, HAZEL J
1032. MILLSTEIN & CO. LP
1033. MINE SAFETY & HEALTH ADMINISTRATION (MSHA), U.S. DEPARTMENT OF LABOR
1034. MINERAL WELLS INDEPENDENT SCHOOL DISTRICT
1035. MINERAL WELLS, CITY OF (TX)
1036. MIRRION TECHNOLOGIES (MGPI)
1037. MITCHELL COUNTY (TX)
1038. MITCHELL COUNTY UTILITY CO.
1039. MITCHELL, DORIS J.
1040. MITCHELL, DORRIS J
1041. MOELIS & CO.
1042. MOLINA, DARRINE M
1043. MONAHANS, CITY OF (TX)
1044. MONSTER WORLDWIDE INC
1045. MONTAGUE COUNTY (TX)
1046. MONTELONGO, ALBERT
1047. MONTGOMERY, GEORGE W.
1048. MOONEY, CHARLES F
1049. MOORE, DEBORAH D
1050. MOORE, HENRY B
1051. MORA, JAVIER V
1052. MORAN, NANCY M

1053.  MORGAN COUNTY TREASURER (CO)
1054.  MORGAN, JACKIE D
1055.  MORGAN, RUBY J
1056.  MORGAN, SAMUEL, JR.
1057.  MORRIS COUNTY APPRAISAL DISTRICT
1058.  MORRIS, A.E.
1059.  MORRIS, CHRIS
1060.  MORRIS, JAMIE L
1061.  MORRIS, MARY
1062.  MORRISON, JUDY A
1063.  MTL INSURANCE CO.
1064.  MUDSMITH LTD
1065.  MUSIC, STEPHEN O
1066.  MUSSLEWHITE, CLARENCE, JR.
1067.  MUSTON, EDDIE
1068.  MW SMITH EQUIPMENT INC.
1069.  NACOGDOCHES HARDWARE & RENTAL
1070.  NACOGDOCHES HARDWARE AND RENTAL
1071.  NATIONAL FIELD SERVICES
1072.  NATIONAL SWITCHGEAR SYSTEMS NORTH TEXAS INC.
1073.  NAVARRO COUNTY (TX)
1074.  NAVEX GLOBAL INC
1075.  NAVEX GLOBAL, INC.
1076.  NCH CORP.
1077.  NEAL, GEORGE ANN
1078.  NEBRASKA STATE TREASURER UNCLAIMED PROPERTY DIVISION
1079.  NELSON, WINSTON
1080.  NEUNDORFER, INC.
1081.  NEW JERSEY OFFICE OF THE STATE TREASURER
1082.  NEW JERSEY OFFICE OF THE STATE TREASURER UNCLAIMED
        PROPERTY
1083.  NEW PIG CORP
1084.  NEWPORT GROUP, INC., THE
1085.  NIECE EQUIPMENT, LP
1086.  NIX, PATTERSON & ROACH, LLP
1087.  NOLAN BATTERY CO. LLC
1088.  NOLAN COUNTY (TX)
1089.  NORTH AMERICAN COAL ROYALTY CO.
1090.  NORTH AMERICAN TIE & TIMBER LLC
1091.  NORTH CAROLINA DEPARTMENT OF STATE TREASURER UNCLAIMED
        PROPERTY PROGRAM
1092.  NORTH CAROLINA DEPT OF STATE TREASURER
1093.  NORTH COAST LIFE INSURANCE
1094.  NORTHCOTT, A R
1095.  NORTHCOTT, ARLICE R.
1096.  NORTHEAST TEXAS COMMUNITY COLLEGE DISTRICT

