**Exhibit D**

[Evans Declaration]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## DECLARATION OF DONALD I. EVANS IN SUPPORT OF DEBTOR ENERGY FUTURE HOLDINGS CORP.'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BIELLI & KLAUDER, LLC AS CO-COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION ENERGY FUTUREHOLDINGS CORP. EFFECTIVE *NUNC PRO TUNC* TO OCTOBER 1, 2015

I, Donald I. Evans, being duly sworn, state the following under penalty of perjury:

1.      I am the Executive Chairman of the Board of Directors of EFH Corp., located at 1601 Bryan Street, Dallas, TX 75201.

2.      I submit this declaration (the "Declaration") in support of *Debtor Energy Future Holdings Corp. Application for Entry of an Order Authorizing the Retention and Employment of Bielli & Klauder, LLC as Co-Counsel for Debtors and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to October 1, 2015* (the "Application").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Disinterested Directors' Selection of Counsel

3.      Based upon this Court's finding of an actual conflict in connection with the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving*

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

*the Form and Manner of Notice Thereof* [D.I. 2087] and in accordance with the *Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters*, entered September 16, 2014 [D.I. 2051], which authorized Billie I. Williamson and me, as EFH Corp.'s disinterested directors, to choose independent counsel if we determined it became necessary or prudent to do so with respect to a plan or inter-Debtor issue, Ms. Williamson and I determined that it was necessary to employ independent counsel and other advisors.  Ms. Williamson and I ultimately selected O'Kelly Ernst & Bielli, LLC ("OEB") as EFH Corp.'s co-counsel reporting to EFH Corp.'s disinterested directors.

4.      OEB's employment was approved by this Court, and OEB has been providing legal advice and representation to Ms. Williamson and me since November 19, 2014.   In September 2015, I learned that David M. Klauder, the OEB partner responsible for leading OEB's engagement, was leaving OEB and joining Bielli & Klauder, LLC ("BK"). Ms. Williamson and I consulted with Proskauer and Mr. Klauder about retaining BK to continue the representation of EFH Corp.'s disinterested directors, subject to this Court's approval.

5.      I believe that BK is well qualified and able to render professional serves to EFH Corp.'s disinterested directors in connection with "Conflict Matters" as defined in and pursuant to the authority delegated to the disinterested directors pursuant to resolutions of the EFH Corp. Board of Directors attached to the Application as Exhibit B (the "Resolution"), including the determination by EFH Corp.'s disinterested directors regarding whether any matter constitutes a Conflict Matter, in an efficient and timely manner.

### Rate Structure

6.      BK has informed EFH Corp. that its rates for bankruptcy representations are comparable to the rates BK charges for non-bankruptcy representations.

**Cost Supervision**

7.      EFH Corp. and BK developed a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, and any other orders of the Court, for the period from October 1, 2015, to December 31, 2015, recognizing that in the course of this massive chapter 11 case, there may be unforeseeable fees and expenses that will need to be addressed by EFH Corp. and BK. EFH Corp. further recognizes that it is its responsibility to monitor closely the billing practices of counsel to ensure the fees and expenses paid by the estate remain consistent with EFH Corp.'s expectations and the exigencies of EFH Corp.'s chapter 11 case. EFH Corp. will review the invoices that BK submits, and, together with BK, amend the budget and staffing plans periodically, as the case develops.

8.      As with its other professionals, EFH Corp. will bring discipline, predictability, client involvement and accountability to the counsel fees and expenses reimbursement process. While every chapter 11 case is unique, these budgets will provide guidance on the periods of time involved, the level of the attorneys and professionals that will work on various matters, and projections of average hourly rates for the attorneys and professionals for various matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

October 23, 2015                         By: */s/ Donald I. Evans*

                                        Name:  Donald I. Evans
                                        Title:    Executive Chairman, Board of
                                                   Directors, Energy Future Holdings
                                                   Corp.