## EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 1105 N. Market St. Suite 700 Wilmington, DE 19801 | Ninth Monthly Fee Statement 08/01/2015 through 08/31/2015 D.I. 6241 | $21,725.00 | $317.90 | 10/21/2015 | $17,380.00 | $317.90 | $4,345.00 |

SL1 1386972v1 109285.00006