# EXHIBIT D

## Details of Hours Expended

**Energy Future Holdings**
**Lazard Frères & Co. LLC**
**Summary of Services Rendered by Project**

**May 1, 2015 - August 31, 2015**

| Project # | Project Description | May | June | July | August | Total |
|---|---|---|---|---|---|---|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 19.5 | 48.5 | 38.5 | 17.5 | 124.0 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 1.5 | 1.5 | 1.0 | 5.5 | 9.5 |
| 3 | Preparation and/or Review of Court Filings | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 4 | Court Testimony/Deposition and Preparation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 5 | Valuation Analysis | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 6 | Capital Structure Review and Analysis | 0.0 | 11.5 | 0.0 | 0.0 | 11.5 |
| 7 | Merger & Acquisition Activity | 15.0 | 5.5 | 0.0 | 0.0 | 20.5 |
| 8 | Financing Including DIP and Exit Financing | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 33.0 | 78.0 | 86.5 | 127.0 | 324.5 |
| 10 | Fee Application, Engagement | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 11 | Employee Retention Program | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **TOTAL** | | **69.0** | **145.0** | **126.0** | **150.0** | **490.0** |

**Summary of Services Rendered by Professional**

| Name | May | June | July | August | Total |
|---|---|---|---|---|---|
| Tim Pohl, Managing Director | 16.0 | 24.5 | 25.5 | 10.0 | 76.0 |
| Tyler Cowan, Director | 30.0 | 39.5 | 38.5 | 40.0 | 148.0 |
| William Fox, Associate | 6.0 | 14.5 | 14.0 | 26.0 | 60.5 |
| Alex Gistis, Analyst | 13.0 | 61.0 | 45.5 | 74.0 | 193.5 |
| | | | | | 0.0 |
| Greg Keilin, Associate | 1.5 | 2.5 | 1.0 | 0.0 | 5.0 |
| Jeffrey Stine, Associate | 1.5 | 1.5 | 0.5 | 0.0 | 3.5 |
| Rajesh Regadeesh, Analyst | 1.0 | 1.5 | 1.0 | 0.0 | 3.5 |
| **TOTAL** | **69.0** | **145.0** | **126.0** | **150.0** | **490.0** |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Tim Pohl - Managing Director

