# EXHIBIT E

# Fee Calculation & Details of Expenses

**Energy Future Holdings**
**Fourth Interim Application**
**Lazard Frères & Co. LLC**

**May 1, 2015 - August 31, 2015**

### Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fee: May 1, 2015 - May 31, 2015 | $250,000.00 [1] |
| Monthly Fee: June 1, 2015 - June 30, 2015 | 250,000.00 |
| Monthly Fee: July 1, 2015 - July 31, 2015 | 250,000.00 |
| Monthly Fee: August 1, 2015 - August 31, 2015 | 250,000.00 |
| **TOTAL** | **$1,000,000.00** |

### Summary of Out-of-Pocket Expenses [2]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $152.16 |
| Electronic Information Service | 354.58 |
| Employee Meals | 128.36 |
| Meals-Meetings/Travel | 33.89 |
| Travel | 896.47 |
| **TOTAL** | **$1,565.46** |

---

[1] *Lazard's retention was approved pursuant to the terms set forth in the Engagement Letter dated May 14, 2014 (the "Engagement Letter").*

[2] *Additional expense detail will be furnished upon request.*

**Energy Future Holdings**
**Fourth Interim Application**
**Lazard Frères & Co. LLC**

May 1, 2015 – August 31, 2015

## Summary of Out-of-Pocket Expenses [1]

| Item | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|
| Car Services and Taxis | $120.00 | $0.00 | $0.00 | $32.16 | $152.16 |
| Electronic Information Service | 75.00 | 0.00 | 239.58 | 40.00 | 354.58 |
| Employee Meals | 69.81 | 0.00 | 0.00 | 58.55 | 128.36 |
| Meals-Meetings/Travel | 33.89 | 0.00 | 0.00 | 0.00 | 33.89 |
| Travel | 896.47 | 0.00 | 0.00 | 0.00 | 896.47 |
| **TOTAL** | **$1,195.17** | **$0.00** | **$239.58** | **$130.71** | **$1,565.46** |

*(1) Additional expense detail will be furnished upon request.*

**LAZARD**

EFH_Lazard's 4th Interim Expense Details_May-Aug 2015.xlsx — Exp Details_May 15

DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 01-Jan-1900 | | 0.00 |
| Car Services and Taxis | | | |
| | 28-May-2015 | Cowan-NY/Car Service/Morri&Foers-LGA 04/23/2015 / AMEX | 60.00 |
| | 28-May-2015 | Cowan-NY/Car Service/LGA-Lazard 04/23/2015 / AMEX | 60.00 |
| | | Subtotal: | 120.00 |
| Electronic Information Service | | | |
| | 28-May-2015 | Investext April 15 / THOMSON REUTERS (MARKETS) LLC | 75.00 |
| | | Subtotal: | 75.00 |
| Employee Meals | | | |
| | 13-May-2015 | Gistis-Chicago/Freshii/Dinner-1p 03/31/2015 / AMEX | 20.00 |
| | 13-May-2015 | Gistis-Chicago/Freshii/Dinner-2p 03/27/2015 / AMEX | 15.08 |
| | 13-May-2015 | Gistis-Chicago/Roti/Dinner-1p 04/02/2015 / AMEX | 11.93 |
| | 13-May-2015 | Gistis-Chicago/Chipotle/Dinner-1p 04/06/2015 / AMEX | 11.55 |
| | 13-May-2015 | Gistis-Chicago/McDonalds/Dinner-1p 04/05/2015 / AMEX | 11.25 |
| | | Subtotal: | 69.81 |
| Meals-Meetings/Travel | | | |
| | 28-May-2015 | Cowan-LGA/Lennys/Lunch - 1p 04/23/2015 / AMEX | 14.28 |
| | 28-May-2015 | Cowan-LGA/Auntie Annes/Dinner -1p 04/23/2015 / AMEX | 10.22 |
| | 28-May-2015 | Cowan-ORD/Starbucks/Breakfast - 1p 04/23/2015 / AMEX | 9.39 |
| | | Subtotal: | 33.89 |
| Travel | | | |
| | 28-May-2015 | Cowan-UA/ LGA-ORD/ Coach 04/23/2015 / AMEX | 526.53 |
| | 28-May-2015 | Cowan-UA/ ORD-LGA/ Coach 04/23/2015 / AMEX | 369.94 |
| | | Subtotal: | 896.47 |
| | | CLOSING BALANCE as of 31-May-2015 | 1,195.17 |

EFH_Lazard's 4th Interim Expense Details_May-Aug 2015.xlsx / DEAL OPEN ITEMS BY CATEGORY / Exp Detail_Jul 15

# LAZARD

ALL EXPENSES

**CHI00531 - The Official Committee of Unse**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 01-Jan-1900 | | 0.00 |
| Electronic Information Service | | | |
| | 03-Jun-2015 | Moody's Mar 2015 / MOODY'S ANALYTICS, INC. | 65.33 |
| | 29-Jul-2015 | Investext June 15 / THOMSON REUTERS (MARKETS) LLC | 108.75 |
| | 29-Jul-2015 | Investext June 15 / THOMSON REUTERS (MARKETS) LLC | 65.50 |
| | | Subtotal: | 239.58 |
| | | CLOSING BALANCE as of 31-Jul-2015 | 239.58 |

EFH_Lazard's 4th Interim Expense Details_May-Aug 2015.xlsx / DEAL OPEN ITEMS BY CATEGORY    Exp Detail_Aug 15

# LAZARD

## ALL EXPENSES

### CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| OPENING BALANCE | 01-Jan-1900 | | | 0.00 |
| **Car Services and Taxis** | | | | |
| | 07-Aug-2015 | Gistis-Chicago/Uber/Home-Work 06/14/2015 Time: 10:00 / AMEX | | 16.91 |
| | 07-Aug-2015 | Gistis-Chicago/Taxi/Work-Home 06/14/2015 Time: 16:33 / AMEX | | 15.25 |
| | | | Subtotal: | 32.16 |
| **Electronic Information Service** | | | | |
| | 27-Aug-2015 | SPRating June 15 / STANDARD & POOR'S FINANCIAL SERVICES LLC | | 40.00 |
| | | | Subtotal: | 40.00 |
| **Employee Meals** | | | | |
| | 07-Aug-2015 | Gistis-Chicago/Chipotle/DInner-1p 06/23/2015 / AMEX | | 14.59 |
| | 07-Aug-2015 | Gistis-Chicago/NoodlesCo/Dinner-1p 06/17/2015 / AMEX | | 9.48 |
| | 07-Aug-2015 | Gistis-Chicago/NoodlesCo/Dinner-1p 06/17/2015 / AMEX | | 9.48 |
| | 17-Aug-2015 | Gistis-Chicago/HashHouse/Dinner-6p 07/06/2015 / AMEX | | 25.00 |
| | | | Subtotal: | 58.55 |
| | | CLOSING BALANCE as of 31-Aug-2015 | | 130.71 |