**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Kurt F. Gwynne, Esq. hereby certify that on this 23rd day of October, 2015, I caused a true and correct copy of the **(REDACTED VERSION) OBJECTION OF THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE FOR THE PCRB CLAIMS, TO CONFIRMATION OF THE FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP.,** *ET AL.***, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE** to be served upon the addresses on the attached service list via electronic mail.

Dated: October 23, 2015        By:   */s/ Kurt F. Gwynne*
                                     Kurt F. Gwynne (No. 3951)

*In re Energy Future Holdings Corp., Case No. 14-10979 (CSS)*
**Service List for DS Discovery**

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (a) the Debtors; | jsowa@kirkland.com<br>alexander.davis@kirkland.com<br>michael.esser@kirkland.com<br>jonathan.ganter@kirkland.com<br>SHessler@kirkland.com<br>rhowell@kirkland.com<br>CHusnick@kirkland.com<br>howard.kaplan@kirkland.com<br>amcgaan@kirkland.com<br>MMcKane@kirkland.com<br>WPruitt@kirkland.com<br>brogers@kirkland.com<br>esassower@kirkland.com<br>bschartz@kirkland.com<br>steven.serajeddini@kirkland.com<br>anthony.sexton@kirkland.com<br>bstephany@kirkland.com<br>ksturek@kirkland.com<br>holly.trogdon@kirkland.com<br>andrew.welz@kirkland.com<br>jgould@kirkland.com<br>collins@RLF.com<br>defranceschi@RLF.com<br>madron@rlf.com<br>travis.langenkamp@kirkland.com<br>anna.terteryan@kirkland.com<br>austin.klar@kirkland.com<br>james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>chad.husnick@kirkland.com<br>steven.serajeddini@kirkland.com | Edward O. Sassower, P.C.<br>Stephen Hessler<br>Brian E. Schartz<br>Mark E. McKane<br>William Pruitt<br>Bryan Stephany<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br><br>James H.M. Sprayregen, P.Ac.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL  60654<br><br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>**RICHARDS, LAYTON & FINGER, P.A**<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700 |

- 3 -

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (b) the ad hoc group of TCEH first lien lenders (the "TCEH First Lien Ad Hoc Group") and the members thereof; | abernstein@paulweiss.com<br>adenhoff@paulweiss.com<br>aehrlich@paulweiss.com<br>akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>edso@paulweiss.com<br>jadlerstein@paulweiss.com<br>kcornish@paulweiss.com<br>mnadler@paulweiss.com<br>katescherling@quinnemanuel.com<br>RBartley@ycst.com | Andrew J. Ehrlich<br>Jacob A. Adlerstein<br>Adam J. Bernstein<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000 |
| (c) Wilmington Trust, N.A., as TCEH first lien collateral agent and first lien administrative agent; | kotwick@sewkis.com<br>ashmead@sewkis.com<br>DeBaecke@BlankRome.com | Mark D. Kotwick<br>John Ashmead<br>**SEWARD & KISSEL LLP**<br>One Battery Park Plaza<br>New York, NY 10004<br>Telephone: 212-574-1200<br><br>Michael D. DeBaecke<br>**BLANK ROME LLP**<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: 302.425.6400 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (d) those certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates; | mjoyce@crosslaw.com<br>gary.kaplan@friedfrank.com<br>matthew.roose@friedfrank.com<br>Israel.david@friedfrank.com<br>Samuel.groner@friedfrank.com<br>Jesse.ryan.loffler@friedfrank.com<br>brad.eric.scheler@friedfrank.com<br>joseph.bueche@friedfrank.com<br>Jocelyn.Ryan@friedfrank.com<br>gshumaker@jonesday.com<br>brosenblum@jonesday.com<br>wglaxton@jonesday.com | Michael J. Joyce<br>**CROSS & SIMON, LLC**<br>913 N. Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, Delaware 19899-1380 Telephone: (302) 777-4200<br><br>Gary L. Kaplan<br>Matthew M. Roose<br>Brad Eric Scheler<br>**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000 |
| (e) the ad hoc group of EFH legacy noteholders; | aglenn@kasowitz.com<br>dfliman@kasowitz.com<br>DRosner@kasowitz.com | David Rosner<br>Andrew Glenn<br>Daniel Fliman<br>**KASOWITZ, BENSON, TORRES & FRIEDMAN**<br>1633 Broadway, 22nd Floor<br>New York, NY 10019<br>Telephone: (212) 506-1726 |
| (f) Texas Energy Future Holdings Limited Partnership, as EFH Corp.'s equity holder; | akherring@wlrk.com<br>eakleinhaus@wlrk.com<br>jlynch@wlrk.com<br>rgmason@wlrk.com | Richard G. Mason<br>John F. Lynch<br>Emil A. Kleinhaus<br>Angela K. Herring<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000 |

