# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esq. hereby certify that on this 23rd day of October, 2015, I caused a true and correct copy of the **(UN-REDACTED VERSION) OBJECTION OF THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE FOR THE PCRB CLAIMS, TO CONFIRMATION OF THE FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP.,** *ET AL.***, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE** to be served upon the addresses on the attached service in the manner indicated.

Dated:  October 23, 2015          By:     */s/ Kurt F. Gwynne*
                                                    Kurt F. Gwynne (No. 3951)

**SERVICE LIST**

| **VIA HAND DELIVERY**<br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>**RICHARDS, LAYTON & FINGER, P.A**<br>920 North King Street<br>Wilmington, Delaware 19801<br>(Counsel to the Debtors') | **VIA FIRST CLASS MAIL**<br>Edward O. Sassower, P.C.<br>Stephen Hessler<br>Brian E. Schartz<br>Mark E. McKane<br>William Pruitt<br>Bryan Stephany<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>(Counsel to the Debtors') |
|---|---|
| **VIA FIRST CLASS MAIL**<br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, IL  60654<br>(Counsel to the Debtors') | **VIA FIRST CLASS MAIL**<br>James M. Peck<br>Brett H. Miller<br>Lorenzo M Arinuzzi<br>Charles L. Kerr<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019-9601<br>(Counsel to the TCEH Creditors' Committee) |
| **VIA FIRST CLASS MAIL**<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>(Counsel to the EFH Creditors' Committee) | **VIA HAND DELIVERY**<br>Richard L. Schepacarter<br>**U.S. DEPARTMENT OF JUSTICE**<br>Office of the United State Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207,<br>Lockbox 35<br>Wilmington, DE 19801<br>(U.S. Trustee) |