# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esq. hereby certify that on this 23rd day of October, 2015, I caused a true and correct copy of the **(REDACTED VERSION) OBJECTION OF THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE FOR THE PCRB CLAIMS, TO THE MOTION OF ENERGY FUTURE HOLDINGS CORP.,** *ET AL.***, TO APPROVE A SETTLEMENT OF LITIGATION CLAIMS AND AUTHORIZE THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE SETTLEMENT AGREEMENT AND HEARING THEREON** to be served upon the addresses on the attached service list via electronic mail.

Dated: October 23, 2015     By:   */s/ Kurt F. Gwynne*
                                         Kurt F. Gwynne (No. 3951)

*In re Energy Future Holdings Corp., Case No. 14-10979 (CSS)*

**Service List for DS Discovery**

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (a) the Debtors; | jsowa@kirkland.com<br>alexander.davis@kirkland.com<br>michael.esser@kirkland.com<br>jonathan.ganter@kirkland.com<br>SHessler@kirkland.com<br>rhowell@kirkland.com<br>CHusnick@kirkland.com<br>howard.kaplan@kirkland.com<br>amcgaan@kirkland.com<br>MMcKane@kirkland.com<br>WPruitt@kirkland.com<br>brogers@kirkland.com<br>esassower@kirkland.com<br>bschartz@kirkland.com<br>steven.serajeddini@kirkland.com<br>anthony.sexton@kirkland.com<br>bstephany@kirkland.com<br>ksturek@kirkland.com<br>holly.trogdon@kirkland.com<br>andrew.welz@kirkland.com<br>jgould@kirkland.com<br>collins@RLF.com<br>defranceschi@RLF.com<br>madron@rlf.com<br>travis.langenkamp@kirkland.com<br>anna.terteryan@kirkland.com<br>austin.klar@kirkland.com<br>james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>chad.husnick@kirkland.com<br>steven.serajeddini@kirkland.com | Edward O. Sassower, P.C.<br>Stephen Hessler<br>Brian E. Schartz<br>Mark E. McKane<br>William Pruitt<br>Bryan Stephany<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br><br>James H.M. Sprayregen, P.Ac.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL  60654<br><br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>**RICHARDS, LAYTON & FINGER, P.A**<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (b) the ad hoc group of TCEH first lien lenders (the "TCEH First Lien Ad Hoc Group") and the members thereof; | abernstein@paulweiss.com<br>adenhoff@paulweiss.com<br>aehrlich@paulweiss.com<br>akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>edso@paulweiss.com<br>jadlerstein@paulweiss.com<br>kcornish@paulweiss.com<br>mnadler@paulweiss.com<br>katescherling@quinnemanuel.com<br>RBartley@ycst.com | Andrew J. Ehrlich<br>Jacob A. Adlerstein<br>Adam J. Bernstein<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000 |
| (c) Wilmington Trust, N.A., as TCEH first lien collateral agent and first lien administrative agent; | kotwick@sewkis.com<br>ashmead@sewkis.com<br>DeBaecke@BlankRome.com | Mark D. Kotwick<br>John Ashmead<br>**SEWARD & KISSEL LLP**<br>One Battery Park Plaza<br>New York, NY 10004<br>Telephone: 212-574-1200<br><br>Michael D. DeBaecke<br>**BLANK ROME LLP**<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: 302.425.6400 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (d) those certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates; | mjoyce@crosslaw.com<br>gary.kaplan@friedfrank.com<br>matthew.roose@friedfrank.com<br>Israel.david@friedfrank.com<br>Samuel.groner@friedfrank.com<br>Jesse.ryan.loffler@friedfrank.com<br>brad.eric.scheler@friedfrank.com<br>joseph.bueche@friedfrank.com<br>Jocelyn.Ryan@friedfrank.com<br>gshumaker@jonesday.com<br>brosenblum@jonesday.com<br>wglaxton@jonesday.com | Michael J. Joyce<br>**CROSS & SIMON, LLC**<br>913 N. Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, Delaware 19899-1380 Telephone: (302) 777-4200<br><br>Gary L. Kaplan<br>Matthew M. Roose<br>Brad Eric Scheler<br>**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000 |
