# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esq. hereby certify that on this 23rd day of October, 2015, I caused a true and correct copy of the **(UN-REDACTED VERSION) OBJECTION OF THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE FOR THE PCRB CLAIMS, TO THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, TO APPROVE A SETTLEMENT OF LITIGATION CLAIMS AND AUTHORIZE THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE SETTLEMENT AGREEMENT AND HEARING THEREON** to be served upon the addresses on the attached service list in the manner indicated.

Dated:  October 23, 2015       By:  */s/ Kurt F. Gwynne*
                                                           Kurt F. Gwynne (No. 3951)

**SERVICE LIST**

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>**RICHARDS, LAYTON & FINGER, P.A**<br>920 North King Street<br>Wilmington, Delaware 19801<br>(Counsel to the Debtors') | **VIA FIRST CLASS MAIL**<br>Edward O. Sassower, P.C.<br>Stephen Hessler<br>Brian E. Schartz<br>Mark E. McKane<br>William Pruitt<br>Bryan Stephany<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>(Counsel to the Debtors') |
| **VIA FIRST CLASS MAIL**<br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, IL 60654<br>(Counsel to the Debtors') | **VIA FIRST CLASS MAIL**<br>James M. Peck<br>Brett H. Miller<br>Lorenzo M Arinuzzi<br>Charles L. Kerr<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019-9601<br>(Counsel to the TCEH Creditors' Committee) |
| **VIA FIRST CLASS MAIL**<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>(Counsel to the EFH Creditors' Committee) | **VIA HAND DELIVERY**<br>Richard L. Schepacarter<br>**U.S. DEPARTMENT OF JUSTICE**<br>Office of the United State Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207,<br>Lockbox 35<br>Wilmington, DE 19801<br>(U.S. Trustee) |