IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    )
                                           ) SS
NEW CASTLE COUNTY  )

Brittany Hambleton being duly sworn according to law, deposes and says that she is an employee of Parcels, Inc., and that on or before October 22, 2015, she caused a copy of the following document to be served by first class U.S. Mail on the service list attached hereto as Exhibit A:

- **RESERVATION OF RIGHTS BY TXU 2007-1 RAILCAR LEASING LLC WITH RESPECT TO FIFTH AMENDED JOINT PLAN OF REORGANIZATION**

_____
Brittany Hambleton

SWORN TO AND SUBSCRIBED before me this 22nd day of October, 2015.

_____
NOTARY PUBLIC

*[Notary Seal: SPENCER ALLAN ANSPACH, MY COMMISSION EXPIRES ON July 07, 2017, NOTARY PUBLIC, NEW CASTLE COUNTY, STATE OF DELAWARE]*

_____

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.