**EXHIBIT A**

| | |
|---|---|
| Kirkland & Ellis LLP<br>Attn:  Edward O. Sassower, P.C.<br>Attn:  Stephen E. Hessler, Esq.<br>Attn:  Brian E. Schartz, Esq.<br>601 Lexington Avenue<br>New York, NY 10022 | Richards, Layton & Finger, P.A.<br>Attn:  Mark D. Collins, Esq.<br>Attn:  Daniel J. DeFranceschi, Esq.<br>Attn:  Jason M. Madron, Esq.<br>920 North King Street<br>Wilmington, DE 19801 |
| Attn: James H.M. Sprayregen, P.C.<br>Attn: Marc Kieselstein, P.C.<br>Attn: Chad J. Husnick, Esq.<br>Attn: Steven N. Serajeddini, Esq.<br>300 North LaSalle<br>Chicago, IL 60654 | Proskauer Rose LLP<br>Attn:  Jess J. Marwil, Esq.<br>Attn:  Mark K. Thomas, Esq.<br>Attn:  Peter J. Young, Esq.<br>Three First National Plaza<br>70 W. Madison ST STE 3800<br>Chicago, IL 60602 |
| Bielli & Klauder, LLC<br>Attn:  David M. Klauder, Esq.<br>1204 N. King Street<br>Wilmington, DE 19801 | Munger, Tolles & Olson LLP<br>Attn:  Thomas B. Walper, Esq.<br>Attn:  Seth Goldman, Esq.<br>Attn:  John W. Spiegel, Esq.<br>355 S. Grand Ave 35th Floor<br>Los Angeles, CA 90071 |
| McElroy, Deutsch, Muvaney & Carpenter, LLP<br>Attn:  David P. Primack, Esq.<br>300 Delaware Ste 770<br>Wilmington, DE 19801 | Cravath, Swain & Moore LLP<br>Attn:  Michael A. Paskin, Esq.<br>Worldwide Plaza<br>825 Eighth Ave<br>New York, NY 10019-7475 |
| Stevens & Lee PC<br>Attn:  Joseph H. Huston Jr., Esq.<br>1105 N. Market St STE 700<br>Wilmington, DE 19801 | Jenner & Block LLP<br>Attn:  Richard Levin, Esq.<br>919 Third Ave<br>New York, NY 10022-3908 |

| | |
|---|---|
| The Office of the United States Trustee<br>for the District of Delaware<br>Attn: Richard L. Schepacarter, Esq.<br>Attn: Andrea B. Schwartz, Esq.<br>844 King Street<br>Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Morrison & Foerster LLP<br>Attn: James M. Peck, Esq.<br>Attn: Brett H. Miller, Esq.<br>Attn: Lorenzo Marinuzzi, Esq.<br>Attn: Todd M. Goren, Esq.<br>Attn: Samantha Martin, Esq.<br>250 West 55th Street<br>New York, NY 10019 |
| Polsinelli PC<br>Attn: Christopher A. Ward, Esq.<br>Attn: Justin K. Edelson, Esq.<br>Attn: Shanti M. Katona, Esq.<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 | Sullivan & Cromwell LLP<br>Attn: Andrew G. Dietderich, Esq.<br>Attn: Brian D. Glueckstein, Esq.<br>Attn: Michael H. Torkin, Esq.<br>125 Broad St.<br>New York, NY 10004 |
| Montgomery, McCracken, Walker & Rhoads LLP<br>Attn: Natalie D. Ramsey, Esq.<br>Attn: Davis Lee Wright, Esq.<br>Attn: Mark A Fink, Esq.<br>1105 N. Market St 15th Floor<br>Wilmington, DE 19801 | |