IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIREMAN'S FUND INSURANCE COMPANY'S LIMITED OBJECTION TO THE FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP. ET AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AND RESERVATION OF RIGHTS**

Fireman's Fund Insurance Company ("Fireman's Fund"), a party in interest, objects to confirmation of the Fifth Amended Joint Plan of Energy Future Holdings Corp., *et al.* (the "Plan," Dkt. No. 6122) on the limited basis that as proposed, it is not insurance neutral.  In other words, confirmation of the Plan in its current form would deprive Fireman's Fund of certain contractual rights and defenses under liability insurance policies it issued or allegedly issued to Debtors or their predecessors.

Specifically, the Plan, in its current form, should not be confirmed because it could give Debtors an impermissible litigation advantage in the event of any dispute over the existence or scope of coverage for claims against Debtors.  Several provisions of the Plan purport to give the Debtor policyholders rights that they do not actually have under their policies or, conversely,

---

[1]      The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

to deprive Fireman's Fund of its contractual rights.[2]

However, Fireman's Fund has engaged in discussions with Debtors in an attempt to address and resolve Fireman's Fund's concerns, and the parties believe they have reached an agreement with respect to certain modifications of the proposed Plan. Specifically, Fireman's Fund has provided, and Debtors have agreed to include in the Plan and Confirmation Order, certain insurance neutrality language that properly preserves Fireman's Fund's contractual rights and defenses.

For the reasons stated above, the Court should not confirm the Plan unless the insurance neutrality language requested by Fireman's Fund and agreed to by Debtors is included. Fireman's Fund also requests such other and further relief as may be just and proper.[3]

Dated:  October 23, 2015

Respectfully submitted,

_____/s/_____Brian L. Kasprzak_____
Brian L. Kasprzak  (No. 3846)
MARKS, O'NEILL, O'BRIEN, DOHERTY AND KELLY, P.C.
300 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 658-6538
Facsimile: (302) 658-6537
BKasprzak@moodklaw.com

Mark D. Plevin
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.

---

[2]    *See e.g.*, Article IV, Paragraph A; Article V, Paragraph C; Article VI, Paragraph K.3; and Article VII, Paragraph B of the Plan.

[3]    Fireman's Fund reserves the right to amend, modify or supplement this Objection, and to file any and all additional and further objections to confirmation of the Plan, as may be appropriate in the event that the agreed to language is not included in the Plan and Confirmation Order.

- 2 -

Washington, D.C.  20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
mplevin@crowell.com
tyoon@crowell.com

Attorneys for Fireman's Fund Insurance Company

SFACTIVE-903855741.1