IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I, Brian L. Kasprzak, of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C. hereby certify

that I caused true and correct copies of the foregoing **Fireman's Fund Insurance Company's**

**Limited Objection to the Fifth Amended Joint Plan of Reorganization of Energy Future**

**Holdings Corp. *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code and Reservations of**

**Rights** to be served on all counsel of record using the Court's CM/ECF filing system, Electronic

Mail, Hand Delivery or First Class Mail as indicated below.

## HAND DELIVERY AND
## ELECTRONIC MAIL

RICHARDS, LAYTON & FINGER, P.A.
Attn: Mark D. Collins, Esq.
Attn: Daniel J. DeFranceschi, Esq.
Attn: Jason M. Madron, Esq.
920 North King Street
Wilmington, DE 19801

O'KELLY, ERNST & BIELLI LLP
Attn: David M. Klauder, Esq.
Attn: Shannon Dougherty, Esq.
901 N Market St STE 100
Wilmington, DE 19801

MCELROY, DEUTSCH, MUVANEY, &
CARPENTER, LLP
Attn: David P. Primack, Esq.
300 Delaware Ste 770
Wilmington, DE 19801

STEVENS & LEE PC
Attn: Joseph H. Hutson Jr, Esq.
1105 N. Market St STE 700
Wilmington, DE 19801

{DE343974.1}

The Office Of The United States Trustee
For The District Of Delaware
Attn: Richard L. Schepacarter, Esq.
Attn: Andrea B. Schwartz, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

POLSINELLI PC
Attn: Christopher A. Ward, Esq.
Attn: Justin K. Edelson, Esq.
Attn: Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

MONTGOMERY, MCCRACKEN,
WALKER, & RHOADS LLP
Attn: Natalie D. Ramsey, Esq.
Attn: Davis Lee Wright, Esq.
Attn: Mark A. Fink, Esq.
1105 N. Market St 15th FL
Wilmington, DE 19801

**FIRST CLASS MAIL AND**
**ELECTRONIC MAIL**

KIRKLAND & ELLIS LLP
Attn: Edward O. Sassower, P.C.
Attn: Stephen E. Hessler, Esq.
Attn: Brian E. Schartz, Esq.
601 Lexington Avenue
New York, NY 10022

KIRKLAND & ELLIS LLP
Attn: James H.M. Sprayregen, P.C.
Attn: Marc Kieselstein, P.C.
Attn: Chad J. Husnick, Esq.
Attn: Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, IL 60654

PROSKAUER ROSE LLP.
Attn: Jeff J. Marwil, Esq.
Attn: Mark K Thomas, Esq.
Attn: Peter J. Young, Esq.
Three First National Plaza
70 W. Madison ST STE 3800
Chicago, IL 60602

MUNGER, TOLLES & OLSON LLP
Attn: Thomas B. Walper, Esq.
Attn: Todd J Rosen, Esq.
Attn: Seth Goldman, Esq.
Attn: John W. Spiegel, Esq.
355 S. Grand Ave 35th FL
Los Angeles, CA 90071

CRAVATH, SWAIN, & MOORE LLP
Attn: Michael A Paskin, Esq.
Worldwide Plaza
825 Eighth Ave
New York, NY 10019-7475

JENNER & BLOCK LLP
Attn: Richard Levin, Esq.
919 Third Ave
New York, NY 10022-3908

{DE343974.1}

MORRISON & FOERSTER LLP
Attn: James M. Peck, Esq.
Attn: Brett H. Miller, Esq.
Attn: Lorenzo Marinuzzi, Esq.
Attn: Todd M. Goren, Esq.
Attn: Samantha Martin, Esq.
250 West 55th Street
New York, NY 10019

SULLIVAN & CROMWELL LLP
Attn: Andrew G. Dietderich, Esq.
Attn: Brian D. Glueckstein, Esq.
Attn: Michael H. Torkin, Esq.
125 Broad St.
New York, NY 10004

/s/ Brian L. Kasprzak
Dated:  October 23, 2015              BRIAN L. KASPRZAK (No. 3846)