## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Energy Future Holdings Corp., *et. al.,*<br><br>                            Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Garvan F. McDaniel, Esquire, hereby certify that on this 23rd day of October, 2015, I caused a true and correct copy of the *JOINDER OF CONTRARIAN CAPITAL MANAGEMENT, LLC, TO AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC'S OBJECTION TO CONFIRMATION OF THE DEBTORS' FIFTH AMENDED PLAN OF REORGANIZATION* to be served upon the parties listed on the attached service list via First Class Mail.

                                                                           */s/ Garvan F. McDaniel*
                                                                           Garvan F. McDaniel, Esq. (DE No. 4167)

| **Co-Counsel to the Debtors**<br><br>KIRKLAND & ELLIS LLP<br>Attn: Edward O. Sassower, P.C.<br>Attn: Stephen E. Hessler, Esq.<br>Attn: Brian E. Schartz, Esq.<br>601 Lexington Avenue<br>New York, NY 10022<br><br>KIRKLAND & ELLIS LLP<br>Attn: James H.M. Sprayregen, P.C.<br>Attn: Marc Kieselstein, P.C.<br>Attn: Chad J. Husnick, Esq.<br>Attn: Steven N. Serajeddini, Esq.<br>300 North LaSalle Chicago, IL 60654<br><br>RICHARDS, LAYTON & FINGER, P.A.<br>Attn: Mark D. Collins, Esq.<br>Attn: Daniel J. DeFranceschi, Esq.<br>Attn: Jason M. Madron, Esq.<br>920 North King Street<br>Wilmington, DE 19801 | **Co-Counsel to Energy Future Holdings Corp.**<br><br>PROSKAUER ROSE LLP<br>Attn: Jeff J. Marwil, Esq.<br>Attn: Mark K Thomas, Esq.<br>Attn: Peter J. Young, Esq.<br>Three First National Plaza<br>70 W. Madison ST STE 3800<br>Chicago, IL 60602<br><br>O'KELLY, ERNST & BIELLI LLP<br>Attn: David M. Klauder, Esq.<br>Attn: Shannon Dougherty, Esq.<br>901 N Market St STE 100<br>Wilmington, DE 19801 |
|---|---|
| **Co-Counsel to TCEH Debtors**<br><br>MUNGER, TOLLES & OLSON LLP<br>Attn: Thomas B. Walper, Esq.<br>Attn: Todd J Rosen, Esq.<br>Attn: Seth Goldman, Esq.<br>Attn: John W. Spiegel, Esq.<br>355 S. Grand Ave 35th FL<br>Los Angeles, CA 90071<br><br>MCELROY, DEUTSCH, MUVANEY, & CARPENTER, LLP<br>Attn: David P. Primack, Esq.<br>300 Delaware Ste 770<br>Wilmington, DE 19801 | **Co-Counsel to Energy Future Intermediate Holding Company LLC**<br><br>CRAVATH, SWAIN, & MOORE LLP<br>Attn: Michael A Paskin, Esq.<br>Worldwide Plaza<br>825 Eighth Ave<br>New York, NY 10019-7475<br><br>JENNER & BLOCK LLP<br>Attn: Richard Levin, Esq.<br>919 Third Ave<br>New York, NY 10022-3908<br><br>STEVENS & LEE PC<br>Attn: Joseph H. Hutson Jr, Esq.<br>1105 N. Market St STE 700<br>Wilmington, DE 19801 |

| | |
|---|---|
| **UNITED STATES TRUSTEE**<br><br>The Office of the United States Trustee<br>for the District of Delaware<br>Attn: Richard L. Schepacarter, Esq.<br>Attn: Andrea B. Schwartz, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | **Co-Counsel to the TCEH Creditors' Committee**<br><br>MORRISON & FOERSTER LLP<br>Attn: James M. Peck, Esq.<br>Attn: Brett H. Miller, Esq.<br>Attn: Lorenzo Marinuzzi, Esq.<br>Attn: Todd M. Goren, Esq.<br>Attn: Samantha Martin, Esq.<br>250 West 55th Street<br>New York, NY 10019<br><br>POLSINELLI PC<br>Attn: Christopher A. Ward, Esq.<br>Attn: Justin K. Edelson, Esq.<br>Attn: Shanti M. Katona, Esq.<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 |
| **Co-Counsel to the EFH Creditors' Committee**<br><br>SULLIVAN & CROMWELL LLP<br>Attn: Andrew G. Dietderich, Esq.<br>Attn: Brian D. Glueckstein, Esq.<br>Attn: Michael H. Torkin, Esq.<br>125 Broad St.<br>New York, NY 10004<br><br>MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP<br>Attn: Natalie D. Ramsey, Esq.<br>Attn: Davis Lee Wright, Esq.<br>Attn: Mark A. Fink, Esq.<br>1105 N. Market St 15th FL<br>Wilmington, DE 19801 | |