## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on this 23rd day of October 2015, I served a copy of the **OBJECTION OF UMB BANK, N.A., TO THE MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., TO APPROVE A SETTLEMENT OF LITIGATION CLAIMS AND AUTHORIZE THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE SETTLEMENT AGREEMENT** upon the parties on the attached service list via U.S. Mail.

*/s/ Raymond H. Lemisch*
Raymond H. Lemisch (DE Bar No. 4204)

## SERVICE LIST

Pauline K. Morgan, Esquire
Ryan M. Bartley, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

Alan W. Kornberg, Esquire
Kelley A. Cornish, Esquire
Brian S. Hermann, Esquire
Jacob A. Adlerstein, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Edward O. Sassower, P.C.
Stephen Hessler, Esquire
Brian E. Schartz, Esquire
Mark E. McKane, Esquire
William Pruitt, Esquire
Bryan Stephany, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

Andrew J. Ehrlich, Esquire
Jacob A. Adlerstein, Esquire
Adam J. Bernstein, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Mark D. Kotwick, Esquire
John Ashmead, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Michael J. Joyce, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899

Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
Brad Eric Scheler, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

David Rosner, Esquire
Andrew Glenn, Esquire
Daniel Fliman, Esquire
Kasowitz, Benson, Torres & Friedman
1633 Broadway, 22nd Floor
New York, NY 10019

Richard G. Mason, Esquire
John F. Lynch, Esquire
Emil A. Kleinhaus, Esquire
Angela K. Herring, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Amanda D. Darwin, Esquire
Richard C. Pedone, Esquire
Erik Schneider, Esquire
Morgan Nighan, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA  02100

Gregory A. Horowitz, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo M. Arinuzzi, Esquire
Charles L. Kerr, Esquire
Morrison & Foerster LLP
250 West 55th Street
New York, NY  10019

Christopher A Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

Brian D. Glueckstein, Esquire
Alexa J. Kranzley, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

Natalie D. Ramsey, Esquire
Davis Lee Wright, Esquire
Mark A. Fink, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
1105 N. Market Street, 15th Floor
Wilmington, DE  19801

Edward S. Weisfelner, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

J. Christopher Shore, Esquire
Gregory M. Starner
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036

Daniel A. Lowenthal, Esquire
Brian P. Guiney, Esquire
Craig W. Dent, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

Daniel Zazove, Esquire
Tina Moss, Esquire
Perkins Coie
30 Rockefeller Plaza
22nd Floor
New York, NY  10112

Jeffrey Sabin, Esquire
Venable
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, NY  10020

Julia Frost Davies, Esquire
Patrick Strawbridge, Esquire
Christopher Carter, Esquire
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA  02110

Richard L. Schepacarter, Esquire
U.S. Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

Andrea B. Schwartz, Esquire
U.S. Department of Justice
Office of the U.S. Trustee
Southern District of New York
201 Varick Street, Room 1006
New York, NY 10014

Michael D. DeBaecke, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Thomas B. Walper, Esquire
Todd J. Rosen, Esquire
Seth Goldman, Esquire
John W. Spiegel, Esquire
Munger, Tolles & Olson
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071

David P. Primack, Esquire
McElroy, Deutsch, Muvaney &
Carpenter LLP
300 Delaware Avenue, Suite 770
Wilmington, DE 19801

Michael A. Paskin, Esquire
Trevor Broad, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Richard Levin, Esquire
Jenner & Block
919 Third Avenue
New York, NY 10022

Joseph H. Huston, Jr. Esquire
Stevens & Lee PC
1105 N. Market Street, Suite 700
Wilmington, DE 19801

Michael Firestein, Esquire
Jennifer Roche, Esquire
Ian Rappaport, Esquire
Proskauer
2049 Century Park East
Los Angeles, CA 90067

Mark Thomas, Esquire
Jeff Marwil, Esquire
Proskauer
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602

Julie Allen, Esquire
Proskauer
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036

David M. Klauder, Esquire
Bielli & Klauder LLC
1204 N. King Street
Wilmington, DE 19801

Keith H. Wofford, Esquire
Mark R. Somerstein, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

D. Ross Martin, Esquire
Andrew G. Devore, Esquire
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Warren A. Usatine, Esquire
Cole Schotz P.C.
25 Main Street
P.O. Box 800
Hackensack, NJ 07602

Anna Grace
Trial Attorney
Environmental Enforcement Section, ENRD
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044

Alan Tenenbaum
National Bankruptcy Coordinator
Environmental Enforcement Section, ENRD
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044