**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS, INC., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Related Documents: 6627, 6609 |
| | ) | Hearing Date: November 3, 2015 at 11:00 AM |
| | ) | |

**JOINDER OF CERTAIN FUNDS AND ACCOUNTS ADVISED OR SUB-ADVISED BY FIDELITY MANAGEMENT & RESEARCH COMPANY OR ITS AFFILIATES TO (A) TRIAL BRIEF AND OMNIBUS OBJECTION OF THE EFH OFFICIAL COMMITTEE TO (I) MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, TO APPROVE A SETTLEMENT OF LITIGATION CLAIMS AND AUTHORIZE THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE SETTLEMENT AGREEMENT AND (II) CONFIRMATION OF THE FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AND (B) THE EFH INDENTURE TRUSTEE'S OBJECTION AND PRETRIAL BRIEF FOR PHASE I TRIAL REGARDING CONFIRMATION OF FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL***

Certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates (collectively, "Fidelity") file this Joinder to the following objections (the "Objections") (A) Trial Brief And Omnibus Objection Of the EFH Official Committee (the "EFH Committee") of Energy Future Holdings Corporation ("EFH"), Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. To (I) Motion Of Energy Future Holdings Corp., *Et Al*., To Approve A Settlement Of Litigation Claims And Authorize The Debtors To Enter Into And Perform Under The Settlement Agreement [D.I. 5249] (the "Settlement Agreement Motion") And (II) Confirmation Of The Fifth Amended Joint Plan

Of Reorganization Of Energy Future Holdings Corp., *Et Al.*, [D.I. 6122] (the "Plan") Pursuant To Chapter 11 Of The Bankruptcy Code and (B) American Stock Transfer & Trust Company, LLC's (the "EFH Indenture Trustee") Objection and Pretrial Brief for Phase I Trial Regarding Confirmation of the Plan.  In support of the Joinder, Fidelity respectfully states as follows:

Since the filing of the Plan and Settlement Agreement Motion, Fidelity – the largest creditor of the E-side Debtors – has worked diligently to reach a settlement with the Debtors and the other parties to the Plan Support Agreement that would settle and resolve E-Side objections to the Plan and Settlement Agreement Motion and avoid the need for a lengthy contested confirmation hearing.  To that end, Fidelity urged the Debtors to host a settlement conference to attempt to resolve the disputes.  The Debtors, however, have declined that request.  While Fidelity hopes the parties can reach a resolution that will obviate the need for a contested confirmation hearing that will waste valuable resources – including the Court's time and estate funds – at this time, no such resolution has been achieved.   Accordingly, Fidelity is constrained to file this objection and hereby joins in and adopts the arguments set forth by the EFH Committee and the EFH Indenture Trustee in their Objections to the Settlement Agreement Motion and confirmation of the Plan.

## CONCLUSION

For the reasons set forth in the Objections, Fidelity respectfully requests that this Court deny approval of the Settlement Agreement Motion and deny confirmation of the Plan and grant such other relief as is just and proper.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 23, 2015 | **CROSS & SIMON, LLC**<br><br>*/s/Michael J. Joyce*<br>Michael J. Joyce (No. 4563)<br>1105 N. Market Street, Suite 901<br>P.O. Box 1380<br>Wilmington, Delaware 19899-1380<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>Email: mjoyce@crosslaw.com<br><br>– and –<br><br>**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br><br>Brad Eric Scheler<br>Gary L. Kaplan<br>Matthew M. Roose<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>Email:  brad.eric.scheler@friedfrank.com<br>gary.kaplan@friedfrank.com<br>matthew.roose@friedfrank.com<br><br>*Counsel to certain funds and accounts advised or sub-advised by Fidelity Management & Research Company* |