IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Bankruptcy Case No. 14-10979 (CSS) |
| *Debtors*. | ) | (Jointly Administered) |

### DECLARATION OF BRENTON A. ROGERS, ESQ. IN SUPPORT OF THE DEBTORS' MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF JOINT PLAN OF REORGANIZATION

BRENTON A. ROGERS, declares as follows:

1. I am an attorney admitted to practice in the State of Illinois, the United States District Court for the Northern District of Illinois, and before the United States Court of Appeals for the Seventh Circuit. I am admitted *pro hac vice* to the United States Bankruptcy Court for the District of Delaware.

2. I submit this declaration in support of the Debtors' Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization filed contemporaneously herewith.[2]

3. Attached hereto as Exhibit 1 is an excerpt from a copy of the transcript of the September 23, 2015 deposition of David Ying.

4. Attached hereto as Exhibit 2 is an excerpt from a copy of the transcript of the September 25, 2015 deposition of Donald Evans.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms used but not defined herein are given the meanings ascribed to them in the Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization.

2

5.	Attached hereto as Exhibit 3 is an excerpt from a copy of the transcript of the May 28, 2015 deposition of Paul Keglevic.

6.	Attached hereto as Exhibit 4 is an excerpt from a copy of the transcript of the September 30, 2015 deposition of Billie Williamson.

7.	Attached hereto as Exhibit 5 is an excerpt from a copy of the transcript of the October 19, 2015 deposition of David Ying.

8.	Attached hereto as Exhibit 6 is an excerpt from a copy of the transcript of the October 21, 2015 deposition of Michael Henkin.

9.	Attached hereto as Exhibit 7 is a true and correct copy of the August 9, 2015 Minutes of a Joint Meeting of the Disinterested Manager of the Boards of EFCH and TCEH, Bates labeled EFCH00034820.

10.	Attached hereto as Exhibit 8 is a true and correct copy of the August 9, 2015 Minutes of a Meeting of the Disinterested Directors of Energy Future Holdings Corp., Bates labeled EFH_DD00035222.

11.	Attached hereto as Exhibit 9 is a true and correct copy of the August 9, 2015 Minutes of a Joint Meeting of the Independent Manager of the Board of Managers, Bates labeled EFIH_DD0028055.

12.	Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the August 9, 2015 Presentation to a Joint Board Meeting, Bates labeled EFH06002898.

13.	Attached hereto as Exhibit 11 is a true and correct copy of the August 9, 2015 Minutes of a Joint Board Meeting, Bates labeled EFH06004432.

14.	Attached hereto as Exhibit 12 is an excerpt from a copy of the transcript of the September 10, 2015 deposition of Paul Keglevic.

2

15. Attached hereto as <u>Exhibit 13</u> is an excerpt from a copy of the transcript of the October 1, 2015 deposition of Paul Keglevic.

16. Attached hereto as <u>Exhibit 14</u> is an excerpt from a copy of the transcript of the September 28, 2015 deposition of Stacey Dore.

17. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of the December 5, 2012 Supplemental Indenture for Unsecured Debt Securities Series Q, Bates labeled EFH04470477.

18. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of the December 5, 2012 Supplemental Indenture for Unsecured Debt Securities Series R, Bates labeled EFH02438512.

19. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of the November 1, 2004 Indenture for Unsecured Debt Securities Series Q, Bates labeled EFH006026501.

20. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of the November 1, 2004 Indenture for Unsecured Debt Securities Series R, Bates labeled EFH00626577.

21. Attached hereto as <u>Exhibit 19</u> is an excerpt from a copy of the transcript of the October 5, 2015 deposition of Kirk Baker.

22. Attached hereto as <u>Exhibit 20</u> is an excerpt from a copy of the transcript of the October 7, 2015 deposition of Eric Siegert.

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 23rd day of October, 2015.

<u>/s/ Brenton A. Rogers</u>  
Brenton A. Rogers (admitted *pro hac vice*)