# EXHIBIT 2

# Excerpts from 9/25/15 Evans Dep. Tr.

Page 1

```
 1
 2       UNITED STATES BANKRUPTCY COURT
 3       FOR THE DISTRICT OF DELAWARE
 4  -------------------------------------x
 5  In Re:
 6  Energy Future Holdings Corporation,
 7  et al.,
 8              Debtors.
 9
10  Chapter 11
11  Case No. 14-10979
12  Jointly Administered
13  -------------------------------------x
14
15         DEPOSITION OF DONALD L. EVANS
16            New York, New York
17            September 25, 2015
18
19  **This transcript contains a portion
20    designated Highly Confidential."
21
22  Reported by:
23  MARY F. BOWMAN, RPR, CRR
24  JOB NO. 98068
25
```

Page 2

```
 1
 2
 3
 4
 5            September 25, 2015
 6                 9:00 a.m.
 7
 8
 9        Deposition of DONALD L. EVANS,
10  held at the offices of Kirkland & Ellis,
11  LLP, 601 Lexington Avenue, New York, New
12  York, before Mary F. Bowman, a Registered
13  Professional Reporter, Certified Realtime
14  Reporter, and Notary Public of the State of
15  New Jersey.
```

Page 3

```
 1
 2           APPEARANCES:
 3
 4  PROSKAUER
 5  Attorneys for the EFH Disinterested Directors
 6  and the Witness
 7      2049 Century Park East
 8      Los Angeles, CA 90067
 9  BY:  MICHAEL FIRESTEIN, ESQ.
10       MARK THOMAS, ESQ.
11
12  SULLIVAN & CROMWELL
13  Attorneys for E-side Official Creditors
14  125 Broad Street
15  New York, NY 10004
16  BY:  BRIAN GLUECKSTEIN, ESQ.
17       VERONICA IP, ESQ.
18
19  KIRKLAND & ELLIS
20  Attorneys for the Debtors
21      300 North LaSalle
22      Chicago, IL 60654
23  BY:  BRENTON ROGERS, ESQ.
24       HOLLY TROGDON, ESQ
25       ANDREA McGAAN, ESQ. (BY TELEPHONE)
```

Page 4

```
 1
 2           APPEARANCES:
 3  KRAMER LEVIN NAFTALIS & FRANKEL
 4  Attorneys for EFIH 2nd Lien Note Trustee
 5      1177 Avenue of the Americas
 6      New York, NY 10036
 7  BY:  JEFFREY DUNLAP, ESQ.
 8
 9  MONTGOMERY McCRACKEN
10  Attorneys for EFH Committee
11      123 South Broad Street
12      Philadelphia, PA 19109
13  BY:  MARK SHEPPARD, ESQ.
14       NATALIE RAMSEY, ESQ.
15
16  SHEARMAN & STERLING
17  Attorneys for EFIH, First Lien DIP Agent
18      599 Lexington Avenue
19      New York, NY 10022
20  BY:  STACEY CORR-IRVINE, ESQ.
```

Page 209

1           D. Evans
2  80 million dollars.  It wasn't that big.
3        I guess that's kind of my
4  thoughts.
5     Q.   With respect to what you're
6  describing as the risk of these claims to
7  EFH, item 1, the intercompany tax claim,
8  did you speak to individuals at the company
9  with respect to issues relating to that
10 claim?
11    A.   This one had been presented -- I
12 remember sitting in on a presentation on
13 this one at the company.  I think it was
14 maybe audit committee.  So, the answer
15 would be yes.  I didn't speak to them as
16 relates to the risk, just the issue.  What
17 had happened.
18    Q.   You spoke about your judgment
19 with respect to some of these claims and
20 your experience.  You spoke about your
21 review of the decks and discussions with
22 lawyers.
23        Is there anything else that you
24 did to assess the risk of these claims from
25 EFH's perspective?

Page 210

1           D. Evans
2     A.   No, I can't think of anything
3  else I did.
4     Q.   Sir, if you look again just at
5  Schedule A, after the enumerated list
6  there, there is a discussion that talks
7  about the step-up matter.  I think you
8  referenced that earlier.
9     A.   Right.
10    Q.   I'm not looking for your legal
11 understanding, just your understanding as a
12 disinterested director, as to what that
13 issue was about.
14    A.   Right.
15    Q.   If you could explain for me your
16 personal understanding of that issue.
17    A.   Well, it's in order to -- it gets
18 into tax law, which I'm not an expert in
19 tax matters.  But it gets to whether or
20 not, if they spin off the company as
21 opposed to not spinning it off, just take
22 the assets and go, it runs the risk, one,
23 of leaving a very large liability at EFH.
24 That's a problem.
25        So for this whole transaction to

Page 211

1           D. Evans
2  work, based on the plan that is in front of
3  the Court, TCEH needs to be a tax-free
4  spin, and if the -- and it gets into the
5  area of a step up in basis.  You want a
6  high basis so you can depreciate that high
7  basis as opposed to a lower basis.
8        If you spin it off, you only get
9  a partial step up in basis.  You don't get
10 a full step up.  And so, given this was
11 going to be a tax-free spin, they would
12 only get a partial step up in basis.  They
13 wanted to be compensated for that, because,
14 as I said, it was a critical element, it is
15 a critical element of the transaction.
16       Now, it gets into the whole arena
17 of the NOLs that are up at the company, to
18 protect them, and, you know, in all of the
19 math of all of that, you begin to lose me,
20 other than I know that NOLs will protect
21 them at some level, and, you know, you may
22 have enough NOLs to protect all of it.  But
23 you might not.
24       And based on the valuation back
25 in March, the answer was, just looking at

Page 212

1           D. Evans
2  the numbers statically at that point in
3  time, there would not be enough step up,
4  enough NOLs to cover the lack of step up in
5  basis.  So therefore, there would be some
6  loss in that step up, and so lack of step
7  up, and they would need to be compensated
8  for that.
9        So we looked at a range of
10 values, and the range of value at the
11 moment was 700 million dollars, so it would
12 be part of that 4 and a half billion
13 dollars that I talked about earlier in
14 terms of kind of the face value of the
15 claims.  So it included more than the
16 claims.  It included -- the 4 and a half
17 billion not only included the claims, but
18 it included kind of a demand from the
19 T-side, on the claim, they would just say,
20 hey, if you want to us to agree to a
21 tax-free spin, we need 700 million dollar
22 compensation -- we need to be compensated
23 for the step up.  They didn't say a precise
24 number.
25    Q.   You said that the demand at the