# EXHIBIT 8

# EFH_DD00035222

# MINUTES OF A MEETING OF THE
# DISINTERESTED DIRECTORS
# OF ENERGY FUTURE HOLDINGS CORP.

### AUGUST 9, 2015

A meeting of the Disinterested Directors of the Board of Directors (the "Board") of Energy Future Holdings Corp., a Texas corporation ("EFH" or the "Company"), was held on August 9, 2015, at 1:00 p.m. (Eastern).

**Disinterested Directors Present:**

    Donald L. Evans
    Billie I. Williamson

**Others Present:**

    Julie M. Allen, Esq., Proskauer Rose LLP
    Michael A. Firestein, Proskauer Rose LLP
    Jeff J. Marwil, Esq., Proskauer Rose LLP
    Mark K. Thomas, Esq., Proskauer Rose LLP
    Peter J. Young, Esq., Proskauer Rose LLP
    Neil Luria, SOLIC Capital
    Raoul Nowitz, SOLIC Capital

Ms. Allen acted as Secretary of the meeting. [REDACTED] the purpose of the meeting was (i) to approve the minutes of the meeting of the Disinterested Directors held on August 2, 2015, a draft of which had been previously circulated to the Disinterested Directors and (ii) to consider the Third Amended Plan (as defined below) and related matters.

In advance of the meeting, the following documents related to the Third Amended Plan were circulated to the Disinterested Directors:

1. the Third Amended Joint Plan of Reorganization to resolve outstanding claims against and equity interests in the Company and its affiliated debtors, attached hereto as **Annex A** (the "Third Amended Plan");

2. the Plan Support Agreement attached hereto as **Annex B**;

3. the Settlement Agreement attached hereto as **Annex C**;

4. the Merger Agreement attached hereto as **Annex D**;

5. the Backstop Agreement attached hereto as **Annex E**;

6. the Equity Commitment Letter attached hereto as **Annex F**;

7. the Guarantee attached hereto as **Annex G** (the Merger Agreement, the Backstop Agreement, the Equity Commitment Letter and the Guarantee being referred to collectively herein as the "Merger Documents"); and

8. a draft Disarmament Decision Tree summary of the Third Amended Plan, Plan Support Agreement and Settlement Agreement (such documents, together with the Merger Documents, collectively referred to herein as the "Plan Documents") prepared by Kirkland & Ellis, a copy of which is attached hereto as **Annex H**;

As the first order of business, the Disinterested Directors approved the minutes of the August 2, 2015 meeting in the form previously circulated to them.

As the second order of business, Mr. Thomas reported that the disinterested managers of each of EFIH (as defined below) and the TCEH Entities (as defined below) have approved the Plan Documents insofar as they relate to Conflict Matters (as defined below) at meetings held earlier in the day. ▮▮▮▮▮▮▮▮▮▮ a discussion of the Plan Documents and the negotiations and process that resulted in the Plan Documents, and the treatment of EFH creditors and equity holders in the Third Amended Plan and the Alternative Transaction (as defined in the Plan Support Agreement). After extensive discussion, the following resolutions were unanimously adopted by the Disinterested Directors:

WHEREAS, by resolutions duly adopted by the Board on November 7, 2014, as supplemented by resolutions duly adopted by the Board on December 9, 2014 (collectively, the

EFH_DD00035223

"Resolutions"), the Board delegated to the Disinterested Directors the authority to review and act upon any matter pertaining to the Chapter 11 bankruptcy proceedings pending in the United Bankruptcy Court for the District of Delaware under the caption *In re Energy Future Holdings Corp.*, et al., Case No. 14-10979 (the "Chapter 11 Proceedings") on which an actual conflict between the Company, on the one hand, and any of Energy Future Intermediate Holding LLC ("EFIH") and Energy Future Competitive Holdings Company LLC ("EFCH") and Texas Competitive Electric Holdings Company LLC ("TCEH") and its direct and indirect subsidiaries (collectively, the "TCEH Entities" and the Company, EFIH and the TCEH Entities, collectively the "Debtors"), on the other hand (the "Conflict Matters");

WHEREAS, pursuant to the Resolutions, the Board delegated to the Disinterested Directors the authority to investigate and determine whether any matter constitutes a Conflict Matter;

WHEREAS, pursuant to the Resolutions, the Board delegated to the Disinterested Directors the authority to make all decisions, and to implement or direct the implementation of all such decisions, in each case on the Company's behalf, with respect to Conflict Matters;

