# EXHIBIT 20

# Excerpts from 10/7/15 Siegert Dep. Tr.

Page 1

1
2  UNITED STATES BANKRUPTCY COURT
   FOR THE DISTRICT OF DELAWARE
3  ------------------------------------------X
   In Re:
4
   Energy Future Holdings Corporation, et al.,
5
              Debtors.
6
7  Chapter 11
   Case No. 14-10979
8  Jointly Administered
   ------------------------------------------X
9
10         DEPOSITION OF ERIC SIEGERT
11         New York, New York
12         Wednesday, October 7, 2015
13
14
15
16
17
18
19
20
21
22
23
24 Reported by: Rebecca Schaumloffel, RPR, CLR
25 Job No: 98781

Page 2

1
2         October 7, 2015
3         9:04 a.m.
4
5
6
7         Deposition of ERIC SIEGERT, held at
8  the offices of KIRKLAND & ELLIS, 601
9  Lexington Avenue, New York, New York, before
10 Rebecca Schaumloffel, a Registered
11 Professional Reporter, Certified Livenote
12 Reporter and Notary Public of the States of
13 New York, New Jersey, and Pennsylvania.

Page 3

1
2  A P P E A R A N C E S:
3
4
5  KIRKLAND & ELLIS
       Attorneys for the Debtors
6      555 California Street
       San Francisco, CA 94104
7  BY:  ANNA TERTERYAN, ESQ.
8
9
10 SULLIVAN & CROMWELL
       Attorneys for E-side Official
11     Creditors
       125 Broad Street
12     New York, NY 10004
       BY: JOHN HARDIMAN, ESQ.
13         APRIL YANG, legal assistant
14
15
16 KRAMER LEVIN NAFTALIS & FRANKEL
       Attorney for EFIH 2nd Lien
17     Note Trustee
       1177 Avenue of the Americas
18     New York, NY 10036
       BY: BRADLEY O'NEILL, ESQ.
19
20
21
       MONTGOMERY McCRACKEN
22     Attorneys for EFH Committee
       123 South Broad Street
23     Philadelphia, PA 19109
       BY: MARK SHEPPARD, ESQ. (Via phone)
24
25

Page 4

1
2  Appearances (continued:)
3
4  SHEARMAN & STERLING
       Attorneys for EFIH, First Lien
5      DIP Agent
       599 Lexington Avenue
6      New York, NY 10022
       BY: FAY TELONI, ESQ.
7
8
9
   PAUL WEISS RIFKIND WHARTON & GARRISON
10     Attorneys for Ad Hoc Committee of
       TCEH First Lien Creditors
11     1285 Avenue of the Americas
       New York, NY 10019
12     BY: KIMBERLY FRANCIS, ESQ.
13
14
15 NIXON PEABODY
       Attorneys for American Stock
16     Transfer as Indenture Trustee at EFH
       100 Summer Street
17     Boston, MA 02110
       BY: RICHARD PEDONE, ESQ.
18
19
20
   AKIN GUMP STRAUSS HAUER & FELD
21     Attorneys for UMB Bank, As Indenture
       Trustee  for the Unsecured 11.25
22     Percent/12.25 Percent Senior Toggle
       Notes Due 2018
23     One Bryant Park
       New York, NY 10036
24     BY: CHRISTOPHER CARTY, ESQ.
           ROBERT BOLLER, ESQ.
25

Page 125

1  E. SIEGERT
2  piece of paper than just generally documents
3  that exist. I want to exhaust your memory of
4  these documents and how they would be
5  described. That's what I want to do. I want
6  to understand what the documents are, and I
7  am getting some pretty vague answers of what
8  they might be.
9       MR. SHORE: Objection to the
10      characterization of the witness's
11      recollection. He is doing his best
12      here, so please don't do that.
13      Go ahead and answer.
14   A.  I am struggling because there
15  are --
16   Q.  He is answering.
17   A.  There is no specific document.
18  There are lots of documents, and they are
19  titled with all sorts of things. I don't
20  remember exactly what they're titled with all
21  sorts of things, I don't remember exactly
22  what they're titled, but there are lots of
23  documents that refer to ranges of values and
24  recoveries for our clients.
25   Q.  What are the factors that would

Page 126

1  E. SIEGERT
2  influence whether the number came out of the
3  low range or the high -- the low end of the
4  range or the high end of the range?
5       MR. SHORE: Objection. Based
6       upon the witness's prior answers, I am
7       going to instruct him not to answer
8       with respect to that.
9   Q.  Aside from what your counsel has
10  told you, do you have any knowledge of the
11  factors that could affect the range of value?
12      MR. SHORE: Objection.
13      Instruct you not to answer.
14   Q.  How much capital do your clients
15  and the Hunts need to raise to close on the
16  plan?
17   A.  Can you be more specific about
18  capital?
19   Q.  Sure. So there is an equity
20  component, as I understand it, and a
21  component that will be borrowed to facilitate
22  the transaction. So I want to know about
23  your knowledge of the total of those two and
24  then I will ask about your knowledge of each
25  of these.

Page 127

1  E. SIEGERT
2   A.  Approximately $19 billion.
3   Q.  And how much of that is equity?
4   A.  Approximately 7.1 billion.
5   Q.  And the balance will be raised --
6  will be borrowed?
7   A.  It is either existing debt that's
8  rolling into the transaction or will be
9  borrowed, yes.
10   Q.  What is the existing debt rolling
11  into the transaction?
12   A.  There is existing debt at Encore,
13  which is staying in place pursuant to the
14  transaction and not being affected.
15   Q.  That's debt within the ring
16  fence?
17   A.  Correct.
18   Q.  Do you know how much debt, new
19  debt needs to be raised?
20   A.  There is a commitment from █████
21  █████ for $█████. How much of that
22  we, ultimately we use varies. But certainly,
23  with the $█████ and the $7.1 million,
24  we have adequate funds to close the
25  transaction.

Page 128

1  E. SIEGERT
2   Q.  Who, within the purchasing
3  consortium, is leading the efforts to raise
4  that debt?
5       MR. SHORE: Objection to form.
6   A.  It is Morgan Stanley.
7   Q.  And then I assume someone from
8  the Hunts or from the group that you are
9  working for are interacting with Morgan
10  Stanley and spearheading the effort? I could
11  be wrong about that. Who is working with
12  Morgan Stanley is my question?
13   A.  I think it is fair to say we are
14  all interacting with Morgan Stanley.
15   Q.  And you are personally playing a
16  role in that?
17   A.  Not really.
18   Q.  Are you personally?
19   A.  No.
20   Q.  Is anyone at Houlihan directly
21  involved in that?
22   A.  We all have conversations with
23  Morgan Stanley. I am not the principal
24  person that's focused on the debt financing.
25  We have a commitment letter from Morgan