IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) (Jointly Administered) |
| Debtors. | ) |

### NOTICE OF DEPOSITION

**TO**: Bank of New York Mellon ("BNYM"), in its capacity as the PCRB Trustee, and the Bank of New York Mellon Trust Company, N.A. ("BNYMTC" and, together with BNYM, "BNY"), in its capacity as the EFCH 2037 Notes Trustee, c/o Reed Smith LLP, Attention Kurt F. Gwynne, 1201 North Market Street, Suite 1500, Wilmington, Delaware 19801.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, and the *Amended Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization*, dated August 27, 2015 (the "Confirmation Scheduling Order") [Docket No. 5771], and the *Notice of Agreed Amendments to the Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization*, dated October 14, 2015 (the "Notice of Amended Scheduling Order") [Docket No. 6464], the ad hoc group of certain holders (the "Ad Hoc Group of TCEH

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

Unsecured Noteholders" or the "Ad Hoc Group") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition upon oral examination of BNY relating to the *Objection of the Bank of New York Mellon, as Indenture Trustee for the PCRB Claims, to Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code,* dated October 23, 2015 [Docket No. 6621](the "Plan Objection"), and all relief to be requested therein and the *Objection of the Bank of New York Mellon, as Indenture Trustee for the PCRB Claims, to the Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement and Hearing Thereon,* dated October 23, 2015 [Docket No. 6623] (the "Settlement Objection") on **November 2, 2015 at 2:00 pm** (Eastern Standard Time), at the offices of Fox Rothschild LLP, 919 Market Street, Suite 300, Wilmington, DE 19801 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue until it has been completed.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), BNY must designate one or more persons to testify on behalf of BNY with regard to all matters known or reasonably available to BNY on each of the following topics:

# RULE 30(b)(6) DEPOSITION TOPICS

1. All factual allegations in the Plan Objection, including in paragraphs 1-3, 5, 31, 37-40, 63, 66, 79 and 88-93.

2. All factual allegations in the Settlement Objection, including in paragraphs 1, 3, 13, 22, 26, 33-35, 53-56, 86-90, and 94-96.

3. All testimony and evidence which BNY intends to present or rely on at the Plan Confirmation Hearing.

Dated:     October 25, 2015
               Wilmington, Delaware

                     FOX ROTHSCHILD LLP

By:     */s/ L. John Bird*
Jeffrey M. Schlerf (No. 3047)
L. John Bird (No. 5310)
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 463-4971
jschlerf@foxrothschild.com
lbird@foxrothschild.com

and

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*