# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 4620 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Deborah L. Thorne of Barnes & Thornburg LLP hereby withdraws her appearance as counsel for GATX Corporation ("GATX") in the above-captioned Chapter 11 cases (the "Cases") pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that the undersigned counsel will remain counsel of record for GATX in the Cases.

Dated:  October 26, 2015                                BARNES & THORNBURG LLP

/s/ Kevin G. Collins
David M. Powlen (DE Bar No. 4978)
Kevin G. Collins (DE Bar No. 5149)
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
E-Mail:  David.Powlen@btlaw.com
E-Mail:  Kevin.Collins@btlaw.com

*Counsel to GATX Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 26, 2015, a copy of the foregoing *Notice of Withdrawal of Appearance* was caused to be served via U.S. First Class Mail on each of the parties listed below.

| | |
|---|---|
| Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>Richards, Layton & Finger, PA.<br>920 North King Street<br>Wilmington, DE 19801 | Edward O. Sassower<br>Brian E. Schartz<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
| James H.M. Sprayregen<br>Marc Kieselstein<br>Chad J. Husnick<br>Steven N. Serajeddini<br>Kirkland & Ellis LLP<br>300 N. LaSalle Street<br>Chicago, IL 60654 | James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019 |
| Christopher A. Ward<br>Justin K. Edelson<br>Shanti M. Katona<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 | Andrew G. Dietderich<br>Brian D. Glueckstein<br>Michael H. Torkin<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004 |
| Natalie D. Ramsey<br>Davis Lee Wright<br>Mark A. Fink<br>Montgomery, McCracken, Walker & Rhoads, LLP<br>1105 N. Market Street, 15th Floor<br>Wilmington, Delaware 19801 | Richard L. Schepacarter<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 |
| Andrea Beth Schwartz<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Rm 1006<br>New York, NY 10065 | |

Dated: October 26, 2015

*/s/ Kevin G. Collins*
Kevin G. Collins (DE No. 5149)