**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD SEPTEMBER 1, 2015 TO SEPTEMBER 30, 2015*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Diaz, Matthew | Senior Managing Director | $ 975 | 18.1 | $17,647.50 |
| Eisenband, Michael | Senior Managing Director | 975 | 7.0 | 6,825.00 |
| Joffe, Steven | Senior Managing Director | 975 | 0.9 | 877.50 |
| Scruton, Andrew | Senior Managing Director | 975 | 11.2 | 10,920.00 |
| Simms, Steven | Senior Managing Director | 975 | 1.2 | 1,170.00 |
| Cordasco, Michael | Managing Director | 795 | 13.7 | 10,891.50 |
| Greenberg, Mark | Managing Director | 795 | 5.7 | 4,531.50 |
| Rauch, Adam | Director | 645 | 0.4 | 258.00 |
| Eimer, Sean | Senior Consultant | 495 | 17.0 | 8,415.00 |
| Hellmund-Mora, Marili | Administrative | 250 | 3.8 | 950.00 |
| Moore, Teresa | Administrative | 225 | 1.0 | 225.00 |
| | **GRAND TOTAL** | | **80.0** | **$62,711.00** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD SEPTEMBER 1, 2015 TO SEPTEMBER 30, 2015*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 0.4 | 318.00 |
| 13 | Analysis of Other Miscellaneous Motions | 1.1 | 874.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 14.5 | 12,427.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 27.9 | $27,202.50 |
| 21 | General Meetings with Committee & Committee Counsel | 2.7 | 2,398.50 |
| 24 | Preparation of Fee Application | 24.9 | 12,102.50 |
| 38 | Analysis of Tax Impact on Restructuring Scenarios | 1.8 | 1,431.00 |
| 39 | Analysis of Alternative Tax Structure | 6.7 | 5,956.50 |
| | **GRAND TOTAL** | **80.0** | **$62,711.00** |