IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 28, 2015 STARTING AT 11:00 A.M. (EDT)[2]**

I. **FINAL PLAN CONFIRMATION PRE-TRIAL CONFERENCE:**

1. Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6122; filed September 21, 2015]

    Response/Objection Deadline:    October 23, 2015 at 4:00 p.m. (EDT)

    Responses/Objections Received:

    A. Reservation of Rights by TXU 2007-1 Railcar Leasing LLC with Respect to Fifth Amended Joint Plan of Reorganization [D.I. 6576; filed October 22, 2015]

    B. Objection of FLSmidth USA, Inc. and FLSmidth Inc. to Confirmation of Fifth Amended Plan of Reorganization [D.I. 6580; filed October 23, 2015]

    C. Limited Objection and Reservation of Rights of Alcoa Inc. with Respect to the Fifth Amended Joint Plan of Reorganization of Energy Future

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The October 28, 2015 (the "October 28th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EDT). Any person who wished to appear telephonically at the October 28th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Tuesday, October 27, 2015** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

RLF1 13189577v.1

Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6582; filed October 23, 2015]

D.  Objection of the Bank of New York Mellon Trust Company, N.A., as Indenture Trustee for the EFCH 2037 Notes Claims, to Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6585; filed October 23, 2015]

E.  Objection to Proposed Cure Amounts [D.I. 6586; filed October 23, 2015]

F.  Limited Objection of Marathon Asset Management, LP to Confirmation of Debtors' Fifth Amended Plan of Reorganization [D.I. 6587; filed October 23, 2015]

G.  Limited Objection of Tex-La Electric Cooperative of Texas, Inc. and the United States of America, Acting by and through the Administrator of the Rural Utilities Service, Successor to the Rural Electrification Administration, to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code and Reservation of Rights [D.I. 6590; filed October 23, 2015]

H.  Oracle's Limited Objection and Reservation of Rights Regarding (I) the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code; and (II) Notice of (A) Executory Contracts and Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan; (B) Cure Amounts, if Any; and (C) Related Procedures in Connection Therewith [D.I. 6592; filed October 23, 2015]

I.  Objection to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code filed by Christopher Haecker [D.I. 6597; filed October 23, 2015]

J.  Objection to Confirmation of Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, [D.I. 6598; filed October 23, 2015]

K.  Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Fifth Amended Plan of Reorganization [D.I. 6600; filed October 23, 2015]

L.  Objection of The United States to Debtors' Motion to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement (D.I. 5249) and Debtors' Fifth Amended Plan of Reorganization (D.I. 6122) [D.I. 6601; filed October 23, 2015]

RLF1 13189577v.1

M.     Objection of Certain Texas Taxing Entities to Confirmation of Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Relates to Docket No. 6122) [D.I. 6608; filed October 23, 2015]

N.     EFH Indenture Trustee's Objection and Pretrial Brief for Phase 1 Trial Regarding Confirmation of Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.* [D.I. 6609; filed October 23, 2015]

O.     Trial Brief and Omnibus Objection of Fenicle and Fahy to (I) Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.* [D.I. 6610; filed October 23, 2015]

P.     EFIH Second Lien Trustee's Objection to Debtors' Plan of Reorganization (Redacted) [D.I. 6614; filed October 23, 2015]

Q.     Objection of the Bank of New York Mellon, as Indenture Trustee for the PCRB Claims, to Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Redacted) [D.I. 6621; filed October 23, 2015]

R.     Local Texas Tax Authorities' Objection to Confirmation of Fifth Amended Joint Plan of Reorganization [D.I. 6622; filed October 23, 2015]

S.     Fireman's Fund Insurance Company's Limited Objection to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code and Reservation of Rights [D.I. 6625; filed October 23, 2015]

T.     Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6627; filed October 23, 2015]

U.     Joinder of Contrarian Capital Management, LLC to American Stock Transfer & Trust Company, LLC's Objection to Confirmation of the Debtors' Fifth Amended Plan of Reorganization [D.I. 6629; filed October 23, 2015]

V.  Objection of UMB Bank, N.A. to Confirmation of Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6640; filed October 23, 2015]

W.  Joinder of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates to (A) Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al.*, to Approve Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code and (B) the EFH Indenture Trustee's Objection and Pretrial Brief for Phase I Trial Regarding Confirmation of EFIH Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.* [D.I. 6642; filed October 23, 2015]

X.  Supplement to Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code Regarding S/D/O Releases (Sealed) [D.I. 6643; filed October 23, 2015]

Y.  Joinder of EFH Notes Indenture Trustee to Supplement to Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code Regarding Insider Releases [D.I. 6645; filed October 23, 2015]

