IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ENTRY OF APPEARANCE AND
<u>REQUEST FOR NOTICES AND DOCUMENTS</u>**

PLEASE ENTER THE APPEARANCE of Montgomery, McCracken, Walker & Rhoads, LLP on behalf of the Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "<u>Committee</u>"), in the above-captioned case.  Pursuant to 11 U.S.C. §§ 102(1) and 342, and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (collectively, the "<u>Bankruptcy Rules</u>"), the undersigned counsel hereby requests copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the following:

Sidney S. Liebesman, Esquire
sliebesman@mmwr.com
Montgomery, McCracken, Walker & Rhoads, LLP
1105 N. Market Street, Suite 1500
Wilmington, Delaware
(302) 504-7800 (phone)
(302) 504 -7820 (facsimile)

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions,

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, and schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by United States, overnight or electronic mail, hand delivery, telephone, telex, facsimile or otherwise, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rule 3017(a), the Committee requests that its counsel be provided with copies of any disclosure statements and plans of reorganization filed in the Debtor's case.

This Entry of Appearance and Request for Notices and Documents shall not be deemed or construed to be a waiver of the rights of the Committee to (i) have final orders in noncore matters entered only after de novo review by a District Court Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims, set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

Dated: Wilmington, Delaware
October 26, 2015

Respectfully submitted,

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

 */s/ Sidney S. Liebesman*
Sidney S. Liebesman, Esquire (DE Bar No. 3702)
1105 North Market Street, Suite 1500
Wilmington, DE  19801
(302) 504-7800
sliebesman@mmwr.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC; EFIH Finance Inc.; and EECI, Inc.*