# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 10/26/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Katherine Stadler | Godfrey & Kahn, S.C. | Fee Committee |
| Richard Gitlin | Gitlin & Co., LLC | Chair, Fee Committee |
| Stephen A Spence | Phillips Goldman & Spence | Fee Committee |
| Brad W Cain | Godfrey + Kahn | Fee Committee |
| Richard L Schepacarter | USDOT - OUST | U.S. Trustee |
| Chad J Husnick | Kirkland Ellis LLP | Debtors |
| David Klauder | Boell-E Klauder | EFH Corp |
| K. Stephen McNeill | Potter Anderson + Corroon | Deutsche Bank New York |
| Todd Goren | Morrison & Foerster | TCEH Committee |
| Daniel J DeFranceschi | Richards Layton + Finger | Debtors |
| Steven M Mayron | Richards Layton + Finger Polsinelli | Debtor |
| Justin Edelson | | TCEH Committee |
| Ray Lemisch | Klehr Harrison | UMB Bank N.A. |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**Calendar Date:** 10/26/2015
**Calendar Time:** 10:00 AM ET

## U.S. Bankruptcy Court-Delaware (DE - US)
### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi #6

1st Revision 10/23/2015 03:52 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7225633 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7226126 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lien Collateral Agent and Administrative Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7211870 | Camille Bent | (212) 537-0418 ext. 00 | Stevens & Lee, P.C. | Debtor, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7226707 | Matthew G. Bouslog | (949) 451-3914 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7225567 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7225411 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7229283 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7228128 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7225406 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7228125 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7225627 | Matthew W. Kinskey | (202) 887-4516 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7225312 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7221704 | Alexa J. Kranzley | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7229584 | Demetra L. Liggins | (713) 951-5884 | Thompson & Knight LLP | Non-Party, Thompson & Knight LLP, Special Tax Counsel / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7226189 | Pamela S. Morin | (303) 974-5884 | Pamela S. Morin - In Pro Per/Pro Se | Applicant, Filsinger Energy Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7226017 | Richard Pedone | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7225648 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7221651 | Natalie D. Ramsey | (215) 772-7354 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, EFH Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7227576 | Todd J. Rosen | (213) 683-9222 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7222382 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7225572 | Andrea B. Schwartz | 302-573-6491 | Office of the US Trustee | U.S. Trustee, Andrea Schwartz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7226484 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7229281 | Rachael Ringer | (212) 715-9106 | Kramer Levin Naftalis & Frankel LLP | Creditor, The Lien Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7226579 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7228337 | Ryan A. Wagner | 212-547-5790 | McDermott Will & Emery LLP | Interested Party, McDermott Will & Emery LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7277575 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7223212 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7225409 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7225685 | Peter Young | (312) 962-3528 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |