## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing *Notice of Appearance and Demand for Service of Papers* was served via U.S. First Class Mail on October 26, 2015 to each of the parties listed below.

| | |
|---|---|
| Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>Richards, Layton & Finger, PA.<br>920 North King Street<br>Wilmington, DE 19801 | Edward O. Sassower<br>Brian E. Schartz<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
| James H.M. Sprayregen<br>Marc Kieselstein<br>Chad J. Husnick<br>Steven N. Serajeddini<br>Kirkland & Ellis LLP<br>300 N. LaSalle Street<br>Chicago, IL 60654 | James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019 |
| Christopher A. Ward<br>Justin K.Edelson<br>Shanti M. Katona<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 | Andrew G. Dietderich<br>Brian D. Glueckstein<br>Michael H. Torkin<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004 |
| Natalie D. Ramsey<br>Davis Lee Wright<br>Mark A. Fink<br>Montgomery, McCracken, Walker & Rhoads, LLP<br>1105 N. Market Street, 15th Floor<br>Wilmington, Delaware 19801 | Richard L. Schepacarter<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 |
| Andrea Beth Schwartz<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Rm 1006<br>New York, NY 10065 | |

Dated: October 26, 2015

*/s/ Kevin G. Collins*
Kevin G. Collins (DE No. 5149)