# **EXHIBIT A**

51563134.1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 0.70 | $ 334.50 |
| Assumption/Rejection of Leases & Contracts | | | 4.70 | $ 2,322.50 |
| Bankruptcy-Related Advice | | | 19.80 | $ 8,155.50 |
| Business Operations | | | 2.50 | $ 1,430.00 |
| Case Administration | | | 16.10 | $ 6,264.50 |
| Claims Administration & Objections | | | 7.60 | $ 4,308.50 |
| Corporate Governance & Board Matters | | | 0.90 | $ 492.50 |
| Employment/Fee Applications | | | 31.20 | $ 13,778.00 |
| Financing & Cash Collateral | | | 1.10 | $ 618.50 |
| General Bankruptcy Advice/Opinions | | | 0.10 | $ 40.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 24.20 | $ 13,971.50 |
| Meetings of & Communications with Creditors or the Comm | | | 4.00 | $ 2,185.50 |
| Operations | | | 14.10 | $ 7,474.00 |
| Plan & Disclosure Statement (including business plan) | | | 53.30 | $ 27,147.00 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.80 | $ 439.00 |
| Tax Issues | | | 2.50 | $ 1,306.50 |
| | | | 183.60 | $ 90,268.00 |

# **EXHIBIT B**

51563134.1


Case 14-10979-CSS    Doc 6663-2    Filed 10/26/15    Page 4 of 9

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed In First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Callenbach, Anne E. | Shareholder | BU Energy | 05/01/1998 | $ 3,552.00 | 7.40 | 480 | 480 | 0 |
| Caro, Jr., Frank A. | Shareholder | BU Energy | 05/01/1983 | $ 2,040.00 | 3.40 | 600 | 600 | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ 1,440.00 | 2.40 | 600 | 600 | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 4,183.00 | 9.40 | 445 | 445 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 36,517.50 | 54.10 | 675 | 675 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 29,548.00 | 66.40 | 445 | 445 | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 5,920.00 | 14.80 | 400 | 400 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 7,067.50 | 25.70 | 275 | 275 | 0 |
| | | | | $ 90,268.00 | 183.60 | 492 | | |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Shareholder | $ 412.72 | $ 622.33 |
| Associate | $ 272.09 | $ 436.80 |
| Paralegal | $ 154.69 | $ 275.00 |
| All timekeepers averaged | $ 279.84 | $ 444.71 |

# **EXHIBIT C**

51563134.1

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Client Advance | $ 1,546.00 |
| Deliveries | $ 90.00 |
| On-Line Searches | $ 294.40 |
| Meals | $ 633.36 |
| Miscellaneous | $ 167.00 |
| Transcript of Proceedings | $ 1,070.40 |
| | $ 3,801.16 |

# **EXHIBIT D**

51563134.1



# Invoice Detail

For Professional Services Through 9/30/15  
File No. 078582-475724  
**Re: Energy Future Holdings Bankruptcy**

Page 83  
October 26, 2015  
Invoice No: 1223629

## Disbursements

| Date | Description | Amount |
|---|---|---:|
| 01/16/15 | Client Advance DLS Discovery LLC M21- 500 GB USB- Exact copy of provided hard drive | $150.00 |
| 07/24/15 | Meals Reliable Wilmington client special pickup- dimeos | 50.50 |
| 08/12/15 | Transcript of Proceedings Veritext New York Reporting Co. Certified Transcript | 223.20 |
| 08/12/15 | Transcript of Proceedings Veritext New York Reporting Co. Certified Transcript | 56.40 |
| 08/12/15 | Transcript of Proceedings Veritext New York Reporting Co. Certified Transcript | 115.20 |
| 08/12/15 | Transcript of Proceedings Veritext New York Reporting Co. Certified Transcript | 98.40 |
| 08/18/15 | Transcript of Proceedings Veritext New York Reporting Co. Certified Transcript | 84.00 |
| 08/18/15 | Transcript of Proceedings Veritext New York Reporting Co. Certified Transcript | 70.80 |
| 08/26/15 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 236.40 |
| 09/10/15 | Transcript of Proceedings Veritext New York Reporting Co. Certified Transcript | 124.80 |
| 09/10/15 | Transcript of Proceedings Veritext New York Reporting Co. Certified Transcript | 61.20 |
| 09/11/15 | Meals Reliable Wilmington CLIENT SPECIAL PICKUP- DIMEOS | 49.38 |
| 09/11/15 | Meals Reliable Wilmington client special pickup- ale house | 51.63 |
| 09/16/15 | Miscellaneous Telephonic Appearance A7134311 | 79.00 |
| 09/16/15 | Miscellaneous Telephonic Appearance A7134294 | 51.00 |
| 09/16/15 | Meals Reliable Wilmington client special pickup- chelsea tavern | 110.13 |
| 09/17/15 | Deliveries Reliable Wilmington hand delivery courier- box to sontchi x 2 | 15.00 |
| 09/17/15 | Meals Meal 1 | 15.00 |
| 09/17/15 | Meals Meal 1 | 195.00 |
| 09/17/15 | Miscellaneous Telephonic appearance A7149188 | 37.00 |
| 09/21/15 | On-Line Searches | 227.10 |
| 09/23/15 | Client Advance Reliable Wilmington print from cm/ecf site tabs pre-printed tabs custom binders | 1,396.00 |
| 09/23/15 | Meals Reliable Wilmington client special pickup- purebread | 161.72 |
| 09/23/15 | Deliveries Reliable Wilmington hand delivery boxes to Judge Sontchi | 75.00 |
| 09/29/15 | On-Line Searches | 6.10 |
| 09/30/15 | On-Line Searches | 26.00 |
| 09/30/15 | On-Line Searches | 35.20 |
| | **Total Disbursements** | **$3,801.16** |

Total Disbursements     3,801.16

**Total Current Charges Due**     **$94,069.16**