# EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS<br>9/01 – 9/30/2015 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 37.5 |
| Raoul Nowitz | Managing Director | 109.5 |
| Paul Hogan | Director | 4.0 |
| Matthew Cumbee | Sr. Associate | 134.0 |
| TOTALS | | 285.0 |