## **EXHIBIT C**

**Expenses by Category**

|         | September 2015 |
|---------|----------------|
| TOTALS  | $0             |