# Exhibit A

14642319.1

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)

| Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Fees Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| FTI Consulting Inc. [D.I. 3980] | 9/1/14-12/31/14 | $3,208,864.75 | $74,617.25 | $206,515.72 | $7,410.37 | $3,134,247.50 | $199,105.35 |
| McElroy Deutsch M&C [D.I. 4770] | 1/12/15-4/30/15 | $97,788.50 | $180.00 | $885.80 | $0.00 | $97,608.50 | $885.80 |
| SOLIC Capital Advisors [D.I. 4892] | 12/18/14-4/30/15 | $890,322.58 | $0.00 | $41,787.51 | $328.50 | $890,322.58 | $41,459.01 |
| AlixPartners LLP [D.I. 4761] | 1/1/15-4/30/15 | $1,257,388.75 | $56,920.00 | $178,597.72 | $867.56 | $1,200,468.75 | $177,730.16 |
| Balch & Bingham LLP [D.I. 4756] | 1/1/15-4/30/15 | $1,207,895.75 | $3,523.00 | $28,163.10 | $1,914.28 | $1,204,372.75 | $26,248.82 |
| Cravath Swaine & Moore LLP [D.I. 4764] | 1/1/15-4/30/15 | $1,499,619.50 | $20,000.00 | $29,477.20 | $923.83 | $1,479,619.50 | $28,553.37 |
| Goldin & Associates LLP [D.I. 4751] | 1/1/15-4/30/15 | $600,000.00 | $0.00 | $23,148.22 | $3,561.13 | $600,000.00 | $19,587.09 |
| Greenhill & Co LLC [D.I. 4767] | 1/1/15-4/30/15 | $1,000,000.00 | $0.00 | $105,777.79 | $4,866.03 | $1,000,000.00 | $100,911.76 |
| Guggenheim Securities LLC [D.I. 4662] | 1/1/15-4/30/15 | $1,000,000.00 | $0.00 | $71,856.92 | $1,282.38 | $1,000,000.00 | $70,574.54 |
| Montgomery McCracken Walker & Rhoads LLP [D.I. 4734] | 1/1/15-4/30/15 | $461,531.50 | $2,586.75 | $2,520.83 | $866.85 | $458,944.75 | $1,653.98 |
| Munger Tolles & Olson LLP [D.I. 4769] | 1/1/15-4/30/15 | $4,845,561.25 | $35,457.35 | $78,616.12 | $1,803.56 | $4,810,103.90 | $76,812.56 |
| O'Kelly Ernst & Bielli LLC [D.I. 4760] | 1/1/15-4/30/15 | $33,579.50 | $1,061.00 | $544.36 | $25.00 | $32,518.50 | $519.36 |
| Proskauer Rose LLP [D.I. 4759] | 1/1/15-4/30/15 | $5,258,110.52 | $293,215.52 | $205,576.07 | $6,784.48 | $4,964,895.00 | $198,791.59 |
| Stevens & Lee PC [D.I. 4758] | 1/1/15-4/30/15 | $53,968.00 | $2,362.50 | $708.77 | $11.72 | $51,605.50 | $697.05 |
| Sullivan & Cromwell LLP [D.I. 4732] | 1/1/15-4/30/15 | $5,068,906.90 | $174,605.56 | $29,777.97 | $0.00 | $4,894,301.34 | $29,777.97 |
| Alvarez & Marsal North America, LLC [D.I. 4809] | 1/1/15-4/30/15 | $5,283,286.50 | $17,341.50 | $222,166.52 | $656.48 | $5,265,945.00 | $221,510.04 |
| Deloitte & Touche LLP [D.I. 5048] | 1/1/15-4/30/15 | $4,342,743.00 | $46,706.50 | $0.00 | $0.00 | $4,296,036.50 | $0.00 |
| Evercore Group L.L.C. [D.I. 4861] | 1/1/15-4/30/15 | $2,100,000.00 | $0.00 | $62,482.62 | $5,257.45 | $2,100,000.00 | $57,225.17 |
| Filsinger Energy Partners [D.I. 4768] | 1/1/15-4/30/15 | $4,850,141.25 | $0.00 | $213,956.56 | $16.95 | $4,850,141.25 | $213,939.61 |
| Gibson, Dunn & Crutcher LLP [D.I. 4765] | 1/1/15-4/30/15 | $753,026.00 | $4,409.75 | $30,665.20 | $340.30 | $748,616.25 | $30,324.90 |
| KPMG LLP [D.I. 4903] | 1/1/15-4/30/15 | $2,336,145.97 | $27,921.84 | $102,769.68 | $1,334.10 | $2,308,224.13 | $101,435.58 |
| Kirkland & Ellis [D.I. 4773] | 1/1/15-4/30/15 | $28,712,575.50 | $497,634.90 | $3,047,572.82 | $140,882.02 | $28,214,940.60 | $2,906,690.80 |
| Lazard Freres & Co. LLC [D.I. 4933] | 1/1/15-4/30/15 | $1,000,000.00 | $0.00 | $29,564.02 | $3,895.70 | $1,000,000.00 | $25,668.32 |
| McDermott Will & Emery LLP [D.I. 4821] | 1/1/15-4/30/15 | $256,057.00 | $9,126.00 | $19,249.11 | $0.00 | $246,931.00 | $19,249.11 |
| Morrison & Foerster [D.I. 4755] | 1/1/15-4/30/15 | $10,360,883.75 | $110,329.50 | $220,256.14 | $450.00 | $10,250,554.25 | $219,806.14 |
| Polsinelli PC [D.I. 4776] | 1/1/15-4/30/15 | $479,795.50 | $24,138.13 | $13,407.42 | $761.65 | $455,657.37 | $12,645.77 |
| Thompson & Knight LLP [D.I. 5188] | 1/1/15-4/30/15 | $571,554.75 | $9,412.75 | $9,190.84 | $218.89 | $562,142.00 | $8,971.95 |
| Gitlin & Company LLC and Richard Gitlin [D.I. 5013] | 1/1/15-4/30/15 | $200,000.00 | $0.00 | $2,658.04 | $0.00 | $200,000.00 | $2,658.04 |
| Godfrey & Kahn SC [D.I. 5018] | 1/1/15-4/30/15 | $800,000.00 | $0.00 | $62,868.93 | $0.00 | $800,000.00 | $62,868.93 |
| Phillips Goldman & Spence PA [D.I. 5016] | 1/1/15-4/30/15 | $5,136.00 | $0.00 | $1,333.00 | $0.00 | $5,136.00 | $1,333.00 |

[1] Pursuant to paragraph 16 of the Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection and (C) Modifying the Automatic Stay [Docket No. 855] (the "Final Cash Collateral Order"), the Debtors shall not at this time pay fees incurred by Morrison & Foerster on behalf of the Committee in investigating any potential Challenges (as defined in the Final Cash Collateral Order) during the Compensation Period that, when combined with the fees incurred during the first interim period, exceed $500,000 (the "Excess Fees"). Such Excess Fees, totaling $732,777.50 for the Compensation Period, shall only be paid upon further order of the Court. For the avoidance of doubt, all parties' rights to object to the final allowance or payment of such Excess Fees are fully reserved.

14171541.