## EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue, New York, NY 10024 | Ninth Monthly Fee Statement 08/01/2015 through 08/31/2015 Docket No. 6254 | $262,459.00 | $143.62 | 10/22/2015 | $209,967.20 | $143.62 | $52,491.80 |

SL1 1386967v1 109285.00005