# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 390.30 | $223,767.50 |
| 2 | Metric Analysis | 55.50 | $31,217.50 |
| 3 | Generation Analysis | 196.00 | $104,197.50 |
| 4 | Retail Analysis | 130.00 | $60,547.50 |
| 5 | Commodity Analysis | 130.00 | $67,665.00 |
| 6 | Competitor Analysis | 16.00 | $9,017.50 |
| 7 | EBITDA Projection | 124.00 | $64,960.00 |
| 8 | Environmental Analysis | 12.50 | $6,807.50 |
| 9 | Short-Range Forecast | 4.00 | $1,560.00 |
| 10 | Capital Projects | 8.00 | $6,000.00 |
| 11 | Wholesale Operations | 32.50 | $19,840.00 |
| 12 | Retail Operations | 69.50 | $36,172.50 |
| 13 | T&D Operations | 4.00 | $2,445.00 |
| 14 | Data Collection and Diligence | 82.50 | $43,155.00 |
| 15 | Reports | 448.00 | $231,017.50 |
| 16 | Hearings | 4.00 | $3,000.00 |
| 17 | On-Site Diligence | 115.45 | $63,292.50 |
| 18 | Project Management | 2.50 | $1,800.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 24.50 | $15,802.50 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 15.50 | $6,077.50 |
| | *Continued on next page* | | |

---

1. Non-working travel time has been billed at 50% of actual time incurred.

# EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 0.00 | $0.00 |
| 24 | Retail Margins | 12.00 | $5,520.00 |
| 25 | T&D Market Research | 0.00 | $0.00 |
| 26 | Wholesale Market Research | 26.00 | $13,455.00 |
| 27 | Retail Market Research | 102.00 | $50,455.00 |
| 28 | Performance Analysis | 8.5 | $4,787.50 |
| 29 | Sales, General & Administrative Analysis | 36.00 | $16,897.50 |
| 30 | Portfolio Analysis | 1.00 | $460.00 |
| 31 | Oncor Revenue Analysis | 0.00 | $0.00 |
| 32 | Oncor Capital Structure | 0.00 | $0.00 |
| 33 | Regulatory Analysis | 29.00 | $18,705.00 |
| 34 | Claims & Settlement Issues | 15.00 | $10,270.00 |
| 35 | Property Tax Analysis | 21.50 | $9,785.00 |
|  |  |  |  |
|  | Totals: | 2,115.75 | $1,128,677.50 |

1. Non-working travel time has been billed at 50% of actual time incurred.