# EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 167.00 | $125,250.00 |
| Jean Agras | Managing Director | $720 | 157.50 | $113,400.00 |
| Gary Germeroth | Managing Director | $720 | 115.50 | $83,160.00 |
| Dave Andrus | Director | $645 | 53.50 | $34,507.50 |
| Scott Davis | Director | $545 | 286.00 | $155,870.00 |
| Paul Harmon | Director | $575 | 45.50 | $26,162.50 |
| Tim Wang | Director | $575 | 165.00 | $94,875.00 |
| Kimberly Eckert | Managing Consultant | $495 | 189.00 | $93,555.00 |
| Michael Gadsden | Managing Consultant | $460 | 171.25 | $78,775.00 |
| Jill Kawakami | Managing Consultant | $430 | 5.50 | $2,365.00 |
| Stephanie Kurth | Managing Consultant | $405 | 14.00 | $5,670.00 |
| Michael Perry | Managing Consultant | $410 | 166.00 | $68,060.00 |
| Nathan Pollak | Managing Consultant | $460 | 225.50 | $103,730.00 |
| Samuel Schreiber | Managing Consultant | $455 | 141.50 | $64,382.50 |
| Laura Hatanaka | Consultant | $390 | 165.00 | $64,350.00 |
| Pamela Morin | Consultant | $380 | 13.00 | $4,940.00 |
| Alex Vinton | Analyst | $275 | 35.00 | $9,625.00 |
| | | Totals: | 2,115.75 | $1,128,677.50 |