# **EXHIBIT C**

## **Summary of Actual and Necessary Expenses for the Fee Period**

### **ALL - Expense Summary**

| Service Description | Amount |
|---|---|
| Lodging | $17,513.19 |
| Airfare | $14,675.10 |
| Taxi | $3,267.28 |
| Travel Meals | $3,433.29 |
| Other Travel Expenses | $1,419.48 |
| Vehicle Rental Expenses | $1,816.14 |
| | |
| **Total:** | **$42,124.48** |

### **TCEH - Expense Summary**

| Service Description | Amount |
|---|---|
| Lodging | $16,521.34 |
| Airfare | $13,843.98 |
| Taxi | $3,082.24 |
| Travel Meals | $3,238.85 |
| Other Travel Expenses | $1,339.09 |
| Vehicle Rental Expenses | $1,713.28 |
| | |
| **Total:** | **$39,738.78** |

### **EFIH - Expense Summary**

| Service Description | Amount |
|---|---|
| Lodging | $292.28 |
| Airfare | $244.91 |
| Taxi | $54.53 |
| Travel Meals | $57.30 |

| Service Description | Amount |
|---|---:|
| Other Travel Expenses | $23.69 |
| Vehicle Rental Expenses | $30.31 |
|  |  |
| **Total:** | **$703.02** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $699.57 |
| Airfare | $586.21 |
| Taxi | $130.51 |
| Travel Meals | $137.14 |
| Other Travel Expenses | $56.70 |
| Vehicle Rental Expenses | $72.55 |
|  |  |
| **Total:** | **$1,682.68** |