# EXHIBIT A
## Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B160 | Employment Applications | 2.1 | $535.50 | $428.40 |
| B161 | Budget/Staffing Plan | 2.1 | $1,393.50 | $1,114.80 |
| B162 | Fee Applications | 4.5 | $1,444.50 | $1,155.60 |
| B240 | Tax Issues | 354.1 | $217,556.00 | $174,044.80 |
| | **Totals** | **422.7** | **$220,929.50** | **$176,743.60** |