## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---:|
| Copies ($0.10/page) | In-House | $291.00 |
| Parking | Standard Parking | $10.00 |
| | Total: | **$301.00** |