## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**Parking**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| Mary McNulty | 08/27/2015 | $10.00 | Parking with Standard Parking |
| | | **TOTAL:** | **$10.00** |