IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to Alcoa Inc. in the above referenced cases, and on the 23rd day of October, 2015, he caused a copy of the following:

**LIMITED OBJECTION TO CONFIRMATION OF PLAN
[DOCKET NO. 6582]**

to be served upon the parties identified on the attached list in the manner so indicated.

Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 27th day of October, 2015.

Notary Public

MICHELLE L. IFILL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 13, 2017

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

{1017.001-W0039005.}

| | |
|---|---|
| **Energy Future Holdings**<br>**Case No. 14-10979** | **HAND DELIVERY**<br>RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>920 North King Street<br>Wilmington, Delaware 19801 |
| **US MAIL**<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, New York 10022-4611 | **US MAIL**<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, Illinois 60654 |