EXHIBIT B



salesforce.com, inc.
San Francisco, CA 94105
United States

INVOICE

Bill To:
TXU Energy Retail Company LLC
Attn: Accounts Payable TXU Energy Retail Company LLC
6555 Sierra Drive
Irving, TX 75039
US

Ship To:
Irving, TX 75039
US

| Invoice Number: | 04585324 |
|---|---|
| Invoice Date: | 12/3/2012 |
| Invoice Due Date: | 1/17/2013 |
| Payment Terms: | Net 45 |
| Payment Method: | |
| Account Number: | 4-357020 |
| Contract Number: | 00396911 |
| Invoice Amount: | USD 1,611.00 |

## Remittance Information

Remit To:
Salesforce.com Inc
P.O. Box 203141
Dallas, TX 75320-3141
United States

Wire Transfer To:
Bank Name:      Wells Fargo
A/C Name:       SALESFORCE.COM INC (AR)
A/C No:         4121519896
ABA No.:        1210-0024-8

Please reference invoice number 04585324 with your payment.

## Invoice Details

Vendor: Salesforce.com

Purchase Order #: S0776355

| | Service | Quote # | Months | Qty | Unit Price+ | Tax Rate | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | Premier Success Plan (Support) - Sales Cloud | Q-1227538 | | 4 | 18.75 | 0% | 0.00 | 225.00 |
| | Service Dates: 11/17/2012 - 2/16/2013 | | | | | | | |
| 2 | Sales Cloud - Enterprise Edition | Q-1227538 | | 4 | 82.50 | 0% | 0.00 | 990.00 |
| | Service Dates: 11/17/2012 - 2/16/2013 | | | | | | | |
| 3 | Sandbox (Full Copy) - 1 | Q-1227538 | | 4 | 16.50 | 0% | 0.00 | 198.00 |
| | Service Dates: 11/17/2012 - 2/16/2013 | | | | | | | |
| 4 | Sandbox (Full Copy) - 2 | Q-1227538 | | 4 | 16.50 | 0% | 0.00 | 198.00 |
| | Service Dates: 11/17/2012 - 2/16/2013 | | | | | | | |

Subtotal: USD 1,611.00

Salesforce.com Total Charges: USD 1,611.00

+ The unit price shown above has been rounded to two decimal places for display purposes. As many as eight decimal places may be present in the actual price. The total price for this invoice was calculated using the actual price, rather than the unit price displayed above, and is the true and binding total for this Invoice.

Please note: Access to salesforce.com CRM subscription services is through remote Internet browser. This on-demand CRM service does not include the transfer of any software.

For more information regarding billing for your account, please view your account summary at: https://store.salesforce.com/apex/statementlist *

For answers to frequently asked billing questions, please visit our Billing FAQ at:http://www.salesforce.com/company/faq.jsp

To log a case regarding a billing query, please click here:https://www.salesforce.com/form/contact/billing-contact.jsp

contact customer service at 415-901-8457 for any questions.

This invoice was generated using Salesforce.

* Requires login access to Checkout.



San Francisco, CA 94105
United States

TXU ENERGY RETAIL COMPANY LLC
ATTN: ACCOUNTS PAYABLE TXU ENERGY RETAIL COMPANY LLC
6555 SIERRA DRIVE
IRVING, TX 75039
US

Please return this portion with your payment and reference your invoice number on your check payment.

| | | |
|---|---|---|
| Please send payment to: | Account Name: TXU Energy Retail Company LLC | Invoice Number: 04585324 |
| Salesforce.com Inc | Account Number: 4-357020 | Invoice Date: 12/3/2012 |
| P.O. Box 203141 | Contract Number: 00396911 | Invoice Due Date: 1/17/2013 |
| | | Invoice Amount: USD 1,611.00 |
| Dallas, TX 75320-3141 | | |
| United States | | Payment Amount: _____ |
| | | Check Number: _____ |



salesforce.com, inc.
San Francisco, CA 94105
United States

INVOICE

Bill To:
Txu Energy Company Llc, TXU Energy, EFH, Energy Furture Holdings, TU Electric
Attn: Harsha Desai
6555 Sierra Drive
Irving, TX 75039
US

Ship To:
Irving, TX 75039
US

| | |
|---|---:|
| Invoice Number: | 05806179 |
| Invoice Date: | 4/30/2014 |
| Invoice Due Date: | 6/14/2014 |
| Payment Terms: | Net 45 |
| Payment Method: | |
| Account Number: | 4-357020 |
| Contract Number: | 00814506 |
| **Invoice Amount:** | **USD 23,452.00** |

## Remittance Information

Remit To:
Salesforce.com Inc
P.O. Box 203141
Dallas, TX 75320-3141
United States

Wire Transfer To:
Bank Name:        Wells Fargo
A/C Name:         SALESFORCE.COM INC (AR)
A/C No:           4121519896
ABA No.:          1210-0024-8

Please reference invoice number 05806179 with your payment.

