EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et. al.[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) |
| | ) |

**DECLARATION OF JACK ROLOVICH IN SUPPORT OF THE CURE OBJECTION
AND RESERVATION OF RIGHTS OF SALESFORCE.COM, INC. RELATED TO THE
PROPOSED ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND
UNEXPIRED LEASES PURSUANT TO THE JOINT PLAN OF
REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET. AL.,
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Jack Rolovich, declare as follows:

1.  I am the Manager Bad Debt and Account Receivables/Operations Reporting for Salesforce.com, Inc. (hereinafter "**Salesforce**") and I am authorized to execute this Declaration on behalf of Salesforce. If called to testify, I could and would competently testify to the facts set forth herein based on my personal knowledge of those facts, events and transactions.[2]

2.  Salesforce is a Delaware corporation and, among other activities, it provides on-demand customer relationship management and software application services (the collectively, the "**Salesforce Services**") to Salesforce.com's business customers

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used in this Declaration, but which are not defined herein, shall have the meanings ascribed to them in the Cure Objection filed concurrently herewith.

(individually, a "**Customer**" and, collectively, "**Customers**").

3. This declaration is filed in support of the *Cure Objection And Reservation Of Rights Of Salesforce.Com, Inc. Related To The Proposed Assumption Of Certain Executory Contracts And Unexpired Leases Pursuant To The Joint Plan Of Reorganization Of Energy Future Holdings Corp., Et. Al., Pursuant To Chapter 11 Of The Bankruptcy Code* (the "**Cure Objection**") filed by Salesforce with respect to the possible assumption by the Debtors of that certain executory contract to which Salesforce is a counterparty (as hereinafter identified).

## MAINTENANCE OF BUSINESS RECORDS

4. In my official capacity, I have personal knowledge of the method by which Salesforce maintains permanent records of its transactions (individually, a "**Transaction**" and, collectively, the "**Transactions**") with its customers and, thereupon, I declare and state that Salesforce maintains permanent records of all Transactions in a computerized accounting system. All amounts due and owing to Salesforce with respect to any Transaction with a third party (individually, a "**Customer**" and, collectively, "**Customers**") including, but not limited to, payments related to the Services, taxes, interest owed with respect to any Service or agreement, fees and other charges (individually, an "**Obligation**" and, collectively, the "**Obligations**"), are entered in this accounting system at, or near, the time such Obligations are incurred. Likewise, all payments made by a Customer with respect to any Obligation or Transaction, and all other credits and debits related to any Obligation or Transaction, are entered in this accounting system at, or near, the time such payment is received and/or such credit or debit is made or incurred. Each such entry is made in the regular course of business by employees of Salesforce who actually process these payments, receipts, credits and debits. If necessary, Salesforce can print hard copies of all entries.

5. I have personal knowledge of the manner by which Salesforce maintains records of its written contracts, statements of work, schedules and any other documents related to such contracts, and all amendments to any contract, statement of work, schedule

and/or any other document (individually, a "**Salesforce Agreement**" and, collectively, the "**Salesforce Agreements**") with its Customers. As a regular part of its business, Salesforce maintains permanent records of the Salesforce Agreements and these records are compiled at the time, or near the time, that a Salesforce Agreement is received or processed.

IDENTIFICATION OF SALESFORCE CONTRACT

6.    I have personally reviewed Salesforce's records relating to the Debtors, including the Transactions, the Obligations and the Salesforce Agreements, and I am personally familiar with Debtors' account with Salesforce. Based thereon, I declare and state that (a) the Salesforce Services are provided pursuant to the terms and conditions set forth in a Master Subscription Agreement (hereinafter "**MSA**") between Salesforce and a Customer (including, in this instance, the Debtors), (b) the MSA is available on Salesforce's website for review by Customers, (c) all Customers must accept the MSA as a condition of using the Salesforce Services and (d) on August 19, 2010 , TXU Energy Retail Company LLC (the "**Debtor**") accepted the terms of the MSA. A true and correct copy of the MSA is attached hereto as "Exhibit A" and is incorporated by reference herein as if fully set forth.

