# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et. al.[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) **Related to D.I. #6544** |

## CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire, hereby certify that on this 27th day of October, 2015, I caused a copy of the foregoing *CURE OBJECTION AND RESERVATION OF RIGHTS OF SALESFORCE.COM, INC. RELATED TO THE PROPOSED ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO THE JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET. AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE.* to be served electronically upon all counsel of record via CM/ECF.

*/s/ James S. Yoder*
JAMES S. YODER

Date: October 27, 2015

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

16130330v.1