IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORPORATION, *et al.,*<br><br>Debtors. | Chapter 11<br>Case Nos. 14-10979 (CSS), *et seq.*<br><br>(Jointly Administered) |

## **OBJECTION TO PROPOSED CURE AMOUNT**

MoreTech, Inc. ("Claimant"), by its undersigned counsel, hereby files this objection to the Notice of (A) Executory Contracts and Unexpired Leases To Be Assumed by the Debtors Pursuant to the Plan; (B) Cure Amounts, If Any; and (C) Related Procedures in Connection Therewith (the "Notice"), and in support hereof states as follows:

1.  On April 29, 2014, Luminant Generation Company LLC ("Luminant," and collectively with the other above-captioned debtors and debtors in possession, the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* Since the Petition Date, the Debtors have managed their affairs and remained in possession of their assets as debtors in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2.  It appears that on October 14, 2015, the claims agent served copies of the Notice upon Claimant. According to the Notice, the Debtors were giving notice of certain executory contracts to be assumed under the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code (Docket No. 6122) (as may be modified, amended or supplemented from time to time, the "Plan").

- 2 -

3.  According to the schedule of the Notice, the Debtors are seeking authority to assume a contract with Claimant styled as "SERVICES AGREEMENT DATED 12/01/2003 PLUS AMENDMENTS" (the "Assumed Contract") under the Plan.

4.  Subject to the Debtors' burden of providing adequate assurance of future performance (in connection with which Claimant reserves all rights), Claimant does not oppose the assumption of the Assumed Contract for the benefit of the Reorganized Debtors under the Plan.

5.  The proposed cure amount in connection with the Assumed Contract as it appears in the Notice, however, is improper. The correct amount, as of October 14, 2015, should be $113,703.09.

6.  To the extent that additional defaults have occurred since October 14, 2015, Claimant reserves the right to require that they also be cured as a precondition to the Debtors' assumption of the Assumed Contract.

7.  Claimant is still in the process of reviewing its records in relation to the Assumed Contract and reserves all rights in connection with confirmation of the Plan.

CONCLUSION

WHEREFORE, Claimant respectfully requests this Court condition the Debtors' assumption of any contracts (including but not limited to the Assumed Contract) upon the prompt cure of all defaults existing as of the date of assumption, in the corrected cure amount

- 3 -

identified hereinabove, and grant Claimant such other or further relief as is just and proper.

Dated: October 27, 2015         Respectfully submitted,
Wilmington, Delaware

HILLER & ARBAN, LLC

 /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
Brian L. Arban (DE No. 4511)
1500 N. French St., 2nd Fl.
Wilmington, Delaware 19801
(302) 442-7677 telephone
(302) 442-7045 facsimile
ahiller@hillerarban.com

*Attorneys for Claimant*