IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORPORATION, *et al.,*<br><br>Debtors. | Chapter 11<br>Case Nos. 14-10979 (CSS), *et seq.*<br><br>(Jointly Administered) |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 27, 2015, I caused copies of the foregoing Objection to Proposed Cure Amounts to be served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: October 27, 2015          /s/ **Adam Hiller**
       Wilmington, Delaware         Adam Hiller (DE No. 4105)
                                                 HILLER & ARBAN, LLC
                                                 1500 North French Street, 2nd Floor
                                                 Wilmington, Delaware 19801
                                                 (302) 442-7676 telephone
                                                 (302) 442-7045 facsimile