Edward O. Sassower, P.C. Stephen E. Hessler, Esq. Brian E. Schartz, Esq.
Kirkland & Ellis LLP 601 Lexington Avenue New York, NY 10022

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801

Richard L. Schepacarter, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801