# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

## NOTICE OF DEPOSITION

**TO:** Bank of New York Mellon ("BNYM"), in its capacity as the PCRB Trustee, and the Bank of New York Mellon Trust Company, N.A. ("BNYMTC" and, together with BNYM, "BNY"), in its capacity as the EFCH 2037 Notes Trustee, c/o Reed Smith LLP, Attention Kurt F. Gwynne, 1201 North Market Street, Suite 1500, Wilmington, Delaware 19801.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, and the *Amended Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization*, dated August 27, 2015 (the "Confirmation Scheduling Order") [Docket No. 5771], and the *Notice of Agreed Amendments to the Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization*, dated October 14, 2015 (the "Notice of Amended Scheduling Order") [Docket No. 6464], the ad hoc group of certain holders (the "Ad Hoc Group of TCEH

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

Unsecured Noteholders" or the "Ad Hoc Group") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition upon oral examination of BNY relating to the *Objection of the Bank of New York Mellon, as Indenture Trustee for the PCRB Claims, to Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code,* dated October 23, 2015 [Docket No. 6621](the "Plan Objection"), and all relief to be requested therein and the *Objection of the Bank of New York Mellon, as Indenture Trustee for the PCRB Claims, to the Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement and Hearing Thereon,* dated October 23, 2015 [Docket No. 6623] (the "Settlement Objection") on **November 2, 2015 at 2:00 pm** (Eastern Standard Time), at the offices of Fox Rothschild LLP, 919 Market Street, Suite 300, Wilmington, DE 19801 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue until it has been completed.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), BNY must designate one or more persons to testify on behalf of BNY with regard to all matters known or reasonably available to BNY on each of the following topics:

## RULE 30(b)(6) DEPOSITION TOPICS

1. All factual allegations in the Plan Objection, including in paragraphs 1-3, 5, 31, 37-40, 63, 66, 79 and 88-93.

2. All factual allegations in the Settlement Objection, including in paragraphs 1, 3, 13, 22, 26, 33-35, 53-56, 86-90, and 94-96.

3. All testimony and evidence which BNY intends to present or rely on at the Plan Confirmation Hearing.

Dated:     October 25, 2015
               Wilmington, Delaware

FOX ROTHSCHILD LLP

By:   */s/ L. John Bird*
Jeffrey M. Schlerf (No. 3047)
L. John Bird (No. 5310)
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 463-4971
jschlerf@foxrothschild.com
lbird@foxrothschild.com

and

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*

**File a Notice:**

14-10979-CSS Energy Future Holdings Corp.
Type: bk                    Chapter: 11 v              Office: 1 (Delaware)
Assets: y                   Judge: CSS                 Case Flag: CLMSAGNT,
                                                       MEGA, LEAD, SealedDoc(s),
                                                       APPEAL

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from L. John Bird entered on 10/25/2015 at 9:31 PM EDT and filed on 10/25/2015
**Case Name:**       Energy Future Holdings Corp.
**Case Number:**     14-10979-CSS
**Document Number:** 6651

**Docket Text:**
Notice of Deposition *to the Bank of New York Mellon and the Bank of New York Mellon Trust Company, N.A.* Filed by Ad Hoc Group of TCEH Unsecured Noteholders. (Bird, L. John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Ad Hoc Group 30(b)(6) Deposition Notice to BNY.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/25/2015] [FileNumber=13438523-
0] [7335f51170a87bf71059b022313cdedee139a8186b7e59d3278f31f95749e36ee6
87697a223ac0acc97ff01fccad169fb673d0db60641d4f1cb62c351f9c740d]]

**14-10979-CSS Notice will be electronically mailed to:**

Derek C. Abbott on behalf of Interested Party TPG Capital, L.P.
dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com

Jacob A. Adlerstein on behalf of Interested Party Ad Hoc Committee of TCEH First Lien Creditors
jadlerstein@paulweiss.com

David G. Aelvoet on behalf of Creditor Ector CAD
davida@publicans.com

Elihu Ezekiel Allinson, III on behalf of Creditor Henry Pratt Company, LLC
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

Ashley Robert Altschuler on behalf of Defendant Morgan Stanley Capital Group, Inc.
ashley.altschuler@dlapiper.com

Ashley Robert Altschuler on behalf of Interested Party Morgan Stanley Capital Group, Inc.
ashley.altschuler@dlapiper.com

Arlene Rene Alves on behalf of Interested Party Wilmington Trust, N.A.
alves@sewkis.com

Desiree M. Amador on behalf of Creditor Pension Benefit Guaranty Corporation
amador.desiree@pbgc.gov, efile@pbgc.gov

Carla O. Andres on behalf of Interested Party Fee Committee
candres@gklaw.com, kboucher@gklaw.com;shuntema@gklaw.com

David B. Anthony on behalf of Plaintiff Avenue Capital Management II, LP
danthony@bergerharris.com

David B. Anthony on behalf of Plaintiff GSO Capital Partners LP
danthony@bergerharris.com

David B. Anthony on behalf of Plaintiff P. Schoenfeld Asset Management LP
danthony@bergerharris.com

David B. Anthony on behalf of Plaintiff Third Avenue Management LLC
danthony@bergerharris.com

David B. Anthony on behalf of Plaintiff York Capital Management Global Advisors, LLC
danthony@bergerharris.com

Aaron S. Applebaum on behalf of Interested Party TCEH Debtors
Aapplebaum@mdmc-law.com, smullen@mdmc-law.com;sshidner@mdmc-law.com

Brian L. Arban on behalf of Interested Party Steag Energy Services, Inc.
barban@hillerarban.com

Bradley R. Aronstam on behalf of Interested Party Titan Investment Holdings LP
baronstam@seitzross.com, hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com

John R. Ashmead on behalf of Interested Party Wilmington Trust, N.A.
ashmead@sewkis.com

Daniel K. Astin on behalf of Creditor Atmos Energy Corporation
dastin@ciardilaw.com, jmcmahon@ciardilaw.com

Daniel K. Astin on behalf of Creditor TXU 2007-1 Railcar Leasing LLC
dastin@ciardilaw.com, jmcmahon@ciardilaw.com

Michael L. Atchley on behalf of Creditor Northeast Texas Municipal Water District
matchley@popehardwicke.com

Michael L. Atchley on behalf of Creditor Tarrant Regional Water District
matchley@popehardwicke.com

Danielle M. Audette on behalf of Interested Party Ad Hoc Group of TCEH Unsecured Noteholders
, jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com

Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC
allison@claimsrecoveryllc.com, allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com

Aaron C Baker on behalf of Attorney Godfrey & Kahn, S.C.
acb@pgslaw.com

Aaron C Baker on behalf of Fee Examiner Richard Gitlin
acb@pgslaw.com

Aaron C Baker on behalf of Interested Party Fee Committee
acb@pgslaw.com