# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 6394, 6396, 6398, 6682** |

## CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING ENERGY FUTURE HOLDINGS CORP., *ET AL.* TO FILE REDACTED PORTIONS OF MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.* FOR ENTRY OF AN ORDER AUTHORIZING, BUT NOT REQUIRING, THE TCEH DEBTORS TO (A) PARTICIPATE IN A COMPETITIVE BIDDING PROCESS, AND (B) IF SELECTED AS THE WINNING BIDDER, TO CONSUMMATE A PROPOSED ACQUISITION

The undersigned hereby certifies as follows:

1. On October 7, 2015, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion for Entry of an Order Authorizing Energy Future Holdings Corp., et al., to File Redacted Portions of Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition* [D.I. 6394] (the "Sealing Motion").[2] Pursuant to the Sealing Motion, the Debtors were seeking entry of an order of this Court authorizing the Debtors to file under seal those certain redacted portions of the Bid Procedures Motion and directing that those redacted portions of the Bid Procedures Motion remain under seal and confidential and not be made

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein shall have the meaning ascribed to them in the Sealing Motion.

RLF1 13194737v.1

available to anyone without the consent of the Debtors except (a) the Court, (b) the U.S. Trustee, on a confidential basis, and (ii) on a confidential, "professionals' eyes only" basis, the advisors to the TCEH Creditors' Committee and the Ad Hoc Committee of TCEH First Lien Creditors.

2. The deadline to file an objection or other response to the relief requested in the Sealing Motion was October 21, 2015 at 4:00 p.m. (Eastern Daylight Time) (the "Objection Deadline"). The Objection Deadline was extended for the U.S. Trustee to October 26, 2015 at 12:00 p.m. (noon) (Eastern Daylight Time). No objections were filed by the Objection Deadline.

3. On October 27, 2015, the Debtors filed the *Declaration of Mac McFarland, CEO of Luminant Holdings Company LLC in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Energy Future Holdings Corp., et al., to File Redacted Portions of Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition* [D.I. 6682] (the "McFarland Declaration") in further support of the relief requested in the Sealing Motion.

4. The Debtors circulated the McFarland Declaration to the U.S. Trustee. Based on the McFarland Declaration and discussions with the U.S. Trustee, the Debtors have also prepared a proposed form of order (the "Proposed Order") approving the relief requested in the Sealing Motion. A copy of the Proposed Order is attached hereto as **Exhibit A**. A blackline of the Proposed Order compared to the draft order filed with the Sealing Motion is attached as **Exhibit B**. The U.S. Trustee does not object to the Debtors filing the Proposed Order and this certification of counsel.

5. The Debtors therefore respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A,** at its earliest convenience.

Dated: October 27, 2015
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*