IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRIC OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | |
| Debtors. ) | Case No. 14-10979 (CSS) |
| ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | **RE: Docket No. 6122, 6544** |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF TANNOR PARTNERS CREDIT FUND, L.P. TO PROPOSED ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND <u>UNEXPIRED LEASES</u>**

Tannor Partners Credit Fund LP ("<u>Tannor</u>"), by and through its undersigned counsel respectfully submits this limited objection and reservation of rights (the "<u>Limited Objection</u>") to the (A) List of Executory Contracts and Unexpired Leases To Be Assumed by the Reorganized Debtors on the Effective Date; (B) Cure Amounts, If Any; and (C) Related Procedures in Connection Therewith (the "<u>Notice</u>") filed by Energy Future Holdings Corp., *et al.* ("<u>Debtors</u>").

1. On April 29, 2014, Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code 11 U.S.C. § 101, *et seq*.

2. On October 20, 2015 the Debtors served copies of the Notice to various parties, including but not limited to Tannor. According to the Notice, Debtors were giving notice of certain executory contracts to be assumed under the Plan Supplement to the Fifth Amended Joint

---

[1] The last four digits of Energy Future Holding Corp.'s tax identification number are 8810. The location of the debtor's service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Plan of Reorganization of Energy Future Holdings Corp. et al. Pursuant to Chapter 11 of the Bankruptcy Code (the "Plan Supplement") [D.I. 6544-9, Filed October 20, 2015]. The executory contracts included in the Notice include certain executory contracts with counterparties, as identified on Exhibit A hereto, who have assigned their claims to Tannor (the "Counterparties"). Tannor is an attorney in fact of creditors who assigned its claim to Tannor. The creditors on Exhibit A, including Tannor, object to the cure amounts set forth in the Notice for the Assumed Contracts.

3. By way of the Plan Supplement and Notice, the Debtors seek authority to assume the executory contracts between Debtors and the Counterparties ("Assumed Contracts").

4. Tannor is working diligently with the Debtor and Tannor's clients to resolve the cure amounts and hopes to resolve the notice consensually.

5. Tannor objects to the cure amounts set forth in the Notice for the Assumed Contracts for itself and the Exhibit A vendors.

WHEREBY, Tannor respectfully asks this Court to deny the Debtors' request to approve the Notice and hereby reserves all rights that Tannor and Exhibit A vendors have in relation to the Assumed Contracts.

Date: October 27, 2015         Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN, LLC

/s/ Evan Rassman
Evan Rassman (DE No. 6111)
913 N. Market Street, 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-5812
Facsimile: (302) 425-5814
erassman@gsbblaw.com

*Attorney for Tannor Partners Credit Fund LP*