# EXHIBIT A

Buckman Laboratories
Romco Equipment Co.
United Conveyor Supply Co.
Veolia ES Industrial Services
Babcock & Wilcox Power Generation Group

**Tannor Capital Management LLC**  
EFH Cures - CURE Docket ID 6544-10/6544-9

Claims Assigned to Tannor Partners Credit Fund, LP

| Transferor | Cure Amt | POC Claim # | EPIQ Schedule # | Schedule Amt | POC Amt | GUC | Admin | Notes |
|---|---|---|---|---|---|---|---|---|
| Babcock & Wilcox Power Generation Group, Inc. | 9,666.30 | | | 14,589.17 | | | | |
| Babcock & Wilcox Power Generation Group, Inc. | 9,666.30 | 750 | | | 2,106.74 | | 2,106.74 | |
| Babcock & Wilcox Power Generation Group, Inc. | 9,666.30 | 751 | | | 88,165.41 | 39,063.00 | 49,102.41 | |
| Buckman Laboratories Inc. | 0.00 | 2800, 2801 | 503205830 503205831 | 30,216.76 | | 656.10 | 30,216.76 | Both GUC and Admin to remain |
| Romco Equipment Co | 0.00 | | | 267,244.38 | | | | Schedule from Lum Mining |
| | 0.00 | | | | | 66,375.77 | | **Cure Amt must be Admin + GUC amts** |
| | 0.00 | 4683 | | | 14,582.72 | | 14,582.72 | Amends 4683 |
| | 0.00 | 4684 | | | 189,206.61 | | 189,206.61 | Amends 4684 |
| | 0.00 | 9899 | | | 200,868.61 | | 200,868.61 | |
| | 0.00 | 9900 | | | 200,868.61 | | 200,868.61 | Luminant Generation |
| United Conveyor Supply Co | 0.00 | | | 49,727.41 | | | | |
| | 0.00 | 4756 | | | 46,254.80 | | 46,254.80 | POC filed by Tannor Partners |
| | 0.00 | 4757 | | | 38,107.40 | | 38,107.40 | POC filed by Tannor Partners |
| | 0.00 | 4938 | | | 18,828.60 | 18,282.60 | 0.00 | POC filed by United Conveyor |
| Veolia ES Industrial Services | 0.00 | | 504277630 | 81,395.33 | | | | Schedule from Lum Mining |
| | 0.00 | 8022 | | | 82,400.10 | 82,400.10 | | |
| | 0.00 | 8021 | | | 281,047.13 | 281,047.13 | | |
| | 0.00 | 8023 | | | 1,784.51 | 1,784.51 | | |