**CERTIFICATE OF SERVICE**

I, Evan Rassman, Esquire, hereby certify that on October 27, 2015, I caused a true and correct copy of the *Limited Objection and Reservation of Rights of Tannor Partners Credit Fund, L.P. to Proposed Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* to be served via the CM/ECF electronic notification system and served via First Class Mail upon the parties listed below:

Joseph Charles Barsalona II
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

William Guerrieri
Chad J. Husnick
Marc Kieselstein
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Stephen E. Hessler
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801


Dated: October 27, 2015                                               /s/ *Evan Rassman*
                                                                                          Evan Rassman (#6111)