IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 6395, 6396, 6398** |

**CERTIFICATION OF COUNSEL REGARDING ORDER
AUTHORIZING, BUT NOT REQUIRING, THE DEBTORS (A) TO PARTICIPATE
IN A COMPETITIVE BIDDING PROCESS, AND (B) IF SELECTED AS THE
WINNING BIDDER, TO CONSUMMATE A PROPOSED ACQUISITION**

The undersigned hereby certifies as follows:

1.      On October 7, 2015, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition* [D.I. 6395] (the "Bid Procedures Motion").[2]      Pursuant to the Bid

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein shall have the meaning ascribed to them in the Bid Procedures Motion. In support of the Bid Procedures Motion, the Debtors filed the *Declaration of Michael Carter in Support of the Motion of Energy Future Holdings Corp, et al., for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition* [D.I. 6398].

Contemporaneously with the Bid Procedures Motion, the Debtors filed the *Motion for Entry of an Order Authorizing Energy Future Holdings Corp., et al., to File Redacted Portions of Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition* [D.I. 6394] (the "Sealing Motion"). The Debtors have filed a separate certification of counsel and proposed form of order regarding the relief requested in the Sealing Motion (see D.I. 6686).

RLF1 13195382v.1

Procedures Motion, the Debtors were seeking entry of an order of this Court authorizing, but not requiring, the TCEH Debtors to (a) participate in a competitive bidding process for the acquisition of certain strategic business assets, pursuant to the Bidding and Acquisition Procedures and (b) if selected as the winning bidder, executive definitive agreements, obtain any necessary regulatory authorizations or consents, and consummate the proposed acquisition without further order of the Court.

2.      The deadline to file an objection or other response to the relief requested in the Bid Procedures Motion was October 21, 2015 at 4:00 p.m. (Eastern Daylight Time) (the "Objection Deadline"). The Objection Deadline was extended for the U.S. Trustee to October 26, 2015 at 12:00 p.m. (noon) (Eastern Daylight Time). No objections were filed by the Objection Deadline. The Debtors discussed the relief requested in the Bid Procedures Motion and received informal comments with respect to the requested relief from: (a) the TCEH Creditors' Committee, (b) the ad hoc group of TCEH unsecured noteholders, (c) the Ad Hoc Committee of TCEH First Lien Creditors, and (d) counsel to the TCEH DIP Lender (collectively, the "Parties").

3.      Based on discussions with the Parties, the Debtors have also prepared a proposed form of order (the "Proposed Order") approving the relief requested in the Bid Procedures Motion. A copy of the Proposed Order is attached hereto as **Exhibit A**. A blackline of the Proposed Order compared to the draft order filed with the Bid Procedures Motion is attached as **Exhibit B**. None of the Parties object to the Debtors filing the Proposed Order and this certification of counsel.

4.      The Debtors therefore respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A,** at its earliest convenience.

Dated: October 27, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
                       defranceschi@rlf.com
                       madron@rlf.com

-and-


**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            edward.sassower@kirkland.com
                       stephen.hessler@kirkland.com
                       brian.schartz@kirkland.com

-and-


James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                       marc.kieselstein@kirkland.com
                       chad.husnick@kirkland.com
                       steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*