IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>Re: Docket No. 6645 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                                     ) SS
COUNTY OF NEW CASTLE   )

Stephanie MacDonald, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. in the above-captioned case, and that on the 23rd day of October, 2015, she caused copies of the **Joinder of EFH Notes Indenture Trustee to Supplement to Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code Regarding Insider Releases [D.I. 6645]** to be served upon the parties on the attached service list by electronic mail and on the 26th day of October, 2015, caused copies to be served upon the parties on the attached service list by first class mail.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

_Stephanie MacDonald_
Stephanie MacDonald

Sworn to and subscribed before me this 27th day of October, 2015.

Notary Public

My Commission Expires: July 22, 2018

[Notary Seal: NANCY MCCLENDON, MY COMMISSION EXPIRES July 22, 2018, NOTARY PUBLIC, STATE OF DELAWARE]

## SERVICE LIST

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
920 North King Street
Wilmington, Delaware 19801
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick , Esq.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, Illinois 60654
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

BIELLI & KLAUDER LLC
David M. Klauder, Esq.
Cory P Stephenson, Esq.
1204 N King Street
Wilmington, DE 19801
Email: dklauder@bk-legal.com
cstephenson@bk-legal.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C.
Stephen E. Hessler , Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, New York 10022-4611
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

PROSKAUER ROSE LLP
Jeff J. Marwil, Esq.
Mark K Thomas, Esq.
Peter J. Young, Esq.
Three First National Plaza
70 W. Madison St, Ste. 3800
Chicago, IL 60602
Email: jmarwil@proskauer.com
mthomas@proskauer.com
pyoung@proskauer.com

MUNGER, TOLLES & OLSON LLP
Thomas B. Walper, Esq.
Todd J. Rosen, Esq.
Seth Goldman, Esq.
John W. Spiegel, Esq.
355 S. Grand Ave, 35th Floor
Los Angeles, CA 90071
Email: Thomas.Walper@mto.com
Todd.Rosen@mto.com
Seth.Goldman@mto.com
John.Spiegel@mto.com

MCELROY, DEUTSCH, MUVANEY, & CARPENTER, LLP
David P. Primack, Esq.
300 Delaware, Ste. 770
Wilmington, Delaware 19801
Email: dprimack@mdmc-law.com

STEVENS & LEE PC
Joseph H. Huston, Jr., Esq.
919 North Market Street, Suite 1300
Wilmington, DE 19801
Email: jhh@stevenslee.com

THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE
Richard L. Schepacarter, Esq.
Andrea B. Schwartz, Esq.
844 King Street, Suite 2207
Wilmington, Delaware 19801
Email: richard.schepacarter@usdoj.gov
andrea.schwartz@usdoj.gov

POLSINELLI PC
Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Email: cward@polsinelli.com
jedelson@polsinelli.com
skatona@polsinelli.com

CRAVATH, SWAIN, & MOORE LLP
Michael A. Paskin, Esq.
Worldwide Plaza
825 Eighth Ave.
New York, NY 10019-7475
Email: mpaskin@cravath.com

JENNER & BLOCK LLP
Richard Levin, Esq.
919 Third Ave.
New York, NY 10022-3908
Email: rlevin@jenner.com

MORRISON & FOERSTER LLP
James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Todd M. Goren, Esq.
Samantha Martin, Esq.
250 West 55th Street
New York, New York 10019
Email: jpeck@mofo.com
brettmiller@mofo.com
lmarinuzzi@mofo.com
tgoren@mofo.com
smartin@mofo.com

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Michael H. Torkin, Esq.
125 Broad St.
New York, NY 10004
Email: dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
torkinm@sullcrom.com

MONTGOMERY, MCCRACKEN,
WALKER, & RHOADS LLP
Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Mark A. Fink, Esq.
1105 N. Market St., 15th FL
Wilmington, DE 19801
Email: nramsey@mmwr.com
       dwright@mmwr.com
       mfink@mmwr.com