IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**FOURTH SUPPLEMENTAL DECLARATION OF DAVID YING IN SUPPORT OF THE APPLICATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY EVERCORE GROUP L.L.C. AS INVESTMENT BANKER AND FINANCIAL ADVISOR EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, DAVID YING, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a Senior Managing Director and the Head of Restructuring at Evercore Group L.L.C. ("**Evercore**"), which has a place of business at 55 East 52nd Street, New York, NY 10055.

2. On September 16, 2014, the Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered an order (the "**Order**") (ECF No. 2056) approving the application of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") to employ and retain Evercore (ECF No. 651).[1] My original declaration in support of the Application (the "**Original Declaration**") was filed together with the Application, a supplemental declaration was filed on July 29, 2014 (the "**First Supplemental Declaration**") (ECF No. 1712), a second supplemental declaration was filed on September 16, 2014 (the "**Second Supplemental Declaration**") (ECF No. 2032) and a third supplemental declaration was

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

filed on April 24, 2015 (the "**Third Supplemental Declaration**" and, together with the Original Declaration, First Supplemental Declaration and Second Supplemental Declaration, the "**Declarations**") (ECF No. 4273). I submit this fourth supplemental declaration on behalf of Evercore in compliance with §§ 327 and 328 of the Bankruptcy Code and to provide the disclosures required under Bankruptcy Rules 2014(a), 2016 and 5002, and Local Rules 2014-1 and 2016-2. Except as otherwise noted herein and in the Declarations, I have personal knowledge of the matters set forth herein.

3.  In connection with its proposed retention by the Debtors in these cases, Evercore received a list of the Parties-In-Interest attached to the Original Declaration as Exhibit 1. Subsequently, Evercore received a second list of Parties-In-Interest attached to the Third Supplemental Declaration as Exhibit 1.

4.  To the best of my knowledge and belief, Evercore has not represented any Parties-In-Interest in connection with matters related to the Debtors, their estates, assets or businesses and will not represent other entities which are creditors of, or have other relationships to, the Debtors in matters relating to these chapter 11 cases except as set forth herein and in the Declarations (including Exhibit 2 attached to the Original Declaration and Exhibit 2 attached to the Third Supplemental Declaration).

5.  The supplemental disclosures below, which are incorporated into the Declarations by reference, have come to my attention since the filing of the Third Supplemental Declaration. To the best of my knowledge, no individual relationship disclosed below accounts for more than 3% of Evercore's gross annual revenue.

|   | **Party in Interest** | **Entity with which Evercore has a Connection** | **Nature of Connection** |
|---|---|---|---|
| 1 | Ameren Missouri | Ameren Missouri | Vendor |

|   | Party in Interest | Entity with which Evercore has a Connection | Nature of Connection |
|---|---|---|---|
| 2 | Antero Resources I LP | Antero Resources Corporation | Evercore has provided investment banking services to Antero Resources Corporation on matters unrelated to the Debtors[2]. |
| 3 | Costar Realty Information Inc. | Costar Realty Information Inc. | Vendor |
| 4 | Datawatch Systems Inc. | Datawatch Systems, Inc. | Vendor |
| 5 | Granite Telecommunications LLC | Granite Telecommunications | Vendor |
| 6 | Linebarger Goffan Blair & Sampson LLC | Linebarger Goggan Blair Sampson LLP | Vendor |
| 7 | Monster Worldwide Inc. | Monster Worldwide | Evercore has provided investment banking services to Monster Worldwide on matters unrelated to the Debtors. |
| 8 | Pivot Inc. | Pivot Inc. | Vendor |
| 9 | TransUnion Corp. and TransUnion LLC | TransUnion | Evercore has provided investment banking services to TransUnion on matters unrelated to the Debtors. |
| 10 | Workday Inc. | Workday Inc. | Vendor |
| 11 | An affiliate of a potential strategic buyer of Oncor | | Evercore or an affiliate has advised such entity (or an affiliate thereof) on a confidential matter or matters unrelated to the Debtors. |
| 12 | 24 Parties in Interest each of which falls into one or more of the following categories:<br>• Claims Objections<br>• Claim Register<br>• SoALs<br>• SoFAS | | Evercore or an affiliate has advised each of these Parties in Interests (or an affiliate thereof) on a confidential matter or matters unrelated to the Debtors. |

*[The remainder of this page is intentionally blank.]*

---

[2] Investment banking services include: M&A advisory services, restructuring advisory services, and underwriting.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 27, 2015

By: _____
David Ying
Senior Managing Director and Head of Restructuring
Evercore Group LLC.