# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2015, true and correct copies of the *Michelin North America, Inc.'s Objection to the Proposed Cure Amount on the Debtors' Notice of Executory Contracts and Unexpired Leases to be Assumed and Plan Supplement* [D.I. 6681], were served on the parties listed on the attached Service List in the form and manner indicated.

Dated: Wilmington, Delaware
October 27, 2015

By:    */s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

- AND -

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Jody A. Bedenbaugh (SC 9210)
Meridian, 17th Floor
1320 Main Street
Columbia, SC 29201
Telephone: (803) 255-9820
Facsimile: (803) 256-7500

*Counsel to Michelin North America, Inc.*

8850186 v1

# SERVICE LIST

| | |
|---|---|
| *BY HAND DELIVERY*<br>Mark D. Collins, Esq.<br>Daniel DeFranceschi, Esq.<br>Jason M. Madron, Esq.<br>**Richards, Layton & Finger, P.A.**<br>920 N. King Street<br>Wilmington, DE 19801<br>*Co-Counsel to the Debtors* | *BY HAND DELIVERY*<br>David M. Klauder, Esq.<br>**Bielle & Klauder, LLC**<br>1204 N. King Street<br>Wilmington, DE 19801<br>*Co-Counsel to Energy Future Holdings Corp.* |
| *BY HAND DELIVERY*<br>David P. Primack, Esq.<br>**McElroy, Deutsch, Muvaney & Carpenter, LLP**<br>300 Delaware Ave., Suite 770<br>Wilmington, DE 19801<br>*Co-Counsel to TCEH Debtors* | *BY HAND DELIVERY*<br>Joseph H. Hutson, Jr., Esq.<br>**Stevens & Lee PC**<br>1105 Market Street, Suite 700<br>Wilmington, DE 19801<br>*Co-Counsel to Energy Future Intermediate Holding Company, LLC* |
| *BY HAND DELIVERY*<br>Richard L. Schepacarter, Esq.<br>Andrea B. Schwartz, Esq.<br>**Office of the U.S. Trustee for the District of Delaware**<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | *BY HAND DELIVERY*<br>Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>Shanti M. Katona, Esq.<br>**Polsinelli PC**<br>222 Delaware Ave., Suite 1101<br>Wilmington, DE 19801<br>*Co-Counsel to TCEH Creditor's Committee* |
| *BY HAND DELIVERY*<br>Natalie D. Ramsey, Esq.<br>Davis Lee Wright, Esq.<br>Mark A. Fink, Esq.<br>**Montgomery, McCracken, Walker & Rhoads, LLP**<br>1105 N. Market Street, 15th Floor<br>Wilmington, DE 19801<br>*Co-Counsel to EFH Creditor's Committee* | |

| | |
|---|---|
| *BY EMAIL AND 1ST CLASS MAIL*<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler, Esq.<br>Brian E. Schartz, Esq.<br>**Kirkland & Ellis LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Edward.sassower@kirkland.com<br>Stephen.hessler@kirkland.com<br>Brian.schartz@kirkland.com<br>*Co-Counsel to Debtors* | *BY EMAIL AND 1ST CLASS MAIL*<br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick, Esq.<br>Steven N. Serajeddini, Esq.<br>**Kirkland & Ellis LLP**<br>300 North LaSalle<br>Chicago, IL 60654<br>james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>chad.husnick@kirkland.com<br>steven.serajeddini@kirkland.com<br>*Co-Counsel to Debtors* |
| *BY EMAIL AND 1ST CLASS MAIL*<br>Jeff J. Marwil, Esq.<br>Mark K. Thomas, Esq.<br>Peter J. Young, Esq.<br>**Proskauer Rose LLP**<br>Three First National Plaza<br>70 W. Madison St., Ste 3800<br>Chicago, IL 60602<br>jmarwil@proskauer.com<br>mthomas@proskauer.com<br>pyoung@proskauer.com<br>*Co-Counsel to Energy Future Holdings Corp.* | *BY EMAIL AND 1ST CLASS MAIL*<br>Thomas B. Walper, Esq.<br>Todd J. Rosen, Esq.<br>Seth Goldman, Esq.<br>John W. Speigel, Esq.<br>**Munger, Tolles & Olson LLP**<br>355 S. Grand Ave., 35th Floor<br>Los Angeles, CA 90071<br>Thomas.Walper@mto.com<br>Todd.Rosen@mto.com<br>Seth.Goldman@mto.com<br>John.Spiegel@mto.com<br>*Co-Counsel to TCEH Debtors* |
| *BY EMAIL AND 1ST CLASS MAIL*<br>Michael A. Paskin, Esq.<br>**Cravath, Swain & Moore LLP**<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019-7475<br>mpaskin@cravath.com<br>*Co-Counsel to Energy Future Intermediate Holding Company LLC* | *BY EMAIL AND 1ST CLASS MAIL*<br>Richard Levin, Esq.<br>**Jenner & Block LLP**<br>919 Third Avenue<br>New York, NY 10022-3908<br>rlevin@jenner.com<br>*Co-Counsel to Energy Future Intermediate Holding Company LLC* |

| | |
|---|---|
| *BY EMAIL AND 1ST CLASS MAIL* | *BY EMAIL AND 1ST CLASS MAIL* |
| James M. Peck, Esq. | Andrew G. Dietderich, Esq. |
| Brett H. Miller, Esq. | Brian D. Glueckstein, Esq. |
| Lorenzo Marinuzzi, Esq. | Michael H. Torkin, Esq. |
| Todd M. Goren, Esq. | **Sullivan & Cromwell LLP** |
| Samantha Martin, Esq. | 125 Broad Street |
| **Morrison & Foerster LLP** | New York, NY 10004 |
| 250 West 55th Street | dietdericha@sullcrom.com |
| New York, NY 10019 | gluecksteinb@sullcrom.com |
| jpeck@mofo.com | torkinm@sullcrom.com |
| brettmiller@mofo.com | *Co-Counsel to EFH Creditors' Committee* |
| lmarinuzzi@mofo.com | |
| tgoren@mofo.com | |
| smartin@mofo.com | |
| *Co-Counsel to TCEH Creditors' Committee* | |