**CERTIFICATE OF SERVICE**

      I, Katharine L. Mayer, do hereby certify that on October 27, 2015, a copy of the foregoing *Aetna Life Insurance Company and Aetna, Inc.'s Limited Objection and Reservation of Rights with Respect to Proposed Cure Amount for Executory Contracts to be Assumed in Plan Supplement* was served by first-class mail, postage prepaid, on the below listed parties.

                                            */s/ Katharine L. Mayer*
                                            Katharine L. Mayer (DE Bar #2936)

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.

Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Attn: James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.

Richards Layton & Finger
920 North King Street
Wilmington, DE 19801
Attn: Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
Attn: Richard L. Schepacarter, Esq.