IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) **Re: D.I. 6530** |

### AMENDED NOTICE OF SETTLEMENT OF EFIH PIK NOTE CLAIMS WITH CERTAIN EFIH PIK NOTEHOLDERS

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Plan Sponsors, as defined in the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp, et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122] (as may be amended from time to time, the "Plan"),[2] and others have reached agreement (the "Settlement") with certain holders (the "Settling Holders") of claims (the "EFIH PIK Note Claims") against the EFIH Debtors arising out of the 11.25%/12.25% senior toggle notes due December 1, 2018 (the "EFIH PIK Notes"), issued pursuant to that certain Indenture (as amended and/or supplemented, the "EFIH PIK Notes Indenture") dated as of December 5, 2012, by and among, *inter alia*, the EFIH Debtors, as issues, and UMB Bank, N.A., as successor indenture trustee to The Bank of New York Mellon Trust

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Unless otherwise indicated, capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

RLF1 13205007v.1

Company, N.A. (the "EFIH PIK Notes Trustee").  The Settling Holders hold over 50% of the EFIH PIK Note Claims.

**PLEASE TAKE FURTHER NOTICE** the Debtors filed the *EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes* [D.I. 4964] on July 9, 2015.

**PLEASE TAKE FURTHER NOTICE** the *Notice of Proposed Settlement of EFIH PIK Note Claims of GSO Capital Partners LP and Avenue Capital Management II, L.P.* [D.I. 6530] was filed on October 20, 2015.

**PLEASE TAKE FURTHER NOTICE** that with respect to the implementation of the Settlement, attached hereto are (a) the amendments to that certain Amended & Restated Plan Support Agreement dated September 11, 2015 (as it may be amended from time to time, the "PSA") (clean copy as **Exhibit A** and a comprehensive blackline to the version of the PSA executed on September 11, 2015 as **Exhibit B**); (b) the stipulation reflecting the Settlement (clean copy as **Exhibit C** and blackline to the version filed in the Original Notice as **Exhibit D**) ; (c) the proposed form of order approving the Settlement ("EFIH PIK Settlement Order") (clean copy as **Exhibit E** and blackline to the version filed in the Original Notice as **Exhibit F**); and (d) the direction letter that has been issued to the EFIH PIK Notes Trustee (clean copy as **Exhibit G** and blackline to the version filed in the Original Notice as **Exhibit H**).

**PLEASE TAKE FURTHER NOTICE** that the proposed hearing to approve the Settlement is scheduled for Wednesday, October 28, 2015 at 11:00 a.m. (Eastern Daylight Time), or such later time as approved by the Court, before The Honorable Judge Christopher S. Sontchi, in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

Dated: October 27, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
  defranceschi@rlf.com
  madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
  stephen.hessler@kirkland.com
  brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
  marc.kieselstein@kirkland.com
  chad.husnick@kirkland.com
  steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*