## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

### NOTICE OF DEPOSITION OF ALCOA INC. PURSUANT TO
### RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**TO**: Alcoa Inc. ("Alcoa"), c/o McKool Smith, P.C., Attention: Peter S. Goodman, One

Bryant Park, 47th Floor, New York, NY 10036.

**PLEASE TAKE NOTICE THAT** pursuant to rules 26 and 30(b)(6) of the Federal

Rules of Civil Procedure (the "Federal Rules"), made applicable to this pending contested matter

pursuant to Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), the above-captioned debtors and debtors in possession (collectively, the

"Debtors"), by their undersigned counsel, will take the deposition upon oral examination of

Alcoa relating to the *Motion of Energy Future Holdings Corp.*, et al., *for Entry of an Order*

*Approving the Assumption of All Executory Contracts By and Among Luminant Generation*

*Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, Texas*

*Competitive Electric Holdings Company LLC, and Alcoa Inc.* [D.I. 5789] (the "Assumption

Motion"). The deposition will begin at **9:00 a.m. (Central Standard Time) on Friday,**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**November 6, 2015** at Susman Godfrey L.L.P.'s office, located at 901 Main Street, Suite 1500, Dallas, Texas, 75202-3775, or at an otherwise mutually agreeable date and location. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Pursuant to Federal Rule 30(b)(6), Alcoa must designate one or more persons to testify on behalf of Alcoa with regard to all matters known or reasonably available to Alcoa on the following topics:

## RULE 30(b)(6) DEPOSITION TOPICS

1.      All facts and information supporting Alcoa's contention that the Luminant Entities have breached the Alcoa Contracts, including the details of the events underlying each of the purported breaches.

2.      All facts and information supporting Alcoa's contention that the Luminant Entities failed to use "due diligence" to operate Unit 4 in "an efficient and economical manner," including Alcoa's definition of what constitutes "due diligence," "an efficient and economical manner," and what actions or inactions Alcoa believes that the Luminant Entities should have taken or not.

3.      Alcoa's analysis or communications related to capital and/or operational expenditures undertaken at Sandow Unit 4 that Alcoa alleges violated the Alcoa Contracts, including the timing, nature, and costs of those expenditures.

4.      All facts and information related to any objection made by Alcoa to the Luminant Entities regarding any capital and/or operational expenditures undertaken at Sandow Unit 4.

5.      All facts and information relating to any alleged damages suffered by Alcoa or resulting from the Luminant Entities' purported breaches of the Alcoa Contracts, including the bases, amounts, and calculations of those damages.

6.      Alcoa's analysis or communications related to any alleged cure amounts Alcoa asserts resulted from the Luminant Entities' purported breaches of the Alcoa Contracts, including the bases, amounts, and calculations of those cure claims.

7.      Alcoa's efforts to mitigate any claimed damages asserted in this contested proceeding.

8.      Alcoa's analysis or communications related to the termination of the Alcoa Contracts, including, but not limited to, the effect of a change in Applicable Law with respect to the operation of Sandow Unit 4 or the declaration of a Smelter Closing Event (as that term is defined in the Alcoa Contracts).

9.      Alcoa's financial analysis or modeling related to the Alcoa Contracts, including, but not limited to, the viability of operating Sandow Unit 4 in the absence of the Alcoa Contracts.

10.     Alcoa's efforts to sell or assign any of its interests in any of the Alcoa Contracts to any Third Party, including the identities of those Third Parties and the details of Alcoa's offers to sell or assign its interests.

11.     Alcoa's efforts to purchase Sandow Unit 4 from the Luminant Entities, including the details of those offers and the analysis supporting those offers.

## DEFINITIONS

1.      "Analysis" whether capitalized or not, shall mean any study, critique, investigation, evaluation, or other review of the topic.

2.      "And" and "Or" are intended as terms of inclusion, and not exclusion, and should be construed to bring the responses within the scope of a specific request.

3.      "Applicable Law" means any federal, state, or local statue, law, municipal charter provision, regulation, ordinance, rule, mandate, judgment, order, decree, permit, code, or license requirement or other governmental requirement, standard, or restriction, or any interpretation or administration of any of the foregoing by any agency, court, or other governmental authority that applies to the rights or obligations of either Alcoa or the Luminant Entities under the Alcoa Contracts, including, but not limited to, the Cross-State Air Pollution Rule ("CSAPR") or the Clean Air Interstate Rule ("CAIR").

