# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 6688 |

**JOINDER OF SHIRLEY FENICLE, AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF GEORGE FENICLE, AND DAVID WILLIAM FAHY TO THE OBJECTION OF THE EFH OFFICIAL COMMITTEE TO NOTICE OF PROPOSED SETTLEMENT OF EFIH PIK NOTE CLAIMS OF GSO CAPITAL PARTNERS LP AND AVENUE CAPITAL MANAGEMENT II, L.P.**

Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, and David William Fahy (respectively, "Fenicle" and "Fahy"), both members of the EFH Official Committee of Unsecured Creditors, by its undersigned counsel, hereby joins (the "Joinder") in the objection to the notice (the "Settlement Notice") of the Plan Sponsors[2] for approval of their settlement with GSO Capital Partners LP, on behalf of certain funds and accounts it manages or advises (collectively, "GSO"), and Avenue Capital Management II, L.P. ("Avenue") with respect to GSO and Avenue's EFIH Senior Toggle Note claims with the against the EFIH Debtors (the "EFH Committee Objection") [Docket No. 6688].

Fenicle and Fahy incorporate herein the objections and arguments set forth in the EFH Committee Objection, which similarly apply to Fenicle and Fahy, and reserve the right to

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122] (as may be further modified, amended or supplemented from time to time, the "Plan").

supplement this Joinder and to make such other and further objections as may be necessary and appropriate.

For the reasons set forth in the EFH Committee Objection, Fenicle and Fahy respectfully request that this Court enter an order: (a) granting the relief sought in the EFH Committee Objection; (b) denying approval of the Settlement Notice; and (c) granting such other and further relief as is just and proper.

Dated: October 27, 2015
      Wilmington, Delaware     By:    /s/ *Daniel K. Hogan*
                                                        Daniel K. Hogan (DE Bar # 2814)
                                                        **HOGAN♦McDANIEL**
                                                        1311 Delaware Avenue
                                                        Wilmington, Delaware  19806
                                                        Telephone:  (302) 656-7540
                                                        Facsimile: (302) 656-7599
                                                        dkhogan@dkhogan.com

                                                        -and-

                                                        Steven Kazan (CA Bar # 46855)
                                                       Kazan McClain Satterley & Greenwood
                                                       A Professional Law Corporation
                                                       Jack London Market
                                                       55 Harrison Street, Suite 400
                                                       Oakland, CA 94607
                                                       Telephone: (510) 302-1000
                                                       Facsimile: (510) 835-4913

                                                        -and-

                                                        Ethan Early (CT Juris # 417930)
                                                       Early Lucarelli Sweeney & Strauss
                                                       265 Church Street, 11th Floor
                                                       New Haven, CT 06508-1866
                                                       Telephone: (203) 777-7799
                                                       Facsimile: (203) 785-1671

                                                        *Counsel for Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, and David William Fahy*