## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re

Energy Future Holdings Corp., *et. al.,*

                Debtors.

Chapter 11

Case No. 14-10979 (CSS)

Jointly Administered

### CERTIFICATE OF SERVICE

I, Daniel K. Hogan, Esquire, hereby certify that on this 27th day of October, 2015, I caused a true and correct copy of the *JOINDER OF SHIRLEY FENICLE, AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF GEORGE FENICLE, AND DAVID WILLIAM FAHY TO THE OBJECTION OF THE EFH OFFICIAL COMMITTEE TO NOTICE OF PROPOSED SETTLEMENT OF EFIH PIK NOTE CLAIMS OF GSO CAPITAL PARTNERS LP AND AVENUE CAPITAL MANAGEMENT II, L.P.* to be served upon the parties listed on the attached service list via First Class Mail.

*/s/ Daniel K. Hogan*
Daniel K. Hogan, Esq. (DE No. 2814)

| **Co-Counsel to the Debtors** | **Co-Counsel to Energy Future Holdings Corp.** |
|---|---|
| KIRKLAND & ELLIS LLP<br>Attn: Edward O. Sassower, P.C.<br>Attn: Stephen E. Hessler, Esq.<br>Attn: Brian E. Schartz, Esq.<br>601 Lexington Avenue<br>New York, NY 10022<br><br>KIRKLAND & ELLIS LLP<br>Attn: James H.M. Sprayregen, P.C.<br>Attn: Marc Kieselstein, P.C.<br>Attn: Chad J. Husnick, Esq.<br>Attn: Steven N. Serajeddini, Esq.<br>300 North LaSalle Chicago, IL 60654<br><br>RICHARDS, LAYTON & FINGER, P.A.<br>Attn: Mark D. Collins, Esq.<br>Attn: Daniel J. DeFranceschi, Esq.<br>Attn: Jason M. Madron, Esq.<br>920 North King Street<br>Wilmington, DE 19801 | PROSKAUER ROSE LLP<br>Attn: Jeff J. Marwil, Esq.<br>Attn: Mark K Thomas, Esq.<br>Attn: Peter J. Young, Esq.<br>Three First National Plaza<br>70 W. Madison ST STE 3800<br>Chicago, IL 60602<br><br>O'KELLY, ERNST & BIELLI LLP<br>Attn: David M. Klauder, Esq.<br>Attn: Shannon Dougherty, Esq.<br>901 N Market St STE 100<br>Wilmington, DE 19801 |
| **Co-Counsel to TCEH Debtors** | **Co-Counsel to Energy Future Intermediate Holding Company LLC** |
| MUNGER, TOLLES & OLSON LLP<br>Attn: Thomas B. Walper, Esq.<br>Attn: Todd J Rosen, Esq.<br>Attn: Seth Goldman, Esq.<br>Attn: John W. Spiegel, Esq.<br>355 S. Grand Ave 35th FL<br>Los Angeles, CA 90071<br><br>MCELROY, DEUTSCH, MUVANEY, & CARPENTER, LLP<br>Attn: David P. Primack, Esq.<br>300 Delaware Ste 770<br>Wilmington, DE 19801 | CRAVATH, SWAIN, & MOORE LLP<br>Attn: Michael A Paskin, Esq.<br>Worldwide Plaza<br>825 Eighth Ave<br>New York, NY 10019-7475<br><br>JENNER & BLOCK LLP<br>Attn: Richard Levin, Esq.<br>919 Third Ave<br>New York, NY 10022-3908<br><br>STEVENS & LEE PC<br>Attn: Joseph H. Hutson Jr, Esq.<br>1105 N. Market St STE 700<br>Wilmington, DE 19801 |

| | |
|---|---|
| **UNITED STATES TRUSTEE**<br><br>The Office of the United States Trustee<br> for the District of Delaware<br>Attn: Richard L. Schepacarter, Esq.<br>Attn: Andrea B. Schwartz, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | **Co-Counsel to the TCEH Creditors' Committee**<br><br>MORRISON & FOERSTER LLP<br>Attn: James M. Peck, Esq.<br>Attn: Brett H. Miller, Esq.<br>Attn: Lorenzo Marinuzzi, Esq.<br>Attn: Todd M. Goren, Esq.<br>Attn: Samantha Martin, Esq.<br>250 West 55th Street<br>New York, NY 10019<br><br>POLSINELLI PC<br>Attn: Christopher A. Ward, Esq.<br>Attn: Justin K. Edelson, Esq.<br>Attn: Shanti M. Katona, Esq.<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 |
| **Co-Counsel to the EFH Creditors' Committee**<br><br>SULLIVAN & CROMWELL LLP<br>Attn: Andrew G. Dietderich, Esq.<br>Attn: Brian D. Glueckstein, Esq.<br>Attn: Michael H. Torkin, Esq.<br>125 Broad St.<br>New York, NY 10004<br><br>MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP<br>Attn: Natalie D. Ramsey, Esq.<br>Attn: Davis Lee Wright, Esq.<br>Attn: Mark A. Fink, Esq.<br>1105 N. Market St 15th FL<br>Wilmington, DE 19801 | |