# EXHIBIT D

## Summary of Cravath, Swaine & Moore LLP Blended Hourly Rates
## (Customary And Comparable Compensation Disclosures)

| Timekeeper Category | Blended Hourly Rate | |
| --- | --- | --- |
| | **Worked and Billed in 2014** (excluding Restructuring lawyers) | **Billed in this Fee Application** |
| Partners | $1,079 | $1,184 |
| Associates | $621 | $597 |
| Legal Assistants/Paralegals | $238 | $303 |
| Total | $646 | $872 |

| | |
| --- | --- |
| Case Name: | Energy Future Intermediate Holding Company LLC |
| Case Number: | 14-10979 (CSS) |
| Applicant's Name: | Cravath, Swaine & Moore LLP |
| Date of Application: | October 27, 2015 |
| Interim or Final: | Interim |