## **EXHIBIT F**

### **Summary of Cravath, Swaine & Moore LLP Expenses**

| Service Description | Amount |
|---|---:|
| Client Business Conference Dining | 155.15 |
| Travel | 3,641.45 |
| Ground Transportation | 254.72 |
| Miscellaneous | 92.73 |
| Client Business Transportation | 99.00 |
| Conference Call/Voice/Data | 15.97 |
| Business Meals | 160.78 |
| Westlaw | 116.14 |
| Other Database Research | 378.31 |
| **TOTAL** | **$4,535.94** |