## EXHIBIT G

## Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Chapter 11 General and Administrative | 17.50 | $ 20,251.00 |
| Plan and Disclosure | 756.50 | $ 608,603.00 |
| Intercompany Claims | 5.00 | $ 5,448.00 |
| Tax Issues | 146.40 | $ 153,712.50 |
| Oncor Sale Process | 127.30 | $ 139,865.50 |
| Employment and Fee Applications | 2.40 | $ 2,860.00 |
| Non-working Travel | 12.00 | $ 9,300.00 |
| **TOTAL** | **1,067.10** | **$ 940,040.00** |