## EXHIBIT K

**Comparison of Cravath, Swaine & Moore LLP Budgeted and Actual Fees**

**May through August 2015**

NYCorp 3523137v.1

102939.3

10/27/2015 SL1 1389182v1 109285.00005

|  | Matter | 1<br>Gen | 3<br>Plan | 4<br>Intercompany | 5<br>Tax | 6<br>Sale | 8<br>Empl | 9<br>Travel | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Hours** | | | | | | | | | |
| May | Budget | 35.00 | 75.00 | 45.00 | 58.00 | 130.00 | 15.00 | 15.00 | 373.00 |
|  | Actual | 12.10 | 71.40 | 4.10 | 50.00 | 75.80 | 1.40 | 3.50 | 218.30 |
|  | Difference | 22.90 | 12.00 | 40.90 | 12.30 | 54.20 | 13.60 | 11.50 | 167.40 |
| June | Budget | 15.00 | 95.00 | 24.00 | 41.00 | 110.00 | 20.00 | 5.00 | 310.00 |
|  | Actual | 9.40 | 138.00 | 0.20 | 38.20 | 59.10 | 0.00 | 0.00 | 244.90 |
|  | Difference | 5.60 | (43.00) | 23.80 | 2.80 | 50.90 | 20.00 | 5.00 | 65.10 |
| July | Budget | 9.00 | 110.00 | 3.00 | 53.00 | 65.00 | 0.00 | 15.00 | 255.00 |
|  | Actual | 2.60 | 153.30 | 0.70 | 35.20 | 0.00 | 0.00 | 8.50 | 200.30 |
|  | Difference | 6.40 | (43.30) | 2.30 | 17.80 | 65.00 | 0.00 | 6.50 | 54.70 |
| August | Budget | 16.00 | 115.00 | 0.00 | 35.00 | 0.00 | 0.00 | 0.00 | 166.00 |
|  | Actual | 3.00 | 397.60 | 0.00 | 15.50 | 0.00 | 1.00 | 0.00 | 417.10 |
|  | Difference | 13.00 | (282.60) | 0.00 | 19.50 | 0.00 | (1.00) | 0.00 | (251.10) |
| **Total** | Budget | 75.00 | 395.00 | 72.00 | 187.00 | 305.00 | 35.00 | 35.00 | 1,104.00 |
|  | Actual | 27.10 | 760.30 | 5.00 | 138.90 | 134.90 | 2.40 | 12.00 | 1,080.60 |
|  | Difference | 47.90 | (356.90) | 67.00 | 52.40 | 170.10 | 32.60 | 23.00 | 36.10 |

**Fees**

| Month | Type | | | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|
| May | Budget | 39,550.00 | 80,825.00 | 41,750.00 | 59,500.00 | 133,650.00 | 18,000.00 | 6,900.00 | 380,175.00 |
| | Actual | 13,435.00 | 60,916.00 | 4,368.00 | 52,163.50 | 78,831.50 | 1,680.00 | 2,100.00 | 213,494.00 |
| | Difference | 26,115.00 | 19,619.00 | 37,382.00 | 7,336.50 | 54,818.50 | 16,320.00 | 4,800.00 | 166,391.00 |
| June | Budget | 15,550.00 | 104,475.00 | 23,855.00 | 39,100.00 | 112,175.00 | 24,000.00 | 3,000.00 | 322,155.00 |
| | Actual | 10,063.00 | 138,585.00 | 240.00 | 38,467.00 | 66,430.00 | 0.00 | 0.00 | 253,785.00 |
| | Difference | 5,487.00 | (34,020.00) | 23,615.00 | 633.00 | 45,745.00 | 24,000.00 | 3,000.00 | 68,460.00 |
| July | Budget | 10,800.00 | 101,850.00 | 2,340.00 | 46,975.00 | 54,100.00 | 0.00 | 6,850.00 | 222,915.00 |
| | Actual | 2,898.00 | 167,156.00 | 840.00 | 32,847.00 | 0.00 | 0.00 | 5,100.00 | 208,841.00 |
| | Difference | 7,902.00 | (65,331.00) | 1,500.00 | 14,128.00 | 54,100.00 | 0.00 | 1,750.00 | 14,049.00 |
| August | Budget | 16,470.00 | 114,675.00 | 0.00 | 34,425.00 | 0.00 | 0.00 | 0.00 | 165,570.00 |
| | Actual | 3,600.00 | 241,603.00 | 0.00 | 16,075.00 | 0.00 | 1,180.00 | 0.00 | 262,458.00 |
| | Difference | 12,870.00 | (126,844.00) | 0.00 | 18,350.00 | 0.00 | (1,180.00) | 0.00 | (96,804.00) |
| **Total** | Budget | 82,370.00 | 401,825.00 | 67,945.00 | 180,000.00 | 299,925.00 | 42,000.00 | 16,750.00 | 1,090,815.00 |
| | Actual | 29,996.00 | 608,260.00 | 5,448.00 | 139,552.50 | 145,261.50 | 2,860.00 | 7,200.00 | 938,578.00 |
| | Difference | 52,374.00 | (206,576.00) | 62,497.00 | 40,447.50 | 154,663.50 | 39,140.00 | 9,550.00 | 152,096.00 |