# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: October 28, 2015 at 11:00 a.m.** |

## NOTICE OF FILING OF JOINT STIPULATED FINAL PRE-TRIAL ORDER

PLEASE TAKE NOTICE that, on July 2, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order establishing certain hearing dates and deadlines in the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Order* [D.I. 4916].

PLEASE TAKE FURTHER NOTICE that, on August 27, 2015, the Court entered an order amending certain hearing dates and deadlines as set forth in the *Amended Order (A) Revising Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization* [D.I. 5771] (as further amended, the "Scheduling Order").

PLEASE TAKE FURTHER NOTICE that paragraph 20 of the Scheduling Order provides that "the Debtors, in agreement with the affected Participating Parties, may amend or

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

modify the terms of this Order without further order by the Court upon filing written notice of such amendment or modification with the Court".

PLEASE TAKE FURTHER NOTICE that, pursuant to the authorization set forth in paragraph 20 of the Scheduling Order, on October 14, 2015 (D.I. 6464) and October 15, 2015 (D.I. 6476), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed certain agreed amendments to the Scheduling Order.

PLEASE TAKE FURTHER NOTICE that, among other things, the Scheduling Order provides that "**Tuesday, October 27, 2015,** shall be the deadline by which Participating Parties must submit a proposed joint final pretrial order per Local Bankruptcy Rule 7016-2(d)".

PLEASE TAKE FURTHER NOTICE that, consistent with the terms of the Scheduling Order, the Debtors hereby file the attached *Joint Stipulated Final Pre-Trial Order* (the "Draft Pre-Trial Order"). A copy of the Draft Pre-Trial Order is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, the Draft Pre-Trial Order was negotiated by and between the Debtors and the official committee of unsecured creditors representing the interests of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "EFH Creditors' Committee") and, with the exception of the terms set forth in paragraphs 9 and 18 of the Draft Pre-Trial Order, is agreed to by and between the Debtors and the EFH Creditors' Committee. The Debtors have also circulated the Draft Pre-Trial Order to all of the other Participating Parties (as such term is defined in the Scheduled Order) for comment and remain in ongoing discussions with the other Participating Parties (as such term is defined in the Scheduled Order) concerning the form of the Draft Pre-Trial Order and those parties' comments to the same.

PLEASE TAKE FURTHER NOTICE that a hearing to consider, among other things, entry of the Draft Pre-Trial Order, is currently scheduled be held before The Honorable Christopher S. Sontchi at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **October 28, 2015 starting at 11:00 a.m. (Eastern Daylight Time)** (the "October 28th Hearing").

PLEASE TAKE FURTHER NOTICE that, to the extent that the Debtors make further revisions to the Draft Pre-Trial Order prior to the October 28th Hearing, the Debtors will present a further blacklined copy of such revised documents to the Court either at or before the October 28th Hearing.

*[Remainder of page intentionally left blank.]*

Dated:  October 27, 2015
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Andrew McGaan (admitted *pro hac vice*)
Brenton A. Rogers (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession*