# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby enters its appearance on behalf of Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P., creditors in the above-referenced case, and requests that it be placed on all general special and/or limited mailing matrices in this case, and that pursuant to 11 U.S.C. Sections 102(1), 342 and 1109(b) and Bankruptcy Rules 2002, 4001, 9007 and 9010, all notices given or required to be given in this case, and all papers served or required to be served in this case be given to and served upon the undersigned counsel for Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. at the addresses set forth below:

> Bradley R. Aronstam, Esquire
> ROSS ARONSTAM & MORITZ LLP
> 100 S. West Street, Suite 400
> Wilmington, DE  19801
> (302) 576-1600
> baronstam@ramllp.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

        Benjamin J. Schladweiler, Esquire
ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
bschladweiler@ramllp.com

Peter Friedman, Esquire
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5302
pfriedman@omm.com

Daniel S. Shamah, Esquire
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2138
dshamah@omm.com

Andrew Sorkin, Esquire
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5181
asorkin@omm.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, order, petition, request, complaint, or hearing dates, whether formal or informal, written or oral, and whether transmitted by mail, hand delivery, telecopy, electronically, or otherwise, which affects the debtors or property of the debtors.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleadings, claim or suit is intended nor shall be deemed to waive Angelo Gordon &

Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.'s: (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge, (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related to these cases, (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal, (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled, at law or in equity, all of which are expressly reserved, (v) any election of remedy, or (vi) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice.  Further, neither this notice nor any subsequent appearance, pleading, claim or suit is intended nor shall be deemed to be consent to adjudication of any proceeding by the Bankruptcy Court as provided in *Wellness International Network, Ltd., et al. v. Sharif*, ____ U.S. ____, 135 S. Ct. 1932, 191 L.Ed.2d 911 (May 26, 2015).

| | |
|---|---|
| Dated:  October 28, 2015<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Bradley R. Aronstam*<br>Bradley R. Aronstam (No. 5129)<br>Benjamin J. Schladweiler (No. 4601)<br>ROSS ARONSTAM & MORITZ LLP<br>100 S. West Street, Suite 400<br>Wilmington, DE  19801<br>(302) 576-1600<br>baronstam@ramllp.com<br>bschladweiler@ramllp.com<br><br>-and-<br><br>Peter Friedman, Esquire<br>Andrew Sorkin, Esquire<br>O'Melveny & Myers LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>(202) 383-5302<br>pfriedman@omm.com |

3

-and-

Daniel S. Shamah, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2138
dshamah@omm.com

*Attorneys for Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.*

## **CERTIFICATE OF SERVICE**

I, Bradley R. Aronstam, hereby certify that on this 28th day of October, 2015, I served or caused to be served the forgoing *Notice of Appearance and Demand for Service of Papers* upon all counsel of record via CM/ECF.

                                               */s/ Bradley R. Aronstam*
                                               Bradley R. Aronstam (No. 5129)