# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Peter Friedman, Esquire of O'Melveny & Myers LLP, 1625 Eye Street, NW, Washington, DC 20006, to represent Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. in this action.

Dated:   October 28, 2015
        Wilmington, Delaware

*/s/ Bradley R. Aronstam*
Bradley R. Aronstam (No. 5129)
Benjamin J. Schladweiler (No. 4601)
ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
baronstam@ramllp.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Revised Standing Order for District Court Fund, effective March 25, 2014.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated:   October 28, 2015              */s/ Peter Friedman*
                                                      Peter Friedman, Esquire
                                                      O'Melveny & Myers LLP
                                                      1625 Eye Street, NW
                                                      Washington, DC 20006
                                                      (202) 383-5302
                                                      pfriedman@omm.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.