# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Daniel S. Shamah, Esquire, of O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, to represent Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. in this action.

Dated:  October 28, 2015            */s/ Bradley R. Aronstam*
        Wilmington, Delaware        Bradley R. Aronstam (No. 5129)
                                    Benjamin J. Schladweiler (No. 4601)
                                    ROSS ARONSTAM & MORITZ LLP
                                    100 S. West Street, Suite 400
                                    Wilmington, DE  19801
                                    (302) 576-1600
                                    baronstam@ramllp.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Revised Standing Order for District Court Fund, effective March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated:   October 28, 2015            */s/ Daniel S. Shamah*
                                     Daniel S. Shamah, Esquire
                                     O'MELVENY & MYERS LLP
                                     Times Square Tower
                                     7 Times Square
                                     New York, NY 10036
                                     (212) 326-2138
                                     dshamah@omm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.