## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 28, 2015 STARTING AT 3:00 P.M. (EDT)[3]

> *AS NO MATTERS ARE SCHEDULED TO GO FORWARD,*
> *THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

## I.    UNCONTESTED MATTERS GOING FORWARD:

1.    Motion for Entry of an Order Authorizing Energy Future Holdings Corp., *et al.*, to File Redacted Portions of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition [D.I. 6394; filed October 7, 2015]

<u>Response/Objection Deadline:</u>     October 21, 2015 at 4:00 p.m. (EDT); extended to October 26, 2015 at 12:00 p.m. (noon) (EDT) for the Office of the United States Trustee for the District of Delaware (the "<u>U.S. Trustee</u>") only

<u>Responses/Objections Received:</u>     Informal comments from the U.S. Trustee

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] The October 28, 2015 hearing **was scheduled** to be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 3:00 p.m. (EDT).

Related Documents:

i.  Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition (Redacted) [D.I. 6395; filed October 7, 2015]

ii.  Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition (Sealed) [D.I. 6396; filed October 7, 2015]

iii.  Declaration of Michael Carter in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition (Redacted) [D.I. 6397; filed October 7, 2015]

iv.  Declaration of Michael Carter in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition (Sealed) [D.I. 6398; filed October 7, 2015]

v.  Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the United States Trustee to the (A) "Motion for Entry of an Order Authorizing Energy Future Holdings Corp., *et al.*, to File Redacted Portions of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition" [D.I. 6394] and (B) "Motion for Entry of an Order Authorizing, But Not Requiring the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition [D.I. 6396] [D.I. 6583; filed October 23, 2015]

vi.  **Order Granting Leave to Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to the (A) "Motion for Entry of an Order Authorizing Energy Future Holdings Corp., *et al.*, to File Redacted Portions of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition" [D.I. 6394] and (B) "Motion for Entry of an Order Authorizing, But Not**

Requiring the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition [D.I. 6396] [D.I. 6666; filed October 26, 2015]

vii. **Declaration of Mac McFarland, CEO of Luminant Holdings Company LLC in Support of the Motion of Energy Future Holdings Corp.,** *et al.,* **for Entry of an Order Authorizing Energy Future Holdings Corp.,** *et al.,* **to File Redacted Portions of Motion of Energy Future Holdings Corp.,** *et al.,* **for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition [D.I. 6682; filed October 27, 2015]**

viii. **Certification of Counsel Regarding Order Authorizing Energy Future Holdings Corp.,** *et al.,* **to File Redacted Portions of Motion of Energy Future Holdings Corp.,** *et al.,* **for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition [D.I. 6686; filed October 27, 2015]**

ix. **Order Authorizing Energy Future Holdings Corp.,** *et al.,* **to File Redacted Portions of Motion of Energy Future Holdings Corp.,** *et al.,* **for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition [D.I. 6700; filed October 27, 2015]**

Status: **On October 27, 2015, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

2. Motion of Energy Future Holdings Corp., *et al.,* for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition (Redacted) [D.I. 6395; filed October 7, 2015]

Response/Objection Deadline: October 21, 2015 at 4:00 p.m. (EDT); **extended to October 26, 2015 at 12:00 p.m. (noon) (EDT) for the U.S. Trustee only**

Responses/Objections Received:

A.  Informal comments from the Ad Hoc Committee of TCEH First Lien Creditors

**B.  Informal comments from the TCEH Creditors' Committee**

**C.  Informal comments from the ad hoc group of TCEH unsecured noteholders**

**D.  Informal comments from counsel to the TCEH DIP Lender**

Related Documents:

i.  Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition (Sealed) [D.I. 6396; filed October 7, 2015]

ii.  Declaration of Michael Carter in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition (Redacted) [D.I. 6397; filed October 7, 2015]

iii.  Declaration of Michael Carter in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition (Sealed) [D.I. 6398; filed October 7, 2015]

iv.  Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the United States Trustee to the (A) "Motion for Entry of an Order Authorizing Energy Future Holdings Corp., *et al.*, to File Redacted Portions of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition" [D.I. 6394] and (B) "Motion for Entry of an Order Authorizing, But Not Requiring the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition [D.I. 6396] [D.I. 6583; filed October 23, 2015]

v.  **Order Granting Leave to Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to the (A) "Motion for Entry of an Order**

Authorizing Energy Future Holdings Corp., *et al.*, to File Redacted Portions of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition" [D.I. 6394] and (B) "Motion for Entry of an Order Authorizing, But Not Requiring the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition [D.I. 6396] [D.I. 6666; filed October 26, 2015]

vi.     Certification of Counsel Regarding Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition [D.I. 6689; filed October 27, 2015]

vii.    Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition [D.I. 6702; filed October 27, 2015]

<u>Status:</u> On October 27, 2015, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

*[Remainder of page intentionally left blank.]*

RLF1 13206774v.1

Dated: October 28, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:       (302) 651-7701
Email:            collins@rlf.com
                       defranceschi@rlf.com
                       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:            edward.sassower@kirkland.com
                       stephen.hessler@kirkland.com
                       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:            james.sprayregen@kirkland.com
                       marc.kieselstein@kirkland.com
                       chad.husnick@kirkland.com
                       steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

6