# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 10/28/15 at 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | Pachulski Stang Ziehl Jones | Second Lien Indenture Trustee |
| Rachael Ringer | Kramer Levin Naftalis + Frankel | Second Lien Indenture Trustee |
| Gregory Horowitz | Kramer Levin Naftalis + Frankel | Second Lien Indenture Trustee |
| Ray Bomash | Elahn Morrison | UMB Bank N.A. Trustee (?) |
| Mark Ashbeln | Foley Gardner | " |
| Matthew McGuire | Laddis Rath & Cobb | Marathon Asset Management |
| George Shuster | Wilmer Hale | " |
| CHARLES KERR | MORRISON + FOERSTER | " |
| TODD GOREN | " | TCEH OFFICIAL COMMITTEE |
| Emil Kleinhaus | Wachtell Lipton Rosen + Katz | EFIH Equity Owners |
| Eric Tong | Morris Nichols Arsht Tunnell | " |
| Jeffrey S. Sabin | Venable LLP | P. MCO |
| Jamie Edmonson | Venable LLP | Pimco |
| Norman Pernick | Cole Schotz | DTC6 |
| Neil Schnabl | Steinmann & Sterling | Deutsche Bank New York |
| R. Stephen McNeill | Potter Anderson & Corroon | " |
| Michael Joyce | Cross & Simon | Fidelity |
| Gary Kaplan | | Fidelity |
| Matt Roose | | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 10/28/15 at 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Howard Cohen | Draker Biddle | Citibank D/P Agt |
| Marc Kieselstein | Kirkland Ellis LLP | The Debtors |
| Chad Husnick | " | " |
| Andy McGaan | " | " |
| Mark McKane | " | " |
| Richard Pedone | Nixon Peabody | AST as EFH Indenture Trustee |
| Chris Ward | Polsinelli | TCEH Committee |
| Justin Edelson | Polsinelli | TCEH Committee |
| Todd Goren | MoFo | TCEH Committee |
| Chet Kerr | MoFo | TCEH Committee |
| Andrew Dietderich | Sullivan & Cromwell | EFH Committee |
| Brian Glueckstein | " | " |
| Ken Sheppard | Montgomery McCracken | " |
| Natalie Ramsey | " | |
| Alan Kornberg, Jacob Adlerstein, and Adam Denhartog | Paul Weiss Rifkind Wharton + Garrison | Ad Hoc Committee of TCEH First Lien Creditors |
| Paulina K. Morgan | Young Conaway | |
| David Primack | McElroy Deutsch Mulvaney Carpenter | TCEH debtors |
| David K Kogan | Todd McPearl | Fenicle/Fahy |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Futures
**CASE NO:** 14-10979(CSS)
**COURTROOM LOCATION:** 6
**DATE:** 10.28.15 AT 10:00

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Bird | Fox Rothschild | Ad hoc TCEH Unsec Nhars |
| Jeffrey Schlerf | Fox Rothschild | " |
| Chris Shore | White + Case | " |
| Tom Lauria | White + Case | " |
| Garvan McDaniel | Hogan McDaniel | Contrarian Capital |
| Daniel DeFrancheschi | Richards Layton & Finger | Deltoro |
| Jason Madron | " | " |
| Michael DeBaecke | Blank Rome | Wilmington Trust as First Lien Administrative Agent and Collateral Agent |
| Arlene Alves / Mark Kotwick | Seward Kissel | Law Debenture Trust Co. as IndTy |
| Brian Guiney | Patterson Belknap | Law Debenture Trust Co. as IndTy |
| Richard L. Schepacarter | USDOJ - OUST | U S Trustee |
| David Klauder | B.Pell. & Klauder | EFIH Corp DD |
| Kurt F. Gwynne | Reed Smith LLP | BNYM as indenture Trustee |
| Greg Taylor | Ashby + Geddes | WSFS, Trustee |
| Philip Anker | Wilmer Hale | Delaware Trust Ind Trste EFIH |
| Bradley Aronstam | Ross Aronstam + Moritz | Brookfield, Appollo, Angelo Gordon |
| Peter Friedman | O'Melveny Myers | " |
| Daniel Shamah | " | " |
| Stephen Miller | Morris James LLP | Law Debenture of New York, Indenture Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Futures
**CASE NO:** 14-10979(CSS)
**COURTROOM LOCATION:** 6
**DATE:** 10/28/15 **AT** 1:00

