**Exhibit 2**

**Relevant Excerpts of Offering Memorandum, dated November 22, 2004**

OFFERING MEMORANDUM                                                                                     CONFIDENTIAL

# $3,500,000,000

# TXU Corp.

$1,000,000,000 4.80% Series O Senior Notes due November 15, 2009
$1,000,000,000 5.55% Series P Senior Notes due November 15, 2014
$ 750,000,000 6.50% Series Q Senior Notes due November 15, 2024
$ 750,000,000 6.55% Series R Senior Notes due November 15, 2034

This is an offering by TXU Corp. of $1,000,000,000 of its 4.80% Series O Senior Notes due November 15, 2009 (Series O Notes), $1,000,000,000 of its 5.55% Series P Senior Notes due November 15, 2014 (Series P Notes), $750,000,000 of its 6.50% Series Q Senior Notes due November 15, 2024 (Series Q Notes) and $750,000,000 of its 6.55% Series R Senior Notes due November 15, 2034 (Series R Notes, and together with the Series O Notes, the Series P Notes and the Series Q Notes, the Notes).  Interest on each series of the Notes is payable semi-annually on May 15 and November 15 of each year, beginning May 15, 2005.  Interest on each series of the Notes will accrue from the date of original issuance.  The Series O Notes will mature on November 15, 2009, the Series P Notes will mature on November 15, 2014, the Series Q Notes will mature on November 15, 2024 and the Series R Notes will mature on November 15, 2034.  TXU Corp. may redeem some or all of each series of the Notes at any time at the respective "make-whole" redemption price discussed in this offering memorandum under the heading DESCRIPTION OF THE NOTES – "Optional Redemption."  The Notes will be unsecured obligations of TXU Corp. and will rank equally with all of TXU Corp.'s other unsecured and unsubordinated indebtedness.

TXU Corp. has agreed to file an exchange offer registration statement or, under certain circumstances, a shelf registration statement, pursuant to a registration rights agreement.  If TXU Corp. fails to comply with some of its obligations under the registration rights agreement, TXU Corp. will be required to pay additional interest on each series of the Notes as discussed in this offering memorandum under the heading REGISTERED EXCHANGE OFFER; REGISTRATION RIGHTS – "Additional Interest."

*Investing in the Notes involves risks.  See RISK FACTORS, beginning on page 5 of this offering memorandum.*

|  | Series O Notes | | Series P Notes | | Series Q Notes | | Series R Notes | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Per Note | Total | Per Note | Total | Per Note | Total | Per Note | Total |
| Offering Price to Investors* | 99.936% | $999,360,000 | 99.798% | $997,980,000 | 99.572% | $746,790,000 | 99.496% | $746,220,000 |
| Discounts/Commissions to Initial Purchasers | 0.600% | $ 6,000,000 | 0.650% | $ 6,500,000 | 0.875% | $ 6,562,500 | 0.875% | $ 6,562,500 |
| Proceeds to TXU Corp. (before expenses) | 99.336% | $993,360,000 | 99.148% | $991,480,000 | 98.697% | $740,227,500 | 98.621% | $739,657,500 |

\* Plus accrued interest, if any, if settlement is after November 26, 2004.

The Notes are being sold only to "qualified institutional buyers" under Rule 144A under the Securities Act of 1933, as amended (Securities Act), and to non-U.S. persons under Regulation S under the Securities Act.  The Notes have not been registered under the Securities Act; therefore, they are subject to certain restrictions on resale described in this offering memorandum under the heading TRANSFER RESTRICTIONS.

The initial purchasers expect to deliver the Notes to investors in book-entry form through the facilities of The Depository Trust Company (DTC) and its participants Euroclear Bank S.A./N.V., as operator of the Euroclear System (Euroclear), and Clearstream Banking, société anonyme (Clearstream Banking), on or about November 26, 2004.

*Joint Book-Running Managers*

**CITIGROUP**              **MERRILL LYNCH & CO.**              **WACHOVIA SECURITIES**

**ABN AMRO INCORPORATED**

**CALYON SECURITIES (USA)**

**COMMERZBANK SECURITIES**

The date of this offering memorandum is November 22, 2004.

**Remedies**

If an event of default under an Indenture for Debt Securities of a particular series, including each series of the Notes, occurs and continues, the Trustee or the holders of at least 33% in aggregate principal amount of all the Debt Securities of that series may declare the entire principal amount of all the Debt Securities of that series, together with accrued interest, to be due and payable immediately. However, if the event of default is applicable to all outstanding Debt Securities under an Indenture, only the Trustee or holders of at least 33% in aggregate principal amount of all outstanding Debt Securities of all series, voting as one class, and not the holders of any one series, may make that declaration of acceleration.

At any time after a declaration of acceleration with respect to the Debt Securities of a particular series has been made and before a judgment or decree for payment of the money due has been obtained by the Trustee, the event of default giving rise to the declaration of acceleration will be considered waived, and the declaration and its consequences will be considered rescinded and annulled, if:

- TXU Corp. has paid or deposited with the Trustee a sum sufficient to pay:

    (1) all overdue interest on all Debt Securities of that series;

    (2) the principal of and premium, if any, on any Debt Securities of that series that have otherwise become due and interest that is currently due;

    (3) interest on overdue interest; and

    (4) all amounts due to the Trustee under the relevant Indenture; and

- any other event of default under the Indenture with respect to the Debt Securities of that series has been cured or waived as provided in the Indenture.

There is no automatic acceleration, even in the event of bankruptcy, insolvency or reorganization of TXU Corp. (Indenture, Section 802.)

Other than its duties in case of an event of default under an Indenture, the Trustee is not obligated to exercise any of its rights or powers under the Indenture at the request, order or direction of any of the holders, unless the holders offer the Trustee a reasonable indemnity. (Indenture, Section 903.) If they provide this reasonable indemnity, the holders of a majority in principal amount of any series of Debt Securities will have the right to direct the time, method and place of conducting any proceeding for any remedy available to the Trustee, or exercising any power conferred upon the Trustee. However, if the event of default under the Indenture relates to more than one series of Debt Securities, only the holders of a majority in aggregate principal amount of all affected series of Debt Securities, considered as one class, will have the right to give this direction. The Trustee is not obligated to comply with directions that conflict with law or other provisions of an Indenture. (Indenture, Section 812.)

No holder of Debt Securities of any series will have any right to institute any proceeding under an Indenture, or any remedy under an Indenture, unless:

- the holder has previously given to the Trustee written notice of a continuing event of default under that Indenture;

- the holders of a majority in aggregate principal amount of the outstanding Debt Securities of all series in respect of which an event of default under that Indenture has occurred and is continuing have made a written request to the Trustee, and have offered reasonable indemnity to the Trustee to institute proceedings; and

- the Trustee has failed to institute any proceeding for 60 days after notice and has not received during such period any direction from the holders of a majority in aggregate principal amount of the

23