## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 54.10 | $ 54,255.00 |
| Employment and Fee Applications | 2.00 | $ 2,300.00 |
| Non-working Travel | 20.00 | $ 9,500.00 |
| TOTAL | **76.10** | **$ 66,055.00** |

4