## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1150 | 16.30 | 18,745.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 950 | 59.80 | 47,310.00 |
| | | | | **TOTAL** | **76.10** | **66,055.00** |