## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| CLIENT BUSINESS TRANSPORTATION | $3,798.96 |
| TELEPHONE COSTS | $ 13.75 |
| DUPLICATING COSTS | 31.90 |
| TOTAL | $3,844.61 |

6