## **EXHIBIT D**

## **Detailed Description of Expenses and Disbursements**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 8/31/2015 | LEVIN, R.. | PARTNER | TAXI/CAR SERVICE | 81.08 | Travel; DIALCAR, INC.; 08/31/2015 ; Car service; Levin; 07/30/2015; LGA-Great Jones; |
| 55152-10034 | 9/03/2015 | LAZAR, V | | TELEPHONE | 12.40 | Telephone Expense, SOUNDPATH CONFERENCING, 07/12/2015 |
| 55152-10085 | 9/03/2015 | | | TELEPHONE | 1.35 | Telephone Expense, SOUNDPATH CONFERENCING, 07/12/2015 |
| 55152-10034 | 9/08/2015 | | | | 1.10 | B&W Copy |
| 55152-10034 | 9/10/2015 | . | | | 7.20 | B&W Copy |
| 55152-10034 | 9/15/2015 | LAZAR, V. | PARTNER | AIRFARE | 467.20 | Travel, Vincent Lazar, New York, NY, 09/10/2015-09/11/2015, Hearing, Air fare |
| 55152-10034 | 9/15/2015 | LAZAR, V. | PARTNER | LODGING | 603.05 | Travel, Vincent Lazar, New York, NY, 09/10/2015-09 /11/2015, Hearing, Lodging |
| 55152-10034 | 9/15/2015 | LAZAR, V. | PARTNER | MEALS | 32.85 | Travel, Vincent Lazar, New York, NY, 09/10/2015-09 /11/2015, Hearing, Meals |
| 55152-10034 | 9/15/2015 | LAZAR, V. | PARTNER | PARKING | 62.00 | Travel, Vincent Lazar, New York, NY, 09/10/2015-09 /11/2015, Hearing, Parking |
| 55152-10034 | 9/15/2015 | LAZAR, V. | PARTNER | TAXI/CAR SERVICE | 43.60 | Travel, Vincent Lazar, New York, NY, 09/10/2015-09 /11/2015, Hearing, Taxi / Car Service |
| 55152-10034 | 9/15/2015 | LAZAR, V. | PARTNER | TAXI/CAR SERVICE | 127.00 | Travel, Vincent Lazar, New York, NY, 09/10/2015-09 /11/2015, Hearing, Taxi / Car Service |
| 55152-10085 | 9/17/2015 | . | | | 2.20 | B&W Copy |
| 55152-10034 | 9/22/2015 | LAZAR, V. | PARTNER | AIRFARE/ LODGING | 2,382.18 | Travel, VINCENT E. LAZAR, 09/14-18/2015 to New York, NY for Deposition |
| 55152-10034 | 9/29/2015 | | | | 21.40 | B&W Copy |