IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 6706** |

## CERTIFICATION OF COUNSEL CONCERNING
## JOINT STIPULATED FINAL PRE-TRIAL ORDER

On July 2, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order establishing certain hearing dates and deadlines in the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Order* [D.I. 4916]. Thereafter, on August 27, 2015, the Court entered an order amending certain hearing dates and deadlines as set forth in the *Amended Order (A) Revising Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization* [D.I. 5771] (as further amended, the "Scheduling Order"). Paragraph 20 of the Scheduling Order provides that "the Debtors, in agreement with the affected Participating Parties, may amend or modify the terms of this Order without further order by the Court upon filing written notice of such amendment or modification with the Court".

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13210337v.1

Pursuant to the authorization set forth in paragraph 20 of the Scheduling Order, on October 14, 2015 (D.I. 6464) and October 15, 2015 (D.I. 6476), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed certain agreed amendments to the Scheduling Order. Among other things, the Scheduling Order provides that "**Tuesday, October 27, 2015,** shall be the deadline by which Participating Parties must submit a proposed joint final pretrial order per Local Bankruptcy Rule 7016-2(d)".

Consistent with the terms of the Scheduling Order, on October 27, 2015, the Debtors filed a *Joint Stipulated Final Pre-Trial Order* with the Court [D.I. 6706] (the "Draft Pre-Trial Order"). The Draft Pre-Trial Order was negotiated by and between the Debtors and the official committee of unsecured creditors representing the interests of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "EFH Creditors' Committee") and, with the exception of the terms set forth in paragraphs 9 and 18 of the Draft Pre-Trial Order, was agreed to by and between the Debtors and the EFH Creditors' Committee. The form of Draft Pre-Trial Order filed with the Court on October 27, 2015 also remained subject to ongoing review by, and comments from, all of the other Participating Parties[2].

On October 28, 2015 starting at 11:00 a.m. (Eastern Daylight Time) (the "October 28th Hearing"), the Court held a hearing to consider, among other things, entry of the Draft Pre-Trial Order. At the October 28th Hearing, the Court heard and considered the statements and arguments of various of the Participating Parties with respect to the Draft Pre-Trial Order. Based on the Participating Parties' arguments, the Court made various rulings in connection with the Draft Pre-Trial Order on the record of the October 28th Hearing.

---

[2] As used herein, the term "Participating Parties" shall have the same meaning given to it in the Scheduling Order.

Consequently, the Debtors have prepared a revised form of Draft Pre-Trial Order (the "Revised Order") which they believe is consistent with the record of the October 28th Hearing. A copy of the Revised Order is attached hereto as **Exhibit A**. A redline, comparing the Revised Order against the form of Draft Pre-Trial Order filed with the Court on October 27, 2015 (D.I. 6706) is attached hereto as **Exhibit B**. The Debtors circulated a copy of the Revised Order to the Participating Parties and do not believe that any of the Participating Parties object to its entry.

The Debtors therefore respectfully request that the Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: October 28, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Andrew McGaan (admitted *pro hac vice*)
Brenton A. Rogers (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession*