# EXHIBIT A

**Detailed Description of Expenses**

| Expense Category | Date | Professional | Expense Description | Total Expense | Allocation |
|---|---|---|---|---|---|
| Legal / Professional Fees[1] | 5/1/2015 | Other | Debevoise Invoice (May 2015) | $7,630.50 | All |
| | | | Sub-Total | $7,630.50 | |
| Local Ground Transport[2] | 5/12/2015 | Chen, Lisa Y | Late night taxi | $25.55 | All |
| | 5/15/2015 | Chen, Lisa Y | Late night taxi | $20.76 | All |
| | 5/19/2015 | Chen, Lisa Y | Late night taxi | $21.96 | All |
| | 5/21/2015 | Chen, Lisa Y | Late night taxi | $23.15 | All |
| | 5/26/2015 | Chen, Lisa Y | Late night taxi | $26.16 | All |
| | 5/29/2015 | Chen, Lisa Y | Late night taxi | $11.75 | All |
| | 5/18/2015 | Levit, Vadim | Late night taxi | $10.55 | All |
| | 5/19/2015 | Matican, Jeremy M | Late night taxi | $8.76 | All |
| | 5/29/2015 | Matican, Jeremy M | Late night taxi | $9.35 | All |
| | 5/8/2015 | Patel, Neal H | Late night taxi | $8.63 | All |
| | 5/11/2015 | Patel, Neal H | Late night taxi | $10.55 | All |
| | 5/13/2015 | Patel, Neal H | Late night taxi | $25.55 | All |
| | 5/22/2015 | Patel, Neal H | Late night taxi | $21.96 | All |
| | 5/27/2015 | Patel, Neal H | Late night taxi | $8.75 | All |
| | 5/28/2015 | Patel, Neal H | Late night taxi | $11.16 | All |
| | 5/30/2015 | Patel, Neal H | Weekend taxi to the office | $15.35 | All |
| | 5/31/2015 | Patel, Neal H | Weekend taxi to the office | $8.19 | All |
| | 5/12/2015 | Raghavan, Sesh | Late night taxi | $15.00 | All |
| | | | Sub-Total | $283.13 | |
| Meals[3] | 5/11/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 5/12/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 5/18/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 5/21/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 5/26/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 5/12/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 5/13/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 5/21/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 5/26/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 5/27/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 5/28/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 5/29/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 5/30/2015 | Patel, Neal H | Weekend dinner (actual expense reduced to cap) | $20.00 | All |
| | 5/26/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 5/27/2015 | Yi, Bo S | Late night dinner | $19.55 | All |
| | 5/29/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 5/22/2015 | Ying, David Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 5/18/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | | | Sub-Total | $359.55 | |
| | | | **Total** | **$8,273.18** | |

(1) Reflects $9,693.00 voluntary write-off to Debevoise's $17,323.50 invoice. Write off is based on time spent by Nick Kaluk and Wendy Reilly of Debevoise for fee-related work
(2) Includes local ground transportation for late night work where timekeeper worked at least 4 hours and departed the office after 9pm, consistent with the Fee Committee guidelines
(3) Includes meals for late night work where timekeeper worked at least 4 hours and departed the office after 8pm, consistent with the Fee Committee guidelines

# **EXHIBIT A-1**

**Legal Expenses of Evercore**



Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

E-BILL

June 9, 2015

Invoice No. : 1330722

Client Matter: 23172.1026

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

FOR PROFESSIONAL SERVICES AND ADVICE rendered during the period from May 1, 2015 through May 31, 2015 in connection with EFH Advice.

| | |
|---|---:|
| Total Fees ................................................................................................... | $17,323.50 |
| Document Preparation, Communication, Other Charges and Disbursements ....... | $0.00 |
| Total ............................................................................................................. | $17,323.50 |

*Payment due Upon Receipt*
*Payment May Be Made By Wire Transfer to*
*Account # 4919-9225 at Citibank, N.A., New York, N.Y.*
*ABA # 021000089*
*SWIFT: CITIUS33*
*Tax Identification Number 13 -5537279*

