# EXHIBIT A

## Detailed Description of Expenses

| Expense Category | Date | Professional | Expense Description | Total Expense | Allocation |
|---|---|---|---|---|---|
| Legal / Professional Fees[1] | 6/1/2015 | Other | Debevoise Invoice (June 2015) | $37,223.50 | All |
| | | | Sub-Total | $37,223.50 | |
| Local Ground Transport[2] | 6/1/2015 | Chen, Lisa Y | Late night taxi | $24.36 | All |
| | 6/3/2015 | Chen, Lisa Y | Late night taxi | $23.16 | All |
| | 6/4/2015 | Chen, Lisa Y | Late night taxi | $24.36 | All |
| | 6/5/2015 | Chen, Lisa Y | Late night taxi | $24.36 | All |
| | 6/7/2015 | Chen, Lisa Y | Weekend Taxi to Office | $20.16 | All |
| | 6/7/2015 | Chen, Lisa Y | Weekend Taxi home | $27.36 | All |
| | 6/8/2015 | Chen, Lisa Y | Late night taxi | $24.96 | All |
| | 6/10/2015 | Chen, Lisa Y | Late night taxi | $23.76 | All |
| | 6/11/2015 | Chen, Lisa Y | Late night taxi | $26.15 | All |
| | 6/1/2015 | Levit, Vadim | Late night taxi | $8.15 | All |
| | 6/7/2015 | Levit, Vadim | Weekend Taxi to Office | $8.76 | All |
| | 6/10/2015 | Levit, Vadim | Late night taxi | $8.15 | All |
| | 6/12/2015 | Levit, Vadim | Late night taxi | $11.76 | All |
| | 6/13/2015 | Levit, Vadim | Weekend Taxi to Office | $18.36 | All |
| | 6/13/2015 | Levit, Vadim | Weekend Taxi home | $21.36 | All |
| | 6/1/2015 | Matican, Jeremy M | Late night taxi | $9.95 | All |
| | 6/2/2015 | Matican, Jeremy M | Late night taxi | $12.95 | All |
| | 6/3/2015 | Matican, Jeremy M | Late night taxi | $9.96 | All |
| | 6/4/2015 | Matican, Jeremy M | Late night taxi | $12.96 | EFH |
| | 6/5/2015 | Matican, Jeremy M | Late night taxi | $7.85 | All |
| | 6/6/2015 | Matican, Jeremy M | Weekend Taxi to Office | $8.16 | All |
| | 6/6/2015 | Matican, Jeremy M | Weekend Taxi home | $8.75 | All |
| | 6/7/2015 | Matican, Jeremy M | Weekend Taxi to Office | $8.16 | All |
| | 6/7/2015 | Matican, Jeremy M | Weekend Taxi home | $9.96 | All |
| | 6/8/2015 | Matican, Jeremy M | Late night taxi | $8.75 | All |
| | 6/9/2015 | Matican, Jeremy M | Late night taxi | $11.76 | All |
| | 6/10/2015 | Matican, Jeremy M | Late night taxi | $13.56 | All |
| | 6/11/2015 | Matican, Jeremy M | Late night taxi | $12.36 | All |
| | 6/22/2015 | Matican, Jeremy M | Late night taxi | $7.55 | All |
| | 6/30/2015 | Matican, Jeremy M | Late night taxi | $9.36 | All |
| | 6/2/2015 | Patel, Neal H | Late night taxi | $20.99 | All |
| | 6/7/2015 | Patel, Neal H | Weekend Taxi to Office | $12.88 | All |
| | 6/11/2015 | Patel, Neal H | Late night taxi | $9.95 | All |
| | 6/13/2015 | Patel, Neal H | Weekend Taxi to Office | $17.16 | EFIH |
| | 6/13/2015 | Patel, Neal H | Weekend Taxi home | $24.36 | EFIH |
| | 6/14/2015 | Patel, Neal H | Weekend Taxi to Office | $18.96 | EFIH |
| | 6/14/2015 | Patel, Neal H | Weekend Taxi home | $20.15 | EFIH |
| | 6/20/2015 | Patel, Neal H | Weekend Taxi to Office | $13.56 | All |
| | 6/28/2015 | Patel, Neal H | Weekend Taxi to Office | $10.56 | All |
| | 6/28/2015 | Patel, Neal H | Weekend Taxi home | $18.35 | All |
| | 6/30/2015 | Patel, Neal H | Late night taxi | $8.77 | TCEH |
| | 6/2/2015 | Raghavan, Sesh | Late night taxi | $7.85 | All |
| | 6/9/2015 | Ying, David Y | Late night taxi | $8.00 | All |
| | 6/15/2015 | Ying, David Y | Late night taxi | $7.85 | EFH |
| | 6/22/2015 | Ying, David Y | Late night taxi | $7.88 | All |
| | | | Sub-Total | $654.48 | |
| Meals[3] | 6/1/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/2/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/3/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/5/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/8/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/9/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/10/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/12/2015 | Chen, Lisa Y | Late night dinner | $6.10 | All |
| | 6/19/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/22/2015 | Chen, Lisa Y | Late night dinner | $16.48 | All |
| | 6/23/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/24/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/25/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/26/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/30/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/3/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/4/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/5/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | EFH |
| | 6/6/2015 | Levit, Vadim | Weekend dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/7/2015 | Levit, Vadim | Weekend dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/10/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/11/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 6/14/2015 | Levit, Vadim | Weekend dinner | $17.88 | All |
| | 6/18/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/20/2015 | Levit, Vadim | Weekend dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 6/3/2015 | Li, Harvey H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/6/2015 | Li, Harvey H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/6/2015 | Matican, Jeremy M | Late night dinner | $11.87 | All |
| | 6/8/2015 | Matican, Jeremy M | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/24/2015 | Matican, Jeremy M | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/29/2015 | Matican, Jeremy M | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/1/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/2/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 6/8/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |

