# EXHIBIT A

## Detailed Description of Expenses

| Expense Category | Date | Professional | Expense Description | | Total Expense | Allocation |
|---|---|---|---|---|---|---|
| Air / Rail Travel | 7/29/2015 | Hiltz, William | Flight from NY to Dallas for Board meeting (round trip) - adjusted for coach | | $955.38 | EFIH |
| | 7/29/2015 | Ying, David Y | Flight from NY to Dallas for Board meeting (round trip) - adjusted for coach | | $955.38 | All |
| | | | | Sub-Total | $1,910.76 | |
| Legal / Professional Fees[1] | 7/1/2015 | Other | Debevoise Invoice (July 2015) | | $97,468.48 | All |
| | | | | Sub-Total | $97,468.48 | |
| Local Ground Transport[2] | 7/14/2015 | Chen, Lisa Y | Late night taxi | | $24.36 | All |
| | 7/15/2015 | Chen, Lisa Y | Late night taxi | | $25.55 | All |
| | 7/18/2015 | Chen, Lisa Y | Weekend taxi to the office | | $15.36 | All |
| | 7/21/2015 | Chen, Lisa Y | Late night taxi | | $21.96 | All |
| | 7/27/2015 | Chen, Lisa Y | Late night taxi | | $23.16 | All |
| | 7/1/2015 | Matican, Jeremy M | Late night taxi | | $9.36 | All |
| | 7/6/2015 | Matican, Jeremy M | Late night taxi | | $7.55 | All |
| | 7/7/2015 | Matican, Jeremy M | Late night taxi | | $8.75 | EFIH |
| | 7/9/2015 | Matican, Jeremy M | Late night taxi | | $11.75 | All |
| | 7/13/2015 | Matican, Jeremy M | Late night taxi | | $8.15 | All |
| | 7/14/2015 | Matican, Jeremy M | Late night taxi | | $9.35 | All |
| | 7/15/2015 | Matican, Jeremy M | Late night taxi | | $8.16 | All |
| | 7/16/2015 | Matican, Jeremy M | Late night taxi | | $8.15 | EFIH |
| | 7/17/2015 | Matican, Jeremy M | Late night taxi | | $8.76 | EFIH |
| | 7/20/2015 | Matican, Jeremy M | Late night taxi | | $9.96 | All |
| | 7/2/2015 | Patel, Neal H | Late night taxi | | $8.00 | All |
| | 7/7/2015 | Patel, Neal H | Late night taxi | | $8.00 | All |
| | 7/8/2015 | Patel, Neal H | Late night taxi | | $8.00 | All |
| | 7/9/2015 | Patel, Neal H | Late night taxi | | $15.03 | All |
| | 7/10/2015 | Patel, Neal H | Late night taxi | | $12.36 | All |
| | 7/14/2015 | Patel, Neal H | Late night taxi | | $8.04 | All |
| | 7/15/2015 | Patel, Neal H | Late night taxi | | $21.17 | All |
| | 7/16/2015 | Patel, Neal H | Late night taxi | | $24.00 | All |
| | 7/21/2015 | Patel, Neal H | Late night taxi | | $10.56 | EFIH |
| | 7/27/2015 | Patel, Neal H | Late night taxi | | $9.36 | All |
| | 7/29/2015 | Patel, Neal H | Late night taxi | | $8.00 | All |
| | 7/30/2015 | Patel, Neal H | Late night taxi | | $8.00 | All |
| | 7/31/2015 | Patel, Neal H | Late night taxi | | $8.00 | All |
| | 7/7/2015 | Rao, Aashik A | Late night taxi | | $34.85 | All |
| | 7/9/2015 | Ying, David Y | Late night taxi | | $17.84 | All |
| | 7/27/2015 | Ying, David Y | Late night taxi | | $9.75 | All |
| | | | | Sub-Total | $411.29 | |
| Meals[3] | 7/7/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/8/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/9/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/10/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/15/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/24/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/27/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/28/2015 | Chen, Lisa Y | Late night dinner | | $11.44 | All |
| | 7/30/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/31/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/1/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/6/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/7/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/8/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/14/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/16/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/17/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/20/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/22/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/23/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/28/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | TCEH |
| | 7/29/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/30/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/31/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/1/2015 | Rao, Aashik A | Late night dinner (actual expense reduced to cap) | | $20.00 | EFH |
| | 7/7/2015 | Rao, Aashik A | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/23/2015 | Rao, Aashik A | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/30/2015 | Rao, Aashik A | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/1/2015 | Yi, Bo S | Late night dinner | | $18.41 | All |
| | 7/6/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/7/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/8/2015 | Yi, Bo S | Late night dinner | | $17.41 | All |
| | 7/14/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/16/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/17/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/20/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/21/2015 | Yi, Bo S | Late night dinner | | $19.20 | All |
| | 7/22/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/28/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/29/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | EFH |
| | 7/30/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 7/31/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | EFH |
| | 7/17/2015 | Ying, David Y | Late night dinner | | $15.24 | All |
| | 7/28/2015 | Ying, David Y | Late night dinner | | $12.52 | All |

