# EXHIBIT A

## Detailed Description of Expenses

| Expense Category | Date | Professional | Expense Description | | Total Expense | Allocation |
|---|---|---|---|---|---|---|
| Legal / Professional Fees[1] | 8/1/2015 | Other | Debevoise Invoice (August 2015) | | $7,554.23 | All |
| | | | | Sub-Total | $7,554.23 | |
| Local Ground Transport[2] | 8/3/2015 | Matican, Jeremy M | Late night taxi | | $8.16 | All |
| | 8/4/2015 | Matican, Jeremy M | Late night taxi | | $8.76 | EFH |
| | 8/1/2015 | Patel, Neal H | Weekend Taxi to office | | $18.92 | All |
| | 8/6/2015 | Patel, Neal H | Late night taxi | | $9.36 | All |
| | 8/9/2015 | Patel, Neal H | Weekend Taxi to office | | $8.16 | All |
| | 8/9/2015 | Patel, Neal H | Weekend Taxi home | | $8.16 | All |
| | 8/15/2015 | Patel, Neal H | Weekend Taxi to office | | $8.76 | TCEH |
| | 8/15/2015 | Patel, Neal H | Weekend Taxi home | | $10.55 | TCEH |
| | | | | Sub-Total | $80.83 | |
| Meals[3] | 8/5/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | EFH |
| | 8/6/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | TCEH |
| | 8/10/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 8/3/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 8/6/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 8/10/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 8/13/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | EFIH |
| | 8/17/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 8/18/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | EFIH |
| | 8/19/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | EFIH |
| | 8/20/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | EFIH |
| | 8/21/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | EFIH |
| | 8/6/2015 | Rao, Aashik A | Late night dinner (actual expense reduced to cap) | | $20.00 | TCEH |
| | 8/5/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 8/6/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 8/10/2015 | Yi, Bo S | Late night dinner | | $18.44 | All |
| | 8/19/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 8/11/2015 | Ying, David Y | Late night dinner | | $13.01 | EFH |
| | | | | Sub-Total | $351.45 | |
| | | | | **Total** | **$7,986.51** | |

(1) Reflects $186.00 voluntary write-off to Debevoise's $7,740.23 invoice. Write off is based on time spent by Wendy Reilly of Debevoise for fee-related work
(2) Includes local ground transportation for late night work where timekeeper worked at least 4 hours and departed the office after 9pm, consistent with the Fee Committee guidelines
(3) Includes meals for late night work where timekeeper worked at least 4 hours and departed the office after 8pm, consistent with the Fee Committee guidelines

# EXHIBIT A-1

## Legal Expenses of Evercore



Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

E-BILL

September 14, 2015

Invoice No. : 1336065

Client Matter: 23172.1026

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

FOR PROFESSIONAL SERVICES AND ADVICE rendered during the period from August 1, 2015 through August 31, 2015 in connection with EFH Advice.

| | |
|---|---:|
| Total Fees ................................................................................................... | $6,242.00 |
| Document Preparation, Communication, Other Charges and Disbursements ....... | $1,498.23 |
| Total........................................................................................................ | $7,740.23 |

*Payment due Upon Receipt*
*Payment May Be Made By Wire Transfer to*
*Account # 4919-9225 at Citibank, N.A., New York, N.Y.*
*ABA # 021000089*
*SWIFT: CITIUS33*
*Tax Identification Number 13 -5537279*

www.debevoise.com

1000875341v1

*Schedule of Charges and Disbursements*
*Related to Statement for Legal Services*
*August 1, 2015 through August 31, 2015*

Charges:

| | | |
|---|---|---|
| Litigation Support – Document Management Services | 1,423.61 | |
| Sub-total for Charges: | | $1,423.61 |

Disbursements:

