IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) ) ) ) ) ) ) ) | (Jointly Administered) Re: D.I. 6530, 6699 Hearing Date: October 30, 2015 at 3:00 p.m. Objection Deadline: October 30, 2015 at 12:00 p.m. |

NOTICE OF HEARING IN CONNECTION
WITH *"AMENDED NOTICE OF SETTLEMENT OF
EFIH PIK NOTE CLAIMS WITH CERTAIN EFIH PIK NOTEHOLDERS"* [D.I. 6699]

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Plan Sponsors, as defined in the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp, et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122] (as may be amended from time to time, the "Plan"),[2] and others have reached agreement (the "Settlement") with certain holders (the "Settling Holders") of claims (the "EFIH PIK Note Claims") against the EFIH Debtors arising out of the 11.25%/12.25% senior toggle notes due December 1, 2018, issued pursuant to that certain Indenture (as amended and/or supplemented) dated as of December 5, 2012, by and among, *inter alia*, the EFIH Debtors, as issues, and UMB Bank, N.A., as successor indenture trustee to The

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Unless otherwise indicated, capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

RLF1 13210824v.1

Bank of New York Mellon Trust Company, N.A.. The Settling Holders hold over 50% of the EFIH PIK Note Claims.

**PLEASE TAKE FURTHER NOTICE** the Debtors filed the *EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes* [D.I. 4964] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on July 9, 2015.

**PLEASE TAKE FURTHER NOTICE** the *Notice of Proposed Settlement of EFIH PIK Note Claims of GSO Capital Partners LP and Avenue Capital Management II, L.P.* [D.I. 6530] was filed with the Bankruptcy Court on October 20, 2015.

**PLEASE TAKE FURTHER NOTICE** that, on October 27, 2015, the Debtors filed the *Amended Notice of Settlement of EFIH PIK Note Claims With Certain EFIH PIK Noteholders* [D.I. 6699] (the "Amended Settlement Notice") with the Bankruptcy Court. A copy of that certain *Order Approving Settlement of Certain EFIH PIK Noteholder Claims and Authorizing Debtors to Enter Into and Perform Under Stipulation* (the "Settlement Order") was filed as an exhibit to the Amended Settlement Notice.

**PLEASE TAKE FURTHER NOTICE THAT**, at the direction of the Bankruptcy Court, (i) any responses or objections to the Amended Settlement Notice, the approval of the Settlement, or entry of the Settlement Order must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the Debtors on or before **October 30, 2015 at 12:00 p.m. (noon) (Eastern Daylight Time)** and (ii) a hearing to consider the Amended Settlement Notice, the approval of the Settlement, and entry of the Settlement Order (including any objections to any of the foregoing) will be held before The Honorable Christopher S. Sontchi

at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **October 30, 2015 at 3:00 p.m. (Eastern Daylight Time)**.

*[Remainder of page intentionally left blank.]*

Dated: October 28, 2015
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession