# **<u>EXHIBIT A</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Bankruptcy Case No. 14-10979 (CSS) |
| *Debtors*. ) | (Jointly Administered) |

## ORDER GRANTING DEBTORS' MOTION *IN LIMINE* TO LIMIT THE EXPERT REPORT AND TESTIMONY OF MARK RULE

Upon the motion, dated October 28, 2015 (the "Motion") of EFH and its affiliated debtors and debtors in possession (collectively, the "Debtors"), for entry of an order pursuant to Federal Rules of Evidence 104(a), 602, 701, and 702 limiting the expert report and testimony of Mark Rule, who has been designated by the official committee of unsecured creditors of Energy Future Holdings Corp. ("EFH"), Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "EFH Committee"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(b) and 1334 and authority to grant the evidentiary relief requested pursuant to Federal Rules of Evidence 104, 602, 701, and 702; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the relief sought in the Motion is in the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

best interest of the Debtors, their creditors, and all parties in interest, and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor it is hereby:

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that the expert report and testimony of Mark Rule shall be limited to exclude the following four opinions: (a) "Consolidated EFH Corp. was insolvent between December 31, 2008 and December 31, 2012"; (b) "There is no indication that Consolidated EFH Corp. became solvent during the period from December 31, 2012 through the Petition Date"; (c) "EFH Corp. and the E-Side were insolvent between December 31, 2008 and December 31, 2012"; and (d) "There is no indication that EFH Corp. or the E-Side became solvent during the period from December 31, 2012 through the Petition Date," and all related discussion, from pages 5 through 23 of the report.

Dated: _____, 2015
    Wilmington, Delaware

    _____
    THE HONORABLE CHRISTOPHER S. SONTCHI
    UNITED STATES BANKRUPTCY JUDGE