# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re )<br>)<br>ENERGY FUTURE HOLDINGS CORP., *et* )<br>*al.*,[1] )<br>)<br>           *Debtors*. )<br>) | Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered) |

**ORDER GRANTING DEBTORS' MOTION *IN LIMINE* TO LIMIT THE**
**EXPERT REPORT AND TESTIMONY OF MICHAEL HENKIN**

Upon the motion, dated October 28, 2015 (the "Motion") of EFH and its affiliated debtors and debtors in possession (collectively, the "Debtors"), for entry of an order pursuant to Federal Rules of Evidence 104(a), 602, 701, and 702 limiting the expert report and testimony of Michael Henkin, who has been designated by the official committee of unsecured creditors (the "EFH Committee") of Energy Future Holdings Corp. ("EFH"), Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(b) and 1334 and authority to grant the evidentiary relief requested pursuant to Federal Rules of Evidence 104, 602, 701 and 702; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the relief sought in the Motion is in the best interest of the

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2

Debtors, their creditors, and all parties in interest, and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor it is hereby:

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that the expert report and testimony of Michael Henkin shall be limited to exclude the following four opinions: (a) "There are no reasonable assurances that the Merger will close;" (b) "Based on the implied market value of TCEH [as of October 8, 2015], there will be no tax liability to EFH upon a disposition of TCEH in a transaction utilizing EFH's NOLs;" (c) "The agreement by the Purchasers to buy Oncor as a REIT is akin to an option;" and (d) "The lack of remedies in the Merger and Purchase Agreement is inconsistent with both large utility M&A transactions and large bankruptcy sale transactions."

Dated: _____, 2015
       Wilmington, Delaware

                                              _____
                                              THE HONORABLE CHRISTOPHER S. SONTCHI
                                              UNITED STATES BANKRUPTCY JUDGE