IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 6445** |

**APPELLEES' DESIGNATION OF ADDITIONAL
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Fed. R. Bankr. P. 8006 and Del. Bankr. L.R. 8006-1, appellees, the above captioned debtors in possession (collectively, the "Debtors"), respectfully submit this designation of additional items to be included in the record on appeal in connection with the appeal of The Bank of New York Mellon ("BNYM"), in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A. ("BNYMTC" and, together with BNYM, "Appellants"), in its capacity as the EFCH 2037 Notes Trustee, from the *Order Authorizing the Debtors to Enter into and Perform under the Plan Support Agreement* [D.I. 6097], which was entered by the United States Bankruptcy Court for the District of Delaware (Sontchi, J) on September 18, 2015.

**Designation of Additional Items to be Included in the Record on Appeal**

On October 14, 2015, Appellants filed a *Designation of Items to be Included in the Record on Appeal and Statement of Issues* [D.I. 6445]. In addition to those items designated for the record on appeal by Appellants, the Debtors designate the following:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13211342v.1

| **D.I.** | **Date** | **Description**[2] |
|---|---|---|
| 4916 | 7/2/2015 | Order (a) Scheduling Certain Hearing Dates and Deadlines, (b) Establishing Certain Protocols with the Confirmation of Debtors' Plan of Reorganization, and (c) Revising Certain Dates in the Disclosure Statement Scheduling Order |
| 5262 | 8/10/2015 | Notice Regarding Scheduling of Certain Dates Related to the Disclosure Statement |
| 5329 | 8/14/2015 | Order Revising Certain Dates In the Confirmation Scheduling Order Related to Approval of the Disclosure Statement |
| 6030 | 9/15/2015 | Notice of Agenda of Matters Scheduled for Hearing On September 17, 2015 and September 21, 2015 Starting at 9:30 A.M. (EDT) |
| 6113 | 9/20/2015 | Notice of Filing of Further Revised Order In Connection with "Motion of Energy Future Holdings Corp., et al., for Entry of an Order (a) Approving the Disclosure Statement, (b) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (c) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (d) Approving the Manner and Forms of Notice and Other Related Documents |
| 6131 | 9/22/2015 | Order (a) Approving the Disclosure Statement, (b) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (c) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (d) Approving the Manner and Forms of Notice and Other Related Documents |

[*Remainder of page intentionally left blank.*]

---

[2] All items designated herein by the Debtors include all exhibits, schedules, attachments and other documents included within each docket entry for such item. The Debtors reserve the right to amend this designation of additional items to be included in the record on appeal. It is the Debtors' understanding and belief that all items designated by Appellants include all exhibits and other documents included within each entry for such item. If this is incorrect, the Debtors hereby designate to be included in the record on appeal all exhibits and other documents related to the documents designated by Appellants.

Dated: October 28, 2015  
       Wilmington, Delaware

By: /s/ _____

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Andrew McGaan (admitted *pro hac vice*)
Brenton A. Rogers (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

-and-

Bryan M. Stephany (admitted *pro hac vice*)
655 15th St NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

-and-

Mark E. McKane (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Co-Counsel to the Debtors and Debtors in Possession