# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |

**AFFIDAVIT OF PUBLICATION OF JEB SMITH OF NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES <u>IN THE WALL STREET JOURNAL</u>**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13213351v.1

## AFFIDAVIT

STATE OF TEXAS            )
                          ) ss:
CITY AND COUNTY OF DALLAS)

I, Jeb Smith, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1   insertion(s) on the following date(s):

OCT-02-2015;

ADVERTISER: EFH;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
9   day of   October      2015

_____
Notary Public

TOBY A. BREITEN
Notary Public
STATE OF TEXAS
My Comm. Exp. April 24, 2018

Newspaper page (Wall Street Journal, page C6) containing financial market tables: Futures Contracts, Exchange-Traded Portfolios, Currency Futures, Index Futures, Bonds tracking benchmarks, Global Government Bonds yields, and Corporate Debt tables. Also contains a legal notice for Case 14-10979-CSS (Energy Future Holdings Corp. bankruptcy proceedings in the U.S. Bankruptcy Court for the District of Delaware).