**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**AFFIDAVIT OF PUBLICATION OF GEORGIA LAWSON OF NOTICE OF HEARING
TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE
DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES
IN THE CORPUS CHRISTI CALLER-TIMES**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**PUBLISHER'S AFFIDAVIT**

State of Texas                    }
County of Nueces               }

EPIQ SYSTEMS
Ad # 719649
PO #

Before me, the undersigned, a Notary Public, this day personally came <u>GEORGIA LAWSON</u>, who

being first duly sworn, according to law, says that she is <u>LEGAL SALES REPRESENATIVE AND</u>

<u>EMPLOYEE OF THE PUBLISHER, namely,</u> the *Corpus Christi Caller-Times*, a daily newspaper

published at Corpus Christi in said City and State, generally circulated in Aransas, Bee, Brooks, Duval,

Jim Hogg, Jim Wells, Kleberg, Live Oak, Nueces, Refugio, and San Patricio, Counties, and that the

publication of EFH corp which the annexed is a true copy, was inserted in the *Corpus Christi Caller-*

*Times* on:
CC-Corpus Christi Caller-Times

10/02/15  Fri

LEGAL SALES REPRESENTATIVE

On this _____ day of _____, 20___ I certify that the attached document is a true
and exact copy made by publisher.

Notary Public, State of Texas

MICHELLE JOYCE CABRERA
My Commission Expires
March 19, 2016

City scoops

Construction is underway on a $2.5 million Children's Science Center that will replace the Children's Wharf at the Corpus Christi Museum of Science and History.

## Interactive center to be ready in February

Construction has begun on a $2.5 million Children's Science Center that will replace the Children's Wharf at the Corpus Christi Museum of Science and History.

The new center will feature interactive periodic tables, a physics and engineering area, a planetarium and a three-story DNA strand climber, according to a museum news release.

Items that were formerly in the Children's Wharf will remain during construction, but have been relocated.

The science center is expected to be complete in February.

Fares Sabawi

## Shelter needs funds for kid's play area

A playground is a place for a child to escape.

The children at the Women's Shelter of South Texas have a lot to escape. But they don't have the playground.

The 20-year-old playground was dismantled about four months ago and shelter officials are trying to raise $25,000 for a combination of play sets for different age groups, Women's Shelter President and CEO Frances Wilson said.

The old set needed constant repairs, Wilson said. An open play space with toys is left where the playground stood enclosed by a tall cement wall.

About half of the 65 shelter residents are children, Wilson said.

Donations can be made online at www.thewomensshelter.org or by mail at The Women's Shelter of South Texas, P.O. Box 3368, Corpus Christi, TX, 78463.

Krista M. Torralva

## District to offer free PSAT preparation

Six Corpus Christi ISD high schools will offer free PSAT preparation courses for which private instructors charge between $130 to $290 per hour.

King, Miller and Veterans Memorial high schools will offer PSAT academies from 9 a.m. to 1 p.m. Saturday and Carroll, Moody and Ray high schools will offer the academy at the same times Oct. 10, a district news release states.

"This initiative is the first of its kind," said Sukhbir Singh, a secondary math teacher and coach for the district who oversees the program. "Because of new leadership there is an increased focus on instruction."

The district's board of trustees approved a $66,000 Princeton Review certification training expenditure to for 26 district teachers in July. More than $20,000 of the funds was spent on course review materials for the students.

The PSAT exam will be administered at district campuses Oct. 14.

Corpus Christi ISD Students interested in attending must register with their school counselor, the release states.

Beatriz Alvarado

## Crowd protests care of autistic girl, 12

The mother of a 12-year-old autistic girl filed a complaint against Corpus Christi ISD last month citing the district's inadequate supervision of the girl.

The girl's mother was called to Martin Middle School on Aug. 27 and told the girl fell at the school, a complaint filed with the Texas Department of Aging and Disability Services states.

