IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> ENERGY FUTURE HOLDINGS CORP., ) <br> *et al.*, ) <br> ) <br>            *Debtors.* ) | Chapter 11 <br> Bankruptcy Case No. 14-10979 (CSS) <br> (Jointly Administered) |
| COMPUTERSHARE TRUST COMPANY, ) <br> N.A. and COMPUTERSHARE TRUST ) <br> COMPANY OF CANADA, as ) <br> INDENTURE TRUSTEE ) <br> ) <br>           *Plaintiff,* ) <br> v. ) <br> ) <br> ENERGY FUTURE INTERMEDIATE ) <br> HOLDING COMPANY LLC and ) <br> EFIH FINANCE INC. ) <br> ) <br>           *Defendants.* ) | Adversary Proceeding <br> No. 14-50405 (CSS) <br><br> Adv. Docket Nos.: 46, 41 and 37 |

## CORRECTED ORDER

For the reasons set forth in the Memorandum Opinion of this date, *EFIH Second-Lien Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment* [Adv. Docket No. 46] filed on August 13, 2015 is denied in its entirety; and *EFIH Debtors' Motion for Summary Judgment* [Adv. Docket No. 41] filed on July 17, 2015 is granted and summary judgment is entered in favor of Defendants on Counts I-VII and IX-X of the Amended Complaint for Damages and

Declaratory Relief [Adv. Docket No. 37].

                                                                               */s/ Christopher S. Sontchi*
Christopher S. Sontchi
United States Bankruptcy Judge

Date: October 29, 2015