# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF PUBLICATION OF EDWARD SILVA OF NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES IN THE HOUSTON CHRONICLE**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13213369v.1

26352859 EPIQ SYSTEMS CLASS ACTION &   Oct 02 2015                    Page 1    Houston Chronicle CLASSIFIEDS

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the Newspaper Representative at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES, POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

EPIQ SYSTEMS CLASS ACTION &   26352859    92520326
RAN A LEGAL NOTICE
SIZE BEING: 5 X 7.0 I (35.0I)
    product   date              class       page
    hc        Oct  2 2015       1245.0      D_frilg_4

_Edward Silva_
NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this the 5th Day of October A.D. 2015

_Veronica R. Nystrom_
Notary Public in and for the State of Texas

Legal Notices page from Houston Chronicle, D4 | Friday, October 2, 2015. Contents illegible at this resolution.