## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## AFFIDAVIT OF PUBLICATION OF ANA LOZANO-HARPER OF NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES IN THE WACO TRIBUNE-HERALD

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

# THE STATE OF TEXAS

## COUNTY OF McLENNAN

Before me, a notary public, on this day personally appeared  Ana Lozano-Harper

and after being by me duly sworn, states that she is   Multi-Media Sales Manager

of the Waco Tribune-Herald, a newspaper published in Waco, McLennan County, Texas,

and that the Notice, a copy of which is hereto attached, was published in said newspaper

on the following named dates, to-wit:

On October 2nd, 2015   Newspaper Ref: 165622

_Ana Lozano-Harper_
_____
Ana Lozano-Harper, Multi-Media Sales Manager


Sworn to and subscribed before me on the 30 day  October 2015.

_____
Grace Allen, Notary Public, McLennan County, Texas


Commission Expires:  March 14, 2019



GRACE ALLEN
MY COMMISSION EXPIRES
MARCH 14, 2019

## MOTHER

From Page 1B

week and is being held at a juvenile detention facility.

The Associated Press is not naming the boy because he is a juvenile or his parents because it would identify the boy.

Investigators have determined that after the killing, the teen took a vehicle that had been loaned to his mother and drove about 200 miles west to Seguin, near San Antonio.

He then traveled back to the Houston area before being taken into custody, police said. The reason for the trip to the San Antonio area was unclear.

Authorities have not said when the woman was attacked or how long she may have been dead before a neighbor discovered her body Saturday.

Child welfare officials said the teen and a younger sibling had twice been removed from the woman's custody because of her substance abuse and her partner's domestic violence.

Estella Olguin, spokeswoman for Harris County Child Protective Services, has previously said the teen was first removed from the mother's custody in 2005 and was in foster care until his father was awarded custody in February 2011.

The Boy began living with his paternal grandparents when his father was jailed in June 2014 and had very limited contact with his mother in the previous five years, according to an affidavit in August of that year by the boy's paternal grandfather.

The grandfather said the boy's mother and father later went to his home in August 2014 and "both appeared to be intoxicated and under the influence" as they demanded that the boy be released to them.

The boy "was scared to go back with his parents, and threatened to run away," the grandfather's affidavit said.

"I am extremely concerned for (the boy's) safety and well-being if he were to reside or have unsupervised visitation with his mother or father," the grandfather said.

The grandfather also alleged the boy's father smoked marijuana in the boy's presence and that the boy was taking care of himself as his father was seldom home.

"I believe ... even allowing (the boy's parents) unsupervised visitation would significantly impair the boy's physical health or emotional well-being. I believe that it is in this boy's best interest to remain living in our home," the grandfather said then.

The boy's grandparents had filed a lawsuit in Houston asking for custody of the boy but dropped that suit in March without explanation.

The mother had faced various charges over the years and most recently was charged with driving with a suspended license in July.

A warrant for her arrest was issued about two weeks before her death because she failed to appear in court on that charge.

According to court documents, the boy's mother and father had been fighting for custody of the boy for years. Both parents also had been jailed in recent years for failing to pay child support, and the woman had been involved in civil proceedings against four different men over child support and other matters.

The boy's paternal and maternal grandparents had been awarded custody of him at different times over the past eight years, when he was not sent back to live with his mother or father.

A Harris County court in 2006 found that the boy was at risk of abuse or neglect and the mother was ordered to undergo drug testing.

When the boy was sent to live with his maternal grandmother in 2007, a judge wrote that there was credible evidence that both parents had a history or pattern of child neglect directed against the boy.

## 4 relatives accused of faking mental illness

DALLAS — Four North Texas relatives have been faking mental illness to get government benefits in a decades-long scam, federal prosecutors allege. A complaint filed in federal district court in Dallas says Doreen Mitchell, her two sons and her cousin are charged with conspiracy to defraud the Social Security Administration of nearly $462,300.
— Associated Press

## MCC

From Page 1B

The college is considering demolishing two other houses it owns in the area that were recently vacated by renters, McKown said. Through the years, MCC has demolished eight structures it owns on Powell Drive, Mockingbird Lane or North 19th Street, according to a map presented to the board. Officials consider the costs of maintaining or refurbishing each property individually, McKown said.

Their intention in buying houses in the area is not to create a rental community, but the college has several houses it rents to employees and to the general public, she said.

## POLICE

From Page 1B

suspect on Franklin Avenue near South Seventh Street shortly after 10:30 p.m.

The suspect was not armed, according to officers at the scene.

The suspect was taken to a local hospital before being transported to the McLennan County Jail. Its faces multiple charges that could include assault, resisting arrest, and evading arrest or detention.

