# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

## AFFIDAVIT OF PUBLICATION OF TOUSSAINT HUTCHINSON OF NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES
## IN USA TODAY

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13213409v.1



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Friday, October 2, 2015** - the following legal advertisement –**EFH Corp. Notice of Hearing**– was published in the national edition of **USA TODAY.**

*[signature]*
Principal Clerk of USA TODAY
October 28, 2015

This 28th day of October month 2015 year.

*[signature]*
Notary Public

Karen R. Levy
Commonwealth of Virginia
Notary Public
Commission No. 287084
My Commission Expires 2/29/2016

# 'Dr. Ken' needs better material, STAT

**DR. KEN** ★☆☆☆
ABC  Tonight, 8:30 ET/PT

**TV PREVIEW**
ROBERT BIANCO

We all benefit when TV opens its doors, and screens, to a wider range of people.

But we benefit far more if the folks on our screens actually come across as real human beings as you could imagine taking up space somewhere on Planet Earth. And no matter how good an imagination you might have, stretching it far enough to encompass the denizens of *Dr. Ken* is likely to be a daunting task.

Like ABC's *Fresh off the Boat* and *Black-ish*, *Dr. Ken* is built around a group that has been too seldom seen in an American comedy: In this case, an extended Korean-American family. But unlike those far better shows, *Ken* is less about any specific struggles such families may face than it is about finding new ways to repackage the same jokes we've all heard a thousand times.

And unlike those shows, it's trying to do so with a star who seems incapable of breathing fresh life into stale material.

Doctor-turned-performer Ken Jeong stars here as a physician with a loving family, a seemingly busy practice and no bedside manner. To drive that last point home, Ken's first exchange with a patient is along the lines of "What's the diagnosis?" "You're fat." The humor doesn't get much more sophisticated from there.

At home, Ken has a lovely wife, Allison (Suzy Nakamura), who alternates between finding him annoying and amusing. They have two children, Molly (Krista Marie Yu), whom Ken wants to stop from driving, and Dave (Albert Tsai), whom Ken wants to stop from growing up to be a mime.



Ken Jeong stars as a doctor with bad bedside manners and Suzy Nakamura plays his wife in the ABC comedy *Dr. Ken*.

Ken also has very traditional parents, who provide the show with one of its only funny twists.

At the office, Ken works with a boss who hates him (Dave Foley), a nurse who adores him (Jonathan Slavin), and a tough nurse (Tisha Campbell) and a sweet resident (Kate Simses) who either like or tolerate him. They can all see through Ken's gruff exterior to the softie underneath — perhaps because they've all seen an American sitcom before.

If you've seen *Community* or *The Hangover*, you know Jeong can be very funny in the right role. But being funny and being able to carry your own show are not the same thing. In the early going, Jeong displays a dangerously limited range: Every line is either wheedling or raging. And while he can deliver a line, he's less skilled at reacting to one.

There is talent in the supporting cast, and an opportunity to tell stories other sitcoms can't. But so far, that talent and opportunity are being wasted. And that's to no one's benefit.

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070  www.russelljohns.com/usat

To view more Classified listings, visit www.USATODAYClassifieds.com

---

**NOTICES — LEGAL NOTICE**
**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**

**If You Used Liberty Tax to File Your Taxes and Received a Refund Anticipation Loan or other loan product, Electronic Refund Check, Electronic Refund Deposit or a similar financial product, You May be Eligible for a Payment from a Class Action Settlement.**

A federal court has authorized this notice. This is not a solicitation from a lawyer.

A $5.3 million proposed settlement ("Settlement") has been reached in a class action lawsuit against JTH Tax, Inc., doing business as Liberty Tax Service, and Liberty Tax Inc. (formerly JTH Holding, Inc.), collectively "Liberty Tax," including customers who received a Refund Anticipation Loan or other loan product, Electronic Refund Check, Electronic Refund Deposit or a similar financial product provided by Republic Bank that was facilitated by Liberty Tax ("Financial Products") from 2009 through 2012, including products that allowed Liberty Tax customers to choose to pay their tax preparation fees by deducting the amount owed from their tax refund for a fee (typically $29.95 or more). The lawsuit is pending in the United States District Court for the Northern District of Illinois, Case No. 1:13-cv-02929 before the Honorable Joan B. Gottschall.

[Full legal notice text continues with sections: What Is This Case About?, Who Is Included?, What Are The Settlement Terms?, How And When Do I Get Paid?, What Will Be Decided At The Fairness Hearing?, What Are My Legal Rights?, Remain In the Settlement Class, Request to be excluded, Object to the Settlement, How Can You Get More Information?]

www.LibertyTaxSettlement.com    1-844-271-4786

---

**Advertise in USA TODAY!**
**(800) 397-0070**
sales@russelljohns.com
Place your advertisement in USA TODAY's Marketplace Classified section today!

