**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) | (Jointly Administered) |

**AFFIDAVIT OF PUBLICATION OF NANCY CALVERY OF NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES**
**<u>IN FORT WORTH STAR-TELEGRAM</u>**

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

# State of Texas
# County of Tarrant

Before me, a Notary Public in and for said County and State, this day personally

Appeared Nancy Calvery, Advertising Representative for the Fort Worth Star-Telegram, at Fort Worth, in Tarrant County, Texas and distributed in other surrounding Counties; and who, after being duly sworn, Did dispose and say that the following clipping of an advertisement was published In the above named paper on the follow dates:

October 2, 2015

Signed Nancy Calvery

Subscribed and sworn to before me, this the 28 day of October 20 15

Notary Public Debra W Morris
Tarrant County, Texas

DEBRA W. MORRIS
Notary Public
STATE OF TEXAS
My Comm. Exp. March 2, 2016

## Legal Notices

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:
ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]
Debtors.

Chapter 11
Case No. 14-10979 (CSS)
Jointly Administered

### NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES

**PLEASE TAKE NOTICE THAT**, on September 22, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 6131] (the "Disclosure Statement Order"): (a) authorizing Energy Future Holdings Corp. and its affiliated debtors and debtors in possession (collectively, the "Debtors") to solicit acceptances for the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122] (as may be modified, amended or supplemented from time to time, the "Plan");[2] (b) approving the *Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, including all exhibits and schedules thereto [D.I. 6124] (as may be modified, amended or supplemented from time to time, the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT**, on August 27, 2015, the Court entered an *Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization* [D.I. 5771] revising that order entered by the Court on July 2, 2015 [D.I. 4916] and (a) scheduling dates and deadlines in connection with the approval of the Disclosure Statement and the confirmation of the Plan and (b) establishing certain protocols in connection with those proceedings in connection with the approval of the Disclosure Statement and the confirmation of the Plan, as applicable.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider Confirmation of the Plan (the "Confirmation Hearing") will commence at **11:00 a.m. (Eastern Standard Time)** on **November 3, 2015**, before The Honorable Judge Christopher S. Sontchi, in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

**PLEASE BE ADVISED: THE CONFIRMATION HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE DEBTORS *WITHOUT FURTHER NOTICE* OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.**

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

**Voting Record Date.** The voting record date is **September 4, 2015** (the "Voting Record Date"), which is the date for determining which holders of Claims or Interests, as applicable, in Classes B9, C3, C4, and C5 are entitled to vote on the Plan.

**Voting Deadline.** The deadline for voting on the Plan is **4:00 p.m. (Eastern Daylight Time)** on **October 23, 2015** (the "Voting Deadline"). If you received a Solicitation Package, including a Ballot and intend to vote on the Plan you must: (a) follow the instructions carefully; (b) complete all of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is actually received by the Debtors' solicitation agent, Epiq Bankruptcy Solutions, LLC (the "Solicitation Agent") on or before the Voting Deadline. **A failure to follow such instructions may disqualify your vote.**

**CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN**

**ARTICLE VIII OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND ARTICLE VIII.D. CONTAINS A THIRD-PARTY RELEASE. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.**

**Plan Objection Deadline.** The deadline for filing objections to the Plan is **October 23, 2015 at 4:00 p.m. (Eastern Daylight Time)** (the "Plan Objection Deadline"). All objections to the relief sought at the Confirmation Hearing must: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules and any orders of the Court; (c) state, with particularity, the legal and factual basis for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve such objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be actually received on or before **October 23, 2015 at 4:00 p.m. (Eastern Daylight Time)**:

