# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2015, true and correct copies of *Michelin North America, Inc.'s Response to Debtor's Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 6723], were served on the parties listed on the attached Service List in the form and manner indicated.

Dated: Wilmington, Delaware
October 29, 2015

By: */s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

- AND -

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Jody A. Bedenbaugh (SC 9210)
Meridian, 17th Floor
1320 Main Street
Columbia, SC 29201
Telephone: (803) 255-9820
Facsimile: (803) 256-7500

*Counsel to Michelin North America, Inc.*

8853117 v1

## SERVICE LIST

*BY HAND DELIVERY*
Mark D. Collins, Esq.
Daniel DeFranceschi, Esq.
Jason M. Madron, Esq.
**Richards, Layton & Finger, P.A.**
920 N. King Street
Wilmington, DE 19801
*Co-Counsel to the Debtors*

*BY EMAIL AND 1ST CLASS MAIL*
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
**Kirkland & Ellis LLP**
300 North LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com
*Co-Counsel to Debtors*

*BY EMAIL AND 1ST CLASS MAIL*
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, New York 10022
Edward.sassower@kirkland.com
Stephen.hessler@kirkland.com
Brian.schartz@kirkland.com
*Co-Counsel to Debtors*