IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: November 25, 2015 at 10:00 a.m.** |
| | ) **Objection Deadline: November 12, 2015 at 4:00 p.m.** |
| | ) **Re: D.I. 6743** |

## MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR SUBSTITUTION OF EXHIBIT

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), authorizing and directing the Clerk of the Court to withdraw a confidential exhibit from the public docket and replace it with an exhibit that does not contain confidential information. In support of this Motion, the Debtors respectfully state as follows:

1. On October 29, 2015, the Debtors filed their *Motion In Limine to Limit the Expert Report and Testimony of Michael Henkin* [D.I. 6742] (the "Motion *In Limine*").

2. Substantially contemporaneously therewith, the Debtors also filed the *Debtors' Memorandum in Support of its Motion In Limine to Limit the Expert Report and Testimony of Michael Henkin* [D.I. 6743] (the "Memorandum") in support of the Motion *In Limine*.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. The Debtors attached two exhibits to the Memorandum. The first exhibit, "Exhibit A", is the Expert Report of Michael Henkin. The second exhibit, "Exhibit B" (the "Confidential Exhibit"), is the transcript of the deposition testimony of Michael Henkin, dated October 21, 2015 (the "Henkin Deposition Transcript").

4. The entire Henkin Deposition Transcript was designated "Confidential" at the time of the deposition, pursuant to the *Confidentiality Agreement and Stipulated Protective Order* [D.I. 1833] (the "Protective Order"). Prior to the Debtors filing the Motion *in Limine*, the official committee of unsecured creditors (the "EFH Committee") of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. agreed to waive any claim of confidentiality for the Henkin Deposition Transcript. The Debtors agreed to waive confidentiality for the portions of the Henkin Deposition Transcript cited in the Memorandum. The Debtors attached the entire Henkin Deposition Transcript as "Exhibit B" to the Memorandum, which contained portions that were still designated as "Confidential," instead of just certain excerpts of the Henkin Deposition Transcript that were cited in the Memorandum.

5. By this Motion, the Debtors seek entry of the Order authorizing and directing the Clerk of the Court to remove the Confidential Exhibit from the Court's docket and to replace it with excerpts of the Henkin Deposition Transcript actually cited in the Memorandum, none of which are designated as "Confidential" (the "Henkin Deposition Transcript Excerpts"). The Henkin Deposition Transcript Excerpts are attached as **Exhibit 1** to the Order. The Debtors believe that such relief is necessary because the Confidential Exhibit contains confidential information protected from disclosure by the Protective Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Order, substantially in the form attached hereto as **Exhibit A**, (i) authorizing and directing the Clerk of

the Court to withdraw the Confidential Exhibit from the public docket and replace it with the Henkin Deposition Transcript Excerpts and (ii) granting such other and further relief to the Debtors as is just and proper.

*[Remainder of page intentionally left blank.]*

Dated: October 29, 2015
      Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*