# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 6737, 6738** |

## JOINDER OF EFH EQUITY OWNERS IN DEBTORS' MOTION *IN LIMINE* TO LIMIT THE EXPERT REPORT AND TESTIMONY OF MARK RULE

Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., and Goldman, Sachs & Co., on behalf of themselves and affiliated funds holding indirect equity interests in Energy Future Holdings Corp. (collectively, the "Sponsors"), and Texas Energy Future Holdings Limited Partnership ("Texas Holdings," together with the Sponsors, the "EFH Equity Owners"), as the holder of more than 99% of the common stock of debtor Energy Future Holdings Corp. ("EFH"), by their undersigned counsel, hereby join the Debtors' Motion *in Limine* to Limit the Expert Report and Testimony of Mark Rule (the "Motion") [D.I. 6737]. For the reasons set forth in the Motion and the memorandum of law in support thereof [D.I. 6738], the EFH Equity Owners respectfully request entry of an order precluding the EFH Committee (as defined in the Motion) from offering any of the solvency opinions expressed in pages 5 through 23 of the expert report of Mark Rule, or any testimony related to those opinions.

Dated: October 29, 2015
Wilmington, Delaware

| ABRAMS & BAYLISS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ John M. Seaman* | */s/ Erin R. Fay* |
| Kevin G. Abrams (No. 2375) | Derek C. Abbott (No. 3376) |
| John M. Seaman (No. 3868) | Erin R. Fay (No. 5268) |
| 20 Montchanin Road, Suite 200 | 1201 North Market Street, 16th Floor |
| Wilmington, DE 19807 | P.O. Box 1347 |
| Telephone: (302) 778-1000 | Wilmington, Delaware 19801 |
| Facsimile: (302) 778-1001 | Telephone: (302) 658-9200 |
|  | Facsimile: (302) 658-3989 |
| *Counsel for Goldman, Sachs & Co.* | *Counsel for Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. and Texas Energy Future Holdings Limited Partnership* |

-and-

WACHTELL, LIPTON, ROSEN & KATZ

Richard G. Mason
Emil A. Kleinhaus
Alexander B. Lees
Angela K. Herring
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Counsel for Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., Goldman, Sachs & Co. and Texas Energy Future Holdings Limited Partnership*