**CERTIFICATE OF SERVICE**

   I, Michael Busenkell, Esquire, hereby certify that on October 30, 2015, I caused a true and correct copy of the *Preliminary Objection of York Capital Management Global Advisors, LLC and P. Schoenfeld Asset Management L.P. to Proposed Settlement of Certain EFIH PIK Note Claims* to be served via the CM/ECF electronic notification system and served via facsimile on the parties listed below.

Dated: October 30, 2015             */s/ Michael Busenkell*
                            Michael Busenkell (No. 3933)

**Via Facsimile**
Richards Layton & Finger, P.A.
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
920 North King Street
Wilmington, DE
Facsimile: 302-651-7701

Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, NY 10022
Facsimile: 212-446-4900

Kirkland & Ellis LLP
Kirkland & Ellis International LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, IL 60654
Facsimile: 312-862-2200