# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ----------------------------------------------------------x | |
| *In re* : | Chapter 11 |
| : | |
| Energy Future Holdings Corporation, *et al.*, : | Case No. 14-10979 (CSS) |
| : | Jointly Administered |
| Debtors.[1] : | |
| : | **Re: D.I. 6765** |
| ----------------------------------------------------------x | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 30, 2015, a copy of the **Joinder of EFH Equity Owners in Debtors' Motion *in Limine* to Limit the Expert Report and Testimony of Mark Rule**, was caused to be served as indicated on the party below and on the parties on the attached service list.

**Via First Class Mail**
Mark F. Rule
AlixPartners
300 N. LaSalle Street
Suite 1900
Chicago, IL 60654

Dated: October 30, 2015
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Derek C. Abbott (No. 3376)
Erin R. Fay (No. 5268)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

---

[1] The last four digits on Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Counsel for Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. and Texas Energy Future Holdings Limited Partnership

-and-

WACHTELL, LIPTON, ROSEN & KATZ
Richard G. Mason
Emil A. Kleinhaus
Alexander B. Lees
Angela K. Herring
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

Counsel for Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., Goldman, Sachs & Co. and Texas Energy Future Holdings Limited Partnership