# SERVICE LIST

**BY HAND DELIVERY:**

Attn: William Bowden Esq
Gregory Taylor Esq
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19899

Attn: Michael Debaeche
Stanley Tarr
Blank Rome
1201 Market Street Suite 800
Wilmington, DE  19801

Attn: Kathleen A. Murphy
Buchanan Ingersoll & Rooney PC
919 North Market Street Suite 1500
Wilmington, DE  19801

Attn: Daniel Astin
John Mclaughlin Jr.
Joseph J. McMahon Jr.
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE  19801

Attn: Scott Cousins
Mark Olivere
Ann Kashishian
Cousins Chipman & Brown LLP
1007 North Orange Street Suite 1110
Wilmington, DE  19801

Attn: Mark E. Felger
Cozen O'connor
1201 North Market Street Suite 1001
Wilmington, DE  19801

Attn: Michael J. Joyce
Cross & Simon LLC
913 N. Market Street 11th Floor
Wilmington, DE  19899-1380

Attn: Jeffrey Schlerf
John Strock
L. John Bird
Fox Rothschild LLP
919 North Market Street Suite 300
Wilmington, DE  19801

Gary Seitz
Gellert Scali Busenkell & Brown LLC
913 N. Market Street 10th Floor
Wilmington, DE  19801

Attn: Michael G. Busenkell
Gellert Scali Busenkell & Brown LLC
913 N. Market Street 10th Floor
Wilmington, DE  19801

Attn: Adam Landis Esq
Mattew Mcguire Esq
Landis Rath & Cobb LLP
919 Market St Ste 1800
Wilmington, DE  19801

Attn: Marc Phillips Esq
Manion Gaynor & Manning LLP
The Nemours Building
1007 N Orange St 10th Fl
Wilmington, DE  19801

Attn: Ellen Slights Esq.
Office Of The United States Attorney
1007 Orange Street Suite 700
Wilmington, DE  19899-2046

Attn: Richard L. Schepacarter
Office Of The United States Trustee
J. Caleb Boggs Federal Building
Wilmington, DE  19801

Attn: Laura Davis Jones
Robert Feinstein
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street 17th Floor
Wilmington, DE  19899

Attn: Kevin M. Capuzzi
Pinckney Weidinger Urban & Joyce LLC
1220 North Market Street Suite 950
Wilmington, DE  19801

Attn: Christopher Ward Esq
Justin Edelson Esq
Shanti Katona Esq
Polsinelli PC
222 Delaware Ave Ste 1101
Wilmington, DE  19801

Attn: Laurie Silverstein Esq
Jeremy Ryan Esq
Potter Anderson & Corroon LLP
1313 N Market St 6th Fl
Wilmington, DE  19801

Attn: Kurt F. Gwyne
Kimberly E.C. Lawson
Reed Smith LLP
1201 Market Street Suite 1500
Wilmington, DE  19801

