IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 30, 2015 STARTING AT 3:00 P.M. (EDT)[3]**

I.  **CONTESTED MATTER GOING FORWARD:**

   1.  Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders [D.I. 6699; filed October 27, 2015] (the "Amended Settlement Notice")

      Response/Objection Deadline:    October 30, 2015 at 12:00 p.m. (noon) (EDT)

      Responses/Objections Received:

      A.  Objection of the EFH Official Committee to Notice of Proposed Settlement of EFIH PIK Note Claims of GSO Capital Partners LP and Avenue Capital Management II, L.P. [D.I. 6688; filed October 27, 2015]

      B.  Joinder of Shirley Fenicle, as Successor-in-Interest to the Estate of George Fenicle, and David William Fahy to the Objection of the EFH Official Committee to Notice of Proposed Settlement of EFIH PIK Note Claims of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] The October 30, 2015 (the "October 30th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 3:00 p.m. (EDT). Notwithstanding any deadline to the contrary set forth in the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009,* any person who wished to appear telephonically at the October 30th Hearing must **have** contacted COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Friday, October 30, 2015 to register his/her telephonic appearance.

RLF1 13220911v.1

        GSO Capital Partners LP and Avenue Capital Management II, L.P. [D.I. 6703; filed October 27, 2015]

C.    Limited Objection of the Bank of New York Mellon, as Indenture Trustee, and the Bank of New York Mellon Trust Company, N.A., as Indenture Trustee, to Notice of Proposed Settlement of EFIH PIK Note Claims of GSO Capital Partners LP and Avenue Capital Management II, L.P. [D.I. 6711; filed October 28, 2015]

D.    **Statement and Reservation of Rights of the EFH Official Committee with Respect to the Proposed Stipulation Between the Plan Sponsors and Certain Holders of EFIH PIK Note Claims [D.I. 6769; filed October 30, 2015]**

E.    **Preliminary Objection of York Capital Management Global Advisors, LLC and P. Schoenfeld Asset Management L.P. to Proposed Settlement of Certain EFIH PIK Note Claims [D.I. 6770; filed October 30, 2015]**

F.    **Response of UMB Bank, N.A., to the Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders [D.I. 6771; filed October 30, 2015]**

Related Documents:

i.    EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 4964; filed July 9, 2015]

ii.    Letter from Andrew R. McGaan, P.C. re: EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes to the Honorable Christopher S. Sontchi [D.I. 5238; filed August 7, 2015]

iii.    Letter to the Honorable Christopher S. Sontchi in connection with the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 5239; filed August 7, 2015]

iv.    Partial Response of UMB Bank, N.A. to the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 5788; filed August 28, 2015]

v.    Response of UMB Bank, N.A. to the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 5874; filed September 4, 2015]

vi. EFIH Debtors' Reply in Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 5962; filed September 11, 2015]

vii. Notice to Lift Temporary Seal [D.I. 5967; filed September 14, 2015]

viii. EFIH Debtors' Reply in Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 6109; filed September 18, 2015]

ix. UMB Bank, N.A.'s Motion for Leave to File Sur-Reply to the EFIH Debtors' Reply in Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 6303; filed October 2, 2015]

x. Notice of Scheduling of Oral Argument in Connection with (I) the "EFH Debtors' Motion for Summary Judgment" [Adv. D.I. 41] (II) the "EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgement and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment" [Adv. D.I. 46] and (III) Certain Aspects of the "EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes" [D.I. 4964] [D.I. 6383; filed October 7, 2015]

xi. EFIH Debtors' Response to "UMB Bank, N.A.'s Motion for Leave to File Sur-Reply to the EFIH Debtors' Reply in Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes" [D.I. 6488; filed October 16, 2015]

xii. Notice of Proposed Settlement of EFIH PIK Note Claims of GSO Capital Partners LP and Avenue Capital Management II, L.P. [D.I. 6530; filed October 20, 2015]

xiii. Notice of Scheduling of Oral Argument in Connection with Certain Aspects of the "EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes" [D.I. 4964] [D.I. 6542; filed October 20, 2015]

xiv. Notice of Hearing in Connection with "Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders [D.I. 6699] [D.I. 6736; filed October 28, 2015]

Status: As set forth on the record of the October 28, 2015 hearing in these chapter 11 cases, a hearing to consider approval of the settlement described in the Amended Settlement Notice (and the exhibits thereto) will go forward at the hearing.

RLF1 13220911v.1

Dated: October 30, 2015
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*