IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP, *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.¹ | ) ) ) | (Jointly Administered) |

**VERIFIED STATEMENT OF KAYE SCHOLER LLP
AND GELLERT SCALI BUSENKELL & BROWN, LLC PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Kaye Scholer LLP ("Kaye Scholer") and Gellert Scali Busenkell & Brown LLC ("GSB&B", and together with Kaye Scholer, "Counsel") hereby submit this verified statement (this "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and respectfully state as follows:

1. As of the date of this Statement, Counsel advises and otherwise represents York Capital Management Global Advisors, LLC ("York Capital Management") and P. Schoenfeld Asset Management L.P. ("PSAM", and collectively with York Capital Management, the "Non-Settling EFIH PIK Noteholders"), on behalf of funds and accounts that they each manage or advise.

2. York Capital Management's address is 767 Fifth Avenue, 17th Floor, New York, NY 10153. York Capital Management holds, or is the investment advisor or manager of accounts that hold, approximately $474,858,297 in aggregate principal amount of 11.25%/12.25% senior toggle notes due December 1, 2018 (the "EFIH PIK Notes"), issued pursuant to that certain Indenture (as amended or supplemented) dated as of December 5, 2012, by among, *inter alia*, the

---

¹ The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. A complete list of debtors and their respective tax identification numbers may be found at http://www.efhcaseinfo.com.

EFIH Debtors, as issuer, and UMB Bank, N.A., as successor indenture trustee.  Upon information and belief, the principal amount of EFIH PIK Notes held by York Capital Management represents 30.3% of the total principal amount of issued and outstanding EFIH PIK Notes.

3. PSAM's address is 1350 Avenue of the Americas, 21st Floor, New York, NY 10019.  PSAM holds, or is the investment advisor or manager of accounts that hold, approximately $114,192,339 in aggregate principal amount of the EFIH PIK Notes.  Upon information and belief, the principal amount of EFIH PIK Notes held by PSAM represents 7.3% of the total principal amount of issued and outstanding EFIH PIK Notes.

4. The Non-Settling EFIH PIK Noteholders separately requested that Counsel represent it in connection with these Chapter 11 cases.

5. Counsel represents only the interests of the Non-Settling EFIH PIK Noteholders and does not represent or purport to represent any other entities in connection with these chapter 11 cases.

6. Each of Kaye Scholer and GSB&B holds no claims against or interests in the above-captioned Debtors or their estates.

7. Nothing in this statement shall be construed as a limitation upon, or waiver of, York Capital Management's or PSAM's right to assert, file or amend its or their claims in accordance with applicable law and any orders entered in these cases.

8. Counsel reserves the right to supplement or amend this Statement at any time for any reason.

9. The undersigned hereby verifies under oath that this Statement is true and accurate, to the best of the undersigned's knowledge and belief.

Dated: October 30, 2015

Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN, LLC

By: */s/ Michael Busenkell*
    Michael Busenkell (DE 3933)
    913 N. Market Street, 10th Floor
    Wilmington, DE 19801
    Telephone: (302) 425-5812
    Facsimile: (302) 425-5814

KAYE SCHOLER LLP

By: */s/ Scott D. Talmadge*
    Scott D. Talmadge
    250 W. 55th Street
    New York, NY 10019
    Telephone: (212) 836-8000
    Facsimile: (212) 836-6540

*Attorneys for York Capital Management Global Advisors, LLC and P. Schoenfeld Asset Management L.P., on behalf of funds and accounts that they each manage or advise*