**Exhibit 1** to **Exhibit A**

[Wrong Debtor and Modify Amount Claims]

# ENERGY FUTURE HOLDINGS CORP., et al.

## TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4915 | No Debtor Asserted<br>No Debtor Asserted | 503(b)(9)<br>Unsecured | $222.80<br>$6,290.07 | Luminant Generation Company LLC<br>Luminant Generation Company LLC | 503(b)(9)<br>Unsecured | $199.68<br>$977.23 |
| | | | | Subtotal | $6,512.87 | | Subtotal | $1,176.91 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment (1) for freight charges asserted (Debtor uses a third party logistics company to whom the liability is owed) and (2) review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant. | | | | | | | |
| 2 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4916 | No Debtor Asserted | Unsecured | $1,351.93 | Luminant Generation Company LLC | Unsecured | $989.19 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant. | | | | | | | |
| 3 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4922 | No Debtor Asserted<br>No Debtor Asserted | 503(b)(9)<br>Unsecured | $7,623.74<br>$1,393.60 | Luminant Generation Company LLC<br>Sandow Power Company LLC<br>Luminant Generation Company LLC<br>Sandow Power Company LLC | 503(b)(9)<br>503(b)(9)<br>Unsecured<br>Unsecured | $1,469.53<br>$5,528.26<br>$268.53<br>$1,125.07 |
| | | | | Subtotal | $9,017.34 | | Subtotal | $8,391.39 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant. | | | | | | | |

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4924 | No Debtor Asserted<br>No Debtor Asserted | 503(b)(9)<br>Unsecured | $1,535.46<br>$16,708.57 | Luminant Generation Company LLC<br>Sandow Power Company LLC<br>Luminant Generation Company LLC<br>Sandow Power Company LLC | 503(b)(9)<br><br>Unsecured<br>Unsecured | $1,108.27<br>$427.19<br>$15,327.03<br>$674.51 |
| | | | | | Subtotal $18,244.03 | | Subtotal | $17,537.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4925 | No Debtor Asserted<br>No Debtor Asserted | 503(b)(9)<br>Unsecured | $1,866.81<br>$40,994.90 | Oak Grove Management Company LLC<br>Luminant Generation Company LLC<br>Oak Grove Management Company LLC | 503(b)(9)<br><br>Unsecured<br>Unsecured | $1,320.83<br>$26.84<br>$31,176.65 |
| | | | | | Subtotal $42,861.71 | | Subtotal | $32,524.32 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment (1) for freight charges asserted (Debtor uses a third party logistics company to whom the liability is owed) and (2) review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant.

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
| 6 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4930 | No Debtor Asserted<br>No Debtor Asserted | 503(b)(9)<br>Unsecured | $5,263.81<br>$6,051.39 | Oak Grove Management Company LLC<br>Luminant Generation Company LLC<br>Oak Grove Management Company LLC | 503(b)(9)<br>Unsecured<br>Unsecured | $3,718.65<br>$37.10<br>$5,307.19 |
| | | | | Subtotal | $11,315.20 | | Subtotal | $9,062.94 |
| | | | | TOTAL | $89,303.08 | | TOTAL | $69,681.75 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant.