**Exhibit 1** to **Exhibit A**

[Wrong Debtor Claims]

52269820v2

# ENERGY FUTURE HOLDINGS CORP., et al.

## TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | SPENCER-HARRIS OF ARKANSAS INC<br>HIGHWAY 82 EAST<br>BOX 579<br>MAGNOLIA, AR 71753 | 4422 | No Debtor Asserted | Unsecured | $96,576.19 | Luminant Generation Company LLC | Unsecured | $96,576.19 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 2 | TY FLOT INC<br>305 MASSABESIC ST<br>MANCHESTER, NH 03103 | 3412 | Energy Future Holdings Corp. | Unsecured | $48,558.38 | Luminant Generation Company LLC | Unsecured | $48,558.38 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| | | | | | TOTAL $145,134.57 | | TOTAL | $145,134.57 |