**Exhibit 1** to **Exhibit A**

[Wrong Debtor and Modify Priority Claims]

52271696v2

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | H&E EQUIPMENT SERVICES, INC. C/O BELL NUNNALLY ATTN: RANDALL K. LINDLEY 3232 MCKINNEY AVE., STE. 1400 DALLAS, TX 75204 | 7933 | Energy Future Holdings Corp. | Unsecured | $44,400.87 | Luminant Mining Company LLC | 503(b)(9) | $6,337.88 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $1,275.94 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $10,396.74 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $28,997.33 |
| | | | Energy Future Holdings Corp. | | $2,607.02 | | | |
| | | | | Subtotal | $47,007.89 | | Subtotal | $47,007.89 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | WAUKESHA-PEARCE INDUSTRIES, INC. ATTN: DAVID G. MCMILLEN 12320 S MAIN HOUSTON, TX 77035 | 3413 | Energy Future Holdings Corp. | 503(b)(9) | $196,461.24 | Luminant Generation Company LLC | 503(b)(9) | $81.99 |
| | | | | | | Luminant Mining Company LLC | 503(b)(9) | $158,929.08 |
| | | | | | | Oak Grove Management Company LLC | 503(b)(9) | $3,337.82 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $26,474.23 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $7,638.12 |
| | | | | | | | Subtotal | $196,461.24 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | WINDHAM MANUFACTURING COMPANY INC<br>8520 FORNEY RD<br>DALLAS, TX 75227-4515 | 214 | No Debtor Asserted | 503(b)(9) | $3,672.40 | Luminant Generation Company LLC | Unsecured | $3,672.40 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | TOTAL | $247,141.53 | | TOTAL | $247,141.53 |
|---|---|---|---|---|---|

## Exhibit 2 to Exhibit A

[Wrong Debtor, Modify Amount and Modify Priority Claims]

52271696v2

# ENERGY FUTURE HOLDINGS CORP., et al.

## TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | LEE HECHT HARRISON LLC<br>2301 LUCIEN WAY, SUITE 325<br>MAITLAND, FL 32751 | 3339 | Energy Future Holdings Corp. | Priority | $7,000.00 | EFH Corporate Services Company | Unsecured | $7,000.00 |
| | | | Energy Future Holdings Corp. | Unsecured | $7,000.00 | | | |
| | | | | Subtotal | $14,000.00 | | | |
| | | | | TOTAL | $14,000.00 | | TOTAL | $7,000.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects amount owed according to Debtors' books and records; claimed amount was not supported; claim is reduced to eliminate double-counting. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a), claimant's supporting documentation and Debtors' books and records provide no basis for priority.