IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP, *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Scott D. Talmadge, Esquire to represent York Capital Management Global Advisors, LLC and P. Schoenfeld Asset Management L.P. in the above-referenced cases.

Dated: October 30, 2015

GELLERT SCALI BUSENKELL & BROWN, LLC

Michael Busenkell (No. 3933)
913 North Market Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 425-5812

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

KAYE SCHOLER LLP

Scott D. Talmadge, Esq.
250 W. 55th Street
New York, NY 10019
Telephone: (212) 836-8000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.