**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF O'KELLY ERNST & BIELLI, LLC
FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| | |
|---|---|
| Name of Applicant: | O'Kelly Ernst & Bielli, LLC |
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp. |
| Date of Retention: | Retention Order Entered on January 13, 2015 (Effective as of November 19, 2014)[2] |
| Period for which compensation and reimbursement is sought: | September 1, 2015 through September 30, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $9,903.20 (80% of $12,379.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $118.80 |

This is an ☒ monthly ☐ interim ☐ final application.   No prior application filed for this Fee Period (as defined herein).[3]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On or about October 1, 2015, a Notice of Substitution of Counsel was filed whereby Bielli & Klauder, LLC was substituted in for the Applicant as co-counsel to the Debtor.

[3] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (both as defined herein) and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Committee Order

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code ("Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Retention and Employment of O'Kelly Ernst & Bielli, LLC as Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014*, dated January 13, 2015 [D.I. 3280] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the law firm of O'Kelly Ernst & Bielli, LLC ("OEB"), Delaware co-counsel for Energy Future Holdings Corp. ("Debtor"), hereby files this monthly fee statement ("Monthly Fee Statement") for: (i) compensation in the amount of $9,903.20 i.e., 80% of $12,379.00 for the reasonable and necessary legal services OEB rendered to the Debtor from September 1, 2015 through September 30, 2015 (the "Fee Period"); and (ii) reimbursement for the actual and necessary expenses that OEB incurred, in the amount of $188.80 during the Fee Period:

**ITEMIZATION OF SERVICES RENDERED AND DISBURSEMENTS INCURRED**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

    - **Exhibit A** is a schedule of the number of hours expensed and fees incurred ( on an aggregate basis) by OEB partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories OEB established in accordance with its internal billing procedures.  As reflected in Exhibit A, OEB incurred $12,379.00 in fees during the Fee Period.  Pursuant to this Monthly Fee Statement, OEB seeks reimbursement for 80% of such fees $9,903.20 in the aggregate).

    - **Exhibit B** is a schedule providing certain information regarding the OEB attorneys and paraprofessionals for whose work on these chapter 11 cases

compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of OEB have expended a total of 42.9 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which OEB is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for OEB's out-of-pocket expenses.

- **Exhibit D** is a detailed listing of expenses, by subject matter category, that OEB incurred during the Fee Period in the rendition of the professional services to the Debtor and its estate, for which OEB seeks reimbursement.[4]

### Proposed Payment Allocation

2. OEB renders legal serves only to the Debtor. Pursuant to paragraph 4 of the Retention Order, absent an order of the Court, the fees and expenses incurred by OEB are paid by the Debtor. As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

### Representations

3. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. OEB reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order and the Interim Compensation Order.

WHEREFORE, OEB requests: (i) allowance of its fees and expenses incurred during the Fee Period in the total amount of $10,022.00, consisting of: (A) $9,903.20, which is 80% of the fees incurred by the Debtor for reasonable and necessary professional services rendered by OEB; and (B)

---

[4] Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), OEB charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal OEB's actual cost. OEB is currently under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows OEB to cover adequately the monthly flat fees it must pay to these types of providers.

$118.80 for actual and necessary costs and expenses; and (ii) that such fees and expenses be paid as administrative expenses of the Debtor's estate.

                                        **O'KELLY ERNST & BIELLI, LLC**

Date:   October 30, 2015            */s/ Ryan M. Ernst*
                                                Ryan M. Ernst (No. 4788)
                                                901 N. Market Street, Suite 1000
                                                Wilmington, DE   19801
                                                Phone: (302) 778-4000
                                                Fax: (302) 295-2873
                                                rernst@oeblegal.com

                                                *Former Co-Counsel to the Debtor*
                                                *Energy Future Holdings Corp.*