# **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
| --- | --- | --- |
| [ALL] Case Administration | 6.1 | $1,503.50 |
| [ALL] Claims Administration & Objections | 6.0 | $1,544.00 |
| [ALL] Contested Matters & Adv. Proceed. | 2.2 | $756.00 |
| [ALL] Hearings | 15.2 | $4,848.00 |
| [ALL] Non-OEB Fee/Employment Applications | 3.1 | $794.50 |
| [ALL] OEB Fee/Employment Applications | 5.1 | $1,113.00 |
| [ALL] Plan and Disclosure Statement | 5.2 | $1,820.00 |
| **Total** | **42.9** | **$12,379.00** |