# EXHIBIT B

**[Attorney and Paraprofessionals Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 25.8 | $9,030.00 |
| Shannon J. Dougherty | Associate | 2012 (DE) | Bankruptcy | $235.00 | 1.2 | $282.00 |
| Cory P. Stephenson | Associate | 2015 (DE) 2015 (PA) | Bankruptcy | $210.00 | 2.3 | $483.00 |
| Amy M. Huber | Paralegal | *Not Admitted | Litigation Support | $190.00 | 13.6 | $2,584.00 |
| **Total** | | | | | **42.9** | **$12,379.00** |