## **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

Case 14-10979-CSS    Doc 6780-3    Filed 10/30/15    Page 1 of 2

| Expense Category | Total Expenses |
|---|---:|
| Conference Call | $101.00 |
| Filing/Court Fees | $17.80 |
| **Total** | **$118.80** |