## EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 9/16/2015 | Conference Call | CourtCall | $101.00 |
| 8/31/2015 | Filing/Court Fees | PACER | $17.80 |
| | | **Grand Total** | **$118.80** |