IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No. 14-10979 (CSS) |
| CORP., et al., | ) | (Jointly Administered) |
| | ) | Related D.I. No.: 4964 |
| Debtors. | ) | |

## ORDER

For the reasons set forth in the Court's two Memorandum Opinions of this date [D.I. 6781 and 6782], the Court will sustain *EFIH Debtors' Partial Objection to Proof of Claim No. 6347 filed by the Indenture Trustee for the EFIH Unsecured Notes* [D.I. 4964] filed on July 9, 2015.

Christopher S. Sontchi
United States Bankruptcy Judge

Date: October 30, 2015