IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 6505** |

**RESPONSE OF TANNOR PARTNERS CREDIT FUND, LP
TO DEBTOR'S THIRTY-FOURTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO CERTAIN
<u>IMPROPERLY ASSERTED CLAIMS</u>**

Tannor Partners Credit Fund, LP ("<u>TPCF</u>") files this Response to the Debtors' *Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 6505] (the "<u>Claim Objection</u>"). In support of its Response, TPCF states the following:

1. The Court has jurisdiction over this core proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On April 29, 2014, Energy Future Holdings Corp. and certain affiliates (the "<u>Debtors</u>") filed their voluntary petition for relief under Title 11 of the United States Code 11 U.S.C. § 101 *et seq*[1] (the "<u>Bankruptcy Code</u>").

3. Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtors have retained possession of their assets and are currently operating as debtors in possession.

4. TPCF is a market leading buyer of bankruptcy claims and other illiquid debt which

---

[1] All further references to the Bankruptcy Code are by section number only.

provides liquidity to vendors and assists debtors in bankruptcy by financing their vendors during the pendency of a multiyear bankruptcy proceeding.

5. API Systems Group is a vendor providing sprinkler and fire alarm services to the Debtors. API Systems Group timely filed its proof of claim (the "Claim") on September 2, 2014 in the amount of $20,795 and was designated claim # 4018. API Systems Group assigned the Claim to TPCF and TPCF filed a Rule 3001(e) transfer notice, docket index #5965 documenting the transfer.

6. On August 18, 2014, this Court entered the Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claims and Requests for Payment for Payment under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment for Payment under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof [D.I. 1866] (the "General Bar Date Order"). The General Bar Date Order set a deadline of October 27, 2014 for claimants (unless excluded from the General Bar Date Order) to file proofs of claims.

7. As shown on Exhibit 4 to Exhibit A of the Claim Objection, the Claim Objection seeks to reduce the Claim amount from $20,795 to $16,520 with the reason stated as: "Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtor's books and records, and further discussions with the claimant."

8. By filing the Claim, TPCF introduced prima facie evidence that the Claim is both valid and accurate. The debtor cannot shift the burden to prove the validity of the Claim without providing evidence showing that the Claim is not accurate. *Allegheny Int'l, Inc.* 954 F.2d 167, 173 (3d Cir. 1992). Unless the Debtor successfully shifts the burden to TPCF and TPCF fails to

satisfy the burden, the TPCF Claim must prevail. *Id.*

9. The objection misconstrues the proper amount of the Claim. TPCF has not had discussions with the Debtor related to the Claim. The Debtor has not provided a suitable reason for the diminution of the Claim amount, such as providing proof of payment of specific invoices in the proof of claim. TPCF disagrees with the Debtors' provided reasons for reducing the claim.

WHEREFORE, TPCF requests the Court to enter an Order overruling the Modify Amount Claims as set forth in Exhibit 4 to Exhibit A of the Claim Objection as to Tannor's API Systems Group, Inc. Claim (Claim No. 4018), and granting such other relief as this Court deems just and proper.

Dated: October 30, 2015

GELLERT SCALI BUSENKELL
& BROWN LLC

Michael Busenkell (DE 3933)
Evan Rassman (DE 6111)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
(302) 425-5812; (302) 425-5814 Fax
mbusenkell@gsbblaw.com
erassman@gsbblaw.com

*Attorneys for Tannor Partners Credit Fund, L.P*