**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, <u>et</u> <u>al.</u>, | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

**SUPPLEMENTAL VERIFIED STATEMENT OF BROWN RUDNICK LLP,
COUNSEL TO THE *AD HOC* CONSORTIUM OF TCEH SECOND LIEN
NOTEHOLDERS AND WILMINGTON SAVINGS FUND SOCIETY, FSB
PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), certain unaffiliated holders (each, a "<u>Noteholder</u>," and collectively the "<u>Ad Hoc Consortium of TCEH Second Lien Noteholders</u>" or the "<u>Consortium</u>"), of (i) 15% Senior Secured Second Lien Notes due 2021 (the "<u>TCEH Second Lien Notes</u>") and (ii) 15% Senior Secured Second Lien Notes due 2021 (Series B) (the "<u>TCEH Second Lien Series B Notes</u>" and, collectively with the TCEH Second Lien Notes, the "<u>Notes</u>"), issued by Texas Competitive Electric Holdings Company LLC ("<u>TCEH</u>") and TCEH Finance, Inc., as issuers pursuant to that certain Indenture dated as of October 6, 2010 (as amended, supplemented or modified, the "<u>Indenture</u>"), by and among TCEH, TCEH Finance, Inc., the other TCEH Debtors, as guarantors, and Wilmington Savings Fund Society, FSB ("<u>WSFS</u>") as successor indenture trustee to Bank of New York Mellon Trust Company, N.A., hereby submits this supplemental verified statement (this "<u>Statement</u>") and in support thereof states as follows:

1.      On or around April 29, 2013, certain members of the Consortium retained Brown Rudnick LLP ("<u>Brown Rudnick</u>") to represent them in connection with potential restructuring discussions involving the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>").

From time to time thereafter, certain additional Noteholders have joined the Consortium and certain Noteholders have resigned from the Consortium.

2.      As of the date of this Statement, in addition to the Consortium, Brown Rudnick, along with Ashby & Geddes, P.A. and Troutman Sanders LLP (together with Brown Rudnick, "Counsel"), represents WSFS in its capacity as successor trustee under the Indenture. Other than as disclosed herein, Counsel does not represent or purport to represent any other entities with respect to the Debtors' chapter 11 cases. In addition, each member of the Consortium does not purport to act, represent, or speak on behalf of any other entities in connection with the Debtors' chapter 11 cases.

3.      The members of the Consortium hold disclosable economic interests, or act as investment advisors or managers to funds and/or accounts of their respective subsidiaries that hold disclosable economic interests in relation to the Debtors. In accordance with Bankruptcy Rule 2019, and based upon information provided to Brown Rudnick by each member of the Consortium, attached hereto as Exhibit A is a list of the names, addresses, and the nature and amount of each disclosable economic interest of each present member of the Consortium as of October 23, 2015.

4.      Nothing contained in this Statement (or Exhibit A hereto) is intended to, nor should be construed to, constitute: (a) a waiver or release of any claims filed or to be filed against or interests in the Debtors held by an member of the Consortium, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of any member of the Consortium to assert, file and/or amend any proof of claim in accordance with applicable law and any Orders entered in these cases.

5. From time to time, additional parties may become members of the Consortium, and certain members of the Consortium may cease to be members in the future. Brown Rudnick reserves the right to amend or supplement this Statement as necessary for that, or any other reason, in accordance with Bankruptcy Rule 2019.

*[Remainder of page intentionally left blank]*

Dated: October 30, 2015
       Wilmington, Delaware

                    **BROWN RUDNICK, LLP**

By: */s/ Jeffrey L. Jonas*
    Edward S. Weisfelner (admitted *pro hac vice*)
    Seven Times Square
    New York, New York 10036
    Telephone: (212) 209-4800
    Facsimile: (212) 209-4801

    - and –

    Jeffrey L. Jonas (admitted *pro hac vice*)
    Jonathan D. Marshall (admitted *pro hac vice*)
    One Financial Center
    Boston, Massachusetts 02111
    Telephone: (617) 856-8200
    Facsimile: (617) 856-8201

    *Co-Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee, and Counsel to the Consortium*

## EXHIBIT A

**EXHIBIT A**

**Disclosable Economic Interests of the Members of the Consortium[1]**

| Name of Noteholder[2] | Address | TCEH First Lien Claims | TCEH Second Lien Claims | TCEH Unsecured Claims | Other |
|---|---|---|---|---|---|
| Appaloosa Management, L.P. | 51 JFK Pkwy Short Hills, NJ 07078 | TCEH First Lien Credit Agreement Claims: $25,000,000 | TCEH Second Lien Notes: $87,900,000<br><br>TCEH Second Lien Series B Notes: $244,599,000 | | |
| Mount Kellett Capital Management L.P. | 280 Park Avenue 4th Floor East New York, NY 10017 | | TCEH Second Lien Notes: $229,225,000 | | |
| Taconic Capital Advisors | 450 Park Avenue, 9th Floor New York, NY 10022 | TCEH First Lien Credit Agreement Claims: $100,000,000<br><br>TCEH First Lien Notes: $30,000,000 | TCEH Second Lien Notes: $81,000,000 | TCEH Unsecured Notes: $120,000,000 | TCEH DIP Claims: $8,465,346.53<br><br>EFIH Second Lien Notes: $51,000,000 |
| CI Holdco Ltd. | 500 Park Avenue, 10th Floor New York, NY 10022 | | TCEH Second Lien Notes: $157,500,000 | | |

---

[1] To the best of Brown Rudnick's knowledge, the information herein is accurate as of October 23, 2015. The amounts set forth herein include only outstanding principal and do not include accrued or unpaid interest or other amounts that may be owing under the applicable debt documents.

[2] Each entity on this Exhibit A holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the Debtors.