## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that on October 30, 2015, I caused one copy of the foregoing document to be served upon the parties on the attached service list via electronic mail.

/s/ *Gregory A. Taylor*
_____
Gregory A. Taylor (DE #4008)

{00074510;v1 }

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

**Email Service List for Plan Confirmation Matters**

| | | |
|---|---|---|
| esassower@kirkland.com<br>SHessler@kirkland.com<br>amcgaan@kirkland.com<br>BOconnor@kirkland.com<br>WPruitt@kirkland.com<br>MMcKane@kirkland.com<br>bschartz@kirkland.com<br>ddempsey@kirkland.com<br>jsprayregen@kirkland.com<br>CHusnick@kirkland.com<br>steven.serajeddini@kirkland.com<br>collins@RLF.com<br>defranceschi@RLF.com<br>madron@rlf.com | **KIRKLAND & ELLIS LLP**<br>Edward O. Sassower, P.C.<br>Stephen Hessler<br>Brian E. Schartz<br>James H.M. Sprayregen, P.C.<br>Mark E. McKane<br>Bridget O'Connor<br>David R. Dempsey<br>Andrew McGaan<br>William Pruitt<br>Chad J. Husnick<br>Steven N. Serajeddini<br><br>**RICHARDS, LAYTON & FINGER, P.A**<br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron | *Counsel to the Debtors and Debtors in Possession* |
| jpeck@mofo.com<br>brettmiller@mofo.com<br>tgoren@mofo.com<br>lmarinuzzi@mofo.com<br>ckerr@mofo.com<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br>skatona@polsinelli.com | **MORRISON & FOERSTER LLP**<br>James M. Peck<br>Brett H. Miller<br>Lorenzo M Arinuzzi<br>Todd M. Goren<br>Charles L. Kerr<br><br>**POLSINELLI PC**<br>Christopher A. Ward<br>Justin K. Edelson<br>Shanti M. Katona | *Counsel for TCEH Committee* |
| holleys@sullcrom.com<br>giuffrar@sullcrom.com<br>dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br>nramsey@mmwr.com<br>dwright@mmwr.com<br>mfink@mmwr.com | **SULLIVAN & CROMWELL LLP**<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Andrew G. Dietderich<br>Brian D. Glueckstein<br><br>**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**<br>Natalie D. Ramsey<br>Davis Lee Wright<br>Mark A. Fink | *Counsel for EFH Committee* |

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

## Email Service List for Plan Confirmation Matters

| | | |
|---|---|---|
| mjoyce@crosslaw.com<br>gary.kaplan@friedfrank.com<br>matthew.roose@friedfrank.com<br>brad.eric.scheler@friedfrank.com | **CROSS & SIMON, LLC**<br>Michael J. Joyce<br>**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>Gary L. Kaplan<br>Matthew M. Roose<br>Brad Eric Scheler | *Counsel for Fidelity Management & Research Company* |
| abernstein@paulweiss.com<br>aehrlich@paulweiss.com<br>akornberg@paulweiss.com<br>jadlerstein@paulweiss.com<br>kcornish@paulweiss.com<br>pmorgan@ycst.com<br>jwaite@ycst.com<br>rbartley@ycst.com | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Alan W. Kornberg<br>Kelly A. Cornish<br>Andrew J. Ehrlich<br>Jacob A. Adlerstein<br>Adam J. Bernstein<br><br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>Pauline K. Morgan<br>Joel A. Waite<br>Ryan M. Bartley | *Counsel for the Ad Hoc Committee of TCEH First Lien Creditors* |
| tlauria@whitecase.com<br>cshore@whitecase.com<br>daudette@whitecase.com<br>gstarner@whitecase.com<br>mbrown@whitecase.com<br>jschlerf@foxrothschild.com<br>jstrock@foxrothschild.com<br>jbird@foxrothschild.com | **WHITE & CASE LLP**<br>J. Christopher Shore<br>Gregory M. Starner<br>Daniell M. Audette<br>Thomas E. Lauria<br>Matthew C. Brown<br><br>**FOX ROTHSCHILD LLP**<br>Jeffrey M. Schlerf<br>John H. Strock<br>L. John Bird | *Counsel for the Ad Hoc Group of TCEH Unsecured Noteholders* |
| aaron.krieger@ropesgray.com<br>andrew.devore@ropesgray.com<br>erin.macgowan@ropesgray.com<br>john.mcclain@ropesgray.com<br>keith.wofford@ropesgray.com<br>leonard.winters@ropesgray.com<br>mark.somerstein@ropesgray.com<br>martin.crisp@ropesgray.com<br>meredith.tinkham@ropesgray.com<br>ross.martin@ropesgray.com<br>ssally@ropesgray.com | **ROPES & GRAY LLP**<br>Keith H. Wofford<br>Mark R. Somerstein<br>Andrew G. Devore<br>D. Ross Martin<br><br>**COLE SCHOTZ MEISEL FORMAN & LEONARD, P.A.**<br>Norman L. Pernick<br>J. Kate Stickles<br>Nicholas J. Brannick<br>Warren A. Usatine | *Counsel for Delaware Trust Company, (f/k/a CSC Trust Company of Delaware)* |

