IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.* ) | Case No. 14-10979 (CSS) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**LIBERTY MUTUAL INSURANCE COMPANY'S LIMITED
OBJECTION TO NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED BY THE DEBTORS
PURSUANT TO THE PLAN; (B) CURE AMOUNTS, IF ANY; AND
(C) RELATED PROCEDURES IN CONNECTION THEREWITH**

Liberty Mutual Insurance Company and its affiliates and subsidiaries (collectively, "Liberty") hereby file this limited objection (the "Objection") to the *Notice of (A) Executory Contracts and Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan; (B) Cure Amounts, If Any; and (C) Related Procedures in Connection Therewith* (the "Notice"),[1] and respectfully state as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

2.      On April 29, 2014 (the "Petition Date"), the Debtors commenced these cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

3.      Prior to the Petition Date, Liberty issued certain insurance policies and entered into related agreements with the Debtors. The policies and agreements provided, subject to their

---

[1]    A copy of the Notice is attached hereto as Exhibit A.

11916

terms, conditions, limitations, and exclusions, certain insurance coverage for the benefit of the Debtors, including, without limitation: (a) workers compensation large deductible policies for the period from approximately January 1, 2002 until January 1, 2013, and (b) general liability policies for the period from approximately June 8, 2010 until September 1, 2013. The Debtors' obligations to Liberty under the policies and related agreements are secured by, among other things: (a) cash in the amount of approximately $150,000, held in an escrow account, and (b) a letter of credit in the amount of approximately $5,035,000.

4. On October 27, 2015, Liberty Received the Notice, which had a response deadline that lapsed that same day (the "Response Deadline").

5. The Notice indicated that the Debtors seek to assume an "Insurance Policy – General Liability" to which Liberty is party, and provides that no ($0.00) cure amount is owed in connection therewith. See Notice, Exhibit A.

**LIMITED OBJECTION**

6. Because Liberty received the Notice on the Response Deadline, it would be inequitable to enforce the Response Deadline against Liberty.

7. Moreover, based upon the information provided in the Notice, it is impossible for Liberty to determine which agreements the Debtors intend to assume.

8. Liberty contacted counsel for the Debtors to determine which agreements the Debtors intend to assume, and the parties are working to resolve any potential disputes relating thereto. But, because the Debtors have not identified the agreements they intend to assume, Liberty cannot determine: (a) whether it objects to the proposed assumption, or (b) whether a cure amount is owed.

9. Liberty will continue working with the Debtors to resolve these issues, but in light

of the fact that Liberty just received the Notice, Liberty files this Objection to preserve its rights.

### RESERVATION OF RIGHTS

10. Liberty expressly reserves all of its rights, claims and remedies under the policies, the related agreements and applicable law. Liberty further expressly reserves its right to amend and/or supplement this Objection.

### CONCLUSION

**WHEREFORE**, Liberty respectfully requests that this Court enter an order prohibiting the Debtors from assuming the policies and related agreements and granting Liberty such further relief as is just and proper.

Dated: October 30, 2015

> Douglas R. Gooding, Esq.
> Gregory A. Kopacz, Esq.
> CHOATE HALL & STEWART, LLP
> Two International Place
> Boston, MA 02110
> Telephone: (617) 248-5000
> Facsimile: (617) 248-4000
>
> and
>
> SEITZ, VAN OGTROP & GREEN, P.A.
>
> /s/ R. Karl Hill
> R. Karl Hill (2747)
> 222 Delaware Avenue, Suite 1500
> P.O. Box 68
> Wilmington, DE  19801
> (302) 888-0600
> khill@svglaw.com
>
> Attorneys for Liberty Mutual

3

**Error! Unknown document property name.**