## CERTIFICATE OF SERVICE

I, R. Karl Hill, Esquire certify that on October 30, 2015, I caused a true and correct copy of the foregoing *Liberty Mutual Insurance Company's Objection to Debtors' Notice of (A) Executory Contracts and Unexpired Leases to be Assumed; (B) Cure Amounts; and (C) Related Procedures* to be served electronically through the Court's CM/ECF system upon all counsel of record.

/s/ R. Karl Hill
R. Karl Hill, Esq. (DE# 2747)

11915