BATES 1

# Exhibit A

BATES 2

No. C0755482C

# ASSIGNED TASK AGREEMENT

## FOR  MISCELLENEOUS SITE SERVICES WORK

### BY AND BETWEEN

### DOYENNE CONSTRUCTORS, LLC

### AND

### LUMINANT GENERATION COMPANY LLC
### SANDOW POWER COMPANY LLC
### OAK GROVE MANAGEMENT COMPANY LLC

**DATED 4/3/2012**

**NO. C0755482C**

Copyright © 1994 Basic Resources Inc.  All rights reserved

No.C0755482C

## ASSIGNED TASK AGREEMENT

**EFFECTIVE DATE**
April 3, 2012

**PARTIES**

COMPANY

The Energy Future Holdings affiliated company shown on a Task Request Form as the entity for whom specific Work is being performed.

CONTRACTOR

Doyenne Constructors, LLC, a Indiana Company

**PURPOSE**

The purpose of this Agreement is to establish the complete terms and conditions for performing Work that may be authorized by a Task Request Form issued pursuant to this Agreement. CONTRACTOR agrees to be bound by and comply with the terms of this Agreement in the event Work is assigned to it as provided for below.

**DEFINITIONS**

COMPANY Group

The term "COMPANY Group" means the COMPANY shown on each Task Request Form on whose behalf specific Work is being performed, its parent corporation, Energy Future Holdings Corp., and all subsidiaries and affiliates of Energy Future Holdings Corp., and all officers, directors, shareholders, associates, related firms and entities, employees, servants and agents of both COMPANY and each such subsidiary or affiliate.

CONTRACTOR Group

The term "CONTRACTOR Group" means CONTRACTOR, all subcontractors of any tier employed by CONTRACTOR, and all affiliated or related firms and entities, officers, directors, partners, limited partners, shareholders, associates, employees, servants and agents of each.

WORK

The term "Work" means all labor, materials, equipment, transportation, facilities or services necessary to perform the Work described in any Task Request Form.

WORK SITE

The term "Work Site" means location(s) described in a Task Request Form where the Work will be performed.

CONTRACT COORDINATOR

The term "Contract Coordinator" means a representative(s) of each party named in a Task Request Form to act in matters related to performance of this Agreement as it is written. Actions of the Contract Coordinators regarding the day-to-day interaction between the operations of the parties, the issuance and approval of invoices, the issuance and approval of procedures, drawings, schedules and documents of any type, and other decisions made in managing this Agreement will not operate as a waiver or compromise of any provision of this Agreement.

CONTRACT ADMINISTRATOR

The term "Contract Administrator" means a representative(s) of each party named in this Agreement to act in matters relating to the revision of contract language, the adjustment of

Copyright © 1994 Basic Resources Inc. All rights reserved

BATES 4
No. C0755482C

compensation or time, and the resolution of issues regarding the meaning of contract language. Actions of COMPANY's Contract Administrator include initiating, negotiating and issuing supplements or amendments to this Agreement, as required; receiving required notices; providing answers to CONTRACTOR concerning questions of contract interpretation and negotiating resolutions/settlements to disputes that may arise concerning this Agreement.

TASK REQUEST FORM

The term "Task Request Form" means a written document issued pursuant to this Agreement by COMPANY's Contract Coordinator that identifies and authorizes Work to be performed.

## ASSIGNABLE SCOPE OF WORK

The type(s) of Work or services to be performed by CONTRACTOR pursuant to a Task Request Form is limited to the following:

Miscellaneous Site Service Work

Work or services not specified above may be authorized only through an amendment or supplement to this Agreement.

## INITIATION OF WORK

This Agreement alone does not authorize any Work to be performed. Work authorized is that identified in a Task Request Form issued pursuant to this Agreement. At COMPANY's Contract Coordinator's discretion, Work may be authorized verbally and confirmed by a written Task Request Form.

## NON-EXCLUSIVE

COMPANY reserves the right to obtain the types of services provided by CONTRACTOR from other sources without obligation or liability to CONTRACTOR.

## TERM OF AGREEMENT

This Agreement will commence on its Effective Date and will terminate on April 30, 2015, unless terminated earlier pursuant to its other provisions. This Agreement may be extended only by written agreement signed by both parties.

## WORK SITE

The Work Site will be the location(s) shown on each Task Request Form where the Work will be performed.

## COMPENSATION

As full compensation for the satisfactory performance by CONTRACTOR of this Agreement, COMPANY will compensate CONTRACTOR in accordance with the rate(s) or price(s) contained in the attachment to this Agreement entitled "CONTRACTOR's Schedule of Charges".

## INVOICES AND PAYMENT

Invoices will be submitted at the end of each calendar month in which Work is performed. Such invoices will include a detailed description of the Work actually performed. Invoices will be accompanied by such documentation as COMPANY may require to verify the propriety of any amounts billed. All invoices shall separately state and describe charges for all labor (including fabrication labor) and any incorporated materials/equipment.

Each invoice issued in connection with Work will be identified by the Agreement Number and the Task Request Form number. Detailed billing instructions will be set forth in the Task Request Form.

CONTRACTOR's invoices, if in compliance with this Agreement, will be paid within sixty (60) days of

Copyright © 1994 Basic Resources Inc. All rights reserved

COMPANY's receipt thereof; provided, however, that should COMPANY dispute any portion of an invoice, COMPANY may pay only the undisputed portion of the invoice within the time stated above and, at the same time, advise CONTRACTOR in writing of its reasons for withholding the disputed portion. COMPANY will thereafter pay such amounts to CONTRACTOR, upon the resolution of such discrepancy or conflict to the parties' mutual satisfaction.

Provisions pertaining to invoices and payment contained in any Task Request Form will govern the parties performance on these items.

## SALES/USE TAX

COMPANY will provide CONTRACTOR with a Texas Direct Pay Exemption Certificate which will negate the necessity of CONTRACTOR's obligation to collect Texas sales and use taxes from the COMPANY. A Luminant Generation Company LLC, Sandow Power Company LLC, Oak Grove Management Company LLC Texas Direct Pay Exemption Certificate No. C0755482C is attached and made a part of this Agreement

All incorporated materials purchased by CONTRACTOR which become part of the permanent realty of COMPANY shall be purchased on the basis of resale by CONTRACTOR.

## WORK SITE SAFETY, SECURITY, ALCOHOL, DRUGS AND WEAPONS

CONTRACTOR will obtain from COMPANY's Contract Coordinator prior to commencing Work the specific Work Site Safety, Security and other related rules and procedures, if any, applicable to the particular job or Work Site. Those specific rules and procedures are incorporated fully into this Agreement by this reference.

In addition to complying with those specific rules and procedures CONTRACTOR agrees to comply with the rules and procedures contained in the attachment to this Agreement titled "Work Site Safety, Security, Alcohol, Drugs and Weapons."

## INSURANCE

CONTRACTOR will, at its sole expense, purchase and maintain, and require its subcontractors to purchase and maintain, during the term of this Agreement, insurance policies with substantial and sound insurers, having coverage of the types and in the amounts specified in the attachment to this Agreement titled "Contractor's Insurance Requirements" submitted by CONTRACTOR prior to the execution of this Agreement.

## TERMS AND CONDITIONS

The parties will comply with the terms and conditions of this Agreement and the attachment to this Agreement titled "Standard Terms and Conditions PLST03".

## BROWZ

As a condition of this Contract, Contractor agrees to register with Browz and provide those necessary documents requested by Browz to be deemed in compliance with the Browz application. As a minimum, requested documents will be related to safety and health (i.e., regulatory required training, certifications, safety plans, safe and secure workplace practices, etc.), OSHA and MSHA injury rates and Experience Modification Rate (EMR) and other important business data requested by Browz through the registration process. Contractor agrees to maintain the identified documentation for the life of the contract.

Registration and compliance shall be completed within thirty (30) days of the effective date of the Contract. Noncompliance with these requirements shall be grounds for withholding payment of outstanding invoices or termination of the Contract.

Copyright © 1994 Basic Resources Inc. All rights reserved

BATES 6

No. C0755482C

## NOTICES

All notices from one party to the other will be deemed to have been delivered if hand delivered or sent by United States certified mail, return receipt requested, postage prepaid, as follows:

If to CONTRACTOR:

Doyenne Constructors, LLC
P.O. Box 127
Mariah Hill, IN 47556
Attention:        Brent A. Smith
                 (812)393-9403

If to COMPANY:

Luminant Generation Company LLC
1601 Bryan Street, 21st Floor
Dallas, Texas 75201-3411
Attention:        Scott Kinczkowski

COMPANY's Contract Administrator is Scott Kinczkowski, phone (214) 875-8635.

CONTRACTOR's Contract Administrator is Brent A. Smith, phone (812) 393-9403.

## ATTACHMENTS

The following attachments are incorporated into this Agreement:

1.  Direct Payment Exemption Certificate
2.  Work Site Safety, Security, Alcohol, Drugs and Weapons
3.  Contractor's Insurance Requirements
4.  Standard Terms and Conditions PLST03
5.  BROWZ Requirements
6.  Rate Sheet titled "LABLR RATE SCHEDULE FOR LUMINANT ATR 2012"

## AMENDMENTS

Except as otherwise provided in this Agreement, no changes, modifications, amendments or supplements or any other provisions will be valid unless agreed to in writing and signed by the parties.

## ENTIRETY OF AGREEMENT

This Agreement constitutes the full, complete, and entire understanding, agreement, and arrangement of and between the parties hereto with respect to the subject matter hereof and supersedes any and all prior oral and written understandings, agreements and arrangements between them.  The Parties hereto have entered into this Agreement voluntarily and for valuable consideration, and not by reasons of any fraud, duress, undue influence or mistakes.  Each of the Parties acknowledges that it/he has read this Agreement and that it/he fully knows, understands, and appreciates this Agreement and executes this Agreement voluntarily and of its/his own free will and by executing this Agreement signifies its/his assent to and willingness to be bound by its terms. **IN SIGNING THIS AGREEMENT, EACH PARTY ACKNOWLEDGES THAT IT IS RELYING SOLELY ON ITS OWN JUDGMENT.  NO PARTY IS RELYING ON, ON OR BEING INDUCED TO EXECUTE THIS AGREEMENT BY ANY STATEMENTS, REPRESENTATIONS, AGREEMENTS OR PROMISES, ORAL OR WRITTEN, MADE BY ANY OTHER PARTY, THEIR AGENTS, EMPLOYEES, SERVANTS OR ATTORNEYS, OR ANYONE ELSE, OTHER**

Copyright © 1994 Basic Resources Inc.  All rights reserved

No.C0755482C

**THAN THE STATEMENTS EXPRESSLY WRITTEN IN THIS AGREEMENT. EXCEPT AS TO THE STATEMENTS EXPRESSLY WRITTEN IN THIS AGREEMENT, THE PARTIES SPECIFICALLY AND INTENTIONALLY WAIVE ANY CLAIMS FOR FRAUDULENT INDUCEMENT AGAINST ANY OTHER PARTY, INCLUDING ITS AGENTS, EMPLOYEES, SERVANTS, OR ASSIGNS, TO THIS AGREEMENT.**

The parties have signed this Agreement acknowledging their agreement to its provisions as of the Effective Date.

*Doyenne Constructors, LLC*

Luminant Generation Company LLC
Sandow Power Company LLC
Oak Grove Management Company LLC

By: Signature

By: Signature    4/11/12

Name: ~~Brent A. Smith~~ Cynthia Betty-Smith

Name: Scott Kinczkowski

Title: ~~Executive VP~~ Managing Member, President

Title: Procurement Specialist

Date: 4/3/2012

Date: 4/3/2012

Copyright © 1994 Basic Resources Inc. All rights reserved

**State of Texas**
**Direct Payment Exemption Certificate**
**Limited Sales, Excise, and Use Tax**

Direct payment authorization number:

1-75-2967820-7 Luminant Generation Company LLC
3-20-1997560-9 Sandow Power Company LLC
3-20-1789874-6 Oak Grove Management Company LLC

Luminant Generation Company LLC, Luminant Big Brown Mining Company LLC, Sandow Power Company LLC, Oak Grove Management Company LLC, hereby claim exemption from the payment of state, city, county, SPD, MTA and/or CTD sales and/or use taxes upon its purchase of taxable items and/or services from:

CONTRACTOR:      Doyenne Constructors, LLC
Address:             P.O. Box 127
City, State, Zip:    Mariah Hill, IN 47556

Description of items and/or services purchased under Contract No. C0755482C:

This certificate will remain in effect until the expiration date of the above contract.

This certificate does not cover:

A.    Purchase of taxable items and/or services to be resold.
B.    Sales or rental to any purchaser other than the permit holder.
C.    Sales or rental of motor vehicles subject to the motor vehicle sales and use tax (Chapter 152) and interstate motor carrier sales and use tax (Chapter 157).
D.    Nontaxable services or materials/supplies used or consumed by a provider of a nontaxable service.
E.    Lump-sum new construction projects to improve real property.

