# **EXHIBIT A**

Invoice Date: 10/30/15
Invoice Number: 725777
Client Matter Number: 66471.00001
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 33.30 | $17,590.50 |
| 010 | Employment and Fee Applications (MMWR) | 3.80 | $1,072.00 |
| 011 | Employment and Fee Applications (Others) | 5.30 | $1,867.00 |
| 012 | Financing, Cash Collateral, Make Whole | 2.90 | $1,711.00 |
| 014 | Meetings and Communications with Creditors | 2.40 | $1,441.50 |
| 015 | Non-Working Travel | 17.60 | $4,334.50 |
| 016 | Plan and Disclosure Statement | 120.00 | $71,907.00 |
| 021 | Hearings | 29.50 | $18,756.50 |
| 023 | Claims Investigation | 0.70 | $413.00 |
| 029 | Budgeting (Case) | 1.20 | $685.00 |
| 030 | Asbestos-Related Matters | 9.50 | $4,509.50 |
| 031 | Derivative Litigation Investigation | 1,221.50 | $459,737.00 |
| | Matter Total | 1,447.70 | $584,024.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**