# **<u>EXHIBIT B</u>**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 100.50 | $67,837.50 |
| Natalie D. Ramsey | Non-working Travel | $337.50 | 2.00 | $675.00 |
| Lee D. Unterman | Partner; Joined Firm in 2012; Member of NY Bar since 1976 | $650.00 | 27.70 | $18,005.00 |
| Mark A. Fink | Of Counsel; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 121.10 | $71,449.00 |
| Mark A. Fink | Non-working Travel | $295.00 | 4.00 | $1,180.00 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 62.20 | $36,387.00 |
| Mark B. Sheppard | Non-working Travel | $292.50 | 2.00 | $585.00 |
| Sidney S. Liebesman | Partner; Joined Firm in 2012; Member of PA Bar since 1995 | $480.00 | 57.00 | $27,360.00 |
| Stephen A. Grossman | Partner; Joined Firm in 2000; Member of PA Bar since 1997 | $445.00 | 37.00 | $16,465.00 |
| Michael B. Hayes | Partner; Joined Firm in 2000; Member of NJ Bar since 1998 | $420.00 | 64.60 | $27,132.00 |
| Lathrop B. Nelson | Partner; Joined Firm in 2002; Member of PA Bar since 2001 | $420.00 | 72.80 | $30,576.00 |
| Lathrop B. Nelson | Non-working Travel | $210.00 | 4.20 | $882.00 |
| Tricia J. Sadd | Partner; Joined Firm in 2003; Member of PA Bar since 2003 | $415.00 | 47.70 | $19,795.50 |
| David Dormont | Partner; Joined Firm in 2015; Member of PA Bar since 1992 | $375.00 | 168.20 | $63,075.00 |
| David Dormont | Non-working Travel | $187.50 | 5.40 | $1,012.50 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $550.00 | 32.90 | $18,095.00 |
| Patrick T. Ryan | Of Counsel; Joined Firm in 1983; Member of PA Bar since 1982 | $495.00 | 13.00 | $6,435.00 |
| Laurie A. Krepto | Of Counsel; Joined Firm in 2004; Member of the PA Bar since 1995 | $440.00 | 8.00 | $3,520.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **830.30** | **$410,466.50** |
| **ASSOCIATES** | | | | |

| Megan Diaz Ellinghaus | Associate; Joined Firm in 2013; Member of NY Bar since 2008 | $385.00 | 50.20 | $19,327.00 |
|---|---|---|---|---|
| Crista F. High | Associate; Joined Firm in 2007; Member of PA Bar since 2007 | $385.00 | 35.30 | $13,590.50 |
| Erin C. Dougherty | Associate; Joined Firm in 2008; Member of PA Bar since 2008 | $365.00 | 41.50 | $15,147.50 |
| Rimma Tsvasman | Associate; Joined Firm in 2012; Member of NJ Bar since 2011 | $310.00 | 28.90 | $8,959.00 |
| Priya Roy | Associate; Joined Firm in 2013; Member of MD Bar since 2012 | $310.00 | 44.90 | $13,919.00 |
| Rachel H. Jacobson | Associate; Joined Firm in 2012; Member of PA Bar since 2011 | $310.00 | 56.40 | $17,484.00 |
| Johnathan S. Perkins | Associate; Joined Firm in 2013; Member of PA Bar since 2011 | $300.00 | 93.10 | $27,930.00 |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 62.60 | $18,154.00 |
| **TOTAL ASSOCIATES** | | | **412.90** | **$134,511.00** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Molly A. Lynch | Paralegal | $220.00 | 65.00 | $14,300.00 |
| William Hershkowitz | Paralegal | $215.00 | 57.00 | $12,255.00 |
| Keith Mangan | Paralegal | $140.00 | 47.40 | $6,636.00 |
| Gareth M. Suddes | Litigation Support Specialist | $180.00 | 21.90 | $3,942.00 |
| Megan M. Malone | Litigation Support Specialist | $145.00 | 13.20 | $1,914.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **204.50** | **$39,047.00** |
| **TOTAL ALL PROFESSIONALS** | | | **1,447.70** | **$584,024.50** |