**<u>EXHIBIT C</u>**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Duplicating - Internal | $ 98.00 |
| Transportation - Local while on business | $ 59.41 |
| Printing - Internal | $ 0.00 |
| Delivery Service | $ 45.00 |
| Travel - Meals, Etc | $ 11.19 |
| Travel - Mileage | $ 23.00 |
| Travel - Rail Fare | $ 513.00 |
| Out of Town Travel | $ 15.00 |
| Federal Express | $ 111.13 |
| Parking & Tolls | $ 93.00 |
| Telephone | $ 223.38 |
| Outside Copying | $ 720.65 |
| Westlaw On-Line Legal Research | $ 931.04 |
| Research | $ 12.00 |
| Pacer | $ 253.90 |
| Federal Express | $ 38.57 |
| Delivery Service | $ 40.51 |
| **Total:** | **$3,188.78** |