# **EXHIBIT D**

| | |
|---|---|
| Invoice Date: | 10/30/15 |
| Invoice Number: | 725777 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 08/31/15 | Printing & Duplicating - Internal | $ | 98.00 |
| 08/31/15 | Pacer | $ | 253.90 |
| 02/05/15 | Westlaw On-Line Legal Research | $ | 35.64 |
| 06/03/15 | Westlaw On-Line Legal Research | $ | 395.46 |
| 07/31/15 | Federal Express Federal Express Package - Invoice #:511968974 Mark A Fink | $ | 21.52 |
| 08/04/15 | Westlaw On-Line Legal Research | $ | 17.82 |
| 08/05/15 | Westlaw On-Line Legal Research | $ | 19.21 |
| 08/07/15 | Federal Express - PAID TO: Federal Express Corp Federal Express Corp-PAID TO: Federal Express Corp.#781116450700 - deliv. from MMWR-NY to Lee Unterman, Huntington, NY on 080815 | $ | 38.57 |
| 08/09/15 | Westlaw On-Line Legal Research | $ | 53.46 |
| 08/10/15 | Westlaw On-Line Legal Research | $ | 96.81 |
| 08/10/15 | Research - PAID TO: Jenkins Law Library | $ | 12.00 |
| 08/11/15 | Federal Express Federal Express Package - Invoice #:512686280 Mark A Fink | $ | 26.62 |
| 08/11/15 | Westlaw On-Line Legal Research | $ | 124.74 |
| 08/13/15 | Westlaw On-Line Legal Research | $ | 134.44 |
| 08/14/15 | Westlaw On-Line Legal Research | $ | 17.82 |
| 08/14/15 | Delivery Service (699812 - 8642476) Philadelphia, PA, 699812 | $ | 40.51 |
| 08/20/15 | Travel - Mileage - PAID TO: Stephen A. Grossman RT-travel - Cherry Hill/ Phila. Office- 20m @ $.575-  meeting- 08/17/15 | $ | 11.50 |
| 08/20/15 | Travel - Mileage - PAID TO: Stephen A. Grossman RT-travel- Cherry Hill/ Phila. Office- 20m @ $.575- meeting- 08/18/15 | $ | 11.50 |
| 08/20/15 | Parking & Tolls - PAID TO: Stephen A. Grossman Parking ($26.) and tolls ($5.)- meeting in Phila. Office- 08/18/15 | $ | 31.00 |
| 08/20/15 | Parking & Tolls - PAID TO: Stephen A. Grossman Parking ($26.) and tolls ($5.)- travel to Phila. for meeting- 08/17/15 | $ | 31.00 |
| 08/20/15 | Westlaw On-Line Legal Research | $ | 35.64 |
| 08/21/15 | Federal Express Federal Express Package - Invoice #:514297296 R Pedone | $ | 35.55 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 10/30/15 |
| Invoice Number: | 725777 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

