**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br>*Debtors*. | )<br>)  Chapter 11<br>)  Case No. 14-10979 (CSS)<br>)  (Jointly Administered)<br>)  Related to D.I. 6740 |

**RESPONSE OF DELAWARE TRUST COMPANY,
AS TRUSTEE FOR THE EFIH FIRST LIEN NOTES,
TO THE EFH COMMITTEE'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE
CONCERNING THE VALUE OF ONCOR**

WILMER CUTLER PICKERING HALE AND DORR LLP

Philip D. Anker
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800

Joel Millar
David Gringer
Isley Gostin
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: 202-663-6000

ROPES & GRAY LLP

Keith H. Wofford
Mark Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000

D. Ross Martin
Andrew Devore
800 Boylston Street, Prudential Tower
Boston, MA 02199-3600
Telephone: 617-951-7050

DRINKER BIDDLE & REATH LLP

James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141

COLE SCHOTZ P.C.

Norman L. Pernick (Bar No. 2290)
J. Kate Stickles (Bar No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
Court Plaza North
25 Main Street
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536
wusatine@coleschotz.com

*Counsel for Delaware Trust Company*       Dated: October 30, 2015

Delaware Trust Company, indenture and collateral trustee ("Trustee") for the first lien notes ("Notes") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. ("EFIH"), submits this response to the motion *in limine* filed by the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, ("EFH"), EFIH, and EECI, Inc. (collectively, the "EFH Committee") [D.I. 6740], seeking to exclude all evidence relating to the value of Oncor Electric Delivery Holdings Company and its direct and indirect subsidiaries ("Oncor") other than contained in the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122] (the "Plan") or the *Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6124] (the "Disclosure Statement").

The Trustee understands that the EFH Committee seeks to exclude only a formal valuation opinion, whether offered by an expert or lay witness, to the extent such an opinion was not disclosed in discovery. On that understanding, the Trustee does not oppose the EFH Committee's motion. Out of an abundance of caution, however, the Trustee writes to ensure that the EFH's Committee's motion does not preclude parties from introducing evidence regarding the ability of "Reorganized EFIH" and/or "New EFH," if the Plan is confirmed and goes effective, to satisfy disputed claims that may be allowed after the Plan's effective date. This subject is obviously relevant with respect to the feasibility of the Plan, and there has been discovery and disclosure regarding it.

In particular, this Court previously authorized counsel for the Trustee, joined by counsel for the EFIH second liens, to take discovery regarding the ability of Reorganized EFIH and/or New EFH to pay all disputed makewhole, post-petition interest and related claims to the extent

those claims are allowed after the Plan goes effective. *See* 9/18/2015 Hr'g Tr. at 34:11-36:25 ("I will allow factual discovery . . . on . . . what that treatment is . . . in the event that the make whole claim is ultimately allowed . . . and also the feasibility, i.e. factual basis for whether that claim, if allowed, and necessary to be paid in order for the claims to be unimpaired . . . where that money will come from or is there money to pay that claim?"). They did so. The Debtors designated Mr. Keglevic as their Rule 30(b)(6) witness on the subject, and he provided testimony on the issue. The Debtors also submitted an expert report from David Ying, addressing the subject, and the parties questioned Mr. Ying at deposition about his opinions.

Both Mr. Keglevic and Mr. Ying testified that they had no doubt that Reorganized EFIH and/or New EFH would be able, in Mr. Ying's words, "to raise enough capital to address an adverse judgment on every and all of alleged claims." (10/19/2015 Ying Tr. 18:13-19:11). They based that testimony on information included in the Disclosure Statement and incontrovertible facts, including that the Hunts and equally sophisticated T-side unsecured creditors are investing more than $7 billion for the equity of Oncor.

The Trustee does not understand the EFH Committee to be seeking to exclude evidence on this subject. Indeed, the EFH Committee neither sought to have Mr. Ying's expert opinion excluded, nor did it object to the Trustee's designation of deposition testimony from Mr. Ying and Mr. Keglevic on this subject. There is no reason why this evidence should be excluded.

Accordingly, the Trustee files this response to ensure that important testimony that bears directly on feasibility not be improperly excluded at the Plan confirmation hearing.

Dated: October 30, 2015

COLE SCHOTZ P.C.

/s/ J. Kate Stickles
Norman L. Pernick (Bar No. 2290)
J. Kate Stickles (Bar No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
Court Plaza North
25 Main Street
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536
wusatine@coleschotz.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Philip D. Anker
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888
Philip.Anker@wilmerhale.com

Joel Millar
David Gringer
Isley Gostin
1875 Pennsylvania Avenue, NW
Washington, DC 2006
Telephone: 202-663-6000
Facsimile: 202-663-6363
Joel.Millar@wilmerhale.com
David.Gringer@wilmerhale.com
Isley.Gostin@wilmerhale.com

ROPES & GRAY LLP
Keith H. Wofford
Mark Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Keith.Wofford@ropesgray.com
Mark.Somerstein@ropesgray.com

D. Ross Martin
Andrew Devore
800 Boylston Street, Prudential Tower
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Ross.Martin@ropesgray.com
Andrew.Devore@ropesgray.com

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for Delaware Trust Company*