## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

**COMPENSATION BY SUBJECT MATTER[1]**
**AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 93.60 | $50,000.00 |
| 11000-50.1 | EFH Restructuring – Case Administration | -- | |
| 11000-50.2 | EFH Restructuring – Budgeting | -- | |
| 11000-50.3 | EFH Restructuring – Fee Application | 2.60 | |
| 11000-51 | EFH - 2015 Legislative Session | -- | |
| 11001 | Luminant | 437.60 | $100,000.00 |
| 11002 | TXU | 25.90 | $10,416.67 |
| 12050 | 4Change | 1.90 | $2,083.33 |
| **Totals:** | | **561.60** | **$162,500.00** |

**EXPENSE SUMMARY**
**AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $383.10 |
| Copies | $1,570.14 |
| Taxi | $145.00 |
| Parking | $54.00 |
| Airfare | $340.20 |
| Rental Car | -- |
| Fuel | -- |
| Postage | $4.86 |
| Filing Fees | -- |
| Meals | -- |
| Hotel | -- |
| **Total Expenses:** | **$2,497.30** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of Energy Future Holdings, LLC and its debtor subsidiaries.