## **EXHIBIT B**

## **Attorneys and Paraprofessionals' Information**
### **(Legislative Engagement)**

The Enoch Kever attorneys who rendered professional services for legislative matters during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | -- | -- |
| Elizabeth L. Adams | Associate | 2015 | Regulatory | $250.00 | -- | -- |
| John J. Vay | Member | 1984 | Environmental | $490.00 | -- | -- |
| Michelle V. Hanlon | Associate | 2012 | Regulatory | $225.00 | -- | -- |
| Rod C. Johnson | Member | 1992 | Environmental | $490.00 | -- | -- |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | -- | -- |

The paraprofessionals of Enoch Kever who rendered professionals services for legislative matters during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

|  |  |  |
|---|---|---|
| **Total Fees Requested** | -- | -- |

# EXHIBIT B

## Attorneys and Paraprofessionals' Information
## (Consolidated Engagement)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | 28.70 | $15,785.00 |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 40.80 | $19,380.00 |
| Elizabeth L. Adams | Associate | 2015 | Regulatory | $250.00 | 70.50 | $17,625.00 |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | 134.80 | $39,766.00 |
| Kirk D. Rasmussen | Member | 1999 | Regulatory | $450.00 | 94.50 | $42,525.00 |
| Mandy J. Kimbrough | Member | 2005 | Regulatory | $325.00 | 116.20 | $37,765.00 |
| Michelle V. Hanlon | Associate | 2012 | Regulatory | $225.00 | 44.30 | $9,967.50 |
| Melissa A. Lorber | Member | 2001 | Appellate/Litigation | $395.00 | -- | -- |
| Rodman C. Johnson | Member | 1992 | Environmental | $490.00 | | -- |
| John J. Vay | Member | 1984 | Environmental | $490.00 | 1.40 | $686.00 |
| Shelby L. O'Brien | Associate | 2002 | Appellate/Litigation | $325.00 | -- | -- |
| | | | | | **531.20** | **$162,500.00*** |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amanda Felle | Legal Assistant | 1 | Appellate/Litigation | $50.00 | 11.90 | |
| Cyd McCool | Legal Assistant | 1 | Appellate/Litigation | $75.00 | .70 | |
| Toni House | Legal Assistant | 0 | Regulatory | $75.00 | 17.80 | |
| | | | | | **30.40** | |

| | | |
|---|---|---|
| **Total Fees Requested Consolidated Engagement** | **561.60** | **$162,500.00** |
| **Total Fee Requested Legislative Engagement** | **--** | **--** |
| **Total Fees Requested** | **561.60** | **$162,500.00** |