## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $383.10 |
| Copies | $1,570.14 |
| Taxi | $145.00 |
| Parking | $54.00 |
| Airfare | $340.20 |
| Rental Car | -- |
| Fuel | -- |
| Postage | $4.86 |
| Filing Fees | -- |
| Meals | -- |
| Hotel | -- |
| **Total Expenses:** | **$2,497.30** |