## EXHIBIT D

### Detailed Description of Expenses and Disbursements

#### DETAILED EXPENSE SUMMARY
#### AUGUST 1, 2015 THROUGH AUGUST 31, 2015

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 3985 | 1100050 | 8/20/15 | Moore, Bill | Taxi<br>Parking | $145.00<br>$23.00 | 1<br>1 | $145.00<br>$23.00 | Reimbursement tor travel expenses while in Dallas for a Luminant meeting on 8/18/15 |
| 3985 | 1100050 | 8/31/15 | Rasmussen, Kirk | Airfare<br>Parking | $340.20<br>$23.00 | 1<br>1 | $340.20<br>$23.00 | Reimbursement tor travel expenses while in Dallas for EFH meeting on 8/18/15 |
| 3940 | 1100116 | 8/20/15 | House, Toni | Delivery/Messenger Service | $14.26 | 1 | $14.26 | Hand deliver confidential envelope (Dkt. 44357) to the PUC on 8/11/15 |
| 3940 | 1100116 | 8/30/15 | Various | Copies | $.13 | 152 | $19.76 | Copies for the month of August 2015 |
| 3940 | 1100126 | 8/27/15 | Kimbrough, Mandy | Delivery/Messenger Service | $14.27 | 1 | $14.27 | Hand deliver confidential envelope (Dkt. 36141) to the PUC and return of file-stamped copies on 8/14/15 |
| 3940 | 1100126 | 8/30/15 | Various | Copies | $.13 | 24 | $3.12 | Copies for the month of August 2015 |
| 3940 | 1100180 | 8/6/15 | Jolly, Emily | Delivery/Messenger Service | $21.81 | 1 | $21.81 | FedEx delivery of flash drive to Rob Lane at Luminant on 8/6/15 |
| 3940 | 1100180 | 8/14/15 | Rasmussen, Kirk | Delivery/Messenger Service | $36.96 | 1<br>1<br>1 | $36.96 | Hand deliver documents to the PUC for Dkts. 44547 and 44649 and return file-stamped copies |
| 3940 | 1100180 | 8/14/15 | Jolly, Emily | Delivery/Messenger Service | $14.00 | 1 | $33.30 | Hand deliver documents to the PUC for Dkts. 44547 and 44649 and return file-stamped copies |
| 3940 | 1100180 | 8/20/15 | Jolly, Emily | Delivery/Messenger Service | $31.08 | 1 | $36.96 | Hand deliver documents to the PUC for Dkts. 44547 and 44649 and return file-stamped copies on 8/10/15 |

| 3940 | 1100180 | 8/28/15 | Jolly, Emily | Delivery/ Messenger Service | $52.08 | 1 | $28.53 | Hand deliver filing to the PUC and return file-stamped copies on 8/24/15 |
|------|---------|---------|--------------|-----------------------------|--------|---|--------|--------------------------------------------------------------------------|
| 3940 | 1100180 | 8/28/15 | Jolly, Emily | Delivery/ Messenger Service | $10.00 | 1 | $36.96 | Hand deliver filing to the PUC and return file-stamped copies on 8/25/15 |
| 3940 | 1100180 | 8/31/15 | Jolly, Emily | Delivery/ Messenger Service | $56.00 | 1 | $36.69 | Hand deliver documents to the PUC for Dkts. 44547 and 44649 and return file-stamped copies on 8/19/15 |
| 3940 | 1100180 | 8/31/15 | Jolly, Emily | Parking | $8.00 | 1 | $8.00 | Parking while in Dallas for Luminant meeting on 8/26/15 |
| 3940 | 1100180 | 8/31/15 | Various | Copies | $.13 | 11,214 | $1,457.82 | Copies for the month of August 2015 |
| 3940 | 1100181 | 8/31/15 | Various | Postage | $4.37 | 1 | $4.37 | Postage for the month of August 2015 |
| 3940 | 1100180 | 8/31/15 | Various | Copies | $.13 | 63 | $8.19 | Copies for the month of August 2015 |
| 3936 | 110024  | 8/20/15 | Kimbrough, Mandy | Delivery/ Messenger Service | $28.53 | 1 | $28.53 | Hand delivery filing to the PUC in Dkt. 43614 and return file-stamped copies on 8/13/15 |
| 3936 | 110024  | 8/31/15 | Kimbrough, Mandy | Delivery/ Messenger Service | $14.26 | 1 | $14.26 | Hand delivery filing to the PUC in Dkt. 37919 and return file-stamped copies on 8/18/15 |
| 3936 | 110024  | 8/31/15 | Kimbrough, Mandy | Delivery/ Messenger Service | $33.30 | 1 | $33.30 | Hand delivery filing to the PUC in Dkt. 44955 and return file-stamped copies on 8/20/15 |
| 3936 | 110024  | 8/31/15 | Various | Copies | $0.13 | 41 | $5.33 | Copies for the month of August 2015 |
| 3936 | 110024  | 8/31/15 | Various | Postage | $.49 | 1 | $.49 | Postage for the month of August 2015 |

| 3984 | 120502 | 8/20/15 | Kimbrough, Mandy | Delivery/ Messenger Service | $14.26 | 1 | $14.26 | Hand delivery filing to the PUC in Dkt. 36141 and return file-stamped copies on 8/14/15 |
| 3984 | 120502 | 8/20/15 | Kimbrough, Mandy | Delivery/ Messenger Service | $18.48 | 1 | $18.48 | Hand delivery confidential envelopes to the PUC and return file-stamped copies on 8/10/15 |
| 3984 | 120502 | 8/20/15 | Kimbrough, Mandy | Delivery/ Messenger Service | $14.26 | 1 | $14.26 | Hand delivery confidential envelopes to the PUC and return file-stamped copies on 8/12/15 |
| 3984 | 110024 | 8/31/15 | Various | Copies | $0.13 | 584 | $75.92 | Copies for the month of August 2015 |