### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | : Case No. 14-10979 (CSS) |
| Debtors. | : (Jointly Administered) |
| | : **Re: Docket No. 6795** |

### JOINDER OF EFIH SECOND LIEN TRUSTEE TO RESPONSE OF DELAWARE TRUST COMPANY, AS TRUSTEE FOR THE EFIH FIRST LIEN NOTES, TO THE EFH COMMITTEE'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE CONCERNING THE VALUE OF ONCOR

Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in their capacity as indenture trustee (the "EFIH Second Lien Trustee") for the EFIH Second Lien Notes issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (collectively, "EFIH") pursuant to the Indenture dated as of April 25, 2011, hereby join in the Response of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to the EFH Committee's Motion *in Limine* to Exclude Evidence Concerning the Value of Oncor (the "Response"). For the reasons set forth in the Response, the EFIH Second Lien Trustee respectfully requests that important testimony that bears directly on feasibility not be excluded at the Plan confirmation hearing.

| | |
|---|---|
| Wilmington, Delaware<br>Dated: October 30, 2015 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (Bar No. 2436)<br>Robert J. Feinstein (NY Bar No. RF-2836)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@ pszjlaw.com<br>          rfeinstein@ pszjlaw.com |

DOCS_DE:202907.1 23731/001

- 2 -

*- and -*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Gregory A. Horowitz
P. Bradley O'Neill
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:   (212) 715-8000
Email: tmayer@kramerlevin.com
ghorowitz@kramerlevin.com
boneill@kramerlevin.com
jbrody@kramerlevin.com

*- and -*

BRYAN CAVE LLP
Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: 212-541-1114
Facsimile: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Trustee*