# Exhibit G

## Summary of Total Fees Incurred and Hours Expended During the Fee Period

DM_US 64790783-1.093681.0012

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Iskender Catto | Partner | Energy Advisory Department | 2000 | $90,475.00 | 103.40 | N/A | $875.00 | $850.00 | $87,890.00 |
| Melvin Huang | Associate | Energy Advisory Department | 2010 | $5,510.00 | 9.50 | N/A | $580.00 | $515.00 | $4,892.50 |
| Ryan A. Wagner | Associate | Restructuring & Insolvency Department | 2012 | $80,446.00 | 138.70 | N/A | $580.00 | $515.00 | $71,430.50 |
| | | | | | | | | | |
| Adolpho Gomes | Chief Economist, Transfer Pricing | Transfer Pricing Department | N/A | $62,812.50 | 100.50 | N/A | $625 | N/A | N/A |
| Haiyan Zhang | Financial Analyst, Transfer Pricing | Transfer Pricing Department | N/A | $6,772.50 | 21.50 | N/A | $315 | N/A | N/A |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Andrea Duncliffe | Paralegal Manager | Corporate Advisory Department | N/A | $3,500 | 12.50 | N/A | $ 280.00 | $315.00 | $3,937.50 |
| **TOTALS:** | | | | **$249,516.00** | **386.10** | | | | |