## Exhibit H

**Summary of Actual and Necessary Expenses for the Fee Period**

DM_US 64790783-1.093681.0012

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Express Mail | | | $33.69 |
| Airfare | United Airlines | | $8,102.40 |
| Lodging | Dallas Marriott Hotel | | $6,031.84 |
| Travel Meals | Various | | $146.79 |
| Car Rental | Budget Rental | | $1,194.83 |
| Parking | Various | | $1,327.45 |
| Miscellaneous | Various | | $40.94 |
| **Totals** | | | **$16,877.94** |