## Exhibit I

**Summary of Fees by Matter for the Fee Period**

DM_US 64790783-1.093681.0012

| Project Category Description | Hours | Compensation |
|---|---|---|
| **EFH Asset Disposition (B130)** | 123.00 | $70,165.00 |
| **Fee/Employment Applications (B160)** | 47.00 | $23,510.00 |
| **Energy Trading (B270)** | 213.30 | $154,217.00 |
| **Plan and Disclosure Statement (B320)** | 1.90 | $1,102.00 |
| **Hearings (B340)** | .90 | $522.00 |
| **TOTAL** | **386.10** | **$249,516.00** |