# Exhibit J

## Budget and Staffing Plan for Fourth Interim Fee Period

DM_US 64790783-1.093681.0012

## Exhibit J-1

## Budget for Fourth Interim Fee Period:

| Task Code Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| B130 | EFH Asset Disposition | 40 | $30,000.00 |
| B160 | Fee/Employment Applications | 70 | $40,000.00 |
| B270 | Energy Trading | 820 | $592,000.00 |
| B320 | Plan and Disclosure Statement | 0 | $0.00 |
| B340 | Hearings | 20 | $14,000.00 |
| | **TOTAL** | **950** | **$676,000.00** |

**Exhibit J-2**

**Staffing Plan for Fourth Interim Fee Period:**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partners | 3 | $874.00 |
| Associates | 3 | $565.00 |
| Paralegals | 1 | $306.25 |
| Chief Economist, Transfer Pricing | 1 | $625.00 |
| Financial Analyst, Transfer Pricing | 1 | $315.00 |
| **Total Attorney** | **6** | **$720.00** |
| **Total Non-Attorney** | **3** | **$450.00** |
| **Total** | **9** | **$670.00** |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

DM_US 64790783-1.093681.0012