## Exhibit K

## Summary of Legal Services Rendered During Fourth Interim Fee Period

| Task Code Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| B130 | EFH Asset Disposition | 40 | 123.0 | $30,000.00 | $70,165.00 |
| B160 | Fee/Employment Applications | 70 | 47.0 | $40,000.00 | $23,510.00 |
| B270 | Energy Trading | 820 | 213.30 | $592,000.00 | $154,217.00 |
| B320 | Plan and Disclosure Statement | 0 | 1.90 | $0.00 | $1,102.00 |
| B340 | Hearings | 20 | .90 | $14,000.00 | $522.00 |
| | **TOTAL** | **950** | **386.10** | **$676,000.00** | **$249,516.00** |