**<u>Exhibit L</u>**

**Detailed Description of Services Provided**

# McDermott
# Will & Emery

**Invoice**

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2788086 |
| Invoice Date: | 07/08/2015 |

---

## Remittance Copy
### Billing for services rendered through 05/31/2015

---

0012 Energy Future Holdings Chapter 11

Total Services                                                      $ 36,235.00

Total Costs and Other Charges Posted Through Billing Period          5,081.50

**Total This Invoice**                                            **$ 41,316.50**

| Invoice | Date | |
|---|---|---|
| 2704702 | 11/04/2014 | 16,995.15 |
| 2718022 | 12/04/2014 | 22,281.10 |
| 2727143 | 12/30/2014 | 17,784.34 |
| 2739127 | 02/11/2015 | 12,264.90 |
| 2746775 | 03/11/2015 | 15,446.30 |
| 2767770 | 04/28/2015 | 21,444.40 |
| 2777918 | 06/03/2015 | 45,615.22 |
| 2778202 | 06/11/2015 | 31,511.61 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Luminant Energy Company

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2788086 |
| Invoice Date: | 07/08/2015 |

Total Outstanding Balance                                     183,343.02

Total Balance Due                                          $ 224,659.52

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY 10173-1922
+1 212 547 5400

07/08/2015

Invoice: 2788086
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX 75201

For Services Rendered in Connection with:

Matter: 0012        Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B160 Fee/Employment Applications | | | | | |
| A. Duncliffe | 05/06/15 | Revised invoice and prebill sent to accounting for revisions. | 0.30 | 280.00 | 84.00 |
| A. Duncliffe | 05/07/15 | Exhibits for tenth fee application revised to reflect new invoice amount. | 0.20 | 280.00 | 56.00 |
| R. Wagner | 05/07/15 | Review and edit March bill (.8); Attend to emails with A. Catto regarding same (.1); Review and revise McDermott's February monthly fee statement (.9); Coordinate filing of same with RLF (.2). | 2.00 | 580.00 | 1,160.00 |
| R. Wagner | 05/11/15 | Draft June budget and staffing memorandum (.7); Attend to emails with A. Catto regarding same (.2). | 0.90 | 580.00 | 522.00 |
| A. Duncliffe | 05/13/15 | 3rd Interim Fee Application Exhibits prepared for January and February. | 1.30 | 280.00 | 364.00 |
| R. Wagner | 05/13/15 | Review and revise June budget and staffing memorandum. | 0.40 | 580.00 | 232.00 |
| R. Wagner | 05/18/15 | Attend to emails with A. Catto regarding March bill (.1); Make edits to same and coordinate with accounting to finalize bill (.6). | 0.70 | 580.00 | 406.00 |
| A. Duncliffe | 05/19/15 | Review of March Pre-Bill and Invoice. | 0.60 | 280.00 | 168.00 |
| A. Duncliffe | 05/20/15 | Proofread revised Pre-Bill (.10); Exhibits put into final form (.40) | 0.50 | 280.00 | 140.00 |

# McDermott
# Will & Emery

| Luminant Energy Company | | | Client: | 093681 |
| --- | --- | --- | --- | --- |
| | | | Invoice: | 2788086 |
| | | | Invoice Date: | 07/08/2015 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| A. Duncliffe | 05/28/15 | Proofread revised March pre-bill. Revisions to exhibits for March fee application. | 0.80 | 280.00 | 224.00 |
| A. Duncliffe | 05/29/15 | Exhibits to third interim fee application prepared. | 0.80 | 280.00 | 224.00 |
| R. Wagner | 05/29/15 | Emails with local counsel regarding McDermott's fee statement and CNO with respect thereto. | 0.30 | 580.00 | 174.00 |
| | | | | | 3,754.00 |
| **B270 Energy Trading** | | | | | |
| I. Catto | 05/01/15 | Review nuclear fuel contract amendment revision. | 0.60 | 875.00 | 525.00 |
| R. Wagner | 05/01/15 | Calls with K&E regarding resolution of counterparty claims and potential 9019 issues (.4); Emails with K&E regarding same (.2); Exchange emails with A. Catto regarding same (.3). | 0.90 | 580.00 | 522.00 |
| I. Catto | 05/04/15 | Review and revise draft settlement agreement (1.1); correspondence with M. Goering, T. Silvey re settlement discussions (.7); review and revise draft agreement (2.3). | 4.10 | 875.00 | 3,587.50 |
| I. Catto | 05/05/15 | Attend weekly contracts committee meeting (.6); review and revise draft settlement agreement (1.7); telephone conference with counterparty counsel re draft agreement (.3). | 2.60 | 875.00 | 2,275.00 |
| R. Wagner | 05/05/15 | Calls with A. Catto regarding counterparty liquidation agreements (.3); Review counterparty termination letters (.4); Draft liquidation agreements with multiple counterparties (.7). | 1.40 | 580.00 | 812.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2788086
Invoice Date:  07/08/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 05/06/15 | Call with A. Catto regarding liquidation agreements (.2); Discuss strategy for resolving counterparty claims with A. Catto (.1); Calls and emails with K&E regarding strategy for resolving multiple counterparty claims (.4). | 0.70 | 580.00 | 406.00 |
| R. Wagner | 05/07/15 | Email analysis to A. Catto regarding resolution of counterparty claims and liquidation agreements. | 0.60 | 580.00 | 348.00 |
| R. Wagner | 05/08/15 | Review draft counterparty liquidation agreement and comments thereto (.8); Draft 9019 motion with respect to resolution of counterparty claim. (1.1). | 1.90 | 580.00 | 1,102.00 |
| R. Wagner | 05/11/15 | Draft liquidation agreements resolving counterparty claims. | 0.80 | 580.00 | 464.00 |
| R. Wagner | 05/12/15 | Review underlying master agreements, confirmations and related info in connection with counterparty liquidation agreements (1.4); Draft counterparty liquidation agreements in connection with same (1.8). | 3.20 | 580.00 | 1,856.00 |
| I. Catto | 05/13/15 | Review draft liquidation agreements. | 1.30 | 875.00 | 1,137.50 |
| R. Wagner | 05/13/15 | Review underlying master agreements, confirmations and related info in connection with counterparty liquidation agreements (.8); Draft multiple counterparty liquidation agreements (1.3); Emails with T. Silvey and A. Catto regarding counterparty liquidation agreements (.4). | 2.50 | 580.00 | 1,450.00 |

