### Exhibit M

**Detailed Description of Expenses and Disbursements**

*May 1, 2015 through May 31, 2015*

### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | May 4, 2015 | $1,176.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | May 18, 2015 | $1,121.20 | Airfare Round Trip Coach NJ/Dallas |
| **Expense Category Total:** | | **$2,297.40** | |

### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | May 4, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | May 5, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | May 6, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | May 18, 2015 | $298.52 | Renaissance Dallas Hotel |
| Iskender H. Catto | May 19, 2015 | $298.52 | Renaissance Dallas Hotel |
| Iskender H. Catto | May 20, 2015 | $298.52 | Renaissance Dallas Hotel |
| **Expense Category Total:** | | **$1,945.56** | |

### *MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | May 19, 2015 | $41.57 | Out of Town Breakfast @ Renaissance Dallas Hotel |
| Iskender H. Catto | May 20, 2015 | $37.67 | Out of Town Breakfast @ Renaissance Dallas Hotel |
| **Expense Category Total:** | | **$79.24** | |

### *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | May 4-May 7, 2015 | $225.00 | Budget Car Rental (3 days @ $94.02/day, taxes and fees included) |
| Iskender H. Catto | May 19-May 21, 2015 | $149.24 | Budget Car Rental (3 days @ $33.00 taxes and fees included) |
| **Expense Category Total:** | | **$374.24** | |

*PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | May 4, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | May 5, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | May 5, 2015 | $10.00 | Stall Parking |
| Iskender H. Catto | May 6, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | May 4-May 7, 2015 | $111.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | May 19, 2015 | $10.00 | Stall Parking |
| Iskender H. Catto | May 20, 2015 | $10.00 | Stall Parking |
| Iskender H. Catto | May 21, 2015 | $8.00 | Stall Parking |
| Iskender H. Catto | May 18-21, 2015 | $99.00 | Newark Liberty International Airport Parking |

**Expense Category Total:**   **$335.69**

*MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | May 7, 2015 | $6.57 | Shell Gas |
| Iskender H. Catto | May 21, 2015 | $9.41 | Shell Gas |

**Expense Category Total:**   **$15.98**

*June 1, 2015 through June 30, 2015*

*AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 8, 2015 | $1,136.20 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:**   **$1,136.20**

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 8, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | June 9, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | June 10, 2015 | $350.00 | Dallas Marriott Hotel |

**Expense Category Total:** **$1,050.00**

## *MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 8, 2015 | $41.57 | Out of Town Breakfast @ Dallas Marriott Hotel |
| Iskender H. Catto | June 10, 2015 | $25.98 | Out of Town Breakfast @ Dallas Marriott Hotel |

**Expense Category Total:** **$67.55**

## *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 8-June 11, 2015 | $48.53 | Budget Car Rental |
| Iskender H. Catto | June 9, 2015 | $48.53 | Budget Car Rental |
| Iskender H. Catto | June 10, 2015 | $48.53 | Budget Car |

**Expense Category Total:** **$145.59**

## *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 8, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | June 9, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | June 10, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | June 8-June 11, 2015 | $127.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | June 11, 2015 | $10.00 | Stall Parking |

**Expense Category Total:** **$224.69**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 11, 2015 | $7.54 | Shell Gas |

**Expense Category Total:** **$7.54**

*July 1, 2015 through July 31, 2015*

*AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | July 6, 2015 | $1,177.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | July 20, 2015 | $1,202.20 | Airfare Round Trip Coach NJ/Dallas |
| **Expense Category Total:** | | **$2,379.40** | |

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | July 6, 2015 | $321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | July 7, 2015 | $321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | July 8, 2015 | $321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | July 20, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | July 21, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | July 22, 2015 | $350.00 | Dallas Marriott Hotel |
| **Expense Category Total:** | | **$2,014.71** | |

*MEALS*

*N/A*

*TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | July 6, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | July 7, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | July 8, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | July 20, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | July 21, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | July 22, 2015 | $75.00 | Budget Car Rental |
| **Expense Category Total:** | | **$450.00** | |

*PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | July 6, 2015 | $132.00 | Newark Liberty International Airport Parking |

| Iskender H. Catto | July 6, 2015 | $8.00 | In & Out Parking |
| Iskender H. Catto | July 6, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | July 7, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | July 8, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | July 20, 2015 | $9.00 | Stall parking |
| Iskender H. Catto | July 20, 2015 | $107.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | July 20, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | July 21, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | July 22, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| **Expense Category Total:** | | **$431.38** | |

## *MISCELLANEOUS*

| **Professional/Service** | **Date** | **Expense** | **Expense Description** |
|---|---|---|---|
| Iskender H. Catto | July 6, 2015 | $8.63 | Shell Gas |
| **Expense Category Total:** | | **$8.63** | |

## *August 1, 2015 through August 31, 2015*

## *AIRFARE*

| **Professional/Service** | **Date** | **Expense** | **Expense Description** |
|---|---|---|---|
| Iskender H. Catto | August 10, 2015 | $1,157.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | August 31, 2015 | $1,132.20 | Airfare Round Trip Coach NJ/Dallas |
| **Expense Category Total:** | | **$2,289.40** | |

## *LODGING*

| **Professional/Service** | **Date** | **Expense** | **Expense Description** |
|---|---|---|---|
| Iskender H. Catto | August 10, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | August 11, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | August 31, 2015 | $321.57 | Dallas Marriott Hotel |
| **Expense Category Total:** | | **$1,021.57** | |

## *MEALS*

*N/A*

## *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | August 10, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | August 11, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | August 31, 2015 | $75.00 | Budget Car Rental |

**Expense Category Total:** **$225.00**

## *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | August 10-12, 2015 | $99.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | August 10, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | August 11, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | August 12, 2015 | $9.00 | Stall parking |
| Iskender H. Catto | August 31, 2015 | $9.00 | Stall Parking |
| Iskender H. Catto | August 31, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | August 31, 2015 – September 3, 2015 | $131.00 | Newark Liberty International Airport Parking |

**Expense Category Total:** **$335.69**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | August 12, 2015 | $8.79 | Shell Gas |

**Expense Category Total:** **$8.79**