# EXHIBIT A

Joint Board of Directors Restructuring Update Presentation, dated February 26, 2015 -- Filed Under Seal Pursuant to the Confidentiality Agreement and Stipulated Protective Order [D.I. 1833]