# EXHIBIT B

Joint Board of Directors Minutes, dated Feb. 26, 2015 -- Filed Under Seal Pursuant to the Confidentiality Agreement and Stipulated Protective Order [D.I. 1833]