## **EXHIBIT A**

FILED UNDER SEAL PURSUANT TO *CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER* [D.I. 1833]