IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
                                                      :   Chapter 11
In re                                                 :
                                                      :   Case No. 14-10979 (CSS)
Energy Future Holdings Corporation, et al.,           :
                                                      :   Jointly Administered
              Debtors.                                :
                                                      :
                                                      :
------------------------------------------------------x
```

## DECLARATION OF ALEXANDER B. LEES

1. I am an associate at the law firm Wachtell, Lipton, Rosen & Katz, attorneys for Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., Goldman, Sachs & Co., affiliated funds holding indirect equity interests in Energy Future Holdings Corp., and Texas Energy Future Holdings Limited Partnership.

2. I respectfully submit this declaration to provide the Court with true and correct copies of the documents listed below, which are referenced in the *EFH Equity Owners' Omnibus Reply in Support of the Debtors' Fifth Amended Plan of Reorganization and Motion to Approve Settlement of Litigation Claims* (the "Reply").

3. Some of the documents attached as exhibits to this affidavit have been excerpted in order to provide the Court with those portions that are relevant to the Reply.

4. Submitted herewith are true and correct copies of the following:

    **Exhibit A:** Excerpts from the deposition of Stacey Doré, Sept. 28, 2015.

    **Exhibit B:** Excerpts from the deposition of Paul Keglevic, Oct. 1, 2015.

**Exhibit C:** Excerpts from the deposition of Donald Evans, Sept. 25, 2015.

**Exhibit D:** Term Sheet annexed as Exhibit A to the Restructuring Support and Lock-Up Agreement, dated Apr. 29, 2014.

**Exhibit E:** Excerpts from the deposition of Billie Williamson, Sept. 30, 2015.

**Exhibit F:** SEC Form 8-K filed by Energy Future Holdings Corp. on Oct. 11, 2007, with EFH's Certificate of Formation.

**Exhibit G:** Management Agreement between Kohlberg Kravis Roberts & Co. L.P.; TPG Capital, L.P.; Goldman, Sachs & Co.; Lehman Brothers Inc.; and Energy Future Holdings Corp., dated Oct. 10, 2007, and bearing Bates numbers EFH00043746-758.

**Exhibit H:** Excerpts from the deposition of Jonathan Smidt, Sept. 25, 2015.

**Exhibit I:** Excerpts from the deposition of Michael MacDougall, Oct. 2, 2015.

**Exhibit J:** Indemnification Agreement between Texas Energy Future Holdings Limited Partnership; Energy Future Holdings Corp.; Kohlberg Kravis Roberts & Co. L.P.; TPG Capital, L.P.; and Goldman, Sachs & Co., dated Oct. 10, 2007.

**Exhibit K:** Proofs of Claim numbered 8704, 8917, and 9343, dated Oct. 27, 2014.

**Exhibit L:** Funds Transfer Memorandum in Connection with the Acquisition of TXU Corp. by Texas Energy Future Holdings Limited Partnership, dated October 10, 2007, bearing Bates numbers EFH00848570-617.

**Exhibit M:** Expert Report of Mark F. Rule, dated Oct. 12, 2015.

**Exhibit N:** Energy Future Holdings Corp., Minutes of the Executive Committee Meeting, held September 3, 2009, bearing Bates numbers EFH00056655-662.

**Exhibit O:** Minutes of a Joint Meeting of the Boards of Energy Future Holdings Corp., Texas Competitive Electric Holdings Company LLC, Energy Future Competitive Holdings Company, and TCEH Finance, Inc., held Mar. 15, 2011, bearing Bates numbers EFH00056865-878.

**Exhibit P:** Unanimous Written Consent of the Energy Future Holdings Corp. Executive Committee, the Energy Future Intermediate Holding Company LLC Board of Managers, and the EFIH Finance Inc. Board of Directors, dated Aug. 6, 2012, bearing Bates numbers EFH00056309-327.

**Exhibit Q:** Chart summarizing Fees Paid to Sponsors, bearing Bates number EFH02964319.

**Exhibit R:** Email from Paul Keglevic to Michael MacDougall et al. regarding draft equity valuations, dated Feb. 8, 2013, bearing Bates number EFH-SP00101480, and attached Duff & Phelps analysis bearing Bates numbers EFH-SP00101481-508.

**Exhibit S:** EFH Net Value presentation, dated Feb. 8, 2013, bearing Bates numbers EFH-SP00101512-517.

**Exhibit T:** Letter to the IRS requesting Private Letter Ruling, dated Sept. 24, 2012, bearing Bates numbers EFH02367162-211.

**Exhibit U:** Excerpts from SEC Form 425 filed by KKR & Co. L.P. on May 15, 2009, and excerpts from SEC Form S-1 filed by KKR & Co. L.P. on Mar. 12, 2010.

**Exhibit V:** Duff & Phelps Equity Valuation Analysis as of December 1, 2012, Presentation to the Energy Future Holdings Corp. Board of Directors, dated Feb. 2013, bearing Bates numbers EFH03484151-237.

**Exhibit W:** Excerpts from the deposition of Mark Rule, Oct. 22, 2015.

**Exhibit X:** Energy Future Holdings Corp. memorandum regarding Tax Treatment of Sponsor Management Fee, dated Feb. 18, 2009, bearing Bates numbers EFH05343929-930.

**Exhibit Y:** Energy Future Holdings Corp. Purchase Agreement, dated Jan. 7, 2010, bearing Bates numbers EFH02433636-708.

**Exhibit Z:** Cross-Receipt, dated Jan. 12, 2010, bearing Bates numbers EFH00528565-570.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Alexander B. Lees

Dated: October 30, 2015