# Exhibit A

```
UNITED STATES BANKRUPTCY COURT
  FOR THE DISTRICT OF DELAWARE
----------------------------------------x
In Re:
Energy Future Holdings Corporation,
et al.,
                              Debtors.

Chapter 11
Case No. 14-10979
Jointly Administered
----------------------------------------x


        DEPOSITION OF STACEY DORÉ
            New York, New York
            September 28, 2015



Reported by:
MARY F. BOWMAN, RPR, CRR
JOB NO. 98268
```

Page 402

S. Doré

Page 403

S. Doré

    Q. And why did EFH stop paying them in 2013?
    A. Because the sponsors thought it was the right thing to do. And they asked us not to pay them.
    Q. The sponsors asked EFH not to pay them the management fees?
    A. Correct.

Page 404

S. Doré

Page 405

S. Doré

Page 414

S. Doré

10  Q. Was there any other diligence at
11  all that was done that you haven't already
12  testified to regarding trying to evaluate
13  any potential claims against the sponsors?
14  A. No, there wasn't. But there was
15  plenty of diligence done in connection with
16  the Sidley work, hundreds of hours spent
17  and documents reviewed and memos written
18  and interviews conducted. So I don't think
19  we left a stone unturned as it relates to
20  the potential claims against the sponsors.

Page 415

S. Doré

Page 416

S. Doré

Page 417

S. Doré

Page 418

1  S. Doré

Page 419

1  S. Doré

21  Q. What was your understanding of
22  what the consideration was given by the
23  sponsors in return for the releases they
24  received?
25  A. Well, I think I talked about some

Page 420

1  S. Doré
2  of it earlier, but it was they gave up the
3  right to take the worthless stock
4  deduction, they gave up any indemnification
5  claims against the company that they could
6  have asserted. They gave up the
7  outstanding management fee claim after they
8  told us to stop paying them, that they
9  could have asserted.
10  They gave up the right to any
11  equity value that could occur at EFH as a
12  result of this particular plan because with
13  the investment happening, there could be
14  upside potential that should have enured to
15  the equity owners and they are giving up
16  those rights, and in addition to that, they
17  have provided over the years and
18  specifically in connection with this
19  restructuring invaluable counsel and advice
20  and assistance to all of the boards and
21  management to help us get through this
22  process.

Page 421

1  S. Doré

Page 422

S. Doré

Page 423

S. Doré

Q. What were those services that the sponsors provided?
A. They provided consultation, counsel and advice -- business advice to the companies over all of these years, but in addition to that, in particular, in connection with the restructuring, they provided input based on their experience in other restructurings to guide the management team on -- and the board on certain issues to, you know, look out for or ways that you might approach a restructuring.
Q. Well, as --
A. All for free.

Page 424

S. Doré

A. I certainly could have seen and I think there have been other circumstances where equity owners in this situation, especially at the beginning of this case where it did not appear that EFH had enough value for the equity sponsors to receive anything, I think it would not be uncommon for the equity holders to simply auction away from the company and certainly not invest their time.
   These directors have shown up every meeting, have participated and have done what, in my observation, have done everything they could to protect the interest of the companies themselves and the people who work there.

Page 425

S. Doré