# Exhibit C

Contains Highly Confidential Portions

Page 1

1
2        UNITED STATES BANKRUPTCY COURT
3         FOR THE DISTRICT OF DELAWARE
4  ---------------------------------------x
5  In Re:
6  Energy Future Holdings Corporation,
7  et al.,
8                           Debtors.
9
10 Chapter 11
11 Case No. 14-10979
12 Jointly Administered
13 ---------------------------------------x
14
15         DEPOSITION OF DONALD L. EVANS
16              New York, New York
17              September 25, 2015
18
19 **This transcript contains a portion
20   designated Highly Confidential."
21
22 Reported by:
23 MARY F. BOWMAN, RPR, CRR
24 JOB NO. 98068
25

Contains Highly Confidential Portions

Page 226
D. Evans

Page 227
D. Evans

Page 228
D. Evans

20  I mean I think everybody
21 concluded this ain't going to happen if you
22 don't have releases.  By this time with all
23 the work that had been done, trying to find
24 claims against directors, officers
25 sponsors, of any really substance had

Page 229
D. Evans
surfaced.

Contains Highly Confidential Portions

Page 282

1  D. Evans
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 283

1  D. Evans
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 284

1  D. Evans
2
3
4
5
6
7
8
9
10    Q.  Had it been incorporated into any
11  agreements prior to the meeting of the
12  special committee?
13    A.  Well, I mean it had been
14  incorporated into any proposed plan, any
15  proposed plan that was out there there was
16  always sponsor releases going back to the
17  RSA that -- the EFH creditors signed on to
18  back in April of 2014, there were releases
19  in there for directors and the sponsors.
20
21
22
23
24
25

Page 285

1  D. Evans
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Contains Highly Confidential Portions

Page 294

8  Q. Was there any other consideration
9  that was given by the sponsors in return
10 for the release in the settlement
11 agreement?
12   A. Yeah, I would say there was.
13 They had to sign all their equity to the
14 T-Uns, if there is any equity left. They
15 would have a claim against the EFH for
16 payment of fees, management fees that have
17 not been paid to them over the last couple
18 of years, and they have also given up the
19 indemnity in their favor. They have given
20 up all their equity, they have -- if they
21 are not going to file -- file the claims
22 for their sponsor fees and so I would say,
23 yeah, they have given a lot.

Page 295

D. Evans

Page 296

D. Evans

Page 297

D. Evans

Page 298

D. Evans

A.   When I talk about the sponsors, I really talk about them in this sense in that I've been working with this group of sponsors for eight years.  They are among the most, they are among the brightest I have dealt with.  They have been totally loyal, totally committed to the effort and continuing to provide me and the company good counsel, good wisdom throughout this entire process in spite of the fact that their equity has evaporated.
     So you know, when you start talking about how much that number may or may not be, I don't know in the previous plan when we did the settlement, when the DD settlement, we put a number on it as 10 million dollars is what we put on it.  They invested 8 billion dollars.
     So, you know, my point would be that if they are willing to, you know, give up their equity as we talked about numerous

Page 299

D. Evans
times, markets go up and they go down, I don't know exactly what value -- my big point I would make is that this is a world class group of gentlemen that have stayed with this, given good advice, good counsel, good wisdom throughout this very tough process, and I, when it comes to releasing them, as I mentioned earlier, I'm not aware of any claims that have been filed by EFH against them.
     To me, it was a pretty easy call when I think of the big picture of trying to keep this case moving and get it resolved so we can pay everybody.

Page 300

D. Evans

Page 301

D. Evans

Page 346

1  D. Evans
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 347

1  D. Evans
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20    Q.   Do you recall, in your discussion
21  of the settlement agreement, that the -- if
22  the sponsors were to take a worthless tax
23  deduction with respect to EFH, that that
24  might affect the outcome of the plan
25  transactions that were under consideration?

Page 348

1  D. Evans
2    A.   I do.
3       MR. SHEPPARD:  Objection to form.
4    A.   No, I do absolutely recall that
5  and you're a hundred percent right and I
6  should have mentioned that, which I did
7  not
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 349

1  D. Evans
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25