# Exhibit H

Page 1

1     CONFIDENTIAL - JONATHAN SMIDT
2  UNITED STATES BANKRUPTCY COURT
3  FOR THE DISTRICT OF DELAWARE
   ------------------------------------------x
4  In Re:
5  Energy Future Holdings Corporation, et al.,
6              Debtors.
7  Chapter 11
8  Case No. 14-10979
9  Jointly Administered
10 ------------------------------------------x
11    * * *PARTIALLY HIGHLY CONFIDENTIAL* * *
12      (PP. 44-45, 79-80, 121, and 177-225)
13   CONFIDENTIAL DEPOSITION OF JONATHAN SMIDT
14              New York, New York
15              September 25, 2015
16
17
18
19
20
21
22
23 Reported by:
24 KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25 JOB NO. 98067

Page 14

CONFIDENTIAL - JONATHAN SMIDT

16  Q. At the time, why did you want to be
17  more involved with the relationship between EFH
18  and its banks?
19  A. We, as a whole, as sponsors provided
20  significant support to the company above and
21  beyond traditional board members, so we spent a
22  lot of time helping the company think through
23  its capital structure and the exchanges that
24  were done and how best to think about hedging.
25  So we were more involved than just a passive

Page 15

CONFIDENTIAL - JONATHAN SMIDT
2  shareholder.
3  Q. And when you say that "we were
4  involved as a more passive shareholder," are you
5  referring to KKR or all three sponsors?
6  A. All three sponsors.
7  Q. And just for the record, when we say
8  "all three sponsors," KKR, TPG and Goldman
9  Sachs, correct?
10  A. Yes.
11  Q. When you testified that the sponsors
12  were more involved than just a passive
13  shareholder, did the level of involvement of the
14  sponsors change at any point between the closing
15  of the LBO and the filing of the bankruptcy
16  petition?
17      MR. McKANE: Objection. Overbroad.
18  A. Can you --
19  Q. Sure.
20  A. -- elaborate?
21  Q. Do you think the sponsors were equally
22  active in connection with its relationships with
23  EFH throughout the entire time period between
24  the closing of the LBO and the filing of the
25  bankruptcy petition, or were there some change

Page 16

CONFIDENTIAL - JONATHAN SMIDT
2  in the level of activity? Did you become more
3  passive, for example, over the course of any
4  particular period of time?
5  A. In what capacity?
6  Q. I'm referring to the capacity that you
7  are referring to when you told me that "we were
8  more involved than just a passive shareholder"?
9  A. No, we were, as it relates to the
10  elements of thinking through the financing
11  component, which was what we were discussing in
12  the capital structure, we were equally involved
13  throughout the whole period.
14  Q. Did KKR involve itself with any of the
15  operations of EFH, any part of EFH during the
16  time period between the closing of the LBO and
17  the bankruptcy petition?
18  A. Can you elaborate on "involve itself"?
19  Q. Sure. Well, you are describing about,
20  earlier, KKR's involvement with from the
21  financial perspective, and I'm asking, from an
22  operational perspective, did KKR involve itself
23  in any respect with EFH's operations?
24      MR. KLEINHAUS: Objection to form.
25      You can answer.

Page 17

CONFIDENTIAL - JONATHAN SMIDT
2  A. Just to elaborate, if I can, you're
3  saying operations. When I think about
4  operations, it's operating a power plant
5  operations, but I can tell you what our
6  involvement was, if I could elaborate, but I
7  wouldn't use the word "operations."
8      From the date of the buyout on, both
9  KKR, TPG and Goldman were extremely involved in
10  helping the company in a role that in some
11  respects was more akin to a consultant, I would
12  say, a very involved consultant. So the types
13  of things that we spent time on were, at TCEH,
14  helping them think through their hedging
15  strategy and how to account for the portion of
16  the production that ultimately goes to the
17  retail company and how much is, therefore, a
18  natural hedge with the retail company and how
19  much is what we call open and how to think about
20  hedging that and at what point to take those
21  hedges off, what the best way to hedge that is,
22  how far to go out in terms of hedging.
23      We spent a lot of time with the
24  trading group thinking through how to capture
25  value between the TC -- between the Luminant

Page 18

1  CONFIDENTIAL - JONATHAN SMIDT
2  business and the TXU retail business.  We spent
3  a lot of time with the TXU retail business on
4  their pricing strategy, how to price their
5  products to their customers, how to think about
6  maximizing margin and how to think about
7  customer attrition.
8      We spent a lot of time with them on
9  their new systems that they were thinking of
10 putting in place, bad debt, and the like.  We
11 spent a lot of time on Oncor and helping Oncor
12 think through a growth strategy, much akin to
13 when KKR owned ITC, and the value that ITC was
14 able to create through a growth and acquisition
15 strategy, we tried to help Oncor think through
16 that type of approach in its business plan.  And
17 in fact, we actually introduced Oncor and ITC in
18 discussions about a potential merger, which
19 ultimately did not happen, but we spent a lot of
20 time on that.
21     So those are some of the examples of a
22 very deep involvement -- I wouldn't call that
23 operations, but deep involvement in thinking
24 through the strategy of the business akin to a,
25 you know, consultant.

