# Exhibit I

1  MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL

2      UNITED STATES BANKRUPTCY COURT

3      FOR THE DISTRICT OF DELAWARE

4

5  -------------------------------

6  In Re:

7  Energy Future Holdings Corporation,

8  et al.,

9                Debtors.

10

11  Chapter 11

12  Case No. 14-10979

13  Jointly Administered

14  -------------------------------

15

16

17     DEPOSITION OF MICHAEL MacDOUGALL

18         Austin, Texas

19         October 2, 2015

20

21        HIGHLY CONFIDENTIAL

22

23

24  Reported by:  Susan S. Klinger, RMR-CRR, CSR

25  Job No. 98385

Page 86

1  MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 87

1  MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16     Q.   Were there quarterly valuations of
17  EFH at TPG?
18     A.   We do -- we did a quarterly
19  valuation for EFH starting the quarter -- I
20  believe the quarter after our investment in
21  EFH.
22
23
24
25

Page 88

1  MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 89

1  MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

23 (Pages 86 to 89)

Page 110

MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL

17  A.  I believe under the management
18  agreement that there is roughly 70 or $80
19  million of fees that have not been paid that
20  would be contractually owed.  So if TPG were
21  roughly a third of that 70 or 80 million, that
22  would be 20 or $25 million to TPG.

Page 111

MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL

Page 112

MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL

Page 113

MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL

Page 114

MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL

Page 115

MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL

24  Third, we are giving up, probably
25  most important, all of our future economic

Page 116

MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL

interest in the company. And we have seen strategic buyers with interest in the company that suggest meaningful equity value to EFH. And we would be giving up our ability to -- to take tax deductions related to losses on our $8.3 billion investment. And if we were to take those losses prior to the confirmation, my understanding is they would utilize the -- the NOLs that are available inside of EFH today. And absent the existence of those NOLs, I do not believe the TCH creditors can effect their tax-free separation of TCH and thus, I think they would no longer support the transaction.

I think additionally, the TCH parties in the transaction would no longer support it without having the sponsors' economic interests, because they would view that they could do the work up until the last day and be topped by a strategic bidder, and that value would go to the sponsors and it would not go to them. So I think they wouldn't continue to spend the time and money and effort knowing the chance of being topped with no compensation for being topped.

Page 117

MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL

Page 122

1  MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL

Page 123

1  MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL

Page 124

1  MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL

4   Q.  And as we sit here today, is it your
5   view that EFH consolidated is not insolvent?
6   A.  Today there is a plan with multiple
7   creditor support and a strategic buyer willing
8   to pay value in excess of all the claims inside
9   the EFH estate, and the EFH estate has ample
10  liquidity.  So there is value above the debt
11  and there is ample liquidity, so I don't
12  consider EFH to be insolvent today.
13      And over the course of our
14  investment, if you look at our quarterly
15  valuations, we valued EFH equity as having
16  value every quarter throughout our investment
17  period, and the company had adequate liquidity
18  every quarter throughout our investment period.
19  And so we had the ability -- the company had
20  its ability to pay the bills.  The company had
21  adequate liquidity.  And there was equity value
22  in the company at the EFH level throughout our
23  investment.

Page 125

1  MacDOUGALL - 10/2/15 - HIGHLY CONFIDENTIAL