# Exhibit N

enter into supplemental indentures incorporating the Proposed Amendments (each such supplemental indenture, a "Supplemental Indenture");

WHEREAS, the Committee has determined that, subject to the satisfaction of the Condition, it is desirable and in the best interests of the Company and its stockholders and subsidiaries that the Company, Intermediate Holding and EFIH Finance engage in the proposed offering and issuance, whether through the Exchange Offers or otherwise (the "Proposed Offerings" and, together with the Exchange Offers and the Consent Solicitations, the "Transactions"), of up to the lesser of (i) Four Billion Dollars ($4,000,000,000) or (ii) the amount of senior secured indebtedness permitted to be incurred by the Company and its subsidiaries in accordance with the terms and conditions set forth in the Old Indentures, in aggregate principal amount of senior secured notes (the "New Notes") pursuant to a private placement that is exempt from registration under the Securities Act of 1933, as amended (the "Securities Act");

WHEREAS, the Transactions are expected to be commenced only after the Pricing Committee (as defined below) has approved in accordance with these resolutions (i) the Company and its subsidiaries proceeding with one or more of the Transactions, and (ii) the material terms and conditions of such approved Transactions (collectively, the "Condition");

WHEREAS, the New Notes to be issued by the Company are expected to be unconditionally guaranteed by each of Intermediate Holding and EFC Holdings (collectively, the "Guarantors");

WHEREAS, the guarantee by EFC Holdings of the New Notes to be issued by the Company will be unsecured, and the guarantee by Intermediate Holding of the New Notes to be issued by the Company will be secured by a pledge by Intermediate Holding of all of the equity interests and other investments in Oncor Electric Delivery Holdings Company LLC held by it;

WHEREAS, Kenneth Pontarelli, a member of the Committee, is an employee of Goldman, Sachs & Co. and/or its affiliates, and Goldman, Sachs & Co. and/or its affiliates are expected to be Dealer Managers (as defined below) with respect to the Transactions; and

WHEREAS, each member of the Committee, other than Mr. Pontarelli, has acknowledged that the material facts as to the relationship or interest of Mr. Pontarelli with Goldman, Sachs & Co. and/or its affiliates and as to the transactions contemplated by these resolutions have been disclosed to them or are otherwise known to them, as contemplated by Section 21.418 of the Texas Business Organizations Code ("TBOC").

NOW THEREFORE, BE IT HEREBY

*Transactions*

RESOLVED, that, subject to satisfaction of the Condition, the Transactions and the performance by the Company, Intermediate Holding and EFIH Finance of all of their respective obligations pursuant thereto be, and they hereby are, authorized and approved; and

RESOLVED FURTHER, that, subject to satisfaction of the Condition, the Authorized Representatives (as defined below) are authorized to take all such actions as they may deem appropriate to effect the Transactions; and

RESOLVED FURTHER, that, subject to satisfaction of the Condition, the Company, Intermediate Holding and EFIH Finance are each authorized to make the Exchange Offers and the Consent Solicitations, with the specific material terms and conditions of the Exchange Offers and the Consent Solicitations to be determined by the Pricing Committee in accordance with these resolutions; and

RESOLVED FURTHER, that, subject to satisfaction of the Condition, the Company, Intermediate Holding and EFIH Finance are each authorized to offer and issue the New Notes, with the specific aggregate principal amount, coupon rate, maturity date and price or rate at which the New Notes will be exchanged for the Old Notes or otherwise issued to be determined by the Pricing Committee in accordance with these resolutions; and

RESOLVED FURTHER, that the Company shall cause any New Notes to be issued by it to be unconditionally guaranteed (the "Guarantees") on a senior unsecured basis by EFC Holdings and on a senior secured basis by Intermediate Holding; and

PRIVILEGED AND CONFIDENTIAL – CONTAINS ATTORNEY-CLIENT COMMUNICATIONS

RESOLVED FURTHER, that each of the Company and Intermediate Holding make the Exchange Offers and the Consent Solicitations, and offer and issue the New Notes, only (a) in the United States to holders of Old Notes who are "qualified institutional buyers" (as defined in Rule 144A under the Securities Act) and (b) outside the United States to holders of Old Notes who are persons other than U.S. persons in reliance upon Regulation S under the Securities Act; and

