# Exhibit O

**ENERGY FUTURE HOLDINGS CORP. ("EFH")**
**TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC ("TCEH")**
**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY ("EFCH")**
**TCEH FINANCE, INC. ("TCEH FINANCE")**
**MINUTES OF JOINT MEETING**

| | |
|---|---|
| Date: | March 15, 2011 at 1:00 p.m. |
| Location: | Telephone conference call originating at Energy Future Holdings Corp., Energy Plaza, 1601 Bryan Street, Dallas, Texas |
| EFH: | Arcilia C. Acosta, David Bonderman, Donald L. Evans, Frederick M. Goltz, James R. Huffines, Jeffrey Liaw, Lyndon L. Olson, Jr., Kenneth Pontarelli, William K. Reilly, Jonathan D. Smidt, John F. Young, Kneeland Youngblood |
| TCEH: | Frederick M. Goltz, Paul M. Keglevic, John F. Young |
| EFCH: | Frederick M. Goltz, Paul M. Keglevic, John F. Young |
| TCEH Finance: | Paul M. Keglevic, John F. Young |
| Others: | David A. Campbell, Stacey H. Doré, Rafael Flores, Anthony R. Horton, Joel D. Kaplan, Lisa M. Winston, Andrew M. Wright |
| Advisor: | Jack Weingart (TPG) |

A quorum for the board of each company was present with Thomas D. Ferguson, Scott Lebovitz, Marc S. Lipschultz, and Michael MacDougall absent. Acosta, Bonderman, Goltz, Liaw, Olson, Pontarelli, Reilly, Smidt, Youngblood, Doré and Weingart participated in the meeting by telephone conference call. Evans, Chair of Energy Future Holdings Corp., presided and Winston, Secretary, acted as secretary. Participants referred to the applicable materials provided in advance of the meeting.

Financing: Evans described Project Odyssey generally including management's proposal to amend the TCEH credit agreement, a possible consent solicitation by TCEH and TCEH Finance, Inc. and a proposed issuance by TCEH and TCEH Finance of new senior secured notes. Huffines joined the meeting. Evans then reported that the EFH Executive Committee, along with TCEH, EFCH and TCEH Finance boards, had met a few days earlier to review and discuss this proposal and recommended to the full EFH board that it approve the transaction. Young then provided an overview of debt reductions and extensions to date, noting that this transaction will provide the Company with additional flexibility by, among other things, improving the maintenance covenant and making TXU Energy Retail Company LLC and Luminant Energy Company LLC more attractive counterparties in business relationships. [Redacted] [Redacted] Keglevic, Executive Vice President and Chief Financial Officer, next discussed the proposed transaction including strategies to refinance loan amortization payments and debt extension with and without par pay down. Wright, Vice President and Associate General Counsel, reviewed the resolutions including the establishment of a pricing committee with John Young as the sole member with authority of the various boards to determine final terms and conditions. Wright then discussed related party transaction resolutions. A discussion followed on transaction fees and roles. Following extended discussions by the meeting participants, upon motion duly seconded, each of the respective boards unanimously approved the following, as applicable:

WHEREAS the management of Energy Future Holdings Corp., a Texas corporation ("EFH Corp.") is contemplating proposals related to (i) a proposed amendment by Texas Competitive Electric Holdings Company LLC, a Delaware limited liability company ("TCEH") of its credit agreement, (ii) a possible consent solicitation by TCEH and TCEH Finance, Inc., a Delaware corporation ("TCEH Finance") of its second lien secured noteholders to amend certain provisions of the indenture and intercreditor agreement related thereto, and (iii) a proposed issuance by TCEH and TCEH Finance of new senior secured notes, all as more completely described below (collectively, the "Transactions");

WHEREAS each of (i) the Board of Managers of TCEH (the "TCEH Board"), (ii) the Board of Directors of TCEH Finance (the "TCEH Finance Board"), (iii) the Board of Directors (the "EFCH Board") of Energy Future Competitive Holdings Company, a Texas corporation ("EFCH"), and (iv) the Board of Directors of EFH Corp. (the "EFH Corp. Board") has reviewed and discussed management's proposals with respect to the Transactions;

Confidential       EFH00056865

WHEREAS, reference is made to that certain Credit Agreement dated as of October 10, 2007, among EFCH, TCEH, as the borrower, the several lenders from time to time parties thereto, Citibank, N.A., as administrative agent, collateral agent, swingline lender, revolving letter of credit issuer and deposit letter of credit issuer, Goldman Sachs Credit Partners L.P., as posting agent, posting syndication agent and posting documentation agent, J. Aron & Company, as posting calculation agent, JPMorgan Chase Bank, N.A., as syndication agent and revolving letter of credit issuer, Credit Suisse, Goldman Sachs Credit Partners L.P., Lehman Commercial Paper Inc. and Morgan Stanley Senior Funding, Inc., as co-documentation agents, Citigroup Global Markets Inc., J.P. Morgan Securities Inc., Goldman Sachs Credit Partners L.P., Lehman Brothers Inc., Morgan Stanley Senior Funding, Inc. and Credit Suisse Securities (USA) LLC, as joint lead arrangers and bookrunners, and Goldman Sachs Credit Partners L.P., as posting lead arranger and bookrunner, as amended by Amendment No. 1, dated as of August 7, 2009, to such Credit Agreement among EFCH, TCEH, as the borrower, Citibank, N.A., as administrative agent, Goldman Sachs Credit Partners L.P. as posting agent, J. Aron & Company, as posting calculation agent and the several lenders party thereto from time to time (the "Credit Agreement");

