# Exhibit P

# UNANIMOUS WRITTEN CONSENT

## EXECUTIVE COMMITTEE OF THE BOARD OF DIRECTORS OF ENERGY FUTURE HOLDINGS CORP.

## BOARD OF MANAGERS OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC

## BOARD OF DIRECTORS OF EFIH FINANCE INC.

## AUGUST 6, 2012

The undersigned, being all of the members of (i) the Executive Committee (the "EFH Corp. Committee") of the Board of Directors (the "EFH Corp. Board") of Energy Future Holdings Corp., a Texas corporation ("EFH Corp."), (ii) the Board of Managers (the "EFIH Board") of Energy Future Intermediate Holding Company LLC, a Delaware limited liability company ("EFIH"), and (iii) the Board of Directors (the "EFIH Finance Board") of EFIH Finance Inc., a Delaware corporation ("EFIH Finance"), hereby take the following action and adopt the following resolutions without a meeting, in the case of the EFIH Board, pursuant to Section 404(d) of the Delaware Limited Liability Company Act, in the case of the EFIH Finance Board, pursuant to Section 141(f) of the Delaware General Corporation Law, and, in the case of EFH Corp., pursuant to Section 6.201 of the Texas Business Organizations Code, to have the same force and effect if taken and adopted at a meeting of such body:

WHEREAS, on August 17, 2010, EFIH and EFIH Finance completed an offering of $2,180,000,000 aggregate principal amount of their 10.000% Senior Secured Notes due 2020 (the "Existing First Lien Notes") pursuant to a private placement exempt from registration under the Securities Act of 1933, as amended (the "Securities Act"); and

WHEREAS, on February 6, 2012, EFIH and EFIH Finance completed an offering of $800,000,000 aggregate principal amount of their 11.750% Senior Secured Second Lien Notes due 2022 (the "February 6, 2012 Second Lien Notes") pursuant to a private placement exempt from registration under the Securities Act; and

WHEREAS, on February 28, 2012, EFIH and EFIH Finance completed an offering of an additional $350,000,000 aggregate principal amount of their 11.750% Senior Secured Second Lien Notes due 2022 (together with the February 6, 2012 Second Lien Notes, the "Existing Second Lien Notes") pursuant to a private placement exempt from registration under the Securities Act; and

WHEREAS, each of the EFIH Board and the EFIH Finance Board has determined that it is desirable and in the best interests of the entire EFIH enterprise, including but not limited to EFIH and its sole member EFH Corp., that EFIH and EFIH Finance engage in a proposed issuance (the "Proposed Offering") of senior secured first lien notes (which may be fungible with the Existing First Lien Notes, the "New First Lien Notes") and senior secured second lien notes (which may be fungible with the Existing Second Lien Notes, the "New Second Lien Notes" and, together with the New First Lien Notes, the "Notes") in an aggregate principal amount (and the allocation of the Proposed Offering between New First Lien Notes and New Second Lien Notes) to be determined by the Pricing Committee (as defined below) pursuant to a private placement that is exempt from registration under the Securities Act; and

WHEREAS, if it is determined to be advisable by the Authorized Representatives (as defined below), a portion of the net proceeds from the Proposed Offering will be deposited in an escrow account (the "Escrow Account") to be held pursuant to the terms of an escrow agreement (the "Escrow Agreement") with an institution chosen by the Authorized Representatives to serve as escrow agent (the "Escrow Agent"), which Escrow Account may be subject to a pledge in favor of Texas Competitive Electric Holdings Company LLC ("TCEH") or any other party or parties approved by the Pricing Committee; and

101218581.1

WHEREAS, from time to time at the discretion of the Distribution Committee (as defined below), subject to the limit set forth below, EFIH may distribute any amount of the net proceeds of the Proposed Offering (the amount of such net proceeds, including any such proceeds that may be deposited into the Escrow Account, the "Maximum Distribution Amount") to EFH Corp. (the "Distribution(s)"); and

WHEREAS, the EFIH Board is aware of the limitation on distributions imposed by Section 607(a) of the Delaware Limited Liability Company Act that prohibits a limited liability company from making a distribution to a member to the extent that at the time of the distribution, after giving effect to the distribution, the liabilities of the limited liability company exceed the fair value of the assets of the limited liability company (the "LLC Act Distribution Limitation"); and

WHEREAS, the EFH Corp. Committee has determined that it is desirable and in the best interests of the entire EFH Corp. enterprise that EFIH and EFIH Finance engage in the Proposed Offering pursuant to a private placement that is exempt from registration under the Securities Act; and

