# Exhibit Q

**Fees paid to Sponsors Through 9-30-2013**

### Financing Fees

| Year | Goldman | KKR | TPG | Total | Allocated Entity | Payor |
|---|---|---|---|---|---|---|
| 2009 | $ 705,454.75 | $ 264,224.87 | $ 256,529.00 | $ 1,226,208.62 | EFIH | EFIH |
| 2010 | 3,375,000.00 | | | 3,375,000.00 | EFH Corp | EFH Corp |
| 2010 | 6,999,769.96 | | | 6,999,769.96 | EFIH | EFIH |
| 2010 | 1,400,000.00 | | | 1,400,000.00 | TCEH | TCEH |
| 2011 | 26,767,330.54 | 5,000,000.00 | 5,000,000.00 | 36,767,330.54 | TCEH | TCEH |
| | $ 39,247,555.25 | $ 5,264,224.87 | $ 5,256,529.00 | $ 49,768,309.12 | | |
| 2012 | | | | | | |
| | $ 4,480,000.00 | $ 800,000.00 | $ 800,000.00 | $ 6,080,000.00 | EFIH | EFIH |
| | 2,082,500.00 | 371,875.00 | 371,875.00 | 2,826,250.00 | EFIH | EFIH |
| | 3,275,000.00 | 818,750.00 | 818,750.00 | 4,912,500.00 | EFIH | EFIH |
| | 884,499.00 | 221,124.75 | 221,124.75 | 1,326,748.50 | EFIH | EFIH |
| | $ 10,721,999.00 | $ 2,211,749.75 | $ 2,211,749.75 | $ 15,145,498.50 | | |
| 2013 Jan Exch. | $ 1,553,865.95 | $ - | $ - | $ 1,553,865.95 | EFIH | EFIH |
| **Total Financing Fees** | $ 51,523,420.20 | $ 7,475,974.62 | $ 7,468,278.75 | $ 66,467,673.57 | | |

### Monitoring Fees

| Year | Goldman | KKR | TPG | Total | Allocated Entity | Payor |
|---|---|---|---|---|---|---|
| 2007 | $ 2,170,507.00 | $ 2,894,199.00 | $ 2,894,199.00 | $ 7,958,905.00 | EFH Corp | EFH Corporate Services Company (TUS) |
| 2008 | 9,588,410.00 | 12,785,384.00 | 12,785,384.00 | 35,159,178.00 | EFH Corp | EFH Corporate Services Company (TUS) |
| 2009 | 9,780,178.33 | 13,041,091.25 | 13,041,091.25 | 35,862,360.83 | EFH Corp | Energy Future Holdings Corp |
| 2010 | 9,975,781.90 | 13,301,913.49 | 13,301,913.49 | 36,579,608.88 | TCEH | EFH Corporate Services Company (TUS) |
| 2011 | 10,175,297.55 | 13,567,951.78 | 13,567,951.76 | 37,311,201.09 | TCEH | EFH Corporate Services Company (TUS) |
| 2012 | 10,378,803.50 | 13,839,310.76 | 13,839,310.79 | 38,057,425.05 | TCEH | EFH Corporate Services Company (TUS) |
| 2013 (thru 9/30) | 7,903,838.43 | 10,539,141.00 | 10,539,141.30 | 28,982,120.73 | TCEH | EFH Corporate Services Company (TUS) |
| | $ 59,972,816.71 | $ 79,968,991.28 | $ 79,968,991.59 | $ 219,910,799.58 | | |

### $300M Buyout Fee

| Goldman | KKR | TPG | Lehman | | |
|---|---|---|---|---|---|
| $ 80,284,000.00 | $ 107,045,500.00 | $ 107,045,500.00 | $ 5,625,000.00 | EFH | Netted at Merger Closing |

EFH02964319