# Exhibit S

# Energy Future Holdings





# EFH Net Value

## February 8, 2013
## Confidential Draft for Discussion

*Attorney-Client Privileged and Confidential Communications Prepared in Anticipation of Litigation*

## Oncor Net Value

*Contains Attorney-Client Privileged and Confidential Information*

|   |                          | 1/31/13E | 4/30/13E |
|---|--------------------------|---------:|---------:|
| 1 | Oncor Enterprise Value   | 17,000   | 17,000   |
| 2 | Oncor Net Debt           | (6,650)  | (6,753)  |
| 3 | Gross Oncor Equity Value | 10,350   | 10,247   |
| 4 | Oncor Minority Interest  | (2,067)  | (2,046)  |
| 5 | Enterprise Value to EFH  | 8,283    | 8,201    |
| 6 | EFH Debt                 | (711)    | (707)    |
| 7 | EFIH Debt                | (7,537)  | (7,537)  |
| 8 | EFH/EFIH Debt            | (8,248)  | (8,245)  |
| 9 | Energy Plaza Debt        | 53       | 50       |
| 10 | Cash                    | 724      | 685      |
| 11 | **Net Equity Value to EFH** | **812** | **691** |

|                                       | EBITDA | Multiple |
|---------------------------------------|-------:|---------:|
| Oncor EV/Oncor 2012 EBITDA multiple   | 1,838  | 9.25x    |
| Oncor EV/Oncor 2013 EBITDA multiple   | 1,932  | 8.80x    |

# Oncor Debt Structure

*Contains Attorney-Client Privileged and Confidential Information*

|   |                          | Dec-12A | Jan-13E | Apr-13E |
|---|--------------------------|--------:|--------:|--------:|
| 1 | Long-term Debt           | 5,525   | 5,526   | 5,500   |
| 2 | Revolving Debt           | 735     | 796     | 955     |
| 3 | Securitization Bonds     | 436     | 436     | 409     |
| 4 | Cash & Cash Equivalents  | (45)    | (25)    | (25)    |
| 5 | Restricted Cash          | (72)    | (82)    | (86)    |
| 6 | Net Debt                 | 6,579   | 6,650   | 6,753   |

## EFH Debt Structure

Contains Attorney-Client Privileged and Confidential Information

|   |                                      | Dec-12A | Jan-13E | Apr-13E |
|---|--------------------------------------|---------|---------|---------|
| 1 | EFH 9.75% $115M Sr Notes due 2019    | 115     | 2       | 2       |
| 2 | EFH Sr. Secured Notes 10% due 2020   | 1,061   | 3       | 3       |
| 3 | EFH Cash Pay due 2017                | 64      | 33      | 33      |
| 4 | EFH PIK Toggle Notes due 2017        | 60      | 27      | 27      |
| 5 | EFH Legacy Notes due 2014/2024/2034  | 613     | 582     | 582     |
| 6 | Other EFH Debt / Capital Leases      | 10      | 10      | 10      |
| 7 | Energy Plaza Debt                    | 53      | 53      | 50      |
| 8 | Total Debt                           | 1,977   | 711     | 707     |
| 9 | Cash & Cash Equivalents              | (315)   | (307)   | (183)   |
| 10| Net Debt                             | 1,662   | 403     | 525     |

Highly Confidential                                                                 EFH-SP00101515

# EFIH Debt Structure

*Contains Attorney-Client Privileged and Confidential Information*

|   |                                                         | Dec-12A | Jan-13E | Apr-13E |
|---|---------------------------------------------------------|---------|---------|---------|
| 1 | EFIH 9.75% $141M Sr Notes due 10/15                     | 141     | 2       | 2       |
| 2 | EFIH Sr. Secured Notes 10% due 2020                     | 2,180   | 3,482   | 3,482   |
| 3 | EFIH 6.875% 1st Lien due 2017                           | 503     | 503     | 503     |
| 4 | EFIH 11.25%/12.25% Sr. Toggle; 11.25% Unsecured Notes   | 1,304   | 1,394   | 1,394   |
| 5 | EFIH 11.25% / 11.00% / 11.75% 2nd Lien Notes            | 2,156   | 2,156   | 2,156   |
| 6 | Total Debt                                              | 6,284   | 7,537   | 7,537   |
| 7 | Cash & Cash Equivalents                                 | (424)   | (417)   | (503)   |
| 8 | Restricted Cash                                         | (680)   | -       | -       |
| 9 | Net Debt                                                | 5,180   | 7,121   | 7,035   |

Highly Confidential
EFH-SP00101516

# Equity Structure
## At Various Levels of Enterprise Values

*Contains Attorney-Client Privileged and Confidential Information*

## Values as of 1/31/13

|   | EV of TCEH |      | Existing Shareholders |     | Post $2B by Sponsors |     |
|---|------------|------|------|-----|--------|-----|
| 1 | 12,500     |      |      |     |        |     |
| 2 |            | EFH  | 812  | 8%  | 2,812  | 27% |
| 3 |            | TCEH | 7,500 | 73% | 7,500 | 73% |
| 4 |            |      | 8,312 |     | 10,312 |     |
| 5 | 15,000     |      |      |     |        |     |
| 6 |            | EFH  | 812  | 8%  | 2,812  | 22% |
| 7 |            | TCEH | 10,000 | 92% | 10,000 | 78% |
| 8 |            |      | 10,812 |     | 12,812 |     |
| 9 | 17,000     |      |      |     |        |     |
| 10 |           | EFH  | 812  | 6%  | 2,812  | 19% |
| 11 |           | TCEH | 12,000 | 94% | 12,000 | 81% |
| 12 |           |      | 12,812 |     | 14,812 |     |

## Values as of 4/30/13

|   | EV of TCEH |      | Existing Shareholders |     | Post $2B by Sponsors |     |
|---|------------|------|------|-----|--------|-----|
| 1 | 12,500     |      |      |     |        |     |
| 2 |            | EFH  | 691  | 7%  | 2,691  | 26% |
| 3 |            | TCEH | 7,500 | 73% | 7,500 | 73% |
| 4 |            |      | 8,191 |     | 10,191 |     |
| 5 | 15,000     |      |      |     |        |     |
| 6 |            | EFH  | 691  | 6%  | 2,691  | 21% |
| 7 |            | TCEH | 10,000 | 94% | 10,000 | 79% |
| 8 |            |      | 10,691 |     | 12,691 |     |
| 9 | 17,000     |      |      |     |        |     |
| 10 |           | EFH  | 691  | 5%  | 2,691  | 18% |
| 11 |           | TCEH | 12,000 | 95% | 12,000 | 82% |
| 12 |           |      | 12,691 |     | 14,691 |     |