# Exhibit U

Filed by KKR & Co. L.P.
Pursuant to Rule 425 under the
Securities Act of 1933, as amended
Subject Company: KKR Private Equity Investors, L.P.
Registration No.: 333-144335

**KKR Private Equity Investors Reports its Financial Results for the First Quarter Ended March 31, 2009**

*NAV per Unit of $12.82 as of March 31, 2009*

Guernsey, Channel Islands, May 15, 2009 — KKR Private Equity Investors, L.P. (Euronext Amsterdam: KPE), a Guernsey limited partnership that is invested predominantly in private equity investments identified by Kohlberg Kravis Roberts & Co. ("KKR"), today reported its financial results for the quarter ended March 31, 2009. As of March 31, 2009, KPE's net asset value ("NAV") was $2,626.1 million, or $12.82 per unit.

George R. Roberts, Co-Founder of KKR and Co-Chairman of KPE's Managing Partner's Board of Directors, commented, "We believe that our performance during the first quarter is attributable in large part to our focus on operational improvement, cost reduction and efficiency initiatives, our progress in implementing appropriate capital structures for our portfolio companies, our adherence to procedures for monitoring our investments and our work in helping our companies adapt to the changing global regulatory environment."

Henry R. Kravis, Co-Founder of KKR and Co-Chairman of KPE's Managing Partner's Board of Directors, added, "We remain prudently on guard in terms of the operations of our portfolio companies given the environment. The work of our company management teams, private equity industry teams, KKR Capstone team and capital markets team to improve company operations, address refinancing issues and proactively optimize capital structures allows us to, in general, lower debt to earnings ratios, cut costs, control cash flows and opportunistically access the capital markets. These initiatives contributed to the slight rise in KPE's NAV for the first quarter."

Results of Operations

Operating results of KPE for the quarter ended March 31, 2009 are highlighted as follows:

- Net unrealized appreciation on investments and foreign currency transactions was $116.9 million. Of the total net unrealized appreciation during the quarter ended March 31, 2009, $84.0 million represented the reversal of previously recorded net unrealized depreciation, primarily from the sale of certain interests in co-investments and the remainder of the opportunistic investments in public equities, related derivative instruments and a fixed income investment. The most

1

significant changes in the unrealized fair value of investments excluding these reversals from December 31, 2008 to March 31, 2009 were:

- An increase of $58.1 million in the value of the investment in Dollar General Corporation, which was marked from 1.1 times cost as of December 31, 2008 to 1.3 times cost as of March 31, 2009;
- An increase of $52.1 million in the value of the investment in HCA Inc., which was marked from 0.8 times cost as of December 31, 2008 to original cost as of March 31, 2009;
- An increase of $24.4 million in the value of the convertible senior notes investment in Sun Microsystems, Inc. ("Sun");
- An unrealized gain of $23.0 million related to investments in KKR Strategic Capital Institutional Fund, Ltd. ("SCF");
- A decrease of $73.0 million in the value of the investment in Energy Future Holdings Corp., which was marked from 0.7 times cost as of December 31, 2008 to 0.5 times cost as of March 31, 2009;
- A decrease of $15.2 million in the value of the investment in Capmark Financial Group Inc., which was marked from 0.1 times cost as of December 31, 2008 to nil as of March 31, 2009;
- A decrease of $15.2 million in the value of the overall investment in ProSiebenSat.1 Media AG, which was marked on both a Euro and U.S. dollar basis from 0.1 times cost as of December 31, 2008 to less than 0.1 times cost as of March 31, 2009; and
- A decrease of $13.9 million in the value of the investment in KION Group GmbH , which was marked on both a Euro and U.S. dollar basis from 0.2 times cost as of December 31, 2008 to 0.1 times cost as of March 31, 2009.

- Net realized loss on investments and foreign currency was $93.9 million. The net realized loss was primarily comprised of $39.8 million from the sale of certain interests in co-investments, $37.1 million from the sale of opportunistic investments, and $28.1 million from the sale of investments by SCF, offset by a realized gain of $11.1 million related to foreign currency transactions. The co-investment sale resulted in proceeds of $200.4 million to the Investment Partnership, in exchange for certain interests with an original cost basis of $240.3 million that were valued at $211.0 million as of March 31, 2009. The weighted average discount to fair value for the sale was 5.3 percent.

- Net investment loss was $15.6 million, which principally represented interest expense, management fees and general and administrative expenses, offset by interest income.

- The net increase in net assets resulting from operations was $7.4 million and KPE's total return was 0.3 percent during the quarter.

