# Exhibit W

1

2   UNITED STATES BANKRUPTCY COURT

3   FOR THE DISTRICT OF DELAWARE

    ------------------------------------------x

4   In Re:

5   Energy Future Holdings Corporation, et al.,

6                     Debtors.

7   Chapter 11

8   Case No. 14-10979

9   Jointly Administered

10  ------------------------------------------x

11              DEPOSITION OF MARK RULE

12                New York, New York

13                October 22, 2015

14

15

16

17

18

19

20

21

22

23  Reported by:

24  KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25  JOB NO. 99140

MARK RULE

Q.    In front of you you have what we have
marked as Exhibit 5.  It's an e-mail from Paul
Keglevic sent on February 8, 2013.  Do you see
that?

A.    Yes.

Q.    Have you seen this e-mail before?

A.    I don't believe so.

Q.    The first line of the e-mail says,
"Attached please find draft equity valuations
from Duff & Phelps and a calculation of EFH net
value."  Do you see that?

A.    Yes.

Q.    And if you look in the third
paragraph, it says, "The document entitled EFH
Net Value uses a $17 billion EV for EFIH less
the par value of outstanding debt and arrives at
$800 million of net value."

MARK RULE

Do you see that?

A.    Yes.

Q.    Were you aware of this analysis in
which Duff & Phelps arrived at a $800 million
net value for EFH when you formed your opinions
in this case?

A.    I wasn't aware of it, but it wouldn't
change my opinions.

Q.    Why is that?

A.    Well, based on what they're disclosing
here, this document would indicate that only
$800 million -- or $800 million -- let me
re-read this.

Actually, I'm not sure what -- who
they're referring to when they refer to the
statement, "The document entitled EFH net value
uses a $17 billion enterprise value for
EFIH less" --

Actually, based on the statement, it
wouldn't change my opinion because what it's
saying here, as I read it, is $800 million of
value is available to EFH Corp., so when you
factor in $800 million less the debt that was
outstanding at Corp., EFH Corp. would be

MARK RULE

insolvent.

Q.    Okay.  And you haven't seen the EFH
net value analysis that Duff & Phelps did that's
referred to in Mr. Keglevic's e-mail, correct?

A.    No, I haven't seen any documentation
that purports to be attached, it looks like, to
this e-mail.

MARK RULE

MARK RULE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

MARK RULE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

MARK RULE

1
2
3
4
5
6
7
8
9
10
11
12
13    Q.   Did you know that the sponsors KKR and
14  TPG prepared quarterly valuation reports
15  relating to EFH?
16    A.   Internally?
17    Q.   Yes.
18    A.   I'm not specifically aware of them
19  because I haven't seen them.
20    Q.   You haven't reviewed any quarterly
21  valuation reports prepared by KKR or TPG in the
22  course of rendering your opinion in this case,
23  right?
24    A.   I have not seen said reports.
25    Q.   If such reports existed, would those

MARK RULE

1
2  be something you would want to see?
3    A.   It would be something I would want to
4  consider, and to the extent that it differed
5  from information and analyses I've already
6  performed, I would want to analyze the
7  differences.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

MARK RULE

MARK RULE

MARK RULE

Q.   Are you familiar with the private equity industry?

A.   Generally.

Q.   Do you have any private equity clients?

A.   The firm does, yes.

Q.   And is it your understanding that private equity firms conduct valuations of their investments?

A.   As a general matter, I know that they will perform internal valuations, yes.

Q.   And do you know whether KKR is a public company?

A.   I believe they're public.

Q.   And as a public company, they have SEC filings, right?

A.   Yes.

Q.   Did you look at their SEC filings to see whether a valuation of EFH was disclosed?

MARK RULE

A.   I didn't personally.  I believe members of the team did, but personally, I don't recall looking at those.

Q.   Did you take that into account at all in your opinion?

A.   It's currently not factored in my opinion, no.

Q.   Do you know whether KKR, TPG or Goldman conducted internal valuations of their investments?

A.   I don't know.

Q.   So you're not stating any opinion on the reasonableness of any valuations that they conducted, right?

A.   I haven't reviewed that valuation, so I haven't formed an opinion.