# Exhibit Z

# CROSS-RECEIPT

January 12, 2010

Reference is made to the Purchase Agreement dated January 7, 2010 (the "Purchase Agreement") among Energy Future Holdings Corp., a Texas corporation (the "Issuer"), the initial purchasers named in Schedule I thereto (the "Initial Purchasers") and Energy Future Competitive Holdings Company and Energy Future Intermediate Holding Company LLC (the "Guarantors") in connection with the issuance and sale of $500,000,000 aggregate principal amount of 10.000% Senior Secured Notes due 2020 (the "Notes") of the Issuer and the related guarantees of the Guarantors.

Citigroup Global Markets Inc., Goldman, Sachs & Co., Credit Suisse Securities (USA) LLC and J.P. Morgan Securities Inc., as representatives of the Initial Purchasers, hereby acknowledge receipt from the Issuer through the facilities of The Depository Trust Company of $500,000,000 aggregate principal amount of Notes, representing delivery in full of the Notes sold by the Issuer to the Initial Purchasers pursuant to Section 2 of the Purchase Agreement, in the denominations and registered in the names requested by the Initial Purchasers.

The Issuer hereby acknowledges receipt of a wire transfer of immediately available funds in the amount of $488,750,000 paid by the Initial Purchasers representing payment in full for the Notes in full satisfaction of the Initial Purchasers' obligations under Section 2 of the Purchase Agreement.

[SIGNATURE PAGE FOLLOWS]

Confidential                                                                                                         EFH00528565

ENERGY FUTURE HOLDINGS CORP.

By: _____
Name:   Anthony R. Horton
Title:   Senior Vice President and Treasurer

Confidential                                                                      EFH00528566

CITIGROUP GLOBAL MARKETS INC.
GOLDMAN, SACHS & CO.
CREDIT SUISSE SECURITIES (USA) LLC
J.P. MORGAN SECURITIES INC.


By: CITIGROUP GLOBAL MARKETS INC.

By: _____*Tod C. Gaether*_____
    Name: Tod Gaether
    Title: MD


By: GOLDMAN, SACHS & CO.

By: _____
    (Goldman, Sachs & Co.)


By: CREDIT SUISSE SECURITIES (USA) LLC

By: _____
    Name:
    Title:


By: J.P. MORGAN SECURITIES INC.

By: _____
    Name:
    Title:


On behalf of themselves and as representatives of the Initial Purchasers

Signature Page to EFH Cross Receipt

CITIGROUP GLOBAL MARKETS INC.
GOLDMAN, SACHS & CO.
CREDIT SUISSE SECURITIES (USA) LLC
J.P. MORGAN SECURITIES INC.

By: CITIGROUP GLOBAL MARKETS INC.

By: _____
    Name:
    Title:

By: GOLDMAN, SACHS & CO.

By: *[signature]* Goldman, Sachs & Co.
    (Goldman, Sachs & Co.)

By: CREDIT SUISSE SECURITIES (USA) LLC

By: _____
    Name:
    Title:

By: J.P. MORGAN SECURITIES INC.

By: _____
    Name:
    Title:

On behalf of themselves and as representatives of the Initial Purchasers

Signature Page to EFH Cross Receipt

CITIGROUP GLOBAL MARKETS INC.
GOLDMAN, SACHS & CO.
CREDIT SUISSE SECURITIES (USA) LLC
J.P. MORGAN SECURITIES INC.


By: CITIGROUP GLOBAL MARKETS INC.


By: _____
    Name:
    Title:


By: GOLDMAN, SACHS & CO.


By: _____
    (Goldman, Sachs & Co.)


By: CREDIT SUISSE SECURITIES (USA) LLC


By: _____
    Name: Jean-Pierre Boudrias
    Title: Director


By: J.P. MORGAN SECURITIES INC.


By: _____
    Name:
    Title:


On behalf of themselves and as representatives of the Initial Purchasers


Signature Page to EFH Cross Receipt

Confidential    EFH00528569

CITIGROUP GLOBAL MARKETS INC.
GOLDMAN, SACHS & CO.
CREDIT SUISSE SECURITIES (USA) LLC
J.P. MORGAN SECURITIES INC.


By: CITIGROUP GLOBAL MARKETS INC.

By: _____
    Name:
    Title:


By: GOLDMAN, SACHS & CO.

By: _____
    (Goldman, Sachs & Co.)


By: CREDIT SUISSE SECURITIES (USA) LLC

By: _____
    Name:
    Title:


By: J.P. MORGAN SECURITIES INC.

By: *[signature]*
    Name:  Mark H. Radin
    Title:   Executive Director


On behalf of themselves and as representatives of the Initial Purchasers

Signature Page to EFH Cross Receipt

Confidential

EFH00528570