## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 6739, 6740, 6741, 6804, 6805, 6806,** |

### JOINDER OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS TO THE DEBTORS' OPPOSITIONS TO THE EFH COMMITTEE'S MOTIONS *IN LIMINE*

The ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, hereby joins (i) the *Debtors' Opposition to the EFH Committee's Motion in Limine to Exclude Evidence of the Purchasers' Subjective Intent to Close the Transaction Contemplated in the Plan* [D.I. 6804], served on October 30, 2015; (ii) the *Debtors' Opposition to the EFH Committee's Motion in Limine to Exclude Evidence of Consultation with Counsel Offered to Support Reasonableness of Settlement* [D.I. 6805], served on October 30, 2015; and (iii) the *Debtors' Opposition to the EFH*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

*Committee's Motion in Limine to Exclude Evidence Concerning the Value of Oncor* [D.I. 6806], served on October 30, 2015 (collectively the "Debtors' Oppositions to the EFH Committee's Motions *in Limine*").

For the reasons set forth in the Debtors' Oppositions to the EFH Committee's Motions *in Limine*, the Court should deny the EFH's Committee's motions *in limine* to exclude (i) evidence of the purchasers' subjective intent to close the transaction contemplated in the Plan, (ii) evidence of consultation with counsel, and (iii) evidence concerning the value of Oncor, to the extent it would restrict the Debtors or Plan Supporters from presenting their proposed evidence and evidence to rebut the objections.

Dated: October 30, 2015
Wilmington, Delaware

        FOX ROTHSCHILD LLP

By: */s/ L. John Bird*
    Jeffrey M. Schlerf (No. 3047)
    L. John Bird (No. 5310)
    919 North Market St., Suite 300
    Wilmington, DE 19801
    Telephone: (302) 654-7444
    Facsimile: (302) 463-4971
    jschlerf@foxrothschild.com
    lbird@foxrothschild.com

    and

    WHITE & CASE LLP
    J. Christopher Shore (admitted *pro hac vice*)
    Gregory M. Starner (admitted *pro hac vice*)
    1155 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 819-8200
    Facsimile: (212) 354-8113
    cshore@whitecase.com
    gstarner@whitecase.com

    Thomas E Lauria (admitted *pro hac vice*)
    Matthew C. Brown (admitted *pro hac vice*)
    Southeast Financial Center, Suite 4900
    200 South Biscayne Blvd.
    Miami, FL 33131
    Telephone: (305) 371-2700
    Facsimile: (305) 358-5744
    tlauria@whitecase.com
    mbrown@whitecase.com

    *Counsel to the Ad Hoc Group of TCEH*
    *Unsecured Noteholders*