**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) | **Re: D.I. 6740, 6806** |

**JOINDER OF EFH EQUITY OWNERS IN DEBTORS' OPPOSITION
TO EFH COMMITTEE'S MOTION *IN LIMINE* TO EXCLUDE
EVIDENCE CONCERNING THE VALUE OF ONCOR**

Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., and Goldman, Sachs & Co., on behalf of themselves and affiliated funds holding indirect equity interests in Energy Future Holdings Corp. (collectively, the "Sponsors"), and Texas Energy Future Holdings Limited Partnership ("Texas Holdings," together with the Sponsors, the "EFH Equity Owners"), as the holder of more than 99% of the common stock of debtor Energy Future Holdings Corp. ("EFH"), by their undersigned counsel, hereby join the Debtors' Opposition to the EFH Committee's Motion *In Limine* to Exclude Evidence Concerning the Value of Oncor (the "Opposition") [D.I. 6806].  For the reasons set forth in the Opposition, the Motion *In Limine* to Exclude Evidence Concerning the Value of Oncor [D.I. 6740] should be denied.

Dated:  October 30, 2015
         Wilmington, Delaware

<div style="display: flex;">

ABRAMS & BAYLISS LLP

*/s/ John M. Seaman*

Kevin G. Abrams (No. 2375)
John M. Seaman (No. 3868)
20 Montchanin Road, Suite 200
Wilmington, DE  19807
Telephone: (302) 778-1000
Facsimile:  (302) 778-1001

*Counsel for Goldman, Sachs & Co.*

</div>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*

Derek C. Abbott (No. 3376)
Erin R. Fay (No. 5268)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware  19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. and Texas Energy Future Holdings Limited Partnership*

-and-

WACHTELL, LIPTON, ROSEN & KATZ

Richard G. Mason
Emil A. Kleinhaus
Alexander B. Lees
Angela K. Herring
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Counsel for Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., Goldman, Sachs & Co. and Texas Energy Future Holdings Limited Partnership*