# **Exhibit A**

**Ordinary Course Professional Quarterly Statement of Payments**

| OCP | Service Description | For the Postpetition Period of July 01, 2015 to September 30, 2015 | | | Aggregate Postpetition Payments Through September 30, 2015 | |
|---|---|---|---|---|---|---|
| | | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| **Tier 1 OCP's (3-Month Rolling Average Cap of $450,000)** | | | | | | |
| Bracewell & Giuliani LLP | Environmental Advice / Political Consultant | 63,765 | 21,255 | 63,765 | 635,941 | 635,941 |
| Duff & Phelps LLC [2] | Valuation - Impairment; Property Tax | 457,142 | 152,381 | 457,142 | 829,081 | 829,081 |
| Hawkins Parnell Thackston & Young | Litigation - Asbestos | 10,906 | 3,635 | 10,906 | 12,273 | 12,273 |
| Hunton & Williams LLP | Benefits-Immigration, Political Consultant | 286,948 | 95,649 | 286,948 | 1,370,944 | 1,370,944 |
| Morgan Lewis & Bockius LLP | Regulatory (NRC) and Labor | 302,025 | 100,675 | 302,025 | 1,399,178 | 1,421,889 |
| Vinson & Elkins LLP | Regulatory, Real Estate Advice | 188,990 | 62,997 | 188,990 | 1,229,341 | 1,229,341 |
| **Tier 2 OCP's (3-Month Rolling Average Cap of $195,000)** | | | | | | |
| Alliance Consulting Group | Depreciation Study | - | - | - | - | - |
| Allison McCombe Small | Political Consultant | 9,000 | 3,000 | 9,000 | 45,000 | 45,000 |
| American Appraisal | Property Tax Expert for Litigation | - | - | - | - | - |
| Armstrong & Associates LLP | Litigation - Asbestos | - | - | - | 273 | 273 |
| Arnold & Porter LLP | Consulting Services | 105,000 | 35,000 | 105,000 | 420,000 | 420,000 |
| AYCO Company LP | Financial Executive counseling | 49,291 | 16,430 | 49,291 | 176,738 | 176,738 |
| Baker Botts LLP | IP, Transactional, and Contract Restructure | 140,023 | 46,674 | 140,023 | 672,538 | 672,993 |
| Beirne Maynard & Parsons LLP | Litigation - Asbestos | - | - | - | 281 | 281 |
| Beveridge and Diamond PC | Litigation - Water | 126,334 | 42,111 | 126,334 | 145,898 | 145,898 |
| Bluewater Strategies LLC | Consulting Services | 22,500 | 7,500 | 22,500 | 180,000 | 180,000 |
| Boulette Golden & Marin L.L.P. | Legal Advice -Labor and Employment | - | - | - | - | - |
| Bradley Arant Boult Cummings LLP | Adv- Asbestos Exposure | - | - | - | - | - |
| Brady & Peavey, P.C. | Public affairs and political consulting services | 15,000 | 5,000 | 15,000 | 82,500 | 82,500 |
| Burford & Ryburn LLP | Litigation - Asbestos | - | - | - | 10,817 | 10,817 |
| Carl S. Richie, Jr. Attorney At Law | Political Consultant | 31,982 | 10,661 | 31,982 | 163,641 | 163,641 |
| DCI Group LLC | Consulting Services | 40,996 | 13,665 | 40,996 | 303,961 | 303,961 |
| Deloitte Tax LLP | FIRPTA Advisory Services | - | - | - | - | - |
| Diane Yanaway | Political Consultant | 20,597 | 6,866 | 20,597 | 78,438 | 78,438 |
| Dykema Gossett | Counsel for TXU Chyba case | - | - | - | - | - |
| Eddie Cavazos | Political Consultant | 19,769 | 6,590 | 19,769 | 104,690 | 104,690 |
| Edward M. Shack | Political Activities Law Advice | - | - | - | 3,040 | 3,040 |
| Estes Okon Thorne & Carr PLLC | Litigation - General | 32,920 | 10,973 | 32,920 | 162,341 | 162,341 |
| Fish & Richardson PC | Litigation - General | - | - | - | - | - |
| Goldberg Godles Wiener & Wright | Regulatory Advice | - | - | - | 18,454 | 18,454 |
| Goodmans LLP | Canadian Counsel for Ebasco Services of | - | - | - | - | - |
| Gruber Hurst Johansen Hail | Litigation - General | 1,654 | 551 | 1,654 | 39,671 | 39,671 |
| Haley Olson | Environmental Litigation | - | - | - | 2,703 | 2,703 |
| Harris & Dickey LLC | Tax Consulting | - | - | - | - | - |
| HMWK LLC | Political Consultant | 22,500 | 7,500 | 22,500 | 120,000 | 120,000 |
| Husch Blackwell Sanders LLP | Employment Litigation/Political Consultant | - | - | - | 25,949 | 25,949 |
| Imperium Public Affairs | Political Consultant | 38,563 | 12,854 | 38,563 | 191,563 | 191,563 |
| Ireland Carroll & Kelley PC | Environmental Litigation | - | - | - | 18 | 18 |
| Jack Roberts | Political Consultant | 24,000 | 8,000 | 24,000 | 120,000 | 120,000 |

