**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> *Debtors*. | ) ) ) ) ) ) ) Chapter 11 <br> Bankruptcy Case No. 14-10979 (CSS) <br> (Jointly Administered) |

**DECLARATION OF BRENTON A. ROGERS, ESQ.
IN SUPPORT OF THE DEBTORS' OMNIBUS REPLY
TO PLAN CONFIRMATION OBJECTIONS**

BRENTON A. ROGERS, declares as follows:

1. I am an attorney admitted to practice in the State of Illinois, the United States District Court for the Northern District of Illinois, and before the United States Court of Appeals for the Seventh Circuit. I am admitted *pro hac vice* to the United States Bankruptcy Court for the District of Delaware.

2. I submit this declaration in support of the Debtors' Omnibus Reply to Plan Confirmation Objections (the "Reply") filed contemporaneously herewith.[2]

3. Attached hereto as Exhibit 1 is an excerpt from a copy of the transcript of the September 28, 2015 deposition of Stacey Doré.

4. Attached hereto as Exhibit 2 is an excerpt from a copy of the transcript of the September 23, 2015 deposition of David Ying.

5. Attached hereto as Exhibit 3 is an excerpt from a copy of the transcript of the September 10, 2015 deposition of Paul Keglevic.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms used but not defined herein are given the meanings ascribed to them in the Reply.

6. Attached hereto as <u>Exhibit 4</u> is an excerpt from a copy of the transcript of the October 19, 2015 deposition of David Ying.

7. Attached hereto as <u>Exhibit 5</u> is an excerpt from a copy of the transcript of the October 1, 2015 deposition of Paul Keglevic.

8. Attached hereto as <u>Exhibit 6</u> is an excerpt from a copy of the transcript of the October 21, 2015 deposition of Michael Henkin.

9. Attached hereto as <u>Exhibit 7</u> is an excerpt from a copy of the transcript of the October 5, 2015 deposition of Kirk Baker.

10. Attached hereto as <u>Exhibit 8</u> is an excerpt from a copy of the transcript of the October 1, 2015 deposition of Charles Cremens.

11. Attached hereto as <u>Exhibit 9</u> is an excerpt from a copy of the transcript of the October 2, 2015 deposition of Michael MacDougall.

12. Attached hereto as <u>Exhibit 10</u> is an excerpt from a copy of the transcript of the September 24, 2015 deposition of Hugh Sawyer.

13. Attached hereto as <u>Exhibit 11</u> is an excerpt from a copy of the transcript of the September 15, 2015 deposition of Billie Williamson.

14. Attached hereto as <u>Exhibit 12</u> is an excerpt from the Asbestos Claims Bar Date Revised Notice Plan.

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 31st day of October, 2015.

*/s/ Brenton A. Rogers*
Brenton A. Rogers (*pro hac vice*)
