**EXHIBIT 6**

**Excerpts from 10/21/15 Henkin Dep. Tr.**

1

1    MICHAEL HENKIN

2    UNITED STATES BANKRUPTCY COURT

3    FOR THE DISTRICT OF DELAWARE
     --------------------------------------------x
4    In Re:

5    Energy Future Holdings Corporation, et al.,

6                    Debtors.

7    Chapter 11

8    Case No. 14-10979

9    Jointly Administered

10   --------------------------------------------x

11         DEPOSITION OF MICHAEL HENKIN

12            New York, New York

13            October 21, 2015

14

15

16

17

18

19

20

21

22

23   Reported by:

24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25   JOB NO. 99258

116

1                    MICHAEL HENKIN

2        A.    The analysis that we did on Exhibits 2

3    and 3 does not, correct.

4        Q.    Let's look at Exhibit 2.

5        A.    Okay.

6        Q.    These are power and utility industry

7    M&A transactions, correct?

8        A.    That's correct.

9        Q.    None of these companies are in

10   bankruptcy, correct?

11       A.    I don't think so.

12       Q.    And you familiarized yourself with all

13   of these transactions to prepare this exhibit,

14   correct?

15       A.    My team reviewed all of these merger

16   agreements.  I'm familiar with the list, but I

17   couldn't give you details about each

18   transaction.  It was a large universe.

19       Q.    Isn't it all but two of them are

20   strategic transactions?

21       A.    That may be true.  I haven't done the

22   distinction between the strategic and the

23   financials for this analysis.

24       Q.    You can't, looking at them, you can't

25   tell me which ones are strategic and which ones

1                     MICHAEL HENKIN

2    are financials?

3         A.    I could tell you most of them which

4    ones are strategic versus financial.

5         Q.    You do not view that as relevant to

6    your report?

7         A.    I didn't believe the distinction was

8    relevant to the survey of remedies, no.

9         Q.    Well, the value of the remedy depends

10   against whom the remedy can be sought, correct?

11        A.    True.

12        Q.    And in a financial deal, the

13   acquisition vehicle is a shell entity, correct?

14        A.    Generally, yes.

15        Q.    And looking at the exhibit 2, the

16   chart on Exhibit 2, the only financial

17   transactions are the Blackstone acq- --

18   arguably, the Blackstone acquisition of Dynegy,

19   right?

20        A.    Right.

21        Q.    And the Macquarie club deal investment

22   of Cleco, right?

23        A.    Yes.

24        Q.    Every other one is a strategic

25   acquisition, correct?

```
1                     MICHAEL HENKIN
2    correct?
3        A.    Yes.
4        Q.    So the ability to have a remedy
5    against a shell vehicle may be viewed by the
6    debtor to be less valuable than a remedy against
7    an entity that is solvent?
8              MR. HARDIMAN:  Object to form.
9        A.    It depends on how you capitalize the
10   shell entity, but that may be the case if
11   there's no assets in the shell entity.
12       Q.    And you have done no analysis to, in
13   this work and opinion you have provided, to
14   evaluate the creditworthiness of the investment
15   vehicles in these transactions?
16       A.    No.
17       Q.    Now, is it fair to say that this
18   transaction, this transaction is an acquisition
19   of a power and utility industry asset in a
20   restructuring by a group of financial
21   purchasers?
22       A.    Yes.
23       Q.    Are there any transactions that you
24   identified in Exhibit 2 or Exhibit 3 that meet
25   that criteria?
```

136

                    MICHAEL HENKIN

1

2        A.    It would be limited to the

3    restructuring transactions and whether there is

4    a consortium or a financial buyer consortium

5    purchasing a utility entity within that

6    universe, and I don't know if -- I think they

7    were all strategic purchases of the power

8    companies within the Chapter 11s in the last

9    five years.

10       Q.    In your experience, is a strategic

11   buyer willing to hold -- have that hold period,

12   between entering the transaction and closing,

13   are they willing to wait longer than a financial

14   buyer?

15       A.    Sometimes, yes.

16       Q.    And in your experience, do power and

17   utility transactions take longer to close than

18   other transactions because of the regulatory

19   approvals?

20       A.    Yes, with the exception there are some

21   industries like telecommunications, like the

22   Dish one, that also has a long-dated close, but

23   relative to some industries, it certainly does

24   take a long time.

25       Q.    And one of the reasons why the