**EXHIBIT 7**

**Excerpts from 10/5/15 Baker Dep. Tr.**

```
                                                              1
 1                    KIRK BAKER

 2         UNITED STATES BANKRUPTCY COURT

 3         FOR THE DISTRICT OF DELAWARE

 4    ------------------------------------x

 5    In Re:

 6    Energy Future Holdings Corporation,

 7    et al.,

 8                  Debtors.

 9    Chapter 11

10    Case No. 14-10979

11    Jointly Administered

12    ------------------------------------x

13

14           DEPOSITION OF KIRK BAKER

15              New York, New York

16               October 5, 2015

17

18

19

20

21

22

23    Reported by:

24    KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25    JOB NO. 98601
```

1                    KIRK BAKER

2    being done as to the likelihood of approval.

3            We have the same legal team and

4    business execution team that facilitated the

5    transactions that I described before for the

6    Public Utility Commission of Texas.

7         Q.    Have you seen any analysis of the

8    likelihood of obtaining FERC approval?

9            MR. BECKWITH:  Same objection and

10       instruction.

11        A.    And no, same answer.

12        Q.    How about the IRS private ruling, have

13   you seen any analysis of the likelihood of

14   obtaining that?

15           MR. BECKWITH:  Same.

16        A.    No, no specific analysis.

17        Q.    Do you have a view as to the

18   likelihood of obtaining that?

19        A.    Yes, I believe --

20           MR. BECKWITH:  Asked and answered.

21        A.    I believe we will receive it.

22        Q.    Are you as confident in that as you

23   are with respect to the FERC and the PUCT?

24        A.    Yes.

25        Q.    And what's that based on?

112

1               KIRK BAKER

2      A.    Experience.

3      Q.    Anything else?

4      A.    Thirty years of experience.

5            We asked -- I am the person who is in

6   charge of the original request for a private

7   letter ruling to place transmission and

8   distribution assets into a lessee/lessor

9   structure and facilitate a REIT, so I have

10  received in my career private letter rulings

11  from the IRS in the past, including one that

12  would be very close to this one that's being

13  sought.

14     Q.    Going back to the time period before

15  the plan of reorganization was signed up when

16  you were in the process of putting together the

17  joint proposal with the T-unsecureds, were you

18  concerned or, should I say, the Hunts concerned

19  that the level of conditionality might cause the

20  debtors not to agree to the transaction?

21           MR. SHORE:  Objection to form.

22           MS. TERTERYAN:  Object to the form.

23     A.    I'm sorry, the stereo --

24           MR. BECKWITH:  That's all right.

25  He'll rephrase.