# EXHIBIT 10

## Excerpts from 9/24/15 Sawyer Dep. Tr.

```
 1
 2              UNITED STATES BANKRUPTCY COURT
 3               FOR THE DISTRICT OF DELAWARE
 4    ------------------------------------x
 5    In Re:
 6    Energy Future Holdings Corporation,
 7    et al.,
 8                          Debtors.
 9
10    Chapter 11
11    Case No. 14-10979
12    Jointly Administered
13    ------------------------------------x
14
15              DEPOSITION OF HUGH E. SAWYER
16                    New York, New York
17                    September 24, 2015
18
19    Reported by:
20    MARY F. BOWMAN, RPR, CRR
21    JOB NO. 98066
22
23
24
25
```

541

1                        Sawyer

2    would include intercompany tax matters, the
3    tax claims, which were scheduled as part of
4    the debtors' filing, preference claims,
5    amend and extend claims, intercompany notes
6    claims, among others.
7         Q.    And with respect to your
8    consideration of these claims, was there
9    any dollar amount associated or fixed to
10   any of these claims, what the -- basically
11   what the value of those claims might be?
12        A.    Clarifying question.  As to the
13   settlement negotiations or as to our
14   investigation of the claims?
15        Q.    We will start with the
16   investigation.  With respect to your
17   investigation, were you able to quantify
18   any of the claims?
19             MR. SPIEGEL:  And again, I'll
20        just caution the witness not to reveal
21        the substance of any attorney/client
22        information, privilege, work product.
23        Subject to that, answer as best you
24        can, please.
25        A.    We did an exhaustive

Sawyer, Hugh 2015-09-24

542

1  Sawyer

2  investigation that estimated the value of

3  the claims and the merits of the claims.

4  Q. Now, when you say the value and

5  the merits, were you ever able to affix a

6  dollar amount or a value associated -- an

7  actual monetary amount affixed to, say, the

8  release of the claims with respect to the

9  disinterested directors settlement?

10  MR. SPIEGEL:  Same admonition.

11  A. We -- in the settlement of those

12  claims, we certainly did have value

13  estimates as to the worth of those claims

14  to the T side estates.

15  Q. But today you couldn't tell me

16  exactly what dollar amount would be

17  associated with the release of the claims

18  under the disinterested directors

19  settlement as specified in this plan?

20  A. The settlement that was reached

21  between the disinterested directors was a

22  global settlement that did not allocate

23  values to individual claims.

24  Q. As I stated, and the paragraph

25  specifies a number of agreements,