# EXHIBIT 11

**Excerpts from 9/25/15 Williamson Dep. Tr.**

```
                                                                    1

 1

 2              UNITED STATES BANKRUPTCY COURT

 3               FOR THE DISTRICT OF DELAWARE

 4      -------------------------------------------x
        In Re:
 5
        Energy Future Holdings Corporation, et al.,
 6
                        Debtors.
 7
        Chapter 11
 8      Case No. 14-10979
        Jointly Administered
 9
        -------------------------------------------x
10

11

12                         CONFIDENTIAL

13            DEPOSITION OF BILLIE IDA WILLIAMSON

14                      New York, New York

15                     September 15, 2015

16

17

18

19

20

21

22

23

24      Reported by:
        FRANCIS X. FREDERICK, CSR, RPR, RMR
25      JOB NO. 97462
```

1        B. WILLIAMSON - CONFIDENTIAL

2   review, we can negotiate.  Part of that

3   negotiation would be to tell them that they

4   had to have the alternative restructuring.  We

5   can look at a topping bid that comes in.  And

6   if we determine it's superior, we could accept

7   that with the fiduciary out.  And we can go

8   shop and talk with other people.

9            So to me that gives great

10  flexibility to what we can do.

11       Q.   And I'm just asking if you were to

12  learn tomorrow that your understanding was

13  wrong, and that you were somehow restricted in

14  having those conversations, would that be of

15  concern to you --

16       A.   It would not.  And the reason for

17  that is things like the releases have been on

18  the table since the RSA.  They were in the RSA

19  and, in fact, some of the E side creditors

20  supported those in the RSA.  So the things

21  about the releases, that would not concern me

22  because we're going to hold those releases in

23  there.  We've had those discussions.

24            And then the settlement, you know,

25  Chairman Evans and I did enter into that