# EXHIBIT 12

**Excerpts from Asbestos Claims Bar Date Revised Notice Plan**



# *In re: Energy Future Holdings Corp., et. al.*
# *Asbestos Claims Bar Date Revised Notice Plan*

*Hilsoft Notifications*
*July 13, 2015*

©*2015 Hilsoft Notifications*

# *2. Overview/Summary*

- ***Objective.*** To provide fair and adequate notice of the Asbestos Bar Date to those who may be affected and direct them to more detailed information about the bankruptcy, and make them aware of the need to file a claim before the bar date in order to preserve their rights.

- ***Background***. Current asbestos claims against Energy Future Holdings Corp, et al. and its affiliates or subsidiaries ("EFH" or "the Debtors") are related to the operations of:

    (I) Ebasco Services, Inc. (Ebasco), before its principal assets were sold in December 1993. Ebasco did not mine or manufacture asbestos, did not install asbestos in residential or commercial structures, and did not manufacture products containing asbestos. Ebasco was an engineering and construction company that was involved in the design, construction, and/ or maintenance of various electric generating units. The claims generally relate to asbestos exposure as a result of the design (specifications), construction, or maintenance of the plants and involve direct or bystander exposure to pipe and wiring insulation, gasket material, welding blankets and gloves, turbine insulation/blankets and other asbestos-containing materials, machinery, and equipment; and

    (II) Texas Competitive Electric Holdings Company LLC and its subsidiaries and predecessors, including but not limited to, Luminant Generation Company LLC, Dallas Power & Light Company, Texas Power & Light Company, Texas Electric Service Company, Texas Utilities Electric Company and Industrial Generating Company. These entities owned/operated power plants that may have had asbestos on the premises. Allegations of asbestos exposure generally allege premises liability and negligence. The claims generally relate to exposure during construction or maintenance of the plants and involve direct or bystander exposure to pipe and wiring insulation, gasket material, welding blankets and gloves and turbine insulation/blankets and other asbestos-containing materials, equipment and machinery. The TCEH debtors operate approximately 25 plant sites.

    Further, the Debtors' records on asbestos expenses (including both litigation costs and settlement amounts), show that the Debtors have incurred a total of approximately $26.4 million in aggregate asbestos expenses related to approximately 972 total cases (including a large number of indemnification

demands that the Debtors have not accepted) from 1992 to present. From 2009–2013, expenses related to asbestos claims averaged approximately $2 million per year. These individuals are referred to as "Known Asbestos Claimants". All other individuals who may have been exposed to asbestos, whether they have a currently manifested illness or not, and who may have a current or future claim against the Debtors are referred to as "Potential Asbestos Claimants."

- *Imperatives.* Key factors guide the dissemination methods needed to achieve a reasonable and effective notice effort:

  1. Individual notice will be sent to all Known Asbestos Claimants and their counsel (if known). Individual notice will also be sent to all Potential Asbestos Claimants who can be identified from the Debtors' records (past and current employees and contractors).

  2. Potential Asbestos Claimants are located throughout the nation, but particular geographic areas where Potential Asbestos Claimants may be concentrated can be identified based on where the Potential Asbestos Claimants worked.

  3. Because potential asbestos exposure would have occurred many decades ago in predominantly male-dominated occupations, the primary target for the media will be older men.

  4. Because some Potential Asbestos Claimants cannot be reached via individual notice, high quality publication notice methods are needed to convey the importance of the information regarding the Asbestos Bar Date.

- *Target Audience.* All adults who were employed by one or more of the Debtors listed in the case *In re: Energy Future Holdings Corp., et al.* or that may have worked for other entities at one of the facilities owned, operated, maintained, designed, or constructed by one of the debtors.

  Based on data provided by the Debtors, a review of claims filed to date, the work types most likely to have been exposed to asbestos-containing material and the time period of the potential exposure, it is most likely that the vast majority of Potential Asbestos Claimants are older men. Asbestos is no longer used in construction projects and decades have passed since employees or contractors of the Debtors worked with asbestos-related materials. Additionally, males account for a higher percentage of the construction profession, especially several decades ago when asbestos was in common use. This does not mean that women or younger people are not an important target

of the notice effort. But it does indicate that older men are the most likely to be directly affected and are the primary target.

- ***Strategies.*** The Bar Date Package will be sent to Known Asbestos Claimants and their counsel and to all identifiable current and former employees and contractors. In order to reach Potential Asbestos Claimants who cannot be identified and sent individual notice, notice placements will appear nationwide in consumer print publications, labor union publications and in three national newspapers. Additionally, notice will appear in the form of banner advertisements on major online advertising networks and properties and locally in a variety of daily and weekly newspapers. Additionally, the Bar Date Package will be mailed to all persons who request one via the toll-free phone number.

  Coverage will be further enhanced by an informational release, sponsored search listings and website. All notice materials will contain a website address and toll-free number for ease of response and to allow Asbestos Claimants the ability to easily obtain additional information.

- ***Delivery.*** The combined measureable, media effort will reach approximately 90.1% of men aged 65+ in the U.S. an average of 3.4 times each, 89.4% of adults aged 45+ in the U.S. an average of 3.5 times each, and approximately 85.7% of adults aged 18+ in the U.S. an average of 3.1 times each. Coverage will be further enhanced by the extensive individual notice mailing to Potential Asbestos Claimants and the media placements described above for which reach is not measured. The measurable reach and frequency that will be achieved is consistent with other court-approved notice programs, and is designed to meet due process requirements. Because reach and frequency will be enhanced by the individual notice mailing and by media placements for which reach cannot be measured (such as local publications), the actual reach and frequency that will be achieved will be higher.

- ***Notice Tactics.*** The following notice tactics have been selected to best reach Potential Asbestos Claimants:

    1. <u>***Individual Notice.***</u> The Cover Letter, Publication Notice, Asbestos Bar Date Notice and a Claim Form will be mailed via first class mail to the known holders of Asbestos Claims that are currently pending against the