IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) ) | **Re: Docket Nos. 6817, 6820 & 6822** |

**DECLARATION OF DANIELLE AUDETTE IN SUPPORT OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS' AND THE BACKSTOP PURCHASERS' (I) JOINDER TO THE DEBTORS' OMNIBUS REPLY TO SETTLEMENT MOTION OBJECTIONS; (II) JOINDER TO THE DEBTORS' OMNIBUS REPLY TO PLAN CONFIRMATION OBJECTIONS; AND (III) REPLY IN FURTHER SUPPORT OF THE DEBTORS' SETTLEMENT MOTION AND CONFIRMATION OF THE PLAN**

DANIELLE AUDETTE declares:

1. I am a member of the Bar of the State of New York and an associate of White & Case LLP, counsel for the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases") in the above-referenced cases.

2. I submit this declaration to place before the Court certain materials referenced in the Ad Hoc Group Of TCEH Unsecured Noteholders' And The Backstop Purchasers' Joinder

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

[Docket No. 6822] to the *Omnibus Reply in Support of the Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement* [Docket No. 6820] (the "<u>Debtors' Settlement Reply</u>"); (ii) joinder to the *Debtors' Omnibus Reply to Plan Confirmation Objections* [Docket No. 6817] (the "<u>Debtors' Plan Reply</u>"); and (iii) reply in further support of the *Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement* [Docket No. 5249] (the "<u>Settlement Motion</u>") and confirmation of the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 6122] (the "<u>Plan</u>")., filed October 30, 2015.

3. Attached to this Declaration are, to the best of my knowledge, true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1 | Excerpts from a copy of the transcript of a hearing held on August 13, 2014, in *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.). |
| Exhibit 2 | Excerpts from a copy of the transcript of a hearing held on June 30, 2014, in *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.). |
| Exhibit 3 | Excerpts from a copy of the transcript of a hearing held on July 18, 2014, in *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.). |
| Exhibit 4 | Excerpts from a copy of the transcript of a hearing held on September 16, 2014, in *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.). |
| Exhibit 5 | Excerpts from a copy of the transcript of a hearing held on October 27, 2014, in *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.). |
| Exhibit 6 | Excerpts from a copy of the transcript of a hearing held on April 14, 2015, in *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.). |

| | |
|---|---|
| Exhibit 7 | Excerpts from a copy of the transcript of a hearing held on January 13, 2015, in *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.). |
| Exhibit 8 | Filed Under Temporary Seal – Subject to Energy Future Holdings Protective Order. |
| Exhibit 9 | Filed Under Temporary Seal – Subject to Energy Future Holdings Protective Order. |
| Exhibit 10 | Filed Under Temporary Seal – Subject to Energy Future Holdings Protective Order. |
| Exhibit 11 | Filed Under Temporary Seal – Subject to Energy Future Holdings Protective Order. |
| Exhibit 12 | Filed Under Temporary Seal – Subject to Energy Future Holdings Protective Order. |
| Exhibit 13 | Excerpts from a copy of the transcript of a hearing held on May 13, 2015, in *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.). |
| Exhibit 14 | Excerpts from a copy of the transcript of a hearing held on May 28, 2015, in *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.). |
| Exhibit 15 | Excerpts from a copy of the transcript of a hearing held on June 1, 2015, in *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.). |
| Exhibit 16 | Excerpts from a copy of the transcript of a hearing held on June 25, 2015, in *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.). |
| Exhibit 17 | Excerpts from a copy of the transcript of a hearing held on August 11, 2015, in *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.). |
| Exhibit 18 | Excerpts from a copy of the transcript of a hearing held on September 17, 2015, in *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.). |
| Exhibit 19 | Excerpts from a copy of the transcript of the deposition of Hugh E. Sawyer, taken on September 24, 2015, Filed Under Temporary Seal – Subject to Energy Future Holdings Protective Order. |
| Exhibit 20 | Excerpts from a copy of the transcript of a hearing held on June 6, 2014, in *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.). |
| Exhibit 21 | Excerpts from a copy of the transcript of a hearing held on October 28, 2015, in *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.). |

Exhibit 22   Excerpts from a copy of the transcript of the deposition of Michael Henkin, taken on October 21, 2015, Filed Under Temporary Seal – Subject to Energy Future Holdings Protective Order.

Dated: October 30, 2015
New York, New York

WHITE & CASE LLP

By: _____/s/ Danielle Audette_____
J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
Danielle Audette (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com
daudette@whitecase.com