# EXHIBIT 3

```
                                                                    Page 1
 1   UNITED STATES BANKRUPTCY COURT
 2   DISTRICT OF DELAWARE
 3
 4
 5   In re:                              :
                                         :   Chapter 11
 6   ENERGY FUTURE HOLDINGS              :
     CORP., et al.,                      :   Case No. 14-10979(CSS)
 7                                       :
              Debtors.                   :   (Jointly Administration
 8   _____         :   Requested)
     CSC TRUST COMPANY OF DELAWARE,:
 9   as INDENTURE TRUSTEE,               :
                                         :
10            Plaintiff,                 :
                                         :
11       v.                              :    Adv. Proc. No. 14-50363
                                         :    (CSS)
12   ENERGY FUTURE INTERMEDIATE          :
     HOLDING COMPANY LLC and EFIH        :
13   FINANCE INC.,                       :
                                         :
14            Defendants.                :
     _____:
15                                       :
     COMPUTERSHARE TRUST COMPANY,        :
16   N.A. and COMPUTERSHARE TRUST        :
     COMPANY OF CANADA, as               :
17   INDENTURE TRUSTEE,                  :
                                         :    Adv. Proc. No. 14-50405
18            Plaintiffs,                :    (CSS)
                                         :
19       v.                              :
                                         :
20   ENERGY FUTURE INTERMEDIATE          :
     HOLDINGS COMPANY LLC and EFIH       :
21   FINANCE INC.,                       :
                                         :
22            Defendants.                :
     _____:
23
24
25
```

Page 2

1  United States Bankruptcy Court
2  824 North Market Street
3  Wilmington, Delaware
4  July 18, 2014
5  9:35 AM - 12:11 PM
6
7
8
9  B E F O R E :
10 HON CHRISTOPHER S. SONTCHI
11 U.S. BANKRUPTCY JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25 ECR OPERATOR:  AL LUGANO

 1  **HEARING re Motion for Entry of an Order Authorizing**
 2  **Wilmington Savings Fund Society, FSB to File (I) Redacted**
 3  **Version of its July 8, 2014 Letter and (II) Certain Exhibits**
 4  **to the Letter Under Seal [D.I. 1501; filed July 8, 2014]**
 5  **(the "Motion to Seal")**
 6
 7  **HEARING re Emergency Motion for Entry of an Order**
 8  **Determining Applicability of the Automatic Stay to Non-**
 9  **Bankruptcy Litigation Involving Certain of the Debtors [D.I.**
10  **1506; filed July 8, 2014]**
11
12  **HEARING re Motion of Wilmington Savings Fund Society, FSB**
13  **for Leave to Conduct Discovery Pursuant to Rule 2004 of the**
14  **Federal Rules of Bankruptcy Procedure of Energy Future**
15  **Holdings Corporation, its Affiliates, and Certain Third**
16  **Parties [D.I. 6; filed April 29, 2014]**
17
18  **HEARING re Complaint for Declaratory Relief [D.I. 995/Adv.**
19  **D.I. 1; filed June 16, 2014]**
20
21  **HEARING re Complaint for Declaratory Relief [D.I. 470/Adv.**
22  **D.I. 1; filed May 15, 2014]**
23
24  Transcribed by:  Nicole Yawn, Dawn South, Sheila Orms, Jamie
25  Gallagher

1           THE COURT:  I don't, except I do have a -- all
2   right, well, let's make sure.  Is that it for the WSFS
3   motion?
4           Yes, sir.
5           MR. STRANER:  Your Honor, Greg Straner of White &
6   Case on behalf of the TCH ad hoc committee -- or ad hoc
7   group.  If I may just briefly address the Rule 2004 motion.
8           I just wanted to highlight the fact it has been
9   pending since day one of this case effectively, and the fact
10  that we just wanted to stress the fact that the
11  investigation that that kind of contemplates is in a
12  diligence that effectively it's seeking is essential for
13  moving forward in this case.  I mean it deals with claims of
14  causes of action that would effectively be critical for any
15  discussion about how this case moves forward, and so I just
16  wanted to highlight that fact.
17          And I think also I wanted to highlight I think the
18  debtors' description of the discovery to date has been a
19  little bit generous.
20          With respect to the Rule 2004 issues and as far as
21  we are aware -- I mean effectively you're talking about,
22  about 40,000 pages of documents they initially produced, and
23  then they've also I think may be taking credit for certain
24  documents they've produced in connection with the first lien
25  investigation, but even there you're talking about less than