# EXHIBIT 7

```
                                                              Page 1
 1   UNITED STATES BANKRUPTCY COURT
 2   DISTRICT OF DELAWARE
 3
 4
 5   In re:                        :
                                   :    Chapter 11
 6   ENERGY FUTURE HOLDINGS        :
     CORP., et al.,                :    Case No. 14-10979(CSS)
 7                                 :
             Debtors.              :    (Jointly Administered)
 8   _____:
 9
10
11
12                                 United States Bankruptcy Court
13                                 824 North Market Street
14                                 Wilmington, Delaware
15                                 January 13, 2015
16                                 9:30 AM
17   B E F O R E :
18   HON CHRISTOPHER S. SONTCHI
19   U.S. BANKRUPTCY JUDGE
20
21
22
23
24
25   ECRO OPERATOR: LESLIE MURIN
```

1  HEARING re Application for an Order Approving the Employment
2  of Cravath, Swaine & Moore LLP as Counsel to Energy Future
3  Intermediate Holding Company LLC Under Sections 327(a) and
4  1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to
5  November 16, 2014 [D.I. 3028; filed December 16, 2014]
6
7  HEARING re Debter Energy Future Holdings Corp.'s Application
8  for Entry of an Order Authorizing the Retention and
9  Employment of Proskauer Rose LLP as Counsel for Debtor and
10 Debtor in Possession Energy Future Holdings Corp. Effective
11 Nunc Pro Tunc to November 19, 2014 [D.I. 3037; filed
12 December 16, 2014]
13
14 HEARING re Debtor Energy Future Holdings Corp.'s Application
15 for Entry of an Order Authorizing the Retention and
16 Employment of O'Kelly Ernst & Bielli, LLC as Co-Counsel for
17 Debtor and Debtor in Possession Energy Future Holdings Corp.
18 Effective Nunc Pro Tunc to November 19, 2014 [D.I. 3038;
19 filed December 16, 2014]
20
21 HEARING re Debtor Energy Future Competitive Holdings Company
22 LLC and Texas Competitive Electric Holdings Company LLC's
23 Application for Entry of an Order Authorizing the Retention
24 and Employment of Munger Tolles & Olson LLP as Counsel to
25 Debtors and Debtors in Possession Energy Future Competitive

1   Holdings Company LLC and Texas Competitive Electric Holdings
2   Company LLC Effective Nunc Pro Tunc to November 16, 2014
3   [D.I. 3040; filed December 16, 2014]
4
5   HEARING re Application of Energy Future Competitive Holdings
6   Company LLC and Texas Competitive Electric Holdings Company
7   LLC for Entry of an Order Authorizing them to Retain and
8   Employ Greenhill & Co., LLC as independent Financial Advisor
9   Nunc Pro Tunc to November 17, 2014 [D.I 3062; filed December
10  17, 2014]
11
12  HEARING re Application of the Official Committee of
13  Unsecured Creditors of Energy Future Holdings Corporation,
14  Energy Future Intermediate Holding Company, LLC, EFIH
15  Finance, Inc. and EECI, Inc., for an Order (A) Authorizing
16  the Retention and Employment of Guggenheim Securities, LLC
17  as Investment Banker to the Committee Nunc Pro Tunc to
18  November 12, 2014 and (B) Waiving Certain Information
19  Requirements Pursuant to Local Rule 2016-2(h) [D.I. 3118;
20  filed December 22, 2014]
21
22  HEARING re Application of the Official Committee of
23  Unsecured Creditors of Energy Future holdings Corporation,
24  Energy Future Intermediate Holding Company, LLC, EFIH
25  Finance, Inc., and EECI, Inc. for an Order Authorizing the

1  Retention and Employment of Sullivan & Cromwell LLP as

2  Counsel to the Committee Nunc Pro Tunc to November 5, 2014

3  [D.I. 3120; filed December 22, 2014]

4

5  HEARING re Application of the Official Committee of

6  Unsecured Creditors of Energy Future holdings Corp., Energy

7  Future Intermediate Holding Company, LLC, EFIH Finance,

8  Inc., and EECI, Inc. for an Order Under Bankruptcy Code

9  Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and

10 2016(b) Approving the Employment and Retention of

11 Montgomery, McCracken, Walker & Rhoads, LLP Nunc Pro Tunc to

12 November 5, 2014, as Delaware Bankruptcy Counsel and

13 Conflicts Counsel to the Committee [D.I. 3121; filed

14 December 22, 2014]

15

16 HEARING re Joint Application of the Official Committee of

17 TCEH Unsecured Creditors and the Official Committee of EFH

18 Unsecured Creditors Pursuant to Sections 105(a), 1102(b)(3),

19 and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014

20 and 5002, and Local Rule 2014-1, for Entry of Order

21 Approving Retention and Employment of Kurtzman Carson

22 Consultants LLC as Administrative Agent for the Committees

23 Nunc Pro Tunc to July 7, 2014 [D.I. 3122; filed December 22,

24 2014]

25

```
 1   HEARING re Application of the Official Committee of
 2   Unsecured Creditors of Energy Future Holdings Corporation,
 3   Energy Future Intermediate Holding Company, LLC, EFIH
 4   Finance, Inc., and EECI, Inc. for an Order Authorizing the
 5   Retention and Employment of AlixPartners, LLP ad
 6   Restructuring Advisor to the Committee Nunc Pro Tunc to
 7   November 20, 2014 [D.I. 3126; filed December 22, 2014]
 8
 9   HEARING re Application for an Order Approving the Retention
10   of Stevens & Lee, P.C. as Co-Counsel to Energy Future
11   Holdings Company LLC Under Sections 327(a) and 1107(b) of
12   the Bankruptcy Code, Effective Nunc Pro Tunc to November 26,
13   2014 [D.I. 3139; filed December 24, 2014]
14
15   HEARING re Application for an Order Approving the Employment
16   of Goldin Associates, LLC as Special Financial Advisor to
17   Energy Future Intermediate Holding Company LLC Under Section
18   327(a) of the Bankruptcy Code, Effective Nunc Pro Tunc to
19   December 11, 2014 [D.I. 3144; filed December 26, 2014]
20
21
22
23
24
25   Transcribed by:  Sonya Ledanski Hyde
```

1   $77 million in financial advisor success fees.  That is, the
2   TCEH estate has not a single dollar of distributable value
3   to unsecured creditors and its estate is entirely consumed
4   with the liens of the first lien lenders.  So, all this to
5   say the state of the estate is we're back.  We're going to
6   actively pursue the efforts along with the committee and
7   along with the second liens to maximize the value of the
8   actual assets in which TCEH has an interest and we're hoping
9   that we can get a fiduciary who does that without regard to
10  how that might affect another estate.  It is not in our view
11  sufficient, as I said for your Honor before, to have someone
12  just point to a fiduciary out if everybody does the work and
13  convinces me that we should be doing something different
14  I'll exercise a fiduciary out we're entitled to a fiduciary
15  in the seat.
16          THE COURT:  Thank you.  Actually, let me hear from
17  the people on the phone before I--at this point.
18          GREG HOROWITZ:  Thank you, your Honor.  It's
19  Gregory Horowitz.  Can I be heard?
20          THE COURT:  Yes.  Yes.
21          GREG HOROWITZ:  Thank you.  Gregory Horowitz from
22  Kramer Levin on behalf of the EFIH second lien trustee.
23  Your Honor, we had asked the debtors repeatedly if they
24  would p0rovide us with a copy of the new bid procedures
25  order before they filed it and they had said that they