# EXHIBIT 10

# FILED UNDER TEMPORARY SEAL – SUBJECT TO ENERGY FUTURE HOLDINGS PROTECTIVE ORDER