# EXHIBIT 11

# **<u>FILED UNDER TEMPORARY SEAL – SUBJECT TO ENERGY FUTURE HOLDINGS PROTECTIVE ORDER</u>**