# EXHIBIT 12

# <u>FILED UNDER TEMPORARY SEAL – SUBJECT TO ENERGY FUTURE HOLDINGS PROTECTIVE ORDER</u>