IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>            *Debtors.* | )<br>)  Chapter 11<br>)<br>)  Bankruptcy Case No. 14-10979 (CSS)<br>)  (Jointly Administered)<br>) |

**DECLARATION OF BRENTON A. ROGERS, ESQ. IN SUPPORT
OF THE OMNIBUS REPLY IN SUPPORT OF MOTION OF ENERGY FUTURE
HOLDINGS CORP., ET AL., TO APPROVE A SETTLEMENT OF LITIGATION
CLAIMS AND AUTHORIZE THE DEBTORS TO ENTER INTO AND
PERFORM UNDER THE SETTLEMENT AGREEMENT**

BRENTON A. ROGERS, declares as follows:

1. I am an attorney admitted to practice in the State of Illinois, the United States District Court for the Northern District of Illinois, and before the United States Court of Appeals for the Seventh Circuit. I am admitted *pro hac vice* to the United States Bankruptcy Court for the District of Delaware.

2. I submit this declaration in support of the Omnibus Reply in Support of Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform under the Settlement Agreement filed contemporaneously herewith.[2]

3. Attached hereto as Exhibit 1 is an excerpt from a copy of the transcript of the September 25, 2015 deposition of Donald Evans.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms used but not defined herein are given the meanings ascribed to them in the Omnibus Reply in Support of Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform under the Settlement Agreement.

2

4. Attached hereto as Exhibit 2 is an excerpt from a copy of the transcript of the September 30, 2015 deposition of Billie Williamson.

5. Attached hereto as Exhibit 3 is an excerpt from a copy of the transcript of the October 1, 2015 deposition of Charles Cremens.

6. Attached hereto as Exhibit 4 is an excerpt from a copy of the transcript of the September 28, 2015 deposition of Stacey Doré.

7. Attached hereto as Exhibit 5 is an excerpt from a copy of the transcript of the October 1, 2015 deposition of Paul Keglevic.

8. Attached hereto as Exhibit 6 is an excerpt from a copy of the transcript of the September 24, 2015 deposition of Hugh Sawyer.

9. Attached hereto as Exhibit 7 is an excerpt from a copy of the transcript of the September 15, 2015 deposition of Charles Cremens.

10. Attached hereto as Exhibit 8 is an excerpt from a copy of the transcript of September 15, 2015 deposition of Billie Williamson.

11. Attached hereto as Exhibit 9 is an excerpt from a copy of the transcript of the October 21, 2015 deposition of Michael Henkin.

12. Attached hereto as Exhibit 10 is an excerpt from a copy of the transcript of the September 23, 2015 deposition of David Ying.

13. Attached hereto as Exhibit 11 is an excerpt from a copy of the transcript of the October 1, 2015 deposition of Charles Cremens.

14. Attached hereto as Exhibit 12 is an excerpt from a copy of the transcript of the October 22, 2015 deposition of Mark Rule.

15. Attached hereto as Exhibit 13 is an excerpt from a copy of the transcript of the October 2, 2015 deposition of Kevin Ashby.

16. Attached hereto as Exhibit 14 is a true and correct copy of the October 12, 2015 Expert Report of Eric Mendelsohn.

17. Attached hereto as Exhibit 15 is an excerpt from a copy of the transcript of the October 21, 2015 deposition of Eric Mendelsohn.

18. Attached hereto as Exhibit 16 is an excerpt from a copy of the transcript of the October 2, 2015 deposition of Michael MacDougall.

19. Attached hereto as DX 50 is a true and correct copy of the January 30, 2015 Presentation to Joint Boards titled "Overview of Proposed Global Term Sheet and Creditor Plan Proposals", Bates labeled EFH05546954.

20. Attached hereto as DX 71 is a true and correct copy of the April 28, 2014 Minutes of a Joint Board Meeting, Bates labeled EFH2D00090303.

21. Attached hereto as DX 101 is a true and correct copy of the September 11, 2013 Minutes of a Meeting of the Non-Sponsor Directors, Bates labeled EFH04293387.

22. Attached hereto as DX 103 is a true and correct copy of the September 20, 2013 Minutes of a Meeting of the Non-Sponsor Directors, Bates labeled EFH04293389.

23. Attached hereto as DX 105 is a true and correct copy of the October 3, 2013 Minutes of a Meeting of the Non-Sponsor Directors, Bates labeled EFH04293390.

24. Attached hereto as DX 123 is a true and correct copy of the August 1, 2013 Minutes of a Meeting of the Non-Sponsor Directors, Bates labeled EFH03932565.

25. Attached hereto as DX 124 is a true and correct copy of the August 30, 2013 Minutes of a Meeting of the Non-Sponsor Directors, Bates labeled EFH03932567.

26. Attached hereto as DX 185 is a true and correct copy of the February 6, 2015 Presentation to Joint Boards titled "Cram Down Plan Overview and Restructuring Update", Bates labeled EFH05547064.

27. Attached hereto as DX 215 is a true and correct copy of the April 1, 2015 Minutes of a Meeting of the Disinterested Directors of EFH, Bates labeled EFH_DD00004572.

