# EXHIBIT 1

## 9/25/15 Evans Dep. Tr. Excerpts

**(Filed Under Seal)**