# **EXHIBIT 2**

## **9/30/15 Williamson Dep. Tr. Excerpts**

**(Filed Under Seal)**