# EXHIBIT 3

## 10/1/15 Cremens Dep. Tr. Excerpts

**(Filed Under Seal)**