# EXHIBIT 4

## 9/28/15 Doré Dep. Tr. Excerpts

## (Filed Partially Under Seal)

```
                                                              1

 1

 2              UNITED STATES BANKRUPTCY COURT

 3              FOR THE DISTRICT OF DELAWARE

 4     ------------------------------------x

 5     In Re:

 6     Energy Future Holdings Corporation,

 7     et al.,

 8                         Debtors.

 9

10     Chapter 11

11     Case No. 14-10979

12     Jointly Administered

13     ------------------------------------x

14

15              DEPOSITION OF STACEY DORÉ

16                  New York, New York

17                  September 28, 2015

18

19

20     Reported by:

21     MARY F. BOWMAN, RPR, CRR

22     JOB NO. 98268

23

24

25
```

253

1              S. Doré

2     information, please do.

3        A.   Well, in answer to that question,

4     which was just did we reach a conclusion, I

5     would say yes.

6        Q.   I'll ask you, I will ask the

7     question, whether you -- what that

8     conclusion was?  And I don't want you to

9     reveal advice of counsel in doing so, if

10    that's possible.

11       A.   I can't answer without revealing

12    privileged information.

13       Q.   Moving forward, between 2011 and

14    the filing of the bankruptcy petition, did

15    you become aware of any other potential

16    intercompany claims against EFH of the type

17    that are being settled now through the

18    settlement agreement?

19       A.   I just don't remember specific

20    dates tied to specific claims, but I can

21    tell you that in 2012, when I was promoted

22    to general counsel, and one of the first

23    things I did as general counsel was hire

24    Kirkland & Ellis, we, in thinking about the

25    possibility of a bankruptcy, did an

Dore', Stacey 2015-09-28

254

```
 1                    S. Doré
 2    exhaustive thought process around what
 3    potential claims others might attempt to
 4    assert.
 5              And so along the way, between
 6    2012 and now, there has been lots of time
 7    and effort and thought spent on trying to
 8    identify what types of intercompany claims
 9    others might assert there are.
10        Q.   Again, trying to focus, to the
11    extent you can, on the period before you
12    filed the bankruptcy petition, the 2012 to
13    the petition date, do you have a
14    recollection of any specific intercompany
15    claims against EFH that you became aware
16    of?
17        A.   Yes.  I mean, there is -- I'm
18    trying to -- the reason I'm hesitating is
19    because I don't think I can give an
20    exhaustive list.  I mean, I think of this
21    as there's intercompany claims that people
22    have asserted there are, you know,
23    throughout the structure, and we have
24    always tried to think of them all together,
25    right, what claims exist against EFH?  What
```