# EXHIBIT 6

## 9/24/15 Sawyer Dep. Tr. Excerpts

**(Filed Under Seal)**