# EXHIBIT 7

## 9/15/15 Cremens Dep. Tr. Excerpts

**(Filed Under Seal)**