# EXHIBIT 8

## 9/15/15 Williamson Dep. Tr. Excerpts

## (Filed Under Seal)