# EXHIBIT 9

## 10/21/15 Henkin Dep. Tr. Excerpts

### (Filed Partially Under Seal)

1

1           MICHAEL HENKIN

2  UNITED STATES BANKRUPTCY COURT

3  FOR THE DISTRICT OF DELAWARE
   ----------------------------------------x
4  In Re:

5  Energy Future Holdings Corporation, et al.,

6              Debtors.

7  Chapter 11

8  Case No. 14-10979

9  Jointly Administered

10 ----------------------------------------x

11         DEPOSITION OF MICHAEL HENKIN

12             New York, New York

13              October 21, 2015

14

15

16

17

18

19

20

21

22

23  Reported by:

24  KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25  JOB NO. 99258

1           MICHAEL HENKIN

2      Q.   Are you aware of anyone, before
3 yourself, drawing a parallel between the EFH
4 intercompany notes and the corporate demand note
5 program that you discuss in your report?
6      A.   When you say anyone, do you mean
7 another financial advisor in the case, or --
8      Q.   I mean anyone.
9      A.   No.
10     Q.   Now, you realize that these
11 intercompany notes have been a subject of
12 controversy for some time?
13     A.   Yes.
14     Q.   And you're aware of the Aurelius
15 litigation that occurred?
16     A.   Yes.
17     Q.   And you reviewed materials in the
18 Aurelius litigation in preparing your report?
19     A.   I looked at the complaint and some of
20 the exhibits that were attached to the
21 complaint.
22     Q.   Well, did you review the company's
23 response to the Aurelius litigation?
24     A.   I looked at one letter that was
25 attached to the Aurelius complaint.  There may

48

1           MICHAEL HENKIN
2    there were major paydowns and ultimately full
3    repayment.
4           So I don't know if that was deemed a
5    formal repayment or whether it was a, "I would
6    like to get repaid," and then there were
7    repayments.  So that's my understanding.
8        Q.    Did you investigate whether TCEH ever
9    made a demand for repayment of EFH?
10       A.    I read some documents that claimed
11   that there was never a formal demand made on the
12   note.
13       Q.    And do you have any reason to believe
14   that's not correct?
15       A.    No.
16       Q.    You discuss these corporate demand
17   note issuers.  Are you aware of any corporate
18   demand note programs in which, over a five-year
19   period, no investor made a demand for repayment?
20       A.    Meaning there was not a single demand
21   made during the entire five-year period for any
22   of the corporate demand notes?
23       Q.    Right.
24       A.    I think you have to look at each of
25   the corporate demand notes as a separate

                    MICHAEL HENKIN

1   issuance.  There's multiple holders of the
2   corporate demand notes.
3           I believe there were, in the case of
4   Ford, over $2 billion of corporate demand notes
5   outstanding during the entire evaluation period.
6   The balances fluctuate, and I'm sure some
7   holders exercised demands at various times, but
8   there may have been a single holder that held
9   during the entirety of the evaluation period,
10  but we don't -- we don't have that data.  That
11  would be figuring out who all the different
12  holders are and whether anyone was a continuous
13  holder for the entire period, but it's very
14  possible, given the over $2 billion figure, that
15  there were single holders that held for the
16  entirety of the period.
17      Q.   Are you aware of a corporate demand
18  note program in which not a single investor made
19  a demand for repayment over a five-year period?
20      A.   I don't have the data on the demands,
21  but I would expect that there would be demands
22  by various holders from time to time and that
23  you would see that happening on a continuous
24  basis, some holders demanding, some new holders

1            MICHAEL HENKIN

2     offering or buying into the demand note program

3     over time.

4        Q.    The answer is no?

5        A.    I don't have the data, but I don't

6     expect there to be, no.

7        Q.    Who at TCEH would decide whether to

8     demand repayment?

9        A.    I actually don't know the answer to

10    that question.

11       Q.    Is that relevant to your analysis?

12       A.    Not centrally, no.

13       Q.    Do you think the intercompany notes

14    were negotiated on an arm's length basis?

15       A.    I think the terms were reasonable and

16    reflected arm's length terms.  I don't know how

17    the negotiation took place.

18       Q.    Do you know who signed the

19    intercompany notes on behalf of EFH?

20       A.    I think Tony Horton, the treasurer,

21    was the signature.

22       Q.    And do you know who signed the

23    intercompany notes on behalf of TCEH?

24       A.    I don't recall.

25            MR. SCHNEIDER:  I'm going to mark some

70

1              MICHAEL HENKIN

2    aware of, to answer the question, was the fact

3    that if there was a repayment, there would have

4    been a potential cash flow sweep for TCEH that

5    they had no revolver after 2011, I believe, and

6    therefore, they would not have had an

7    alternative yield similar to LIBOR plus 5

8    percent, necessarily; that there was adequate

9    assurance and protection that the guarantees

10   provided sufficient value, so there was no sense

11   of a risk of lack of repayment is my

12   understanding on some of the reasons why they

13   may not have demanded repayment.

14        Q.   Did you conduct an analysis as to

15   whether in fact repayment would have been

16   disadvantageous to TCEH throughout the

17   evaluation period?

18        A.   No.

19        Q.   And I'm understanding you to say that

20   you're aware of that consideration, but it was

21   not material to your assessment of the

22   reasonableness of the interest rate?

23        A.   That's correct, yes.

24        Q.   Why were the intercompany notes issued

25   in the first place?

Henkin, Michael 2015-10-21

```
 1                    MICHAEL HENKIN
 2        A.    No.
 3        Q.    Sir, do you consider yourself an
 4   expert in the energy industry?
 5        A.    No.
 6        Q.    Do you consider yourself an expert on
 7   the ability to forecast natural gas prices in
 8   the future?
 9        A.    No.
10        Q.    And do you consider yourself an expert
11   on the ability to forecast power prices in the
12   future?
13        A.    No.
14        Q.    And have you ever evaluated the
15   fundamental factors that go into projecting
16   prices for power in the ERCOT market?
17              MR. HARDIMAN:  Object to the form.
18        A.    I have reviewed a lot of documents
19   that the debtors have generated with respect to
20   the forecasts, but your question was have I
21   looked at the underlying factors that go
22   underneath the forecasts, and I'm generally
23   aware what they are, but I haven't done an
24   analysis of that in this case.
25        Q.    And there are separate energy industry
```

265

1        MICHAEL HENKIN

2     A.    It may trigger a tax if there is not
3  enough tax attributes to shield the potential
4  gain.
5     Q.    Right.  So let me just break it down.
6           EFH is a taxpayer, right?
7     A.    That is correct.  They own the stock
8  of TCEH.
9     Q.    TCEH is a disregarded entity for tax
10 purposes, right?
11    A.    That's correct.
12    Q.    In determining whether EFH owes a tax
13 liability for a transaction of TCEH, you have to
14 evaluate what the cost basis is of the TCEH
15 assets and what the value is for TCEH at the
16 time of the transaction closing, right?
17    A.    I think that's correct.
18    Q.    All right.  And if the value of EFH at
19 the time the transaction closes is greater than
20 the cost basis, there is a tax owed if it's a
21 taxable transaction, right?
22    A.    Unless there are tax attributes that
23 would reduce the potential gain, that is
24 correct.
25    Q.    Let me take it in steps.

Henkin, Michael 2015-10-21