# EXHIBIT 10

# 9/23/15 Ying Dep. Tr. Excerpts

```
                                                              1
 1                       DAVID YING

 2    UNITED STATES BANKRUPTCY COURT

 3    FOR THE DISTRICT OF DELAWARE
      ---------------------------------------x
 4    In Re:

 5    Energy Future Holdings Corporation, et al.,

 6                   Debtors.

 7    Chapter 11

 8    Case No. 14-10979

 9    Jointly Administered

10    ---------------------------------------x

11    * * *PARTIALLY CONFIDENTIAL (PAGES 76-77)* * *

12              DEPOSITION OF DAVID YING

13                  New York, New York

14                  September 23, 2015

15

16

17

18

19

20

21

22

23

24    Reported by: KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25    JOB NO. 98065
```

80

1         DAVID YING

2      Q.   Sure.  Have you provided a view to the
3 Debtors with respect to the changes in the value
4 of Oncor resulting from a successful REIT
5 conversion?
6      A.   We have told the board that,
7 conceptually, a REIT valuation for Oncor could
8 materially exceed the value of Oncor as a C
9 Corp.
10     Q.   Did you do an actual analysis to
11 quantify that for the board of directors?
12     A.   We have not provided a detailed
13 analysis of that statement to the board.
14     Q.   Are there any other statements made to
15 the board that you can recall on that subject
16 other than saying that it materially exceeded
17 the value as a C Corp.?
18     A.   We have provided the board over the
19 last several months a number of primers and
20 discussions about how one would go about valuing
21 Oncor as a REIT versus a C Corp.  We described
22 to them many variables that go into that
23 calculation, and we have explained to them
24 conceptually why we would reach the conclusion
25 that we reached.  We have not provided a