# EXHIBIT 11

## 10/1/15 Cremens Dep. Tr. Excerpts

## (Filed Under Seal)