# EXHIBIT 12

# 10/22/15 Rule Dep. Tr. Excerpts

                                                                    1

1

2    UNITED STATES BANKRUPTCY COURT

3    FOR THE DISTRICT OF DELAWARE
     ------------------------------------------x
4    In Re:

5    Energy Future Holdings Corporation, et al.,

6                    Debtors.

7    Chapter 11

8    Case No. 14-10979

9    Jointly Administered

10   ------------------------------------------x

11              DEPOSITION OF MARK RULE

12                New York, New York

13                 October 22, 2015

14

15

16

17

18

19

20

21

22

23   Reported by:

24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25   JOB NO. 99140

162

1              MARK RULE

2    Katz.  My firm is counsel to Kohlberg Kravis

3    Roberts & Co., LP, TPG Capital, LP, and Goldman

4    Sachs & Co., which I'll call "KKR," "TPG" and

5    "Goldman Sachs" for short.  I might also call

6    them "the sponsors."

7           I'm also counsel to the affiliated

8    funds that hold equity interests in EFH and

9    counsel to Texas Energy Future Holdings Limited

10   Partnership, which holds direct equity interests

11   in EFH.

12          So if I call KKR, TPG and Goldman "the

13   sponsors," you'll know what I'm referring to?

14      A.   Yes.

15      Q.   Okay.  Thankfully, Mr. Rogers covered

16   a lot of the ground that I would have covered,

17   so I'm going to try to cut through my questions

18   and not repeat all that much.

19          Have you published any articles ever?

20      A.   I have not.

21      Q.   Have you published anything?

22      A.   Only internally.

23      Q.   ==Are you an expert on the market for==

24   ==natural gas?==

25      A.   ==I am not.==

1        MARK RULE
2        Q.    Are you an expert in forecasting the
3   price of natural gas?
4        A.    I am not.
5        Q.    Are you an expert on heat rates?
6        A.    I am not.
7        Q.    Expert on the utility industry?
8        A.    I am not.
9        Q.    Expert in the Texas power market?
10       A.    No.
11       Q.    Are you aware that KKR, TPG and
12   Goldman Sachs received certain fees from the
13   debtors between the time of the LBO and the time
14   of the bankruptcy filing?
15       A.    I am generally aware that they were
16   paid sponsor fees.
17       Q.    Are you expressing any opinion on
18   whether KKR, TPG or Goldman Sachs provided value
19   in exchange for those fees?
20       A.    I have not analyzed the fees or the
21   value provided or not provided, so I haven't
22   done that analysis.
23       Q.    Okay.  So you're not expressing any
24   opinion --
25       A.    No.