# **EXHIBIT 14**

# **Mendelsohn Expert Report**

# **(Filed Under Seal)**