# EXHIBIT 15

## 10/21/15 Mendelsohn Dep. Tr. Excerpts

## (Filed Under Seal)