# EXHIBIT 16

## 10/2/15 MacDougall Dep. Tr. Excerpts

**(Filed Under Seal)**