# DX 50

**EFH05546951**

**(Filed Under Seal)**