# DX 71

**EFH2D00090303**

**(Filed Under Seal)**