# DX 101

**EFH04293387**

**(Filed Under Seal)**