# DX 103

**EFH04293389**

**(Filed Under Seal)**