# **DX 105**

**EFH04293390**

**(Filed Under Seal)**