# DX 123

**EFH03932565**

**(Filed Under Seal)**