# DX 124

**EFH03932567**

**(Filed Under Seal)**