## DX 185

**EFH05547064**

**(Filed Under Seal)**