# DX 238

**EFH06004309**

**(Filed Under Seal)**