# DX 240

**EFH06004369**

**(Filed Under Seal)**