## DX 257

**EFH06004366**

**(Filed Under Seal)**