# DX 301

**EFH06002898**

**(Filed Under Seal)**