# DX 424

**EFH03344498**

**(Filed Under Seal)**