## DX 445

**EFH05524580**

**(Filed Under Seal)**