# DX 450

**EFH02029826**

**(Filed Under Seal)**