# DX 454

**EFH02029993**

**(Filed Under Seal)**