# DX 506

**EFH03235858**

**(Filed Under Seal)**