# DX 508

**EFH03560934**

**(Filed Under Seal)**