# DX 517

**EFH04073455**

Energy Future Holdings

# TCEH Intercompany Loans
*Public Lender Presentation*

February 28, 2011

Contains Confidential Information

## EFH/TCEH Intercompany Notes

- Effective October 10, 2007, TCEH entered into a promissory note with EFH under which TCEH has loaned funds to EFH for its general operating expenses (the "SG&A Note").

- Effective October 10, 2007, TCEH entered into another promissory note with EFH under which TCEH has loaned funds to EFH to pay principal and interest on permitted EFH debt (the "P&I Note").

- EFH's intercompany loans have an outstanding balance in the aggregate of ~$1.9B as of 12/31/2010 and bear interest at LIBOR + 500 bps.

- EFH has paid TCEH $167mm in aggregate interest on intercompany borrowings for the three years ended 12/31/2010.

Contains Confidential Information

## The Intercompany Loans Are Permitted Under TCEH's Credit Agreement

*Contains Confidential Information*

- **The SG&A and P&I Notes are explicitly permitted affiliate loans under 10.6 of the TCEH Credit Agreement.**
- **Under Section 10.6, the notes are to be made on an "arm's-length" basis and are to contain a specific repayment provision:**

"Any loan made pursuant to Section 10.6(d), Section 10.6(o), Section 10.6(r) or Section 10.6(u) by the Borrower or any of the Restricted Subsidiaries to the Parent or any of the Parent's other Subsidiaries (each, a "Parent Loan") shall be made on arm's-length basis and shall contain a repayment provision such that each Parent Loan shall be repaid with the proceeds from the Disposition of all or any portion of the Stock or Indebtedness of, or all or substantially all of the assets (in one transaction or a series of related transactions) of any of the Oncor Subsidiaries (in each case to the extent such proceeds are received (initially or subsequently) by the Parent or any of its Subsidiaries other than the Oncor Subsidiaries) prior to the use of any such proceeds to prepay (other than at maturity) any Indebtedness of the Parent or to make any dividend or distribution to the Sponsors."

2

## The Notes Reflect Arm's-Length Terms

*Contains Confidential Information*

- The notes reflect arm's-length terms that are comparable to the terms that unrelated parties would have negotiated in the market, such as market interest rates, mandatory repayment terms, a "payable on demand" feature, a default interest rate at the maximum rate allowed by law, and, as to the P&I Note, payment guarantees.

- The P&I Note is *pari passu* with EFH's Senior Notes due 2017, and the SG&A Note is *pari passu* with EFH's Senior Notes due 2014. The notes were contemplated and priced on or about October 10, 2007, at a rate of LIBOR + 500 bps based on several factors:
  - ✓ 1-month LIBOR was 5.25%
  - ✓ Yield on EFH's Senior Notes due 2014 was ~9.25%
  - ✓ EFH's Senior Notes due 2017 were issued at a rate of 10.875%
  - ✓ Large portion of TCEH debt, including its revolver, was subject to a floating interest rate, and a floating rate loan to EFH hedged a portion of TCEH's interest rate risk
  - ✓ 7-year credit default swap spread for EFH was 491 bps
  - ✓ Given alternative use of funds to pay down TCEH's debt priced at LIBOR + 350 bps, loaning funds to EFH at LIBOR + 500 bps was an attractive investment option.

- The guarantees in the P&I Note and the mandatory repayment provision in each note gave TCEH further security that the notes would be attractive investments.

3

Confidential

EFH04073458

## The Material Terms of the Intercompany Notes Have Been Fully Disclosed

*Contains Confidential Information*

- Each EFCH Form 10-K for the years ended Dec. 31, 2008, 2009 and 2010 describes the intercompany loans in a footnote to the financial statements regarding related-party transactions.

- In addition, the material terms of the intercompany notes have been disclosed in detail:

### EFCH FORM 10-K FOR YEAR ENDED DEC. 31, 2010

NOTES TO FINANCIAL STATEMENTS

19. RELATED–PARTY TRANSACTIONS Notes receivable from EFH Corp. are payable to TCEH on demand and arise from cash loaned for debt principal and interest payments and other general corporate purposes of EFH Corp. The notes totaled $1.921 billion and $1.406 billion as of December 31, 2010 and December 31, 2009, respectively, including $916 million and $416 million, respectively, related to principal and interest on EFH Corp. debt. Such principal and interest notes are guaranteed by EFCH and EFIH on a pari passu basis with their guarantees of the EFH Corp. Senior Notes; the remaining balance of the demand notes is not guaranteed. The average daily balance of the notes for the years ended December 31, 2010, 2009 and 2008 totaled $1.588 billion, $944 million and $410 million, respectively. The notes carry interest at a rate based on the one-month LIBOR rate plus 5.00%, and interest income totaled $85 million, $51 million and $32 million for the years ended December 31, 2010, 2009 and 2008, respectively.

Confidential    EFH04073459

## TCEH Is Permitted to Exercise Business Judgment in Deciding Whether to Demand Repayment

*Contains Confidential Information*

- TCEH's decision whether to demand repayment of the notes is not governed by the Credit Agreement and need not meet an "arm's-length" standard. Instead, TCEH's decision whether to demand repayment of the notes is governed by ordinary business judgment.

- The notion that TCEH must meet the "arm's-length" standard each day that it does not demand repayment is plainly not a requirement of the Credit Agreement:

  ✓ Each note constitutes a single Parent Loan (as defined in the Credit Agreement) that was made on an arm's-length basis and contains the required repayment provision.

  ✓ Nothing in the Credit Agreement (including Section 10.6) suggests that failing to demand repayment of a note somehow converts a single loan (i.e., the SG&A Note or the P&I Note) into daily individual loans that require a daily "arm's-length" analysis.

  ✓ Section 9.9 of the Credit Agreement does not apply to these notes and therefore does not supply an independent basis for challenging TCEH's decisions.

- TCEH continuously evaluates its investment in the notes and has determined that continuing to maintain its investment in the notes is in the best interest of TCEH.

  ✓ TCEH's board has considered at various times whether the notes are collectible and have concluded that they are, given EFH's cash reserves and the value of Oncor.

  ✓ During the recent year-end audit of EFH's and EFCH's financial statements, EFCH concluded that the Notes should not be impaired. EFH's and EFCH's independent auditors, Deloitte & Touche, agreed with this conclusion.

**UNDER NO CIRCUMSTANCES COULD TCEH'S BUSINESS JUDGMENT ABOUT WHETHER TO DEMAND REPAYMENT CONSTITUTE A DEFAULT OF THE CREDIT AGREEMENT.**

5

Confidential

EFH04073460