# **DX 654**

## **EFH04414834**

## ANNEX A

### ADMISSION OF NEW GROUP MEMBER

THIS AGREEMENT is made as of the 4th day of January, 2013 between Energy Future Holdings Corp. ("EFH"), a Texas corporation, and TXU Energy Receivables Company LLC (the "New Member").

### RECITALS:

WHEREAS, EFH is the common parent of an affiliated group of corporations within the meaning of section 1504(a) of the Internal Revenue Code of 1986, as amended from time to time (the "Code"); and

WHEREAS, EFH and the members of its affiliated group within the meaning of section 1504(a) of the Code and certain entities disregarded for federal income tax purposes as an entity separate from a member of such affiliated group (the "Group") executed the Federal and State Income Tax Allocation Agreement Among the Members of the Energy Future Holdings Corp. Consolidated Group (the "Agreement") as of the 28th day of September, 2012, to allocate federal and state income tax liability and Texas margin tax liability among them; and

WHEREAS, the New Member has become a member of the Group since the Group executed the Agreement;

NOW, THEREFORE, the parties hereto agree as follows:

The New Member shall by its execution of this Admission of New Group Member become subject to the terms of the Agreement effective as of the date first stated above.

Energy Future Holdings Corp.

By _____
Carla A. Howard
Senior Vice President & General Tax Counsel


TXU Energy Receivables Company LLC

By _____
Kevin M. Ashby
Tax Signing Officer

Highly Confidential

EFH04414834