# DX 659

**EFH06005612**

**(Filed Under Seal)**