## DX 663

**EFH04634391**

**(Filed Under Seal)**