# DX 668

**EFH06244768**

**(Filed Under Seal)**