# DX 842

**EFH05511093**

**(Filed Under Seal)**