# DX 891

**EFH02029800**

**(Filed Under Seal)**