## DX 955

**12/11/15 Email A. Kranzley to E. Sassower**

**Yenamandra, Aparna**

| | |
|---|---|
| **Subject:** | FW: EFH Settlement - Additional Claims [Confidential / Subject to FRE 408] |
| **Attachments:** | SC1-#3764249-v1-EFH_-_Additional_Claims.docx |

**From:** Kranzley, Alexa J. [mailto:kranzleya@sullcrom.com]
**Sent:** Wednesday, December 17, 2014 9:35 AM
**To:** Yenamandra, Aparna
**Subject:** FW: EFH Settlement - Additional Claims [Confidential / Subject to FRE 408]

**Alexa J. Kranzley**
Sullivan & Cromwell LLP | 125 Broad Street | New York, NY 10004-2498
T: (212) 558-7893 | F: (212) 291-9373 | C: (917) 587-0849
kranzleya@sullcrom.com | http://www.sullcrom.com

**From:** Kranzley, Alexa J.
**Sent:** Thursday, December 11, 2014 6:51 PM
**To:** Sassower, Edward O (esassower@kirkland.com); 'marc.kieselstein@kirkland.com'; 'james.sprayregen@kirkland.com';
'stephen.hessler@kirkland.com'; Marwil, Jeff J. (jmarwil@proskauer.com); Thomas, Mark K. (mthomas@proskauer.com);
'rlevin@cravath.com'
**Cc:** Dietderich, Andrew G.; Glueckstein, Brian D.; Bojmel, Ronen (Ronen.Bojmel@guggenheimpartners.com); Henkin,
Michael (Michael.Henkin@guggenheimpartners.com); Holtz, Alan (AHoltz@alixpartners.com)
**Subject:** EFH Settlement - Additional Claims [Confidential / Subject to FRE 408]

**CONFIDENTIAL/SUBJECT TO FRE 408**

Attached are some additions to the list of intercompany claims that merit attention.  As discussed, this is prepared now
at your request based on only preliminary work, and we reserve the right to amend or supplement.  In particular, we are
not in a position at this time to enumerate specific claims against sponsors and their affiliates (or Ds, Os or other insiders
for prepetition acts or omissions).  Our preliminary view is that including settlement of such matters at this time is not
necessary to create a confirmable plan and adds risk and complexity that could prove with time to be harmful to
creditors.

**Alexa J. Kranzley**
Sullivan & Cromwell LLP | 125 Broad Street | New York, NY 10004-2498
T: (212) 558-7893 | F: (212) 291-9373 | C: (917) 587-0849
kranzleya@sullcrom.com | http://www.sullcrom.com

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are
not the intended recipient, please delete the e-mail and notify us immediately.

### Additions to Proposed Claims for Comprehensive Settlement

K.      Any use of EFH NOLs by EFH, EFIH or new Oncor owners

L.      Claim by EFH versus GenCo and other T subsidiaries with respect to tax and other liabilities, including $567 million tax liability for 'mark to market' settlement

M.      Claims to avoid dividends or distributions from GenCo to TCEH, EFCH, etc. while GenCo was insolvent

N.      Claims to judicially determine the contractual limit on the upstream guarantees of LBO and post-LBO debt by GenCo and its subsidiaries ('savings clause')

     1.      Determination of GenCo and subsidiary solvency net of taxes (fair saleable value, adequate capitalization, etc.)

          A.      2007

          B.      Date of each subsequent incurrence of an upstream guarantee

     2.      Clawback to GenCo of debt service paid to TCEH firsts, seconds and unsecureds with respect to missing portion of upstream guarantees

O.      Claims that TCEH first liens are subject to pre-existing gains tax liability in 2007

P.      Claims for employee pension, OBEP, SERP, insurance and other costs not charged to GenCo in business services arrangements in the past

Q.      Claims for fair value payment from GenCo to EFH for assumption of business services arrangements

R.      Preference claims

     1.      Against E and T funded debt holders

     2.      Between business services and other companies

S.      Other claims against sponsors, sponsor affiliates and designees, belonging to EFH and EFIH, including affirmative claims and grounds for disallowance or subordination, to the extent such claims are included in a "Comprehensive Settlement"