# DX 957

**EFH_DD00015209**

**(Filed Under Seal)**