# DX 968

## 10/7/15 N. Ramsey Letter to EFH Board



# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

| | | |
|---|---|---|
| **Natalie D. Ramsey**<br>Admitted in Pennsylvania, New York, Delaware | 123 South Broad Street<br>Avenue of the Arts<br>Philadelphia, PA 19109<br>Tel: 215-772-1500 | Direct Dial:   215-772-7354<br>Fax:          215-731-3910<br>Email:     nramsey@mmwr.com |

October 7, 2015

**BY EMAIL – aparna.yenamandra@kirkland.com – AND FEDERAL EXPRESS**

Energy Future Holdings Corp.
ATTN: Board of Directors
c/o Aparna Yenamandra, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

> Re:  Notice of Claims under Directors & Officers Liability Policies to the Board of Directors of Energy Future Holdings Corp. and certain subsidiary companies (collectively "EFH")

To Whom It May Concern:

     This Notice is being given to the Board of Directors and Managers of EFH (collectively, the "Boards") on behalf of the Official Committee of Unsecured Creditors of EFH and certain affiliated companies (the "Committee"). The Committee was formed in connection with the Chapter 11 bankruptcy pending in the United States Bankruptcy Court for the District of Delaware (the "Court") captioned as *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) (the "Action").

     Please be advised that, subject to the approval of the Court,[1] the Committee intends to/may assert derivative claims against certain or all members of the Boards and certain executive officers of EFH (the "Target Parties"), *inter alia*, for breach of fiduciary duty and

---

[1] The Committee already has filed a motion with the Court seeking authority to prosecute certain derivative claims on behalf of the Luminant Debtors' Estate (D.E. No. 3605), which Motion is currently pending. To the extent necessary, the Committee intends to expand the scope of its request to bring derivative claims on behalf of other EFH entities.

Montgomery McCracken Walker & Rhoads LLP

Energy Future Holdings Corp.
ATTN: Board of Directors
c/o Aparna Yenamandra, Esq.
October 7, 2015
Page 2

aiding and abetting a breach of fiduciary duty, in their capacity as officers and/or directors of EFH (the "Claims"). The Claims include, but are not limited to, multiple breaches of the fiduciary duty of loyalty, including waste. The Claims are based, in part, on conduct that occurred in connection with the EFH's 2007 leveraged buyout (the "LBO"), various debt restructurings that occurred subsequent to the LBO (the "Amend and Extend" transactions), various fraudulent transfers, the wrongful delaying of a bankruptcy filing and other corporate actions and inactions by the Target Parties, especially those Target Parties who are or were employed by Kohlberg Kravis Roberts & Co., L.P., TPG Capital, L.P. and Goldman Sachs & Co. (collectively, the "Sponsors") through the commencement of filing of the Action. The damages underlying the Claims are substantial.

The Committee believes that this Notice requires the Target Parties to place any and all insurance carriers providing coverage for director and officer claims (including all excess insurance carriers) on notice of the Claims. This should include any insurance carrier providing such coverage to the Sponsor-related Target Parties under policies secured by or for the benefit of the Sponsors.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Natalie D. Ramsey /mr
Natalie D. Ramsey

NDR:dd

3980049v1