**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 3, 2015 STARTING AT 11:00 A.M. (EST)[2]**

## I.   GLOBAL SETTLEMENT MOTION:

1.   Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement [D.I. 5249; filed August 10, 2015]

Response/Objection Deadline:          October 23, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.   Objection to Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement Filed by JoAnn M. Robinson [D.I. 6451; filed October 14, 2015]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The November 3, 2015 (the "November 3rd Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EDT). Due to the anticipated number of attendees at the November 3rd Hearing, parties are also invited to attend the hearing via video teleconference from an overflow Courtroom at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Multipurpose Room, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the November 3rd Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Monday, November 2, 2015** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

B.      Objection of the United States to Debtors' Motion to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement (D.I. 5249) and Debtors' Fifth Amended Plan of Reorganization (D.I. 6122) [D.I. 6601; filed October 23, 2015]

C.      EFIH Second Lien Indenture Trustee's Statement in Response to Debtors' Settlement Motion [D.I. 6616; filed October 23, 2015]

D.      Objection of the Bank of New York Mellon, as Indenture Trustee for the PCRB Claims, to the Motion of Energy Future Energy Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and Hearing Theron (Redacted) [D.I. 6623; filed October 23, 2015]

E.      Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Redacted) [D.I. 6627; filed October 23, 2015]

F.      Objection of UMB Bank, N.A., to the Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement [D.I. 6641; filed October 23, 2015]

G.      Joinder of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates to (A) Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code and (B) the EFH Indenture Trustee's Objection and Pretrial Brief for Phase I Trial Regarding Confirmation of Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.* [D.I. 6642; filed October 23, 2015]

H.      Supplement to Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the

Bankruptcy Code Regarding S/D/O Releases (Sealed) [D.I. 6643; filed October 23, 2015]

I.     Joinder of EFH Notes Indenture Trustee to Supplement to Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al*., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code Regarding Insider Releases [D.I. 6645; filed October 23, 2015]

J.     EFH Indenture Trustee's Objection to Motion of Energy Future Holdings Corp., *et al*., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement [D.I. 6646; filed October 23, 2015]

K.     United States Trustee's Objection to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code and the Motion of Energy Future Holdings Corp., *et al*., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement (D.I. 5249, 6085, 6122) [D.I. 6705; filed October 27, 2015]

Related Documents:

i.     Re-Notice of "Motion of Energy Future Holdings Corp., *et al*., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement" and Hearing Thereon [D.I. 5261; filed August 10, 2015]

ii.    Letter to The Honorable Christopher S. Sontchi Regarding Scheduling of Motion of Energy Future Holdings Corp., *et al*., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement [D.I. 5263; filed August 11, 2015]

iii.   Letter to The Honorable Christopher S. Sontchi from Kurt F. Gwynne, Esq. of Reed Smith LLP Responding to the September 14, 2015, Letter from Mark E. McKane, Counsel for the Debtors, Regarding Deposition Notices Pursuant to the Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors Plan of Reorganization [D.I. 5771] [D.I. 6018; filed September 15, 2015]

iv.    Letter to The Honorable Christopher S. Sontchi from Kurt F. Gwynne, Esquire, Counsel to Bank of New York Mellon, Regarding the Discovery Dispute with the Debtors in Connection with (i) Debtors Motion to

Approve a Settlement of Litigation Claims and Authorize the Debtors' to Enter Into and Perform Under the Settlement Agreement and (ii) Confirmation of the Debtors' Third Amended Joint Plan of Reorganization [D.I. 6037; filed September 15, 2015]

v.    Letter to The Honorable Christopher S. Sontchi from Kurt F. Gwynne, Esquire, Counsel to Bank of New York Mellon, Regarding the Discovery Dispute with the TCEH Unsecured Ad Hoc Group in Connection with (i) Debtors' Motion to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (ii) Confirmation of the Debtors' Third Amended Joint Plan of Reorganization [D.I. 6038; filed September 15, 2015]

vi.    Notice of Filing of Revised Exhibit to Order in Connection with "Motion of Energy Future Holdings Corp., e*t al*., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement" [D.I. 5249] [D.I. 6085; filed September 17, 2015]

