IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | **RE: 6739, 6740, 6741, 6804, 6805, and 6806** |

### JOINDER OF THE TCEH COMMITTEE IN THE DEBTORS' OPPOSITIONS TO THE EFH COMMITTEE'S MOTIONS IN LIMINE

Pursuant to the *Amended Order (A) Revising Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization*, dated August 27, 2015 (Dkt. No. 5771), and the *Notice of Revised Agreed Amendments to the Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization*, dated October 15, 2015 (Dkt. No. 6476), the Official Committee of Unsecured Creditors (the "**TCEH Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**") and their direct and indirect subsidiaries, and EFH Corporate Services Company, by and through its undersigned counsel, hereby joins in the Debtors' oppositions to the following motions *in limine* served by the EFH Committee:

- *EFH Committee's Motion and Memorandum of Law in Support of its Motion in Limine to Exclude Evidence of the Purchasers' Subjective Intent to Close the Transaction Contemplated in the Plan*, dated October 28, 2015 (Dkt. No. 6739);

- *EFH Committee's Motion and Memorandum of Law in Support of its Motion in Limine to Exclude Evidence Concerning the Value of Oncor*, dated October 28, 2015 (Dkt. No. 6740);

- *EFH Committee's Motion and Memorandum of Law in Support of its Motion in Limine to Exclude Evidence of Consultation with Counsel Offered to Support Reasonableness of Settlement*, dated October 28, 2015 (Dkt. No. 6741);

The TCEH Committee joins in the Debtors' oppositions to these motions and, therefore, will not repeat all of the Debtors' arguments. Nonetheless, specifically with respect to the EFH Committee's *Motion in Limine to Exclude Evidence of Consultation with Counsel Offered to Support Reasonableness of Settlement*, the TCEH Committee fully agrees with the Debtors that describing or submitting evidence of the fact that a party has consulted counsel and/or of the fact that counsel has taken specific steps as part of an investigation -- without revealing the substance of counsel's advice or communications -- does not constitute a waiver of the attorney-client privilege and, therefore, is and should be fully admissible.

Dated: Wilmington, Delaware  
       October 31, 2015

**MORRISON & FOERSTER LLP**  
James M. Peck  
Brett H. Miller  
Lorenzo Marinuzzi  
Todd M. Goren  
Charles L. Kerr  
250 West 55th Street  
New York, New York 10019-9601  
Telephone:  (212) 468-8000  
Facsimile:  (212) 468-7900  
E-mail:   jpeck@mofo.com  
          brettmiller@mofo.com  
          lmarinuzzi@mofo.com  
          tgoren@mofo.com  
          ckerr@mofo.com

-and-

*/s/ Christopher A. Ward*  
**POLSINELLI PC**  
Christopher A. Ward (Del. Bar No. 3877)  
Justin K. Edelson (Del. Bar No. 5002)  
Shanti M. Katona (Del. Bar No. 5352)  
222 Delaware Avenue, Suite 1101  
Wilmington, Delaware 19801  
Telephone: (302) 252-0920  
Facsimile:  (302) 252-0921  
E-mail:   cward@polsinelli.com  
          jedelson@polsinelli.com  
          skatona@polsinelli.com

*Attorneys for the Official Committee of TCEH Unsecured Creditors*