IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS, CORP., et al., | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on October 31, 2015, I caused to be served:

**STATEMENT OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE: (A) IN SUPPORT OF CONFIRMATION OF THE FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE, AND (B) IN SUPPORT OF APPROVAL OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., TO APPROVE A SETTLEMENT OF LITIGATION CLAIMS AND AUTHORIZE THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE SETTLEMENT AGREEMENT, AND (C) IN RESPONSE THE TO UNITED STATES TRUSTEE'S OBJECTION TO THE PLAN AND A RELATED SETTLEMENT AGREEMENT**

Service was completed upon the parties on the attached service list as indicated thereon.

Dated: November 2, 2015

_____
William W. Weller

**SWORN AND SUBSCRIBED** before me this 2nd day of November, 2015.

_____
Notary Public

<u>**VIA EMAIL**</u>
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
E-mail:  collins@rlf.com
E-mail:  defranceschi@rlf.com
E-mail:  madron@rlf.com
[Counsel for Debtors and
Debtors in Possession]

David M. Klauder, Esq.
Shannon Dougherty, Esq.
O'KELLY, ERNST & BIELLI LLP
901 North Market Street
Wilmington, DE 19801
E-mail:  dklauder@oeblegal.com
E-mail:  sdougherty@oeblegal.com
[Counsel to Energy Future Holdings Corp.]

David P. Primack, Esq.
MCELROY, DEUTSCH, MULVANEY,
& CARPENTER, LLP
300 Delaware, Suite 770
Wilmington, DE 19801
E-mail:  dprimack@mdmc-law.com
[Counsel to the TCEH Debtors]

Joseph H. Huston, Jr., Esq.
STEVENS & LEE, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801
E-mail:  jhh@stevenslee.com
[Counsel to Energy Future Intermediate
Holding Company LLC]

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
E-mail:  cward@polinelli.com
E-mail:  jedelson@polsinelli.com
E-mail:  skatona@polsinelli.com
[Counsel to the TCEH Creditors' Committee]

<u>**VIA EMAIL**</u>
Richard L. Schepacarter
Andrea B. Schwartz
Timothy J. Fox, Jr.
Trial Attorneys
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801
E-mail:  richard.schepacarter@usdoj.gov

Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Lorenzo Marinuzzi, Esq.
Mark A. Fink, Esq.
MONTGOMERY MCCRACKEN WALKER
& RHOADS, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801
E-mail:  nramsey@mmwr.com
E-mail:  dwright@mmwr.com
E-mail:  lmarinuzzi@mmwr.com
E-mail:  mfink@mmwr.com
[Counsel to the EFH Creditors' Committee]

Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Michael H. Torkin, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Facsimile:  (212) 558-3588
E-mail:  dietdericha@sullcrom.com
E-mail:  gluecksteinb@sullcrom.com
E-mail:  torkinm@sullcrom.com
[Counsel to the EFH Creditors' Committee]

**VIA EMAIL**
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Facsimile: (212) 446-4900
E-mail: edward.sassower@kirkland.com
E-mail: stephen.hessler@kirkland.com
E-mail: brian.schartz@kirkland.com
[Counsel for Debtors and
Debtors in Possession]

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Facsimile: (312) 862-2200
E-mail: james.sprayregen@kirkland.com
E-mail: marc.kieselstein@kirkland.com
E-mail: chad.husnick@kirkland.com
E-mail: steven.serajeddini@kirkland.com
[Counsel for Debtors and
Debtors in Possession]

Jeff J. Marwil, Esq.
Mark K. Thomas, Esq.
Peter J. Young, Esq.
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
E-mail: jmarwil@proskauer.com
E-mail: mthomas@proskauer.com
E-mail: pyoung@proskauer.com
[Counsel to Energy Future Holdings Corp.]

**VIA EMAIL**
Thomas B. Walper, Esq.
Todd J. Rosen, Esq.
Seth Goldman, Esq.
John W. Spiegel, Esq.
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071
E-mail: Thomas.Walper@mto.com
E-mail: Todd.Rosen@mto.com
E-mail: Seth.Goldman@mto.com
E-mail: John.Spiegel@mto.com
[Counsel to the TCEH Debtors]

Michael A. Paskin, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
E-mail: mpaskin@cravath.com
[Counsel to Energy Future Intermediate
Holding Company LLC]

Richard Levin, Esq.
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
E-mail: rlevin@jenner.com
[Counsel to Energy Future Intermediate
Holding Company LLC]

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Todd M. Goren, Esq.
Samantha Martin, Esq.
MORRISON & FOERESTER LLP
250 West 55th Street
New York, NY 10019
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
E-mail: BrettMiller@mofo.com
E-mail: lmarinuzzi@mofo.com
E-mail: tgoren@mofo.com
E-mail: smartin@mofo.com
[Counsel to the TCEH Creditors' Committee]