# EXHIBIT "A"

Phillips, Goldman & Spence, P.A.

Page   2

September 23, 2015

File   EFH-FEE/SWS
Invoice number   117717

Re:   In re: Energy Future Holdings Corp., et al.
      Fee Committee

| EMP | SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 05/04/15 CAH | PG&S FEE RETENTION APPLICATIONS | 4.8 | 750.00 |
| 05/18/15 CAH | CASE ADMINISTRATION | 1.8 | 270.00 |
| 06/05/15 CAH | FEE/EMPLOYMENT APPLICATIONS | 11.3 | 2,115.00 |
| 08/17/15 CAH | PLAN AND DISCLOSURE STATEMENT | 2.4 | 624.00 |
| | Subtotal for FEES only: 08/31/15 | 20.3 | $3,759.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 450.00 | SWS | 0.90 | 0.90 | 405.00 | 0.00 | 0.00 |
| 270.00 | SAS | 3.70 | 3.70 | 999.00 | 0.00 | 0.00 |
| 150.00 | CAH | 15.70 | 15.70 | 2,355.00 | 0.00 | 0.00 |
| Totals | | 20.30 | 20.30 | 3,759.00 | 0.00 | 0.00 |

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Pf F Gp |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 05/04/15 | Preparation of Phillips, Goldman & Spence fee statements for January, February and March (.5) and send to GCG for service (.1). | 0.60 | 90.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 05/19/15 | Draft Phillips, Goldman & Spence April fee statement. | 0.40 | 60.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 05/19/15 | Draft Certificate of No Objection for Phillips, Goldman & Spence first interim fee application. | 0.20 | 30.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 05/20/15 | File Phillips, Goldman & Spence Certificate of No Objection on first interim fee application. | 0.10 | 15.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 05/27/15 | Draft Phillips, Goldman & Spence second interim fee application. | 1.10 | 165.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 05/28/15 | Draft Certificate of No Objections for January, February and March fee statements and forward to Stephen W. Spence. | 0.40 | 60.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 06/29/15 | Finalize Phillips, Goldman & Spence April fee statement and send to Godfrey Kahn and GCG (to serve). | 0.30 | 45.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 07/06/15 | Review of and revise Phillips, Goldman & Spence fee application and send to C. Andres. | 0.30 | 45.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 07/15/15 | Prepare Phillips, Goldman & Spence fee application in final form. | 0.30 | 45.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 07/27/15 | E-mail to G. Moor with regards to lack of payment of approved fees and teleconference with N. Hwangpo on same. | 0.50 | 75.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 07/28/15 | Draft invoice to submit to Debtor with fee order so Phillips, Goldman & Spence can be paid. | 0.50 | 75.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | SWS | 05/04/15 | Review of and approve monthly fee reports. | 0.10 | 45.00 | |
| | | | | | 4.70 | 705.00 | |
| | | | | | 0.10 | 45.00 | |
| | | | | | 4.80 | 750.00 | |

Total records this group:  12

```
FEE APP                                    LEGALMASTER MIRC for Transactions                        10/28/2015  Pg 1
                                                       -Fees-
```

Sorts:  Grouping code
        Client code
        Actual employee code    (Subtotal)
        Transaction date        (Paginate)

Ranges:
  Include "Client code" from EFH to EFH
  Exclude "Billable $" (column 7) from 0.00 to 0.00
  Include "Invoice Number" from 117717 to 117717

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | F Gp |
| CASE ADMINISTRATION | CAH | 05/18/15 | Update docket to system and review of pleadings filed. | 0.30 | 45.00 | Ca |
| CASE ADMINISTRATION | CAH | 05/28/15 | Review of notice of telephonic Hearing. | 0.10 | 15.00 | |
| CASE ADMINISTRATION | CAH | 06/02/15 | Draft notice for CM/ECF notification only. | 0.40 | 60.00 | |
| CASE ADMINISTRATION | CAH | 06/04/15 | Teleconference K. Boucher concerning upcoming Hearing and anticipated filings; request for Phillips, Goldman & Spence; prepare fee binder. | 0.20 | 30.00 | |
| CASE ADMINISTRATION | CAH | 06/08/15 | Review of two e-mails from K. Boucher and provide local rules language concerning agendas. | 0.20 | 30.00 | |
| CASE ADMINISTRATION | CAH | 06/09/15 | Conference with Stephen A. Spence concerning attendance at fee Hearing on 6/24 and status of pleadings. | 0.20 | 30.00 | |
| CASE ADMINISTRATION | CAH | 06/09/15 | File Notice of Hearing and send three pleadings to GCG to serve. | 0.20 | 30.00 | |
| CASE ADMINISTRATION | CAH | 06/29/15 | Update docket and download pertinent information. | 0.20 | 30.00 | |
| | | | | | ----- | ------ | |
| | | | | | 1.80 | 270.00 | |
| | | | | | ----- | ------ | |
| | | | | | 1.80 | 270.00 | |
| | | | | | ----- | ------ | |

Total records this group:  8

FEE APP                                    LEGALMASTER MIRC for Transactions                              10/28/2015  Pg 3
                                                        -Fees-

