# EXHIBIT "B"

Phillips, Goldman & Spence, P.A.

Page   2

September 23, 2015

File   EFH-FEE/SWS
Invoice number   117717

Re:   In re: Energy Future Holdings Corp., et al.
      Fee Committee

    COSTS ADVANCED

```
12/24/14  Check No.: 56291 - Aaron C. Baker -
          Reimbursements, Travel to airport 12/18/14.      25.30
07/01/15  On-line docket research                          27.70
07/14/15  Photocopies                                       0.20
07/20/15  Check No.: 57909 - Parcel's Inc. - Document
          Services.                                         5.00
08/03/15  Check No.: 58013 - Parcel's Inc. - Document
          Services.                                        10.00
                                                      -----------
          Subtotal for COSTS only: 08/31/15             $68.20
                                                      -----------
```