# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors. | Re: Docket No. 6621, 6623 |

## NOTICE TO LIFT TEMPORARY SEAL

**PLEASE TAKE NOTICE** that pursuant to paragraph 16(d) of the *Confidentiality Agreement and Stipulated Protective Order*, filed August 13, 2014 (D.I. 1833) (the "Protective Order"), The Bank of New York Mellon ("BNYM"), in its capacity as the PCRB Trustee,[1] by and through undersigned counsel, hereby advises the Court that the *Objection of The Bank of New York Mellon, as Indenture Trustee for the PCRB Claims, to Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (D.I. 6621) and the *Objection of The Bank of New York Mellon, as Indenture Trustee for the PCRB Claims, to the Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and Hearing Thereon* (D.I. 6623) do not meet the requirements for sealing under 11 U.S.C. § 107(b).

The materials that BNYM filed under temporary seal were designated as Confidential or Highly Confidential by the Debtors pursuant to the Protective Order. The Debtors have not provided BNYM with written notice pursuant to paragraph 16(d) of the Protective Order. Accordingly, pursuant to paragraph 16(d) of the Protective Order, BNYM requests that the

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (D.I. 6122).

temporary seal be lifted and the unredacted versions, which were provided to the Court in a sealed envelope on October 26, 2015, be filed at the Clerk's earliest convenience on the Court's electronic docket.

Dated: November 2, 2015  
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: */s Kurt F. Gwynne*  
Kurt F. Gwynne (No. 3951)  
1201 Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
Email: kgwynne@reedsmith.com

-and-

Sarah K. Kam (*pro hac vice*)  
599 Lexington Avenue  
New York, NY 10022  
Telephone: (212) 549-0284  
Facsimile: (212) 521-5450  
Email: skam@reedsmith.com

Counsel to The Bank of New York Mellon, in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A., in its capacity as the EFCH 2037 Notes Trustee