IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No.: 14-10979 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No.: 6739 |

## ORDER

Upon consideration of the *EFH Committee's Motion and Memorandum of Law in Support of its Motion in Limine to Exclude Evidence of the Purchasers' Subjective Intent to Close the Transaction Contemplated in the Plan* [D.I. 6739] filed on October 28, 2015 (the "Motion"); the Court having reviewed the Motion and the objections thereto; and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding, pursuant to 28 U.S.C. § 157(b); (3) this Court has the judicial power to enter a final order; and (4) notice of the Motion was adequate under the circumstances;

IT IS HEREBY ORDERED THAT, the Motion is GRANTED, in part, and DENIED, in part. The Motion is granted solely to preclude the submission of evidence by any party as to the "subjective intent of the Purchasers" to "close the transaction contemplated in the Plan." The Motion is denied to the extent it seeks to preclude the submission of evidence by the Debtors' witnesses as to their own assessment of the feasibility of the transaction based on their knowledge, belief and understanding of objective evidence.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: November 2, 2015