IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No.: 14-10979 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No.: 6741 |
| | : | |

## ORDER

Upon consideration of the *EFH Committee's Motion and Memorandum of Law in Support of its Motion in Limine to Exclude Evidence of Consultation with Counsel Offered to Support Reasonableness of Settlement* [D.I. 6741] filed on October 28, 2015 (the "Motion"); the Court having reviewed the Motion and the objections thereto; and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding, pursuant to 28 U.S.C. § 157(b); (3) this Court has the judicial power to enter a final order; and (4) notice of the Motion was adequate under the circumstances;

IT IS HEREBY ORDERED THAT, the Motion is DENIED. *See In re Capmark Fin. Grp. Inc.*, No. 09-13684-CSS, Hearing Tr. 152:9-154:3 (Oct. 14, 2010) (Sontchi, J.) [D.I. 1925].

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: November 2, 2015