IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No.: 14-10979 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket Nos.: 6737, 6738 and 6765 |
| | : | |

## ORDER

Upon consideration of the *Debtors' Motion In Limine to Limit the Expert Report and Testimony of Mark Rule* [D.I. 6737] filed on October 28, 2015 *and* Memorandum of Law *in Support of Motion In Limine to Limit the Expert Report and Testimony of Mark Rule* [D.I. 6738] filed on October 28, 2015 as well as the Joinder *of EFH Equity Owners In Debtors Motion in Limine to Limit the Expert Report and Testimony of Mark Rule* [D.I. 6765] filed on October 29, 2015 (the "Motion"); the Court having reviewed the Motion, joinders and objections thereto; and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding, pursuant to 28 U.S.C. § 157(b); (3) this Court has the judicial power to enter a final order; and (4) notice of the Motion was adequate under the circumstances;

IT IS HEREBY ORDERED THAT, the Motion is DENIED.

Christopher S. Sontchi
United States Bankruptcy Judge

Date: November 2, 2015