# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Bankruptcy Case No. 14-10979 (CSS) |
| *Debtors.* | (Jointly Administered) |
| COMPUTERSHARE TRUST COMPANY, N.A. and COMPUTERSHARE TRUST COMPANY OF CANADA, as INDENTURE TRUSTEE, | |
| *Plaintiff*, | |
| v. | Adversary Proceeding No. 14-50405 (CSS) |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC., | |
| *Defendants.* | |

## NOTICE OF APPEAL

Plaintiff Computershare Trust Company, N.A. and Computershare Trust Company of Canada ("Appellant"), as indenture trustee for the second lien notes issued by Defendants Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. ("Appellees"), appeals under 28 U.S.C. § 158 from the Amended Memorandum Opinion [No. 14-10979, Dkt. 6752; No. 14-50405, Dkt. 64] (the "Opinion") and Corrected Order [No. 14-10979, Dkt. 6753; No. 14-50405, Dkt. 65] (the "Order") dated October 29, 2015 issued by the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.) in the above-captioned Chapter 11 case and/or adversary proceeding. Plaintiff also appeals any and all orders, opinions, findings of fact, conclusions of law, rulings, or other decisions that merged in the foregoing Opinion and Order. True and correct copies of the Opinion and the Order are attached hereto as Exhibits A and B. The names

of all parties to the Opinion and the Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

| PARTY | COUNSEL |
|---|---|
| **Plaintiff/Appellant** | Laura Davis Jones<br>Robert J. Feinstein<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>ljones@pszjlaw.com<br>rfeinstein@pszjlaw.com<br><br>Thomas Moers Mayer<br>Gregory A. Horowitz<br>Joshua K. Brody<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: 212-715-9100<br>Facsimile: 212-715-8000<br>tmayer@kramerlevin.com<br>ghorowitz@kramerlevin.com<br>jbrody@kramerlevin.com<br><br>Stephanie Wickouski<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, New York 10104-3300<br>Telephone: 212-541-1114<br>Facsimile: 212-904-0514<br>stephanie.wickouski@bryancave.com |
| **Defendants/Appellees** | Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>collins@rlf.com<br>defranceschi@rlf.com |

| | |
|---|---|
| | madron@rlf.com |
| | |
| | Richard M. Cieri |
| | Edward O. Sassower, P.C. |
| | Brian E. Schartz |
| | KIRKLAND & ELLIS LLP |
| | KIRKLAND & ELLIS INTERNATIONAL LLP |
| | 60 1 Lexington A venue |
| | New York, New York 10022-4611 |
| | Telephone: 212-446-4800 |
| | Facsimile: 212-446-4900 |
| | edward.sassower@kirkland.com |
| | richard.cieri@kirkland |
| | stephen.hessler@kirkland.com |
| | brian.schartz@kirkland.com |
| | |
| | James H.M. Sprayregen, P.C. |
| | Marc Kieselstein, P.C. |
| | Chad J. Husnick |
| | Andrew R. McGaan |
| | Steven N. Serajeddini |
| | KIRKLAND & ELLIS LLP |
| | KIRKLAND & ELLIS INTERNATIONAL LLP |
| | 300 North LaSalle |
| | Chicago, Illinois 60654 |
| | Telephone: 312-862-2000 |
| | Facsimile: 312-862-2200 |
| | james.sprayregen@kirkland.com |
| | marc.kieselstein@kirkland.com |
| | chad.husnick@kirkland.com |
| | andrew.mcgaan@kirkland.com |
| | steven.serajeddini@kirkland.com |
| **Intervenors the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc.** | Natalie D. Ramsey |
| | Davis Lee Wright |
| | Mark A. Fink |
| | MONTGOMERY McCRACKEN WALKER & RHOADS, LLP |
| | 1105 North Market Street, 15th Floor |
| | Wilmington, DE 19801 |
| | Telephone: 302-504-7800 |
| | Facsimile: 302-504-7820 |
| | |
| | Andrew G. Dietderich |
| | Brian D. Glueckstein |
| | Michael H. Torkin |
| | SULLIVAN & CROMWELL LLP |

|  | 125 Broad Street<br>New York, New York 10004<br>Telephone: 212-558-4000<br>Facsimile: 212-558-3588 |
|---|---|

Dated: November 2, 2015

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Laura Davis Jones*
        Laura Davis Jones (Bar No. 2436)
        Robert J. Feinstein (NY Bar No. RF-2836)
        919 N. Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone:  (302) 652-4100
        Facsimile:   (302) 652-4400
        Email: ljones@pszjlaw.com
              rfeinstein@pszjlaw.com

          *- and -*

        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        Thomas Moers Mayer
        Gregory A. Horowitz
        Joshua K. Brody
        Kramer Levin Naftalis & Frankel LLP
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone:  (212) 715-9100
        Facsimile:   (212) 715-8000
        Email: tmayer@kramerlevin.com
              ghorowitz@kramerlevin.com
              jbrody@kramerlevin.com

          *- and –*

        BRYAN CAVE LLP
        Stephanie Wickouski
        1290 Avenue of the Americas
        New York, New York 10104-3300
        Telephone: 212-541-1114
        Facsimile: 212-904-0514
        Email: stephanie.wickouski@bryancave.com

        *Counsel to the EFIH Second Lien Trustee*