# Exhibit B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., ) | Bankruptcy Case No. 14-10979 (CSS) |
| *et al.,* ) | (Jointly Administered) |
| *Debtors.* ) | |
| COMPUTERSHARE TRUST COMPANY, ) | |
| N.A. and COMPUTERSHARE TRUST ) | |
| COMPANY OF CANADA, as ) | |
| INDENTURE TRUSTEE ) | |
| *Plaintiff,* ) | Adversary Proceeding |
| v. ) | No. 14-50405 (CSS) |
| ENERGY FUTURE INTERMEDIATE ) | |
| HOLDING COMPANY LLC and ) | Adv. Docket Nos.: 46, 41 and 37 |
| EFIH FINANCE INC. ) | |
| *Defendants.* ) | |

## <u>CORRECTED ORDER</u>

For the reasons set forth in the Memorandum Opinion of this date, *EFIH Second-Lien Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment* [Adv. Docket No. 46] filed on August 13, 2015 is denied in its entirety; and *EFIH Debtors' Motion for Summary Judgment* [Adv. Docket No. 41] filed on July 17, 2015 is granted and summary judgment is entered in favor of Defendants on Counts I-VII and IX-X of the Amended Complaint for Damages and

Declaratory Relief [Adv. Docket No. 37].

Christopher S. Sontchi
United States Bankruptcy Judge

Date: October 29, 2015