**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Bankruptcy Case No. 14-10979 (CSS) |
|  | ) (Jointly Administered) |
| *Debtors.* | ) |

## NOTICE OF APPEAL

Plaintiff Computershare Trust Company, N.A. and Computershare Trust Company of Canada ("Appellant"), as indenture trustee for the second lien notes issued by Defendants Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. ("Appellees"), appeals under 28 U.S.C. § 158 from the Order Denying Motion of Second Lien Indenture Trustee for Limited Relief from the Automatic Stay, dated October 20, 2015 [No. 14-10979, Dkt. 6531] (the "Order") issued by the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.) in the above-captioned Chapter 11 case. A true and correct copy of the Order is attached hereto as Exhibit A. The names of all parties to the Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

| PARTY | COUNSEL |
|---|---|
| **Plaintiff/Appellant** | Laura Davis Jones |
|  | Robert J. Feinstein |
|  | PACHULSKI STANG ZIEHL & JONES LLP |
|  | 919 N. Market Street, 17th Floor |
|  | P.O. Box 8705 |
|  | Wilmington, DE 19899-8705 (Courier 19801) |
|  | Telephone: 302-652-4100 |
|  | Facsimile: 302-652-4400 |
|  | ljones@pszjlaw.com |
|  | rfeinstein@pszjlaw.com |
|  |  |
|  | Thomas Moers Mayer |
|  | Gregory A. Horowitz |
|  | Joshua K. Brody |
|  | KRAMER LEVIN NAFTALIS & FRANKEL LLP |

|  | |
|---|---|
|  | 1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: 212-715-9100<br>Facsimile: 212-715-8000<br>tmayer@kramerlevin.com<br>ghorowitz@kramerlevin.com<br>jbrody@kramerlevin.com<br><br>Stephanie Wickouski<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, New York 10104-3300<br>Telephone: 212-541-1114<br>Facsimile: 212-904-0514<br>stephanie.wickouski@bryancave.com |
| **Defendants/Appellees** | Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com<br><br>Richard M. Cieri<br>Edward O. Sassower, P.C.<br>Brian E. Schartz<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>60 1 Lexington A venue<br>New York, New York 10022-4611<br>Telephone: 212-446-4800<br>Facsimile: 212-446-4900<br>edward.sassower@kirkland.com<br>richard.cieri@kirkland<br>stephen.hessler@kirkland.com<br>brian.schartz@kirkland.com<br><br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Andrew R. McGaan<br>Steven N. Serajeddini |

|  | KIRKLAND & ELLIS LLP <br> KIRKLAND & ELLIS INTERNATIONAL LLP <br> 300 North LaSalle <br> Chicago, Illinois 60654 <br> Telephone: 312-862-2000 <br> Facsimile: 312-862-2200 <br> james.sprayregen@kirkland.com <br> marc.kieselstein@kirkland.com <br> chad.husnick@kirkland.com <br> andrew.mcgaan@kirkland.com <br> steven.serajeddini@kirkland.com |
|---|---|

Dated: November 2, 2015

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
         rfeinstein@pszjlaw.com

*- and -*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:   (212) 715-8000
Email: tmayer@kramerlevin.com
         ghorowitz@kramerlevin.com
         jbrody@kramerlevin.com

*- and –*

BRYAN CAVE LLP
Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: 212-541-1114
Facsimile: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Trustee*