# **EXHIBIT B**

## SUMMARY OF PROFESSIONAL SERVICES

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 303.90 | $205,132.50 |
| Natalie D. Ramsey | Non-working Travel | $337.50 | 4.20 | $1,417.50 |
| Lee D. Unterman | Partner; Joined Firm in 2012; Member of NY Bar since 1976 | $650.00 | 128.20 | $83,330.00 |
| Lee D. Unterman | Non-working Travel | $325.00 | 0.60 | $195.00 |
| Mark A. Fink[1] | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 413.50 | $243,965.00 |
| Mark A. Fink | Non-working Travel | $295.00 | 6.00 | $1,770.00 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 127.20 | $74,412.00 |
| Mark B. Sheppard | Non-working Travel | $292.50 | 4.20 | $1,228.50 |
| Sidney S. Liebesman | Partner; Joined Firm in 2012; Member of PA Bar since 1995 | $480.00 | 85.60 | $41,088.00 |
| Stephen A. Grossman | Partner; Joined Firm in 2000; Member of PA Bar since 1997 | $445.00 | 37.00 | $16,465.00 |
| Michael B. Hayes | Partner; Joined Firm in 2000; Member of NJ Bar since 1998 | $420.00 | 64.60 | $27,132.00 |
| Lathrop B. Nelson | Partner; Joined Firm in 2002; Member of PA Bar since 2001 | $420.00 | 162.20 | $68,124.00 |
| Lathrop B. Nelson | Non-working Travel | $210.00 | 4.20 | $882.00 |
| Tricia J. Sadd | Partner; Joined Firm in 2003; Member of PA Bar since 2003 | $415.00 | 47.70 | $19,795.50 |
| David Dormont | Partner; Joined Firm in 2015; Member of PA Bar since 1992 | $375.00 | 168.20 | $63,075.00 |
| David Dormont | Non-working Travel | $187.50 | 7.00 | $1,612.50 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $550.00 | 110.90 | $60,995.00 |

---

[1] Mr. Fink was "Of Counsel" through the Fee Period.

| Patrick T. Ryan | Of Counsel; Joined Firm in 1983; Member of PA Bar since 1982 | $495.00 | 13.00 | $6,435.00 |
|---|---|---|---|---|
| Laurie A. Krepto | Of Counsel; Joined Firm in 2004; Member of the PA Bar since 1995 | $440.00 | 103.20 | $45,408.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | 1,791.40 | $962,462.50 |

**ASSOCIATES**

| | | | | |
|---|---|---|---|---|
| Megan Diaz Ellinghaus | Associate; Joined Firm in 2013; Member of NY Bar since 2008 | $385.00 | 142.60 | $54,901.00 |
| Megan Diaz Ellinghaus | Non-working Travel | $192.50 | 4.00 | $770.00 |
| Crista F. High | Associate; Joined Firm in 2007; Member of PA Bar since 2007 | $385.00 | 35.30 | $13,590.50 |
| Erin C. Dougherty | Associate; Joined Firm in 2008; Member of PA Bar since 2008 | $365.00 | 111.70 | $40,770.50 |
| Rachel H. Jacobson | Associate; Joined Firm in 2012; Member of PA Bar since 2011 | $310.00 | 56.40 | $17,484.00 |
| Priya Roy | Associate; Joined Firm in 2013; Member of MD Bar since 2012 | $310.00 | 44.90 | $13,919.00 |
| Rimma Tsvasman | Associate; Joined Firm in 2012; Member of NJ Bar since 2011 | $310.00 | 29.60 | $9,176.00 |
| Johnathan S. Perkins | Associate; Joined Firm in 2013; Member of PA Bar since 2011 | $300.00 | 93.10 | $27,930.00 |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 178.40 | $51,736.00 |
| Olivia A. Weil | Associate; Joined Firm in 2015; Member of NY Bar since 2015 | $275.00 | 19.00 | $5,225.00 |
| **TOTAL ASSOCIATES** | | | 715.00 | $235,502.00 |

**PARALEGALS & ADDITIONAL PROFESSIONALS**

| | | | | |
|---|---|---|---|---|
| Molly A. Lynch | Paralegal | $220.00 | 87.30 | $19,206.00 |
| William Hershkowitz | Paralegal | $215.00 | 145.10 | $31,196.50 |
| Keith Mangan | Paralegal | $140.00 | 122.60 | $17,164.00 |
| Megan M. Malone | Litigation Support Specialist | $145.00 | 15.30 | $2,218.50 |
| Gareth M. Suddes | Litigation Support Specialist | $180.00 | 25.80 | $4,644.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 396.10 | $74,429.00 |
| **TOTAL ALL PROFESSIONALS** | | | 2,902.50 | $1,272,393.50 |