**EXHIBIT C**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED**

| Expense Category | Expense Amount |
|---|---|
| Delivery Service | $262.96 |
| Duplicating - Internal | $126.40 |
| Federal Express | $204.94 |
| Filing Fee – Court | $25.00 |
| Out of Town Travel | $34.90 |
| Outside Copying | $720.65 |
| Pacer | $1,058.40 |
| Parking & Tolls | $158.00 |
| Postage | $0.48 |
| Research | $12.00 |
| Telephone | $564.16 |
| Transcript - Deposition | $514.65 |
| Transportation - Local while on business | $66.21 |
| Travel - Meals, Etc | $11.19 |
| Travel - Mileage | $60.95 |
| Travel – Rail Fare | $1,668.00 |
| Westlaw On-Line Legal Research | $3,933.75 |
| **Total** | **$9,422.64** |