# **EXHIBIT D**

# MAY 2015

| | |
|---|---|
| Invoice Date: | 6/23/15 |
| Invoice Number: | 722084 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | Amount |
|---|---|---|
| 05/31/15 | Printing & Duplicating - Internal | $ 1.00 |
| 05/31/15 | Pacer | $ 546.40 |
| 04/28/15 | Federal Express - PAID TO: Federal Express Corp Federal Express Corp-PAID TO: Federal Express Corp.#780571965049 - deliv. from Charmaine Butler, Wilmington, DE on 042915 | $ 12.04 |
| 05/01/15 | Federal Express - PAID TO: Federal Express Corp Federal Express Corp-PAID TO: Federal Express Corp.#780589888417 - deliv. from MMWR-NY to Mark Fink, Wilmington, DE on 050415 | $ 21.97 |
| 05/08/15 | Travel - Rail Fare - PAID TO: Natalie D. Ramsey 04/30/15 Roundtrip Amtrak rail to New York - Attend EFH Litigation meeting at Sullivan & Cromwell's offices in New York | $ 306.00 |
| 05/08/15 | Parking & Tolls - PAID TO: Natalie D. Ramsey 04/30/15 30th St Amtrak train station parking - Attend EFH Litigation meeting at Sullivan & Cromwell's offices in New York | $ 25.00 |
| 05/12/15 | Westlaw On-Line Legal Research | $ 26.64 |
| 05/18/15 | Delivery Service - PAID TO: Parcels Inc - Delivery from MMWR-WILM to Judge Christopher S. Sontchi, US Bankruptcy Court, wilmington, DE on 4/24/15 | $ 7.50 |
| 05/18/15 | Delivery Service - PAID TO: Parcels Inc - Delivery from MMWR-WILM to US District Court, Wilmington, DE on 4/29/15 with a $60 parcel check # 11191 | $ 67.50 |
| 05/18/15 | Delivery Service - PAID TO: Parcels Inc - Deliery from MMWR-WILM to Judge Christopher S. Sontchi, US Bankruptcy Court, Wilmington, DE on 4/29/15 | $ 7.50 |
| 05/18/15 | Delivery Service - PAID TO: Parcels Inc - Delivery from MMWR-WILM to Multiple Inner City Deliveries, Wilmington, DE on 5/1/15 | $ 15.00 |
| 05/20/15 | Filing Fee - Court - PAID TO: Clerk, US District Court - Motion and Order for Admission of Pro Hac Vice of Robert J. Giuffra, Jr., Esq. | $ 25.00 |
| 05/20/15 | Westlaw On-Line Legal Research | $ 64.08 |
| 05/21/15 | Delivery Service - PAID TO: Parcels Inc - Delivery from MMWR-Wilm to Judge Christopher S. Sontchi, US Bankruptcy Court on 5/12/15 | $ 7.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 6/23/15 |
| Invoice Number: | 722084 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

| Date | Description | | Amount |
|---|---|---|---|
| 05/31/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference call on 4/21/15 at 3:57 pm with 7 people | $ | 44.61 |
| | Total Disbursements | $ | 1,177.74 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# JUNE 2015

