# **<u>EXHIBIT E</u>**

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY

| PROJECT CATEGORY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Asset Analysis | 0.00 | $0.00 |
| 002 | Asset Disposition | 0.00 | $0.00 |
| 003 | Assumption and Rejection of Leases and Contracts | 0.00 | $0.00 |
| 004 | Avoidance Action Analysis | 0.00 | $0.00 |
| 005 | Business Operations | 4.10 | $2,419.00 |
| 006 | Case Administration | 159.30 | $82,117.00 |
| 007 | Claims Administration and Objections | 0.00 | $0.00 |
| 008 | Corporate Governance and Board Matters | 0.00 | $0.00 |
| 009 | Employment Benefits and Pensions | 0.00 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 34.30 | $11,341.50 |
| 011 | Employment and Fee Applications (Others) | 30.30 | $10,722.00 |
| 012 | Financing, Cash Collateral, Make Whole | 9.90 | $5,841.00 |
| 013 | Other Litigation | 2.80 | $1,538.00 |
| 014 | Meetings and Communications with Creditors | 7.10 | $4,214.50 |
| 015 | Non-Working Travel | 28.60 | $7,275.50 |
| 016 | Plan and Disclosure Statement | 193.00 | $115,238.00 |
| 017 | Relief from Stay and Adequate Protection | 0.00 | $0.00 |
| 018 | Tax | 0.00 | $0.00 |
| 019 | Valuation | 0.00 | $0.00 |
| 020 | Discovery | 0.20 | $135.00 |
| 021 | Hearings | 43.80 | $27,355.00 |
| 022 | First and Second Day Motions | 0.00 | $0.00 |
| 023 | Claims Investigation | 0.70 | $413.00 |
| 024 | Lien Investigation | 0.00 | $0.00 |
| 025 | Intercompany Claims | 0.00 | $0.00 |
| 026 | Other Motions/Applications | 0.00 | $0.00 |
| 027 | Schedules and Statements | 0.00 | $0.00 |
| 028 | Time Entry Review | 0.00 | $0.00 |
| 029 | Budgeting (Case) | 3.70 | $2,113.50 |
| 030 | Asbestos-Related Matters | 460.10 | $239,666.50 |
| 031 | Derivative Litigation Investigation | 1924.60 | $762,004.00 |
| | **Total** | **2,902.50** | **$1,272,393.50** |