# **EXHIBIT G**

**BUDGET AND STAFFING PLAN**

| Code | Project Category | Estimated Hours | | Estimated Fees | |
|---|---|---|---|---|---|
| | | *Low* | *High* | *Low* | *High* |
| 001 | Asset Analysis | 0 | 0 | $0.00 | $0.00 |
| 002 | Asset Disposition | 0 | 0 | $0.00 | $0.00 |
| 003 | Assumption and Rejection of Leases & Contracts | 0 | 0 | $0.00 | $0.00 |
| 004 | Avoidance Action Analysis | 0 | 0 | $0.00 | $0.00 |
| 005 | Business Operations | 0 | 0 | $0.00 | $0.00 |
| 006 | Case Administration | 120 | 160 | $53,640 | $71,520 |
| 007 | Claims Administration and Objections | 0 | 0 | $0.00 | $0.00 |
| 008 | Corporate Governance and Board Matters | 0 | 0 | $0.00 | $0.00 |
| 009 | Employment Benefits and Pensions | 0 | 0 | $0.00 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 160 | 200 | $71,520 | $89,400 |
| 011 | Employment and Fee Applications (Others) | 34 | 66 | $15,066 | $29,194 |
| 012 | Financing, Cash Collateral, Make Whole | 0 | 0 | $0.00 | $0.00 |
| 013 | Other Litigation | 40 | 160 | $17,880 | $71,520 |
| 014 | Meetings and Communications with Creditors | 80 | 140 | $35,760 | $62,580 |
| 015 | Non-Working Travel | 20 | 40 | $8,940 | $17,880 |
| 016 | Plan and Disclosure Statement | 150 | 350 | $66,390 | $155,350 |
| 017 | Relief from Stay and Adequate Protection | 0 | 0 | $0.00 | $0.00 |
| 018 | Tax | 0 | 0 | $0.00 | $0.00 |
| 019 | Valuation | 0 | 0 | $0.00 | $0.00 |
| 020 | Discovery (Non-asbestos) | 20 | 200 | $8,940 | $89,400 |
| 021 | Hearings | 40 | 80 | $17,880 | $35,760 |
| 022 | First and Second Day Motions | 0 | 0 | $0.00 | $0.00 |
| 023 | Claims Investigation | 0 | 0 | $0.00 | $0.00 |
| 024 | Lien Investigation | 0 | 0 | $0.00 | $0.00 |
| 025 | Intercompany Claims | 100 | 200 | $44,700 | $89,400 |
| 026 | Other Motions/Applications | 80 | 220 | $35,760 | $97,900 |
| 027 | Schedules and Statements | 0 | 0 | $0.00 | $0.00 |
| 028 | Time Entry Review | 120 | 140 | $53,640 | $62,580 |
| 029 | Budgeting (Case) | 20 | 40 | $8,940 | $17,880 |
| 030 | Asbestos-Related Matters | 775 | 3100 | $353,400 | $1,413,600 |
| 031 | Derivative Litigation | 1300 | 3100 | $555,200 | $1,318,400 |
| | **TOTAL:** | **3059** | **8196** | **$1,434,671** | **$3,843,924** |

-2-

| Category of Timekeeper | Total Number in Category Expected to Work on Matter | Estimated Average Hourly Rate [1] |
|---|---|---|
| Partner | 14 | $613.50 |
| Of Counsel | 8 | $555.75 |
| Associate | 10 | $363.00 |
| Legal Assistant | 8 | $166.00 |

Notes:
[1] Actual average hourly rate will vary with seniority of resources, and may be higher for some workstreams than others.

