**Exhibit B**

# SERVICE LIST

<u>**VIA HAND DELIVERY**</u>

Daniel Astin
John McLaughlin Jr.
Joseph J. McMahon Jr.
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE  19801

Christopher P. Simon
Michael J. Joyce
Cross & Simon LLC
1105 N. Market Street
Suite 901
Wilmington, DE  19801

Evan Rassman
Gellert Scali Busenkell & Brown LLC
913 N. Market Street
10th Floor
Wilmington, DE  19801

Adam Landis
Matthew McGuire Esq
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE  19801

Marc J. Phillips
Manion Gaynor & Manning LLP
The Nemours Building
1007 N Orange Street
10th Floor
Wilmington, DE  19801

Ellen Slights Esq.
Office Of The U.S. Attorney
1007 Orange Street
Suite 700
Wilmington, DE  19899-2046

Richard L. Schepacarter
Office Of The U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street
Suite 2207
Wilmington, DE  19801

Laura Davis Jones
Robert Feinstein
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE  19899

Christopher Ward Esq
Justin Edelson Esq
Shanti Katona Esq
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE  19801

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE  19801

Mark D Collins Esq
Daniel Defranceschi Esq
Jason Madron Esq
Richards Layton & Finger
920 N King Street
Wilmington, DE  19801

Katharine L. Mayer
Matthew Rifino
McCarter & English, LLP
405 N. King Street
8th Floor
Wilmington, DE  19801

Natalie D. Ramsey
Davis Lee Wright
Lorenzo Marinuzzi
Mark A. Fink
Montgomery McCracken Walker
   & Rhoads LLP
1105 N. Market Street
15th Floor
Wilmington, DE  19801

Adam Hiller
Brian L. Arban
Hiller & Arban, LLC
1500 N. French Street
2nd Floor
Wilmington, DE  19801

Jennifer R. Hoover
Kevin M. Capuzzi
Benesch Friedlander Coplan
   & Aronoff LLP
222 Delaware Avenue
Suite 801
Wilmington, DE  19801

James Yoder
White and Williams
824 North Market Street
Suite 902
Wilmington, DE  19801

William F. Taylor, Jr.
McCarter & English, LLP
405 N. King Street
8th Floor
Wilmington, DE  19801

Raymond H. Lemisch
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE  19801

Brian L. Kasprzak
Marks O'Neill O'Brien Doherty
    and Kelly PC
300 Delaware Avenue
Suite 900
Wilmington, DE  19801

Norman L. Pernick
J. Kate Stickles
Cole Schotz PC
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801

James E. Huggett
Margolis Edelstein
300 Delaware Avenue
Suite 800
Wilmington, DE  19801

David M. Klauder
Shannon Dougherty
O'Kelly Ernst & Bielli LLP
901 N. Market Street
Suite 100
Wilmington, DE  19801

David P. Primack
McElroy Deutsch Muvaney
    & Carpenter, LLP
300 Delaware Avenue
Suite 770
Wilmington, DE  19801

Joseph H. Hutson, Jr.
Stevens & Lee PC
1105 N. Market Street
Suite 700
Wilmington, DE  19801

Lee Gordon
Mccreary Veselka Bragg & Allen PC
P.O. Box 1269
Round Rock, TX  78680

Anna Grace
Brandon Robers
US Department of Justice
Environmental Enforcement Section
Environment & Natural Resources Div.
PO Box 7611
Washington, DC  20044-7611

Matthew J. Troy
US Department of Justice
Ben Franklin Station
PO Box 875
Washington, DC  20044

Kerry L. Haliburton
Naman Howell Smith & Lee PLLC
PO Box 1470
Waco, TX  76703-1470

Ira Dizengoff
Abid Qureshi
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY  10036-6745

Scott Alberino
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue NW
Washington, DC  20036-1564

Stephanie Wickouski
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

Shawn M. Christianson
Valerie Bantner Peo
Buchalter Nemer PC
333 Market Street
25th Floor
San Francisco, CA  94105-2126

Robert Szwajkos
Curtin & Heefner LLP
250 Pennsylvania Ave.
Morrisville, PA  19067

Jeffrey R. Fine
Alison R. Ashmore
Aaron M. Kaufman
Dykema Gossett PLLC
1717 Main Street
Suite 4000
Dallas, TX  75201

Harold Kaplan Esq
Mark Hebbeln Esq
Lars Peterson Esq
Foley & Lardner LLP
321 N Clark Street
Suite 2800
Chicago, IL  60654-5313

