LUBBOCK, TX 79408
(806) 744-5092
FAX (806) 744-9953
lmonroe@pbfcm.com

ATTORNEY FOR MIDLAND COUNTY

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE | § | IN PROCEEDINGS UNDER |
| | § | CHAPTER 11 OF THE |
| ENERGY FUTURE HOLDINGS CORP., et al | § | BANKRUPTCY ACT |
| | § | |
| DEBTOR | § | NO. 14-10979 |

### WITHDRAWAL OF CLAIM NO: 93

Claimant, MIDLAND COUNTY filed Secured Claim Number 93 for Taxes of Midland County in the amount of $4,837.68. Claimant wishes to withdraw this claim since research has shown a different owner.

Respectfully,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
(806) 744-5092, FAX: (806) 744-9953
lmonroe@pbfcm.com

By _/s/ Laura J. Monroe_
LAURA J. MONROE
Bar No: 14272300

FILED / RECEIVED
NOV - 2 2015
EPIQ BANKRUPTCY SOLUTIONS, LLC