# SIGN-IN SHEET

**CASE NAME: Energy Future**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 11/2/15 at 3:30 P.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Klauder | Bielli & Klauder | EFH Corp. DDs |
| David Primack | McElroy Deutsch Mulvaney, Carpenter | TCEH debtors |
| Ryan Bartley | Young Conaway | Ad Hoc Comm. of TCEH First Lien Creditors |
| [illegible] | Klehr Harrison | UMB Bank, N.A. Indenture Trustee |
| Scott Twaddle | Kaye Scholer | York Capital Mgt |
| Mike Busenkell | Gellert Scali Busenkell & Brown | " " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

Calendar Date: **11/02/2015**

Calendar Time: **03:30 PM ET**

## U.S. Bankruptcy Court-Delaware (DE - US)

## Confirmed Telephonic Appearance Schedule

## Honorable Christopher S. Sontchi

## #6

*Amended Calendar 11/02/2015 12:07 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245729 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244470 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee of First Lien Lenders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244667 | Lauren Bilzin | (212) 672-2252 | Serengeti Asset Management | Non-Party, Lauren Bilzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245859 | Stephen J. Blauner | (212) 284-4334 | Solus Alternative Asset Management LP | Interested Party, Stephen Blauner / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245863 | Josh W. Brant | (212) 723-1584 | CitiGroup | Interested Party, Citigroup Global Markets Inc / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244442 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244802 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245755 | Steven H. Church | (302) 661-7606 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244489 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244617 | Mark A. Cody | (312) 269-4392 | Jones Day | Interested Party, Jones Day / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244531 | Howard A. Cohen | (302) 467-4200 | Drinker Biddle & Reath LLP | Creditor, Citibank, N.A. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7243105 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244941 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244591 | Daniel DeFranceschi | (302) 651-7700 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244674 | Andrew Dietderich | (212) 558-3830 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244514 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245082 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244600 | Justin K. Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7243467 | Jamie L. Edmonson | (302) 298-3520 | Venable LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245717 | Erin Fay | (302) 351-9668 | Morris Nichols Arsht & Tunnell LLP | Interested Party, Texas Energy Future Capital Holding, et al / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244643 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Representing, EFH Committee / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244496 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244571 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244891 | Patrick Fleming | 860-503-1204 | Newfleet Asset Management, LLC | Interested Party, Newfleet Asset Management, LLC / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244935 | David M. Fournier | (302) 777-6565 | Pepper Hamilton LLP | Creditor, Oncor / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245067 | Simon Fraser | (302) 295-2000 | Cozen O'Connor | Creditor, J. Aron / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244445 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244467 | Isley M Gostin | (202) 663-6551 | WilmerHale LLP | Creditor, Delaware Trust Company / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245098 | Xiaoyu Gu | (952) 984-4078 | CarVal Investors | Creditor, Carval Investors / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7243516 | Christopher Hahm | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citi Bank N.A. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244480 | Daniel J. Harris | (212) 336-4292 | Morrison & Foerster | Creditor, Creditors Committee / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244570 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244507 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244565 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245706 | Matthew W. Kinskey | (202) 887-4516 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7243714 | Charles Koster | (212) 819-7845 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244503 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244702 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244561 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holding Corp. / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244451 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7243492 | R. Stephen McNeill | (302) 984-6171 | Potter Anderson & Corroon LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7243864 | Damon Meyer | (212) 450-4029 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244454 | Stacy Newman | (302) 654-1888 | Ashby & Geddes | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244472 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244508 | Matthew I. Rappoport | (212) 225-2298 | Cleary Gottlieb Steen & Hamilton | Interested Party, Matthew Rappoport / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244534 | Elizabeth Rasskazova | +44-207-901-8300 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

| | Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244752 | Rachael Ringer | (212) 715-9106 | Kramer Levin Naftalis & Frankel LLP | Creditor, The Lien Noteholders / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7243523 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245334 | Matthew Roose | (212) 859-8029 | Fried, Frank, Harris, Shriver & Jacobson LLP | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7243479 | Jeremy W. Ryan | (302) 984-6108 | Potter Anderson & Corroon LLP | Interested Party, Detuche Bank / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7243474 | Jeffrey S. Sabin | (212) 307-5500 | Venable LLP | Creditor, Pacific Investment Management Company / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7243176 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244564 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7243354 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244557 | J. Christopher Shore | 212-819-8394 | White & Case LLP | Creditor, The Ad Hoc Group of TCEH Unsecured Note Holders / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244455 | John H. Strock | 609-895-3314 | Fox Rothschild LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244401 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7243119 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244436 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244416 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244462 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party, Kevin M. Van Dam / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245878 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp. / LIVE |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244744 | Michael J. Walsh | (646) 855-8154 | Bank of America | Creditor, Bank of America, N.A. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244756 | Christopher A. Ward | (302) 252-0922 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244450 | Edward Weisfelner | 212-209-4900 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7243245 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244512 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.