CASE NAME: Energy Future
CASE NO: 14-10979

SIGN-IN SHEET

COURTROOM LOCATION: 6
DATE: 11/3/15 at 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tom Lauria | White & Case | TCEH Ad hoc group Unsec Notes |
| Chris Shore | " | " |
| Jeffrey Schlerf | Fox Rothschild | " |
| John Bird | " | " |
| Laura Davis Jones | Pachulski Stang Ziehl + Jones | Second Lien Indenture Trust. |
| Steven Horowitz | Kramer Levin Naftalis Frankel | First Lien Indentur Trstn |
| Joshua Brody | Kramer Levin Naftalis Frankel | " |
| Philip Anker | Wilmerhale | EFIH First Lien Indenture Trstee |
| Isley Gostin | Wilmerhale | EFIH First Lien Indentur Trstee |
| Richard Pedone | Nixon Peabody LLP | AST as EFH Indenture Trustee |
| George Shelly | " | " |
| Morgan Nighan | " | " |
| Charles Kings | Murphy & Nillman | TCEH Credit Claim |
| Bill Bowden | Ashby & Geddes | WSFS (2nd Lie TrTrustee) |
| Jonathan Marshall | Brown Rudnick | " |
| Jeff Jones | " | " |
| Jeffrey Sabin | Venable LLP | " |
| Jarrett Ganswertz | " | Pimco |
| Anvir Kille | " | Pimco |
| | Kenser-Weiss | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

**SIGN-IN SHEET**

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 11/3/15 at 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tim Mott | MNAT | EFH Debtors |
| Emil Kleinhaus | Wachtell | " |
| Ned Schodek | Shearman & Sterling | Deutsche Bank New York |
| Jeremy Ryan | Potter Anderson & Corroon | " |
| R. Stephen Maynard | " | " |
| Joseph H. Huston, Jr. | Stevens + Lee P.C. | EFH Special Conflicts |
| Vincent LaZar | Jenner + Block LLP | " |
| Chris Carrick | " | " |
| Dr. Klestadt | Kirkland & Ellis | Debtors |
| Andrew McGann | " | " |
| Mark McKane | " | " |
| Chad Husnick | " | " |
| David Frances | Richards Layton + Finger | " |
| Jason Madron | " | " |
| Alan W. Kornberg, Brian S. Hermann | Paul Weiss Rifkind, Wharton & Garrison | Ad Hoc Committee of TCEH First Lien Lenders |
| Andrew Ehrlich, Jacob Adlerstein | " | " |
| Pauline K. Morgan | Young Conaway Stargatt + Taylor | " |
| Stephen Miller | Morris James LLP | Law Debenture of New York, Pittsburgh Trustee |
| Dana Carota | Patterson Belknap | " |
| David Primack | McElroy Deutsch Mulvaney Carpenter | TCEH Debtors |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**SIGN-IN SHEET**

**CASE NAME:** Energy Future

**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6

**DATE:** 11/3/15 at 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Boyce | Cross & Simon | EFH |
| Gary Kaplan | FF&E | " |
| Matt Roose | FF&E | " |
| Howard A. Cohen | Drinker Biddle & Reath | Citibank, DIP Agent |
| Chris Ward | Polsinelli | TCEH Committee |
| Justin Edelson | Polsinelli | TCEH Committee |
| Brett Miller | MoFo | TCEH Committee |
| Todd Goren | MoFo | TCEH Committee |
| | | |
| | Weil | EFIH Committee |
| | | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

**CASE NAME:: Energy Future**
**CASE NO: 14-10979**

**SIGN-IN SHEET**

**COURTROOM LOCATION: 6**
**DATE: 11/3/15 at 11:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Klauder | Bielli & Klauder | EFH Corp DDs |
| Mark Thomas | Bayleyer Rose | " |
| Michael Firestein | " | " |
| Richard L. Schepacarter | US DOT – OUST | US Trustee |
| Andrew B. Schuate | " | " |
| Daniel K. Hogan | Hogan McDaniel | Fenicle & Fahy |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
### #6

**Court Conference**

Calendar Date: **11/03/2015**

Calendar Time: **11:00 AM ET**

Amended Calendar 11/03/2015 07:32 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-01049 | Hearing | 7247670 | James Osborne | (214) 977-8222 | Dallas Morning News | Interested Party, Dallas Morning News / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7246566 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244748 | Desiree M. Amador | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244569 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, Contrarian Capital Management, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244437 | Chetan Bansal | (212) 336-7403 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7181384 | Ashley F. Bartram | (512) 475-4937 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244689 | Lauren Bilzin | (212) 672-2252 | Serengeti Asset Management | Non-Party, Lauren Bilzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7173294 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245612 | Emily A Bussigel | (213) 683-9212 ext. 2428 | Munger, Tolles & Olson LLP | Interested Party, Interested party / Energy Future Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7246701 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7246477 | Kevin CoCo | (212) 450-3022 | Davis Polk & Wardwell LLP | Interested Party, Goldman, Sachs / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

