**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) | **Response Deadline: November 24, 2015 at 4:00 p.m. (ET)** |

**ELEVENTH MONTHLY FEE STATEMENT**
**OF MUNGER, TOLLES & OLSON LLP FOR ALLOWANCE OF AN ADMINISTRATIVE**
**CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Name of Applicant | Munger, Tolles & Olson LLP |
|---|---|
| Authorized to Provide Professional Services to: | Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC. Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order Entered on January 13, 2015 (Effective as of November 16, 2014) |
| Period for which compensation and reimbursement is sought: | September 1, 2015 through September 30, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $661,433.20 (80% of $826,791.50[2]) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $9,396.79[3] |

This is a **X** monthly ___ interim __ final application. No prior application filed.[4]

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    To comply with the guidelines established by the fee committee, Munger, Tolles & Olson LLP ("MTO") voluntarily reduced its fees by $27,342.50 in the Fee Period (as defined herein).  Consequently, MTO does not seek payment of these fees in this Monthly Fee Statement (as defined herein).

[3]    To comply with the caps and guidelines established by the fee committee, MTO voluntarily reduced its expenses by $1,437.12  in the Fee Period (as defined herein).  Consequently, MTO does not seek payment of these expenses in this Monthly Fee Statement (as defined herein).

[4]    Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Committee Order.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective* Nunc Pro Tunc *to November 16, 2014,* dated January 13, 2015 [D.I. 3279] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the law firm Munger, Tolles & Olson LLP ("MTO"), counsel for the debtors and debtors in possession Energy Future Competitive Holdings Company LLC ("EFCH") and Texas Competitive Electric Holdings Company LLC ("TCEH" and together with EFCH and their debtor subsidiaries, the "TCEH Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $661,433.20 for the reasonable and necessary legal services MTO rendered to the TCEH Debtors from September 1, 2015 through September 30, 2015 (the "Fee Period") (80% of $826,791.50); and (ii) reimbursement for the actual and necessary expenses that MTO incurred, in the amount of $9,396.79 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.      In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by MTO partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories MTO established in accordance with its internal billing procedures. As reflected in Exhibit A, MTO incurred $826,791.50 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, MTO seeks reimbursement for 80% of such fees ($661,433.20 in the aggregate).

2

- **Exhibit B** is a schedule providing certain information regarding the MTO attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of MTO expended a total of 1,169.7 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which MTO is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for MTO's out-of-pocket expenses.

- **Exhibit D** consists of MTO's records of expenses incurred during the Fee Period in the rendition of the professional services to the TCEH Debtors and their estates.

**Proposed Payment Allocation**

2.      In accordance with paragraph 2 of the Interim Compensation Order, all MTO's fees and expenses sought in this Application are allocated to TCEH.

**Representations**

3.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. MTO reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

WHEREFORE, MTO requests allowance of its fees and expenses incurred during the Fee

Period in the total amount of $670,829.99 consisting of (a) $661,433.20 which is 80% of the fees

incurred by the TCEH Debtors for reasonable and necessary professional services rendered by

MTO; and (b) $9,396.79 for actual and necessary costs and expenses, and that such fees and

expenses be paid as administrative expenses of the TCEH Debtors' estates.

Dated: November 3, 2015

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
David P. Primack (No. 4449)
300 Delaware Avenue, Suite 770
Wilmington, Delaware 19801
Telephone:      (302) 300-4515
Facsimile:      (302) 654-4031
Email:          dprimack@mdmc-law.com


-and-

**MUNGER, TOLLES & OLSON LLP**
*/s/  Todd J. Rosen*
_____
Thomas B. Walper (admitted *pro hac vice*)
Todd J. Rosen (admitted *pro hac vice*)
Seth Goldman (admitted *pro hac vice*)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:      (213) 683-9100
Facsimile:      (213) 687-3702
Email:          thomas.walper@mto.com
                todd.rosen@mto.com
                seth.goldman@mto.com

Co-Counsel to the TCEH Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**VERIFICATION OF TODD J. ROSEN**

1.      I am Todd J. Rosen, a partner in the law firm of Munger, Tolles & Olson LLP ("MTO"), located at 355 S. Grand Ave., 35th Floor, Los Angeles, California, 90071.  I am a lead attorney from MTO working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of California, and I have been admitted to practice in the United States District Courts for the Central, Northern, Eastern, and Southern District of California; and the Ninth Circuit Court of Appeals.  There are no disciplinary proceedings pending against me.

