# Notice Recipients

District/Off: 0311−1           User: JudyF                Date Created: 11/4/2015
Case: 14−10979−CSS             Form ID: van440            Total: 26

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| aty | Andrea Beth Schwartz | U.S. Department of Justice – Office of the U.S. Trustee    U.S. Federal Office Building    201 Varick Street, Rm 1006    New York, NY 10065 |
| aty | Andrew Dietderich | Sullivan & Cromwell LLP    125 Broad Street    3835    New York, NY 10004 |
| aty | Andrew McGaan | Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 |
| aty | Brian D. Glueckstein | Sullivan & Cromwell LLP    125 Broad Street    New York, NY 10004 |
| aty | Chad J. Husnick | Kirkland & Ellis, LLP    300 North LaSalle Street    Chicago, IL 60654 |
| aty | Daniel J. DeFranceschi | Richards, Layton & Finger    One Rodney Square, P.O. Box 551    Wilmington, DE 19899 |
| aty | Davis Lee Wright | Montgomery McCracken Walker & Rhoads LLP    1105 North Market Street    Suite 1500    Wilmington, DE 19801 |
| aty | Davis Lee Wright | Montgomery McCracken Walker & Rhoads LLP    1105 North Market Street    Suite 1500    Wilmington, DE 19801 |
| aty | Edward O. Sassower | Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Gregory A Horowitz | KRAMER LEVIN NAFTALIS & FRANKEL LLP    1177 Avenue of the Americas    New York, NY 10036 |
| aty | Jason M. Madron | Richards, Layton & Finger, P.A.    One Rodney Square    P.O. Box 551    Wilmington, DE 19899 |
| aty | Joshua K. Brody | Kramer Levin Naftalis & Frankel LLP    1177 Avenue of the Americas    New York, NY 10036 |
| aty | Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP    919 N. Market Street, 17th Floor    Wilmington, DE 19801 |
| aty | Marc Kieselstein | Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 |
| aty | Mark D. Collins | Richards, Layton & Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801 |
| aty | Michael H. Torkin | Sullivan & Cromwell, LLP    125 Broad Street    New York, NY 10004−2498 |
| aty | Richard L. Schepacarter | Office of the United States Trustee    U. S. Department of Justice    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801 |
| aty | Richard M. Cieri | Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022−4611 |
| aty | Stephanie Wickouski | Bryan Cave    1290 Avenue of the Americas    New York, NY 10104 |
| aty | Steven N. Serajeddini | Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 |
| aty | Thomas Moers Mayer | Kramer Levin Naftalis & Frankel LLP    1177 Avenue of the Americas    New York, NY 10036 |
| | Robert J. Feinstein | PSZ&J LLP    919 N. Market Street    17th Floor    POB 8705    Wilmington, DE 19899 |
| | Brian E. Schartz | Kirkland & Ellis LLP    60 1 Lexington A Avenue    New York, NY 10022−4611 |
| | James H.M. Sprayregen | Kirkland & Ellis LLP    300 N. LaSalle    Chicago, IL 60654 |
| | Natalie D. Ramsey | Montgomery McCracken Walke, et al    1105 N. Market Street    15th Floor    Wilmington, DE 19801 |
| | Mark A. Fink | Montgomery McCracken Walker et al    1105 N. Market Street    15th Floor    Wilmington, DE 19801 |

TOTAL: 26