UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 14-10979          BK (●) AP ( )

If AP, related BK case number:

Title of Order Appealed: Amended Memorandum Opinion and Corrected Order

Docket #: 6752, 6753    Date Entered: 10/29/2015

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 6841 | Date Filed: 11/2/2015 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Record on Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Computershare Trust Comany, N.A. &
Computershare Trust Company of Canada

**Appellee/Cross Appellee**

Energy Future Intermediate Holding Co.,
LLC and EFIH Finance Inc.

**Counsel for Appellant/Cross Appellant:**

Laura Davis Jones, Esq. et al
PSZ&J LLP
919 N. Market Street, 17th Floor
POB 8705
Wilmington, DE  19899-8705

**Counsel for Appellee/Cross Appellee:**

Jason M. Madron, Esq.
RL&F, P.A.
920 N. King Street
Wilmington, DE  19801

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ● | ○ |
| ***If Yes, has District Court assigned a Civil Action Number?** Civil Action Number: | ○ | ● |
| **Record on Appeal** | ○ | ● |

*(continued on next page)*

Notes:

    See attachment for additional counsel

*I hereby certify that all designated items are available electronically through CM/ECF.*

Date: 11/4/2015　　　　　by: __Judy Fisher_____
                                           **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:　15-64

| PARTY | COUNSEL |
|---|---|
| **Plaintiff/Appellant** | Laura Davis Jones<br>Robert J. Feinstein<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>ljones@pszjlaw.com<br>rfeinstein@pszjlaw.com<br><br>Thomas Moers Mayer<br>Gregory A. Horowitz<br>Joshua K. Brody<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: 212-715-9100<br>Facsimile: 212-715-8000<br>tmayer@kramerlevin.com<br>ghorowitz@kramerlevin.com<br>jbrody@kramerlevin.com<br><br>Stephanie Wickouski<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, New York 10104-3300<br>Telephone: 212-541-1114<br>Facsimile: 212-904-0514<br>stephanie.wickouski@bryancave.com |
| **Defendants/Appellees** | Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>collins@rlf.com<br>defranceschi@rlf.com |

| | |
|---|---|
| | madron@rlf.com |
| | |
| | Richard M. Cieri |
| | Edward O. Sassower, P.C. |
| | Brian E. Schartz |
| | KIRKLAND & ELLIS LLP |
| | KIRKLAND & ELLIS INTERNATIONAL LLP |
| | 60 1 Lexington Avenue |
| | New York, New York 10022-4611 |
| | Telephone: 212-446-4800 |
| | Facsimile: 212-446-4900 |
| | edward.sassower@kirkland.com |
| | richard.cieri@kirkland |
| | stephen.hessler@kirkland.com |
| | brian.schartz@kirkland.com |
| | |
| | James H.M. Sprayregen, P.C. |
| | Marc Kieselstein, P.C. |
| | Chad J. Husnick |
| | Andrew R. McGaan |
| | Steven N. Serajeddini |
| | KIRKLAND & ELLIS LLP |
| | KIRKLAND & ELLIS INTERNATIONAL LLP |
| | 300 North LaSalle |
| | Chicago, Illinois 60654 |
| | Telephone: 312-862-2000 |
| | Facsimile: 312-862-2200 |
| | james.sprayregen@kirkland.com |
| | marc.kieselstein@kirkland.com |
| | chad.husnick@kirkland.com |
| | andrew.mcgaan@kirkland.com |
| | steven.serajeddini@kirkland.com |
| **Intervenors the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc.** | Natalie D. Ramsey |
| | Davis Lee Wright |
| | Mark A. Fink |
| | MONTGOMERY McCRACKEN WALKER & RHOADS, LLP |
| | 1105 North Market Street, 15th Floor |
| | Wilmington, DE 19801 |
| | Telephone: 302-504-7800 |
| | Facsimile: 302-504-7820 |
| | |
| | Andrew G. Dietderich |
| | Brian D. Glueckstein |
| | Michael H. Torkin |
| | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| | New York, New York 10004 |
| | Telephone: 212-558-4000 |
| | Facsimile: 212-558-3588 |