UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979        BK ●  AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Denying Motion Of Second Lien Indenture Trustee For Limited Relief From The Automatic Stay

**Docket #:** 6531        **Date Entered:** 10/20/2015

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | **Docket #:** 6842 | **Date Filed:** | 11/2/2015 |
| ☐ Amended Notice of Appeal | **Docket #:** | **Date Filed:** | |
| ☐ Cross Appeal | **Docket #:** | **Date Filed:** | |
| ☐ Motion for Leave to Appeal | **Docket #:** | **Date Filed:** | |
| ☐ Record on Appeal | **Docket #:** | **Date Filed:** | |

**Appellant/Cross Appellant:**

Computershare Trust Comany, N.A. &
Computershare Trust Company of Canada

**Appellee/Cross Appellee**

Energy Future Intermediate Holding Co., LLC and EFIH Finance Inc.

**Counsel for Appellant/Cross Appellant:**

Laura Davis Jones, Esq. et al
PSZ&J LLP
919 N. Market Street, 17th Floor
POB 8705
Wilmington, DE  19899-8705

**Counsel for Appellee/Cross Appellee:**

Jason M. Madron, Esq.
RL&F, P.A.
920 N. King Street
Wilmington, DE  19801

| | | |
|---|---|---|
| Filing fee paid? | Yes ● | No ○ |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ○ | No ● |
| *If Yes, has District Court assigned a Civil Action Number? Civil Action Number: | Yes ○ | No ● |
| Record on Appeal | Yes ○ | No ● |

*(continued on next page)*

**Notes:**

    See attachment for additional counsel

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 11/4/2015      **by:**  Judy Fisher
                                            **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  15-65

| PARTY | COUNSEL |
|---|---|
| **Plaintiff/Appellant** | Laura Davis Jones<br>Robert J. Feinstein<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>ljones@pszjlaw.com<br>rfeinstein@pszjlaw.com<br><br>Thomas Moers Mayer<br>Gregory A. Horowitz<br>Joshua K. Brody<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|  | 1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: 212-715-9100<br>Facsimile: 212-715-8000<br>tmayer@kramerlevin.com<br>ghorowitz@kramerlevin.com<br>jbrody@kramerlevin.com<br><br>Stephanie Wickouski<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, New York 10104-3300<br>Telephone: 212-541-1114<br>Facsimile: 212-904-0514<br>stephanie.wickouski@bryancave.com |

| | |
|---|---|
| **Defendants/Appellees** | Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com<br><br>Richard M. Cieri<br>Edward O. Sassower, P.C.<br>Brian E. Schartz<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>60 1 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: 212-446-4800<br>Facsimile: 212-446-4900<br>edward.sassower@kirkland.com<br>richard.cieri@kirkland<br>stephen.hessler@kirkland.com<br>brian.schartz@kirkland.com<br><br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Andrew R. McGaan<br>Steven N. Serajeddini |
| | KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: 312-862-2000<br>Facsimile: 312-862-2200<br>james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>chad.husnick@kirkland.com<br>andrew.mcgaan@kirkland.com<br>steven.serajeddini@kirkland.com |