# Notice Recipients

District/Off: 0311–1  User: Brandon  Date Created: 11/4/2015
Case: 14–10979–CSS  Form ID: ntcBK  Total: 56

**Recipients of Notice of Electronic Filing:**
ust   United States Trustee   USTPREGION03.WL.ECF@USDOJ.GOV
aty   Andrea Beth Schwartz   andrea.b.schwartz@usdoj.gov
aty   Brian Schartz   bschartz@kirkland.com
aty   Chad J. Husnick   chusnick@kirkland.com
aty   Daniel J. DeFranceschi   defranceschi@rlf.com
aty   David M. Klauder   dklauder@bk–legal.com
aty   Edward O. Sassower   esassower@kirkland.com
aty   Jason M. Madron   madron@rlf.com
aty   Jason M. Madron   madron@rlf.com
aty   Jason M. Madron   madron@rlf.com
aty   Jason M. Madron   madron@rlf.com
aty   Joseph Charles Barsalona II   barsalona@rlf.com
aty   Mark D. Collins   collins@rlf.com
aty   Michael A. Rosenthal   mrosenthal@gibsondunn.com
aty   Peter Jonathon Young   pyoung@proskauer.com
aty   Richard L. Schepacarter   richard.schepacarter@usdoj.gov
aty   Thomas F. Driscoll, III   tdriscoll@bifferato.com
aty   Tyler D. Semmelman   semmelman@rlf.com
aty   Tyler D. Semmelman   semmelman@rlf.com
aty   Tyler D. Semmelman   semmelman@rlf.com
aty   William A. Romanowicz   rbgroup@rlf.com

TOTAL: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Energy Future Holdings Corp.   Energy Plaza   1601 Bryan Street   Dallas, TX 75201
aty   Andrew McGaan   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654
aty   Anthony V. Sexton   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654
aty   Aparna Yenamandra   Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022
aty   Brenton Rogers   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654
aty   Bridget K. O'Connor   Kirkland & Ellis LLP   655 Fifteenth Street, N.W.   Washington, DC 20005
aty   Bryan M. Stephany   Kirkland & Ellis LLP   655 Fifteenth Street, N.W.   Washington, DC 20005
aty   Christopher W. Keegan   Kirkland & Ellis LLP   555 California Street   San Francisco, CA 94104
aty   Cormac T. Connor   Kirkland & Ellis LLP   655 Fifteenth Street, N.W.   Washington, DC 20005
aty   Iskender H. Catto   McDermott Will & Emery LLP   340 Madison Avenue   New York, NY 10173
aty   James H.M. Sprayregen   Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022
aty   Jeff J. Marwil   Proskauer Rose LLP   Three First National Plaza   70 W. Madison Street   Suite 3800   Chicago, IL 60602
aty   Jeremy L. Graves   GIBSON DUNN & CRUTCHER LLP   1801 California Street   Suite 4200   Denver, CO 80202–2642
aty   Jeremy L. Retherford   Balch & Bingham LLP   1901 Sixth Avenue North   Suite 1500   Birmingham, AL 35203–4602
aty   Kevin Chang   Kirkland & Ellis LLP   555 California Street   San Francisco, CA 94104
aty   Lary Alan Rappaport   Proskauer Rose LLP   2049 Century Park East   Los Angeles, CA 90067–3206
aty   Marc Kieselstein   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654
aty   Mark E. McKane, Esq.   Kirkland & Ellis LLP   555 California Street   San Francisco, CA 94104
aty   Mark K. Thomas   Proskauer Rose LLP   Three First National Plaza   70 W. Madison Street   Suite 3800   Chicago, IL 60602
aty   Matthew E. Papez   Kirkland & Ellis LLP   655 Fifteenth Street, N.W.   Washington, DC 20005
aty   Michael A. Firestein   Proskauer Rose LLP   2049 Century Park East   Los Angeles, CA 90067–3206
aty   Michael A. Petrino   Kirkland & Ellis LLP   655 Fifteenth Street, N.W.   Washington, DC 20005
aty   Michael B. Slade   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654
aty   Michael L. Raiff   Gibson Dunn & Crutcher LLP   2100 McKinney Avenue   Dallas, TX 75201
aty   Michael P. Esser   Kirkland & Ellis LP   555 California Street   San Francisco, CA 94104
aty   Natalie Hoyer Keller   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654
aty   P. Stephen Gidiere, III   Balch & Bingham LLP   1901 Sixth Avenue North   Suite 1500   Birmingham, AL 35203–4642
aty   Richard M. Cieri   Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022–4611
aty   Richard U.S. Howell   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654
aty   Stephen E. Hessler   Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022
aty   Steven N. Serajeddini   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654
aty   Todd F. Maynes   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654
aty   W. Clark Watson   Balch & Bingham LLP   1901 Sixth Avenue North   Suite 1500   Birmingham, AL 35203–4642
aty   William Guerrieri   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654
aty   William T. Pruitt   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654

TOTAL: 35