IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Energy Future Holdings Corp., *et al.,*[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**WITHDRAWAL OF APPEARANCE OF INDIVIDUAL ATTORNEY
AND REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that the appearance of Edward M. Fox, Esq. as counsel to the Official Committee of TCEH Unsecured Creditors in the above-captioned case is hereby withdrawn and he should be removed from the CM-ECF noticing list and any other service lists in this case.

Dated:  November 4, 2015
        Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

   /s/  *Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Fax: (302) 252-0921
cward@polsinelli.com

*Delaware Counsel and Conflicts Counsel to the Official Committee of TCEH Unsecured Creditors*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

51624207.1