From:
OEAAT Inc.
405 Bridoon Terrace
Encinitas, CA 92024-7267
760-518-1865 (Cell)
858-367-8379 (Office/Fax)

Dear Justice Sontchi,

This letter is in regards to a request for modification of claim to OEAAT Inc. (Claim Number 9934) on the part of Energy Future Holdings Corporation and Luminant Generation Company LLC from "priority" to "unsecured".

Please find attached a copy of Invoice #1078 in the amount of $42,000. This invoice represents work completed for an Audit and Nuclear Regulatory Commission examination validation administered in March 2014 for the Comanche Peak Nuclear Power Plant located in Glen Rose, Texas and operated by Luminant Generation Company. My objection to changing the priority status of my claim lies in the fact that while the invoice was submitted in April 2014 (04/03/14) the aforementioned work was satisfactorily completed in March of 2014 in accordance with Luminant Generation Company LLC Purchase Order – C-0579197-6C6, Supplement 4.

One Exam At A Time (dba OEAAT Inc.) is a Vietnam-Era Veteran, solely- owned corporation in good standing in the state of California. My claim represents lost wages as well as an inability to properly fund my Self Employment Pension during 2014. For this reason I request that the Court denies the modification requested on the part of Energy Future Holdings Corporation, et al, Case No. 14-10979 (CSS).

Thank you for taking the time to review my appeal!

Sincerely,

Larry R. Zilli
President, OEAAT Inc.

**OEAAT, Inc.**
One Exam At A Time, Inc.
405 Bridoon Terrace
Encinitas, CA 92024-7267
858-367-8379 - Office / Fax
760-518-1865 - Cell

**INVOICE**
OEAAT Invoice #1078
Date: 04/03/14

Luminant Generation Company LLC
ATTN: Accounts Payable E23
PO Box 1002
Glen Rose, TX, 76043-1002

Luminant Generation Company LLC
Purchase Order – C-0579197-6C6
Supplement 4
CPNPP Agreement Date: 05/01/13

| DESCRIPTION | % DELIVERED | AMOUNT |
| --- | --- | --- |
| 2014 CPNPP validation of the NRC Operating Test. | 10% | $21,000.00 |
| 2014 CPNPP validation of the AUDIT Operating Test. | 10% | $21,000.00 |
| | TOTAL DUE | $42,000.00 |

CPNPP Representative: Garry Struble
Title/Department: Simulator and License Examination Manager
Telephone Number: 254-897-6628

**FILE COPY**

(Invoice #1078 was modified to delete prior payment information by Luminant Generation Company LLC/original invoice available on request)

**Make check payable to:**

**OEAAT, Inc.**
**405 Bridoon Terrace**
**Encinitas, CA 92024-7267**
**Thank you for your business!**