# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 11/4/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Philip Anker | Wilmer Hale | Del. Trust Indenture Trustee EFIH (TCEH) |
| Isley Gostin | " | " |
| Ned Schodek | Shearman & Sterling | Deutsche Bank New York |
| Jeremy Ryan | Potter Anderson & Corroon | " |
| R. Stephen McNeill | " | " |
| Vincent Lazar | Jenner & Block | EFIH |
| Jon Dinning | Stevens & Lee | " |
| Michael Joyce | Cresky & Green | Fidelity |
| Gary Kaplan | Fried Frank | " |
| Matt Roose | " | " |
| Daniel Hogan | Hogan McDaniel | Fenicle + Fahy |
| Richard L. Schepacarter | US DOJ - OUST | UST |
| Andrea B Schwartz | " | " |
| Sidney Liebesman | Montgomery McCracken | E. Committee (Coibetts Counsel) |
| David DeRenzi | " | " |
| Andrew McGaan | Kirkland Ellis | Debtors |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 11/4/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Howard Cohen | Drinker Biddle | Citibank, DIP Agent |
| Derek Abbott | MNAT | Equity Joiners |
| Emil Kleinhaus | Wachtell | " |
| Christopher Sunn | Cross & Simon | American Stock Transfer |
| Maurice Scherer | Cole Schotz | DTC as indenture trustee |
| John Bird | Fox Rothschild | TCEH Ad Hoc Unsec Group |
| Jeffrey Schlerf | " | " |
| Chris Shore | White & Case | " |
| Tom Lauria | " | " |
| | | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future  
**CASE NO:** 14-10979  
**COURTROOM LOCATION:** 6  
**DATE:** 11/4/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alan Kornberg, Andrew Rosenberg and Jacob Adlerstein | Paul Weiss Rifkind Wharton + Garrison | Ad Hoc Committee |
| Pauline K. Morgan | Young Conaway | of TCEH First Lien Lenders |
| Stephen Miller | Morris James LLP | Law Debenture of New York, Indenture Trustee |
| Daniel Lowenthal | Patterson Belknap | " |
| Richard DeDone | Nixon Peabody LLP | American Stock Trust as EFH Indenture Trustee |
| Morgan Nighan | " | " |
| George Shelly | " | " |
| Ray Lemisch | Klehr Harrison | UMB Bank, Indenture Trustee |
| Kendall Kaplan | Foley + Lardner | " |
| CHARLES KERR | MORRISON + FOERSTER | TCEH OFFICIAL COMMITTEE |
| BRETT MILLER | " | " |
| TODD GOREN | " | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Computershare |
| Gregory Horowitz | Kramer Levin | Computershare |
| Cory Stephenson | Bell & Klauder | EFH Corp Disinterested Directors |
| Mark Thomas | Proskauer | " |
| Michael Firestein | Proskauer | " |
| David Primack | McElroy Deutsch Mulvaney Carpenter | TCEH Debtors |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Tom Walper   Munger Tolles Ol...

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi #6

Calendar Date: 11/04/2015
Calendar Time: 10:00 AM ET

Amended Calendar 11/04/2015 06:31 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 104-10979 | Hearing | 7250644 | Mabel Brown - Client | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Commitee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7246586 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7181387 | Ashley F. Bartram | (512) 475-4937 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7242491 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245615 | Emily A Bussigel | (213) 683-9212 ext. 2428 | Munger, Tolles & Olson LLP | Interested Party, Interested party / Energy Future Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244634 | Mark A. Cody | (312) 269-4392 | Jones Day | Interested Party, Jones Day / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7239106 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244959 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7239271 | Adam M. Denhoff | (212) 373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee of First Lien Lenders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7239595 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Indenture / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7237605 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Representing, EFH Committee / LISTEN ONLY |

Peggy Drasal ext. 802

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

Page 1 of 4

| Company | Case | Type | CourtCall ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7242001 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7248706 | Julia Frost-Davies | (617) 951-8422 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7249701 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7249912 | David Gringer | (202) 663-6000 | Wilmer Cutler Pickering Hale & Dorr, LLP | Creditor, Delaware Trust Co / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7250108 | Xiaoyu Gu | (952) 984-4078 | CarVal Investors | Creditor, Carval Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244518 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7240850 | Christopher Hahm | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citi Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7241985 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7248003 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holdings, et al. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7249760 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7236363 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244796 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7241992 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7246433 | Matthew W. Kinskey | (202) 887-4516 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7245500 | Charles Koster | (212) 819-7845 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7249666 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7250620 | Phillip G Laroche | (212) 293-3035 | Guggenheim Securities LLC | Financial Advisor, Guggenheim Securities, LLC / LISTEN ONLY |

Peggy Drasal ext. 802

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

Page 2 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7249915 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, CitiBank. N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7248024 | Richard G. Mason | (212) 403-1252 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7249927 | Brian P. Morgan | (212) 248-3272 | Drinker Biddle & Reath LLP | Interested Party, Citibank N.A / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7181262 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7247237 | Tina Moss | (212) 262-6900 | Perkins Coie LLP | Trustee, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233382 | Morgan Nighan | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7247601 | Meredith S. Parkinson | (617) 951-7000 | Ropes & Gray, LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233515 | Richard Pedone | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7241996 | Lars A. Peterson | (312) 832-5394 | Foley & Lardner, LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7184232 | Brian Pfeiffer | (212) 756-2157 | Schulte Roth & Zabel LLP | Creditor, Centerbridge / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7249583 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7246495 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee Of EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7246695 | Rachael Ringer | (212) 715-9106 | Kramer Levin Naftalis & Frankel LLP | Creditor, The Lien Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7208089 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244890 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7242314 | Richard A. Stieglitz | (212) 701-3393 ext. 00 | Cahill Gordon & Reindel | Interested Party, Morgan Stanley / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7243125 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7184259 | Brian Tong | (212) 756-2159 | Schulte Roth & Zabel LLP | Creditor, Centerbridge / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7241775 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom (Chicago) | Interested Party, Texas Transmission Investment, LLC. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7239292 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244420 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7250622 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party, Kevin M. Van Dam / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7247563 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7236391 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7247268 | Daniel Zazove | 312-324-8605 | Perkins Coie LLP | Interested Party, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233255 | David Zylberberg | (212) 558-7881 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |