**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | )<br>)<br>) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>) |

**VERIFIED STATEMENT OF O'MELVENY & MYERS LLP,**
**ROSS ARONSTAM & MORITZ LLP, AND THE DEPOSIT L/C**
**INTERVENORS PURSUANT TO BANKRUPTCY RULE 2019**

O'Melveny & Myers LLP ("OMM") and Ross Aronstam & Moritz LLP ("RAM" and, together with OMM, "Counsel") represent creditors and parties in interest in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), and pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), state on their own behalf and on behalf of (a) Angelo Gordon & Co., LP, (b) certain affiliates of Apollo Management Holdings L.P. ("Apollo"), and (c) Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. (collectively, the "Deposit L/C Intervenors") as follows (the "Statement"):

1. OMM is an international law firm that maintains offices at 7 Times Square, New York, New York 10036 and 1625 Eye Street, NW, Washington, DC 20006, and numerous additional offices throughout the United States and worldwide. RAM is a Delaware law firm that maintains an office at 100 S. West Street, Suite 400, Wilmington, Delaware 19801.

2. OMM serves as counsel to the Deposit L/C Intervenors, who are intervenor defendants in litigation currently pending in the United States District Court for the

1

Southern District of New York captioned *Marathon Asset Management, LP v. Wilmington Trust, N.A.*, No. 1:15-CV-04727 (AT)(AJP) (the "Marathon Action"), and creditors and parties in interest in these chapter 11 cases. The Deposit L/C Intervenors retained OMM on or around June 1, 2015, to represent them in connection with the Marathon Action and in connection with the Chapter 11 Cases. On or about October 28, 2015, Intervenor Defendants retained RAM as their Delaware counsel in connection with the Chapter 11 Cases. As discussed below, Titan Investment Holdings LP ("Titan"), which is affiliated with Intervenor Defendant Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P., previously retained RAM to represent it in the pending adversary proceeding before this Court captioned *Delaware Trust Co. v. Wilmington Trust, N.A.*, Adversary Pro. No. 15-51239 (CSS) (the "Wilmington Trust Adversary Proceeding").

        3.      Each of the Deposit L/C Intervenors holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests in relation to the Debtors. In accordance with Bankruptcy Rule 2019, and based upon information provided to Counsel by each Deposit L/C Intervenor, attached hereto as Exhibit A is a list of the names, addresses and nature and amount of each disclosable economic interest of each Deposit L/C Intervenor as of the date indicated in this Statement.

        4.      OMM separately represents Apollo in its capacity as a creditor in the Debtors' chapter 11 cases. OMM also separately represents Wilmington Trust, N.A. ("Wilmington Trust") in its capacity as Administrative Agent under that certain Credit Agreement, dated as of October 10, 2007 (as amended, modified or supplemented from time to time, the "TCEH First Lien Credit Agreement"), by and among, *inter alia*, Texas Competitive

Electric Holdings Company LLC ("TCEH"), as Borrower, Energy Future Competitive Holdings Company ("EFCH") and certain of its subsidiaries, as Guarantors, Wilmington Trust, as successor Administrative Agent and Collateral Agent, and the lenders from time to time party thereto. RAM separately represents Titan in connection with the Wilmington Trust Adversary Proceeding. Except as set forth herein, as of the date of this statement, neither OMM nor RAM represents or purports to represent any other entities with respect to the Debtors' chapter 11 cases.

5.  Each Deposit L/C Intervenor does not purport to act, represent or speak on behalf of any other entities in connection with the Debtors' chapter 11 cases. Each of the Deposit L/C Intervenors is also a member of the Ad Hoc Committee of TCEH First Lien Creditors (as such term is defined in the Verified Statement of the Ad Hoc Committee of First Lien Creditors Pursuant to Bankruptcy Rule 2019 [Docket No. 579] and all supplemental verified statements filed subsequent thereto [Docket Nos. 1807, 1893, 1915, 3482, 5335, and 6529]).

6.  Counsel does not own or hold any claims against or equity interests in any of the Debtors.

7.  Nothing contained herein (or Exhibit A hereto) is intended to or should be construed to constitute: (a) a waiver or release of any claims filed or to be filed against or interests in the Debtors held by any Deposit L/C Intervenor, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of any Deposit L/C Intervenor to assert, file and/or amend any proof of claim in accordance with applicable law and any orders entered in these cases.

       8.       The information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose.

       9.       A supplemental statement detailing any material changes to the above statements or <u>Exhibit A</u> will be filed in accordance with Bankruptcy Rule 2019 to the extent any shall occur.

|  | Respectfully submitted, |
|---|---|
|  | ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | */s/ Bradley R. Aronstam* |
|  | Bradley R. Aronstam (No. 5129) |
| Peter M. Friedman | Benjamin J. Schladweiler (No. 4601) |
| Andrew D. Sorkin | 100 S. West Street, Suite 400 |
| O'MELVENY & MYERS LLP | Wilmington, Delaware 19801 |
| 1625 Eye Street, N.W. | (302) 576-1600 |
| Washington, D.C. 20006 | baronstam@ramllp.com |
| (202) 383-5300 | bschladweiler@ramllp.com |
| pfriedman@omm.com |  |
| asorkin@omm.com | *Counsel for Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.* |
| George A. Davis |  |
| Daniel S. Shamah |  |
| O'MELVENY & MYERS LLP |  |
| Times Square Tower |  |
| 7 Times Square |  |
| New York, New York 10036 |  |
| (212) 326-2000 |  |
| gdavis@omm.com |  |
| dshamah@omm.com |  |

Dated:   November 4, 2015
         Wilmington, Delaware