**EXHIBIT A**

**Disclosable Economic Interests of the Deposit L/C Intervenors**[1]

| Name of Creditor[2] | Address | TCEH First Lien Claims | TCEH Second Lien Claims | Other |
|---|---|---|---|---|
| Angelo Gordon & Co., L.P. | 245 Park Ave., 26th Floor New York, NY 10167 | TCEH First Lien Credit Agreement Claims:[3] $964,834,359 | TCEH 15% Note Claims:[4] $52,893,000 | |
| Apollo Management Holdings L.P. | 9 W. 57th St. 48th Floor New York, NY 10019 | TCEH First Lien Credit Agreement Claims: $2,760,801,611 | | TCEH Debtor-in-Possession Financing Claims:[5] $51,783,148 |
| Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. | 181 Bay Street, Suite 300 Toronto, ON, Canada | TCEH First Lien Credit Agreement Claims: $1,926,829,293  Other TCEH First Lien Obligations:[6] $853,564,826 | | |

---

[1] To the best of Counsel's knowledge, the information included herein is accurate as of October 19, 2015. The amounts set forth herein include only outstanding principal and do not include accrued and unpaid interest or other amounts that may be owing under the applicable debt documents. In addition, the amounts set forth herein may include, in certain circumstances, disclosable economic interests subject to pending trades or other transfers that had not settled or otherwise closed as of October 19, 2015.

[2] Each entity on this Exhibit A holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests in relation to the Debtors.

[3] "TCEH First Lien Credit Agreement Claims" means those loans and other obligations arising under that certain Credit Agreement, dated as of October 10, 2007 (as amended, modified or supplemented from time to time), by and among, *inter alia*, Texas Competitive Electric Holdings Company LLC ("TCEH"), as Borrower, Energy Future Competitive Holdings Company ("EFCH") and certain of its subsidiaries, as Guarantors, Wilmington Trust, N.A., as successor Administrative Agent and Collateral Agent, and the lenders from time to time party thereto.

[4] "TCEH 15% Note Claims" means those notes and other obligations arising under that certain Indenture, dated as of October 6, 2010 (as amended, modified or supplemented from time to time), by and among, *inter alia*, TCEH and TCEH Finance, Inc., as Issuers, EFCH and certain of its subsidiaries, as Guarantors, and Wilmington Savings Fund Society, FSB, as successor Trustee.

[5] "TCEH Debtor-in-Possession Financing Claims" means those loans and other obligations arising under that certain Debtor-in-Possession Credit Agreement, dated as of May 5, 2014, by and among, *inter alia*, TCEH, as Borrower, EFCH and certain of its subsidiaries, as Guarantors, Citibank, N.A., as Administrative Agent and Collateral Agent, and the Lenders from time to time party thereto.

[6] "Other TCEH First Lien Obligations" means claims, interests and other obligations arising under or related to certain First Lien Commodity Hedges and First Lien Interest Rate Swaps (as such terms are defined in the *Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay* [Docket No. 855]).