**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) |
| | ) Case No. 14-10979 (CSS) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

## CERTIFICATE OF SERVICE

I, Bradley R. Aronstam, hereby certify that on the 4th day of November, 2015, I caused a true and correct copy of the foregoing *Verified Statement of O'Melveny & Myers LLP, Ross Aronstam & Moritz LLP, and the Deposit L/C Intervenors Pursuant to Bankruptcy Rule 2019* to be served upon all counsel of record electronically through the Court's CM/ECF System.

 */s/ Bradley R. Aronstam*
 Bradley R. Aronstam (No. 5129)