

October 29, 2015

Energy Future Holdings Corp Claims Processing Center
C/O EPIQ Bankruptcy Solutions LLC
Grand Central Station
PO Box 4613
New York, NY 10163-4613

Re:   *In re: Energy Future Holdings Corp., et al* **(Case No. 14-10979)**
      **Withdrawal of Claim No. 6180**

To whom it may concern:

On October 23, 2014, we filed a claim on behalf of Operation Technology, Inc. (Claim Number 6180) in the amount of $28,018.00 in the above referenced matter. We would like to withdraw this claim at this time.

We request a response to this withdrawal, confirming its receipt. Please feel free to contact the undersigned should you have any questions.

Sincerely,
ETAP

Leila Sadeghi
General Counsel

LS:

cc:   Accounting
      Energy Future Holdings Corp Ltr (10-29-15).doc

**FROM:**
SHIPPING DEPT
(949) 462-0100
ETAP
17 GOODYEAR
IRVINE  CA  92618-1822



**NY 100 9-44**



**SHIP TO:**

C/O EPIQ BANKRUPTCY SOLUTIONS LLC
(949) 462-0100
ENERGY FUTURE HOLDINGS CORP CLAIMS
PO BOX 4613
GRAND CENTRAL STATION
**NEW YORK  NY  10163-4613**

**UPS 3 DAY SELECT**  **3**
TRACKING #: 1Z 9VW 785 12 4902 0535

BILLING: P/P

FILED
NOV 0 3 2015
EPIQ SYSTEMS

NOV 0 3 2015
EPIQ SYSTEMS

WS 12.0.17 Xerox Phaser 66.0A 07/2015

Fold here and place in label pouch