IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 6873** |

DECLARATION OF ROBERT
FRENZEL IN SUPPORT OF THE MOTION OF ENERGY FUTURE
HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING
LUMINANT MINING COMPANY LLC TO TRANSFER CERTAIN ASSETS
TO OAK GROVE MANAGEMENT COMPANY AND GRANTING RELATED RELIEF

I, Robert Frenzel, declare as follows:

1. I am the Senior Vice President and Chief Financial Officer of Luminant Generation Company LLC, an indirect subsidiary of Energy Future Holdings Corp. ("EFH Corp."), both of which are organized under the laws of the state of Texas. EFH Corp.'s direct subsidiary Energy Future Competitive Holdings Company LLC ("EFCH"), a limited liability company organized under the laws of the state of Delaware; EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH"), a limited liability company organized under the laws of the state of Delaware; EFH Corp.'s direct subsidiary, Energy Future Intermediate Holding Company LLC, a limited liability company organized under the laws of the state of Delaware; and various other direct and indirect subsidiaries of EFH Corp. that are debtors in these chapter 11 cases, are collectively referred to as the "Debtors" in this declaration.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4. I have worked for the Debtors since 2009. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors. I am over the age of 18 and duly authorized to execute this Declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp., et al., For Entry of an Order Authorizing Luminant Mining Company LLC to Transfer Certain Assets to Oak Grove Management Company LLC and Granting Related Relief* [D.I. 6873] (the "Motion")[2] which seeks entry of an order authorizing Luminant Mining Company LLC ("Luminant") to transfer the Dragline Asset to Oak Grove Management Company LLC ("Oak Grove") in the ordinary course of business. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

5. Luminant Holding Company LLC, a wholly-owned Debtor subsidiary of TCEH, and certain of its Debtor subsidiaries (collectively, the "Luminant Debtors") own and operate twelve surface lignite coal mines in Texas. As the largest coal miner in Texas, the Debtors continue to develop their mining locations in the ordinary course of business during the course of these chapter 11 cases. In particular, the Luminant Debtors are currently in the process of further developing the mine located in Kosse, Texas (the "Kosse Mine") to support the Oak Grove power plant, which began operation in 2010. In order to best utilize the Kosse Mine, the Luminant Debtors must relocate a certain large piece of mining equipment, known as a dragline

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

excavator (the "Dragline Asset"),[3] from one of the mining locations at the Martin Lake power plant to Kosse Mine. The Luminant Debtors began disassembling the Dragline Asset (which must be done in order to move it) in August 2015 and anticipate that they will complete the disassembly process by the end of 2015. The Dragline Asset will be transported, refurbished, repaired, and reassembled at the new location in 2015 and 2016. The estimated cost of the relocation and refurbishment is roughly $43 million.

6. In addition to moving the physical location of the Dragline Asset, the Debtors must legally transfer the Dragline Asset from Luminant to Oak Grove (the "Dragline Transfer"). Importantly, all of the entities taking part in the Dragline Transfer are TCEH Debtors and "restricted subsidiaries" under the TCEH DIP Credit Agreement as approved under the TCEH Final DIP Order.[4] The Luminant Debtors intend to execute the following steps, substantially simultaneously (collectively, the "Transfer Transactions"):

(1) Luminant will form a new wholly-owned subsidiary ("Newco") and contribute the Dragline Asset to Newco;

(2) Luminant will then dividend the equity of Newco to Luminant Holding Company LLC, resulting in Newco being a sister company to Luminant and Oak Grove; and

(3) Luminant Holding Company LLC will then contribute the equity of Newco to Oak Grove.

7. The Transfer Transactions will facilitate (i) separate financial accounting for the Dragline Asset, (ii) efficient intercompany reporting, and (iii) a future transfer of the Dragline

---

[3] As of August 2015, the approximate book value of the Dragline Asset is $3.2 million.

[4] *See Final Order (A) Approving Postpetition Financing for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, and (C) Modifying the Automatic Stay* [D.I. 856] (the "TCEH Final DIP Order").

Asset to another location (if necessary).  Whereas comingling the Dragline Asset with Oak Grove's assets may result in difficulties for the Luminant Debtors.

8.  The Dragline Transfer and the Transfer Transactions are in the ordinary course of the Debtors' business, as the Debtors have executed similar transfers in the past, most recently in 2010 (the "2010 Transfer").  For example, as part of the 2010 Transfer, the Debtors transferred certain assets from one TCEH subsidiary to another TCEH subsidiary using substantially similar steps to the ones listed above (including the formation of a new entity).  The Dragline Transfer and the Transfer Transactions are in the ordinary course of business, but the Debtors recognize that the formation of Newco may cause concern for some creditors.

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November [4], 2015

_____
Robert Frenzel
Luminant Generation Company LLC
Senior Vice President & Chief Financial Officer