**SIGN-IN SHEET**

**CASE NAME: Energy Future**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 11/5/15 at 12:30 P.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| CHARLES KEAR | MORRISON & FOERSTER | TCEH OFFICIAL Comm |
| TODD GOREN | " | " |
| BRETT MILLER | " | " |
| DAVID GERRARD | DOJ - OUST | US TRUSTEE |
| Chris Ward | Polsinelli | TCEH Committee |
| Jarrett Vine | Polsinelli | TCEH Committee |
| Laura Davis Jones | Pachulski Stang Ziehl Jones | Comptroller |
| Gregory Horowitz | Kramer Levin | Comptroller |
| Stephen M Miller | Morris James LLP | Law Debenture of New York, Debenture Trustee |
| Brian Guiney | Patterson Belknap | " " |
| David Klauder | B.o.l.c & Klauder | ETH Corp OOS |
| Mark Thomas | Proskauer Rose | " |
| Michael Firestein | " | " |
| Jonathan Marshall | Brown Rudnick | WSFS, Trustee |
| Greg Taylor | Ashby + Geddes | " " |
| Vincent Lazar | Jenner+Block LLD | EPH Special Conflicts |
| Joseph H. Huston, J. | Stevens + Lee PC | " |
| Howard Cohen | Drinker Biddle | C.Liebeak DIP Agent Deutsche bank New York |
| Ned Shankle | Shearman & Sterling | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**SIGN-IN SHEET**

**CASE NAME: Energy Future**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 11/5/15 at 12:30 P.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeremy Ryan | Potter Anderson Harroun | Deutsche Bank New York |
| R. Stephen McNeill | '' | '' |
| Earl Klenshaw | WLRK | Sponsor |
| Alexander Lees | '' | '' |
| Andrew Deering | PJNAT | '' |
| Morgan Nighan | Nixon Peabody | American Stock Transfer |
| Kate Doone | '' '' | '' '' |
| David Primack | NcElroy Deutsch Mulvaney Carpenter | TCEH Debtors |
| Thomas Walper | Munger Tolles Olson | '' |
| Greg Jennings | Kelley Harrison | UMB Bank, Ntl. Indenture Trustee |
| Harold Kaplan | Foley & Lardner | '' |
| David Doirmot | Montgomery McCracken | EFIH Committee (Conflicts Counsel) |
| Mark Sheppard | '' | '' '' |
| Philip Anker | Wilmer Hale | Delaware Trust Co., Indenture Trustee |
| David Grimes | '' | '' |
| L. John Bird | Fox Rothschild | TCEH Ad Hoc Group Unsec. Notes |
| Jeffrey Schlerf | '' '' | '' |
| Chris Shore | White & Case | '' |
| Tom Lauria | '' '' | '' |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

## SIGN-IN SHEET

**CASE NAME: Energy Future**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 11/5/15 at 12:30 P.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| ARLENE ALVES | SEWARD + KISSEL | Wilmington Trust Co as TCEH First Lien Agent |
| Sean Neumann, Jacob Adlerstein and Adam Bernstein | Paul, Weiss | Ad Hoc Committee of TCEH First Lien Creditors |
| Pauline K. Morgan | Young Conaway | |
| Michael Sage | Ceoffris Simon | DCEC |
| Gary Kaplan | Phil Bruntz | |
| Matt Roose | '' | '' |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

U.S. Bankruptcy Court-Delaware

Confirmed Telephonic Appearance Schedule

Honorable Christopher S. Sontchi

#6

| Calendar Date: | 11/05/2015 |
| Calendar Time: | 12:30 PM ET |

2nd Revision 11/05/2015 08:58 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7246610 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7181397 | Ashley F. Bartram | (512) 475-4937 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7242510 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245626 | Emily A Bussigel | (213) 683-9212 ext. 2428 | Munger, Tolles & Olson LLP | Interested Party, Interested party / Energy Future Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7250898 | Steven H. Church | (302) 661-7606 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7252664 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Markel / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244636 | Mark A. Cody | (312) 269-4392 | Jones Day | Interested Party, Jones Day / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7239108 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244969 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7239272 | Adam M. Denhoff | (212) 373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee of First Lien Lenders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7253386 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party DK Partners / LISTEN ONLY |

Raymond Reyes ext. 881

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

Page 1 of 4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7239599 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Indenture / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7250836 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Interested Party, UMB Bank, N.A., as indenture trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7237606 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, EFH Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7242003 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7251588 | Julia Frost-Davies | (617) 951-8422 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7249921 | David Gringer | (202) 663-6000 | Wilmer Cutler Pickering Hale & Dorr, LLP | Creditor, Delaware Trust Co / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7252651 | Xiaoyu Gu | (952) 984-4078 | CarVal Investors | Creditor, Carval Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7240853 | Christopher Hahm | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citi Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7241988 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7248009 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holdings, et al. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7236366 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7253604 | Saf Joshi | (214) 953-6942 | Saf Joshi - In Pro Per/Pro Se | Interested Party,Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244803 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party,Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7241993 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7246443 | Matthew W. Kinskey | (202) 887-4516 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7245506 | Charles Koster | (212) 819-7845 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7253587 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party,Citibank, N.A. / LIVE |

Raymond Reyes ext. 881
Copyright © 2015 CourtCall, LLC. All Rights Reserved.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7248036 | Richard G. Mason | (212) 403-1252 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7251190 | Anders J. Maxwell | (212) 508-1683 | Peter J. Solomon Co. | Interested Party, Peter J Soloman Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7253592 | Brian P. Morgan | (212) 248-3272 | Drinker Biddle & Reath LLP | Interested Party,Citibank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7181267 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7247238 | Tina Moss | (212) 262-6900 | Perkins Coie LLP | Trustee, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233389 | Morgan Nighan | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7247603 | Meredith S. Parkinson | (617) 951-7000 | Ropes & Gray, LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233523 | Richard Pedone | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7241997 | Lars A. Peterson | (312) 832-5394 | Foley & Lardner, LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7184233 | Brian Pfeiffer | (212) 756-2157 | Schulte Roth & Zabel LLP | Creditor, Centerbridge / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7249588 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7252570 | Meredith Quick | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7246526 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Commitee Of EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7250927 | Erica Richards | (212) 468-8000 | Morrison & Foerster | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7246699 | Rachael Ringer | (212) 715-9106 | Kramer Levin Naftalis & Frankel LLP | Creditor, The Lien Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7208093 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

Raymond Reyes ext. 881

| Company | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7253586 | Matthew Roose | (212) 859-8029 | Fried, Frank, Harris, Shriver & Jacobson LLP | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7252169 | Richard Schepacarter | 302-573-6491 | Office of the US Trustee | U.S. Trustee, Richard Schepacarter / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7253368 | Andrea B. Schwartz | 302-573-6491 | Office of the US Trustee | U.S. Trustee, Andrea Schwartz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244896 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7242322 | Richard A. Stieglitz | (212) 701-3393 ext. 00 | Cahill Gordon & Reindel | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7252155 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7243129 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7184263 | Brian Tong | (212) 756-2159 | Schulte Roth & Zabel LLP | Creditor, Centerbridge / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7241780 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom (Chicago) | Interested Party, Texas Transmission Investment, LLC. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7239293 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244421 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7253396 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party Kevin M. Van Dam / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7252660 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7236394 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7247269 | Daniel Zazove | 312-324-8605 | Perkins Coie LLP | Interested Party, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233257 | David Zylberberg | (212) 558-7881 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.