# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP, *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | RE: D.I. 6350, 6699, 6770 |

**JOINDER OF POLYGON CONVERTIBLE OPPORTUNITY MASTER FUND, POLYGON DISTRESSED OPPORTUNITIES MASTER FUND, MUDRICK CAPITAL MANAGEMENT, L.P., AND MARATHON ASSET MANAGEMENT, LP TO PRELIMINARY OBJECTION OF YORK CAPITAL MANAGEMENT GLOBAL ADVISORS, LLC AND P. SCHOENFELD ASSET MANAGEMENT L.P. TO THE SETTLEMENT OF EFIH PIK NOTE CLAIMS WITH CERTAIN EFIH PIK NOTEHOLDERS**

Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P., and Marathon Asset Management, LP, on behalf of funds and accounts that they each manage or advise (collectively, the "Joining Noteholders"), by their counsel, hereby join (this "Joinder") the Preliminary Objection of York Capital Management Global Advisors, LLC and P. Schoenfeld Asset Management L.P. (the "Preliminary Objection") [Docket No. 6770] to the *Settlement of EFIH PIK Note Claims With Certain EFIH PIK Noteholders* (the "Settlement") [Docket No. 6699]. In support of this Joinder, the Joining Noteholders assert the arguments set forth in the Preliminary Objection and incorporate the Preliminary Objection in its entirety as if fully set forth herein.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. A complete list of debtors and their respective tax identification numbers may be found at http://www.efhcaseinfo.com.

63168133

WHEREFORE, for the reasons set forth in the Preliminary Objection, the Joining Noteholders respectfully request that the Court (i) decline to approve the EFIH PIK Settlement Order in its current form, or (ii) if the EFIH PIK Settlement Order is approved, limit the relief granted as set forth in the Preliminary Objection and provide that the EFIH PIK Settlement Order preserves the rights of the Non-Settling EFIH PIK Noteholders and in no way alters the rights and obligations of the EFIH PIK Notes Indenture Trustee and the Non-Settling EFIH PIK Noteholders under the EFIH PIK Notes Indenture.

Dated: November 5, 2015
      Wilmington, Delaware

Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN, LLC

By: */s/ Michael Busenkell*
    Michael Busenkell (No. 3933)
    913 N. Market Street, 10th Floor
    Wilmington, DE 19801
    Telephone: (302) 425-5812
    Facsimile: (302) 425-5814

KAYE SCHOLER LLP
Scott D. Talmadge
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-6540

*Attorneys for York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P., and Marathon Asset Management, LP on behalf of funds and accounts that they each manage or advise*