**CERTIFICATE OF SERVICE**

   I, Michael Busenkell, Esquire, hereby certify that on November 5, 2015 I caused a true and correct copy of the foregoing document be served via the CM/ECF electronic notification system and served via First Class Mail on the parties listed below.

Dated: November 5, 2015          */s/ Michael Busenkell*
                      Michael Busenkell (No. 3933)

**Via First Class Mail**
Richards Layton & Finger, P.A.
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
920 North King Street
Wilmington, DE

Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, NY 10022

Kirkland & Ellis LLP
Kirkland & Ellis International LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, IL 60654