**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>RE: D.I. 6774 |

**SUPPLEMENTAL VERIFIED STATEMENT OF KAYE SCHOLER LLP**
**AND GELLERT SCALI BUSENKELL & BROWN, LLC PURSUANT**
**TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Kaye Scholer LLP ("Kaye Scholer") and Gellert Scali Busenkell & Brown LLC ("GSB&B", and together with Kaye Scholer, "Counsel") represent multiple entities (each, an "Entity," and collectively, the "Entities") in connection with the bankruptcy cases of the above-captioned debtors (collectively, the "Debtors"). Counsel hereby submits this supplemental verified statement (this "Supplemental Statement") concerning such representation pursuant to Federal Rule of Bankruptcy Procedure 2019 ("Rule 2019"), and respectfully states as follows:

1. As of the date hereof, Counsel represents certain holders, investment advisors and/or investment managers (collectively, the "Non-Settling EFIH PIK Noteholders") of the 11.25%/12.25% senior toggle notes due December 1, 2018 (the "EFIH PIK Notes"), issued pursuant to that certain Indenture (as amended or supplemented) dated as of December 5, 2012, by among, *inter alia*, the EFIH Debtors, as issuer, and UMB Bank, N.A., as successor indenture trustee.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. A complete list of debtors and their respective tax identification numbers may be found at http://www.efhcaseinfo.com.

2. On October 30, 2015, Counsel filed the *Verified Statement of Kaye Scholer LLP and Gellert Scali Busenkell & Brown LLC Pursuant to Federal Rule of Bankruptcy Procedure 2019* [D.I. 6773], which listed the nature and amount of all disclosable economic interests held or managed by each of the Non-Settling EFIH PIK Noteholders represented by Counsel on such date.

3. Thereafter, certain additional holders of EFIH PIK Notes engaged Counsel to represent their interests. Accordingly, Counsel files this Supplemental Statement as required by Bankruptcy Rule 2019(d).

4. In accordance with Bankruptcy Rule 2019(c), Exhibit A hereto lists the names, addresses and the "nature and amount of all disclosable economic interests" (as certified to Counsel by each Non-Settling EFIH PIK Noteholder) held, advised, or managed by such noteholders as of November 5, 2015.

5. Each Non-Settling EFIH PIK Noteholder separately requested that Counsel represent it in connection with these chapter 11 cases.

6. Counsel represents only the interests of the Non-Settling EFIH PIK Noteholders listed on Exhibit A hereto and does not represent or purport to represent any other Entities in connection with these chapter 11 cases.

7. Each of Kaye Scholer and GSB&B holds no claims against or interests in the above-captioned Debtors or their estates.

8. Nothing in this statement shall be construed as a limitation upon, or waiver of, each Non-Settling EFIH PIK Noteholder's right to assert, file or amend its or their claims in accordance with applicable law and any orders entered in these cases.

9. Counsel reserves the right to supplement or amend this Supplemental Statement at any time for any reason.

10. Each of the undersigned hereby verifies under oath that this Supplemental Statement is true and accurate, to the best of the undersigned's knowledge and belief.

Dated: November 5, 2015
Wilmington, Delaware

Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN, LLC

By: */s/ Michael Busenkell*
Michael Busenkell (No. 3933)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 425-5812
Facsimile: (302) 425-5814

-and-

KAYE SCHOLER LLP

Scott D. Talmadge, Esq.
250 W. 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-6540

*Attorneys for York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management L.P., and Marathon Asset Management, LP on behalf of funds and accounts that they each manage or advise*