**Exhibit A**

| Entity | Address | Nature and Amount of Disclosable Economic Interest |
|---|---|---|
| York Capital Management Global Advisors, LLC | 767 Fifth Avenue 17th Floor New York, NY 10153 | <ul><li>11.25%/12.25% EFIH PIK Notes: $474,858,788</li><li>11.75% EFIH Second Lien Notes: $29,158,412</li><li>11.00% EFIH Second Lien Notes: $17,455,376</li><li>10.875% EFH LBO Notes: $1,494,000</li><li>11.25% EFH LBO Notes: $8,985,611</li><li>EFH Legacy Notes: $87,106,000</li><li>EFH/EFIH Unexchanged Notes: $1,356,000</li></ul> |
| P. Schoenfeld Asset Management L.P. | 1350 Avenue of the Americas 21st Floor New York, NY 10019 | <ul><li>11.25%/12.25% EFIH PIK Notes: $94,192,339</li></ul> |
| Polygon Convertible Opportunity Master Fund | c/o Polygon Global Partners LLP 4 Sloane Terrace London, SW1X 9DQ United Kingdom | <ul><li>11.25%/12.25% EFIH PIK Notes: $19,000,000</li></ul> |
| Polygon Distressed Opportunities Master Fund | c/o Polygon Global Partners LLP 4 Sloane Terrace London, SW1X 9DQ United Kingdom | <ul><li>11.25%/12.25% EFIH PIK Notes: $9,500,000</li></ul> |
| Mudrick Capital Management, L.P. | 527 Madison Avenue, 6th Floor New York, NY 10022 | <ul><li>11.25%/12.25% EFIH PIK Notes: $66,905,815</li></ul> |
| Marathon Asset Management, LP | One Bryant Park 38th Floor New York, NY 10036 | <ul><li>11.25%/12.25% EFIH PIK Notes: $20,000,000</li><li>TCEH 1st Lien/LC Notes: $252,119,162</li><li>TCEH Unsecured/PCRB Notes: $181,009,880</li><li>TCEH DIP: $5,000,000</li></ul> |