**Exhibit 1**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## THE EFH OFFICIAL COMMITTEE'S
## OBJECTIONS TO WRITTEN DIRECT TESTIMONY

Pursuant to the Joint Stipulated Final Pre-Trial Order (D.I. 6748), the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "EFH Committee") hereby provides notice that it intends to object to the admission of the following portions of Eric R. Mendelsohn's written testimony because they were not disclosed in accordance with the requirements of Rule 26(a)(2)(B) and the Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization (D.I. 5771):[2]

- The seventh bullet of paragraph 25, including footnote 20;
- The first sentence of paragraph 42, including footnote 38;

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*.

- the third sentence of paragraph 47, including footnote 40; and

- the second and third sentences of paragraph 50, including footnotes 41, 42 and 43.

The EFH Committee reserves the right to amend or submit additional objections, including in response to any other exhibits moved into evidence by any other party.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 4, 2015 | **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504-7820<br>E-mail: nramsey@mmwr.com<br>          msheppard@mmwr.com<br>          mfink@mmwr.com<br><br>– and –<br><br>**SULLIVAN & CROMWELL LLP**<br><br>*/s/ Brian D. Glueckstein*<br>John L. Hardiman<br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, New York 10004<br>Telephone:   (212) 558-4000<br>Facsimile:   (212) 558-3588<br>E-mail:   hardimanj@sullcrom.com<br>          dietdericha@sullcrom.com<br>          gluecksteinb@sullcrom.com<br>          kranzleya@sullcrom.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC; EFIH Finance Inc.; and EECI, Inc.* |