**Gzj kdkⱽ5''**

Highly Confidential

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Honorable Christopher Sontchi |

**EXPERT REPORT OF ERIC R. MENDELSOHN**
**ON THE TCEH INTERCOMPANY NOTES**

This report (the "**Report**") has been prepared in support of the Motion of Energy Future Holdings Corp. et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform under the Settlement Agreement [D.I. 5249] (the "**Settlement Motion**"), in connection with the confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6122] (the "**Plan**"). The Report provides (i) background on Eric R. Mendelsohn, his qualifications, relevant expertise and prior testimony, (ii) an overview of the TCEH Intercompany Notes program, (iii) an opinion with respect to the interest rate on the TCEH Intercompany Notes together with the facts and analyses underlying the opinion, (iv) a detailed description of the methodology employed in the conduct of such analyses, and (v) supporting exhibits.[1]

---

[1] Please see pages 3 and 7 for definitions of TCEH and TCEH Intercompany Notes.

Highly Confidential

**TABLE OF CONTENTS**

**A.  INTRODUCTION**                                                                     **3**

1.  Scope of Engagement                                                                  3

2.  Qualifications                                                                        3

3.  Prior Testimony                                                                       4

4.  Purpose of the Report                                                                 5

5.  Materials Considered in Reaching Opinion                                             5

6.  Statement of Compensation                                                            5

**B.  OVERVIEW OF THE TCEH INTERCOMPANY NOTES**                                          **6**

1.  Overview of EFH Corporate Structure                                                  6

2.  Background of the TCEH Intercompany Notes                                            7

**C.  SUMMARY OF OPINION AND CONCLUSIONS**                                               **12**

**D.  OPINION SUPPORT**                                                                  **12**

1.  Changes in EFH Creditworthiness over Time                                            12

2.  Yields of Third Party EFH Unsecured Notes are Best Proxy for EFH Credit Risk         16

3.  Discrepancy between Interest on TCEH Intercompany Notes and Third-Party Yields       20

4.  Yields at Date of Issuance of EFIH Notes Issued to Repay TCEH Intercompany Notes Indicate Interest
    Differential                                                                         22

**E.  METHODOLOGY**                                                                      **24**

**F.  CONCLUSION**                                                                       **31**

**G.  EXHIBITS**                                                                         **33**

Highly Confidential

## A. Introduction

### 1. Scope of Engagement

Since November 2014, Greenhill & Co., LLC ("**Greenhill**") has served as financial advisor to each of Energy Future Competitive Holdings Company LLC ("**EFCH**") and Texas Competitive Electric Holdings Company LLC ("**TCEH**" and, collectively, with their debtor subsidiaries, the "**TCEH Debtors**") and, in that capacity, has been reporting to and taking direction from Hugh E. Sawyer, the disinterested member of the board of managers (the "**Disinterested Manager**") of each of EFCH and TCEH. For additional detail on Greenhill's engagement, please see the *Amended and Restated Order Authorizing Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014,* dated March 3, 2015 [D.I. 3728] ("the **Retention Order**").

### 2. Qualifications

I am a Managing Director of Greenhill. Greenhill is a leading independent investment bank that provides advice on significant mergers, acquisitions, restructurings, financings and capital raisings to corporations, debtors, partnerships, institutions, governments and creditor constituents. The Firm was established in 1996 by Robert F. Greenhill, the former President of Morgan Stanley and former Chairman and Chief Executive Officer of Smith Barney and now has approximately 78 Managing Directors averaging approximately 25 years of experience. Greenhill operates globally, with fifteen offices located in major markets around the world.

I have over twenty years of experience in a wide range of corporate finance activities including debt and equity financings, out-of-court and in-court restructurings and mergers and

acquisitions. I have been employed by Greenhill since 2012. Prior to joining the Firm, I served as a Managing Director and a founding member of the Restructuring Group at Lazard Frères. Prior to joining Lazard in 1999, I worked in the Restructuring Group at BT Alex Brown that ultimately moved to Lazard. Prior to BT Alex Brown, I was a Fixed Income Research Analyst at CS First Boston where I authored numerous research reports for institutional investors on the relative value, yield and pricing of corporate bond investments. In this role, I also assisted CS First Boston's Capital Markets Group in the pricing of new corporate debt issues. In addition, I have lectured on financing, valuation and other restructuring issues at various industry symposiums. I have represented companies or stakeholders in over 40 restructuring transactions encompassing over $150 billion of obligations, executed approximately $6.5 billion of debt and equity financings and advised with respect to an additional $30 billion of debt and equity financings.

I am licensed by the NASD and NYSE with Series 24 General Securities Principal, Series 7 General Securities and Series 63 State Law licenses. I have an M.B.A. in Finance from The Wharton School of the University of Pennsylvania and a B.A. in Economics with High Honors from Middlebury College. Please refer to my biography in Exhibit 1 for further detail on my qualifications.

### 3.  Prior Testimony

I have submitted declarations and/or affidavits or have had testimony proffered in various chapter 11 cases, including those of the City of Detroit (Chapter 9), American Roads, Metaldyne, Cooper-Standard, Journal Register, Tower Automotive, Collins & Aikman, Fruit of the Loom and Hayes Lemmerz, with respect to DIP and exit financing, valuation, asset sales, plan confirmation or other issues. I testified in the Atlas Air chapter 11 proceedings with respect to DIP financing. I was qualified as an expert in the Journal Register chapter 11 proceedings and

Highly Confidential

testified with respect to certain plan confirmation issues including valuation. I was qualified as an expert in the Hayes Lemmerz chapter 11 proceedings and testified with respect to both Section 1114 and certain plan confirmation issues including valuation. I also testified in the American Roads chapter 11 proceedings with respect to valuation and other plan confirmation issues. Please refer to Exhibit 2 for a complete listing of the cases in which I have testified as an expert or fact witness at trial or by deposition during the past four years.

