**<u>Exhibit 4</u>**

1

1         ERIC R. MENDELSOHN

2   UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF DELAWARE
3   ---------------------------------------X
    IN RE:
4

5   ENERGY FUTURE HOLDINGS CORPORATION, et al,

6                Debtors,

7   Chapter 11

8   Case No. 14-10979

9   Jointly Administered
    ---------------------------------------X
10

11

12

13         DEPOSITION OF ERIC R. MENDELSOHN

14              New York, New York

15           Wednesday, October 21, 2015

16

17

18  REPORTED BY:  BARBARA R. ZELTMAN
                  Professional Stenographic Reporter
19

20  Job Number  99139

21

22

23

24

25

2

1            ERIC R. MENDELSOHN

                              October 21, 2015
                              1:05 p.m.

6        Deposition of ERIC R. MENDELSOHN taken by
7  E-side Official Creditors, pursuant to Notice, at
8  the offices of KIRKLAND & ELLIS, 601 Lexington
9  Avenue, New York, New York, before BARBARA R.
10 ZELTMAN, a Professional Stenographic Reporter and
11 Notary Public within and for the State of New York.

1                ERIC R. MENDELSOHN

2    A P P E A R A N C E S:

3

4    SULLIVAN & CROMWELL

5    Attorneys for E-side Official Creditors

6         125 Broad Street

7         New York, New York  10004

8         BY:  ADAM BREBNER, ESQ., and

9              NICHOLAS MENILLO, ESQ.

10

11   KIRKLAND & ELLIS

12   Attorneys for the Debtors

13        300 North LaSalle

14        Chicago, Illinois  60654

15        BY:  NICHOLAS LAIRD, ESQ.

16

17

18   MONTGOMERY McCRACKEN WALKER & RHOADS

19   Attorneys for EFH Committee

20        123 South Broad Street

21        Philadelphia, Pennsyvania  19109

22        BY:  LATHROP NELSON III, ESQ.

23

24

25

```
                                                                    6

 1                      ERIC R. MENDELSOHN

 2    A P P E A R A N C E S:

 3


 4    REED SMITH

 5    Attorneys for The Bank of New York Mellon, as
      PCRB Trustee, and The Bank of New York Mellon
 6    Trust Company, as EFCH 2037 Notes Trustee

 7         599 Lexington Avenue

 8         New York, New York  10022

 9         BY:  SARAH KAM, ESQ.

10


11


12    VENABLE

13    Attorneys for Pimco

14         Rockefeller Center

15         1270 Avenue of the Americas

16         New York, New York  10020

17         BY:  JEFFREY SABIN, ESQ.

18


19


20


21    ALSO PRESENT:  Alexander V. Rohan, CFA, Guggenheim

22                   Robert Ramirez, Guggenheim

23


24


25
```

Mendelsohn, Eric 2015-10-21

1         ERIC R. MENDELSOHN
2    actionable or functional, how would you view
3    the maturity?
4        A    If I felt that the feature were
5    functional, then I would view -- of a single
6    instrument, I would view the maturity as
7    potentially being shorter than the stated
8    maturity.
9        Q    For purposes of credit analysis
10   with a functional demand feature, would you
11   view that as equivalent to a one day or at
12   least very short-term instrument?
13       A    Again, I think it depends on the
14   functionality.  Does someone have the
15   ability to pay if you actually make a
16   demand, who is it that's making the demand.
17           So there are a lot of factors I
18   think that would enter into that in order to
19   make that determination.
20       Q    And again, I'm not speaking of the
21   TCEH intercompany notes specifically, but
22   I'm assuming that the demand feature is
23   functional, as you put it.
24           In that case, for purposes of a
25   credit analysis, would you view the maturity

212

ERIC R. MENDELSOHN

Q    And when you say you don't believe it was functional, again, that's not your legal analysis, right?

A    I'm not a lawyer, and I'm not offering a legal analysis.

Q    And would it have been relevant to TCEH to consider whether EFH/EFIH had sufficient cash on hand to pay the intercompany notes and evaluate whether to demand repayment?

    MR. ALLRED:  Object to the form.

    THE WITNESS:  Just as a matter of determining credit risk and credit exposure, liquidity on hand at the borrower is an important factor in any loan.

BY MR. BREBNER:

Q    Is it a relevant factor that EFIH had collateral value to support the ability to repay to TCEH and demonstrated the ability to raise proceeds as needed by TCEH?

