IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
Energy Future Holdings Corp., *et al.*,         :    Case No. 14-10979 (CSS)
                                                :
                        Debtors.                :    (Jointly Administered)
                                                :
                                                :    Related Docket Nos.: 6530, 6699, 6770
---------------------------------------------------------x

### JOINDER OF NEXTERA ENERGY, INC. TO PRELIMINARY OBJECTION OF YORK CAPITAL MANAGEMENT GLOBAL ADVISORS, LLC AND P. SCHOENFELD ASSET MANAGEMENT L.P. TO PROPOSED SETTLEMENT OF CERTAIN EFIH PIK NOTE CLAIMS

NextEra Energy, Inc. ("NextEra"), by and through its undersigned counsel, hereby joins the Preliminary Objection of York Capital Management Global Advisors, LLC and P. Schoenfeld Asset Management L.P. [Docket No. 6770] (the "Preliminary Objection") to the Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders [Docket No. 6699] (the "Proposed Settlement"). NextEra beneficially owns over $45 million in principal amount of the EFIH PIK Notes. In support of this joinder, NextEra respectfully asserts the arguments set forth in the Preliminary Objection and incorporates the Preliminary Objection in its entirety as if fully set forth herein.

WHEREFORE, for the reasons set forth in the Preliminary Objection, NextEra respectfully requests that the Court (i) decline to approve the Proposed Settlement in its current form, or (ii) if the Proposed Settlement is approved, limit the relief granted as set forth in the Preliminary Objection and provide that the order approving the Proposed Settlement preserves the rights of the non-settling EFIH PIK Noteholders and in no way alters the rights and obligations of the EFIH PIK Notes Indenture Trustee and the non-settling EFIH PIK Noteholders under the EFIH PIK Notes Indenture.

{932.002-W0039276.}

Respectfully submitted,

Dated: November 6, 2015
       Wilmington, Delaware

LANDIS RATH & COBB LLP

*/s/ Matthew B. McGuire*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mcguire@lrclaw.com

- *and* –

CHADBOURNE & PARKE LLP
Howard Seife
David M. LeMay
Marc B. Roitman
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: hseife@chadbourne.com
       dlemay@chadbourne.com
       mroitman@chadbourne.com

*Counsel to NextEra Energy, Inc.*