# EXHIBIT A

ERIC R. MENDELSOHN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------X

IN RE:

ENERGY FUTURE HOLDINGS CORPORATION, et al,

Debtors,

Chapter 11

Case No. 14-10979

Jointly Administered

---------------------------------------X

** REVISED **

DEPOSITION OF ERIC R. MENDELSOHN

New York, New York

Wednesday, October 21, 2015

REPORTED BY: BARBARA R. ZELTMAN
Professional Stenographic Reporter

Job Number 99139

ERIC R. MENDELSOHN

Q Have you looked at any documents that are not cited in your report, other than the Henkin and the Rule reports, in connection with your opinions in this matter?

A No.

Q When you looked at the Henkin and Rule reports did you look at any of the documents that they cited?

A I looked at the some of the documents on demand notes.

Q When you say "some of the documents on demand notes," you are referring to some of the documents cited in Mr. Henkin's report?

A Yes. I looked at some documentation that supported his view of what a demand note is.

Q Did you look at any documents relating to the demand note issues since you submitted your report, other than what was discussed in Mr. Henkin's report?

A Not that I'm aware.

Q Are you going to be providing any

A I mean, we've looked at all these different materials and certainly, you know, the points that we felt were most critical to our opinion or really formed our opinion are reflected in our report.

As I've read through some of these documents, there may be other aspects of the intercompany note program. Maybe you'll ask about them.

Q Let me ask it this way because all I have is your report, and as you understand, I can't fish through thousands of pages to try to figure out what is important to you or what you're going to be testifying about. That has to be disclosed in your report.

So let me ask you: Other than what is specifically cited in your report, is there anything in Category Number 1 that you are going to be relying on in your testimony at trial?

MR. ALLRED: Object to the form.

A I'm not aware of anything in

ERIC R. MENDELSOHN

Category 1 that I've held back from my report.

Q All right.

And the other 15 categories or the other 14 -- there's 15 categories in total -- some of those also contain broad collections of documents, right?

A Some of them have multiple documents in them, yeah.

Q All right.

Does the same thing that you just testified to apply with respect to the other documents to the extent you specifically relied on these broad categories of documents, you've cited them in your report, correct?

A To the extent I relied on them to create my opinion, I believe I've cited them in my report.

Q And is there anything else in the documents that you've listed as the materials you considered that you expect to offer in support of the opinions you are going to be offering at trial?

ERIC R. MENDELSOHN

A I can't guarantee there aren't aspects of this that I won't mention, but I think I've covered a lot of the main points here about the difference between these corporate demand notes and the EFH note and the functionality of the demand feature.

I think that gets to the heart of it. There may be some other points here.

That's all I have for today.

Q And you have not instructed your team to perform any study or calculation to respond to Mr. Henkin's report?

MR. ALLRED: Object to the form.

A We do not intend to recalculate an appropriate rate based on these demand note rates because I don't think they're the right benchmark.

Q My question was a little broader.

Are you or your team doing any further study or calculation in response to Mr. Henkin's report?

MR. ALLRED: Object to the form.

ERIC R. MENDELSOHN

A I'm not aware of any further analysis going on right now. I haven't directed any further analysis to be done after today, but, you know I'm going to continue to review this and think about it.

Q And there's no analysis that you've had done prior to today that you haven't disclosed to me?

A I mean, I talked about having reviewed his report, having reviewed his materials. Gave you some of my views on Mr. Henkin's opinion.

Q Have you or your team conducted any other analysis on Mr. Henkin's opinion?

A Not that I -- not that I'm aware of or can think of that I haven't already discussed with you.

Q Any work that your team has done on the matters relating to your report have been at your direction?

A Yes.

MR. BREBNER: Mark as Exhibit 8, the report of Mark Rule.

(Mendelsohn Exhibit 8, Expert

ERIC R. MENDELSOHN

Report of Mark Rule, October 12, 2015, was marked for Identification.)

BY MR. BREBNER:

Q I have a few questions for you, Mr. Mendelsohn, based on what you said earlier of the report and testimony of Mark Rule.

A Yes.

Q First, I think you told me earlier that you had some commentary on some portions of the Rule report you reviewed but you weren't expecting to offer any reply or rebuttal to his opinions; is that correct?

MR. ALLRED: Objection to the form. I don't think that's what he said.

A I have some commentary on his report that I would like to put on the record, and I don't know if it will come up in trial or not.

Q Okay.

Let me just ask you first so I can try to figure out what your commentary might