# EXHIBIT B

**Errata Sheet for Transcription of Deposition of Eric Mendelsohn, October 21, 2015**
Case Name: Energy Future Holdings Corporation, et al.
Case Number: 14-10979
Dep. Date: October 21, 2015
Deponent: Eric Mendelsohn
Place: New York, NY

| Page | Line | Change |
| --- | --- | --- |
| 13 | 24 | After "Not that I am aware", add "other than publicly filed 10-Ks from Ford Motor Credit" |
| 56 | 12 | Add "other than Greenhill's counsel, Chapman Cutler" |
| 71 | 23 | Replace "refinancing" with "financing" |
| 110 | 10 | Replace "I have it" with "I haven't" |
| 110 | 11 | Replace "I've" with "I haven't" |
| 124 | 7 | Replace "as stated" with "estate" |
| 136 | 16 | Add "or February" |
| 151 | 9 | Replace "paying" with "paid" |
| 168 | 11 | Replace "but they are" with "and their" |
| 177 | 5 | Replace "Sollick" with "Solic" |
| 177 | 7 | Replace "Golden" with "Goldin" |
| 177 | 7 | Replace "Gold &" with "Goldin" |
| 228 | 20 | Delete "if" |
| 244 | 11 | Replace "of EFH" with "to EFIH" |

28540431.1