**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Re:  D.I. 6456** |

**CERTIFICATE OF NO OBJECTION REGARDING THE
FIRST AND FINAL INTERIM FEE STATEMENT OF KINSELLA MEDIA, LLC FOR
COMPENSATION FOR SERVICES RENDERED AS ASBESTOS NOTICING EXPERT
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY
FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE
HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI, INC.
FOR THE PERIOD FROM MARCH 27, 2015 THROUGH JULY 30, 2015**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection, or other responsive pleading to the *First and Final Interim Fee Statement of Kinsella Media, LLC for Compensation for Services Rendered as Asbestos Noticing Expert to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc., for the Period from March 27, 2015 through July 30, 2015* [D.I. 6456] (the "**Fee Application**"). The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Fee Application appears thereon. Pursuant to the notice accompanying the Fee Application, responses to the Fee Application were to be filed and served no later than November 4, 2015 at 4:00 p.m. (ET).

The Fee Application was filed and served in accordance with the *Order (A) Authorizing the Retention and Employment of Kinsella Media, LLC as Asbestos Noticing Expert to the EFH*

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

*Official Committee Nunc Pro Tunc to March 27, 2015 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016(2)(h)*, dated April 14, 2015 [D.I. 4159].

Consequently, the above-captioned debtors and debtors-in-possession are authorized to pay Kinsella Media, LLC, 100% of its fees and none of its expenses in the Fee Application upon filing of this certificate without the need for further order of the Court.  A summary of the fees and expenses sought by Kinsella is annexed hereto as Exhibit A.

Dated: Wilmington, Delaware
      November 5, 2015

                                      MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP

                                      */s/ Mark A. Fink*
                                      Natalie D. Ramsey (DE Bar No. 5378)
                                      Davis Lee Wright (DE Bar No. 4324)
                                      Mark A. Fink (DE Bar No. 3946)
                                      1105 North Market Street, 15th Floor
                                      Wilmington, DE 19801
                                      Telephone: (302) 504-7800
                                      Facsimile: (302) 504-7820
                                      E-mail:       nramsey@mmwr.com
                                                    dwright@mmwr.com
                                                    mfink@mmwr.com

                                      *Counsel to the Official Committee of Unsecured Creditors of Energy Future Holdings Corp.; Energy Future Intermediate Holding Company LLC; EFIH Finance, Inc.; and EECI, Inc.*

-3-

## EXHIBIT A

Professional Fees and Expenses for Fee Application

| Applicant | Compensation Period | Objection Deadline | Total Fees Requested | Requested Expenses | Approved Fees | Approved Expenses | 20% Holdback | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|
| Kinsella Media, LLC | March 27, 2015 – July 30, 2015 | 11/4/2015 | $300,000.00 | $0.00 | $300,000.00 | $0.00 | N/A | $300,000.00 |