# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND
## CERTIFICATION OF GOVERNMENT ATTORNEY

The undersigned attorney, Brandon Robers, appears as counsel for the United States in this matter and files this certification of government attorney pursuant to Local Rule 9010-1(e)(i).

1. Mr. Robers is admitted to the Maryland Bar.

2. Mr. Robers is in good standing in all jurisdictions in which he has been admitted.

3. Mr. Robers will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and submits to the jurisdiction of this Court for disciplinary purposes.

DATED: November 6, 2015

JOHN C. CRUDEN
Assistant Attorney General

/s/ Brandon Robers
Brandon Robers
Trial Attorney
Environmental Enforcement Section, ENRD
U.S. Department of Justice
P.O. Box 7611, Washington DC 20044-7611
Phone: (202) 514-5292
Email: Brandon.Robers@usdoj.gov

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foegoing document was served this 6th day of November, 2015, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.

/s/ Anna Grace
Anna Grace
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Washington DC 20044-7611
Tel: (202) 514-4091
Anna.E.Grace@usdoj.gov