# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | )<br>)<br>)  Chapter 11<br>)<br>)  Case No. 14-10979 (CSS)<br>)<br>)  (Jointly Administered)<br>) |

## CERTIFICATION OF COUNSEL REGARDING
## STIPULATION AND CONSENT ORDER REGARDING LIMITED OBJECTION
## OF MARATHON ASSET MANAGEMENT, LP TO CONFIRMATION OF
## DEBTORS' FIFTH AMENDED PLAN OF REORGANIZATION

I, Bradley R. Aronstam, counsel to Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. (the "Intervenor Defendants") hereby certify and state as follows:

1. On May 14, 2015, Marathon filed a complaint against Wilmington Trust, N.A., as successor collateral agent and administrative agent (in such capacities, the "Agent") to the first lien lenders to Texas Competitive Electric Holdings Company LLC ("TCEH") under that certain Credit Agreement dated as of October 10, 2007, in the Supreme Court of the State of New York (the "New York State Court"), commencing the action captioned *Marathon Asset Management, LP v. Wilmington Trust, N.A.*, Index No. 651669/2015 (the "Marathon New York Action").

2. On June 12, 2015, the Intervenor Defendants intervened as defendants in the Marathon New York Action.

3. On June 17, 2015, the Intervenor Defendants filed a Notice of Removal, removing the Marathon New York Action to the U.S. District Court for the Southern District of New York (the "New York Federal Court"), where it is currently pending as

Case No. 15-cv-4727 (AT)(AJP). In the New York Federal Court, Marathon filed a motion to remand the Marathon New York Action to the New York State Court, which the Intervenor Defendants opposed, and the Intervenor Defendants filed a motion to transfer venue to the U.S. Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court") (via the U.S. District Court for the District of Delaware), which Marathon opposed.

4.     On September 21, 2015, TCEH, its parent, and certain of its affiliates and subsidiaries that are debtors and debtors-in-possession in the above-captioned cases filed the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122] (as may be amended, modified and/or supplemented, the "Plan") in the Delaware Bankruptcy Court.

5.     On October 23, 2015, Marathon filed a Limited Objection to the Plan [D.I. 6587] (the "Marathon Plan Objection"), asserting that the Plan is not confirmable because of its treatment of the Marathon New York Action and the rights and claims asserted by Marathon in and through the Marathon New York Action (the "Marathon Asserted Rights").

6.     Marathon and the Intervenor Defendants have entered into the Stipulation and Order attached hereto as Exhibit 1 (the "Stipulation and Order"), which reflects an agreement that the Marathon Plan Objection will be withdrawn upon the entry of the Stipulation and Order and certain other withdrawal conditions.

WHEREFORE, counsel to Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.

respectfully requests that the Court enter the Stipulation and Order at its earliest convenience.

                                                                                                   ROSS ARONSTAM & MORITZ LLP

                                                                                                   */s/ Bradley R. Aronstam*
Bradley R. Aronstam (No. 5129)
Benjamin J. Schladweiler (No. 4601)
100 S. West Street, Suite 400
Wilmington, Delaware 19801
Tel: (302) 576-1600
baronstam@ramllp.com
bschladweiler@ramllp.com

-and-

O'MELVENY & MYERS LLP
George A. Davis
Peter M. Friedman
Daniel S. Shamah
Andrew Sorkin
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
gdavis@omm.com
pfriedman@omm.com
dshamah@omm.com
asorkin@omm.com

*Counsel for Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.*

Dated: November 6, 2015
       Wilmington, Delaware