**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel enters an appearance in the above-captioned case on behalf of Simeio Solutions, Inc. ("Simeio") and requests that Simeio be added to the official mailing matrix and service list in these cases and that all notices and other papers filed or served in the above-captioned case be served upon the following attorneys:

| | |
|---|---|
| Sage M. Sigler, Esq. | L. Katherine Good, Esq. |
| ALSTON & BIRD LLP | Chantelle D. McClamb, Esq. |
| One Atlantic Center | WHITEFORD, TAYLOR & PRESTON LLC |
| 1201 West Peachtree Street | The Renaissance Centre |
| Suite 4900 | 405 North King Street, Suite 500 |
| Atlanta, GA 30309-3424 | Wilmington, Delaware 19801 |
| Telephone: (404) 881-4531 | Telephone: (302) 353-4144 |
| Facsimile: (404) 253-8561 | Facsimile: (302) 661-7950 |
| Email: sage.sigler@alston.com | Email: kgood@wtplaw.com |
| | cmcclamb@wtplaw.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any substantive or procedural right of Simeio including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Simeio is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

*[Remainder of Page Intentionally Left Blank]*

Dated: November 6, 2015
     Wilmington, Delaware        Respectfully submitted,

*/s/ Chantelle D. McClamb*
L. Katherine Good (No. 5101)
Chantelle D. McClamb (No. 5978)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone:   (302) 353-4144
Facsimile:    (302) 661-7950
Email: kgood@wtplaw.com
       cmcclamb@wtplaw.com

- and -

Sage M. Sigler
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309-3424
Telephone:  (404) 881-4531
Facsimile:   (404) 253-8561
Email: sage.sigler@alston.com

*Counsel to Simeio Solutions, Inc.*