## **CERTIFICATE OF SERVICE**

I, Chantelle D. McClamb, do hereby certify that on the 6th day of November 2015, I caused a copy of the foregoing **Notice of Appearance and Request for Notices** to be served upon the parties listed below as indicated.

**VIA REGULAR MAIL**
Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**VIA REGULAR MAIL**
Richard M. Cieri
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

**VIA REGULAR MAIL**
Richard L. Schepacarter
Office of the U.S. Trustee
U.S, Department of Justice
844 N. King St., Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA REGULAR MAIL**
Mark A. Fink
Montgomery, McCracken, Walker & Rhoads
1105 N. Market Street, Suite 1500
Wilmington, DE 19801

**VIA REGULAR MAIL**
James H.M. Sprayregen, P.C.
Chad J. Husnick
Steven N. Serajeddini
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

**VIA REGULAR MAIL**
Justin K. Edelson
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**VIA REGULAR MAIL**
Epiq Bankruptcy Solutions LLC
777 Third Avenue, 12th Floor
New York, NY 10017

*/s/ Chantelle D. McClamb*
Chantelle D. McClamb (No. 5978)