IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) | (Jointly Administered) |
|   | ) ) | **Re: D.I. 6530, 6699** |

## SECOND AMENDED NOTICE OF SETTLEMENT OF EFIH PIK NOTE CLAIMS WITH CERTAIN EFIH PIK NOTEHOLDERS

**PLEASE TAKE NOTICE** that, on October 27, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders* (the "October 27 Notice").[2]

**PLEASE TAKE FURTHER NOTICE** that attached to the October 27 Notice were, among other things, (a) the EFIH PIK Settlement Order and (b) the direction letter issued to the EFIH PIK Notes Trustee (the "Direction Letter").

**PLEASE TAKE FURTHER NOTICE** that attached hereto are revised versions of (a) the EFIH PIK Settlement Order (clean copy as **Exhibit A** and a copy marked against the version attached to the October 27 Notice as **Exhibit B**) and (b) the Direction Letter (clean copy as **Exhibit C** and a copy marked against the version attached to the October 27 Notice as **Exhibit D**).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the October 27 Notice.

RLF1 13276964v.1

**PLEASE TAKE FURTHER NOTICE** that the attached versions of the EFIH PIK Settlement Order and the Direction Letter have been agreed among the Debtors, the Plan Sponsors, the Settling Holders, and the EFIH PIK Notes Trustee.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: November 8, 2015<br>Wilmington, Delaware | */s/ Jason M. Madron* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
   defranceschi@rlf.com
   madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
   stephen.hessler@kirkland.com
   brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
   marc.kieselstein@kirkland.com
   chad.husnick@kirkland.com
   steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*