# **EXHIBIT A**

| Category | EFH January 2015 Through April 2015 | | Firm January 2015 Through April 2015 | |
|---|---|---|---|---|
| | Blended Hourly Rate | % of Total Rates | Blended Hourly Rate | % of Total Rates |
| Partner | 643.27 | 16.11% | 454.07 | 55.04% |
| Of Counsel and Associate | 516.28 | 75.38% | 350.04 | 32.75% |
| Paralegal | 140.00 | 7.68% | 198.53 | 10.65% |
| Non-Lawyer | 150.39 | 0.83% | 161.68 | 1.56% |
| Summer Associate | - | 0.00% | - | 0.00% |
| All Timekeepers Average | 452.11 | 100.00% | 392.05 | 100.00% |