# **<u>EXHIBIT B</u>**

**BUDGET AND STAFFING PLAN**

| Code | Project Category | Estimated Hours | | Estimated Fees | |
|---|---|---|---|---|---|
| | | *Low* | *High* | *Low* | *High* |
| 001 | Asset Analysis | 0 | 0 | $0.00 | $0.00 |
| 002 | Asset Disposition | 0 | 0 | $0.00 | $0.00 |
| 003 | Assumption and Rejection of Leases & Contracts | 0 | 0 | $0.00 | $0.00 |
| 004 | Avoidance Action Analysis | 0 | 0 | $0.00 | $0.00 |
| 005 | Business Operations | 0 | 0 | $0.00 | $0.00 |
| 006 | Case Administration | 120 | 160 | $55,590 | $74,120 |
| 007 | Claims Administration and Objections | 0 | 0 | $0.00 | $0.00 |
| 008 | Corporate Governance and Board Matters | 0 | 0 | $0.00 | $0.00 |
| 009 | Employment Benefits and Pensions | 0 | 0 | $0.00 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 140 | 180 | $64,855 | $83,385 |
| 011 | Employment and Fee Applications (Others) | 16 | 24 | $7,412 | $11,118 |
| 012 | Financing, Cash Collateral, Make Whole | 0 | 0 | $0.00 | $0.00 |
| 013 | Other Litigation | 0 | 0 | $0.00 | $0.00 |
| 014 | Meetings and Communications with Creditors | 80 | 140 | $37,060 | $64,855 |
| 015 | Non-Working Travel | 20 | 40 | $9,265 | $18,530 |
| 016 | Plan and Disclosure Statement | 0 | 0 | $0.00 | $0.00 |
| 017 | Relief from Stay and Adequate Protection | 0 | 0 | $0.00 | $0.00 |
| 018 | Tax | 0 | 0 | $0.00 | $0.00 |
| 019 | Valuation | 0 | 0 | $0.00 | $0.00 |
| 020 | Discovery (Non-asbestos) | 10 | 20 | $4,575 | $9,150 |
| 021 | Hearings | 40 | 80 | $18,530 | $37,060 |
| 022 | First and Second Day Motions | 0 | 0 | $0.00 | $0.00 |
| 023 | Claims Investigation | 0 | 0 | $0.00 | $0.00 |
| 024 | Lien Investigation | 0 | 0 | $0.00 | $0.00 |
| 025 | Intercompany Claims | 0 | 0 | $0.00 | $0.00 |
| 026 | Other Motions/Applications | 80 | 160 | $37,060 | $74,120 |
| 027 | Schedules and Statements | 0 | 0 | $0.00 | $0.00 |
| 028 | Time Entry Review | 110 | 130 | $51,015 | $60,280 |
| 029 | Budgeting (Case) | 20 | 40 | $9,265 | $18,530 |
| 030 | Asbestos-Related Matters | 310 | 1125 | $144,240 | $523,025 |
| | **TOTAL:** | **946** | **2099** | **$438,867** | **$974,173** |

-2-

| Category of Timekeeper | Total Number in Category Expected to Work on Matter | Estimated Average Hourly Rate [1] |
|---|---|---|
| Partner | 2 | $641.25 |
| Of Counsel | 2 | $563.00 |
| Associate | 2 | $327.50 |
| Legal Assistant | 1 | $140.00 |

Notes:
[1] Actual average hourly rate will vary with seniority of resources, and may be higher for some workstreams than others.

| Code | Project Category | Estimated Hours | | Actual Hours | Estimated Fees | | Actual Fees |
|---|---|---|---|---|---|---|---|
| | | *Low* | *High* | *Hours through 4/30* | *Low* | *High* | *Actual Fees through 4/30* |
| 001 | Asset Analysis | 0 | 0 | 24.5 | $0.00 | $0.00 | $14,276.50 |
| 002 | Asset Disposition | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 003 | Assumption and Rejection of Leases & Contracts | 0 | 0 | 3.2 | $0.00 | $0.00 | $1,888.00 |
| 004 | Avoidance Action Analysis | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 005 | Business Operations | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 006 | Case Administration | 120 | 160 | 75.6 | $55,590 | $74,120 | $36,807.00 |
| 007 | Claims Administration and Objections | 0 | 0 | 7.8 | $0.00 | $0.00 | $4,319.00 |
| 008 | Corporate Governance and Board Matters | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 009 | Employment Benefits and Pensions | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 140 | 180 | 59.1 | $64,855 | $83,385 | $26,111.00 |
| 011 | Employment and Fee Applications (Others) | 16 | 24 | 40.5 | $7,412 | $11,118 | $18,074.00 |
| 012 | Financing, Cash Collateral, Make Whole | 0 | 0 | 31.2 | $0.00 | $0.00 | $18,425.00 |
| 013 | Other Litigation | 0 | 0 | 65 | $0.00 | $0.00 | $38,367.00 |
| 014 | Meetings and Communications with Creditors | 80 | 140 | 0 | $37,060 | $64,855 | $0.00 |
| 015 | Non-Working Travel | 20 | 40 | 7 | $9,265 | $18,530 | $2,362.50 |
| 016 | Plan and Disclosure Statement | 0 | 0 | 71.2 | $0.00 | $0.00 | $43,198.00 |
| 017 | Relief from Stay and Adequate Protection | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 018 | Tax | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 019 | Valuation | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 020 | Discovery (Non-asbestos) | 10 | 20 | 0 | $4,575 | $9,150 | $0.00 |
| 021 | Hearings | 40 | 80 | 47.7 | $18,530 | $37,060 | $28,160.00 |
| 022 | First and Second Day Motions | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 023 | Claims Investigation | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 024 | Lien Investigation | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 025 | Intercompany Claims | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 026 | Other Motions/Applications | 80 | 160 | 27 | $37,060 | $74,120 | $13,711.00 |
| 027 | Schedules and Statements | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 028 | Time Entry Review | 110 | 130 | 3.1 | $51,015 | $60,280 | $1,829.00 |
| 029 | Budgeting (Case) | 20 | 40 | 2.3 | $9,265 | $18,530 | $1,250.00 |
| 030 | Asbestos-Related Matters | 310 | 1125 | 448.7 | $144,240 | $523,025 | $212,753.50 |
| | **TOTAL:** | **946** | **2099** | **913.90** | **$438,867** | **$974,173** | **$461,531.50** |

-4-

| Category of Timekeeper | Total Number in Category Expected to Work on Matter [1] | Maximum Number of Persons in Category that Actually Worked on Matter in any Month during Period | Total Number in Category that Actually Worked on Matter in Period |
|---|---|---|---|
| Partner | 2 | 3 | 3 |
| Of Counsel | 2 | 2 | 2 |
| Associate | 2 | 2 | 2 |
| Legal Assistant [2] | 1 | 4 | 4 |

Notes:
[1] Actual average hourly rate will vary with seniority of resources, and may be higher for some workstreams than others.
[2] Includes Paralegals, Librarians, and Automated Litigation Support Specialists