IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) <br><br> **Re: D.I. 6530, 6699, 6918** <br><br> **Hearing Date: November 19, 2015 at 10:00 a.m.** |

### NOTICE OF HEARING IN CONNECTION WITH "SECOND AMENDED NOTICE OF SETTLEMENT OF EFIH PIK NOTE CLAIMS WITH CERTAIN EFIH PIK NOTEHOLDERS" [D.I. 6918]

**PLEASE TAKE NOTICE** that, on October 27, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders* [D.I. 6699] (the "Amended Settlement Notice")[2] with the Court.

**PLEASE TAKE FURTHER NOTICE** that, attached to the Amended Settlement Notice were, among other things, (a) the EFIH PIK Settlement Order and (b) the direction letter issued to the EFIH PIK Notes Trustee (the "Direction Letter").

**PLEASE TAKE FURTHER NOTICE** that, on November 8, 2015, the Debtors filed the *Second Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders* [D.I. 6918] (the "Second Amended Settlement Notice") with the Court attaching

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Amended Settlement Notice.

RLF1 13278730v.1

revised versions of (a) the EFIH PIK Settlement Order (and a redline copy of the same marked against the version attached to the Amended Settlement Notice) and (b) the Direction Letter (and a redline copy of the same marked against the version attached to the Amended Settlement Notice).

**PLEASE TAKE FURTHER NOTICE THAT**, at the direction of the Court, a hearing to consider the Second Amended Settlement Notice, the approval of the Settlement, and entry of the EFIH PIK Settlement Order (including any objections to any of the foregoing) will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **November 19, 2015 starting at 10:00 a.m. (Eastern Standard Time).**

*[Remainder of page intentionally left blank]*

Dated: November 9, 2015
      Wilmington, Delaware

/s/ Daniel J. DeFranceschi

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 13278730v.1