## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $180.32 |
| Copies | $146.64 |
| Taxi | $9.90 |
| Parking | $23.00 |
| Airfare | $378.00 |
| Rental Car | -- |
| Fuel | -- |
| Postage | -- |
| Filing Fees | -- |
| Meals | -- |
| Hotel | $1,169.48 |
| Court Reporter/Transcripts | $3,837.70 |
| **Total Expenses:** | **$5,745.04** |