# EXHIBIT D

## Detailed Description of Expenses and Disbursements

### DETAILED EXPENSE SUMMARY
### SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015

| Invoice Number | Matter | Date | Timekeeper Who Incurred | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4033 | 1100050 | 9/14/15 | Moore, Bill | Hotel | 290.94 | 1 | $290.94 | Reimbursement for hotel expense while in Dallas for testimony meeting with Hunts and Oncor on 9/3-4/15 |
| 4033 | 1100050 | 9/24/15 | Moore, Bill | Airfare<br>Parking | 378.00<br>23.00 | 1<br>1 | $378.00<br>$23.00 | Reimbursement tor travel expenses to Dallas for testimony review and meeting with Hunts and Oncor on 9/24/15 |
| 4033 | 1100050 | 9/25/15 | Moore, Bill | Hotel | 878.54 | 1 | $878.54 | Reimbursement for hotel expense while in Dallas for testimony review and meeting with Oncor, Hunts, and EFH on 9/9-11/15 |
| 4030 | 1100116 | 9/16/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver filing to the PUC on 9/8/15 and return file-stamped copy. |
| 4030 | 1100116 | 9/30/15 | Various | Copies | .13 | 49 | $6.37 | Copies for the month of September 2015 |
| 4030 | 1100149 | 9/16/15 | Rasmussen, Kirk | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver filing to the PUC on 9/8/15 for Dkt. 44845; return file-stamped copy. |
| 4030 | 1000180 | 9/14/15 | Jolly, Emily | Court Reporter | 391.65 | .5 | $195.83 | Thompson & Knight LLP; Invoice #16134; Reimbursement for half of cost of deposition transcript of John R. Kellum |
| 4030 | 1000180 | 9/14/15 | Jolly, Emily | Court Reporter | 319.25 | .5 | $159.63 | Thompson & Knight LLP; Invoice #116187; Reimbursement for half of cost of deposition transcript of Wayne Kemper |

| 4030 | 1000180 | 9/14/15 | Jolly, Emily | Court Reporter | 282.95 | .5 | $141.48 | Thompson & Knight LLP; Invoice #116196; Reimbursement for half of cost of deposition transcript of Lawrence Willick |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4030 | 1000180 | 9/14/15 | Jolly, Emily | Court Reporter | 777.60 | .5 | $388.80 | Thompson & Knight LLP; Invoice #116128; Reimbursement for half of cost of deposition transcript of Dr. Mandhir S. Sahni |
| 4030 | 1000180 | 9/14/15 | Jolly, Emily | Court Reporter | 289.85 | .5 | $144.93 | Thompson & Knight LLP; Invoice #116209; Reimbursement for half of cost of deposition transcript of Robert Lanza |
| 4030 | 1000180 | 9/14/15 | Jolly, Emily | Court Reporter | 418.35 | .5 | $209.18 | Thompson & Knight LLP; Invoice #116204; Reimbursement for half of cost of deposition transcript of Maria Scheller |
| 4030 | 1000180 | 9/14/15 | Jolly, Emily | Court Reporter | 1239.70 | .5 | $619.85 | Thompson & Knight LLP; Invoice #116079; Reimbursement for half of cost of deposition transcript of Jeffrey Billo |
| 4030 | 1000180 | 9/14/15 | Jolly, Emily | Court Reporter | 606.05 | .5 | $303.03 | Thompson & Knight LLP; Invoice #116047; Reimbursement for half of cost of deposition transcript of Warren Lasher |
| 4030 | 1000180 | 9/14/15 | Jolly, Emily | Court Reporter | 762.98 | .5 | $381.49 | Thompson & Knight LLP; Invoice #152060; Reimbursement for half of cost of deposition transcript of Collin Cain |
| 4030 | 1000180 | 9/14/15 | Jolly, Emily | Court Reporter | 1028.84 | .5 | $514.42 | Thompson & Knight LLP; Invoice #152068; Reimbursement for half of cost of deposition transcript of Martin L. Baughman |
| 4030 | 1000180 | 9/14/15 | Jolly, Emily | Court Reporter | 1558.12 | .5 | $779.06 | Thompson & Knight LLP; Invoice #152060; Reimbursement for half of cost of deposition transcript of Songhoon "Spencer" Young |
| 4030 | 1000180 | 9/16/15 | Jolly, Emily | Delivery/ Messenger Service | 14.00 | 1 | $14.00 | Hand deliver filing on 9/14/15 of check for Enoch Kever's portion to Thompson Knight for transcripts. |

| 4030 | 1000180 | 9/21/15 | Adams, Elizabeth | Taxi<br>Taxi | 4.75<br>5.15 | 1<br>1 | $9.90 | Reimbursement for travel for HIP contested case hearing on 9/2/15 with KDR and ERJ |
| 4030 | 1000180 | 9/23/15 | Jolly, Emily | Delivery/ Messenger Service | 18.48 | 1 | $18.48 | Hand deliver filing to the PUC on 9/23/15 for Dkt. 44547 and Dkt. 44649 and return file-stamped copy |
| 4030 | 1000180 | 9/23/15 | Jolly, Emily | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver filing to the PUC for Dkt. 44547 and Dkt. 44649 and return file-stamped copy |
| 4030 | 1100180 | 9/30/15 | Various | Copies | .13 | 1,079 | $140.27 | Copies for the month of September 2015 |
| 4031 | 1100204 | 9/22/15 | McCool, Cyd | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver filing to the PUC on 9/22/15 for Dkt. 44620 and return file-stamped copy |