# EXHIBIT A

## Assumption Schedule

**Exhibit A**

| | Details of Contract (s) | | Counterparty Information | | | Amount Required to Cure Default Thereunder, if any | Other Information | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | | Cure Detail | Details of Material Amendments | Assumption Date |
| 1 | LUMINANT GENERATION COMPANY LLC<br>OAK GROVE MANAGEMENT COMPANY LLC<br>SANDOW POWER COMPANY LLC | SUPPLIER AGREEMENT DATED 01/01/2011 PLUS AMENDMENTS | LHOIST NORTH AMERICA OF TEXAS, LTD. | PO BOX 985004<br>FORT WORTH, TX 76185 | N/A | $88,467.95 | LUMINANT GENERATION COMPANY LLC- $70,970.15<br>OAK GROVE MANAGEMENT COMPANY LLC- $17,448.18<br>SANDOW POWER COMPANY LLC- $49.62 | IMPROVED ECONOMICS, CONTRACT EXTENDED, AND CLAIMS REDUCED | UPON ENTRY OF THE ORDER |
| 2 | LUMINANT GENERATION COMPANY LLC | SUPPLIER AGREEMENT DATED 08/30/1999 PLUS AMENDMENTS | LHOIST NORTH AMERICA OF TEXAS, LTD. | PO BOX 985004<br>FORT WORTH, TX 76185 | N/A | $183,775.03 | LUMINANT GENERATION COMPANY LLC- $183,775.03 | IMPROVED ECONOMICS, CONTRACT EXTENDED, AND CLAIMS REDUCED | UPON ENTRY OF THE ORDER |