November 3, 2015
Judge Christopher Sontchi
824 N. Market St., 5th Floor, Courtroom #6
Wilmington, Delaware 19801
RE: Kuk Stewart Creditor #5739, Kenneth S. Stewart aka Kenneth R. Stewart #5384

The Honorable Sontchi:

I recently successfully submitted to you in Delaware the third party evidence of myself being the sole heir to my father's estate in Texas through trusts and direct ownerships in my name which hold directly, and/or indirectly, major interests in 100,000+ acres, including 40,000+ acres of West Dallas, including Lone Star Park and the Trinity River, and major equity/bond interests in over 610+ companies (see exhibit A), *including TXU Energy Co., where you recognized my legitimate claims hereto.* Also I hold other major interests in Allstate Insurance, the Brazos River Authority, Aurora Gas Pipeline, American Tower Communications, AT&T, Verizon, Oncor, ATC Freightliner, and others that have disappeared through a long trail of shady corporate management tactics and shells with the assistance of KKR.

As you are already aware, my father was an equal partner with H.L. Hunt, Trammell Crow, and Magnum Entertainment in Dallas, Texas in the 1970's, 1980's, 1990's and 2000's until his death in 2004, when it all officially passed to me. But I haven't seen anything. Furthermore, as you are further aware, the heir-ship trusts and ownerships established by my father for me has been mismanaged and grossly abused by numerous fiduciary attorneys of record and corporate entities, and forever held from me, as I am now 45.

Collectively, all my inherited assets, cash flow, royalties, dividends, rents, sales, salaries, and exchanges have been premeditatedly held from me by said attorneys and entities, where they and others have colluded and deprived me of all records, accountability, and income from my assets exceeding $35-$50 billion, and where said companies and attorneys have and are still keeping me out of my rightful ownership, with Improper Proxy, False Public Company Board of Directorships in my name but not me, and from any cash flow ever, yet they have received enormous benefits for over 11+ years totaling billions. Even the Texas Comptroller has many hundreds, maybe thousands, of documented unaccounted/uncollected monetary claims in my name but with a different social security name, and will not allow me to access this information or accounts, for which I am just now will be pursuing.

Recently after my rightful, but jailed attempt, to meet with the President of Allstate Insurance in Chicago, and after your case in Delaware, I have had death threats especially <u>after I refused a recent $1.054 billion dollar offer</u> from said representatives for these entities, to sign, shut up and go away, and that I would never see any more dollars one way or another. Due to the amounts of my mismanaged inheritance, collusion of attorneys and entities, and prevailing continuous organized criminal acts, along with multiple death threats against me to where I am now being tailed and protected by a major federal agency, <u>I am requesting to you</u>:

1. Treat this case under the laws of RICO.

2. Issue injunctions on said companies to prevent them from hiding, selling, and exchanging my interests.

Judge Sontchi
November 3, 2015

3. Assist in coordinating/referring 7 federal agencies and 5 Texas state agencies to rip this case apart for organized crime involving some of the biggest family names and corporations (and Board of Directors) in Texas and the U.S.

4. Please open and establish a Federal Grand Jury Investigation against all predatory parties involved hereto.

As stated above, to review part of the TXU corporate shell game trail, I have included an incomplete list of companies as they have been strategized to be opened, bankrupted, reorganized and merged for deceitful purposes. Secondly, I have attached other specific documents pertaining to my ownership in said main interests, including the Allstate Corporations.

Thirdly, I will send to you a narrated and documented detailed presentation in two weeks for your further review, which will also be distributed to other specific federal and state agencies.

Judge Sontchi, at this time I am officially requesting federal court assistance. Under RICO laws this collusion of criminal activity must be pursued to the maximum, held accountable, and stripped of their ill-gotten gains which are mine.

Thank you,

Kenny Stewart
Pro Se

P.O. Box 154645
Irving, Texas 75015
817.751.3280