**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, <u>et al.</u>, | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Barnes & Thornburg LLP hereby withdraws its appearance on behalf of ConverDyn in the above case.

Dated: November 10, 2015
Wilmington, Delaware

BARNES & THORNBURG LLP

/s/ *Paula K. Jacobi*
Paula K. Jacobi
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 214-4866
Facsimile: (312) 759-5646
Email: Paula.Jacobi@btlaw.com

*Attorney for Creditor ConverDyn*

DMS 1891669v1