United States Bankruptcy Court
For the **District of Delaware**

**EFH Corporate Services Company**    } Chapter 11
}
}
}
} Case No. 14-10996
}
}
<u>Debtor</u>    } **Amount $24,135.00**
*AS SET FORTH ON SCHEDULE F*

JOINTLY ADMINISTERED IN LEAD CASE: ENERGY FUTURE HOLDINGS CORP., ET AL. #14-10979

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To Transferor:**

**Axway Inc**
**Dept 0469**
**PO Box 120469**
**Dallas, TX 75315-0469**

The transfer of your claim as shown above in the amount of **$24,135.00** has been transferred to:

    Liquidity Solutions, Inc.
    One University Plaza
    Suite 312
    Hackensack, NJ 07601


No action is required if you do not object to the transfer of your Claim.


    <u>By:/s/Michael Handler</u>
    Liquidity Solutions, Inc.
    (201) 968-0001

## TRANSFER NOTICE

AXWAY INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the cure claim ("Cure Claim") of Assignor as set forth in the Agreement against Energy Future Holdings Corporation, et al. ("Debtors"), in the aggregate amount of ~~$8,133.16~~ $24,135.00 P representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 14-10979. Assignor authorizes and directs the disbursing agent in the Proceedings or any other party responsible for making distributions on account of cure claims, to remit payment on account of Assignor's Cure Claim directly to Assignee at its address above.

IN WITNESS WHEREOF, Assignor has signed below as of the __2__ day of __November__ 2015.

AXWAY INC                                   LIQUIDITY SOLUTIONS, INC

By: _____                   _____
    (Signature)                                 (Signature)

Patrick M Donovan, CFO                      Michael Handler
(Print Name and Title)                      (Print Name of Witness)



In re  **EFH Corporate Services Company**          ,           Case No.   **14-10996 (CSS)**
          **Debtor**                                                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> AUSTIN INDUSTRIAL, INC. <br> 8031 AIRPORT BLVD. <br> HOUSTON, TX 77061 | | | Potential Responsible Party - Site: SONICS INTERNATIONAL, INC. STATE SUPERFUND SITE | X | X | X | Undetermined |
| ACCOUNT NO. <br> AUSTIN INDUSTRIAL, INC. <br> PO BOX 87888 <br> HOUSTON, TX 77287-7888 | | | Potential Responsible Party - Site: SONICS INTERNATIONAL, INC. STATE SUPERFUND SITE | X | X | X | Undetermined |
| ACCOUNT NO. <br> AXON SOLUTIONS INC <br> 15 EXCHANGE PLACE <br> SUITE 730 <br> JERSEY CITY, NJ 07302 | | | Trade Payable | | | | $82,258.00 |
| ACCOUNT NO. <br> AXWAY INC <br> DEP 0469 <br> PO BOX 120469 <br> DALLAS, TX 75315-0469 | | | Trade Payable | | | | $24,135.00 |
| ACCOUNT NO. <br> AZTEC MANUFACTURING CO. <br> PO BOX 668 <br> 400 NORTH TARRANT <br> CROWLEY, TX 76036 | | | Potential Responsible Party - Site: SONICS INTERNATIONAL, INC. STATE SUPERFUND SITE | X | X | X | Undetermined |
| ACCOUNT NO. <br> BARNES GROUP INC. <br> 123 MAIN STREET <br> BRISTOL, CT 06010 | | | Potential Responsible Party - Site: SONICS INTERNATIONAL, INC. STATE SUPERFUND SITE | X | X | X | Undetermined |

Sheet no. _4_ of _57_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 106,393.00

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)