**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

**EFH INDENTURE TRUSTEE'S AMENDED NOTICE OF DEPOSITION
OF DEBTORS PURSUANT TO FED. R. BANKR. PRO. 30(B)(6)**

PLEASE TAKE NOTICE that American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "<u>EFH Indenture Trustee</u>") by and through its attorneys of record, will take the oral and videotaped deposition of the above-referenced debtors (the "Debtors") regarding the matters identified in **Exhibit A**. The deposition will take place beginning at 10:00 a.m. on a date to be agreed upon, at the offices of Nixon Peabody, LLP, 437 Madison Avenue, New York, New York, 10022, or at another location and time agreed upon by the parties, before an officer authorized to administer oaths and shall continue from day to day until completed.

Pursuant to Federal Rule of Civil Procedure 30(b)(6) as made applicable to these proceedings by Fed. Bankr. R. P. 7030, the Debtors are obligated to designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf concerning the matters set forth in Exhibit A. No later than five business days prior to the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

1

4846-6476-8809.10

deposition, EFH is requested to set forth in writing the identity of each witness that will testify in response to this notice and the matters on which each witness will testify.

This deposition shall be upon oral examination before an officer or person as provided in Federal Rule of Civil Procedure 28 as made applicable to these proceedings by Fed. Bankr. R. P. 7028 and shall be recorded by stenographic and video means. This deposition may be used for any purpose permitted under Federal Rule of Civil Procedure 32 as made applicable to these proceedings by Fed. Bankr. R. P. 7032 and any other applicable and local rules.

Dated: Wilmington, DE
November 10, 2015

**CROSS & SIMON, LLC**

By: /s/ *Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

4846-6476-8809.10