**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 6463, 6596, 6599**<br><br>Hearing Date:  To be determined<br>Objection Deadline:  To be determined |

**RE-NOTICE OF (I) "OBJECTION OF ENERGY FUTURE HOLDINGS
CORP. TO PROOFS OF CLAIM 6524-6733, 7477, 7478 AND 7479 FILED BY
AMERICAN STOCK TRANSFER & TRUST CO. AS INDENTURE TRUSTEE
FOR EFH LEGACY NOTES" [D.I. 6463]; (II) "OBJECTION OF ENERGY
FUTURE HOLDINGS CORP.,** *ET AL.***, TO PROOFS OF CLAIM 7475, 7480, 7481,
AND 6874-6943 FILED BY AMERICAN STOCK TRANSFER & TRUST CO.
AS INDENTURE TRUSTEE FOR THE EFH LBO NOTES" [D.I. 6596];
AND (III) "OBJECTION OF ENERGY FUTURE HOLDINGS CORP.,** *ET AL.***,
TO PROOFS OF CLAIM 7476, 7482, AND 6734-6873 FILED BY AMERICAN
STOCK TRANSFER & TRUST CO. AS INDENTURE TRUSTEE FOR THE
EFH UNEXCHANGED NOTES" [D.I. 6599] AND HEARING THEREON**

PLEASE TAKE NOTICE that, on October 14, 2015, Energy Future Holdings Corp. ("EFH Corp.") filed the *Objection of Energy Future Holdings Corp. to Proofs of Claim 6524-6733, 7477, 7478 and 7479 Filed By American Stock Transfer & Trust Co. As Indenture Trustee for EFH Legacy Notes* [D.I. 6463] (the "EFH Legacy Notes Claim Objection") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  **You were previously served with a copy of the EFH Legacy Notes Claim Objection**.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13291958v.1

PLEASE TAKE FURTHER NOTICE THAT, on October 23, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Objection of Energy Future Holdings Corp., et al., to Proofs of Claim 7475, 7480, 7481, and 6874-6943 Filed By American Stock Transfer & Trust Co. As Indenture Trustee for the EFH LBO Notes* [D.I. 6596] (the "EFH LBO Notes Claim Objection") with the Bankruptcy Court. **You were previously served with a copy of the EFH LBO Notes Claim Objection**.

PLEASE TAKE FURTHER NOTICE THAT, on October 23, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Objection of Energy Future Holdings Corp., et al., to Proofs of Claim 7476, 7482, and 6734-6873 Filed By American Stock Transfer & Trust Co. As Indenture Trustee for the EFH Unexchanged Notes* [D.I. 6599] (the "EFH Unexchanged Notes Claim Objection", and together with the EFH Legacy Notes Claim Objection and the EFH LBO Notes Claim Objection, the "Claims Objections") with the Bankruptcy Court. **You were previously served with a copy of the EFH Unexchanged Notes Claim Objection**.

PLEASE TAKE FURTHER NOTICE that, **notwithstanding any prior notice(s) to the contrary**, any responses or objections to any of the Claims Objections must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the Debtors or EFH Corp., as applicable, on or before **a date and time to be determined (the "Objection Deadline")**.

PLEASE TAKE FURTHER NOTICE that, **notwithstanding any prior notice(s) to the contrary**, if an objection is timely filed, served and received in connection with any of the Claims Objections, and such objection is not otherwise timely resolved, a hearing to consider

3

such objection(s) and the Claims Objections will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **a date and time to be determined (the "Hearing")**.  **You will receive additional notice of the Claims Objections once a Hearing is scheduled, and the Objection Deadline is fixed in connection with the Claims Objections**.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated:  November 11, 2015<br>　　　　Wilmington, Delaware | */s/ Jason M. Madron* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:　(302) 651-7700
Facsimile:　(302) 651-7701
Email:　collins@rlf.com
　　　　defranceschi@rlf.com
　　　　madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:　(212) 446-4800
Facsimile:　(212) 446-4900
Email:　edward.sassower@kirkland.com
　　　　stephen.hessler@kirkland.com
　　　　brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:　(312) 862-2000
Facsimile:　(312) 862-2200
Email:　james.sprayregen@kirkland.com
　　　　marc.kieselstein@kirkland.com
　　　　chad.husnick@kirkland.com
　　　　steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 13291958v.1

Dated: November 11, 2015
     Wilmington, Delaware           */s/ David M. Klauder*
                                            **BIELLI & KLAUDER, LLC**
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, Delaware 19801
Telephone:   (302) 803-4600
Facsimile:   (302) 397-2557
Email:   dklauder@bk-legal.com

-and-

**PROSKAUER ROSE LLP**
Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, Illinois 60602
Telephone:   (312) 962-3550
Facsimile:   (312) 962-3551
Email:   jmarwil@proskauer.com
             mthomas@proskauer.com
             pyoung@proskauer.com

*Co-Counsel to the Debtor Energy Future Holdings Corp.*