IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION
### (RE: D.I. 6617)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to *Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Bielli & Klauder, LLC as Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to October 1, 2015* (the "Application") (D.I. 6617), which was filed on October 23, 2015. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleadings to the Application appears thereon. Pursuant to the Notice of Application (D.I. 6617-5), objections to the Application were to be filed and served no later than November 6, 2015.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

|  |  |
|---|---|
|  | **BIELLI & KLAUDER, LLC** |
| Dated: November 11, 2015 | */s/ David M. Klauder* |
|  | David M. Klauder (No. 5769) |
|  | 1204 N. King Street |
|  | Wilmington, DE  19801 |
|  | Telephone: (302) 803-4600 |
|  | Facsimile: (302) 397-2557 |
|  | dklauder@bk-legal.com |
|  |  |
|  | and |
|  |  |
|  | **PROSKAUER ROSE LLP** |
|  |  |
|  | Jeff J. Marwil (admitted *pro hac vice*) |
|  | Mark K. Thomas (admitted *pro hac vice*) |
|  | Peter J. Young (admitted *pro hac vice*) |
|  | Three First National Plaza |
|  | 70 W. Madison Street, Suite 3800 |
|  | Chicago, IL 60602 |
|  | Phone:  (312) 962-3550 |
|  | Fax:  (312) 962-3551 |
|  | jmarwil@proskauer.com |
|  | mthomas@proskauer.com |
|  | pyoung@proskauer.com |
|  |  |
|  | *Co-Counsel to the Debtor* |
|  | *Energy Future Holdings Corp.* |