## EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Chapter 11 General and Administrative | 6.30 | 7,560.00 |
| Plan and Disclosure | 631.40 | 356,070.00 |
| Tax Issues | 8.50 | 7,162.00 |
| **TOTAL** | **646.20** | **$370,792.00** |