# EXHIBIT B

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1200 | 54.60 | 65,520.00 |
| Andrew Needham | Partner | 1995 | Tax | 1200 | 2.30 | 2,760.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1180 | 51.10 | 60,298.00 |
|  |  |  |  |  |  |  |
| Trevor Broad | Associate | 2009 | Litigation | 800 | 62.50 | 50,000.00 |
| Antje Hagena | Associate | 2015 | Tax | 695 | 6.20 | 4,402.00 |
|  |  |  |  |  |  |  |
| T. Gorman | Disc. Sp. Attny | 1999 | Litigation | 465 | 18.30 | 8,509.50 |
| K. Morgan | Disc. Sp. Attny | 1999 | Litigation | 465 | 15.70 | 7,300.50 |
| G. Sant'elia | Disc. Sp. Attny | 1999 | Litigation | 465 | 16.90 | 7,858.50 |
| J. Trautmann | Disc. Sp. Attny | 2001 | Litigation | 465 | 104.60 | 48,639.00 |
| M. Wheeler | Disc. Sp. Attny | 2003 | Litigation | 465 | 84.60 | 39,339.00 |
| K. Dodson-Dobson | Doc Rev Attorney | 2005 | Litigation | 340 | 107.00 | 36,380.00 |
| T. Lloyd | Doc Rev Attorney | 2009 | Litigation | 340 | 24.30 | 8,262.00 |
| E. Gerlando | Doc Rev Attorney | 2007 | Litigation | 340 | 24.30 | 8,262.00 |
| J. Sun | Doc Rev Attorney | 1998 | Litigation | 340 | 18.90 | 6,426.00 |
|  |  |  |  |  |  |  |
| M. Kraus | Litigation Tech Mgr | *not admitted | Technical Litigation Support | 325 | 40.30 | 13,097.50 |
| V. Harper | Litigation Support II | N/A | Technical Litigation Support | 305 | 1.60 | 488.00 |
| Colin Sylvester | Litigation Support | N/A | Technical Litigation Support | 250 | 13.00 | 3,250.00 |
|  |  |  |  |  |  |  |
|  |  |  |  | TOTAL | 646.20 | $370,792.00 |

[[NYCORP:3562669v1:3170F: 11/11/2015--11:48 AM]]
SL1 1391136v1 109285.00005