## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| TRAVEL | 15.00 |
| GROUND TRANSPORTATION | 225.66 |
| EXPENSES INCIDENT TO OVERTIME | 135.08 |
| ULTRAMAR TRAVEL | 1,406.00 |
| CLIENT BUSINESS CONFERENCE DINING | 160.00 |
| OTHER DATABASE RESEARCH | 71.97 |
| COURIER/MAIL SERVICES | <u>32.70</u> |
| TOTAL | $2,046.41 |

[[NYCORP:3562669v1:3170F: 11/11/2015--11:48 AM]]
SL1 1391136v1 109285.00005