**EXHIBIT D**

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00001 | 9/23/2015 | WHEELER, MARISA | DISC. SP. ATTY | EXPENSES INCIDENT TO OVERTIME | 20.00 | SWEB ticket #: 1657649597 - Chili Thai |
| 011205-00001 | 9/30/2015 | FRENCH, BRIAN | ASSOCIATE | OTHER DATABASE RESEARCH | 6.86 | Public document retrieval - Pacer |
| 011205-00001 | 9/30/2015 | SYLVESTER, C | LIT PARA | COURIER/MAIL SERVICES | 32.70 | COURIER/MAIL SERVICES - VENDOR: NY MINUTE MESSENGER |
| 011205-00001 | 9/30/2015 | SYLVESTER, C | LIT PARA | OTHER DATABASE RESEARCH | 16.55 | Public document retrieval - Pacer |
| 011205-00003 | 9/2/2015 | GERLANDO, E | DOC REV ATTY | GROUND TRANSPORTATION | 32.53 | Inv#677292 V#LV1604A122 UNKN M5 -M8 GER 22:45 0.00 Cravath, 825 Eighth Avenue, New York, NY 200 E 87 ST, MANHATTAN, NY NONE |
| 011205-00003 | 9/2/2015 | TRAUTMANN, JOACHIM F. | DISC. SP. ATTY | GROUND TRANSPORTATION | 56.81 | Inv#1049836 V#LV16T4A141 CTG M5 -BKE TRA 22:02 0.00 Cravath, 825 Eighth Avenue, New York, NY VAN BRUNT, BROOKLYN, NY NONE |
| 011205-00003 | 9/2/2015 | WHEELER, MARISA | DISC. SP. ATTY | GROUND TRANSPORTATION | 103.79 | Inv#1049558 V#LV16R4A1AM CTG M5 - WHE 21:53 0.00 Cravath, 825 Eighth Avenue, New York, NY MONTCLAIR, NJ NONE |

7

**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 9/3/2015 | GERLANDO, E | DOC REV ATTY | GROUND TRANSPORTATION | 32.53 | Inv#4331113 V#LV17T3A19E ETG M5 -M8 GER 20:43 0.00 Cravath, 825 Eighth Avenue, New York, NY 200 EAST 87TH STREET, MANHATTAN, NY NONE |
| 011205-00003 | 9/9/2015 | BROAD, TREVOR M. | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 20.00 | SWEB ticket #: 1653005587 - Abace Sushi (9th Ave) |
| 011205-00003 | 9/10/2015 | BROAD, TREVOR M. | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 20.00 | SWEB ticket #: 1653531616 - Just Salad (Worldwide Plaza) |
| 011205-00003 | 9/14/2015 | BROAD, TREVOR M. | ASSOCIATE | ULTRAMAR TRAVEL | 266.00 | Pas: CREMENS,CHARLES, tckt # 0000204061 ULTR TrvlDT: 09/16/15 Class: Premium Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00003 | 9/14/2015 | BROAD, TREVOR M. | ASSOCIATE | ULTRAMAR TRAVEL | 266.00 | Pas: BROAD,TREVOR MO, tckt # 0000204131 ULTR TrvlDT: 09/16/15 Class: Premium Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00003 | 9/14/2015 | DODSON-DOBSON, K | DOC REV ATTY | EXPENSES INCIDENT TO OVERTIME | 11.45 | FLIK 5 ticket 4903669 |

8

**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 9/14/2015 | PASKIN, M A | PARTNER | ULTRAMAR TRAVEL | 266.00 | Pas: PASKIN,MICHAEL, tckt # 0000204051 ULTR TrvlDT: 09/16/15 Class: Premium Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00003 | 9/16/2015 | BROAD, TREVOR M. | ASSOCIATE | ULTRAMAR TRAVEL | 304.00 | Pas: BROAD,TREVOR MO, tckt # 0000204721 ULTR TrvlDT: 09/17/15 Class: Premium Class From: WILMINGTON To: NEW YORK/PENN STA Carrier: AMTRAK |
| 011205-00003 | 9/16/2015 | BROAD, TREVOR M. | ASSOCIATE | ULTRAMAR TRAVEL | 304.00 | Pas: CREMENS,CHARLES, tckt # 0000204741 ULTR TrvlDT: 09/17/15 Class: Premium Class From: WILMINGTON To: NEW YORK/PENN STA Carrier: AMTRAK |
| 011205-00003 | 9/16/2015 | DODSON-DOBSON, K | DOC REV ATTY | EXPENSES INCIDENT TO OVERTIME | 11.98 | FLIK 5 ticket 4904504 |
| 011205-00003 | 9/17/2015 | DODSON-DOBSON, K | DOC REV ATTY | EXPENSES INCIDENT TO OVERTIME | 11.65 | FLIK 5 ticket 4905037 |
| 011205-00003 | 9/19/2015 | DODSON-DOBSON, K | DOC REV ATTY | TRAVEL | 15.00 | PARKING Local TRIP PURPOSE: making only entries in the EFIH privilege log RPT ID: |

**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| | | | | | | 010009603815 |
| 011205-00003 | 9/29/2015 | BROAD, TREVOR M. | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 20.00 | SWEB ticket #: 1659497302 - Abace Sushi (9th Ave) |
| 011205-00003 | 9/30/2015 | BROAD, TREVOR M. | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 20.00 | SWEB ticket #: 1659959377 - Abace Sushi (9th Ave) |
| 011205-00003 | 9/30/2015 | BROAD, TREVOR M. | ASSOCIATE | OTHER DATABASE RESEARCH | 48.56 | Public document retrieval - Pacer |
| 011205-00003 | 9/30/2015 | PASKIN, M A | PARTNER | CLIENT BUSINESS CONFERENCE DINING | 160.00 | Client Business Conf Dining, ticket #: 224237 |
| | | | | | **$2,046.41** | |

10