IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

**NOTICE OF DEPOSITION TO KRISTOPHER MOLDOVAN**
**FOR PHASE II OF CONFIRMATION HEARING**

TO:    Kristopher Mondolvan
       c/o Richards, Layton & Finger
       920 North King Street
       Wilmington, DE 19801
       Attn: Mark D. Collins

       Kirkland & Ellis LLP
       601 Lexington Avenue
       New York, NY 10022
       Attn: Edward O. Sassower, P.C.
             Stephen E. Hessler
             Brian E. Schartz

       Kirkland & Ellis LLP
       300 North LaSalle
       Chicago, IL 60654
       Attn:  James H.M. Sprayregen, P.C.
              Marc Kieselstein, P.C.
              Chad J. Husnick
              Steven N. Serajeddini

   **PLEASE TAKE NOTICE THAT** pursuant to Rules 26 and 30 of the Federal Rules of

Civil Procedure (the "Federal Rules"), made applicable to this proceeding pursuant to Rules

7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

4826-5985-1818.1

and the *Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization* [Docket No. 5771], American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by Energy Future Holdings Corp. ("EFH Corp."), by its undersigned counsel, will take the deposition upon oral examination of **Kristopher Moldovan**, in connection with Phase II of the hearing seeking confirmation of the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 6122] (as it may be amended, modified or supplemented, the "Plan").

**PLEASE TAKE FURTHER NOTICE THAT** the deposition will take place **at a date and time to be determined** by the parties at the offices of Nixon Peabody LLP, 437 Madison Avenue, New York, NY 10022. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated: Wilmington, DE
       November 11, 2015

**CROSS & SIMON, LLC**

By: /s/ *Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

2

4826-5985-1818.1

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

4826-5985-1818.1