# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 11/12/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard Pedone | Nixon Peabody LLP | AST as EFH Indenture Trustee |
| Morgan Nighan | " | " |
| James Edmonson | Venable LLP | PIMCO |
| Amy Kyle | Morgan Lewis | " |
| Kasey DeSantis | Fox Rothschild LLP | TCEH Ad Hoc Group of Unsec. Ndrs |
| John Bird | " | " |
| Tom Lauria | White & Case | " |
| Chris Snow | " | " |
| Natalie (?) Rafinee | MMWL | OFRWud & Ft Committee |
| Natalie J Ramsey | " | " |
| Phil Anker | Wilmer Hale | DTCo |
| Riley Gastin | " | " |
| Norman Pernick | Cole Schotz | " |
| Chris Ward | Polsinelli | TCEH Committee |
| Justin Edelson | Polsinelli | TCEH Committee |
| Brett Miller | MoFo | TCEH Committee |
| Charles Kerr | MoFo | TCEH Committee |
| Todd Goren | MoFo | TCEH Committee |
| Susan Stapleton | EFT | Debtors |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.
Richard L. Schepacarter    OUST-USDOJ    US Trustee
Tom Walper    Munger Tolles Olson    TCEH Debtors
David Primack    McElroy Deutsch Mulvaney Carpenter    TCEH Debtors

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 11/12/15 at 10:00 A.M.

# SIGN-IN SHEET

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Emil Kleinhaus | Wachtell Lipton Rosen + Katz | EFH Equity Owners |
| Gregory Horowitz | Kramer Levin Naftalis Frankel | Second Lien Indenture Trustee |
| Laura Davis Jones | Pachulski Stang Ziehl + Jones | Second Lien Indenture Trustee |
| Ned Schodek | Shearman & Sterling | Deutsche Bank New York |
| Jeremy Ryan | Potter Anderson & Corroon | " |
| R. Stephen McNeill | " | " |
| Stephen Miller | Morris James LLP | Law Debenture of New York Indenture Trustee |
| Daniel Lowenthal | Patterson Belknap | " |
| Darrel Abbott | MNAT | EFH Equity Owners |
| Brian Glueckstein | S&C | EFH Committee |
| Andrew Dietderich | S&C | EFH Committee |
| Howard Cohen | Drinker Biddle | Citibank, DIP Agent |
| David Klauder | Bielli & Klauder | EFH Corp DDs |
| Mark Thomas | Proskauer Rose | " |
| Michael Firestone | " | " |
| Peter Young | " | " |
| Philip Anker | WilmerHale | Del Trust Company, EFIH Trustee |
| Isley Gostin | " | " |
| Andrew McGaan | Kirkland & Ellis | Debtors |
| Natalie Ramsey | MMWR | EFH Committee |
| Mark Sheppard | MMWR | EFH Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 11/12/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alan Kornberg | Paul Weiss Rifkind Wharton & Garrison LLP | Ad Hoc Comm. of TCEH First Lien Creditors |
| Jake Mellerstein | " | " |
| Adam Bernstein | " | " |
| Sol Waite | Young Conaway Stargatt & Taylor LLP | |
| Andrew Sorkin | O'Melveny & Myers LLP | Apollo, Brookfield, Angelo Gordon |
| Ray [illegible] | [illegible] | UMB Bank Indenture Trustee |
| Vincent A. Lazar | Jenner + Block LLP | EFIH Second Lien Conflicts Comm. |
| Joseph H. Huston, Jr. | Stevens & Lee PC | " |
| Arlene Alves | Seward & Kissel LLP | Wilmington Trust Co as TCEH First Lien Agent |
| Mark Kotwick | " | " |
| Michael Joyce | Cross & Simon | Fidelity |
| Gary Kaplan | Paul [illegible] | " |
| Matt Roose | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Calendar Date: 11/12/2015
Calendar Time: 10:00 AM ET

Amended Calendar 11/12/2015 06:38 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7265951 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7181407 | Ashley F. Bartram | (512) 475-4937 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7242520 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7260242 | Mabel Brown - Client | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245640 | Emily A Bussigel | (213) 683-9212 ext. 2428 | Munger, Tolles & Olson LLP | Interested Party, Interested party / Energy Future Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7250905 | Steven H. Church | (302) 661-7606 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7266142 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244960 | Mark A. Cody | (312) 269-4392 | Jones Day | Interested Party, Jones Day / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7239111 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7239278 | Adam M. Denhoff | (212) 373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee of First Lien Lenders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7239635 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Indenture / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7250843 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Interested Party, UMB Bank, N.A., as indenture trustee / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7237613 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, EFH Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244576 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7267205 | David Gringer | (202) 663-6000 | Wilmer Cutler Pickering Hale & Dorr, LLP | Creditor, Delaware Trust Co / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7267219 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7240864 | Christopher Hahn | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citi Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244619 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7236368 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244810 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244596 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7265948 | Matthew W. Kinskey | (202) 887-4516 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7245521 | Charles Koster | (212) 819-7845 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7267217 | Phillip G Laroche | (212) 293-3035 | Guggenheim Securities LLC | Financial Advisor, Guggenheim Securities, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7264701 | Alexander Lees | 212-403-1190 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding, et. al. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7261870 | Carol W. Levy | (212) 307-5500 | Venable LLP | Creditor, PEM Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7265441 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, Citibank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7181275 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7247242 | Tina Moss | (212) 262-6900 | Perkins Coie LLP | Trustee, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7254187 | Morgan Nighan | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |

| Energy Future Holdings Corp. | 14-10979 | Hearing | 7184235 | Brian Pfeiffer | (212) 756-2157 | Schulte Roth & Zabel LLP | Creditor, Centerbridge / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7260350 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7254580 | Meredith Quick | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7265977 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee Of EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7250942 | Erica Richards | (212) 468-8000 | Morrison & Foerster | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7260236 | Rachael Ringer | (212) 715-9106 | Kramer Levin Naftalis & Frankel LLP | Creditor, The Lien Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7208106 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7264790 | Matthew Roose | (212) 859-8029 | Fried, Frank, Harris, Shriver & Jacobson LLP | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7262538 | David Salmons | (202) 739-5651 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7255063 | Jason Satsky | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7265826 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7253371 | Andrea B. Schwartz | 302-573-6491 | Office of the US Trustee | U.S. Trustee, Andrea Schwartz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244905 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7242337 | Richard A. Stieglitz | (212) 701-3393 ext. 00 | Cahill Gordon & Reindel | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7243133 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7184271 | Brian Tong | (212) 756-2159 | Schulte Roth & Zabel LLP | Creditor, Centerbridge / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7241782 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom (Chicago) | Interested Party, Texas Transmission Investment, LLC. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7239300 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7262212 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7267189 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party, Kevin M. Van Dam / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7266644 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7266957 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7236399 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7247273 | Daniel Zazove | 312-324-8605 | Perkins Coie LLP | Interested Party, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7264727 | Steven Zelin | (212) 364-7800 | PJT Partners | Interested Party, PJT Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233261 | David Zylberberg | (212) 558-7881 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 7265702 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |