# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  :
                   : SS.
NEW CASTLE COUNTY  :

    Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 9th day of November, 2015, she caused a copy of the following to be served as indicated on the attached list:

*Monthly Operating Report for the Period September 2015 [Docket No. 6929]*

_____
Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 10th day of November, 2015.

_____
Notary Public

*[Notary Seal: ANN JEROMINSKI, MY COMMISSION EXPIRES DECEMBER 20, 2015, NOTARY PUBLIC, STATE OF DELAWARE]*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13280825v.1

## SERVICE LIST

<u>Via Hand Delivery</u>

Richard Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801