# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: December 3, 2015 at 4:00 p.m. |

## NOTICE OF FEE STATEMENT

**PLEASE TAKE NOTICE** that Guggenheim Securities, LLC (the "**Applicant**") has today filed the attached Eleventh Monthly Fee Statement of Guggenheim Securities, LLC, investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From September 1, 2015 Through September 30, 2015 (the "**Fee Statement**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Administrative Order**") and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

1

19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew R. Vara the acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company (the "**TCEH Committee**"), Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi and Jennifer Marines; (viii) co-counsel to the TCEH Committee, Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attn: Christopher A. Ward; (ix) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; (x) co-counsel to the EFH Committee, Sullivan & Cromwell, LLP, 125 Broad Street, New York, NY

10004-2498, Attn. Judith Fiorini and Alexa Kranzley; (xi) co-counsel to the EFH Committee, Montgomery McCracken, Walker & Rhoads, LLP, 1105 North Market Street, 15th Floor, Wilmington, DE 19801, Attn: Natalie D. Ramsey and Davis Lee Wright; and (xii) the Applicant, Guggenheim Securities, LLC, 330 Madison Avenue, New York, NY 10017, Attn: Ronen Bojmel, by **no later than 4:00 p.m. (Eastern Standard Time) on December 3, 2015** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if any responses or objections to the Fee Statement are timely filed, served and received in accordance with this notice, a hearing on the Fee Statement will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Administrative Order, if no objection to the Fee Statement is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of expenses requested in the Fee Statement or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Fee Statement may be obtained from the Court's website, https://ecf.deb.uscourts.gov for a nominal fee or, free of charge, the website of the Debtors' claims and noticing agent, http://efhcaseinfo.com.

Dated: Wilmington, Delaware
November 12, 2015

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

*/s/ Mark A. Fink*
Mark A. Fink (DE Bar No. 3946)
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
E-mail:   mfink@mmwr.com
          nramsey@mmwr.com
          dwright@mmwr.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Objection Deadline: December 3, 2015 at 4:00 p.m. |

**COVER SHEETS TO ELEVENTH MONTHLY FEE STATEMENT OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| | |
|---|---|
| **Name of Applicant:** | **Guggenheim Securities, LLC** |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. |
| Date of retention: | January 13, 2015<br>*nunc pro tunc* to November 12, 2014 |
| Period for which compensation and reimbursement is sought (the "Fee Period"): | September 1 – September 30, 2015 |
| Compensation sought as actual, reasonable, and necessary: | $200,000.00 (80% of $250,000.00) |
| Expense reimbursement sought as actual, reasonable, and necessary: | $993.94 |

This is a **monthly** fee statement. [2]

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined herein) and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with such orders.

## Prior Statements, Applications and Allowances

| DATE FILED, D.I. | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES | APPROVED FEES | APPROVED EXPENSES |
|---|---|---|---|---|---|
| 1/23/2015 D.I. 3360 | 11/12/2014 – 11/30/2014 | $126,666.67 (80% of $158,333.33) | $25,593.86 | $158,333.33 | $25,381.11 |
| 2/5/2015 D.I. 3457 | 12/1/2014 – 12/31/2014 | $200,000.00 (80% of $250,000.00) | $36,188.68 | $250,000.00 | $35,923.59 |
| 2/26/2015 D.I. 3688 | 1/1/2015 – 1/31/2015 | $200,000.00 (80% of $250,000.00) | $28,260.46 | - | - |
| 3/24/2015 D.I. 3958 | 2/1/2015 – 2/28/2015 | $200,000.00 (80% of $250,000.00) | $21,558.01 | - | - |
| 4/21/2015 D.I. 4236 | 3/1/2015 – 3/31/2015 | $200,000.00 (80% of $250,000.00) | $7,994.34 | - | - |
| 5/21/2015 D.I. 4547 | 4/1/2015 – 4/30/2015 | $200,000.00 (80% of $250,000.00) | $14,044.11 | - | - |
| 6/22/2015 D.I. 4816 | 5/1/2015 – 5/31/2015 | $200,000.00 (80% of $250,000.00) | $7,687.22 | - | - |
| 7/21/2015 D.I. 5064 | 6/1/2015 – 6/30/2015 | $200,000.00 (80% of $250,000.00) | $1,961.32 | - | - |
| 8/21/2015 D.I. 5614 | 7/1/2015 – 7/31/2015 | $200,000.00 (80% of $250,000.00) | $4,298.86 | - | - |
| 9/22/2015 D.I. 6136 | 8/1/2015 – 8/31/2015 | $200,000.00 (80% of $250,000.00) | $5,481.25 | - | - |

