IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP, *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>RE: D.I. 6781−6783 |

## **NOTICE OF APPEAL**

Appellants the Ad Hoc Group of Non-Settling EFIH PIK Noteholders² appeal under 28 U.S.C. § 158 to the United States District Court for the District of Delaware from the Order of the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.), dated October 30, 2015 [No. 14-10979, Bankr. D.I. 6783] sustaining the EFIH Debtors' Partial Objection to Proof of Claim No. 6347, from the Memorandum Opinions related to that Order [No. 14-10979, Bankr. D.I. 6782 & 6781], and from all other orders, opinions, or decisions merged into the foregoing Order and Memorandum Opinions. True and correct copies of the Order and Memorandum Opinions are attached as Exhibits A, B, and C to this Notice.

The names of all parties to the Order and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

1   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. A complete list of debtors and their respective tax identification numbers may be found at http://www.efhcaseinfo.com.

2   The Ad Hoc Group of Non-Settling EFIH PIK Noteholders is comprised of the following: York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P., and Marathon Asset Management, LP, on behalf of funds and accounts that they each manage or advise.

63182431

| Party | Counsel |
|---|---|
| Appellants | GELLERT SCALI BUSENKELL & BROWN, LLC<br>Mike Busenkell (No. 3933)<br>913 N. Market Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 425-5812<br>Email: mbusenkell@gsbblaw.com<br><br>-and-<br><br>KAYE SCHOLER LLP<br>Scott D. Talmadge (admitted *pro hac vice*)<br>250 West 55th Street<br>New York, NY 10019<br>Telephone: (212) 836-8000<br>Email: scott.talmadge@kayescholer.com |
| UMB Bank, N.A., as Trustee | KLEHR HARRISON HARVEY BRANZBURG LLP<br>Raymond H. Lemisch (No. 4204)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Email: rlemisch@klehr.com<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Ira S. Dizengoff (admitted *pro hac vice*)<br>Abid Qureshi (admitted *pro hac vice*)<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Email: idizengoff@akingump.com<br>           aqureshi@akingump.com<br><br>Scott L. Alberino (admitted *pro hac vice*)<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Email: salberino@akingump.com<br><br>-and- |

63182431                                    2

| Party | Counsel |
|---|---|
| | FOLEY & LARDNER LLP |
| | Harold L. Kaplan (admitted *pro hac vice*) |
| | Mark F. Hebbeln (admitted *pro hac vice*) |
| | Lars A. Peterson (admitted *pro hac vice*) |
| | 321 North Clark Street, Suite 2800 |
| | Chicago, IL 60654-5313 |
| | Telephone: (312) 832-4500 |
| | Email: hkaplan@foley.com |
| |       mhebbeln@foley.com |
| |       lapeterson@foley.com |
| | |
| | Barry G. Felder (admitted *pro hac vice*) |
| | Jonathan H. Friedman (admitted *pro hac vice*) |
| | 90 Park Avenue |
| | New York, NY 10016 |
| | Telephone: (212) 682-7474 |
| | Email: bgfelder@foley.com |
| |       jfriedman@foley.com |
| Andrew R. Vara, Acting United States Trustee | U.S. DEPARTMENT OF JUSTICE |
| | OFFICE OF THE U.S. TRUSTEE |
| | Richard L. Schepacarter |
| | Andrea B. Schwartz |
| | J. Caleb Boggs Federal Building |
| | 844 N. King Street, Room 2207, Lockbox 35 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 573-6491 |
| | Email: Richard.Schepacarter@usdoj.gov |
| |       Andrea.B.Schwartz@usdoj.gov |
| Debtors and Debtors in Possession | RICHARDS, LAYTON & FINGER, P.A. |
| | Mark D. Collins (No. 2981) |
| | Daniel J. DeFranceschi (No. 2732) |
| | Jason M. Madron (No. 4431) |
| | 920 North King Street |
| | Wilmington, DE 19801 |
| | Telephone: (302) 651-7700 |
| | Email: collins@rlf.com |
| |       defranceschi@rlf.com |
| |       madron@rlf.com |
| | |
| | -and- |

