IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>RE: D.I. 4964, 6783, 6968 |

## MOTION OF AD HOC GROUP OF NON-SETTLING EFIH PIK NOTEHOLDERS TO ALTER OR AMEND ORDER REGARDING EFIH DEBTORS' PARTIAL OBJECTION TO PROOF OF CLAIM NO. 6347

The Ad Hoc Group of Non-Settling EFIH PIK Noteholders,[2] by and through their undersigned attorneys, file this motion ("Motion"), pursuant to Federal Rule of Civil Procedure 59(e), made applicable by Federal Rule of Bankruptcy Procedure 9023, and Federal Rule of Civil Procedure 60(b), made applicable by Federal Rule of Bankruptcy Procedure 9024, to alter or amend the Court's judgment entered by Order dated October 30, 2015 [D.I. 6783] (the "Order"), sustaining the *EFIH Debtors' Partial Objection to Proof of Claim No. 6347* (the "Partial Claim Objection") [D.I. 4964], by entering separate orders in connection with (i) the Memorandum Opinion "disallow[ing] the portion of the PIK Claim seeking an amount for 'premiums, Applicable Premium, prepayment penalties, make-whole premiums, [and/or] call premiums'"

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. A complete list of debtors and their respective tax identification numbers may be found at http://www.efhcaseinfo.com.

[2] The Ad Hoc Group of Non-Settling EFIH PIK Noteholders is comprised of the following: York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P., and Marathon Asset Management, LP, on behalf of funds and accounts that they each manage or advise.

63182413

(the "Call Premium Opinion") [D.I. 6781], and (ii) the Memorandum Opinion addressing the PIK Noteholders' entitlement to post-petition interest (the "Post-Petition Interest Opinion") [D.I. 6782].

In support of this Motion, the Ad Hoc Group of Non-Settling EFIH PIK Noteholders incorporate fully the arguments set forth in the *Motion of UMB Bank, N.A. to Alter or Amend Order Regarding Debtors' Partial Objection to Proof of Claim 6347* [D.I. 6968] (the "UMB Motion"), attached hereto as **Exhibit A**.

WHEREFORE, for the reasons set forth in the UMB Motion and herein, the Ad Hoc Group of Non-Settling EFIH PIK Noteholders respectfully requests that (i) the Court alter or amend the judgment entered by Order by entering separate orders substantially in the forms of Exhibits A and B to the UMB Motion, and (ii) grant any other relief as this Court deems just and proper.

*[Remainder of page intentionally left blank.]*

Dated: November 12, 2015

    Wilmington, Delaware

Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN, LLC

By:   */s/ Michael Busenkell*
     Michael Busenkell (No. 3933)
     913 N. Market Street, 10th Floor
     Wilmington, DE 19801
     Telephone: (302) 425-5812
     Facsimile: (302) 425-5814

-and-

KAYE SCHOLER LLP
Scott D. Talmadge, Esq. (admitted *pro hac vice*)
250 W. 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-6540

*Attorneys for the Ad Hoc Group of Non-Settling EFIH PIK Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P. and Marathon Asset Management, LP on behalf of funds and accounts that they each manage or advise*