IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>RE: D.I. 4964, 6783, 6969 |

## MOTION OF AD HOC GROUP OF NON-SETTLING EFIH PIK NOTEHOLDERS TO SHORTEN NOTICE PERIOD IN CONNECTION WITH MOTION OF AD HOC GROUP OF NON-SETTLING EFIH PIK NOTEHOLDERS TO ALTER OR AMEND ORDER REGARDING EFIH DEBTORS' PARTIAL OBJECTION TO PROOF OF CLAIM NO. 6347

The Ad Hoc Group of Non-Settling EFIH PIK Noteholders,[2] by and through its undersigned attorneys, files this motion (this "Motion"), seeking entry of an order shortening the notice period in connection with the relief requested in the *Motion of Ad Hoc Group of Non-Settling EFIH PIK Noteholders to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim No. 6347* (the "Motion to Amend"), filed contemporaneously herewith.

In support of this Motion, the Ad Hoc Group of Non-Settling EFIH PIK Noteholders incorporates fully the arguments set forth in the *Motion of UMB Bank, N.A. to Shorten Notice*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. A complete list of debtors and their respective tax identification numbers may be found at http://www.efhcaseinfo.com.

[2] The Ad Hoc Group of Non-Settling EFIH PIK Noteholders is comprised of the following: York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P., and Marathon Asset Management, LP, on behalf of funds and accounts that they each manage or advise.

63186854

*Period in Connection with Motion of UMB Bank, N.A. to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim 6347* [D.I. 6969] (the "<u>UMB Motion</u>"), attached hereto as **<u>Exhibit A</u>**.

WHEREFORE, for the reasons set forth in the UMB Motion and herein, the Ad Hoc Group of Non-Settling EFIH PIK Noteholders respectfully requests that the Court (i) shorten the notice and objection period for the Motion to Amend by entering an order substantially in the form of Exhibit A to the UMB Motion, and (ii) grant any other and further relief as this Court deems just and proper.

*[Remainder of page intentionally left blank.]*

Dated: November 12, 2015

    Wilmington, Delaware

Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN, LLC

By:   */s/ Michael Busenkell*
     Michael Busenkell (No. 3933)
     913 N. Market Street, 10th Floor
     Wilmington, DE 19801
     Telephone: (302) 425-5812
     Facsimile:  (302) 425-5814

-and-

KAYE SCHOLER LLP
Scott D. Talmadge, Esq.  (admitted *pro hac vice*)
250 W. 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile:  (212) 836-6540

*Attorneys for the Ad Hoc Group of Non-Settling EFIH PIK Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P. and Marathon Asset Management, LP on behalf of funds and accounts that they each manage or advise*