# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## NOTICE OF SETTLEMENT BETWEEN DEBTORS
## AND FIDELITY MANAGEMENT & RESEARCH COMPANY

**PLEASE TAKE NOTICE** that Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and EFIH Finance Inc. (the "Debtor Parties," and collectively with the other above-captioned debtors and debtors in possession, the "Debtors") have reached an agreement (the "Fidelity Settlement") with certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or one of its affiliates (collectively, "Fidelity") resolving, among other things, outstanding disputes regarding the allowance and treatment (as applicable) under the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122] (the "Plan")[2] of the EFH Legacy Note Claims, EFH LBO Note Claims, and EFIH Second Lien Note Claims held by Fidelity.

**PLEASE TAKE FURTHER NOTICE** that attached hereto are the following documents, which implement the Fidelity Settlement:  (a) the stipulation incorporating the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

RLF1 13346260v.1

Fidelity Settlement as **Exhibit A** (the "Fidelity Claims Stipulation"); (b) a proposed form of order approving the Fidelity Settlement as **Exhibit B** (the "Fidelity Settlement Order"); and (c) amendments to that certain Amended & Restated Plan Support Agreement, dated September 11, 2015 (as amended, the "PSA"), with a conformed version as **Exhibit C** (excluding certain exhibits thereto) and a marked version (excluding certain exhibits thereto) showing changes from the version filed on October 27, 2015 [D.I. 6699] as **Exhibit D**.

**PLEASE TAKE FURTHER NOTICE** that the attached versions of the PSA, the Fidelity Stipulation, the Fidelity Settlement Order, and the Stipulation of Dismissal have been agreed among the Debtors, the Plan Sponsors, the other parties to the PSA, and Fidelity.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Fidelity Settlement Order for approval before The Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801, on **November 19, 2015, at 10:00 a.m. (prevailing Eastern time)**, or such other date and time as directed by the Bankruptcy Court.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: November 12, 2015<br>Wilmington, Delaware | */s/ Joseph C. Barsalona II*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>Joseph C. Barsalona II (No. 6102)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 651-7700<br>Facsimile:    (302) 651-7701<br>Email:          collins@rlf.com<br>                      defranceschi@rlf.com<br>                      madron@rlf.com<br>                      barsalona@rlf.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C. (admitted *pro hac vice*)<br>Stephen E. Hessler (admitted *pro hac vice*)<br>Brian E. Schartz (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          edward.sassower@kirkland.com<br>                      stephen.hessler@kirkland.com<br>                      brian.schartz@kirkland.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>Marc Kieselstein, P.C. (admitted *pro hac vice*)<br>Chad J. Husnick (admitted *pro hac vice*)<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:          james.sprayregen@kirkland.com<br>                      marc.kieselstein@kirkland.com<br>                      chad.husnick@kirkland.com<br>                      steven.serajeddini@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |