# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) ) ENERGY FUTURE HOLDINGS CORP, *et al.*, ) ) Debtors.[1] ) | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Brya M. Keilson, Esquire, hereby certify that on November 13, 2015, I caused a true and correct copy of the **(1)** *Notice of Appeal, (2) Motion of Ad Hoc Group of Non-Settling EFIH PIK Noteholders To Alter Or Amend Order Regarding EFIH Debtors' Partial Objection To Proof of Claim No. 6347, and the (3) Motion of Ad Hoc Group of Non-Settling EFIH PIK Noteholders To Shorten Notice Period In Connection With Motion of Ad Hoc Group of Non-Settling EFIH PIK Noteholders To Alter Or Amend Order Regarding EFIH Debtors' Partial Objection To Proof of Claim No. 6347* to be served via Hand Delivery or Federal Express upon the party listed on the attached service list.

Dated: November 13, 2015                                   */s/Brya M. Keilson*
                                                                                      Brya M. Keilson

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. A complete list of debtors and their respective tax identification numbers may be found at http://www.efhcaseinfo.com.