# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311–1 | User: JudyF | Date Created: 11/13/2015 |
| Case: 14–10979–CSS | Form ID: van440 | Total: 33 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| aty | Abid Qureshi | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036–6745 |
| aty | Andrea Beth Schwartz | U.S. Department of Justice – Office of the U.S. Trustee | U.S. Federal Office Building | 201 Varick Street, Rm 1006 | New York, NY 10065 |
| aty | Barry G. Felder | Foley & Lardner LLP | 90 Park Avenue | New York, NY 10016–1314 |
| aty | Brian Schartz | c/o Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022 |
| aty | Chad J. Husnick | Kirkland & Ellis, LLP | 300 North LaSalle Street | Chicago, IL 60654 |
| aty | Daniel J. DeFranceschi | Richards, Layton & Finger | One Rodney Square, P.O. Box 551 | Wilmington, DE 19899 |
| aty | David M. Klauder | Bielli & Klauder, LLC | 1204 N. King Street | Wilmington, DE 19801 |
| aty | David P. Primack | McElroy Deutsch Mulvaney & Carpenter LLP | 300 Delaware Ave, Suite 770 | Wilmington, DE 19801 |
| aty | Edward O. Sassower | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022 |
| aty | Harold L. Kaplan | Foley & Lardner LLP | 321 North Clark Street | Suite 2800 | Chicago, IL 60654 |
| aty | Ira S. Dizengoff | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 |
| aty | James H.M. Sprayregen | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022 |
| aty | Jason M. Madron | Richards, Layton & Finger, P.A. | One Rodney Square | P.O. Box 551 | Wilmington, DE 19899 |
| aty | Jeff J. Marwil | Proskauer Rose LLP | Three First National Plaza | 70 W. Madison Street   Suite 3800 | Chicago, IL 60602 |
| aty | Joseph H. Huston, Jr. | Stevens & Lee | 919 North Market Street | Suite 1300 | Wilmington, DE 19801 |
| aty | Lars A. Peterson | Foley & Lardner LLP | 321 N. Clark Street, Suite 2800 | Chicago, IL 60654–5313 |
| aty | Marc Kieselstein | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 |
| aty | Mark D. Collins | Richards, Layton & Finger, P.A. | One Rodney Square   920 North King Street | Wilmington, DE 19801 |
| aty | Mark F. Hebbeln | Foley & Lardner LLP | 321 North Clark Street | Suite 2800 | Chicago, IL 60610 |
| aty | Mark K. Thomas | Proskauer Rose LLP | Three First National Plaza | 70 W. Madison Street   Suite 3800 | Chicago, IL 60602 |
| aty | Michael A. Paskin | Cravath, Swaine & Moore LLP | Worldwide Plaza | 825 Eighth Avenue | New York, NY 10019–7475 |
| aty | Richard B. Levin | Cravath, Swaine & Moore LLP | Worldwide Plaza | 825 Eighth Avenue | New York, NY 10019 |
| aty | Richard L. Schepacarter | Office of the United States Trustee | U. S. Department of Justice | 844 King Street, Suite 2207   Lockbox #35 | Wilmington, DE 19801 |
| aty | Scott Alberino | Akin Gump Strauss Hauer & Feld LLP | 1333 New Hampshire Avenue, NW | Washington, DC 20036 |
| aty | Stephen E. Hessler | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022 |
| aty | Steven N. Serajeddini | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 |
| aty | Thomas B. Walper | Munger Tolles & Olson LLP | 355 South Grand Avenue | 35 Floor | Los Angeles, CA 90071 |
| aty | Trevor M Broad | Cravath, Swaine and Moore LLP | Worldwide Plaza | 825 Eighth Avenue | New York, NY 10019–7475 |
| | Raymond H. Lemisch | 919 Market Street | Wilmington, DE 19801 |
| | Shannon J. Dougherty | 910 N. Market Street | Wilmington, DE 19801 |
| | Peter J. Young | Three First National Plaza | 70 W. Madison Street | Suite 3800 | Chicago, IL 60602 |
| | Joseph H. Huston, Jr. | 1105 N. Market Street | Suite 700 | Wilmington, DE 19801 |
| | Richard Levin | 919 Third Avenue | New York, NY 10022–3908 |

TOTAL: 33