# Notice Recipients

| | |
|---|---|
| District/Off: 0311−1 | User: JudyF |
| Case: 14−10979−CSS | Form ID: van440 |

Date Created: 11/13/2015

Total: 34

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| aty | Abid Qureshi | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park    New York, NY 10036−6745 |
| aty | Andrea Beth Schwartz | U.S. Department of Justice − Office of the U.S. Trustee    U.S. Federal Office Building    201 Varick Street, Rm 1006    New York, NY 10065 | |
| aty | Barry G. Felder | Foley & Lardner LLP    90 Park Avenue    New York, NY 10016−1314 | |
| aty | Brian Schartz | c/o Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 | |
| aty | Chad J. Husnick | Kirkland & Ellis, LLP    300 North LaSalle Street    Chicago, IL 60654 | |
| aty | Daniel J. DeFranceschi | Richards, Layton & Finger    One Rodney Square, P.O. Box 551    Wilmington, DE 19899 | |
| aty | David M. Klauder | Bielli & Klauder, LLC    1204 N. King Street    Wilmington, DE 19801 | |
| aty | David P. Primack | McElroy Deutsch Mulvaney & Carpenter LLP    300 Delaware Ave, Suite 770    Wilmington, DE 19801 | |
| aty | Edward O. Sassower | Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 | |
| aty | Harold L. Kaplan | Foley & Lardner LLP    321 North Clark Street    Suite 2800    Chicago, IL 60654 | |
| aty | Ira S. Dizengoff | Akin Gump Strauss Hauer & Feld LLP    One Bryant Park    New York, NY 10036 | |
| aty | James H.M. Sprayregen | Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 | |
| aty | Jason M. Madron | Richards, Layton & Finger, P.A.    One Rodney Square    P.O. Box 551    Wilmington, DE 19899 | |
| aty | Jeff J. Marwil | Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602 | |
| aty | Jonathan H. Friedman | Foley & Lardner LLP    90 Park Avenue    New York, NY 10016 | |
| aty | Joseph H. Huston, Jr. | Stevens & Lee    919 North Market Street    Suite 1300    Wilmington, DE 19801 | |
| aty | Lars A. Peterson | Foley & Lardner LLP    321 N. Clark Street, Suite 2800    Chicago, IL 60654−5313 | |
| aty | Marc Kieselstein | Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 | |
| aty | Mark D. Collins | Richards, Layton & Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801 | |
| aty | Mark F. Hebbeln | Foley & Lardner LLP    321 North Clark Street    Suite 2800    Chicago, IL 60610 | |
| aty | Mark K. Thomas | Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602 | |
| aty | Michael A. Paskin | Cravath, Swaine & Moore LLP    Worldwide Plaza    825 Eighth Avenue    New York, NY 10019−7475 | |
| aty | Michael G. Busenkell | Gellert Scali Busenkell & Brown, LLC    913 N. Market St.    10th Floor    Wilmington, DE 19801 | |
| aty | Peter Jonathon Young | Proskauer Rose LLP    70 W. Madison St.    Suite 3800    Chicago, IL 60602 | |
| aty | Raymond Howard Lemisch | Klehr Harrison Harvey Branzburg LLP    919 N. Market Street    Suite 1000    Wilmington, DE 19801 | |
| aty | Richard B. Levin | Cravath, Swaine & Moore LLP    Worldwide Plaza    825 Eighth Avenue    New York, NY 10019 | |
| aty | Richard L. Schepacarter | Office of the United States Trustee    U. S. Department of Justice    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801 | |
| aty | Scott Alberino | Akin Gump Strauss Hauer & Feld LLP    1333 New Hampshire Avenue, NW    Washington, DC 20036 | |
| aty | Scott D. Talmadge | Kaye Scholer LLP    250 West 55th Street    New York, NY 10019−9710 | |
| aty | Stephen E. Hessler | Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 | |
| aty | Steven N. Serajeddini | Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 | |
| aty | Thomas B. Walper | Munger Tolles & Olson LLP    355 South Grand Avenue    35 Floor    Los Angeles, CA 90071 | |
| aty | Trevor M Broad | Cravath, Swaine and Moore LLP    Worldwide Plaza    825 Eighth Avenue    New York, NY 10019−7475 | |
| | Shannon J. Dougherty | 901 N. Market Street    Suite 1000    Wilmington, DE 19801 | |

TOTAL: 34