# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 6642** |

**NOTICE OF WITHDRAWAL OF JOINDER OF CERTAIN FUNDS AND ACCOUNTS ADVISED OR SUB-ADVISED BY FIDELITY MANAGEMENT & RESEARCH COMPANY OR ITS AFFILIATES TO (A) TRIAL BRIEF AND OMNIBUS OBJECTION OF THE EFH OFFICIAL COMMITTEE TO (I) MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL. TO APPROVE A SETTLEMENT OF LITIGATION CLAIMS AND AUTHORIZE THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE SETTLEMENT AGREEMENT AND (II) CONFIRMATION OF THE FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF HE BANKRUPTCY CODE AND (B) THE EFH INDENTURE TRUSTEE'S OBJECTION AND PRETRIAL BRIEF FOR PHASE I TRIAL REGARDING CONFIRMATION OF FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF <u>ENERGY FUTURE HOLDINGS CORP., *ET AL.*</u>**

PLEASE TAKE NOTICE that on October 23, 2015, certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates ("<u>Fidelity</u>") filed the **Joinder of certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates to (A) Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., et al. to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**Bankruptcy Code and (B) the EFH Indenture Trustee's Objection and Pretrial Brief for Phase I Trial Regarding Confirmation of Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*.** [D.I.6642] (the "<u>Joinder</u>") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that Fidelity hereby withdraws the Joinder.

| | |
|---|---|
| Dated: November 13, 2015<br>Wilmington, Delaware | CROSS & SIMON, LLC<br><br>*/s/ Michael J. Joyce*<br>Michael J. Joyce (No. 4563)<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>Email: mjoyce@crosslaw.com<br><br>-and-<br><br>Brad Eric Scheler<br>Gary L. Kaplan<br>Matthew M. Roose<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>Email: brad.eric.scheler@friedfrank.com<br>          gary.kaplan@friedfrank.com<br>          matthew.roose@friedfrank.com<br><br>*Counsel to certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates* |