# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 11/13/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gregory Horwit | Cromal Levin Naftalis Frankl | Second Lien Indenture TRTR |
| Colin R Robinson | Pachulski Stang Ziehl + Jones | Second Lien Indenture TRTR |
| Todd Emerson | Venable LLP | PIMCO |
| Jeffrey Zebin | " | " |
| Charles Kerr | Morrison & Foerster | TCEH Official Comm |
| Todd Goren | " | " |
| Brett Miller | " | " |
| David Khodes | Brown & Harder | EFH Ad Hoc DDs |
| Mark Thomas | Proskauer Rose | " |
| Michael Firestein | " | " |
| Peter Young | " | " |
| Stephen M. Miller | Morris James LLP | Law Debenture of New York Indenture Tstee |
| Daniel Lowenthal | Patterson Belknap | " |
| Chris Ward | Polsinelli | TCEH Committee |
| Jarrett Vine | Polsinelli | TCEH Committee |
| Brian Hermann Jacob Adleslin and Adam Bernstein | Paul Weiss Rifkind Wharton + Garrison | Ad Hoc Committee of TCEH Unsec |
| Andrew R. Morgan | Young Conaway Stargatt & Taylor | Deutsche Bank New York |
| Ned Schodek | Shearman & Sterling | Deutsche Bank New York |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 11/13/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeremy Ryan | Potter Anderson & Corroon | Deutsche Bank New York |
| R. Stephen McNeill | " | " |
| Mark Shinderman | MKUK? | Covenant Counsel EFIH Chair? |
| ? | ? | " |
| Andrew Sorkin | O'Melveny & Myers LLP | Apollo, Brookfield, Angelo Gordon |
| Philip Anker | Wilmer Hale | Delaware Trust, EFIH 1L Indenture |
| Vincent A Lazar | Jenner+Block LLP | EFIH Special Comfut Trustee |
| Joseph H. Huston, Jr. | Stevens+Lee P.C. | " |
| Ray Busch | Kelly Hansen | SMB Bank, N.A. |
| Harold Kaplan | Foley Lardner | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 11/13/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard L. Schepacarter | US DOJ - OUST | U.S. Trustee |
| Jonathan Marshall | Brown Rudnick | WSFS, Trustee |
| Greg Taylor | Ashby & Geddes | " |
| Don Bernstein | Mktg Venkel Mulvey Carpenter | TCEH Debtors |
| Kevin Allred | Munger Tolles Olsen | " |
| Tom Walper | " | " |
| Howard Cohen | Drinker Biddle + Reath | Citibank DIP Agent |
| Tom Lauria | White + Case | TCEH Ad Hoc Unsec group |
| Chris Shore | " | " |
| John Bird | Fox Rothschild | |
| Emil Kleinhaus | Wachtell Lipton Rosen Katz | EFH Equity Owners |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 11/13/2015
Calendar Time: 10:00 AM ET

1st Revision 1/13/2015 05:03 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7265956 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7268488 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, Contrarian Capital Management, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7181413 | Ashley F. Bartram | (512) 475-4937 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7242524 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7260245 | Mabel Brown - Client | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245643 | Emily A Bussigel | (213) 683-9212 ext. 2428 | Munger, Tolles & Olson LLP | Interested Party, Interested party / Energy Future Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7268849 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244965 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7239112 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7239279 | Adam M. Denhoff | (212) 373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee of First Lien Lenders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7239655 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Indenture / LIVE |

| Case Name | Case Number | Proceeding | ID | Name | Phone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7250844 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Interested Party, UMB Bank, N.A., as indenture trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7237618 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, EFH Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244579 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7269467 | David Gringer | (202) 663-6000 | Wilmer Cutler Pickering Hale & Dorr, LLP | Creditor, Delaware Trust Co / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7267220 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7240874 | Christopher Hahn | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citi Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244621 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7236370 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7268905 | Saf Joshi | (214) 953-6942 | Saf Joshi - In Pro Per/Pro Se | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244821 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244599 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7265959 | Matthew W. Kinskey | (202) 887-4516 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7245526 | Charles Koster | (212) 819-7845 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7267218 | Phillip G Laroche | (212) 293-3035 | Guggenheim Securities LLC | Financial Advisor, Guggenheim Securities, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7264712 | Alexander Lees | 212-403-1190 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding, et. al. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7269309 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, Citibank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7181282 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LIVE |

| Case Name | Case # | Proceeding | CC ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7247245 | Tina Moss | (212) 262-6900 | Perkins Coie LLP | Trustee, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7254195 | Morgan Nighan | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7268209 | Lars A. Peterson | (312) 832-5394 | Foley & Lardner, LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7184236 | Brian Pfeiffer | (212) 756-2157 | Schulte Roth & Zabel LLP | Creditor, Centerbridge / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7260352 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7254616 | Meredith Quick | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7265984 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee Of EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7250954 | Erica Richards | (212) 468-8000 | Morrison & Foerster | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7260241 | Rachael Ringer | (212) 715-9106 | Kramer Levin Naftalis & Frankel LLP | Creditor, The Lien Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7208115 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7264794 | Matthew Roose | (212) 859-8029 | Fried, Frank, Harris, Shriver & Jacobson LLP | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7262556 | David Salmons | (202) 739-5651 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7267391 | Gabriel Sasson | (212) 806-6689 | Stroock & Stroock & Lavan LLP | Interested Party, Stroock & Stroock & Lavan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7255071 | Jason Satsky | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7265846 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7253372 | Andrea B. Schwartz | 302-573-6491 | Office of the US Trustee | U.S. Trustee, Andrea Schwartz / LIVE |

| Case | Type | ID | Name | Phone | Firm | Party |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244912 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7242345 | Richard A. Stieglitz | (212) 701-3393 ext. 00 | Cahill Gordon & Reindel | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7243136 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7184275 | Brian Tong | (212) 756-2159 | Schulte Roth & Zabel LLP | Creditor, Centerbridge / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7241784 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom (Chicago) | Interested Party, Texas Transmission Investment, LLC. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7239303 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7262217 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7269732 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7236400 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7247274 | Daniel Zazove | 312-324-8605 | Perkins Coie LLP | Interested Party, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7264740 | Steven Zelin | (212) 364-7800 | PJT Partners | Interested Party, PJT Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233265 | David Zylberberg | (212) 558-7881 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 7265726 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.