# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) (Jointly Administered) <br> ) |
| Debtors. | ) Re: D.I. 4964 <br> ) <br> ) |

## ORDER SHORTENING NOTICE PERIOD IN CONNECTION WITH RELIEF REQUESTED IN CONNECTION WITH MOTION OF UMB BANK, N.A. TO ALTER OR AMEND ORDER REGARDING EFIH DEBTORS' PARTIAL OBJECTION TO PROOF OF CLAIM 6347

Upon the motion, dated November 12, 2015 (the "Motion"), of UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 (the "PIK Notes" and such holders, the "PIK Noteholders"), for entry of an order pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware shortening the notice period in connection with certain relief requested in the *Motion of UMB Bank, N.A. to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim 6347* ("Motion to Amend") and granting certain related relief, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having determined the relief sought in the Motion is in the best

interests of the Debtors, their estates and creditors, and all parties in interest; and the Court having determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is

ORDERED that the Motion is GRANTED, as set forth herein; and it is further

ORDERED that the hearing to consider the relief requested in the Motion to Amend shall be held on November 25, 2015 at 10:00 a.m. (prevailing Eastern Time); and it is further

ORDERED that written objections to the relief requested the Motion to Amend, if any, shall be filed and served no later than November 20, 2015 at 4:00 p.m. (prevailing Eastern Time); and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

Date: November 13, 2015