IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Related to Docket Nos. 6968 & 6985**<br>)<br>) |

## NOTICE OF HEARING RELATED TO MOTION OF UMB BANK, N.A. TO ALTER OR AMEND ORDER REGARDING EFIH DEBTORS' PARTIAL OBJECTION TO PROOF OF CLAIM 6347

PLEASE TAKE NOTICE that on November 12, 2015, UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 (the "PIK Notes" and such holders, the "PIK Noteholders"), by and through its undersigned counsel filed the Motion to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim 6347 (the "Motion to Amend") (D.I. 6968), which motion was served upon you on November 12, 2014 via electronic mail and federal express.

PLEASE TAKE FURTHER NOTICE that on November 12, 2015, the Trustee by and through its undersigned counsel filed the Motion to Shorten Notice Period in Connection with the Motion to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim 6347 (the "Motion to Shorten") (D.I. 6969), which motion was served upon you on November 12, 2014 via electronic mail and federal express.

PLEASE TAKE FURTHER NOTICE that on November 13, 2015, the Court entered the Order Granting the Motion to Shorten (the "Order") (D.I. 6985), which is being served upon you on November 13, 2014 via electronic mail and federal express.

1

PHIL1 5025364v.1

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, all responses to the Motion to Amend shall be filed with the Court and served upon counsel to the Trustee so as to be received on or before **November 20, 2015 at 4:00 p.m.** The Motion to Amend and any timely filed responses will be heard on **November 25, 2015 at 10:00 a.m.** before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

If you fail to respond in accordance with this Notice, the Court may grant the relief request in the Motion to Amend without further notice or hearing.

Dated: November 13, 2015
Wilmington, Delaware

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000

By: /s/ Raymond H. Lemisch
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Raymond H. Lemisch (No. 4204)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189

**FOLEY & LARDNER LLP**
Harold L. Kaplan (admitted *pro hac vice*)
Mark F. Hebbeln (admitted *pro hac vice*)
Lars A. Peterson (admitted *pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4500

Barry G. Felder (admitted *pro hac vice*)
Jonathan H. Friedman (admitted *pro hac vice*)
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474

*Co-Counsel for UMB BANK, N.A., as Trustee*