IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF SETTLEMENT BETWEEN DEBTORS AND FIDELITY MANAGEMENT & RESEARCH COMPANY

**PLEASE TAKE NOTICE** that, on November 12, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Notice of Settlement Between Debtors and Fidelity Management & Research Company* [D.I. 6976] (the "November 12 Notice").[2]

**PLEASE TAKE FURTHER NOTICE** that attached to the November 12 Notice was, among other things, the proposed Fidelity Settlement Order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto is a revised version of the Fidelity Settlement Order, with a conformed copy as **Exhibit A** and a marked version as **Exhibit B**, showing changes from the version filed with the November 12 Notice.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Fidelity Settlement Order for approval before The Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the November 12 Notice.

Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801, on **November 19, 2015, at 10:00 a.m. (prevailing Eastern time)**, or such other date and time as directed by the Bankruptcy Court.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: November 13, 2015<br>Wilmington, Delaware | */s/ Joseph C. Barsalona II*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>Joseph C. Barsalona II (No. 6102)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email:  collins@rlf.com<br>  defranceschi@rlf.com<br>  madron@rlf.com<br>  barsalona@rlf.com |

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
  stephen.hessler@kirkland.com
  brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
  marc.kieselstein@kirkland.com
  chad.husnick@kirkland.com
  steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*