**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP, *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**RE: D.I. 4964, 6783, 6968, 6969, 6973, 6974** |

**ORDER SHORTENING NOTICE PERIOD IN CONNECTION
WITH RELIEF REQUESTED IN MOTION OF AD HOC GROUP OF
NON-SETTLING EFIH PIK NOTEHOLDERS TO
ALTER OR AMEND ORDER REGARDING EFIH DEBTORS'
PARTIAL OBJECTION TO PROOF OF CLAIM NO. 6347**

Upon the motion, dated November 12, 2015 (the "Motion"), of the Ad Hoc Group of Non-Settling EFIH PIK Noteholders,² for entry of an order pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware shortening the notice period in connection with certain relief requested in the *Motion of Ad Hoc Group of Non-Settling EFIH PIK Noteholders to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim No. 6347* (the "Motion to Amend") and granting certain related relief, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  A complete list of debtors and their respective tax identification numbers may be found at http://www.efhcaseinfo.com.

[2]     The Ad Hoc Group of Non-Settling EFIH PIK Noteholders is comprised of the following:  York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P., and Marathon Asset Management, LP, on behalf of funds and accounts that they each manage or advise.

Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having determined the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest; and the Court having determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is

    ORDERED that the Motion is GRANTED, as set forth herein; and it is further

    ORDERED that the hearing to consider the relief requested in the Motion to Amend shall be held on November 25, 2015 at 10:00 a.m. (EDT); and it is further

    ORDERED that written objections to the relief requested in the Motion to Amend, if any, shall be filed and served no later than November 20, 2015 at 4:00 p.m. (EDT); and it is further

    ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

Date: November __, 2015