# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979-CSS |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Because I no longer practice at McElroy, Deutsch, Mulvaney & Carpenter, LLP, please withdraw my appearance as counsel for TCEH Debtors in the above-captioned matter.

This withdrawal relates solely to my appearance, and is not intended to affect any continuing representation and/or affiliation of McElroy, Deutsch, Mulvaney & Carpenter, LLP, or any of its attorneys, in this matter.

Respectfully Submitted,

Dated: November 13, 2015

/s/ Aaron S. Applebaum
Aaron S. Applebaum, Esq.
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone: (215) 972-8582
Facsimile: (215) 972-1817
Email: aapplebaum@saul.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1799103.1