**Exhibit C**

**Engagement Letters**

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

1700 PACIFIC AVENUE • SUITE 3300
DALLAS, TEXAS 75201-4693
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
NEW YORK

ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS
RIO DE JANEIRO
VITÓRIA

DIRECT DIAL: (214) 969-1468
EMAIL: david.wheat@tklaw.com

June 12, 2006

TXU Corp
Attn: Ms. Carla Howard
1601 Bryan Street, 9-070
Dallas, Texas 75201

> Re: Thompson & Knight Engagement Agreement and Memorandum of Engagement

Dear Ms. Howard:

We would like to acknowledge, for your files and ours, that you have engaged Thompson & Knight LLP ("Thompson & Knight" or the "Firm") to represent TXU Corp in connection with Corporate Tax. Your continued confidence and trust in the Firm is greatly appreciated. As in the past, it is our aim to provide you with effective and efficient legal services.

It is the Firm's practice to enter into written engagement letters with new clients. Since you are an existing client of the Firm, we will not require a new engagement letter. However, we enclose our *Memorandum of Engagement* ("Memorandum") which together with this Engagement Agreement confirms the terms and conditions of our engagement on this matter. If you have any questions about this Engagement Agreement or the Memorandum, or any aspect of our representation of you in this matter, please contact me as soon as possible.

We appreciate the opportunity to represent you in this matter.

Sincerely,

THOMPSON & KNIGHT LLP

R. David Wheat

Enclosure: *Thompson & Knight LLP, MEMORANDUM OF ENGAGEMENT*

508551 000007 DALLAS 2042043.1

Ms. Carla Howard
June 12, 2006
Page 2

# THOMPSON & KNIGHT LLP
# MEMORANDUM OF ENGAGEMENT

Thank you for giving Thompson & Knight LLP ("Thompson & Knight" or the "Firm") an opportunity to represent you. We believe that a successful professional relationship begins with a mutual understanding of expectations about the services we will provide, legal fees, and other important aspects of our representation. Our attorney-client relationship shall be governed by the accompanying Engagement Agreement and this Memorandum of Engagement (collectively the "Engagement Agreement").

1.    DESCRIPTION AND SCOPE OF SERVICES; IDENTIFICATION OF CLIENT

Thompson & Knight is being retained to represent TXU Corp ("you") in connection with Corporate Tax ("matter"). You are our only client in this matter, and we want to clarify that Thompson & Knight does not represent any other person or entity, including individuals who may serve as officers, directors, employees or shareholders of our client.

2.    INFORMATION AND DOCUMENTS

To enable the Firm to provide effective legal services in this matter, it is essential that you agree to disclose to us fully and accurately all material facts pertaining to this matter, and to keep us informed of all developments related to this matter.

The Firm will send copies of correspondence, pleadings and other significant documents or materials related to this matter to your attention, unless you request that these communications be sent to another client representative.

3.    ATTORNEYS HANDLING YOUR REPRESENTATION

One of our attorneys will be assigned the principal responsibility for the handling of this matter. We also anticipate that other attorneys will assist in the representation. The Firm also uses paralegals and legal assistants when we believe their use will reduce legal costs and improve efficiency.

4.    LEGAL FEES AND FEE ESTIMATES

Thompson & Knight's charges for legal services will be based on the Firm's hourly rates for attorneys representing you. The Firm's hourly rates for attorneys and legal assistants are adjusted periodically, normally in January or February of each year.

Clients at times request that we provide estimates of legal fees and expenses to be incurred in a representation. If the Firm provides you, now or in the future, with an estimate of fees and expenses, we will do so only with your understanding and agreement

Ms. Carla Howard
June 12, 2006
Page 3

that fee estimates, by their nature, are inexact and subject to uncertainty. The actual legal fees and expenses in handling this matter may exceed or fall below any estimates.

Thompson & Knight submits statements for legal fees on a monthly basis, or shortly after services are rendered or expenses incurred. Our intent is to keep you informed so that you can regularly monitor the fees and expenses incurred. If you have questions or concerns about the fees and expenses, please contact us promptly. Unless you advise otherwise, the Firm will assume that you generally approve of the level of representation provided in this matter.

5.     COSTS AND EXPENSES

In addition to legal fees, the Firm charges for out-of-pocket costs and expenses incurred in representing you. These costs and expenses include, but are not limited to, filing fees, travel expenses, photocopies, facsimile copies, postage, overnight or special couriers, long distance telephone calls, court reporter costs, deposition fees and expert witness fees. The Firm will not retain any expert witness without prior consultation with you.

Most of these costs and expenses will be included in our monthly statements to you. However, the Firm may forward certain invoices to you for direct payment. Invoices typically forwarded to the client for direct payment include charges of third-party vendors, such as outside copying services, court reporter charges, deposition fees, expert witness fees, and filing service fees. If the out-of-pocket expenses are significant, the Firm may require an expense deposit from you to be held in a designated account for payment of expenses.

6.     PAYMENT OF FEES AND EXPENSES

Thompson & Knight's statements for fees and expenses are due upon receipt, and we expect that our monthly statements will be paid no later than 30 days after receipt. By entering into this Engagement Agreement, you agree to timely payment of the Firm's invoices for fees and expenses related to the representation.

7.     RETAINER

We often require an initial retainer to be deposited in our client retainer account as a guarantee of payment on all outstanding balances owed by you to the Firm. Notwithstanding the retainer, the Firm will continue to issue statements of account to you and expect payment from you monthly.

The retainer does not represent the maximum fees or expenses to be charged by the Firm. We may, in our sole discretion, draw upon the retainer and/or require new or additional retainer sums from you to be placed in our client retainer account.

8.    CONFLICTS

You should be aware that the Firm represents many other companies and individuals. It is possible that during the time the Firm is representing you, some of our present and future clients will have disputes or transactions with you. By entering into this Engagement Agreement, you agree that Thompson & Knight may continue to represent, or may undertake in the future to represent, existing or new clients in any matter that is not substantially related to our work for you even if the interests of such clients in those other matters are directly adverse. The Firm agrees, however, that your prospective consent contained in the preceding sentence shall not apply in any instance where, as a result of our representation of you, we have obtained proprietary or other confidential information of a nonpublic nature, that, if known to such other client, could be used by such client to your material disadvantage in the other matter.

9.    WITHDRAWAL OR TERMINATION

Since Thompson & Knight will be providing professional services, our relationship may be terminated by either of us at any time for any reason, by written notice to the other party.

In particular, Thompson & Knight reserves the right to withdraw from our representation if you should fail to honor the terms of this Engagement Agreement, fail to cooperate or follow our advice on a material matter, or if any fact or circumstance would, in our view, render our continuing representation unlawful, unethical, or ineffective. If the Firm withdraws from further representation, or you terminate the relationship, you and the Firm jointly agree to take any necessary steps, including signing of documents such as pleadings consenting to substitution of counsel.

Expenses and other charges accrued on your behalf up to the date of termination by either the Firm or the client will be payable under the payment terms of this Engagement Agreement.

10.    CONCLUSION OF REPRESENTATION; DISPOSITION OF FILES AND DOCUMENTS

Unless previously terminated, Thompson & Knight's representation of you in this matter will terminate when we send the final statement for services rendered. Thompson & Knight will retain documents you furnish to us in our client files for this matter. Please maintain your own copies of documents you furnish to us.

At the conclusion of this matter (or earlier if appropriate), please advise the Firm as to which, if any, documents you wish us to return to you. Thompson & Knight will also keep copies for our records. The Firm will retain or dispose of any documents or other materials in this matter in accordance with the Firm's record retention policy then in effect.

Ms. Carla Howard
June 12, 2006
Page 5

## 11.  POST-ENGAGEMENT MATTERS

You are engaging Thompson & Knight to provide legal services in connection with a specific matter.  After completion of the matter, changes may occur in the applicable laws or regulations that could have an impact upon your future rights and liabilities.  Unless you specifically engage us in writing to provide additional advice on issues arising from this matter, the Firm will have no continuing obligation to advise you with respect to future legal developments.  Further, unless you and the Firm agree in writing to the contrary, Thompson & Knight will not monitor renewal or notice dates or other deadlines for this matter following the termination or completion of this engagement.

## 12.  GUARANTEE DISCLAIMER

It is important that you understand and accept that the Firm cannot make and has not made any guarantee regarding the outcome of this representation.  Nothing in this Engagement Agreement and no statements by Thompson & Knight staff or attorneys constitutes a promise as to results, or a guarantee. Any statements by the Firm about the outcome of litigation or other legal proceedings are expressions of opinion only.

