## Exhibit D

**Budget and Staffing Plan**

# M E M O R A N D U M

**TO:**               Energy Future Holdings Corp., *et al.*

**FROM:**         Thompson & Knight LLP

**DATE:**           April 16, 2015

**SUBJECT:**    May Budget and Staffing Plan Memorandum

---

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective. To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Thompson & Knight LLP ("T&K") will work with Energy Future Holdings Corp., *et al.* ("You") to develop a budget and staffing plan for the various matters that T&K has opened in connection with the commencement of Your chapter 11 cases (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from May 1 through May 31, 2015 (the "Budget Period"). Specifically:

- **Exhibit A** sets forth the proposed budget (the "Budget") for each of the Matter Categories T&K anticipates working on during the Budget Period;

- **Exhibit B** sets forth the proposed staffing plan (the "Staffing Plan") for the Budget Period; and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matter Categories (the "Matter Categories Staffing Plan") that T&K anticipates working on during the Budget Period, all of which are presented for Your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to T&K's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that T&K files with the court. **Exhibit C** will not be filed with T&K's fee application(s).

Please note that budgets and staffing plans are, by their nature, speculative. This speculation is particularly the case in the context of large chapter 11 cases, which commonly involve conflicting interests of diverse and numerous constituents. As such, T&K reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with Your chapter 11 cases in accordance with the terms of the engagement letter by and between You and T&K effective as of December 20, 2013

---

[1]    Per T&K's usual practice, we have opened the Matter Categories either in connection with on-going work that began before bankruptcy or the commencement of Your chapter 11 cases. In the event that opening additional matters is necessary, T&K will work with You to review and revise the Matter Categories discussed herein, as appropriate.

(the "<u>Engagement</u>").[2]  Moreover, Your acceptance of the budget and staffing plan is without prejudice to You and Your need for legal services, whether known or unknown at the beginning of the Budget Period. Both You and T&K recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the Local Rules for the District of Delaware (the "<u>Local Rules</u>"), or any other applicable state or federal law.

---

[2]  This budget was prepared with 2015 rates as T&K increases the hourly billing rate of attorneys and paraprofessionals yearly in the form of: (a) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion; and (b) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013.  The Debtors have recently approved T&K's 2015 rates.  Pursuant to its employment order, T&K provided notice to the U.S. Trustee, the Committee, the Fee Committee, and all other parties-in-interest in its *Third Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* (the "<u>Fee Increase Declaration</u>") filed on February 5, 2015 [Dkt. 3460].  To date, TK has not received any objection to the Fee Increase Declaration from any party-in-interest or comment from the Fee Committee.

## Exhibit A

### May Budget for Matter Categories

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: T&K

| Matter Number | Task Code | Project Category Description | Hours Budgeted | Total Compensation Budgeted[3] |
|---|---|---|---|---|
| **Applicable to All Debtors** | | | | |
| 21 | B240 | 2003 – 2006 Tax Years | 17.0 | $13,615.00 |
| 26 | B210 | Document Retention | 35.0 | $14,050.00 |
| 27 | B110 | Debt Restructuring Advice: Case Administration | 5.0 | $2,975.00 |
| 27 | B160 | Debt Restructuring Advice:  Employment Applications | 5.0 | $2,975.00 |
| 27 | B161 | Debt Restructuring Advice:  Budget/Staffing Plans | 5.0 | $3,335.00 |
| 27 | B162 | Debt Restructuring Advice:  Fee Applications | 21.0 | $6,715.00 |
| 27 | B240 | Debt Restructuring Advice | 181.0 | $113,125.00 |
| | | **Total** | **269.0** | **$156,790.00** |

---

[3]    Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

**Exhibit B**

**May Staffing Plan Across All Matter Categories**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[4] |
|---|---|---|
| Partner | 5 | 790.00 |
| Associate (4 years or more since first admission) | 3 | 480.00 |
| Jr. Associate (1-3 years since first admission) | 3 | 355.00 |
| Legal Assistant | 1 | 255.00 |
| Case Assistant | 1 | 140.00 |
| **Total Attorney** | **11** | **606.00** |
| **Total Non-Attorney** | **2** | **156.00** |
| **Total Timekeepers Aggregated** | **13** | **582.86** |

---

[4]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**Exhibit C-1**

**May Staffing Plan and Budget for 2003 - 2006 Tax Years Matter**
**B240**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With 2003 - 2006 Tax Years Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 800.88 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| **Total Attorney** | **2** | **800.88** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **2** | **800.88** |

