### Exhibit E
### Summary of Total Fees Incurred and Hours Billed During the Fee Period

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at Second Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the Second Interim Application | |
| Cohn, John | Partner | Tax | TX: 1988 | $1,131.00 | 1.3 | 1 | $870 | n/a | n/a |
| Liggins, Demetra | Partner | Bankruptcy and Restructuring | TX: 2000 NY: 2008 | $7,378.00 | 12.4 | 1 | $595 | $560 | $6,944.00 |
| McNulty, Mary | Partner | Tax | TX: 1989 | $127,255.00 | 164.2 | 1 | $775 | $725 | $119,045.00 |
| Munnerlyn, Neely | Partner | Tax | TX: 1998 | $9,968.00 | 17.8 | 1 | $560 | n/a | n/a |
| Mureiko, William | Partner | Tax | TX: 1989 | $2,038.50 | 2.7 | 1 | $755 | n/a | n/a |
| Parker, Emily A | Partner | Tax | TX: 1973 | $5,771.00 | 5.8 | 1 | $995 | $930 | $5,394.00 |
| Wheat, R. David | Partner | Tax | TX: 1988 LA: 1988 | $311,636.00 | 368.8 | 1 | $820 | $805 | $296,884.00 |
| James, Megan | Associate | Tax | TX: 2014 | $68,541.00 | 207.7 | 1 | $330 | $280 | $58,156.00 |
| Meyercord, Leonora | Associate | Tax | TX: 2010 | $226,752.00 | 472.4 | 1 | $480 | $430 | $203,132.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at Second Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the Second Interim Application | |
| LeMire, Caroline | Paralegal | Bankruptcy and Restructuring | n/a | $18,258.00 | 71.6 | 1 | $255 | $240 | $17,184.00 |
| Parker, Nashira | Case Clerk | Bankruptcy and Restructuring | n/a | $392.00 | 2.8 | 1 | $140 | n/a | n/a |
| Rodgers, Sherri | Paralegal | Labor and Employment | n/a | $880.00 | 3.2 | 1 | $275 | n/a | n/a |