**Exhibit F**
**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Standard Copies ($0.10/page) | In-House | $601.00 |
| Electronic Research | PACER | $99.34 |
| Parking | Standard Parking | $10.00 |
| Postage | USPS | $36.65 |
| Appearance Fees | Court Call | $30.00 |
| | Total: | $776.99 |