<u>**Exhibit G**</u>
**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Summary | | | | | | | |
|---|---|---|---|---|---|---|---|
| Matter No. | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
| | | Budget | Billed | Budget | Billed | | |
| 21 | 2003-2006 Tax Years | 32.0 | 27 | $25,240.00 | $21,321.00 | $0.00 | $21,321.00 |
| 26 | Document Retention | 125.0 | 3.2 | $47,325.00 | $880.00 | $0.00 | $880.00 |
| 27 | Debt Restructuring Advice | 1,161.0 | 1300.5 | $653,585.00 | $757,799.50 | $776.99 | $758,576.59 |
| | Totals | 1,318.0 | 1330.7 | $726,150.00 | $780,000.50 | $776.99 | $780,777.49 |

| Task Summary | | | |
|---|---|---|---|
| Task Code | Project Category Description | Hours | Total Fees |
| B160 | Fee/Employment Applications | 21.2 | $6,290.00 |
| B161 | Budget/Staffing Plan | 8.8 | $5,892.50 |
| B162 | Fee Applications | 66.8 | $21,595.50 |
| B210 | Business Operations | 3.2 | $880.00 |
| B240 | Tax Issues | 1,230.7 | $745,342.50 |
| Totals | | 1,330.7 | $780,000.50 |