## Exhibit I

Detailed Description of Expenses and Disbursements

**PARKING**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| Mary McNulty | 08/27/2015 | $10.00 | Parking with Standard Parking |
| | **TOTAL:** | $10.00 | |