# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                   **Case No.:** 14–10979–CSS
Energy Future Holdings Corp.

                                                             **Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.


_David D. Bird_

David D. Bird, Clerk of Court

Date: 11/13/15
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                    Case No. 14-10979-CSS
Energy Future Holdings Corp.                              Chapter 11
         Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0311-1        User: JudyF        Page 1 of 23        Date Rcvd: Nov 13, 2015
                           Form ID: van440     Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2015.
aty        Abid Qureshi,   Akin Gump Strauss Hauer & Feld LLP,   One Bryant Park,
           New York, NY 10036-6745
aty       +Andrea Beth Schwartz,   U.S. Department of Justice - Office of t,
           U.S. Federal Office Building,   201 Varick Street, Rm 1006,   New York, NY 10014-9449
aty        Barry G. Felder,   Foley & Lardner LLP,   90 Park Avenue,   New York, NY 10016-1314
aty       +Brian Schartz,   c/o Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty       +Chad J. Husnick,   Kirkland & Ellis, LLP,   300 North LaSalle Street,   Chicago, IL 60654-5412
aty       +Daniel J. DeFranceschi,   Richards, Layton & Finger,   One Rodney Square, P.O. Box 551,
           Wilmington, DE 19899-0551
aty       +David M. Klauder,   Bielli & Klauder, LLC,   1204 N. King Street,   Wilmington, DE 19801-3218
aty       +David P. Primack,   McElroy Deutsch Mulvaney & Carpenter LLP,   300 Delaware Ave, Suite 770,
           Wilmington, DE 19801-6600
aty       +Edward O. Sassower,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty       +Harold L. Kaplan,   Foley & Lardner LLP,   321 North Clark Street,   Suite 2800,
           Chicago, IL 60654-5313
aty       +Ira S. Dizengoff,   Akin Gump Strauss Hauer & Feld LLP,   One Bryant Park,
           New York, NY 10036-6728
aty       +James H.M. Sprayregen,   Kirkland & Ellis LLP,   601 Lexington Avenue,
           New York, NY 10022-4643
aty       +Jason M. Madron,   Richards, Layton & Finger, P.A.,   One Rodney Square,   P.O. Box 551,
           Wilmington, DE 19899-0551
aty       +Jeff J. Marwil,   Proskauer Rose LLP,   Three First National Plaza,   70 W. Madison Street,
           Suite 3800,   Chicago, IL 60602-4342
aty       +Jonathan H. Friedman,   Foley & Lardner LLP,   90 Park Avenue,   New York, NY 10016-1314
aty       +Joseph H. Huston, Jr.,   Stevens & Lee,   919 North Market Street,   Suite 1300,
           Wilmington, DE 19801-3092
aty        Lars A. Peterson,   Foley & Lardner LLP,   321 N. Clark Street, Suite 2800,
           Chicago, IL 60654-5313
aty       +Marc Kieselstein,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty       +Mark D. Collins,   Richards, Layton & Finger, P.A.,   One Rodney Square,
           920 North King Street,   Wilmington, DE 19801-3300
aty       +Mark F. Hebbeln,   Foley & Lardner LLP,   321 North Clark Street,   Suite 2800,
           Chicago, IL 60654-5313
aty       +Mark K. Thomas,   Proskauer Rose LLP,   Three First National Plaza,   70 W. Madison Street,
           Suite 3800,   Chicago, IL 60602-4342
aty        Michael A. Paskin,   Cravath, Swaine & Moore LLP,   Worldwide Plaza,   825 Eighth Avenue,
           New York, NY 10019-7475
aty       +Michael G. Busenkell,   Gellert Scali Busenkell & Brown, LLC,   913 N. Market St.,   10th Floor,
           Wilmington, DE 19801-3019
aty       +Peter Jonathon Young,   Proskauer Rose LLP,   70 W. Madison St.,   Suite 3800,
           Chicago, IL 60602-4342
aty       +Raymond Howard Lemisch,   Klehr Harrison Harvey Branzburg LLP,   919 N. Market Street,
           Suite 1000,   Wilmington, DE 19801-3030
aty       +Richard B. Levin,   Cravath, Swaine & Moore LLP,   Worldwide Plaza,   825 Eighth Avenue,
           New York, NY 10019-7475
aty       +Richard L. Schepacarter,   Office of the United States Trustee,   U. S. Department of Justice,
           844 King Street, Suite 2207,   Lockbox #35,   Wilmington, DE 19801-3519
aty       +Scott Alberino,   Akin Gump Strauss Hauer & Feld LLP,   1333 New Hampshire Avenue, NW,
           Washington, DC 20036-1564
aty       +Scott D. Talmadge,   Kaye Scholer LLP,   250 West 55th Street,   New York, NY 10019-7649
aty       +Stephen E. Hessler,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty       +Steven N. Serajeddini,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty        Thomas B. Walper,   Munger Tolles & Olson LLP,   355 South Grand Avenue,   35 Floor,
           Los Angeles, CA 90071
aty        Trevor M Broad,   Cravath, Swaine and Moore LLP,   Worldwide Plaza,   825 Eighth Avenue,
           New York, NY 10019-7475
          +Shannon J. Dougherty,   901 N. Market Street,   Suite 1000,   Wilmington, DE 19801-3070

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0311-1          User: JudyF          Page 2 of 23          Date Rcvd: Nov 13, 2015
                              Form ID: van440      Total Noticed: 34

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2015                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2015 at the address(es) listed below:

Aaron C Baker    on behalf of Interested Party    Fee Committee acb@pgslaw.com
Aaron C Baker    on behalf of Attorney    Godfrey & Kahn, S.C. acb@pgslaw.com
Aaron C Baker    on behalf of Fee Examiner Richard  Gitlin acb@pgslaw.com
Aaron H Stulman    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee AStulman@ashby-geddes.com
Aaron S. Applebaum    on behalf of Interested Party    TCEH Debtors Aapplebaum@saul.com
Adam  Hiller    on behalf of Interested Party    MoreTech, Inc. ahiller@hillerarban.com
Adam  Hiller    on behalf of Interested Party    Steag Energy Services, Inc. ahiller@hillerarban.com
Adam  Hiller    on behalf of Creditor    Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
Adam G. Landis    on behalf of Interested Party    Alcoa Inc. landis@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
Adam G. Landis    on behalf of Creditor    NextEra Energy Resources, LLC landis@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
Adam G. Landis    on behalf of Interested Party    Marathon Asset Management, LP landis@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
Adam Scott Moskowitz    on behalf of Creditor    ASM Capital IV, L.P. asmcapital@aol.com
Albert Kass    on behalf of Interested Party    Kurtzman Carson Consultants LLC ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
Alessandra Glorioso    on behalf of Creditor    U.S. Bank National Association glorioso.alessandra@dorsey.com
Alexa Kranzley    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
Allison R Axenrod    on behalf of Creditor    Claims Recovery Group LLC allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. adoshi@magnozzikye.com
Amy  Baudler    on behalf of Creditor    Barr Engineering Co. amy@purduelaw.com, gpurdue@purduelaw.com;kim@purduelaw.com
Ana  Chilingarishvili    on behalf of Creditor    U.S. Bank National Association ana.chilingarishvili@maslon.com
Andrea Beth Schwartz    on behalf of U.S. Trustee    United States Trustee andrea.b.schwartz@usdoj.gov
Andrew Dietderich    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
Andrew Glenn Devore    on behalf of Interested Party    CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee andrew.devore@ropesgray.com
Andrew K Glenn    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders aglenn@kasowitz.com
Andrew R. Remming    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
Ann M Kashishian    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
Ann M Kashishian    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured Noteholders akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
Ann M Kashishian    on behalf of Attorney    Chipman Brown Cicero & Cole, LLP akashishian@gelaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
Anna  Grace    on behalf of Interested Party    United States on behalf of Environmental Protection Agency Anna.E.Grace@usdoj.gov
Anna  Grace    on behalf of Creditor    UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
Ari David Kunofsky    on behalf of Creditor    UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov, eastern.taxcivil@usdoj.gov
Arlene Rene Alves    on behalf of Interested Party    Wilmington Trust, N.A. alves@sewkis.com
Ashley F. Bartram    on behalf of Interested Party    Public Utility Commission of Texas ashley.bartram@texasattorneygeneral.gov
Ashley F. Bartram    on behalf of Interested Party    Texas Commission on Environmental Quality ashley.bartram@texasattorneygeneral.gov

District/off: 0311-1          User: JudyF              Page 3 of 23            Date Rcvd: Nov 13, 2015
                              Form ID: van440          Total Noticed: 34

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
               Ashley F. Bartram    on behalf of Interested Party    Railroad Commission of Texas
               ashley.bartram@texasattorneygeneral.gov
               Ashley Robert Altschuler    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
               ashley.altschuler@dlapiper.com
               Ashley Robert Altschuler    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
               ashley.altschuler@dlapiper.com
               Barry G. Felder    on behalf of Creditor    UMB Bank, N.A. bgfelder@foley.com
               Barry G. Felder    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
               bgfelder@foley.com
               Barry M. Klayman    on behalf of Interested Party    J Aron & Company bklayman@cozen.com
               Benjamin  Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
               benjaminfinestone@quinnemanuel.com
               Benjamin  Finestone    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
               benjaminfinestone@quinnemanuel.com
               Benjamin  Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
               benjaminfinestone@quinnemanuel.com
               Benjamin  Stewart    on behalf of Creditor    Pinnacle Technical Resources, Inc.
