**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al.[1], | ) ) ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE REGARDING SUBMISSION OF WRITTEN DIRECT TESTIMONY

**PLEASE TAKE NOTICE** that pursuant to Paragraph 9 of the *Joint Stipulated Final Pre-Trial Order* [Docket No. 6748] (the "Joint Pre-Trial Order"), (i) on November 15, 2015, counsel to Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, (the "TCEH Debtors"), provided the written direct testimony of Hugh E. Sawyer, Disinterested Manager of the TCEH Debtors, to the Participating Parties, and (ii) on November 16, 2015, the TCEH Debtors provided the written direct testimony of Hugh E. Sawyer to the Court.[2]

**PLEASE TAKE FURTHER NOTICE** that any party other than a Participating Party that did not receive the written direct testimony of Hugh E. Sawyer may communicate their request for access to such testimony by emailing efhcorrespondence@kirkland.com and the TCEH Debtors will review in good faith any reasonable requests for such access.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not defined in this Notice have the meaning they are given in the Joint Pre-Trial Order.

Dated: November 16, 2015

**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

/s/ David P. Primack
David P. Primack, Esq. (No. 4449)
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
dprimack@mdmc-law.com

-and-

**MUNGER, TOLLES & OLSON LLP**
Thomas B. Walper, Esq. (admitted *pro hac vice*)
John W. Spiegel, Esq. (admitted *pro hac vice*)
Todd J. Rosen, Esq. (admitted *pro hac vice*)
Seth Goldman, Esq. (admitted *pro hac vice*)
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Phone: (213) 683-9100; Facsimile: (213) 683-4022
Email: Thomas.Walper@mto.com
       John.Spiegel@mto.com
       Todd.Rosen@mto.com
       Seth.Goldman@mto.com

Counsel to the TCEH Debtors