IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**FOURTH SUPPLEMENTAL DECLARATION OF JEFF J. MARWIL
IN SUPPORT OF DEBTOR ENERGY FUTURE HOLDINGS CORP.'S
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF PROSKAUER ROSE LLP AS COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION ENERGY FUTURE HOLDINGS CORP.
EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 19, 2014**

I, Jeff J. Marwil, being duly sworn, state the following under penalty of perjury:

1. I am a partner in the firm of Proskauer Rose LLP ("Proskauer"), which maintains an office for the practice of law at 70 West Madison Street, Suite 3800, Chicago, Illinois 60602. I am an attorney duly licensed in, and am a member in good standing of, the Bar for the State of Illinois and am admitted to practice in the United States District Court for the Northern District of Illinois.

2. I submit this fourth supplemental declaration in further support of *Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [D.I. 3037] (the "Application"). Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**Background**

3. On December 16, 2014, debtor Energy Future Holdings Corp. ("EFH Corp.") filed the Application. In support of the Application, EFH Corp. filed, as Exhibit C to the Application, the *Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [Docket No. 3037, Exhibit C] (the "Original Declaration"). Schedule 1 to the Original Declaration contained a list of potential parties in interest in EFH Corp.'s chapter 11 case that Kirkland & Ellis LLP ("K&E") provided to Proskauer. Schedule 2 to the Original Declaration listed those parties in interest from Schedule 1 who are current or former clients of Proskauer.

4. On December 22, 2014, Proskauer filed the *Supplemental Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [Docket No. 3128] (the "Supplemental Declaration"). The Supplemental Declaration provided additional information regarding Proskauer's relationships with certain of the parties in interest identified on Schedule 2 to the Original Declaration.

5. On January 8, 2015, Proskauer filed the *Second Supplemental Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [Docket No. 3200] (the "Second Supplemental Declaration"). The Second

Supplemental Declaration provided additional information with respect to the scope of Proskauer's proposed retention.

6.   On January 13, 2015, this court entered an order [Docket No. 3281] (the "Retention Order") approving the retention of Proskauer *nunc pro tunc* to November 19, 2014.

7.   On March 16, 2015, Proskauer filed the *Third Supplemental Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [Docket No. 3917] (the "Third Supplemental Declaration").  The Third Supplemental Declaration disclosed Proskauer's relationships with certain additional parties in interest that were provided to Proskauer by K&E.

**Supplemental Disclosure**

8.   In the Original Declaration, I disclosed Proskauer's hourly billing rates in effect at the time for matters related to EFH Corp.'s chapter 11 case.  I also disclosed that the hourly rates are subject to periodic adjustments to reflect economic and other conditions.  Original Decl. at ¶ 14; Application, Ex. 1 to Ex. A ¶ 2 ("Our hourly rates are revised periodically, typically effective November 1, and we reserve the right to revise them from time to time during the course of our representation of the Company.").  Pursuant to the Retention Order, Proskauer is required to provide notice of any increases in its hourly billing rates during the pendency of EFH Corp.'s chapter 11 case.  Retention Order at ¶ 9.

9.   In accordance with ordinary practice, hourly billing rates for Proskauer timekeepers increased effective November 1, 2015.  The changes in billing rates are due to rate increases and/or promotion.  Proskauer's hourly billing rates effective as of November 1, 2015

for matters related to EFH Corp.'s chapter 11 case – and all cases in which Proskauer is engaged – range as follows:

| Billing Category | Billing Range |
|---|---|
| Partners | $1,395 - $825 |
| Senior Counsel | $1,050 - $795 |
| Associates | $950 - $445 |
| Paraprofessionals | $410 - $195 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 16, 2015               */s/ Jeff J. Marwil*

                                       Name:  Jeff J. Marwil
                                       Title: Partner, Proskauer Rose LLP

52435522v2                             4