## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE | ) | Bankruptcy Case No. 14-10979 (CSS) |
| HOLDINGS CORP., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| *Debtors.* | ) | |
| | ) | |
| | ) | |
| COMPUTERSHARE TRUST COMPANY, | ) | |
| N.A. and COMPUTERSHARE TRUST | ) | |
| COMPANY OF CANADA, as INDENTURE | ) | |
| TRUSTEE, | ) | |
| | ) | |
| *Appellant*, | ) | |
| | ) | Adversary Proceeding |
| v. | ) | No. 14-50405 (CSS) |
| | ) | |
| ENERGY FUTURE INTERMEDIATE | ) | |
| HOLDING COMPANY LLC and EFIH | ) | |
| FINANCE INC., | ) | |
| | ) | |
| *Appellees.* | ) | |
| | ) | |

### DESIGNATION OF RECORD, STATEMENT OF ISSUES
### AND CERTIFICATE REGARDING TRANSCRIPTS PURSUANT TO
### FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant

Computershare Trust Company, N.A., and Computershare Trust Company of Canada, as

indenture trustee (together, the "Second Lien Indenture Trustee") for the second lien notes (the

"Notes" held by the "Noteholders") issued by Appellees Energy Future Intermediate Holding

Company LLC and EFIH Finance Inc. (together, the "EFIH Debtors") pursuant to the Indenture

dated as of April 25, 2011 (together with all supplements, amendments, and exhibits, the

"Indenture"), by and through undersigned counsel, hereby designates the issues and record

presented on appeal and file this certificate stating that Appellant is not ordering transcripts in connection with its appeal under 28 U.S.C. § 158 from all of the following orders, judgments and decrees issued by the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.) in the above-captioned chapter 11 case and/or adversary proceeding (collectively, the "Orders"):

- Order Denying Motion of Second Lien Indenture Trustee for Limited Relief from the Automatic Stay, dated October 20, 2015 [No. 14-10979, D.I. 6531]

- Amended Memorandum Opinion, dated October 29, 2015 [No. 14-10979, D.I. 6752; No. 14-50405, D.I. 64]

- Corrected Order, dated October 29, 2015 [No. 14-10979, D.I. 6753; No. 14-50405, D.I. 65]

## Statement of Issues on Appeal

1. Whether the bankruptcy court erred in holding, as a matter of law, that the EFIH Debtors were not required, under the terms of the Notes and Indenture, to honor a provision requiring the EFIH Debtors to pay the Second Lien Noteholders the specified makewhole (the "Applicable Premium" due under section 3.07(a) of the Indenture), or damages, when the EFIH Debtors, in bankruptcy, redeemed the Notes prior to the call dates specified in Section 3.07(d) of the Indenture.

2. Whether the bankruptcy court erred in holding that the automatic stay imposed by 11 U.S.C. § 362 prevented the Noteholders from exercising their rights under the Indenture to waive the EFIH Debtors' bankruptcy default and to rescind the acceleration of the Notes under that provision, and that absent relief from the stay the Noteholders were not entitled to allowance of a claim under 11 U.S.C. § 502(b) for the makewhole or damages.

3. Whether, to the extent the automatic stay otherwise applied, the bankruptcy court erred in holding that "cause" did not exist under 11 U.S.C. § 362(d)(1) to grant relief from the stay to permit the Noteholders to exercise their contractual right to rescind the automatic acceleration of the Notes, pursuant to the Indenture, when (1) the EFIH Debtors were

presumed to be solvent and able to pay all creditors in full, including the makewhole; (2)

the EFIH Debtors received substantial benefits from the refinancing of the Notes; and (3)

the only party that would be harmed by lifting the stay was the Debtors' equity holder.

4.      Whether the bankruptcy court otherwise erred in entering the Orders, including the Order

in the above-captioned chapter 11 bankruptcy case (No. 14-10979), and in entering

partial summary judgment for the EFIH Debtors in the above-captioned adversary

proceeding (No. 14-50405).

