## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $750 | 36.2 | $27,150.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $525 | 139.9 | $73,447.50 |
| Zachary I. Semmelman | Associate | 2007 | Bankruptcy | $490 | 2.1 | $1,029.00 |
| Marisa A. Terranova | Associate | 2009 | Bankruptcy | $450 | 2.9 | $1,305.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $260 | 50.3 | $13,078.00 |
| **Total** | | | | | **231.4** | **$116,009.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235 | 97.3 | $22,865.50 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235 | 13.1 | $3,078.50 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235 | 5.2 | $1,222.00 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $235 | 4.6 | $1,081.00 |
| Cynthia McMenamin | Paralegal | 1 | Bankruptcy | $235 | 0.1 | $23.50 |
| Daniel D. White | Technical/ Trial Support | 11 | Litigation/ MIS | $250 | 6.2 | $1,550.00 |
| **Total** | | | | | **126.5** | **$29,820.50** |

|  |  |
|---|---|
| **Total Fees** | **$145,830.00** |