# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $10.00 |
| Business Meals | $2,104.72 |
| Conference Calling | $364.80 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $1,261.60 |
| Electronic Legal Research | $629.03 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $20.00 |
| Long distance Telephone Charges | $135.66 |
| Messenger and Delivery Service | $588.32 |
| Overtime | $1,100.39 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $2,357.12 |
| Postage | $60.92 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$8,632.56** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $1.00 |
| Business Meals | $210.47 |
| Conference Calling | $36.48 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $126.16 |
| Electronic Legal Research | $62.90 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $2.00 |
| Long distance Telephone Charges | $13.57 |
| Messenger and Delivery Service | $58.83 |
| Overtime | $110.04 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $235.72 |
| Postage | $6.09 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$863.26** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $1.38 |
| Business Meals | $289.40 |
| Conference Calling | $50.17 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $173.47 |
| Electronic Legal Research | $86.49 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $2.75 |
| Long distance Telephone Charges | $18.65 |
| Messenger and Delivery Service | $80.89 |
| Overtime | $151.30 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $324.10 |
| Room Rental | $8.38 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$1,186.98** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.13 |
| Business Meals | $26.31 |
| Conference Calling | $4.56 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $15.77 |
| Electronic Legal Research | $7.86 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.25 |
| Long distance Telephone Charges | $1.70 |
| Messenger and Delivery Service | $7.35 |
| Overtime | $13.75 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $29.46 |
| Postage | $0.76 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$107.90** |