1097.   NORTHWEST INDEPENDENT SCHOOL DISTRICT
1098.   NUECES COUNTY (TX)
1099.   NUNLEY, PELE J
1100.   NWT CORP.
1101.   O BRIEN, JOAN
1102.   O.J. THOMAS ALUMNI COMMUNITY RESOURCE CENTER
1103.   O'BRIAN, ROBERT
1104.   O'BRIEN, JOAN
1105.   O'CAMPO, JOHN
1106.   OGLETREE DEAKINS NASH SMOAK STEWART P.C.
1107.   OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISON, THE
1108.   OLD REPUBLIC INSURANCE CO.
1109.   OLD REPUBLIC INSURANCE COMPANY
1110.   OLIVIER, KATHERINE S
1111.   OMI CRANE SERVICES
1112.   ONDROVIK, JO ANN, PHD
1113.   ONEILL, TERENCE
1114.   O'NEILL, TERENCE
1115.   OPCO CO.
1116.   OPCO COMPANY
1117.   OPERATION TECHNOLOGY INC
1118.   ORACLE AMERICA INC.
1119.   ORACLE AMERICA, INC. (ORACLE)
1120.   ORBITAL TOOL TECHNOLOGIES, CORP.
1121.   ORTEGO, JOHN R
1122.   ORTEL, HOWARD D
1123.   OSBURG, WILLIAM G
1124.   OTERO COUNTY (CO)
1125.   OTIS ELEVATOR CO.
1126.   OTIS ELEVATOR COMPANY, ET AL
1127.   OTIS ELEVATOR CORP
1128.   OVERHEAD DOOR CO. OF TYLER-LONGVIEW
1129.   OWENSBY & KRITIKOS INC.
1130.   P&H MINING EQUIPMENT INC.
1131.   PACIFIC GAS & ELECTRIC CO.
1132.   PALCO ENGINEERING & CONSTRUCTION SERVICES
1133.   PALO PINTO COUNTY (TX)
1134.   PAMPERED POODLE SHOPPE
1135.   PANOLA COUNTY (TX)
1136.   PANTEGO, TOWN OF (TX)
1137.   PARK, DOWON S
1138.   PARR INSTRUMENT CO.
1139.   PARSUTT, SHERLY
1140.   PARSUTT, SHIRLEY
1141.   PATE, MELINDA A
1142.   PATTERSON, NANCY

1143.  PAWLIK, MICHAEL C
1144.  PAYDAY LOAN STORE, THE
1145.  PBS&J INC.
1146.  PEDERSEN, BRETT
1147.  PENDLETON, CREMOLIA
1148.  PENNZOIL-QUAKER STATE CO.
1149.  PENSION BENEFIT GUARANTY CORP.
1150.  PENSION BENEFIT GUARANTY CORPORATION
1151.  PEREZ, JUAN
1152.  PERFORMANCE CONTRACTING INC
1153.  PETRO-VALVE INC.
1154.  PHILLIPS, KIMBERLY A
1155.  PHILLIPS, WILLIE, SR.
1156.  PICKARD, MICHAEL F.
1157.  PIERCE PUMP CO.
1158.  PINE RIVER CREDIT RELATIVE VALUE MASTER
1159.  PINE RIVER CREDIT RELATIVE VALUE MASTER FUND LTD.
1160.  PINTER, BARBARA J
1161.  PIONEER ENTERPRISES
1162.  PITRE, CHARON E
1163.  PLACHY, ROBERT
1164.  PNEUMAT SYSTEMS, INC
1165.  POGUE, LAURA R
1166.  POHLMAN, RICHARD C
1167.  POP & GRAN'S ANTIQUES & MORE
1168.  POP & GRANS ANTIQUES AND MORE
1169.  POPE, ANTONIO
1170.  PORTA KING
1171.  PORTER, DONNA B
1172.  POUNDERS, JASON
1173.  POWER CONTROL SYSTEMS ENGINEERING, INC.
1174.  POWERRAIL DISTRIBUTION
1175.  PPM AMERICA INC.
1176.  PRATHER, VAL V
1177.  PRATT, S J
1178.  PRATT, STEVEN J.
1179.  PREFERRED PUMP & EQUIPMENT LP
1180.  PRENTIS, TRAVIS E.
1181.  PRESTIGE INTERIORS CORP.
1182.  PRESTIGE INTERIORS CORPORATION
1183.  PRICE, BRENDA
1184.  PRICE, GEORGE S
1185.  PRICE, JAMES E
1186.  PRIEFERT MANUFACTURING CO. INC.
1187.  PRIMROSE OIL CO. INC.
1188.  PRINCIPAL FUNDS INC - BOND & MORTGAGE