| Date: | Description of Work: | Hours: | Code: |
|-------|---------------------|--------|-------|
| | **May 1 - May 31** | | |
| 05/04/15 | Sale Process Materials - Review | 1.5 | 7 |
| 05/06/15 | Call with TCEH Committee - Weekly | 0.5 | 1 |
| 05/07/15 | Oncor REIT Materials - Review | 2.0 | 9 |
| 05/11/15 | Call with TCEH Committee - Weekly | 0.5 | 1 |
| 05/14/15 | Oncor REIT Materials/Analysis - Review | 1.0 | 9 |
| 05/18/15 | Call with MoFo and FTI | 1.0 | 1 |
| 05/18/15 | Call with TCEH Committee - Weekly | 0.5 | 1 |
| 05/19/15 | Oncor REIT Materials/Analysis - Review | 2.0 | 9 |
| 05/23/15 | Sale Process Materials - Review | 1.0 | 7 |
| 05/25/15 | Call with TCEH Committee - Weekly | 0.5 | 1 |
| 05/27/15 | Sale Process Materials - Review | 1.0 | 7 |
| 05/28/15 | EFH Mediation Call | 2.0 | 1 |
| 05/29/15 | Oncor REIT Materials/Analysis - Review | 2.0 | 9 |
| 05/29/15 | Sale Process Materials - Review | 0.5 | 7 |
| | **May Hours:** | **16.0** | |
| | **June 1 - June 30** | | |
| 06/01/15 | Sale Process Materials - Review | 1.0 | 7 |
| 06/02/15 | Call with TCEH Committee - Weekly | 0.5 | 1 |
| 06/05/15 | Sale Process Materials - Review | 1.0 | 7 |
| 06/08/15 | Call with TCEH Committee - Weekly | 0.5 | 1 |
| 06/11/15 | TCEH Committee Advisor Meeting/Call | 2.0 | 1 |
| 06/12/15 | TCEH-Hunt Term Sheet - Review of Materials | 2.0 | 9 |
| 06/12/15 | Call with Debtor Professionals/TCEH Committee Professionals | 1.0 | 1 |
| 06/15/15 | Call with TCEH Committee - Weekly | 0.5 | 1 |
| 06/16/15 | TCEH-Hunt Term Sheet - Review of Analyses re Term Sheet | 2.0 | 9 |
| 06/16/15 | Call with TCEH Committee Professionals - REIT Term Sheets | 2.0 | 1 |
| 06/17/15 | Call with TCEH Committee Professionals - REIT Term Sheets | 2.0 | 1 |
| 06/18/15 | Call with HL - REIT Term Sheet | 1.0 | 1 |
| 06/18/15 | TCEH-Hunt Term Sheet - Review of Materials | 1.5 | 9 |
| 06/19/15 | TCEH-Hunt Term Sheet - Review of Analyses re Term Sheet | 1.5 | 9 |
| 06/20/15 | Sale Process Materials - Review | 0.5 | 7 |
| 06/23/15 | Draft Plan - Review of Materials | 1.0 | 9 |
| 06/24/15 | Call with TCEH Committee - Weekly | 1.0 | 1 |
| 06/25/15 | TCEH-Hunt Term Sheet - Review of Analyses re Term Sheet | 2.0 | 9 |