| **Participating Parties**<br>([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (g) American Stock Transfer & Trust Company, LLC, as indenture trustee for the EFH notes; | rpedone@nixonpeabody.com<br>adarwin@nixonpeabody.com<br>eschneider@nixonpeabody.com<br>mnighan@nixonpeabody.com | Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>Morgan Nighan<br>**NIXON PEABODY LLP**<br>100 Summer Street<br>Boston, MA 02100<br>Telephone: 617-345-1000 |
| (h) Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for the EFIH second lien notes; | ghorowitz@kramerlevin.com<br>agoodman@kramerlevin.com<br>nhertzbunzl@kramerlevin.com<br>abyowitz@kramerlevin.com<br>RRinger@KRAMERLEVIN.com | Gregory A. Horowitz<br>Alissa R. Goodman<br>Noah Hertz-Bunzl<br>Rachael Ringer<br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100 |

| Participating Parties ([D.I. 4497], Par. 3) | Email | Official Service |
|---|---|---|
| (i) the ad hoc group of EFIH "PIK" noteholders; | idizengoff@akingump.com<br>aqureshi@akingump.com<br>salberino@akingump.com<br>sbaldini@akingump.com<br>rboller@akingump.com<br>ccarty@akingump.com<br>jnewdeck@akingump.com<br>nmoss@akingump.com<br>rtizravesh@akingump.com | Ira Dizengoff<br>Abid Qureshi<br>Stephen M. Baldini<br>Joanna Newdeck<br>Naomi Moss<br>Robert J. Boller<br>Christopher W. Carty<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>Scott L. Alberino<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>Roxanne Tizravesh<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1111 Louisiana Street<br>44th Floor<br>Houston, TX 77002-5200<br>Telephone: (713) 220-5800<br>Facsimilie: (713) 236-0822 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (j) UMB Bank, as indenture trustee for the EFIH unsecured notes; | hkaplan@foley.com<br>mhebbeln@foley.com<br>lapeterson@foley.com<br>bgfelder@foley.com<br>jfriedman@foley.com<br>mdean@foley.com<br>rlemisch@klehr.com<br>sbrennecke@klehr.com | Harold Kaplan<br>Mark Hebbeln<br>Lars Peterson<br>**FOLEY & LARDNER LLP**<br>321 N. Clark St., Suite 2800 Chicago, IL 60654-5313<br>Telephone: (312) 832-4500<br>Facsimile: (312) 832-4700<br><br>Barry Felder<br>Jonathan Friedman<br>Melissa Dean<br>**FOLEY & LARDNER LLP**<br>90 Park Avenue<br>New York, NY 10016-1314<br>Phone: 212-682-7474<br>Fax: 212-687-2329<br><br>Raymond H. Lemisch<br>Sean Brennecke<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Phone: 302-552-5530<br>Fax: 302-426-9193 |