| (e) the ad hoc group of EFH legacy noteholders; | aglenn@kasowitz.com<br>dfliman@kasowitz.com<br>DRosner@kasowitz.com | David Rosner<br>Andrew Glenn<br>Daniel Fliman<br>**KASOWITZ, BENSON, TORRES & FRIEDMAN**<br>1633 Broadway, 22nd Floor<br>New York, NY 10019<br>Telephone: (212) 506-1726 |
| (f) Texas Energy Future Holdings Limited Partnership, as EFH Corp.'s equity holder; | akherring@wlrk.com<br>eakleinhaus@wlrk.com<br>jlynch@wlrk.com<br>rgmason@wlrk.com | Richard G. Mason<br>John F. Lynch<br>Emil A. Kleinhaus<br>Angela K. Herring<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (g) American Stock Transfer & Trust Company, LLC, as indenture trustee for the EFH notes; | rpedone@nixonpeabody.com<br>adarwin@nixonpeabody.com<br>eschneider@nixonpeabody.com<br>mnighan@nixonpeabody.com | Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>Morgan Nighan<br>**NIXON PEABODY LLP**<br>100 Summer Street<br>Boston, MA 02100<br>Telephone: 617-345-1000 |
| (h) Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for the EFIH second lien notes; | ghorowitz@kramerlevin.com<br>agoodman@kramerlevin.com<br>nhertzbunzl@kramerlevin.com<br>abyowitz@kramerlevin.com<br>RRinger@KRAMERLEVIN.com | Gregory A. Horowitz<br>Alissa R. Goodman<br>Noah Hertz-Bunzl<br>Rachael Ringer<br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (i) the ad hoc group of EFIH "PIK" noteholders; | idizengoff@akingump.com<br>aqureshi@akingump.com<br>salberino@akingump.com<br>sbaldini@akingump.com<br>rboller@akingump.com<br>ccarty@akingump.com<br>jnewdeck@akingump.com<br>nmoss@akingump.com<br>rtizravesh@akingump.com | Ira Dizengoff<br>Abid Qureshi<br>Stephen M. Baldini<br>Joanna Newdeck<br>Naomi Moss<br>Robert J. Boller<br>Christopher W. Carty<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>Scott L. Alberino<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>Roxanne Tizravesh<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1111 Louisiana Street<br>44th Floor<br>Houston, TX 77002-5200<br>Telephone: (713) 220-5800<br>Facsimilie: (713) 236-0822 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (j) UMB Bank, as indenture trustee for the EFIH unsecured notes; | hkaplan@foley.com<br>mhebbeln@foley.com<br>lapeterson@foley.com<br>bgfelder@foley.com<br>jfriedman@foley.com<br>mdean@foley.com<br>rlemisch@klehr.com<br>sbrennecke@klehr.com | Harold Kaplan<br>Mark Hebbeln<br>Lars Peterson<br>**FOLEY & LARDNER LLP**<br>321 N. Clark St., Suite 2800 Chicago, IL 60654-5313<br>Telephone: (312) 832-4500<br>Facsimile: (312) 832-4700<br><br>Barry Felder<br>Jonathan Friedman<br>Melissa Dean<br>**FOLEY & LARDNER LLP**<br>90 Park Avenue<br>New York, NY 10016-1314<br>Phone: 212-682-7474<br>Fax: 212-687-2329<br><br>Raymond H. Lemisch<br>Sean Brennecke<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Phone: 302-552-5530<br>Fax: 302-426-9193 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (k) the TCEH Creditors' Committee; | alawrence@mofo.com<br>aprinci@mofo.com<br>brettmiller@mofo.com<br>ckerr@mofo.com<br>erichards@mofo.com<br>jmarines@mofo.com<br>ksadeghi@mofo.com<br>lmarinuzzi@mofo.com<br>smartin@mofo.com<br>tgoren@mofo.com<br>jpeck@mofo.com | James M. Peck<br>Brett H. Miller<br>Lorenzo M Arinuzzi<br>Charles L. Kerr<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000 |
| (l) the EFH Creditors' Committee; | gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br>ipvw@sullcrom.com | Brian D. Glueckstein<br>Alexa J. Kranzley<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000 |