WHEREAS, pursuant to the Resolutions, the officers, employees, advisors and agents of the Company (the "Authorized Persons") are authorized, empowered and directed to implement any decision made by the Disinterested Directors in respect of a Conflict Matter on behalf of the Company as directed by the Disinterested Directors;

WHEREAS, the Disinterested Directors retained Proskauer as their legal advisors in November 2014 and SOLIC Capital ("SOLIC") as their financial advisors in December 2014;

WHEREAS, on April 29, 2014, the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

3

WHEREAS, on April 1, 2015, the Disinterested Directors approved a settlement (the "Settlement") of all pre-petition intercompany claims, causes of action and disputes among the Debtors and certain matters related thereto, all as set forth in a Joint Statement of Summary of Settlement of Intercompany Claims;

WHEREAS, on April 14, 2015, the Debtors filed a joint plan of reorganization (the "Plan") to resolve outstanding claims against and equity interests in the Debtors and a related disclosure statement (the "Disclosure Statement");

WHEREAS, on July 23, 2015, the Debtors filed an amended Plan (the "First Amended Plan") and an amended Disclosure Statement (the "First Amended Disclosure Statement");

WHEREAS, on August 2, 2015, the Debtors filed a further amended Plan (the "Second Amended Plan");

WHEREAS, the Debtors, upon further negotiations with their constituencies and with the assistance of the Co-CROs, Kirkland & Ellis, their legal advisor, and Evercore, their financial advisor, propose to file the Third Amended Plan;

WHEREAS, in connection with the Third Amended Plan, the Debtors have negotiated and prepared, with the assistance of the Co-CROs, Kirkland & Ellis and Evercore, the Plan Support Agreement, the Settlement Agreement and the Merger Documents;

WHEREAS, at joint meetings of the Board of Directors of the Company and the board of managers of EFIH and the TCEH Entities (collectively, the "Boards") held on July 30, 2015, the Co-CROs, Kirkland & Ellis and Evercore presented a detailed summary of the then-current draft of the Third Amended Plan and the status of the negotiations with respect thereto and they subsequently updated the Boards with respect thereto on August 2, 2015 and August 7, 2015;

WHEREAS, Proskauer and SOLIC participated in numerous meetings and conference

EFH_DD00035225

calls regarding the Third Amended Plan, the Plan Support Agreement, the Settlement Agreement and the Merger Documents with the Co-CROs, Kirkland & Ellis, Evercore and the legal and financial advisors to the disinterested managers of each of EFIH and the TCEH Entities;

WHEREAS, prior to the meeting, the Disinterested Directors were provided with the Disarmament Decision Tree summary;

WHEREAS, Proskauer reported to the Disinterested Directors that its analysis of the Plan Documents was consistent with the Disarmament Decision Tree; and

WHEREAS, the Plan Documents are consistent with the Settlement with the following modifications: (i) the claim of the TCEH Entities against EFH has been reduced to $700 million and will share pro rata with other general unsecured claims against EFH; (ii) the releases extend to all interdebtor claims from the Petition Date through the Settlement Effective Date; and (iii) there will be no recovery for the EFH equity holders;

NOW, THEREFORE, BE IT RESOLVED, that the Disinterested Directors, in the exercise of their business judgment, do hereby approve the Plan Documents insofar as they relate to Conflict Matters; and

FURTHER RESOLVED, that the Disinterested Directors, in the exercise of their business judgment, do hereby determine that the Plan Documents insofar as they relate to Conflict Matters are in the best interests of the Company's estate and its stakeholders in prosecuting a feasible and confirmable Chapter 11 plan of reorganization that maximizes the Company's estate.

EFH_DD00035226

There being no further business to come before the meeting, the meeting was adjourned at approximately 2:15 p.m. (Eastern).

*(signature)*
Julie M. Allen,
Secretary of the Meeting

EFH_DD00035227

**Annex A**

[Third Amended Plan]

EFH_DD00035228

**Annex B**

[Plan Support Agreement]

EFH_DD00035229

## Annex C

[Settlement Agreement]

EFH_DD00035230

## Annex D

[Merger Agreement]

EFH_DD00035231

**Annex E**

[Backstop Agreement]

EFH_DD00035232

## **Annex F**

[Equity Commitment Letter]

EFH_DD00035233

**Annex G**

[Guarantee]

EFH_DD00035234

## Annex H

[Disarmament Decision Tree]

EFH_DD00035235