Related Documents:

i.  Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization [D.I. 5771; filed August 27, 2015] (the "Confirmation Scheduling Order")

ii. Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 6123; filed September 21, 2015]

iii. Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6124; filed September 21, 2015]

iv. Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 6125; filed September 21, 2015]

v. Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 6131; filed September 22, 2015]

vi. Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines [D.I. 6135; filed September 22, 2015]

vii. Letter to Judge Christopher S. Sontchi filed by the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. [D.I. 6158; filed September 24, 2015]

viii. Letter to the Honorable Christopher S. Sontchi in Support of the Letter Filed by The Official Committee of Unsecured Creditors Seeking an Extension of the November 3, 2015 Confirmation Hearing Date [D.I. 6203; filed September 28, 2015]

ix. Letter in Response to the EFH Committee Letter Dated September 24, 2015 [D.I. 6206; filed September 28, 2015]

x. Debtors' Letter Brief in Opposition to EFH Committees and EFH Indenture Trustees Requests to Adjourn Commencement of Plan Confirmation Trial [D.I. 6208; filed September 28, 2015]

xi. Response to the EFH Committee's Requests to Adjourn Commencement of Plan Confirmation Trial [D.I. 6209; filed September 28, 2015]

xii. Notice of Hearing Dates Scheduled to Consider Confirmation of the "Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code" [D.I. 6122] [D.I. 6228; filed September 29, 2015]

xiii. Notice of Appeal [D.I. 6342; filed October 6, 2015]

xiv. Motion for Leave to Appeal Pursuant to 28 U.S.C. §158(a)(3) [D.I. 6344; filed October 6, 2015]

xv. Transmittal of Motion for Leave to Appeal [D.I. 6399; filed October 8, 2015]

xvi. Letter Regarding EFH Legacy Series Q/R Trustee's Statement in Advance of Confirmation Pre-Trial Conference Regarding Scheduling of Summary Judgment Hearing in Connection with Plan Confirmation [D.I. 6443; filed October 14, 2015]

xvii. Letter from Mark E. McKane, Esq. to The Honorable Christopher S. Sontchi Outlining Debtors Proposals for Plan Confirmation Trial Logistics in Contemplation of October 15, 2015 Initial Pre-Trial Conference [D.I. 6462; filed October 14, 2015]

xviii. Notice of Agreed Amendments to the Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization [D.I. 6464; filed October 14, 2015]

xix. Notice of Revised Agreed Amendments to the Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization [D.I. 6476; filed October 15, 2015]

xx. Plan Supplement for the Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6544; filed October 20, 2015]

xxi. Affidavit of Service of Solicitation Materials [D.I. 6552; filed October 21, 2015]

xxii. Declaration of Philip D. Anker with Respect to Exhibits Filed in Support of Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Fifth Amended Plan of Reorganization [D.I. 6602; filed October 23, 2015]

xxiii. Declaration of Brian D. Glueckstein in Support of Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6628; filed October 23, 2015]

xxiv. Declaration of Sidney S. Liebesman in Support of Supplement to Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform

6

under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code Regarding S/D/O Releases (Sealed) [D.I. 6644; filed October 23, 2015]

xxv. Debtors' Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization [D.I. 6647; filed October 23, 2015]

xxvi. Declaration of Brenton A. Rogers, Esq. in Support of the Debtors' Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization [D.I. 6648; filed October 24, 2015]

Status: As set forth in the Revised Confirmation Scheduling Order, a final pre-trial conference will go forward.

## II. ORAL ARGUMENT:

2. EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 4964; filed July 9, 2015] (the "Objection")

Response/Objection Deadline: July 23, 2015 at 4:00 p.m. (EDT); extended for UMB Bank, N.A. as agreed by the parties

Responses/Objections Received:

A. Partial Response of UMB Bank, N.A. to the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 5788; filed August 28, 2015]

B. Response of UMB Bank, N.A. to the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 5874; filed September 4, 2015]

Related Documents:

i. Letter from Andrew R. McGaan, P.C. re: EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes to the Honorable Christopher S. Sontchi [D.I. 5238; filed August 7, 2015]

ii. Letter to the Honorable Christopher S. Sontchi in connection with the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 5239; filed August 7, 2015]

iii. EFIH Debtors' Reply in Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 5962; filed September 11, 2015]

iv. Notice to Lift Temporary Seal [D.I. 5967; filed September 14, 2015]

v. EFIH Debtors' Reply in Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 6109; filed September 18, 2015]

vi. UMB Bank, N.A.'s Motion for Leave to File Sur-Reply to the EFIH Debtors' Reply in Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 6303; filed October 2, 2015]

vii. Notice of Scheduling of Oral Argument in Connection with (I) the "EFH Debtors' Motion for Summary Judgment" [Adv. D.I. 41] (II) the "EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgement and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment" [Adv. D.I. 46] and (III) Certain Aspects of the "EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes" [D.I. 4964] [D.I. 6383; filed October 7, 2015]

viii. EFIH Debtors' Response to "UMB Bank, N.A.'s Motion for Leave to File Sur-Reply to the EFIH Debtors' Reply in Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes" [D.I. 6488; filed October 16, 2015]

ix. Notice of Scheduling of Oral Argument in Connection with Certain Aspects of the "EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes" [D.I. 4964] [D.I. 6542; filed October 20, 2015]

Status: At the direction of Chambers, oral argument in connection with this matter as it relates to UMB Bank, N.A. seeking postpetition interest at the rate specified in the PIK Indenture (as such term is defined in the Objection) will take place at the hearing (the "PPI Argument"). At the further direction of Chambers, the PPI Argument shall last no longer than ninety (90) minutes, with such time divided equally between UMB Bank, N.A. and the EFIH Debtors (as such term is defined in the Objection).

Dated: October 26, 2015
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 13189577v.1