## Invoice Details

Vendor: Salesforce.com

Purchase Order #: PO#S0799014

| # | Service | Quote # | Months | Qty | Unit Price+ | Tax Rate | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | Private Workshop | | | 5 | 4,400.00 | 6.6% | 1,452.00 | 23,452.00 |
| | TXU Energy Retail Company LLC - Private Workshop - DEV401/502 - Texas - March 24th - 5 days | | | | | | | |
| | | | | | | | Subtotal: | USD 23,452.00 |

Salesforce.com Total Charges: USD 23,452.00

+ The unit price shown above has been rounded to two decimal places for display purposes. As many as eight decimal places may be present in the actual price. The total price for this invoice was calculated using the actual price, rather than the unit price displayed above, and is the true and binding total for this Invoice.

Please note: Access to salesforce.com CRM subscription services is through remote Internet browser. This on-demand CRM service does not include the transfer of any software.

For more information regarding billing for your account, please view your account summary at: https://store.salesforce.com/apex/statementlist *

For answers to frequently asked billing questions, please visit our Billing FAQ at:http://www.salesforce.com/company/faq.jsp

To log a case regarding a billing query, please click here:https://www.salesforce.com/form/contact/billing-contact.jsp

contact customer service at 415-901-8457 for any questions.

This invoice was generated using Salesforce.

* Requires login access to Checkout.



San Francisco, CA 94105
United States

TXU ENERGY COMPANY LLC, TXU ENERGY, EFH, ENERGY
FURTURE HOLDINGS, TU ELECTRIC
ATTN: HARSHA DESAI
6555 SIERRA DRIVE
IRVING, TX 75039
US

---

Please return this portion with your payment and reference your invoice number on your check payment.

| | | |
|---|---|---|
| Please send payment to: | Account Name: TXU Energy Retail Company LLC | Invoice Number: 05806179 |
| Salesforce.com Inc | Account Number: 4-357020 | Invoice Date:4/30/2014 |
| P.O. Box 203141 | Contract Number: 00814506 | Invoice Due Date: 6/14/2014 |
| | | Invoice Amount: USD 23,452.00 |
| Dallas, TX 75320-3141 | | |
| United States | | Payment Amount: _____ |
| | | |
| | | Check Number: _____ |



salesforce.com, inc.
San Francisco, CA 94105
United States

INVOICE

| | |
|---|---:|
| Bill To: | |
| TXU Energy Retail Company LLC | |
| Attn: Mr. Ravi Malick | |
| 6555 Sierra Drive | |
| Irving, TX 75039 | |
| US | |

Ship To:
Irving, TX 75039
US

| | |
|---|---:|
| Invoice Number: | 06648242 |
| Invoice Date: | 1/28/2015 |
| Invoice Due Date: | 2/27/2015 |
| Payment Terms: | Net 30 |
| Payment Method: | |
| Account Number: | 4-357020 |
| Contract Number: | 00981968 |
| Invoice Amount: | USD 469,040.00 |

## Remittance Information

Remit To:
Salesforce.com Inc
P.O. Box 203141
Dallas, TX 75320-3141
United States

Wire Transfer To:
Bank Name:        Wells Fargo
A/C Name:         SALESFORCE.COM INC (AR)
A/C No:           4121519896
ABA No.:          1210-0024-8

Please reference invoice number 06648242 with your payment.

## Invoice Details

Vendor: Salesforce.com

Purchase Order #: S0807858

| | Service | Quote # | Months | Qty | Unit Price+ | Tax Rate | Tax | Total |
|---|---|---|---|---|---:|---:|---:|---:|
| 1 | Program Architect | Q-2001300 | | 1 | 36,666.67 | 6.6% | 29,040.00 | 469,040.00 |
| | Service Dates: 2/15/2015 - 2/14/2016 | | | | | | | |
| | | | | | | | Subtotal: | USD 469,040.00 |

Salesforce.com Total Charges: USD 469,040.00

+ The unit price shown above has been rounded to two decimal places for display purposes. As many as eight decimal places may be present in the actual price. The total price for this invoice was calculated using the actual price, rather than the unit price displayed above, and is the true and binding total for this Invoice.

Please note: Access to salesforce.com CRM subscription services is through remote Internet browser. This on-demand CRM service does not include the transfer of any software.

For more information regarding billing for your account, please view your account summary at: https://store.salesforce.com/apex/statementlist *

For answers to frequently asked billing questions, please visit our Billing FAQ at:http://www.salesforce.com/company/faq.jsp

To log a case regarding a billing query, please click here:https://www.salesforce.com/form/contact/billing-contact.jsp

contact customer service at 415-901-8457 for any questions.

This invoice was generated using Salesforce.

* Requires login access to Checkout.



San Francisco, CA 94105
United States

TXU ENERGY RETAIL COMPANY LLC
ATTN: MR. RAVI MALICK
6555 SIERRA DRIVE
IRVING, TX 75039
US

Please return this portion with your payment and reference your invoice number on your check payment.

| Please send payment to: | Account Name: TXU Energy Retail Company LLC | Invoice Number: 06648242 |
| --- | --- | --- |
| Salesforce.com Inc | Account Number: 4-357020 | Invoice Date: 1/28/2015 |
| P.O. Box 203141 | Contract Number: 00981968 | Invoice Due Date: 2/27/2015 |
| | | Invoice Amount: USD 469,040.00 |
| Dallas, TX 75320-3141 | | |
| United States | | Payment Amount: _____ |
| | | Check Number: _____ |