7.    I further declare and state that, after accepting the MSA, Salesforce and the Debtor entered into those certain Order Form Nos., *Q-1227538*, dated November 30, 2012, *05286869*, dated February 26, 2014, and *Q-2001300*, dated December 31, 2014 (collectively, the "**Orders**" and, together with the MSA, the "**Salesforce Contract**"), pursuant to which Salesforce is obligated to provide the Salesforce Services and the Debtor became obligated to pay certain fees and other monies (collectively, the "**Fees**") with respect to the Salesforce Services. Copies of the Orders are not attached hereto due to the confidentiality provisions contained within the MSA but true and accurate copies will be provided to the Debtors upon request.

8.    I further declare and state the Salesforce Contract provides that (a) the Fees due by a Customer (and, in this instance, the Debtors) are based on the Salesforce Services

ordered and not on actual usage of any such services, (b) such Fees are invoiced in advance pursuant to the billing terms set forth on the Orders, and (c) such Fees are due within the terms specified on the Orders. *See* MSA at Section 6.1. and Section 6.2, and the Orders at page 1.

## BANKRUPTCY CASE

9. Based upon information and belief, I am informed that, on April 29, 2014 (the "**Petition Date**"), the Debtor and its related entities filed their voluntary petitions in the above-captioned Court seeking relief under Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

10. Based upon information and belief, I am informed that, on May 1, 2014, the Court entered its *Order Directing Joint Administration of The Debtors' Chapter 11 Cases* [ECF 287] under the lead case of Energy Future Holdings Corp., 14-10979, and, continually since that date, the Debtors have operated as debtors-in-possession with respect to their bankruptcy.

11. Based on information and belief, I am informed that, on September 21, 2015, the Debtors filed their *Fifth Amended Joint Plan of Reorganization Of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 Of The Bankruptcy Code* [ECF 6122] (as amended from time to time, the "Plan")

12. Based upon information and belief, I am informed that, on October 20, 2015, the Debtor filed the *Plan Supplement For The Joint Plan Of Reorganization Of Energy Future Holdings Corp., et. al. Pursuant To Chapter 11 Of The Bankruptcy Code,* including *Exhibit C-List of Executory Contracts and Unexpired Leases To Be Assumed By Reorganized Debtor On The Effective Date* [ECF 6544] (the "Plan Supplement") that (a) identifies Salesforce.com, Inc. as the non-debtor counterparty to that certain "Software License And Support Agreement Dated 9/17/2010" that it may assume pursuant to the Plan and (b) lists the monetary default of $22,000.00 that has to be paid as a pre-condition of the

assumption of such contract.

## CURE AMOUNT

13.     Based upon my review of Salesforce's books and records pertinent to the Debtors' account, I declare and state that (a) the Debtors have failed to pay all Fees due and owing pursuant to the Salesforce Contract, and (b) more specifically, as of October 21, 2015, the Debtors owes Salesforce the sum of **$464,988.86** (the "**Salesforce Cure Amount**") pursuant to the Salesforce Contract, consisting of: (1) $24,988.86 for amounts due and owing pre-petition, and (2) $440,000.00 for amounts due and owing post-petition. A summary of the Salesforce Cure Amount is set forth below and a true and accurate copy of the Invoices are attached hereto as Exhibit "B" and is incorporated by reference herein as if fully set forth.

| ORDER NO. | ORDER DATE | INVOICE NO. | INVOICE DATE | INVOICE DUE DATE | SERVICE PERIOD | BALANCE | Pre-petition | Post-petition |
|---|---|---|---|---|---|---|---|---|
| Q-2001300 | 28-Jan-15 | 6648242 | 28-Jan-15 | 27-Feb-15 | 2/15/15 - 2/14/16 | $440,000.00 | | $440,000.00 |
| 5286869 | 26-Feb-14 | 5806179 | 30-Apr-14 | 14-Jun-14 | March 24-28, 2014 | $23,452.00 | $23,452.00 | |
| Q-1227538 | 3-Dec-12 | 4585324 | 3-Dec-12 | 17-Jan-13 | 11/17/12 - 2/16/13 | $1,536.86 | $1,536.86 | |
| | | | | | | $464,988.86 | $24,988.86 | $440,000.00 |

///             [Signature Page is attached as the next page]

///

///

///

///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 26 day of October, 2015 at San Francisco, California

_____
**Jack Rolovich**