4.      "Debtors" means, collectively, Energy Future Holdings Corporation and its affiliated entities, as debtors and debtors in possession, as applicable, which filed voluntary chapter 11 petitions under the Bankruptcy Code commencing the Chapter 11 Cases, and any of their respective current or former affiliates, subsidiaries, parent corporations, predecessors, or successor entities; and all of their respective current or former directors, officers, employees, agents, attorneys, advisors, and representatives.

5.      "Identify" or "identification" shall mean,

     (a)      when used in reference to a natural person, state:

          (i)      the person's full name and present or last known address and telephone number(s); and

          (ii)      the person's present or last known position, title, and employment or business affiliation.

     (b)      when used in reference to a business entity, whether incorporated or not, state:

         (i)     the entity's name;

         (ii)    its principal place of business, including its address; and

         (iii)   the telephone number(s) of its principal place of business.

(c)     when used in reference to a document, state:

         (i)     the author of the document;

         (ii)    the date of the document;

         (iii)   each addressee or copy addressee of the document;

         (iv)   the subject matter of the document; and

         (v)    the present location of the document and the name of the present custodian of the document.

(d)     when used in reference to a communication, act, transaction, meeting, telephone conference, video conference, event, occasion, or instance, including an oral agreement, statement, recommendation, or representation, state:

         (i)     its date and place of occurrence (or, if a telephone call is involved, so state and provide the location of all parties to such telephone call and identify the person who initiated it);

         (ii)    the identity of each person participating therein, who each such person participating therein represented or purported to represent, the nature and subject matter of any circumstances surrounding it, and the substance of what transpired or was said; and

         (iii)   identify all documents summarizing, recording, reflecting, reporting, or containing a reference to it.

6.      "Including," whether capitalized or not, shall mean including but not limited to.

7.      "Related to," whether capitalized or not, shall mean concerning, referring to, regarding, evidencing, explaining, constituting, or comprising.

8.      "Alcoa" shall mean Alcoa Inc., its parents or subsidiaries, and any of its predecessors, and its past or present employees, accountants, attorneys, agents, representatives, other advisors, and all other persons acting or purporting to act on its behalf.

9.      "Luminant Entities" or "Luminant Entity" shall mean Luminant Generation, Luminant Mining, and Sandow Power, its parents or subsidiaries, and any of its predecessors, and its past or present employees, accountants, attorneys, agents, representatives, other advisors, and all other persons acting or purporting to act on its behalf.

10.      "Third Party" or "Third Parties" means any other natural person, association, business, group, organization, corporation, limited liability company, general partnership, limited partnership or other legal entity, government entity, or other entity other than the Debtors or Alcoa.

11.      "Alcoa Contracts" means all contracts and agreements by and between Alcoa and the Luminant Entities, their parents or subsidiaries, and any of their predecessors.

12.      "You" or "Your," whether capitalized or not, means the party responding to these discovery requests, including any agents, representatives or any person with any ownership interest thereof, or other persons acting, or purporting to act on behalf or under the control of the party responding to these discovery requests.

13.      "Any" or "each" should be understood to include and encompass "all;" "or" should be understood to include and encompass "and;" and "and" should be understood to include and encompass "or."

## INSTRUCTIONS

1.      Unless otherwise indicated, all 30(b)(6) Deposition Topics cover the period from January 1, 2010 through the present.

2.      Pursuant to Rule 30(b)(6) of the Federal Rules, made applicable to this proceeding by Rules 7030 and 9014 of the Bankruptcy Rules, you are directed to designate one or more of your officers, directors, managing agents, or other persons who consent to testify on your behalf and who have knowledge of and are adequately prepared to testify concerning the topics enumerated above.

3.      The use of the singular form of any word shall include the plural form, and the plural form shall include the singular form.

4.      The use of present tense of any word includes the past tense, the use of the past tense of any word shall include the present tense, and the use of any verb in any tense shall be construed as including the use of that verb in all other tenses.


*[Remainder of page intentionally left blank.]*

Dated: October 27, 2015
    Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*