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Abid Qureshi | Akin Gump | UMB Bank NA |
| Scott Alberino | " | " |
| Robert Boller | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

U.S. Bankruptcy Court-Delaware (DE - US)
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

Calendar Date: 10/28/2015
Calendar Time: 11:00 AM ET

1st Revision 10/27/2015 03:35 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7235178 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7231669 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, Contrarian Capital Management, LLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7233349 | Corinne Ball | (212) 326-3657 | Jones Day | Creditor, Oncor / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7217269 | Ashley F. Bartram | (512) 475-4937 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7235554 | Lauren Bilzin | (212) 672-2252 | Serengeti Asset Management | Non-Party, Lauren Bilzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7230752 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7233845 | Trevor Broad | (212) 474-1000 | Cravath Swaine & Moore LLP | Representing, Energy Future Independent Holding Co. LLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7232091 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7233241 | Mabel Brown - Client | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7231304 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7235480 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7233495 | Kevin CoCo | (212) 450-3022 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |

Peggy Drasal ext. 802

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

Page 2 of 7

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7231611 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7225570 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233472 | Jason D. Curry | (602) 230-5557 | Quarles & Brady LP | Creditor, TXU 2007 / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7225520 | Adam M. Denhoff | (212) 373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee of First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7234894 | Stacey Dore | | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233375 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7231565 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Indenture / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233611 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7229291 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7234004 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7234580 | Anna E. Grace | (202) 514-4091 | United States Department of Justice | Creditor, Environmental Protection Agency / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7220109 | Xiaoyu Gu | (952) 984-4078 | CarVal Investors | Creditor, Carval Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7230597 | Mark W. Hancock | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7234092 | John Hardiman | (212) 558-3036 | Sullivan & Cromwell LLP | Creditor, Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7231862 | Sandra Horwitz | (877) 374-6010 ext. 62412 | Delaware Trust Company | Representing, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7234881 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233625 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |

| Case | Type | Case # | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7235204 | Matthew W. Kinskey | (202) 887-4516 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7226566 | Charles Koster | (212) 819-7845 | White & Case LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7199300 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7234762 | Ari D. Kunofsky | (202) 353-9187 | U.S. Department of Justice | Creditor, United States of America / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7234726 | Vincent Lazar | 312-923-2989 | Jenner & Block LLP | Debtor, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7234365 | Catherine LoTempio | (212) 574-1632 | Seward & Kissel LLP | Creditor, Wilmington Trust N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7233248 | Benjamin Loveland | (617) 526-6641 | Wilmer Cutler Pickering Hale & Dorr, LLP | Interested Party, Marathon Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7231196 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7217265 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7231834 | Tina Moss | (212) 262-6900 | Perkins Coie LLP | Trustee, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7233377 | Morgan Nighan | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7231815 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7235152 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7230734 | Lary A. Rappaport | (310) 284-5658 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7234658 | Rachael Ringer | (212) 715-9106 | Kramer Levin Naftalis & Frankel LLP | Creditor, The Lien Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7232317 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |

| Company | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7234845 | Matthew Roose | (212) 859-8029 | Fried, Frank, Harris, Shriver & Jacobson LLP | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233172 | Andrea B. Schwartz | 302-573-6491 | Office of the US Trustee | U.S. Trustee, Andrea Schwartz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7222392 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233601 | Robert Szwajkos | (215) 736-2521 | Curtin & Heefner LLP | Creditor, FL Smidth / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7218620 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7226490 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233181 | Matthew J. Troy | (202) 514-9038 | U.S. Department of Justice - Civil Division | Representing, United States / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7114981 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7230533 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party, Kevin M. Van Dam / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7235595 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7231449 | Edward Weisfelner | 212-209-4900 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7230654 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7230562 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7234913 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233291 | Daniel Zazove | 312-324-8605 | Perkins Coie LLP | Interested Party, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 7231654 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |

# SIGN-IN SHEET

**CASE NAME:** Conex
**CASE NO:** 11-10501

**COURTROOM LOCATION:** 6
**DATE:** 10/28/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Fielding *telephonic | Husch Blackwell | Team Industrial Services |
| Katherine Meyer | McCater & English | Chit Foster |
| Rachel B. Mersky | Monzack Mersky McLaughlin and Browder | Echo Gulf Coast Industrial Scaffolding |
| | | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.