www.debevoise.com

1000773235v1

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 05/01/15 | Kaluk, Nick S. | 0.60 | Email with Reilly and Matican debtor discovery issues re confirmation (0.6). |
| 05/01/15 | Reilly, Wendy B. | 0.20 | Emails to & from J. Matican, N. Kaluk re: fee review (.1); TCW N. Kaluk re: fee review (.1) |
| 05/04/15 | Reilly, Wendy B. | 0.40 | Review letter & related materials re: fee application (.3); emails to & from J. Rapacciuolo, N. Kaluk re: fee application (.1) |
| 05/05/15 | Reilly, Wendy B. | 0.40 | Review fee committee letter & related materials (.4) |
| 05/06/15 | Kaluk, Nick S. | 0.30 | Calls and email with W. Reilly re discovery issues (0.3). |
| 05/06/15 | Reilly, Wendy B. | 0.20 | TCW N. Kaluk re: fee review (.1); email to N. Kaluk re: fee review (.1) |
| 05/11/15 | Kaluk, Nick S. | 2.60 | Review invoices and billing backup re litigation support reimbursement (1.6); calls and email with Reilly re same (0.9); voicemail to C. Andres re same (0.1). |
| 05/11/15 | Reilly, Wendy B. | 1.90 | TCSW N. Kaluk re: fee review (.5); review back-up to prior invoices (1.1); emails to & from N. Kaluk, J. Matican, J. Gould, B. Stephany re: fee review (.3) |
| 05/12/15 | Kaluk, Nick S. | 1.00 | Call with C. Andres re fee committee report (0.3); call with Matican re same (0.1); calls, email and discussion with Reilly re same (0.6). |
| 05/12/15 | Reilly, Wendy B. | 1.10 | TCSW N. Kaluk re: fee review (.4); TCW J. Gould, A. Yenamandra re: fee review (.2); review back-up materials re: fee response (.5) |
| 05/13/15 | Kaluk, Nick S. | 0.40 | Draft response to fee committee letter report (0.3); email with Reilly, Matican and Masotti re same (0.1). |
| 05/13/15 | Reilly, Wendy B. | 1.30 | Draft language for letter to fee committee (.9); emails to & from N. Kaluk, J. Rapacciuolo re: fee review (.3); emails to & from Kirkland re: fee review (.1) |
| 05/14/15 | Reilly, Wendy B. | 0.10 | Emails to & from N. Kaluk re: fee review (.1) |
| 05/14/15 | Kaluk, Nick S. | 1.60 | Review and revise fee committee response and backup (1.2); calls with Patel re same (0.4). |
| 05/21/15 | Kaluk, Nick S. | 0.30 | Email with Matican and Reilly re next steps in plan litigation support (0.2); email with Matican re Jan. and Feb. monthly fee apps (0.1). |
| 05/21/15 | Reilly, Wendy B. | 0.10 | TCW N. Kaluk re: Second Interim Fee Application (.1) |
| 05/27/15 | Kaluk, Nick S. | 0.40 | Coordinate invoices and vendor backup for January and February fee apps (0.3); email re same with Matican (0.1). |
| 05/28/15 | Kaluk, Nick S. | 1.60 | Call with Labovitz and Masotti re valuation exercise (0.4); review docket materials re Oncor sale process (0.5); email with Labovitz re same (0.3); review EL re same (0.4). |
| 05/28/15 | Labovitz, Natasha | 0.40 | Call with K. Masotti and N. Kaluk re fairness opinion request. |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 05/28/15 | Labovitz, Natasha | 0.50 | Review engagement letter, precedents and other materials to analyze request for fairness opinion (0.2); follow-up correspondence with N. Kaluk re same (0.3). |
| 05/29/15 | Reilly, Wendy B. | 0.20 | TCW N. Kaluk re: sale process (.1); emails to & from J. Matican, J. Ganter, N. Kaluk re: sale process discovery (.1) |
| 05/29/15 | Labovitz, Natasha | 0.80 | Prepare for and attend call with client re fairness opinion request; follow-up correspondence re same. |
| 05/29/15 | Kaluk, Nick S. | 0.90 | Prepare for and participate in call including Ying, Matican, Masotti and Labovitz re Oncor (0.8); update Reilly re same (0.1). |
| 06/01/15 | Kaluk, Nick S. | 0.80 | Call with Kirkland, Evercore and Reilly re stalking horse motion and plan discovery coordination and process (0.8). |
| 06/01/15 | Reilly, Wendy B. | 1.90 | Emails to & from N. Kaluk re: stalking horse motion discovery (.1); TCW J. Ganter, B. Stephany, A. Stern, J. Sowa, N. Kaluk, J. Matican, B. Yo, S. Ragavan re: stalking horse motion discovery (.7); review prior document collection/review protocols (.3); emails to & from TCW J. Ganter, B. Stephany, J. Sowa, N. Kaluk, J. Matican, B. Yo, S. Ragavan re: stalking horse motion discovery (.7); TCW K. Masotti re: stalking horse motion discovery (.1) |
| 06/02/15 | Labovitz, Natasha | 0.40 | Call with K. Masotti re disinterestedness question and disclosure requirements (.3); follow-up correspondence with N. Kaluk (.1). |
| | Hours: | 20.40 | |

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| NATASHA LABOVITZ | 2.10 | 1,195.00 | 2,509.50 |
| Total For PARTNER | 2.10 | | 2,509.50 |
| WENDY B. REILLY | 7.80 | 930.00 | 7,254.00 |
| Total For COUNSEL | 7.80 | | 7,254.00 |
| NICK S. KALUK | 10.50 | 720.00 | 7,560.00 |
| Total For ASSOCIATE | 10.50 | | 7,560.00 |
| MATTER TOTALS | 20.40 | | 17,323.50 |



Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

Invoice Number: 1330722

June 9, 2015

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

**Remittance Summary**
(Payment Due Upon Receipt)

| | |
|---|---:|
| **Total Fees** | **$17,323.50** |
| **Document Preparation, Communication, Other Charges and Disbursements** | **$0.00** |
| **Total Amount Due** | **$17,323.50** |

*Remit Payment By:*

| *Check* | *Wire Transfer* |
|---|---:|
| Debevoise & Plimpton LLP | Citibank, N.A., New York, N.Y |
| Accounting Department, 28th Floor | ABA # 021000089 |
| 919 Third Avenue | SWIFT: CITIUS33 Account #4919-9225 |
| New York, N.Y 10022 | Invoice No.: 1330722 |

Tax Identification Number 13 - 5537279

www.debevoise.com

1000773235v1