| Date | Name | Description | Amount | Entity |
|---|---|---|---|---|
| 6/9/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/10/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/11/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/12/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| 6/15/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/23/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/24/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/25/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/26/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/29/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/30/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| 6/2/2015 | Rao, Aashik A | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| 6/3/2015 | Rao, Aashik A | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| 6/4/2015 | Rao, Aashik A | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| 6/5/2015 | Rao, Aashik A | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| 6/8/2015 | Rao, Aashik A | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/10/2015 | Rao, Aashik A | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/12/2015 | Rao, Aashik A | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/22/2015 | Rao, Aashik A | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/25/2015 | Rao, Aashik A | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/1/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/2/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/3/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/8/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/10/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| 6/11/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| 6/12/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/15/2015 | Yi, Bo S | Late night dinner | $13.40 | All |
| 6/16/2015 | Yi, Bo S | Late night dinner | $14.42 | All |
| 6/19/2015 | Yi, Bo S | Late night dinner | $14.42 | All |
| 6/23/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/26/2015 | Yi, Bo S | Late night dinner | $14.42 | TCEH |
| 6/29/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/30/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| 6/11/2015 | Ying, David Y | Late night dinner | $15.24 | All |
| | | Sub-Total | $1,324.23 | |
| | | **Total** | **$39,202.21** | |

(1) Reflects $3,384.20 voluntary write-off to Debevoise's $40,607.70 invoice. Write off is based on time spent by Nick Kaluk of Debevoise for fee-related work

(2) Includes local ground transportation for late night work where timekeeper worked at least 4 hours and departed the office after 9pm, consistent with the Fee Committee guidelines

(3) Includes meals for late night work where timekeeper worked at least 4 hours and departed the office after 8pm, consistent with the Fee Committee guidelines

# EXHIBIT A-1

## Legal Expenses of Evercore



**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

E-BILL

July 24, 2015

Invoice No. : 1332662

Client Matter: 23172.1026

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

FOR PROFESSIONAL SERVICES AND ADVICE rendered during the period from June 1, 2015 through June 30, 2015 in connection with EFH Advice.

| | |
|---|---:|
| Total Fees .................................................................................................... | $40,607.50 |
| Document Preparation, Communication, Other Charges and Disbursements ....... | $0.20 |
| Total ............................................................................................................. | $40,607.70 |

*Payment due Upon Receipt*
*Payment May Be Made By Wire Transfer to*
*Account # 4919-9225 at Citibank, N.A., New York, N.Y.*
*ABA # 021000089*
*SWIFT: CITIUS33*
*Tax Identification Number 13 -5537279*

www.debevoise.com

1000814501v1

*Schedule of Charges and Disbursements*
*Related to Statement for Legal Services*
*June 1, 2015 through June 30, 2015*