| | Date | Timekeeper | Description | | Amount | Entity |
|---|---|---|---|---|---|---|
| | 7/31/2015 | Ying, David Y | Late night dinner | | $13.07 | All |
| | | | | Sub-Total | $867.29 | |
| Travel Ground Transport | 7/29/2015 | Hiltz, William | Travel from home to LGA (Dallas trip) | | $56.80 | EFIH |
| | 7/30/2015 | Hiltz, William | Travel from LGA to home (Dallas trip) | | $56.80 | All |
| | 7/29/2015 | Ying, David Y | Travel from home to LGA (Dallas trip) | | $73.29 | All |
| | 7/29/2015 | Ying, David Y | Travel from DFW to hotel (Dallas trip) | | $75.00 | All |
| | 7/29/2015 | Ying, David Y | Travel from hotel to meeting (Dallas trip) | | $75.00 | All |
| | 7/30/2015 | Ying, David Y | Travel from LGA to home (Dallas trip) | | $75.00 | All |
| | 7/30/2015 | Ying, David Y | Travel from hotel to DFW (Dallas trip) | | $75.00 | All |
| | | | | Sub-Total | $486.89 | |
| Travel Lodging | 7/29/2015 | Hiltz, William | Hotel stay in Dallas (one night) - Room rate | | $229.00 | EFIH |
| | 7/29/2015 | Hiltz, William | Hotel stay in Dallas (one night) - Taxes | | $34.94 | EFIH |
| | 7/29/2015 | Ying, David Y | Hotel stay in Dallas (one night) - Room rate | | $229.00 | All |
| | 7/29/2015 | Ying, David Y | Hotel stay in Dallas (one night) - Taxes | | $34.94 | All |
| | | | | Sub-Total | $527.88 | |
| Travel Meals | 7/30/2015 | Hiltz, William | Dinner - Dallas Trip | | $23.00 | All |
| | 7/29/2015 | Ying, David Y | Dinner - Dallas Trip (Ying, Hiltz, K&E, Company) | | $160.00 | All |
| | 7/30/2015 | Ying, David Y | Dinner - Dallas Trip | | $40.00 | All |
| | | | | Sub-Total | $223.00 | |
| | | | | Total | $101,895.59 | |

(1) Reflects $535.50 voluntary write-off to Debevoise's $98,003.98 invoice. Write off is based on time spent by Nick Kaluk of Debevoise for fee-related work
(2) Includes local ground transportation for late night work where timekeeper worked at least 4 hours and departed the office after 9pm, consistent with the Fee Committee guidelines
(3) Includes meals for late night work where timekeeper worked at least 4 hours and departed the office after 8pm, consistent with the Fee Committee guidelines

# EXHIBIT A-1

## Legal Expenses of Evercore



**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

E-BILL

September 14, 2015

Invoice No. : 1336051

Client Matter: 23172.1026

Evercore Partners
55 East 52nd Street
New York, NY 10055
Attn: Adam B. Frankel

FOR PROFESSIONAL SERVICES AND ADVICE rendered during the period from July 1, 2015 through July 31, 2015 in connection with EFH Advice.