| | | |
|---|---|---|
| Miscellaneous disbursements | 74.62 | |
| Sub-total for Disbursements: | | $74.62 |
| **Total For Charges and Disbursements:** | | **1,498.23** |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 08/05/15 | Reilly, Wendy B. | 0.70 | TCW B. Yi, N. Patel, Kirkland re: document collection (.6); emails to & from B. Yi re: document collection (.1) |
| 08/12/15 | Reilly, Wendy B. | 0.10 | Emails to & from B. Stephany re: document collection (.1) |
| 08/13/15 | Reilly, Wendy B. | 0.20 | TCW B. Stephany re: document collection (.2) |
| 08/21/15 | Reilly, Wendy B. | 0.40 | Emails to & from N. Patel, Kirkland re: document collection (.3); TCW N. Patel re: document collection (.1) |
| 08/25/15 | Reilly, Wendy B. | 0.20 | Emails to & from N. Kaluk re: fee review (.1); review fee review letter (.1) |
| 08/27/15 | Kaluk, Nick S. | 0.40 | Discuss supplemental disclosure with N. Labovitz (0.4). |
| 08/28/15 | Kaluk, Nick S. | 0.20 | Email with J. Crowe and others re supplemental declaration (0.2). |
| 08/28/15 | Reilly, Wendy B. | 0.20 | Emails to & from Evercore, Kirkland re: expedited document collection (.2) |
| 08/29/15 | Reilly, Wendy B. | 0.70 | TCW Evercore, Kirkland, J. Rapacciuolo re: expedited document collection (.3); emails to & from Evercore, Global Relay, Kirkland, J. Rapacciuolo re: expedited document collection (.4) |
| 08/29/15 | Rapacciuolo, John S. | 1.30 | Teleconference with Evercore, Kirkland and W. Reilly re Evercore document collection and production (1.1); emails and planning re same (0.2). |
| 08/30/15 | Reilly, Wendy B. | 0.90 | Emails to & from Global Relay, Evercore re: document collection (.6); emails to & from Kirkland re: document collection (.1); emails re: staffing for expedited document review (.2) |
| 08/31/15 | Rapacciuolo, John S. | 1.90 | Coordinate preparation of Evercore email documents for review (1.9). |
| 08/31/15 | Reilly, Wendy B. | 1.70 | Emails to & from Global Relay, Evercore re: document collection (.2); emails to & from Kirkland re: document collection (.2); emails re: staffing for expedited document review (.4); TCW J. Rielly re: staffing for expedited document review (.2); TCW C. Unegbu re: expedited document review (.1); TCW J. Kang re: expedited document review (.1); TCW N. Lyle re: expedited document review (.1); review document review protocol (.1); TCW N. Jean-Pierre re: expedited document review (.1); emails to & from document review team (.2) |
| | Hours: | 8.90 | |

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| WENDY B. REILLY | 5.10 | 930.00 | 4,743.00 |
| Total For COUNSEL | 5.10 | | 4,743.00 |
| NICK S. KALUK | 0.60 | 765.00 | 459.00 |
| Total For ASSOCIATE | 0.60 | | 459.00 |
| JOHN S. RAPACCIUOLO | 3.20 | 325.00 | 1,040.00 |
| Total For DISC / DATA MGT | 3.20 | | 1,040.00 |
| MATTER TOTALS | 8.90 | | 6,242.00 |



**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

---

Invoice Number: 1336065

September 14, 2015

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

### Remittance Summary
(Payment Due Upon Receipt)

| | |
|---|---:|
| **Total Fees** | $6,242.00 |
| **Document Preparation, Communication, Other Charges and Disbursements** | $1,498.23 |
| **Total Amount Due** | $7,740.23 |

### Remit Payment By:

| Check | Wire Transfer |
|---|---|
| Debevoise & Plimpton LLP | Citibank, N.A., New York, N.Y |
| Accounting Department, 28th Floor | ABA # 021000089 |
| 919 Third Avenue | SWIFT: CITIUS33 Account #4919-9225 |
| New York, N.Y 10022 | Invoice No.: 1336065 |

Tax Identification Number 13 - 5537279

www.debevoise.com

1000875341v1



**Bill To:**

Debevoise & Plimpton LLP
Attn: John Rapacciuolo
919 Third Avenue
New York, NY 10022
USA

**Requested By:**

John Rapacciuolo
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 081935 | **Sales Contact:** | David Burdier (dburdier@transperfect.com) |
| **Invoice Date:** | 07/01/2015 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 07/31/2015 | | |
| **Contract #:** | DM0083457 | **Purchase Order #:** | 23172-1026 |
| **Case Name:** | Evercore | **Matter #:** | 23172-1026 |
| **Requested Date:** | 06/19/2015 | | |

**Project Notes:**

From: jsrapacc@debevoise.com
Sent: Friday, June 19, 2015 3:31 PM
Subject: 23172-1026 New batch of efiles on an old case
CM#: 23172-1026
Case: Evercore-EFH
Starting DocID: ECOR_F02000001
Custodian: Evercore

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **ESI Processing** | | | | |
| Data Transfer | 1.00 | Each | 15.00 | 15.00 |
| Deduplication & Culling | 5.67 | GB | 65.00 | 368.55 |
| Processing for Native Review | 3.36 | GB | 275.00 | 924.00 |
| | | | **Total to Bill This Contract:** | US$1,307.55 |
| | | | **Tax Amount:** | US$116.06 |
| | | | **Total Amount Due:** | US$1,423.61 |

| PAYMENT INSTRUCTIONS |
|---|
| **Please remit payment to:** <br> TransPerfect Document Management, Inc. <br> Attn.: Accounts Receivable <br> Three Park Avenue, 39th Floor <br> New York, NY 10016 <br> 212.689.5555 <br> Tax ID # : 80-0092152     **Wire Transfer Details:** <br> Signature NY <br> A/C #: 1500646914 <br> ABA Routing #: 026013576 <br> SWIFT CODE: SIGNUS33 |
| Please reference the Contract # DM0083457 and Invoice # 081935 with your remittance. <br> Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due. |