The girl was examined at Driscoll Children's Hospital, which issued a diagnosis indicating the girl had been sexually assaulted, and had a fractured foot and wrist. The Caller-Times typically does not identify victims of sexual assault.

A sexual assault examination was done at Driscoll and evidence was sent to the Texas Department of Public Safety Crime Lab for processing. Those results have not been returned.

A group gathered in front of Martin Middle School on Thursday to protest the district's handling of the case.

Corpus Christi ISD spokeswoman Lorette Williams said an internal investigation is underway.

"No action has been taken thus far," she said.

Beatriz Alvarado

# Return to Sender

## ■ Australian city wants Austin to hand over gifted gem

By Andra Lim
Austin American-Statesman

AUSTIN — Where to begin with this story?

There's the soap opera angle, reportedly involving bitter infighting among city politicians over a precious gem thought by at least one person to be bad luck.

There's the angle that sounds straight out of a Sherlock Holmes tale, with one newspaper writing of "the mystery of the Lady Mayoress' opal."

Then there's the comedic angle, one reminiscent of that "Seinfeld" episode where an astronaut pen given to Jerry ignites an argument over the etiquette of gift-giving, against a backdrop of petty retirement community politics.

The Austin American-Statesman reports it all began July 1983 in the Austin History Center.

That's where officials visiting from Adelaide, Australia, gifted Austin a large brooch that features a sizable opal surrounded by smaller jewels — now worth tens of thousands of dollars — as the two mayors signed the paperwork that cemented their sister city relationship. In return, Austin gave a bronze longhorn cast on the 100th anniversary of the University of Texas, later valued at $1,200.

Now, more than three decades later, the Adelaide City Council is asking for the return of the opal, a gemstone that was once worn with pride by Austin mayors' wives but that a city spokesman says has been sitting in a safety deposit box since the late 1990s.

"If it's just being put away and not really valued, then we thought it would be a nice historical thing to put it back where it belonged," Adelaide City Councilor Anne Moran told the American-Statesman by phone.

Moran said she proposed "tactfully" inquiring a few months ago about the opal on behalf of Genevieve Theseira-Haese, the new lady mayoress of Adelaide, the South Australian state capital of 1.3 million people known for its festivals, its wine and its beaches.

RALPH BARRERA/AUSTIN AMERICAN-STATESMAN

Georgia Sanchez, assistant treasurer with the city of Austin, holds an opal, given to the city from its sister city Adelaide, South Australia, back in July 1983. Now, more than three decades later, the Adelaide City Council is asking for the return of the opal, a gemstone that was once worn with pride by Austin mayors' wives but that a city spokesman says has been sitting in a safety deposit box since the late 1990s.

The new lady mayoress had been researching her predecessors when she stumbled upon the story of the opal, Moran said.

The lord mayor wears a "huge gold chain," Moran explained, and a former lady mayoress had a similar piece of regalia made with Australia's national gemstone. The Advertiser, a South Australian newspaper, reported that the opal was commissioned in 1980 and set with diamonds in a gold chain.

The opal, which cost $10,000 at the time, would be worth $50,000 today, The Advertiser said.

But the next lady mayoress thought the opal was bad luck and wanted to be rid of it, leading to an angst-filled fight among Adelaide councilors, Moran said. Though the superstition is by now mostly dead, some thought the red flashes in opals were the devil's eye looking out, Moran said.

When that lady mayoress and the lord mayor visited Austin in 1983, they gave the opal to Austin.

"It was considered a very generous gift," Moran said, explaining, "Austin has been historically the most popular sister city with the people of Adelaide. It's seen as similar to us."

The 1983 resolution the Austin City Council passed to become sister cities with Adelaide noted that both cities were founded in 1839, are capital cities and are located along rivers.

Austin City Council member Leslie Pool said she somehow happened upon a May article from The Advertiser about the brewing interest in getting the opal back. She plans to bring a resolution to the City Council in about a month that says Austin will look into returning the gem.