### Truck rollover delays traffic

Traffic on Interstate 35 was

started Thursday evening after a beer truck rollover and vehicle fire about 4:30 p.m. blocked all southbound lanes just north of Exit 305. TxDOT spokeswoman Jodi Wheatley said.

A hazmat cleanup was required to clean the spilled diesel for several hours. The northbound roadway was moving slowly, Wheatley said.

As of about 6:30 p.m., Wheatley said southbound traffic was backed up past Exit 315 in Bruceville-Eddy.

Officials advised an alternate routes Thursday.

Further details were not available.

## CHURCH

From Page 1B

thrived through good times and bad "because people believe that the power of God still works, and we are in fellowship one with another," said Robert Stevenson, 57, a longtime member who is a minister of education.

English said about 60 people attend services most Sunday mornings. The congregation remains close-knit, though not as surprisingly so as when he walked through the front door with his wife, Alexia, and their two sons.

"Everybody was related to each other," he said. "Three or four families comprised the church."

He said efforts to attract young people attending Baylor University have been partially successful, but as they have graduated and left Central Texas, they have not been replaced with as many college-age attendees as the congregation would like.

"The church has approved the hiring of a college minister," English said. "We have a couple of young families, but the bulk of our congregation is grandparents and great-grandparents and grandkids and great-grandkids.

"The middle age group is missing. There is a hole there that we're trying to fill," he said.



Staff photo — Rod Aydelotte

The Rev. Ronald English has been pastor of Greater Bosqueville Baptist Church for seven years. Founded in 1865, the church will mark its 150th anniversary on Sunday.

Isiah M. Watkins, 75, a deacon at Greater Bosqueville Baptist Church for more than 20 years, said the community around the church has evolved from "a bunch of sharecroppers" to homeowners and small businesses.

"But as far back as I can remember, this is has been an area of wonderful people: white, black, Hispanic, whatever," he said. "And a lot of them have given their life to this church, were baptized here. They may have moved away, but most are faring well."

Watkins said members have great fondness for their pastor, his humility and kindness and his infectious love for God.

English, meanwhile, brags on his flock and what it has been able to accomplish with the Lord's help.

"We've done a lot for a relatively small church," he said. "We have reacarpeted, installed a new sound system and bought new musical instruments, including a drum set. We (painted all people in the church) to a (all 'rights too)' through three states, and all people had to pay

was $100 per family. We've taken our kids on bus trips to Dallas, and we've sponsored informational sessions for the community, discussing health issues and finances. We've done all of this without borrowing a cent.

"We're very blessed. At the end of the year, if we're not in the black, we're in the red by no more than $200."

English grew up in Houston and was a self-described "drug" baby whose mother "drug him to church every time the doors were open."

He moved to Waco after high school. He earned an undergraduate degree in management at Baylor and a master's of divinity from Truett Theological Seminary.

He is employed at Baylor as an academic adviser and is pursuing his doctorate at the seminary.

He sometimes takes an unorthodox approach to the ministry, assigning adults and youngsters separate reading lists to drive home spiritual lessons.

For example, the congregation read "The Lion, The Witch and The Wardrobe" and "The Voyage of the Dawn Treader," both by C.S. Lewis, and watched movies inspired by both.

Members also read John English's "Beautiful Outlaw. Experiencing the Playful, Disruptive, Extravagant Personality of

Jesus," an examination of Jesus' everyday conversations and interactions.

"I want people to be exposed to different authors and views, and to discuss our faith and religion in that light," English said.

He said that he seeks to train people in the fine art of loving others, especially those seemingly undeserving of love.

Greater Bosqueville Baptist Church, more than anything, is a missionary church whose goal it is to spread the gospel of Jesus Christ, English said, though not necessarily with a formal visitation program that includes knocking on doors.

"We strive to touch people on the job who may not be in church, or maybe a waitress in a restaurant," he said. "We want to interact with a sinful world and be comfortable expressing our faith in Jesus wherever we go."

The church originally was all wood and contained the word "colored" in its name. It later received a brick facade and decided to remove "colored" from its title because it apparently created confusion for those delivering mail.

Today, it has three choirs, a band and a good relationship with two other churches in the area with which it often holds joint services, most often around the Easter and Thanksgiving holidays, Stevenson said.



## waco trib Classifieds

TO PLACE AN AD, CALL US
757.3000

$5 3 DAYS • 3 LINES
Individual items priced $50.01 to $1,500
• If item does not sell after 3 days, call and we'll run it another 3 days
• private party • prepaid • no pets or livestock • must include price

Garage Sale Special $25
• 5 lines of text
• Border
• 3 days
• Prepaid only

LEGAL NOTICES

EMPLOYMENT

General

Health Care

Banking, Financial

Construction, Mining, Trades