---

**LEGAL NOTICES**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP., et al., Debtors.
Chapter 11
Case No. 14-10979 (CSS)
Jointly Administered

NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES

[Extensive bankruptcy notice listing counsel: Kirkland & Ellis LLP; Richards, Layton & Finger, P.A.; Proskauer Rose LLP; Morrison & Foerster LLP; Munger, Tolles & Olson LLP; McElroy, Deutsch, Mulvaney, & Carpenter, LLP; Fried, Frank, Harris, Shriver & Jacobson LLP; Cravath, Swaine & Moore LLP; Jenner & Block LLP; Stevens & Lee P.C.; O'Melveny & Myers LLP; Sullivan & Cromwell LLP; Bielli & Klauder, LLC; Montgomery McCracken Walker & Rhoads LLP; Ramsey Esq.; etc.]

[Continues with Additional Information, Critical Information Regarding Voting on the Plan, Critical Information Regarding Objecting to the Plan, Binding Nature of the Plan sections]

/s/ Jason M. Madron
RICHARDS, LAYTON & FINGER, P.A. — Co-Counsel to the Debtors and Debtors in Possession

---

**LEGAL NOTICE**
**If You Bought Tom's of Maine Products You May be Entitled to Cash from a Class Settlement**
www.TomsProductsClassAction.com

A proposed settlement has been reached in a class action lawsuit about the packaging and advertising of Tom's of Maine products. The plaintiffs in the lawsuit claim that Tom's of Maine mislabeled its Products by describing them as "natural." Tom's of Maine denies all the plaintiffs' allegations and is entering into this settlement to avoid burdensome and costly litigation. The settlement is not an admission of wrongdoing.

**Am I a Class Member?** You are a Class Member if you bought at least one of the Tom's of Maine Products from March 29, 2009 through September 23, 2015, for individual or household use and not for resale. Excluded from the Class are Tom's of Maine and its board members, officers, and attorneys; governmental entities; the Court presiding over the settlement; those with claims for personal injuries, and those persons who timely and validly request exclusion from the Settlement Class.

**What Can I Get From the Settlement?** A fund of $4.5 million will be created to pay Class Members for a portion of the cost of products they purchased, for notice and claim administration costs and attorneys' fees and expenses. Tom's will also make changes to the labels for the Tom's of Maine products and to its website.

Settlement Class Members must submit a properly completed Claim Form and be eligible to receive a cash refund of up to $28. These awards may be subject to pro rata upward or downward adjustment depending on the number of claims approved. A detailed Class Notice and copies of the Claim Form are available at www.TomsProductsClassAction.com or by calling 1-888-897-9554.

**What are My Options?** To ask for a cash payment and stay in the Class, you must send in a Claim Form by May 7, 2016. If you do not wish to participate in the settlement, you may exclude yourself from the Class by December 29, 2015. The detailed notice available at www.TomsProductsClassAction.com or by calling 1-888-897-9554 explains how to exclude yourself from this settlement. If you exclude yourself, you can't get money from this settlement if it is approved. If you're a Class Member, you may object to any part of the settlement you don't like, and the Court will consider your views. Your objection must be timely, in writing and must provide evidence of your membership in the Class. Procedures for submitting objections are set out in the detailed notice available at www.TomsProductsClassAction.com or by calling 1-888-897-9554.

The Court will hold a Final Fairness Hearing at 11:00 a.m. on January 28, 2016 in Miami, Florida. At this hearing, the Court will consider whether the settlement is fair, reasonable and adequate and whether to approve the Class Representatives' incentive awards of up to $2,000 each and attorneys' fees of up to $1,035,000 plus expenses not to exceed $50,000. You may attend the hearing, and you may hire your own lawyer, but you are not required to do either. The Court will consider timely written objections and will listen to people who have made a prior written request to speak at the hearing. After the hearing, the Court will decide whether to approve the settlement.

**What If I Have Questions?** This Notice is just a summary. Detailed notice, as well as the Settlement Agreement and other documents filed in this lawsuit can be found online at www.TomsProductsClassAction.com. For more information, you may call or write to the Settlement Administrator at 1-888-897-9554. Tom's of Maine Settlement, c/o Dahl Administration, P.O. Box 3614, Minneapolis, MN 55403-0614 or info@TomsProductsClassAction.com.

QUESTIONS? VISIT www.TomsProductsClassAction.com OR CALL 1-888-897-9554

---

Send your sales through the roof with an ad in **Marketplace Today**.
For more information on how to place your ad call: **1-800-397-0070**