*Co-Counsel to the Debtors:* **KIRKLAND & ELLIS LLP**, Attn: Edward O. Sassower, P.C., Attn: Stephen E. Hessler, Esq., Attn: Brian E. Schartz, Esq., 601 Lexington Avenue, New York, NY 10022; Attn: James H.M. Sprayregen, P.C., Attn: Marc Kieselstein, P.C., Attn: Chad J. Husnick, Esq., Attn: Steven N. Serajeddini, Esq., 300 North LaSalle, Chicago, IL 60654. **RICHARDS, LAYTON & FINGER, P.A.**, Attn: Mark D. Collins, Esq., Attn: Daniel J. DeFranceschi, Esq., Attn: Jason M. Madron, Esq., 920, North King Street, Wilmington, DE 19801. *Co-Counsel to Energy Future Holdings Corp.:* **PROSKAUER ROSE LLP**, Attn: Jeff J. Marwil, Esq., Attn: Mark K Thomas, Esq., Attn: Peter J. Young, Esq., Three First National Plaza, 70 W. Madison ST STE 3800, Chicago, IL 60602. **O'KELLY, ERNST & BIELLI LLP**, Attn: David M. Klauder, Esq., Attn: Shannon Dougherty, Esq., 901 N Market St STE 100, Wilmington, DE 19801. *Co-Counsel to the TCEH Debtors:* **MUNGER, TOLLES & OLSON LLP**, Attn: Thomas B. Walper, Esq., Attn: Todd J Rosen, Esq., Attn: Seth Goldman, Esq., Attn: John W. Spiegel, Esq., 355 S. Grand Ave 35th FL, Los Angeles, CA 90071. **MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP**, Attn: David P. Primack, Esq., 300 Delaware Ste 770, Wilmington, DE 19801. *Co-Counsel to Energy Future Intermediate Holding Company LLC:* **CRAVATH, SWAIN, & MOORE LLP**, Attn: Michael A Paskin, Esq., Worldwide Plaza, 825 Eighth Ave, New York, NY 10019-7475. **JENNER & BLOCK LLP**, Attn: Richard Levin, Esq., 919 Third Ave, New York, NY 10022-3908. **STEVENS & LEE PC**, Attn: Joseph H. Hutson Jr, Esq., 1105 N. Market St STE 700, Wilmington, DE 19801. **THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**, Attn: Richard L. Schepacarter, Esq., Attn: Andrea B. Schwartz, Esq., 844 King Street, Suite 2207, Wilmington, DE 19801. *Co-Counsel to the TCEH Creditors' Committee:* **MORRISON & FOERSTER LLP**, Attn: James M. Peck, Esq., Attn: Brett H. Miller, Esq., Attn: Lorenzo Marinuzzi, Esq., Attn: Todd M. Goren, Esq., Attn: Samantha Martin, Esq., 250 West 55th Street, New York, NY 10019. **POLSINELLI PC**, Attn: Christopher A. Ward, Esq., Attn: Justin K. Edelson, Esq., Attn: Shanti M. Katona, Esq., 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801. *Co-Counsel to the EFH Creditors' Committee:* **SULLIVAN & CROMWELL LLP**, Attn: Andrew G. Dietderich, Esq., Attn: Brian D. Glueckstein, Esq., Attn: Michael H. Torkin, Esq., 125 Broad St., New York, NY 10004. **MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP**, Attn: Natalie D. Ramsey, Esq., Attn: Davis Lee Wright, Esq., Attn: Mark A. Fink, Esq., 1105 N. Market St 15th FL, Wilmington, DE 19801.

**ADDITIONAL INFORMATION**

**Obtaining Solicitation Materials.** The materials in the Solicitation Package are intended to be self-explanatory. If you should have any questions or if you would like to obtain additional solicitation materials (or paper copies of solicitation materials if you received a CD-ROM), please feel free to contact the Debtors' Solicitation Agent, by: (a) calling the Debtors' restructuring hotline at (877) 276-7311; (b) visiting the Debtors' restructuring website at: http://www.efhcaseinfo.com; and/or (c) email to efhvote@epiqsystems.com. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov. **Please be advised that the Solicitation Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may not advise you as to whether you should vote to accept or reject the Plan.**

**Filing the Plan Supplement.** The Debtors will file the Plan Supplement (as defined in the Plan) no later than fourteen days before the Confirmation Hearing or such later date as may be approved by this Court and will serve notice on all holders of Claims and Interests entitled to vote on the Plan, which will: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) explain how parties may obtain copies of the Plan Supplement.