| | |
|---|---|
| Attn: Mark D Collins Esq<br>Daniel Defranceschi Esq<br>Jason Madron Esq<br>Richards Layton & Finger<br>920 N King St<br>Wilmington, DE  19801 | Attn: Patrick J. Healy<br>Wilmington Savings Fund Society<br>500 Delaware Avenue<br>Wilmington, DE  19801 |
| Attn: Mark S. Chehi<br>Kristhy M. Peguero<br>Skadden Arps Slate Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE  19899-0636 | Attn: Steven K. Kortanek<br>Mark L. Desgrosseilliers<br>Womble Carlyle Sandridge & Rice LLP<br>222 Delaware Avenue Suite 1501<br>Wilmington, DE  19801 |
| Attn: Pauline Morgan<br>Joel Waite<br>Ryan Bartley<br>Andrew Magaziner<br>Young Conaway Stargatt & Taylor LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 | Attn: Mark L. Desgrosseilliers Esq<br>Womble Carlyle Sandridge & Rice LLP<br>222 Delaware Ave Ste 1501<br>Wilmington, DE  19801<br><br>Matthew G. Summers<br>Ballard Spahr LLP<br>919 North Market Street<br>11th Floor<br>Wilmington, DE  19801 |
| Attn:  Sandra E. Horwitz<br>Managing Director<br>CSC Trust Company Of Delaware<br>2711 Centerville Rd Ste 400<br>Wilmington, DE  19808 | Jackson Shrum; Duane Werb<br>Werb & Sullivan<br>300 Delaware Ave.<br>Ste 1300<br>Wilmington, DE  19801 |
| Attn: Howard A. Cohen<br>Robert K. Malone<br>Drinker Biddle & Reath LLP<br>222 Delaware Ave. Ste. 1410<br>Wilmington, DE  19801-1621 | David Primack<br>McElryo Deutsch Mulvaney & Carpenter LLP<br>300 Delaware Ave.<br>Ste 770<br>Wilmington, DE  19801 |
| Attn: Stephen M. Miller<br>Morris James LLP<br>500 Delaware Avenue Suite 1500<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | David Klauder<br>O'Kelly Ernst & Bielli LLC<br>901 N Market St.<br>Wilmington, DE  19801 |
| Attn: Mark Minuti Esq<br>Lucian Murley, Esq.<br>Saul Ewing LLP<br>222 Delaware Ave Ste 1200<br>Wilmington, DE  19899 | Joseph Huston Jr.<br>Stevens & Lee P.C.<br>1105 N. Market St.<br>Wilmington, DE  19801 |
| Attn: Kathleen M. Miller<br>Smith Katzenstein & Jenkins LLP<br>800 Delaware Avenue Suite 1000<br>Wilmington, DE  19899 | Kevin G. Collins<br>Barnes & Thornburg LLP<br>1000 N. West St.<br>Wilmington, DE  19801 |
| Attn: Daniel K Hogan Esq<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE  19806 | Natalie Ramsey; Mark Fink<br>Sidney Liebesman<br>Montgomery McCracken Walker<br> & Rhoads, LLP<br>1105 N. Market St.<br>Wilmington, DE  19801 |

Richard Barkasy
Schnader Harrison Segal & Lewis LLP
824 N Market St.
Ste 800
Wilmington, DE  19801

Adam Hiller; Brian Arban; Johnna Darby
Hiller & Arban LLC
1500 N. French St.
Wilmington, DE  19801

Ashley Altschuler; R. Craig Martin
DLA Piper LLP
1201 N Market St.
Wilmington, DE  19801

Curtis Hehn
Law Offices of Curtis A. Hehn
1000 N. West St.
Ste 1200
Wilmington, DE  19801

Lisa Bittle Tancredi
Gebhardt & Smith LLP
1000 N. West St.
Ste 1200
Wilmington, DE  19801

Bradley Aronstam; Benjamin Schladweiler
Ross Aronstam & Moritz LLP
100 N. West St.
Ste 400
Wilmington, DE  19801

**BY FIRST CLASS MAIL:**

Attn: Alessandra Pansera
Computershare Trust Company Of Canada
1500 University St. Suite 700
Montreal, QC  H3A 3S8
CANADA

Attn: Mike Wilcox
Benchmark Industrial Services
P.O. Box 931
Kilgore, TX  75663

Attn: Rachel Obaldo
John Mark Stern
Comptroller Of Public Accounts
 Of The State Of TX
Office Of The Texas Attorney General
P.O. Box 12548
Austin, TX  78711-2548

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Attn: William Wochner
Kansas City Southern Railway (KCS)
P.O. Box 219335
Kansas City, MO  64121-9335

Attn: John P Dillman Esq
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Attn: Diane Wade Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX  78760

Attn: William T Medaille Esq
Lower Colorado River Authority
Legal Services
P.O. Box 220
Austin, TX  78767

Attn: Lee Gordon
Mccreary Veselka Bragg & Allen PC
P.O. Box 1269
Round Rock, TX  78680

Michael G. Smith
P.O. Box 846
Clinton, OK  73601

Attn: David Petty President
Northeast Texas Power Ltd
P.O. Box 553
Cumby, TX  75433