{01029798;v1 }

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

## Email Service List for Plan Confirmation Matters

| | | |
|---|---|---|
| timothy.farrell@ropesgray.com<br>William.Roberts@ropesgray.com<br>michael.winograd@ropesgray.com<br>npernick@coleschotz.com<br>kstickles@coleschotz.com<br>nbrannick@coleschotz.com<br>wusatine@coleschotz.com<br>Howard.Cohen@dbr.com<br>Robert.Malone@dbr.com<br>Phillip.anker@wilmerhale.com<br>Charles.platt@wilmerhale.com<br>Dennis.jenkins@wilmerhale.com | **DRINKER BIDDLE & REATH LLP**<br>Howard A. Cohen<br>Robert K. Malone<br><br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Phillip D. Anker<br>Charles C. Platt<br>Dennis L. Jenkins | |
| ghorowitz@kramerlevin.com<br>tmayer@kramerlevin.com<br>jbrody@kramerlevin.com<br>pbentley@kramerlevin.com<br>stephanie.wickouski@bryancave.com<br>ljones@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>jmorris@pszjlaw.com | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>Thomas Moers Mayer<br>Gregory A. Horowitz<br>Joshua K. Brody<br>Phillip Bentley<br><br>**BRYAN CAVE LLP**<br>Stephanie Wickouski<br><br>**PACHULSKI STANG ZIEHL JONES**<br>Laura Davis Jones<br>Robert J. Feinstein<br>John A. Morris | *Counsel for EFIH Second Lien Indenture Trustee* |
| hkaplan@foley.com<br>mhebbeln@foley.com<br>lapeterson@foley.com<br>bgfelder@foley.com<br>jfriedman@foley.com<br>rhays@foley.com<br>rlemisch@klehr.com | **FOLEY & LARDNER LLP**<br>Harold L. Kaplan<br>Mark F. Hebbeln<br>Lars A. Peterson<br>Barry G Felder<br>Jonathan H. Friedman<br>Rebecca A. Hays<br><br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Raymond H. Lemisch | *Counsel For UMB Bank, N.A.* |
| rpedone@nixonpeabody.com<br>adarwin@nixonpeabody.com<br>eschneider@nixonpeabody.com<br>mnighan@nixonpeabody.com<br>csimon@crosslaw.com<br>cfong@nixonpeabody.com | **NIXON PEABODY LLP**<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>Morgan Nighan<br>Christopher J. Fong | *Counsel for American Stock Transfer & Trust Company, LLC as Indenture Trustee for Certain Notes* |