CONTRACTOR agrees not to permit others (including its contractors and repairmen) to use this direct payment authorization to purchase material tax free.

COMPANY agrees to accrue and pay the tax to the Comptroller of Public Accounts as required by statute.

Permit holder:   Luminant Generation Company LLC
                 Sandow Power Company LLC
                 Oak Grove Management Company LLC

Authorized Signature/Date: _____ 4/14/12

# POLICIES REGARDING WORK SITE SAFETY, SECURITY, ALCOHOL, DRUGS AND WEAPONS

[*Confirm that the following defined terms are defined properly in any agreement to which these terms are attached, revising definitions as necessary: (i) CONTRACTOR, (ii) CONTRACTOR Group, (iii) COMPANY, (iv) Work Site, (v) Work.*]

## A.   SAFETY

1.   CONTRACTOR agrees that any safety-related assistance or initiatives undertaken by COMPANY will not relieve CONTRACTOR from responsibility for the implementation of, and compliance with, safe working practices, as developed from their own experience, or as imposed by law or regulation, and will not in any way, affect the responsibilities resting with CONTRACTOR under the provisions of any agreement to which these policies are attached and to meet all safety requirements as specified by the Occupational Safety & Health Administration (OSHA), the Mine Safety Health Administration (MSHA), the Department of Transportation (DOT) and any other applicable state or federal safety and health laws or regulations.

2.   In the event that a material safety data sheet (hereinafter **"MSDS"**), warning label, or other documentation concerning the use of hazardous chemicals at the Work Site or any other property owned or controlled by COMPANY or any of its affiliates (collectively, together with the Work Site, **"COMPANY Properties"**), applies to any materials or equipment provided by CONTRACTOR as an aspect of the Work, such documentation will be provided by CONTRACTOR to COMPANY prior to the commencement of any such Work.

3.   CONTRACTOR will provide information to COMPANY regarding hazardous chemicals and/or consumable products that contain constituents listed in 40 CFR 372.65 used at any COMPANY Property.  CONTRACTOR will report the amount of such material carried on and off the site, the amount actually used and the manner of use.  CONTRACTOR will provide the maximum quantity of the material stored on site at any one time and if a waste material was collected, where it was disposed of (location name and address).  CONTRACTOR will provide information on the amount of material used for the previous calendar year by the first of February.

4.   CONTRACTOR will provide for the duration of the term of any agreement to which these policies are attached, at its sole expense, adequate first-aid facilities for members of CONTRACTOR Group.

5.   CONTRACTOR acknowledges and agrees that all members of CONTRACTOR Group performing Work at any COMPANY Property are required to view COMPANY's "CONTRACTOR/Visitor Safety Orientation" video, when applicable, and to read and adhere to COMPANY's "CONTRACTOR/Visitor Safety Booklet" prior to performing any Work any COMPANY Property.

6.   CONTRACTOR acknowledges and agrees that all members of the CONTRACTORS Group performing Work at the Work Site have received the required safety, health and environmental training in accordance with appropriate state and federal laws and regulations, and CONTRACTOR shall have documentation of training for each member of such CONTRACTOR Group available for review at the Work Site.

7.   Prior to entering the Work Site, CONTRACTOR is required to prepare a CONTRACTOR's Safety Health Program in accordance with state and federal laws and regulations and shall have a hard copy of such program in CONTRACTOR's possession and available for review when performing Work at the Work Site.

8.   CONTRACTOR acknowledges and agrees that, except as otherwise expressly authorized in writing by COMPANY's designated safety representative, appropriate protective equipment will be worn by any member of CONTRACTOR Group while on any COMPANY Property.  In addition, when any member of CONTRACTOR Group is performing Work which may expose that person to potential hazards, CONTRACTOR acknowledges and agrees that such person will wear appropriate clothing specific to and adequate for that exposure.

## POLICIES REGARDING WORK SITE SAFETY, SECURITY, ALCOHOL, DRUGS AND WEAPONS

9.    CONTRACTOR will take all reasonable precautions to prevent any accident in connection with the performance of Work, including, but not limited to, putting up and maintaining sufficient barriers and lights.

10.   CONTRACTOR will report to COMPANY all accidents involving personal injuries (including death) and damage to property occurring directly or indirectly as a result of the Work performed by CONTRACTOR hereunder immediately, but in no event, no later than 24 hours after the occurrence of any such accident. Any accident or incident occurring directly or indirectly as a result of the Work which CONTRACTOR must report to a regulatory agency (e.g. OSHA, MSHA, TCEQ) must also be reported to COMPANY immediately following notification to the regulatory agency.

## B.    SECURITY

1.    COMPANY may supply such site security as it deems necessary and may specify to CONTRACTOR such additional security precautions and procedures at any COMPANY Property as, in COMPANY's opinion, are reasonably necessary for the safety and security of COMPANY's personnel and property.

2.    Security by COMPANY at COMPANY Properties, if any, will not provide personal policing of the materials, tools and equipment of CONTRACTOR Group.  CONTRACTOR will assume sole responsibility for safeguarding such materials, tools and equipment.

3.    It will be the affirmative duty of CONTRACTOR to ensure that CONTRACTOR Group assists in carrying out all security measures, to include reporting all information or knowledge of matters adversely affecting security to COMPANY's designated security personnel.

4.    COMPANY reserves the right to exclude any of CONTRACTOR's employees from any COMPANY Property by denial of access, suspension or revocation of access authorization, preemptory expulsion, or by any other means, without notice or cause.  Former COMPANY employees, and any of CONTRACTOR's employees who previously have been excluded from any COMPANY Property, may be brought onto COMPANY property or facilities only if prior approval from COMPANY is obtained.

5.    COMPANY measures may also include investigations, whether by COMPANY or law enforcement officials.    CONTRACTOR agrees to cooperate in such investigations and understands that COMPANY reserves the right to require anyone in CONTRACTOR Group to authorize appropriate agencies to release his or her criminal records to CONTRACTOR as a condition of either initial or continued permission for access to any COMPANY Property. Investigations may include searches of CONTRACTOR Group.  Such searches may include searches of facilities assigned to CONTRACTOR Group, search of all COMPANY Property areas and property at such COMPANY Property areas, searches of including, but not limited to, offices, lockers, desks, lunch boxes, packages and motor vehicles (regardless of ownership).  Without limiting the foregoing, CONTRACTOR acknowledges and agrees that all members of CONTRACTOR Group, to the extent that COMPANY reasonably determines that such members require security badge access prior to entering onto any COMPANY Property, shall be required to comply with COMPANY's standard security badge requirements, including without limitation a background check to be performed by COMPANY.

6.    CONTRACTOR agrees to instruct its employees in the details of COMPANY's work site security policies and measures, both as specified herein and as hereinafter provided by COMPANY to CONTRACTOR.

## CONTRACTOR'S GENERAL INSURANCE REQUIREMENTS

CONTRACTOR will, at its own expense, maintain in force throughout the period of this document or agreement, or as otherwise specified, and until released by COMPANY the following minimum insurance coverages, with insurers acceptable to COMPANY.

1) <u>Workers' Compensation and Employers' Liability Insurance</u>, providing statutory benefits in accordance with the laws and regulations of the State of Texas or state of jurisdiction as applicable. The minimum limits for the employers' liability insurance will be five hundred thousand dollars ($500,000) bodily injury each accident, five hundred thousand dollars ($500,000) each employee bodily injury by disease, five hundred thousand dollars ($500,000) policy limit bodily injury by disease.

2) <u>Commercial General Liability Insurance</u>, including bodily injury and property damage, personal and advertising injury, contractual liability,  and including  products and completed operations coverage continuing for two (2) years after Final Acceptance, or completion of the Work, whichever is later, with minimum limits of one million dollars ($1,000,000) per occurrence for bodily injury, including death and property damage.

3) <u>Automobile Liability Insurance</u> for coverage of owned, non-owned and hired autos, trailers or semi-trailers with a minimum combined single limit of one million dollars ($1,000,000) per accident for bodily injury, including death, and property damage.

4) <u>Excess Liability Insurance</u> over and above the employers' liability, commercial general liability and automobile liability insurance coverage, with a minimum limit of two million dollars ($2,000,000) per occurrence. Coverage must replace exhausted aggregate limits under the coverages referenced in #1 (employers' liability), and #2 above. Coverage must continue for two (2) years after Final Acceptance, or completion of the Work, whichever is later.

5) <u>Professional Liability Insurance</u> with a minimum limit of three million dollars ($3,000,000) per claim or occurrence.

ADDITIONAL PROVISIONS:

A) The required limits of insurance can be satisfied by any combination of primary and excess coverage.

B) The commercial general liability insurance, automobile liability insurance and excess liability insurance policies will contain provisions that specify that the policies are primary as respects to COMPANY and will apply without consideration for other policies separately carried by COMPANY. The policies shall also include standard severability provisions that state each insured is provided coverage as though a separate policy had been issued to each, except with respects to limits of insurance, and that only one deductible (if applicable) will apply per occurrence regardless of the number of insureds involved in the occurrence. CONTRACTOR will be responsible for any deductibles or retentions.

C) The commercial general liability insurance, automobile liability insurance and excess liability insurance policies, if written on a claims-made basis, will be maintained in full force and effect for two (2) years after Final Acceptance or completion of the Work, whichever is later.

D) All policies must be issued by carriers having an *A.M. Best's* rating of "A-" or better, and an *A.M. Best's* financial size category of "VIII" or better, or *Standard & Poor Insurance Solvency Review* of "A-" or better.  If requested in writing by COMPANY, CONTRACTOR will make available to COMPANY a certified copy of any or all insurance policies or endorsements required of CONTRACTOR.

E) Prior to commencement of Work, CONTRACTOR will provide to COMPANY certificates of insurance evidencing the coverage required herein.  COMPANY's review of certificates or policies will not be construed as accepting any deficiencies in CONTRACTOR's insurance or relieve CONTRACTOR of any obligations set forth herein.  In addition, CONTRACTOR will require each of its subcontractors to provide adequate insurance. Any deficiencies in the insurance to be provided by subcontractors will be the responsibility of CONTRACTOR.

F) **Certificates of insurance must show Energy Future Holdings Corp. and its direct and indirect subsidiaries as the certificate holder, and as an additional insured (including completed operations) as respects all of the required coverages except workers' compensation.  Workers' compensation shall include Energy Future Holdings Corp. and its direct and indirect subsidiaries as an alternate employer. All of the required coverages must provide a waiver of subrogation in favor of the certificate holder.**

G) CONTRACTOR agrees to report to the manager of the claims department of the COMPANY in writing as soon as practical all instances of damage to the Work and all accidents or occurrences which may result in injuries to any person, including death, and any property damage, arising out of the performance of the Work.

H) If the insurance obligations required in this Agreement exceed the maximum limits permitted by law or do not otherwise conform with any applicable law, then this Agreement will be deemed amended so as to only require CONTRACTOR to provide insurance to the maximum extent allowed by law.

I) The requirements contained herein as to the types and limits of all insurance to be maintained by CONTRACTOR are not intended to and will not, in any manner, limit or qualify the liabilities and obligations assumed by CONTRACTOR under this Agreement.

## POLICIES REGARDING WORK SITE SAFETY, SECURITY, ALCOHOL, DRUGS AND WEAPONS

**C.    ALCOHOLIC BEVERAGES, DRUGS AND WEAPONS**

CONTRACTOR will inform all members of CONTRACTOR Group, who may be involved in the performance of any Work, of the following COMPANY rules, relating to alcoholic beverages, drugs and weapons, with which all employees are expected to comply:

1.    Bringing, attempting to bring, possessing, using or being under the influence of intoxicants, drugs, or narcotics while on any COMPANY Property, including, but not limited to parking areas, is prohibited.   Possessing alcoholic beverages in sealed containers is permitted, however, in designated parking areas owned or controlled by Oncor Electric Delivery Company LLC, Luminant Generation Company LLC, Oak Grove Management Company LLC, Generation Development Company LLC, Sandow Power Company LLC and EFH Corporate Services Company, but not parking areas owned or controlled by Luminant Mining Company LLC, Luminant Big Brown Mining Company LLC and Oak Grove Mining Company LLC.

2.    Drugs prescribed by a licensed physician, for an individual working on any COMPANY Property, which could affect the employee's job performance, or non-prescription drugs which could affect the employee's job performance, are allowed on any COMPANY Property only if they have been previously cleared by the employee's supervisor.  Any employee taking such medication must inform his or her supervisor of the medication and dosage being taken.

3.    Bringing, attempting to bring, possessing or using firearms, whether classified as legal or illegal, while on any COMPANY Property, including but not limited to buildings, parking areas, recreation facilities, equipment and vehicles, is prohibited.   Use or possession of firearms for specific situations is permitted if approved by function or higher level management of COMPANY.