| Date | Description | Amount |
|---|---|---|
| 08/24/15 | Transportation - Local while on business - PAID TO: Mark A. Fink 07/28/15 - Cabfare from MMWR to residence re: late night work on EFH matter | $ 7.27 |
| 08/24/15 | Transportation - Local while on business - PAID TO: Mark A. Fink 08/11/15 - Cabfare from residence to MMWR re: EFH Hearing | $ 6.21 |
| 08/24/15 | Delivery Service - PAID TO: Parcels Inc - 8/13/15-Delivery to Judge Christopher Sontchi, U.S. Bankruptcy Court, Wilmington, DE | $ 7.50 |
| 08/24/15 | Delivery Service - PAID TO: Parcels Inc - 8/10/15-Delivery to Judge Christopher Sontchi, U.S. Bankruptcy Court, Wilmington, DE | $ 7.50 |
| 08/25/15 | Transportation - Local while on business - PAID TO: David Dormont - 8/13/15 Cab Fare while meeting with financial advisor to client | $ 8.00 |
| 08/25/15 | Delivery Service - PAID TO: Parcels Inc - 8/10/15 Delivery to Hotel DuPont | $ 15.00 |
| 08/25/15 | Travel - Meals, Etc - PAID TO: David Dormont - 8/13/15 Lunch at 24 on East 45th St. while meeting with financial advisor to client | $ 11.19 |
| 08/25/15 | Travel - Rail Fare - PAID TO: David Dormont - 8/13/15 Amtrak travel from New York to Philadelphia for meeting with financial advisor to client | $ 133.00 |
| 08/25/15 | Travel - Rail Fare - PAID TO: David Dormont - 8/13/15 Amtrak railfare from Philadelphia to New York for meeting with financial advisor to client | $ 101.00 |
| 08/25/15 | Outside Copying - PAID TO: Parcels Inc - Copy work & binding | $ 720.65 |
| 08/26/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 8/12/15 Cabfare from MMWR, NY to residence re: Lae night work on EFH matter | $ 13.74 |
| 08/26/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 08/13/15 Roundtrip cab services from residence to 30th St Amtrak trsin station - Attend meeting with Guggenheim & Alex Partners re: potential claims | $ 24.19 |
| 08/26/15 | Travel - Rail Fare - PAID TO: Mark A. Fink - 8/11/15 Roundtrip railfare to/from NYC re: 8/11/15 EFH hearing | $ 124.00 |
| 08/26/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 08/13/15 Roundtrip Amtrak rail to New York - Attend meeting with Guggenheim & Alex Partners re: potential claims | $ 155.00 |

|  |  | Invoice Date: | 10/30/15 |
|---|---|---|---|
|  |  | Invoice Number: | 725777 |
|  |  | Client Matter Number: | 66471.00001 |
|  |  | I.D.# | 01051 |

| Date | Description |  | Amount |
|---|---|---|---|
| 08/26/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 08/13/15 Cab service from NY office to Penn station - Attend meeting with Guggenheim & Alex Partners re: potential claims | $ | 15.00 |
| 08/27/15 | Federal Express Federal Express Package - Invoice #:514911966 Mark A Fink MMWR 1105 N MARKET ST STE 1500 WILMINGTON DE US 19801 Tracking #:781229243819 | $ | 27.44 |
| 08/27/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 07/31/15 Parking - Worked overtime for review of legal discovery documents | $ | 31.00 |
| 08/28/15 | Delivery Service - PAID TO: Parcels Inc - Delivery Fr: MMWR, Wilmington Office To: Judge Christopher Sontchi, U.S. Bankruptcy Ct., Wilmington, DE on 8/17/15 | $ | 7.50 |
| 08/28/15 | Delivery Service - PAID TO: Parcels Inc - Delivery Fr: MMWR, Wilmington Office To: Judge Christopher Sontchi, U.S. bankruptcy Ct, Wilmington, DE on 8/21/15 | $ | 7.50 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 7/31/15 at 4:55pm with 11 participants | $ | 18.20 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 7/15/15 at 9:56am with 5 participants | $ | 5.08 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 7/20/15 at 10:58am with 3 participants | $ | 27.83 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 7/28/15 at 10:58am with 5 participants | $ | 45.06 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 7/30/15 at 1:57pm with 2 participants | $ | 0.48 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 7/30/15 at 2:12pm with 5 participants | $ | 15.37 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 7/31/15 at 3:12pm with 4 participants | $ | 11.48 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/4/15 at 3:26pm with 4 participants | $ | 10.10 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/5/15 at 10:26am with 4 participants | $ | 28.58 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/5/15 at 2:56 pm with 5 participants | $ | 20.12 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/6/15 at 2:58pm with 3 participants | $ | 10.79 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/7/15 at 2:37pm with 3 participants | $ | 1.44 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/7/15 at 2:48pm with 4 participants | $ | 4.33 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |  |
|--|--|--:|
| Invoice Date: | | 10/30/15 |
| Invoice Number: | | 725777 |
| Client Matter Number: | | 66471.00001 |
| I.D.# | | 01051 |

| Date | Description | | Amount |
|---|---|---|---:|
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 8/7/15 at 4:08pm with 3 participants | $ | 11.82 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 8/10/15 at 10:56am with 6 participants | $ | 12.70 |
| | Total Disbursements | $ | 3,188.78 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**