# McDermott
# Will & Emery

Luminant Energy Company

| | | | | Client: | 093681 |
| | | | | Invoice: | 2788086 |
| | | | | Invoice Date: | 07/08/2015 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 05/14/15 | Draft stipulation resolving claims of counterparty (1.8); Exchange emails with A. Catto regarding same (.2); Attend to emails with K&E regarding resolution of counterparty claims (.3). | 2.30 | 580.00 | 1,334.00 |
| I. Catto | 05/19/15 | Conferences with T. Silvey re hedging arrangements and motion (.9); correspondence with K&E re draft motion (.1); attend weekly contracts review team conference (.9); review fuel contract dispute (.3). | 2.20 | 875.00 | 1,925.00 |
| I. Catto | 05/20/15 | Review power purchase agreement (.6); conferences with T. Silvey, S. Caraway and K. Blenk re amendment (2.6). | 3.20 | 875.00 | 2,800.00 |
| I. Catto | 05/21/15 | Review and revise draft contract amendment (.6); conferences with K. Blenk and T. Silvey re contract amendment (.8). | 1.40 | 875.00 | 1,225.00 |
| I. Catto | 05/22/15 | Review and revise draft contract amendment (.9); telephone conferences with T. Silvey and S. Caraway re draft amendments (.7). | 1.60 | 875.00 | 1,400.00 |
| R. Wagner | 05/22/15 | Call with K&E regarding claims resolution issues (.4); Attend to emails with A. Catto regarding same (.3). | 0.70 | 580.00 | 406.00 |
| I. Catto | 05/26/15 | Telephone conferences with T. Silvey, R. Talley, M. Goering and K&E re counterparty settlement discussions (1.1); telephone conferences with T. Silvey, S. Caraway and counterparty re proposed power contract amendment (1.4); review revised draft amendment (.2). | 2.70 | 875.00 | 2,362.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2788086
Invoice Date: 07/08/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 05/26/15 | Calls with K&E regarding resolution of counterparty claims (.2); Draft stipulation with respect to resolution of counterparty claim (1.7). | 1.90 | 580.00 | 1,102.00 |
| I. Catto | 05/27/15 | Telephone conference with T. Silvey, M. Goering, R. Talley re contract negotiation (.6); review dispute transaction documents (.8). | 1.40 | 875.00 | 1,225.00 |
| R. Wagner | 05/27/15 | Attend to emails with K&E and A. Catto regarding claims resolution issues (.3); Call with A. Catto regarding same (.2); Call with K&E regarding counterparty claims resolution (.5). | 1.00 | 580.00 | 580.00 |
| I. Catto | 05/28/15 | Prepare for settlement negotiation with counterparty counsel (1.7); settlement negotiation with counterparty counsel (.6). | 2.30 | 875.00 | 2,012.50 |
| R. Wagner | 05/28/15 | Calls with K&E regarding claims resolution issues (.4); Discuss same with A. Catto (.2); Review liquidation procedures order and claims register (.9); Review and revise counterparty liquidation agreements (1.3). | 2.80 | 580.00 | 1,624.00 |
| | | | | | 32,481.00 |

**Total**                                                        **$36,235.00**

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 8.80 | 3,754.00 |
| B270 | Energy Trading | 44.10 | 32,481.00 |
| | | 52.90 | 36,235.00 |

# McDermott
# Will & Emery

Luminant Energy Company

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2788086 |
| Invoice Date: | 07/08/2015 |

**Costs and Other Charges**

| Description | Amount |
|---|---|
| Express Mail | 33.39 |
| Transportation/Parking | 248.00 |
| Travel Expenses | 4,800.11 |
| **Total Costs and Other Charges** | **$5,081.50** |
| **Total This Invoice** | **$41,316.50** |

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
Invoice: 2788086

07/08/2015

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0012  Energy Future Holdings Chapter 11 | 52.90 | 36,235.00 | 5,081.50 | 0.00 | 41,316.50 |

# McDermott
# Will & Emery

**Invoice**

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2798773 |
| Invoice Date: | 08/27/2015 |

## Remittance Copy
### Billing for services rendered through 06/30/2015

0012 Energy Future Holdings Chapter 11

| | |
|---|---|
| Total Services | $ 110,259.50 |
| Total Costs and Other Charges Posted Through Billing Period | 2,631.57 |
| **Total This Invoice** | **$ 112,891.07** |

| Invoice | Date | |
|---|---|---|
| 2746775 | 03/11/2015 | 15,446.30 |
| 2767770 | 04/28/2015 | 21,444.40 |
| 2777918 | 06/03/2015 | 45,615.22 |
| 2778202 | 06/11/2015 | 31,511.61 |
| 2788086 | 07/08/2015 | 41,316.50 |

| | |
|---|---|
| Total Outstanding Balance | 155,334.03 |
| Total Balance Due | $ 268,225.10 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY 10173-1922
+1 212 547 5400

08/27/2015

Invoice: 2798773
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX 75201

For Services Rendered in Connection with:

Matter: 0012          Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B130 Asset Disposition | | | | | |
| A. Gomes | 06/02/15 | Discussion with K&E regarding case background, proposed workplan. | 0.50 | 625.00 | 312.50 |
| R. Wagner | 06/02/15 | Research issues in connection with Oncor asset sale (.8); Discuss with A. Catto (.2). | 1.00 | 580.00 | 580.00 |
| A. Gomes | 06/03/15 | Begin review, analysis of background files regarding proposed, comparable structure. | 2.00 | 625.00 | 1,250.00 |
| A. Gomes | 06/04/15 | Begin review, analysis of background spreadsheets regarding project financial and projections. | 2.00 | 625.00 | 1,250.00 |
| A. Gomes | 06/05/15 | Continue review, analysis of background spreadsheets (Scenarios). | 2.80 | 625.00 | 1,750.00 |
| A. Gomes | 06/06/15 | Continue review, analysis and prep follow-up questions, requests regarding comparable lease. | 3.50 | 625.00 | 2,187.50 |
| A. Gomes | 06/08/15 | Continue review, analysis of background spreadsheets ( Asset Summary). | 1.30 | 625.00 | 812.50 |
| A. Gomes | 06/09/15 | Research, analysis regarding electrical utility industry (3.0) | 3.00 | 625.00 | 1,875.00 |
| A. Gomes | 06/10/15 | Prepare for and conference call with K&E team regarding follow-up questions, data request (1.8) | 1.80 | 625.00 | 1,125.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2798773
Invoice Date:  08/27/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| A. Gomes | 06/11/15 | Research and analysis regarding PUCT, rate change, rate base, depreciation, etc (2.0) | 2.00 | 625.00 | 1,250.00 |
| A. Gomes | 06/12/15 | Data analysis: begin review, analysis Propco/Opco projections. | 2.30 | 625.00 | 1,437.50 |
| A. Gomes | 06/15/15 | Data analysis: continue review, analysis Propco/Opco projections and reconcile with Asset inventory (2.2);  prepare questions/data request for follow-up (.3). | 2.50 | 625.00 | 1,562.50 |
| A. Gomes | 06/16/15 | Comparable analysis: begin Comparable analysis, develop selection criteria (3.0); conduct preliminary comparable check (.3). | 3.30 | 625.00 | 2,062.50 |
| A. Gomes | 06/17/15 | Continue Comparable analysis: review, append preliminary comparable selection (2.0); conference call with K&E regarding prior questions, data request (1.0); Continue review of PUCT regulations regarding Invested Capital, Depreciation (0.5) | 3.50 | 625.00 | 2,187.50 |
| A. Gomes | 06/18/15 | Prepare for and conference call with K&E and Enoch/Kever regarding regulations regarding Invested Cap, Rate, Depreciation (1.7); Continue research regarding Electric Utility Rate of return yield and metrics (2.4). | 4.10 | 625.00 | 2,562.50 |
| A. Gomes | 06/19/15 | Research, analysis regarding Electric Utility Compable Rate of Return (Cost of Debt). | 3.50 | 625.00 | 2,187.50 |
| A. Gomes | 06/20/15 | Research analysis regarding Electric Utility Comparable Rate of Return (Cost of Equity, Credit Rating) (2.6); begin review of PUCT Regulatory filings (1.7). | 4.30 | 625.00 | 2,687.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2798773
Invoice Date:   08/27/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| A. Gomes | 06/21/15 | Begin research, analysis: Electric Services Comparables (1.8); continue research regarding Rate of Return (Cost of Equity) (1.5). | 3.30 | 625.00 | 2,062.50 |
| A. Gomes | 06/22/15 | Begin review, analysis Regulatory hearings regarding Cost of Capital determinants, issues (1.8). | 1.80 | 625.00 | 1,125.00 |
| H. Zhang | 06/22/15 | Review annual report of first 8 companies out of total 17 comparable electric utility companies (.8); research and collect long-term debt and interest rate information and compute weighted average long-term interest rate of each company (1.7). | 2.50 | 315.00 | 787.50 |
| A. Gomes | 06/23/15 | Continue review, analysis regarding Regulatory hearings regarding Cost of Capital. | 2.00 | 625.00 | 1,250.00 |
| H. Zhang | 06/23/15 | Run Compustat database, export total long-term debt, total equity, market value, effective tax rate information of comparable electric utility companies (.5); gather risk-free rate and market premium information (.3), compute weighted average cost of capital of comparable electric utility company (.2). | 3.50 | 315.00 | 1,102.50 |
| A. Gomes | 06/24/15 | Review WACC analysis (0.2); Comparable Analysis: develop search criteria, begin preliminary search regarding Electric Services comparables (1.3); Continue review, analysis regarding Regulatory hearings (0.3); Cost of Capital (0.5). | 2.30 | 625.00 | 1,437.50 |
| A. Gomes | 06/25/15 | Continue review, analysis regarding Regulatory hearings: Cost of Capital, TCOS, TCRF. | 3.00 | 625.00 | 1,875.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2798773
Invoice Date:  08/27/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| H. Zhang | 06/25/15 | Download from Compustat database and format business descriptions and financial data of all 35 potential comparable companies that passed quantitative search screens from the database (.8) ; review business descriptions or conduct additional research on companies' background information and analyze comparability of these companies; document the review procedures (1.2). | 3.50 | 315.00 | 1,102.50 |
| A. Gomes | 06/26/15 | Data Analysis, research regarding Cost of Equity components, beta. | 2.50 | 625.00 | 1,562.50 |
| H. Zhang | 06/26/15 | Download and format financial information of preliminary comparable set and compute interquartile range of preliminary comparable companies (.5); draft email to T. Gomes explain the preliminary result of utility services comparable company analysis (.3). | 4.90 | 315.00 | 1,543.50 |
| A. Gomes | 06/27/15 | Data Analysis, research regarding Cost of Equity computations (3.0) | 3.00 | 625.00 | 1,875.00 |
| A. Gomes | 06/29/15 | Data Analysis, research regarding Cost of Equity and Cost of Debt components (2.8); Comparable Analysis: review, revise criteria regarding Electric Services (0.4). | 3.20 | 625.00 | 2,000.00 |
| H. Zhang | 06/29/15 | Review annual report of 17 electricity transmission and distribution comparable companies (.9); revise weighted average interest rate calculation of long-term debts of those comparable companies according to T. Gomes' comments (1.0). | 4.20 | 315.00 | 1,323.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:      2798773
Invoice Date:  08/27/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| A. Gomes | 06/30/15 | Data Analysis: review and segment Asset Base (3.3); begin research regarding Leasing WACC (0.5). | 3.80 | 625.00 | 2,375.00 |
| | | | 86.90 | | 48,501.50 |