Page 19

1  CONFIDENTIAL - JONATHAN SMIDT

Page 20

1  CONFIDENTIAL - JONATHAN SMIDT

Page 21

1  CONFIDENTIAL - JONATHAN SMIDT

Page 30
1    CONFIDENTIAL - JONATHAN SMIDT
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 31
1    CONFIDENTIAL - JONATHAN SMIDT
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 32
1    CONFIDENTIAL - JONATHAN SMIDT
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 33
1    CONFIDENTIAL - JONATHAN SMIDT
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22    Q.   KKR performs valuations on a regular
23    basis, correct, respecting its portfolio
24    companies?
25       A.   Correct, on a quarterly basis we

Page 34

1  CONFIDENTIAL - JONATHAN SMIDT
2  evaluate every company in our portfolio.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 35

1  CONFIDENTIAL - JONATHAN SMIDT
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 36

1  CONFIDENTIAL - JONATHAN SMIDT
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 37

1  CONFIDENTIAL - JONATHAN SMIDT
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 98
1    CONFIDENTIAL - JONATHAN SMIDT

Page 99
1    CONFIDENTIAL - JONATHAN SMIDT

Page 100
1    CONFIDENTIAL - JONATHAN SMIDT
3    Q.  Did you personally have any
4    involvement in the negotiation underlying the
5    settlement agreement?
6    A.  That's a very broad question.  I had
7    involvement in some of the -- I think the
8    foundation that ultimately led to what occurred
9    in the settlement agreement from the following
10   standpoint:  The settlement agreement has a very
11   important component to it, which is the tax-free
12   spend of TCEH, which is very valuable to the EFH
13   estate.
14        At the beginning of this bankruptcy,
15   the TCEH first lien creditors were adamant that
16   they were going to take TCEH in a taxable
17   transaction, so I had involvement in
18   interacting -- with George Roberts and myself
19   interacting with the senior members of Apollo
20   and the senior members of Oaktree to discuss
21   with them why that was not an advisable nor
22   likely successful approach, and that obviously
23   is a key element of what's incorporated in the
24   settlement agreement.  So, from that standpoint,
25   yes.  On the other terms, no.

Page 101
1    CONFIDENTIAL - JONATHAN SMIDT

26

Page 126
CONFIDENTIAL - JONATHAN SMIDT

Page 127
CONFIDENTIAL - JONATHAN SMIDT

Page 128
1  CONFIDENTIAL - JONATHAN SMIDT
24    Q.  And when you say financing fees, what
25  fees are you referring to?

Page 129
1      CONFIDENTIAL - JONATHAN SMIDT
2    A.  I think there were some fees paid to
3  KKR Capital Markets for the advice they provided
4  over time, but I don't think that was at the
5  time of the LBO.  I can't recall.
6    Q.  Right, and my question is covering the
7  time period from the closing of the LBO to
8  today.
9    A.  Yeah, so KKR Capital Markets were
10 provided fees associated with their advice that
11 they provided the company in their capacity as a
12 broker-dealer/advisor, which Jason Ridloff, who
13 you referred to earlier, was one of the
14 employees of KKR Capital Markets who advised and
15 helped on those transactions.  KKR Capital
16 Markets received a fee as part of that.

Page 162

1  CONFIDENTIAL - JONATHAN SMIDT

Page 163

1  CONFIDENTIAL - JONATHAN SMIDT

5  Q. We talked earlier about insolvency.
6  Was there any period of time subsequent to the
7  closing of the LBO to the filing of the
8  bankruptcy petition where you believed that EFH
9  on a consolidated basis was insolvent?
10      MR. KLEINHAUS: Objection.
11  A. No.
12  Q. Do you have an understanding about
13  whether anyone ever expressed the opinion that
14  EFH on a consolidated basis was insolvent at
15  some point between the closing of the LBO and
16  the filing of the bankruptcy petition?
17  A. No, but I do know there was a
18  checkpoint along the way where we did this tax
19  restructuring that gave us more flexibility with
20  respect to ultimately being able to do, for
21  example, the tax-free spend today for which
22  there was a private letter ruling that the
23  company received to effectuate that, and one of
24  the things that was required as part of that tax
25  restructuring was a certification from our chief

Page 164

1  CONFIDENTIAL - JONATHAN SMIDT
2  financial officer, Paul Keglevic, that EFH was
3  solvent.
4      So there was a very specific
5  checkpoint, and that was within a year of the
6  filing. So I can recall specifically an
7  affirmative to that it was solvent, and the CFO
8  assigning to that effect, that that -- that
9  restructuring was predicated on EFH being
10  solvent, and that restructuring was very
11  valuable-accretive to EFH by helping to provide
12  the flexibility to, for example, do the tax-free
13  spends that we're talking about.

Page 165

1  CONFIDENTIAL - JONATHAN SMIDT

Page 234

CONFIDENTIAL - JONATHAN SMIDT

Page 235

CONFIDENTIAL - JONATHAN SMIDT

23    A.   Yes.  So the fees we're talking about,
24  I think, as I stated previously, Jason Ridloff
25  assisted the company in these exchange

Page 236

CONFIDENTIAL - JONATHAN SMIDT
transactions.  Jason Ridloff was an employee of
our broker-dealer called KKR Capital Markets.
Jack Weingart, who we referred to in a previous
e-mail, was TPG's equivalent thereof.  Both of
them were working in conjunction with Paul
Keglevic on the exchanges and speaking to the
banks and the creditors and advising Paul on
those.
     In that capacity, what was being
advocated for here was for KKR Capital Markets
to get a $5 million fee for the work that they
were doing and, in return, since Jack Weingart
was doing similar work, that Jack Weingart and
his counterparts at TPG would get a similar fee
of $5 million.
     There was -- this was saying that
TPG -- sorry.  Excuse me.  Correct:  That
Goldman Sachs' PIA group was not performing any
such work.  However, Goldman Sachs' financing
group, their Capital Markets Group, was actually
helping the company in a very prominent role
alongside Citigroup, and they were getting their
fees for the work that they were doing in that
capacity.

Page 237

CONFIDENTIAL - JONATHAN SMIDT