*Pricing Committee*

RESOLVED FURTHER, that the Committee hereby confirms and ratifies the appointment of John F. Young to serve as the member of a special committee of the Committee to be called the Pricing Committee (the "Pricing Committee"), to approve the actions of management in connection with the Transactions, and the Committee hereby confirms and ratifies the actions of the Pricing Committee through and including the date hereof, including the authorization of such related documents as may be or may have been necessary or appropriate to prepare for the Transactions; and

RESOLVED FURTHER, that the full authority of the Committee with respect to any documents or actions required to effectuate the Transactions be and hereby is delegated to the Pricing Committee; and

RESOLVED FURTHER, that the Pricing Committee be, and it hereby is, authorized and shall have full power and authority, subject to the limitations imposed by the Committee elsewhere in these resolutions, to approve and determine (i) whether or not to proceed with one or more of the Transactions, (ii) the material terms and conditions of the Transactions, including the aggregate principal amount, coupon rate, maturity date and price or rate at which the New Notes will be issued and exchanged for the Old Notes or otherwise issued based upon market conditions and (iii) any other matter specifically delegated to the Pricing Committee by the Committee, such approval to be conclusively evidenced by the Pricing Committee's approval of the Offering Memorandum (as defined below); and

RESOLVED FURTHER, that in addition to the foregoing powers and authority, the Pricing Committee be, and hereby is, authorized and empowered to the fullest extent provided by the TBOC to act on behalf of and in the stead of the Committee in connection with the Transactions, at any time and from time to time; and

*Authorized Representatives*

RESOLVED FURTHER, that each of John F. Young, Paul M. Keglevic, Robert C. Walters, Anthony R. Horton and Lisa M. Winston, in his or her capacity as an officer of the Company and/or Intermediate Holding and/or EFIH Finance or otherwise (each, an "Authorized Representative"), is hereby authorized and directed, in the name and on behalf of the Company and/or Intermediate Holding and/or EFIH Finance, either personally or by attorney, to file, execute, verify, attest, acknowledge and deliver, under seal of the Company and/or Intermediate Holding and/or EFIH Finance or otherwise, any and all notices, certificates, instruments, documents and agreements in connection with the Transactions, and to do any and all such acts or things as they or any of them may deem necessary or advisable to carry out the intent and purpose of the resolutions adopted herein in connection with the Transactions; and

RESOLVED FURTHER, that the signatures of the officers of the Company authorized to execute the New Notes may be the facsimile signatures of the present or any future authorized officers and may be imprinted or otherwise reproduced thereon, the Company for such purpose hereby adopting each such facsimile signature as binding upon it, and in case any officer, transfer agent or registrar who has signed or whose facsimile signature has been placed upon a certificate shall have ceased to be such officer, transfer agent or registrar before such certificate is issued, such certificate may be issued by the Company with the same effect as if that person were such officer, transfer agent or registrar at the date of issue; and

RESOLVED FURTHER, that to the extent these resolutions require the Authorized Representatives to take action, any single Authorized Representative may act individually, or two or more Authorized Representatives can act by written consent together to authorize any action that could be taken by all; and

*Offering Memorandum*

RESOLVED FURTHER, that the Authorized Representatives or any of them acting together or independently, and those other employees of the Company as any of the Authorized Representatives shall

Confidential                                                                                                                                                    EFH00056657

designate are authorized and directed in the name and on behalf of the Company to finalize and distribute a Confidential Offering Memorandum and Consent Solicitation Statement describing, among other things, the terms of the Transactions and any supplements or amendments thereto as any of them deems appropriate relating to the Transactions (the Confidential Offering Memorandum and Consent Solicitation Statement, as so amended and supplemented, the "Offering Memorandum"), and any documents related to the Offering Memorandum, including without limitation letters of transmittal and letters of eligibility to holders of the Old Notes; and