WHEREAS, the TCEH Board has determined that it is desirable and in the best interests of the entire TCEH enterprise that TCEH enter into an amendment to the Credit Agreement (the "Credit Agreement Amendment") to, among other things, (i) extend the maturity of certain of TCEH's first lien term loans (the "Extended Term Loans") held by accepting lenders and increase the interest rate with respect to the Extended Term Loans, (ii) extend the maturity of certain loans under TCEH's deposit letter of credit facility (the "Extended Deposit LC Loans") held by accepting lenders and increase the interest rate with respect to the Extended Deposit LC Loans, (iii) extend the maturity of certain of the commitments and corresponding loans under such commitments under the TCEH revolving credit facility (the "Extended Revolving Commitments") held by accepting lenders and increase certain fees and the interest rate with respect to such Extended Revolving Commitments (the extensions referred to in clauses (i) through (iii) of this paragraph are referred to as the "Extension Transactions"), (iv) make such other amendments to the Credit Agreement as are deemed to be necessary, advisable or prudent, and (v) otherwise modify the Credit Agreement to effectuate the foregoing;

WHEREAS, the EFCH Board has determined that it is desirable and in the best interests of the entire EFCH enterprise that EFCH enter into the Credit Agreement Amendment;

WHEREAS, the EFH Corp. Board has determined that it is desirable and in the best interests of the entire EFH Corp. enterprise, including but not limited to EFCH, TCEH and TCEH Finance, that TCEH and EFCH enter into the Credit Agreement Amendment;

WHEREAS, the TCEH Board has determined that it is desirable and in the best interests of the entire TCEH enterprise that, if the Credit Agreement Amendment is executed, TCEH pay a cash amendment fee and an extension fee to lenders that agree to the Credit Agreement Amendment (such fees collectively, the "Amendment Fee");

WHEREAS, the EFH Corp. Board has determined that it is desirable and in the best interests of the entire EFH Corp. enterprise, including, but not limited to TCEH and its member and TCEH Finance, that, if the Credit Agreement Amendment is executed, TCEH pay the Amendment Fee;

WHEREAS, reference is made to that certain Indenture, dated as of October 6, 2010, among TCEH and TCEH Finance, the guarantors and The Bank of New York Mellon Trust Company, N.A., as trustee, relating to 15% Senior Secured Second Lien Notes due 2021, as supplemented by the First Supplemental Indenture, dated as of October 20, 2010, and the Second Supplemental Indenture, dated as of November 15, 2010 (the "TCEH Second Lien Notes Indenture" and the notes issued thereunder, the "TCEH Second Lien Notes");

WHEREAS, reference is made to that certain Second Lien Intercreditor Agreement, dated as of October 6, 2010, among TCEH, the guarantors, Citibank, N.A., as senior collateral agent and administrative agent and The Bank of New York Mellon Trust Company, N.A., as initial second priority representative (the "Intercreditor Agreement");

WHEREAS, TCEH and TCEH Finance may, to the extent deemed necessary or desirable by the Pricing Committee (as defined below) solicit (the "Consent Solicitation") consents (the "Consents") from holders

of the TCEH Second Lien Notes to amendments (the "Proposed Amendments") to certain provisions of the TCEH Second Lien Notes Indenture and the Intercreditor Agreement;

WHEREAS, each of the TCEH Board and the TCEH Finance Board have determined that it may be desirable and in the best interests of the entire TCEH enterprise that if the requisite Consents are received and the Consent Solicitation Supplemental Indenture and Amendment No. 1 are executed and/or become effective, TCEH pay a cash consent payment (the "Consent Payment") to holders that validly tender and do not validly revoke their Consents in the Consent Solicitation;

WHEREAS, the EFH Corp. Board has determined that it may be desirable and in the best interests of the entire EFH Corp. enterprise that if the requisite Consents are received and the Consent Solicitation Supplemental Indenture and Amendment No. 1 are executed and/or become effective, TCEH pay the Consent Payment to holders that validly tender and do not validly revoke their Consents in the Consent Solicitation;

WHEREAS, in advance of the Consent Solicitation, it is expected that certain large institutional investors will irrevocably consent to the Proposed Amendments;

WHEREAS, it is proposed that upon receipt of the requisite Consents as required under the TCEH Second Lien Notes Indenture and the Intercreditor Agreement to approve the Proposed Amendments, TCEH, TCEH Finance, EFCH and the other Guarantors (as defined below) will enter into a supplemental indenture effecting the Proposed Amendments (such supplemental indenture, the "Consent Solicitation Supplemental Indenture") and an amendment to the Intercreditor Agreement (such amendment, "Amendment No. 1");

WHEREAS, each of the TCEH Board and the TCEH Finance Board has determined that it is desirable and in the best interests of the entire TCEH enterprise that, TCEH and TCEH Finance engage in a proposed issuance (the "Proposed Offering") of senior secured notes (the "New Notes") pursuant to a private placement that is exempt from registration under the Securities Act of 1933, as amended (the "Securities Act");

WHEREAS, the EFCH Board has determined that it is desirable and in the best interests of the entire EFCH enterprise that, TCEH and TCEH Finance engage in the Proposed Offering of New Notes pursuant to a private placement that is exempt from registration under the Securities Act;

WHEREAS, the EFH Corp. Board has determined that it is desirable and in the best interests of the entire EFH Corp. enterprise that, TCEH and TCEH Finance engage in the Proposed Offering of New Notes pursuant to a private placement that is exempt from registration under the Securities Act;

WHEREAS, the New Notes, the Second Lien Notes (as defined below) and, as applicable, the Exchange Notes (as defined below), if issued, will be guaranteed (each, a "Guarantee") by EFCH and each subsidiary of TCEH that guarantees the Credit Agreement (collectively, the "Guarantors");

WHEREAS, the New Notes, if issued, will be secured by a first lien pledge by TCEH of all of TCEH's assets, and by TCEH Finance of all of TCEH Finance's assets, if any, and the Guarantees by the Guarantors, if issued, will be secured by a first lien pledge by the Guarantors of all of the assets owned by the Guarantors, in each case to the extent such assets secure obligations under the Credit Agreement (the "Collateral");