WHEREAS, the New First Lien Notes will be secured by a first lien pledge by EFIH of all of the equity interests and other investments EFIH owns or holds in Oncor Electric Delivery Holdings Company LLC (the "Collateral") pursuant to (i) the Pledge Agreement, dated as of November 16, 2009, whereby the Collateral has been pledged in favor of The Bank of New York Mellon Trust Company, N.A., as Collateral Trustee, and (ii) the Collateral Trust Agreement, dated as of November 16, 2009 (the "Collateral Trust Agreement"), among EFIH, as Grantor, The Bank of New York Mellon Trust Company, N.A., as Collateral Trustee and Trustee, and the other Secured Debt Representatives from time to time party thereto (the "Collateral Trust Agreement"); and

WHEREAS, the New Second Lien Notes will be secured by a second lien pledge by EFIH of the Collateral pursuant to (i) the Junior Lien Pledge Agreement, dated as of April 25, 2011, whereby the Collateral has been pledged in favor of The Bank of New York Mellon Trust Company, N.A., as Collateral Trustee, and (ii) the Collateral Trust Agreement; and

WHEREAS, each of Thomas D. Ferguson, a member of the EFIH Board, Kenneth Pontarelli, a member of the EFH Corp. Committee and the EFIH Board, and Scott Lebovitz, a member of the EFH Corp. Board, is an employee of Goldman, Sachs & Co. and/or its affiliates, and Goldman, Sachs & Co. or one of its affiliates may be a party to some or all of the transactions contemplated by these resolutions; and

WHEREAS, each member of the EFIH Board, other than Mr. Ferguson and Mr. Pontarelli, and each member of the EFH Corp. Committee, other than Mr. Pontarelli, has acknowledged that the material facts as to the relationship or interests of Mr. Ferguson, Mr. Pontarelli and Mr. Lebovitz, respectively, with Goldman, Sachs & Co. and/or its affiliates and as to the transactions contemplated by these resolutions have been disclosed to them or are otherwise known to them; and

WHEREAS, each of Jonathan D. Smidt, a member of the EFH Corp. Board and the EFH Corp. Committee, and Marc S. Lipschultz and Brandon A. Freiman, members of the EFH Corp. Board, is an employee of Kohlberg Kravis Roberts & Co. and /or its affiliates, and Kohlberg Kravis Roberts & Co. or one of its affiliates may be a party to some or all of the transactions contemplated by these resolutions; and

WHEREAS, each member of the EFIH Board and the EFIH Finance Board, and each member of the EFH Corp. Committee, other than Mr. Smidt, has acknowledged that the material facts as to the relationship or interests of Mr. Freiman, Mr. Lipschultz and Mr. Smidt, respectively, with Kohlberg Kravis Roberts & Co. and/or its affiliates and as to the transactions contemplated by these resolutions have been disclosed to them or are otherwise known to them; and

WHEREAS, each of Michael MacDougall, a member of the EFH Corp. Board and the EFH Corp. Committee, Jeffrey Liaw, a member of the EFIH Board and the EFH Corp. Board, and David Bonderman, a member of

2

Confidential

the EFH Corp. Board, is an employee of TPG Capital, L.P. and/or its affiliates, and TPG Capital, L.P. or one of its affiliates may be a party to some or all of the transactions contemplated by these resolutions; and

WHEREAS, each member of the EFIH Board, other than Mr. Liaw, each member of the EFIH Finance Board, and each member of the EFH Corp. Committee, other than Mr. MacDougall, has acknowledged that the material facts as to the relationship or interests of Mr. MacDougall, Mr. Bonderman and Mr. Liaw, respectively, with TPG Capital, L.P. and/or its affiliates and as to the transactions contemplated by these resolutions have been disclosed to them or are otherwise known to them.

NOW THEREFORE, BE IT HEREBY

*Proposed Offering*

RESOLVED, that the Proposed Offering and the performance by each of EFH Corp., EFIH and EFIH Finance of all of its respective obligations pursuant thereto be, and they hereby are, authorized and approved; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to take all such actions as they may deem appropriate to prepare EFH Corp., EFIH and EFIH Finance to effect the Proposed Offering; and

RESOLVED FURTHER, that EFIH and EFIH Finance are authorized to offer and sell the Notes, with the specific aggregate principal amounts, maturity dates, pricing terms, including the prices at which the Notes will be sold to the Initial Purchasers, and coupon rates to be determined by the Pricing Committee, pursuant to the terms and conditions of one or more purchase agreements (collectively, the "Purchase Agreement") to be entered into by and among EFH Corp., EFIH, EFIH Finance and the representatives of the initial purchasers named therein (the "Initial Purchasers"); and