Table of Contents

**As filed with the Securities and Exchange Commission on March 12, 2010**

**Registration No. 333-**

# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM S-1

**REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933**

# KKR & CO. L.P.

(Exact name of Registrant as specified in its charter)

| **Delaware** | **6282** | **26-0426107** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification No.) |

**9 West 57th Street, Suite 4200
New York, NY 10019
Telephone: (212) 750-8300**
(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

**David J. Sorkin, Esq.
General Counsel
KKR & Co. L.P.
9 West 57th Street, Suite 4200
New York, NY 10019
Telephone: (212) 750-8300**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

**Copy to:**

**Joseph H. Kaufman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502**

**Approximate date of commencement of the proposed sale of the securities to the public:
As soon as practicable after the Registration Statement becomes effective.**

If any of the securities being registered on this form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier

Table of Contents

**KKR PEI INVESTMENTS, L.P. AND SUBSIDIARIES**

**CONSOLIDATED SCHEDULE OF INVESTMENTS (UNAUDITED)**

**(Amounts in thousands, except percentage amounts)**

| Investment | Class | | | September 30, 2009 | |
|---|---|---|---|---|---|
| | | Cost | | Fair Value | Fair Value as a Percentage of Net Assets |
| INVESTMENTS BY TYPE: | | | | | |
| Opportunistic investments | A | $ — | $ | — | —% |
| Co-investments in portfolio companies of private equity funds: | B | | | | |
| Dollar General Corporation | | | | 214,686 | 407,904 | 13.4 |
| HCA Inc. | | 201,444 | | 342,454 | 11.3 |
| Alliance Boots GmbH | | 301,352 | | 239,694 | 7.9 |
| The Nielsen Company B.V. | | 156,839 | | 156,839 | 5.2 |
| Biomet, Inc. | | 151,443 | | 136,299 | 4.5 |
| Energy Future Holdings Corp. | | 200,000 | | 100,000 | 3.3 |
| First Data Corporation | | 135,258 | | 81,155 | 2.7 |
| U.S. Foodservice, Inc. | | 100,000 | | 80,000 | 2.6 |
| PagesJaunes Groupe S.A. | | 235,201 | | 38,487 | 1.3 |
| NXP B.V. | | 250,000 | | 25,000 | 0.8 |
| KION Group GmbH | | 112,824 | | 12,551 | 0.4 |
| ProSiebenSat.1 Media AG | | 226,913 | | 8,705 | 0.3 |
| Capmark Financial Group Inc. | | 137,321 | | — | — |
| | | 2,423,281 | | 1,629,088 | 53.7 |
| Negotiated equity investments: | B | | | | |
| Sun Microsystems, Inc. convertible senior notes | | 701,164 | | 647,500 | 21.3 |
| Orient Corporation convertible preferred stock | | 169,706 | | 148,958 | 4.9 |
| Aero Technical Support & Services S.à r.l. (Aveos) | | 121,712 | | — | — |
| | | 992,582 | | 796,458 | 26.2 |
| Private equity funds: | C | | | | |
| KKR 2006 Fund L.P. | | 1,164,592 | | 1,038,564 | 34.2 |
| KKR European Fund, Limited Partnership | | 199,360 | | 184,287 | 6.0 |
| KKR Millennium Fund L.P. | | 203,217 | | 166,389 | 5.5 |
| KKR Asian Fund L.P. | | 116,530 | | 114,303 | 3.8 |
| KKR European Fund II, Limited Partnership | | 96,672 | | 55,103 | 1.8 |
| KKR European Fund III, Limited Partnership | | 12,341 | | 8,896 | 0.3 |
| | | 1,792,712 | | 1,567,542 | 51.6 |
| Non-private equity funds—Investments by KKR Strategic Capital Institutional Fund, Ltd. | D | 144,128 | | 114,875 | 3.8 |
| | | $ 5,352,703 | | $ 4,107,963 | 135.3% |
| INVESTMENTS BY GEOGRAPHY: | | | | | |
| North America | | $ 3,311,382 | | $ 3,022,529 | 99.6% |
| Europe | | 1,661,733 | | 716,838 | 23.6 |
| Asia Pacific | | 379,588 | | 368,596 | 12.1 |
| | | $ 5,352,703 | | $ 4,107,963 | 135.3% |
| INVESTMENTS BY INDUSTRY: | | | | | |
| Health Care | | $ 979,267 | | $ 1,039,936 | 34.3% |
| Technology | | 1,182,289 | | 894,979 | 29.5 |
| Retail | | 594,495 | | 770,234 | 25.4 |
| Financial Services | | 845,829 | | 492,607 | 16.2 |
| Media/Telecom | | 770,914 | | 317,301 | 10.4 |
| Energy | | 397,558 | | 226,523 | 7.4 |
| Industrial | | 438,176 | | 196,164 | 6.5 |
| Consumer Products | | 125,004 | | 125,248 | 4.1 |
| Chemicals | | 19,171 | | 44,971 | 1.5 |
| | | $ 5,352,703 | | $ 4,107,963 | 135.3% |

See accompanying notes to the unaudited consolidated financial statements.

S-98