**Ordinary Course Professional Quarterly Statement of Payments**

| | | For the Postpetition Period of July 01, 2015 to September 30, 2015 | | | Aggregate Postpetition Payments Through September 30, 2015 | |
|---|---|---|---|---|---|---|
| OCP | Service Description | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| Jack W Gullahorn PC | Political Consultant | 92,130 | 30,710 | 92,130 | 501,566 | 501,566 |
| Jackson Gilmour & Dobbs, PC | Regulatory - Environmental | 75,016 | 25,005 | 75,016 | 75,016 | 75,016 |
| Jackson Kelly PLLC | Regulatory - MSHA/OSHA | 13,458 | 4,486 | 13,458 | 69,886 | 69,886 |
| Jackson Lewis, P.C. | Legal Advice - Labor and Employment | 11,163 | 3,721 | 11,163 | 19,563 | 19,563 |
| Jackson Sjoberg Mccarthy | Real Estate Mining | 41,178 | 13,726 | 41,178 | 201,341 | 201,341 |
| John Hildreth | Political Consultant | 30,000 | 10,000 | 30,000 | 160,000 | 160,000 |
| John Sherwood | Collections for TXU | - | - | - | 6,000 | 6,000 |
| K&L Gates | Transaction Advice; Non-Income Tax Litigation | 190,394 | 63,465 | 190,394 | 371,334 | 371,334 |
| Kelly Hart & Hallman | Litigation - Environmental and General | - | - | - | - | - |
| Kyle Bibb | Federal Income Tax Advice | 84,600 | 28,200 | 84,600 | 101,025 | 101,025 |
| Lam Lyn & Philip PC | Collections for TXU | - | - | - | 928 | 928 |
| Laurie Fenstemaker Pair | Ethics Consultant | 15,750 | 5,250 | 15,750 | 86,533 | 86,533 |
| Law Offices Of Dan Gus | Litigation - General | - | - | - | 8,025 | 8,025 |
| LeClairRyan | Retail Advice | 2,046 | 682 | 2,046 | 13,707 | 13,707 |
| Lillard Wise Szygenda PLLC | Litigation - General | - | - | - | 3,792 | 3,792 |
| Lisa Garcia | Political Consultant | 23,780 | 7,927 | 23,780 | 115,081 | 115,081 |
| Littler Mendelson PC | Employment Litigation | 78,434 | 26,145 | 78,434 | 99,035 | 99,035 |
| Locke Lord Bissell & Liddell | Benefits Advice | 41,368 | 13,789 | 41,368 | 81,643 | 81,643 |
| LPI Consulting Inc | Consulting Services | 30,000 | 10,000 | 30,000 | 160,000 | 160,000 |
| Madison Group LLC | Consulting Services | 75,015 | 25,005 | 75,015 | 305,155 | 305,155 |
| McConnell & Jones LLP | Employee Benefits Auditor | 24,896 | 8,299 | 24,896 | 77,146 | 77,146 |
| McGivney & Kluger P.C | Litigation - Asbestos | - | - | - | 216 | 216 |
| McGlinchey Stafford PLLC | Bankruptcy for TXU | 6,379 | 2,126 | 6,379 | 99,359 | 99,359 |
| Mcguirewoods LLP | Federal Political Consultant | 54,626 | 18,209 | 54,626 | 299,841 | 299,841 |
| Mehlman Vogel Castagnetti Inc | Consulting Services | 30,000 | 10,000 | 30,000 | 240,000 | 240,000 |
| Mercer Global | 401k Consulting | - | - | - | 35,299 | 35,299 |
| Mgroup Strategies | Political Consultant | 46,372 | 15,457 | 46,372 | 208,441 | 208,441 |
| Mignon McGarry | Political Consultant | 19,000 | 6,333 | 19,000 | 133,000 | 133,000 |
| Mike Kelly | Political Consultant | 17,499 | 5,833 | 17,499 | 93,636 | 93,636 |
| Miller & Chevalier Chartered | Federal Income Tax and Benefits Legal Advice | 29,428 | 9,809 | 29,428 | 46,494 | 46,494 |
| Norton Rose Fulbright | Legal Counsel for Gross Receipts Tax Matters | - | - | - | 5,092 | 5,092 |
| O'Neill, Athy & Casey PC | Consulting Services | 22,500 | 7,500 | 22,500 | 127,500 | 127,500 |
| Perry Street Communications LLC | Financial communications | 46,153 | 15,384 | 46,153 | 246,886 | 246,886 |
| Phenix & Crump, PLLC | Local Counsel in Partition Actions | 627 | 209 | 627 | 4,407 | 4,407 |
| Phil Gamble | Political Consultant | 30,000 | 10,000 | 30,000 | 150,566 | 150,566 |
| Philips & Meachum Public Affairs | Political Consultant | 43,500 | 14,500 | 43,500 | 217,500 | 217,500 |
| Pillsbury Winthrop Shaw Pittman | Litigation - General | - | - | - | 12,214 | 12,214 |
| Polan Culley Advocacy Group | Political Consultant | 36,050 | 12,017 | 36,050 | 196,271 | 196,271 |
| Prickett Jones & Elliott PA | Delaware Corp. Law Advice | - | - | - | - | - |
| Public Strategies Inc | Consulting Services | - | - | - | - | - |
| R. H. Sweeney Associates | Leadership Development & Recruiting | - | - | - | - | - |
| Reed Smith | Litigation - General | - | - | - | - | - |