28. Attached hereto as DX 238 is a true and correct copy of the April 3, 2015 Minutes of a Joint Board Meeting, Bates labeled EFH06004309.

29. Attached hereto as DX 240 is a true and correct copy of the April 7, 2015 Minutes of a Joint Board Meeting, Bates labeled EFH06004369.

30. Attached hereto as DX 257 is a true and correct copy of the April 10, 2015 Minutes of a Joint Board Meeting, Bates labeled EFH06004366.

31. Attached hereto as DX 301 is a true and correct copy of the August 9, 2015 Presentation to Joint Boards titled "Approval of Amended Plan and Merger Transaction Documents", Bates labeled EFH06002898.

32. Attached hereto as DX 339 is a true and correct copy of the Management Agreement, dated October 10, 2007 and Bates labeled EFH04173219.

33. Attached hereto as DX 424 is a true and correct copy of the Transaction Decision Paper titled "Tax Sharing Agreement", dated October 10, 2011 and Bates labeled EFH03344498.

34. Attached hereto as DX 445 is a true and correct copy of the Corrected Grant Thornton Report, dated April 2, 2015 and Bates labeled EFH05542580.

35. Attached hereto as DX 450 is a true and correct copy of a spreadsheet titled "YE 2013 AMT Credit Walk by Business Unit", and Bates labeled EFH02029826.

36. Attached hereto as DX 454 is a true and correct copy of a spreadsheet titled "20920T NOL_2010 Return_110919", and Bates labeled EFH02029993.

37. Attached hereto as DX 506 is a true and correct copy of a spreadsheet titled "Journal Entry Spreadsheet", and Bates labeled EFH03235858.

38. Attached hereto as DX 508 is a true and correct copy of a spreadsheet titled "Journal Entry Spreadsheet" and Bates labeled EFH03560934.

39. Attached hereto as DX 517 is a true and correct copy of a presentation titled TCEH Intercompany Loans, Bates labeled EFH04073455.

40. Attached hereto as DX 559 is a true and correct copy of an email with attachment from Alexa Kranzley to Edward Sassower, dated December 11, 2014 and Bates labeled EFIH_DD00003421.

41. Attached hereto as DX 643 is a true and correct copy of a document by Covenant Review titled "TXU: Is There a Default Under the Credit Agreement?", dated March 2, 2011 and Bates labeled EFH_EVR000016189.

42. Attached hereto as DX 644 is a true and correct copy of a Promissory Note, dated April 7, 2011 and Bates labeled EFH00030576.

43. Attached hereto as DX 648 is a true and correct copy of the Federal and State Income Tax Allocation Agreement Among the Members of the Energy Future Holdings Corp. Consolidated Group, dated May 15, 2012 and Bates labeled EFH02028964.

44. Attached hereto as <u>DX 651</u> is a true and correct copy of the Admission of New Group Member of Greenway Development Holding Company LLC, dated November 27, 2012 and Bates labeled EFH04414833.

45. Attached hereto as <u>DX 653</u> is a true and correct copy of the Admission of New Group Member of Decordova II Power Company LLC, dated January 4, 2013 and Bates labeled EFH04414832.

46. Attached hereto as <u>DX 654</u> is a true and correct copy of the Admission of New Group Member of TXU Energy Receivables Company LLC, dated January 4, 2013 and Bates labeled EFH04414834.

47. Attached hereto as <u>DX 659</u> is a true and correct copy of an email from Kevin Ashby to Christy Dobry, dated June 22, 2014 and Bates labeled EFH06005612.

48. Attached hereto as <u>DX 663</u> is a true and correct copy of the Grant Thornton Report, Bates labeled EFH04634391.

49. Attached hereto as <u>DX 668</u> is a true and correct copy of a letter from the IRS to Mary McNulty, dated July 29, 2015 and Bates labeled EFH06244768.

50. Attached hereto as <u>DX 685</u> is a true and correct copy of the Huron Consulting Report titled "Shared Services Review", dated June 8, 2009 and Bates labeled EFH04404842.

51. Attached hereto as <u>DX 842</u> is a true and correct copy of a Wire/ACH transfer, dated September 21, 2012 and Bates labeled EFH05511093.

52. Attached hereto as <u>DX 891</u> is a true and correct copy of a spreadsheet titled "AMT Year End Provision Workbook" and Bates labeled EFH02029800.

53. Attached hereto as DX 955 is an email with attachment from Alexa Kranzley to Edward Sassower, dated December 11, 2015.

54. Attached hereto as DX 957 is an email with attachments from Stacey Doré to Don Evans, John Young, etc., dated March 9, 2015 and Bates labeled EFH_DD00015209.

55. Attached hereto as DX 968 is a letter from Natalie Ramsey to the Board of Directors of Energy Future Holdings Corp., dated October 7, 2015.

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 31st day of October, 2015.

                    /s/ Brenton A. Rogers
                    Brenton A. Rogers (*pro hac vice*)