vii.    Second Re-Notice of "Motion of Energy Future Holdings Corp., e*t al*., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement" and Hearing Thereon [D.I. 6225; filed September 29, 2015]

viii.    Declaration of Brian D. Glueckstein in Support of Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al*., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code (Redacted) [D.I. 6628; filed October 23, 2015] (*see agenda item no. 2 xlix*)

ix.    Declaration of Sidney S. Liebesman in Support of Supplement to Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al*., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code Regarding S/D/O Releases (Sealed) [D.I. 6644; filed October 23, 2015]

x.    Letter to The Honorable Christopher S. Sontchi from Kurt F. Gwynne, Esq. of Reed Smith LLP Regarding Discovery Dispute [D.I. 6685; filed October 27, 2015]

xi.    Joint Stipulated Final Pre-Trial Order [D.I. 6748; filed October 29, 2015]

4

xii.    Reply of the Disinterested Directors of Debtor Energy Future Holdings Corp. to Trial Brief, Omnibus Objection and Supplement to Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Purusant to Chapter 11 of the Bankruptcy Code [D.I. 6797; filed October 30, 2015]

xiii.   Reply of the TCEH Committee in Support of the Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement (Redacted) [D.I. 6802; filed October 30, 2015]

xiv.    Declaration of Brett H. Miller in Support of the TCEH Committee's (I) Reply in Support of the Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement, and (II) Reply in Support of Confirmation of Joint Plan of Reorganization (Redacted) [D.I. 6803; filed October 30, 2015]

xv.     EFH Equity Owners' Omnibus Reply In Support of the Debtors Fifth Amended Plan of Reorganization and Motion to Approve Settlement of Litigation Claims (Sealed) [D.I. 6809; filed October 30, 2015]

xvi.    EFH Equity Owners' Omnibus Reply in Support of the Debtors' Fifth Amended Plan of Reorganization and Motion to Approve Settlement of Litigation Claims (Redacted) [D.I. 6810; filed October 30, 2015]

xvii.   Omnibus Reply in Support of Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement [D.I. 6820; filed October 31, 2015]

xviii.  Joinder of the Ad Hoc Committee of TCEH First Lien Creditors to (I) Debtors' Omnibus Reply to Plan Confirmation Objections, and (II) Omnibus Reply in Support of Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement [D.I. 6821; filed October 31, 2015]

xix.    The AD Hoc Group of TCEH Unsecured Noteholders' and the Backstop Purchasers' (I) Joinder to the Debtors' Omnibus Reply to Settlement Motion Objections; (II) Joinder to the Debtors' Omnibus Reply to Plan Confirmation Objections; and (III) Reply in Further Support of the Debtors' Settlement Motion and Confirmation of the Plan (Redacted) [D.I. 6822; filed October 31, 2015]

xx.    Declaration of Danielle Audette in Support of the Ad Hoc Group of TCEH Unsecured Noteholders' and the Backstop Purchasers' (I) Joinder to the Debtors' Omnibus Reply to Settlement Motion Objections; (II) Joinder to the Debtors' Omnibus Reply to Plan Confirmation Objections; and (III) Reply in Further Support of the Debtors' Settlement Motion and Confirmation of the Plan (Redacted) [D.I. 6823; filed October 31, 2015]

xxi.    Declaration of Brenton A. Rogers, Esq. in Support of the Omnibus Rely in Support of Motion of Energy Future Holdings Corp., *et al*., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement (Redacted) [D.I. 6824; filed October 31, 2015] (*see agenda item no. 2 lxx*)

xxii.    Statement of Law of Debenture Trust Company of New York, as Indenture Trustee: (A) In Support of Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of The Bankruptcy Code, and (B) In Support of Approval of the Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement, and (C) In Response to the United States Trustee's Objection to the Plan and a Related Settlement Agreement [D.I. 6825; filed October 31, 2015]

Status:  The hearing on this matter is going forward on a contested basis.