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| Cl code Grouping code description | | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | F Gp |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/05/15 | Draft fee binder index and create chart of fees after updating docket (.8); prepare binder (.5); send documents to K. Boucher (.1). | 1.40 | 210.00 | fa |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/08/15 | Review of Notice of Hearing for fee application and question K. Boucher regarding addition of other fee applicants. | 0.50 | 75.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/09/15 | Draft Certificate of No Objection for Gitlin fee application and Certificate of No Objection for Godfrey Kahn's fee application and e-mail to K. Boucher. | 0.50 | 75.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/09/15 | Review of and revise fee binder index to include Certificate of No Objections to be filed and rearrange pleadings in same. | 0.40 | 60.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/09/15 | File Certificate of No Objection for Gitlin's first fee application. | 0.20 | 30.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/12/15 | Review of e-mails concerning delay in filing. | 0.10 | 15.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/12/15 | E-mail and teleconference K. Boucher about timing of filing of Committee report. | 0.20 | 30.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/16/15 | Finalize fee committee report and file same; request service by GCG. | 0.30 | 45.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/16/15 | E-mails and teleconference K. Boucher about amended Exhibit A to report; draft Notice of Filing then review of e-mail from K. Stadler about holding off on filing because of further changes. | 0.40 | 60.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/19/15 | Download, finalize, and file amended fee report and send to co-counsel and GCG. | 0.30 | 45.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/19/15 | Download, finalize, and file Notice of Hearing with proposed order. | 0.70 | 105.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/22/15 | Respond to e-mail from K. Boucher and e-mail requested documents. | 0.20 | 30.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/23/15 | Review of e-mail from K. Stadler about changes to fee chart, draft Certificate of Counsel for same; compile documents after counsel approval and file (.5); send to co-counsel and to chambers (.1). | 0.60 | 90.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/06/15 | Receive and review K. Stadler's supplemental affidavit in support of retention; file same and send to Godfrey Kahn and GCC (to serve). | 0.40 | 60.00 | |

FEE APP                                    LEGALMASTER MIRC for Transactions                            10/28/2015  Pg 4
                                                      -Fees-

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| Cl code Grouping code description | | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | F Gp |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/14/15 | E-mail to K. Boucher re: fee order entered. | 0.10 | 15.00 | fa |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/15/15 | Draft Notice of application for Godfrey, Kahn and Gitlin (.4); review and prepare pleadings for filing (1.0). | 1.40 | 210.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/15/15 | File fee applications for Gitlin, Godfrey Kahn and Phillips, Goldman & Spence and forward labeled pleadings to co-counsel and GCG for service. | 0.50 | 75.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/17/15 | Review of and respond to e-mail from K. Boucher; draft Notice of Exhibits to Fee Application and forward for approval. | 0.30 | 45.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/17/15 | File exhibits to Gitlin's fee application. | 0.20 | 30.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/22/15 | Teleconference Margie at Bankruptcy Court re: format used in filing of GK and Gitlin's fee applications; send e-mail to GK to change in future. | 0.30 | 45.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | SAS | 06/16/15 | Review fourth status report and approve for filing. | 0.20 | 54.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | SAS | 06/19/15 | Review and approve for filing supplemental report; review and approve Notice and Order for filing. | 0.20 | 54.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | SAS | 06/23/15 | Review Certificate of Counsel re: fixing chart. | 0.10 | 27.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | SAS | 06/24/15 | Prepare for and attend fee application Hearing. | 1.00 | 270.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | SWS | 06/12/15 | Review of e-mail from K. Boucher and reply concerning status report and fees. | 0.10 | 45.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | SWS | 06/19/15 | Review of supplemental status report and order of exhibit; phone conference with Celeste A. Hartman to file. | 0.40 | 180.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | SWS | 07/15/15 | Review of interim fee applications for filing with Court; execute same (3). | 0.30 | 135.00 | |
| | | | | | 1.50 | 405.00 | |
| | | | | | 9.00 | 1,350.00 | |
| | | | | | 0.80 | 360.00 | |
| | | | | | 11.30 | 2,115.00 | |

Total records this group: 27

FEE APP                              LEGALMASTER MIRC for Transactions                              10/28/2015  Pg 5
                                                  -Fees-

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | F Gp ps |
| EFH | PLAN AND DISCLOSURE STATEMENT | CAH | 08/17/15 | Review of e-mail from K. Stadler and print agenda for Stephen A. Spence to cover hearing; conference on same. | 0.20 | 30.00 | |
| | | | | | ------ | ------ | |
| | | | | | 0.20 | 30.00 | |
| | | | | | ------ | ------ | |
| EFH | PLAN AND DISCLOSURE STATEMENT | SAS | 08/17/15 | Teleconference with K. Stadler re: 9 a.m. status conference and Mr. Gitlin's desire to speak. | 0.20 | 54.00 | |
| EFH | PLAN AND DISCLOSURE STATEMENT | SAS | 08/18/15 | Attend disclosure statement status conference. | 2.00 | 540.00 | |
| | | | | | ------ | ------ | |
| | | | | | 2.20 | 594.00 | |
| | | | | | ------ | ------ | |
| | | | | | 2.40 | 624.00 | |
| | | | | | ------ | ------ | |

Total records this group: 3

                                                                                    20.30      3,759.00
                                                                                    ======     ========

records printed.