| | |
|---|---|
| Invoice Date: | 7/21/15 |
| Invoice Number: | 722886 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 06/30/15 | Duplicating - Internal | $ | 12.40 |
| 06/30/15 | Pacer | $ | 180.50 |
| 06/22/15 | Westlaw On-Line Legal Research | $ | 53.46 |
| 06/24/15 | Parking & Tolls - PAID TO: Mark A. Fink 06/01/15 Parking - Attend Omnibus hearing | $ | 11.00 |
| 06/24/15 | Telephone - PAID TO: Mark A. Fink 06/01/15 Court call appearance - Telephonic hearing | $ | 65.00 |
| 06/24/15 | Telephone - PAID TO: Mark A. Fink 05/20/15 Court Call appearance | $ | 44.00 |
| 06/24/15 | Telephone - PAID TO: Mark A. Fink 05/28/15 Court Call appearance with Honorable Christopher S. Sontchi for EFH hearing | $ | 30.00 |
| 06/25/15 | Travel - Rail Fare - PAID TO: Natalie D. Ramsey 06/17/15 Roundtrip Amtrak rail to New York - Attend EFH meeting @ Sullivan & Cromwell | $ | 259.00 |
| 06/25/15 | Westlaw On-Line Legal Research | $ | 406.08 |
| 06/30/15 | Delivery Service - PAID TO: Parcels Inc - Order # 441122- Delivery from MMWR-Wilmington to Judge Sontchi, US Bankruptcy Court on 5/19/15 | $ | 7.50 |
| 06/30/15 | Delivery Service - PAID TO: Parcels Inc - order # 4411467- delivery from MMWR-Wilmington to Judge Sontchi, US Bankruptcy Court on 5/25/15 | $ | 7.50 |
| 06/30/15 | Delivery Service - PAID TO: Parcels Inc - order # 441105- delivery from MMWR-Wilmington to Us District Court-Wilmington on 5/26/15 plus $30 check for fee | $ | 37.50 |
| 06/30/15 | Delivery Service - PAID TO: Parcels Inc - order # 441869- delivery from MMWR-Wilmington to Judge Sontchi, US Bankruptcy Court on 5/29/15 | $ | 7.50 |
| 06/30/15 | Delivery Service - PAID TO: Parcels Inc - order # 443210- delivery from MMWR-Wilmington to Judge Sontchi, US Bankruptcy Court on 6/5/2015 | $ | 7.50 |
| 06/30/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference call on 5/15/15 at 11:27 AM with 3 participants | $ | 12.52 |
| | Total Disbursements | $ | 1,141.46 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# JULY 2015

|  |  |
|---|---|
| Invoice Date: | 8/21/15 |
| Invoice Number: | 723746 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | Amount |
|---|---|---:|
| 07/31/15 | Postage | $ 0.48 |
| 07/31/15 | Printing & Duplicating - Internal | $ 15.00 |
| 07/31/15 | Pacer | $ 77.60 |
| 07/01/15 | Westlaw On-Line Legal Research | $ 142.56 |
| 07/06/15 | Westlaw On-Line Legal Research | $ 35.64 |
| 07/07/15 | Westlaw On-Line Legal Research | $ 285.12 |
| 07/08/15 | Westlaw On-Line Legal Research | $ 53.46 |
| 07/08/15 | Westlaw On-Line Legal Research | $ 250.26 |
| 07/08/15 | Westlaw On-Line Legal Research | $ 35.64 |
| 07/08/15 | Delivery Service (694376 - 8551097) Philadelphia, PA, 694376 | $ 4.95 |
| 07/09/15 | Federal Express Federal Express Package - Invoice #:509802318 Mark A Fink | $ 21.23 |
| 07/09/15 | Westlaw On-Line Legal Research | $ 183.04 |
| 07/14/15 | Westlaw On-Line Legal Research | $ 28.81 |
| 07/14/15 | Westlaw On-Line Legal Research | $ 35.64 |
| 07/17/15 | Westlaw On-Line Legal Research | $ 17.82 |
| 07/17/15 | Westlaw On-Line Legal Research | $ 97.01 |
| 07/19/15 | Westlaw On-Line Legal Research | $ 71.28 |
| 07/20/15 | Westlaw On-Line Legal Research | $ 142.56 |
| 07/20/15 | Westlaw On-Line Legal Research | $ 39.06 |
| 07/21/15 | Westlaw On-Line Legal Research | $ 89.10 |
| 07/22/15 | Transcript - Deposition - PAID TO: Document Technologies Inc (DTI)  - Deposition/Transcript for Ethan Auerbach taken on 4/20/2015 (order # 030-NY-038119-04) | $ 514.65 |
| 07/22/15 | Westlaw On-Line Legal Research | $ 196.02 |
| 07/22/15 | Westlaw On-Line Legal Research | $ 49.00 |
| 07/22/15 | Westlaw On-Line Legal Research | $ 48.41 |
| 07/23/15 | Travel - Mileage - PAID TO: Mark A. Fink 07/20/15 Roundtrip mileage 66 @ $.575 from residence DE to Phila  to attend EFH Team Meeting | $ 37.95 |
| 07/23/15 | Travel - Rail Fare - PAID TO: Megan Diaz-Ellinghaus 07/20/15 Roundtrip Amtrak tickt to and from NY and Philadelphia to give a presentation to attorneys in Philadelphia on leveraged buyouts | $ 331.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  | Invoice Date: | 8/21/15 |
|---|---|---|---|
|  |  | Invoice Number: | 723746 |
|  |  | Client Matter Number: | 66471.00001 |
|  |  | I.D.# | 01051 |