| Code | Project Category | Estimated Hours | | Actual Hours | Estimated Fees | | Actual Fees |
|---|---|---|---|---|---|---|---|
| | | *Low* | *High* | *Hours through 8/31* | *Low* | *High* | *Actual Fees through 8/31* |
| 001 | Asset Analysis | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 002 | Asset Disposition | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 003 | Assumption and Rejection of Leases & Contracts | 0 | 0 | 4.10 | $0.00 | $0.00 | $0.00 |
| 004 | Avoidance Action Analysis | 0 | 0 | 159.30 | $0.00 | $0.00 | $0.00 |
| 005 | Business Operations | 0 | 0 | 0.00 | $0.00 | $0.00 | $2,419.00 |
| 006 | Case Administration | 120 | 160 | 0.00 | $53,640 | $71,520 | $82,117.00 |
| 007 | Claims Administration and Objections | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 008 | Corporate Governance and Board Matters | 0 | 0 | 34.30 | $0.00 | $0.00 | $0.00 |
| 009 | Employment Benefits and Pensions | 0 | 0 | 30.30 | $0.00 | $0.00 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 160 | 200 | 9.90 | $71,520 | $89,400 | $11,341.50 |
| 011 | Employment and Fee Applications (Others) | 34 | 66 | 2.80 | $15,066 | $29,194 | $10,722.00 |
| 012 | Financing, Cash Collateral, Make Whole | 0 | 0 | 7.10 | $0.00 | $0.00 | $5,841.00 |
| 013 | Other Litigation | 40 | 160 | 28.60 | $17,880 | $71,520 | $1,538.00 |
| 014 | Meetings and Communications with Creditors | 80 | 140 | 193.00 | $35,760 | $62,580 | $4,214.50 |
| 015 | Non-Working Travel | 20 | 40 | 0.00 | $8,940 | $17,880 | $7,275.50 |
| 016 | Plan and Disclosure Statement | 150 | 350 | 0.00 | $66,390 | $155,350 | $115,238.00 |
| 017 | Relief from Stay and Adequate Protection | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 018 | Tax | 0 | 0 | 0.20 | $0.00 | $0.00 | $0.00 |
| 019 | Valuation | 0 | 0 | 43.80 | $0.00 | $0.00 | $0.00 |
| 020 | Discovery (Non-asbestos) | 20 | 200 | 0.00 | $8,940 | $89,400 | $135.00 |
| 021 | Hearings | 40 | 80 | 0.70 | $17,880 | $35,760 | $27,355.00 |
| 022 | First and Second Day Motions | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 023 | Claims Investigation | 0 | 0 | 0.00 | $0.00 | $0.00 | $413.00 |
| 024 | Lien Investigation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 025 | Intercompany Claims | 100 | 200 | 0.00 | $44,700 | $89,400 | $0.00 |
| 026 | Other Motions/Applications | 80 | 220 | 0.00 | $35,760 | $97,900 | $0.00 |
| 027 | Schedules and Statements | 0 | 0 | 3.70 | $0.00 | $0.00 | $0.00 |
| 028 | Time Entry Review | 120 | 140 | 460.10 | $53,640 | $62,580 | $0.00 |
| 029 | Budgeting (Case) | 20 | 40 | 1924.60 | $8,940 | $17,880 | $2,113.50 |
| 030 | Asbestos-Related Matters | 775 | 3100 | 0.00 | $353,400 | $1,413,600 | $239,666.50 |
| 031 | Derivative Litigation | 1300 | 3100 | 0.00 | $555,200 | $1,318,400 | $762,004.00 |
| | **TOTAL:** | **946** | **3059** | **2902.50** | **$438,867** | **$1,434,671** | **$1,272,393.50** |

-4-

| Category of Timekeeper | Total Number in Category Expected to Work on Matter [1] | Maximum Number of Persons in Category that Actually Worked on Matter in any Month during Period | Total Number in Category that Actually Worked on Matter in Period |
|---|---|---|---|
| Partner | 14 | 10 | 10 |
| Of Counsel | 8 | 3 | 3 |
| Associate | 10 | 9 | 9 |
| Legal Assistant [2] | 8 | 3 | 3 |

Notes:
[1] Actual average hourly rate will vary with seniority of resources, and may be higher for some workstreams than others.
[2] Includes Paralegals, Librarians, and Automated Litigation Support Specialists