Brad E. Scheler
Gary L. Kaplan
Matthew M. Roose
Fried Frank Harris Shriver
    & Jacobson LLP
One New York Plaza
New York, NY  10004

Edward Sassower PC
Stephen Hessler Esq
Brian E. Schartz Esq
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022

James H.M. Sprayregen P.C.
Chad Husnick Esq
Marc Kieselstein
Kirkland & Ellis LLP
300 N Lasalle
Chicago, IL  60654

Thomas Moers Mayer
Gregory Horowitz
Joshua Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Elizabeth Weller Esq
Linebarger Goggan Blair
    & Sampson LLP
2777 N Stemmons Freeway
Suite 1000
Dallas, TX  75207

Peter S. Goodman
Michael R. Carney
McKool Smith
One Bryant Park
47th Floor
New York, NY  10036

James Peck Esq
Brett H Miller Esq
Lorenzo Marinuzzi Esq
Todd M. Goren
Samantha Martin
Morrison & Foerster LLP
250 W 55th Street
New York, NY  10019

Jody A. Bedenbaugh
Nelson Mullins Riley &
    Scarborough LLP
Meridian, 17th Floor
1320 Main Street
Columbia, SC  29201

Richard C. Pedone
Amanda D. Darwin
George J. Skelly
Nixon Peabody
100 Summer Street
Boston, MA  02110

Owen M Sonik Esq
Perdue Brandon Fielder
    Collins & Mott LLP
1235 N Loop West
Suite 600
Houston, TX  77008

John A. Harris
Jason D. Curry
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

Keith H. Wofford
Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704

Daniel K Hogan Esq
Garvan F. McDaniel
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE  19806

George Shuster Esq
Wilmer Cutler Pickering
    Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

Benjamin Loveland Esq
Wilmer Cutler Pickering
    Hale & Dorr LLP
60 State Street
Boston, MA  02109

Aaron McCollough
Patricia K. Smoots
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL  60601

Andrew G. Dietderich
Brian D. Glueckstein
John L. Hardiman
Alexa J. Kranzley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

Thomas M. Gaa
Bialson Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA  94306

Darrell W. Clark
Stinson Leonard Street LLP
1775 Pennsylvania Ave, NW
Suite 800
Washington, DC  20006

Barry G. Felder
Jonathan H. Friedman
Foley & Lardner LLP
90 Park Avenue
New York, NY  10016

David S. Rosner
Andrew K. Glenn
Daniel A. Fliman
Kasowitz Benson Torres
    & Friedman LLP
1633 Broadway
New York, NY  10019

Mark D. Plevin
Tacie H. Yoon
Crowell & Moring LLP
1001 Pennsylvania Ave, NW
Washington, DC  20004

Sarah K. Kam
Reed Smith LLP
599 Lexington Avenue
New York, NY  10022

Steven Kazan
Kazan McClain Satterley & Greenwood
Jack London Market
55 Harrison Street
Suite 400
Oakland, CA  94607

Ethan Early
Early Lucarelli Sweeney & Strauss
265 Church Street
11th Floor
New Haven, CT  06508-1866

Christopher J. Fong
Nixon Peabody LLP
437 Madison Avenue
New York, NY  10022

Warren A. Usatine
Cole Schotz PC
Court Plaza North
25 Main Street
Hackensack, NJ  07602

Philip D. Anker
Wilmer Cutler Pickering Hale
    & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

Joel Millar
David Gringer
Isley Gostin
Wilmer Cutler Pickering Hale
    & Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006

D. Ross Martin
Andrew Devore
Ropes & Gray LLP
800 Boylston Street
Prudential Tower
Boston, MA  02199-3600

James H. Millar
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
New York, NY  10036-2714

Amish R. Doshi
Magnozzi & Kye LLP
23 Green Street
Suite 302
Huntington, NY  11743

Deborah Miller
Lillian Park
Oracle America, Inc.
500 Oracle Parkway
Redwood City, CA  94065

Jeff J. Marwil
Mark K. Thomas
Peter J. Young
Proskauer Rose LLP
70 W. Madison Street
Suite 3800
Chicago, IL  60602

Thomas B. Walper
Todd J. Rosen
Seth Goldman
Munger Tolles & Olson LLP
355 S. Grand Avenue
35th Floor
Los Angeles, CA  90071

Michael A. Paskin
Cravath Swain & Moore LLP
Worldwide Plaza
825 Eighth Ave
New York, NY  10019-7475

Richard Levin
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908

9588792