Peggy Drasal ext. 802

| Company | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244609 | Mark A. Cody | (312) 269-4392 | Jones Day | Interested Party, Jones Day / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7236294 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244952 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7239269 | Adam M. Denhoff | (212) 373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee of First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7246525 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, DK Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7231137 | Amish R. Doshi | (631) 923-2858 | Magnozzi & Kye LLP | Creditor/Claimant, Oracle America, Inc. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7245085 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7239582 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Indenture / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7237586 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Representing, EFH Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7241979 | Mark Flanagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244597 | Scott Friedman | (201) 266-6988 | Claims Recovery Group, LLC. | Interested Party, Claims Recovery Group, LLC. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244447 | Julia Frost-Davies | (617) 951-8422 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7239887 | Thomas Gaa | (650) 857-9500 | Bialson, Bergen & Schwab | Creditor, SalesForce.com / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7246954 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244727 | John Gionis | (212) 530-8978 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citi Bank NA / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244588 | Richard Gitlin - Client | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, Richard Gitlin / LISTEN ONLY |

Copyright © 2015 CourtCall LLC. All Rights Reserved.

| Company | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244605 | Andrew Glenn | (212) 506-1747 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, Contrarian Capital Management, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244301 | David Gringer | (202) 663-6000 | Wilmer Cutler Pickering Hale & Dorr LLP | Creditor, Delaware Trust Co / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244443 | Xiaoyu Gu | (952) 984-4078 | CarVal Investors | Creditor, Carval Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244516 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7240841 | Christopher Hahn | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citi Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7241983 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244652 | Sandra Horwitz | (877) 374-6010 ext. 62412 | Delaware Trust Company | Representing, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7235343 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244787 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7241965 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7246415 | Matthew W. Kinskey | (202) 887-4516 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7245483 | Charles Koster | (212) 819-7845 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244506 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7138181 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC. | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7247609 | Phillip G Laroche | (212) 293-3035 | Guggenheim Securities LLC | Financial Advisor, Guggenheim Securities, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244974 | Alexander Lees | 212-403-1190 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding, et al / LIVE |

Copyright © 2015 CourtCall LLC. All Rights Reserved.

Peggy Drasal ext. 802

| Entity | Case No. | Type | Number | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7254925 | Kevin M. Lippman | (214) 855-7553 | Munsch Hardt Kopf & Harr, P.C. | Creditor, ERCOT / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7246906 | Brian P. Morgan | (212) 248-3272 | Drinker Biddle & Reath LLP | Interested Party, Citibank N.A / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7246901 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, CitiBank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244986 | Richard G. Mason | (212) 403-1252 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7247233 | Tina Moss | (212) 262-6900 | Perkins Coie LLP | Trustee, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7181224 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy & Collections Div Only | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233378 | Morgan Nighan | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7242002 | Meredith S. Parkinson | (617) 951-7000 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233508 | Richard Pedone | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7241970 | Lars A. Peterson | (312) 832-5394 | Foley & Lardner, LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7184230 | Brian Pfeifer | (212) 756-2157 | Schulte Roth & Zabel LLP | Creditor, Centerbridge / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244475 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7246476 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244547 | Elizabeth Raaskazova | +44-207-901-8300 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7245811 | Erica Richards | (212) 468-8000 | Morrison & Foerster | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7246690 | Rachael Ringer | (212) 715-9106 | Kramer Levin Naftalis & Frankel LLP | Creditor, The Lien Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7207813 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

| Case | Number | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7245542 | Matthew Roose | (212) 859-8029 | Fried, Frank, Harris, Shriver & Jacobson LLP | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7246538 | Charles Sieving | (561) 691-7575 | NextEra Energy Resources | Creditor, Nextera Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244552 | Patricia Smoots | (312) 849-8100 | McGuireWoods | Creditor, Aetna Life Insurance Company and Aetna, Inc. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244878 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7242305 | Richard A. Stieglitz | (212) 701-3393 ext. 00 | Cahill Gordon & Reindel | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7246325 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7243124 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7184252 | Brian Tong | (212) 756-2159 | Schulte Roth & Zabel LLP | Creditor, Centerbridge / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7241771 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom (Chicago) | Interested Party, Texas Transmission Investment, LLC. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7239291 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7118523 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244464 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party, Kevin M. Van Dam / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7230604 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7236388 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244602 | Daniel Zazove | 312-324-8605 | Perkins Coie LLP | Interested Party, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233250 | David Zylberberg | (212) 558-7881 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

Peggy Drasal ext. 802

| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 7247600 | Alexander DeFelice | (212) 651-9507 | Matlin Patterson Global Advisors | Interested Party, Alexander DeFelice / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.