2.      I have personally performed many of the legal services rendered by MTO as conflicts counsel to the TCEH Debtors and am familiar with all other work performed on behalf of the TCEH Debtors by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for MTO complies with Rule 2016-2.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

5.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Todd J. Rosen*
Todd J. Rosen
Partner of Munger, Tolles & Olson LLP

2

**EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 007 | [TCEH] Contested Matters and Adversary Proceedings | 7.00 | $5,332.00 |
| 008 | [TCEH] Corporate Governance | 9.40 | $8,301.00 |
| 010 | [TCEH] Hearings | 34.30 | $30,818.50 |
| 013 | [TCEH] MTO Retention and Fee Applications | 24.40 | $17,720.50 |
| 014 | [TCEH] Non-Working Travel[1] | 29.50 | $27,342.50 |
| 017 | [TCEH] Plan / Disclosure Statement | 1,018.90 | $706,573.00 |
| 018 | [TCEH] Private Letter Ruling / IRS Matters / Tax Issues | 46.20 | $30,704.00 |
| **Total:**[2] | | **1,169.70** | **$826,791.50** |

---

[1]   Reflects a voluntary reduction in the amount of $27,342.50 to comply with the guidelines established by the fee committee.

[2]   As noted above, reflects a reduction in the aggregate amount of $27,342.50.

| Service Description | Amount |
|---|---:|
| Air Express | $23.31 |
| Computer Research[1] | $472.60 |
| Copying Charges (Outside) [2] | $2,307.21 |
| Meals[3] | $57.76 |
| Messenger | $152.32 |
| Other Expense (Court Call) | $987.00 |
| Telephone – Conference Call | $73.09 |
| Transcripts/Depositions | $724.80 |
| Travel – Airfare[4] | $1,786.30 |
| Travel – Ground (Out of Town)[5] | $1,312.40 |
| Travel – Hotel[6] | $1,500.00 |
| **Total:**[7] | **$9,396.79** |

---

[1]  Consistent with the Retention Application, MTO did not charge for Westlaw computer research. This amount reflects non-Westlaw computer research.

[2]  Consistent with the Retention Application, MTO did not charge for in-house copying. The charges reflected are copying charges when outside vendors were required due to the volume and nature of the work.

[3]  Reflects a voluntary reduction in the amount of $19.82, to comply with the caps and guidelines established by the fee committee.

[4]  Reflects a voluntary reduction in the amount of $845.21, to comply with the caps and guidelines established by the fee committee.

[5]  Reflects a voluntary reduction in the amount of $392.00, to comply with the caps and guidelines established by the fee committee.

[6]  Reflects a voluntary reduction in the amount of $180.09, to comply with the caps and guidelines established by the fee committee.

[7]  Reflects a voluntary reduction in the amount of $1,437.12, to comply with the caps and guidelines established by the fee committee.

**EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The MTO attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John W. Spiegel | Partner | 1976 | Litigation | $1,065.00 | 69.00 | $73,485.00 |
| Thomas B. Walper | Partner | 1980 | Restructuring | $1,065.00 | 160.20 | $170,613.00 |
| Jay M. Fujitani | Partner | 1984 | Corporate | $830.00 | 16.80 | $13,944.00 |
| Kevin S. Allred | Partner | 1986 | Litigation | $830.00 | 96.15 | $79,804.50 |
| Stephen D. Rose | Partner | 1991 | Tax | $960.00 | 15.20 | $14,592.00 |
| Todd J. Rosen | Partner | 1999 | Restructuring | $875.00 | 30.00 | $26,250.00 |
| Seth Goldman | Partner | 2002 | Restructuring | $750.00 | 168.60 | $126,450.00 |
| Bradley R. Schneider | Of Counsel | 2004 | Litigation | $680.00 | 113.55 | $77,214.00 |
| Emily A. Bussigel | Associate | 2010 | Restructuring | $635.00 | 144.10 | $91,503.50 |
| Sam Greenberg | Associate | 2010 | Tax | $615.00 | 22.20 | $13,653.00 |
| Andrea M. Weintraub | Associate | 2013 | Restructuring | $510.00 | 2.00 | $1,020.00 |
| Sara N. Taylor | Associate | 2012 | Litigation | $510.00 | 52.80 | $26,928.00 |
| Alex D. Terepka | Associate | 2012 | Litigation | $510.00 | 128.20 | $65,382.00 |
| Peter E. Boos | Associate | 2014 | Tax | $395.00 | 11.90 | $4,700.50 |
| Danny R. Munson | Paralegal | N/A | Litigation | $295.00 | 85.30 | $25,163.50 |
| Bruce M. Gordon | Paralegal | N/A | Litigation | $215.00 | 19.60 | $4,214.00 |
| Courtney Caron | Paralegal | N/A | Litigation | $295.00 | 1.10 | $324.50 |
| Allen Ng | Automated Litigation Support | N/A | Litigation | $350.00 | 30.20 | $10,570.00 |
| James S. Mendoza | Automated Litigation Support | N/A | Litigation | $350.00 | 2.80 | $980.00 |
| **Total:** | | | | | **1,169.70** | **$826,791.50** |