**4.  Purpose of the Report**

Greenhill has been asked to prepare the Report by TCEH and EFCH, acting at the direction of the Disinterested Manager, in support of the Settlement Motion and in connection with the confirmation of the Plan. This Report has been prepared and is intended for use only for such limited purpose.

**5.  Materials Considered in Reaching Opinion**

Attached as Exhibit 4 is a listing of the materials I considered in reaching my opinion.

**6.  Statement of Compensation**

Greenhill is being compensated for all work performed as set forth in the Retention Order. Greenhill has no other agreements for services or compensation in connection with this case, including for this Report, other than as set forth in the Retention Order.

Highly Confidential

## B.  Overview of the TCEH Intercompany Notes

### 1.  Overview of EFH Corporate Structure

EFH is the parent company of: (1) EFCH and its direct and indirect debtor and non-debtor subsidiaries, including TCEH; (2) EFIH and its direct and indirect debtor and non-debtor subsidiaries, including non-debtor Oncor Holdings, which is 100% owned by EFIH, Oncor Electric, which is approximately 80% owned by Oncor Holdings, and certain subsidiaries of Oncor Holdings and Oncor Electric; and (3) certain other direct and indirect debtor and non-debtor subsidiaries. Please see the chart below for a simplified representation of EFH's corporate structure.[2]

**Chart (i): EFH Organizational Structure**[2]



---

[2]  *See* Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6124] (the "**Disclosure Statement**")

Highly Confidential

### 2.  Background of the TCEH Intercompany Notes

In October 2007, on the same day that the LBO[3] closed, EFH issued two promissory notes to TCEH. One note evidenced EFH's borrowing of funds from TCEH to cover selling, general and administrative expenses (the "**SG&A Note**"); the other note evidenced EFH's borrowing of funds from TCEH to pay principal and interest expenses on EFH's debt (the "**P&I Note**" and, together with the SG&A Note, the "**TCEH Intercompany Notes**").

The TCEH Intercompany Notes were unsecured obligations of EFH and initially were not guaranteed by any EFH subsidiaries. The TCEH Intercompany Notes stated they were subject to repayment on demand and had no stated maturity. The TCEH Intercompany Notes were priced at one-month LIBOR plus 500 basis points. At the time of issuance in 2007, one-month LIBOR was approximately 5%[4], meaning the initial interest rate on the TCEH Intercompany Notes was approximately 10%. The principal balance of the notes varied over time.[5]

The initial P&I Note ("**P&I Note I"**) was repaid in full and voided in November 2008 using proceeds from the sale of EFH's minority interest in Oncor. A new P&I Note was issued by EFH in respect of additional borrowings from TCEH in May 2009 with added guarantees from EFCH and EFIH ("**P&I Note II**").[5]

In April 2011, the first SG&A Note ("**SG&A Note I**") was amended to include EFCH and EFIH guarantees, to fix the face amount at $232 million and to add an EFIH secured debt capacity covenant (the amended note, "**SG&A Note II**"). P&I Note II was also concurrently amended to introduce a borrowing limit and an EFIH secured debt capacity covenant (the amended note, "**P&I Note III**").[5]   Please see Table (i) for further detail on the TCEH Intercompany Notes' terms and conditions and changes over time.

---

[3] EFH was acquired by a group of private equity funds in 2007 pursuant to a leveraged buyout (the "**LBO**").
[4] Per Bloomberg data.
[5] *See* TCEH Intercompany Notes Agreements and Schedules of TCEH Intercompany Notes Borrowings.

Highly Confidential

| | P&I Notes | | | SG&A Notes | |
|---|---|---|---|---|---|
| | **P&I Note I** | **P&I Note II** | **P&I Note III** | **SG&A Note I** | **SG&A Note II** |
| **Date Issued / Amended** | ▪ October 10, 2007 | ▪ May 1, 2009 | ▪ April 7, 2011 | ▪ October 10, 2007 | ▪ April 7, 2011 |
| **Lender** | ▪ TCEH | ▪ TCEH | ▪ TCEH | ▪ TCEH | ▪ TCEH |
| **Obligor** | ▪ EFH Corp. | ▪ EFH Corp. | ▪ EFH Corp. | ▪ EFH Corp. | ▪ EFH Corp. |
| **Guarantor(s)** | ▪ None | ▪ EFIH<br>▪ EFCH | ▪ EFIH<br>▪ EFCH | ▪ None | ▪ EFIH<br>▪ EFCH |
| **Amount** | ▪ Unlimited | ▪ Unlimited | ▪ Up to $2.0 billion | ▪ Unlimited | ▪ ~$232mm |
| **Interest** | ▪ 1M Libor + 500 bps<br>▪ Due and payable monthly[7] | ▪ 1M Libor + 500 bps<br>▪ Due and payable monthly[7] | ▪ 1M Libor + 500 bps<br>▪ Due and payable monthly[7] | ▪ 1M Libor + 500 bps<br>▪ Due and payable monthly[7] | ▪ 1M Libor + 500 bps<br>▪ Due and payable monthly[7] |
| **Optional Prepayment** | ▪ Any time in part or in full without premium or penalty | ▪ Any time in part or in full without premium or penalty | ▪ Any time in part or in full without premium or penalty | ▪ Any time in part or in full without premium or penalty | ▪ Any time in part or in full without premium or penalty |
| **Mandatory Prepayment** | ▪ Proceeds of sale of Oncor assets or stock[8] | ▪ Proceeds of sale of Oncor assets or stock[8] | ▪ Proceeds of sale of Oncor assets or stock[8] | ▪ Proceeds of sale of Oncor assets or stock[8] | ▪ Proceeds of sale of Oncor assets or stock[8] |
| **Maturity** | ▪ Notes read "on demand"<br>▪ No stated maturity | ▪ Notes read "on demand"<br>▪ No stated maturity | ▪ Notes read "on demand"<br>▪ No stated maturity | ▪ Notes read "on demand"<br>▪ No stated maturity | ▪ Notes read "on demand"<br>▪ No stated maturity |
| **Remedy if not Repaid** | ▪ Interest rate increases to maximum lawful rate in Texas | ▪ Interest rate increases to maximum lawful rate in Texas | ▪ Interest rate increases to maximum lawful rate in Texas<br>▪ Set-off of amounts due against other Obligor's obligations | ▪ Interest rate increases to maximum lawful rate in Texas | ▪ Interest rate increases to maximum lawful rate in Texas<br>▪ Set-off of amounts due against other Obligor's obligations |
| **Covenants** | ▪ None | ▪ None | ▪ Maintain EFIH Second Lien debt capacity | ▪ None | ▪ Maintain EFIH Second Lien debt capacity |