    MR. ALLRED:  Object to the form.

Mendelsohn, Eric 2015-10-21

213

1            ERIC R. MENDELSOHN

2            THE WITNESS:  I'm not sure I
3       heard it right.  But we didn't have
4       any collateral.
5            "We" being TCEH didn't have any
6       collateral in this loan.
7            And the fact that they are able to
8       raise capital at EFIH, that takes time.
9       It doesn't happen on demand at a snap of
10      a finger.
11           You know, I'd note that Page 5
12      here, you say that "The notes were
13      collectible, given EFH's cash reserves
14      and the value of Oncor."
15           It doesn't say there's liquidity on
16      this page to repay these notes at any
17      time.
18           Monetizing Oncor, unfortunately,
19      we've all found out takes quite a long
20      time.
21 BY MR. BREBNER:
22      Q    Do you know what negative arbitrage
23 is?
24      A    I know what arbitrage is.
25           You said "negative arbitrage."

228

1          ERIC R. MENDELSOHN
2    BY MR. BREBNER:
3        Q    What corporate terms in the market
4    for corporate demand notes would you use?
5        A    Just the basic structure of the
6    demand notes that Mr. Henkin has highlighted
7    here.
8        Q    And what commentary do you have on
9    those?
10       A    Sure.  My belief is this is an
11   extraordinarily limited market for these
12   corporate demand notes that Mr. Henkin has
13   summarized.
14            I believe that -- well, all these
15   instances are third parties -- between third
16   parties.
17            And you know, Mr. Henkin has
18   described these as, I believe, being largely
19   retail in nature, retail investors.
20            If my understanding is these
21   programs are -- they are not checking
22   accounts, but they are not far from it.
23   They don't have FDIC insurance.  But it's
24   more retail investors putting money away for
25   short periods of time to a third party.

1           ERIC R. MENDELSOHN

2            Some of these -- but most of these
3  are investment grade.  Like, you know, if
4  you think about commercial paper market or
5  other markets where a party is willing to
6  lend to another party on a short-term basis
7  on an unsecured basis, it's almost always in
8  the context of that company being investment
9  grade.  And/or having significant liquidity
10 on the balance sheet to cover the demand if
11 such demand were made.
12     Q    And you looked at the Ford analysis
13 that Mr. Henkin made, correct?
14     A    Correct.
15     Q    And Ford was not investment grade,
16 correct?
17     A    Correct.  And I still think it is
18 irrelevant to our analysis.
19     Q    All right.
20     A    I think, you know --
21     Q    Sorry, I didn't mean to interrupt
22 you.
23     A    I don't think Ford -- this analysis
24 that Mr. Henkin did of Ford, I think is
25 completely incomparable to the situation at

ERIC R. MENDELSOHN

1  ERIC R. MENDELSOHN
2  EFH.
3  Q    And beyond what you've already
4  said, is there any reason why the Ford
5  analysis is incomparable?  Any additional
6  reason?
7  A    Yeah, I believe Ford was below
8  investment grade, but there's some
9  distinctive factors of what happened at
10 Ford.
11          For one, they had access to
12 significant amounts of liquidity.
13          Ford was not relying on these
14 demand notes for all of its liquidity, and
15 -- or I should say for the lion's share of
16 its liquidity.
17          This was a very small portion of
18 the outstanding debts at Ford over this
19 period in time.
20          Ford -- the actual amounts that
21 were issued dropped precipitously when the
22 credit profile deteriorated.  I think it
23 dropped by more than 50 percent.
24          You have a lot of different retail
25 investors making decisions about where they

231

1              ERIC R. MENDELSOHN
2      are going to put money.
3              It's not one entity, TCEH, that's
4      putting much of its liquidity at risk with a
5      single entity that's a holding company.
6              For what it's worth, Ford Motor
7      Credit, it also had a very significant
8      positive book equity through this entire
9      period, and it had almost $20 billion of
10     government back stop financing over this
11     period.
12             So I just see it as a completely
13     different situation than EFH.  It's a
14     holding company of a $45 billion LBO.
15     Q    Anything else come to mind about
16     the Ford analysis?
17     A    Not off the top of my head.
18     Q    And then, Mr. Henkin refers to an
19     examination at the US Treasury yield curve
20     on selected key dates during the evaluation
21     period.
22             Do you have a response to that
23     analysis?
24             MR. ALLRED:  Object to the
25        form.