## TIME DETAIL BY PROFESSIONAL

## ENERGY FUTURE HOLDINGS CORP., et al
## (Case No. 14-10979 (CSS))

### September 1, 2015 Through September 30, 2015

| Time by Professional | | |
|---|---|---|
| Name | Title | Total Hours |
| Ronen Bojmel | Senior Managing Director | 104.0 |
| Michael Henkin | Senior Managing Director | 87.0 |
| Robert Venerus | Consultant | -- |
| Ofir Nitzan | Vice President | 71.0 |
| Phillip Laroche | Associate | 67.0 |
| David Paulzak | Analyst | 51.5 |
| Total (*) | | 380.5 |

*Hours exclude certain Guggenheim employees (such as consultants, other than Robert Venerus, and legal, administrative, and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

## TIME DETAIL BY PROJECT CATEGORY

## ENERGY FUTURE HOLDINGS CORP., et al
(Case No. 14-10979 (CSS))

### September 1, 2015 Through September 30, 2015

**Time by Category**

| Project Category | Total Hours |
| --- | --- |
| A - Case Administration | - |
| B - Retention and Fee Applications | 20.5 |
| C - Travel | 4.0 |
| D - Court Testimony and Deposition | 19.0 |
| E - Analysis, Presentations and Diligence | 171.5 |
| F - Financing Matters | - |
| G - Mergers and Acquisitions Activity | 3.5 |
| H - Plan of Reorganization Review/Analysis and Negotiations | 56.5 |
| I - Valuation and Recoveries Analysis | 3.0 |
| J - Capital Structure Analysis | - |
| K - Debtor Correspondence | 1.5 |
| L - Committee Correspondence | 91.0 |
| M - Other Creditor Correspondence | 10.0 |
| Total (*) | 380.5 |

*Hours exclude certain Guggenheim employees (such as consultants, other than Robert Venerus, and legal, administrative, and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

# EXPENSE SUMMARY

## ENERGY FUTURE HOLDINGS CORP., et al
### (Case No. 14-10979 (CSS))

### September 1, 2015 Through September 30, 2015

| Expense Summary (*) | Disbursements and Charges | | |
|---|---|---|---|
| | EFH Corp. | EFIH | Total |
| Airfare | $21.95 | $21.95 | $43.90 |
| Hotel | 0.00 | 0.00 | 0.00 |
| Ground Transportation | 424.22 | 424.21 | 848.43 |
| Meals | 50.80 | 50.81 | 101.61 |
| Legal | 0.00 | 0.00 | 0.00 |
| **Total** | **$496.97** | **$496.97** | **$993.94** |

(Allocation of fees is described in paragraph 3 of the monthly fee statement filed together with these cover sheets.)

*Net of voluntary reductions of $19.96, consistent with EFH Fee Committee guidelines for expense reimbursement. See Exhibit A for additional detail.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Objection Deadline: December 3, 2015 at 4:00 p.m. |

## ELEVENTH MONTHLY FEE STATEMENT OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015

Pursuant to sections 327, 328, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. Nunc Pro Tunc to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h)*, dated January 13, 2015 [D.I. 3276] (the "**Retention Order**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**"), the *Stipulation and Order Appointing a Fee Committee* [D.I.

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

1896] (the "**Fee Committee Order**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330, Guggenheim Securities, LLC ("**Guggenheim Securities**"), investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "**EFH Committee**"), files this monthly fee statement (the "**Monthly Fee Statement**") of compensation for professional services and reimbursement for expenses incurred in the amounts described in the cover sheet hereto during the above-captioned period (the "**Fee Period**").

### Itemization of Services Rendered and Expenses Incurred

1. Typical of investment bankers of its kind, Guggenheim Securities is not compensated by the hour, but through a structure of fixed fees and related compensation, such as was approved by the Retention Order. Accordingly, certain information appropriate to consideration of the fee requests of hourly-rate compensated professionals, such as blended rates or maturation, do not exist for Guggenheim Securities.