| Party | Counsel |
|---|---|
|  | KIRKLAND & ELLIS LLP<br>Edward O. Sassower, P.C. (admitted *pro hac vice*)<br>Stephen E. Hessler (admitted *pro hac vice*)<br>Brian E. Schartz (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Email: edward.sassower@kirkland.com<br>          stephen.hessler@kirkland.com<br>          brian.schartz@kirkland.com<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>Marc Kieselstein, P.C. (admitted *pro hac vice*)<br>Chad J. Husnick (admitted *pro hac vice*)<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Email: james.sprayregen@kirkland.com<br>          marc.kieselstein@kirkland.com<br>          chad.husnick@kirkland.com<br>          steven.serajeddini@kirkland.com |
| Energy Future Holdings Corp. | O'KELLY ERNST & BIELLI, LLC<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 778-4000<br>Email: dklauder@oeblegal.com<br>          sdougherty@oeblegal.com<br><br>-and-<br><br>PROSKAUER ROSE LLP<br>Jeff J. Marwil (admitted *pro hac vice*)<br>Mark K. Thomas (admitted *pro hac vice*)<br>Peter J. Young (admitted *pro hac vice*)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone: (312) 962-3550<br>Email: jmarwil@proskauer.com<br>          mthomas@proskauer.com<br>          pyoung@proskauer.com |

| Party | Counsel |
|---|---|
| Energy Future Intermediate Holding Company LLC | STEVENS & LEE, P.C.<br>Joseph H. Huston, Jr. (No. 4035)<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br>Email: jhh@stevenslee.com<br><br>-and-<br><br>CRAVATH, SWAINE AND MOORE LLP<br>Michael A. Paskin, Esq.<br>Trevor M. Broad, Esq.<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>Email: mpaskin@cravath.com<br>         tbroad@cravath.com<br><br>-and-<br><br>JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>Email: rlevin@jenner.com |
| TCEH Debtors | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>David P. Primack (No. 4449)<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>Email: dprimack@mdmc-law.com<br><br>-and-<br><br>MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper<br>Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100 |

| Party | Counsel |
|---|---|
| | Email: Thomas.Walper@mto.com<br>　　　　Seth.Goldman@mto.com |
| TCEH Official Committee | MORRISON & FOERSTER LLP<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Email: jpeck@mofo.com<br>　　　　brettmiller@mofo.com<br>　　　　lmarinuzzi@mofo.com<br>　　　　tgoren@mofo.com<br><br>-and-<br><br>POLSINELLI PC<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Email: cward@polsinelli.com<br>　　　　jedelson@polsinelli.com<br>　　　　skatona@polsinelli.com |
| The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. | MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>E-mail: nramsey@mmwr.com<br>　　　　msheppard@mmwr.com<br>　　　　mfink@mmwr.com<br><br>-and-<br><br>SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich |


| Party | Counsel |
|---|---|
|  | Steven L. Holley |
|  | Robert J. Giuffra, Jr. |
|  | Brian D. Glueckstein |
|  | 125 Broad Street |
|  | New York, New York 10004 |
|  | Telephone: (212) 558-4000 |
|  | E-mail: dietdericha@sullcrom.com |
|  |       holleys@sullcrom.com |
|  |       giuffrar@sullcrom.com |
|  |       gluecksteinb@sullcrom.com |

Dated: November 12, 2015
Wilmington, Delaware

Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN, LLC

By: _/s/ Michael Busenkell_
Michael Busenkell (No. 3933)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 425-5812
Facsimile:  (302) 425-5814

-and-

KAYE SCHOLER LLP
Scott D. Talmadge, Esq.  (admitted *pro hac vice*)
250 W. 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile:  (212) 836-6540

*Attorneys for the Ad Hoc Group of Non-Settling EFIH PIK Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P. and Marathon Asset Management, LP on behalf of funds and accounts that they each manage or advise*