## 13.  GRIEVANCES

The State Bar of Texas investigates and prosecutes professional misconduct by Texas attorneys.  Although not every complaint against or dispute with an attorney involves professional misconduct, the Office of General Counsel of the State Bar of Texas will provide you with information about how to file a complaint.  For more information, please call 1-800-932-1900.

## 14.  MISCELLANEOUS PROVISIONS

This Engagement Agreement supersedes all prior oral or written agreements regarding Thompson & Knight's representation of you in this matter.  This Agreement can be amended or modified only in writing.  Nothing in this Engagement Agreement is intended or shall be construed as impermissibly waiving or limiting the Firm's or its attorneys' professional obligations to you or to the profession under the Disciplinary Rules of Professional Conduct adopted by the State Bar of Texas or other law, including the Sarbanes-Oxley Act of 2002. This Engagement Agreement shall be binding upon you and the Firm, our respective heirs, executors, legal representatives, successors and assigns.

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET • SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
NEW YORK
SAN ANTONIO

ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS
RIO DE JANEIRO
SÃO PAULO
VITÓRIA

DIRECT DIAL: (214) 969-1187
EMAIL: Mary.McNulty@tklaw.com

May 13, 2009

Carla Howard
Senior Vice President, Tax
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, Texas 75201

Re:     Thompson & Knight Engagement Agreement and Memorandum of Engagement

Dear Carla:

We would like to acknowledge, for your files and ours, that you have engaged Thompson & Knight LLP ("Thompson & Knight" or the "Firm") to represent Energy Future Holdings Corp. in connection with its 1997-2002 tax years. Your continued confidence and trust in the Firm is greatly appreciated. As in the past, it is our aim to provide you with effective and efficient legal services.

It is the Firm's practice to enter into written engagement letters with new clients. Since TXU Corp. is an existing client of the Firm, we will not require a new engagement letter. However, we enclose our *Memorandum of Engagement* ("Memorandum") which together with this Engagement Agreement confirms the terms and conditions of our engagement on this matter. If you have any questions about this Engagement Agreement or the Memorandum, or any aspect of our representation of you in this matter, please contact me as soon as possible.

We appreciate the opportunity to represent you in this matter.

Sincerely,

THOMPSON & KNIGHT LLP

*Thompson & Knight LLP*

Enclosure: *Thompson & Knight LLP, MEMORANDUM OF ENGAGEMENT*

# *THOMPSON & KNIGHT LLP*
# *MEMORANDUM OF ENGAGEMENT*

Thank you for giving Thompson & Knight LLP ("Thompson & Knight" or the "Firm") an opportunity to represent you. We believe that a successful professional relationship begins with a mutual understanding of expectations about the services we will provide, legal fees, and other important aspects of our representation. Our attorney-client relationship shall be governed by the accompanying Engagement Agreement and this Memorandum of Engagement (collectively the "Engagement Agreement").

1.   DESCRIPTION AND SCOPE OF SERVICES; IDENTIFICATION OF CLIENT

Thompson & Knight is being retained to represent Energy Future Holdings Corp. ("you") in connection with your 1997-2002 tax years ("matter"). You are our only client in this matter, and we want to clarify that Thompson & Knight does not represent any other person or entity, including individuals who may serve as officers, directors, employees or shareholders of our client.

2.   INFORMATION AND DOCUMENTS

To enable the Firm to provide effective legal services in this matter, it is essential that you agree to disclose to us fully and accurately all material facts pertaining to this matter, and to keep us informed of all developments related to this matter.

The Firm will send copies of correspondence, pleadings and other significant documents or materials related to this matter to your attention, unless you request that these communications be sent to another client representative.

3.   ATTORNEYS HANDLING YOUR REPRESENTATION

Emily Parker and Mary McNulty will have the principal responsibility for the handling of this matter. We anticipate that other attorneys will assist in the representation. The Firm also uses paralegals and legal assistants when we believe their use will reduce legal costs and improve efficiency.

4.   LEGAL FEES AND FEE ESTIMATES

Thompson & Knight's charges for legal services will be based on the Firm's hourly rates for attorneys representing you. Mary McNulty's current hourly rate is $615, David Wheat's is $650 and Emily Parker's is $780. The Firm's hourly rates for attorneys and legal assistants are adjusted periodically, normally in January or February of each year. The quoted rates reflect our recent 2009 rate increase.

Clients at times request that we provide estimates of legal fees and expenses to be incurred in a representation. If the Firm provides you, now or in the future, with an estimate of fees and expenses, we will do so only with your understanding and agreement that fee estimates, by their

nature, are inexact and subject to uncertainty. The actual legal fees and expenses in handling this matter may exceed or fall below any estimates.

Thompson & Knight submits statements for legal fees on a monthly basis, or shortly after services are rendered or expenses incurred. Our intent is to keep you informed so that you can regularly monitor the fees and expenses incurred. If you have questions or concerns about the fees and expenses, please contact us promptly. Unless you advise otherwise, the Firm will assume that you generally approve of the level of representation provided in this matter.

5.    COSTS AND EXPENSES

In addition to legal fees, the Firm charges for out-of-pocket costs and expenses incurred in representing you. These costs and expenses include, but are not limited to, filing fees, travel expenses, photocopies, facsimile copies, postage, overnight or special couriers, long distance telephone calls, court reporter costs, deposition fees and expert witness fees. The Firm will not retain any expert witness without prior consultation with you.

Most of these costs and expenses will be included in our monthly statements to you. However, the Firm may forward certain invoices to you for direct payment. Invoices typically forwarded to the client for direct payment include charges of third-party vendors, such as outside copying services, court reporter charges, deposition fees, expert witness fees, and filing service fees. If the out-of-pocket expenses are significant, the Firm may require an expense deposit from you to be held in a designated account for payment of expenses.

6.    PAYMENT OF FEES AND EXPENSES

Thompson & Knight's statements for fees and expenses are due upon receipt, and we expect that our monthly statements will be paid no later than 30 days after receipt. By entering into this Engagement Agreement, you agree to timely payment of the Firm's invoices for fees and expenses related to the representation.

7.    RETAINER

We often require an initial retainer to be deposited in our client retainer account as a guarantee of payment on all outstanding balances owed by you to the Firm. We are not currently requesting a retainer for this matter. Instead, the Firm will continue to issue statements of account to you and expect payment from you monthly.

8.    CONFLICTS

You should be aware that the Firm represents many other companies and individuals. It is possible that during the time the Firm is representing you, some of our present and future clients will have disputes or transactions with you. By entering into this Engagement Agreement, you agree that Thompson & Knight may continue to represent, or may undertake in the future to represent, existing or new clients in any matter that is not substantially related to our work for you even if the interests of such clients in those other matters are directly adverse. The Firm agrees,

however, that your prospective consent contained in the preceding sentence shall not apply in any instance where, as a result of our representation of you, we have obtained proprietary or other confidential information of a nonpublic nature, that, if known to such other client, could be used by such client to your material disadvantage in the other matter.

9.    WITHDRAWAL OR TERMINATION

Since Thompson & Knight will be providing professional services, our relationship may be terminated by either of us at any time for any reason, by written notice to the other party.

In particular, Thompson & Knight reserves the right to withdraw from our representation if you should fail to honor the terms of this Engagement Agreement, fail to cooperate or follow our advice on a material matter, or if any fact or circumstance would, in our view, render our continuing representation unlawful, unethical, or ineffective. If the Firm withdraws from further representation, or you terminate the relationship, you and the Firm jointly agree to take any necessary steps, including signing of documents such as pleadings consenting to substitution of counsel.

Expenses and other charges accrued on your behalf up to the date of termination by either the Firm or the client will be payable under the payment terms of this Engagement Agreement.

10.    CONCLUSION OF REPRESENTATION; DISPOSITION OF FILES AND DOCUMENTS

Unless previously terminated, Thompson & Knight's representation of you in this matter will terminate when we send the final statement for services rendered. Thompson & Knight will retain documents you furnish to us in our client files for this matter. Please maintain your own copies of documents you furnish to us.

At the conclusion of this matter (or earlier if appropriate), please advise the Firm as to which, if any, documents you wish us to return to you. Thompson & Knight will also keep copies for our records. The Firm will retain or dispose of any documents or other materials in this matter in accordance with the Firm's record retention policy then in effect.

11.    POST-ENGAGEMENT MATTERS

You are engaging Thompson & Knight to provide legal services in connection with a specific matter. After completion of the matter, changes may occur in the applicable laws or regulations that could have an impact upon your future rights and liabilities. Unless you specifically engage us in writing to provide additional advice on issues arising from this matter, the Firm will have no continuing obligation to advise you with respect to future legal developments. Further, unless you and the Firm agree in writing to the contrary, Thompson & Knight will not monitor renewal or notice dates or other deadlines for this matter following the termination or completion of this engagement.