**Exhibit C-2**

**May Staffing Plan and Budget for Document Retention Matter**
**B210**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Document Retention Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | 0.00 |
| Associate (4+ years since first admission) | 2 | 480.00 |
| Jr. Associate (1-3 years since first admission) | 1 | 370.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **3** | **401.43** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **3** | **401.43** |

**Exhibit C-4**

**May Staffing Plan and Budget for Debt Restructuring Advice Matter
B110 – Case Administration**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 595.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 1 | **0.00** |
| Case Assistant | **1** | **140.00** |
| **Total Attorney** | **1** | **595.00** |
| **Total Non-Attorney** | **1** | **140.00** |
| **Total** | **2** | **367.50** |

**Exhibit C-5**

**May Staffing Plan and Budget for Debt Restructuring Advice Matter
B160 – Employment Applications[5]**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 595.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 1 | 140.00 |
| **Total Attorney** | **1** | **595.00** |
| **Total Non-Attorney** | **1** | **140.00** |
| **Total** | **2** | **367.50** |

---

[5] This staffing plan contemplates the clearing of an additional 5,000 parties received from the Debtors and the preparation of a supplemental declaration to the TK's Employment Application.

**Exhibit C-6**

**May Staffing Plan and Budget for Debt Restructuring Advice Matter**
**B161 – Budget/Staffing Plans**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 667.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| **Total Attorney** | **2** | **667.00** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **2** | **667.00** |

**Exhibit C-7**

**May Staffing Plan and Budget for Debt Restructuring Advice Matter**
**B162 – Fee Applications**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 646.43 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 1 | 255.00 |
| Case Assistant | 1 | 140.00 |
| **Total Attorney** | **2** | **646.00** |
| **Total Non-Attorney** | **2** | **156.43** |
| **Total** | **4** | **319.76** |

**Exhibit C-8**

**May Staffing Plan and Budget for Debt Restructuring Advice Matter**
**B240**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With **Debt Restructuring Advice Matter During the Budget Period** | Average Hourly Rate |
|---|:---:|:---:|
| Partner | 4 | 831.79 |
| Associate (4+ years since first admission) | 2 | 480.00 |
| Jr. Associate (1-3 years since first admission) | 2 | 330.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **8** | **625.00** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **8** | **625.00** |

# M E M O R A N D U M

| | |
|---|---|
| **TO:** | Energy Future Holdings Corp., *et al.* |
| **FROM:** | Thompson & Knight LLP |
| **DATE:** | May 19, 2015 |
| **SUBJECT:** | June Budget and Staffing Plan Memorandum |

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective.  To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Thompson & Knight LLP ("T&K") will work with Energy Future Holdings Corp., *et al.* ("You") to develop a budget and staffing plan for the various matters that T&K has opened in connection with the commencement of Your chapter 11 cases (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from June 1 through June 30, 2015 (the "Budget Period").  Specifically:

- **Exhibit A** sets forth the proposed budget (the "Budget") for each of the Matter Categories T&K anticipates working on during the Budget Period;

- **Exhibit B** sets forth the proposed staffing plan (the "Staffing Plan") for the Budget Period; and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matter Categories (the "Matter Categories Staffing Plan") that T&K anticipates working on during the Budget Period, all of which are presented for Your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to T&K's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that T&K files with the court.  **Exhibit C** will not be filed with T&K's fee application(s).

Please note that budgets and staffing plans are, by their nature, speculative.  This speculation is particularly the case in the context of large chapter 11 cases, which commonly involve conflicting interests of diverse and numerous constituents.  As such, T&K reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with Your chapter 11 cases in accordance with the terms of the engagement letter by and between You and T&K effective as of December 20, 2013

---

[1]     Per T&K's usual practice, we have opened the Matter Categories either in connection with on-going work that began before bankruptcy or  the commencement of Your chapter 11 cases.  In the event that opening additional matters is necessary, T&K will work with You to review and revise the Matter Categories discussed herein, as appropriate.

(the "Engagement").[2]  Moreover, Your acceptance of the budget and staffing plan is without prejudice to You and Your need for legal services, whether known or unknown at the beginning of the Budget Period. Both You and T&K recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the District of Delaware (the "Local Rules"), or any other applicable state or federal law.