               bstewart@baileybrauer.com
               Benjamin J. Schladweiler    on behalf of Interested Party    Titan Investment Holdings LP
               bschladweiler@seitzross.com
               Benjamin J. Schladweiler    on behalf of Creditor    Brookfield Asset Management Private
               Institutional Capital Adviser (Canada), L.P. bschladweiler@seitzross.com
               Benjamin J. Schladweiler    on behalf of Creditor    Angelo Gordon & Co., LP
               bschladweiler@seitzross.com
               Benjamin J. Schladweiler    on behalf of Creditor    Apollo Advisors VII, L.P.
               bschladweiler@seitzross.com
               Bernard George Conaway    on behalf of Creditor    Doyenne Constructors, LLC
               bconaway@cohenseglias.com, bconaway@cohenseglias.com
               Bernard Grover Johnson, III    on behalf of Creditor    Milam Appraisal District
               bjohnson@fisherboyd.com
               Bonnie R. Golub    on behalf of Creditor    Evercore Group LLC bgolub@weirpartners.com
               Bradley R. Aronstam    on behalf of Creditor    Apollo Advisors VII, L.P. baronstam@seitzross.com,
               hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
               Bradley R. Aronstam    on behalf of Interested Party    Titan Investment Holdings LP
               baronstam@seitzross.com,
               hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
               Bradley R. Aronstam    on behalf of Creditor    Brookfield Asset Management Private Institutional
               Capital Adviser (Canada), L.P. baronstam@seitzross.com,
               hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
               Bradley R. Aronstam    on behalf of Creditor    Angelo Gordon & Co., LP baronstam@seitzross.com,
               hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
               Brett H. Miller    on behalf of Interested Party    The Official Committee of TCEH Unsecured
               Creditors BMiller@mofo.com
               Brian  Schartz    on behalf of Debtor    Energy Future Holdings Corp. bschartz@kirkland.com,
               bschartz@kirkland.com;Michael.slade@kirkland.com;Richard.howell@kirkland.com;Michael.petrino@kirk
               land.com;Rebecca.chaikin@kirkland.com;Lina.kaisey@kirkland.com;Natasha.hwangpo@kirkland.com;mccla
               in.thompson@kirkland.
               Brian  Schartz    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
               bschartz@kirkland.com,
               bschartz@kirkland.com;Michael.slade@kirkland.com;Richard.howell@kirkland.com;Michael.petrino@kirk
               land.com;Rebecca.chaikin@kirkland.com;Lina.kaisey@kirkland.com;Natasha.hwangpo@kirkland.com;mccla
               in.thompson@kirkland.
               Brian E Farnan    on behalf of Interested Party    Forest Creek Wind Farm, LLC
               bfarnan@farnanlaw.com, tfarnan@farnanlaw.com
               Brian L. Arban    on behalf of Interested Party    Steag Energy Services, Inc.
               barban@hillerarban.com
               Brian Lucian Kasprzak    on behalf of Interested Party    Fireman's Fund Insurance Company
               bkasprzak@moodklaw.com
               Brian S. Hermann    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
               jadlerstein@paulweiss.com;bhermann@paulweiss.com;adenhoff@paulweiss.com;mtattnall@paulweiss.com;a
               bernstein@paulweiss.com;aehrlich@paulweiss.com;mturkel@paulweiss.com
               Bruce J. Ruzinsky    on behalf of Creditor    Milam Appraisal District bruzinsky@jw.com,
               mcavenaugh@jw.com
               Brya M. Keilson    on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK Noteholders
               comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P.,
               Polygon Convertible Opportunity Master Fund, Polygon D bkeilson@gsbblaw.com
               Camille C. Bent    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
               CCB@stevenslee.com
               Carla O. Andres    on behalf of Interested Party    Fee Committee candres@gklaw.com,
               kboucher@gklaw.com;shuntema@gklaw.com
               Chad J. Husnick    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
               chusnick@kirkland.com
               Chad J. Husnick    on behalf of Debtor    Energy Future Holdings Corp. chusnick@kirkland.com
               Chantelle D'nae McClamb    on behalf of Interested Party    Simeio Solutions, Inc.
               cmcclamb@wtplaw.com, cmcallister@wtplaw.com
               Charles J. Brown    on behalf of Interested Party    Emerson Network Power Liebert Services
               cbrown@gsbblaw.com, dabernathy@archerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

 Charles J. Brown on behalf of Creditor Anadarko Petroleum Corporation cbrown@gsbblaw.com,
  dabernathy@archerlaw.com
 Chester B. Salomon on behalf of Creditor Securitas Security Services USA, Inc.
  csalomon@beckerglynn.com,  saltreuter@beckerglynn.com
 Christopher A. Ward on behalf of Attorney Morrison & Foerster LLP cward@polsinelli.com,
  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
 Christopher A. Ward on behalf of Attorney Polsinelli PC cward@polsinelli.com,
  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
 Christopher A. Ward on behalf of Creditor Committee The Official Committee of Unsecured
  Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
 Christopher A. Ward on behalf of Interested Party The Official Committee of TCEH Unsecured
  Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
 Christopher A. Ward on behalf of Financial Advisor FTI Consulting, Inc. cward@polsinelli.com,
  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
 Christopher A. Ward on behalf of Creditor Committee The Official Committee of TCEH Unsecured
  Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
 Christopher B. Mosley on behalf of Creditor City of Fort Worth
  Chris.Mosley@fortworthtexas.gov,  Sharon.Floyd@fortworthtexas.gov
 Christopher L. Carter on behalf of Creditor Pacific Investment Management Co. LLC
  christopher.carter@morganlewis.com,  julia.frost-davies@morganlewis.com
 Christopher M Hayes on behalf of Interested Party Goldman Sachs & Co. and certain affiliates
  Christopher.hayes@kirkland.com
 Christopher Page Simon on behalf of Interested Party American Stock Transfer & Trust Company
  LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
 Christopher R. Belmonte on behalf of Interested Party Moody's Analytics, Inc.
  cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
 Colin R. Robinson on behalf of Interested Party EFIH 2nd Lien Notes Indenture Trustee
  crobinson@pszjlaw.com
 Corby Davin Boldissar on behalf of Interested Party BP America Production Company
  dboldissar@lockelord.com
 Curtis A Hehn on behalf of Interested Party Somervell County Central Appraisal District
  curtishehn@comcast.net
 D. Ross Martin on behalf of Interested Party CSC Trust Company of Delaware, as successor
  indenture trustee and collateral trustee rmartin@ropesgray.com
 Dale E. Barney on behalf of Creditor Veolia ES Industrial Services, Inc.
  dbarney@gibbonslaw.com
 Daniel A. Fliman on behalf of Interested Party Ad Hoc Group of EFH Legacy Noteholders
  dfliman@kasowitz.com
 Daniel A. O'Brien on behalf of Creditor Pacific Investment Management Co. LLC
  daobrien@venable.com
 Daniel J. DeFranceschi on behalf of Debtor TXU Retail Services Company rbgroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor Eagle Mountain Power Company LLC RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor EFH Renewables Company LLC RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor TXU Energy Retail Company LLC rbgroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor Luminant Energy Trading California Company
  RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor Valley NG Power Company LLC rbgroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor TXU Energy Solutions Company LLC rbgroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor Big Brown 3 Power Company LLC RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor EFH Finance (No. 2) Holdings Company
  RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor Brighten Holdings LLC RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor DeCordova Power Company LLC RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor Lone Star Pipeline Company, Inc.
  defranceschi@rlf.com,  RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor Southwestern Electric Service Company, Inc.
  RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor Energy Future Competitive Holdings Company LLC
  defranceschi@rlf.com,  RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor Martin Lake 4 Power Company LLC RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor Oak Grove Power Company LLC RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor 4Change Energy Holdings LLC RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor Texas Energy Industries Company, Inc.
  rbgroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor Oak Grove Mining Company LLC RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor Tradinghouse 3 & 4 Power Company LLC
  RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Plaintiff Energy Future Intermediate Holding Company LLC
  RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor NCA Resources Development Company LLC
  RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor Luminant Mining Company LLC RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor Sandow Power Company LLC RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Creditor Brighten Energy LLC RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor EFH CG Management Company LLC defranceschi@rlf.com,
  RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor Luminant Generation Company LLC RBGroup@rlf.com
 Daniel J. DeFranceschi on behalf of Debtor TXU Receivables Company rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

|  |  |  |
|---|---|---|
| Daniel J. DeFranceschi | on behalf of Debtor | EFIH Finance Inc. defranceschi@rlf.com, RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Generation SVC Company defranceschi@rlf.com, RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | EFH Corporate Services Company RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Luminant Big Brown Mining Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | EFH CG Holdings Company LP defranceschi@rlf.com, RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | EFH FS Holdings Company RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Energy Future Intermediate Holding Company LLC defranceschi@rlf.com,   RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Monticello 4 Power Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Big Brown Power Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Morgan Creek 7 Power Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Collin Power Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | 4Change Energy Company RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Oak Grove Management Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Lake Creek 3 Power Company LLC defranceschi@rlf.com,   RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | DeCordova II Power Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Texas Power & Light Company, Inc. rbgroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Luminant Energy Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | EEC Holdings, Inc. RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Tradinghouse Power Company LLC rbgroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Generation MT Company LLC defranceschi@rlf.com, RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Texas Utilities Electric Company, Inc. RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Texas Competitive Electric Holdings Company LLC defranceschi@rlf.com,   RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Luminant Renewables Company LLC defranceschi@rlf.com,   RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Generation Development Company LLC defranceschi@rlf.com,   RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Luminant Holding Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | TCEH Finance, Inc. rbgroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | TXU Energy Receivables Company LLC rbgroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Valley Power Company LLC rbgroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Luminant Mineral Development Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Big Brown Lignite Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Luminant ET Services Company RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Energy Future Holdings Corp. defranceschi@rlf.com, RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | LSGT SACROC, Inc. RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Lone Star Energy Company, Inc. defranceschi@rlf.com,   RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | TXU Electric Company, Inc. rbgroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Texas Electric Service Company, Inc. rbgroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Dallas Power & Light Company, Inc. RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Texas Utilities Company, Inc. RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | LSGT Gas Company LLC defranceschi@rlf.com, RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | TXU SEM Company rbgroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | NCA Development Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | EECI, Inc. RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | EFH Australia (No. 2) Holdings Company RBGroup@rlf.com |
| Daniel K Bearden | on behalf of Creditor | Carrollton-Farmers Branch ISD bearden@txschoollaw.com, coston@txschoollaw.com |
| Daniel K. Astin | on behalf of Creditor | TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com, jmcmahon@ciardilaw.com |
| Daniel K. Astin | on behalf of Creditor | Atmos Energy Corporation dastin@ciardilaw.com, jmcmahon@ciardilaw.com |
| Daniel K. Hogan | on behalf of Interested Party | Brake Supply Company, Inc. dkhogan@dkhogan.com, keharvey@dkhogan.com,gpalagruto@dkhogan.com, |
| Daniel K. Hogan | on behalf of Interested Party | David William Fahy dkhogan@dkhogan.com, keharvey@dkhogan.com,gpalagruto@dkhogan.com, |
| Daniel K. Hogan | on behalf of Interested Party | Charlotte and Curtis  Liberda dkhogan@dkhogan.com, keharvey@dkhogan.com,gpalagruto@dkhogan.com, |
| Daniel K. Hogan | on behalf of Interested Party | PI Law Firms dkhogan@dkhogan.com, keharvey@dkhogan.com,gpalagruto@dkhogan.com, |
| Daniel K. Hogan | on behalf of Interested Party | Shirley Fenicle, as Successor-In-Interest to the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,  keharvey@dkhogan.com, gpalagruto@dkhogan.com, |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Daniel K. Hogan   on behalf of Interested Party   Fenicle, Shirley, as Successor-In-Interest to
             the Estate of George Fenicle dkhogan@dkhogan.com, keharvey@dkhogan.com, gpalagruto@dkhogan.com
           Daniel K. Hogan   on behalf of Interested Party   The Richards Group, Inc. dkhogan@dkhogan.com,
             keharvey@dkhogan.com, gpalagruto@dkhogan.com
           Daniel S. Shamah   on behalf of Creditor   Angelo Gordon & Co., LP dshamah@omm.com
           Daniel S. Shamah   on behalf of Creditor   Brookfield Asset Management Private Institutional
             Capital Adviser (Canada), L.P. dshamah@omm.com
           Daniel S. Shamah   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
             Administrative Agent dshamah@omm.com
           Daniel S. Shamah   on behalf of Creditor   Apollo Advisors VII, L.P. dshamah@omm.com
           Daniel S. Shamah   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as
             First Lien Administrative Agent dshamah@omm.com
           Danielle M. Audette   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
             jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
           David Neier   on behalf of Creditor   Chicago Bridge & Iron Company N.V. dneier@winston.com,
             dcunsolo@winston.com
           David B. Anthony   on behalf of Plaintiff   Third Avenue Management LLC danthony@bergerharris.com
           David B. Anthony   on behalf of Plaintiff   Avenue Capital Management II, LP
             danthony@bergerharris.com
           David B. Anthony   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
             danthony@bergerharris.com
           David B. Anthony   on behalf of Plaintiff   GSO Capital Partners LP danthony@bergerharris.com
           David B. Anthony   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
             danthony@bergerharris.com
           David Daniel Farrell   on behalf of Creditor   Martin Engineering Company
             dfarrell@thompsoncoburn.com
           David Edward Leta   on behalf of Creditor   Headwaters Resources, Inc. dleta@swlaw.com,
             wkalawaia@swlaw.com
           David G. Aelvoet   on behalf of Creditor   Ector CAD davida@publicans.com
           David M. Klauder   on behalf of Debtor   Energy Future Holdings Corp. dklauder@bk-legal.com
           David P. Primack   on behalf of Other Prof.   Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
             sshidner@mdmc-law.com;smullen@mdmc-law.com
           David P. Primack   on behalf of Interested Party   TCEH Debtors dprimack@mdmc-law.com,
             sshidner@mdmc-law.com;smullen@mdmc-law.com
           David P. Primack   on behalf of Interested Party   Energy Future Competitive Holdings Company LLC
             dprimack@mdmc-law.com, sshidner@mdmc-law.com;smullen@mdmc-law.com
           David P. Primack   on behalf of Interested Party   Texas Competitive Electric Holdings Company
             LLC dprimack@mdmc-law.com, sshidner@mdmc-law.com;smullen@mdmc-law.com
           David S. Rosner   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
             nAmamoo@kasowitz.com;courtnotices@kasowitz.com
           David W. Carickhoff   on behalf of Interested Party Allen   Shrode dcarickhoff@archerlaw.com,
             mfriedman@archerlaw.com
           Davis Lee Wright   on behalf of Creditor Committee   The Official Committee of Unsecured
             Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
             Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
             keith-mangan-mmwr-1628@ecf.pacerpro.com
           Dennis Dunne, Esq.   on behalf of Interested Party   CITIBANK, N.A. ddunne@millbank.com
           Dennis L. Jenkins   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
             indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
           Derek C. Abbott   on behalf of Interested Party   TPG Capital, L.P. dabbott@mnat.com,
             rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
           Derek C. Abbott   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
             L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
             rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
           Derek C. Abbott   on behalf of Interested Party   Texas Energy Future Holdings Limited
             Partnership dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
           Desiree M. Amador   on behalf of Creditor   Pension Benefit Guaranty Corporation
             amador.desiree@pbgc.gov, efile@pbgc.gov
           Diane W. Sanders   on behalf of Creditor   Nueces County austin.bankruptcy@publicans.com
           Diane W. Sanders   on behalf of Creditor   Walnut Springs ISD austin.bankruptcy@publicans.com
           Diane W. Sanders   on behalf of Creditor   Robertson County austin.bankruptcy@publicans.com
           Diane W. Sanders   on behalf of Creditor   Limestone County austin.bankruptcy@publicans.com
           Diane W. Sanders   on behalf of Creditor   Falls County austin.bankruptcy@publicans.com
           Diane W. Sanders   on behalf of Creditor   Lee County austin.bankruptcy@publicans.com
           Diane W. Sanders   on behalf of Creditor   Round Rock ISD austin.bankruptcy@publicans.com
           Diane W. Sanders   on behalf of Creditor   McLennan County austin.bankruptcy@publicans.com
           Diane W. Sanders   on behalf of Creditor   Franklin ISD austin.bankruptcy@publicans.com
           Donald K. Ludman   on behalf of Creditor   SAP Industries, Inc. dludman@brownconnery.com
           Duane David Werb   on behalf of Creditor   BWM Services, LP
             maustria@werbsullivan.com;riorii@werbsullivan.com
           Duane David Werb   on behalf of Creditor   The Kansas City Southern Railway Company
             maustria@werbsullivan.com;riorii@werbsullivan.com
           Edward O. Sassower   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
             Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenam
             andra@kirkland.com;michael.esser@kirkland.com;alevin@kirkland.com;aaron.slavutin@kirkland.com
           Edward O. Sassower   on behalf of Debtor   Energy Future Holdings Corp.
             Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenam
             andra@kirkland.com;michael.esser@kirkland.com;alevin@kirkland.com;aaron.slavutin@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Edwin Kevin Camson    camson@drumcapital.com
          Elihu Ezekiel Allinson, III    on behalf of Creditor    Henry Pratt Company, LLC
          ZAllinson@SHA-LLC.com,    ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
          Elizabeth Banda Calvo    on behalf of Creditor    Somervell County et al rgleason@pbfcm.com,
          ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth Banda Calvo    on behalf of Creditor    Richardson ISD, Crowley ISD rgleason@pbfcm.com,
          ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Ellen M. Halstead    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
          ellen.halstead@cwt.com,    joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Ellen M. Halstead    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
          ellen.halstead@cwt.com,    joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Ellen W. Slights    on behalf of Creditor    United States/USAO usade.ecfbankruptcy@usdoj.gov
          Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
          Erica J. Richards    on behalf of Creditor Committee    The Official Committee of Unsecured
          Creditors erichards@mofo.com
          Erik Schneider    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
          eschneider@nixonpeabody.com,    bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
          tgood@nixonpeabody.com
          Erin A. West    on behalf of Interested Party    Fee Committee ewest@gklaw.com,
          kbouchard@gklaw.com;kknitter@gklaw.com
          Erin R Fay    on behalf of Interested Party    Texas Energy Future Capital Holdings LLC, Texas
          Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
          Equity Interests in Energy Future Holdings Corp. efay@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party    Texas Energy Future Holdings Limited Partnership
          efay@mnat.com,    aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party    Texas Energy Future Capital Holdings, LLC, Texas
          Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
          L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
          L.P. and Associated Individuals efay@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party Mary Ann KIlgore efay@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
          L.P., Goldman, Sachs & Co. and Associated Individuals efay@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party    Interest Holders efay@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Evan R. Fleck    on behalf of Interested Party    CITIBANK, N.A. EFleck@milbank.com,
          jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;jgionis@milbank.com
          Evan T. Miller    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
          Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
          lmorton@bayardlaw.com;tstoner@bayardlaw.com
          Frances Gecker    on behalf of Interested Party    PI Law Firms fgecker@fgllp.com,
          csmith@fgllp.com
          Francis A. Monaco, Jr.    on behalf of Interested Party    Fluor Corporation fmonaco@wcsr.com,
          kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco, Jr.    on behalf of Interested Party    American Equipment Company Inc.