### Designation of Items to Be Included in the Record on Appeal

**A.      Documents Filed in Adversary Proceeding No. 14-50405**

1.      Adversary Complaint for Declaratory Relief by Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as Indenture Trustee against Energy Future Intermediate Holding Company LLC, and EFIH Finance Inc. [Docket No. 1]

2.      Summons and Notice of Pretrial Conference Served on Defendants EFIH Finance Inc., Energy Future Intermediate Holding Company LLC. [Docket No. 2]

3.      Notice of Agenda of Matters Schedule for Hearing on July 18, 2014 Starting at 9:30 A.M. (EDT). [Docket No. 4]

4.      Answer to Complaint Filed by EFIH Finance Inc., Energy Future Intermediate Holding Company LLC. [Docket No. 5]

5.      Notice of Amended Agenda of Matters Scheduled for Hearing on July 18, 2014 Starting at 9:30 A.M. (EDT). [Docket No. 6]

6.      Transcript Regarding Hearing Held 7/18/14 RE: Omnibus. [Docket No. 7]

7.      Affidavit of Service of Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Answer. [Docket No. 8]

8.      Notice of Filing of Transcript and of Deadlines Related to Restriction Redaction. [Docket No. 9]

9.      Affidavit of Service of Notice of Agenda of Matters Scheduled for Hearing on July 18, 2014 Starting at 9:30 A.M. (EDT). [Docket No. 10]

10.     Affidavit of Service of Notice of Amended Agenda of Matters Scheduled for Hearing on July 18, 2014 Starting at 9:30 A.M. (EDT). [Docket No. 11]

11.    Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Motion for Leave to File a First Amended Answer and Counterclaim.  [Docket No. 12]

12.    Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Memorandum in Support of Their Motion for Leave to File a First Amended Answer and Counterclaims.  [Docket No. 13]

13.    Certification of Counsel Regarding Stipulated Scheduling Order.  [Docket No. 14]

14.    Stipulated Scheduling Order.  [Docket No. 15]

15.    Affidavit of Service of (i) Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Motion for Leave to File a First Amended Answer and Counterclaim; and (ii) Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Memorandum in Support of Their Motion for Leave to File a First Amended Answer and Counterclaims.  [Docket No. 16]

16.    EFIH Second Lien Indenture Trustee's (i) Opposition to the Debtors' Motion for Leave to File a First Amended Answer and Counterclaim, and (ii) Motion for Leave to Dismiss the Complaint Without Prejudice.  [Docket No. 17]

17.    EFIH Second Lien Indenture Trustee's Memorandum (i) in Opposition to the Debtors' Motion for Leave to File a First Amended Answer and Counterclaim, and (ii) in Support of its Motion for Leave to Dismiss the Complaint Without Prejudice.  [Docket No. 18]

18.    EFIH Debtors' Reply in Support of Its Motion for Leave to File a First Amended Answer and Counterclaims and Opposition to the Second Lien Indenture Trustee's Motion for Leave to Dismiss Its Complaint.  [Docket No. 19]

19.    Affidavit of Service of Certification of Counsel Regarding Stipulated Scheduling Order.  [Docket No. 20]

20.    Affidavit of Service of Stipulated Scheduling Order.  [Docket No. 21]

21.    Affidavit of Service of EFIH Debtors' Reply in Support of Its Motion for Leave to File a First Amended Answer and Counterclaims and Opposition to the Second Lien Indenture Trustee's Motion for Leave to Dismiss Its Complaint.  [Docket No. 22]

22.    EFIH Second Lien Indenture Trustee's Response to EFIH Debtors' Reply in Support of Their Motion for Leave to File a First Amended Answer and Counterclaim, and in Support of Their Motion for Leave to Dismiss the Complaint Without Prejudice.  [Docket No. 23]

23.    Joint Request for Oral Argument.  [Docket No. 24]

24.     Joint Notice of Completion of Briefing.  [Docket No. 25]

25.     Affidavit of Service of Joint Request for Oral Argument.  [Docket No. 26]

26.     Affidavit of Service of Joint Notice of Completion of Briefing.  [Docket No. 27]

27.     Notice of Agenda of Matters Scheduled for Hearing on March 18, 2015 Starting at 2:00 P.M. (EDT).  [Docket No. 28]

28.     Notice of Withdrawal of the EFIH Second Lien Indenture Trustee's (i) Opposition to the Debtors' Motion for Leave to File a First Amended Answer and Counterclaim, and (ii) Motion for Leave to Dismiss the Complaint Without Prejudice.  [Docket No. 29]