1189.  PRINCIPAL FUNDS INC - DYNAMIC HIGH YIELD
1190.  PRINCIPAL FUNDS INC - HIGH YIELD FUND
1191.  PRINCIPAL LIFE INSURANCE CO.
1192.  PRINCIPAL LIFE INSURANCE COMPANY
1193.  PRINCIPAL VARIABLE CONTRACTS FUNDS, INC
1194.  PROVISIONAL SAFETY MANAGEMENT & CONSULTANTS LLC
1195.  PYLES, WILLIAM D.
1196.  QUIGLEY, CHARLES K.
1197.  QUIGLEY, SANDRA
1198.  QUIROGA, JOSEPH DOUGLAS D
1199.  QWEST CORP.
1200.  QWEST CORPORATION DBA CENTURYLINK QC
1201.  R.S. HUGHES CO. INC.
1202.  RAILHEAD MANUFACTURING INC
1203.  RAILROAD FRICTION
1204.  RAILROAD MANAGEMENT LLC
1205.  RAIN FOR RENT
1206.  RAINS COUNTY APPRAISAL DISTRICT
1207.  RAMAGE, JOHN F.
1208.  RAMOS, JOSEPH A
1209.  RANDOLPH, KJ
1210.  RAPID RATINGS INTERNATIONAL, INC.
1211.  RATHBUN, E D
1212.  RATHBUN, EDWIN D.
1213.  RAYMOND, A L
1214.  RAZA, JAVED I
1215.  RC FACILITY SERVICES, LLC
1216.  REAGAN COUNTY TAX OFFICE (TX)
1217.  RED BALL OXYGEN CO.
1218.  RED RIVER COUNTY (TX)
1219.  RED RIVER COUNTY APPRAISAL DISTRICT
1220.  REDDY ICE CORP.
1221.  REDDY ICE CORPORATION
1222.  REEF INDUSTRIES, INC.
1223.  REICHERT, ROSE
1224.  REILLY, WILLIAM K
1225.  RELAX SPA
1226.  RELIABILITY CENTER, INC.
1227.  RELIANCE INSURANCE
1228.  RELIANCE INSURANCE CO.
1229.  RELIANCE INSURANCE IN LIQUIDATION
1230.  RENO, CITY OF (TX)
1231.  RENTSYS RECOVERY SERVICES INC
1232.  REPUBLIC SERVICES
1233.  REPUBLIC SHEET METAL & MANUFACTURING
1234.  REPUBLIC SHEET METAL AND MANUFACTURING

1235. RESCAR COS.
1236. RESEARCH ACROSS AMERICA
1237. RICHARDS, DAWN I
1238. RICHARDS, MARIEA R
1239. RICHARDSON INDEPENDENT SCHOOL DISTRICT (TX)
1240. RICKER, BILL A., DDS
1241. RIDER, PEARLIE L
1242. RILEY, BARBARA B
1243. RILEY, MICHAEL A.
1244. RIMPULL CORP
1245. RIVER CITY VALVE SERVICE, INC.
1246. RIVER OAKS, CITY OF (TX)
1247. RIVER TECHNOLOGIES
1248. ROANOKE, CITY OF (TX)
1249. ROBERT J. JENKINS & CO.
1250. ROBERT'S COFFEE & VENDING SERVICES, LLC
1251. ROBERTS, GWENDOLYN M
1252. ROBERTS, RUSSELL P
1253. ROBERTSON COUNTY (TX)
1254. ROBINSON WILLIAMS, DANA
1255. ROBINSON, GLENDA N
1256. ROBINSON, JOANN M
1257. ROCK'N H FAMILY PLACE LLC
1258. ROCKWALL COUNTY APPRAISAL DISTRICT
1259. ROCKWELL, THOMAS S
1260. RODRIGUEZ, MARIA M.
1261. RODRIQUEZ, ABLE T
1262. ROE, J. RAY
1263. ROMERO'S CONCRETE
1264. ROSCOE INDEPENDENT SCHOOL DISRICT (TX)
1265. ROSCOE, CITY OF (TX)
1266. ROSE NOVELTY CO.
1267. ROTHE DEVELOPMENT INC
1268. ROUND ROCK INDEPENDENT SCHOOL DISTRICT (TX)
1269. ROXXI ACCESSORIES INC
1270. ROYAL PURPLE, LLC
1271. ROYAL, FORREST J
1272. ROZELL, MIKE
1273. RSA SECURITY, LLC
1274. RUCKER & SONS
1275. RUCKER, JAMES R., JR.
1276. RUEB, DON E
1277. RUSK COUNTY (TX)
1278. RUSSELL, GARY D
1279. RUSSELL, MARGARET
1280. SABESTA, JAMES E.