| 06/26/15 | TCEH-Hunt Term Sheet - Review of Analyses re Term Sheet | 0.5 | 9 |
| 06/27/15 | Review of Rights Offering Comparables | 0.5 | 9 |
| 06/29/15 | Call with TCEH Committee - Weekly | 0.5 | 1 |
| | **June Hours:** | **24.5** | |
| | **July 1 - July 31** | | |
| 07/01/15 | TCEH-Hunt Term Sheet - Review of Analyses re Term Sheet | 0.5 | 9 |
| 07/09/15 | TCEH-Hunt Term Sheet - Review of Analyses re Term Sheet | 1.0 | 9 |
| 07/10/15 | Plan Materials - Review of Materials | 2.0 | 9 |
| 07/13/15 | Plan Materials - Review of Materials | 1.0 | 9 |
| 07/13/15 | Call with TCEH Committee - Weekly | 1.0 | 1 |
| 07/13/15 | UCC Call - Follow-Up | 1.0 | 1 |
| 07/14/15 | Call with HL/PJS - REIT Term Sheet | 1.0 | 1 |
| 07/16/15 | TCEH-Hunt Term Sheet - Review of Analyses re Term Sheet | 0.5 | 9 |
| 07/16/15 | TCEH Committee Call - REIT Term Sheets | 1.0 | 1 |
| 07/16/15 | TCEH-Hunt Term Sheet - Review of Analyses re Term Sheet | 1.0 | 9 |
| 07/17/15 | TCEH Committee Professionals Call - Plan | 1.0 | 1 |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Tim Pohl - Managing Director

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| 07/19/15 | Plan Materials - Review of Materials | 0.5 | 9 |
| 07/20/15 | Call with TCEH Committee - Weekly | 0.5 | 1 |
| 07/20/15 | TCEH Committee Professionals Call - Term Sheets/Plan | 0.5 | 1 |
| 07/22/15 | TCEH-Hunt Term Sheet - Review of Analyses re Term Sheet | 1.5 | 9 |
| 07/22/15 | Plan Materials - Review of Materials | 1.0 | 9 |
| 07/23/15 | TCEH Committee Call - Update/Follow-Up | 0.5 | 1 |
| 07/26/15 | Plan Materials - Review of Materials | 2.0 | 9 |
| 07/27/15 | Plan Materials - Review of Materials | 0.5 | 9 |
| 07/27/15 | Call with TCEH Committee - Weekly | 0.5 | 1 |
| 07/27/15 | Call with EFH Professionals - Plan Term Sheets | 1.5 | 1 |
| 07/28/15 | TCEH Committee Call - Update/Follow-Up | 0.5 | 1 |
| 07/30/15 | TCEH-Hunt Term Sheet - Review of Analyses re Term Sheet | 2.5 | 9 |
| 07/30/15 | Plan Materials - Review of Materials | 1.0 | 9 |
| 07/31/15 | TCEH Committee Professionals Call - Term Sheets/Plan | 0.5 | 1 |
| 07/31/15 | TCEH Committee Call - Update/Follow-Up | 1.0 | 1 |
| **July Hours:** | | **25.5** | |