| **Participating Parties**<br>([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (k) the TCEH Creditors' Committee; | alawrence@mofo.com<br>aprinci@mofo.com<br>brettmiller@mofo.com<br>ckerr@mofo.com<br>erichards@mofo.com<br>jmarines@mofo.com<br>ksadeghi@mofo.com<br>lmarinuzzi@mofo.com<br>smartin@mofo.com<br>tgoren@mofo.com<br>jpeck@mofo.com | James M. Peck<br>Brett H. Miller<br>Lorenzo M Arinuzzi<br>Charles L. Kerr<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000 |
| (l) the EFH Creditors' Committee; | gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br>ipvw@sullcrom.com | Brian D. Glueckstein<br>Alexa J. Kranzley<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000 |
| (m) Wilmington Savings Fund Society, FSB, as the indenture trustee for the TCEH second lien notes, and the ad hoc consortium of TCEH second lien noteholders; | jcoffey@brownrudnick.com<br>jdmarshall@brownrudnick.com<br>jjonas@brownrudnick.com<br>jstoll@brownrudnick.com<br>MJackson@brownrudnick.com<br>spoddar@brownrudnick.com<br>alauchheimer@brownrudnick.com<br>eweisfelner@brownrudnick.com | Edward S. Weisfelner<br>**BROWN RUDNICK LLP**<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800 |
| (n) the Ad Hoc Group of TCEH Unsecured Noteholders; | tlauria@whitecase.com<br>charles.koster@whitecase.com<br>cshore@whitecase.com<br>daudette@whitecase.com<br>gstarner@whitecase.com<br>mbrown@whitecase.com<br>mshepherd@whitecase.com<br>harrison.denman@whitecase.com<br>jason.bartlett@whitecase.com | J. Christopher Shore<br>Gregory M. Starner<br>**WHITE & CASE LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 819-8200 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (o) Law Debenture Trust Company of New York, as the indenture trustee for the TCEH unsecured notes; | bguiney@pbwt.com<br>dalowenthal@pbwt.com<br>cdent@pbwt.com | Daniel A. Lowenthal<br>Brian P. Guiney<br>Craig W. Dent<br>**PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>Telephone: (212) 336-2000 |
| (p) Delaware Trust Company (f/k/a CSC Trust Company of Delaware), as successor indenture trustee for the 11.5% senior secured TCEH first lien notes; and | TMoss@perkinscoie.com<br>Dzazove@perkinscoie.com | Tina Moss<br>**PERKINS COIE**<br>30 Rockefeller Plaza<br>22nd Floor<br>New York, New York 10112-0085<br>Telephone: (212) 262-6900<br>Facsimile: (212) 977-1649<br><br>Daniel Zazove<br>**PERKINS COIE LLP**<br>131 South Dearborn Street, Suite 1700<br>Chicago, Illinois 60603-5559 Telephone: (312) 324-8605 Facsimile: (312) 324-9605 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (q) Pacific Investment Management Co. LLC, as investment manager for certain holders of certain EFIH First Lien Notes | JSSabin@Venable.com<br>Julia.frost-davies@morganlewis.com<br>christopher.carter@morganlewis.com | Jeffrey Sabin<br>**VENABLE**<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Flr.<br>New York, NY 10020<br>Telephone: (212) 503-0672<br><br>Julia Frost-Davies<br>Christopher Carter<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Federal Street<br>Boston, MA 02110<br>Telephone: ( 617) 951-8000 |
| U.S. Trustee | Richard.Schepacarter@usdoj.gov<br>Andrea.B.Schwartz@usdoj.gov | Richard L. Schepacarter<br>**U.S. DEPARTMENT OF JUSTICE**<br>Office of the United State Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207,<br>Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br><br>Andrea B. Schwartz<br>**U.S. DEPARTMENT OF JUSTICE**<br>Office of the U.S. Trustee Southern District of New York<br>201 Varick Street, Room 1006<br>New York, New York 10014<br>Telephone: (212) 510-0531 |

| Participating Parties ([D.I. 4497], Par. 3) | Email | Official Service |
|---|---|---|
| Counsel for TCEH Debtors | bradley.schneider@mto.com<br>john.spiegel@mto.com<br>kevin.allred@mto.com<br>thomas.walper@mto.com<br>seth.goldman@mto.com<br>dprimack@mdmc-law.com | Brad Schneider<br>John Spiegel<br>Kevin Allred<br>Thomas Walper<br>Seth Goldman<br>**MUNGER, TOLLES & OLSON**<br>355 South Grand Ave.<br>35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br><br>David P. Primack<br>**MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP**<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>Facsimile: (302) 654-4031 |

| **Participating Parties**<br>([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| Counsel for Debtor Energy Future Intermediate Holding Company LLC | mpaskin@cravath.com<br>tbroad@cravath.com<br>rlevin@jenner.com<br>jhh@stevenslee.com | Michael A. Paskin<br>Trevor Broad<br>**CRAVATH, SWAINE & MOORE LLP**<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br><br>Richard Levin<br>**JENNER & BLOCK**<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1600<br><br>Joseph H. Huston, Jr.<br>**STEVENS & LEE, P.C.**<br>1105 N. Market Street, Suite 700<br>Wilmington, DE  19801<br>Telephone:  (302) 425-3310<br>Facsimile:  (302) 371-7927 |