| (m) Wilmington Savings Fund Society, FSB, as the indenture trustee for the TCEH second lien notes, and the ad hoc consortium of TCEH second lien noteholders; | jcoffey@brownrudnick.com<br>jdmarshall@brownrudnick.com<br>jjonas@brownrudnick.com<br>jstoll@brownrudnick.com<br>MJackson@brownrudnick.com<br>spoddar@brownrudnick.com<br>alauchheimer@brownrudnick.com<br>eweisfelner@brownrudnick.com | Edward S. Weisfelner<br>**BROWN RUDNICK LLP**<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (n) the Ad Hoc Group of TCEH Unsecured Noteholders; | tlauria@whitecase.com<br>charles.koster@whitecase.com<br>cshore@whitecase.com<br>daudette@whitecase.com<br>gstarner@whitecase.com<br>mbrown@whitecase.com<br>mshepherd@whitecase.com<br>harrison.denman@whitecase.com<br>jason.bartlett@whitecase.com | J. Christopher Shore<br>Gregory M. Starner<br>**WHITE & CASE LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 819-8200 |
| (o) Law Debenture Trust Company of New York, as the indenture trustee for the TCEH unsecured notes; | bguiney@pbwt.com<br>dalowenthal@pbwt.com<br>cdent@pbwt.com | Daniel A. Lowenthal<br>Brian P. Guiney<br>Craig W. Dent<br>**PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>Telephone: (212) 336-2000 |
| (p) Delaware Trust Company (f/k/a CSC Trust Company of Delaware), as successor indenture trustee for the 11.5% senior secured TCEH first lien notes; and | TMoss@perkinscoie.com<br>Dzazove@perkinscoie.com | Tina Moss<br>**PERKINS COIE**<br>30 Rockefeller Plaza<br>22nd Floor<br>New York, New York 10112-0085<br>Telephone: (212) 262-6900<br>Facsimile: (212) 977-1649<br><br>Daniel Zazove<br>**PERKINS COIE LLP**<br>131 South Dearborn Street, Suite 1700 Chicago, Illinois 60603-5559 Telephone: (312) 324-8605<br>Facsimile: (312) 324-9605 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| (q) Pacific Investment Management Co. LLC, as investment manager for certain holders of certain EFIH First Lien Notes | JSSabin@Venable.com<br>Julia.frost-davies@morganlewis.com<br>christopher.carter@morganlewis.com | Jeffrey Sabin<br>**VENABLE**<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Flr.<br>New York, NY 10020<br>Telephone: (212) 503-0672<br><br>Julia Frost-Davies<br>Christopher Carter<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Federal Street<br>Boston, MA 02110<br>Telephone: ( 617) 951-8000 |
| U.S. Trustee | Richard.Schepacarter@usdoj.gov<br>Andrea.B.Schwartz@usdoj.gov | Richard L. Schepacarter<br>**U.S. DEPARTMENT OF JUSTICE**<br>Office of the United State Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207,<br>Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br><br>Andrea B. Schwartz<br>**U.S. DEPARTMENT OF JUSTICE**<br>Office of the U.S. Trustee<br>Southern District of New York<br>201 Varick Street, Room 1006<br>New York, New York 10014<br>Telephone: (212) 510-0531 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| Counsel for TCEH Debtors | bradley.schneider@mto.com<br>john.spiegel@mto.com<br>kevin.allred@mto.com<br>thomas.walper@mto.com<br>seth.goldman@mto.com<br>dprimack@mdmc-law.com | Brad Schneider<br>John Spiegel<br>Kevin Allred<br>Thomas Walper<br>Seth Goldman<br>**MUNGER, TOLLES & OLSON**<br>355 South Grand Ave.<br>35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br><br>David P. Primack<br>**MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP**<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE  19801<br>Telephone:  (302) 300-4515<br>Facsimile:  (302) 654-4031 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| Counsel for Debtor Energy Future Intermediate Holding Company LLC | mpaskin@cravath.com<br>tbroad@cravath.com<br>rlevin@jenner.com<br>jhh@stevenslee.com | Michael A. Paskin<br>Trevor Broad<br>**CRAVATH, SWAINE & MOORE LLP**<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br><br>Richard Levin<br>**JENNER & BLOCK**<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1600<br><br>Joseph H. Huston, Jr.<br>**STEVENS & LEE, P.C.