Charges:

| | |
|---|---|
| Word Processing and other document preparation charges | 0.20 |
| Sub-total for Charges: | $0.20 |

**Total For Charges and Disbursements:**　　**0.20**

www.debevoise.com

1000814501v1

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 06/09/15 | Kaluk, Nick S. | 1.10 | Review Jan. and Feb. fee apps (0.6); prepare Debevoise portions and back up for March and April fee apps (0.3); email with N. Patel and V. Levit re same (0.2). |
| 06/10/15 | Rapacciuolo, John S. | 0.40 | Assist Evercore with preservation and collection of electronically stored information per W. Reilly. |
| 06/10/15 | Reilly, Wendy B. | 0.30 | Emails to & from N. Patel, B. Yi, B. Stephany, J. Rapacciuolo re: document collection (.3) |
| 06/11/15 | Reilly, Wendy B. | 0.60 | Emails to & from Evercore, Kirkland, Global Relay, J. Rapacciuolo re: document discovery (.6) |
| 06/12/15 | Reilly, Wendy B. | 0.60 | Emails to & from Evercore, Kirkland, Global Relay, J. Rapacciuolo re: document discovery (.3); TCW B. Stephany re: document discovery (.3) |
| 06/15/15 | Reilly, Wendy B. | 0.30 | Emails to & from Evercore, Kirkland, Global Relay, J. Rapacciuolo re: document discovery (.3). |
| 06/16/15 | Kaluk, Nick S. | 0.80 | Call with J. Matican re March and April fee apps, and upcoming interim fee app (0.4); review March and April fee apps (0.3); email with N. Patel re same (0.1). |
| 06/16/15 | Reilly, Wendy B. | 1.50 | TCW Evercore, Kirkland re: document discovery (.8); TCW B. Stephany re: document discovery (.2); emails to & from Evercore, Global Relay, Kirkland, J. Rapacciuolo re: document discovery (.5) |
| 06/17/15 | Reilly, Wendy B. | 0.80 | TCW B. Stephany, J. Ganter re: document discovery (.3); emails to & from B. Stephany, Evercore, Global Relay, J. Rapacciuolo re: document discovery (.5) |
| 06/18/15 | Reilly, Wendy B. | 0.20 | Emails to & from Kirkland, Evercore, Global Relay, J. Rapacciuolo re: document discovery (.2) |
| 06/18/15 | Rapacciuolo, John S. | 0.90 | Collect documents from Evercore (.7); coordinate preparation of same for review (.2). |
| 06/18/15 | Battle, Willie J. | 0.50 | Arrange for secure data repository for client, Enoch Whitfield per J. Rapacciuolo. |
| 06/19/15 | Rapacciuolo, John S. | 1.50 | Coordinate preparation of Evercore efile documents for production to Kirkland and privilege review by Debevoise (1.3); manage vendor and teleconference with W. Reilly re same (.2). |
| 06/19/15 | Kaluk, Nick S. | 0.40 | Reallocate Jan. time on invoice at Evercore request (0.3); email with N. Patel re same (0.1). |
| 06/19/15 | Reilly, Wendy B. | 1.60 | Review & revise privilege/confidentiality search terms for document review (.2); emails to & from J. Rapacciuolo re: privilege/confidentiality search terms for document review (.2); TCW J. Rapacciuolo re: privilege/confidentiality search terms for document review (2); emails to & from Kirkland, Evercore, Global Relay, J. Rapacciuolo re: document discovery (.6); TCW G. Bechara re: document review (.4) |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 06/19/15 | Bechara, Guilherme F. | 0.40 | Telephone call with W. Reilly about document discovery. |
| 06/21/15 | Slobodkin, Yury G. | 1.00 | Prepare documents for legal team review per J. Rapacciuolo instructions. |
| 06/21/15 | Rapacciuolo, John S. | 0.50 | Coordinate preparation of Evercore efile documents for Debevoise privilege review and for production to Kirkland per W. Reilly. |
| 06/22/15 | Kaluk, Nick S. | 2.40 | Review and comment on third interim fee app (2.3); email with N. Patel re same (0.1). |
| 06/22/15 | Rapacciuolo, John S. | 5.00 | Prepare documents for production for production to Kirkland per W. Reilly (2.5); prepare privilege documents for review (2.5). |
| 06/22/15 | Reilly, Wendy B. | 0.50 | TCW G. Bechara re: privilege/confidentiality review (.1); emails to & from G. Bechara, J. Rapacciuolo re: privilege/confidentiality review (.1); emails to & from Evercore, Global Relay, Kirkland, J. Rapacciuolo re: document discovery (.3) |
| 06/22/15 | Battle, Willie J. | 0.50 | Arrange for secure data repository for W. Marx of Kirkland & Ellis per J. Rapacciuolo. |
| 06/22/15 | Bechara, Guilherme F. | 4.00 | First level document review. |