| | |
|---|---:|
| Total Fees ................................................................................................ | $71,718.50 |
| Document Preparation, Communication, Other Charges and Disbursements ....... | $26,285.48 |
| Total.......................................................................................................... | $98,003.98 |

*Payment due Upon Receipt*
*Payment May Be Made By Wire Transfer to*
*Account # 4919-9225 at Citibank, N.A., New York, N.Y.*
*ABA # 021000089*
*SWIFT: CITIUS33*
*Tax Identification Number 13 -5537279*

www.debevoise.com

1000875203v1

*Schedule of Charges and Disbursements*
*Related to Statement for Legal Services*
*July 1, 2015 through July 31, 2015*

Charges:

| | | |
|---|---:|---:|
| Litigation Support – Document Management Services | 3,011.12 | |
| Sub-total for Charges: | | $3,011.12 |

Disbursements:

| | | |
|---|---:|---:|
| Express deliveries, postage and messenger expenses | 18.72 | |
| Litigation Support – Overtime expenses | 23,255.64 | |
| Sub-total for Disbursements: | | $23,274.36 |
| **Total For Charges and Disbursements:** | | **26,285.48** |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 07/01/15 | Sikund, Chandana | 5.20 | Assist attorneys with review and analysis (4.7); discuss client documents with G. Bechara (.3); discuss case management materials with K. Muller (.2). |
| 07/01/15 | Muller, Kenneth | 0.60 | Email exchange and discussion with C. Sikund, G. Bechara and J. Rapacciulo re: additional tags [.2; monitor status and progress of privilege review [.2; discussions with C. Sikund and G. Bechara re: review progress and tracking same [.2. |
| 07/01/15 | Rapacciuolo, John S. | 2.30 | Support document review (1.8); including conferences with C. Sikund re document review metrrics (.5). |
| 07/01/15 | Bechara, Guilherme F. | 11.00 | Second level document review (10.2); communications with W.Reilly about status of document review. (.2) Answers to questions about document review raised by contract attorneys. (.6); |
| 07/02/15 | Bechara, Guilherme F. | 6.50 | Meeting with the contract attorney team about issues and developments of the document review (.5); second level document review (6.0). |
| 07/02/15 | Sikund, Chandana | 5.90 | Assist attorneys with review and analysis of client documents (2.2); discuss client documents and protocol with G. Bechara (3.6); discuss and update case management materials and metrics with K. Muller (.1). |
| 07/02/15 | Rapacciuolo, John S. | 3.10 | Support document review (1.0), including conferences with C. Sikund re review (1.0) and metrics (1.1). |
| 07/02/15 | Muller, Kenneth | 0.60 | Monitor status and progress of privilege review [.4; email exchange re: progress of privilege review with W. Reilly and C. Sikund [.2. |
| 07/02/15 | Reilly, Wendy B. | 0.10 | Emails to & from G. Bechara, C. Sikund, J. Rapacciuolo re: document review (.1) |
| 07/06/15 | Rapacciuolo, John S. | 3.80 | Support technical aspects of document review (3.1), including conferences with C. Sikund re document review quality controls (.7). |
| 07/06/15 | Sikund, Chandana | 7.30 | Assist attorneys with review and analysis of client documents (4.7); discuss client documents with G. Bechara (1.8); discuss and update case management materials and metrics with K. Muller (.3); discuss staffing logistics with K. Muller (.5). |
| 07/06/15 | Muller, Kenneth | 0.70 | Monitor progress and status of the confidentiality/privilege review (.4); email exchange and discussion with G. Bechara and C. Sikund re: next steps for the review (.3). |
| 07/06/15 | Reilly, Wendy B. | 0.10 | Emails to & from G. Bechara, K. Muller, C. Sikund re: document review (.1) |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 07/06/15 | Bechara, Guilherme F. | 6.90 | Meeting with C. Sikundu and K. Muller about the conclusion of the first phase of the document review and measures to start the second phase (.8) Discussion with C. Sikundu about the needs and logistics of the second phase of the document review. (.5) Report to W. Reilly re document review status (.2); second level document review (5.4). |