"If they want it back, I should go see if there is interest on council to send it back to them," she figured. Pool said she's interested in placing the opal on display in Austin in conjunction with the resolution.

Not everyone in Austin thinks the opal should be sent back.

Former Mayor Ron Mullen, who was in office when Adelaide and Austin became sister cities, said, "I would encourage us to not change history and not change what a past City Council gave us."

His wife, Carole Mullen, remembers thinking upon receiving the opal, "What would we ever do with that? It's just going to sit somewhere." So she had a jewelry store place a hook on the opal, and she wore the gem on one occasion: to the Women's Symphony League of Austin's annual Jewel Ball.

The next Austin mayor's wife was Lynne Cooksey, who said she wore the opal when representatives from Adelaide visited Austin.

"Oh, it is just gorgeous," Cooksey said. She also said, "Every time a new person comes into office as wife of the mayor, I say, 'Be sure and wear the Adelaide jewels, because it's the most beautiful necklace you've ever seen.'"

Barbara Vackar also wore the opal when she was married to former Mayor Lee Cooke, who served from 1988 to 1991. She remembers placing requests to wear the opal to a staffer at the city, perhaps Cooke's secretary, and someone would retrieve the gem for her.

"Back in those days we were going to a lot of formals, so it was great to wear, and I loved showing it off and telling people where it was from and who had given it to us," Vackar said.

Cooke said it seems "outside of the principles that people have all over the world, no matter what culture: When you give something, you don't ask for it back."

Elizabeth Christian, wife of former Mayor Bruce Todd, said she wore the opal on a few occasions and "loved it and treasured it." She kept the opal in a safe at their home, Christian said, and out of their own pocket brought the gem to a jeweler when a hairline fracture began to develop.

When she and Todd visited Adelaide, no one mentioned any controversy surrounding the opal, Christian said. They did ask about the opal and told her they hoped she was wearing it, she said. If Austin does return the opal, it may not be left totally empty-handed.

A letter sent from Adelaide to Austin earlier this year says Adelaide would be willing to give Austin a "significant piece of local Aboriginal art" in return.

SURFTOBERFEST
from 1B

erected for a biergarten feel, attendees are invited to participate in a stein-holding competition, a test of mettle dedicated to the strongest or those most influenced by liquid courage.

Stephen McMains, event organizer and owner of CrossFit Downtown Corpus Christi, said preliminary rounds will begin at 4 p.m. and conclude with the women's and men's finals, starting at 6:15 p.m.

"Surftoberfest helps out Corpus and makes it a fun place to be; it allows us to use the gym to not only help out our clients but help out the area," McMains said.

Strength will be measured in liters, as men and women vie for a Top 10 finalist slot, which allows each contestant to toast the crowd and quickly fading strength. Men will be clutching a liter mug, weighing around 8 pounds, while women will be holding a smaller stein that will weigh nearly 4 pounds.

McMains offers a few words of advice to the competition hopefuls: "Remember to breathe."

Twitter: @Caller_Esther

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP., et al.,[1] Debtors. Chapter 11 Case No. 14-10979 (CSS) Jointly Administered

NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES

PLEASE TAKE NOTICE THAT, on September 22, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 6131] (the "Disclosure Statement Order"): (a) authorizing Energy Future Holdings Corp. and its affiliated debtors and debtors in possession (collectively, the "Debtors") to solicit acceptances for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6122] (as may be modified, amended or supplemented from time to time, the "Plan")[2]; (b) approving the Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code, including all exhibits and schedules thereto [D.I. 6124] (as may be modified, amended or supplemented from time to time, the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving and tabulating votes on the Plan and for filing objections to the Plan.

PLEASE TAKE FURTHER NOTICE THAT, on August 27, 2015, the Court entered an Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization [D.I. 5771] revising the order entered by the Court on July 2, 2015 [D.I. 4916] and (a) scheduling dates and deadlines in connection with the approval of the Disclosure Statement and the confirmation of the Plan and (b) establishing certain protocols in connection with those proceedings in connection with the approval of the Disclosure Statement and the confirmation of the Plan, as applicable.