**BINDING NATURE OF THE PLAN:**

**IF CONFIRMED THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THE CHAPTER 11 CASES OR FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN OR VOTED TO REJECT THE PLAN.**

Dated: September 22, 2015
Wilmington, Delaware

/s/ *Jason M. Madron*

RICHARDS, LAYTON & FINGER, P.A., Mark D. Collins (No. 2981), Daniel J. DeFranceschi (No. 2732), Jason M. Madron (No. 4431), 920 North King Street, Wilmington, Delaware 19801, Email: collins@rlf.com, defranceschi@rlf.com, madron@rlf.com -and- KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, Edward O. Sassower, P.C. (admitted pro hac vice), Stephen E. Hessler (admitted pro hac vice), Brian E. Schartz (admitted pro hac vice), 601 Lexington Avenue, New York, New York 10022-4611, Email: edward.sassower@kirkland.com, stephen.hessler@kirkland.com, brian.schartz@kirkland.com -and- James H.M. Sprayregen, P.C. (admitted pro hac vice), Marc Kieselstein, P.C. (admitted pro hac vice), Chad J. Husnick (admitted pro hac vice), Steven N. Serajeddini (admitted pro hac vice), 300 North LaSalle, Chicago, Illinois 60654, Email: james.sprayregen@kirkland.com, marc.kieselstein@kirkland.com, chad.husnick@kirkland.com, steven.serajeddini@kirkland.com
*Co-Counsel to the Debtors and Debtors in Possession*

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan.

Real Estate Services

EILEEN PETROSKI

BEST CASH OFFER FOR YOUR HOME
MORE MONEY FOR YOU!!!
- No Repairs
- No Commission
- No Closing Cost
- Fast Closing
- 25 Years Buying Homes
CallToday 214-697-6292
www.HouseHuntersofDallas.com

I Buy Houses CASH!! Quick Sale - Fair Price 817-590-9767

$CASH$ WE BUY HOUSES CALL: TAYLOR 817-939-9436 www.ibuyhomesdfw.com

Vacant Lots Sale

"BUY ME" DEVELOPER CLOSEOUT 50% TO 80% Off List Financing: 817-279-7075

"BUY ME" 105 +/- ACRES Hood County, small cabin, Owner Finance. 210-422-3813

REAL ESTATE FOR RENT

Apt - Arlington

76010 - BILLS PAID! $50 Dep. Efficiencies, 1, 2 & 3 bedrooms. Call 817-640-1051

Apt - Fort Worth

2 - 1½ Apartment ALL BILLS PAID Ridglea Square (I30 and Bryant Irvin) $800 month September special - $100 off deposit if you mention this ad. 817-570-9000

Apt - Mid Cities

HALTOM CITY,BILLS pd 2-1 apt no pets $210.00wk 817-485-5236

76053 - Summer Special! $249 MOVE-IN! Close to NE Mall, Hurst. 817-268-0730

Azle For Rent

AZLE, TX. Magnificent 4/4/3, 2 story, 2.4 acre, gated comm., Owner Financing, $35KDN., $3,595./mo., good/bad credit OK, Vacant, Call NOW; no texts, 817-542-2247.

BAD CREDIT APPROVED 3-2-2 Brick, 4.5 Acres, Horses OK. 817-447-0089 www.firststepmgt.com

COUNTRY LIVING in the City Furnished 3-2-2, 3ac, ingrnd pool w/spa $1500mo. Call Billy (817) 233-9171

Bedford For Rent

Crowley For Rent

A New Home Just in Time! Great Location! Beautiful New Spacious Homes with Large Back Yards, lawn serv incl. Call Cindee 817-612-4816 shipmanco.com

Fort Worth For Rent

ARL HGTS very nice 2-1-1, no pets-smoking, some appliances, fenced yard, $800mo. 817-263-6872.

EFF. CABIN Includes utility $800 817-688-5449

FOREST HILL Duplex Lg 3-2 Forest Hill duplex 3410 Heritage $795 No pets 817-293-5157 moorerents.com