Attn: Hal Morris
Ashley Bartram
Nicole Mignone
Office Of The Texas Attorney General
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Attn: Elizabeth Banda Calvo Esq
Perdue Brandon Fielder Collins
 & Mott LLP
P.O. Box 13430
Arlington, TX  76094-0430

Attn: Jeanmarie Baer
Perdue Brandon Fielder Collins
 & Mott L.P.
P.O. Box 8188
Wichita Falls, TX  76307

Attn: Kenneth Pierce - Owner
Pierce Construction Inc
P.O. Box 69
Beckville, TX   75631

Attn: Jason A Starks
Asst Attorney General
Texas Office Of Public Utility
 Counsel (Opuc)
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX   78711-2548

Attn: Matthew J. Troy
United States Department Of Justice
Civil Division P.O. Box 875
Ben Franklin Station
Washington, DC   20044-0875

Attn: Ari D Kunofsky Esq
W Bradley Russell Esq
US Department Of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC   20044

Attn: Alexis McDonald
Weyerhaeuser Co.
P.O. Box 9777
Federal Way, WA   98063

Attn: Peter O. Hansen
ADA Carbon Solutions
1460 W. Canal Court Suite 100
Littleton, CO   80120

Attn: Charles R. Patton
AEP Texas North Company
1 Riverside Plaza
Columbus, OH   43215-2372

Attn: Ira Dizengoff
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY   10036-6745

Attn: Scott Alberino
Joanna Newdeck
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue NW
Washington, DC   20036-1564

Attn: Max W Laun
ALCOA
201 Isabella Street
Pittsburgh, PA   15219-5858

Attn: Dean Smith
Ameco Inc
2106 Anderson Road
Greenville, SC   29611

American Stock Transfer & Trust Co LLC
6201 15th Avenue
Brooklyn, NY   11219

Attn: Paul Kim
American Stock Transfer
 & Trust Company LLC
6201 15th Avenue
Brooklyn, NY   11219

Attn: Kalyn Asher
Asher Media Inc
15303 Dallas Parkway Suite 1300
Addison, TX   75001

Attn: Michael Hoehn
Automatic Systems Inc
9230 East 47th Street
Kansas City, MO   64133

Attn: Benjamin L. Stewart
Bailey Brauer PLLC
Campbell Centre I
8350 N. Central Expy Suite 935
Dallas, TX   75206

Attn: James Prince
Omar J. Alaniz
Ian E. Roberts
Baker Botts LLP
2001 Ross Ave.
Dallas, TX   75201-2980

Attn: Mike Wilcox
Benchmark Industrial Services
2100 State Highway 31 E
Kilgore, TX   75662

Attn: Julia Frost-Davies Esq
Christopher L. Carter Esq.
Bingham Mccutchen LLP
One Federal Street
Boston, MA   02110-1726

Attn: Jeffrey S. Sabin Esq
Bingham Mccutchen LLP
399 Park Avenue
New York, NY   10022-4689

Attn: Michael B. Schaedle
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA   19103

Attn: Peter Lee
Senior General Attorney
Bnsf Railway Company
2500 Lou Menk Drive
Fort Worth, TX   76131-2828

Attn: Ian T. Peck Esq.
Bnsf Railway Company
c/o Haynes & Boone LLP
201 Main Street Suite 2200
Fort Worth, TX   76102-3126

Attn: Ken Hoffman
Vice President
BOKF DBA Bank Of Arizona
3001 East Camelback Road Suite 100
Phoenix, AZ   85016

Attn:  Cyndi Wilkinson
Senior Vice President
BOKF DBA Bank Of Arizona
3001 East Camelback Road Suite 100
Phoenix, AZ   85016

Attn:  David Koch
Brake Supply Co Inc
5501 Foundation Blvd
Evansville, IN   47725

Attn: Christine C. Ryan
Brickfield Burchette Ritts & Stone Pc
1025 Thomas Jefferson Street Nw
Washington, DC   20007

Attn: Donald K. Ludman
Brown & Connery LLP
6 North Broad Street Suite 100
Woodbury, NJ   08096