{01029798;v1 }

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

## Email Service List for Plan Confirmation Matters

| | **CROSS & SIMON, LLC**<br>Christopher P. Simon | |
|---|---|---|
| idizengoff@akingump.com<br>sbaldini@akingump.com<br>rboller@akingump.com<br>aqureshi@akingump.com<br>mlahaie@akingump.com<br>chipman@chipmanbrown.com<br>olivere@chipmanbrown.com<br>kashishian@chipmanbrown.com | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Ira Dizengoff<br>Stephen M. Baldini<br>Robert J. Boller<br>Abid Qureshi<br>Meredith A. Lahaie<br><br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>William E. Chipman<br>Mark D. Olivere<br>Ann M. Kashishian | *Counsel for Ad Hoc Committee of EFIH Unsecured Noteholders, EHIH Second Lien DIP Commitment Parties* |
| JSSabin@Venable.com<br>Julia.frostdavies@morganlewis.com<br>christopher.carter@morganlewis.com | **VENABLE LLP**<br>Jeffrey Sabin<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br>Julia Frost-Davies<br>Christopher Carter | *Counsel for Pacific Investment Management Co. LLC* |
| kotwick@sewkis.com<br>ashmead@sewkis.com<br>Debaecke@BlankRome.com | **SEWARD & KISSEL LLP** Mark D. Kotwick<br>John Ashmead<br><br>**BLANK ROME LLP**<br>Michael D. DeBaecke | *Counsel for Wilmington Trust, N.A. in its Capacity as TCEH First Credit Agent* |
| akherring@wlrk.com<br>eakleinhaus@wlrk.com<br>jlynch@wlrk.com<br>LMWeiss@wlrk.com<br>rgmason@wlrk.com<br>efay@mnat.com<br>dabbott@mnat.com | **WACHTELL, LIPTON, ROSEN & KATZ**<br>Richard G. Mason<br>John F. Lynch<br>Emil A. Kleinhaus<br>Angela K. Herring<br><br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Derek C. Abbott<br>Erin R. Fay | *Counsel for Texas Energy Future Capital Holdings LLC and Texas Energy Future Holdings Limited Partnership* |

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

## Email Service List for Plan Confirmation Matters

| | | |
|---|---|---|
| Richard.Schepacarter@usdoj.gov<br>Andrea.B.Schwartz@usdoj.gov | **OFFICE OF THE UNITED STATES TRUSTEE**<br>Richard L. Schepacarter<br>Andrea B. Schwartz | *Counsel for U.S. Trustee* |
| dalowenthal@pbwt.com<br>bguiney@pbwt.com<br>smiller@morrisjames.com | **PATTERSON BELKNAP WEBB & TYLER LLP**<br>Daniel A. Lowenthal<br>Brian P. Guiney<br><br>**MORRIS JAMES LLP**<br>Stephen M. Miller | *Counsel for Law Debenture Trust Company of New York, as Indenture Trustee* |
| pgoodman@mckoolsmith.com<br>mcarney@mckoolsmith.com<br>landis@lrclaw.com<br>mcguire@lrclaw.com<br>wright@lrclaw.com | **MCKOOL SMITH, P.C.**<br>Peter S. Goodman<br>Michael R. Carney<br><br>**LANDIS RATH & COBB LLP**<br>Adam G. Landis<br>Matthew B. McGuire<br>Joseph D. Wright | *Counsel for Alcoa Inc.* |
| mblacker@jw.com | **JACKSON WALKER L.L.P.**<br>Monica S. Blacker | *Counsel for Holt Texas, Ltd. d/b/a Holt Cat* |
| nsongonuga@gibbonslaw.com | **GIBBONS P.C.**<br>Natasha M. Songonuga | *Counsel for Veolia ES Industrial Services, Inc.* |
| kgwynne@reedsmith.com<br>klawson@reedsmith.com | **REED SMITH LLP**<br>Kurt F. Gwynne<br>Kimberly E. C. Lawson | *Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A.* |
| dkhogan@dkhogan.com | **HOGAN♦McDANIEL**<br>Daniel K. Hogan<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br><br>**KAZAN MCCLAIN SATTERLEY & GREENWOOD A PROFESSIONAL LAW CORPORATION**<br>Steven Kazan<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607 | *Attorneys for Shirley Fenicle, as successor-ininterest to the Estate of George Fenicle* |

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

## Email Service List for Plan Confirmation Matters

| | | |
|---|---|---|
| dkhogan@dkhogan.com | **HOGAN♦McDANIEL**<br>Daniel K. Hogan<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br><br>**ETHAN EARLY EARLY LUCARELLI SWEENEY & STRAUSS**<br>265 Church Street, 11th Floor<br>New Haven, CT 06508-1866 | *Attorneys for David William Fahy* |
| Anna.E.Grace@usdoj.gov<br>Alan.Tenenbaum@usdoj.gov | ANNA GRACE<br>Trial Attorney<br>Environmental Enforcement Section, ENRD<br>U.S. Department of Justice<br>P.O. Box 7611, Washington DC 20044-7611<br><br>ALAN TENENBAUM<br>National Bankruptcy Coordinator<br>Environmental Enforcement Section, ENRD<br>U.S. Department of Justice<br>P.O. Box 7611, Washington DC 20044-7611 | *Attorneys for United States, on behalf of the United States Environmental Protection Agency* |

{01029798;v1 }