4.    Off-the-job involvement with intoxicants, drugs, or narcotics, which adversely affects COMPANY's business, to include impairing the employee's ability to perform his job, or the public trust in the safe operation of COMPANY is prohibited.

5.    Any conduct on any COMPANY Property which is in violation of any state or federal law or regulation is considered a violation of these rules and a breach of any agreement to which these policies are attached.

6.    CONTRACTOR is responsible for the compliance of CONTRACTOR Group with the above specified rules.

7.    In order to enforce these rules, all individuals with access to any COMPANY Property as well as the vehicles, offices, lockers and any personal belongings of such individuals on any COMPANY Property are subject to search by COMPANY and its agents, to include security representatives appointed or employed by COMPANY.  Individuals may be required to take a blood, urinalysis or Breathalyzer test, or submit to other recognized investigatory tests or procedures as are deemed appropriate or necessary by COMPANY in the investigation of a violation of these rules.

8.    The refusal, on the part of any of CONTRACTOR Group, to submit immediately to a search of his or her person and/or property, or to be tested, whether by blood test, urinalysis, Breathalyzer or other recognized investigatory test or procedure, after being requested to do so, will be considered a violation of COMPANY rules.

9.    Violations of these rules may be cause for denial of access to any COMPANY Property.

BATES 13

**STANDARD TERMS AND CONDITIONS**
**PLST03**

BATES 14

## STANDARD TERMS AND CONDITIONS
## PLST03

### INDEPENDENT CONTRACTOR RELATIONSHIP

CONTRACTOR will act as and be deemed to be an independent contractor.  Neither CONTRACTOR nor any of its employees will act as, nor be deemed to be, an agent or employee of COMPANY. CONTRACTOR will have the sole right to control and directly supervise the method, manner and details of the Work.

### MATERIALS, EQUIPMENT AND LABOR

CONTRACTOR will provide and furnish all material, labor, services, supervision, tools, apparatus, conveyances, equipment and incidental expenses required to complete the Work, except for those specifically mentioned in this Agreement to be provided by COMPANY.  All materials and equipment incorporated into any Work under this Agreement will be new and of the most suitable grade unless otherwise specified.

CONTRACTOR will be solely responsible for the proper storage, transportation and disposal of any product or waste, other than sandblasting waste, used or generated in connection with the Work in accordance with all applicable Environmental Laws.  CONTRACTOR will dispose of all waste materials, other than sandblasting waste, at an off-site disposal facility approved for such waste materials pursuant to applicable Environmental Laws and will complete and sign all waste manifests as the generator of such waste. COMPANY will be responsible for the storage, transportation and disposal of any sandblasting waste generated during the performance of the Work.

### ASSIGNMENT

CONTRACTOR will not assign, transfer or otherwise dispose of any of its obligations or duties without the prior written approval of COMPANY.  Any assignment or transfer made without the express written approval of COMPANY will be null and void.

### SUBCONTRACTING

CONTRACTOR will not subcontract for any of the Work without the prior approval of COMPANY and CONTRACTOR will not be relieved of any duty or liability relating to any Work by reason of subcontracting. There will be no contractual relationship between COMPANY and any subcontractor by virtue of this Agreement.

### BINDING ON SUCCESSORS AND ASSIGNS

This Agreement will inure to the benefit of and be binding upon the undersigned parties and entities, and their respective legal representatives, successors and approved assigns.

### STANDARDS AND CODES

Whenever reference is made in this Agreement to standards or codes in accordance with which Work is to be performed or tested, the edition or revision of the standards or codes current on the Effective Date will apply, unless otherwise expressly stated.  In case of conflict between any referenced standards and codes and any documents attached to and incorporated into this Agreement, the Agreement documents will govern.

### CONDITIONS AFFECTING WORK

CONTRACTOR will investigate and acquaint itself with the conditions affecting the Work, including but not limited to those related to the transportation, disposal, handling and storage of materials and waste; availability of labor, water, electric power and roads; the uncertainties of weather, river stages or similar physical conditions at the site; the conformation and condition of the ground; and the character of equipment and facilities needed preliminary to and during prosecution of the Work.  CONTRACTOR has

Copyright H 1994 Basic Resources Inc  All rights reserved

# STANDARD TERMS AND CONDITIONS
## PLST03

satisfied itself as to the character, quality and quantity of surface and subsurface materials or obstacles to be encountered. CONTRACTOR's failure to acquaint itself with any conditions affecting the Work or any available related information will not relieve it from responsibility for properly estimating the difficulty or cost of successfully performing the Work.

COMPANY is not responsible for any conclusions or interpretations made by CONTRACTOR from the information made available by COMPANY, other than information contained in or referenced in this Agreement. CONTRACTOR will draw its own conclusions from its review of any and all data and information provided by COMPANY.

CONTRACTOR assumes full responsibility for investigating conditions and determining the existence and magnitude of any hazards to the physical well-being of property of CONTRACTOR, the employees, agents, and servants of CONTRACTOR, or any other person or entity who is or may become involved in the performance of Work, and any and all other persons in the vicinity of the Work. CONTRACTOR will advise all of the above-specified persons or entities of any hazards relating to Work, and will ensure that those persons or entities are advised of and fully understand the nature of the hazards and safety precautions that can be taken to eliminate or minimize dangers relating to the hazards.

CONTRACTOR will use its best efforts to ensure that the Work is performed so as to minimize any adverse impact upon natural resources and the environment and will use best industry practices in this regard at all times.

CONTRACTOR will immediately notify COMPANY as soon as CONTRACTOR has reason to believe that CONTRACTOR, or any employee or other person performing the Work, is not or may not be performing the Work in compliance with applicable Environmental Laws. CONTRACTOR will provide COMPANY with written notice to COMPANY of such actual or potential non-compliance within three (3) days following the discovery thereof. CONTRACTOR will take immediate steps to ensure compliance with all applicable Environmental Laws and will, if directed by COMPANY, cease all Work until authorized by COMPANY to resume the Work.

## CHANGES IN WORK

COMPANY may by written notice, make changes in, additions to, or deletions from the Work. If any change significantly increases the time required to perform the Work, an equitable adjustment will be made in the schedule for the performance and completion of the Work. If the Work is being performed on a fixed price basis, and if any change significantly increases or decreases the cost to CONTRACTOR of performing the Work, then an equitable adjustment will be made in the price. The compensation rates for the Work will not be changed.

In order to receive an equitable adjustment in price or schedule, CONTRACTOR must provide a written request for that adjustment within five (5) working days after receiving COMPANY's notice of a change in the Work. CONTRACTOR will continue to perform the changed Work prior to or pending Agreement on an equitable adjustment and will not halt or delay performance of the Work because of any failure to reach an Agreement on an adjustment.

## ENVIRONMENTAL

In the event that CONTRACTOR discovers during the performance of the Work any substance at the Work Site that is not the subject of the Work or has not otherwise been identified by COMPANY for CONTRACTOR, which substance CONTRACTOR has reason to believe is or may be a Hazardous Substance that (i) has been or may be released or spilled into the soil, surface water, or groundwater or in a building or structure, or (ii) consists of asbestos-containing materials, lead-based paint, batteries, thermostats, lighting equipment, or equipment containing polychlorinated biphenyls, CONTRACTOR will immediately stop Work and notify COMPANY of the discovery. CONTRACTOR will not resume the Work until receiving authorization from COMPANY to do so.

# STANDARD TERMS AND CONDITIONS
# PLST03

The term "Hazardous Substance" means any product, waste, emission or substance defined, listed or designated as a hazardous or toxic substance, hazardous waste, hazardous material or pollutant by or pursuant to any Environmental Law and includes, but is not limited to, any petroleum-based product, substance or waste, including any additives associated therewith, pesticides, fertilizers, solvents, polychlorinated biphenyls, mercury, lead, lead-based paint, asbestos-containing material or explosives.

CONTRACTOR will immediately notify COMPANY in the event of a spill or release of any material which CONTRACTOR knows or has reason to believe is a Hazardous Substance, whether onto the ground, into any body of water, a storm or sanitary sewer, or the air, or anywhere on property owned or controlled by COMPANY, including within any building or structure. CONTRACTOR will be solely responsible, as may be required by applicable Environmental Laws, for, in consultation with COMPANY, (i) notifying the appropriate governmental agencies of such spill or release caused or permitted by the acts or omissions of CONTRACTOR and (ii) for the cleanup and remediation of such spill or release.

## FORCE MAJEURE

If either party becomes unable, either wholly or in part, by an event of Force Majeure, to fulfill its obligations under this Agreement, the obligations affected by the event of Force Majeure will be suspended only during the continuance of that inability. The party so affected will give written notice of the existence, extent and nature of the Force Majeure to the other party within forty-eight (48) hours after the occurrence of the event. The party so affected will remedy its inability as soon as possible. Failure to give notice will result in the continuance of the affected party's obligation regardless of the extent of any existing Force Majeure.

The term "Force Majeure" as used in this Agreement means acts of God (except as excluded herein), strikes, lockouts, or other industrial disturbances, acts of public enemies, wars, blockades, insurrections, riots, epidemics, earthquakes, fires, priority allocations of pipe or other materials or orders, restraints or prohibitions by any court, board, department, commission or agency of the United States or of any States, any arrests and restraints, civil disturbances, explosions and inability despite reasonable diligence to obtain materials essential to the Work. Rain, snow, ice or other adverse weather conditions will not be considered events of Force Majeure.

## SUSPENSION FOR CAUSE

In addition to the other remedies provided COMPANY in this Agreement, COMPANY has the right to order the temporary suspension of any Work when it determines, in its sole discretion, that performance of the Work is not being conducted in a safe manner, the specified quality of the Work is not being met, or the Work is not otherwise being performed in accordance with the requirements of this Agreement.

If any unsatisfactory condition of a portion of any Work performed hereunder is brought to CONTRACTOR's attention, and is corrected by CONTRACTOR to COMPANY's complete satisfaction, COMPANY will authorize resumption of the Work. Should CONTRACTOR fail to promptly correct the unsatisfactory condition to COMPANY's complete satisfaction, CONTRACTOR will be considered in breach of this Agreement.

If circumstances are brought to COMPANY's attention that indicate CONTRACTOR's delay in performance of the Work, or any other fact giving COMPANY reasonable apprehension of CONTRACTOR's ability to perform the Work, COMPANY may, at its discretion, withhold payment which may be due CONTRACTOR until such time as CONTRACTOR demonstrates its willingness and ability to complete the Work in strict accordance with this Agreement.

If any suspension of Work significantly increases the time required for the performance of the Work, an equitable adjustment may, in COMPANY's sole discretion, be made in the performance obligations. In no event, however, will any suspension be the basis for any claim or cause of action by CONTRACTOR or CONTRACTOR's employees, agents, or subcontractors against COMPANY.

## STANDARD TERMS AND CONDITIONS
## PLST03

### TERMINATION

COMPANY may terminate this Agreement, in whole or in part, at any time, at its sole discretion, by providing written notice of termination to CONTRACTOR. The notice of termination will specify the effective date of any termination, and the Work or any part of the Work to be terminated, or alternatively, that this Agreement is terminated in its entirety.

CONTRACTOR will discontinue Work in accordance with COMPANY's termination instructions. Upon receiving notice of termination, CONTRACTOR will place no further orders, or enter into further subcontracts for services, materials or equipment related to the terminated Work. In addition, CONTRACTOR will delay or terminate all existing orders and subcontracts, insofar as those orders and subcontracts relate to the performance of the Work terminated.

In the event this Agreement or the Work is terminated, COMPANY's only liability will be to pay CONTRACTOR the unpaid balance due CONTRACTOR for Work actually performed.

There will be deducted from any unpaid balance due CONTRACTOR the amounts of all claims of COMPANY against CONTRACTOR, including, but not limited to, claims on account of defect in materials and workmanship.

### TERMINATION FOR DEFAULT

If a petition in bankruptcy should be filed by CONTRACTOR, or if CONTRACTOR should make a general assignment for the benefit of creditors, or if a receiver should be appointed due to the insolvency of CONTRACTOR, or if CONTRACTOR should refuse or fail to supply enough properly skilled workmen or proper equipment, materials or services or should fail to make prompt payment to subcontractors, or to pay promptly for materials or labor, or disregard laws, ordinances or the instruction of COMPANY's Contract Coordinator, or if CONTRACTOR should refuse or fail to abide by the Agreement Construction Schedule or otherwise violate any provisions of the Agreement, then COMPANY, upon a determination by COMPANY's Contract Coordinator that sufficient cause exists to justify such action, may, without prejudice to any other right or remedy available to it after giving CONTRACTOR seven (7) days' written notice, terminate the Agreement and take possession of the Work Site. In the event of such a termination, COMPANY may use all or part of CONTRACTOR's equipment and materials and may finish the Work by whatever method COMPANY may deem expedient. In such event, CONTRACTOR will not be entitled to receive any further payment hereunder until the Work is finished. If the unpaid balance of the Agreement Price will exceed the expense of finishing the Work, including compensation of COMPANY's Contract Coordinator, other COMPANY personnel, third party engineering companies, or other contractors for additional services, such excess will be paid to CONTRACTOR. If the expense of finishing the Work will exceed such unpaid balance, CONTRACTOR will pay the difference to COMPANY within fifteen (15) days of receiving an invoice for same. The expenses incurred by COMPANY herein, and the damage incurred through CONTRACTOR's default, will be determined by COMPANY's Contract Coordinator, in its sole discretion, and such determination will be binding as between the parties.