**B160 Fee/Employment Applications**

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 06/01/15 | Attend to emails with client regarding budget and staffing memo (.3); Coordinate with RLF to draft/file CNO with respect to McDermott's fee statement (.4). | 0.70 | 580.00 | 406.00 |
| R. Wagner | 06/03/15 | Draft March monthly fee statement. | 0.90 | 580.00 | 522.00 |
| A. Duncliffe | 06/04/15 | Work begun on April fee application exhibits. | 0.30 | 280.00 | 84.00 |
| R. Wagner | 06/08/15 | Draft McDermott's March 2015 monthly fee statement (.7); Exchange emails with A. Catto and client regarding same (.2). | 0.90 | 580.00 | 522.00 |
| A. Duncliffe | 06/09/15 | Preparation of April exhibits to fee application. | 1.40 | 280.00 | 392.00 |
| R. Wagner | 06/09/15 | Review and revise March fee statement (.3); Coordinate filing of same with RLF (.4). | 0.70 | 580.00 | 406.00 |
| A. Duncliffe | 06/10/15 | Preparation of Third Interim Fee Application Exhibits. | 2.10 | 280.00 | 588.00 |
| R. Wagner | 06/10/15 | Review draft exhibits to 3rd interim fee application (.4); Discuss same with A. Duncliffe (.3). | 0.70 | 580.00 | 406.00 |
| R. Wagner | 06/11/15 | Draft McDermott's July 2015 budget and staffing memorandum. | 0.60 | 580.00 | 348.00 |
| A. Duncliffe | 06/12/15 | April Exhibits finalized (.10). Exhibits for Third Interim Fee Application updated (.30). | 0.40 | 280.00 | 112.00 |
| R. Wagner | 06/12/15 | Draft April monthly fee statement (1.1); Exchange emails with A. Catto regarding same (.1). | 1.20 | 580.00 | 696.00 |
| R. Wagner | 06/13/15 | Revise and finalize April monthly fee statement (.4); Emails with RLF concerning filing of same (.2). | 0.60 | 580.00 | 348.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:      093681
Invoice:     2798773
Invoice Date:  08/27/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 06/15/15 | Draft third interim fee application. | 0.70 | 580.00 | 406.00 |
| A. Duncliffe | 06/17/15 | Revisions made to 3rd Interim Fee Application Exhibits. | 0.30 | 280.00 | 84.00 |
| R. Wagner | 06/18/15 | Draft third interim fee application (2.5); Revise exhibits thereto (.3). | 2.80 | 580.00 | 1,624.00 |
| R. Wagner | 06/19/15 | Draft third interim fee application (1.6); Review and revise exhibits to third interim fee application (.5). | 2.10 | 580.00 | 1,218.00 |
| R. Wagner | 06/21/15 | Draft third interim fee application and exhibits thereto (1.3); Emails with A. Catto and A. Duncliffe regarding third interim fee application (.5). | 1.80 | 580.00 | 1,044.00 |
| R. Wagner | 06/22/15 | Review and revise third interim fee application (3.4); Review and revise exhibits to third interim fee application (1.1); Coordinate filing of third interim fee application with RLF (.4). | 4.90 | 580.00 | 2,842.00 |
| R. Wagner | 06/25/15 | Revise new engagement letter (.6); Discuss same with A. Catto (.5); Calls with K&E regarding retention and expanded service motion (.4). | 1.50 | 580.00 | 870.00 |
| R. Wagner | 06/29/15 | Attend to issues regarding expanded service motion. | 0.80 | 580.00 | 464.00 |
| | | | 25.40 | | 13,382.00 |
| | | | | | |
| B270 Energy Trading | | | | | |
| I. Catto | 06/01/15 | Review fuel supply agreements (1.6); telephone conference with T. Silvey and M. Goering re counterparty claims (.7). | 2.30 | 875.00 | 2,012.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2798773
Invoice Date:  08/27/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 06/01/15 | Analysis of issues concerning resolution of multiple counterparty claims in connection with liquidation agreement (.9); Review draft plan provisions regarding treatment of certain claims (.7); Draft counterparty liquidation agreement (.5). | 2.10 | 580.00 | 1,218.00 |
| R. Wagner | 06/03/15 | Calls with K&E and A. Catto regarding resolution of outstanding counterparty claims (.7); Review and analyze issues associated with proposed metric for resolution of counterparty claims (.8). | 1.50 | 580.00 | 870.00 |
| I. Catto | 06/04/15 | Prepare for telephone conference with counterparty counsel (.4); telephone conference with counterparty counsel re settlement proposal (.5). | 0.90 | 875.00 | 787.50 |
| R. Wagner | 06/04/15 | Call with T. Silvey regarding resolution of counterparty claims (.2); Review and analyze draft counterparty liquidation agreements (.7); Review draft plan provisions concerning proposed treatment of claims (.9). | 1.80 | 580.00 | 1,044.00 |
| I. Catto | 06/08/15 | Telephone conference with S. Moore, T. Silvey, M. Schlan, re transportation agreements. | 0.80 | 875.00 | 700.00 |
| R. Wagner | 06/08/15 | Review and analyze underlying termination and trading documents in connection counterparty liquidation agreement (.6); Review and revise draft liquidation agreement with counterparty (1.2); Exchange emails with A. Catto regarding liquidation agreement issues. (.3). | 2.10 | 580.00 | 1,218.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2798773
Invoice Date:  08/27/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 06/09/15 | Attend weekly contracts review team meeting (.7); conference w/ S. Kim re fuel agreement (.4); conferences with A. Sareen re draft motion (1.1). | 2.20 | 875.00 | 1,925.00 |
| R. Wagner | 06/09/15 | Emails with A. Catto regarding strategy in dealing with counterparties (.7); Emails with client concerning status of liquidation agreement (.1). | 0.80 | 580.00 | 464.00 |
| R. Wagner | 06/10/15 | Emails with A. Catto and T. Silvey regarding resolution of counterparty claims (.2); Review and revise liquidation agreement with counterparty (1.1). | 1.30 | 580.00 | 754.00 |
| I. Catto | 06/11/15 | Conferences with A. Sareen, T. Silvey, J. Ho re draft motion. | 1.40 | 875.00 | 1,225.00 |
| R. Wagner | 06/11/15 | Revise liquidation agreement with counterparty (.9); Emails regarding same with T. Silvey and A. Catto (.3). | 1.20 | 580.00 | 696.00 |
| I. Catto | 06/12/15 | Prepare for settlement conference with counterparty counsel re settlement (.8); telephone conference with counterparty counsel re settlement (.5); review and revise draft settlement agreement (.4). | 1.70 | 875.00 | 1,487.50 |
| R. Wagner | 06/12/15 | Emails with T. Silvey concerning counterparty liquidation agreement and issues related thereto (.4); Emails with K&E regarding counterparty liquidation agreement (.2). | 0.60 | 580.00 | 348.00 |
| I. Catto | 06/15/15 | Review draft motion (.6); telephone conferences with T. Silvey, A. Sareen, and A. Yenamandra re draft motion (.7); review and revise draft stipulation and order (1.6); | 2.90 | 875.00 | 2,537.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2798773
Invoice Date:  08/27/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 06/15/15 | Draft stipulation regarding resolution of counterparty's claims (1.2); Emails and calls with A. Catto regarding same (.6). | 1.80 | 580.00 | 1,044.00 |
| I. Catto | 06/16/15 | Review draft motion and declaration (.7); review ands revise draft stipulation and order (2.1); attend weekly contract review team meeting (.6). | 3.40 | 875.00 | 2,975.00 |
| R. Wagner | 06/16/15 | Emails with T. Silvey concerning status of resolution of counterparty claims (.2); Calls and emails with K&E regarding same (.3); Multiple calls with A. Catto regarding draft stipulation and order resolving counterparty's claim and strategy with respect thereto (1.1); Draft stipulation resolving claims of counterparty (1.2); Draft proposed order regarding same (.5); Exchange emails with K&E concerning draft stipulation and order (.6); Revise draft stipulation and proposed order (.8). | 4.70 | 580.00 | 2,726.00 |
| I. Catto | 06/17/15 | Review and revise draft stipulation and order (2.3); review counterparty administrative claim (.6). | 2.90 | 875.00 | 2,537.50 |
| R. Wagner | 06/17/15 | Review and revise draft stipulation resolving counterparty's claims (.7); Exchange emails with A. Catto and K&E regarding same (.3); Discuss same with client (.2). | 1.20 | 580.00 | 696.00 |
| I. Catto | 06/18/15 | Prepare for telephone conference with counterparty re stipulation (.5); telephone conference with counterparty re stipulation (.4); telephone conferences with T. Silvey, M. Goering and K&E re settlement negotiations (.9). | 1.80 | 875.00 | 1,575.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2798773
Invoice Date: 08/27/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 06/19/15 | Review counterparty pleadings re settlement discussions. | 1.30 | 875.00 | 1,137.50 |
| R. Wagner | 06/19/15 | Review draft agreements with counterparties (1.4); Discuss same with A. Catto (.4). | 1.80 | 580.00 | 1,044.00 |
| R. Wagner | 06/20/15 | Emails with K&E and A. Catto concerning comments to draft agreement resolving counterparty's claims. | 0.30 | 580.00 | 174.00 |
| R. Wagner | 06/21/15 | Review and revise draft agreement resolving counterparty's claims (.7); Emails with A. Catto regarding same (.1). | 0.80 | 580.00 | 464.00 |
| I. Catto | 06/22/15 | Review revised draft motion and order. | 1.20 | 875.00 | 1,050.00 |
| R. Wagner | 06/22/15 | Review and revise draft counterparty liquidation agreement (.7); Call with A. Catto regarding same (.2); Emails with T. Silvey regarding same (.2). | 1.10 | 580.00 | 638.00 |
| I. Catto | 06/23/15 | Review revised draft motion (.9); prepare for negotiation re contract rejection (.7). | 1.60 | 875.00 | 1,400.00 |
| R. Wagner | 06/23/15 | Review and revise draft counterparty liquidation agreements. | 1.30 | 580.00 | 754.00 |
| I. Catto | 06/24/15 | Telephone conferences with T. Silvey, M. Goering, K&E re settlement negotiations with counterparty counsel (1.6); prepare for negotiations with counterparty (.9); settlement negotiations with counterparty (1.7). | 4.20 | 875.00 | 3,675.00 |
| R. Wagner | 06/24/15 | Emails with A. Catto concerning negotiations with counterparty and potential resolution options (.3); Review counterparty's draft motion regarding allowance of claim and comment on same. (.9). | 1.20 | 580.00 | 696.00 |
| I. Catto | 06/25/15 | Settlement negotiations with counterparty re fuel contract. | 3.10 | 875.00 | 2,712.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:          093681
Invoice:        2798773
Invoice Date:   08/27/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 06/29/15 | Review counterparty draft settlement agreement (.8). | 0.80 | 875.00 | 700.00 |
| R. Wagner | 06/29/15 | Emails with counterparty counsel concerning settlement stipulation (.2); Review comments to settlement stipulation (.7). | 0.90 | 580.00 | 522.00 |
| I. Catto | 06/30/15 | Attend weekly contracts review team meeting (.5); review and revise draft settlement agreements (2.6). | 3.10 | 875.00 | 2,712.50 |
| R. Wagner | 06/30/15 | Emails with K&E and counterparty's counsel concerning stipulation comments (.2); Discuss same with A. Catto (.3); Research and analyze adequate protection issues in connection with claim resolution (1.1); Emails with A. Catto regarding counterparty's comments to draft liquidation agreement (.2); Review counterparty comments to draft liquidation agreement (.5). | 2.30 | 580.00 | 1,334.00 |
| | | | 64.40 | | 47,854.00 |
| **B340 Hearings** | | | | | |
| R. Wagner | 06/24/15 | Prepare for hearing on MWE's second interim fee application (.4); Telephonically attend hearing on fee application (.5). | 0.90 | 580.00 | 522.00 |
| | | | 0.90 | | 522.00 |
| | | **Total** | **177.60** | | **$110,259.50** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B130 | Asset Disposition | 86.90 | 48,501.50 |
| B160 | Fee/Employment Applications | 25.40 | 13,382.00 |
| B270 | Energy Trading | 64.40 | 47,854.00 |
| B340 | Hearings | 0.90 | 522.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2798773
Invoice Date:  08/27/2015