*Dealer Managers*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to appoint, on behalf of the Company, the entities to serve as dealer managers in connection with the Transactions (the "Dealer Managers"); and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of the Company, the dealer manager agreement or agreements to be entered into with respect to one or more of the Transactions (collectively, the "Dealer Manager Agreement") in the form as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Dealer Manager Agreement by any Authorized Representative; and

*Exchange and Information Agent*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to appoint, on behalf of the Company, the entity or entities to serve as exchange and information agent in connection with the Transactions; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of the Company, the Exchange and Information Agent Agreement in the form as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Exchange and Information Agent Agreement by any Authorized Representative; and

*Supplemental Indentures*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of the Company, each of the Supplemental Indentures in the form as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Supplemental Indenture by any Authorized Representative; and

*Trustee*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized and empowered to execute and deliver all documents and certificates necessary, appropriate or advisable to evidence the appointment of an entity or entities to act as trustee (collectively, the "Trustee") under the New Indenture and as registrar and paying agent with respect to the New Notes; and

RESOLVED FURTHER, that the form of any and all resolutions required by the Trustee, which in the judgment of the Authorized Representatives or any of them are necessary or advisable, are hereby adopted and incorporated by reference herein; and the Secretary or any Assistant Secretary of the Company is hereby directed to attach to these resolutions, copies of such resolutions, which resolutions shall be deemed to be adopted by the Committee; and

*New Indentures*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of the Company, the new indenture or indentures to be entered into with respect to the New Notes and the Guarantees (collectively, the "New Indenture") in the form as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the New Indenture by any Authorized Representative; and

Confidential       EFH00056658

PRIVILEGED AND CONFIDENTIAL – CONTAINS ATTORNEY-CLIENT COMMUNICATIONS

*Notes Certificates*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of the Company, the notes certificates representing the New Notes (the "Notes Certificates"), in the form approved by the Pricing Committee (including, without limitation, in the form of global or certificated notes) with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Notes Certificates by any Authorized Representative; and the Authorized Representatives are, and each of them is, authorized and directed to cause the Trustee to authenticate and deliver the Notes Certificates against payment to the Company or its designee therefor; and

*Collateral Trustee*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized and empowered to execute and deliver all documents and certificates necessary, appropriate or advisable to evidence the appointment of an entity or entities to act as collateral trustee (collectively, the "Collateral Trustee") under the Collateral Trust Agreement (as defined below); and

RESOLVED FURTHER, that the form of any and all resolutions required by the Collateral Trustee, which in the judgment of the Authorized Representatives or any of them are necessary or advisable, are hereby adopted and incorporated by reference herein; and the Secretary or any Assistant Secretary of the Company is hereby directed to attach to these resolutions, copies of such resolutions, which resolutions shall be deemed to be adopted by the Committee; and

*Collateral Trust Agreement*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of the Company, the collateral trust agreement or agreements to be entered into with respect to the New Notes and the Guarantees (collectively, the "Collateral Trust Agreement") in the form as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Collateral Trust Agreement by any Authorized Representative; and

*Pledge Agreement*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of the Company, the pledge agreement or agreements to be entered into with respect to the New Notes (collectively, the "Pledge Agreement") in the form as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Pledge Agreement by any Authorized Representative; and

*Qualification of the New Notes*

RESOLVED FURTHER, that it is advisable and in the best interest of the Company that the New Notes be exempted, qualified or registered for issuance in various states; that each of the Authorized Representatives be, and each of them hereby is, authorized to determine the states in which appropriate action shall be taken to qualify or register for issuance all or such part of the New Notes as any of said Authorized Representatives may deem advisable; that each of said Authorized Representatives is hereby authorized to perform on behalf of the Company any and all such acts as they may deem necessary or advisable in order to comply with the applicable laws of any such states, and in connection therewith to execute and file all requisite papers and documents, including, but not limited to, applications, reports, surety bonds, irrevocable consents and appointments of attorneys for service of process; that any resolutions required by any state securities law authority or administrator in connection with any such registration, qualification or exemption be deemed to be adopted by the Committee as if fully set forth herein; and the execution by the Authorized Representatives of any such paper or document or the doing by any of them of any act in connection with the foregoing matters shall conclusively establish their authority therefor from the Company and the approval and ratification by the Company of the papers and documents so executed and the action so taken; and