WHEREAS, TCEH, TCEH Finance and the Guarantors may enter into a registration rights agreement with respect to the New Notes (the "New Notes Registration Rights Agreement") which may require TCEH and TCEH Finance to exchange the New Notes for notes (the "New Notes Exchange Notes") that are registered under the Securities Act and otherwise have terms substantially identical to the New Notes (except for the provisions relating to the use of proceeds, transfer restrictions and payment of additional interest) and with guarantees substantially identical to the Guarantees;

WHEREAS, EFCH may enter into a registration rights agreement with respect to the Second Lien Notes (the "Second Lien Notes Registration Rights Agreement") pursuant to which the Second Lien Notes may be exchanged for notes (the "Second Lien Notes Exchange Notes" and, together with the New Notes Exchange Notes, the "Exchange Notes") that are registered under the Securities Act and otherwise have

Confidential                                                                                                                                                              EFH00056867

terms substantially identical to the Second Lien Notes (except for the provisions relating to the use of proceeds, transfer restrictions and payment of additional interest) and with guarantees substantially identical to the Guarantees;

WHEREAS, TCEH may enter into a turnover agreement (the "Turnover Agreement") pursuant to which, in the event of enforcement of the liens securing a portion of the New Notes (the "Series A New Notes") and the related guarantees, or any distribution on account of such liens in any insolvency proceeding, the holders of the Series A New Notes will turn over any proceeds received therefrom to the holders of the other portion of the New Notes and the lenders of the Extended Term Loans, the Extended Deposit LC Loans and the Extended Revolving Commitments;

WHEREAS, attached hereto as Exhibit A are certain materials provided in advance of the meeting (collectively, the "Decision Materials"), which contain the currently proposed terms and conditions of the Credit Agreement Amendment and the Proposed Offering;

WHEREAS, in addition to the documents specifically provided for herein, TCEH, TCEH Finance and EFCH may enter into one or more indentures, supplemental indentures, purchase agreements, exchange agreements, intercreditor agreements, intercreditor agreement amendments, joinders to the intercreditor agreement, confidentiality agreements, lock-up agreements, turnover agreements and/or other documents related to the Credit Agreement Amendment, the Consent Solicitation or the Proposed Offering (collectively, with the New Notes Registration Rights Agreement and the Second Lien Notes Registration Rights Agreement, the "Transaction Agreements");

WHEREAS, each of Scott Lebovitz, a member of the EFCH Board and the TCEH Board and the EFH Corp. Board, and Thomas D. Ferguson and Kenneth Pontarelli, members of the EFH Corp. Board, is an employee of Goldman, Sachs & Co. and/or its affiliates, and Goldman, Sachs & Co. or one of its affiliates may be an Initial Purchaser (as defined below) and party to the Purchase Agreement (as defined below), and Goldman, Sachs & Co. or one of its affiliates is a party to the Credit Agreement and may be a party to the Credit Agreement Amendment;

WHEREAS, each member of the EFCH Board and the TCEH Board, other than Mr. Lebovitz, and each member of the EFH Corp. Board, other than Mr. Ferguson, Mr. Lebovitz and Mr. Pontarelli, has acknowledged that the material facts as to the relationship or interests of Mr. Ferguson, Mr. Lebovitz and Mr. Pontarelli, respectively, with Goldman, Sachs & Co. and/or its affiliates and as to the transactions contemplated by these resolutions have been disclosed to them or are otherwise known to them;

WHEREAS, each of Frederick M. Goltz, a member of the EFCH Board and the TCEH Board and the EFH Corp. Board, and Marc S. Lipschultz and Jonathan D. Smidt, members of the EFH Corp. Board, is an employee of Kohlberg Kravis Roberts & Co. and/or its affiliates, and Kohlberg Kravis Roberts & Co. or one of its affiliates may be a party to some or all of the Transactions;

WHEREAS, each member of the EFCH Board and the TCEH Board, other than Mr. Goltz, and each member of the EFH Corp. Board, other than Mr. Goltz, Mr. Lipschultz and Mr. Smidt, has acknowledged that the material facts as to the relationship or interests of Mr. Goltz, Mr. Lipschultz and Mr. Smidt, respectively, with Kohlberg Kravis Roberts & Co. and/or its affiliates and as to the transactions contemplated by these resolutions have been disclosed to them or are otherwise known to them;

WHEREAS, Michael MacDougall, a member of the EFCH Board and the TCEH Board and the EFH Corp. Board, and David Bonderman and Jeffrey Liaw, members of the EFH Corp. Board, is an employee of TPG Capital, L.P. and/or its affiliates, and TPG Capital, L.P. or one of its affiliates may be a party to some or all of the Transactions;

WHEREAS, each member of the EFCH Board and the TCEH Board, other than Mr. MacDougall, and member of the EFH Corp. Board, other than Mr. MacDougall, Mr. Bonderman and Mr. Liaw, has acknowledged that the material facts as to the relationship or interests of Mr. MacDougall, Mr. Bonderman and Mr. Liaw, respectively, with TPG Capital, L.P. and/or its affiliates and as to the transactions contemplated by these resolutions have been disclosed to them or are otherwise known to them; and

Confidential                                                                                                  EFH00056868

WHEREAS, each member of the EFCH Board, the TCEH Board, the TCEH Finance Board and the EFH Corp. Board believes that the Transactions described in the Decision Materials are fair to each of EFCH, TCEH, TCEH Finance and EFH Corp.; and

WHEREAS, pursuant to previous approvals, TCEH and TCEH Finance may conduct one or more offers to exchange (the "Old Notes Exchange") senior secured second lien notes of TCEH and TCEH Finance (the "Second Lien Notes") for certain outstanding senior notes of TCEH and TCEH Finance (the "Old Notes").