RESOLVED FURTHER, that EFIH and EFIH Finance are authorized to offer and sell the Notes to the Initial Purchasers, and the Initial Purchasers will offer and sell the Notes to (A) persons in offshore transactions in reliance on Regulation S under the Securities Act, (B) "qualified institutional buyers" (as defined in Rule 144A under the Securities Act) in reliance on the exemption from registration provided by Rule 144A under the Securities Act and/or (C) "institutional accredited investors" in reliance on the exemption from registration provided by Regulation D under the Securities Act; and

*Pricing Committee*

RESOLVED FURTHER, that each of the EFH Corp. Committee, the EFIH Board and the EFIH Finance Board hereby confirms and ratifies the appointment of John F. Young to serve as the member of a special committee of each of the EFH Corp. Committee, the EFIH Board and the EFIH Finance Board to be called the Pricing Committee (the "Pricing Committee") to approve the actions of management in connection with the Proposed Offering (to the extent such actions have not been authorized by these resolutions), and each of the EFH Corp. Committee, the EFIH Board and the EFIH Finance Board hereby confirms and ratifies the actions of the Pricing Committee through and including the date hereof, including the authorization of such related documents as may be or may have been necessary or appropriate to prepare for the Proposed Offering; and

RESOLVED FURTHER, that, except as prohibited by applicable law, the full authority of each of the EFH Corp. Committee, the EFIH Board and the EFIH Finance Board with respect to any documents or actions required to effectuate the Proposed Offering be, and it hereby is, delegated to the Pricing Committee; and

RESOLVED FURTHER, that the Pricing Committee be, and it hereby is, authorized and shall have full power and authority to, among other things, approve and determine (i) whether or not to proceed with the Proposed Offering, (ii) the aggregate principal amount (including the allocation of the Proposed Offering between New First Lien Notes and New Second Lien Notes), maturity dates, pricing terms, including the

Confidential

prices at which the Notes will be sold to the Initial Purchasers, and coupon rates, each based upon market conditions and negotiations with the Initial Purchasers, and the forms, terms and provisions of the Notes Certificates (as defined below), (iii) the form, terms, conditions precedent and provisions of the Purchase Agreement, (iv) the form, terms and provisions of one or more indentures, supplements to an existing indenture and/or officers' certificates delivered pursuant to an existing indenture (collectively, the "Indentures") to give effect to the issuance of the Notes, (v) the form, terms, and provisions of one or more registration rights agreements, or amendment or joinder to an existing registration rights agreement, to be entered into by and among EFIH, EFIH Finance and the Initial Purchasers (collectively, the "Registration Rights Agreement"), including the terms and conditions of the exchange offer or offers contemplated by the Purchase Agreement and the Registration Rights Agreement (collectively, the "Exchange Offer"), (vi) the marketing, method or plan of distribution for sale of the Notes to be sold in the Proposed Offering, (vii) the entity to act as trustee under the Indentures and as registrar and paying agent with respect to the Notes, (viii) any change to the terms and conditions of the Proposed Offering, and (ix) any other matter specifically delegated to the Pricing Committee by the EFH Corp. Committee, the EFIH Board or the EFIH Finance Board, such approval to be conclusively evidenced by the Pricing Committee's approval of the Offering Memorandum (as defined below); and

RESOLVED FURTHER, that in addition to the foregoing powers and authority, the Pricing Committee be, and hereby is, authorized and empowered to the fullest extent provided by applicable law to act on behalf of and in the stead of each of the EFH Corp. Committee, the EFIH Board and the EFIH Finance Board in connection with the issuance and sale of the Notes and the Proposed Offering and the Exchange Offer, at any time and from time to time; and

*Authorized Representatives*

RESOLVED FURTHER, that each of John F. Young, Paul M. Keglevic, Anthony R. Horton and Jeffrey J. Walker in his or her capacity as an officer of EFH Corp., EFIH or EFIH Finance, or otherwise as an authorized representative of EFH Corp., EFIH or EFIH Finance (each, an "Authorized Representative" and, collectively, the "Authorized Representatives") is hereby authorized and directed, in the name and on behalf of EFH Corp., EFIH or EFIH Finance, as applicable, either personally or by attorney, to file, execute, verify, attest, acknowledge and deliver, under seal of EFH Corp., EFIH, EFIH Finance or otherwise, any and all notices, certificates, instruments, documents and agreements in connection with the Proposed Offering, and to do any and all such acts or things as they or any of them may deem necessary or advisable to carry out the intent and purpose of the resolutions adopted herein in connection with the Proposed Offering; and