**Ordinary Course Professional Quarterly Statement of Payments**

| OCP | Service Description | For the Postpetition Period of July 01, 2015 to September 30, 2015 | | | Aggregate Postpetition Payments Through September 30, 2015 | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| Rissing Strategic | External Federal Lobbyist | - | - | - | 30,000 | 30,000 |
| Robert Half Finance & Accounting | Tax Consulting | - | - | - | 31,720 | 31,720 |
| Ryan LLC | Tax abatement/reduction strategies for new build | - | - | - | - | - |
| Ryan Mackinnon Vasapoli & Berzok | Consulting Services | 30,636 | 10,212 | 30,636 | 244,528 | 244,528 |
| SAK Consulting, LLC | Tax Consulting | - | - | - | 36,419 | 36,419 |
| San Jacinto Consulting Group, LLC | Consulting Services | 49,500 | 16,500 | 49,500 | 107,250 | 107,250 |
| Scheef & Stone LLP | Bankruptcy Advice | 47,627 | 15,876 | 47,627 | 91,101 | 91,101 |
| SHL US Inc. | Recruiting | - | - | - | 14,415 | 14,415 |
| Simpson Thacher & Bartlett LLP | Corporate and Financing Advice | 2,862 | 954 | 2,862 | 90,559 | 90,559 |
| Slover & Loftus | Transportation Advice | - | - | - | 22,563 | 22,563 |
| Stroz Friedberg LLC | IT and Data Security Advisor | 3,797 | 1,266 | 3,797 | 180,527 | 180,527 |
| Susman Godfrey LLP | Litigation - General | 147 | 49 | 147 | 7,924 | 7,924 |
| Sutherland Asbill & Brennan LLP | Regulatory Advice | 28,394 | 9,465 | 28,394 | 154,035 | 154,035 |
| Swetman Baxter Massenburg LLC | Litigation - Asbestos | - | - | - | - | - |
| Talley & Associates | Consulting Services | 22,500 | 7,500 | 22,500 | 127,500 | 127,500 |
| The Beshear Group, Inc. | Public Relations and Community Affairs | - | - | - | 95,236 | 95,236 |
| The EOP Group | Consulting Services | 45,000 | 15,000 | 45,000 | 240,000 | 240,000 |
| The Schlueter Group | Political Consultant | 30,000 | 10,000 | 30,000 | 162,500 | 162,500 |
| The Willis Law Group, PLLC | Litigation - General | - | - | - | - | - |
| Thomas Long Niesen & Kennard | Regulatory Advice | 1,493 | 498 | 1,493 | 1,493 | 1,493 |
| TLG Services, Inc. | Nuclear Decommissioning Study | - | - | - | - | - |
| Towers Watson Pennsylvania, Inc. | Compensation Advisor | 49,479 | 16,493 | 49,479 | 322,648 | 322,648 |
| Travis Eugene Jernigan | Political Consultant | 48,934 | 16,311 | 48,934 | 236,301 | 236,301 |
| Weber Shandwick | Media relations, visual comm | 2,300 | 767 | 2,300 | 52,104 | 52,104 |
| Webfilings LLC | XBRL coding, application hosting | - | - | - | 73,814 | 73,814 |
| Winston & Strawn LLP | Regulatory Advice | 40,975 | 13,658 | 40,975 | 163,338 | 163,338 |
| Zolfo Cooper, LLC | Conflicts Matter Advisor | - | - | - | - | - |

1. For purposes of this report, includes aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred unless otherwise noted
2. Total Payments for Duff & Phelps include $200,000 worth of payments for services rendered in the second quarter of 2015. Excluding this payment, Duff & Phelps' average monthly compensation for the third quarter of 2015 was $84,714.