## II.    PLAN CONFIRMATION:

2.    Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6122; filed September 21, 2015]

Response/Objection Deadline:        October 23, 2015

Responses/Objections Received:

A.    Reservation of Rights by TXU 2007-1 Railcar Leasing LLC with Respect to Fifth Amended Joint Plan of Reorganization [D.I. 6576; filed October 22, 2015]

B.    Objection of FLSmidth USA, Inc. and FLSmidth Inc. to Confirmation of Fifth Amended Plan of Reorganization [D.I. 6580; filed October 23, 2015]

C.    Limited Objection and Reservation of Rights of Alcoa Inc. with Respect to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6582; filed October 23, 2015]

D.     Objection of the Bank of New York Mellon Trust Company, N.A., as Indenture Trustee for the EFCH 2037 Notes Claims, to Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6585; filed October 23, 2015]

E.     Objection to Proposed Cure Amounts [D.I. 6586; filed October 23, 2015]

F.     Limited Objection of Marathon Asset Management, LP to Confirmation of Debtors' Fifth Amended Plan of Reorganization [D.I. 6587; filed October 23, 2015]

G.     Limited Objection of Tex-La Electric Cooperative of Texas, Inc. and the United States of America, Acting by and through the Administrator of the Rural Utilities Service, Successor to the Rural Electrification Administration, to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code and Reservation of Rights [D.I. 6590; filed October 23, 2015]

H.     Oracle's Limited Objection and Reservation of Rights Regarding (I) the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code; and (II) Notice of (A) Executory Contracts and Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan; (B) Cure Amounts, if Any; and (C) Related Procedures in Connection Therewith [D.I. 6592; filed October 23, 2015]

I.     Objection to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code filed by Christopher Haecker [D.I. 6597; filed October 23, 2015]

J.     Objection to Confirmation of Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., [D.I. 6598; filed October 23, 2015]

K.     Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Fifth Amended Plan of Reorganization [D.I. 6600; filed October 23, 2015]

L.     Objection of The United States to Debtors' Motion to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement (D.I. 5249) and Debtors' Fifth Amended Plan of Reorganization (D.I. 6122) [D.I. 6601; filed October 23, 2015]

M.     Objection of Certain Texas Taxing Entities to Confirmation of Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,

*et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Relates to Docket No. 6122) [D.I. 6608; filed October 23, 2015]

N.    EFH Indenture Trustee's Objection and Pretrial Brief for Phase 1 Trial Regarding Confirmation of Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.* [D.I. 6609; filed October 23, 2015]

O.    Trial Brief and Omnibus Objection of Fenicle and Fahy to (I) Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.* [D.I. 6610; filed October 23, 2015]

P.    EFIH Second Lien Trustee's Objection to Debtors' Plan of Reorganization (Redacted) [D.I. 6614; filed October 23, 2015]

Q.    Objection of the Bank of New York Mellon, as Indenture Trustee for the PCRB Claims, to Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Redacted) [D.I. 6621; filed October 23, 2015]

R.    Local Texas Tax Authorities' Objection to Confirmation of Fifth Amended Joint Plan of Reorganization [D.I. 6622; filed October 23, 2015]

S.    Fireman's Fund Insurance Company's Limited Objection to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code and Reservation of Rights [D.I. 6625; filed October 23, 2015]

T.    Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Redacted) [D.I. 6627; filed October 23, 2015]

U.    Joinder of Contrarian Capital Management, LLC to American Stock Transfer & Trust Company, LLC's Objection to Confirmation of the Debtors' Fifth Amended Plan of Reorganization [D.I. 6629; filed October 23, 2015]

V.    Objection of UMB Bank, N.A. to Confirmation of Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6640; filed October 23, 2015]

W.  Joinder of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates to (A) Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code and (B) the EFH Indenture Trustee's Objection and Pretrial Brief for Phase I Trial Regarding Confirmation of Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.* [D.I. 6642; filed October 23, 2015]

X.  Supplement to Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code Regarding S/D/O Releases (Sealed) [D.I. 6643; filed October 23, 2015]

Y.  Joinder of EFH Notes Indenture Trustee to Supplement to Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code Regarding Insider Releases [D.I. 6645; filed October 23, 2015]

Z.  Amended Objection of Certain Texas Taxing Entities to Confirmation of Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Related to Docket No. 6122) [D.I. 6662; filed October 26, 2015]