| Date | Description |  | Amount |
|---|---|---|---|
| 07/23/15 | Out of Town Travel - PAID TO: Megan Diaz-Ellinghaus 07/20/15 Roundtrip Cabfare to and from 30th St. Station to give a presentation to attorneys in Philadelphia on leveraged buyouts | $ | 19.90 |
| 07/23/15 | Parking & Tolls - PAID TO: Mark A. Fink 07/20/15 Parking at 12th & Walnut Garage re: EFH Team Meeting in MMWR Philadelpia Office | $ | 29.00 |
| 07/23/15 | Westlaw On-Line Legal Research | $ | 298.47 |
| 07/24/15 | Westlaw On-Line Legal Research | $ | 104.07 |
| 07/27/15 | Transportation - Local while on business - PAID TO: Natalie D. Ramsey 06/17/15 Cab fare from MMWR to Amtrak's 30th St. Station for EFH meeting at Sullivan & Cromwell | $ | 6.80 |
| 07/27/15 | Travel - Rail Fare - PAID TO: Mark B. Sheppard 06/17/15 Rail fare from New York to Philadelphia to attend EFH meeting | $ | 106.00 |
| 07/27/15 | Westlaw On-Line Legal Research | $ | 106.92 |
| 07/27/15 | Westlaw On-Line Legal Research | $ | 71.28 |
| 07/28/15 | Travel - Rail Fare - PAID TO: American Express - AMTRAK purchase on 6/17/2015 for ticket # 1680609529753 for one way travel from Philadelphia, PA to NYC on 6/17/2015 for M. Sheppard (client meeting) | $ | 153.00 |
| 07/30/15 | Westlaw On-Line Legal Research | $ | 53.46 |
| 07/30/15 | Westlaw On-Line Legal Research | $ | 17.82 |
| 07/31/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath conference call on 6/18/15 at 1:58pm with 6 participants | $ | 23.83 |
| 07/31/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath conference call on 6/22/15 at 12:28pm with 5 participants | $ | 16.34 |
| 07/31/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath conference call on 6/28/15 at 8:56am with 8 participants | $ | 37.94 |
| 07/31/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath conference call on 6/26/15 at 1:58pm with 5 participants | $ | 29.12 |
| 07/31/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath conference call on 7/2/15 at 2:25pm with 11 participants | $ | 24.11 |
| 07/31/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath conference call on 7/8/15 at 10:57pm with 6 participants | $ | 13.31 |
|  | Total Disbursements | $ | 3,914.66 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **AUGUST 2015**