---

[1]   While the hourly billing rates rendered during this Fee Period are higher than the hourly billing rates during the Fee Periods for November 2014 and December 2014, these hourly billing rate increases were disclosed in the Retention Application at ¶13, subject to objection by parties-in-interest, and approved with entry of the Retention Order [D.I. 3279].

## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

### Expense Summary[1]

| Service Description | Amount |
|---|---|
| Air Express | $23.31 |
| Computer Research | $472.60 |
| Copying Charges (Outside) | $2,307.21 |
| Meals | $57.76 |
| Messenger | $152.32 |
| Other Expense (Court Call) | $987.00 |
| Telephone – Conference Call | $73.09 |
| Transcripts/Depositions | $724.80 |
| Travel – Airfare | $1,786.30 |
| Travel – Ground (Out of Town) | $1,312.40 |
| Travel – Hotel | $1,500.00 |
| **Total:** | **$9,396.79** |

---

[1]   Reflects an aggregate voluntary reduction in the amount of  $1,437.12, as previously detailed.

## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Name | Title | Description | Amount | Narrative |
|------|-------|-------------|--------|-----------|
| Rosen, Todd J. | Partner | Transcripts - Depositions | 724.80 | Transcripts - Depositions - Vendor: RELIABLE COPY SERVICE, INC. Inv #WL056506  7/20-7/22/15 Hourly Transcript - 1st Copy, 604 Pages, 3 Sets - T Rosen |
| Bussigel, Emily A. | Associate | Copying Charges/Outside | 1,182.92 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #15375, 8/18/15 - 21,705 b&w blowbacks - E Bussigel |
| Munson, Danny R. | Paralegal | Copying Charges/Outside | 128.68 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #15342, 8/14/15 - 791 b&w blowbacks, 628 color blowbacks - D Munson |
| Munson, Danny R. | Paralegal | Copying Charges/Outside | 126.76 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #15313, 8/11/15 - 2326 b&w blowbacks - D Munson |
| Goldman, Seth | Partner | Messenger | 152.32 | Messenger - Vendor: TIME MACHINE NETWORK Inv. #37453  8/17/15 Del Svc 1 Pkg. from R Clarke to Seth Goldman, Seal Beach,CA. |
| Gordon, Bruce M. | Paralegal | Copying Charges/Outside | 115.93 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #15474, 8/31/15 - 2127 b&w blowbacks - B Gordon |
| Bussigel, Emily A. | Associate | Copying Charges/Outside | 442.54 | Copying Charges/Outside - Vendor: IDISCOVER Inv #51571, 8/31/15 - 4615 blowbacks sliper sheet per document, 65 insert exhibit tabs, 15 GBC binding, 1 cuttting & collating - E Bussigel |
| Spiegel, John W. | Partner | Other Expense | 135.00 | Other Expense - Vendor: COURTCALL, LLC Inv #9/15/15 STMNT - U.S. BANKRUPTCY COURT - DELAWARE, HONORABLE CHRISTOPHER S. SONTCHI ON 8/25/15 - J SPIEGEL |
| Allred, Kevin S. | Partner | Other Expense | 142.00 | Other Expense - Vendor: COURTCALL, LLC Inv #9/15/15 STMNT - U.S. BANKRUPTCY COURT - DELAWARE, HONORABLE CHRISTOPHER S. SONTCHI ON 8/25/15 - K ALLRED |