**Table (i): Key Terms and Conditions over Time[6]**

From the date of issuance of the TCEH Intercompany Notes, there have been

approximately 560 instances in which EFH increased the balance of the SG&A Note and

---

[6] Please see the TCEH Intercompany Notes agreements for a full description of the terms and conditions. This table is an abbreviated summary for demonstrative purposes only.

[7] Interest calculated based on each day's outstanding balance.

[8] As contemplated in, and to the extent required by, the last paragraph of Section 10.6 of the 2007 Credit Agreement.

approximately 135 instances in which EFH increased the balance of the P&I Note.[9]  At times,

the balance on the TCEH Intercompany Notes reached amounts in excess of $1 billion. EFH

made approximately 30 repayments on the SG&A Note and approximately 70 repayments on the

P&I Note (approximately 65 of these repayments were before December 2008) before fully

repaying the principal balances outstanding in January 2013. In April 2011, EFH repaid $770

million of borrowings under the SG&A Note. In February and August 2012, EFIH issued new

secured debt to raise $2 billion in the aggregate—$1.15 billion in February and $850 million in

August 2012. Following each debt issuance, EFIH issued dividends to EFH— $950 million in

February 2012 and $680 million in January 2013, the proceeds of which EFH used to repay

$1.65 billion in the aggregate principal on the TCEH Intercompany Notes. Please see chart (ii)

for the TCEH Intercompany Notes amounts outstanding over time.

---

[9]  Schedules of TCEH Intercompany Notes Borrowings. In the case of the P&I Note, these increases include approximately 50 instances in which cash interest due and payable was deferred and accrued to the amount outstanding on account of both the P&I Note and the SG&A Note.



Chart (ii): Outstanding Balance over Time[10]

Over the 5.2 years that the TCEH Intercompany Notes were outstanding, EFH paid TCEH a total of approximately $295 million in interest payments. The average interest rate observed for the TCEH Intercompany Notes was approximately 5.9% over the life of the TCEH Intercompany Notes. Please see Chart (iii) for detail on the interest payments and Chart (iv) for a depiction of the actual interest rate observed on the TCEH Intercompany Notes.



Chart (iii): Annual and Cumulative Interest Payments[10]

---

[10] Based on Schedules of TCEH Intercompany Notes Borrowings.

[11] February 2012: $1.15 billion 11.75% Second Lien Notes issued, of which $950 million dividended up to EFH. August 2012: $250 million 6.875% Senior Secured First Lien Notes and $600 million 11.75% Senior Secured Second Lien Notes issued, of which $680 million dividended up to EFH. The weighted-average borrowing cost of the EFIH First and Second Lien Notes was 11.2%.

Highly Confidential



---

[12] Based on Schedules of TCEH Intercompany Notes Borrowings.

Highly Confidential

## C.  **Summary of Opinion and Conclusions**

Subject to and based upon the analyses set forth below, in my opinion, the interest paid on the TCEH Intercompany Notes undercompensated TCEH in the range of approximately $425 million to $834 million in incremental interest.

## D.  **Opinion Support**

As discussed in greater detail below, over the time period that EFH was borrowing funds from TCEH under the TCEH Intercompany Notes, EFH's credit risk increased substantially, as evidenced by ratings agency downgrades and an increase in the observed yields in the market on comparable third-party EFH notes. However, the spread TCEH charged EFH remained unchanged and the actual interest rate paid to TCEH decreased significantly due to significant declines in LIBOR interest rates. In estimating what would have been an appropriate interest rate for TCEH's loans to EFH, the best available proxies in my judgment are contemporaneous yields observed in the market for comparable third-party EFH notes, specifically those with similar credit support and structural characteristics.[13]

### 1.  **Changes in EFH Creditworthiness over Time**

As reflected in EFH's SEC filings, there is significant evidence of the deterioration of EFH's creditworthiness over the time period that EFH was borrowing funds from TCEH under the TCEH Intercompany Notes. For example, EFH wrote down approximately $8 billion of

---

[13] Please see Opinion Support section D and the Methodology section of this Report for a detailed definition and discussion of the Third Party EFH Unsecured Notes.

Highly Confidential

goodwill at year-end 2008 and an additional $4 billion of goodwill in 2010, resulting in negative

$3.5 billion and negative $5.9 billion of book equity in 2008 and 2010, respectively.[14,15]

In addition, the S&P and Moody's assessments of EFH's credit profile reflect the decline of EFH's creditworthiness. At the time of the LBO closing in October 2007, S&P assigned EFH an issuer credit rating of B– while Moody's assigned EFH a corporate family rating of B2.  By the time EFH had repaid the TCEH Intercompany Notes in January 2013, S&P and Moody's ratings had declined to CCC and Caa3, respectively. Additionally, over the life of the TCEH Intercompany Notes, both ratings agencies maintained almost entirely negative credit outlooks on EFH and downgraded both the issuer as well as specific security ratings from time to time. Charts (v), (vi), and (vii) outline the changes in credit ratings over the life of the TCEH Intercompany Notes.  Please also see Exhibit 3 for further detail on the ratings changes and outlooks.