2. Attached as **Exhibit A** to this Monthly Fee Statement is a detailed listing of Guggenheim Securities' expense records for the Fee Period.

### Proposed Payment Allocation

3. All services for which Guggenheim Securities requests compensation were performed on behalf of the EFH Committee. The EFH Committee represents creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc. and EECI, Inc. Guggenheim Securities' compensation is proposed as a joint and

several expense of each of these estates pursuant to section 328 of the Bankruptcy Code. With respect to the allocation of fees and expenses contemplated by section 2(b) of the Interim Compensation Order, Guggenheim Securities proposes the allocation of the fees and expenses set forth herein equally between (a) Energy Future Holdings Corporation ("**EFH Corp.**") and (b) Energy Future Intermediate Holding Company, LLC ("**EFIH**"):

| Debtors | Time Allocation | Monthly Fee | | Expenses |
| --- | --- | --- | --- | --- |
| | | Total Fees | 80% of Fees | |
| EFH Corp. | 50.0% | $125,000.00 | $100,000.00 | $496.97 |
| EFIH | 50.0% | $125,000.00 | $100,000.00 | $496.97 |
| Total | 100.0% | $250,000.00 | $200,000.00 | $993.94 |

4. To the extent necessary, reallocation of the fees and expenses set forth above will occur in interim and/or final fee applications.

### Reservation of Rights and Notice

5. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Guggenheim Securities reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.

Dated: November 12, 2015

Ronen Bojmel
Senior Managing Director and
Co-head of Restructuring
Guggenheim Securities, LLC

# EXHIBIT A

**Detailed Description of Expenses**

Guggenheim Securities
Expense Details

EXHIBIT A

**GUGGENHEIM SECURITIES, LLC**
**EXPENSE DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

### Expense Details

| Original Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 8/28/2015 | Airfare | $21.95 | $0.00 | $21.95 | Phillip Laroche | GOGOAIR.COM | Gogo in flight internet service used for work related to EFH |
| 8/30/2015 | Airfare | 21.95 | 0.00 | 21.95 | Phillip Laroche | GOGOAIR.COM | Gogo in flight internet service used for work related to EFH |
| 8/27/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 8/31/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 9/1/2015 | Ground Transportation | 97.89 | 0.00 | 97.89 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 9/8/2015 | Ground Transportation | 8.00 | 0.00 | 8.00 | Ronen Bojmel | UBER TECHNOLOGIES INC | Uber ride from office to EFH meeting |
| 9/8/2015 | Ground Transportation | 94.17 | 0.00 | 94.17 | Ronen Bojmel | UBER TECHNOLOGIES INC | Taxi ride from EFH meeting to airport (to drop off EFH executive) back to Guggenheim office |
| 9/8/2015 | Ground Transportation | 11.21 | 0.00 | 11.21 | Ronen Bojmel | UBER TECHNOLOGIES INC | Taxi ride home from meeting with Sullivan & Cromwell |
| 9/21/2015 | Ground Transportation | 9.75 | 0.00 | 9.75 | David Paulzak | NYC-TAXI | Taxi from office to home (after 9pm) |
| 9/24/2015 | Ground Transportation | 460.00 | 0.00 | 460.00 | Ronen Bojmel | AMTRAK TEL2677348584445 | Train tickets for Ronen and Mabel Brown (UCC member) to go to Wilmington, DE for an EFH meeting. |
| 9/29/2015 | Ground Transportation | 12.71 | 0.00 | 12.71 | Robert Ramirez | NYC-TAXI | Taxi from office to home (after midnight night of 9/29) |
| 9/30/2015 | Ground Transportation | 13.24 | 0.00 | 13.24 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi from office to home (after 9pm) |
| 8/31/2015 | Meals | 25.48 | (5.48) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 9/1/2015 | Meals | 24.76 | (4.76) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 9/18/2015 | Meals | 25.45 | (5.45) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 9/19/2015 | Meals | 24.27 | (4.27) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 9/28/2015 | Meals | 6.17 | 0.00 | 6.17 | Ronen Bojmel | HN-DUNKIN ST212 | Coffee for Bojmel and UCC member while traveling |
| 9/28/2015 | Meals | 15.44 | 0.00 | 15.44 | Ronen Bojmel | AMTRAK WILMINGTON #QPS | 1 person - travel lunch |