12.   GUARANTEE DISCLAIMER

It is important that you understand and accept that the Firm cannot make and has not made any guarantee regarding the outcome of this representation.   Nothing in this Engagement Agreement and no statements by Thompson & Knight staff or attorneys constitutes a promise as to results, or a guarantee. Any statements by the Firm about the outcome of litigation or other legal proceedings are expressions of opinion only.

13.   GRIEVANCES

The State Bar of Texas investigates and prosecutes professional misconduct by Texas attorneys.   Although not every complaint against or dispute with an attorney involves professional misconduct, the Office of General Counsel of the State Bar of Texas will provide you with information about how to file a complaint. For more information, please call 1-800-932-1900.

14.   MISCELLANEOUS PROVISIONS

This Engagement Agreement supersedes all prior oral or written agreements regarding Thompson & Knight's representation of you in this matter.  This Agreement can be amended or modified only in writing.  Nothing in this Engagement Agreement is intended or shall be construed as impermissibly waiving or limiting the Firm's or its attorneys' professional obligations to you or to the profession under the Disciplinary Rules of Professional Conduct adopted by the State Bar of Texas or other law, including the Sarbanes-Oxley Act of 2002.  This Engagement Agreement shall be binding upon you and the Firm, our respective heirs, executors, legal representatives, successors and assigns.

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET • SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

DIRECT DIAL: (214) 969-1187
EMAIL: Mary.McNulty@tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
NEW YORK
SAN ANTONIO

ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS
RIO DE JANEIRO
SÃO PAULO
VITÓRIA

May 13, 2009

Carla Howard
Senior Vice President, Tax
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, Texas 75201

Re:     Thompson & Knight Engagement Agreement and Memorandum of Engagement

Dear Carla:

We would like to acknowledge, for your files and ours, that you have engaged Thompson & Knight LLP ("Thompson & Knight" or the "Firm") to represent Energy Future Holdings Corp. in connection with its 2003-2006 tax years. Your continued confidence and trust in the Firm is greatly appreciated. As in the past, it is our aim to provide you with effective and efficient legal services.

It is the Firm's practice to enter into written engagement letters with new clients. Since TXU Corp. is an existing client of the Firm, we will not require a new engagement letter. However, we enclose our *Memorandum of Engagement* ("Memorandum") which together with this Engagement Agreement confirms the terms and conditions of our engagement on this matter. If you have any questions about this Engagement Agreement or the Memorandum, or any aspect of our representation of you in this matter, please contact me as soon as possible.

We appreciate the opportunity to represent you in this matter.

Sincerely,

THOMPSON & KNIGHT LLP

*Thompson & Knight LLP*

Enclosure: *Thompson & Knight LLP, MEMORANDUM OF ENGAGEMENT*

508551 000019 DALLAS 2489545.1

# THOMPSON & KNIGHT LLP
# MEMORANDUM OF ENGAGEMENT

Thank you for giving Thompson & Knight LLP ("Thompson & Knight" or the "Firm") an opportunity to represent you. We believe that a successful professional relationship begins with a mutual understanding of expectations about the services we will provide, legal fees, and other important aspects of our representation. Our attorney-client relationship shall be governed by the accompanying Engagement Agreement and this Memorandum of Engagement (collectively the "Engagement Agreement").

1.   DESCRIPTION AND SCOPE OF SERVICES; IDENTIFICATION OF CLIENT

Thompson & Knight is being retained to represent Energy Future Holdings Corp. ("you") in connection with your 2003-2006 tax years ("matter"). You are our only client in this matter, and we want to clarify that Thompson & Knight does not represent any other person or entity, including individuals who may serve as officers, directors, employees or shareholders of our client.

2.   INFORMATION AND DOCUMENTS

To enable the Firm to provide effective legal services in this matter, it is essential that you agree to disclose to us fully and accurately all material facts pertaining to this matter, and to keep us informed of all developments related to this matter.

The Firm will send copies of correspondence, pleadings and other significant documents or materials related to this matter to your attention, unless you request that these communications be sent to another client representative.

3.   ATTORNEYS HANDLING YOUR REPRESENTATION

David Wheat, Emily Parker and Mary McNulty will have the principal responsibility for the handling of this matter. We anticipate that other attorneys will assist in the representation. The Firm also uses paralegals and legal assistants when we believe their use will reduce legal costs and improve efficiency.

4.   LEGAL FEES AND FEE ESTIMATES

Thompson & Knight's charges for legal services will be based on the Firm's hourly rates for attorneys representing you. Mary McNulty's current hourly rate is $615, David Wheat's is $650 and Emily Parker's is $780. The Firm's hourly rates for attorneys and legal assistants are adjusted periodically, normally in January or February of each year. The quoted rates reflect our recent 2009 rate increase.

Clients at times request that we provide estimates of legal fees and expenses to be incurred in a representation. If the Firm provides you, now or in the future, with an estimate of fees and expenses, we will do so only with your understanding and agreement that fee estimates, by their

nature, are inexact and subject to uncertainty. The actual legal fees and expenses in handling this matter may exceed or fall below any estimates.

Thompson & Knight submits statements for legal fees on a monthly basis, or shortly after services are rendered or expenses incurred. Our intent is to keep you informed so that you can regularly monitor the fees and expenses incurred. If you have questions or concerns about the fees and expenses, please contact us promptly. Unless you advise otherwise, the Firm will assume that you generally approve of the level of representation provided in this matter.

5.    COSTS AND EXPENSES

In addition to legal fees, the Firm charges for out-of-pocket costs and expenses incurred in representing you. These costs and expenses include, but are not limited to, filing fees, travel expenses, photocopies, facsimile copies, postage, overnight or special couriers, long distance telephone calls, court reporter costs, deposition fees and expert witness fees. The Firm will not retain any expert witness without prior consultation with you.

Most of these costs and expenses will be included in our monthly statements to you. However, the Firm may forward certain invoices to you for direct payment. Invoices typically forwarded to the client for direct payment include charges of third-party vendors, such as outside copying services, court reporter charges, deposition fees, expert witness fees, and filing service fees. If the out-of-pocket expenses are significant, the Firm may require an expense deposit from you to be held in a designated account for payment of expenses.

6.    PAYMENT OF FEES AND EXPENSES

Thompson & Knight's statements for fees and expenses are due upon receipt, and we expect that our monthly statements will be paid no later than 30 days after receipt. By entering into this Engagement Agreement, you agree to timely payment of the Firm's invoices for fees and expenses related to the representation.

7.    RETAINER

We often require an initial retainer to be deposited in our client retainer account as a guarantee of payment on all outstanding balances owed by you to the Firm. We are not currently requesting a retainer for this matter. Instead, the Firm will continue to issue statements of account to you and expect payment from you monthly.

8.    CONFLICTS

You should be aware that the Firm represents many other companies and individuals. It is possible that during the time the Firm is representing you, some of our present and future clients will have disputes or transactions with you. By entering into this Engagement Agreement, you agree that Thompson & Knight may continue to represent, or may undertake in the future to represent, existing or new clients in any matter that is not substantially related to our work for you even if the interests of such clients in those other matters are directly adverse. The Firm agrees,

508551 000019 DALLAS 2489545.1

however, that your prospective consent contained in the preceding sentence shall not apply in any instance where, as a result of our representation of you, we have obtained proprietary or other confidential information of a nonpublic nature, that, if known to such other client, could be used by such client to your material disadvantage in the other matter.

9.      WITHDRAWAL OR TERMINATION

Since Thompson & Knight will be providing professional services, our relationship may be terminated by either of us at any time for any reason, by written notice to the other party.

In particular, Thompson & Knight reserves the right to withdraw from our representation if you should fail to honor the terms of this Engagement Agreement, fail to cooperate or follow our advice on a material matter, or if any fact or circumstance would, in our view, render our continuing representation unlawful, unethical, or ineffective. If the Firm withdraws from further representation, or you terminate the relationship, you and the Firm jointly agree to take any necessary steps, including signing of documents such as pleadings consenting to substitution of counsel.

Expenses and other charges accrued on your behalf up to the date of termination by either the Firm or the client will be payable under the payment terms of this Engagement Agreement.

10.      CONCLUSION OF REPRESENTATION; DISPOSITION OF FILES AND DOCUMENTS

Unless previously terminated, Thompson & Knight's representation of you in this matter will terminate when we send the final statement for services rendered. Thompson & Knight will retain documents you furnish to us in our client files for this matter. Please maintain your own copies of documents you furnish to us.