---

[2]    This budget was prepared with 2015 rates as T&K increases the hourly billing rate of attorneys and paraprofessionals yearly in the form of: (a) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion; and (b) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013.  The Debtors have recently approved T&K's 2015 rates.  Pursuant to its employment order, T&K provided notice to the U.S. Trustee, the Committee, the Fee Committee, and all other parties-in-interest in its *Third Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* (the "Fee Increase Declaration") filed on February 5, 2015 [Dkt. 3460].  To date, TK has not received any objection to the Fee Increase Declaration from any party-in-interest or comment from the Fee Committee.

## Exhibit A

## June Budget for Matter Categories

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm:  T&K

| Matter Number | Task Code | Project Category Description | Hours Budgeted | Total Compensation Budgeted[3] |
|---|---|---|---|---|
| **Applicable to All Debtors** | | | | |
| 21 | B240 | 2003 – 2006 Tax Years | 5.0 | $3,875.00 |
| 26 | B210 | Document Retention | 65.0 | $24,350.00 |
| 27 | B110 | Debt Restructuring Advice: Case Administration | 2.0 | $1,190.00 |
| 27 | B160 | Debt Restructuring Advice:  Employment Applications | 5.0 | $2,975.00 |
| 27 | B161 | Debt Restructuring Advice:  Budget/Staffing Plans | 3.0 | $1,550.00 |
| 27 | B162 | Debt Restructuring Advice:  Fee Applications | 27.0 | $7,325.00 |
| 27 | B240 | Debt Restructuring Advice | 266.0 | $150,400.00 |
| | | **Total** | **373.0** | **$192,170.00** |

---

[3]   Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

### Exhibit B

### June Staffing Plan Across All Matter Categories

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[4] |
|---|---|---|
| Partner | 4 | 795.93 |
| Associate (4 years or more since first admission) | 2 | 480.00 |
| Jr. Associate (1-3 years since first admission) | 1 | 340.53 |
| Legal Assistant | 1 | 255.00 |
| Case Assistant | 1 | 140.00 |
| **Total Attorney** | **8** | **522.05** |
| **Total Non-Attorney** | **2** | **207.50** |
| **Total Timekeepers Aggregated** | **10** | **515.20** |

---

[4]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**Exhibit C-1**

**June Staffing Plan and Budget for 2003 - 2006 Tax Years Matter**
**B240**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With 2003 - 2006 Tax Years Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 775.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **1** | **775.00** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **1** | **775.00** |

**Exhibit C-2**

**June Staffing Plan and Budget for Document Retention Matter**
**B210**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Document Retention Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | 0.00 |
| Associate (4+ years since first admission) | 1 | 480.00 |
| Jr. Associate (1-3 years since first admission) | 1 | 370.00 |
| Legal Assistant | 1 | 275.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **2** | **418.89** |
| **Total Non-Attorney** | **1** | **275.00** |
| **Total** | **3** | **374.62** |

**Exhibit C-4**

**June Staffing Plan and Budget for Debt Restructuring Advice Matter
B110 – Case Administration**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 595.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 1 | **0.00** |
| Case Assistant | **0** | **0.00** |
| **Total Attorney** | **1** | **595.00** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **1** | **595.00** |

**Exhibit C-5**

**June Staffing Plan and Budget for Debt Restructuring Advice Matter
B160 – Employment Applications[5]**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 595.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 1 | 140.00 |
| **Total Attorney** | **1** | **595.00** |
| **Total Non-Attorney** | **1** | **140.00** |
| **Total** | **2** | **367.50** |

---

[5] This staffing plan contemplates the clearing  of an additional 5,000 parties received from the Debtors and the preparation of a supplemental declaration to the TK's Employment Application.

## Exhibit C-6

### June Staffing Plan and Budget for Debt Restructuring Advice Matter
### B161 – Budget/Staffing Plans

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 685.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| **Total Attorney** | **2** | **685.00** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **2** | **685.00** |

## Exhibit C-7

### June Staffing Plan and Budget for Debt Restructuring Advice Matter
### B162 – Fee Applications

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 646.43 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 1 | 140.00 |
| **Total Attorney** | **2** | **646.00** |
| **Total Non-Attorney** | **1** | **140.00** |
| **Total** | **3** | **271.30** |