          fmonaco@wcsr.com,    kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco, Jr.    on behalf of Interested Party    AMECO Inc. fmonaco@wcsr.com,
          kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco, Jr.    on behalf of Interested Party    Fluor Enterprises Inc. fmonaco@wcsr.com,
          kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco, Jr.    on behalf of Interested Party    Fluor Global Services fmonaco@wcsr.com,
          kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          G. Alexander Bongartz    on behalf of Interested Party    CSC Trust Company of Delaware, as
          Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
          alexbongartz@paulhastings.com
          Garden City Group, LLC    PACERTeam@gardencitygroup.com
          Garvan F. McDaniel    on behalf of Interested Party    Contrarian Capital Management, LLC
          gfmcdaniel@dkhogan.com,    gdurstein@dkhogan.com;karen@dkhogan.com
          Garvan F. McDaniel    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
          gfmcdaniel@dkhogan.com,    gdurstein@dkhogan.com;karen@dkhogan.com
          Garvan F. McDaniel    on behalf of Interested Party    Caxton Associates LP gfmcdaniel@dkhogan.com,
          gdurstein@dkhogan.com;karen@dkhogan.com
          George Davis    on behalf of Creditor    Apollo Global Management, LLC gdavis@omm.com
          George Davis    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity as First
          Lien Administrative Agent gdavis@omm.com
          George Davis    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First Lien
          Administrative Agent gdavis@omm.com
          Gerrit M. Pronske    on behalf of Creditor    Pallas Realty Advisors, Inc. gpronske@pgkpc.com
          GianClaudio Finizio    on behalf of Interested Party    Delaware Trust Company
          gfinizio@bayardlaw.com,
          bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        GianClaudio  Finizio    on behalf of Interested Party    CSC Trust Company of Delaware, as
          Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
          bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
        GianClaudio  Finizio    on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien
          Indenture Trustee gfinizio@bayardlaw.com,
          bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
        GianClaudio  Finizio    on behalf of Interested Party    Delaware Trust Company as Successor
          Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
          bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
        Gilbert R. Saydah, Jr.    on behalf of Creditor    CSC Trust Company of Delaware, Proposed
          Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
        Gregory A. Taylor    on behalf of Interested Party    Ad Hoc Committee of TCEH Second Lien
          Noteholders gtaylor@ashby-geddes.com
        Gregory A. Taylor    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
          capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
        Gregory M. Starner    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders ,
          jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
          artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
        Gregory M. Weinstein    on behalf of Creditor    Mario Sinacola & Sons Excavating, Inc.
          gweinstein@weinrad.com, mbowers@weinrad.com;ssmith@weinrad.com
        Gregory Michael Starner    on behalf of Creditor    Law Debenture Trust Company of New York, in its
          capacity as Indenture Trustee gstarner@whitecase.com,
          jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
          artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
        Gregory T. Donilon    on behalf of Creditor    Automatic Systems, Inc. gdonilon@pwujlaw.com
        Hal F. Morris    on behalf of Interested Party    Texas Commission on Environmental Quality
          hal.morris@texasattorneygeneral.gov
        Hal F. Morris    on behalf of Interested Party    Public Utility Commission of Texas
          hal.morris@texasattorneygeneral.gov
        Hal F. Morris    on behalf of Interested Party    Railroad Commission of Texas
          hal.morris@texasattorneygeneral.gov
        Helen Elizabeth Weller    on behalf of Creditor    Hunt County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Hood CAD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    City of Corinth dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Jack County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Ector CAD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Northeast TX Comm Coll Dist
          dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Angelina County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Rusk County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Brownsboro ISD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Malakoff ISD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Robertson County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Fannin CAD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Walnut Springs ISD
          dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Clay county dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Lee County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Ellis County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    City of sulphur springs
          dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Sulphur Springs ISD
          dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

| | | | |
|---|---|---|---|
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Archer County | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | City of Coppell | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Morris CAD | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Gainesville isd | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Limestone County | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Slocum ISD | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Fort Bend County | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Stephenville ISD | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Nueces County | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Hopkins County | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Cisco College | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Camp cad | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Montague county | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Lamar CAD | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Rains County AD | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Harris County | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Coppell ISD | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Navarro County | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Tarrant County | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Falls County | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Franklin County | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Rockwall Cad | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Smith County | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Cherokee CAD | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com | on behalf of Creditor | City of carrollton | |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Kerens ISD | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Red River CAD | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com | on behalf of Creditor | City of Stephenville | |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Van Zandt CAD | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Red River County | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Franklin ISD | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | City of malakoff | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | McLennan County | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Cisco ISD | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Round Rock ISD | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Wise CAD | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Cayuga isd | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Grayson County | dallas.bankruptcy@publicans.com, |
| Helen Elizabeth Weller<br>evelyn.palmer@lgbs.com | on behalf of Creditor | Dallas County | dallas.bankruptcy@publicans.com, |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Helen Elizabeth Weller    on behalf of Creditor    Wise County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    City of bonham dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
           Hilary B. Mohr    on behalf of Creditor    Microsoft Corporation and Microsoft Licensing, GP
             hmohr@riddellwilliams.com, vmagda@riddellwilliams.com
           Howard A. Cohen    on behalf of Interested Party    CITIBANK, N.A. howard.cohen@dbr.com
           Howard R. Hawkins, Jr.    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
             howard.hawkins@cwt.com, nyecfnotice@cwt.com
           Howard R. Hawkins, Jr.    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
             howard.hawkins@cwt.com, nyecfnotice@cwt.com
           J Jackson Shrum    on behalf of Creditor    BWM Services, LP jshrum@werbsullivan.com
           J Jackson Shrum    on behalf of Creditor    The Kansas City Southern Railway Company
             jshrum@werbsullivan.com
           J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
             under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
           J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
             Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
           J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
             indenture trustee and collateral trustee kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
           J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
             Collateral Trustee, kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
           J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
             Indenture Trustee kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
           J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
           J. Kate Stickles    on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
             Trustee and Collateral Trustee kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
           J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
           Jacob A. Adlerstein    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
             Creditors jadlerstein@paulweiss.com
           James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc.
             jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
           James E. Huggett    on behalf of Creditor    Oracle America, Inc. jhuggett@margolisedelstein.com,
             nvangorder@margolisedelstein.com
           James Halstead Millar    on behalf of Interested Party    CSC Trust Company of Delaware, as
             successor indenture trustee and collateral trustee james.millar@dbr.com,
             Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
           James Michael Peck    on behalf of Creditor Committee    The Official Committee of Unsecured
             Creditors jpeck@mofo.com
           James Michael Peck    on behalf of Interested Party    The Official Committee of TCEH Unsecured
             Creditors jpeck@mofo.com
           James S. Carr    on behalf of Creditor    CSC Trust Company of Delaware, Proposed Successor
             Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
           James S. Yoder    on behalf of Attorney    Salesforce.com, Inc. yoderj@whiteandwilliams.com
           Jamie Lynne Edmonson    on behalf of Creditor    Pacific Investment Management Co. LLC
             jledmonson@venable.com
           Jarrett Vine    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
             jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
           Jarrett Vine    on behalf of Interested Party    The Official Committee of TCEH Unsecured
             Creditors jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
           Jason A. Starks    on behalf of Creditor    Texas Office of Public Utility Counsel
             bk-jstarks@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
           Jason D. Curry    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
             sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
           Jason M. Liberi    on behalf of Interested Party    Texas Transmission Investment LLC
             jason.liberi@skadden.com,
             christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
           Jason M. Madron    on behalf of Debtor    EFH Australia (No. 2) Holdings Company madron@rlf.com,
             rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Madron    on behalf of Plaintiff    Energy Future Holdings Corp. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Texas Utilities Electric Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    DeCordova II Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EFH FS Holdings Company madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Energy Trading California Company madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant ET Services Company madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Attorney    Kirkland & Ellis LLP madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Luminant Big Brown Mining Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Generation SVC Company madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EFH Finance (No. 2) Holdings Company madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    DeCordova Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Power & Light Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    TCEH Finance, Inc. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Generation Company LLC madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Energy Future Holdings Corp. madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Generation MT Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    TXU Electric Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    TXU Energy Receivables Company LLC madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Oak Grove Management Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                  madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Energy Industries Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                  madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    EFH CG Management Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Oak Grove Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Collin Power Company LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    EFH Corporate Services Company madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                  madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EECI, Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Electric Service Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Valley Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Eagle Mountain Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Dallas Power & Light Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Martin Lake 4 Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Holding Company LLC madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    LSGT Gas Company LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Utilities Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Interested Party    Energy Future Holdings Corp. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Mineral Development Company LLC madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Lone Star Pipeline Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    NCA Development Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason M. Madron   on behalf of Plaintiff   EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Sandow Power Company LLC madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Luminant Renewables Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   4Change Energy Company madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Morgan Creek 7 Power Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Energy Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Oak Grove Mining Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Big Brown Power Company LLC madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Brighten Energy LLC madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   TXU Energy Solutions Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   NCA Resources Development Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Generation Development Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Lone Star Energy Company, Inc. madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Monticello 4 Power Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Valley NG Power Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
             madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   TXU SEM Company madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EFH CG Holdings Company LP madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EFH Renewables Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Tradinghouse Power Company LLC madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   LSGT SACROC, Inc. madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Lake Creek 3 Power Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   TXU Energy Retail Company LLC madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   EEC Holdings, Inc. madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
             madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Other Prof.   KPMG LLP madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   TXU Retail Services Company madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Big Brown 3 Power Company LLC madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
             madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Attorney   Richards, Layton & Finger, P.A. madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Mining Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Brighten Holdings LLC madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   TXU Receivables Company madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EFIH Finance Inc. madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   4Change Energy Holdings LLC madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Big Brown Lignite Company LLC madron@rlf.com,
             rbgroup@rlf.com
          Jeffrey C. Wisler   on behalf of Creditor   Cloud Peak Energy Resources LLC
             jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
             Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
             Seidlets jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
             Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
             Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
      jschlerf@foxrothschild.com
Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
      jschlerf@foxrothschild.com
Jeffrey R. Fine   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
      jfine@dykema.com,  jrf5825@gmail.com,msikes@dykema.com,scompton@dykema.com
Jeffrey S Cianciulli   on behalf of Creditor   Evercore Group LLC jcianciulli@weirpartners.com,
      creese@weirpartners.com;mmorris@weirpartners.com
Jeffrey S Cianciulli   on behalf of Financial Advisor   Evercore Group L.L.C.