29.     Notice of Withdrawal of "Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Motion for Leave to File a First Amended Answer and Counterclaim."  [Docket No. 30]

30.     Stipulation and Order Granting the EFH Committee's Intervention in the Adversary Proceeding.  [Docket No. 31]

31.     Certification of Counsel Concerning Stipulation and Order Granting the EFH Committee's Intervention in the Adversary Proceeding.  [Docket No. 32]

32.     Stipulation and Order Granting the EFH Committee's Intervention in the Adversary Proceeding.  [Docket No. 33]

33.     Affidavit of Service of (i) Stipulation and Order Granting the EFH Committee's Intervention in the Adversary Proceeding; and (ii) Certification of Counsel Concerning Stipulation and Order Granting the EFH Committee's Intervention in the Adversary Proceeding.  [Docket No. 34]

34.     Affidavit of Service of Notice of Agenda of Matters Scheduled for Hearing on March 18, 2015 Starting at 2:00 P.M. (EDT).  [Docket No. 35]

35.     Affidavit of Service of Notice of Withdrawal of Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Motion for Leave to File a First Amended Answer and Counterclaim [Docket No. 12].  [Docket No. 36]

36.     Amended Complaint for Damages and Declaratory Relief.  [Docket No. 37]

37.     Certificate of Service of Amended Complaint for Damages and Declaratory Relief [Including Exhibits A, B, C, D and E thereto].  [Docket No. 38]

38.     Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Answer to Amended Complaint for Damages and Declaratory Relief.  [Docket No. 39]

39.    Affidavit of Service of Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Answer to Amended Complaint for Damages and Declaratory Relief.  [Docket No. 40]

40.    EFIH Debtors' Motion for Summary Judgment.  [Docket No. 41]

41.    EFIH Debtors' Memorandum in Support of Their Motion for Partial Summary Judgment.  [Docket No. 42]

42.    Declaration of Jason M. Madron, Esq. in Support of the EFIH Debtors' Motion for Summary Judgment.  [Docket No. 43]

43.    Certification of Counsel Regarding Stipulated Scheduling Order.  [Docket No. 44]

44.    Stipulated Scheduling Order.  [Docket No. 45]

45.    EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment.  [Docket No. 46]

46.    EFIH Second Lien Indenture Trustee's Memorandum of Law in Support of Their Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment.  [Docket No. 47]

47.    Declaration of Noah Hertz-Bunzl in Support of EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment.  [Docket No. 48]

48.    Certificate of Service of (i) EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment; (ii) [Redacted and unredacted versions of] EFIH Second Lien Indenture Trustee's Memorandum of Law in Support of Their Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment; and (iii) [Redacted and unredacted versions of] Declaration of Noah Hertz-Bunzl in Support of EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment.  [Docket No. 49]

49.    Certificate of Service of (i) EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment; (ii) [Redacted and unredacted versions of] EFIH Second Lien Indenture Trustee's Memorandum of Law in Support of Their Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment; and (iii) [Redacted and unredacted versions of] Declaration of Noah Hertz-Bunzl in Support of EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment.  [Docket No. 50]

50.     Notice of Filing of Unredacted Copy of EFIH Second Lien Indenture Trustee's Memorandum of Law in Support of Their Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment [Docket No. 51]

51.     Notice of Filing of Unredacted Copy of Declaration of Noah Hertz-Bunzl in Support of EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment.  [Docket No. 52]

52.     EFIH Debtors' Reply in Support of Their Motion for Partial Summary Judgment and in Opposition to the Second Lien Trustee's Cross-Motion for Partial Summary Judgment.  [Docket No. 53]

53.     Declaration of Jason M. Madron, Esq. in Support of the EFIH Debtors' Reply in Support of Their Motion for Partial Summary Judgment and Opposition to the Second Lien Trustee's Cross-Motion for Partial Summary Judgment.  [Docket No. 54]

54.     Affidavit of Service of (i) EFIH Debtors' Motion for Summary Judgment; (ii) EFIH Debtors' Memorandum in Support of their Motion for Partial Summary Judgment; and (iii) Declaration of Jason M. Madron, Esq. in Support of the EFIH Debtors' Motion for Summary Judgment.  [Docket No. 55]