1281.  SAFETY-KLEEN SYSTEMS INC
1282.  SAIC ENERGY ENVIRONMENT & INFRASTRUCTURE LLC
1283.  SAIN, JERRY
1284.  SAKEWITZ, KYLE
1285.  SAMUEL, HAZEL L
1286.  SANDIFER, EDDIE D
1287.  SANDLIN, ROBERT H
1288.  SANTELLANO, MARK
1289.  SAUL SUBSIDIARY II LP
1290.  SAVAGE, ALVIN
1291.  SAWYER, DELLA S
1292.  SCANTRON CORP.
1293.  SCHINDLER ELEVATOR CORPORATION
1294.  SCHNEIDER ELECTRIC BUILDINGS
1295.  SCHNEIDER ELECTRIC BUILDINGS AMERICAS INC.
1296.  SCHNEIDER, HENRY
1297.  SCHOENTHALER, JOHN W
1298.  SCOTT, CLARA
1299.  SCOTT, DONALD W.
1300.  SCOTT, SCHWARZ K.
1301.  SCURRY COUNTY TAX OFFICE
1302.  SCURRY COUNTY TAX OFFICE (TX)
1303.  SEATINGZONE.COM
1304.  SECURITAS SECURITY SERVICES USA, INC.
1305.  SENKEL, KENNETH R.
1306.  SEYMOUR, FREDERICK J
1307.  SGS NORTH AMERICA INC
1308.  SHORTNACY, BILL W
1309.  SHRUM, J. JACKSON, ESQ. "J"
1310.  SIBLEY, JANICE
1311.  SIEMENS DEMAG DELAVAL TURBOMACHINERY INC.
1312.  SIGLE, TONY
1313.  SIMPSON, STEVEN
1314.  SINDT, DAVID
1315.  SINGLETON, GREGORY L
1316.  SKINNER, TODD
1317.  SKRIBANOWITZ, MARY
1318.  SKYHAWK CHEMICALS, INC.
1319.  SLIDER, R H
1320.  SLIDER, R.H. "HAYDEN"
1321.  SLOAN, BRUCE
1322.  SLOAN, BRUCE DBA
1323.  SLOCUM INDEPENDENT SCHOOL DISTRICT (TX)
1324.  SMELLEY, DON
1325.  SMELLEY, R W
1326.  SMIDT, JONATHAN D

1327. SMILEY LAWN CARE
1328. SMILEY'S STUDIO INC.
1329. SMITH COUNTY (TX)
1330. SMITH PUMP CO. INC.
1331. SMITH, FLONONDA K
1332. SMITH, G KENT
1333. SMITH, JANICE K
1334. SMITH, JEROME E
1335. SMOOTH SOLUTIONS DALLAS LLC
1336. SMOOTH SOULTION DALLAS LLC
1337. SOLLERS, TERRY L
1338. SOMERVELL COUNTY (TX)
1339. SOMERVELL COUNTY WATER DISTRICT (TX)
1340. SOPHIA'S SALON & RETAIL
1341. SOPUS PRODUCTS
1342. SOULEN, WILLIAM A.
1343. SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT (TX)
1344. SOUTHERN TIRE MART, LLC
1345. SOUTHWEST FANNIN COUNTY
1346. SOUTHWEST FANNIN COUNTY (TX)
1347. SOUTHWEST FANNIN SPECIAL UTILITY DISTRICT (TX)
1348. SOUTHWEST GAS CORP.
1349. SOUTHWESTERN BELL TELEPHONE
1350. SOUTHWESTERN BELL TELEPHONE COMPANY
1351. SPM FLOW CONTROL, INC.
1352. SPOON, DAVID P
1353. SPX HEAT TRANSFER INC.
1354. ST LUKE PRESBYTERIAN CHURCH
1355. ST. THOMAS PLACE LP
1356. STANLEY, CHRISTINE
1357. STANLEY, PETER
1358. STAPLES, LIZZIE M
1359. STARR INDEMNITY & LIABILITY CO.
1360. STARR INDEMNITY & LIABILITY COMPANY
1361. STARR SURPLUS LINES INSURANCE CO.
1362. STATE OF CONNECTICUT
1363. STELLA-JONES CORP.
1364. STEPHENS COUNTY (TX)
1365. STEPHENVILLE INDEPENDENT SCHOOL DISTRICT (TX)
1366. STEPHENVILLE, CITY OF (TX)
1367. STEWART JR, CHARLES L
1368. STEWART, CHARLES L., JR.
1369. STICKS & STONES
1370. STIMAC, LAWRENCE S
1371. STOKES, CARL W.
1372. STOKES, CARL W. AND PENDLETON, CREMOLIA