| August 1 - August 31 | | | |
|---|---|---|---|
| 08/03/15 | Call with MoFo/FTI | 0.5 | 1 |
| 08/03/15 | Weekly UCC Update Call | 1.0 | 1 |
| 08/07/15 | Update Call with UCC | 1.0 | 1 |
| 08/08/15 | Review of Proposed Plan Materials | 1.0 | 9 |
| 08/10/15 | Weekly UCC Update Call | 1.0 | 1 |
| 08/11/15 | Review of Proposed Plan Materials | 1.5 | 9 |
| 08/24/15 | Review Presentation Materials | 1.0 | 9 |
| 08/25/15 | Review Presentation Materials re Plan | 1.0 | 9 |
| 08/27/15 | Review Presentation Materials re Plan | 0.5 | 9 |
| 08/28/15 | Review Proposal by EFH Creditor | 0.5 | 9 |
| 08/31/15 | Weekly UCC Update Call | 1.0 | 1 |
| **August Hours:** | | **10.0** | |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Tyler Cowan - Director

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| **May 1 - May 31** | | | |
| 05/04/15 | Review Sale Process Materials | 2.0 | 7 |
| 05/05/15 | Review Sale Process Materials | 1.5 | 7 |
| 05/06/15 | Weekly UCC Call | 0.5 | 1 |
| 05/07/15 | Call with FTI re REIT Structure | 1.0 | 9 |
| 05/07/15 | Review Oncor Transmission REIT Materials | 1.5 | 9 |
| 05/11/15 | Weekly UCC Call | 0.5 | 1 |
| 05/12/15 | Tax Call with Debtor Professionals | 1.0 | 1 |
| 05/14/15 | Review Oncor Transmission REIT Materials/Analysis | 1.0 | 9 |
| 05/14/15 | Call with FTI re REIT Structure | 0.5 | 9 |
| 05/15/15 | Call with Oncor Management re Projections | 1.5 | 9 |
| 05/18/15 | Call with MoFo/FTI | 1.0 | 1 |
| 05/18/15 | Weekly UCC Call | 0.5 | 1 |
| 05/19/15 | Review of Oncor REIT Materials/Analysis | 1.5 | 9 |
| 05/20/15 | Review of Oncor REIT Materials/Analysis | 2.0 | 9 |
| 05/23/15 | Review Sale Process Materials | 2.5 | 7 |
| 05/25/15 | Weekly UCC Call | 0.5 | 1 |
| 05/26/15 | Tax Call with Debtor Professionals | 0.5 | 1 |
| 05/26/15 | Call with FTI re REIT Structure | 1.0 | 9 |
| 05/27/15 | Review Sale Process Materials | 1.5 | 7 |
| 05/28/15 | EFH Mediation Call | 2.0 | 1 |
| 05/28/15 | Review of Oncor REIT Materials/Analysis | 1.0 | 9 |
| 05/29/15 | Review of Oncor REIT Materials/Analysis | 1.5 | 9 |
| 05/29/15 | Review Sale Process Materials | 1.5 | 7 |
| 05/30/15 | Review Sale Process Materials | 2.0 | 7 |
| **May Hours:** | | **30.0** | |
| **June 1 - June 30** | | | |
| 06/01/15 | Review Sale Process Materials | 0.5 | 7 |
| 06/02/15 | Weekly UCC Call | 0.5 | 1 |
| 06/03/15 | Review Sale Process Materials | 0.5 | 7 |
| 06/05/15 | Review Sale Process Materials | 0.5 | 7 |
| 06/08/15 | Weekly UCC Call | 0.5 | 1 |
| 06/08/15 | Tax Call with Debtor Professionals | 1.0 | 1 |
| 06/08/15 | Review Sale Process Materials | 0.5 | 7 |
| 06/10/15 | Review Sale Process Materials | 0.5 | 7 |
| 06/11/15 | TCEH Committee Advisor Meeting/Call | 2.0 | 1 |
| 06/12/15 | Review TCEH/Hunt Term Sheet | 1.5 | 9 |
| 06/12/15 | Call with Debtor Professionals/TCEH Committee Professionals | 1.0 | 1 |
| 06/15/15 | Weekly UCC Call | 0.5 | 1 |
| 06/15/15 | Review of TCEH/Hunt Term Sheet Analysis | 1.5 | 9 |
| 06/16/15 | Review of TCEH/Hunt Term Sheet Analysis | 1.5 | 9 |
| 06/16/15 | Call with Committee Professionals re REIT Term Sheets | 2.0 | 1 |
| 06/17/15 | Review TCEH/Hunt Term Sheet | 1.0 | 9 |
| 06/17/15 | Review of TCEH/Hunt Term Sheet Analysis | 1.0 | 9 |
| 06/17/15 | Call with Committee Professionals re REIT Term Sheets | 2.0 | 1 |
| 06/18/15 | Travel from Chicago to NY | 4.0 | 1 |
| 06/18/15 | Meeting with Committee | 2.0 | 1 |
| 06/18/15 | Call re REIT Term Sheet with FTI | 1.0 | 1 |
| 06/18/15 | Call re REIT Term Sheet with HL | 1.0 | 1 |
| 06/19/15 | Travel from NY to Chicago | 4.0 | 1 |
| 06/19/15 | Review Sale Process Materials | 0.5 | 7 |
| 06/21/15 | Review Draft Plan | 1.0 | 9 |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Tyler Cowan - Director