| **Participating Parties**<br>([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| Counsel for Debtor Energy Future Holdings Corp. | MFirestein@proskauer.com<br>mthomas@proskauer.com<br>jmarwil@proskauer.com<br>JAllen@proskauer.com<br>jroche@proskauer.com<br>lrappaport@proskauer.com<br>dklauder@oeblegal.com<br>sdougherty@oeblegal.com | Michael Firestein<br>Jennifer Roche<br>Larry Alan Rappaport<br>**PROSKAUER**<br>2049 Century Park East<br>Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 557-2900<br><br>Mark Thomas<br>Jeff Marwil<br>**PROSKAUER**<br>Three First National Plaza<br>70 West Madison<br>Suite 3800<br>Chicago, IL 60602-4342<br>Telephone: (312) 962-3550<br><br>Julie Allen<br>**PROSKAUER**<br>Eleven Times Square (Eighth Avenue & 41st Street) New York, NY 10036-8299 Telephone: (212) 969-3000<br><br>David M. Klauder<br>Shannon J. Dougherty<br>**O'KELLY ERNST & BIELLI, LLC**<br>901 N. Market Street, Suite 1000<br>Wilmington, DE  19801<br>Telephone:  (302) 778-4000<br>Facsimile:  (302) 295-2873 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| Counsel to Delaware Trust Company, as indenture trustee and collateral trustee<br><br>Attn: Sandra E. Horwitz<br>2711 Centerville Road<br>Wilmington, DE 19808<br><br>[D.I. 5122 Filed 07/28/15] | Philip.Anker@wilmerhale.com<br>Charles.Platt@wilmerhale.com<br>Dennis.Jenkins@wilmerhale.com<br>Isley.Gostin@wilmerhale.com<br>david.gringer@wilmerhale.com<br>James.Millar@dbr.com<br>todd.schiltz@dbr.com<br>Keith.Wofford@ropesgray.com<br>Mark.Somerstein@ropesgray.com<br>Ross.Martin@ropesgray.com<br>Andrew.Devore@ropesgray.com<br>npernick@co1eschotz.com<br>kstickles@coleschotz.com<br>wusatine@coleschotz.com | Philip D. Anker / Charles C. Platt<br>**WILMER CUTLER PICKERING HALE & DORR LLP**<br>7 World Trade Center, 250 Greenwich Street, New York, NY 10007<br>Telephone: (212) 230-8800 / Facsimile: (212) 230-8888<br><br>Dennis L. Jenkins<br>**WILMER CUTLER PICKERING HALE & DORR LLP**<br>60 State Street, Boston, MA 021 09<br>Telephone: (617) 526-6000 / Facsimile: (617) 526-5000<br><br>James H. Millar<br>**DRINKER BIDDLE & REATH LLP**<br>1177 Ave. of the Americas, 41st Floor, NY, NY 10036-2714 Telephone: 212-248-3264 / Facsimile: 212-248-3141<br><br>Todd C. Schiltz<br>**DRINKER BIDDLE & REATH LLP**<br>222 Delaware Ave, Suite 141 0, Wilmington, DE 19801<br>Telephone: (302) 467-4200 / Facsimile: (302) 467-4201<br><br>Norman L. Pernick (DE 2290) / J. Kate Stickles (DE 2917)<br>**COLE SCHOTZ P.C.**<br>500 Delaware Avenue, Suite 1410, Wilmington, DE 19801<br>Telephone: (302) 652-3131 / Facsimile: (302) 652-3117<br><br>Warren A. Usatine<br>**COLE SCHOTZ P.C.**<br>25 Main Street, P.O. Box 800, Hackensack, NJ 07602<br>Telephone: (201) 489-3000 / Facsimile: (201) 489-1536<br><br>Keith H. Wofford / Mark R. Somerstein<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas, New York, NY 10036-8704<br>Telephone: (212) 596-9000 / Facsimile: 212-596-9090<br><br>D. Ross Martin / Andrew G. |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| Counsel to Holt Texas, Ltd. d/b/a Holt Cat ("Holt")<br><br>1956 South W.W. White Rd. San Antonio, Texas 78222<br><br>[D.I. 5124 Filed 07/28/15] | mblacker@jw.com | Monica S. Blacker<br>**JACKSON WALKER L.L.P.**<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202<br>Telephone: (214)953-6000<br>Facsimile: (214) 953-5822 |
| Counsel to Veolia ES Industrial Services, Inc. ("Veolia")<br><br>Attn: Van A. Cates, Esq.<br>14055 Riveredge Drive<br>Tampa, FL 33637<br>van.cates@veolia.com.<br><br>[D.I. 5157 Filed 07/29/15] | dbarney@gibbonslaw.com<br>nsongonuga@gibbonslaw.com | Dale E. Barney, Esq.,<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Telephone: (973) 596-4500<br><br>Natasha M. Songonuga, Esq.<br>**GIBBONS P.C.**<br>1000 N. West Street<br>Suite 1200<br>Wilmington, DE 19801-1058<br>Telephone: (302) 295-4875<br>Facsimile: (302) 295-4876 |