**<br>1105 N. Market Street, Suite 700<br>Wilmington, DE  19801<br>Telephone:  (302) 425-3310<br>Facsimile:  (302) 371-7927 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| Counsel for Debtor Energy Future Holdings Corp. | MFirestein@proskauer.com<br>mthomas@proskauer.com<br>jmarwil@proskauer.com<br>JAllen@proskauer.com<br>jroche@proskauer.com<br>lrappaport@proskauer.com<br>dklauder@oeblegal.com<br>sdougherty@oeblegal.com | Michael Firestein<br>Jennifer Roche<br>Larry Alan Rappaport<br>**PROSKAUER**<br>2049 Century Park East<br>Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 557-2900<br><br>Mark Thomas<br>Jeff Marwil<br>**PROSKAUER**<br>Three First National Plaza 70 West Madison<br>Suite 3800<br>Chicago, IL 60602-4342 Telephone: (312) 962-3550<br><br>Julie Allen<br>**PROSKAUER**<br>Eleven Times Square<br>(Eighth Avenue & 41st Street) New York, NY 10036-8299 Telephone: (212) 969-3000<br><br>David M. Klauder<br>Shannon J. Dougherty<br>**O'KELLY ERNST & BIELLI, LLC**<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 778-4000<br>Facsimile: (302) 295-2873 |

| **Participating Parties** ([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| Counsel to Delaware Trust Company, as indenture trustee and collateral trustee<br><br>Attn: Sandra E. Horwitz 2711 Centerville Road Wilmington, DE 19808<br><br>[D.I. 5122 Filed 07/28/15] | Philip.Anker@wilmerhale.com<br>Charles.Platt@wilmerhale.com<br>Dennis.Jenkins@wilmerhale.com<br>Isley.Gostin@wilmerhale.com<br>david.gringer@wilmerhale.com<br>James.Millar@dbr.com<br>todd.schiltz@dbr.com<br>Keith.Wofford@ropesgray.com<br>Mark.Somerstein@ropesgray.com<br>Ross.Martin@ropesgray.com<br>Andrew.Devore@ropesgray.com<br>npernick@co1eschotz.com<br>kstickles@coleschotz.com<br>wusatine@coleschotz.com | Philip D. Anker / Charles C. Platt<br>**WILMER CUTLER PICKERING HALE & DORR LLP**<br>7 World Trade Center, 250 Greenwich Street, New York, NY 10007<br>Telephone: (212) 230-8800 / Facsimile: (212) 230-8888<br><br>Dennis L. Jenkins<br>**WILMER CUTLER PICKERING HALE & DORR LLP**<br>60 State Street, Boston, MA 021 09<br>Telephone: (617) 526-6000 / Facsimile: (617) 526-5000<br><br>James H. Millar<br>**DRINKER BIDDLE & REATH LLP**<br>1177 Ave. of the Americas, 41st Floor, NY, NY 10036-2714<br>Telephone: 212-248-3264 / Facsimile: 212-248-3141<br><br>Todd C. Schiltz<br>**DRINKER BIDDLE & REATH LLP**<br>222 Delaware Ave, Suite 141 0, Wilmington, DE 19801<br>Telephone: (302) 467-4200 / Facsimile: (302) 467-4201<br><br>Norman L. Pernick (DE 2290) / J. Kate Stickles (DE 2917)<br>**COLE SCHOTZ P.C.**<br>500 Delaware Avenue, Suite 1410, Wilmington, DE 19801<br>Telephone: (302) 652-3131 / Facsimile: (302) 652-3117<br><br>Warren A. Usatine<br>**COLE SCHOTZ P.C.**<br>25 Main Street, P.O. Box 800, Hackensack, NJ 07602<br>Telephone: (201) 489-3000 / Facsimile: (201) 489-1536<br><br>Keith H. Wofford / Mark R. Somerstein<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas, New York, NY 10036-8704<br>Telephone: (212) 596-9000 / Facsimile: 212-596-9090<br><br>D. Ross Martin / Andrew G. Devore<br>**ROPES & GRAY LLP**<br>Prudential Tower, 800 Boylston St., Boston, MA 02199-3600 Telephone: (617) 951-7000 / Facsimile: (617) 951-7050 |

| **Participating Parties**<br>([D.I. 4497], Par. 3) | **Email** | **Official Service** |
|---|---|---|
| Counsel to Holt Texas, Ltd. d/b/a Holt Cat ("Holt")<br><br>1956 South W.W. White Rd. San Antonio, Texas 78222<br><br>[D.I. 5124 Filed 07/28/15] | mblacker@jw.com | Monica S. Blacker<br>**JACKSON WALKER L.L.P.**<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202<br>Telephone: (214)953-6000<br>Facsimile: (214) 953-5822 |
| Counsel to Veolia ES Industrial Services, Inc. ("Veolia")<br><br>Attn: Van A. Cates, Esq. 14055 Riveredge Drive Tampa, FL 33637<br>van.cates@veolia.com.<br><br>[D.I. 5157 Filed 07/29/15] | dbarney@gibbonslaw.com<br>nsongonuga@gibbonslaw.com | Dale E. Barney, Esq.,<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Telephone: (973) 596-4500<br><br>Natasha M. Songonuga, Esq.<br>**GIBBONS P.C.**<br>1000 N. West Street<br>Suite 1200<br>Wilmington, DE 19801-1058<br>Telephone: (302) 295-4875<br>Facsimile: (302) 295-4876 |