| 06/23/15 | Battle, Willie J. | 0.50 | Arrange for secure data repository for P. Ramsey of Advance Discovery per J. Rapacciuolo. |
| 06/23/15 | Reilly, Wendy B. | 1.00 | Emails to & from J. Rapacciuolo, G. Bechara, Evercore, Kirkland, Global Relay re: document discovery (1.0) |
| 06/23/15 | Rapacciuolo, John S. | 2.70 | Prepare documents for production and secure transmission to Kirkland's vendor (1.7); emails/teleconferences with W. Reilly re collecting documents from Evercore (1.0). |
| 06/24/15 | Reilly, Wendy B. | 1.00 | TCW J. Rapacciuolo, G. Rogers re: document discovery (.4); emails to & from Evercore, Global Relay, J. Rapacciuolo, G. Bechara, Kirkland re: document discovery (.6) |
| 06/24/15 | Bechara, Guilherme F. | 3.30 | First level document review. |
| 06/24/15 | Rapacciuolo, John S. | 0.80 | Teleconference with W. Reilly and Global Relay re filtering logistics on data for Kirkland (.4); prepare for and notes re same (.4). |
| 06/25/15 | Reilly, Wendy B. | 0.80 | Review revised email search results (.2); emails to & from Kirkland, Global Relay, J. Rapacciuolo re: document discovery (.3); TCW B. Stephany, J. Ganter re: document discovery (.3) |
| 06/25/15 | Bechara, Guilherme F. | 3.00 | First level document review. |
| 06/26/15 | Rapacciuolo, John S. | 3.50 | Coordinate preparation of Evercore email documents for review (1.7); prepare and plan for document review (1.8). |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 06/26/15 | Bechara, Guilherme F. | 1.50 | Draft e-mail to W. Reilly about the final result of the document review (.6); Telephone call with W. Reilly about production of some specific documents and next steps (.4); Instructions to J. Rapacciuolo about document production (.5). |
| 06/26/15 | Bechara, Guilherme F. | 4.50 | First level document review (3.5). Review specific documents after discussion with W. Reilly (1.0). |
| 06/26/15 | Reilly, Wendy B. | 2.30 | Emails to & from Evercore, G. Bechara, J. Rapacciuolo, H. Maeda, Kirkland, Global Relay, N. Kaluk re: document discovery (1.1); TCW K. Muller re: document discovery (.1); review resumes for contract attorneys (.7); TCW G. Bechara re: document review & production (.4) |
| 06/26/15 | Muller, Kenneth | 0.90 | Email exchange and discussion with H. Maeda, A. Dlaboha and W. Reilly re: staffing and setting up privilege document review (0.5); email exchange with W. Reilly and J. Rapacciuolo re: database setup and timing (0.4). |
| 06/27/15 | Reilly, Wendy B. | 0.30 | Emails to & from Kirkland, G. Bechara, K. Muller re: document review (.3) |
| 06/27/15 | Bassin, Alexandra | 2.00 | Prepare document collection for review by legal team (1.0); Perform quality control on documents prepared for review (1.0). |
| 06/27/15 | Rapacciuolo, John S. | 0.50 | Coordinate preparation of Evercore email documents for review. |
| 06/28/15 | Reilly, Wendy B. | 0.10 | Emails to & from A. Dlaboha re: document review (.1) |
| 06/29/15 | Reilly, Wendy B. | 1.90 | Emails to & from document review team re: document review (.6); emails to & from Kirkland, G. Bechara, J. Rapacciuolo re: document review (.2); TCW document review team re: document review (.8); TCW N. Kaluk re: document review (.1); TCW G. Bechara re: document review (.2) |
| 06/29/15 | Dlaboha, Adrian I. | 1.60 | Attend meeting and correspond with document review team, including associates re document review assignment, privilege, and confidentiality (1.4); discuss review protocol with G. Bechara (.2). |
| 06/29/15 | Rapacciuolo, John S. | 3.30 | Conference with C. Sidunk and review team re document review workflow and technology (1.4); coordinate preparation of documents for production to Kirkland and manage analysts re same (1.9). |
| 06/29/15 | Slobodkin, Yury G. | 1.30 | Trim original vendor delivery to be sent to Kirkland per J. Rapacciuolo instructions. |
| 06/29/15 | Kaluk, Nick S. | 0.20 | Call with W. Reilly re litigation support status (0.2). |
| 06/29/15 | Sikund, Chandana | 5.30 | Plan and prepare for document review materials (2.5); discuss document review protocol with W. Reilly and G. Bechara (.8); update case management materials and assist attorneys regarding the same (2.0). |