| 07/07/15 | Bechara, Guilherme F. | 5.00 | Kick off meeting with reviewers to discuss the second phase of the document review re potentially privileged documents (.6) Discussion with W. Reilly and C. Sikund re development of the second phase of the document review (.2); Second level document review (4.2). |
| 07/07/15 | Rapacciuolo, John S. | 1.90 | Support document review (1.4), including (tele)conferences with G. Bechara and C. Sikund re same (.5). |
| 07/07/15 | Sikund, Chandana | 1.50 | Perform quality control searches and assist with case management (.8); discuss case management and privilege protocol with G. Bechara (.6); update WBR regarding case metrics (.1). |
| 07/07/15 | Muller, Kenneth | 0.40 | Assist with starting review quality check [.2; monitor status and progress of second level privilege review [.2. |
| 07/07/15 | Reilly, Wendy B. | 0.20 | TCW G. Bechara re: document review (.1); emails to & from G. Bechara, C. Sikund re: document review (.1) |
| 07/08/15 | Muller, Kenneth | 0.30 | Monitor status and progress of privilege review [.3. |
| 07/08/15 | Sikund, Chandana | 1.80 | Perform quality control searches (.3); discuss case management and privilege protocol with G. Bechara (1.1); update WBR (.1). |
| 07/08/15 | Reilly, Wendy B. | 0.20 | Emails to & from Kirkland re: document discovery (.1); emails to & from G. Bechara, C. Sikund re: document discovery (.1) |
| 07/08/15 | Rapacciuolo, John S. | 2.60 | Coordinate preparation of documents for production (1.5); coordinate with C. Sikund and G. Bechara re same (.6); support technical aspects of document review (.5). |
| 07/08/15 | Bechara, Guilherme F. | 12.90 | Second level document review (11.8); Meeting with contract attorneys about the development of the second phase of the document review (.3) Discussion with C. Sikund about specific orientations to reviewers (.1) Discussion with C. Sikund production of the documents reviewed in the first phase of the document review (.3) E-mail to C. Sikund with instructions about quality control check to be performed before the production of the documents (.2) Discussion with W. Reilly about timetable for document production (.2.); |
| 07/09/15 | Sikund, Chandana | 4.10 | Perform quality control searches (.6); discuss document production and privilege protocol and assist attorneys (3.4); update WBR (.1) |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 07/09/15 | Rapacciuolo, John S. | 5.30 | Coordinate/support preparation of documents for production to Kirkland (1.0); identify/isolate potentially privileged documents; run quality control queries on documents queued for production (1.9); (tele)conferences with C. Sikund and G. Bechara re production and privilege issues (1.9); support technical aspects of document review (.5). |
| 07/09/15 | Bechara, Guilherme F. | 6.30 | First level review - Privilege review (4.2) Second level review and quality control review of the first set of documents to be produced to Kirkland & Ellis (1.3) Communications with J. Rappacciulo and C. Sikund re quality control review and production of documents (.8). |
| 07/09/15 | Reilly, Wendy B. | 0.10 | Emails to & from G. Bechara, C. Sikund re: document review (.1) |
| 07/10/15 | Sikund, Chandana | 2.50 | Email discussion with A. Dlaboha (.1); perform quality control searches (.3); assist attorneys (1.6); discuss document production and privilege protocol with GFB (.4); update WBR (.1). |
| 07/10/15 | Muller, Kenneth | 0.10 | Monitor status and progress of privilege review [.1. |
| 07/10/15 | Reilly, Wendy B. | 0.20 | TCW G. Bechara re: document review & production (.1); emails to & from Evercore, Kirkland re: document collection & review (.1) |
| 07/10/15 | Slobodkin, Yury G. | 3.50 | Trim original vendor delivery to be sent to Kirkland per J. Rapacciuolo instructions (3.5). |
| 07/10/15 | Rapacciuolo, John S. | 5.50 | Coordinate preparation of documents for production to Kirkland (4.0); secure transmission of documents to Kirkland (.7); (tele)conferences with C. Sikund and G. Bechara re review and production (.8). |