PLEASE TAKE FURTHER NOTICE THAT the hearing at which the Court will consider confirmation of the Plan (the "Confirmation Hearing") will commence at 11:00 a.m. (Eastern Standard Time) on November 3, 2015, before the Honorable Judge Christopher S. Sontchi, in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

PLEASE BE ADVISED: THE CONFIRMATION HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE DEBTORS WITHOUT FURTHER NOTICE OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

CRITICAL INFORMATION REGARDING VOTING ON THE PLAN

Voting Record Date. The voting record date is September 4, 2015 (the "Voting Record Date"), which is the date for determining which holders of Claims or Interests, as applicable, in Classes B9, C3, C4, and C5 are entitled to vote on the Plan.

Voting Deadline. The deadline for voting on the Plan is 4:00 p.m. (Eastern Daylight Time) on October 23, 2015 (the "Voting Deadline"). If you received a Solicitation Package, including a Ballot and intend to vote on the Plan you must: (a) follow the instructions carefully; (b) complete all of the required information on the Ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is actually received by the Debtors' solicitation agent, Epiq Bankruptcy Solutions, LLC (the "Solicitation Agent") on or before the Voting Deadline. A failure to follow such instructions may disqualify your vote.

CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN

ARTICLE VIII OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND ARTICLE VIII.D. CONTAINS A THIRD-PARTY RELEASE. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

Plan Objection Deadline. The deadline for filing objections to the Plan is October 23, 2015 at 4:00 p.m. (Eastern Daylight Time) (the "Plan Objection Deadline"). All objections to the relief sought at the Confirmation Hearing must: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules and any orders of the Court; (c) state, with particularity, the legal and factual basis for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve such objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be actually received on or before October 23, 2015 at 4:00 p.m. (Eastern Daylight Time):

Co-Counsel to the Debtors: KIRKLAND & ELLIS LLP, Attn: Edward O. Sassower, P.C., Attn: Stephen E. Hessler (admitted pro hac vice), Brian E. Schartz, Esq., 601 Lexington Avenue, New York, NY 10022; Attn: James H.M. Sprayregen, P.C., Attn: Marc Kieselstein, P.C., Attn: Chad J. Husnick, Esq., Attn: Steven N. Serajeddini, Esq., 300 North LaSalle, Chicago, IL 60654; RICHARDS, LAYTON & FINGER, P.A., Attn: Mark D. Collins, Esq., Attn: Daniel J. DeFranceschi, Esq., Attn: Jason M. Madron, Esq., 920 North King Street, Wilmington, DE 19801. Co-Counsel to Energy Future Holdings Corp.: PROSKAUER ROSE LLP, Attn: Jeff J. Marwil, Esq., Attn: Mark K. Thomas, Esq., Attn: Peter J. Young, Esq., Three First National Plaza, 70 W. Madison ST STE 3800, Chicago, IL 60602; O'KELLY, ERNST & BIELLI LLP, Attn: David M. Klauder, Esq., Attn: Shannon Dougherty, Esq., 901 N Market St STE 100, Wilmington, DE 19801. Co-Counsel to the TCEH Debtors: MUNGER, TOLLES & OLSON LLP, Attn: Thomas B. Walper, Esq., Attn: Todd J. Rosen, Esq., Attn: Seth Goldman, Esq., Attn: John W. Spiegel, Esq., 355 S. Grand Ave 35th FL, Los Angeles, CA 90071; MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP, Attn: David P. Primack, Esq., 300 Delaware Ste 770, Wilmington, DE 19801. Co-Counsel to Energy Future Intermediate Holding Company LLC: CRAVATH, SWAINE, & MOORE LLP, Attn: Michael A. Paskin, Esq., Worldwide Plaza, 825 Eighth Ave, New York, NY 10019-7475; JENNER & BLOCK LLP, Attn: Richard Levin, Esq., 919 Third Ave, New York, NY 10022-3908; STEVENS & LEE P.C., Attn: Joseph H. Huston Jr., Esq., 1105 N. Market St, STE 700, Wilmington, DE 19801. THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE, Attn: Richard L. Schepacarter, Esq., Attn: Andrea B. Schwartz, Esq., 844 King Street, Suite 2207, Wilmington, DE 19801. Co-Counsel to the TCEH Creditors' Committee: MORRISON & FOERSTER LLP, Attn: James M. Peck, Esq., Attn: Brett H. Miller, Esq., Attn: Lorenzo Marinuzzi, Esq., Attn: Todd M. Goren, Esq., Attn: Samantha Martin, Esq., 250 West 55th Street, New York, NY 10019; POLSINELLI PC, Attn: Christopher A. Ward, Esq., Attn: Justin K. Edelson, Esq., Attn: Shanti M. Katona, Esq., 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801. Co-Counsel to the EFH Creditors' Committee: SULLIVAN & CROMWELL LLP, Attn: Andrew G. Dietderich, Esq., Attn: Brian D. Glueckstein, Esq., Attn: Michael H. Torkin, Esq., 125 Broad St., New York, NY 10004; MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP, Attn: Natalie D. Ramsey, Esq., Attn: Davis Lee Wright, Esq., Attn: Mark A. Fink, Esq., 1105 N. Market St 15th Fl, Wilmington, DE 19801.