76105 - CUTE 12 Yr Old 3 Bedroom $170/wk Call 817-903-5239

76108-2-2-CRPRT 2-STORY Aledo school nice $850mo 817-808-9296

76133 - 5732 Wimbleton Way 3-2-2 lg patio, $1295. Encore 817-294-0188

Grapevine For Rent

76051 - Sept/Oct Rent Specials twnhome. 2&3 bdrm. 817-481-8658

Haltom City For Rent

76148 - 3-2-2, lrg fenced yrd, x-clean, $1100.mo +$1000.dep 817-797-1197

Johnson County For Rent

BURLESON NICE 3-2-2 New carpet, tile and paint. 817-426-6588

Mansfield for Rent

76063 - 3-2 Mansfield Home $1385. 1835 Barbados Dr 432-352-2770

Parker County Rent

BAD CREDIT APPROVED* 3-2-2brick, acreage, bring your horses 817-447-0089 www.firststepmgt.com

Business Prop.Rent/Lease

NEAR LOCKHEED Industrial 309 Martha Jean, 1600 sqft $935/mo Gene Thompson & Associates 817-246-4646 www.gtabx.com

OFFICE SPACE behind walmart Burleson. Call Mary Ann. $525 3tragoed47@gmail.com 817-426-5800

HURST OFFICE SPACE $130 & up. 817-781-8146

Mobile Homes Rent

ARLINGTON 2-2 $725 & 3-2 $750 to $800 w/$400 dep. PH. 817-860-6305

VENUS 2-1½, 1 ac, Mansfield ISD $695 + dep. NO PETS 817-453-1332

Office For Rent

OFFICE SPACE or Small Retail For Rent 6120 Watauga Rd, Watauga apprx 800sf $700mo 479-650-0225

Rooms for Rent

ALL BILLS PAID CBL WIFI MAID SVC Super 8 Bedford NEW ROOMS (817)-358-0509) 1800 Airport FWY SGL $325 WK SGL-MNTH $1199. super8 bedford@yahoo.com 817-545-8108

www.star-telegram.com Go there.

www.star-telegram.com /careerbuilder

WORK AT home see Business Personals!

The find of a lifetime is our Arts & Collectibles!

STITCH IN time in our Sewing Machines Section!

START A NEW PROFESSION Check today's employment sec.!

STAMPS AND Coins in our Merchandise Section!

Sell your stuff for $9.99 in Merchandise.

READ THE legal notices in our Legal Section!

PICK A pony in our Farm & Ranch Section!

Pedal over to Bikes & Toys!

NEED NEW Jet Skis? See water sports equipment.

NEED AN Iguana? Check out Exotic Pets Section

NEED A Handyman? See our service directory!

NEED A boat? Make waves to Recreational Vehicles!

Get Childcare in our service directory

GET A good deal in Garage Sales

ADVERTISE YOUR Garage Sale - $14.99 817-332-3333

FURNISH THE office in Office Equip. Section!

FIND YOUR PET A HOME FOR $24.99

Find your "Home on the Range" in our Farm & Ranch Land

FIND SALES WORK in Today's Employment

Farms, Lands, Ranches

HUNTING/RANCH Turkey, Quail, Hog. CRP Ag ex. Aspermont $1250ac 713.304.1448

1385 AC high fenced hunting ranch w Improvements,35 ac lake Atoka OK $900 ac Ranch located in limestone soil Bromide OK. 918-557-5308 pattydingle.com

West of FT Worth - Knox County BUY NOW HUNT THIS YEAR! 4400 acres with Minerals, Big Deer, Dove, Quail, Turkey Ranch has not been hunted in over 20 yrs, South Wichita River Frontage, Pipe Line Water, Electricity, Good Roads, No current production. Priced to sell Call Joe Wilson 214 784-3725 or Sam Vester 210 www.venadogranderanch.info

1115 ACRE Scenic, Colorado River/Mustang Creek Ranch, Tremendous Quail, deer, turkey hunting, fishing, ranch home, barns, pens. Minerals no production, asking $1,895/ac Runnels Co. 254-485-4297 Brooks RE

160 AC, Costal Bermuda Whitney. $3200. a ac. 254-707-1040.

16 AC, in Whitney by new school, off FM933 N. 254-707-1040.

286AC CLAY Cty 16 miles E of Wichita Falls $4K a ac 940-692-3785

33 ACS, road frontage, 12mi N. of Hamilton off of 281 (817)594-7683

3-1 Home, 1½ac trees barns Robinson ISD, 10mi S. of Waco 254-218-2189

640 ACS, SE Oklahoma, recreation & timberland, no utilities. Section straddles mount range, beautiful views, great hunting. There is an offer for wind lease on the table, you buy and negotiate. $1250/ac 713-385-6588