Attn: Edward Weisfelner Esq
Brown Rudnick LLP
Seven Times Square
New York, NY   10036

Attn: Jeffrey Jonas Esq
Andrew Strehle Esq
Jeremy Coffey Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA   02111

Attn: Howard Siegel Esq
Brown Rudnick LLP
185 Asylum Street
Hartford, CT   06103

Attn: Jeremy B. Coffey
Brown Rudnick LLP
Seven Times Square
New York, NY   10036

Attn: Stephanie Wickouski
Michelle McMahon
Bryan Cave LLP
1290 Avenue Of The Americas
New York, NY   10104

Attn: Robert E. Pedersen
Bryan Cave LLP
1290 Avenue Of The Americas
New York, NY   10104-3300

Attn: Shawn M. Christianson
Buchalter Nemer A Professional
Corporation
55 Second Street 17th Floor
San Francisco, CA   94105-3493

Attn: Isabelle Roux-Chenu
Capgemini North America Inc
623 Fifth Ave 33rd Floor
New York, NY   10022

Robert Claude Esq.
Associate General Counsel
Centerpoint Energy Houston
1111 Louisiana Street
Houston, TX   77002

Attn: Owen Coyle
Citibank N.A.
1615 Brett Road Ops III
New Castle, DE   19720

Citibank N.A.
388 Greenwich St 21st Fl
New York, NY   10013

Attn:  Eric O. Ligan
Vice President
Citibank N.A.
388 Greenwich St 32nd Fl
New York, NY   10013

Citibank N.A.
Bank Loan Syndications Department
1615 Brett Road Building III
New Castle, DE   19720

Attn:  Annemarie E. Pavco
Securities Processing Senior Analyst
Citibank N.A.
Global Loans 1615 Brett Rd. OPS III
New Castle, DE   19720

Attn: Ryan Falcone
Citibank N.A.
388 Greenwich Street
New York, NY   10013

Attn: Christopher B. Mosley
City Of Fort Worth
1000 Throckmorton Street
Fort Worth, TX   76102

Attn: Thomas Moloney
Sean O'Neal
Humayun Khalid
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY   10006

Attn: William E. Kelleher Jr.
Cohen & Grigsby P.C.
625 Liberty Avenue
Pittsburgh, PA   15222-3152

Attn: Tina Vitale Ba LI.B.
Computershare
480 Washington Blvd
Jersey City, NJ   07310

Attn: Karlos Courtney
Courtney Construction Inc
2617 Us Hwy 79n
Carthage, TX   75633

Attn: Stephen C. Stapleton
Cowles & Thompson
Bank Of America Plaza
901 Main Street Suite 3900
Dallas, TX   75202

President or General Counsel
Crane Nuclear Inc
2825 Cobb International Blvd Nw
Kennesaw, GA   30152

Attn: Judy Hamilton Morse
Crowe & Dunlevy PC
20 North Broadway Suite 1800
Oklahoma City, OK   73102

Attn: Robert Szwajkos
Curtin & Heefner LLP
250 Pennsylvania Ave.
Morrisville, PA   19067

Miles Cowdry
Data Systems & Solutions LLC
Rolls-Royce Civil Nuclear
Huntsville, AL   35806

Attn: Marshall Huebner
Benjamin Kaminetzky
Elliot Moskowitz
Damon Meyer
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY   10017

Attn: Hugh Mcdonald Esq
Louis Curcio Esq
Oscar Pinks Esq
Dentons US LLP
1221 Avenue Of The Americas
New York, NY   10020

Attn: Sara Pelton
Deutsche Bank
60 Wall Street (Nycc60-0266)
New York, NY   10005-2836

Attn: Marcus M. Tarkington
Deutsche Bank
60 Wall Street (Nycc60-0266)
New York, NY   10005-2836

Attn: Jeffrey R. Fine
Dykema Gossett PLLC
1717 Main Street Suite 4000
Dallas, TX   75201

Attn: James Katchadurian E.V.P.
Epiq Bankrupty Solutions LLC
757 Third Avenue 3rd Floor
New York, NY   10017