In the event of a termination under the provisions of this Article, CONTRACTOR will transfer and assign to COMPANY, in accordance with COMPANY's instructions, all Work, all construction records, reports, permits, data and information, other materials (including all COMPANY-supplied materials), supplies, Work in progress and other goods for which CONTRACTOR is entitled to receive reimbursement hereunder, and any and all plans, drawings, sketches, specifications, and information in connection with the Work, and will take such action as may be necessary to secure COMPANY, at COMPANY's sole election, the rights of CONTRACTOR under any or all orders and subcontracts made in connection with the Work.

In the event that COMPANY so directs or authorizes, CONTRACTOR will sell at a price approved by COMPANY, or retain at a mutually agreeable price, any such materials, supplies, Work in progress, or other goods as referred to in the preceding paragraph. In any event, COMPANY will receive any and all records, plans, drawings, data, permits, specifications, sketches, reports, or other information relating to the Work. The proceeds of any such sale or the agreed price will be paid or credited to COMPANY in such

4

Copyright © 1994 Basic Resources Inc. All rights reserved

## STANDARD TERMS AND CONDITIONS
## PLST03

manner as COMPANY may direct so as to reduce the amount payable by COMPANY under this Article.

## INSPECTORS

A thorough inspection of all Work performed, including, but not limited to Work being performed at location(s) of subcontracted Work, and all materials furnished may be made by inspectors designated by COMPANY's Contract Coordinator to determine if the Work is being performed in strict compliance with this Agreement.  Neither COMPANY's Contract Coordinator nor COMPANY's inspectors have any power or authority to waive any of the provisions of this Agreement or any obligations of CONTRACTOR under this Agreement.

## FINAL INSPECTION AND ACCEPTANCE

CONTRACTOR will notify COMPANY in writing when it considers all Work complete and ready for final acceptance.  COMPANY, with CONTRACTOR's cooperation, may conduct such inspections and tests to satisfy itself that the Work conforms to all of the requirements of this Agreement.  If the Work is acceptable, COMPANY will within a reasonable time, notify CONTRACTOR in writing of its Final Acceptance of the Work and authorize CONTRACTOR to issue its final invoice.

If all or part of the Work is not complete or is unacceptable, COMPANY will notify CONTRACTOR of the incomplete or unacceptable Work, and CONTRACTOR will, at its sole expense, complete or correct the Work so that the Work conforms to all of the requirements of this Agreement.

## WARRANTY

CONTRACTOR agrees and warrants that its employees, agents and subcontractors will perform the Work in a good and workmanlike manner, in accordance with high professional standards, with a level of care, skill, knowledge and judgement required or reasonably expected of firms or persons performing comparable services, and in strict accordance with this Agreement, including but not limited to, all specifications made a part of this Agreement.  Further, CONTRACTOR warrants that all Work will be free from defects in design, materials and workmanship for a period of twelve (12) months from the date of Final Acceptance by COMPANY of all Work, except where specific Work items have been specified to have a longer warranty.

Upon oral or written notice from COMPANY that any of the Work performed by CONTRACTOR fails to conform to any of the above-specified warranties, CONTRACTOR will, at no additional cost to COMPANY, properly remedy the failure and reperform any Work necessary so that the Work conforms to those warranties.  CONTRACTOR further warrants any and all corrected or reperformed Work to be free from defects in design, materials and workmanship for a period of twelve (12) months following acceptance by COMPANY of the corrected or reperformed Work.  Nothing herein will limit the rights and remedies that may be available to COMPANY at law or in equity.

## BACKCHARGE

If COMPANY discovers defective or nonconforming Work, it may, after notifying CONTRACTOR to correct the defective or nonconforming Work and upon CONTRACTOR's refusal or failure to proceed with corrective action in a reasonable time, perform the redesign, repair, rework or replacement of the defective or nonconforming Work by the most expeditious means available and backcharge CONTRACTOR for all costs incurred.

COMPANY may either separately invoice, or deduct from any payments due CONTRACTOR, the costs for any backcharge.  The performance of backcharge work by COMPANY or COMPANY's representative will not relieve CONTRACTOR of any of its responsibilities under this Agreement.

Copyright © 1994 Basic Resources Inc.  All rights reserved

# STANDARD TERMS AND CONDITIONS
## PLST03

### RECORDS AND RIGHTS TO AUDIT

CONTRACTOR will keep accurate and complete books of accounts, records, documents and other evidence related to the charges for and performance of any Work, including CONTRACTOR's compliance with Environmental Laws related to the Work ("Records"), and of any change or modification to the charges. COMPANY or COMPANY's Contract Coordinator may inspect those records at any time during normal business hours.

All Records required for an audit and inspection will be made available at the offices of CONTRACTOR, at all reasonable times, for inspection, audit or reproduction, until three (3) years from date of final payment for any Work. COMPANY will bear the expenses incurred by it in supporting any such inspection or audit; provided, however, that should any audit or investigation produce evidence that CONTRACTOR has knowingly overstated charges or units of measure upon which charges are based, or provided gifts, gratuities or other benefits to employees of COMPANY in violation of the Business Ethics provisions of this Agreement, CONTRACTOR will be liable to COMPANY for actual damages, including cost of audit and investigation.

### BUSINESS ETHICS

CONTRACTOR represents and warrants that neither it nor any person or entity associated in any manner with CONTRACTOR will:

1)   Provide or offer any compensation or benefit of any type, including any gift or gratuity, other than advertising mementos of nominal value or reasonable business meals and business entertainment, to any COMPANY employee;

2)   To the best of CONTRACTOR's knowledge, maintain or establish any undisclosed business affiliation that could constitute or give the appearance of a conflict with the interests of COMPANY; or

3)   Except to the extent expressly provided for in this Agreement, attempt to act on behalf of or, in any manner, seek to represent COMPANY.

If, during the term of this Agreement, CONTRACTOR knows or becomes aware of any facts or circumstances contrary to the representations and the warranties above, CONTRACTOR will immediately notify COMPANY and provide sufficient information for COMPANY to take appropriate protective or corrective actions. CONTRACTOR further agrees to cooperate fully in any investigation undertaken by COMPANY.

CONTRACTOR, if requested by COMPANY, agrees to require its employees to execute an ethics/nondisclosure agreement at any time.

### CONTRACTOR'S RESPONSIBILITY FOR WORK

CONTRACTOR will care for and maintain both the partially completed and finished Work until final acceptance by COMPANY. Acceptance of portions of the Work made for the purpose of determining partial payments will not constitute Final Acceptance of any portion of the Work.

### WORK SITE PERMITS AND LICENSES

Subject to the following two paragraphs, CONTRACTOR will obtain, prior to the commencement of the Work, and provide to COMPANY upon request, all permits, licenses and governmental authorizations, at its sole expense, required for the performance of the Work. CONTRACTOR will be solely responsible for maintaining compliance with such permits, licenses and governmental authorizations.

In the event that a storm water discharge permit is required for the performance of the Work, (i)

## STANDARD TERMS AND CONDITIONS
## PLST03

CONTRACTOR will be responsible for filing a Notice of Intent with respect to the Work, in addition to any Notice of Intent that COMPANY may be required to file, and (ii) CONTRACTOR will coordinate with COMPANY in the preparation and execution of a Storm Water Pollution Prevention Plan for the Work Site.

In the event that the performance of the Work involves the handling or abatement of asbestos-containing materials, CONTRACTOR will coordinate with COMPANY in the preparation and filing of all required notification forms.

### ACCESS

Should CONTRACTOR desire access to the Work Site over any land not controlled by COMPANY, it will, at its sole expense, obtain all proper permits or written permission necessary for that access.

### HAULING AND OPERATING PERMITS

CONTRACTOR will obtain all hauling and other operating permits and licenses required for the performance of the Work and will pay all related charges and fees. CONTRACTOR will also give all notices (other than COMPANY's Notice of Intent) necessary and incidental to the lawful performance of the Work.

### COMPANY FACILITIES

CONTRACTOR will not use COMPANY's sanitary facilities, changehouses, shops, parks, storage buildings, tools, equipment or other facilities unless so directed by COMPANY. CONTRACTOR will not discharge, without COMPANY's prior written authorization, any product or waste used or generated in connection with the Work through any (i) COMPANY-permitted outfall, (ii) COMPANY-owned or operated pollution control equipment, or (iii) storm or sanitary sewer located at or in the vicinity of the Work Site. Any request for authorization to discharge will include, at a minimum, either a copy of the Material Safety Data Sheet for the product or a written description of the waste, including a list of the constituents of the waste and the relative concentrations thereof.

### COLLATERAL WORK

COMPANY and other contractors may be working at the Work Site. COMPANY reserves the right to coordinate the performance of CONTRACTOR's Work with the work of others. CONTRACTOR will cooperate with and will not delay, impede or otherwise impair the work of others. COMPANY does not guarantee CONTRACTOR continuous uninterrupted access to the Work Site, but will provide such access as good construction practices will allow, considering the other activities in the area.

### PROTECTION OF PROPERTY AND PERSONS

CONTRACTOR will protect the Work (whether completed or in progress), materials, equipment, adjacent property, natural resources and the public from any damage or danger relating to the Work, and will be responsible for any damage, loss or injury due to its actions or neglect. CONTRACTOR will take reasonable precaution to prevent any accident in connection with the performance of the Work and will put up and maintain sufficient barriers, lights and/or other necessary precautions.

### PROTECTION OF HIGHWAYS AND RAILROADS

CONTRACTOR will make suitable arrangements with governmental authorities and railroads for the construction of all structures, whether underneath or over roads, railroads or rights-of-way to protect the public from accident or delay. CONTRACTOR will repair, at its own expense, to the satisfaction of the governmental authorities or other owners, all roads, railroads and bridges that may be damaged by, or given undue wear due to the Work.

### CLEANING UP

k:\contract\word\attach\plst03 t&c, revised 08/17/2011

7

Copyright © 1994 Basic Resources Inc. All rights reserved

## STANDARD TERMS AND CONDITIONS
## PLST03

CONTRACTOR will at all times keep the Work Site free of waste materials or rubbish caused by the Work. After completing the Work, CONTRACTOR will remove all its waste materials, rubbish, tools, supplies, equipment and surplus materials from and about the Work Site.

If CONTRACTOR fails to keep the Work Site clean or to clean up after completing the Work, COMPANY may do so and charge all costs of cleaning up to CONTRACTOR. Those costs may be deducted from the final payment to CONTRACTOR.

### CONFLICT OF INTEREST

CONTRACTOR will not engage in any activity that will adversely affect or impair its ability to perform the Work in an independent and reliable manner. CONTRACTOR warrants that it has no professional or contractual obligations that will conflict with its performance of any Work.

### PROTECTION AGAINST LIENS AND ENCUMBRANCES

CONTRACTOR will not at any time permit any lien, attachment or other encumbrance ("Encumbrance") by any person or persons whosoever or by reason of any claim or demand against CONTRACTOR to be placed or remain on the property of COMPANY, including, but not limited to, the Work Site upon which Work is being performed or equipment and materials that are being furnished. To prevent an Encumbrance from being placed on the property of COMPANY, CONTRACTOR will furnish during the progress of any Work, as requested from time to time, verified statements showing CONTRACTOR's total outstanding indebtedness in connection with the Work.

If CONTRACTOR allows any indebtedness to accrue to subcontractors or others and fails to pay or discharge that indebtedness within five (5) days after demand, then COMPANY may withhold any money due CONTRACTOR until that indebtedness is paid or pay the indebtedness and apply that amount against the money due CONTRACTOR.

If CONTRACTOR allows any Encumbrances, whether valid or invalid to be placed on the property of COMPANY, any and all claims or demands for payment to CONTRACTOR will be denied by COMPANY until the Encumbrance is removed. If the Encumbrance is not removed immediately, COMPANY may pay that claim or demand and deduct the amount paid, together with all related expenses, including attorneys' fees, from any further payment due CONTRACTOR, or at COMPANY's election, CONTRACTOR will, upon demand, reimburse COMPANY for the amount paid and all related expenses. Any payment made in good faith by COMPANY will be binding on CONTRACTOR.