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
|           |             | 177.60 | 110,259.50 |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Transportation/Parking | 137.00 |
| Travel Expenses | 2,494.57 |
| **Total Costs and Other Charges** | **$2,631.57** |
| **Total This Invoice** | **$112,891.07** |

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
Invoice: 2798773

08/27/2015

## Invoice Totals

| | Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|---|
| 0012 | Energy Future Holdings Chapter 11 | 177.60 | 110,259.50 | 2,631.57 | 0.00 | 112,891.07 |

# McDermott
# Will & Emery

**Invoice**

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2801764 |
| Invoice Date: | 08/31/2015 |

## Remittance Copy
## Billing for services rendered through 07/31/2015

0012 Energy Future Holdings Chapter 11

| | |
|---|---|
| Total Services | $ 45,750.00 |
| Total Costs and Other Charges Posted Through Billing Period | 5,284.12 |
| **Total This Invoice** | **$ 51,034.12** |

| Invoice | Date | | |
|---|---|---|---|
| 2746775 | 03/11/2015 | 15,446.30 | |
| 2767770 | 04/28/2015 | 21,444.40 | |
| 2777918 | 06/03/2015 | 45,615.22 | |
| 2778202 | 06/11/2015 | 31,511.61 | |
| 2788086 | 07/08/2015 | 41,316.50 | |
| 2798773 | 08/27/2015 | 112,891.07 | |

| | |
|---|---|
| Total Outstanding Balance | 268,225.10 |
| Total Balance Due | $ 319,259.22 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

08/31/2015

Invoice: 2801764
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

For Services Rendered in Connection with:

Matter: 0012          Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B130 Asset Disposition | | | | | |
| A. Gomes | 07/01/15 | Data Analysis: continue segmentation, review of Asset Base (1.5); Data Analysis: review, edit, revise Cost of Capital estimate (0.5). | 2.00 | 625.00 | 1,250.00 |
| H. Zhang | 07/01/15 | Finalize comparable search of utility service comparable companies (1.1); finalize search template (.5), elimination chart (.5), business descriptions of comparable companies (.4), interquartile range calculation worksheet and other relevant documents based on the final set of comparable Utility Services companies (.4). | 2.90 | 315.00 | 913.50 |
| A. Gomes | 07/02/15 | Prepare for and conference call with K&E working group regarding status update, next steps (1.3). | 1.30 | 625.00 | 812.50 |
| A. Gomes | 07/05/15 | Data Analysis: review, revise and finalize preliminary results regarding Cos of Capital metrics (3.0); Data Analysis: begin preparation of tables, charts (3.0) | 6.00 | 625.00 | 3,750.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2801764
Invoice Date: 08/31/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| A. Gomes | 07/06/15 | Data Analysis: continue preparation of tables, charts regarding Cost of Capital, prepare comparison of metrics, and scenarios (2.5); draft email summarizing Cost of Capital analysis results and send to K&E for review (1.0). | 3.50 | 625.00 | 2,187.50 |
| A. Gomes | 07/07/15 | Conference call with K&E to review and discuss preliminary transfer pricing results, next steps (1.0); Data Analysis: began research regarding Electric Services Comparables metrics (depreciation, fixed assets, etc) (0.7). | 1.70 | 625.00 | 1,062.50 |
| A. Gomes | 07/10/15 | Research Electric Services Comparables Op Exp (pass-thru, regulatory charges) (1.7); Compute, compare OpCo/Electric Services Comparables Exp ratios, quantitative/Quantitative comparability (3.8); Research Regulatory definitions, authorities, rulings regarding pass-thru expenses (1.0). | 6.50 | 625.00 | 4,062.50 |
| A. Gomes | 07/14/15 | Conference call with K&E regarding follow-up discussion on preliminary transfer pricing results, next steps (0.4); comparable analysis review of Electric Services Comparables selection criteria, metrics (1.0). | 1.40 | 625.00 | 875.00 |
| | | | 25.30 | | 14,913.50 |