Confidential                                                                                                         EFH00056659

PRIVILEGED AND CONFIDENTIAL – CONTAINS ATTORNEY-CLIENT COMMUNICATIONS

*Financial Industry Regulatory Authority*

RESOLVED FURTHER, that in connection with the Transactions, the Authorized Representatives be, and each of them hereby is, directed and authorized to comply with or fulfill any requirement of the Financial Industry Regulatory Authority (the "FINRA") applicable to the Proposed Offerings, including, without limitation, the filing of all necessary forms, and the Authorized Representatives, and each of them, are further authorized to make such changes in, amend or take any further action with respect to, any documents or agreements previously filed or entered into with the FINRA as may, in the judgment of the Authorized Representatives or any of them, be necessary, appropriate or required to conform with FINRA requirements or to otherwise effectuate the purposes of this resolution; and

*Depository Trust Company*

RESOLVED FURTHER, that in connection with the Transactions, the Authorized Representatives be, and each of them hereby is, authorized, for and on behalf and in the name of the Company, to prepare or cause to be prepared, and to execute and deliver all such agreements, letters of representation, documents, instruments and certificates, including Notes Certificates in the form of global notes as the Authorized Representatives or any of them may deem necessary, appropriate or required in order to permit the New Notes to be held in book-entry form through The Depository Trust Company and its nominee, Cede & Co., and the Authorized Representatives and each of them, are further authorized to take any further action and execute any further agreements, letters of representation, documents, instruments and certificates, as may, in the judgment of the Authorized Representatives or any of them, be necessary, appropriate or required to effectuate the purposes of this resolution; and

*Authorization of Listing*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, with full power and authority to delegate such authority to one or more attorneys-in-fact or agents acting for the Authorized Representatives, or any of them, to prepare, or cause to be prepared, verify, sign and file, or cause to be filed, applications on behalf of the Company to the FINRA's Private Offerings Resale and Trading through Automated Linkages (PORTAL) market, as the Authorized Representatives, or any of them may determine, for the inclusion therein of any or all of the New Notes; and that any of such Authorized Representatives, or such other person as any of such Authorized Representatives may designate, is authorized to appear before any officials or committees or other similar bodies of such markets, and to execute and deliver any and all papers and agreements, including amendments thereto, specifically including listing agreements and indemnity agreements for the benefit of such markets relating to the use of facsimile signatures, and to do any and all things which may be necessary, advisable or appropriate to effect such inclusion or trading; and

*Registration Rights Agreement and Exchange Offers*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of the Company, the registration rights agreement or agreements to be entered into with respect to the New Notes (collectively, the "Registration Rights Agreement") in the form as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Registration Rights Agreement by any Authorized Representative; and

RESOLVED FURTHER, that, to the extent required pursuant to the Registration Rights Agreement, the Authorized Representatives be, and each of them hereby is, authorized and directed, in the name of and on behalf of the Company to participate in its preparation, and to execute and file, as contemplated in the Offering Memorandum, with the Securities and Exchange Commission (the "Commission"), a registration statement under the Securities Act (the "Exchange Offer Registration Statement") pursuant to which the Company offers to exchange the New Notes for notes (the "Exchange Notes") that are registered under the Securities Act and otherwise have terms substantially identical to the New Notes (except for transfer restrictions and payment of additional interest) and with guarantees substantially identical to those available under the New Notes in the form as the Authorized Representative executing the same may

Confidential                                                                                                                                                    EFH00056660