NOW THEREFORE, BE IT HEREBY

*Credit Agreement Amendment*

RESOLVED, that the Credit Agreement Amendment, the payment of the Amendment Fee and the performance by TCEH and EFCH of all of their obligations pursuant thereto be, and they hereby are, authorized and approved; and

RESOLVED FURTHER, that the Authorized Representatives (as defined below) be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of TCEH and EFCH, the Credit Agreement Amendment in the form as the Authorized Representatives executing the same may approve and with such changes to the terms thereof, including the Amendment Fee or any other fees payable in connection therewith, as any Authorized Representative may deem necessary, advisable or prudent, such approval to be conclusively evidenced by the execution of the Credit Agreement Amendment by any Authorized Representative; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of TCEH, TCEH Finance and EFCH, any other agreements, documents or instruments, including, without limitation, the filing of all necessary forms, required to be delivered or filed, as applicable, by TCEH, TCEH Finance and EFCH pursuant to or in connection with the Credit Agreement Amendment, with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Credit Agreement Amendment by any Authorized Representative, and to take all such other actions as they may deem appropriate to accommodate the Extended Term Loans, the Extended Deposit LC Loans, the Extended Revolving Commitments and the New Notes pursuant to the terms of the Credit Agreement and the other Credit Documents (as such term is defined in the Credit Agreement), including the reaffirmation of the Guarantees (as such term is defined in the Credit Agreement) and the grant of security interests of TCEH, EFCH, TCEH Finance and the other Guarantors; and

*Consent Solicitation*

RESOLVED FURTHER, that TCEH and TCEH Finance are authorized to make the Consent Solicitation, including the Consent Payment, with (i) the decision on whether or not to proceed with the Consent Solicitation, and (ii) any substantial change to the specific material terms and conditions of the Consent Solicitation to be determined by the Pricing Committee (as defined below); and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to appoint, on behalf of TCEH and TCEH Finance, an entity to serve as Information and Tabulation Agent in connection with the Consent Solicitation; and

*Consent Solicitation Supplemental Indenture*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of TCEH, TCEH Finance and EFCH, the Consent Solicitation Supplemental Indenture in the form as the Authorized Representatives executing the same may approve, such approval to be conclusively evidenced by the execution of the Consent Solicitation Supplemental Indenture by any Authorized Representative; and

*Intercreditor Agreement Amendment (Amendment No. 1)*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of TCEH, TCEH Finance and EFCH, Amendment No. 1

Confidential                                                                                                                                       EFH00056869

in the form as the Authorized Representatives executing the same may approve, such approval to be conclusively evidenced by the execution of Amendment No. 1 by any Authorized Representative; and

*Proposed Offering*

RESOLVED FURTHER, that the Proposed Offering and the performance by each of TCEH and TCEH Finance of all of its obligations pursuant thereto be, and they hereby are, authorized and approved; and

RESOLVED FURTHER, that the Authorized Representatives are authorized to take all such actions as they may deem appropriate to prepare TCEH and TCEH Finance to effect the Proposed Offering; and

RESOLVED FURTHER, that TCEH and TCEH Finance are authorized to offer and sell the New Notes, with the specific aggregate principal amount, maturity date, pricing terms, including the price at which the New Notes will be sold to the Initial Purchasers, and coupon rate to be determined by the Pricing Committee, pursuant to the terms and conditions of a purchase agreement (the "Purchase Agreement") to be entered into by and among TCEH, TCEH Finance, the Guarantors and the representatives of the initial purchasers named therein (the "Initial Purchasers"); and

RESOLVED FURTHER, that TCEH and TCEH Finance are authorized to offer and sell the New Notes to the Initial Purchasers, and the Initial Purchasers will offer and sell the New Notes to (A) persons in offshore transactions in reliance on Regulation S under the Securities Act, (B) "qualified institutional buyers" (as defined in Rule 144A under the Securities Act) in reliance on the exemption from registration provided by Rule 144A under the Securities Act and/or (C) "institutional accredited investors" in reliance on the exemption from registration provided by Regulation D under the Securities Act; and

RESOLVED FURTHER, that the New Notes will be secured by a first lien pledge by TCEH of all of TCEH's assets, by TCEH Finance of all of TCEH Finance's assets, if any, and by EFCH of all of EFCH's assets, in each case to the extent such assets secure obligations under the Credit Agreement; and

*Guarantee*

RESOLVED FURTHER, that EFCH is authorized to unconditionally guarantee the New Notes and the Exchange Notes on a senior basis, which guarantee shall be secured by a first lien pledge by EFCH of all of its assets, to the extent such assets secure obligations under the Credit Agreement; and

RESOLVED FURTHER, that, in connection with one or more offers by TCEH and TCEH Finance to exchange Old Notes for Second Lien Notes, EFCH is authorized to unconditionally guarantee the Second Lien Notes on a senior basis; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of EFCH, the Guarantee, with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Guarantee by any Authorized Representative; and

*Pricing Committee*

RESOLVED FURTHER, that each of the EFCH Board, the TCEH Board, the TCEH Finance Board and the EFH Corp. Board hereby confirms and ratifies the appointment of John F. Young to serve as the member of a special committee of the EFH Corp. Board, EFCH Board, TCEH Board and the TCEH Finance Board to be called the Pricing Committee (the "Pricing Committee") to approve the actions of management in connection with the Transactions (to the extent such actions have not been authorized by these resolutions), and each of the EFCH Board, the TCEH Board, the TCEH Finance Board and the EFH Corp. Board hereby confirms and ratifies the actions of the Pricing Committee through and including the date hereof, including the authorization of such related documents as may be or may have been necessary or appropriate to prepare for the Transactions; and

RESOLVED FURTHER, that, except as prohibited by applicable law, the full authority of the EFH Corp. Board, EFCH Board, the TCEH Board and the TCEH Finance Board with respect to any documents or actions required to effectuate the Transactions be and hereby is delegated to the Pricing Committee; and