RESOLVED FURTHER, that the signatures of the Authorized Representatives may be the facsimile signatures of the present or any future authorized representatives and may be imprinted or otherwise reproduced thereon, and EFH Corp., EFIH and EFIH Finance hereby adopt each such facsimile signature as binding upon it, and in case any officer, transfer agent or registrar who has signed or whose facsimile signature has been placed upon a certificate shall have ceased to be such officer, transfer agent or registrar before such certificate is issued, such certificate may be issued by EFH Corp., EFIH or EFIH Finance with the same effect as if that person were such officer, transfer agent or registrar at the date of issue; and

RESOLVED FURTHER, that to the extent these resolutions require the Authorized Representatives to take action, any single Authorized Representative may act individually, or two or more Authorized Representatives may act by written consent together to authorize any action that could be taken by all; and

*Offering Memorandum*

RESOLVED FURTHER, that the forms, terms and provisions of the preliminary offering memorandum for the Proposed Offering (as amended or supplemented, the "Preliminary Offering Memorandum") describing the material terms and conditions governing the Notes, with such additional changes or deletions as may be approved by an Authorized Representative are hereby adopted and approved in all respects; and

4

EFH00056312

RESOLVED FURTHER, that the Authorized Representatives or any of them acting together or independently, and those other employees of EFIH or EFIH Finance as any of them shall designate are authorized and directed, in the name and on behalf of EFIH and EFIH Finance, to finalize and distribute the Preliminary Offering Memorandum and to prepare and distribute a final offering memorandum and any supplements (including, without limitation, any term sheets and pricing supplements relating to the Proposed Offering) or amendments thereto as any of them deems appropriate relating to the Proposed Offering (the final offering memorandum as so amended and supplemented, the "Offering Memorandum"); and

*Purchase Agreement*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to appoint, on behalf of EFIH and EFIH Finance, the entities to serve as Initial Purchasers; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of EFH Corp., EFIH and EFIH Finance, the Purchase Agreement in the form approved by the Pricing Committee with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Purchase Agreement by any Authorized Representative; and

*Registration Rights Agreement*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of EFIH and EFIH Finance, the Registration Rights Agreement in the form approved by the Pricing Committee with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Registration Rights Agreement by any Authorized Representative; and

*Indentures*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to negotiate, execute and deliver, in the name and on behalf of EFIH and EFIH Finance, the Indentures in the form approved by the Pricing Committee with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Indentures by any Authorized Representative; and

*Trustee*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized and empowered to execute and deliver all documents and certificates necessary, appropriate or advisable to evidence the appointment of an entity to act as trustee under the Indentures (the "Trustee"), and as registrar and paying agent with respect to the Notes; and

RESOLVED FURTHER, that the form of any and all resolutions required by the Trustee, which in the judgment of the Authorized Representatives or any of them are necessary or advisable, are hereby adopted and incorporated by reference herein; and the Secretary or any Assistant Secretary of EFIH and EFIH Finance is hereby directed to attach such resolutions or copies of such resolutions to these resolutions, which resolutions shall be deemed to be adopted by the EFIH Board, the EFIH Finance Board and the EFH Corp. Committee without any further action thereof; and

5

EFH00056313

*Notes Certificates*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of EFIH and EFIH Finance, the notes certificates representing the Notes (the "Notes Certificates"), in the forms approved by the Pricing Committee (including, without limitation, in the forms of global or certificated notes) with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Notes Certificates by any Authorized Representative; and the Authorized Representatives are, and each of them is, authorized and directed to cause the Trustee to authenticate and deliver the Notes Certificates against payment to EFIH, EFIH Finance or their designee therefor; and

*Designation of Notes under the Collateral Trust Agreement; Joinder of Trustee*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of EFIH, one or more Joinder Agreements (collectively, the "Joinder Agreement"), as contemplated by the Collateral Trust Agreement, in the forms approved by the Pricing Committee with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Joinder Agreement by any Authorized Representative; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of EFIH, one or more Designations of the Notes as "Additional Secured Debt" under the Collateral Trust Agreement (collectively, the "Designation"), in the forms approved by the Pricing Committee with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Designation by any Authorized Representative; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized to execute and deliver, in the name and on behalf of EFIH, any other documents or instruments required to be delivered by EFIH pursuant to or in connection with the Collateral Trust Agreement to evidence the pledge of the Collateral, including the filing or recording of financial statements and other filing or recording documents or instruments with respect to the Collateral, with such changes therein as the Authorized Representative executing the same may approve, such approval to be conclusively evidenced by the execution of the Indentures by any Authorized Representative, and to take all such other actions as they may deem appropriate (i) to cause the New First Lien Notes to be secured by a first lien pledge by EFIH of the Collateral and (ii) to cause the New Second Lien Notes to be secured by a second lien pledge by EFIH of the Collateral; and