AA.  Objection of Cellco Partnership d/b/a Verizon Wireless to Proposed Cure Amounts in Plan Supplement [D.I. 6678; filed October 27, 2015]

BB.  Cure Objection and Reservation of Rights of Salesforce.com, Inc. Related to the Proposed Assumption of Certain Executory Contracts and Unexpired Leases Pursuant to the Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6679; filed October 27, 2015]

CC.  Michelin North America, Inc.'s Objection to the Proposed Cure Amount on the Debtors' Notice of Executory Contracts and Unexpired Leases to be Assumed and Plan Supplement [D.I. 6681; filed October 27, 2015]

DD.    Objection to Proposed Cure Amount Filed by MoreTech, Inc. [D.I. 6684; filed October 27, 2015]

EE.    Limited Objection and Reservation of Rights of Tannor Partners Credit Fund, L.P. to Proposed Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [D.I. 6687; filed October 27, 2015]

FF.    Aetna Life Insurance Company's and Aetna Inc.'s Limited Objection and Reservation of Rights with Respect to the Proposed Cure Amount for Executory Contracts to the Assumed [D.I. 6698; filed October 27, 2015]

GG.    United States Trustee's Objection to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code and the Motion of Energy Future Holdings Corp., *et al*., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement (D.I. 5249, 6085, 6122) [D.I. 6705; filed October 27, 2015]

HH.    Liberty Mutual Insurance Company's Limited Objection to Notice of (A) Executory Contracts and Unexpired Leases to be Assumed by the Debtors Purusant to the Plan; (B) Cure Amounts, it any; and (C) Related Procedures in Connection Therewith [D.I. 6789; filed October 30, 2015]

<u>Related Documents</u>:

i.    Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 4142; filed April 14, 2015]

ii.    Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 4143; filed April 14, 2015]

iii.    Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC's Statement in Support of Intercompany Settlement in the Plan [D.I. 4145; filed April 14, 2015]

iv.    Statement of the Disinterested Directors of Debtor Energy Future Holdings Corp. Regarding Proposed Settlement of Conflict Matters as Part of Proposed Plan of Reorganization [D.I. 4147; filed April 14, 2015]

v.    Notice of Rescheduled Hearing Date [D.I. 4888; filed June 29, 2015]

vi.    Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order [D.I. 4916; filed July 2, 2015]

vii.  Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 5078; filed July 23, 2015]

viii.  Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 5079; filed July 23, 2015]

ix.  Amended Disclosure Statement for the Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 5080; filed July 23, 2015]

x.  Amended Disclosure Statement for the Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 5081; filed July 23, 2015]

xi.  Debtors' Statement Regarding Plan Negotiations [D.I. 5082; filed July 23, 2015]

xii.  Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 5197; filed August 3, 2015]

xiii.  Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 5198; filed August 3, 2015]

xiv.  Debtors' Statement Regarding Second Amended Plan of Reorganization [D.I. 5199; filed August 3, 2015]

xv.  Notice Extending Deadline for Parties to File and Serve Objections to the Disclosure Statement [D.I. 5219; filed August 5, 2015]

xvi.  Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 5244; filed August 10, 2015]

xvii.  Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 5245; filed August 10, 2015]

xviii.  Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 5246; filed August 10, 2015]

xix.    Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 5247; filed August 10, 2015]

xx.    Notice Regarding Scheduling of Certain Dates Related to the Disclosure Statement [D.I. 5262; filed August 10, 2015]

xxi.    Notice of Filing of the Bank of New York Mellon and the Bank of New York Mellon Trust Company, N.A.'s Proposed Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization [D.I. 5687; filed August 24, 2015]

xxii.    Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization [D.I. 5771; filed August 27, 2015]

xxiii.    Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6107; filed September 18, 2015]

xxiv.    Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 6108; filed September 18, 2015]

xxv.    Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6110; filed September 18, 2015]

xxvi.    Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 6111; filed September 18, 2015]

xxvii.    Notice of Filing of Revised Summary of Debtors' Responses to Objections to the Disclosure Statement [D.I. 6114; filed September 20, 2015]

xxviii.    Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 6123; filed September 21, 2015]

xxix.    Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6124; filed September 21, 2015]

xxx.    Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 6125; filed September 21, 2015]

xxxi. Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 6131; filed September 22, 2015]