| | |
|---|---|
| Invoice Date: | 10/30/15 |
| Invoice Number: | 725777 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 08/31/15 | Printing & Duplicating - Internal | $ | 98.00 |
| 08/31/15 | Pacer | $ | 253.90 |
| 02/05/15 | Westlaw On-Line Legal Research | $ | 35.64 |
| 06/03/15 | Westlaw On-Line Legal Research | $ | 395.46 |
| 07/31/15 | Federal Express Federal Express Package - Invoice #:511968974 Mark A Fink | $ | 21.52 |
| 08/04/15 | Westlaw On-Line Legal Research | $ | 17.82 |
| 08/05/15 | Westlaw On-Line Legal Research | $ | 19.21 |
| 08/07/15 | Federal Express - PAID TO: Federal Express Corp Federal Express Corp-PAID TO: Federal Express Corp.#781116450700 - deliv. from MMWR-NY to Lee Unterman, Huntington, NY on 080815 | $ | 38.57 |
| 08/09/15 | Westlaw On-Line Legal Research | $ | 53.46 |
| 08/10/15 | Westlaw On-Line Legal Research | $ | 96.81 |
| 08/10/15 | Research - PAID TO: Jenkins Law Library | $ | 12.00 |
| 08/11/15 | Federal Express Federal Express Package - Invoice #:512686280 Mark A Fink | $ | 26.62 |
| 08/11/15 | Westlaw On-Line Legal Research | $ | 124.74 |
| 08/13/15 | Westlaw On-Line Legal Research | $ | 134.44 |
| 08/14/15 | Westlaw On-Line Legal Research | $ | 17.82 |
| 08/14/15 | Delivery Service (699812 - 8642476) Philadelphia, PA, 699812 | $ | 40.51 |
| 08/20/15 | Travel - Mileage - PAID TO: Stephen A. Grossman RT-travel - Cherry Hill/ Phila. Office- 20m @ $.575-  meeting- 08/17/15 | $ | 11.50 |
| 08/20/15 | Travel - Mileage - PAID TO: Stephen A. Grossman RT-travel- Cherry Hill/ Phila. Office- 20m @ $.575- meeting- 08/18/15 | $ | 11.50 |
| 08/20/15 | Parking & Tolls - PAID TO: Stephen A. Grossman Parking ($26.) and tolls ($5.)- meeting in Phila. Office- 08/18/15 | $ | 31.00 |
| 08/20/15 | Parking & Tolls - PAID TO: Stephen A. Grossman Parking ($26.) and tolls ($5.)- travel to Phila. for meeting- 08/17/15 | $ | 31.00 |
| 08/20/15 | Westlaw On-Line Legal Research | $ | 35.64 |
| 08/21/15 | Federal Express Federal Express Package - Invoice #:514297296 R Pedone | $ | 35.55 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  | Invoice Date: | 10/30/15 |
|---|---|---|---|
|  |  | Invoice Number: | 725777 |
|  |  | Client Matter Number: | 66471.00001 |
|  |  | I.D.# | 01051 |