1

| | | | | |
|---|---|---|---|---|
| Bussigel, Emily A. | Associate | Other Expense | 142.00 | Other Expense - Vendor: COURTCALL, LLC Inv #9/15/15 STMNT - U.S. BANKRUPTCY COURT - DELAWARE, HONORABLE CHRISTOPHER S. SONTCHI ON 8/25/15 - E BUSSIGEL |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 125.00 | Travel - Ground (Out of Town) - Vendor: BLACK TIE TRANSPORTATION INV-159438 - 09/20/15 - From PHL to Hotel Dupont, 11th and Market St., Wilmington, DE - T. Walper |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 125.00 | Travel - Ground (Out of Town) - Vendor: BLACK TIE TRANSPORTATION INV-159527 - 09/21/15 - From Hotel Dupont, 11th and Market St., Wilmington to PHL - T. Walper |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 75.00 | Travel - Ground (Out of Town) - Vendor: BLACK TIE TRANSPORTATION INV-159439 - 09/21/15- From ATL to 4 Seasons, 75 Fourteenth St., NE - T. Walper |
| Walper, Thomas B. | Partner | Travel - Hotel | 1,500.00 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to New York to attend client meetings and hearing in Delaware., 08/24/2015 - 08/27/2015, Ritz-Carlton NY Central Park, New York City - 010009420026 |
| Walper, Thomas B. | Partner | Meals | 40.00 | Meals THOMAS B. WALPER - Hotel - Dinner, Travel to New York to attend client meetings and hearing in Delaware., 08/24/2015 - 08/27/2015, Ritz-Carlton NY Central Park - 010009420026 |
| Walper, Thomas B. | Partner | Meals | 17.76 | Meals THOMAS B. WALPER - Hotel - Breakfast, Travel to New York to attend client meetings and hearing in Delaware., 08/25/2015, Ritz-Carlton NY Central Park - 010009420026 |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 90.00 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 08/27/15, Travel to New York to attend client meetings and hearing in Delaware., LAX Parking Lot P7 - 010009420026 |

2

| | | | | |
|---|---|---|---|---|
| Walper, Thomas B. | Partner | Travel - Airfare | 75.00 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 08/28/2015  STMT - WALPER /MILEAGEPL - JFK-LAX - 08/20/2015 |
| Walper, Thomas B. | Partner | Travel - Airfare | 1,339.49 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 08/28/2015  STMT - WALPER/THOMAS B - LAX JFK LAX - 08/24/2015 |
| Walper, Thomas B. | Partner | Travel - Airfare | 508.10 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 08/28/2015  STMT - WALPER/THOMAS B - DAL/LAX - 07/30/2015 |
| Walper, Thomas B. | Partner | Travel - Airfare | (136.29) | Travel - Airfare - Vendor: AMERICAN EXPRESS - 08/28/2015  STMT - WALPER/THOMASB - LAX/JFK/LAX - 08/17/2015 |
| Goldman, Seth | Partner | Travel - Ground (Out of Town) | 223.00 | Travel - Ground (Out of Town) - Vendor: AMERICAN EXPRESS - 08/28/2015  STMT GOLDMAN/SETH  NWK/EWR 08/04/2015  (One-Way) (Amtrak) |
| Goldman, Seth | Partner | Travel - Ground (Out of Town) | (210.60) | Travel - Ground (Out of Town) - Vendor: AMERICAN EXPRESS - 08/28/2015  STMT GOLDMAN/SETH  NWK/EWR 08/10/2015  (N/A) (Amtrak) |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 212.00 | Travel - Ground (Out of Town) - Vendor: AMERICAN EXPRESS - 08/28/2015  STMT WALPER/THOMAS B  NYP/WIL 08/24/2015 (Roundtrip)  (Amtrak) |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 73.00 | Travel - Ground (Out of Town) - Vendor: AMERICAN EXPRESS - 08/28/2015  STMT WALPER/THOMAS B  WIL/NYP 08/25/2015  (One-Way) (Amtrak) |
| Munson, Danny R. | Paralegal | Copying Charges/Outside | 135.60 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #15543, 9/8/15 - 2488 b&w blowbacks -  D Munson |
| Munson, Danny R. | Paralegal | Copying Charges/Outside | 45.34 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #15532, 9/4/15 - 832 b&w blowbacks - D Munson |