---

[14] Per EFH Form 10-K filed on March 3, 2009.
[15] Per EFH Form 10-K filed on February 18, 2011.

Highly Confidential

### Chart (v): EFH Credit Profile: Issuer / Corporate Family Credit Ratings[16]



### Chart (vi):  EFH Credit Profile: 10.875% 2017 Senior Notes[16]



### Chart (vii):  EFH Credit Profile: 5.55% Series P 2014 Notes[16]



Another indicator of the increase of EFH's credit risk over the life of the TCEH

Intercompany Notes is the discounted levels at which its unsecured third-party notes traded over

the same period.  Between October 10, 2007 and January 30, 2013, EFH's third-party notes

---

16 Based on Bloomberg information.  Excludes short-term ratings changes in connection with exchange offers or similar corporate actions.

Highly Confidential

traded at an average discount to par value of between approximately 21% and approximately 51%. Please see table (ii) and chart (viii) for further detail on pricing and discount levels for EFH's unsecured notes over time.



**Chart (viii):  Trading Levels for EFH Unsecured Notes over Time[17]**



———————————

[17] Per AdvantageData.

Highly Confidential

| Tranche | Average Price | Average Discount to Par |
|---|---|---|
| **Table (ii):  Average Prices and Discounts for EFH Unsecured Notes over Time[18]** | | |
| **Unsecured LBO Notes** | | |
| 10.875% Fixed Senior Notes | 78.44 | *21.56%* |
| 11.25% / 12.00% Senior Toggle Notes | 73.51 | *26.49%* |
| | | |
| **Unsecured Legacy Notes** | | |
| 5.55% Fixed Series P Senior Notes | 68.91 | *31.09%* |
| 6.50% Fixed Series Q Senior Notes | 50.69 | *49.31%* |
| 6.55% Fixed Series R Senior Notes | 49.50 | *50.50%* |

**2.  Yields of Third Party EFH Unsecured Notes are Best Proxy for EFH Credit Risk**

The TCEH Intercompany Notes were debt instruments that (i) were issued on a related party basis, (ii) allowed for continuous borrowing, (iii) were issued by an entity with below investment grade credit (i.e., EFH), (iv) were unsecured obligations, (v) did not have a stated maturity and were not fully paid for 5.2 years, (vi) contained no maintenance financial covenants or representations or warranties, and (vii) did not require interest to be paid in cash. Generally, interest rates on fixed income instruments are a function of the instrument's key terms and reflect credit risk, security, maturity and other terms. While I am not aware of any market instrument that has the same terms as the TCEH Intercompany Notes, I believe that third-party yields on certain comparable EFH notes are the best proxy.

a.  <u>Comparable Credit Risk</u>

The TCEH Intercompany Notes bore unsecured EFH credit risk and were not fully repaid for 5.2 years. [19]  Based on these fundamental facts, I believe the most relevant proxies for estimating the appropriate interest rate for the unsecured TCEH Intercompany Notes are EFH's

---

[18] Per AdvantageData.

[19] An EFIH and EFCH guarantee was added to the P&I Note in May 2009 and the SG&A Note in April 2011.  The TCEH Intercompany Notes remained unsecured.

Highly Confidential

10.875% 2017 Senior Notes for TCEH Intercompany Notes with EFIH and EFCH guarantees and EFH's 5.55% Series P 2014 Notes for TCEH Intercompany Notes with no guarantees (together, "**Third Party EFH Unsecured Notes**"). Please see table (iii) for an overview of the terms of the Third Party EFH Unsecured Notes.

### Table (iii): Overview of Third Party EFH Unsecured Notes[20]

| | Guaranteed Notes | | | |
|---|---|---|---|---|
| | TCEH Intercompany Notes | | | Third Party Note Proxy |
| | SG&A Note II | P&I Note II | P&I Note III | 10.875% Fixed Senior Notes |
| **Obligor** | • EFH | • EFH | • EFH | • EFH |
| **Guarantor(s)** | • EFIH & EFCH | • EFIH & EFCH | • EFIH & EFCH | • EFIH & EFCH |
| **Collateral** | • None | • None | • None | • None |
| **Maturity** | • Notes read "on demand"<br>• No stated maturity | • Notes read "on demand"<br>• No stated maturity | • Notes read "on demand"<br>• No stated maturity | • November 2017 |

| | Unguaranteed Notes | | |
|---|---|---|---|
| | TCEH Intercompany Notes | | Third Party Note Proxy |
| | P&I Note I | SG&A Note I | 5.55% Fixed Series P Notes |
| **Obligor** | • EFH | • EFH | • EFH |
| **Guarantor(s)** | • None | • None | • None |
| **Collateral** | • None | • None | • None |
| **Maturity** | • Notes read "on demand"<br>• No stated maturity | • Notes read "on demand"<br>• No stated maturity | • November 2014 |

I considered using the yields of other third-party EFH notes in my calculations, but believe these instruments were inferior proxies because the alternative notes had significantly longer maturities and, I would note, higher yields.

---

[20] Please see the TCEH Intercompany Notes agreements for a full description of the terms and conditions. Also please see the agreements for the 5.55% Fixed Series P Notes and the 10.875% Fixed Senior Notes for a full description of their terms and conditions.