At the conclusion of this matter (or earlier if appropriate), please advise the Firm as to which, if any, documents you wish us to return to you. Thompson & Knight will also keep copies for our records. The Firm will retain or dispose of any documents or other materials in this matter in accordance with the Firm's record retention policy then in effect.

11.      POST-ENGAGEMENT MATTERS

You are engaging Thompson & Knight to provide legal services in connection with a specific matter. After completion of the matter, changes may occur in the applicable laws or regulations that could have an impact upon your future rights and liabilities. Unless you specifically engage us in writing to provide additional advice on issues arising from this matter, the Firm will have no continuing obligation to advise you with respect to future legal developments. Further, unless you and the Firm agree in writing to the contrary, Thompson & Knight will not monitor renewal or notice dates or other deadlines for this matter following the termination or completion of this engagement.

12.    GUARANTEE DISCLAIMER

It is important that you understand and accept that the Firm cannot make and has not made any guarantee regarding the outcome of this representation.  Nothing in this Engagement Agreement and no statements by Thompson & Knight staff or attorneys constitutes a promise as to results, or a guarantee. Any statements by the Firm about the outcome of litigation or other legal proceedings are expressions of opinion only.

13.    GRIEVANCES

The State Bar of Texas investigates and prosecutes professional misconduct by Texas attorneys.  Although not every complaint against or dispute with an attorney involves professional misconduct, the Office of General Counsel of the State Bar of Texas will provide you with information about how to file a complaint.  For more information, please call 1-800-932-1900.

14.    MISCELLANEOUS PROVISIONS

This Engagement Agreement supersedes all prior oral or written agreements regarding Thompson & Knight's representation of you in this matter.  This Agreement can be amended or modified only in writing.  Nothing in this Engagement Agreement is intended or shall be construed as impermissibly waiving or limiting the Firm's or its attorneys' professional obligations to you or to the profession under the Disciplinary Rules of Professional Conduct adopted by the State Bar of Texas or other law, including the Sarbanes-Oxley Act of 2002.  This Engagement Agreement shall be binding upon you and the Firm, our respective heirs, executors, legal representatives, successors and assigns.

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET • SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
NEW YORK
SAN ANTONIO

ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS
RIO DE JANEIRO
SÃO PAULO
VITÓRIA

DIRECT DIAL: (214) 969-1741
EMAIL: Alyson.Outenreath@tklaw.com

August 12, 2009

Andy Fink
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, Texas 75201

Re:   Thompson & Knight Engagement Agreement and Memorandum of Engagement

Dear Andy:

We would like to acknowledge, for your files and ours, that you have engaged Thompson & Knight LLP ("Thompson & Knight" or the "Firm") to represent Energy Future Holdings Corp. in connection with its Texas sales tax. Your continued confidence and trust in the Firm is greatly appreciated. As in the past, it is our aim to provide you with effective and efficient legal services.

It is the Firm's practice to enter into written engagement letters with new clients. Since TXU Corp. is an existing client of the Firm, we will not require a new engagement letter. However, we enclose our *Memorandum of Engagement* ("Memorandum") which together with this Engagement Agreement confirms the terms and conditions of our engagement on this matter. If you have any questions about this Engagement Agreement or the Memorandum, or any aspect of our representation of you in this matter, please contact me as soon as possible.

We appreciate the opportunity to represent you in this matter.

Sincerely,

THOMPSON & KNIGHT LLP

*Thompson & Knight LLP*

Enclosure: *Thompson & Knight LLP, MEMORANDUM OF ENGAGEMENT*

508551 000002 DALLAS 2521117.1

# THOMPSON & KNIGHT LLP
# MEMORANDUM OF ENGAGEMENT

Thank you for giving Thompson & Knight LLP ("Thompson & Knight" or the "Firm") an opportunity to represent you. We believe that a successful professional relationship begins with a mutual understanding of expectations about the services we will provide, legal fees, and other important aspects of our representation. Our attorney-client relationship shall be governed by the accompanying Engagement Agreement and this Memorandum of Engagement (collectively the "Engagement Agreement").

## 1.    DESCRIPTION AND SCOPE OF SERVICES; IDENTIFICATION OF CLIENT

Thompson & Knight is being retained to represent Energy Future Holdings Corp. ("you") in connection with your Texas sales tax ("matter"). You are our only client in this matter, and we want to clarify that Thompson & Knight does not represent any other person or entity, including individuals who may serve as officers, directors, employees or shareholders of our client.

## 2.    INFORMATION AND DOCUMENTS

To enable the Firm to provide effective legal services in this matter, it is essential that you agree to disclose to us fully and accurately all material facts pertaining to this matter, and to keep us informed of all developments related to this matter.

The Firm will send copies of correspondence, pleadings and other significant documents or materials related to this matter to your attention, unless you request that these communications be sent to another client representative.

## 3.    ATTORNEYS HANDLING YOUR REPRESENTATION

Alyson Outenreath will have the principal responsibility for the handling of this matter. We anticipate that other attorneys will assist in the representation. The Firm also uses paralegals and legal assistants when we believe their use will reduce legal costs and improve efficiency.

## 4.    LEGAL FEES AND FEE ESTIMATES

Thompson & Knight's charges for legal services will be based on the Firm's hourly rates for attorneys representing you. Alyson Outenreath's current hourly rate is $460. The Firm's hourly rates for attorneys and legal assistants are adjusted periodically, normally in January or February of each year. The quoted rates reflect our recent 2009 rate increase.

Clients at times request that we provide estimates of legal fees and expenses to be incurred in a representation. If the Firm provides you, now or in the future, with an estimate of fees and expenses, we will do so only with your understanding and agreement that fee estimates, by their nature, are inexact and subject to uncertainty. The actual legal fees and expenses in handling this matter may exceed or fall below any estimates.

1

Thompson & Knight submits statements for legal fees on a monthly basis, or shortly after services are rendered or expenses incurred. Our intent is to keep you informed so that you can regularly monitor the fees and expenses incurred. If you have questions or concerns about the fees and expenses, please contact us promptly. Unless you advise otherwise, the Firm will assume that you generally approve of the level of representation provided in this matter.

5.    COSTS AND EXPENSES

In addition to legal fees, the Firm charges for out-of-pocket costs and expenses incurred in representing you. These costs and expenses include, but are not limited to, filing fees, travel expenses, photocopies, facsimile copies, postage, overnight or special couriers, long distance telephone calls, court reporter costs, deposition fees and expert witness fees. The Firm will not retain any expert witness without prior consultation with you.

Most of these costs and expenses will be included in our monthly statements to you. However, the Firm may forward certain invoices to you for direct payment. Invoices typically forwarded to the client for direct payment include charges of third-party vendors, such as outside copying services, court reporter charges, deposition fees, expert witness fees, and filing service fees. If the out-of-pocket expenses are significant, the Firm may require an expense deposit from you to be held in a designated account for payment of expenses.

6.    PAYMENT OF FEES AND EXPENSES

Thompson & Knight's statements for fees and expenses are due upon receipt, and we expect that our monthly statements will be paid no later than 30 days after receipt. By entering into this Engagement Agreement, you agree to timely payment of the Firm's invoices for fees and expenses related to the representation.

7.    RETAINER

We often require an initial retainer to be deposited in our client retainer account as a guarantee of payment on all outstanding balances owed by you to the Firm. We are not currently requesting a retainer for this matter. Instead, the Firm will continue to issue statements of account to you and expect payment from you monthly.

8.    CONFLICTS

You should be aware that the Firm represents many other companies and individuals. It is possible that during the time the Firm is representing you, some of our present and future clients will have disputes or transactions with you. By entering into this Engagement Agreement, you agree that Thompson & Knight may continue to represent, or may undertake in the future to represent, existing or new clients in any matter that is not substantially related to our work for you even if the interests of such clients in those other matters are directly adverse. The Firm agrees, however, that your prospective consent contained in the preceding sentence shall not apply in any instance where, as a result of our representation of you, we have obtained proprietary or other

2

confidential information of a nonpublic nature, that, if known to such other client, could be used by such client to your material disadvantage in the other matter.

9.    WITHDRAWAL OR TERMINATION

Since Thompson & Knight will be providing professional services, our relationship may be terminated by either of us at any time for any reason, by written notice to the other party.

In particular, Thompson & Knight reserves the right to withdraw from our representation if you should fail to honor the terms of this Engagement Agreement, fail to cooperate or follow our advice on a material matter, or if any fact or circumstance would, in our view, render our continuing representation unlawful, unethical, or ineffective. If the Firm withdraws from further representation, or you terminate the relationship, you and the Firm jointly agree to take any necessary steps, including signing of documents such as pleadings consenting to substitution of counsel.