### Exhibit C-8

**June Staffing Plan and Budget for Debt Restructuring Advice Matter
B240**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With **Debt Restructuring Advice Matter** During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | 826.04 |
| Associate (4+ years since first admission) | 1 | 480.00 |
| Jr. Associate (1-3 years since first admission) | 1 | 330.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **5** | **565.41** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **5** | **565.41** |

# M E M O R A N D U M

**TO:**    Energy Future Holdings Corp., *et al.*

**FROM:**   Thompson & Knight LLP

**DATE:**   June 16, 2015

**SUBJECT:**  July Budget and Staffing Plan Memorandum

---

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective.  To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Thompson & Knight LLP ("T&K") will work with Energy Future Holdings Corp., *et al.* ("You") to develop a budget and staffing plan for the various matters that T&K has opened in connection with the commencement of Your chapter 11 cases (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from July 1 through July 31, 2015 (the "Budget Period").  Specifically:

- **Exhibit A** sets forth the proposed budget (the "Budget") for each of the Matter Categories T&K anticipates working on during the Budget Period;

- **Exhibit B** sets forth the proposed staffing plan (the "Staffing Plan") for the Budget Period; and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matter Categories (the "Matter Categories Staffing Plan") that T&K anticipates working on during the Budget Period, all of which are presented for Your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to T&K's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that T&K files with the court.  **Exhibit C** will not be filed with T&K's fee application(s).

Please note that budgets and staffing plans are, by their nature, speculative.  This speculation is particularly the case in the context of large chapter 11 cases, which commonly involve conflicting interests of diverse and numerous constituents.  As such, T&K reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with Your chapter 11 cases in accordance with the terms of the engagement letter by and between You and T&K effective as of December 20, 2013

---

[1] Per T&K's usual practice, we have opened the Matter Categories either in connection with on-going work that began before bankruptcy or  the commencement of Your chapter 11 cases.  In the event that opening additional matters is necessary, T&K will work with You to review and revise the Matter Categories discussed herein, as appropriate.

(the "<u>Engagement</u>").[2]  Moreover, Your acceptance of the budget and staffing plan is without prejudice to You and Your need for legal services, whether known or unknown at the beginning of the Budget Period. Both You and T&K recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the Local Rules for the District of Delaware (the "<u>Local Rules</u>"), or any other applicable state or federal law.

---

[2]  This budget was prepared with 2015 rates as T&K increases the hourly billing rate of attorneys and paraprofessionals yearly in the form of: (a) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion; and (b) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013.  The Debtors have recently approved T&K's 2015 rates.  Pursuant to its employment order, T&K provided notice to the U.S. Trustee, the Committee, the Fee Committee, and all other parties-in-interest in its *Third Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* (the "<u>Fee Increase Declaration</u>") filed on February 5, 2015 [Dkt. 3460].  To date, TK has not received any objection to the Fee Increase Declaration from any party-in-interest or comment from the Fee Committee.

## Exhibit A

## July Budget for Matter Categories

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: T&K

| Matter Number | Task Code | Project Category Description | Hours Budgeted | Total Compensation Budgeted[3] |
|---|---|---|---|---|
| | | **Applicable to All Debtors** | | |
| 21 | B240 | 2003 – 2006 Tax Years | 5.0 | $3,875.00 |
| 26 | B210 | Document Retention | 15.0 | $4125..00 |
| 27 | B110 | Debt Restructuring Advice: Case Administration | 2.0 | $1,190.00 |
| 27 | B160 | Debt Restructuring Advice:  Employment Applications | 15.0 | $4,950.00 |
| 27 | B161 | Debt Restructuring Advice:  Budget/Staffing Plans | 4.0 | $2,740.00 |
| 27 | B162 | Debt Restructuring Advice:  Fee Applications | 17.0 | $6,500.00 |
| 27 | B240 | Debt Restructuring Advice | 291.0 | $168,275.00 |
| | | **Total** | **349.0** | **$191,655.00** |

---

[3]    Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

**Exhibit B**

**July Staffing Plan Across All Matter Categories**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[4] |
|---|---|---|
| Partner | 5 | 803.58 |
| Associate (4 years or more since first admission) | 1 | 480.00 |
| Jr. Associate (1-3 years since first admission) | 1 | 330.00 |
| Legal Assistant | 2 | 255.81 |
| Case Assistant | 1 | 140.00 |
| **Total Attorney** | **7** | **584.65** |
| **Total Non-Attorney** | **3** | **230.71** |
| **Total Timekeepers Aggregated** | **10** | **549.15** |