      jcianciulli@weirpartners.com,  creese@weirpartners.com;mmorris@weirpartners.com
Jeffrey S. Sabin   on behalf of Creditor   Pacific Investment Management Co. LLC
      JSSabin@Venable.com
Jennifer Marines   on behalf of Creditor Committee   The Official Committee of Unsecured
      Creditors JMarines@mofo.com
Jennifer R. Hoover   on behalf of Creditor   Michelin North America Inc. jhoover@beneschlaw.com,
      docket@beneschlaw.com;mrust@beneschlaw.com
Jennifer V. Doran   on behalf of Creditor   Invensys Systems, Inc. jdoran@haslaw.com,
      calirm@haslaw.com
Jeremy William Ryan   on behalf of Interested Party   Deutsche Bank AG New York Branch
      jryan@potteranderson.com,  bankruptcy@potteranderson.com
Joanna Flynn Newdeck   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
      jnewdeck@akingump.com,  ddunn@akingump.com
Joanna Flynn Newdeck   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
      Noteholders jnewdeck@akingump.com,  ddunn@akingump.com
John A. Harris   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC sybil.aytch@quarles.com
John A. Morris   on behalf of Interested Party   Computershare Trust Company, N.A., and
      Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
      Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
John D. Demmy   on behalf of Creditor   AEP Texas Central Company d/b/a American Electric Power
      Company and AEP Texas North Company d/b/a American Electric Power Company jdd@stevenslee.com
John D. Demmy   on behalf of Creditor   Rexel, Inc. jdd@stevenslee.com
John D. McLaughlin, Jr.   on behalf of Creditor   Atmos Energy Corporation
      jmclaughlin@ciardilaw.com,  mflores@ciardilaw.com
John G. Harris   on behalf of Plaintiff   Avenue Capital Management II, LP
      jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
      jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
      jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   Third Avenue Management LLC jharris@bergerharris.com,
      mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   GSO Capital Partners LP jharris@bergerharris.com,
      mnicholls@bergerharris.com
John H. Strock   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
      jstrock@foxrothschild.com,  dkemp@foxrothschild.com
John M. Seaman   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
      seaman@abramsbayliss.com,  farro@abramsbayliss.com
John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
      john.stern@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
John P. Dillman   on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
John P. Dillman   on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
John P. Melko   on behalf of Creditor   ROMCO Equipment Co. jmelko@gardere.com,
      afothergill@gardere.com;mriordan@gardere.com
John R. Ashmead   on behalf of Interested Party   Wilmington Trust, N.A. ashmead@sewkis.com
Johnna M. Darby   on behalf of Interested Party   Steag Energy Services, Inc.
      jdarby@hillerarban.com
Jon M. Chatalian   on behalf of Creditor   Pension Benefit Guaranty Corporation
      chatalian.jon@pbgc.gov,  efile@pbgc.gov
Jonathan L. Howell   on behalf of Creditor   Red Ball Oxygen Company jhowell@gpm-law.com
Joseph Charles Barsalona II   on behalf of Debtor   Energy Future Holdings Corp.
      barsalona@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Joseph D. Frank   on behalf of Interested Party   PI Law Firms jfrank@fgllp.com,
      ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Joseph D. Frank   on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
      ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Joseph D. Frank   on behalf of Creditor   Experian Marketing Solutions, Inc. jfrank@fgllp.com,
      ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Joseph D. Wright   on behalf of Interested Party   Alcoa Inc. wright@lrclaw.com,
      adams@lrclaw.com,dellose@lrclaw.com
Joseph D. Wright   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
      LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,  adams@lrclaw.com,dellose@lrclaw.com
Joseph H. Huston, Jr.   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity
      as First Lien Administrative Agent jhh@stevenslee.com
Joseph H. Huston, Jr.   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company
      LLC jhh@stevenslee.com
Joseph H. Huston, Jr.   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
      Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Joseph H. Huston, Jr.   on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First
              Lien Administrative Agent  jhh@stevenslee.com
             Joseph J. McMahon, Jr.   on behalf of Creditor    Atmos Energy Corporation jmcmahon@ciardilaw.com,
              mflores@ciardilaw.com
             Joseph J. McMahon, Jr.    on behalf of Creditor    Red Ball Oxygen Company jmcmahon@ciardilaw.com,
              mflores@ciardilaw.com
             Joseph J. McMahon, Jr.    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC
              jmcmahon@ciardilaw.com,  mflores@ciardilaw.com
             Joshua K. Brody   on behalf of Defendant    Computershare Trust Company of Canada
              jbrody@kramerlevin.com,
              adove@kramerlevin.com;dmayo@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com;aby
              owitz@kramerlevin.com;nhertzbunzl@kramerlevin.com;sschmidt@kramerlevin.com;rringer@kramerlevin.co
              m
             Joshua K. Brody   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
              Objectors jbrody@kramerlevin.com,
              adove@kramerlevin.com;dmayo@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com;aby
              owitz@kramerlevin.com;nhertzbunzl@kramerlevin.com;sschmidt@kramerlevin.com;rringer@kramerlevin.co
              m
             Joshua K. Brody   on behalf of Interested Party    Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
              adove@kramerlevin.com;dmayo@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com;aby
              owitz@kramerlevin.com;nhertzbunzl@kramerlevin.com;sschmidt@kramerlevin.com;rringer@kramerlevin.co
              m
             Joshua K. Brody   on behalf of Defendant    Computershare Trust Company, N.A.
              jbrody@kramerlevin.com,
              adove@kramerlevin.com;dmayo@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com;aby
              owitz@kramerlevin.com;nhertzbunzl@kramerlevin.com;sschmidt@kramerlevin.com;rringer@kramerlevin.co
              m
             Joshua Powers Searcy   on behalf of Creditor    D. Courtney Construction, Inc.
              joshsearcy@jrsearcylaw.com
             Judy Hamilton Morse   on behalf of Creditor    DEVON ENERGY CORPORATION
              judy.morse@crowedunlevy.com,
              marlena.mendez@crowedunlevy.com;ecf@crowedunlevy.com;karol.brown@crowedunlevy.com
             Justin K. Edelson   on behalf of Interested Party    The Official Committee of TCEH Unsecured
              Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
             Justin K. Edelson   on behalf of Creditor Committee    The Official Committee of Unsecured
              Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
             Justin K. Edelson   on behalf of Financial Advisor    FTI Consulting, Inc. jedelson@polsinelli.com,
              LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
             Karen Beth Shaer   on behalf of Other Prof.    Garden City Group, LLC PACERTeam@gardencitygroup.com
             Karen C Bifferato   on behalf of Interested Party    Pacific Investment Management Company LLC
              ("PIMCO") kbifferato@connollygallagher.com
             Katharine L. Mayer   on behalf of Interested Party    Aetna Inc. kmayer@mccarter.com
             Katharine L. Mayer   on behalf of Interested Party    Aetna Life Insurance Company
              kmayer@mccarter.com
             Katherine Stadler   on behalf of Interested Party    Fee Committee kstadler@gklaw.com,
              kboucher@gklaw.com;shuntema@gklaw.com
             Kathleen A. Murphy   on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP.
              kathleen.murphy@bipc.com,  tammy.rogers@bipc.com
             Kathleen M. Miller   on behalf of Creditor    Valero Texas Power Marketing, Inc.
              kmiller@skjlaw.com,  eys@skjlaw.com
             Kathleen M. Miller   on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com,  eys@skjlaw.com
             Kay Diebel Brock   on behalf of Creditor    Travis County bkecf@co.travis.tx.us
             Keith Howard Wofford   on behalf of Interested Party    CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
              keith.wofford@ropesgray.com
             Kerry L. Haliburton   on behalf of Creditor    Buffalo Industrial Supply, Inc.
              raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
             Kevin C. Driscoll, Jr.   on behalf of Creditor    GATX Corporation Kevin.Driscoll@btlaw.com,
              donna.dotts@btlaw.com
             Kevin G. Collins   on behalf of Creditor    GATX Corporation kevin.collins@btlaw.com,
              pgroff@btlaw.com
             Kevin J. Mangan   on behalf of Interested Party    American Equipment Company Inc.