55.     Affidavit of Service of Certification of Counsel Regarding Stipulated Scheduling Order.  [Docket No. 56]

56.     Affidavit of Service of Stipulated Scheduling Order.  [Docket No. 57]

57.     Notice of Completion of Briefing.  [Docket No. 58]

58.     Notice of Scheduling of Oral Argument in Connection with (i) the "EFIH Debtors' Motion for Summary Judgment" [Adv. D.I. 41] (ii) the "EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment" [Adv. D.I. 46] and (iii) Certain Aspects of the "EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes" [D.I. 4964].  [Docket No. 59]

59.     Notice of Agenda of Matters Scheduled for Hearing on October 20, 2015 Starting at 10:00 A.M. (EDT).  [Docket No. 60]

60.     Notice of Amended Agenda of Matters Scheduled for Hearing on October 20, 2015 Starting at 10:00 A.M. (EDT).  [Docket No. 61]

61.     Memorandum Opinion.  [Docket No. 62]

62.     Order Regarding Memorandum Opinion.  [Docket No. 63]

63.     Amended Memorandum Opinion.  [Docket No. 64]

64.     Corrected Order Regarding Memorandum Opinion.  [Docket No. 65]

65.     Certificate of Mailing of Order Regarding Memorandum Opinion.  [Docket No. 66]

66.     Notice of Appeal.  [Docket No. 67]

67.     Affidavit of Service of Notice of Appeal.  [Docket No. 68]

68.     Clerk's Notice Regarding Filing of Appeal.  [Docket No. 69]

69.     Transmittal of Record on Appeal to District Court.  [Docket No. 70]

**B.     Documents Filed in Adversary Proceeding No. 14-50363**

71.     Adversary Complaint for Declaratory Relief by CSC Trust Company of Delaware as Indenture Trustee against Energy Future Intermediate Holding Company LLC, EFIH Finance Inc.  [Docket No. 1]

72.     Certification of Counsel Regarding Scheduling Order With Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay Applicability Motion.  [Docket No. 9]

73.     Scheduling Order With Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay Applicability Motion.  [Docket No 10]

74.     Answer to Complaint Filed by EFIH Finance Inc., Energy Future Holding Company LLC.  [Docket No. 27]

75.     Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Rule 26(a)(1) Initial Disclosures.  [Docket No. 28]

76.     Letter to the Honorable Christopher S. Sontchi Regarding Discovery Dispute Filed by CSC Trust Company of Delaware.  [Docket No. 80]

77.     Letter from Andrew R. McGann, P.C. to the Honorable Christopher. S. Sontchi Responding to First Lien Trustees July 15, 2014 Discovery Dispute Letter. [Docket No. 90]

78.     Transcript Regarding Hearing Held 7/18/2014 pp. 59-122.  [Docket No. 93]

79.     Letter from Andrew R. McGann, P.C. to the Honorable Christopher S. Sontchi Clarifying Record of July 18, 2014 Continued Pre-Trial Conference in CSC Trust Company of Delaware Adversary Proceeding.  [Docket No. 94]

80.     Letter to the Honorable Christopher S. Sontchi in response to letter from Andrew R. McGann, P.C. to the Honorable Christopher S. Sontchi Clarifying Record of

July 18, 2014 Continued Pre-Trial Conference in CSC Trust Company of Delaware Adversary Proceeding.  [Docket No. 97]

81.    Exhibit B to the Letter to the Honorable Christopher S. Sontchi in response to letter from Andrew R. McGann, P.C. to the Honorable Christopher S. Sontchi Clarifying Record of July 18, 2014 Continued Pre-Trial Conference in CSC Trust Company of Delaware Adversary Proceeding.  [Docket No. 99]

82.    Order and Joint Stipulation Regarding Scheduling with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion. [Docket No. 102]

83.    August 5, 2014 Opinion.  [Docket No. 105]

84.    Letter to the Honorable Christopher S. Sontchi from Andrew R. McGann, P.C. in contemplation of August 19, 2014 Teleconference Proposing Bifurcation of Makewhole Litigation in Response to the Court's August 5, 2014 Opinion. [Docket No. 108]

85.    Letter to the Honorable Christopher S. Sontchi from Philip D. Anker in Response to August 13, 2014 Letter regarding Bifurcation of Makewhole Litigation. [Docket No. 109]