1373. STONE, PATRICIA A
1374. STRAHAN GRAHAM, NOELL
1375. STRAHAN, NOELL
1376. STRONG CAPITAL
1377. STRONG, G K
1378. STRONG, GLADYS K.
1379. STRYKER LAKE WATER SYSTEM CORP.
1380. STUART C IRBY CO
1381. STUART, CECIL JAMES, "C.J."
1382. SUCCESSFACTORS, INC
1383. SUFFKA, CINDY J
1384. SULPHUR SPRINGS INDEPENDENT SCHOOL DISTRICT (TX)
1385. SULPHUR SPRINGS WATER DEPARTMENT, CITY OF (TX)
1386. SULPHUR SPRINGS, CITY OF (TX)
1387. SUN COAST RESOURCES, INC.
1388. SWEETWATER INDEPENDENT SCHOOL DISTRICT (TX)
1389. SWEETWATER, CITY OF (TX)
1390. SWIGOR MARKETING GROUP LLC
1391. SZLAUDERBACH, STANLEY J
1392. T&K SALES
1393. TALLEY CHEMICAL & SUPPLY
1394. TANNOR PARTNERS CREDIT FUND LP
1395. TANNOR PARTNERS CREDIT FUND LP AS
1396. TAPP, DAVID L
1397. TARRANT COUNTY (TX)
1398. TARRANT REGIONAL WATER DISTRICT (TX)
1399. TAX APPRAISAL DISTRICT OF BELL ET AL
1400. TEAGUE, HERMAN JR.
1401. TEAM INDUSTRIAL SERVICES INC
1402. TEAM INDUSTRIAL SERVICES, INC
1403. TECHNOLOGY RESOURCE CENTER OF AMERICA LLC
1404. TECHNOLOGY RESOURCE CTR OF AMERICA, LLC
1405. TELECOM ELECTRIC SUPPLY CO
1406. TELECOM ELECTRIC SUPPLY COMPANY
1407. TERIX COMPUTER SERVICE, INC.
1408. TERRASOURCE GLOBAL CORP.
1409. TESSCO INC.
1410. TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
1411. TEXAS EASTERN TRANSMISSION CORP.
1412. TEXAS ENERGY FUTURE HOLDINGS LP
1413. TEXAS ENERGY RESEARCH ASSOCIATES INC.
1414. TEXAS VALVE & FITTING CO.
1415. TEXAS WORKFORCE COMMISSION REGULATORY INTEGRITY DIVISION
1416. TEX-LA ELECTRIC COOP. OF TEXAS, INC
1417. THERMO ORION, INC.
1418. THOMAS PEREZ, SEC OF LABOR, ON BEHALF OF

1419.  THOMAS, LEE W
1420.  THOMAS, MARGARET L.
1421.  THOMPSON, MELODY L
1422.  THORNDALE INDEPENDENT SCHOOL DISTRICT
1423.  THORNDALE INDEPENDENT SCHOOL DISTRICT (TX)
1424.  THORPE, PETER EARL JR
1425.  THURMOND, POLLYANNA
1426.  THURMONED, POLLYANNA
1427.  TILL, CHERYL L
1428.  TIMME, BRIDGET
1429.  TIMME, GEORGE
1430.  TIMME, GEORGE AND BRIDGET
1431.  TIOGA PIPE SUPPLY CO. INC.
1432.  TISCHLER KOCUREK
1433.  TITUS COUNTY (TX)
1434.  TOM'S SMOKEHOUSE
1435.  TORRES CREDIT SERVICES, INC.
1436.  TOWNLEY ENGINEERING & MANUFACTURING CO. INC.
1437.  TPG CAPITAL, L.P.
1438.  TRAMMELL, R V
1439.  TRANSMISSIONS & DISTRIBUTION SERVICES INC.
1440.  TRASK, JILL A
1441.  TRAVIS COUNTY (TX)
1442.  TRC MASTER FUND LLC
1443.  TRIAD INDUSTRIAL AUTOMATION
1444.  TRINH, TRINH
1445.  TRINH, VAN S.
1446.  TRINIDAD, CITY OF (TX)
1447.  TRIPLE S RANCH INC.
1448.  TROTTER, RICKEY
1449.  TST IMPRESO INC.
1450.  TTX INC
1451.  TUCKER, DAVID
1452.  TUCKER, JAN R
1453.  TUCKER, M D
1454.  TUCKER, MORTON D.
1455.  TURNER, JAMES D
1456.  TURNER, SHEILA A
1457.  TURNIPSEED, RAY
1458.  TWO STAR DEVELOPMENT
1459.  TY FLOT INC
1460.  TYLER INDEPENDENT SCHOOL DISTRICT (TX)
1461.  TYLER, YVONE
1462.  TYNDALE CO. INC.
1463.  TYNDALE COMPANY, INC.
1464.  U.S. CUSTOMS & BORDER PROTECTION