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| 06/23/15 | Call with PJS re REIT Term Sheet | 0.5 | 1 |
| 06/23/15 | Call with FTI re REIT Term Sheet | 1.0 | 1 |
| 06/24/15 | Weekly UCC Call | 1.0 | 1 |
| 06/24/15 | Review of TCEH/Hunt Term Sheet Analysis | 1.0 | 9 |
| 06/25/15 | Review of TCEH/Hunt Term Sheet Analysis | 1.5 | 9 |
| 06/25/15 | Call with FTI re REIT Term Sheet | 0.5 | 1 |
| 06/26/15 | Review of Rights Offering Comparables | 1.0 | 9 |
| 06/29/15 | Weekly UCC Call | 0.5 | 1 |
| 06/30/15 | Review of TCEH/Hunt Term Sheet Analysis | 0.5 | 9 |
| **June Hours:** | | **39.5** | |
| | **July 1 - July 31** | | |
| 07/07/15 | Review of TCEH/Hunt Term Sheet Analysis | 3.0 | 9 |
| 07/09/15 | Review Plan Materials | 1.5 | 9 |
| 07/11/15 | Review Plan Materials | 1.0 | 9 |
| 07/12/15 | Review Plan Materials | 0.5 | 9 |
| 07/13/15 | Weekly UCC Call | 1.0 | 1 |
| 07/13/15 | Follow-Up UCC Call | 1.0 | 1 |
| 07/13/15 | Review of TCEH/Hunt Term Sheet Analysis | 1.5 | 9 |
| 07/14/15 | Review Plan Materials | 1.0 | 9 |
| 07/14/15 | Review of TCEH/Hunt Term Sheet Analysis | 2.0 | 9 |
| 07/14/15 | Call re REIT Term Sheet with HL/PJS | 1.0 | 1 |
| 07/15/15 | Review of TCEH/Hunt Term Sheet Analysis | 1.5 | 9 |
| 07/16/15 | UCC Call re REIT Term Sheets | 1.0 | 1 |
| 07/16/15 | Review of TCEH/Hunt Term Sheet Analysis | 1.5 | 9 |
| 07/17/15 | UCC Professionals Call re Plan | 1.0 | 1 |
| 07/17/15 | Review Plan Materials | 1.5 | 9 |
| 07/20/15 | Weekly UCC Call | 0.5 | 1 |
| 07/20/15 | UCC Professionals Call re Term Sheets/Plan | 0.5 | 1 |
| 07/20/15 | Review of TCEH/Hunt Term Sheet Analysis | 1.0 | 9 |
| 07/20/15 | Review Plan Materials | 2.0 | 9 |
| 07/21/15 | Review Plan Materials | 1.0 | 9 |
| 07/22/15 | Review Plan Materials | 1.0 | 9 |
| 07/23/15 | Review of TCEH/Hunt Term Sheet Analysis | 1.0 | 9 |
| 07/23/15 | Follow-Up UCC Call - Update | 0.5 | 1 |
| 07/25/15 | Review Plan Materials | 1.5 | 9 |
| 07/26/15 | Review Plan Materials | 1.0 | 9 |
| 07/27/15 | Weekly UCC call | 0.5 | 1 |
| 07/27/15 | Call with EFH Professionals re Plan Term Sheets | 1.5 | 1 |
| 07/28/15 | Follow-Up UCC Call - Update | 0.5 | 1 |
| 07/28/15 | Review Plan Materials | 2.0 | 9 |
| 07/29/15 | Review Plan Materials | 1.5 | 9 |
| 07/30/15 | Call re Plan Term Sheets with PJS | 1.0 | 1 |
| 07/31/15 | UCC Professionals Call re Term Sheets/Plan | 0.5 | 1 |
| 07/31/15 | Follow-Up UCC Call - Update | 1.0 | 1 |
| **July Hours:** | | **38.5** | |
| | **August 1 - August 31** | | |
| 08/03/15 | Call with MoFo/FTI | 0.5 | 1 |
| 08/03/15 | Weekly UCC Call | 1.0 | 1 |
| 08/07/15 | UCC Update Call | 1.0 | 1 |
| 08/08/15 | Review Plan Documents | 3.0 | 9 |
| 08/09/15 | Review Plan Documents | 2.5 | 9 |
| 08/10/15 | Weekly UCC Call | 1.0 | 1 |
| 08/10/15 | Review Plan Documents | 2.5 | 9 |
| 08/21/15 | Review Plan Documents & Prepare Summary Presentation Materials | 4.0 | 9 |
| 08/22/15 | Review Plan Documents & Prepare Summary Presentation Materials | 3.5 | 9 |
| 08/23/15 | Review Plan Documents & Prepare Summary Presentation Materials | 5.0 | 9 |
| 08/24/15 | Review Plan Documents & Prepare Summary Presentation Materials | 4.5 | 9 |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Tyler Cowan - Director