www.debevoise.com

1000814501v1

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 06/29/15 | Bechara, Guilherme F. | 4.40 | Conference call with W. Reilly and contract attorneys about document review (.8) Meeting with contract attorneys to discuss initial reactions to document review and general questions (1.4); draft Document Review Protocol (2.2). |
| 06/30/15 | Sikund, Chandana | 6.50 | Discuss document review protocol with G. Bechara and K. Muller (.1); update case management materials and assist attorneys regarding the same (6.4). |
| 06/30/15 | Muller, Kenneth | 0.80 | Monitor status and progress of privilege review (.4); respond to reviewer questions re: review protocol and procedure (.1); email exchange with J. Rapacciuolo re: review tagging protocol (.1); discussion of review tracking and second level review with C. Sikund and G. Bechara (.2). |
| 06/30/15 | Rapacciuolo, John S. | 2.90 | Teleconferences/emails with W. Reilly re document collection (.3); comparative analysis of folders requested, collected and ingested (1.3); support technical aspects of document review (1.3). |
| 06/30/15 | Reilly, Wendy B. | 0.60 | TCW J. Rapacciuolo re: document discovery (.1); emails to & from J. Rapacciuolo, Kirkland re: document discovery (.2); TCW G. Bechara re: document review (.2); mtg. w/ document review team (.1) |
| 06/30/15 | Bechara, Guilherme F. | 1.20 | Answers to questions raised by the contract attorneys about the document review. (1.0) Discussion with J. Rapacciuolo about tagging code and batches of privileged documents (.2). |
| | Hours: | 84.50 | |

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| WENDY B. REILLY | 14.40 | 930.00 | 13,392.00 |
| Total For COUNSEL | 14.40 | | 13,392.00 |
| NICK S. KALUK | 4.90 | 720.00 | 3,528.00 |
| Total For ASSOCIATE | 4.90 | | 3,528.00 |
| GUILHERME FONTES BECHARA | 22.30 | 465.00 | 10,369.50 |
| Total For INTL ASSOCIATE | 22.30 | | 10,369.50 |
| ADRIAN I. DLABOHA | 1.60 | 305.00 | 488.00 |
| KENNETH MULLER | 1.70 | 305.00 | 518.50 |
| CHANDANA SIKUND | 11.80 | 305.00 | 3,599.00 |
| Total For LEGAL ASSISTANT | 15.10 | | 4,605.50 |
| WILLIE J. BATTLE | 1.50 | 325.00 | 487.50 |
| JOHN S. RAPACCIUOLO | 22.00 | 325.00 | 7,150.00 |
| ALEXANDRA BASSIN | 2.00 | 250.00 | 500.00 |
| YURY G. SLOBODKIN | 2.30 | 250.00 | 575.00 |
| Total For DISC / DATA MGT | 27.80 | | 8,712.50 |
| MATTER TOTALS | 84.50 | | 40,607.50 |



**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

Invoice Number: 1332662

July 24, 2015

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

**Remittance Summary**
(Payment Due Upon Receipt)

| | |
|---|---:|
| **Total Fees** | $40,607.50 |
| **Document Preparation, Communication, Other Charges and Disbursements** | $0.20 |
| **Total Amount Due** | $40,607.70 |

**Remit Payment By:**

| Check | Wire Transfer |
|---|---|
| Debevoise & Plimpton LLP | Citibank, N.A., New York, N.Y |
| Accounting Department, 28th Floor | ABA # 021000089 |
| 919 Third Avenue | SWIFT: CITIUS33 Account #4919-9225 |
| New York, N.Y 10022 | Invoice No.: 1332662 |

Tax Identification Number 13 - 5537279

www.debevoise.com

1000814501v1