| 07/10/15 | Bechara, Guilherme F. | 6.30 | First level document review - Privilege review. (3.2) Answers to questions raised by reviewers re privileged documents (.4) Final review of first set of documents to be produced to Kirkland & Ellis (1.2); Communications with J. Rappacciulo about production of documents to Kirkland & Elllis. (.8) Communications with C. Sikund about development of privilege review (.3) Communications with C. Sikund about productions of documents to Kirkland & Ellis (.1) Communications with W. Reilly about targeted reviews for the first set of documents to be produced to Kirkland & Ellis and development of the privilege review (.3). |
| 07/13/15 | Sikund, Chandana | 1.60 | Discussion with A. Dlaboha re case management (.1); perform quality control searches (.3); assist attorneys and assist with case management (.6); discuss document production and privilege protocol with GFB (.5); update WBR (.1). |
| 07/13/15 | Rapacciuolo, John S. | 1.50 | Emails with W. Reilly and Kirkland re recent document production (.8); conference with C. Sikund re upcoming document production, redaction and review (.7). |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 07/13/15 | Muller, Kenneth | 0.20 | Monitor progress of the privilege review (.1). |
| 07/13/15 | Reilly, Wendy B. | 1.10 | TCW J. Rapacciuolo re: document production (.1); emails to & from B. Stephany re: document production (.1); TCW Kirkland & Evercore re: discovery (.9) |
| 07/13/15 | Bechara, Guilherme F. | 3.30 | Answers to questions raised by first level reviewers (.5) Second level review - Privilege Review. (2.8); |
| 07/13/15 | Bechara, Guilherme F. | 0.60 | Communications with C. Sikund re conclusion of first level review and time frame for second level review (.3) E-mail to C. Sikund re guidelines for quality control searches and procedures to final production of documents to Kirkland (.3). |
| 07/14/15 | Bechara, Guilherme F. | 0.30 | Conference call with J. Rappacciuolo and C. Sikund re protocol for second level review and production of documents (.3). |
| 07/14/15 | Kaluk, Nick S. | 0.70 | Prepare Debevoise portion of June fee app (0.7). |
| 07/14/15 | Rapacciuolo, John S. | 3.10 | Coordinate preparation of documents for redaction and production to Kirkland (.7); run quality control queries on potential document production; (tele)conferences with C. Sikund and G. Bechara re upcoming document production (2.4). |
| 07/14/15 | Sikund, Chandana | 3.40 | Discussion with A. Dlaboha (.1); perform quality control searches (.4); discuss document production and privilege protocol with GFB and JSR (2.9). |
| 07/14/15 | Slobodkin, Yury G. | 0.30 | Respond to J. Rapacciuolo request for assistance (.3). |
| 07/15/15 | Rapacciuolo, John S. | 1.20 | Review vendor invoice (.4); emails/teleconferences with C. Sikund and G. Bechara re upcoming production (.5); coordinate same (.3). |
| 07/15/15 | Bechara, Guilherme F. | 5.20 | Second level review and quality control - Privilege review (5.2). |
| 07/15/15 | Sikund, Chandana | 0.10 | Discuss document production and privilege protocol with G. Bechara and J. Rapacciulo (.1). |
| 07/16/15 | Sikund, Chandana | 3.00 | Discuss document production and privilege protocol with GFB (2.5); perform search queries in response to privilege production (.5). |
| 07/16/15 | Rapacciuolo, John S. | 0.80 | Coordinate preparation of documents for redaction and production (.5); conferences with C. Sikund re same (.3). |
| 07/16/15 | Bechara, Guilherme F. | 5.10 | Second level review - Privilege Search (4.6); E-mail to W. Reilly re questions about privilege and confidentiality (.2). E-mail to C. Sikund re final reviews and searches in preparation to production to Kirkland (.1) Telephone call with C. Sikund about measures and time frame for document production (.2). |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 07/17/15 | Bechara, Guilherme F. | 0.80 | Second Level Review of documents tagged as "tech issues" (.6); Exchange of e-mails with W. Reilly about specific potentially privileged documents (.2). |
| 07/17/15 | Slobodkin, Yury G. | 1.00 | Support technical aspects of document review per J. Rapacciuolo request (1.0). |
| 07/17/15 | Sikund, Chandana | 0.80 | Discuss document production and privilege protocol with GFB (.3); perform search queries in response to privilege production (.5). |