ADDITIONAL INFORMATION

Obtaining Solicitation Materials. The materials in the Solicitation Package are intended to be self-explanatory. If you should have any questions or if you would like to obtain additional solicitation materials (or paper copies of solicitation materials if you received a CD-ROM), please feel free to contact the Debtors' Solicitation Agent, by: (a) calling the Debtors' restructuring hotline at (877) 276-7311; (b) visiting the Debtors' restructuring website at: http://www.efhcaseinfo.com; and/or (c) email to efhvote@epiqsystems.com. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov. Please be advised that the Solicitation Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may not advise you as to whether you should vote to accept or reject the Plan.

Filing the Plan Supplement. The Debtors will file the Plan Supplement (as defined in the Plan) no later than fourteen days before the Confirmation Hearing or such later date as may be approved by the Court and will serve notice on all holders of Claims and Interests entitled to vote on the Plan, which will: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) explain how parties may obtain copies of the Plan Supplement.

BINDING NATURE OF THE PLAN:

IF CONFIRMED THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THE CHAPTER 11 CASES OR FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN OR VOTED TO REJECT THE PLAN.

Dated: September 22, 2015
Wilmington, Delaware /s/ Jason M. Madron

RICHARDS, LAYTON & FINGER, P.A., Mark D. Collins (No. 2981), Daniel J. DeFranceschi (No. 2732), Jason M. Madron (No. 4431), 920 North King Street, Wilmington, Delaware 19801, Email: collins@rlf.com, defranceschi@rlf.com, madron@rlf.com -and- KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, Edward O. Sassower, P.C. (admitted pro hac vice), Stephen E. Hessler (admitted pro hac vice), Brian E. Schartz (admitted pro hac vice), 601 Lexington Avenue, New York, New York 10022-4611, Email: edward.sassower@kirkland.com, stephen.hessler@kirkland.com, brian.schartz@kirkland.com -and- James H.M. Sprayregen, P.C. (admitted pro hac vice), Marc Kieselstein, P.C. (admitted pro hac vice), Chad J. Husnick (admitted pro hac vice), Steven N. Serajeddini (admitted pro hac vice), 300 North LaSalle, Chicago, Illinois 60654, Email: james.sprayregen@kirkland.com, marc.kieselstein@kirkland.com, chad.husnick@kirkland.com, steven.serajeddini@kirkland.com. Co-Counsel to the Debtors and Debtors in Possession

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan.

CAL-10645