76043 - One of a kind 5800sf Victorian-media rm. spa house, 100x150 comm bldg + ofc bldg on 30.5 acres $825,000 John Pruitt Paluxy River Realty 254-898-3045

79019 - Ranch Claude http://youtu.be/6CID7IWyGaI

KATHY BUYS HOUSES!
- Estates
- Foreclosures
- "As Is" Homes
- ALL CASH
- FAST CLOSE
Kathy 817-838-8995 KathyBuysHouses.net

Elvis BuysHouses.com
Avoid the Stress!
- No Realtor Commissions
- Fast Closing - All Cash!
- Seller Pays Nothing!
- No Inspections/Appraisals
- Any Condition!
817-642-7365 www.ElvisBuysHouses.com

CALL 332-3333 & place your ad now!

CABINS /WORKSHOPS (Unfinished Inside)
12X16 $2,295
14X24 $4,195
16X32 $5,795
24X28 $7,995
30X40 $13,500
(BUILT-ON-SITE) 817 561-4502

ROSE WILL PAY CASH FOR YOUR RUFF HOUSE
100's OF DFW HOMES BOUGHT 682-235-7609 www.dfwpropertyremedies.com

## Home & Business Services

Advertise Here 817-332-3333

A/C & Heating

BEDFORD HEATING AND AIR. Since 1977 #TACLB5417E 817-267-1233

Appliance Repair

KENMORE WHIRLPOOL wash/dryers Buy ~ Sell ~ Repair ~ 817-860-1852

Maytag GE Whirlpool Most brands fixed same day. 817-903-2100

Asphalt - Paving

ALL TYPES of asphalt work, lic/bond, free est Call Calvin 817-713-6639

Brick, Stone, Masonry

AGREENERDIFFERENCE.COM Fall Specials 10% Off! Sen/Mil Disc. LL8855 817-703-5296

FLAGSTONE, OUTDOOR Kitchens Mailboxes, flowerbeds 682-558-6066

Building/Remodeling

ALTAMONT MANAGEMENT CO. Let us supply all your building and remodeling needs 682-333-6955 Metal warehousing, office, home

TOMMY'S ALL Types Total Remodels Bathrooms & Kitchens, etc Free est. 817-800-6548

CALL CHARLES, 40yrs exp. A+ BBB, best job, best price, Free Est. Call: 817-691-7539. Thank You.

A+BBB ALL phases kitchn/bath, tile, painting,flooring29yrs817-600-8250

Buildings

30X40X10 Metal Bldg 1 walk door & slab $15,000 Family owned & operated since 1972 millersmetal buildings.com 817-295-6022

ALL WOOD -All Size on Site. 10x12x8 Barn is Only $1495! 817-801-7196

Carpentry

CARPENTRY DECKS, fencing, trellis, framing, win/drs. Kent @ 817-602-7265. you name it!

R&B CUSTOM Trim, Crown, Doors & More. Call Robert 817 291-0720

OLD SCHOOL Doors & lots more 35 yrs. exp. 817-561-2778 lv clear msg

Carpet

CARPET CLEANED 3rms $50 tile/grt str&rep, Truck mount 817-385-0588

CARPET REPAIR & Re-Stretching Over 35yr exp. Call! 817.641.7638

NEW CARPET SALE (8 colors) .94¢ per sf installed w/pad 972-654-3592

Carports/Garages

TOMMY'S CARPORTS Patio Covers, Decks, Garages, wood/steel. Free est. 817-800-6548

Cement Work

VAUGHAN CONCRETE All types Remove/Replace. Bobcat Work and hauling. Free Est. 817-205-7613 vaughanconst@yahoo