Attn: Mark Brancato
Cement Projects Americas
2040 Avenue C
Bethlehem, PA   18017

Attn: Carlos M. Hernandez
Fluor Global Services
6700 Las Colinas Blvd
Irving, TX   75039

Attn: Harold Kaplan Esq
Mark Hebbeln Esq
Lars Peterson Esq
Foley & Lardner LLP
321 N Clark St Ste 2800
Chicago, IL   60654-5313

Attn: Samuel S. Ory
Frederic Dorwart Lawyers
124 East Fourth Street
Tulsa, OK  74103

Attn: Brad E. Scheler
Gary L. Kaplan
Matthew M. Roose
Fried Frank Harris Shriver
 & Jacobson LLP
One New York Plaza
New York, NY  10004

Attn: Clay Thomas
Frisco Construction Services
9550 John W. Elliott Drive Suite 106
Frisco, TX  75033

Attn: Edward M. King Esq.
Frost Brown Todd LLC
400 W. Market Street 32nd Floor
Louisville, KY  40202

Attn: John P. Melko
Michael K. Riordan
Gardere Wynne Sewell LLP
1000 Louisiana Ste. 3400
Houston, TX  77002

Attn: John Poznick - Controller
Generator & Motor Services Inc
601 Braddock Ave
Turtle Creek, PA  15145

Attn: John L. Howard
Grainger
100 Grainger Pkwy
Lake Forest, IL  60045

Attn: Jonathan Hook
Haynes And Boone LLP
30 Rockefeller Center 26th Floor
New York, NY  10112

Attn: Patrick L. Hughes
Haynes And Boone LLP
1221 Mckinney Street Suite 1200
Houston, TX  77010

Attn: Ian T. Peck
Haynes And Boone LLP
201 Main Street Suite 2200
Fort Worth, TX  76102-3126

Attn: Raghu Raman Lakshmanan
HCL America Inc
330 Potrero Avenue
Sunnyvale, CA  94085

Attn: Harlan M. Hatfield
Headwaters Resources Inc
10701 S River Front Parkway Ste 300
South Jordan, UT  84095

Attn: Michael Puryear Esq.
General Counsel
Holt Texas Ltd D/B/A Holt Cat
3302 South W.W. White Rd
San Antonio, TX  78222

Attn: R Scott Hopkins
Hydrocarbon Exchange Corp.
5910 N. Central Expy. Ste 1380
Dallas, TX  75206

Internal Revenue Service
Department Of The Treasury
324 E. 2500 S
Ogden, UT  84201

Attn: Jeff Grodel
J & S Construction LLC
10823 N US Highway 75
Buffalo, TX  75831

Attn: Monica S. Blacker
Jackson Walker LLP
901 Main Street Suite 6000
Dallas, TX  75202

Attn: J. Scott Rose
Jackson Walker LLP
Weston Centre
112 E. Pecan Street Suite 2400
San Antonio, TX  78205

Attn: Patricia Villareal
Jones Day
2727 North Harwood Street
Dallas, TX  75201

Attn: Michael L. Davitt
Jones Day
2727 North Harwood Street
Dallas, TX  75201

Attn: William Wochner
Kansas City Southern Railway (KCS)
427 West 12th Street
Kansas City, MO  64105

Attn: Michael Mcconnell Esq
Clay Taylor Esq
Katherine Thomas Esq
Kelly Hart & Hallman LLP
201 Main St Ste 2500
Fort Worth, TX  76102

Attn: Richard Cieri Esq
Edward Sassower PC
Stephen Hessler Esq
Brian E. Schartz Esq
Kirkland & Ellis LLP
601 Lexington Ave
New York, NY  10022

Attn: James H.M. Sprayregen P.C.
Chad Husnick Esq
Steven Serajeddini Esq
Kirkland & Ellis LLP
300 N Lasalle
Chicago, IL  60654

Attn: Thomas Moers Mayer
Gregory Horowitz
Joshua Brody
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
1177 Avenue Of The Americas
New York, NY  10036