### TAXES

CONTRACTOR will comply with all federal, state, or municipal laws, rules and regulations regarding taxes and the payment of taxes, until the Work has been completed, including, without limitation, social security, state unemployment insurance, gross receipts taxes, withholding taxes, and income tax. CONTRACTOR will furnish, upon request by COMPANY, satisfactory evidence of its compliance.

### WAIVER OF CONSEQUENTIAL DAMAGES

Neither party will be liable to the other in contract, tort, or on any other basis, for any consequential damages of any nature, including, but not limited to, lost profits or revenues, loss of customer goodwill, business interruption costs, overhead costs, lost profits, costs of capital, or loss of use of money. Consequential damage also includes attorneys' fees, except as otherwise specifically provided for, in this Agreement and it is expressly understood that this paragraph will be subjugated to, and will not limit or otherwise affect in any manner, CONTRACTOR's obligations to indemnify and hold harmless COMPANY as provided for in the Indemnity and Intellectual Property provisions of this Agreement or CONTRACTOR's obligation as provided for in the Warranty provision of this Agreement.

Copyright H 1994 Basic Resources Inc. All rights reserved

## STANDARD TERMS AND CONDITIONS
## PLST03

### INDEMNIFICATION

CONTRACTOR agrees to and will defend, protect, indemnify and hold harmless COMPANY Group from and against all claims, losses, expenses, attorneys' fees, damages, demands, judgments, causes of action, suits, and liability in tort, contract, or any other basis and of every kind and character whatsoever (hereinafter in this and the following paragraphs collectively referred to as "CLAIMS"), for personal injury, death, or property damage of any member of CONTRACTOR Group, arising out of or incident to or related in any way to, directly or indirectly, this Agreement, or the Work, services, or materials to be performed or supplied thereunder, or to any activities of any member of CONTRACTOR Group while on any premises actually or allegedly owned, controlled, or operated by COMPANY, including, but not limited to, CLAIMS arising out of or resulting from (1) any condition of the premises, (2) separate operations being conducted on the premises, or (3) the imperfection or defective condition, whether latent or patent, of any material or equipment sold, supplied, or furnished by COMPANY; and **further, IT IS THE EXPRESS INTENT OF THE PARTIES THAT, FOR THE PURPOSES OF THIS PARAGRAPH, CLAIMS, AND CONTRACTOR'S OBLIGATIONS TO DEFEND, PROTECT, INDEMNIFY, AND HOLD HARMLESS, WILL INCLUDE, BUT NOT BE LIMITED TO, CLAIMS ARISING OUT OF OR RESULTING FROM COMPANY GROUP'S SOLE OR CONCURRENT (1) NEGLIGENCE, (2) STRICT LIABILITY, OR (3) OTHER FAULT OF ANY NATURE.**

For all CLAIMS except those for personal injury, death, or property damage of any member of CONTRACTOR GROUP within the scope of the preceding paragraph, CONTRACTOR agrees to and will defend, protect, indemnify, and hold harmless COMPANY Group from and against any and all CLAIMS arising out of or incident to or related in any way to, directly or indirectly, this Agreement, or the Work, services, or materials to be performed or supplied thereunder, or to any activities of any member of CONTRACTOR Group while on any premises actually or allegedly owned, controlled, or operated by COMPANY, including, but not limited to, CLAIMS arising out of or resulting from (1) any condition of the premises, or (2) separate operations being conducted on the premises, or (3) the imperfection or defective condition, whether latent or patent, of any material or equipment sold, supplied, or furnished by COMPANY; and **further, IT IS THE EXPRESS INTENT OF THE PARTIES THAT, FOR THE PURPOSES OF THIS PARAGRAPH, CLAIMS, AND CONTRACTOR'S OBLIGATIONS TO DEFEND, PROTECT, INDEMNIFY, AND HOLD HARMLESS, WILL INCLUDE, BUT NOT BE LIMITED TO, CLAIMS ARISING OUT OF OR RESULTING FROM COMPANY GROUP'S CONCURRENT (1) NEGLIGENCE, (2) STRICT LIABILITY, OR (3) OTHER FAULT OF ANY NATURE.**

To the extent necessary to permit COMPANY to enforce any term, clause, or condition of this Agreement, CONTRACTOR agrees that with respect to any CLAIMS brought against COMPANY Group, CONTRACTOR will and does hereby waive as to COMPANY Group any defense it may have by virtue of the workers' compensation laws of any state.

**In the event that any of the terms or provisions of this INDEMNIFICATION section are determined to be invalid, illegal, unenforceable or in conflict with the law of any court of competition jurisdiction, the validity, legality and enforceability of the remaining terms and provisions shall not in any way be affected or impaired, and remain in full force and effect.**

### INTELLECTUAL PROPERTY

CONTRACTOR will obtain permission to use any and all intellectual property that may be required in order for CONTRACTOR to perform the Work. This permission will include all necessary licenses and other governmental approvals.

CONTRACTOR will hold harmless and indemnify COMPANY Group from and against, and at COMPANY's option, defend COMPANY Group against, any and all fines, penalties, losses, liabilities, damages, claims and costs (including reasonable attorneys' fees and court costs), arising out of or incurred as a result, directly and indirectly, of any alleged or actual infringement or violation of any right, or alleged right, relating to intellectual property, including, but not limited to, patent, copyright or trade secret.

BATES 23

## STANDARD TERMS AND CONDITIONS
## PLST03

In addition, if any claim is brought alleging infringement or the violation of any intellectual property right, CONTRACTOR will avoid any further possible infringement of the intellectual property right, and will seek to resolve the claim in consultation with COMPANY, either by means of alternative arrangements for the Services, or by obtaining permission to use the intellectual property in question.

### COMPLIANCE WITH LAWS

CONTRACTOR represents that it is knowledgeable of and will comply with all federal, state, and local laws, rules, decrees, orders, regulations, by-laws, ordinances and codes that may, in any manner, affect the conduct of the Work, including all Environmental Laws. In this regard, any conduct on the Work Site, that is in violation of any federal, state, or local enactment, as specified above, is also a breach of this Agreement.

The term "Environmental Laws" will mean any and all laws, statutes, ordinances, rules, regulations, orders, interpretations, or guidance of any federal, state or local government or regulatory agency, as may now or hereafter be in effect, pertaining to human health, safety, or the environment, including, but not limited to, the following statutes and any applicable state or local equivalents thereof and any rules and regulations promulgated pursuant thereto: the Federal Clean Air Act, the Comprehensive Environmental, Response, Compensation, and Liability Act of 1980 ("CERCLA"), the Federal Water Pollution Control Act, the Resource Conservation and Recovery Act of 1976, the Safe Drinking Water Act, the Toxic Substances Control Act, the Emergency Planning and Community Right-to-Know Act, the Oil Pollution Act of 1990, the National Environmental Policy Act, the Hazardous Materials Transportation Act, the Atomic Energy Act, the Federal Insecticide, Fungicide and Rodenticide Act, and the Occupational Safety and Health Act of 1990, all as have been or may be amended from time to time.

CONTRACTOR will promptly notify COMPANY in writing upon receipt of notice of any of the following matters, whether occurring during or subsequent to the performance of the Work; (i) any enforcement, cleanup, removal, Potentially Responsible Party (PRP) notice or other governmental or regulatory action or investigation instituted or threatened against CONTRACTOR pursuant to any Environmental Laws arising out of or related to the performance of the Work; (ii) any claim made or threatened by any person against COMPANY for damages, contribution, cost recovery, compensation, losses or injury arising out of the performance of the Work or the use, disposal or release of Hazardous Substances at the Work Site; or (iii) any report made by CONTRACTOR to a governmental agency with respect to Hazardous Substances spilled, released or deposited on or removed from the Work Site.

CONTRACTOR will not enter into any settlement agreement, consent decree, or other compromise with respect to any claims relating to the performance of the Work without first notifying COMPANY of CONTRACTOR's intention to do so and affording COMPANY ample opportunity to appear, intervene, or otherwise appropriately assert and protect COMPANY's interests with respect thereto.

CONTRACTOR, with regard to its employees, assumes and retains sole and complete responsibility and liability for compliance with any and all federal, state, and local antidiscrimination statutes, including, but not limited to, Title VII of the Civil Rights Act of 1964, as amended; the Civil Rights Act of 1991; the Equal Pay Act of 1963; the Age Discrimination in Employment Act of 1967, as amended; the Energy Reorganization Act of 1974; the Texas Commission on Human Rights Act; the Americans with Disabilities Act; and the Older Workers Benefit Protection Act of 1990. CONTRACTOR will promptly advise COMPANY of any action required to be initiated by COMPANY in order to comply with those statutes.

CONTRACTOR, with regard to its employees, assumes and retains sole and complete responsibility and liability for compliance with any federal, state, or local statutes relating to compensation or wage and hour considerations, including, but not limited to, the Federal Fair Labor Standards Act, and the Texas Minimum Wage Act of 1970, and the Texas Pay Act, as well as any and all other federal statutes impacting, directly or indirectly, CONTRACTOR's employees.

If fines, penalties or legal costs are assessed against COMPANY by any court or governmental agency due to CONTRACTOR Group's failure to so comply, or if the Work of CONTRACTOR, or any part thereof, is

## STANDARD TERMS AND CONDITIONS
## PLST03

delayed or stopped by any court or governmental agency, due to CONTRACTOR Group's failure to comply with its obligations, CONTRACTOR will indemnify and hold harmless COMPANY from and against any and all fines, penalties, losses, liabilities, damages, claims, and costs (including reasonable attorneys' fees and court costs) arising out of or incurred as a result, directly or indirectly, of that failure.

## PROPRIETARY INFORMATION

Without the written consent of COMPANY, CONTRACTOR will not divulge to any third party, including any affiliate of COMPANY (excepting, as appropriate, only EFH Corporate Services Company for purposes relating to this Agreement), any information obtained from or through COMPANY that relates to the technical or business activities of COMPANY (including, without limitation, information pertaining to any customer or COMPANY), or is otherwise developed by CONTRACTOR in connection with its performance of the Work, unless: (1) the information is known to CONTRACTOR prior to obtaining it from COMPANY; (2) the information is, at the time of disclosure by CONTRACTOR, then in the public domain; or (3) the information is obtained by CONTRACTOR from a third party who did not receive it directly or indirectly from COMPANY and who has no obligation of secrecy with respect to that information. THIS PROVISION WILL NOT RESTRICT IN ANY MANNER WHATSOEVER THE REPORTING OF ENVIRONMENTAL OR SAFETY-RELATED CONCERNS to the appropriate governmental authorities in accordance with applicable law.

If so requested by COMPANY, CONTRACTOR further agrees to require its employees to execute a nondisclosure agreement prior to performing any services under this Agreement.

## RIGHTS TO DATA

All designs, drawings, calculations, computer codes, plans, specifications, data and any and all other information developed, created or produced by employees, agents or subcontractors of CONTRACTOR, pursuant to or relating, directly or indirectly, to the Work, will become the property of COMPANY when so developed, created, or produced, and notwithstanding any property designations contained therein, COMPANY will have the right to use or sell that information without limitation. At COMPANY's request, those designs, drawings, calculations, computer codes, plans, specifications, data, and any and all other information, will be delivered to COMPANY.

## TITLE AND RIGHT

Nothing in this Agreement will vest CONTRACTOR with any right of property in materials used after they have been attached to or incorporated into the Work, nor materials for which CONTRACTOR has received full or partial payment. All those materials, upon being so attached, incorporated or paid for, will become the property of COMPANY. Any gravel, sand, stone, minerals, timber or other materials excavated, uncovered, developed or obtained in the Work, or on any land belonging to COMPANY may be used, in the performance of the Work, provided such materials meet the requirements of this Agreement. Any objects or natural materials or animals excavated or exposed that may have historical significance or constitute a threatened or endangered species must be brought to the attention of COMPANY.

## REMOVAL OF PERSONNEL

COMPANY may, at its sole discretion, and for whatever reason it deems appropriate, remove any person from the Work Site, and the person will not again be employed on the Work without the express written consent of COMPANY.