B160 Fee/Employment Applications

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 07/01/15 | Emails with accounting and A. Catto concerning May invoice. | 0.30 | 580.00 | 174.00 |
| A. Duncliffe | 07/07/15 | Exhibits to May Fee Application prepared. | 1.30 | 280.00 | 364.00 |
| A. Duncliffe | 07/08/15 | Finalize Fee Application Exhibits. | 0.20 | 280.00 | 56.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2801764
Invoice Date: 08/31/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 07/08/15 | Review final May invoice (.3); Draft McDermott's May monthly fee statement (.8); Attend to emails with client regarding same (.4); Draft McDermott's August budget and staffing memorandum (.7); Review UST comments to additional services retention order (.2); Attend to emails with K&E and A. Catto regarding same (.1); Review omnibus order approving second interim fee application (.2); Draft reconciliation concerning same (.4). | 3.40 | 580.00 | 1,972.00 |
| A. Duncliffe | 07/09/15 | Revision of exhibits for May Fee Application. | 0.10 | 280.00 | 28.00 |
| R. Wagner | 07/09/15 | Revise draft budget and staffing memo (.5); Exchange emails with A. Catto regarding same (.2); Exchange calls and emails with T. Gomes concerning additional services (.4). | 1.10 | 580.00 | 638.00 |
| R. Wagner | 07/10/15 | Revise May monthly fee statement (.4); Exchange emails with A. Catto regarding same (.1); Review docket for opposition to March and April fee statements (.2); Exchange emails with local counsel concerning fee statement and CNOs with respect to prior fee statements (.3). | 1.00 | 580.00 | 580.00 |
| R. Wagner | 07/15/15 | Review order expanding scope of MWE services (.3); Emails with K&E regarding same (.1); Review draft CNOs in connection with March and April fee statements (.5); Exchange emails with J. Madron regarding filing of same (.2). | 1.10 | 580.00 | 638.00 |
| A. Duncliffe | 07/17/15 | Preparation of June Fee Statement Exhibits | 0.40 | 280.00 | 112.00 |
| | | | 8.90 | | 4,562.00 |

# McDermott
# Will & Emery

| | | |
|---|---|---|
| Luminant Energy Company | Client: | 093681 |
| | Invoice: | 2801764 |
| | Invoice Date: | 08/31/2015 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B270 Energy Trading | | | | | |
| I. Catto | 07/06/15 | Review and revise draft stipulation and order. | 2.90 | 875.00 | 2,537.50 |
| I. Catto | 07/07/15 | Review and revise draft liquidation agreement (.4); review and revise draft stipulation and order (1.5); conferences with T. Silvey re settlement negotiations (.4). | 2.30 | 875.00 | 2,012.50 |
| R. Wagner | 07/07/15 | Review counterparty comments to liquidation agreement (.7); Discuss same with A. Catto (.2); Revisions to draft counterparty liquidation agreement (.8). | 1.70 | 580.00 | 986.00 |
| I. Catto | 07/08/15 | Review and revise draft stipulation and order. | 1.60 | 875.00 | 1,400.00 |
| R. Wagner | 07/08/15 | Review counterparty comments to draft liquidation agreement (.6); Discuss same with A. Catto (.2); Incorporate comments to revised draft of liquidation agreement (.8). | 1.60 | 580.00 | 928.00 |
| R. Wagner | 07/09/15 | Attend to negotiations with respect to liquidation of counterparty's claims. | 1.10 | 580.00 | 638.00 |
| R. Wagner | 07/13/15 | Prepare for negotiation with counterparty counsel concerning liquidation of claim (1.6); Negotiation with counterparty counsel concerning claim liquidation issues (.5). | 2.10 | 580.00 | 1,218.00 |
| I. Catto | 07/16/15 | Review draft motion (.7); correspondence with counterparty counsel re potential settlement (.4). | 1.10 | 875.00 | 962.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2801764
Invoice Date: 08/31/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 07/16/15 | Review and revise liquidation agreement with counterparty (1.1); Discuss same with A. Catto (.3); Attend to emails with client and A. Catto regarding same (.2); Counterparty negotiations in connection with liquidation agreement (.8). | 2.40 | 580.00 | 1,392.00 |
| I. Catto | 07/20/15 | Telephone conference with counterparty counsel re settlement (.3); telephone conference with T. Silvey re settlement (.2); draft stipulation re counterparty settlement (2.1). | 2.60 | 875.00 | 2,275.00 |
| R. Wagner | 07/20/15 | Emails with A. Catto regarding resolution of counterparty's claim (.4); Review and analyze supporting documentation with respect to counterparty's asserted claim (.9). | 1.30 | 580.00 | 754.00 |
| I. Catto | 07/21/15 | Review draft motion (.7);  revise draft settlement agreement (1.9). | 2.60 | 875.00 | 2,275.00 |
| I. Catto | 07/23/15 | Review and revise draft agreement. | 1.80 | 875.00 | 1,575.00 |
| I. Catto | 07/24/15 | Telephone conference with O. Marx re draft agreement (.6); review and revise draft stipulation (1.1). | 1.70 | 875.00 | 1,487.50 |
| R. Wagner | 07/24/15 | Review and analyze contracts and related underlying documents in connection with potential resolution of counterparty claim. | 1.80 | 580.00 | 1,044.00 |
| I. Catto | 07/27/15 | Review and revise draft stipulation. | 0.90 | 875.00 | 787.50 |
| R. Wagner | 07/27/15 | Draft stipulation resolving claims of counterparty (2.6); Exchange emails with A. Catto regarding same (.2). | 2.80 | 580.00 | 1,624.00 |
| R. Wagner | 07/29/15 | Draft stipulation resolving claims of counterparty (1.8); Discuss same with A. Catto (.2); Emails with A. Catto and K&E regarding same (.2). | 2.20 | 580.00 | 1,276.00 |
| | | | 34.50 | | 25,172.50 |

# McDermott
# Will & Emery

| | | |
|---|---|---|
| Luminant Energy Company | Client: | 093681 |
| | Invoice: | 2801764 |
| | Invoice Date: | 08/31/2015 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B320 Plan and Disclosure Statement | | | | | |
| R. Wagner | 07/28/15 | Review amended plan and various provisions thereof (1.6); Emails with A. Catto regarding same (.3). | 1.90 | 580.00 | 1,102.00 |
| | | | 1.90 | | 1,102.00 |
| | | **Total** | **70.60** | | **$45,750.00** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B130 | Asset Disposition | 25.30 | 14,913.50 |
| B160 | Fee/Employment Applications | 8.90 | 4,562.00 |
| B270 | Energy Trading | 34.50 | 25,172.50 |
| B320 | Plan and Disclosure Statement | 1.90 | 1,102.00 |
| | | 70.60 | 45,750.00 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Transportation/Parking | 256.00 |
| Travel Expenses | 5,028.12 |
| **Total Costs and Other Charges** | **$5,284.12** |
| **Total This Invoice** | **$51,034.12** |