PRIVILEGED AND CONFIDENTIAL – CONTAINS ATTORNEY-CLIENT COMMUNICATIONS

approve, such approval to be conclusively evidenced by the execution by any Authorized Representative (the "Exchange Notes Guarantees"), and to execute and file such prospectuses, amendments, supplements, and such schedules and exhibits as they may deem necessary or desirable in connection therewith and to use all reasonable best efforts to obtain and maintain the effectiveness of such Exchange Offer Registration Statement, all as required under the Registration Rights Agreement; and

RESOLVED FURTHER, that if required pursuant to the Registration Rights Agreement, the Authorized Representatives be, and each of them hereby is authorized, in the name and on behalf of the Company, to execute and cause to be filed with the Commission when required under the Registration Rights Agreement a shelf registration statement (the "Shelf Registration Statement" and, together with the Exchange Offer Registration Statement, the "Registration Statements") under the Securities Act pursuant to which holders of the New Notes offer to resell their New Notes, and to execute and file such prospectuses, amendments, supplements, and such schedules and exhibits as they may deem necessary or desirable in connection therewith and to use all reasonable best efforts to obtain and maintain the effectiveness of such Shelf Registration Statement, all as required under the Registration Rights Agreement; and

RESOLVED FURTHER, that the offer and/or issuance of any such Exchange Notes in connection with such Exchange Offer Registration Statement or such New Notes pursuant to such Shelf Registration Statement is hereby authorized and approved and each Authorized Representative is hereby authorized to do all other things and execute any and all other documents necessary or advisable in connection therewith; and

RESOLVED FURTHER, that each officer and director who may be required to execute the Registration Statement or any amendment thereof (whether on behalf of the Company or as an officer or director thereof) is hereby authorized to constitute and appoint each Authorized Representative, and each of them such person's true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for such person and in such person's name, place, and stead, in any and all capacities, to sign the Registration Statement as well as any and all amendments to the Registration Statement, to file the same, with all exhibits thereof, and other documents in connection therewith with the Commission, and to execute and deliver all documents, instruments, agreements and regulatory or government filings with the Commission and any applicable State authority, granting unto said attorneys-in-fact and agents full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully and to all intents and purposes as such person might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents or their substitutes may lawfully do or cause to be done by virtue thereof; and

RESOLVED FURTHER, that each of the Authorized Representatives acting independently is authorized to designate and appoint an agent for service of process of the Company by the Commission and any State authority in any jurisdiction where the New Notes or Exchange Notes are to be offered or sold; and

*General Resolutions*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized in the name and on behalf of the Company to certify such other resolutions as may be required by the Dealer Managers, the Collateral Trustee and/or the Trustee and the Dealer Managers', the Collateral Trustee's and/or Trustee's counsel to complete the Transactions or otherwise in connection with matters encompassed by the foregoing resolutions, upon such terms as any Authorized Representative may, after consulting with counsel, deem fit, and such resolutions are hereby adopted; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized and directed in the name and on behalf of the Company to pay all proper fees and expenses arising in connection with the Transactions or otherwise in connection with matters encompassed by the foregoing resolutions; and

RESOLVED FURTHER, that all actions heretofore taken by any director or officer of the Company in connection with any matters referred to in the foregoing resolutions are hereby approved, ratified and confirmed in all respects; and

Confidential    EFH00056661

PRIVILEGED AND CONFIDENTIAL -- CONTAINS ATTORNEY-CLIENT COMMUNICATIONS

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized and directed to do and perform, or cause to be done and performed, all such acts, deeds and things and to make, execute and deliver, or cause to be made, executed and delivered, all such agreements, undertakings, documents, instruments or certificates in the name and on behalf of the Company or otherwise as any Authorized Representative may deem necessary or appropriate to effectuate or carry out fully the purpose and intent of the foregoing resolutions and any of the transactions contemplated hereby (including the Transactions), with the execution of any such document or the taking of any such action conclusively evidencing such approval.

Pontarelli commended Keglevic and his team for the restructuring effort, noting that it could be a significant value creation opportunity.

There being no further business to come before the meeting, it was adjourned at 11:05 a.m.

*[Signature]*
Secretary

Confidential                                                                                                          EFH00056662