RESOLVED FURTHER, that the Pricing Committee be, and it hereby is, authorized and shall have full power and authority to, among other things, approve and determine (i) whether or not to proceed with

the Transactions, (ii) any changes to the terms set forth in the Decision Materials including, but not limited to, the aggregate principal amount, maturity date, price at which the New Notes will be sold to the Initial Purchasers, coupon rate, and other pricing terms, each based upon market conditions and negotiations with the Initial Purchasers, and the form, terms and provisions of the Notes Certificates (as defined below), (iii) the form, terms, conditions precedent and provisions of the Purchase Agreement, (iv) the form, terms and provisions of an indenture to be entered into by and among TCEH, TCEH Finance, the Guarantors and The Bank of New York Mellon Trust Company, N.A., as trustee (the "Trustee"), with respect to the New Notes, if applicable, (v) whether or not to enter into the New Notes Registration Rights Agreement, and the form, terms and provisions of the New Notes Registration Rights Agreement, including the terms and conditions of the exchange offer contemplated by the Purchase Agreement and the New Notes Registration Rights Agreement (the "Exchange Offer"), (vi) marketing, method or plan of distribution for sale of the New Notes to be sold in the Proposed Offering, (vii) the entity to act as Trustee under the New Notes Indenture and as registrar and paying agent with respect to the New Notes, (viii) any change to the terms and conditions of the Transactions, and (ix) any other matter specifically delegated to the Pricing Committee by the TCEH Board or the TCEH Finance Board, such approval to be conclusively evidenced by the Pricing Committee's approval of the Offering Memorandum (as defined below); and

RESOLVED FURTHER, that in addition to the foregoing powers and authority, the Pricing Committee be, and hereby is, authorized and empowered to the fullest extent provided by applicable law to act on behalf of and in the stead of the EFH Corp. Board, the EFCH Board, the TCEH Board and the TCEH Finance Board in connection with the issuance and sale of the New Notes and the Proposed Offering and the Exchange Offer, at any time and from time to time; and

*Authorized Representatives*

RESOLVED FURTHER, that each of John F. Young, Paul M. Keglevic, Anthony R. Horton, Lisa M. Winston and Brock M. Degeyter in his or her capacity as an officer of TCEH or TCEH Finance, or otherwise as an authorized representative of EFH Corp., TCEH, TCEH Finance or EFCH (each, an "Authorized Representative") is hereby authorized and directed, in the name and on behalf of EFH Corp., TCEH, TCEH Finance or EFCH, as applicable, either personally or by attorney, to file, execute, verify, attest, acknowledge and deliver, under seal of EFH Corp., TCEH, TCEH Finance, EFCH, or otherwise, any and all notices, certificates, instruments, documents and agreements in connection with the Credit Agreement Amendment, the Consent Solicitation and the Proposed Offering, including the Transaction Agreements, and to do any and all such acts or things as they or any of them may deem necessary or advisable to carry out the intent and purpose of the resolutions adopted herein in connection with the Credit Agreement Amendment, the Consent Solicitation and the Proposed Offering; and

RESOLVED FURTHER, that the signatures of the Authorized Representatives may be the facsimile signatures of the present or any future authorized officers and may be imprinted or otherwise reproduced thereon. EFH Corp., TCEH, TCEH Finance and EFCH hereby adopt each such facsimile signature as binding upon it, and in case any officer, transfer agent or registrar who has signed or whose facsimile signature has been placed upon a certificate shall have ceased to be such officer, transfer agent or registrar before such certificate is issued, such certificate may be issued by EFH Corp., TCEH, TCEH Finance or EFCH with the same effect as if that person were such officer, transfer agent or registrar at the date of issue; and

RESOLVED FURTHER, that to the extent these resolutions require the Authorized Representatives to take action, any single Authorized Representative may act individually, or two or more Authorized Representatives may act by written consent together to authorize any action that could be taken by all; and

*Offering Memorandum*

RESOLVED FURTHER, that the forms, terms and provisions of the preliminary offering memorandum for the Proposed Offering (as amended or supplemented, the "Preliminary Offering Memorandum") describing the material terms and conditions governing the New Notes, with such additional changes or

Confidential     EFH00056871

deletions as may be approved by an Authorized Representative are hereby adopted and approved in all respects; and

RESOLVED FURTHER, that the Authorized Representatives or any of them acting together or independently, and those other employees of TCEH or TCEH Finance as any of them shall designate are authorized and directed, in the name and on behalf of TCEH and TCEH Finance, to finalize and distribute the Preliminary Offering Memorandum and to prepare and distribute a final offering memorandum and any supplements (including, without limitation, any term sheets and pricing supplements relating to the Proposed Offering) or amendments thereto as any of them deems appropriate relating to the Proposed Offering (the final offering memorandum as so amended and supplemented, the "Offering Memorandum"); and

*Purchase Agreement*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to appoint, on behalf of EFCH, TCEH and TCEH Finance, the entities to serve as Initial Purchasers; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of TCEH, TCEH Finance and EFCH, the Purchase Agreement in the form approved by the Pricing Committee with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Purchase Agreement by any Authorized Representative; and

*Dealer Manager Agreement*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of TCEH, TCEH Finance and EFCH, a Dealer Manager Agreement (the "Dealer Manager Agreement") with the dealer managers for the Second Lien Notes with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Dealer Manager Agreement by any Authorized Representative; and

*Turnover Agreement*

RESOLVED FURTHER, that in the event that TCEH, TCEH Finance or EFCH is required or requested to enter into the Turnover Agreement, the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of TCEH, TCEH Finance and/or EFCH, the Turnover Agreement with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Turnover Agreement by any Authorized Representative; and

*New Notes Registration Rights Agreement*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of EFCH, TCEH and TCEH Finance, the New Notes Registration Rights Agreement in the form as may be approved by the Pricing Committee with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the New Notes Registration Rights Agreement by any Authorized Representative; and

*Second Lien Notes Registration Rights Agreement*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of EFCH, the Second Lien Notes Registration Rights Agreement in the form such Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Second Lien Notes Registration Rights Agreement by any Authorized Representative; and

*New Notes Indenture*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of TCEH, TCEH Finance and EFCH, an indenture to be

Confidential
EFH00056872

entered into by and among TCEH, TCEH Finance, EFCH, the Guarantors and The Bank of New York Mellon Trust Company, N.A., as trustee, with respect to the New Notes, including any supplemental indenture thereto (the "<u>New Notes Indenture</u>") to give effect to the issuance of the New Notes, if applicable, in the form approved by the Pricing Committee with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the New Notes Indenture by any Authorized Representative; and