RESOLVED FURTHER, that the Designation, the Joinder Agreement and any other documents or instruments required to be delivered by EFIH pursuant to or in connection with the Collateral Trust Agreement to evidence the pledge of Collateral and the performance by EFIH of all of its obligations pursuant thereto be, and they hereby are, authorized and approved; and

*Qualification of the Notes*

RESOLVED FURTHER, that it is advisable and in the best interest of the entire EFIH enterprise that the Notes be exempted, qualified or registered for sale in various states; that each of the Authorized Representatives be, and each of them hereby is, authorized to determine the states in which appropriate action shall be taken to qualify or register for sale all or such part of the Notes as any of said Authorized Representatives may deem advisable; that each of said Authorized Representatives is hereby authorized to perform, in the name and on behalf of EFIH and EFIH Finance, any and all such acts as they may deem necessary or advisable in order to comply with the applicable laws of any such states, and in connection therewith to execute and file all requisite papers and documents, including, but not limited to, applications,

6

EFH00056314

reports, surety bonds, irrevocable consents and appointments of attorneys for service of process; that any resolutions required by any state securities law authority or administrator in connection with any such registration, qualification or exemption be deemed to be adopted by each of the EFIH Committee, the EFIH Board, and the EFIH Finance Board as if fully set forth herein; and the execution by such officers of any such paper or document or the doing by any of them of any act in connection with the foregoing matters shall conclusively establish their authority therefor from EFIH and EFIH Finance and the approval and ratification by EFIH and EFIH Finance of the papers and documents so executed and the action so taken; and

### Financial Industry Regulatory Authority

RESOLVED FURTHER, that in connection with the Proposed Offering, the Authorized Representatives be, and each of them hereby is, directed and authorized to comply with or fulfill any requirement of the Financial Industry Regulatory Authority (the "FINRA") applicable to the Proposed Offering, including, without limitation, the filing of all necessary forms, and the Authorized Representatives, and each of them, are further authorized to make such changes in, amend or take any further action with respect to, any documents or agreements previously filed or entered into with the FINRA as may, in the judgment of the Authorized Representatives or any of them, be necessary, appropriate or required to conform with FINRA requirements or to otherwise effectuate the purposes of this resolution; and

### Depository Trust Company

RESOLVED FURTHER, that in connection with the Proposed Offering, the Authorized Representatives be, and each of them hereby is, authorized, in the name and on behalf of EFIH and EFIH Finance, to prepare or cause to be prepared, and to execute and deliver all such agreements, letters of representation, documents, instruments and certificates, including Notes Certificates in the form of global notes, as the Authorized Representatives or any of them may deem necessary, appropriate or required in order to permit the Notes to be held in book-entry form through The Depository Trust Company and its nominee, Cede & Co., and the Authorized Representatives be, and each of them hereby is, authorized to take any further action and execute any further agreements, letters of representation, documents, instruments and certificates, as may, in the judgment of the Authorized Representatives or any of them, be necessary, appropriate or required to effectuate the purposes of this resolution; and

### Escrow Agreement

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized, in the name and on behalf of EFH Corp., EFIH and/or EFIH Finance, to select the institution to serve as Escrow Agent under the Escrow Agreement; and

FURTHER RESOLVED, that the Authorized Representatives be, and each of them hereby is, authorized, in the name and on behalf of EFH Corp., EFIH and/or EFIH Finance, to negotiate, execute and deliver, and to perform or cause to be performed the obligations of EFH Corp., EFIH and/or EFIH Finance under, the Escrow Agreement, in such form and with such terms and provisions as the Authorized Representatives or any of them shall approve, such approval to be conclusively evidenced by the execution of the Escrow Agreement by any Authorized Representative; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of EHF Corp., EFIH and/or EFIH Finance, to take or cause to be taken all actions (including, without limitation, the engagement of any third-party and the payment of all fees and expenses) and to execute and deliver all such agreements, instruments, certificates, filings and other documents which any Authorized Representative approves as necessary or desirable in connection with the Escrow Agreement and/or the Escrow Account, including without limitation any agreements, instruments, certificates, filings and other documents necessary to grant a security interest in the Escrow Account in favor of TCEH or any other party or parties approved by the Pricing Committee, such

Confidential

EFH00056315

approval to be conclusively evidenced by the taking of any such action or the execution and delivery of any such agreement, instrument, certificate or other document by any Authorized Representative; and