xxxii. Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines [D.I. 6135; filed September 22, 2015]

xxxiii. Letter to The Honorable Christopher S. Sontchi filed by the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. [D.I. 6158; filed September 24, 2015]

xxxiv. Letter to the Honorable Christopher S. Sontchi in Support of the Letter Filed by The Official Committee of Unsecured Creditors Seeking an Extension of the November 3, 2015 Confirmation Hearing Date [D.I. 6203; filed September 28, 2015]

xxxv. Letter in Response to the EFH Committee Letter Dated September 24, 2015 [D.I. 6206; filed September 28, 2015]

xxxvi. Debtors' Letter Brief in Opposition to EFH Committees' and EFH Indenture Trustees' Requests to Adjourn Commencement of Plan Confirmation Trial [D.I. 6208; filed September 28, 2015]

xxxvii. Response to the EFH Committee's Requests to Adjourn Commencement of Plan Confirmation Trial [D.I. 6209; filed September 28, 2015]

xxxviii. Notice of Hearing Dates Scheduled to Consider Confirmation of the "Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code" [D.I. 6122] [D.I. 6228; filed September 29, 2015]

xxxix. Notice of Appeal [D.I. 6342; filed October 6, 2015]

xl. Motion for Leave to Appeal Pursuant to 28 U.S.C. §158(a)(3) [D.I. 6344; filed October 6, 2015]

xli. Transmittal of Motion for Leave to Appeal [D.I. 6399; filed October 8, 2015]

xlii. Letter Regarding EFH Legacy Series Q/R Trustee's Statement in Advance of Confirmation Pre-Trial Conference Regarding Scheduling of Summary Judgment Hearing in Connection with Plan Confirmation [D.I. 6443; filed October 14, 2015]

xliii.  Letter from Mark E. McKane, Esq. to The Honorable Christopher S. Sontchi Outlining Debtors Proposals for Plan Confirmation Trial Logistics in Contemplation of October 15, 2015 Initial Pre-Trial Conference [D.I. 6462; filed October 14, 2015]

xliv.  Notice of Agreed Amendments to the Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization [D.I. 6464; filed October 14, 2015]

xlv.  Notice of Revised Agreed Amendments to the Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization [D.I. 6476; filed October 15, 2015]

xlvi.  Plan Supplement for the Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6544; filed October 20, 2015]

xlvii.  Affidavit of Service of Solicitation Materials [D.I. 6552; filed October 21, 2015]

xlviii.  Declaration of Philip D. Anker with Respect to Exhibits Filed in Support of Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Fifth Amended Plan of Reorganization [D.I. 6602; filed October 23, 2015]

xlix.  Declaration of Brian D. Glueckstein in Support of Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al*., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code (Redacted) [D.I. 6628; filed October 23, 2015]

l.  Declaration of Sidney S. Liebesman in Support of Supplement to Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., *et al*., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code Regarding S/D/O Releases (Sealed) [D.I. 6644; filed October 23, 2015] (*see agenda item no. 1ix*)

li.     Debtors' Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization [D.I. 6647; filed October 23, 2015]

lii.    Declaration of Brenton A. Rogers, Esq. in Support of the Debtors' Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization [D.I. 6648; filed October 24, 2015]

liii.   Notice of Filing of Joint Stipulated Final Pre-Trial Order [D.I. 6706; filed October 27, 2015]

liv.    Letter to The Honorable Christopher S. Sontchi from Kurt F. Gwynne, Esq. of Reed Smith LLP Regarding Discovery Dispute [D.I. 6685; filed October 27, 2015]

lv.     Certification of Counsel Concerning Joint Stipulated Final Pre-Trial Order [D.I. 6725; filed October 28, 2015]

lvi.    Joint Stipulated Final Pre-Trial Order [D.I. 6748; filed October 29, 2015]

lvii.   Statement of the Ad Hoc Consortium of TCEH Second Lien Noteholders in Support of the Debtors' Joint Plan of Reorganization [D.I. 6787; filed October 30, 2015]

lviii.  Notice Regarding Submission of Written Direct Testimony [D.I. 6794; filed October 30, 2015]