| Date | Description | | Amount |
|---|---|---|---|
| 08/24/15 | Transportation - Local while on business - PAID TO: Mark A. Fink 07/28/15 - Cabfare from MMWR to residence re: late night work on EFH matter | $ | 7.27 |
| 08/24/15 | Transportation - Local while on business - PAID TO: Mark A. Fink 08/11/15 - Cabfare from residence to MMWR re: EFH Hearing | $ | 6.21 |
| 08/24/15 | Delivery Service - PAID TO: Parcels Inc - 8/13/15-Delivery to Judge Christopher Sontchi, U.S. Bankruptcy Court, Wilmington, DE | $ | 7.50 |
| 08/24/15 | Delivery Service - PAID TO: Parcels Inc - 8/10/15-Delivery to Judge Christopher Sontchi, U.S. Bankruptcy Court, Wilmington, DE | $ | 7.50 |
| 08/25/15 | Transportation - Local while on business - PAID TO: David Dormont - 8/13/15 Cab Fare while meeting with financial advisor to client | $ | 8.00 |
| 08/25/15 | Delivery Service - PAID TO: Parcels Inc - 8/10/15 Delivery to Hotel DuPont | $ | 15.00 |
| 08/25/15 | Travel - Meals, Etc - PAID TO: David Dormont - 8/13/15 Lunch at 24 on East 45th St. while meeting with financial advisor to client | $ | 11.19 |
| 08/25/15 | Travel - Rail Fare - PAID TO: David Dormont - 8/13/15 Amtrak travel from New York to Philadelphia for meeting with financial advisor to client | $ | 133.00 |
| 08/25/15 | Travel - Rail Fare - PAID TO: David Dormont - 8/13/15 Amtrak railfare from Philadelphia to New York for meeting with financial advisor to client | $ | 101.00 |
| 08/25/15 | Outside Copying - PAID TO: Parcels Inc - Copy work & binding | $ | 720.65 |
| 08/26/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 8/12/15 Cabfare from MMWR, NY to residence re: Lae night work on EFH matter | $ | 13.74 |
| 08/26/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 08/13/15 Roundtrip cab services from residence to 30th St Amtrak trsin station - Attend meeting with Guggenheim & Alex Partners re: potential claims | $ | 24.19 |
| 08/26/15 | Travel - Rail Fare - PAID TO: Mark A. Fink - 8/11/15 Roundtrip railfare to/from NYC re: 8/11/15 EFH hearing | $ | 124.00 |
| 08/26/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 08/13/15 Roundtrip Amtrak rail to New York - Attend meeting with Guggenheim & Alex Partners re: potential claims | $ | 155.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  | Invoice Date: | 10/30/15 |
|---|---|---|
|  | Invoice Number: | 725777 |
|  | Client Matter Number: | 66471.00001 |
|  | I.D.# | 01051 |

| Date | Description | | Amount |
|---|---|---|---|
| 08/26/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 08/13/15 Cab service from NY office to Penn station - Attend meeting with Guggenheim & Alex Partners re: potential claims | $ | 15.00 |
| 08/27/15 | Federal Express Federal Express Package - Invoice #:514911966 Mark A Fink MMWR 1105 N MARKET ST STE 1500 WILMINGTON DE US 19801 Tracking #:781229243819 | $ | 27.44 |
| 08/27/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 07/31/15 Parking - Worked overtime for review of legal discovery documents | $ | 31.00 |
| 08/28/15 | Delivery Service - PAID TO: Parcels Inc - Delivery Fr: MMWR, Wilmington Office To:  Judge Christopher Sontchi, U.S. Bankruptcy Ct., Wilmington, DE on 8/17/15 | $ | 7.50 |
| 08/28/15 | Delivery Service - PAID TO: Parcels Inc - Delivery Fr: MMWR, Wilmington Office To:  Judge Christopher Sontchi, U.S. bankruptcy Ct, Wilmington, DE on 8/21/15 | $ | 7.50 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 7/31/15 at 4:55pm with 11 participants | $ | 18.20 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 7/15/15 at 9:56am with 5 participants | $ | 5.08 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 7/20/15 at 10:58am with 3 participants | $ | 27.83 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 7/28/15 at 10:58am with 5 participants | $ | 45.06 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 7/30/15 at 1:57pm with 2 participants | $ | 0.48 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 7/30/15 at 2:12pm with 5 participants | $ | 15.37 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 7/31/15 at 3:12pm with 4 participants | $ | 11.48 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/4/15 at 3:26pm with 4 participants | $ | 10.10 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/5/15 at 10:26am with 4 participants | $ | 28.58 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/5/15 at 2:56 pm with 5 participants | $ | 20.12 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/6/15 at 2:58pm with 3 participants | $ | 10.79 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/7/15 at 2:37pm with 3 participants | $ | 1.44 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/7/15 at 2:48pm with 4 participants | $ | 4.33 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  | |
|---|---|---|
| Invoice Date: | 10/30/15 |
| Invoice Number: | 725777 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

| Date | Description | | Amount |
|---|---|---|---|
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 8/7/15 at 4:08pm with 3 participants | $ | 11.82 |
| 08/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 8/10/15 at 10:56am with 6 participants | $ | 12.70 |
| | Total Disbursements | $ | 3,188.78 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**