3

| | | | | |
|---|---|---|---|---|
| Munson, Danny R. | Paralegal | Copying Charges/Outside | 129.44 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #15513, 9/3/15 - 2375 b&w blowbacks - D Munson |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 100.00 | Travel - Ground (Out of Town) - Vendor: BLS INV-803265 - 08/27/15 - From New York to JFK - T. Walper |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 100.00 | Travel - Ground (Out of Town) - Vendor: BLS INV-803263 - 08/24/15 - From JFK to New York - T. Walper |
| Walper, Thomas B. | Partner | Telephone - Conference Call | 73.09 | Telephone - Conference Call - AUGUST 2015 CONFERENCE CALL CHARGES |
| Walper, Thomas B. | Partner | Computer Research | 462.70 | Computer Research - AUGUST 2015 PACER CHARGE |
| Walper, Thomas B. | Partner | Computer Research | 9.90 | Computer Research - AUGUST 2015 PACER CHARGE |
| Walper, Thomas B. | Partner | Other Expense | 65.00 | Other Expense - Vendor: COURTCALL, LLC INV #9/30/15 STMNT - U.S BANKRUPTCY COURT- DELAWARE, HONORABLE CHRISTOPHER  S. SONTCHI ON 9/9/15 - T WALPER |
| Walper, Thomas B. | Partner | Other Expense | 37.00 | Other Expense - Vendor: COURTCALL, LLC INV #9/30/15 STMNT -U.S BANKRUPTCY COURT- DELAWARE, HONORABLE CHRISTOPHER  S. SONTCHI ON 9/11/15 - T WALPER |
| Goldman, Seth | Partner | Other Expense | 37.00 | Other Expense - Vendor: COURTCALL, LLC INV #9/30/15 STMNT -U.S BANKRUPTCY COURT- DELAWARE, HONORABLE CHRISTOPHER  S. SONTCHI ON 9/11/15 - S GOLDMAN |
| Walper, Thomas B. | Partner | Other Expense | 58.00 | Other Expense - Vendor: COURTCALL, LLC INV #9/30/15 STMNT -U.S BANKRUPTCY COURT- DELAWARE, HONORABLE CHRISTOPHER  S. SONTCHI ON 9/16/15 - T WALPER |
| Goldman, Seth | Partner | Other Expense | 58.00 | Other Expense - Vendor: COURTCALL, LLC INV #9/30/15 STMNT -U.S BANKRUPTCY COURT- DELAWARE, HONORABLE CHRISTOPHER  S. SONTCHI ON 9/16/15 - S GOLDMAN |

4

| | | | | |
|---|---|---|---|---|
| Goldman, Seth | Partner | Other Expense | 65.00 | Other Expense - Vendor: COURTCALL, LLC INV #9/30/15 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 9/17/15 - S GOLDMAN |
| Bussigel, Emily A. | Associate | Other Expense | 65.00 | Other Expense - Vendor: COURTCALL, LLC INV #9/30/15 STMNT - U.S BANKRUPTCY COURT- DELAWARE, HONORABLE CHRISTOPHER S. SONTCHI ON 9/17/15 - E BUSSIGEL |
| Goldman, Seth | Partner | Other Expense | 44.00 | Other Expense - Vendor: COURTCALL, LLC INV #9/30/15 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 9/18/15 - S GOLDDMAN |
| Walper, Thomas B. | Partner | Other Expense | 44.00 | Other Expense - Vendor: COURTCALL, LLC INV #9/30/15 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 9/18/15 - WALPER |
| Bussigel, Emily A. | Associate | Other Expense | 44.00 | Other Expense - Vendor: COURTCALL, LLC INV #9/30/15 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 9/18/15 - E BUSSIGEL |
| Goldman, Seth | Partner | Other Expense | 51.00 | Other Expense - Vendor: COURTCALL, LLC INV #9/30/15 STMNT -U.S BANKRUPTCY COURT- DELAWARE, HONORABLE CHRISTOPHER S. SONTCHI ON 9/21/15 - S GOLDMAN |
| Clarke, Rhonda | Secretary | Air Express | 23.31 | Air Express - FEDERAL EXPRESS Inv. # 516402572, Recipient: Mr Hugh Sawyer, 4561 Landfall Ct, Destin FL, Airbill # 781310729905, Ship Date: 09/10/2015 |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 100.00 | Travel - Ground (Out of Town) - Vendor: BLS INV-1885518*1 - 09/15/15 - From JFK to 160 Central Park South, New York - T. Walper |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 100.00 | Travel - Ground (Out of Town) - Vendor: BLS INV-1896964*1 - 09/29/15 - From JFK to 44 W. 44th St., New York - T. Walper |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 100.00 | Travel - Ground (Out of Town) - Vendor: BLS INV-1895510*1 - 09/25/15 - From 130 W. 44th St., New York to JFK - T. Walper |

5

| | | | | |
|---|---|---|---|---|
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 100.00 | Travel - Ground (Out of Town) - Vendor: BLS INV-1889421*3 - 09/23/15 - From LGA to NY-Chatwal Hotel - T. Walper |
| **Disbursement Total:** | | | **9,396.79** | |