Highly Confidential

b.  <u>Comparable Maturities</u>

While the nominal maturities of the Third Party EFH Unsecured Notes are different than the TCEH Intercompany Notes, which have no stated maturity and state that they are payable upon demand, I believe that, as a practical matter, the maturities are comparable for the following reasons:

- TCEH did not demand repayment from EFH, its parent;

- TCEH did not adjust the interest rate spreads over time;

- TCEH continued to loan to EFH under the TCEH Intercompany Notes program (in the aggregate, approximately 700 drawdowns) even though TCEH was not obligated to agree to new advances;

- TCEH continued to make loans even though the market yields on EFH's third-party notes were at times multiples of the effective interest rate on the TCEH Intercompany Notes;

- In the aggregate, the TCEH Intercompany Notes were outstanding for 5.2 years;

- As a practical matter, if TCEH had demanded repayment, EFH likely would have been forced to borrow from higher-cost third-party sources assuming it would have access to market financing. This is, in fact, precisely what happened when the TCEH Intercompany Notes were ultimately repaid.

As a result, I view the practical maturity of the TCEH Intercompany Notes as comparable to those of the Third Party EFH Unsecured Notes. Consequently, I believe that the latter securities are the most relevant proxy for estimating the appropriate interest rates for the TCEH Intercompany Notes.

c.  <u>EFH Money Pool Rate</u>

I also considered the EFH Money Pool Rate as an alternative potential benchmark rate for the TCEH Intercompany Notes.[21]  I understand that the EFH Money Pool interest rate was established in 2007 and was based on the interest rate on EFH's 10.875% LBO Senior Notes.[22] In the absence of third-party yields, the EFH Money Pool Rate could serve as an alternative benchmark rate. However, given the availability of unsecured EFH credit risk benchmarks (both on a guaranteed and unguaranteed basis) and based on the reasons noted above, I believe, third-party yields are the best proxy.

### 3. Discrepancy between Interest on TCEH Intercompany Notes and Third-Party Yields

As EFH's creditworthiness declined, third-party rates observed in the market increased significantly, yet the actual interest rate paid to TCEH decreased due to a significant decline in LIBOR. By early 2009, the difference between the yield on the Third Party EFH Unsecured Notes and the TCEH Intercompany Notes had reached more than 10% (using EFH's 2017 senior notes as a benchmark). From November 2007 to January 2013, TCEH received average annual interest of 5.9% on the TCEH Intercompany Notes relative to average yields to maturity on Third Party EFH Unsecured Notes of 15.8%[23] / 17.2%[24] over the same time period. Please see the charts and table below for a graphical depiction of the discrepancy between the interest rates of the TCEH Intercompany Notes and the yields of the Third Party EFH Unsecured Notes.

---

21  The EFH money pool was a cash management system in which some entities within the EFH corporate family participated. TCEH did not participate in the EFH money pool. Net lenders to the EFH money pool, which included EFIH but not the TCEH Debtors, were paid interest of 10.875%, based on the interest rate for EFH's 10.875% LBO Senior Notes.

22  K&E Cash Management Presentation, June 2013.

23  Average yield to maturity of 10.875% Senior Notes due November 2017 (unsecured, EFIH / EFCH guarantee).

24  Average yield to maturity of 5.55% Series P Senior Notes due November 2014 (unsecured, no guarantee).

Highly Confidential

### Chart (ix): Third-Party Yields and TCEH Intercompany Notes Interest Rates, Nov-07 to Jan-13[25]



| | TCEH Intercompany Notes: 1M Libor + 5.00% | Third Party Yields | |
| --- | --- | --- | --- |
| | | EFH 10.875% 2017 Notes | EFH 5.55% 2014 Notes |
| High | 10.246% | 25.339% | 46.642% |
| Low | 5.185% | 9.749% | 9.049% |
| **Average** | **5.867%** | **15.816%** | **17.155%** |

---

[25] TCEH Intercompany Notes interest rates per Schedule of TCEH Intercompany Notes Borrowings. Third-party yields per Advantage Data.



Chart (x):  One-Month LIBOR over Time[26]

### 4. Yields at Date of Issuance of EFIH Notes Issued to Repay TCEH Intercompany Notes Indicate Interest Differential

In February and August 2012, EFIH issued an aggregate of $1.75 billion of 11.75% Senior Secured Second Lien Notes and $250 million of 6.875% Senior Secured First Lien Notes (together, the "**EFIH Notes**"), dividending $1.63 billion of the proceeds to EFH to repay the TCEH Intercompany Notes. The 11.75% Senior Secured Second Lien Notes were issued at a price of 98.535, implying a yield at issue of 12.0%; the 6.875% Senior Secured First Lien Notes were issued at par. The weighted average yield of the offerings was approximately 11.2%.

As previously discussed, certain of the TCEH Intercompany Notes had no guarantees from EFIH, while other TCEH Intercompany Notes benefited from an *unsecured* guarantee from EFIH. The effective 12% yield EFIH paid for $1.75 billion of borrowings reflects a stronger credit position than the TCEH Intercompany Notes due to its second lien collateral.

---

[26] See Schedules of TCEH Intercompany Notes Borrowings.

Highly Confidential

Nevertheless, even with this enhanced credit position, the replacement borrowings were issued with a yield substantially higher than the rate on the TCEH Intercompany Notes.

### E.  Methodology

To estimate the appropriate interest rates in relation to the risk of lending to EFH, I calculated new daily interest payments[27] based on the actual TCEH Intercompany Notes amounts outstanding and assumed benchmark rates based on the yields of the Third Party EFH Unsecured Notes. In preparing these calculations, I estimated the market rate of interest by applying the yield to maturity of unsecured, unguaranteed EFH public debt (5.55% Series P Senior Notes due November 2013) to the P&I Note and SG&A Note borrowings during the period that each note was not guaranteed; and the yield to maturity of unsecured, guaranteed EFH public debt (10.875% Senior Notes due November 2017) to borrowing during periods when the notes were guaranteed by EFIH.[28] For informational purposes, I also used the EFH Money Pool rate as an alternative proxy.