Expenses and other charges accrued on your behalf up to the date of termination by either the Firm or the client will be payable under the payment terms of this Engagement Agreement.

10.    CONCLUSION OF REPRESENTATION; DISPOSITION OF FILES AND DOCUMENTS

Unless previously terminated, Thompson & Knight's representation of you in this matter will terminate when we send the final statement for services rendered. Thompson & Knight will retain documents you furnish to us in our client files for this matter. Please maintain your own copies of documents you furnish to us.

At the conclusion of this matter (or earlier if appropriate), please advise the Firm as to which, if any, documents you wish us to return to you. Thompson & Knight will also keep copies for our records. The Firm will retain or dispose of any documents or other materials in this matter in accordance with the Firm's record retention policy then in effect.

11.    POST-ENGAGEMENT MATTERS

You are engaging Thompson & Knight to provide legal services in connection with a specific matter. After completion of the matter, changes may occur in the applicable laws or regulations that could have an impact upon your future rights and liabilities. Unless you specifically engage us in writing to provide additional advice on issues arising from this matter, the Firm will have no continuing obligation to advise you with respect to future legal developments. Further, unless you and the Firm agree in writing to the contrary, Thompson & Knight will not monitor renewal or notice dates or other deadlines for this matter following the termination or completion of this engagement.

3

12.    GUARANTEE DISCLAIMER

It is important that you understand and accept that the Firm cannot make and has not made any guarantee regarding the outcome of this representation.    Nothing in this Engagement Agreement and no statements by Thompson & Knight staff or attorneys constitutes a promise as to results, or a guarantee. Any statements by the Firm about the outcome of litigation or other legal proceedings are expressions of opinion only.

13.    GRIEVANCES

The State Bar of Texas investigates and prosecutes professional misconduct by Texas attorneys.    Although not every complaint against or dispute with an attorney involves professional misconduct, the Office of General Counsel of the State Bar of Texas will provide you with information about how to file a complaint.  For more information, please call 1-800-932-1900.

14.    MISCELLANEOUS PROVISIONS

This Engagement Agreement supersedes all prior oral or written agreements regarding Thompson & Knight's representation of you in this matter.  This Agreement can be amended or modified only in writing. Nothing in this Engagement Agreement is intended or shall be construed as impermissibly waiving or limiting the Firm's or its attorneys' professional obligations to you or to the profession under the Disciplinary Rules of Professional Conduct adopted by the State Bar of Texas or other law, including the Sarbanes-Oxley Act of 2002.  This Engagement Agreement shall be binding upon you and the Firm, our respective heirs, executors, legal representatives, successors and assigns.

4

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET • SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

DIRECT DIAL: (214) 969-1741
EMAIL: Alyson.Outenreath@tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
NEW YORK
SAN ANTONIO

ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS
RIO DE JANEIRO
SÃO PAULO
VITÓRIA

March 28, 2011

Carla Howard
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, Texas  75201

Re:    Thompson & Knight Engagement Agreement and Memorandum of Engagement

Dear Carla:

We would like to acknowledge, for your files and ours, that you have engaged Thompson & Knight LLP ("Thompson & Knight" or the "Firm") to represent Energy Future Holdings Corp. in connection with preparation of a tax sharing agreement. Your continued confidence and trust in the Firm is greatly appreciated.  As in the past, it is our aim to provide you with effective and efficient legal services.

It is the Firm's practice to enter into written engagement letters with new clients.  Since TXU Corp. is an existing client of the Firm, we will not require a new engagement letter. However, we enclose our *Memorandum of Engagement* ("Memorandum") which together with this Engagement Agreement confirms the terms and conditions of our engagement on this matter.  If you have any questions about this Engagement Agreement or the Memorandum, or any aspect of our representation of you in this matter, please contact me as soon as possible.

We appreciate the opportunity to represent you in this matter.

Sincerely,

THOMPSON & KNIGHT LLP

_R. Daniel White_

Enclosure: *Thompson & Knight LLP, MEMORANDUM OF ENGAGEMENT*

508551 000022 DALLAS 2724045.1

# THOMPSON & KNIGHT LLP
# MEMORANDUM OF ENGAGEMENT

Thank you for giving Thompson & Knight LLP ("Thompson & Knight" or the "Firm") an opportunity to represent you. We believe that a successful professional relationship begins with a mutual understanding of expectations about the services we will provide, legal fees, and other important aspects of our representation. Our attorney-client relationship shall be governed by the accompanying Engagement Agreement and this Memorandum of Engagement (collectively the "Engagement Agreement").

1.    DESCRIPTION AND SCOPE OF SERVICES; IDENTIFICATION OF CLIENT

Thompson & Knight is being retained to represent Energy Future Holdings Corp. ("you") in connection with your Texas sales tax ("matter"). You are our only client in this matter, and we want to clarify that Thompson & Knight does not represent any other person or entity, including individuals who may serve as officers, directors, employees or shareholders of our client.

2.    INFORMATION AND DOCUMENTS

To enable the Firm to provide effective legal services in this matter, it is essential that you agree to disclose to us fully and accurately all material facts pertaining to this matter, and to keep us informed of all developments related to this matter.

The Firm will send copies of correspondence, pleadings and other significant documents or materials related to this matter to your attention, unless you request that these communications be sent to another client representative.

3.    ATTORNEYS HANDLING YOUR REPRESENTATION

Alyson Outenreath will have the principal responsibility for the handling of this matter. We anticipate that other attorneys will assist in the representation. The Firm also uses paralegals and legal assistants when we believe their use will reduce legal costs and improve efficiency.

4.    LEGAL FEES AND FEE ESTIMATES

Thompson & Knight's charges for legal services will be based on the Firm's hourly rates for attorneys representing you. David Wheat's current hourly rate is $695. The Firm's hourly rates for attorneys and legal assistants are adjusted periodically, normally in January or February of each year. The quoted rates reflect our recent 2011 rate increase.

Clients at times request that we provide estimates of legal fees and expenses to be incurred in a representation. If the Firm provides you, now or in the future, with an estimate of fees and expenses, we will do so only with your understanding and agreement that fee estimates, by their nature, are inexact and subject to uncertainty. The actual legal fees and expenses in handling this matter may exceed or fall below any estimates.

Thompson & Knight submits statements for legal fees on a monthly basis, or shortly after services are rendered or expenses incurred. Our intent is to keep you informed so that you can regularly monitor the fees and expenses incurred. If you have questions or concerns about the fees and expenses, please contact us promptly. Unless you advise otherwise, the Firm will assume that you generally approve of the level of representation provided in this matter.

5.    COSTS AND EXPENSES

In addition to legal fees, the Firm charges for out-of-pocket costs and expenses incurred in representing you. These costs and expenses include, but are not limited to, filing fees, travel expenses, photocopies, facsimile copies, postage, overnight or special couriers, long distance telephone calls, court reporter costs, deposition fees and expert witness fees. The Firm will not retain any expert witness without prior consultation with you.

Most of these costs and expenses will be included in our monthly statements to you. However, the Firm may forward certain invoices to you for direct payment. Invoices typically forwarded to the client for direct payment include charges of third-party vendors, such as outside copying services, court reporter charges, deposition fees, expert witness fees, and filing service fees. If the out-of-pocket expenses are significant, the Firm may require an expense deposit from you to be held in a designated account for payment of expenses.

6.    PAYMENT OF FEES AND EXPENSES

Thompson & Knight's statements for fees and expenses are due upon receipt, and we expect that our monthly statements will be paid no later than 30 days after receipt. By entering into this Engagement Agreement, you agree to timely payment of the Firm's invoices for fees and expenses related to the representation.

7.    RETAINER

We often require an initial retainer to be deposited in our client retainer account as a guarantee of payment on all outstanding balances owed by you to the Firm. We are not currently requesting a retainer for this matter. Instead, the Firm will continue to issue statements of account to you and expect payment from you monthly.

8.    CONFLICTS

You should be aware that the Firm represents many other companies and individuals. It is possible that during the time the Firm is representing you, some of our present and future clients will have disputes or transactions with you. By entering into this Engagement Agreement, you agree that Thompson & Knight may continue to represent, or may undertake in the future to represent, existing or new clients in any matter that is not substantially related to our work for you even if the interests of such clients in those other matters are directly adverse. The Firm agrees, however, that your prospective consent contained in the preceding sentence shall not apply in any instance where, as a result of our representation of you, we have obtained proprietary or other confidential information of a nonpublic nature, that, if known to such other client, could be used by such client to your material disadvantage in the other matter.