---

[4]     The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**Exhibit C-1**

**July Staffing Plan and Budget for 2003 - 2006 Tax Years Matter
B240**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With 2003 - 2006 Tax Years Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 775.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **1** | **775.00** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **1** | **775.00** |

**Exhibit C-2**

**July Staffing Plan and Budget for Document Retention Matter
B210**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Document Retention Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | 0.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 1 | 275.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **0** | **0.00** |
| **Total Non-Attorney** | **1** | **275.00** |
| **Total** | **1** | **275.00** |

**Exhibit C-4**

**July Staffing Plan and Budget for Debt Restructuring Advice Matter
B110 – Case Administration**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With **Debt Restructuring Advice Matter** During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 595.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | **0.00** |
| Case Assistant | **0** | **0.00** |
| **Total Attorney** | **1** | **595.00** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **1** | **595.00** |

**Exhibit C-5**

**July Staffing Plan and Budget for Debt Restructuring Advice Matter
B160 – Employment Applications[5]**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With **Debt Restructuring Advice Matter** During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 595.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 1 | 255.00 |
| Case Assistant | 1 | 140.00 |
| **Total Attorney** | **1** | **595.00** |
| **Total Non-Attorney** | **2** | **197.50** |
| **Total** | **3** | **330.00** |

---

[5] This staffing plan has hours for both a legal assistant and case assistant; however, these estimates are high as T&K expects that both assistants will be on leave at some point during the Budget Period.

**Exhibit C-6**

**July Staffing Plan and Budget for Debt Restructuring Advice Matter**
**B161 – Budget/Staffing Plans**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 685.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| **Total Attorney** | **2** | **685.00** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **2** | **685.00** |

**Exhibit C-7**

**July Staffing Plan and Budget for Debt Restructuring Advice Matter**
**B162 – Fee Applications[6]**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 646.43 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 1 | 0.00 |
| Case Assistant | 1 | 140.00 |
| **Total Attorney** | **2** | **646.00** |
| **Total Non-Attorney** | **2** | **197.50** |
| **Total** | **4** | **382.35** |

---

[6] This staffing plan has hours for both a legal assistant and case assistant; however, these estimates are high as T&K expects that both assistants will be on leave at some point during the Budget Period.

**Exhibit C-8**

**July Staffing Plan and Budget for Debt Restructuring Advice Matter
B240**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With **Debt Restructuring Advice Matter** During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 4 | 832.21 |
| Associate (4+ years since first admission) | 1 | 480.00 |
| Jr. Associate (1-3 years since first admission) | 1 | 330.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **6** | **578.26** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **6** | **578.26** |

# MEMORANDUM

**TO:**        Energy Future Holdings Corp., *et al.*

**FROM:**    Thompson & Knight LLP

**DATE:**    July 15, 2015

**SUBJECT:**    August Budget and Staffing Plan Memorandum

---

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective. To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Thompson & Knight LLP ("T&K") will work with Energy Future Holdings Corp., *et al.* ("You") to develop a budget and staffing plan for the various matters that T&K has opened in connection with the commencement of Your chapter 11 cases (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from August 1 through August 31, 2015 (the "Budget Period"). Specifically:

- **Exhibit A** sets forth the proposed budget (the "Budget") for each of the Matter Categories T&K anticipates working on during the Budget Period;

- **Exhibit B** sets forth the proposed staffing plan (the "Staffing Plan") for the Budget Period; and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matter Categories (the "Matter Categories Staffing Plan") that T&K anticipates working on during the Budget Period, all of which are presented for Your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to T&K's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that T&K files with the court. **Exhibit C** will not be filed with T&K's fee application(s).

Please note that budgets and staffing plans are, by their nature, speculative. This speculation is particularly the case in the context of large chapter 11 cases, which commonly involve conflicting interests of diverse and numerous constituents. As such, T&K reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with Your chapter 11 cases in accordance with the terms of the engagement letter by and between You and T&K effective as of December 20, 2013

---

[1]    Per T&K's usual practice, we have opened the Matter Categories either in connection with on-going work that began before bankruptcy or the commencement of Your chapter 11 cases. In the event that opening additional matters is necessary, T&K will work with You to review and revise the Matter Categories discussed herein, as appropriate.

(the "Engagement").[2]  Moreover, Your acceptance of the budget and staffing plan is without prejudice to You and Your need for legal services, whether known or unknown at the beginning of the Budget Period. Both You and T&K recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the District of Delaware (the "Local Rules"), or any other applicable state or federal law.