              kmangan@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
             Kevin J. Mangan   on behalf of Interested Party    AMECO Inc. kmangan@wcsr.com,
              hsasso@wcsr.com;jwray@wcsr.com
             Kevin J. Mangan   on behalf of Interested Party    Alltite Inc. kmangan@wcsr.com,
              hsasso@wcsr.com;jwray@wcsr.com
             Kevin J. Mangan   on behalf of Interested Party    Fluor Global Services kmangan@wcsr.com,
              hsasso@wcsr.com;jwray@wcsr.com
             Kevin J. Mangan   on behalf of Interested Party    Fluor Corporation kmangan@wcsr.com,
              hsasso@wcsr.com;jwray@wcsr.com
             Kevin J. Mangan   on behalf of Interested Party    Fluor Enterprises Inc. kmangan@wcsr.com,
              hsasso@wcsr.com;jwray@wcsr.com
             Kevin M Lippman   on behalf of Creditor    Electric Reliability Council of Texas, Inc.
              klippman@munsch.com,  lpannier@munsch.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Kevin M. Capuzzi   on behalf of Creditor   Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
   docket@beneschlaw.com;mrust@beneschlaw.com
Kimberly Ellen Connolly Lawson   on behalf of Interested Party   The Bank of New York Mellon, in
   its capacity as the PCRB Trustee klawson@reedsmith.com
Kimberly Ellen Connolly Lawson   on behalf of Creditor   The Bank of New York Mellon, as
   Indenture Trustee klawson@reedsmith.com
Kimberly Ellen Connolly Lawson   on behalf of Creditor   The Bank of New York Mellon Trust
   Company, N.A., as Indenture Trustee klawson@reedsmith.com
Kimberly Ellen Connolly Lawson   on behalf of Creditor Committee   The Official Committee of
   Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
   LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com
Kizzy Lyn Jarashow   on behalf of Creditor   Aurelius Capital Management, LP
   kjarashow@goodwinprocter.com
Kurt F. Gwynne   on behalf of Interested Party   The Bank of New York Mellon Trust Company, N.A.,
   in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com, llankford@reedsmith.com
Kurt F. Gwynne   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
   kgwynne@reedsmith.com, llankford@reedsmith.com
Kurt F. Gwynne   on behalf of Interested Party   The Bank of New York Mellon, in its capacity as
   the PCRB Trustee kgwynne@reedsmith.com, llankford@reedsmith.com
Kurt F. Gwynne   on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., as
   Indenture Trustee kgwynne@reedsmith.com, llankford@reedsmith.com
Kurtzman Carson Consultants LLC   akass@kccllc.com
L. John Bird   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
   jbird@foxrothschild.com, idensmore@foxrothschild.com
L. John Bird   on behalf of Intervenor   Ovation Acquisition I, L.L.C. jbird@foxrothschild.com,
   idensmore@foxrothschild.com
L. John Bird   on behalf of Intervenor   Ovation Acquisition II, L.L.C. jbird@foxrothschild.com,
   idensmore@foxrothschild.com
L. Katherine Good   on behalf of Interested Party   Simeio Solutions, Inc. kgood@wtplaw.com,
   cmcallister@wtplaw.com;wjeffers@wtplaw.com
Lara E. Shipkovitz   on behalf of Creditor   Thermo Fisher Scientific Inc.
   lshipkovitz@tuckerlaw.com
Lars A. Peterson   on behalf of Creditor   UMB Bank, N.A. lapeterson@foley.com, khall@foley.com
Laura Davis Jones   on behalf of Interested Party   Second Lien Indenture Trustee and the EFIH
   Second Lien Group ljones@pszjlaw.com
Laura Davis Jones   on behalf of Plaintiff   Computershare Trust Company, N.A.
   ljones@pszjlaw.com
Laura Davis Jones   on behalf of Interested Party   Computershare Trust Company, N.A., and
   Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
   Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com, efile1@pszyjw.com
Laura Davis Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
   ljones@pszjlaw.com
Laura Davis Jones   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee &
   EFIH Second Lien Group ljones@pszjlaw.com
Laura Davis Jones   on behalf of Interested Party   Second Lien Indenture Trustee
   ljones@pszjlaw.com
Laura Davis Jones   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
   Objectors ljones@pszjlaw.com
Laura Davis Jones   on behalf of Interested Party   EFIH Second Lien Indenture Trustee
   ljones@pszjlaw.com, efile1@pszyjw.com
Laura Davis Jones   on behalf of Interested Party   Computershare Trust Company, N.A. and
   Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
   lien notes and the holders thereof. ljones@pszjlaw.com, efile1@pszyjw.com
Laura Davis Jones   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
   Objectors ljones@pszjlaw.com, efile@pszyj.com
Laura Davis Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
   ljones@pszjlaw.com, efile@pszyj.com
Laurie Selber Silverstein   on behalf of Interested Party   EFIH First Lien DIP Agent
   bankruptcy@potteranderson.com
Laurie Selber Silverstein   on behalf of Interested Party   Deutsche Bank AG New York Branch
   bankruptcy@potteranderson.com
Lee Harrington   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
   lharrington@nixonpeabody.com
Lee B. Gordon   on behalf of Creditor   Texas Ad Valorem Taxing Jurisdictions
   sonya.ragsdale@mvbalaw.com, vickie.covington@mvbalaw.com
Lindsay Zahradka   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
   Noteholders lzahradka@akingump.com
Lindsay Zahradka   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
   lzahradka@akingump.com
Lino Mendiola, III   on behalf of Interested Party   Titus County Fresh Waster Supply District
   No. 1 linomendiola@andrewskurth.com
Lino Mendiola, III   on behalf of Interested Party   Titus County Fresh Water Supply District
   No. 1 linomendiola@andrewskurth.com
Lisa Bittle Tancredi   on behalf of Creditor   Milam Appraisal District lisa.tancredi@gebsmith.com
Lorenzo Marinuzzi   on behalf of Interested Party   The Official Committee of TCEH Unsecured
   Creditors LMarinuzzi@mofo.com
Lucian Borders Murley   on behalf of Creditor   Johnson Matthey Stationary Emissions Control LLC
   lmurley@saul.com, rwarren@saul.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Marc J. Phillips   on behalf of Creditor   Steering Committee of Cities Served by Oncor
             mphillips@mgmlaw.com
            Marc J. Phillips   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
             mphillips@mgmlaw.com
            Maria A. Bove   on behalf of Interested Party   Computershare Trust Company, N.A., and
             Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
             Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
            Maria Aprile Sawczuk   on behalf of Interested Party   Sierra Club marias@restructuringshop.com,
             marias@ecf.courtdrive.com
            Maria Aprile Sawczuk   on behalf of Creditor Miguel Oliveras Caraballo
             marias@restructuringshop.com,  marias@ecf.courtdrive.com
            Mark  Minuti   on behalf of Creditor   Electric Reliability Council of Texas, Inc.
             mminuti@saul.com,  rwarren@saul.com
            Mark Andrew Fink   on behalf of Interested Party   The Official Committee of Unsecured Creditors
             of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
             Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com
            Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
             Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
             Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com
            Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
             Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
             Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com
            Mark D. Collins   on behalf of Debtor   Energy Future Holdings Corp. rbgroup@rlf.com
            Mark D. Collins   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
             rbgroup@rlf.com
            Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral Agent
             KOTWICK@SEWKIS.COM
            Mark D. Kotwick   on behalf of Interested Party   Wilmington Trust, N.A. kotwick@sewkis.com
            Mark D. Olivere   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
             olivere@chipmanbrown.com,
             bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com;mccloskey@chipmanbrown.com
            Mark D. Olivere   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
             olivere@chipmanbrown.com,
             bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com;mccloskey@chipmanbrown.com
            Mark E. Felger   on behalf of Interested Party   J. Aron & Company mfelger@cozen.com,
             MBrickley@cozen.com;dabernathy@cozen.com
            Mark E. Felger   on behalf of Interested Party   J Aron & Company mfelger@cozen.com,
             mmillis@cozen.com
            Mark F. Hebbeln   on behalf of Creditor   UMB Bank, N.A. mhebbeln@foley.com,  jsorrels@foley.com,
             opetukhova@foley.com
            Mark F. Rosenberg   on behalf of Creditor Committee   The Official Committee of Unsecured
             Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
             Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
            Mark L. Desgrosseilliers   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
             mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
            Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Resources Corp.
             mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
            Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Houston Electric,
             LLC mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
            Mark S. Chehi   on behalf of Interested Party   Borealis Infrastructure Management Inc.
             mchehi@skadden.com,  debank@skadden.com
            Matthew  Summers   on behalf of Creditor   URENCO, Inc. summersm@ballardspahr.com
            Matthew  Summers   on behalf of Creditor   Louisiana Energy Services, LLC
             summersm@ballardspahr.com
            Matthew B. McGuire   on behalf of Interested Party   Marathon Asset Management, LP
             mcguire@lrclaw.com,  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
            Matthew B. McGuire   on behalf of Interested Party   Alcoa Inc. mcguire@lrclaw.com,
             adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
            Matthew B. McGuire   on behalf of Creditor   NextEra Energy Resources, LLC mcguire@lrclaw.com,
             adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
            Matthew B. McGuire   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
             II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
             adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
            Matthew C. Brown   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
             mbrown@whitecase.com
            Matthew J. Troy   on behalf of Creditor   United States of America matthew.troy@usdoj.gov
            Meredith A. Lahaie   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
             Noteholders mlahaie@akingump.com
            Meredith A. Lahaie   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
             mlahaie@akingump.com
            Michael  Schein   on behalf of Creditor   First Union Rail Corporation mschein@vedderprice.com,
             ecfnydocket@vedderprice.com
            Michael D. DeBaecke   on behalf of Interested Party   Wilmington Trust, N.A.