86.    Transcript Regarding Hearing Held 08/19/2014 RE: Teleconference.  [Docket No. 116]

87.    Letter to the Honorable Christopher S. Sontchi Regarding Makewhole Litigation Filed by CSC Trust Company of Delaware.  [Docket No. 126]

88.    Letter to the Honorable Christopher S. Sontchi Regarding Makewhole Litigation and Proposed Competing Bifurcation Order Filed by EFIH Finance Inc., Energy Future Intermediate Holding Company LLC.  [Docket No. 127]

89.    Bifurcation Order.  [Docket No. 128]

90.    Order Amending Caption in Adversary Proceeding.  [Docket No. 130]

91.    Notice of Service of Supplemental Initial Disclosures of Delaware Trust Company.  [Docket No. 138]

92.    Amended Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) Filed by Delaware Trust Company.  [Docket No. 151, 157, 159]

93.    Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Responses and Objections to Delaware Trust Company's Amended Notice of 30(b)(6) Deposition Directed to Defendants.  [Docket No. 152]

94.     Amended Scheduling Order and Discovery Protocol Signed on 12/2/2014. [Docket No. 167]

95.     EFIH Debtors' Cross-Motion for Summary Judgment.  [Docket No. 175]

96.     EFIH Debtors' Memorandum in Support of Their Cross-Motion for Summary Judgment.  [Docket No. 176]

97.     Declaration of William A. Romanowicz, Esq. in Support of the EFIH Debtors' Cross-Motion for Summary Judgment.  [Docket No. 177]

98.     Plaintiff-Trustees Motion for Summary Judgment.  [Docket No. 178]

99.     [Sealed] Plaintiff-Trustee's Memorandum in Support of Motion for Summary Judgment.  [Docket No. 180]

100.    [Sealed] Appendix to Plaintiff-Trustee's Memorandum in Support of Motion for Summary Judgment. [Docket No. 182]

101.    Declaration of Philip D. Anker in Support of Plaintiff-Trustee's Motion for Summary Judgment.  [Docket No. 183]

102.    [Sealed] Declaration of James Cacioppo.  [Docket No. 185]

103.    [Sealed] Declaration of Christopher J. Kearns.  [Docket No. 187]

104.    [Sealed] Declaration of Michiel C. McCarty.  [Docket No. 189]

105.    Amended Declaration of William A. Romanowicz, Esq. in Support of the EFIH Debtors' Cross-Motion for Summary Judgment, Attaching Exhibits Referenced in the Memorandum in Support of Their Cross-Motion for Summary Judgment. [Docket No. 197]

106.    Intervenor EFIH Second Lien Indenture Trustee's Brief in Support of Plaintiff-Trustee's Motion for Summary Judgment and In Opposition to EFIH Debtors' Cross-Motion for Summary Judgment.  [Docket No. 198]

107.    Declaration of Alissa R. Goodman in Support of Intervenor EFIH Second Lien Indenture Trustee's Brief in Support of Plaintiff-Trustee's Motion for Summary Judgment and In Opposition to EFIH Debtors' Cross-Motion for Summary Judgment.  [Docket No. 199]

108.    [Sealed] Plaintiff-Trustee's Reply Brief in Support of Motion for Summary Judgment.  [Docket No. 200]

109.    [Sealed] Appendix to Plaintiff-Trustee's Reply Brief in Support of Motion for Summary Judgment.  [Docket No. 202]

110.    EFIH Debtors' Memorandum in Opposition to the Trustee's Motion for Summary Judgment.  [Docket No. 204]

111.    Declaration of Jason M. Madron, Esq. in Support of the EFIH Debtors' Memorandum in Opposition to the Trustee's Motion for Summary Judgment. [Docket No. 205]

112.    Proposed Findings of Fact and Conclusions of Law Filed by Delaware Trust Company.  [Docket No. 215]

113.    Proposed Findings of Fact and Conclusions of Law in Support of the Cross-Motion for Summary Judgment Filed by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc.  [Docket No. 217]

114.    Amended Transcript Regarding Hearing Held 3/13/15 RE: Motion for Summary Judgment.  [Docket No. 241]

115.    Findings of Fact and Conclusions of Law Regarding Cross-Motions for Summary Judgment.  [Docket No. 245]

116.    Order Denying Plaintiff-Trustee's Motion for Summary Judgment and Granting, in part and Denying, in part EFIH Debtors' Cross-Motion for Summary Judgment.  [Docket No. 246]