1465.  U.S. DEPARTMENT OF AGRICULTURE RURAL UTILITIES SERVICE
1466.  U.S. DEPARTMENT OF LABOR
1467.  U.S. DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE (IRS)
1468.  U.S. ENVIRONMENTAL PROTECTION AGENCY
1469.  UBM ENTERPRISE, INC.
1470.  UDR, INC.
1471.  UFP GRANDVIEW, LLC
1472.  UMB BANK NA
1473.  UNITED CONVEYOR SUPPLY CORP.
1474.  UNITED CONVEYOR SUPPLY CORP.
1475.  UNITED HISPANIC COUNCIL OF TARRANT COUNTY
1476.  UNITED RENTALS (NORTH AMERICA), INC.
1477.  UNITED STATES DEPT OF AGRICULTURE, RURAL
1478.  UNITED STATES ENRICHMENT CORP.
1479.  UNITED STATES GYPSUM CO.
1480.  UNITED TELEPHONE CO. OF TEXAS INC.
1481.  UNITED TELEPHONE COMPANY OF TEXAS, INC
1482.  UNIVERSITY OF TEXAS AT ARLINGTON
1483.  UNIVERSITY OF TEXAS SYSTEM
1484.  UPSHUR COUNTY (TX)
1485.  URBAN, DWAN S.
1486.  URENCO ENRICHMENT CO. LTD.
1487.  URQUHART, RUBY N
1488.  US BANK NA
1489.  VALLEY VIEW INDEPENDENT SCHOOL DISTRICT
1490.  VAN ZANDT COUNTY APPRAISAL DISTRICT
1491.  VANDERSAND, JAMES D
1492.  VARGAS, ERNESTO
1493.  VARIEDADES YANDEL
1494.  VEGA, NOE
1495.  VENDIG, LEE D.
1496.  VENHUIZEN, JOHN
1497.  VERRET-GODFREY, AMY L
1498.  VICTORIA BEARING & INDUSTRIAL SUPPPLY
1499.  VILLANUEVA, GRACY L
1500.  VIRGINIA DEPARTMENT OF THE TREASURY, COMMONWEALTH OF
1501.  W. JOE SHAW LTD.
1502.  W.O.I. PETROLEUM
1503.  W.W. GRAINGER, INC.
1504.  WACO INDEPENDENT SCHOOL DISTRICT
1505.  WACO, CITY OF (TX)
1506.  WALKER, GLORIA L
1507.  WALKER, ROBERT E.
1508.  WALLACE, BARBARA
1509.  WALLACE, BILL

1510. WALLACE, BILL AND BARBARA
1511. WALLIS, JOE R.
1512. WALNUT SPRINGS INDEPENDENT SCHOOL DISTRICT (TX)
1513. WALTA, ADA LEVANNA
1514. WALWORTH, CONNIE K
1515. WARD COUNTY (TX)
1516. WARD, ALEXA LYN
1517. WARD, ALEXA LYNN
1518. WARD, JERRY MACK
1519. WARWICK, LORRAINE M.
1520. WARWICK, NORMAN J.
1521. WASHBURN, GARY D
1522. WASHINGTON, WALTER F
1523. WATCO COS. INC.
1524. WATER WELL
1525. WATERS, CLYDE M. JR.
1526. WATKINS, MARY B
1527. WATSON, JERRY
1528. WATSON, JERRY D.
1529. WAUKESHA-PEARCE INDUSTRIES, INC.
1530. WCR INC.
1531. WELCH, BRIAN E.
1532. WELDON ESTES DBA :
1533. WELDSTAR CO.
1534. WELLS FARGO BANK NA
1535. WEST VIRGINIA STATE TREASURER'S OFFICE UNCLAIMED PROPERTY DIVISION
1536. WESTBURY COMMUNITY HOSPITAL, LLC
1537. WESTERN FILTER CO. INC.
1538. WESTINGHOUSE ELECTRIC CO. LLC
1539. WEYERHAEUSER NR CO.
1540. WHEELER, WILLIETTA
1541. WHITE OAK RADIATOR SERVICE
1542. WHITE, JOE M.
1543. WHITE, PETER
1544. WHITE, PETER S.
1545. WHITE, R C
1546. WHITE, ROBERT C.
1547. WHITESBORO INDEPENDENT SCHOOL DISTRICT (TX)
1548. WHITLEY, WALLACE J.
1549. WICHITA COUNTY
1550. WICHITA COUNTY (TX)
1551. WILDER, C.
1552. WILDER, C. JOHN
1553. WILLIAMAS, DELICA
1554. WILLIAMS PATENT CRUSHER & PULVERIZER CO. INC.