| Date: | Description of Work: | Hours: | Code: |
|-------|---------------------|--------|-------|
| 08/25/15 | Review Plan Documents & Prepare Summary Presentation Materials | 6.0 | 9 |
| 08/27/15 | Review Plan Documents & Prepare Summary Presentation Materials | 3.0 | 9 |
| 08/28/15 | Review Creditor Proposal | 1.5 | 9 |
| 08/31/15 | Weekly UCC Call | 1.0 | 1 |
| | **August Hours:** | **40.0** | |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
William Fox - Associate

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| | **May 1 - May 31** | | |
| 05/06/15 | UCC Weekly Update Call | 0.5 | 1 |
| 05/11/15 | UCC Weekly Update Call | 0.5 | 1 |
| 05/12/15 | Financial review & diligence - post-LBO transactions | 4.0 | 9 |
| 05/18/15 | UCC Weekly Update Call | 0.5 | 1 |
| 05/25/15 | UCC Weekly Update Call | 0.5 | 1 |
| | **May Hours:** | **6.0** | |
| | **June 1 - June 30** | | |
| 06/02/15 | UCC Weekly Update Call | 0.5 | 1 |
| 06/08/15 | UCC Weekly Update Call | 0.5 | 1 |
| 06/18/15 | Call re Term Sheet with HL | 1.0 | 1 |
| 06/18/15 | Preparation & Review - Term Sheet Analyses | 3.5 | 9 |
| 06/23/15 | Preparation & Review - Term Sheet Analyses | 2.5 | 9 |
| 06/24/15 | UCC Weekly Update Call | 1.0 | 1 |
| 06/24/15 | Preparation & Review - Term Sheet Analyses | 3.0 | 9 |
| 06/29/15 | UCC Weekly Update Call | 0.5 | 1 |
| 06/29/15 | Preparation & Review - Term Sheet Analyses | 2.0 | 9 |
| | **June Hours:** | **14.5** | |
| | **July 1 - July 31** | | |
| 07/13/15 | UCC Discussion - Call | 1.0 | 1 |
| 07/13/15 | Preparation & Review - Term Sheet Analyses | 2.0 | 9 |
| 07/14/15 | Call re Term Sheet with HL | 1.0 | 1 |
| 07/15/15 | Preparation & Review - Term Sheet Analyses | 4.0 | 9 |
| 07/16/15 | UCC Discussion - Call | 1.0 | 1 |
| 07/17/15 | UCC Professionals Discussion - Call | 1.0 | 1 |
| 07/20/15 | UCC Weekly Update Call | 0.5 | 1 |
| 07/20/15 | Preparation & Review - Term Sheet Analyses | 1.5 | 9 |
| 07/20/15 | UCC Professionals Discussion - Call | 0.5 | 1 |
| 07/23/15 | UCC Discussion - Call | 0.5 | 1 |
| 07/23/15 | Preparation & Review - Term Sheet Analyses | 1.0 | 9 |
| | **July Hours:** | **14.0** | |
| | **August 1 - August 31** | | |
| 08/03/15 | Preparation & Review - Term Sheet Analyses | 2.0 | 9 |
| 08/05/15 | Review of financial analysis - deficiencies | 0.5 | 9 |
| 08/05/15 | Review of Plan, DS and PSA | 1.5 | 9 |
| 08/07/15 | UCC call - update | 1.0 | 1 |
| 08/07/15 | Review exhibits and plan documents | 2.0 | 9 |
| 08/08/15 | Review plan terms/term sheet analysis | 2.0 | 9 |
| 08/10/15 | Weekly UCC Call | 1.0 | 1 |
| 08/10/15 | Review Plan Documents | 2.5 | 9 |
| 08/10/15 | Financial review & analysis re: plan terms/term sheet | 2.5 | 2 |
| 08/19/15 | Professionals call | 0.5 | 1 |
| 08/21/15 | Prepare summary materials | 2.0 | 9 |
| 08/25/15 | Prepare summary materials | 1.0 | 9 |
| 08/26/15 | Financial analysis of deficiencies | 1.0 | 9 |
| 08/26/15 | Prepare summary materials | 3.0 | 9 |
| 08/27/15 | Prepare summary materials | 1.0 | 9 |
| 08/28/15 | Review of creditor term sheet | 1.5 | 9 |
| 08/31/15 | Weekly UCC Call | 1.0 | 1 |
| | **August Hours:** | **26.0** | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Alex Gistis - Analyst