| 07/17/15 | Rapacciuolo, John S. | 0.60 | Coordinate preparation of documents for production (.2); conferences with C. Sikun re same (.3); investigate/review technical issue documents (.1). |
| 07/20/15 | Bechara, Guilherme F. | 0.70 | Final review of the privileged documents (.7); |
| 07/20/15 | Bechara, Guilherme F. | 0.40 | Discussion with C. Sikund about redactions (.2) E-mail to C. Sikund and J. Rappacciulo about quality control, redactions and production to Kirkland (.2). |
| 07/20/15 | Rapacciuolo, John S. | 0.80 | Conference with C. Sikund re upcoming document production and redactions (.2); support technical aspects of document review (.6). |
| 07/22/15 | Reilly, Wendy B. | 0.30 | TCW G. Bechara re: document review (.3) |
| 07/22/15 | Rapacciuolo, John S. | 0.70 | Coordinate preparation of documents for redaction/production (.7). |
| 07/22/15 | Bechara, Guilherme F. | 0.80 | Telephone call with W. Reilly about privileged documents and document production. (.3) E-mail to C. Sikund re next steps to document production. (2); Review privileged documents according to W. Reilly's instructions (.3). |
| 07/23/15 | Bechara, Guilherme F. | 4.10 | Redactions on documents subject to redaction. (1.3) Review problematic documents and inconsistencies. (1.5) Final quality control check for prodution (1); Meeting with C. Sikund about redactions (.3). |
| 07/23/15 | Rapacciuolo, John S. | 1.00 | Conference with C. Sikund re preparation of documents for production to Kirkland (.3); support same (.7). |
| 07/23/15 | Sikund, Chandana | 3.90 | Discuss document production and privilege protocol with GFB (1.9); assist with redactions in client documents (1.3); discuss document production protocol with JSR (.7). |
| 07/24/15 | Sikund, Chandana | 0.30 | Email discussion with GFB and JSR (.2); email discussion with KM (.1). |
| 07/24/15 | Rapacciuolo, John S. | 1.90 | Coordinate preparation of documents for production to Kirkland (.4); perform quality controls on documents proposed for production (1.0); emails/teleconferences with G. Bechara re document production (.5). |
| 07/24/15 | Reilly, Wendy B. | 0.10 | Emails to & from G. Bechara re: document production (.1) |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 07/24/15 | Bechara, Guilherme F. | 2.10 | Final review of production set (1.8); E-mails and telephone calls with J. Rappaciulo about inconsistencies in the production set and time frame for production to Kirkland (.3). |
| 07/27/15 | Bechara, Guilherme F. | 0.80 | Edits to the redactions on the confidential documents (.4); Communications with C. Sikund and J. Rapacciuolo about final production to Kirkland. (.4). |
| 07/27/15 | Slobodkin, Yury G. | 4.00 | Trim original vendor delivery to be sent to Kirkland per J. Rapacciuolo instructions (4.0). |
| 07/27/15 | Rapacciuolo, John S. | 3.30 | Coordinate preparation of documents for production to Kirkland (.6); perform quality controls on production (2.0); securely transmit documents to Kirkland's vendor Advanced Discovery (.7). |
| 07/27/15 | Sikund, Chandana | 0.30 | Coordinate document production with GFB and JSR (.3). |
| 07/28/15 | Rapacciuolo, John S. | 1.60 | Coordinate preparation of Evercore email documents for production to Kirkland (1.0); (tele)conferences with G. Bechara and C. Sikund re same (.6). |
| 07/28/15 | Reilly, Wendy B. | 0.20 | Emails to & from Kirkland, G. Bechara re: document production (.2) |
| 07/28/15 | Sikund, Chandana | 3.80 | Discuss and coordinate additional documents per GFB (3.0); perform quality control and inconsistency searches (.8). |
| 07/28/15 | Slobodkin, Yury G. | 1.30 | Trim original vendor delivery to be sent to Kirkland per J. Rapacciuolo instructions (1.3). |
| 07/28/15 | Bechara, Guilherme F. | 2.60 | Telephone calls with J. Rapacciuolo re supplemental document production (.6) Telephone calls with C. Sikund re review of the documents related to the supplemental production (3); Document review re supplemental production to Kirkland (1.7). |
| 07/29/15 | Rapacciuolo, John S. | 0.50 | Manage electronic storage media (.3); update case tracking logs (.2). |
| | Hours: | 185.00 | |