TINO'S CONCRETE CONTRACTORS Free Estimates. (817) 800-6402

ALL TYPES of concrete work lic/bond, free est Call Calvin 817-713-6639

$100 OFF All types concrete. Free estimates, Lic & bond 817-293-9453

QUALITY WORK Small Jobs. 40 yrs. Clyde Springer 817-798-8590

AND THEN THERE IS CLIFF. Simply the Best. 817-281-5046

Child Care

KELLER KIDS Loving Grand-mother, low rates 817-657-6934

House Cleaning/Janitorial

HOUSEKEEPER, PROFESSIONAL, Exp'd, Good Refer 682-223-1994

PAOLA'S HOUSE Cleaning Service Free Quotes. Call 832-450-0527

HOUSE & business deep cleaning. 9 years exp. Maria 817-716-7122

CLEANING BY CLARISSA 35yrs exp, References (817) 845-2566

Computer Services

COMPUTER ON Wheels - We come to you Virus Removal 817-996-0555

Demolition

METRO DEMOLITION: 817-231-3471

Dirt, Sand, Gravel

DIRT, SAND & Gravel, top soil, any size load, delivered. 817-540-2777.

Drainage

AGREENERDIFFERENCE.COM Fall Specials 10% Off! Sen/Mil Disc. LL8855 817-703-5296

Electrical Contractors

MID CITIES ELECTRICAL No JOB too SMALL. (817) 268-4144 Accept V/MC/AMEX TECL920965

HONEST LIC. Master Electrician needs new customers 817 994-6800 Senior Citizens & Military Discounts

Fences

SEALKRAFT INTERIOR/EXTERIOR PAINTING FENCE INSTALLATION/STAINING FREE ESTIMATES: 817-350-5926

FENCES-FOR-LESS 817-726-1450 *FALL SPECIALS/FREE EST.*

AGREENERDIFFERENCE.COM Fall Specials 10% Off! Sen/Mil Disc. LL8855 817-703-5296

HONEST FENCING! Inexpensive installation repairs or just posts also. 682-597-1031. 817-572-5534.

ALL TYPES install & repair Low prices 35 yrs exp Free est 817-444-6461

OFF DUTY FIREMAN installation, Repair & Staining, 817-713-5215

Firewood

SPLIT SEAS Oak del&stckd, ½ $175 Cord $300 Cash Only 817-243-6827

OAK, SEASON or grn $260 cd, $150, ½ delivered or stckd 817-966-4480

FIREWOOD, BEST prices, $100 spcl Delivered & Stocked 817.437.5296

Gutters

SEALKRAFT ROOFING & GUTTERS FREE ESTIMATES 817-350-5926

WILSONS GUTTER SERVICE 42 yrs exp. Free est 817-237-5950

Handyman

G&G HANDYMAN insured carpentry in or out sheetrock tape bed tex paint flooring fencing 817-223-7246

THE ARLINGTON HANDYMAN Carpentry and Repair Small Jobs Welcome 817-265-1253

HANDYMAN HOME Repair, paint, elect, mech, pc's, audio682-223-1994

FOR YOUR handyman needs, Fencing, etc. Free estimates 817-917-4249

CARPET CLNG, restretch...strip wax floors, paint, cleaning 619-634-4102

CHRISTIAN HANDYMAN, Ceiling Fans, plumbing, etc. 817-617-5368

Hauling

ASAP JUNK Removal Fast Friendly Affordable 817-925-3564

JUNK REMOVAL, Fair Prices, Free Est. David: 817-925-1696.

Home Repairs

HATFIELD HANDYMAN Service LLC in the DFW area 214-533-2379

Foundation Repair

FOUNDATION REPAIR lifetime warranty (817)730-4344

LOW COST foundation repair Pier/Beam Slab! Life warr. 817-479-3201

Landscaping

AGREENERDIFFERENCE.COM Fall Specials 10% Off! Sen/Mil Disc. LL8855 817-703-5296

Misc. Services

HOME HEALTH &assisted living placement, we provide varies home health aide services. 682-203-1323

Moving

ReliableMoversTX.com Bonded & insured 817-451-0671

WORLDS CHEAPEST MOVERS, $65/hour. Ins/bonded 682-597-6395

SHELBY'S LOW Cost Moving. Home, Apt, Comm., Hot Tub 817-903-9267

Painting

SEALKRAFT INTERIOR/EXTERIOR PAINTING FENCE INSTALLATION/STAINING FREE ESTIMATES: 817-350-5926

** SUPER SAVINGS ** 25yrs exp-FTW int/ext quality-price can't be beat! Rick 817-235-3779

INT/EXT PAINTING Tape, Bed, Texture, Minor Repairs. Free Est. Work Guaranteed 817-739-3663

CALL CHARLES, 40yrs exp. A+ BBB, best job, best price, Free Est. Call: 817-691-7539. Thank You.