Attn: Jamie R Welton Esq
Lackey Hershman LLP
3102 Oak Lawn Ave Ste 777
Dallas, TX  75219

Attn:  Frank Godino
Vice President
Law Debenture Trust Company Of New York
400 Madison Ave Ste 4D
New York, NY  10017

Attn: Patricia Williams Prewitt
Law Office Of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX  77868

Attn: Elizabeth Weller Esq
Linebarger Goggan Blair & Sampson LLP
2777 N Stemmons Freeway Suite 1000
Dallas, TX  75207

Attn: Geoffrey Gay Esq
Lloyd Gosselink Rochelle & Townsend PC
816 Congress Ave Ste 1900
Austin, TX  78701

Attn: Phil Wilson
Transmission Services Corp
Lower Colorado River Authority
Austin, TX  78703

Attn: Jonathan L. Howell
Mccathern PLLC
Regency Plaza
3710 Rawlins Suite 1600
Dallas, TX  75219

Attn: Peter S. Goodman
Michael R. Carney
Mckool Smith
One Bryant Park 47th Floor
New York, NY  10036

Attn: Paul D. Moak Esq.
Mckool Smith
600 Travis Street Suite 7000
Houston, TX  77002

Attn:  Mike Croffland
General Manager
Merico Abatement Contractors Inc
201 Estes Dr
Longview, TX  75602-6100

Attn: Dennis F. Dunne
Evan R. Fleck
Karen Gartenberg
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Attn: Karen Gartenberg
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhatten Plaza
New York, NY  10005

Attn: Jonathan Brown
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Attn: Keith Debault
Mine Service Ltd
855 E Us Highway 79
Rockdale, TX  76567

Attn: James Peck Esq Brett H Miller Esq
Lorenzo Marinuzzi Esq
Morrison & Foerster LLP
250 W 55th St
New York, NY  10019

Attn: Russell L Munsch Esq
Munsch Hardt Kopf & Harr PC
3050 Frost Bank Tower
401 Congress Ave
Austin, TX  78701-4071

```
Attn: Kevin M Lippman Esq
Munsch Hardt Kopf & Harr PC
500 N Akard St Ste 3800
Dallas, TX  75201-6659

Attn: Jody A. Bedenbaugh
George B. Cauthen
Nelson Mullins Riley & Scarborough LLP
1320 Main Street 17th Floor
P.O. Box 11070 (29211)
Columbia, SC  29201

Attn: Richard C. Pedone
Amanda D. Darwin
Nixon Peabody
100 Summer Street
Boston, MA  02110

Attn: David Petty
Northeast Texas Power Ltd
102 N Ih 30
Cumby, TX  75433

Attn: George A. Davis
O'melveny & Myers LLP
7 Times Square
New York, NY  10036

Office Of The United States Trustee
U.S. Federal Office Building
201 Varick Street Suite 1006
New York, NY  10014

Attn: Daniel A. Lowenthal; Craig W. Dent
Patterson Belknap Webb & Tyler LLP
1133 Avenue Of The Americas
New York, NY  10036-6710

Attn: Alan Kornberg; Kelley Cornish
Brian Hermann
Jacob Adlerstein
Paul Weiss Rifkind Wharton
 & Garrison LLP
1285 Avenue Of The Americas
New York, NY  10019

Attn: Desiree M. Amador Atty
Pension Benefit Guaranty Corporation
Office Of The Chief Counsel
1200 K Street N.W.
Washington, DC  20005-4026

Attn: Israel Goldowitz
Pension Benefit Guaranty Corporation
1200 K Street Nw
Washington, DC  20005-4026

Attn:  Jon Chatalian
Office Of The Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street Nw
Washington, DC  20005-4026

Attn: Craig Yamaoka Senior
 Financial Analyst
Pension Benefit Guaranty Corporation
1200 K Street Nw
Washington, DC  20005

Attn: Owen M Sonik Esq
Perdue Brandon Fielder Collins
 & Mott LLP
1235 N Loop West Ste 600
Houston, TX  77008

Attn: Chuck William
Performance Contracting Inc
16400 College Blvd
Lenexa, KS  66219

Attn: Kenneth Pierce
Pierce Construction Inc
4324 State Hwy 149
Beckville, TX  75631

Attn: Edward Fox Esq
Polsinelli PC
900 Third Ave 21st Fl
New York, NY  10022

Attn: Michael L. Atchley
Matthew T. Taplett
Pope Hardwicke Christie Schell Kelly
 & Ray LLP
500 West 7th Street Suite 600
Fort Worth, TX  76102

Attn: Hohn A. Harris; Jason D. Curry
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

Attn: Brad Mckenzie - Controller
Ranger Excavating LP
5222 Thunder Creek Road
Austin, TX  78759

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue Of The Americas
New York, NY  10036-8704
```