## GOVERNING LAW

THIS AGREEMENT IS GOVERNED BY AND WILL BE CONSTRUED IN ACCORDANCE WITH LAWS OF THE STATE OF TEXAS WITHOUT GIVING EFFECT TO ANY CHOICE OR CONFLICT OF LAW PROVISION OR RULE (WHETHER OF THE STATE OF TEXAS OR ANY OTHER JURISDICTION) THAT WOULD CAUSE THE APPLICATION OF THE LAWS OF ANY JURISDICTION OTHER THAN THE

## STANDARD TERMS AND CONDITIONS
## PLST03

STATE OF TEXAS.  THE PARTIES MUTUALLY CONSENT TO THE EXCLUSIVE JURISDICTION OF THE FEDERAL AND STATE COURTS IN DALLAS COUNTY, TEXAS AND AGREE THAT ANY ACTION, SUIT OR PROCEEDING CONCERNING, RELATED TO OR ARISING OUT OF THIS AGREEMENT AND THE NEGOTIATION OF THIS AGREEMENT WILL BE BROUGHT ONLY IN A FEDERAL OR STATE COURT IN DALLAS COUNTY, TEXAS AND THE PARTIES AGREE THAT THEY WILL NOT RAISE ANY DEFENSE OR OBJECTION OR FILE ANY MOTION BASED ON LACK OF PERSONAL JURISDICTION, IMPROPER VENUE, INCONVENIENCE OF THE FORUM OR THE LIKE IN ANY CASE FILED IN A FEDERAL OR STATE COURT IN DALLAS COUNTY, TEXAS.  THE PARTIES MUTUALLY AGREE THAT THIS AGREEMENT IS A "MAJOR TRANSACTION" WITHIN THE MEANING OF THE TEXAS CIVIL PRACTICE AND REMEDIES CODE § 15.020 AND AS SUCH AGREE THAT ANY ACTION OR SUIT ARISING FROM THIS AGREEMENT WILL BE BROUGHT IN DALLAS COUNTY, TEXAS, AND VENUE WILL BE IN DALLAS COUNTY, DALLAS, TEXAS.

THE PARTIES AGREE THAT THE PROVISIONS OF ARTICLE 2 OF THE UNIFORM COMMERCIAL CODE (AS CONTAINED IN THE TEXAS BUSINESS AND COMMERCE CODE) SHALL APPLY TO THE AGREEMENT AND ALL TRANSACTIONS THEREUNDER, IRRESPECTIVE OF WHETHER SUCH TRANSACTIONS ARE DEEMED TO BE A SALE OF GOODS OR THE PROVIDING OF A SERVICE; HOWEVER, IN THE EVENT OF A CONFLICT, THE TERMS AND PROVISIONS OF THE AGREEMENT SHALL CONTROL OVER THOSE CONTAINED IN THE UCC.  NOTWITHSTANDING THE FOREGOING, THE PARTIES ACKNOWLEDGE AND AGREE THAT ALL IMPLIED RIGHTS RELATING TO FINANCIAL ASSURANCES ARISING FROM SECTION 2.609 OF THE UNIFORM COMMERCIAL CODE (AS CONTAINED IN THE TEXAS BUSINESS AND COMMERCE CODE) OR APPLICABLE CASE LAW APPLYING SIMILAR DOCTRINES, ARE HEREBY WAIVED.

**NON-WAIVER OF RIGHTS**

A waiver by either party of any breach of this Agreement or the failure of either party to enforce any of the articles or other provisions of this Agreement will not in any way affect, limit or waive that party's right to enforce and compel strict compliance with the same or other articles or provisions.

**SURVIVAL**

Neither the completion of any Work nor any termination or cancellation of this Agreement will relieve CONTRACTOR of any obligations under this Agreement that by their nature survive the completion of the Work, including, but not limited to, all warranties and obligations of indemnity.

**SEVERABILITY**

In the event any provision of this Agreement is held to be void, unlawful or otherwise unenforceable, that provision will be severed from the remainder of the Agreement and replaced automatically by a provision containing terms as nearly like the void, unlawful, or unenforceable provision as possible; and the Agreement, as so modified, will continue to be in full force and effect.

**PUBLICITY**

No information relating to this Agreement will be released for publication, advertising or any other purpose without the prior written approval of COMPANY.  CONTRACTOR is expressly prohibited from using COMPANY's name in any publication, advertising, or promotion.

**SMALL BUSINESS CONCERNS**

If the value of any Work is Ten Thousand Dollars ($10,000.00) or more and CONTRACTOR intends to subcontract for the performance of any portion of that Work, CONTRACTOR will make ever effort to ensure that small business concerns owned and controlled by socially and economically disadvantaged individuals

## STANDARD TERMS AND CONDITIONS
## PLST03

will have the maximum practicable opportunity to participate in the performance of contracts, implementing Section 211 of Public Law 95-507.

If the value of any Work is Five-Hundred Thousand Dollars ($500,000) or more and CONTRACTOR intends to subcontract for the performance of any portion of that Work, CONTRACTOR (except small business concerns referred to in the preceding paragraph) will adopt a plan in accordance with the requirements of Section 637 of Title 15 of the United States Code.

### IMMIGRATION

CONTRACTOR will fully comply with all applicable requirements of the Immigration Reform and Control Act of 1986 ("IRCA"), as well as all regulations issued pursuant to IRCA or otherwise enforced by the Immigration and Naturalization Service, for or with respect to any of CONTRACTOR's employees, or other persons, performing any portion of the Work.   In particular but without limitation, CONTRACTOR acknowledges and represents that:  (a) to the fullest extent required by IRCA or such regulations, it has properly completed (or, prior to their performance of any portion of the Work, will properly complete) the Employment Eligibility Verification Form, I-9, for each such employee or person; and (b) all such employees or persons are, and will remain while performing any portion of the Work, otherwise legally authorized to work in the United States.

Copyright ⊜ 1994 Basic Resources Inc.  All rights reserved

# Browz Registration Form

**Browz registration requirement to advance workplace compliance.**
As part of Luminant's commitment of reducing jobsite risk through safety, health and environmental solutions, Luminant has partnered with Browz LLC (Browz), a leading provider of contractor compliance and risk management software and services.

Browz provides tools that reveal compliance, enabling its clients to shift their focus toward managing their contracts and contractors more effectively. Engaging Browz is yet another step in ensuring the operational and environmental excellence and safe performance of Luminant's extensive generating fleet and mining operations.

Browz completed registration is a requirement for conducting business with Luminant. Those vendors that are not currently registered in Browz will need to fill out the attached "Contractor Safety & Health Information Form" information and submit it along with any bid offerings.

**About Browz:**
Browz helps buyers and suppliers exchange critical compliance information by using technology that leads to risk reductions, cost savings, and more secure business relationships. Both buyers and suppliers want to do business in a responsible manner and safe environment. The Browz solution levels the playing field for suppliers while protecting all participants. www.browz.com

**How to Register with Browz:**
1. Access the Browz website at http://register.browz.com
2. On this web page, enter your designated Key/Browz ID: <<Browz Id >> in the first box provided.
3. Enter your designated Browz Code: <<Code>> in the second box provided.
4. Click the blue "Submit" button.
5. Click on "Begin Registration".
6. Follow the instructions given in the next steps.

During the registration process, you will be prompted to create a unique Org ID, Username and Password. Please remember this information, as it will be required to access your company's information in the future.

There is a $695.00 annual registration fee payable directly to Browz.

For additional assistance or clarification concerning the Browz process, contact:
        Browz Client Services (888) 276-9952

As a condition of this Contract, Contractor agrees to register with Browz and provide those necessary documents requested by Browz to be deemed in compliance with the Browz application.  As a minimum, requested documents will be related to safety and health (i.e., regulatory required training, certifications, safety plans, safe and secure workplace practices, etc.), OSHA and MSHA injury rates and Experience Modification Rate (EMR) and other important business data requested by Browz through the registration process. Contractor agrees to maintain the identified documentation for the life of the contract.

Registration and compliance shall be completed within thirty (30) days of the effective date of the Contract. Noncompliance with these requirements shall be grounds for withholding payment of outstanding invoices or termination of the Contract.

Revised 09/23/11

## Browz Registration Form

THE REVIEW OF THE FOREGOING INFORMATION BY BROWZ OR BY COMPANY OR THE APPROVAL OF CONTRACTOR'S REGISTRATION WITH BROWZ ARE NOT APPROVALS OF CONTRACTOR'S DOCUMENTS, DATA, SAFETY AND HEALTH TRAINING, CERTIFICATIONS, SAFETY PLANS, SAFE OR SECURE WORKPLACE PRACTICES OR OTHER MATTERS SUBMITTED TO BROWZ OR COMPANY. REVIEW OF CONTRACTOR'S INFORMATION OR APPROVAL OF CONTRACTOR'S REGISTRATION SHALL NOT DIMINISH CONTRACTOR'S RESPONSIBILITIES OR OBLIGATIONS OR WAIVE COMPANY'S RIGHTS WITH RESPECT TO SUCH MATTERS UNDER THE AGREEMENT.  CONTRACTOR AGREES THAT IT SHALL NOT ASSERT THAT THE REVIEW AND APPROVAL OF CONTRACTOR'S INFORMATION OR THE APPROVAL OF CONTRACTOR'S REGISTRATION ARE OR WERE AN APPROVAL OF SUCH MATTERS BY COMPANY OR BROWZ.

# Doyenne

## *Constructors, LLC*

6160 East S.R. 62
P.O. Box 127
Mariah Hill, IN 47556
(812) 937-0016

## LABOR RATE SCHEDULE

FOR

# LUMINANT
# ATR 2012
Rates Are Valid Thru 12/31/12



**Doyenne**
*Constructors, LLC*

## 1.0 LABOR RATE SCHEDULE

| POSITION | ST HOURLY RATE | OT HOURLY RATE | PER DIEM |
|---|---|---|---|
| Project Manager | $115.21 | $165.89 | $70.00 |
| Project Super. (Hourly) | $67.53 | $95.70 | $70.00 |
| General Foreman | $44.17 | $63.89 | $70.00 |
| Foreman | $42.68 | $61.70 | $70.00 |
| Boilermaker Tube Welder | $44.67 | $64.39 | $70.00 |
| BM, PF or MW Journeyman | $39.71 | $57.31 | $70.00 |
| Helper | $31.28 | $43.71 | $70.00 |
| Carpenter | $36.56 | $51.23 | $70.00 |
| Laborer | $29.22 | $40.27 | $70.00 |
| Office Manager | $45.67 | $65.77 | $70.00 |
| Timekeeper | $29.77 | $43.85 | $70.00 |
| Safety | $55.09 | $79.74 | $70.00 |
| Quality Control | $55.09 | $79.74 | $70.00 |
| Estimator | $80.84 | $117.63 | $70.00 |
| Scheduler | $77.84 | $114.63 | $70.00 |



**D**oyenne

*Constructors, LLC*

1.1 The Straight Time (ST) and Overtime (OT) Hourly Labor Rates are inclusive of FUI, SUI, Health and Welfare, Workers' Compensation, General Liability, Overhead and Profit.

1.2 A 1 week pay period shall commence on Monday and complete on Sunday.

1.3 Overtime shall be a maximum of 1.5 times the employees Straight Time Rate.

## 2.0 OVERTIME

2.1 A 1 week pay period shall commence on Monday and complete on Sunday.

2.2 Doyenne Constructors shall be reimbursed at Overtime Rates for all hours worked by Doyenne Constructors' Employees beyond 40 hours in a 1 week pay period.

2.3 Overtime shall ONLY be billed to LUMINANT by Doyenne Constructors for employees that accumulated hours to qualify for overtime on LUMINANT projects ONLY. Hours accumulated by a Doyenne Constructors Employee on projects other than LUMINANT shall NOT accumulate towards qualifying for overtime on LUMINANT Projects.

2.4 Short Term Projects shall have a duration of 1 week or less.

2.5 Doyenne Constructors shall be reimbursed at Overtime Rates for all hours worked by Doyenne Constructors' Employees beyond 8 hours per day for all Short Term Projects.

2.6 If a Doyenne Constructors' Employee is requested to work less than 1 week on a LUMINANT Project of longer duration, then Doyenne Constructors shall be reimbursed at Overtime Rates for all hours worked by the Doyenne Constructors' Employee beyond 8 hours per day each day.

## 3.0 PER DIEM

3.1 Doyenne Constructors shall be reimbursed for Per Diem for all employees living more than 50 miles from their permanent residence to their designated LUMINANT Project Site.

3.2 For all projects having a duration of 1 week or longer, Doyenne Constructors shall be reimbursed for Per Diem for all qualifying employees 7 days per week unless otherwise notified.



**Doyenne**
*Constructors, LLC*

3.3 For all projects having a duration of 1 week or less, Doyenne Constructors shall be reimbursed for Per Diem for all qualifying employees based on the actual days worked for the week unless otherwise notified.

3.4 With LUMINANT approval the base Per Diem may be altered at specific LUMINANT plant sites to adjust for a higher cost of living.

3.5 Doyenne Constructors shall be reimbursed for Per Diem for all qualifying employees if they work a minimum of 1 hour on a LUMINANT Project for Doyenne Constructors.

3.6 Doyenne Constructors shall be reimbursed for Per Diem for all qualifying employees if they are required at a LUMINANT Project and the work day has been canceled due to weather, LUMINANT or some other unforeseen circumstance as agreed to by LUMINANT and Doyenne Constructors.