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
Invoice: 2801764

08/31/2015

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0012 Energy Future Holdings Chapter 11 | 70.60 | 45,750.00 | 5,284.12 | 0.00 | 51,034.12 |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2823178 |
| Invoice Date: | 10/14/2015 |

## Remittance Copy
### Billing for services rendered through 08/31/2015

0012 Energy Future Holdings Chapter 11

| | |
|---|---|
| Total Services | $ 57,271.50 |
| Total Costs and Other Charges Posted Through Billing Period | 3,880.45 |
| **Total This Invoice** | **$ 61,151.95** |

| Invoice | Date | |
|---|---|---|
| 2746775 | 03/11/2015 | 15,446.30 |
| 2767770 | 04/28/2015 | 21,444.40 |
| 2777918 | 06/03/2015 | 8,625.70 |
| 2778202 | 06/11/2015 | 5,695.00 |
| 2788086 | 07/08/2015 | 7,247.00 |
| 2798773 | 08/27/2015 | 112,891.07 |
| 2801764 | 08/31/2015 | 51,034.12 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston Brussels Chicago Dallas Düsseldorf Frankfurt Houston London Los Angeles Miami Milan Munich New York Orange County Paris Rome Seoul Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

10/14/2015

Invoice: 2823178
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

For Services Rendered in Connection with:

Matter: 0012        Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B130 Asset Disposition** | | | | | |
| A. Gomes | 08/04/15 | Beg. review and analysis of REIT/Transfer Pricing interaction (Dessert Capital Case) | 1.30 | 625.00 | 812.50 |
| A. Gomes | 08/05/15 | Beg. research, analysis, search/selection of TP Comparables (Leasing). | 2.50 | 625.00 | 1,562.50 |
| A. Gomes | 08/06/15 | TP Comparables: beg. select and gather data for rate of return analysis. | 2.00 | 625.00 | 1,250.00 |
| A. Gomes | 08/08/15 | TP Comparables: continue select and gather data for rate of return analysis (Cost of Debt). | 2.00 | 625.00 | 1,250.00 |
| A. Gomes | 08/10/15 | TP Comparables: continue  data research, analysis re: Cost of Debt. | 1.50 | 625.00 | 937.50 |
| A. Gomes | 08/31/15 | TP Comparables: review Cost of Debt data set (0.5); beg. research additional data (1.0). | 1.50 | 625.00 | 937.50 |
| | | | 10.80 | | 6,750.00 |
| | | | | | |
| **B160 Fee/Employment Applications** | | | | | |
| A. Duncliffe | 08/03/15 | Prepare Addendum to Third Interim Fee Application Exhibits. | 0.80 | 280.00 | 224.00 |
| A. Duncliffe | 08/05/15 | Revision of exhibits to Third Fee Application. | 0.50 | 280.00 | 140.00 |
| A. Duncliffe | 08/11/15 | Review of Third Interim Fee App Amendment (.20). | 0.20 | 280.00 | 56.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2823178
Invoice Date:  10/14/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 08/11/15 | Review and revise supplement to third interim fee application (.6); Emails with RLF regarding same (.2). | 0.80 | 580.00 | 464.00 |
| R. Wagner | 08/12/15 | Call and emails with local counsel regarding supplement to third interim fee application (.4); Coordinate with local counsel regarding filing of same (.2). | 0.60 | 580.00 | 348.00 |
| R. Wagner | 08/13/15 | Draft September 2015 budget and staffing memorandum (.6); Emails with A. Catto regarding same (.1). | 0.70 | 580.00 | 406.00 |
| R. Wagner | 08/14/15 | Emails with A. Catto and T. Gomes regarding budget and staffing memorandum. | 0.30 | 580.00 | 174.00 |
| | | | 3.90 | | 1,812.00 |