*Second Lien Notes Indenture*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of TCEH, TCEH Finance and EFCH, an indenture or supplemental indenture to the TCEH Second Lien Notes Indenture to be entered into by and among EFCH and The Bank of New York Mellon Trust Company, N.A., as trustee, with respect to the Second Lien Notes, including any supplemental indenture thereto (the "<u>Second Lien Notes Indenture</u>") to give effect to the issuance of the Second Lien Notes, as applicable, with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Second Lien Notes Indenture by any Authorized Representative; and

*Trustee*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized and empowered to execute and deliver all documents and certificates necessary, appropriate or advisable to evidence the appointment of an entity to act as Trustee under the New Notes Indenture, and as registrar and paying agent with respect to the New Notes; and

RESOLVED FURTHER, that the form of any and all resolutions required by the Trustee, which in the judgment of the Authorized Representatives or any of them are necessary or advisable, are hereby adopted and incorporated by reference herein; and the Secretary or any Assistant Secretary of EFCH, TCEH and TCEH Finance is hereby directed to attach such resolutions or copies of such resolutions to these resolutions, which resolutions shall be deemed to be adopted by the TCEH Board, the TCEH Finance Board, the EFCH Board and the EFH Corp. Board without any further action thereof; and

*Notes Certificates*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of TCEH and TCEH Finance, the notes certificates representing the New Notes (the "<u>Notes Certificates</u>"), in the form approved by the Pricing Committee (including, without limitation, in the form of global or certificated notes) with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Notes Certificates by any Authorized Representative; and the Authorized Representatives are, and each of them is, authorized and directed to cause the Trustee to authenticate and deliver the Notes Certificates against payment to TCEH, TCEH Finance or their designee therefor; and

*First Lien Intercreditor Agreement; First Lien Pledge Agreement and First Lien Security Agreement*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of TCEH, TCEH Finance and EFCH, ascension agreements to the First Lien Intercreditor Agreement among TCEH, TCEH Finance, the Guarantors and Citibank, N.A., as Senior Collateral Agent for the Senior Secured Parties and as Representative of the Credit Agreement Parties, including any joinder thereto to take into account the issuance of the New Notes, if applicable (the "<u>First Lien Intercreditor Agreement</u>"), and to otherwise amend the First Lien Intercreditor Agreement in order to effectuate the transactions described herein, in the form approved by the Pricing Committee with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the First Lien Intercreditor Agreement by any Authorized Representative; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of TCEH, TCEH Finance and EFCH, supplements to the First Lien Pledge Agreement whereby the Collateral will be pledged on a first lien basis in favor of The Bank of New York Mellon Trust Company, N.A., as Collateral Trustee, including any joinder thereto to

Confidential

EFH00056873

take into account the issuance of the New Notes, if applicable (the "First Lien Pledge Agreement"), and to otherwise amend the First Lien Pledge Agreement in order to effectuate the transactions described herein, in the form approved by the Pricing Committee with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the First Lien Pledge Agreement by any Authorized Representative; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of TCEH, TCEH Finance and EFCH, supplements to the First Lien Security Agreement and related agreements whereby TCEH and TCEH Finance will grant a first lien security interest in the Collateral in favor of The Bank of New York Mellon Trust Company, N.A., as Collateral Trustee, including any joinder thereto to take into account the issuance of the New Notes, if applicable (collectively, the "First Lien Security Agreement"), and to otherwise amend the First Lien Security Agreement in order to effectuate the transactions described herein, in the form approved by the Pricing Committee with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the First Lien Security Agreement by any Authorized Representative; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of TCEH, TCEH Finance and EFCH, any other agreements, documents or instruments, including, without limitation, the filing of all necessary forms, required to be delivered or filed, as applicable, by TCEH, TCEH Finance and EFCH pursuant to or in connection with the First Lien Intercreditor Agreement, First Lien Pledge Agreement and First Lien Security Agreement to evidence the pledge of the Collateral, with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the First Lien Intercreditor Agreement, First Lien Pledge Agreement and First Lien Security Agreement by any Authorized Representative, and to take all such other actions as they may deem appropriate to cause the New Notes to be secured by a first lien pledge by TCEH and TCEH Finance of the Collateral; and

*Qualification of the New Notes*

RESOLVED FURTHER, that it is advisable and in the best interest of the entire TCEH enterprise that the New Notes be exempted, qualified or registered for sale in various states; that each of the Authorized Representatives be, and each of them hereby is, authorized to determine the states in which appropriate action shall be taken to qualify or register for sale all or such part of the New Notes as any of said Authorized Representatives may deem advisable; that each of said Authorized Representatives is hereby authorized to perform, in the name and on behalf of TCEH and TCEH Finance, any and all such acts as they may deem necessary or advisable in order to comply with the applicable laws of any such states, and in connection therewith to execute and file all requisite papers and documents, including, but not limited to, applications, reports, surety bonds, irrevocable consents and appointments of attorneys for service of process; that any resolutions required by any state securities law authority or administrator in connection with any such registration, qualification or exemption be deemed to be adopted by the Board as if fully set forth herein; and the execution by such officers of any such paper or document or the doing by any of them of any act in connection with the foregoing matters shall conclusively establish their authority therefor from TCEH and TCEH Finance and the approval and ratification by TCEH and TCEH Finance of the papers and documents so executed and the action so taken; and

*Financial Industry Regulatory Authority*

RESOLVED FURTHER, that in connection with the Proposed Offering, the Authorized Representatives be, and each of them hereby is, directed and authorized to comply with or fulfill any requirement of the Financial Industry Regulatory Authority (the "FINRA") applicable to the Proposed Offering, including, without limitation, the filing of all necessary forms, and the Authorized Representatives, and each of them, are further authorized to make such changes in, amend or take any further action with respect to, any documents or agreements previously filed or entered into with the FINRA as may, in the judgment of the Authorized Representatives or any of them, be necessary, appropriate or required to conform with FINRA requirements or to otherwise effectuate the purposes of this resolution; and