*Use of Proceeds*

RESOLVED FURTHER, that, subject to the closing of the Proposed Offering, the Authorized Representatives be, and each of them hereby is, authorized, in the name and on behalf of EFIH and EFIH Finance, to direct the use of the net proceeds of the Proposed Offering for the purposes described in the Offering Memorandum; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized and directed, in the name and on behalf of EFIH and EFIH Finance, to take all other actions as in their judgment shall be necessary, proper or advisable to effectuate the payment of amounts to be paid pursuant to the Purchase Agreement and in connection with the transactions contemplated by the Offering Memorandum and the application of the other net proceeds of the Proposed Offering, if any, including, without limitation, the delivery of any certifications or notices and the transfer of all or a portion of the net proceeds received by EFIH and EFIH Finance in the Proposed Offering in connection therewith; and

*Distribution*

RESOLVED FURTHER, that, subject to the subsequent determination of the Distribution Committee (as defined below) that the applicable Distribution complies with the LLC Act Distribution Limitation, the Distribution(s) be, and they hereby are, authorized and approved; and

RESOLVED FURTHER, that the EFIH Board hereby confirms and ratifies the appointment of Paul M. Keglevic to serve as the member of a special committee of the EFIH Board to be called the Distribution Committee (the "Distribution Committee"), to, with respect to any Distribution proposed in connection with the Proposed Offering, (a) determine whether such Distribution complies with the LLC Act Distribution Limitation and (b) if such Distribution complies with the LLC Act Distribution Limitation: (i) approve such Distribution in an amount not to exceed the Maximum Distribution Amount and (ii) take any further actions as shall be deemed necessary or appropriate in connection with such Distribution; and

RESOLVED FURTHER, that the Distribution Committee be, and hereby is, authorized and empowered to the fullest extent provided by applicable law to act on behalf of and in the stead of the EFIH Board in connection with the Distribution, at any time and from time to time; and

*Exchange Offer*

RESOLVED FURTHER, that pursuant to the Registration Rights Agreement, the Authorized Representatives be, and each of them hereby is, authorized and directed, in the name and on behalf of EFIH and EFIH Finance, to participate in the preparation of, and to execute and file, if required and as contemplated in the Offering Memorandum, with the Securities and Exchange Commission (the "Commission"), one or more registration statements under the Securities Act (collectively, the "Exchange Offer Registration Statement") pursuant to which EFIH and EFIH Finance offer to exchange the Notes for notes (the "Exchange Notes") that are registered under the Securities Act and otherwise have terms substantially identical to the Notes (except for the provisions relating to the transfer restrictions and payment of additional interest) and to issue the Exchange Notes and to execute and file such prospectuses, amendments, supplements, and such schedules and exhibits as they may deem necessary or desirable in connection therewith and to obtain and maintain the effectiveness of such Exchange Offer Registration Statement, all as required under the Purchase Agreement and the Registration Rights Agreement; and

RESOLVED FURTHER, that if required pursuant to the Registration Rights Agreement, the Authorized Representatives be, and each of them hereby is, authorized, in the name and on behalf of EFIH and EFIH

8

Confidential

EFH00056316

Finance, to execute and cause to be filed with the Commission when required under the Registration Rights Agreement one or more shelf registration statements (collectively, the "Shelf Registration Statement") and one or more market making shelf registration statements (collectively, the "Market Making Shelf Registration Statement" and, together with the Exchange Offer Registration Statement and Shelf Registration Statement, the "Registration Statements") under the Securities Act pursuant to which holders of the Notes offer to resell their Notes and to execute and file such prospectuses, amendments, supplements, and such schedules and exhibits as they may deem necessary or desirable in connection therewith and to obtain and maintain the effectiveness of the Shelf Registration Statement and Market Making Shelf Registration Statement, all as required under the Purchase Agreement and the Registration Rights Agreement; and

RESOLVED FURTHER, that the offer and/or issuance of any such Exchange Notes in connection with such Exchange Offer Registration Statement or such Exchange Notes pursuant to such Shelf Registration Statement or Market Making Shelf Registration Statement is hereby authorized and approved, and each Authorized Representative is hereby authorized to do all other things and execute any and all other documents necessary or advisable in connection therewith; and

RESOLVED FURTHER, that each officer and director who may be required to execute any Registration Statement or any amendment thereof (whether on behalf of EFIH or EFIH Finance, or as an officer or director thereof) is hereby authorized to constitute and appoint each Authorized Representative, as such person's true and lawful attorney-in-fact and agent, with full power of substitution and resubstitution, for such person and in such person's name, place, and stead, in any and all capacities, to sign such Registration Statement as well as any and all amendments to such Registration Statement, to file the same, with all exhibits thereof, and other documents in connection therewith with the Commission, and to execute and deliver all documents, instruments, agreements and regulatory or government filings with the Commission and any applicable State authority, granting unto said attorney-in-fact and agent full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully and to all intents and purposes as such person might or could do in person, hereby ratifying and confirming all that said attorney-in-fact and agent or their substitutes may lawfully do or cause to be done by virtue thereof; and