lix.    Reply of the TCEH Committee in Support of Confirmation of Joint Plan of Reorganization (Redacted) [D.I. 6801; filed October 30, 2015]

lx.     Declaration of Brett H. Miller in Support of the TCEH Committee's (I) Reply in Support of the Motion of Energy Future Holdings Corp., *et al*., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement, and (II) Reply in Support of Confirmation of Joint Plan of Reorganization (Redacted) [D.I. 6803; filed October 30, 2015]

lxi.    EFH Equity Owners' Omnibus Reply in Support of the Debtors' Fifth Amended Plan of Reorganization and Motion to Approve Settlement of Litigation Claims (Redacted) [D.I. 6810; filed October 30, 2015]

lxii.   Declaration of Alexander B. Lees (Sealed) [D.I. 6811; filed October 30, 2015]

lxiii.  Declaration of Alexander B. Lees (Redacted) [D.I. 6812; filed October 30, 2015]

lxiv.   Debtors' Omnibus Reply to Plan Confirmation Objections [D.I. 6817; filed October 31, 2015]

RLF1 13201189v.1

lxv.    Declaration of Brenton A. Rogers, Esq. in Support of the Debtors' Omnibus Reply to Plan Confirmation Objections [D.I. 6818; filed October 31, 2015]

lxvi.   Notice of Filing of Summary of Debtors' Responses to Objections to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6819; filed October 31, 2015]

lxvii.  Joinder of the Ad Hoc Committee of TCEH First Lien Creditors to (I) Debtors' Omnibus Reply to Plan Confirmation Objections, and (II) Omnibus Reply in Support of Motion of Energy Future Holdings Corp., *et al*., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement [D.I. 6821; filed October 31, 2015]

lxviii. The AD Hoc Group of TCEH Unsecured Noteholders' and the Backstop Purchasers' (I) Joinder to the Debtors' Omnibus Reply to Settlement Motion Objections; (II) Joinder to the Debtors' Omnibus Reply to Plan Confirmation Objections; and (III) Reply in Further Support of the Debtors' Settlement Motion and Confirmation of the Plan (Redacted) [D.I. 6822; filed October 31, 2015]

lxix.   Declaration of Danielle Audette in Support of the Ad Hoc Group of TCEH Unsecured Noteholders' and the Backstop Purchasers' (I) Joinder to the Debtors' Omnibus Reply to Settlement Motion Objections; (II) Joinder to the Debtors' Omnibus Reply to Plan Confirmation Objections; and (III) Reply in Further Support of the Debtors' Settlement Motion and Confirmation of the Plan [D.I. 6823; filed October 31, 2015]

lxx.    Declaration of Brenton A. Rogers, Esq. in Support of the Omnibus Rely in Support of Motion of Energy Future Holdings Corp., *et al*., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement (Redacted) [D.I. 6824; filed October 31, 2015]

lxxi.   Statement of Law of Debenture Trust Company of New York, as Indenture Trustee: (A) In Support of Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of The Bankruptcy Code, and (B) In Support of Approval of the Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement, and (C) In Response to the United States Trustee's Objection to the Plan and a Related Settlement Agreement [D.I. 6825; filed October 31, 2015]

      lxxii.   Declaration of Jane Sullivan on Behalf of Epiq Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots Cast on the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6826; filed October 31, 2015]

      Status:  The hearing on this matter will go forward on a contested basis.

## III.   MOTIONS *IN LIMINE*:

3.    Debtors' Motion *in Limine* to Limit the Expert Report and Testimony of Mark Rule [D.I. 6737; filed October 28, 2015]

      Response/Objection Deadline:      October 30, 2015

      Responses/Objections Received:

      A.    EFH Committee's Opposition to the Debtors' Motion *in Limine* to Limit the Expert Report and Testimony of Mark Rule (Redacted) [D.I. 6807; filed October 30, 2015]

      Related Documents:

      i.    Debtors' Memorandum of Law in Support of Motion *in Limine* to Limit the Expert Report and Testimony of Mark Rule [D.I. 6738; filed October 28, 2015]

      ii.    Joinder of EFH Equity Owners in Debtors' Motion *in Limine* to Limit the Expert Report and Testimony of Mark Rule [D.I. 6765; filed October 29, 2015]

      Status: The hearing on this matter will go forward on a contested basis.