After gathering the data necessary for the potential benchmark interest rates, I calculated the difference between the actual interest payments TCEH received with respect to the TCEH Intercompany Notes and the interest payments TCEH would have received with respect to the TCEH Intercompany Notes assuming the applicable benchmark rate. The difference is the "**Interest Differential.**" Please see the tables below for further detail on my calculations and an illustrative example of the daily calculation on January 1, 2012.

---

[27] My analyses assumed that the benchmark interest rates were reset on a daily basis.
[28] Yields obtained from Advantage Data.

Highly Confidential



| Table (iv): Daily Interest Differential Calculation |
| :---: |
| **Illustrative Formula** |



| Daily Interest Differential Calculation on January 1, 2012 [29] |
| :---: |

$$\left[\$1{,}592{,}371{,}742 \times \frac{(16.91\%)}{360}\right] - \left[\$1{,}592{,}371{,}742 \times \frac{(0.30\% + 5.00\%)}{360}\right] =$$

$$\$748{,}061 - \$234{,}225 = \textbf{\$513{,}836}$$

Applying this methodology over the life of the TCEH Intercompany Notes yields the results in the following table.

---

[29] Benchmark rate assumed as yields on Third Party EFH Unsecured Notes.

Highly Confidential

| | | | Yields on Third Party EFH Unsecured Notes | |
| Year | Actual Interest Payments | Average Balance Outstanding | Nominal Interest Payment Assuming Yields on Third Party EFH Unsecured Notes | Interest Differential |
|---|---|---|---|---|
| 2007 | $0 | $24 | $0 | ($0) |
| 2008 | 32 | 410 | 56 | 24 |
| 2009 | 50 | 935 | 166 | 115 |
| 2010 | 85 | 1,588 | 287 | 202 |
| 2011 | 82 | 1,542 | 256 | 175 |
| 2012 | 42 | 789 | 126 | 84 |
| 2013 | 3 | 698 | 8 | 5 |
| Total | $295 | $1,022 | $899 | $605 |

**Table (v): Summary Interest Differential Calculation[30]**

($ in millions)

As instructed by counsel to the TCEH Debtors, Munger, Tolles & Olson LLP ("MTO"), I considered three time periods for my calculations of the Interest Differential.

i. Since Inception / LBO. This period begins when the first funds from the TCEH Intercompany Notes were withdrawn by EFH on November 15, 2007 (the "**Withdrawal Date**") and ends when the entire balance of the TCEH Intercompany notes was repaid on January 30, 2013 (the "**Repayment Date**").

ii. Since January 1, 2009. This period begins on January 1, 2009, following EFH's $8 billion goodwill impairment at the end of EFH's 2008 fiscal year. This period ends at the Repayment Date.

iii. Since April 29, 2010. This period begins on April 29, 2010, four years prior to the date on which EFH filed for reorganization under Chapter 11 of the U.S.

---

[30] Period considered in table is "Since inception / LBO."

Bankruptcy Code on April 29, 2014 (the "**Filing Date**"). This period ends at the Repayment Date.

Next, I accounted for time value of money. I have compounded the Interest Differential on a monthly basis, beginning at the first date of the respective time period considered and ending on the Filing Date. As instructed by MTO, the compounding of the Interest Differential was calculated using a rate of 9.00%, equivalent to the New York pre-judgment interest rate.[31] For each day, the compounded interest differential equals the nominal interest differential from that day compounded, on a monthly basis, using a rate of 9.00%. The sum of the all of the compounded interest differentials equals the total compounded interest differential. Please see below for further detail on my compounding methodology and an illustrative example of the calculation on January 1, 2012.

| Table (vi): Compounded Interest Differential Calculation |
|:---:|
| Illustrative Formula[32] |

$$Compounded\ Interest\ Differential_t =$$

$$(Interest\ Differential_t) \times \left(1 + \frac{Pre\text{-}judgment\ rate}{12}\right)^{[(Filing\ Date - t)/30]}$$

| Compounded Interest Differential Calculation for January 1, 2012[33,34] |
|:---:|

$$Compounded\ Interest\ Differential_{1/1/2012} =$$

$$\left(Interest\ Differential_{1/1/2012}\right) \times \left(1 + \frac{9.00\%}{12}\right)^{[(4/29/\,2014 - 1/1/2012)/30]}$$

---

[31] See New York Civil Practice Law & Rules (CPLR) § 5001. Interest to verdict, report or decision; CPLR § 5004. Rate of interest. This 9% rate was selected at the request of MTO.

[32] Formula represents the interest differential on day *t* compounded until April 29, 2014. The calculation of the total amount of compounded interest differential equals the sum of the compounded differentials on days t, *t+1, t+2, t+3…* through January 30, 2013.

[33] Benchmark rate assumed as yields on Third Party EFH Unsecured Notes.

[34] Time period assumed as "Since Inception / LBO".

Highly Confidential

$$(\$513{,}836) \times \left(1 + \frac{9.00\%}{12}\right)^{28.3} = \mathbf{\$634{,}833}$$

Based on the methodology described herein, the below tables and charts summarize the results.

### Table (vii): Interest Differential Range Based on Third-Party Yields

($ in millions)

| | Time Period Considered | | |
| --- | --- | --- | --- |
| | Since April 29, 2010 | Since January 1, 2009 | Since Inception / LBO |
| **Interest Differential** | $425 | $580 | $605 |
| **Including Pre-judgment Rate through April 2014**[35] | $557 | $794 | $834 |

### Chart (xi): Summary Interest Differential Calculations

#### Yields on Third Party EFH Unsecured Notes



While I believe that yields on the Third Party EFH Unsecured Notes are the best proxy for estimating the appropriate interest rate for the risk of lending to EFH, I also considered

---

[35] Assumes unpaid interest is compounded on a monthly basis at a rate of 9.0%, equivalent to the New York pre-judgment interest rate.