508551 000022 DALLAS 2724045.1

9.    WITHDRAWAL OR TERMINATION

Since Thompson & Knight will be providing professional services, our relationship may be terminated by either of us at any time for any reason, by written notice to the other party.

In particular, Thompson & Knight reserves the right to withdraw from our representation if you should fail to honor the terms of this Engagement Agreement, fail to cooperate or follow our advice on a material matter, or if any fact or circumstance would, in our view, render our continuing representation unlawful, unethical, or ineffective.  If the Firm withdraws from further representation, or you terminate the relationship, you and the Firm jointly agree to take any necessary steps, including signing of documents such as pleadings consenting to substitution of counsel.

Expenses and other charges accrued on your behalf up to the date of termination by either the Firm or the client will be payable under the payment terms of this Engagement Agreement.

10.    CONCLUSION OF REPRESENTATION; DISPOSITION OF FILES AND DOCUMENTS

Unless previously terminated, Thompson & Knight's representation of you in this matter will terminate when we send the final statement for services rendered.  Thompson & Knight will retain documents you furnish to us in our client files for this matter.  Please maintain your own copies of documents you furnish to us.

At the conclusion of this matter (or earlier if appropriate), please advise the Firm as to which, if any, documents you wish us to return to you.  Thompson & Knight will also keep copies for our records.  The Firm will retain or dispose of any documents or other materials in this matter in accordance with the Firm's record retention policy then in effect.

11.    POST-ENGAGEMENT MATTERS

You are engaging Thompson & Knight to provide legal services in connection with a specific matter.  After completion of the matter, changes may occur in the applicable laws or regulations that could have an impact upon your future rights and liabilities.  Unless you specifically engage us in writing to provide additional advice on issues arising from this matter, the Firm will have no continuing obligation to advise you with respect to future legal developments.  Further, unless you and the Firm agree in writing to the contrary, Thompson & Knight will not monitor renewal or notice dates or other deadlines for this matter following the termination or completion of this engagement.

12.    GUARANTEE DISCLAIMER

It is important that you understand and accept that the Firm cannot make and has not made any guarantee regarding the outcome of this representation.    Nothing in this Engagement Agreement and no statements by Thompson & Knight staff or attorneys constitutes a promise as to results, or a guarantee. Any statements by the Firm about the outcome of litigation or other legal proceedings are expressions of opinion only.

13.    GRIEVANCES

The State Bar of Texas investigates and prosecutes professional misconduct by Texas attorneys.  Although not every complaint against or dispute with an attorney involves professional misconduct, the Office of General Counsel of the State Bar of Texas will provide you with information about how to file a complaint.  For more information, please call 1-800-932-1900.

14.    MISCELLANEOUS PROVISIONS

This Engagement Agreement supersedes all prior oral or written agreements regarding Thompson & Knight's representation of you in this matter.  This Agreement can be amended or modified only in writing.  Nothing in this Engagement Agreement is intended or shall be construed as impermissibly waiving or limiting the Firm's or its attorneys' professional obligations to you or to the profession under the Disciplinary Rules of Professional Conduct adopted by the State Bar of Texas or other law, including the Sarbanes-Oxley Act of 2002.  This Engagement Agreement shall be binding upon you and the Firm, our respective heirs, executors, legal representatives, successors and assigns.

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

MARY A. MCNULTY

DIRECT DIAL: (214) 969-1187
EMAIL: Mary.McNulty@tklaw.com

ONE ARTS PLAZA
1722 ROUTH STREET • SUITE 1500
DALLAS, TEXAS 75201
214.969.1700
FAX 214.969.1751
www.tklaw.com

AUSTIN
DALLAS
DETROIT
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO

ALGIERS
LONDON
MONTERREY
PARIS

December 20, 2013

Carla Howard
Senior Vice President, Tax
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, Texas 75201

Re:   Thompson & Knight Engagement Agreement and Memorandum of Engagement

Dear Carla:

We would like to acknowledge, for your files and ours, that you have engaged Thompson & Knight LLP ("Thompson & Knight" or the "Firm") to represent Energy Future Holdings Corp. in connection with tax issues relating to its debt restructuring. Your continued confidence and trust in the Firm is greatly appreciated. As in the past, it is our aim to provide you with effective and efficient legal services.

It is the Firm's practice to enter into written engagement letters with new clients. Since TXU Corp. is an existing client of the Firm, we will not require a new engagement letter. However, we enclose our *Memorandum of Engagement* ("Memorandum") which together with this Engagement Agreement confirms the terms and conditions of our engagement on this matter. If you have any questions about this Engagement Agreement or the Memorandum, or any aspect of our representation of you in this matter, please contact me as soon as possible.

We appreciate the opportunity to represent you in this matter.

Sincerely,

THOMPSON & KNIGHT LLP

*Mary A. McNulty*

Enclosure: *Thompson & Knight LLP, MEMORANDUM OF ENGAGEMENT*

508551 000027 8696309.1

# THOMPSON & KNIGHT LLP
# MEMORANDUM OF ENGAGEMENT

Thank you for giving Thompson & Knight LLP ("Thompson & Knight" or the "Firm") an opportunity to represent you. We believe that a successful professional relationship begins with a mutual understanding of expectations about the services we will provide, legal fees, and other important aspects of our representation. Our attorney-client relationship shall be governed by the accompanying Engagement Agreement and this Memorandum of Engagement (collectively the "Engagement Agreement").

1.    DESCRIPTION AND SCOPE OF SERVICES; IDENTIFICATION OF CLIENT

Thompson & Knight is being retained to represent Energy Future Holdings Corp. ("you") in connection with tax issues relating to your debt restructuring ("matter"). You are our only client in this matter, and we want to clarify that Thompson & Knight does not represent any other person or entity, including individuals who may serve as officers, directors, employees or shareholders of our client.

2.    INFORMATION AND DOCUMENTS

To enable the Firm to provide effective legal services in this matter, it is essential that you agree to disclose to us fully and accurately all material facts pertaining to this matter, and to keep us informed of all developments related to this matter.

The Firm will send copies of correspondence, pleadings and other significant documents or materials related to this matter to your attention, unless you request that these communications be sent to another client representative.

3.    ATTORNEYS HANDLING YOUR REPRESENTATION

David Wheat, Emily Parker and Mary McNulty will have the principal responsibility for the handling of this matter. We anticipate that other attorneys will assist in the representation. The Firm also uses paralegals and legal assistants when we believe their use will reduce legal costs and improve efficiency.

4.    LEGAL FEES AND FEE ESTIMATES

Thompson & Knight's charges for legal services will be based on the Firm's hourly rates for attorneys representing you. Beginning January 1, 2014, Mary McNulty's hourly rate will be $705, David Wheat's is $805 and Emily Parker's is $930. The Firm's hourly rates for attorneys and legal assistants are adjusted periodically, normally in January or February of each year.

Clients at times request that we provide estimates of legal fees and expenses to be incurred in a representation. If the Firm provides you, now or in the future, with an estimate of fees and expenses, we will do so only with your understanding and agreement that fee estimates, by their

508551 000027 8696309.1

nature, are inexact and subject to uncertainty. The actual legal fees and expenses in handling this matter may exceed or fall below any estimates.

Thompson & Knight submits statements for legal fees on a monthly basis, or shortly after services are rendered or expenses incurred. Our intent is to keep you informed so that you can regularly monitor the fees and expenses incurred. If you have questions or concerns about the fees and expenses, please contact us promptly. Unless you advise otherwise, the Firm will assume that you generally approve of the level of representation provided in this matter.

5.    COSTS AND EXPENSES

In addition to legal fees, the Firm charges for out-of-pocket costs and expenses incurred in representing you. These costs and expenses include, but are not limited to, filing fees, travel expenses, photocopies, facsimile copies, postage, overnight or special couriers, long distance telephone calls, court reporter costs, deposition fees and expert witness fees. The Firm will not retain any expert witness without prior consultation with you.

Most of these costs and expenses will be included in our monthly statements to you. However, the Firm may forward certain invoices to you for direct payment. Invoices typically forwarded to the client for direct payment include charges of third-party vendors, such as outside copying services, court reporter charges, deposition fees, expert witness fees, and filing service fees. If the out-of-pocket expenses are significant, the Firm may require an expense deposit from you to be held in a designated account for payment of expenses.

6.    PAYMENT OF FEES AND EXPENSES

Thompson & Knight's statements for fees and expenses are due upon receipt, and we expect that our monthly statements will be paid no later than 60 days after receipt. By entering into this Engagement Agreement, you agree to timely payment of the Firm's invoices for fees and expenses related to the representation.