---

[2]  This budget was prepared with 2015 rates as T&K increases the hourly billing rate of attorneys and paraprofessionals yearly in the form of: (a) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion; and (b) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013.  The Debtors have recently approved T&K's 2015 rates.  Pursuant to its employment order, T&K provided notice to the U.S. Trustee, the Committee, the Fee Committee, and all other parties-in-interest in its *Third Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* (the "Fee Increase Declaration") filed on February 5, 2015 [Dkt. 3460].  To date, TK has not received any objection to the Fee Increase Declaration from any party-in-interest or comment from the Fee Committee.

## Exhibit A

### August Budget for Matter Categories

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm:  T&K

| Matter Number | Task Code | Project Category Description | Hours Budgeted | Total Compensation Budgeted[3] |
|---|---|---|---|---|
| **Applicable to All Debtors** | | | | |
| 21 | B240 | 2003 – 2006 Tax Years | 5.0 | $3,875.00 |
| 26 | B210 | Document Retention | 10.0 | $4,800.00 |
| 27 | B110 | Debt Restructuring Advice: Case Administration | 2.0 | $1,190.00 |
| 27 | B160 | Debt Restructuring Advice:  Employment Applications | 8.0 | $3,060.00 |
| 27 | B161 | Debt Restructuring Advice:  Budget/Staffing Plans | 4.0 | $2,740.00 |
| 27 | B162 | Debt Restructuring Advice:  Fee Applications | 22.0 | $7,775.00 |
| 27 | B240 | Debt Restructuring Advice | 276.0 | $162,600.00 |
| | | **Total** | **327.0** | **$186,040.00** |

---

[3]     Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

**Exhibit B**

**August Staffing Plan Across All Matter Categories**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[4] |
|---|---|---|
| Partner | 4 | 807.99 |
| Associate (4 years or more since first admission) | 2 | 480.00 |
| Jr. Associate (1-3 years since first admission) | 1 | 330.00 |
| Legal Assistant | 1 | 255.00 |
| Case Assistant | 1 | 140.00 |
| **Total Attorney** | **7** | **591.25** |
| **Total Non-Attorney** | **2** | **226.25** |
| **Total Timekeepers Aggregated** | **9** | **568.93** |

---

[4]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

## Exhibit C-1

### August Staffing Plan and Budget for 2003 - 2006 Tax Years Matter
### B240

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With 2003 - 2006 Tax Years Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 775.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **1** | **775.00** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **1** | **775.00** |

## Exhibit C-2

### August Staffing Plan and Budget for Document Retention Matter
### B210

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Document Retention Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | 0.00 |
| Associate (4+ years since first admission) | 1 | 480.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **1** | **480.00** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **1** | **480.00** |

**Exhibit C-4**

**August Staffing Plan and Budget for Debt Restructuring Advice Matter
B110 – Case Administration**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 595.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | **0.00** |
| Case Assistant | **0** | **0.00** |
| **Total Attorney** | **1** | **595.00** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **1** | **595.00** |

**Exhibit C-5**

**August Staffing Plan and Budget for Debt Restructuring Advice Matter
B160 – Employment Applications**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 595.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 1 | 255.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **1** | **595.00** |
| **Total Non-Attorney** | **1** | **255.00** |
| **Total** | **2** | **595.00** |

**Exhibit C-6**

**August Staffing Plan and Budget for Debt Restructuring Advice Matter**
**B161 – Budget/Staffing Plans**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 685.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| **Total Attorney** | **2** | **685.00** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **2** | **685.00** |

**Exhibit C-7**

**August Staffing Plan and Budget for Debt Restructuring Advice Matter**
**B162 – Fee Applications**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 646.43 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 1 | 255.00 |
| Case Assistant | 1 | 140.00 |
| **Total Attorney** | **2** | **646.00** |
| **Total Non-Attorney** | **2** | **216.67** |
| **Total** | **4** | **353.41** |

**Exhibit C-8**

**August Staffing Plan and Budget for Debt Restructuring Advice Matter**
**B240**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With **Debt Restructuring Advice Matter** During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | 834.91 |
| Associate (4+ years since first admission) | 1 | 480.00 |
| Jr. Associate (1-3 years since first admission) | 1 | 330.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **5** | **568.93** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **5** | **568.93** |