             debaecke@blankrome.com
            Michael David Debaecke   on behalf of Interested Party   Wilmington Trust, N.A.
             debaecke@blankrome.com,  moody@ecf.inforuptcy.com
            Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A., as First Lien
             Collateral Agent debaecke@blankrome.com,  moody@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael G. Busenkell    on behalf of Creditor    Polygon Distressed Opportunities Master Fund
               mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Interested Party    Tannor Partners Credit Fund LP
               mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Creditor    Marathon Asset Management, LP
               mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Creditor    Knife River Corporation-South
               mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Creditor    Polygon Convertible Opportunity Master Fund
               mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Creditor    Mudrick Capital Management, L.P.
               mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK
               Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
               Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Interested Party    York Capital Management Global Advisors,
               LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Creditor    Aurelius Capital Management, LP
               mbusenkell@gsbblaw.com
              Michael Joseph Joyce    on behalf of Creditor    Certain funds and accounts advised or sub-advised
               by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
               smacdonald@crosslaw.com
              Michael Joseph Joyce    on behalf of Interested Party    certain funds and accounts advised or
               sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
               smacdonald@crosslaw.com
              Michael L. Atchley    on behalf of Creditor    Tarrant Regional Water District
               matchley@popehardwicke.com
              Michael L. Atchley    on behalf of Creditor    Northeast Texas Municipal Water District
               matchley@popehardwicke.com
              Michelle McMahon    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors michelle.mcmahon@bryancave.com,   dortiz@bryancave.com
              Monica S. Blacker    on behalf of Attorney    Jackson Walker LLP mblacker@jw.com,  tsalter@jw.com
              Monica S. Blacker    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
               mblacker@jw.com,   tsalter@jw.com
              Natalie D. Ramsey    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com,   BankECF@mmwr.com
              Natasha M. Songonuga    on behalf of Creditor    Veolia ES Industrial Services, Inc.
               nsongonuga@gibbonslaw.com
              Neil B. Glassman    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
               Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
               nglassman@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;jalberto@bayardla
               w.com;bankserve@bayardlaw.com
              Neil B. Glassman    on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien Indenture
               Trustee bankserve@bayardfirm.com,   nglassman@bayardfirm.com
              Neil B. Glassman    on behalf of Interested Party    Delaware Trust Company
               bankserve@bayardfirm.com,   nglassman@bayardfirm.com
              Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
               Indenture Trustee nbrannick@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Nicholas J. Brannick    on behalf of Plaintiff    Delaware Trust Company nbrannick@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware, as
               successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Nick S. Kaluk, III    on behalf of Financial Advisor    Evercore Group L.L.C. nskaluk@debevoise.com,
               amcdermott@debevoise.com
              Nicole D. Mignone    on behalf of Interested Party    Public Utility Commission of Texas
               nicole.mignone@texasattorneygeneral.gove
              Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman L. Pernick    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
               Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman L. Pernick    on behalf of Plaintiff    Delaware Trust Company npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
               Indenture Trustee npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
              Collateral Trustee, npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
             Owen M. Sonik   on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
              tpope@pbfcm.com;osonik@ecf.inforuptcy.com
             Owen M. Sonik   on behalf of Creditor   Certain Texas Taxing Entities osonik@pbfcm.com,
              tpope@pbfcm.com;osonik@ecf.inforuptcy.com
             Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
              pwp@pattiprewittlaw.com
             Patricia Williams Prewitt   on behalf of Creditor   El Paso Natural Gas Company
              pwp@pattiprewittlaw.com
             Patricia Williams Prewitt   on behalf of Creditor   Targa Gas Marketing LLC
              pwp@pattiprewittlaw.com
             Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
              pwp@pattiprewittlaw.com
             Pauline K. Morgan   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
              bankfilings@ycst.com
             Peter J. Keane   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee & EFIH
              Second Lien Group pkeane@pszjlaw.com
             Peter Jonathon Young   on behalf of Debtor   Energy Future Holdings Corp. pyoung@proskauer.com
             Peter M. Gilhuly   on behalf of Interested Party   Ernst & Young LLP peter.gilhuly@lw.com,
              adam.malatesta@lw.com
             R. Karl Hill   on behalf of Creditor   Liberty Mutual Insurance Co. khill@svglaw.com,
              cday@svglaw.com
             R. Stephen  McNeill   on behalf of Interested Party   Deutsche Bank AG New York Branch
              bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
             R. Stephen  McNeill   on behalf of Interested Party   Deutsche Bank Securities Inc.
              bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
             Rachel  Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
              bk-robaldo@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
             Rachel  Ringer   on behalf of Interested Party   Computershare Trust Company, N.A. and
              Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
              lien notes and the holders thereof. rringer@kramerlevin.com
             Rachel B. Mersky   on behalf of Creditor   Top Line Rental , LLC rmersky@monlaw.com
             Raymond Howard Lemisch   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
              rlemisch@klehr.com
             Raymond Howard Lemisch   on behalf of Defendant   UMB Bank, N.A., as indenture trustee
              rlemisch@klehr.com
             Raymond Howard Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
             Rebecca A. Hayes   on behalf of Creditor   UMB Bank, N.A. rhayes@foley.com
             Rebecca A. Hayes   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
              rhayes@foley.com
             Reed A. Heiligman   on behalf of Interested Party   PI Law Firms rheiligman@fgllp.com,
              ccarpenter@fgllp.com
             Reed A. Heiligman   on behalf of Creditor   Experian Information Solutions, Inc.
              rheiligman@fgllp.com,  ccarpenter@fgllp.com
             Reed A. Heiligman   on behalf of Creditor   Experian Marketing Solutions, Inc.
              rheiligman@fgllp.com,  ccarpenter@fgllp.com
             Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
              rbarkasy@schnader.com
             Richard A. Barkasy   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
              rbarkasy@schnader.com
             Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
              rbarkasy@schnader.com
             Richard A. Robinson   on behalf of Creditor   The Bank of New York Mellon, solely in its capacity
              as Trustee under the Enumerated Trust Agreements rrobinson@reedsmith.com
             Richard G. Mason   on behalf of Interested Party   Interest Holders rcstrauss@wlrk.com
             Richard G. Mason   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC,
              Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders
              of Equity Interests in Energy Future Holdings Corp. rcstrauss@wlrk.com
             Richard L. Schepacarter   on behalf of U.S. Trustee   United States Trustee
              richard.schepacarter@usdoj.gov
             Risa Lynn  Wolf-Smith   on behalf of Creditor   Cloud Peak Energy Resources LLC
              rwolf@hollandhart.com,  lmlopezvelasquez@hollandhart.com;BMain@hollandhart.com
             Robert  Szwajkos   on behalf of Creditor   FLSmidth Inc. rsz@curtinheefner.com
             Robert  Szwajkos   on behalf of Creditor   FLSMIDTH USA INC rsz@curtinheefner.com
             Robert J. Feinstein   on behalf of Interested Party   Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
             Robert K. Malone   on behalf of Interested Party   CITIBANK, N.A. robert.malone@dbr.com,
              brian.morgan@dbr.com
             Ryan M. Bartley   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
              bankfilings@ycst.com
             Sabrina L. Streusand   on behalf of Interested Party Allen  Shrode streusand@slollp.com,
              prentice@slollp.com
             Samuel Lee Moultrie   on behalf of Creditor   RailWorks Track System, Inc. smoultrie@wlblaw.com

District/off: 0311-1          User: JudyF          Page 19 of 23          Date Rcvd: Nov 13, 2015
                             Form ID: van440      Total Noticed: 34

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Scott D. Cousins    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
    scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
Scott D. Cousins    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
    Noteholders scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
Scott D. Cousins    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
    scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
Sean A. O'Neal    on behalf of Interested Party    J. Aron & Company soneal@cgsh.com,
    maofiling@cgsh.com;afee@cgsh.com
Sean A. O'Neal    on behalf of Interested Party    J Aron & Company soneal@cgsh.com,
    maofiling@cgsh.com;afee@cgsh.com
Sean M. Brennecke    on behalf of Creditor    UMB Bank, N.A. sbrennecke@klehr.com, state@klehr.com
Shanti M. Katona    on behalf of Creditor Committee    The Official Committee of Unsecured
    Creditors skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
    cmcintire@buchalter.com
Simon E. Fraser    on behalf of Interested Party    J Aron & Company sfraser@cozen.com
Simon E. Fraser    on behalf of Defendant    Morgan Stanley Capital Group, Inc. sfraser@cozen.com
Stacey Kremling    on behalf of Creditor    2603 Augusta Investors, LP stacey@womaclaw.com
Stacy L. Newman    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
    capacity as successor Indenture Trustee snewman@ashby-geddes.com
Stanley B. Tarr    on behalf of Interested Party    Wilmington Trust, N.A. tarr@blankrome.com,
    moody@ecf.inforuptcy.com
Stephanie Wickouski    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
    Objectors stephanie.wickouski@bryancave.com, dortiz@bryancave.com
Stephanie Wickouski    on behalf of Interested Party    Computershare Trust Company, N.A., and
    Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
    Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
    dortiz@bryancave.com
Stephanie Wickouski    on behalf of Defendant    Computershare Trust Company of Canada
    stephanie.wickouski@bryancave.com, dortiz@bryancave.com
Stephanie Wickouski    on behalf of Defendant    Computershare Trust Company, N.A.