117.    Plaintiff-Trustee's Motion to Alter or Amend Judgment to Clarify that the Order Dated March 26, 2015 Is not a Final Judgment.  [Docket No. 255]

118.    Transcript Regarding Hearing Held 4/8/2015 RE: Pretrial Conference. [Docket No. 256]

119.    Letter to the Honorable Christopher S. Sontchi Regarding the Trial of the Lift-Stay Issue Filed by Delaware Trust Company.  [Docket No. 259]

120.    Letter to the Honorable Christopher S. Sontchi Regarding the Trial of the Lift-Stay Issue Filed by EFIH 2nd Lien Notes Indenture Trustee.  [Docket No. 260]

121.    Letter from Andrew R. McGaan to the Honorable Christopher S. Sontchi Regarding the Trial of the Cause to Lift Stay Issue.  [Docket No. 261]

122.    Plaintiff-Trustee's and Noteholders' Trial Brief.  [Docket No. 264]

123.    EFIH Debtors' Pre-Trial Brief.  [Docket No. 265]

124.    Joint Pre-Trial Memorandum.  [Docket No. 267]

125.    Limited Statement of EFIH Second Lien Indenture Trustee in Response to Plaintiff-Trustee's and Noteholders' Trial Brief.  [Docket No. 269]

126.   Transcript Regarding Hearing Held 4/20/15 RE: Motion for Relief from Stay. [Docket No. 271]

127.   Transcript Regarding Hearing Held 4/21/15 RE: Motion for Relief from Stay. [Docket No. 273]

128.   Transcript Regarding Hearing Held 4/22/15 RE: Motion for Relief from Stay. [Docket No. 274]

129.   Notice of Filing (I) Plaintiff's Exhibits Admitted at Trial and (II) Deposition Designations. [Docket No. 276]

130.   Proposed Findings of Fact and Conclusions of Law Filed By Delaware Trust Company. [Docket No. 292]

131.   Plaintiff-Trustee's and Noteholders' Post-Trial Brief. [Docket No. 293]

132.   Proposed Findings of Fact and Conclusions of Law Filed by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. [Docket No. 294]

133.   EFIH Debtors' Post-Trial Brief. [Docket No. 295]

134.   Findings of Fact and Conclusions of Law. [Docket No. 304]

135.   Order Denying Motion to Alter or Amend Judgment to Clarify. [Docket No. 305]

136.   Notice of Appeal. [Docket No. 308]

137.   Amended Notice of Appeal. [Docket No. 312]

**C.**   **Documents Filed in Chapter 11 Case No. 14-10979**

138.   Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing Granting Such Fees Administrative Expensive Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay. [Docket No. 74]

139.   Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions. [Docket No. 98]

140.   Supplemental Declaration of Stephen Goldstein In Support of the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for

Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing Granting Such Fees Administrative Expensive Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay.  [Docket No. 221]

141.    Order Directing Joint Administration of The Debtors' Chapter 11 Cases.  [Docket No. 287]

142.    Order Approving Certain Fees Related to And Scheduling a Final Hearing on the Proposed Postpetition Financing of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc.  [Docket No. 289]

143.    Notice of Initiation of Opt-In Period for Proposed EFIH First Lien Settlement.  [Docket No. 363]

144.    Preliminary Objection of CSC Trust Company of Delaware, as Indenture Trustee, to Debtors' Motion to Approve First-Lien Post-Petition Financing, Redeem First Lien and Second Lien Notes, and Determine Secured Claim.  [Docket No. 421]

145.    Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer.  [Docket No. 461]

146.    Motion of Energy Future Holdings Corp., et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment Filed by Energy Future Holdings Corp.  [Docket No. 472]

147.    Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration.  [Docket No. 473]

148.    Declaration of Norman L. Pernick in Support of Joint Motion of CSC Trust Company of Delaware as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration.  [Docket No. 475]

149.    Motion of Energy Future Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and

(F) Modifying the Automatic Stay Filed by Energy Future Holdings Corp. [Docket No. 477]

150.   Statement of CSC Trust Company of Delaware, as Indenture Trustee, Regarding Status Conference on May 22, 2014.  [Docket No. 553]