1555.   WILLIAMS, DELICIA
1556.   WILLIAMS, JAMES C
1557.   WILLIAMS, PEGGY J
1558.   WILLIAMS, ROBERT E
1559.   WILLIAMS, TONEY EUGENE
1560.   WILLIAMS, TONY
1561.   WILLIAMSON COUNTY (TX)
1562.   WILLIS, M. JUDY
1563.   WILLRICH, ROBERT L.
1564.   WILMINGTON TRUST CO.
1565.   WILMINGTON TRUST NA
1566.   WILMINGTON TRUST, NA, ADMINISTRATIVE AGT
1567.   WILMINGTON TRUST, NA, COLLATERAL AGENT
1568.   WILSON CO.
1569.   WILSON COMPANY
1570.   WILSON, H.B. "BUDDY"
1571.   WILSON, JEFFREY & MALICIA
1572.   WILSON, JEFFREY D.
1573.   WILSON, MALICIA
1574.   WILSON, R D
1575.   WILSON, RONALD D.
1576.   WIMBERLY, C RAY
1577.   WINDHAM MANUFACTURING CO INC.
1578.   WINGSTOP
1579.   WIRE ROPE
1580.   WISE COUNTY (TX)
1581.   WISE COUNTY APPRAISAL DISTRICT
1582.   WISE, ROBERT
1583.   WISE, ROBERT L.
1584.   WISE, ROSA E
1585.   WITHERSPOON, VERBINA
1586.   WITTEN, ROY J
1587.   WOLF PACK RENTALS LLC
1588.   WOLSKE, SHERYL L.
1589.   WONG, NELSON J.
1590.   WOOD, DOROTHY L.
1591.   WOOD, JEFFREY B
1592.   WOOD, ROBIN B
1593.   WOODS, RICHARD
1594.   WOODS, RICHARD L.
1595.   WOODSON LUMBER CO. OF LEXINGTON
1596.   WORKING THE FLEA
1597.   XEROX CORP.
1598.   XEROX CORPORATION
1599.   YOKOGAWA CORP. OF AMERICA
1600.   YORK PUMP & EQUIPMENT

1601. YORK, STEVE R.
1602. YOUNG COUNTY
1603. YOUNG COUNTY (TX)
1604. YOUNG, JOE M.
1605. YOUNGBLOOD OIL CO.
1606. ZAVALLA INDEPENDENT SCHOOL DISTRICT (TX)
1607. ZEEFAX INC
1608. ZEPHYR ENVIRONMENTAL CORP.
1609. ZIPPILLI, RICHARD J
1610. ZONES INC
1611. ZOOK, LINDSAY E
1612. ZURICH AMERICAN INSURANCE CO.

## PROFESSIONALS

1.     ALIXPARTNERS
2.     CRAVATH SWAINE & MOORE
3.     GOLDIN ASSOCIATES
4.     GUGGENHEIM PARTNERS
5.     KCC
6.     MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
7.     MUNGER TOLLES & OLSON
8.     O'KELLY ERNST & BIELLI
9.     PHILLIPS GOLDMAN & SPENCE
10.    PROSKAUER ROSE
11.    SOLIC CAPITAL
12.    ZOLFO COOPER

## RULE 2002 PARTIES

1.     2603 AUGUSTA INVESTORS LP
2.     ALDINE INDEPENDENT SCHOOL DISTRICT (TX)
3.     ALLTITE
4.     AMERICAN EQUIPMENT
5.     APPLABS
6.     BALLARD SPAHR LLP
7.     BARNES & THORNBURG LLP
8.     BARR ENGINEERING CO.
9.     BAYARD PA
10.    BENBROOKE ELECTRIC PARTNERS LLC
11.    BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
12.    BUCKHOLTS INDEPENDENT SCHOOL DISTRICT (TX)
13.    BUFFALO INDUSTRIAL SUPPLY INC.
14.    CAMERON INDEPENDENT SCHOOL DISTRICT (TX)
15.    CARROLLTON - FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT (TX)