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| **May 1 - May 31** | | | |
| 05/01/15 | Financial review re: company financial results/projections | 1.5 | 2 |
| 05/06/15 | Weekly UCC call | 0.5 | 1 |
| 05/11/15 | Weekly UCC call | 0.5 | 1 |
| 05/12/15 | Financial analysis & diligence re: post-LBO transactions | 4.0 | 9 |
| 05/13/15 | Financial analysis & diligence re: post-LBO transactions | 2.0 | 9 |
| 05/15/15 | Financial review & diligence re: Oncor REIT materials | 1.0 | 9 |
| 05/18/15 | Weekly UCC call | 0.5 | 1 |
| 05/18/15 | Financial review & diligence re: Oncor REIT materials | 1.0 | 9 |
| 05/22/15 | Financial analysis & diligence re: post-LBO transactions | 0.5 | 9 |
| 05/25/15 | Weekly UCC call | 0.5 | 1 |
| 05/28/15 | Financial review & diligence re: Oncor REIT materials | 0.5 | 9 |
| 05/29/15 | Financial review & diligence re: Oncor REIT materials | 0.5 | 9 |
| **May Hours:** | | **13.0** | |
| **June 1 - June 30** | | | |
| 06/01/15 | Financial review re: company financial results/projections | 0.5 | 2 |
| 06/02/15 | Weekly UCC call | 0.5 | 1 |
| 06/02/15 | Financial review re: company financial results/projections | 0.5 | 2 |
| 06/08/15 | Weekly UCC call | 0.5 | 1 |
| 06/15/15 | Financial review & analysis re: claims/recovery | 7.0 | 6 |
| 06/16/15 | Financial review & analysis re: claims/recovery | 4.5 | 6 |
| 06/16/15 | Financial review & analysis re: plan terms/term sheet | 5.0 | 9 |
| 06/17/15 | Financial review & analysis re: plan terms/term sheet | 8.0 | 9 |
| 06/18/15 | Call re Term Sheet - HL | 1.0 | 1 |
| 06/18/15 | Financial review & analysis re: plan terms/term sheet | 8.5 | 9 |
| 06/19/15 | Financial review & analysis re: plan terms/term sheet | 5.5 | 9 |
| 06/20/15 | Financial review & analysis re: plan terms/term sheet | 4.0 | 9 |
| 06/23/15 | Financial review & analysis re: plan terms/term sheet | 5.5 | 9 |
| 06/23/15 | Call with FTI re Term Sheet | 1.0 | 1 |
| 06/24/15 | Financial review & analysis re: plan terms/term sheet | 2.5 | 9 |
| 06/29/15 | Weekly UCC call | 0.5 | 1 |
| 06/29/15 | Financial review & analysis re: plan terms/term sheet | 5.5 | 9 |
| 06/30/15 | Financial review re: company financial results/projections | 0.5 | 2 |
| **June Hours:** | | **61.0** | |
| **July 1 - July 31** | | | |
| 07/07/15 | Financial review & analysis re: plan terms/term sheet | 1.5 | 9 |
| 07/10/15 | Financial review re: company financial results/projections | 0.5 | 2 |
| 07/13/15 | UCC call - follow-up | 1.0 | 1 |
| 07/13/15 | Financial review & analysis re: plan terms/term sheet | 6.5 | 9 |
| 07/13/15 | Review of debt trading prices | 1.0 | 9 |
| 07/14/15 | Financial review & analysis re: plan terms/term sheet | 3.0 | 9 |
| 07/14/15 | Call re Term Sheet - HL | 1.0 | 1 |
| 07/15/15 | Financial review & analysis re: plan terms/term sheet | 7.0 | 9 |
| 07/16/15 | UCC call - update | 1.0 | 1 |
| 07/16/15 | Financial review & analysis re: plan terms/term sheet | 3.0 | 9 |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Alex Gistis - Analyst

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| 07/17/15 | UCC professionals call | 1.0 | 1 |
| 07/20/15 | Weekly UCC call | 0.5 | 1 |
| 07/20/15 | Financial review & analysis re: plan terms/term sheet | 3.5 | 9 |
| 07/20/15 | UCC professionals call | 0.5 | 1 |
| 07/22/15 | Financial review & analysis re: plan terms/term sheet | 4.5 | 9 |
| 07/23/15 | UCC call - update | 0.5 | 1 |
| 07/23/15 | Financial review & analysis re: plan terms/term sheet | 6.0 | 9 |
| 07/27/15 | Weekly UCC call | 0.5 | 1 |
| 07/28/15 | UCC call - update | 0.5 | 1 |
| 07/30/15 | Call re Term Sheet - PJSC | 1.0 | 1 |
| 07/31/15 | UCC call - update | 1.0 | 1 |
| 07/31/15 | Financial review re: company financial results/projections | 0.5 | 2 |
| **July Hours:** | | **45.5** | |