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| WENDY B. REILLY | 2.60 | 930.00 | 2,418.00 |
| Total For COUNSEL | 2.60 | | 2,418.00 |
| NICK S. KALUK | 0.70 | 765.00 | 535.50 |
| Total For ASSOCIATE | 0.70 | | 535.50 |
| GUILHERME FONTES BECHARA | 81.70 | 465.00 | 37,990.50 |
| Total For INTL ASSOCIATE | 81.70 | | 37,990.50 |
| KENNETH MULLER | 2.90 | 305.00 | 884.50 |
| CHANDANA SIKUND | 45.50 | 305.00 | 13,877.50 |
| Total For LEGAL ASSISTANT | 48.40 | | 14,762.00 |
| JOHN S. RAPACCIUOLO | 41.50 | 325.00 | 13,487.50 |
| YURY G. SLOBODKIN | 10.10 | 250.00 | 2,525.00 |
| Total For DISC / DATA MGT | 51.60 | | 16,012.50 |
| MATTER TOTALS | 185.00 | | 71,718.50 |

Case 14-10979-CSS    Doc 6733-2    Filed 10/28/15    Page 14 of 16



**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

---

Invoice Number: 1336051

September 14, 2015

Evercore Partners
55 East 52nd Street
New York, NY 10055
Attn: Adam B. Frankel

**Remittance Summary**
(Payment Due Upon Receipt)

| | |
|---|---:|
| **Total Fees** | **$71,718.50** |
| **Document Preparation, Communication, Other Charges and Disbursements** | **$26,285.48** |
| **Total Amount Due** | **$98,003.98** |

**Remit Payment By:**

| Check | Wire Transfer |
|---|---|
| Debevoise & Plimpton LLP | Citibank, N.A., New York, N.Y |
| Accounting Department, 28th Floor | ABA # 021000089 |
| 919 Third Avenue | SWIFT: CITIUS33 Account #4919-9225 |
| New York, N.Y 10022 | Invoice No.: 1336051 |

*Tax Identification Number 13 - 5537279*

www.debevoise.com

1000875203v1



**Bill To:**

Debevoise & Plimpton LLP
Attn: John Rapacciuolo
919 Third Avenue
New York, NY 10022
USA

**Requested By:**

John Rapacciuolo
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 081155 | **Sales Contact:** | David Burdier (dburdier@transperfect.com) |
| **Invoice Date:** | 06/30/2015 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 07/30/2015 | | |
| **Contract #:** | DM0083671 | **Purchase Order #:** | 23172-1026 |
| | | **Matter #:** | 23172-1026 |

**Requested Date:** 06/26/2015

**Project Notes:**

From: jsrapacc@debevoise.com [mailto:jsrapacc@debevoise.com]
Sent: Friday, June 26, 2015 2:04 PM
To: David Burdier; debevoise
Subject: 23172-1026 Batch 59 of EVCR_EMAILS

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **ESI Procesing** | | | | |
| Deduplication & Culling | 9.37 | GB | 65.00 | 609.05 |
| External Hard Drive | 1.00 | Each | 150.00 | 150.00 |
| Processing for Native Review | 6.66 | GB | 275.00 | 1,831.50 |
| Technical Labor | 1.00 | Hour | 175.00 | 175.00 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$2,765.55 |
| **Tax Amount:** | US$245.47 |
| **Total Amount Due:** | US$3,011.02 |

| PAYMENT INSTRUCTIONS |
|---|
| **Please remit payment to:**  **Wire Transfer Details:**<br>TransPerfect Document Management, Inc.   Signature NY<br>Attn.: Accounts Receivable            A/C #: 1500646914<br>Three Park Avenue, 39th Floor         ABA Routing #: 026013576<br>New York, NY 10016                    SWIFT CODE: SIGNUS33<br>212.689.5555<br>Tax ID # : 80-0092152 |
| Please reference the Contract # DM0083671 and Invoice # 081155 with your remittance.<br>Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)<br>for accounts more than 30 days past due. |