EXT/+ CEILING, WALL PATCH. 35YRS, RICHARD. 682-351-6468.

HAYWOOD'S PAINTING Free estimates 817-454-6489

PATCHPERFECT Painting sheetrock/wood repair, Free est. 817-913-0778

Patio Covers

AGREENERDIFFERENCE.COM Fall Specials 10% Off! Sen/Mil Disc. LL8855 817-703-5296

TOMMY'S CARPORTS Patio Covers, Decks, Garages, wood/steel Free est. 817-800-6548

Plumbing

ANDERSON PLUMBING $50 DRAIN CLEAN-OUTS, SM. REPAIRS VISA/MC 817-838-0353

REPAIRS, SEWER, bthrm remd, gas leaks, BBB, SM38813. 817-715-6747

A SQUARED PLUMBING -M36900 all plumbing repairs 817-560-0283

ALL PURPOSE! Sr/Military Disc. Free est. 682-472-3997

Retaining Walls

AGREENERDIFFERENCE.COM Fall Specials 10% Off! Sen/Mil Disc. LL8855 817-703-5296

Roofing

SEALKRAFT ROOFING & GUTTERS FREE ESTIMATES 817-350-5926

B&K CONSTRUCTION All American Free estimate. Claims assistance (817) 201-0955

CALL CHARLES, 40yrs exp. A+ BBB, best job, best price. Free Est. Call: 817-691-7539. Thank You.

JEWEL ROOFING AND CONSTRUCTION 817-929-8330

POLK'S ROOFING, free est. shingles & leak repairs. BBB. 817-346-6267

Roof & Home Repairs. Affordable. Free est. 30yr exp 817-689-4774

FRANK'S ROOFING & Remodeling: Free Est, 35 yrs Exp (817) 797-7675

Sprinkler Systems

AGREENERDIFFERENCE.COM Fall Specials 10% Off! Sen/Mil Disc. LL8855 817-703-5296

OFF DUTY FIREMAN Install,Repair & Drainage. CC's ok 817-713-5215

SPRINKLERS INSTALL & Repairs Free Ests. 817-995-6275 lic. 19256

TRINITY-DESIGN, install, repair, free est, cc accpt 817-919-2373 LIC 10249

Tile Service

TILE & GRANITE INSTALL shower/tub repairs & insured 817.999.7765

RABIT - Wood Lam, Tile, backsplash remodel shwr 20yr exp817-366-2820

COMPLETE TILE Service, Showers, Floors & Backsplash (817) 789-8598

Tractor Service

Bulldozing, Lot clearing, Tree Surgeon, trim & remove 817-428-8781

Tree Service

GLOBAL TREE SERVICE. Tree removal, trimming, stump grinding, free est Senior Citizen discount! (817) 480-3917

817-657-5398 Sen Disc PEREZ TREE SERVICE Bobcat works/stump grind 1st Time Customers 20% Off Fall Tree Serv. fully ins, free est

JOSE'S TREE SERVICE Tree trimming, tree & stump removal, brush haul-off, fully ins., sen. disc. WE BEAT ANY PRICE! We Sell Firewood! CALL US 817-724-2180

ADVANCED TREE Over 20 yrs exp. Fully insured. Removal, trimming, stump grinding. We know trees. 817-847-4282.

TONY'S TREE Serv. Trim, Remove, Stump Grind. Free Est, Sr Discount. BBB rated, Insured 817-266-4603

MARTINEZ TREE Service 16yr exp. Landscaping/bobcat 817-734-6461

LEON'S EXPERT Tree Service. Best work, low price! Ins. 817-371-8997

WOMAN OWNED 15yrs exp. Best Bids or 10% dis Visa/Ins 817.437.5296

Windows

GLASS REPLACEMENT & WINDOWS solar or bug screens 817-461-6530

Yard Work

Lawn Care, Tree Trimming, Yard Cleanup & Haul Off 817-500-2558

Reasonable Price tree svc&haulofs 15yrs exp Free est 817-903-9237