Attn: Mary Perry
Ryan Partnership (Formerly Solutionset)
440 Polaris Parkway
Westerville, OH   43082

Attn: Christopher R. Belmonte, Esq
Pamela A. Bosswick, Esq
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY   10169

Attn: Sonia Jasman
Securitas Security Services USA
2 Campus Drive
Parsippany, NJ   07054-4400

Attn: Legal Department
Securitas Security Services USA
4330 Park Tce Drive
Westlake Village, CA   91361

Securities And Exchange Commission
100 F Street NE
Washington, DC   20549

Attn: John Ashmead; Kalyan Das
Arlene Alves
Seward & Kissel LLP
One Battery Park Plaza
New York, NY   10014

Attn: Richard E. Chandler Jr.
Shaw Maintenance (CC&I)
C/O Cb&I - One Cb&I Plaza
The Woodlands, TX   77380

Attn: Frederic Sosnick Esq
Ned Schodek Esq
Shearman & Sterling LLP
599 Lexington Ave
New York, NY   10022

Attn: Ann Fairchild
Siemens Power Generation Inc
4400 N Alafaya Trl
Orlando, FL   32826

Attn: David Beckman
Sitel LLC
3102 West End Avenue Suite 900
Nashville, TN   37203

Attn: Jay M. Goffman
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY   10036-6522

Attn: George N. Panagakis
Carl T. Tullson
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive Suite 2700
Chicago, IL   60606-1720

Attn: David E. Leta
Snell & Wilmer LLP
15 West South Temple Suite 1200
Salt Lake City, UT   84101

Attn:  John Luke
c/o Forge Group Ltd
Taggart Global LLC
4000 Town Center Blvd. Ste 300
Canonsburg, PA   15317

Attn: Wayne Yost Owner
Team Excavating
815 N Main Street
Wrens, GA   30833

Attn: Patrick Apodaca
Texas-New Mexico Power Company
414 Silver Avenue Sw
Albuquerque, NM   87102-3289

Attn: Rafael MartinezVp - Csm
The Bank Of New York Mellon
 Trust Company
601 Travis Street 16th Fl
Houston, TX   77002

Attn: Thomas Vlahakis VP
The Bank Of New York Mellon
 Trust Company
385 Rifle Camp Rd 3rd Fl
Woodland Park, NJ   07424

Attn: Dennis Roemlein
The Bank Of New York Mellon
 Trust Company
601 Travis St 16th Floor
Houston, TX   77002

Attn: Thomas Vlahakis Vice President
The Bank Of New York Mellon
 Trust Company
385 Rifle Camp Rd.3rd Floor
Woodland Park, NJ   07424

Attn: John Warren May
TPUSA
1991 South 4650 West
Salt Lake City, UT   84104

Attn: Guillermo Montano  
Transactel Inc  
18 Calle 25-85 Z.10  
Guatemala City,

Attn:  Christine McGarvey  
Trent Wind Farm  
Trent Wind Farm L.P.  
1423 Cr 131  
Trent, TX  79561

Attn:  Jay Jadwin & Lisa Groff  
Trent Wind Farm  
Trent Wind Farm LP  
155 W. Nationwide Blvd Suite 500  
Columbus, OH  43215

Attn: Jordan S. Blask Lara E. Shipkovitz  
Tucker Arensberg P.C.  
1500 One PPG Place  
Pittsburgh, PA  15222