**4.0 <u>TRAVEL MONEY</u>**

4.1 In the event, and with approval from LUMINANT, it becomes necessary to provide Travel Money to attract qualified labor, Doyenne Constructors will be reimbursed at $.58 per mile for round trip automobile travel from the employees permanent residence to their corresponding LUMINANT Project Site to a maximum of $500.00.

4.2 To qualify for Travel Money the employee must complete their agreed to duration of work on the prescribed LUMINANT Project. Travel Money will not be paid until the duration is completed by the employee.

4.3 The employee shall receive NO Travel Money if the agreed duration is not completed.

4.4 For outage related projects an employee shall receive Travel Money no more than one time during a Spring Outage Season and one time during a Fall Outage Season unless approved by LUMINANT.

**5.0 <u>HAND TOOLS</u>**

5.1 Doyenne Constructors' Employees shall be responsible for hard hats, safety glasses and hand tools ONLY.

5.2 Additional tool requirements beyond hand tools shall be a direct pass through to LUMINANT plus a 10% mark-up.



**Doyenne**
*Constructors, LLC*

**6.0 MATERIALS, RENTALS AND SUBCONTRACTS**

6.1 All Materials, Tool/Equipment Rentals and Subcontracts will be a direct pass through to LUMINANT with a 10% mark-up.

6.2 This shall include all items necessary for the execution and completion of a project inclusive of items that may or may not become a permanent part of the structure or property of LUMINANT.

**7.0 SMALL TOOLS & CONSUMABLES**

7.1 ST&C are any tool or incidental item with a new purchase value of $500.00 or less.

7.2 An hourly charge is included in the craft hourly rate for every direct craft hour worked on an LUMINANT project.

**8.0 WELDING AND CUTTING GASES**

8.1 Welding consumables, cutting gases, cutting wheels, etc. are a direct pass through to LUMINANT with a 10% mark-up.

**9.0 FUEL**

9.1 The cost of fuel for equipment and vehicles will be a direct pass through to LUMINANT with a 10% mark-up.

**10.0   FREIGHT**

10.1 All freight costs will be a direct pass through to LUMINANT with a 10% mark-up.

# Exhibit B

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>Energy Future Holdings Corp. Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>Grand Central Station, P.O. Box 4613<br>New York, NY 10163-4613 | **PROOF OF CLAIM** |

**COURT USE ONLY**

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)

**0000011487**

**Name of Debtor:** Luminant Generation Company LLC   **Case Number:**

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

**Name and address where notices should be sent:**

Doyenne Constructors, LLC
P O Box 127
Mariah Hill, IN 47556

Telephone number: 812-686-1350       Email: cindy @ doycon.com

☑ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
*(If known)* 1103

Filed on: 6-4-2014

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

**SEP 11 2015**

**LEGAL SERVICES**

**Name and address where payment should be sent (if different from above):**

Telephone number:       Email:

**COURT USE ONLY**

5.   Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).  If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**1.   Amount of Claim as of Date Case Filed:** $ 45,000⁰⁰

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2.   Basis for Claim:** Demobilization Charges Per Milestone Schedule
(See instruction #2)

**3.   Last four digits of any number by which creditor identifies debtor:**
3a. Debtor may have scheduled account as: Sandow Boiler Lighting Package
(See instruction #3a)

**4.   Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:**
☑ Real Estate   ☐ Motor Vehicle   ☑ Other
Describe:
Value of Property: $_____
Annual Interest Rate _____% ☐ Fixed or ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**
$_____
Basis for perfection: Texas Constitutional Lien
Amount of Secured Claim: $ 45,000.00
Amount Unsecured: $_____

**Amount entitled to priority:**

$_____

**6.   Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____   (See instruction #6)

**7.   Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8.   Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8 and definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9.   Signature: (See instruction #9)   Check the appropriate box.**
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
(Attached a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cynthia Bettag-Smith
Title: Managing Member
Company: Doyenne Constructors LLC

(Signature) Cynthia Bettag Smith   9-4-15
(Date)

Address, telephone number, and email (if different from notice address above):

Telephone number:
Email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

## PROOF OF CLAIM

**COURT USE ONLY**

Filed: USBC - District of Delaware
Energy Future Holdings Corp., et al., Et Al.
14-10979 (CSS)    0000001103

**Name of Debtor:** Luminant Generation Company LLC

**Case Number:**

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

**Name and address where notices should be sent:**

Doyenne Constructors, LLC
P O Box 127
Mariah Hill, IN 47556

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
_____
(If known)

Filed on: _____

**FILED / RECEIVED**

JUN - 4 2014

Epiq Bankruptcy Solutions, LLC

**Telephone number:** 812-686-1350    **Email:** cindy@doycon.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**Name and address where payment should be sent (if different from above):**

COURT USE ONLY

**Telephone number:**    **Email:**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

1. **Amount of Claim as of Date Case Filed:** $ 45,000⁰⁰

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

2. **Basis for Claim:** Demobilization Charges Per Milestone Schedule
(See instruction #2)

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

3. **Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: Sandow Boiler Lighting Package
(See instruction #3a)

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

4. **Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**

$_____

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

**Nature of property or right of setoff:**
☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:** _____
**Value of Property:** $_____
**Annual Interest Rate** _____% ☐ Fixed or ☐ Variable
(when case was filed)

**Basis for perfection:** _____

**Amount of Secured Claim:** $_____

**Amount Unsecured:** $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $** _____ (See instruction #6)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. **Signature:** (See instruction #9)  Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their   ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)   authorized agent. (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Cynthia Bettag-Smith
**Title:** Managing Member
**Company:** Doyenne Constructors LLC

Cynthia Bettag-Smith
(Signature)
5/30/2014
(Date)

**Address, telephone number, and email** (if different from notice address above):

**Telephone number:**    **Email:**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Project No. 4770J044 Upgrade Boiler Lighting
Contractor shall provide required material, labor, equipment, tools, consumables, etc. to complete work scope included in bid package
Please input data in cells highlighted in yellow only, do not change format or data provided
Time & Material Rate Proposed below will be utilized for potential extended work scope that is not listed in itemized Price list

**Turnkey Contract Section**

| Item No. | Description |
|---|---|
| 1000 | Mobilization complete in place |
| 1001 | Demobilization complete in place |
| 1002 | Furnish and install the Temporary Power and Lighting |
| 1003 | Install Control Power Transformers |
| 1004 | Install General Area Lighting Panels, Lighting Transformers and Lighting Contactor Controls |
| 1005 | Install DC Emergency Lighting Panel and Main Contactor |
| 1006 | Furnish materials and install General Area Lighting conduit, wiring and fixtures per Plan Drawing E- |
| 1007 | Furnish materials and install DC Emergency Lighting conduit, wiring and fixtures per Plan Drawing |

Contractor shall provide firm fixed Pricing for Item 1000 to 1007 listed above

| Cost Summary Project # | Unit One 4770J044 |
|---|---|
| Material Cost (Include fabrication labor cost) | $ 345,058.00 |
| Construction Labor Cost | $ 603,481.00 |
| Equipment Rental Cost | |
| Subcontractor Cost | |
| OPTIONAL DC SYS ITEM 1005 & 1007 DEDUCT | $ (87,750) |
| Total | $ 860,789.00 |

| Payment Schedule Milestones or Date | % or $ |
|---|---|
| Mobilized on site | $20,000 |
| Outage Work Complete | $67,000 |
| Non-Outage Level 1-5 Complete | $408,269 |
| Non-Outage Level 5.33-9.5 | $408,270 |
| De-Mobilized from site | $45,000 |
| | $948,539 |

**Cost Details, Time and Material Rates**

**Construction Labor Costs**

| Base Labor | | | | | (= Supplier's Assumptions) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type /Title | Straight Hr Rate | OT Hr Rate | Crew per shift | # of Days | # of Shifts | Straight Hrs per shift | OT Hrs per shift | Total Straight Hrs | Total OT Hrs | Total MH Cost | # of Days Per Diem | Per Diem ($) | Total |
| Superintendant | $ 75 | $ 101 | 1 | 84 | 1 | 8 | 3 | 668 | 245 | $ 74,906.25 | 0 | $0 | $ 74,906.25 |
| Project Manager | | | | | | | | - | - | $ - | 0 | $0 | $ - |
| Onsite Safety Lead | | | | | | | | - | - | $ - | 0 | $0 | $ - |
| Mechanical Tech. | | | | | | | | - | - | $ - | 0 | $0 | $ - |
| Electrical Foreman | $ 63 | $ 85 | 1 | 84 | 1 | 8 | 3 | 668 | 245 | $ 62,909.00 | 0 | $0 | $ 62,909.00 |
| Electrical Journeyman | $ 52 | $ 71 | 6 | 84 | 1 | 8 | 2 | 4,032 | 898 | $ 273,422.00 | 0 | $0 | $ 273,422.00 |
| Electrical General Foreman | $ 71 | $ 97 | 1 | 84 | 1 | 8 | 2 | 668 | 168 | $ 63,724.00 | 0 | $0 | $ 63,724.00 |
| Electrical Apprentice | $ 42 | $ 57 | 5 | 84 | 1 | 8 | 2 | 3,060 | | $ 128,520.00 | 0 | $0 | $ 128,520.00 |
| | | | 14 | 84 | | 1 | 40 | 9,096 | 1,556 | $ 603,481.25 | - | $0 | $603,481 |

Contractor list all on site personnel and working hours, update Labor type/title if needed

**Equipment Rental Cost**

| Equipment Description | Days on Site | Total Cost |
|---|---|---|
| N/A | | $ - |
| | | $ - |
| | | $ - |
| | | $ 3 |
| | | $ 6 |
| | | $ 3 |
| | | $ 8 |

| Equipment Rental/Material Markup % | 15% |
|---|---|

| Per Diem Rate ( person/day) | |
|---|---|

**Subcontractor Costs**

| Subcontractor Names | Work Scope | Total Cost |
|---|---|---|
| | | |
| | | |
| | | |

Please input subcontractor's name and general work scope to be completed    $ -

**Other Costs**

| Cost Description | Total Cost |
|---|---|
| | $ - |
| | $ - |
| | $ - |
| | $ - |



| Edit Task Request | Approval Routing | Invoicing | Copy | Print | Return |

**TXU - Engineering**                                                                                    Approved

# Task Request

**ATR No:** 141455                                                                    **Status:** COMMIT
**Contractor:** Doyenne Constructors LLC    **Agreement No:** C0755482C    **ATR Ref No:** LALB-120405-1
**Send EMail:** ☑

Upon receipt of this Task Request, CONTRACTOR is hereby authorized to perform the Work identified on behalf of COMPANY pursuant to the terms and conditions contained in the above referenced Agreement.

**SCOPE OF WORK** - The Work will be performed in accordance with the drawings, specifications, and instructions, if any, attached hereto and identified in the List of Attachments set forth herein and will be scheduled as required through the direction of COMPANY's Contract Coordinator as identified herein. (Use additional pages if more space is necessary.)

**Jobsite/Whse Code:** 162      **Contract Coordinator:** Stanley Rech           **Phone:** 972-955-7964
**Project Description:** 4770J044 - SA4 Upgrade Boiler Lighting Phase I
       **Warranty:** No            **Equip Down Time:**              **Equip Up Time:**

| Item No | Task Description | Appr |
|---|---|---|
| 1 | Install Boiler Lighting Phase I in accordance with the documents attached and the drawings referred to in the drawing transmittal attached. | |
| 2 | OPTIONAL DC SYS is included in this contract. | |
| 3 | This is a fixed price contract | |

| Item No | % | Dept ID | Account | Activity | EC | Proj/Veh | Loc | Tax Ind | PRISM Work Order # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 64% | 543252 | 1070000 | 000 | 126 | 4770J044 | 4770 | T | |
| 2 | 36% | 543252 | 1070000 | 000 | 137 | 4770J044 | 4770 | T | |

| Type of Transaction: | Type of Property: | Mfg: No |
|---|---|---|

## CONTRACTOR'S ESTIMATE SUMMARY

**Work Hrs:** 10,652.00   **Labor ($):** $603,481   **Material ($):** $345,058        **Other ($):**        **Total ($):** $948,539

**Shutdown Req:** Yes      **Mobilization (Time & $):**              **Demobilization (Time & $):**

CONTRACTOR will work *N/A* calendar days based on *N/A* hour shifts *N/A* days per week.
**SCHEDULE** - The Work will commence by 4/26/2012 and be completed by 4/1/2013
**INVOICES** - All invoices will be sent to field accounting at: **COMPANY:** Luminant
       Address: US Mail to: PO Box 20, Dallas TX 75221-0020 or email to: AP.Invoicing@luminant.com . The invoice must include the ATA number, the ATR number, and the location where the work was performed.
**LIST OF ATTACHMENTS** - COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