B270 Energy Trading

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 08/03/15 | Meet with A. Catto concerning strategy for counterparty negotiations (.2); Exchange emails with K&E regarding draft stipulation resolving counterparty's claims (.3). | 0.50 | 580.00 | 290.00 |
| R. Wagner | 08/04/15 | Review and analysis of counterparty claims (.6); Emails with A. Catto regarding same (.3). | 0.90 | 580.00 | 522.00 |
| I. Catto | 08/05/15 | Review solid fuel claims. | 1.60 | 875.00 | 1,400.00 |
| R. Wagner | 08/05/15 | Emails and calls with K&E regarding draft stipulation resolving counterparty's claims (.4); Discuss same with A. Catto (.3); Review and revise stipulation resolving counterparty's claims (.7). | 1.40 | 580.00 | 812.00 |
| I. Catto | 08/06/15 | Telephone conference with contracts team re rejection schedule (.6); review and revise draft stipulation (1.1). | 1.70 | 875.00 | 1,487.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2823178
Invoice Date: 10/14/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 08/06/15 | Draft supplement to McDermott's third interim fee application (.9); Review draft CNO in connection with May fee statement (.3); Exchange emails and coordinate filing with RLF regarding same. (.2). | 3.70 | 580.00 | 2,146.00 |
| I. Catto | 08/07/15 | Revise draft stipulation (.6); correspond with counterparty counsel re stipulation (.7); review fuel claims (.9). | 2.20 | 875.00 | 1,925.00 |
| R. Wagner | 08/07/15 | Review and revise stipulation resolving counterparty's claims (.8); Exchange emails with A. Catto and T. Silvey regarding same (.6); Incorporate edits to stipulation and recirculate (.3); Attend to emails with K&E and A. Catto regarding stip (.4); Call with K&E regarding same (.1). | 2.20 | 580.00 | 1,276.00 |
| I. Catto | 08/10/15 | Review revised draft settlement stipulation. | 1.60 | 875.00 | 1,400.00 |
| R. Wagner | 08/10/15 | Research regarding potential procedure to resolve counterparty's claims (.7); Discuss same with A. Catto (.2). | 0.90 | 580.00 | 522.00 |
| I. Catto | 08/11/15 | Attend contracts team meeting (1.1); review fuel contract counterparty demand letter (.3); conference with T. Silvey re contracts (.4); prepare for conference with counterparty counsel (.7); telephone conference with counterparty counsel (.4); draft response to counterparty counsel re demand letter (.9). | 3.80 | 875.00 | 3,325.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2823178
Invoice Date:  10/14/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 08/11/15 | Review counterparty's comments to draft stipulation (.5); Emails with A. Catto and client regarding same (.2); Calls with K&E regarding resolution of counterparty claim (.2); Research regarding potential procured to resolve counterparty's claims (.4); Review counterparty's comments to liquidation agreement (.8); Emails with counterparty counsel and A. Catto regarding same (.3). | 2.40 | 580.00 | 1,392.00 |
| I. Catto | 08/12/15 | Review fuel transport agreements and related claims (1.4); review draft agreement (1.9). | 3.30 | 875.00 | 2,887.50 |
| M. Huang | 08/13/15 | Review and summarize damages claim filed with bankruptcy court by counterparty (.3); review counterparty uranium purchase agreement in connection with same (.7); summarize the same (1.0). | 2.00 | 580.00 | 1,160.00 |
| R. Wagner | 08/13/15 | Review and analyze counterparties' contracts and documents related thereto (2.1); Draft language for amendments to contracts (.7); Emails with A. Catto regarding same (.3). | 3.10 | 580.00 | 1,798.00 |
| I. Catto | 08/14/15 | Review and revise draft contract amendments. | 1.30 | 875.00 | 1,137.50 |
| M. Huang | 08/14/15 | Review and summarize damages claims filed with the bankruptcy court by counterparties (.5); review counterparty uranium purchase agreement and amendments thereto in connection with the same (2.0); summarize the same (1.5); finalize summary chart for I. Catto including analysis of counterparty claims (3.5). | 7.50 | 580.00 | 4,350.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2823178
Invoice Date:  10/14/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 08/14/15 | Draft language for amendments to contracts with multiple counterparties (.6); Review underlying contracts with counterparties (.5); Emails with A. Catto regarding same (.2). | 1.30 | 580.00 | 754.00 |
| I. Catto | 08/17/15 | Review counterparty comments re fuel transportation agreements. | 1.30 | 875.00 | 1,137.50 |
| R. Wagner | 08/17/15 | Review and analyze claims filed by multiple counterparties (1.5); Research and develop strategy for potential bases for objecting to same (.7). | 2.20 | 580.00 | 1,276.00 |
| R. Wagner | 08/18/15 | Review and revise stipulation with counterparty (.7); Discuss same with A. Catto (.3); Attend to emails with A. Catto and K&E regarding same (.2). | 1.20 | 580.00 | 696.00 |
| I. Catto | 08/19/15 | Telephone conference with T, Silvey and R. Talley re fuel transport agreements (.7); revise draft stipulation (.6); correspondence with counterparty counsel re settlement (.8); review and revise transport amendments (.7). | 2.80 | 875.00 | 2,450.00 |
| R. Wagner | 08/19/15 | Review draft language in multiple contract amendments with counterparty (.7); Discuss same with A. Catto (.3); Revise contract amendment language and email same to client (.8); Review and revise draft stipulation resolving counterparty's claims (.5); Emails with A. Catto and K&E regarding same (.3); Review draft proposed order in connection with same (.2). | 2.80 | 580.00 | 1,624.00 |
| I. Catto | 08/20/15 | Review and revise draft stipulation and order. | 1.40 | 875.00 | 1,225.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2823178
Invoice Date:  10/14/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 08/20/15 | Emails with A. Catto regarding resolution of counterparty claims and finalizing stipulation (.3); Emails with K&E and A. Catto regarding draft stip and related docs (.2); Review draft stipulation and supporting documents in connection with resolution of counterparty's claim (.5). | 1.00 | 580.00 | 580.00 |
| I. Catto | 08/21/15 | Review and revise draft settlement agreement. | 0.50 | 875.00 | 437.50 |
| R. Wagner | 08/21/15 | Review and revise liquidation agreement resolving counterparty's claims (.8); Emails with A. Catto and client regarding same (.4). | 1.20 | 580.00 | 696.00 |
| I. Catto | 08/24/15 | Review and revise draft liquidation agreements. | 1.10 | 875.00 | 962.50 |
| R. Wagner | 08/24/15 | Review and analyze claims filed by counterparty (1.1); Exchange emails with A. Catto regarding same (.2). | 1.30 | 580.00 | 754.00 |
| I. Catto | 08/25/15 | Correspondence with counterparty counsel re stipulation. | 0.60 | 875.00 | 525.00 |
| R. Wagner | 08/25/15 | Review and analyze underlying documentation in connection proposed settlement and liquidation agreement with counterparty (.9); Discuss same with A. Catto (.2); Emails with A. Catto and counsel to counterparty in connection with stipulation resolving counterparty's claims (.3). | 1.40 | 580.00 | 812.00 |
| I. Catto | 08/26/15 | Review and revise draft liquidation agreement (1.1). | 1.10 | 875.00 | 962.50 |
| R. Wagner | 08/26/15 | Review stip executed by counterparty (.2); Emails with K&E and A. Catto regarding same (.4). | 0.60 | 580.00 | 348.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2823178
Invoice Date:  10/14/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 08/27/15 | Review and analyze underlying documentation in connection proposed settlement and liquidation agreement with counterparty (.7); Draft liquidation agreement resolving claims of counterparty (1.2); Discuss same with A. Catto (.2); Emails with client regarding same (.1); Review order entered by court approving parties' stipulation (.3); Emails with A. Catto regarding same (.1). | 2.60 | 580.00 | 1,508.00 |
| R. Wagner | 08/28/15 | Review and revise counterparty liquidation agreement. | 0.80 | 580.00 | 464.00 |
| I. Catto | 08/31/15 | Review and revise draft agreement. | 2.60 | 875.00 | 2,275.00 |
| R. Wagner | 08/31/15 | Review comments to draft liquidation agreement (.6); Negotiations with counterparty concerning potential liquidation of claim and liquidation agreement (.7); Review and revise draft liquidation agreement (.5); Emails with counsel to contract counterparty regarding resolution of outstanding claims (.2); Review counsel comments to draft agreement (.4). | 2.40 | 580.00 | 1,392.00 |
| | | | 70.30 | | 48,709.50 |
| | | **Total** | **85.00** | | **$57,271.50** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B130 | Asset Disposition | 10.80 | 6,750.00 |
| B160 | Fee/Employment Applications | 3.90 | 1,812.00 |
| B270 | Energy Trading | 70.30 | 48,709.50 |
| | | 85.00 | 57,271.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2823178
Invoice Date:  10/14/2015

## Costs and Other Charges

| Description | Amount |
|---|---|
| Transportation/Parking | 248.00 |
| Travel Expenses | 3,632.45 |
| **Total Costs and Other Charges** | **$3,880.45** |
| **Total This Invoice** | **$61,151.95** |

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
Invoice: 2823178

10/14/2015

## Invoice Totals

| | Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|---|
| 0012 | Energy Future Holdings Chapter 11 | 85.00 | 57,271.50 | 3,880.45 | 0.00 | 61,151.95 |

U.S. practice conducted through McDermott Will & Emery LLP.