Confidential                                                                                                    EFH00056874

*Depository Trust Company*

RESOLVED FURTHER, that in connection with the Proposed Offering, the Authorized Representatives be, and each of them hereby is, authorized, in the name and on behalf of TCEH and TCEH Finance, to prepare or cause to be prepared, and to execute and deliver all such agreements, letters of representation, documents, instruments and certificates, including Notes Certificates in the form of global notes as the Authorized Representatives or any of them may deem necessary, appropriate or required in order to permit the New Notes to be held in book-entry form through The Depository Trust Company and its nominee, Cede & Co., and the Authorized Representatives be, and each of them hereby is, authorized to take any further action and execute any further agreements, letters of representation, documents, instruments and certificates, as may, in the judgment of the Authorized Representatives or any of them, be necessary, appropriate or required to effectuate the purposes of this resolution; and

*Use of Proceeds*

RESOLVED FURTHER, that, subject to the closing of the Proposed Offering, the Authorized Representatives be, and each of them hereby is, authorized, in the name and on behalf of TCEH and TCEH Finance, to direct the use of the net proceeds of the Proposed Offering to prepay or repay loans under the Credit Agreement, to pay fees and expenses related thereto and related to the Consent Solicitation (if applicable), and for any other permitted use described in the Offering Memorandum; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized and directed, in the name and on behalf of TCEH and TCEH Finance, to take all other actions as in their judgment shall be necessary, proper or advisable to effectuate the payment of amounts to be paid pursuant to the Purchase Agreement and in connection with the transactions contemplated by the Offering Memorandum and the application of the other net proceeds of the Proposed Offering, if any, including, without limitation, the delivery of any certifications or notices and the transfer of all or a portion of the net proceeds received by TCEH and TCEH Finance in the Proposed Offering in connection therewith; and

*New Notes Exchange Offer*

RESOLVED FURTHER, that pursuant to the New Notes Registration Rights Agreement (in the event that the Pricing Committee determines that TCEH and TCEH Finance shall enter into the New Notes Registration Rights Agreement), the Authorized Representatives be, and each of them hereby is, authorized and directed, in the name and on behalf of TCEH, TCEH Finance and EFCH, to participate in the preparation of, and to execute and file, if required and as contemplated in the Offering Memorandum, with the Commission, a registration statement under the Securities Act (the "New Notes Exchange Offer Registration Statement") pursuant to which TCEH and TCEH Finance offer to exchange the New Notes for the New Notes Exchange Notes that are registered under the Securities Act and otherwise have terms substantially identical to the New Notes (except for the provisions relating to the transfer restrictions and payment of additional interest) and with guarantees substantially identical to the Guarantees (each, a "New Notes Exchange Notes Guarantee"), and to issue the New Notes Exchange Notes Guarantees and to execute and file such prospectuses, amendments, supplements, and such schedules and exhibits as they may deem necessary or desirable in connection therewith and to obtain and maintain the effectiveness of such New Notes Exchange Offer Registration Statement, all as required under the Purchase Agreement and the New Notes Registration Rights Agreement; and

RESOLVED FURTHER, that if required pursuant to the New Notes Registration Rights Agreement, the Authorized Representatives be, and each of them hereby is, authorized, in the name and on behalf of TCEH, TCEH Finance and EFCH, to execute and cause to be filed with the Commission when required under the New Notes Registration Rights Agreement a resale registration statement (the "New Notes Resale Registration Statement" and, together with the New Notes Exchange Offer Registration Statement, the "New Notes Registration Statements") under the Securities Act pursuant to which holders of the New Notes offer to resell their New Notes and to execute and file such prospectuses, amendments, supplements, and such schedules and exhibits as they may deem necessary or desirable in connection therewith and to obtain and maintain the effectiveness of the New Notes Resale Registration Statement, all as required under the Purchase Agreement and the New Notes Registration Rights Agreement; and

Confidential EFH00056875

RESOLVED FURTHER, that the offer and/or issuance of any such New Notes Exchange Notes or New Notes Exchange Notes Guarantees in connection with such New Notes Exchange Offer Registration Statement or such New Notes Exchange Notes or New Notes Exchange Notes Guarantees pursuant to such New Notes Resale Registration Statement is hereby authorized and approved, and each Authorized Representative is hereby authorized to do all other things and execute any and all other documents necessary or advisable in connection therewith; and

RESOLVED FURTHER, that each officer and director who may be required to execute any New Notes Registration Statement or any amendment thereof (whether on behalf of TCEH, TCEH Finance or EFCH, or as an officer or director thereof) is hereby authorized to constitute and appoint each Authorized Representative, as such person's true and lawful attorney-in-fact and agent, with full power of substitution and resubstitution, for such person and in such person's name, place, and stead, in any and all capacities, to sign such New Notes Registration Statement as well as any and all amendments to such New Notes Registration Statement, to file the same, with all exhibits thereof, and other documents in connection therewith with the Commission, and to execute and deliver all documents, instruments, agreements and regulatory or government filings with the Commission and any applicable State authority, granting unto said attorney-in-fact and agent full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully and to all intents and purposes as such person might or could do in person, hereby ratifying and confirming all that said attorney-in-fact and agent or their substitutes may lawfully do or cause to be done by virtue thereof; and

RESOLVED FURTHER, that each of the Authorized Representatives acting independently is authorized to designate and appoint an agent for service of process of TCEH, TCEH Finance and EFCH by the Commission and any State authority in any jurisdiction where the New Notes or New Notes Exchange Notes are to be offered or sold; and