RESOLVED FURTHER, that each of the Authorized Representatives acting independently is authorized to designate and appoint an agent for service of process of EFIH and EFIH Finance by the Commission and any State authority in any jurisdiction where the Notes or Exchange Notes are to be offered or sold; and

*Listing on The New York Stock Exchange (the "NYSE")*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized, empowered and directed to determine whether it is advisable to list the Notes or some of them on the NYSE and, if it is determined to be advisable, to take, or cause to be taken, all actions necessary or advisable to effect the listing and trading of some or all of the Notes on the NYSE, including (1) the preparation, execution and filing of all necessary applications, documents, forms and agreements with the NYSE and the Commission; (2) the payment by EFIH and EFIH Finance of filing, listing or application fees, the preparation of temporary and permanent certificates for the Notes; and (3) the appearance of any such officer before NYSE officials; and

RESOLVED FURTHER, that, if any Notes are listed on the NYSE, the form of indemnity agreement required by the NYSE indemnifying the NYSE and others against loss resulting from reliance on the facsimile signatures of the Authorized Representatives on the certificates evidencing the Notes be, and it hereby is, authorized and approved, and that the Authorized Representatives be, and each of them hereby is, authorized, empowered and directed to execute and deliver such indemnity agreement; and

Confidential

EFH00056317

RESOLVED FURTHER, that, if any Notes are listed on the NYSE, the Authorized Representatives be, and each of them hereby is, authorized, empowered and directed to file a Registration Statement on Form 8-A with the Commission to register the Notes for the NYSE pursuant to Section 12(b) of the Exchange Act; and

*General Resolutions*

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized, in the name and on behalf of EFH Corp., EFIH and EFIH Finance, to certify such other resolutions as may be required to complete the Proposed Offering, or otherwise in connection with matters encompassed by the foregoing resolutions, upon such terms as any Authorized Representative may, after consulting with counsel, deem fit, and such resolutions are hereby adopted; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized and directed, in the name and on behalf of EFH Corp., EFIH and EFIH Finance, to pay all proper fees and expenses, including, but not limited to, attorney's fees and the fees of the Trustee and the Initial Purchasers arising in connection with the Proposed Offering, or otherwise in connection with matters encompassed by the foregoing resolutions; and

RESOLVED FURTHER, that all actions heretofore taken by any director or officer of EFH Corp., EFIH or EFIH Finance in connection with any matters referred to in the foregoing resolutions are hereby approved, ratified and confirmed in all respects; and

RESOLVED FURTHER, that each of the EFIH Board, the EFIH Finance Board and the EFH Corp. Committee hereby authorizes the preparation and filing of all necessary filings with the Commission in relation to the transactions contemplated by the Proposed Offering or otherwise in connection with matters encompassed by the foregoing resolutions; and

RESOLVED FURTHER, that the Authorized Representatives be, and each of them hereby is, authorized and directed to do and perform, or cause to be done and performed, all such acts, deeds and things and to make, execute and deliver, or cause to be made, executed and delivered, all such agreements, undertakings, documents, instruments or certificates, in the name and on behalf of EFH Corp., EFIH and EFIH Finance, as any Authorized Representative may deem necessary or appropriate to effectuate or carry out fully the purpose and intent of the foregoing resolutions and any of the transactions contemplated hereby, with the execution of any such document or the taking of any such action conclusively evidencing such approval.

10

Execution of a counterpart of this Consent by all of the undersigned shall effect adoption of the above resolutions as of the date first written above.

_____
Donald L. Evans
Member of the Executive Committee of the Board of Directors of Energy Future Holdings Corp.

_____
Thomas D. Ferguson
Member of the Board of Managers of Energy Future Intermediate Holding Company LLC

_____
Paul M. Keglevic
Member of the Board of Managers of Energy Future Intermediate Holding Company LLC and the Board of Directors of EFIH Finance Inc.

[Signatures continue on the following page]

Confidential

Execution of a counterpart of this Consent by all of the undersigned shall effect adoption of the above resolutions as of the date first written above.

Donald L. Evans
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp.

Thomas D. Ferguson
Member of the Board of Managers of Energy
Future Intermediate Holding Company LLC

Paul M. Keglevic
Member of the Board of Managers of Energy
Future Intermediate Holding Company LLC
and the Board of Directors of EFIH Finance Inc.