4.    EFH Committee's Motion and Memorandum of Law in Support of its Motion *in Limine* to Exclude Evidence of the Purchasers' Subjective Intent to Close the Transaction Contemplated in the Plan (Redacted) [D.I. 6739; filed October 28, 2015]

      Response/Objection Deadline:      October 30, 2015

      Responses/Objections Received:

      A.    Debtors' Opposition to EFH Committee's Motion *in Limine* to Exclude Evidence of the Purchasers' Subjective Intent to Close the Transaction Contemplated in the Plan [D.I. 6804; filed October 30, 2015]

B.    Joinder of the Ad Hoc Group of TCEH Unsecured Noteholders to the Debtors' Opposition to EFH Committee's Motion *in Limine* [D.I. 6814; filed October 30, 2015]

Status: The hearing on this matter will go forward on a contested basis.

5.    EFH Committee's Motion and Memorandum of Law in Support of its Motion *in Limine* to Exclude Evidence Concerning the Value of Oncor [D.I. 6740; filed October 28, 2015]

Response/Objection Deadline:        October 30, 2015

Responses/Objections Received:

A.    Response of Delaware Trust Company, a Trustee for the EFIH First Lien Notes, to the EFH Committee's Motion *in Limine* to Exclude Evidence Concerning the Value of Oncor [D.I. 6795; filed October 30, 2015]

B.    Joinder of EFIH Second Lien Trustee to Response of Delaware Trust Company, a Trustee for the EFIH First Lien Notes, to the EFH Committee's Motion *in Limine* to Exclude Evidence Concerning the Value of Oncor [D.I. 6799; filed October 30, 2015]

C.    Debtors' Opposition to EFH Committees' Motion *in Limine* to Exclude Evidence Concerning the Value of Oncor (Redacted) [D.I. 6806; filed October 30, 2015]

D.    Joinder of the Ad Hoc Group of TCEH Unsecured Noteholders to the Debtors' Opposition to EFH Committee's Motion *in Limine* [D.I. 6814; filed October 30, 2015]

E.    Joinder of EFH Equity Owners in Debtors' Opposition to EFH Committees' Motion *in Limine* to Exclude Evidence Concerning the Value of Oncor [D.I. 6815; filed October 30, 2015]

Status: The hearing on this matter will go forward on a contested basis.

6.    EFH Committee's Motion and Memorandum of Law in Support of its Motion *in Limine* to Exclude Evidence of Consultation with Counsel Offered to Support Reasonableness of Settlement (Redacted) [D.I. 6741; filed October 28, 2015]

Response/Objection Deadline:        October 30, 2015

Responses/Objections Received:

A.    Debtors' Opposition to EFH Committees' Motion *in Limine* to Exclude Evidence of Consultation with Counsel Offered to Support

Reasonableness of Settlement (Redacted) [D.I. 6805; filed October 30, 2015]

B.  Joinder of the Ad Hoc Group of TCEH Unsecured Noteholders to the Debtors' Opposition to EFH Committee's Motion *in Limine* [D.I. 6814; filed October 30, 2015]

Status: The hearing on this matter will go forward on a contested basis.

7.  Debtors' Motion *in Limine* to Limit the Expert Report and Testimony of Michael Henkin (Redacted) [D.I. 6742; filed October 29, 2015]

Response/Objection Deadline:          October 30, 2015

Responses/Objections Received:

A.  EFH Committee's Opposition to the Debtors' Motion *in Limine* to Limit the Expert Report and Testimony of Michael Henkin (Redacted) [D.I. 6808; filed October 30, 2015]

Related Documents:

i.  Debtors' Memorandum in Support of Motion *in Limine* to Limit the Expert Report and Testimony of Michael Henkin [D.I. 6743; filed October 29, 2015]

ii.  Motion of Energy Future Holdings Corp., *et al.*, for Substitution of Exhibit [D.I. 6764; filed October 29, 2015]

Status: The hearing on this matter will go forward on a contested basis.

*[Remainder of page intentionally left blank.]*

Dated: October 31, 2015
      Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*