Highly Confidential

EFH's Money Pool Rate of 10.875% as an alternative benchmark rate for informational purposes. The tables below provide an overview of the range of Interest Differentials estimated using the EFH Money Pool Rate as the benchmark rate.

### Table (viii): Summary Interest Differential Calculation[36]

($ in millions)

| Year | Actual Interest Payments | Average Balance Outstanding | EFH Money Pool Rate | |
|------|--------------------------|-----------------------------|----------------------|---|
| | | | Nominal Interest Payment Assuming EFH Money Pool Rate | Interest Differential |
| 2007 | $0 | $24 | $0 | $0 |
| 2008 | 32 | 410 | 45 | 13 |
| 2009 | 50 | 935 | 103 | 53 |
| 2010 | 85 | 1,588 | 175 | 90 |
| 2011 | 82 | 1,542 | 170 | 88 |
| 2012 | 42 | 789 | 87 | 45 |
| 2013 | 3 | 698 | 6 | 3 |
| **Total** | **$295** | **$1,022** | **$587** | **$293** |

### Table (ix): Interest Differential Based on EFH Money Pool Rate

($ in millions)

| | Time Period Considered | | |
|---|---|---|---|
| | Since April 29, 2010 | Since January 1, 2009 | Since Inception / LBO |
| Interest Differential | $201 | $279 | $293 |
| Including Pre-judgment Rate through April 2014[37] | $262 | $380 | $402 |

---

36  Period considered in table is "Since inception / LBO".

37  Assumes interest differential is compounded on a monthly basis at a rate of 9.0%, equivalent to the New York pre judgment interest rate.

Chart (xii): EFH Money Pool Rate



Highly Confidential

**F.   <u>Conclusion</u>**

Subject to and based upon the analyses set forth herein, in my opinion, the interest paid on the TCEH Intercompany Notes undercompensated TCEH in the range of approximately $425 million to $834 million in incremental interest.

\* \* \* \* \* \* \* \* \* \*

Respectfully Submitted,

Eric R. Mendelsohn

October 12, 2015

Highly Confidential

# <u>Exhibit 1</u>

# Eric Mendelsohn

**Managing Director, Restructuring & Financing Advisory**

- Joined Greenhill in 2012

- Previously, Mr. Mendelsohn served as a Managing Director and a founding member of Lazard's Restructuring Group. Prior to joining Lazard in 1999, Mr. Mendelsohn was with the Restructuring Group at BT Alex Brown that ultimately moved to Lazard and was a desk / sell-side corporate bond analyst at CS First Boston

- Mr. Mendelsohn has over 20 years of experience in a wide range of corporate finance activities including out-of-court and in-court restructurings, mergers and acquisitions and debt and equity financings. Mr. Mendelsohn has represented companies or stakeholders in over 40 restructuring transactions encompassing over $150 billion of obligations and has executed $6.5 billion of debt and equity financings

- Mr. Mendelsohn holds an MBA from The Wharton School and a BA from Middlebury College. He is licensed by the NASD and the New York Stock Exchange with a Series 7 General Securities license and Series 24 General Securities Principal license



**Eric Mendelsohn**
Managing Director
*New York*

Tel: +1 212 389 1566
Eric.Mendelsohn@greenhill.com

| Selected Transaction Experience | |
|---|---|
| **Restructuring** | **M&A and Financings** |
| - Detroit Retirement Systems* – City of Detroit Chapter 9 proceedings<br>- American Roads* – Prepackaged Chapter 11 restructuring<br>- Atlas Air Worldwide – Chapter 11 restructuring<br>- CAI Wireless – Prepackaged Chapter 11 restructuring<br>- Centro Properties Group – Out-of-court restructuring<br>- Cooper Standard – Chapter 11 restructuring<br>- H & R Block – Covenant amendment<br>- Hayes Lemmerz* – Chapter 11 restructuring<br>- Journal Register* – Chapter 11 restructuring<br>- Metaldyne – Chapter 11 restructuring<br>- Milacron – Out-of-court restructuring<br>- Quiznos (Lenders) – Out-of-court restructuring<br>- Sun Healthcare Group – Chapter 11 restructuring<br>- United Auto Workers (GM) – Out-of-court restructuring of retiree health obligations<br>- WorldCom – Chapter 11 restructuring | - New Enterprise Stone & Lime – Loan refinancing<br>- Air Transportation Stabilization Board (US Airways) – Chapter 11 Merger with America West and private placement of restructured securities<br>- Bearing Point (Lenders) – 363 Sale to Deloitte<br>- Collins & Aikman – 363 Sales to WL Ross affiliate<br>- Eddie Bauer (Lenders) – 363 Sale to Golden Gate<br>- Fruit of the Loom – Chapter 11 Sale to Berkshire Hathaway<br>- H & R Block – Sale of Option One to WL Ross affiliate and registered direct equity offering<br>- Hayes Lemmerz – Advisor and co-manager of IPO<br>- Hilite International – Sale to 3i<br>- Tower Automotive – Advisor and co-manager of IPO<br>- Tower Automotive – Chapter 11 Sale to Cerberus<br>- US Treasury (Chrysler) – Loan refinancing and equity sale<br>- US Treasury (GM) – Advisor to largest shareholder in GM's $20 billion IPO |

\* Provided testimony in court and/or via deposition

Highly Confidential

# **Exhibit 2**

Highly Confidential

# Eric R. Mendelsohn's Testimony Experience

## Last Four Years (via deposition or by trial)

| Case | Case Number | Date of Filing | Topics | Type |
|---|---|---|---|---|
| American Roads | 13-12412 | July 25, 2013 | Valuation and other confirmation issues | Expert Witness |
| City of Detroit | 13-53846 | July 18, 2013 | Chapter 9 eligibility | Fact Witness |