7.    RETAINER

We often require an initial retainer to be deposited in our client retainer account as a guarantee of payment on all outstanding balances owed by you to the Firm. We are not currently requesting a retainer for this matter. Instead, the Firm will continue to issue statements of account to you and expect payment from you monthly.

8.    CONFLICTS

You should be aware that the Firm represents many other companies and individuals. It is possible that during the time the Firm is representing you, some of our present and future clients will have disputes or transactions with you. By entering into this Engagement Agreement, you agree that Thompson & Knight may continue to represent, or may undertake in the future to represent, existing or new clients in any matter that is not substantially related to our work for you even if the interests of such clients in those other matters are directly adverse. The Firm agrees, however, that your prospective consent contained in the preceding sentence shall not apply in any

instance where, as a result of our representation of you, we have obtained proprietary or other confidential information of a nonpublic nature, that, if known to such other client, could be used by such client to your material disadvantage in the other matter.

9.     WITHDRAWAL OR TERMINATION

Since Thompson & Knight will be providing professional services, our relationship may be terminated by either of us at any time for any reason, by written notice to the other party.

In particular, Thompson & Knight reserves the right to withdraw from our representation if you should fail to honor the terms of this Engagement Agreement, fail to cooperate or follow our advice on a material matter, or if any fact or circumstance would, in our view, render our continuing representation unlawful, unethical, or ineffective. If the Firm withdraws from further representation, or you terminate the relationship, you and the Firm jointly agree to take any necessary steps, including signing of documents such as pleadings consenting to substitution of counsel.

Expenses and other charges accrued on your behalf up to the date of termination by either the Firm or the client will be payable under the payment terms of this Engagement Agreement.

10.    CONCLUSION OF REPRESENTATION; DISPOSITION OF FILES AND DOCUMENTS

Unless previously terminated, Thompson & Knight's representation of you in this matter will terminate when we send the final statement for services rendered. Thompson & Knight will retain documents you furnish to us in our client files for this matter. Please maintain your own copies of documents you furnish to us.

At the conclusion of this matter (or earlier if appropriate), please advise the Firm as to which, if any, documents you wish us to return to you. Thompson & Knight will also keep copies for our records. The Firm will retain or dispose of any documents or other materials in this matter in accordance with the Firm's record retention policy then in effect.

11.    POST-ENGAGEMENT MATTERS

You are engaging Thompson & Knight to provide legal services in connection with a specific matter. After completion of the matter, changes may occur in the applicable laws or regulations that could have an impact upon your future rights and liabilities. Unless you specifically engage us in writing to provide additional advice on issues arising from this matter, the Firm will have no continuing obligation to advise you with respect to future legal developments. Further, unless you and the Firm agree in writing to the contrary, Thompson & Knight will not monitor renewal or notice dates or other deadlines for this matter following the termination or completion of this engagement.

12.   GUARANTEE DISCLAIMER

It is important that you understand and accept that the Firm cannot make and has not made any guarantee regarding the outcome of this representation.   Nothing in this Engagement Agreement and no statements by Thompson & Knight staff or attorneys constitutes a promise as to results, or a guarantee. Any statements by the Firm about the outcome of litigation or other legal proceedings are expressions of opinion only.

13.   GRIEVANCES

The State Bar of Texas investigates and prosecutes professional misconduct by Texas attorneys.  Although not every complaint against or dispute with an attorney involves professional misconduct, the Office of General Counsel of the State Bar of Texas will provide you with information about how to file a complaint.  For more information, please call 1-800-932-1900.

14.   MISCELLANEOUS PROVISIONS

This Engagement Agreement supersedes all prior oral or written agreements regarding Thompson & Knight's representation of you in this matter.  This Agreement can be amended or modified only in writing.  Nothing in this Engagement Agreement is intended or shall be construed as impermissibly waiving or limiting the Firm's or its attorneys' professional obligations to you or to the profession under the Disciplinary Rules of Professional Conduct adopted by the State Bar of Texas or other law, including the Sarbanes-Oxley Act of 2002.  This Engagement Agreement shall be binding upon you and the Firm, our respective heirs, executors, legal representatives, successors and assigns.

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET • SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

DIRECT DIAL: (214) 969-1187
EMAIL: Mary.McNulty@tklaw.com

AUSTIN
DALLAS
DETROIT
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO

ALGIERS
LONDON
MONTERREY
PARIS

March 8, 2013

Ms. Carla Howard
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, Texas 75201

Re:    Supplement to Thompson & Knight Engagement Letters

Dear Carla:

This letter supplements our engagement letters with you dated (a) May 13, 2009, for each of the 1997-2002 Tax Years (matter 20) and the 2003-2006 Tax Years (matter 21), (b) May 28, 2011, for the Tax Sharing Agreement (matter 25), and (c) August 12, 2009, for Texas Tax Issues (matter 25, originally referred to as Texas Sales Tax) to set forth our understanding of the retainer that was approved on February 28, 2013, to be effective on March 1, 2013. All other terms and conditions of these engagement letters shall remain in full force and effect.

A retainer is an advance payment that may be applied by us toward amounts you owe the Firm. We have agreed upon a retainer at this time in the amount of $250,000. The Firm will hold the retainer and charge against it monthly for our fees and expenses (with any amount not billed being returned to you). The Firm will provide a monthly detail of all fees and expenses that we charge against the retainer. We expect this retainer to accommodate any disruption for invoices for services performed in March and April 2013. We will revisit the amounts periodically, including at the end of March, to determine if further deposits are necessary. In the event the retainer is insufficient to cover fees and expenses, the Firm will expect payment upon receipt of statements for the balance.

508551 000021 6423743.1

Ms. Carla A. Howard
March 8, 2013
Page 2

Please acknowledge that this letter agreement accurately sets forth the terms of the retainer agreement by signing below and returning one original of the letter agreement to us.

Very truly yours,

*Mary A. McNulty*

Mary A. McNulty

Acknowledged and Agreed:

**Energy Future Holdings Corp.**

By: *Carla A. Howard*
    Carla A. Howard
    Senior Vice President and General Tax Counsel

March 8, 2013

cc:   Emily A. Parker
      R. David Wheat

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET ● SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
DETROIT
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO

ALGIERS
LONDON
MONTERREY
PARIS

DIRECT DIAL: (214) 969-1187
EMAIL: Mary.McNulty@tklaw.com

January 6, 2014

Ms. Carla Howard
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, Texas 75201

Re:    Supplement to Thompson & Knight Engagement Letters

Dear Carla:

This letter supplements our engagement letters with you dated (a) May 13, 2009, for each of the 1997-2002 Tax Years (matter 20) and the 2003-2006 Tax Years (matter 21), (b) May 28, 2011, for the Tax Sharing Agreement (matter 25), (c) August 12, 2009, for Texas Tax Issues (matter 25, originally referred to as Texas Sales Tax), (d) June 12, 2006, for Corporate Tax (matter 7), and (e) December 20, 2013, for Debt Restructuring (matter 27) to set forth our understanding of the replenishment of the retainer that was previously documented by letter dated March 8, 2013. All other terms and conditions of these engagement letters shall remain in full force and effect.

A retainer is an advance payment that may be applied by us toward amounts you owe the Firm. We have agreed upon a retainer at this time in the amount of $250,000. The Firm will hold the retainer and charge against it monthly for our fees and expenses (with any amount not billed being returned to you). The Firm will provide a monthly detail of all fees and expenses that we charge against the retainer. We expect this retainer to accommodate any disruption for invoices for services performed in February and March 2014. We will revisit the amounts periodically, including at the end of March, to determine if further deposits are necessary. In the event the retainer is insufficient to cover fees and expenses, the Firm will expect payment upon receipt of statements for the balance.

Ms. Carla A. Howard
January 6, 2014
Page 2


     Please acknowledge that this letter agreement accurately sets forth the terms of the retainer agreement by signing below and returning one original of the letter agreement to us.

          Very truly yours,


          Mary A. McNulty


Acknowledged and Agreed:


**Energy Future Holdings Corp.**

By: _____
    Carla A. Howard
    Senior Vice President and General Tax Counsel

January 6, 2014



cc:    Emily A. Parker
       R. David Wheat

508551 000021 6423743.2

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET • SUITE 1500
DALLAS, TEXAS 75201
214.969.1700
FAX 214.969.1751
www.tklaw.com

MARY A. MCNULTY

DIRECT DIAL: (214) 969-1187
EMAIL: Mary.McNulty@tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO
————
ALGIERS
LONDON
MONTERREY
PARIS

April 7, 2014

Carl Howard
Senior Vice President, Tax
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, Texas  75201

Re:    Thompson & Knight Engagement Agreement and Memorandum of
Engagement

Dear Carla:

We would like to acknowledge, for your files and ours, that you engaged Thompson &
Knight LLP ("Thompson & Knight" or the "Firm") in 2011 to represent Energy Future Holdings
in connection with its record retention program.  Your continued confidence and trust in the Firm
is greatly appreciated.  As in the past, it is our aim to provide you with effective and efficient
legal services.