    stephanie.wickouski@bryancave.com, dortiz@bryancave.com
Stephen Karotkin    on behalf of Plaintiff    Third Avenue Management LLC
    stephen.karotkin@weil.com, frank.grese@weil.com
Stephen Karotkin    on behalf of Plaintiff    GSO Capital Partners LP stephen.karotkin@weil.com,
    frank.grese@weil.com
Stephen Karotkin    on behalf of Plaintiff    Avenue Capital Management II, LP
    stephen.karotkin@weil.com, frank.grese@weil.com
Stephen Karotkin    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
    stephen.karotkin@weil.com, frank.grese@weil.com
Stephen Karotkin    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
    stephen.karotkin@weil.com, frank.grese@weil.com
Stephen A. Spence    on behalf of Interested Party    Fee Committee sas@pgslaw.com, saa@pgslaw.com
Stephen C. Stapleton    on behalf of Creditor    Atmos Energy Corporation
    sstapleton@cowlesthompson.com
Stephen D Lerner    on behalf of Interested Party    ArcelorMittal USA LLC
    stephen.lerner@squirepb.com
Stephen M. Miller    on behalf of Creditor    Law Debenture Trust Company of New York, in its
    capacity as Indenture Trustee smiller@morrisjames.com,
    wweller@morrisjames.com;jdawson@morrisjames.com
Stephen W. Spence    on behalf of Fee Examiner Richard Gitlin ss@pgslaw.com, saa@pgslaw.com
Stephen W. Spence    on behalf of Attorney    Phillips, Goldman & Spence, P.A. ss@pgslaw.com,
    saa@pgslaw.com
Stephen W. Spence    on behalf of Interested Party    Fee Committee ss@pgslaw.com, saa@pgslaw.com
Steven A. Ginther    on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
Steven K. Kortanek    on behalf of Interested Party    CenterPoint Energy Resources Corp.
    skortanek@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com;nturner@wcsr.com
Steven K. Kortanek    on behalf of Interested Party    CenterPoint Energy Houston Electric, LLC
    skortanek@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com;nturner@wcsr.com
Sundeep S. Sidhu    on behalf of Creditor    Siemens Power Generation Inc. sunny.sidhu@akerman.com,
    cindy.miller@akerman.com
Susan E. Kaufman    on behalf of Creditor    Tarrant Regional Water District
    skaufman@skaufmanlaw.com
Theodore J. Tacconelli    on behalf of Interested Party    Titus County Appraisal District
    ttacconelli@ferryjoseph.com
Theodore J. Tacconelli    on behalf of Interested Party    Rusk County Appraisal District
    ttacconelli@ferryjoseph.com
Theodore J. Tacconelli    on behalf of Creditor    Freestone County, Texas
    ttacconelli@ferryjoseph.com
Theodore J. Tacconelli    on behalf of Interested Party    Freestone County Appraisal District
    ttacconelli@ferryjoseph.com
Theodore J. Tacconelli    on behalf of Interested Party    Robertson County Appraisal District
    ttacconelli@ferryjoseph.com
Thomas F. Driscoll, III    on behalf of Debtor    Energy Future Holdings Corp.
    tdriscoll@bifferato.com, mdunwody@bifferato.com
Thomas J. Moloney    on behalf of Interested Party    J. Aron & Company tmoloney@cgsh.com
Thomas J. Moloney    on behalf of Interested Party    J Aron & Company tmoloney@cgsh.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Thomas Ross Hooper    on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
               Agent hooper@sewkis.com
              Thomas Ross Hooper    on behalf of Interested Party   Wilmington Trust, N.A. hooper@sewkis.com
              Tina Niehold Moss    on behalf of Interested Party   Delaware Trust Company as Successor Trustee
               under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
               nvargas@perkinscoie.com
              Tina Niehold Moss    on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
               Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,  nvargas@perkinscoie.com
              Tina Niehold Moss    on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
               tmoss@perkinscoie.com,  nvargas@perkinscoie.com
              Tobey M. Daluz    on behalf of Defendant   Pyramis Global Advisors Trust Company
               daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant   Fidelity Management & Research Company
               daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant   Fidelity Advisor Series I: Fidelity Advisor High Income
               Advantage Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant   Fidelity Advisor Series II: Fidelity Advisor Strategic
               Income Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant   Japan Trustee Services Bank Ltd. as trustee of Fidelity
               High Yield Bond Open Mother Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant   Fidelity Puritan Trust: Fidelity Puritan Fund
               daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant   Fidelity Global Bond Series  US Dollar Monthly Income
               US High Yield Pool daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant   Fidelity Management & Research Company as Investment
               Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
               daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant   Master Trust Bank of Japan daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant   Variable Insurance Products Fund V: Strategic Income
               Portfolio daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant   Fidelity Investments Canada ULC daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant   FIL Investments International (FII)
               daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Global High
               Income Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant   Fidelity School Street Trust: Fidelity Strategic Income
               daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant   Japan Trustee Services Bank, Ltd. as trustee of
               Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant   Fidelity Investments daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Capital & Income
               Fund daluzt@ballardspahr.com
              Todd Charles Schiltz, Esq    on behalf of Interested Party   CSC Trust Company of Delaware, as
               successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
               cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
              Todd Jeffrey Rosen    on behalf of Interested Party   TCEH Debtors todd.rosen@mto.com
              Traci L. Cotton    on behalf of Creditor   UT System obo UT at Arlington tcotton@utsystem.edu
              Tyler D. Semmelman    on behalf of Debtor   Luminant Energy Trading California Company
               semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   LSGT Gas Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   NCA Development Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Luminant Renewables Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Luminant Mining Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Eagle Mountain Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   TXU Energy Receivables Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   TXU Retail Services Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   TXU Electric Company, Inc. semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Martin Lake 4 Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Energy Future Intermediate Holding Company LLC
               semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Lone Star Energy Company, Inc. semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
               semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Energy Future Competitive Holdings Company LLC
               semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Energy Future Holdings Corp. semmelman@rlf.com,
               rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Tyler D. Semmelman     on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Generation Development Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Luminant Mineral Development Company LLC
                semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Southwestern Electric Service Company, Inc.
                semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EFH FS Holdings Company semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Defendant   EFIH Finance Inc. semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Lone Star Pipeline Company, Inc. semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    4Change Energy Holdings LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Sandow Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EFH Renewables Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EFH CG Management Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Attorney   Kirkland & Ellis LLP semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Generation MT Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    NCA Resources Development Company LLC
                semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Big Brown Lignite Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Texas Energy Industries Company, Inc.
                semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    TXU Energy Retail Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Dallas Power & Light Company, Inc. semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    DeCordova Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Monticello 4 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Lake Creek 3 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Tradinghouse Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Luminant Energy Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Luminant Holding Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Collin Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Texas Power & Light Company, Inc. semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Valley Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Oak Grove Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    TXU Energy Solutions Company LLC semmelman@rlf.com,
                rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
            Tyler D. Semmelman    on behalf of Debtor    Brighten Holdings LLC semmelman@rlf.com,
                 rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Luminant ET Services Company semmelman@rlf.com,
                 rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Big Brown Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    TXU Receivables Company semmelman@rlf.com,
                 rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Valley NG Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Morgan Creek 7 Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    EFH CG Holdings Company LP semmelman@rlf.com,
                 rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Oak Grove Management Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                 semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
                 rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    DeCordova II Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    4Change Energy Company semmelman@rlf.com,
                 rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Defendant   Energy Future Intermediate Holding Company LLC
                 semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Luminant Big Brown Mining Company LLC
                 semmelman@rlf.com,  rbgroup@rlf.com
            United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
            Vincent E. Lazar    on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
                 vlazar@jenner.com
            Ward W. Benson    on behalf of Creditor    UNITED STATES OF AMERICA wardlow.w.benson@usdoj.gov,
                 Eastern.Taxcivil@usdoj.gov
            Warren A. Usatine    on behalf of Interested Party   CSC Trust Company of Delaware, as successor
                 indenture trustee and collateral trustee wusatine@coleschotz.com
            Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
                 mao-bk-ecf@debevoise.com
            Wendy G. Marcari    on behalf of Interested Party   Benbrooke Electric Partners, LLC
                 wmarcari@ebglaw.com,  nyma@ebglaw.com
            William A. Hazeltine    on behalf of Creditor   Mastercraft Printed Products & Services, Inc.
                 Bankruptcy001@sha-llc.com
            William A. Romanowicz    on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                 rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
                 rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
                 rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                 rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                 rbgroup@rlf.com
            William A. Romanowicz    on behalf of Defendant   Energy Future Intermediate Holding Company LLC
                 rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company rbgroup@rlf.com
            William A. Romanowicz    on behalf of Defendant   EFIH Finance Inc. rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                 rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    Lone Star Pipeline Company, Inc. rbgroup@rlf.com
            William A. Romanowicz    on behalf of Debtor    4Change Energy Holdings LLC rbgroup@rlf.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Romanowicz    on behalf of Debtor    Generation SVC Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Renewables Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EECI, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Big Brown Lignite Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    4Change Energy Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
              William D. Sullivan    on behalf of Creditor    Capgemini America, Inc. wdsecfnotices@sha-llc.com
              William E Kelleher, Jr    on behalf of Creditor    Westinghouse Electric Company LLC
               wkelleher@cohenlaw.com,  mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
              William E. Chipman, Jr.    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
               Noteholders chipman@chipmanbrown.com,  bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
              William E. Chipman, Jr.    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
               Noteholders chipman@chipmanbrown.com,  bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
              William F. Taylor, Jr.    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
               bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
              William M. Hildbold    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors WHildbold@mofo.com
              William P. Weintraub    on behalf of Creditor    Aurelius Capital Management, LP
               wweintraub@goodwinproctor.com,  zhassoun@fklaw.com
              William Pierce Bowden    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in
               its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
                                                                                     TOTAL: 856