151.   Notice of Filing of Proposed Form of "Final Order (A) Approving Postpetition Financing for Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Approving the Use of Cash Collateral by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (D) Authorizing the EFIH First Lien Repayment, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorizing by the Settlement Order, and (F) Modifying the Automatic Stay.  [Docket No. 600]

152.   Debtors' Notice of Filing Supplemental Declaration of David Ying, Senior Managing Director of Evercore Group L.L.C., in Support of (1) the EFIH First Lien DIP Motion and (2) the EFIH Settlement Motion.  [Docket No. 610]

153.   Limited Objection to Motion of EFIH Debtors for Approval of First-Lien Postpetition Financing Filed by CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee.  [Docket No. 691]

154.   Objection to the EFIH Debtors' Motion to Approve "First Lien Settlement," Filed by CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee.  [Docket No. 694]

155.   Omnibus Reply to Objections to the EFIH Debtors' Motion for Approval of the EFIH First Lien DIP Financing, the EFIH First Lien Repayment, and the Fidelity Funding Fee.  [Docket No.735]

156.   Debtors' Reply to Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve Proposed First Lien Settlement. [Docket No. 737]

157.   Order (WITH REVISIONS MADE BY THE COURT) Approving EFIH First Lien Settlement.  [Docket No. 858]

158.   Order (FINAL) (A) Approving Postpetition Financing For Energy Future Intermediate Holding Company LLC And EFIH Finance Inc., (B) Granting Liens And Providing Superpriority Administrative Expense Claims, (C) Approving The Use of Cash Collateral By Energy Future Intermediate Holding Company LLC And EFIH Finance Inc., (D) Authorizing The EFIH First Lien Repayment, (E) Authorizing Issuance of Roll-Up Debt To The Extent Authorized By The Settlement Orders, And (F) Modifying The Automatic Stay.  [Docket No. 859]

159.   Strategic Proposal by NextEra Energy, Inc. and EFIH Second Lien Group. [Docket No. 1593]

160. Debtors' Notice of (A) Termination of Restructuring Support Agreement, (B) Withdrawal of Second Lien Opt-In, and (C) Withdrawal of EFIH Settlement Motion, EFIH Second Lien DIP Motion, and Restructuring Support Agreement Assumption Motion.  [Docket No. 1697]

161. Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof. [Docket No. 2087]

162. Declaration of William O. Hiltz in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof.  [Docket No. 2088]

163. Transcript regarding Hearing Held 10/17/2014 RE: Contested Reorganized Equity Auction Procedures Motion.  [Docket No. 2510]

164. Transcript regarding Hearing Held 10/21/2014 RE: Contested Reorganized Equity Auction Procedures Motion (continued).  [Docket No. 2520]

165. Transcript regarding Hearing Held 10/20/14 RE: Bidding Procedures.  [Docket No. 2579]

166. Transcript regarding Hearing Held 10/27/2014 RE: Bidding Procedures.  [Docket No. 2581]

167. Transcript regarding Hearing Held 11/3/14 RE: Ruling on Bidding Procedures. [Docket No. 2699]

168. Order (A) Approving Revised Bidding Procedures, (B) Scheduling an Auction and Related Deadlines for Hearings, and (C) Approving the Form and Manner of Notice Thereof.  [Docket No. 3295]

169. Motion of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and EFIH Finance Inc. for Entry of (A) Order (I) Authorizing Partial Repayment of EFIH Second Lien Notes; (II) Approving EFIH DIP Consent; and (III) Authorizing Consent Fee and (B) Revised EFIH First Lien DIP Order Filed by Energy Future Holdings Corp.  [Docket No. 3527]

170. Declaration of David Ying in Support of the Motion of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and EFIH Finance Inc. for Entry of (A) Order (I) Authorizing Partial Repayment of EFIH Second Lien Notes; (II) Approving EFIH DIP Consent; and (III) Authorizing Consent Fee and (B) Revised EFIH First Lien DIP Order.  [Docket No. 3528]

171. Response of Delaware Trust Company, as Indenture Trustee, to the Motion of Energy Future Holdings Corp., Energy Future Intermediate Holding Company