| | |
|---|---|
| 16. | CHIPMAN BROWN CICERO & COLE LLP |
| 17. | COLLIN COUNTY (TX) |
| 18. | CONVERDYN |
| 19. | COPPERAS COVE INDEPENDENT SCHOOL DISTRICT (TX) |
| 20. | CRAVATH SWAINE & MOORE LLP |
| 21. | DELAWARE TRUST CO. |
| 22. | DORSEY & WHITNEY DELAWARE LLP |
| 23. | EL PASO NATURAL GAS CO. |
| 24. | EVERCORE GROUP LLC |
| 25. | EXPERIAN |
| 26. | FEDERAL COMMUNICATIONS COMMISSION |
| 27. | FLUOR |
| 28. | FRANKGECKER LLP |
| 29. | GIBBONS PC |
| 30. | HIDALGO COUNTY (TX) |
| 31. | HIDALGO COUNTY DRAINAGE DISTRICT #1 (TX) |
| 32. | HOLLAND & KNIGHT LLP |
| 33. | JOHNSON MATTHEY |
| 34. | KINDER MORGAN TEXAS PIPELINE LLC |
| 35. | LAW OFFICES OF ROBERT E LUNA PC |
| 36. | LOUISIANA ENERGY |
| 37. | MASLON EDELMAN BORMAN & BRAND LLP |
| 38. | MCALLEN INDEPENDENT SCHOOL DISTRICT (TX) |
| 39. | MCELROY DEUTSCH MULVANEY & CARPENTER LLP |
| 40. | MICROSOFT |
| 41. | MONTGOMERY MCCRACKEN WALKER & RHOADS LLP |
| 42. | MOODY'S ANALYTICS |
| 43. | MORGAN LEWIS & BOCKIUS LLP |
| 44. | NAMAN HOWELL SMITH & LEE PLLC |
| 45. | NATURAL GAS PIPELINE OF AMERICA LLC |
| 46. | O'KELLY ERNST & BIELLI LLC |
| 47. | PACIFIC INVESTMENT MANAGEMENT CO. |
| 48. | PERKINS COIE LLP |
| 49. | POLSINELLI PC |
| 50. | PROSKAUER ROSE LLP |
| 51. | PURDUE AWSUMB & BAUDLER PA |
| 52. | RIDDELL WILLIAMS PS |
| 53. | SATTERLEE STEPHENS BURKE & BURKE LLP |
| 54. | SETPOINT INTEGRATED SOLUTIONS |
| 55. | SILLS CUMMIS & GROSS PC |
| 56. | STEFFES VINGIELLO & MCKENZIE LLC |
| 57. | STEVENS & LEE PC |
| 58. | SULLIVAN & CROMWELL LLP |
| 59. | TAUBMAN CO., THE |
| 60. | TAUBMAN LANDLORDS, THE |
| 61. | TCEH CREDITORS COMMITTEE |

62.    THORNDALE INDEPENDENT SCHOOL DISTRICT (TX)
63.    TROUTMAN SANDERS LLP
64.    TW TELECOM INC.
65.    TXU 2007-1 RAILCAR
66.    UNITED STATES DEPARTMENT OF TREASURY
67.    UNIVERSITY OF TEXAS AT ARLINGTON, THE
68.    UNIVERSITY OF TEXAS SYSTEM, THE
69.    URENCO
70.    US BANK NA
71.    VARNUM LLP
72.    VENABLE LLP
73.    VEOLIA
74.    WEIR & PARTNERS LLP
75.    WOMAC LAW

**OTHER PARTIES IN INTEREST**

1.    PALLAS REALTY ADVISORS INC.

**Schedule 2**

(to Klauder Declaration)

**Current and Former Clients**

| Matched Entity | Category with Respect to Party in Interest[1] | Relationship to BK [2] |
|---|---|---|
| General Electric Company | Unsecured Creditor | Former Client |
| Foster Wheeler Energy Corp. | Litigants | Former Client |
| IMO Delaval Inc. | Litigants | Former Client |
| IMO Industries Inc. | Litigants | Former Client |
| Ingersoll Rand Corp. | Litigants | Former Client |
| Ingersoll Rand Co. | Litigants | Former Client |

---

[1] These categories correspond to the categories listed in Schedule 1 and are for purposes of a conflicts check only. They should not be relied upon by any party as a list of creditors or for any other purpose.

[2] BK did not represent the Former Clients in any matters or interests that are connected to or adverse to EFH Corp.'s estate. The list is also a comprehensive list of former clients from the previous co-counsel, O'Kelly Ernst & Bielli, LLC.