| August 1 - August 31 | | | |
|---|---|---|---|
| 08/03/15 | Call with MoFo/FTI | 0.5 | 1 |
| 08/03/15 | Weekly UCC Call | 1.0 | 1 |
| 08/03/15 | Financial review re: company financial results/projections | 0.5 | 2 |
| 08/03/15 | Financial review & analysis re: plan terms/term sheet | 6.0 | 9 |
| 08/05/15 | Financial analysis of deficiencies | 4.0 | 9 |
| 08/05/15 | Review exhibits to DS | 3.0 | 9 |
| 08/07/15 | UCC call - update | 1.0 | 1 |
| 08/07/15 | Review exhibits and plan documents | 2.0 | 9 |
| 08/08/15 | Financial review & analysis re: plan terms/term sheet | 8.0 | 9 |
| 08/09/15 | Review revised plan materials | 2.5 | 9 |
| 08/10/15 | Weekly UCC Call | 1.0 | 1 |
| 08/10/15 | Review Plan Documents | 2.5 | 9 |
| 08/10/15 | Financial review & analysis re: plan terms/term sheet | 2.5 | 2 |
| 08/19/15 | Professionals call | 0.5 | 1 |
| 08/21/15 | Prepare summary materials | 5.0 | 9 |
| 08/22/15 | Financial review & analysis re: plan terms/term sheet | 5.0 | 9 |
| 08/22/15 | Prepare summary materials | 3.0 | 9 |
| 08/24/15 | Financial review & analysis re: plan terms/term sheet | 3.0 | 9 |
| 08/24/15 | Financial review & analysis re: plan terms/term sheet | 4.5 | 9 |
| 08/25/15 | Prepare summary materials and financial analysis | 8.0 | 9 |
| 08/26/15 | Financial analysis of deficiencies | 1.0 | 9 |
| 08/26/15 | Prepare summary materials | 4.0 | 9 |
| 08/27/15 | Prepare summary materials | 3.0 | 9 |
| 08/28/15 | Analysis of creditor proposal | 1.5 | 9 |
| 08/31/15 | Weekly UCC Call | 1.0 | 1 |
| **August Hours:** | | **74.0** | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Greg Keilin - Associate

| Date: | Description of Work: | Hours: | Code: |
|-------|---------------------|--------|-------|
| | **May 1 - May 31** | | |
| 05/11/15 | UCC Weekly Catch-Up | 0.5 | 1 |
| 05/18/15 | UCC Weekly Catch-Up | 0.5 | 1 |
| 05/25/15 | UCC Weekly Catch-Up | 0.5 | 1 |
| | **May Hours:** | **1.5** | |
| | **June 1 - June 30** | | |
| 06/02/15 | UCC Weekly Catch-Up | 0.5 | 1 |
| 06/08/15 | UCC Weekly Catch-Up | 0.5 | 1 |
| 06/15/15 | UCC Weekly Catch-Up | 0.5 | 1 |
| 06/24/15 | UCC Weekly Catch-Up | 1.0 | 1 |
| | **June Hours:** | **2.5** | |
| | **July 1 - July 31** | | |
| 07/13/15 | UCC Weekly Catch-Up | 1.0 | 1 |
| | **July Hours:** | **1.0** | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Jeffrey Stine - Associate

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| | **May 1 - May 31** | | |
| 05/06/15 | UCC Call - weekly | 0.5 | 1 |
| 05/11/15 | UCC Call - weekly | 0.5 | 1 |
| 05/18/15 | UCC Call - weekly | 0.5 | 1 |
| | **May Hours:** | **1.5** | |
| | **June 1 - June 30** | | |
| 06/02/15 | UCC Call - weekly | 0.5 | 1 |
| 06/08/15 | UCC Call - weekly | 0.5 | 1 |
| 06/15/15 | UCC Call - weekly | 0.5 | 1 |
| | **June Hours:** | **1.5** | |
| | **July 1 - July 31** | | |
| 07/27/15 | UCC Call - weekly | 0.5 | 1 |
| | **July Hours:** | **0.5** | |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Rajesh Jegadeesh - Analyst

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| | **May 1 - May 31** | | |
| 05/11/15 | Weekly Call w/ UCC | 0.5 | 1 |
| 05/25/15 | Weekly Call w/ UCC | 0.5 | 1 |
| | **May Hours:** | **1.0** | |
| | **June 1 - June 30** | | |
| 06/15/15 | Weekly Call w/ UCC | 0.5 | 1 |
| 06/22/15 | Weekly Call w/ UCC | 0.5 | 1 |
| 06/29/15 | Weekly Call w/ UCC | 0.5 | 1 |
| | **June Hours:** | **1.5** | |
| | **July 1 - July 31** | | |
| 07/13/15 | Weekly Call w/ UCC | 1.0 | 1 |
| | **July Hours:** | **1.0** | |