Attn:  Laura Roberson  
Vice President  
Umb Bank N.A.  
2 South Broadway Suite 600  
St. Louis, MO  63102

Attn: Michael L. Schein Esq.  
Vedder Price Pc  
1633 Broadway 47th Floor  
New York, NY  10019

Attn: Richard Mason; Emil Kleinhaus; Austin Witt  
Wachtell Lipton Rosen & Katz  
51 West 52nd Street  
New York, NY  10019

Attn: Calvin Grace - President & Ceo  
Warfab  
607 Fisher Rd  
Longview, TX  75604

Attn: Gregory M. Weinstein  
Weinstein Radcliff LLP  
6688 N. Central Expressway Suite 675  
Dallas, TX  75206

Attn: Mike Sweeney Sr VP  
 & General Counsel  
Westinghouse Electric Co LLC  
Legal & Contracts  
Cranberry Township, PA  16066

Attn: J. Christopher Shore  
Gregory Starner  
White & Case LLP  
1155 Avenue Of The Americas  
New York, NY  10036

Attn: Thomas Lauria; Matthew Brown  
White & Case LLP  
200 South Biscayne Boulevard  
Suite 4900  
Miami, FL  33131

Attn: Philip Anker Esq  
George Shuster Esq  
Wilmer Cutler Pickering Hale & Dorr LLP  
7 World Trade Center  
250 Greenwich St  
New York, NY  10007

Attn: Benjamin Loveland Esq  
Wilmer Cutler Pickering Hale & Dorr LLP  
60 State St  
Boston, MA  02109

Attn: Jeffrey T. Rose  
Wilmington Trust FSB  
50 South Sixth Street Suite 1290  
Minneapolis, MN  55402

Attn: David Neier Esq.  
Winston & Strawn LLP  
200 Park Avenue  
New York, NY  10166

Attn: William P. Weintraub  
Kizzy L. Jarashow  
Woodwin Procter LLP  
The New York Times Building  
620 Eighth Avenue  
New York, NY  10018

Thomas Walper; Todd Rosen; Seth Goldman  
Munger Tolles & olson LLP  
355 S Grand Ave  
Los Angeles, CA  90071

Jeff Marwil Mark Thomas Peter Young  
Proskauer Rose LLP  
70 W Madison St.  
Ste 2800  
Chicago, IL  60602

Christine Ryan  
Holland & Knight LLP  
800 17th St NW  
Ste 1100  
Washington, DC  20006

Paula K. Jacobi; Kevin Driscoll Jr.
Barnes & Thornburg LLP
One North Wacker Dr.
Chicago, IL  60606

Richard Levin
Carvath Swaine & Moore LLP
825 Eighth Ave.
New York, NY  10019

Daniel Bearden
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX  75205

Andrew Dietderich; Brian Gluecksetin
Michael Torkin
Sullivan & Cromwell LLP
125 Broad St.
New York, NY  10004

Richard Levin
Jenner & Block
919 Third Ave.
New York, NY  10022

Vincent Lazar
Jenner & Block LLP
353 N. Clark St.
Chicago, IL  60654

Howard Hawkins; Ellen Halsteas
Michele Maman
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Mark Ellenberg
Cadwalader Wickersham & Taft LLP
700 Sixth Street
Washington, DC  20001

Andrew Mytelka; Michael Adams
Scott Andrews
Greer Herz & Adams LLP
One Moody Plaza
18th Floor
Galveston, TX  77550

Bernard Johnson III; Wayne Fisher
Fisher Boyd Johnson & Huguenard LLP
2777 Allen Parkway
Houston, TX  77019

Bruce Ruzinsky; Matthew Cavenaugh
Jackson Walker LLP
1401 McKinney St
Ste 1900
Houston, TX  77010

Sarah K. Kam
Reed Smith LLP
599 Lexington Ave
22nd Fl
New York, NY  10022

Peter Friedman; Daniel Shamah
O'melveny & Myers LLP
7 Times Square
New York, NY  10036

Andrew Sorkin
O'melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006