4770J044 Project Scope IFC.pdf
4770J044 Drawing Transmittal IFC.pdf
4770J044 Doyenne Final Proposal.xlsx
4770J044 Project Scope Block Diagram.pdf

▼ **Attachments**

4770J044 Doyenne Final Proposal.xlsx
21,813 bytes

4770J044 Drawing Transmittal IFC.pdf
38,920 bytes

4770J044 Project Scope Block Diagram.pdf
94,715 bytes

4770J044 Project Scope IFC.pdf
98,640 bytes

**Upload File:**                          | Browse... | Upload |

| CONTRACTOR HEREBY ACKNOWLEDGES ACCEPTANCE OF THIS TASK REQUEST | THIS TASK IS ISSUED ON BEHALF OF COMPANY (FINAL APPROVAL/AUTHORIZATION) |
|---|---|
| By: _Cynthia Bettley-Smith_ | Electronic Approval By<br>By: _Dale Higginbotham_ |
| Name: Cynthia Bettley-Smith | Name: |
| Title: Managing member | Title: |
| Date: Apr 16, 2012 | Date: |

### Electronic Approval

| Approver | Status | Date | Comments |
|---|---|---|---|
| Scott A. Kinczkowski | Approved | 4/12/2012 7:13:23 AM | Was bid out by supply chain and then created ATA. I approve. |
| Gerry Waggoner | Approved | 4/16/2012 7:17:18 AM | |
| Sherry Han | Approved | 4/13/2012 11:52:37 AM | |
| Patresia Holder | Approved | 4/10/2012 10:29:30 AM | |
| David Wade | Approved | 4/9/2012 1:43:09 PM | |
| Dale Higginbotham | Approved | 4/10/2012 2:38:56 PM | |
| Doug Draudt | Approved | 4/10/2012 8:10:20 AM | This is a fixed price contract |

Please route a copy of the signed ATR to Corporate Procurement

| ATR No: 141455 | ATA No: C0755482C | Ref No: LALB-120405-1 |
|---|---|---|

| Edit Task Request | Approval Routing | Invoicing | Copy | Print | Return |

BATES 40

*Sherry Stan*

*3/29/14*

Doyenne Constructors, LLC
P O Box 127
Mariah Hill, IN  47556
812-937-0016

LUMINANT GENERATION COMPANY LLC
1601 BRYAN ST. 21ST FLOOR
DALLAS, TX  75201-3411

INVOICE ID:  1782
DRAW ID:  800512-00016
DATE:  March 29,2014

CONTRACT ID:       800512
SA4 UPGRADE BOILER LIGHTING
LOCATION:       ATR NO: 141455
                ATA NO: C0755482C
                REF NO: LALB-120405-1
                LUMINANT SANDOW
                3708 CHARLES MARTIN HALL RD FM 1786
                ROCKDALE TX  76567

CUSTOMER ID:  LUMGEN

| Item Id | Description | Contract Amount | Completed To Date | Retainage | Less Previous Billings | Total This Invoice Less Retainage |
|---|---|---|---|---|---|---|
| 1 | MOBILIZATION - MATERIAL | 18,000.00 | 18,000.00 | | 18,000.00 | |
| 2 | OUTAGE WORK COMPLETED | 67,000.00 | 67,000.00 | | 67,000.00 | |
| 3 | NON OUTAGE WORK LEVEL 1-5 | 408,269.00 | 305,453.55 | | 305,453.55 | |
| 4 | NON OUTAGE WORK LEVEL 5.33-9.5 | 408,270.00 | 309,536.95 | | 309,536.95 | |
| 5 | DEMOBILIZATION | 45,000.00 | 45,000.00 | | | 45,000.00 |
| 6 | MOBILIZATION - LABOR | 2,000.00 | 2,000.00 | | 2,000.00 | |
| 7 | CO#1 SQUARE D BREAKERS (3) | 1,739.95 | 1,739.95 | | 1,739.95 | |
| 8 | CO#2 LABOR TO FERRY MATERIAL | 17,120.00 | 17,120.00 | | 17,120.00 | |
| 9 | CO#3 INST PNL 402, 403, 408 | 12,024.00 | 12,024.00 | | 12,024.00 | |
| 10 | CO#5 FIXTURE DISPOSAL SERVICE | 20,825.00 | 4,083.00 | | 4,083.00 | |
| 11 | UNIT PRICING THRU 3/21/13 | 89,652.02 | 89,652.02 | | 89,652.02 | |
| | **Total** | 1,089,899.97 | 871,609.47 | | 826,609.47 | 45,000.00 |

Invoice Sub-total                                    45,000.00

Amount due this Invoice                              **$45,000.00**

Contract Summary

| Original amount | Approved changes | Revised amount | Invoiced amount | Remaining amount | Billed percent | Retainage balance |
|---|---|---|---|---|---|---|
| 1,038,191.02 | 51,708.95 | 1,089,899.97 | 871,609.47 | 218,290.50 | 79.97 % | 0.00 |

   

▶▶ Pull To Open        Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonline

PLEASE PRESS FIRMLY                    PLEASE PRESS FIRMLY

U.S. POSTAGE
$5.60
00050313-02



## PRIORITY® MAIL

**UNITED STATES POSTAL SERVICE**

### Flat Rate
### Mailing Envelope

**For Domestic and International Use**

*Visit us at usps.com*

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.



USPS TRACKING #

4 9011 2308 9974 6163 22

From/Expéditeur:

Dayenne Constructors LLC
PO Box 127
Mariah Hill IN 47556

FILED / RECEIVED

JUN 0 4 2014

EPIQ SYSTEMS



To/Destinataire:

Energy Future Holdings Claim Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York NY 10163-4613

Country of Destination/Pays de destination:



USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps

Cradle to Cradle Certified℠ is a certification mark of MBDC.

*Please recycle.*

Recycled Paper



This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Priority Mail shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct 2008; All rights reserved.

BATES 42

 

U.S. POSTAGE
PAID
DALE, IN
47523
SEP 04, 15
AMOUNT
**$5.75**
R2305K139304-03

1006    10163

PRESS FIRMLY TO SEAL        PRESS FIRMLY TO SEAL

# PRIORITY
# ★ MAIL ★

 **DATE OF DELIVERY SPECIFIED***

 **USPS TRACKING™ INCLUDED***

 **INSURANCE INCLUDED***

 **PICKUP AVAILABLE**

\* Domestic only

**WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.**

**FROM:**

Doyenne
PO Box 127
Mariah Hill  IN
47556

**RECEIVED**

**SEP 1 1 2015**

~~LEGAL SERVICES~~

**TO:**

Energy Future Holdings Corp
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC

FWD: P.O. Box 4420
BEAVERTON, OR        013
97076



**Expected Delivery Day: 09/08/2015**

**USPS TRACKING NUMBER**



9505 5120 0437 5247 0002 03

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

 **UNITED STATES
POSTAL SERVICE®**

BATES 43

# Exhibit C



TERMINATION NOTICE

October 10, 2013

Mr. Brent Smith
Doyenne Constructors, LLC
P.O. Box 127
Mariah Hill, IN  47556

Re:    Task Request Form / Assigned Task Request ("ATR") # 141455 issued on April 5th, 2012
for Sandow 4 Boiler Lighting project # 4770J044 against Assigned Task Agreement #
C0755482C.

Dear Mr. Smith:

This letter shall serve as COMPANY's notice, pursuant to the Termination article of the
referenced Assigned Task Agreement, to terminate ATR #141455 in its entirety effective
October 10th 2013; provided, however, the contractual provisions that survive termination of the
Agreement shall continue.

Sincerely,

Marisa Trevino
Procurement Specialist

cc:     File

# Exhibit D

**From:** Han, Sherry [mailto:Sherry.Han@energyfutureholdings.com]
**Sent:** Wednesday, November 06, 2013 3:47 PM
**To:** Brent Smith
**Cc:** Cindy Bettag-Smith; Rech, Stan; Ditto, Walter; Trevino, Marisa
**Subject:** RE: ATR #141455 (SA4) - Doyenne Constructors - Termination Notice

Hi Brent,

KST may demobilize from Sandow at their earliest convenience, please coordinate exit schedule and inspection with Walter Ditto directly, I also cc'ed Walter in this email.

Change order requests submitted on Sep 12th and 16th have not been approved, I listed some reasons listed in my Oct 7th email.  Since then, Sandow team has discovered more incomplete or defective works. Sandow won't able to assess the value of these incomplete works until project is completed by the end of 2013

Please feel free to call for any questions

Thank you

Sherry  Han
O: 214-875-8494
C: 214-789-0902

**From:** Brent Smith [mailto:brent@doycon.com]
**Sent:** Monday, November 04, 2013 9:54 AM
**To:** Han, Sherry
**Cc:** Cindy Bettag-Smith
**Subject:** FW: ATR #141455 (SA4) - Doyenne Constructors - Termination Notice
**Importance:** High

Sherry,

Please see KST's comment below requesting information concerning the final change order submitted.

KST has also requested a date they could arrange to demobilize from the Sandow Plant.

Thanks.
**DOYENNE CONSTRUCTORS, LLC**
Brent A. Smith
Executive VP
(812)393-9403 Ph.

(812)937-7019 Fax
brent@doycon.com



**From:** Justin Tumlinson [mailto:jtumlinson@kstelectric.com]
**Sent:** Friday, November 01, 2013 7:13 AM
**To:** Brent Smith
**Subject:** RE: ATR #141455 (SA4) - Doyenne Constructors - Termination Notice
**Importance:** High

Brent – I need to receive a response in writing in regards to the change request KST submitted back on September 12, 2013.  Luminant has had 50 days to review the change request.  I need to receive some form of communication by COB 11/8/2013.

Thanks,

Justin Tumlinson
Division Manager
Special Services & Network Solutions
KST Electric a subsidiary of Rosendin Electric



**Direct:**  512-278-8490

**Fax:**  512-278-8390

**Cell:**  512-748-0537

**From:** Brent Smith [mailto:brent@doycon.com]
**Sent:** Friday, October 11, 2013 9:16 AM
**To:** Justin Tumlinson
**Subject:** Re: ATR #141455 (SA4) - Doyenne Constructors - Termination Notice

They have not made a decision concerning the change orders. Sherry Han has left the project accounting portion open pending the change order decision.

I will check on demobilization.

Sent From My IPhone
Brent A. Smith
(812)393-9403

On Oct 11, 2013, at 8:33 AM, "Justin Tumlinson" <jtumlinson@kstelectric.com> wrote:

> So if Luminant is terminating Doyenne's contract then I would assume they have decided not to approve/fund any of the change order dollars.    I need to know if I should schedule crews to de-mobilize the site and pickup of all KST's material?

> Thanks,

> Justin Tumlinson
> Division Manager
> Special Services & Network Solutions
> KST Electric a subsidiary of Rosendin Electric
> <image002.jpg>
> Direct:  512-278-8490
> Fax:  512-278-8390
> Cell:  512-748-0537

> **From:** Brent Smith [mailto:brent@doycon.com]
> **Sent:** Friday, October 11, 2013 7:34 AM
> **To:** Justin Tumlinson
> **Cc:** Cindy Bettag-Smith
> **Subject:** FW: ATR #141455 (SA4) - Doyenne Constructors - Termination Notice

> Justin,

> Please find attached Luminants notice to Doyenne of cancellation of the Boiler Lighting Contract.

> I will keep you posted of any further developments.  Luminant is still reviewing the Change Request.

> Luminant has stated light fixtures are missing.  I have requested a list of the missing fixtures.  I will forward to you once it is received.

> Thanks.
> **DOYENNE CONSTRUCTORS, LLC**
> Brent A. Smith

Executive VP
(812)393-9403 Ph.
(812)937-7019 Fax
brent@doycon.com
<image003.png>

**From:** Trevino, Marisa [mailto:Marisa.Trevino@luminant.com]
**Sent:** Thursday, October 10, 2013 4:09 PM
**To:** Brent Smith
**Cc:** Han, Sherry; Rech, Stan
**Subject:** ATR #141455 (SA4) - Doyenne Constructors - Termination Notice

Brent,
Attached, find termination notice for ATR #141455.  Please confirm receipt of the attached letter.
Thanks,
**Marisa Trevino**
**Procurement Specialist**
1601 Bryan Street, Dallas, TX  75201
Email: marisa.trevino@luminant.com
Office: 214-812-5490
Cell: 214-470-3428
Fax: 214-812-5066

Confidentiality Notice: This email message, including any attachments, contains or may contain confidential information intended only for the addressee. If you are not an intended recipient of this message, be advised that any reading, dissemination, forwarding, printing, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply message and delete this email message and any attachments from your system.

Confidentiality Notice: This email message, including any attachments, contains or may contain confidential information intended only for the addressee. If you are not an intended recipient of this message, be advised that any reading, dissemination, forwarding, printing, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply message and delete this email message and any attachments from your system.



Mail Attachment.eml

BATES 50