*Second Lien Notes Exchange Offer*

RESOLVED FURTHER, that pursuant to the Second Lien Notes Registration Rights Agreement, the Authorized Representatives be, and each of them hereby is, authorized and directed, in the name and on behalf of EFCH, to participate in the preparation of, and to execute and file, if required, with the Commission, a registration statement under the Securities Act (the "Second Lien Notes Exchange Offer Registration Statement") pursuant to which the Second Lien Notes will be offered to be exchanged for the Second Lien Notes Exchange Notes that are registered under the Securities Act and otherwise have terms substantially identical to the Second Lien Notes (except for the provisions relating to the transfer restrictions and payment of additional interest) and with guarantees substantially identical to the Guarantees (each, a "Second Lien Notes Exchange Notes Guarantee"), and to issue the Second Lien Notes Exchange Notes Guarantees and to execute and file such prospectuses, amendments, supplements, and such schedules and exhibits as they may deem necessary or desirable in connection therewith and to obtain and maintain the effectiveness of such Second Lien Notes Exchange Offer Registration Statement, all as required under the Dealer Manager Agreement and the Second Lien Notes Registration Rights Agreement; and

RESOLVED FURTHER, that if required pursuant to the Second Lien Notes Registration Rights Agreement, the Authorized Representatives be, and each of them hereby is, authorized, in the name and on behalf of EFCH, to execute and cause to be filed with the Commission when required under the Second Lien Notes Registration Rights Agreement a resale registration statement (the "Second Lien Notes Resale Registration Statement" and, together with the Second Lien Notes Exchange Offer Registration Statement, the "Second Lien Notes Registration Statements") under the Securities Act pursuant to which holders of the Second Lien Notes offer to resell their Second Lien Notes and to execute and file such prospectuses, amendments, supplements, and such schedules and exhibits as they may deem necessary or desirable in connection therewith and to obtain and maintain the effectiveness of the Second Lien Notes Resale Registration Statement, all as required under the Dealer Manager Agreement and the Second Lien Notes Registration Rights Agreement; and

RESOLVED FURTHER, that the offer and/or issuance of any such Second Lien Notes Exchange Notes or Second Lien Notes Exchange Notes Guarantees in connection with such Second Lien Notes Exchange

Confidential                                                                                                                              EFH00056876

Offer Registration Statement or such Second Lien Notes Exchange Notes or Second Lien Notes Exchange Notes Guarantees pursuant to such Second Lien Notes Resale Registration Statement is hereby authorized and approved, and each Authorized Representative is hereby authorized to do all other things and execute any and all other documents necessary or advisable in connection therewith; and

RESOLVED FURTHER, that each officer and director who may be required to execute any Second Lien Notes Registration Statement or any amendment thereof (whether on behalf of EFCH or as an officer or director thereof) is hereby authorized to constitute and appoint each Authorized Representative, as such person's true and lawful attorney-in-fact and agent, with full power of substitution and resubstitution, for such person and in such person's name, place, and stead, in any and all capacities, to sign such Second Lien Notes Registration Statement as well as any and all amendments to such Second Lien Notes Registration Statement, to file the same, with all exhibits thereof, and other documents in connection therewith with the Commission, and to execute and deliver all documents, instruments, agreements and regulatory or government filings with the Commission and any applicable State authority, granting unto said attorney-in-fact and agent full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully and to all intents and purposes as such person might or could do in person, hereby ratifying and confirming all that said attorney-in-fact and agent or their substitutes may lawfully do or cause to be done by virtue thereof; and

RESOLVED FURTHER, that each of the Authorized Representatives acting independently is authorized to designate and appoint an agent for service of process of EFCH by the Commission and any State authority in any jurisdiction where the Second Lien Notes or Second Lien Notes Exchange Notes are to be offered or sold; and

*General Resolutions*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized, in the name and on behalf of EFH Corp., TCEH, TCEH Finance and EFCH, to certify such other resolutions as may be required to complete the Transactions, or otherwise in connection with matters encompassed by the foregoing resolutions, upon such terms as any Authorized Representative may, after consulting with counsel, deem fit, and such resolutions are hereby adopted; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized and directed, in the name and on behalf of EFH Corp., EFCH, TCEH and TCEH Finance, to pay all proper fees and expenses, including, but not limited to, attorney's fees, bank fees and the fees of the Information and Tabulation Agent, the Administrative Agent, the Trustee and the Initial Purchasers, arising in connection with the Transactions, or otherwise in connection with matters encompassed by the foregoing resolutions; and

RESOLVED FURTHER, that all actions heretofore taken by any director or officer of EFH Corp., TCEH, TCEH Finance or EFCH in connection with any matters referred to in the foregoing resolutions are hereby approved, ratified and confirmed in all respects; and

RESOLVED FURTHER, that each of the TCEH Board, the TCEH Finance Board, the EFCH Board and the EFH Corp. Board hereby authorizes the preparation and filing of all necessary filings with the Commission in relation to the transactions contemplated by the Credit Agreement Amendment, Consent Solicitation, Consent Solicitation Supplemental Indenture, Amendment No. 1 and the Proposed Offering or otherwise in connection with matters encompassed by the foregoing resolutions; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized and directed to do and perform, or cause to be done and performed, all such acts, deeds and things and to make, execute and deliver, or cause to be made, executed and delivered, all such agreements, undertakings, documents, instruments or certificates, in the name and on behalf of EFH Corp., TCEH, TCEH Finance and EFCH, as any Authorized Representative may deem necessary or appropriate to effectuate or carry out fully the purpose and intent of the foregoing resolutions and any of the transactions contemplated hereby, with the execution of any such document or the taking of any such action conclusively evidencing such approval.

Keglevic provided an update on the request from Aurelius for excess cash flow calculations.

Confidential                                                                                                                                                                  EFH00056877

Young then reported briefly on information available to date about the Fukushima Daiichi Nuclear Power Plant following the recent earthquake and tsunami in Japan. David Campbell and Rafael Flores provided an update based on information they had received from NEI, including the status of control equipment, fuel tanks, cooling systems and radiation levels, and reviewed background materials distributed in advance of the meeting.

There being no further business to come before the meeting, it was adjourned at 2:15 p.m.

*[signature]*
Secretary