[Signatures continue on the following page]

Confidential

EFH00056320

Execution of a counterpart of this Consent by all of the undersigned shall effect adoption of the above resolutions as of the date first written above.

_____
Donald L. Evans
Member of the Executive Committee of the Board of Directors of Energy Future Holdings Corp.


_____
Thomas D. Ferguson
Member of the Board of Managers of Energy Future Intermediate Holding Company LLC

_____
Paul M. Keglevic
Member of the Board of Managers of Energy Future Intermediate Holding Company LLC and the Board of Directors of EFIH Finance Inc.


[Signatures continue on the following page]

EFH00056321

Jeffrey Liaw
Member of the Board of Managers of Energy
Future Intermediate Holding Company LLC

Michael MacDougall
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp.

Kenneth Pontarelli
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp. and the Board of Managers of Energy
Future Intermediate Holding Company LLC

Jonathan D. Smidt
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp.

John F. Young
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp., the Board of Managers of Energy Future
Intermediate Holding Company LLC and the
Board of Directors of EFIH Finance Inc.

Kneeland Youngblood
Member of the Board of Managers of Energy
Future Intermediate Holding Company LLC
and the Board of Directors of EFIH Finance Inc.

EFH00056322

Jeffrey Liaw
Member of the Board of Managers of Energy
Future Intermediate Holding Company LLC

Michael MacDougall
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp.

Kenneth Pontarelli
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp. and the Board of Managers of Energy
Future Intermediate Holding Company LLC

Jonathan D. Smidt
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp.

John F. Young
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp., the Board of Managers of Energy Future
Intermediate Holding Company LLC and the
Board of Directors of EFIH Finance Inc.

Kneeland Youngblood
Member of the Board of Managers of Energy
Future Intermediate Holding Company LLC
and the Board of Directors of EFIH Finance Inc.

EFH00056323

_____

Jeffrey Liaw
Member of the Board of Managers of Energy
Future Intermediate Holding Company LLC


_____

Michael MacDougall
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp.


_____

Kenneth Pontarelli
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp. and the Board of Managers of Energy
Future Intermediate Holding Company LLC


_____

Jonathan D. Smidt
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp.


_____

John F. Young
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp., the Board of Managers of Energy Future
Intermediate Holding Company LLC and the
Board of Directors of EFIH Finance Inc.


_____

Kneeland Youngblood
Member of the Board of Managers of Energy
Future Intermediate Holding Company LLC
and the Board of Directors of EFIH Finance Inc.

EFH00056324

Jeffrey Liaw
Member of the Board of Managers of Energy
Future Intermediate Holding Company LLC

Michael MacDougall
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp.

Kenneth Pontarelli
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp. and the Board of Managers of Energy
Future Intermediate Holding Company LLC

Jonathan D. Smidt
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp.

John F. Young
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp., the Board of Managers of Energy Future
Intermediate Holding Company LLC and the
Board of Directors of EFIH Finance Inc.

Kneeland Youngblood
Member of the Board of Managers of Energy
Future Intermediate Holding Company LLC
and the Board of Directors of EFIH Finance Inc.

Confidential

_____

Jeffrey Liaw
Member of the Board of Managers of Energy
Future Intermediate Holding Company LLC

_____

Michael MacDougall
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp.

_____

Kenneth Pontarelli
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp. and the Board of Managers of Energy
Future Intermediate Holding Company LLC

_____

Jonathan D. Smidt
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp.

_____

John F. Young
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp., the Board of Managers of Energy Future
Intermediate Holding Company LLC and the
Board of Directors of EFIH Finance Inc.

_____

Kneeland Youngblood
Member of the Board of Managers of Energy
Future Intermediate Holding Company LLC
and the Board of Directors of EFIH Finance Inc.

EFH00056326

<br><br>

_____

Jeffrey Liaw
Member of the Board of Managers of Energy
Future Intermediate Holding Company LLC

<br><br>

_____

Michael MacDougall
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp.

<br><br>

_____

Kenneth Pontarelli
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp. and the Board of Managers of Energy
Future Intermediate Holding Company LLC

<br><br>

_____

Jonathan D. Smidt
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp.

<br><br>

_____

John F. Young
Member of the Executive Committee of the
Board of Directors of Energy Future Holdings
Corp., the Board of Managers of Energy Future
Intermediate Holding Company LLC and the
Board of Directors of EFIH Finance Inc.

<br><br>

_____

Kneeland Youngblood
Member of the Board of Managers of Energy
Future Intermediate Holding Company LLC
and the Board of Directors of EFIH Finance Inc.