Highly Confidential

# **Exhibit 3**

Highly Confidential

## EFH Creditworthiness: Issuer / Corporate Family Credit Ratings[38]

| S&P Issuer Credit Ratings | | | | Moody's Corporate Family Ratings Ratings | | | |
|---|---|---|---|---|---|---|---|
| Rating Date | Rating Action | Rating | Credit Watch/ Outlook | Rating Date | Rating Action | Rating | Credit Watch/ Outlook |
| 1-Feb-13 | Upgrade | CCC | Negative | 26-Feb-13 | Withdrawn | W | No Outlook |
| 4-Apr-11 | CreditWatch/Outlook | CCC | Negative | 5-Dec-12 | CreditWatch/Outlook | Caa3 | Developing |
| 4-Apr-11 | Downgrade | CCC | Watch Neg | 9-Aug-12 | Downgrade | Caa3 | Negative |
| 21-Dec-10 | Downgrade | CCC+ | Negative | 14-Apr-11 | CreditWatch/Outlook | Caa2 | Stable |
| 18-Aug-10 | Upgrade | B- | Negative | 11-Oct-10 | Downgrade | Caa2 | Negative |
| 17-Nov-09 | Upgrade | B- | Negative | 17-Aug-10 | CreditWatch/Outlook | Caa1 | Negative |
| 9-Oct-07 | CreditWatch/Outlook | B- | Negative | 19-Jul-10 | CreditWatch/Outlook | Caa1 | Negative |
| | | | | 16-Nov-09 | CreditWatch/Outlook | Caa1 | Negative |
| | | | | 5-Oct-09 | CreditWatch/Outlook | Caa1 | Negative |
| | | | | 3-Aug-09 | Downgrade | Caa1 | Negative |
| | | | | 31-Mar-09 | Downgrade | B3 | Negative |
| | | | | 24-Feb-09 | CreditWatch/Outlook | B2 | Under |
| | | | | 3-Nov-08 | CreditWatch/Outlook | B2 | Negative |
| | | | | 9-Oct-07 | CreditWatch/Outlook | B2 | Stable |

## EFH Creditworthiness: 10.875% 2017 Senior Notes[16]

| S&P Issuer Credit Ratings | | | Moody's Corporate Family Ratings Ratings | | |
|---|---|---|---|---|---|
| Rating Date | Rating Action | Rating | Rating Date | Rating Action | Rating |
| 2-May-2011 | Downgrade | D | 26-Feb-2013 | Upgrade | Caa2 |
| 13-Apr-2011 | Updgrade | CC | 11-Oct-2010 | Downgrade | Ca |
| 4-Apr-2011 | Downgrade | CC | 5-Oct-2009 | Downgrade | Caa3 |
| 21-Dec-2010 | Downgrade | CC | 3-Aug-2009 | Downgrade | Caa2 |
| 3-Dec-2010 | Downgrade | CCC | 31-Mar-2009 | Downgrade | Caa1 |
| 18-Aug-2010 | Updgrade | CCC+ | 24-Feb-2009 | Downgrade | B3 |
| 17-Nov-2009 | Updgrade | B- | 9-Oct-2007 | Initial Rating | B3 |
| 21-Mar-2008 | Upgrade | B- | | | |
| 9-Oct-2007 | Initial Rating | CCC+ | | | |

## EFH Creditworthiness: 5.55% Series P 2014 Notes[16]

| S&P Issuer Credit Ratings | | | Moody's Corporate Family Ratings Ratings | | |
|---|---|---|---|---|---|
| Rating Date | Rating Action | Rating | Rating Date | Rating Action | Rating |
| 2-May-2011 | Downgrade | D | 26-Feb-2013 | Upgrade | Caa2 |
| 13-Apr-2011 | Upgrade | CC | 17-Aug-2010 | Downgrade | Ca |
| 4-Apr-2011 | Downgrade | CC | 3-Aug-2009 | Downgrade | Caa3 |
| 21-Dec-2010 | Downgrade | CC | 31-Mar-2009 | Downgrade | Caa2 |
| 17-Nov-2009 | Upgrade | CCC | 24-Feb-2009 | Initial Rating | Caa1 |
| 10-Oct-2007 | Downgrade | CCC | | | |

---

[38] Excludes short-term ratings changes in connection with exchange offerings.

Highly Confidential

# Exhibit 4

Highly Confidential

# List of Materials Considered

| # | Document |
| --- | --- |

1. Available Company 10Ks, 10Qs, Annual Reports, investor presentations and press releases

2. Disinterested Directors' Settlement Agreement dated April 3, 2015 [D.I. 4145) including exhibits thereto

3. Settlement Agreement [D.I. 5249] dated August 10, 2015

4. Schedules of TCEH Intercompany Notes Borrowings

5. TCEH Intercompany Notes Agreements (original and amendments)

6. Bloomberg and Advantage Data Third Party Yield Data

7. S&P and Moody's historical credit ratings

8. 2007 Credit Agreement

9. Amended Credit Agreement

10. Aurelius Creditor Derivative Suit

11. Kirkland & Ellis LLP Project Olympus: Overview of Consolidated Cash Management System

12. February 28, 2011 Lender Call Presentation on TCEH Intercompany Loans

13. Discussion with Tony Horton and Michael Carter in January 2015

14. Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Pursuant to Chapter 11 of the Bankruptcy Code

15. Indentures for the following EFH notes: (i) 5.55% Series P Senior Notes due November 2014, (ii)10.875% Fixed Senior Notes due November 2017, (iii) 11.25% / 12.00% Senior Toggle Notes due November 2017, (iv) 6.50% Fixed Series Q Senior Notes due November 2024 and (v) 6.55% Fixed Series R Senior Notes due November 2034