It is the Firm's practice to enter into written engagement letters with new clients.  Since
you are an existing client of the Firm, we will not require a new engagement letter.  However, we
enclose our *Memorandum of Engagement* ("Memorandum") which together with this
Engagement Agreement confirms the terms and conditions of our engagement on this matter.  If
you have any questions about this Engagement Agreement or the Memorandum, or any aspect of
our representation of you in this matter, please contact me as soon as possible.

We appreciate the opportunity to represent you in this matter.

Very truly yours,

THOMPSON & KNIGHT LLP

Enclosure: *Thompson & Knight LLP, MEMORANDUM OF ENGAGEMENT*

508551 000026 9638472.1

# THOMPSON & KNIGHT LLP
# MEMORANDUM OF ENGAGEMENT

Thank you for giving Thompson & Knight LLP ("Thompson & Knight" or the "Firm") an opportunity to represent you. We believe that a successful professional relationship begins with a mutual understanding of expectations about the services we will provide, legal fees, and other important aspects of our representation. Our attorney-client relationship shall be governed by the accompanying Engagement Agreement and this Memorandum of Engagement (collectively the "Engagement Agreement").

1.    DESCRIPTION AND SCOPE OF SERVICES; IDENTIFICATION OF CLIENT

Thompson & Knight is being retained to represent Energy Future Holdings ("you") connection with its record retention program ("matter"). You are our only client in this matter, and we want to clarify that Thompson & Knight does not represent any other person or entity, including individuals who may serve as officers, directors, employees or shareholders of our client.

2.    INFORMATION AND DOCUMENTS

To enable the Firm to provide effective legal services in this matter, it is essential that you agree to disclose to us fully and accurately all material facts pertaining to this matter, and to keep us informed of all developments related to this matter.

The Firm will send copies of correspondence, pleadings and other significant documents or materials related to this matter to your attention, unless you request that these communications be sent to another client representative.

3.    ATTORNEYS HANDLING YOUR REPRESENTATION

James Berglund and Meghan Nylin will have the principal responsibility for the handling of this matter. We anticipate that other attorneys will assist in the representation. The Firm also uses paralegals and legal assistants when we believe their use will reduce legal costs and improve efficiency.

4.    LEGAL FEES AND FEE ESTIMATES

Thompson & Knight's charges for legal services will be based on the Firm's hourly rates for attorneys representing you. James Berglund's current hourly rate is $650, and Meghan Nylin's is $430. The Firm's hourly rates for attorneys and legal assistants are adjusted periodically, normally in January or February of each year.

Clients at times request that we provide estimates of legal fees and expenses to be incurred in a representation. If the Firm provides you, now or in the future, with an estimate of fees and expenses, we will do so only with your understanding and agreement that fee estimates,

by their nature, are inexact and subject to uncertainty. The actual legal fees and expenses in handling this matter may exceed or fall below any estimates.

Thompson & Knight submits statements for legal fees on a monthly basis, or shortly after services are rendered or expenses incurred. Our intent is to keep you informed so that you can regularly monitor the fees and expenses incurred. If you have questions or concerns about the fees and expenses, please contact us promptly. Unless you advise otherwise, the Firm will assume that you generally approve of the level of representation provided in this matter.

5.    COSTS AND EXPENSES

In addition to legal fees, the Firm charges for out-of-pocket costs and expenses incurred in representing you. These costs and expenses include, but are not limited to, filing fees, travel expenses, photocopies, facsimile copies, postage, overnight or special couriers, long distance telephone calls, court reporter costs, deposition fees and expert witness fees. The Firm will not retain any expert witness without prior consultation with you.

Most of these costs and expenses will be included in our monthly statements to you. However, the Firm may forward certain invoices to you for direct payment. Invoices typically forwarded to the client for direct payment include charges of third-party vendors, such as outside copying services, court reporter charges, deposition fees, expert witness fees, and filing service fees. If the out-of-pocket expenses are significant, the Firm may require an expense deposit from you to be held in a designated account for payment of expenses.

6.    PAYMENT OF FEES AND EXPENSES

Thompson & Knight's statements for fees and expenses are due upon receipt, and we expect that our monthly statements will be paid no later than 30 days after receipt. By entering into this Engagement Agreement, you agree to timely payment of the Firm's invoices for fees and expenses related to the representation.

7.    RETAINER

We often require an initial retainer to be deposited in our client retainer account as a guarantee of payment on all outstanding balances owed by you to the Firm. We are not currently requesting a retainer for this matter. Instead, the Firm will continue to issue statements of account to you and expect payment from you monthly.

8.    CONFLICTS

You should be aware that the Firm represents many other companies and individuals. It is possible that during the time the Firm is representing you, some of our present and future clients will have disputes or transactions with you. By entering into this Engagement Agreement, you agree that Thompson & Knight may continue to represent, or may undertake in the future to represent, existing or new clients in any matter that is not substantially related to our work for you even if the interests of such clients in those other matters are directly adverse. The Firm agrees, however, that your prospective consent contained in the preceding sentence shall

not apply in any instance where, as a result of our representation of you, we have obtained proprietary or other confidential information of a nonpublic nature, that, if known to such other client, could be used by such client to your material disadvantage in the other matter.

9.      WITHDRAWAL OR TERMINATION

Since Thompson & Knight will be providing professional services, our relationship may be terminated by either of us at any time for any reason, by written notice to the other party.

In particular, Thompson & Knight reserves the right to withdraw from our representation if you should fail to honor the terms of this Engagement Agreement, fail to cooperate or follow our advice on a material matter, or if any fact or circumstance would, in our view, render our continuing representation unlawful, unethical, or ineffective. If the Firm withdraws from further representation, or you terminate the relationship, you and the Firm jointly agree to take any necessary steps, including signing of documents such as pleadings consenting to substitution of counsel.

Expenses and other charges accrued on your behalf up to the date of termination by either the Firm or the client will be payable under the payment terms of this Engagement Agreement.

10.     CONCLUSION OF REPRESENTATION; DISPOSITION OF FILES AND DOCUMENTS

Unless previously terminated, Thompson & Knight's representation of you in this matter will terminate when we send the final statement for services rendered. Thompson & Knight will retain documents you furnish to us in our client files for this matter. Please maintain your own copies of documents you furnish to us.

At the conclusion of this matter (or earlier if appropriate), please advise the Firm as to which, if any, documents you wish us to return to you. Thompson & Knight will also keep copies for our records. The Firm will retain or dispose of any documents or other materials in this matter in accordance with the Firm's record retention policy then in effect.

11.     POST-ENGAGEMENT MATTERS

You are engaging Thompson & Knight to provide legal services in connection with a specific matter. After completion of the matter, changes may occur in the applicable laws or regulations that could have an impact upon your future rights and liabilities. Unless you specifically engage us in writing to provide additional advice on issues arising from this matter, the Firm will have no continuing obligation to advise you with respect to future legal developments. Further, unless you and the Firm agree in writing to the contrary, Thompson & Knight will not monitor renewal or notice dates or other deadlines for this matter following the termination or completion of this engagement.

508551 000026 9638472.1

12.   GUARANTEE DISCLAIMER

It is important that you understand and accept that the Firm cannot make and has not made any guarantee regarding the outcome of this representation. Nothing in this Engagement Agreement and no statements by Thompson & Knight staff or attorneys constitutes a promise as to results, or a guarantee. Any statements by the Firm about the outcome of litigation or other legal proceedings are expressions of opinion only.

13.   GRIEVANCES

The State Bar of Texas investigates and prosecutes professional misconduct by Texas attorneys.   Although not every complaint against or dispute with an attorney involves professional misconduct, the Office of General Counsel of the State Bar of Texas will provide you with information about how to file a complaint.  For more information, please call 1-800-932-1900.

14.   MISCELLANEOUS PROVISIONS

This Engagement Agreement supersedes all prior oral or written agreements regarding Thompson & Knight's representation of you in this matter.  This Agreement can be amended or modified only in writing.  Nothing in this Engagement Agreement is intended or shall be construed as impermissibly waiving or limiting the Firm's or its attorneys' professional obligations to you or to the profession under the Disciplinary Rules of Professional Conduct adopted by the State Bar of Texas or other law, including the Sarbanes-Oxley Act of 2002.  This Engagement Agreement shall be binding upon you and the Firm, our respective heirs, executors, legal representatives, successors and assigns.