LLC, and EFIH Finance Inc. for Entry of (A) Order (I) Authorizing Partial Repayment of EFIH Second Lien Notes; (II) Approving EFIH DIP Consent; and (III) Authorizing Consent Fee and (B) Revised EFIH First Lien DIP Order. [Docket No. 3678]

172. Order (A) Authorizing Partial Repayment Of EFIH Second Lien Notes; (B) Approving EFIH DIP Consent; And (C) Authorizing Consent Fee.   [Docket No. 3855]

173. Order (Amended Final) (A) Approving Postpetition Financing For Energy Future Intermediate Holding Company LLC And EFIH Finance Inc., (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Approving the Use of Cash Collateral By Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (D) Authorizing the EFIH First Lien Repayment, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Orders, And (F) Modifying the Automatic Stay.  [Docket No. 3856]

174. Transcript Regarding Hearing Held 6/6/2014.  [Docket No. 3928]

175. Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement.  [Docket No. 4138]

176. Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code.  [Docket No. 4142]

177. Disclosure Statement for Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code.  [Docket No. 4143]

178. Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents.  [Docket No. 4144]

179. Transcript Regarding Hearing Held 4/14/2015.  [Docket No. 4203]

180. Debtors' Omnibus Reply to Objections and Responses Filed in Connection with the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement.  [Docket No. 4354]

181. Order (Third) Extending The Debtors' Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof.  [Docket No. 4634]

182.    Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order.  [Docket No. 4916]

183.    Motion of Second Lien Indenture Trustee for Limited Relief from the Automatic Stay. [Docket No. 5321]

184.    First Lien Trustee's Exhibits Entered into Evidence at First Lien Trustee's Lift-Stay Hearing (PX1-3, PX3A-PX3D, PX4-PX25, PX25A-PX25D, PX26-81, PX83, PX86-89, PX91-101, PX104-105, PX111-112, PX115-117, PX121-125, PX125A-125F, PX126-PX129, PX134, PX138-141) and Joint Designations from Depositions Entered into Evidence at First Lien Trustee's Lift-Stay Hearing (Kristopher Moldovan (dated November 20, 2014), Anthony Horton (December 9, 2014), Paul Keglevic (December 10, 2014)). [Docket Nos. 5401-5467; 5469-5508; 5510-5583]

185.    Order Denying Motion of Second Lien Indenture Trustee for Limited Relief from the Automatic Stay. [Docket No. 6531]

186.    Plan Supplement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 6544]

187.    Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Fifth Amended Plan of Reorganization. [Docket No. 6600]

188.    EFIH Second Lien Indenture Trustee's Statement in Response to Debtors' Settlement Motion. [Docket No. 6616]

189.    Declaration of Brenton A. Rogers, Esq. in Support of the Debtors' Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization. [Docket No. 6648]

190.    Order Regarding Memorandum Opinion.  [Docket No. 6721]

191.    Amended Memorandum Opinion.  [Docket No. 6752]

192.    Corrected Order Regarding Memorandum Opinion.  [Docket No. 6753]

193.    Memorandum Opinion.  [Docket No. 6782]

194.    Notice of Appeal.  [Docket No. 6841]

195.    Notice of Appeal.  [Docket No. 6842]

196.    Affidavit of Service of Notice of Appeal.  [Docket No. 6855]

197.    Affidavit of Service of Notice of Appeal. [Docket No. 6856]

198.    Clerk's Notice Regarding Filing of Appeal.  [Docket No. 6857]

199.    Transmittal of Record on Appeal to District Court.  [Docket No. 6860]

200.    Clerk's Notice Regarding Filing of Appeal.  [Docket No. 6861]

201.    Transmittal of Record on Appeal to District Court.  [Docket No. 6862]

### Certificate Regarding Transcripts

Pursuant to Rule 8009(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, Appellant hereby files this certificate stating that Appellant is not ordering any transcripts.  All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

Dated: November 16, 2015

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (admitted *pro hac vice*)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
        rfeinstein@pszjlaw.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer (admitted *pro hac vice*)
Gregory A. Horowitz (admitted *pro hac vice*)
Joshua K. Brody (admitted *pro hac vice*)
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: tmayer@kramerlevin.com
        ghorowitz@kramerlevin.com
        jbrody@kramerlevin.com

BRYAN CAVE LLP
Stephanie Wickouski, (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-1114
Facsimile: (212) 904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Indenture Trustee*