# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 8/6/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours review and revision of 8/11/15 agenda and preparation of 8/11/15 hearing binders | $10.39 | $10.39 |
| 8/10/2015 | Cavanaugh's | Lunch | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 8/11/15 hearing | $17.95 | $179.50 |
| 8/10/2015 | Toscana To Go | Dinner | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 8/11/15 hearing | $42.50 | $425.00 |
| 8/11/2015 | Manhattan Bagel Company | Breakfast | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 8/11/15 hearing | $22.00 | $220.00 |
| 8/11/2015 | Sugarfoot | Lunch | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 8/11/15 hearing | $25.50 | $510.00 |
| 8/13/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of certification of counsel regarding confirmation scheduling order | $9.89 | $9.89 |
| 8/17/2015 | DiMeo's Pizzaiuoli | Dinner | 6 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 8/18/15 hearing | $24.78 | $148.64 |
| 8/17/2015 | Kid Shelleen's | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation of amended 8/18/15 agenda and related hearing preparations | $27.41 | $27.41 |
| 8/18/2015 | Manhattan Bagel Company | Breakfast | 4 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 8/18/15 hearing | $31.25 | $125.00 |

| Date | Vendor | Meal | # | Description | Unit | Total |
|---|---|---|---|---|---|---|
| 8/18/2015 | Purebread | Lunch | 8 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 8/18/15 hearing | $29.03 | $232.21 |
| 8/24/2015 | Grotto's Pizza | Dinner | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 8/25/15 hearing | $10.54 | $105.36 |
| 8/24/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of Epiq third interim fee application and 8/25/15 hearing preparations | $15.78 | $15.78 |
| 8/25/2015 | Manhattan Bagel Company | Breakfast | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 8/25/15 hearing | $26.00 | $260.00 |
| 8/25/2015 | Sugarfoot | Lunch | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 8/25/15 hearing | $26.30 | $263.00 |
| 8/26/2015 | Seasons Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of Filsinger fee statement and supplemental Filsinger retention declaration | $11.43 | $11.43 |
| 8/26/2015 | Mikimotos | Dinner | 2 | Working meal for RL&F team members in connection with after-hours preparation and filing of supplemental declarations and draft PIK order | $23.75 | $47.55 |
| 8/27/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation and filing Holt Settlement Motion and Declaration and HRI 9019 Settlement Motion and Declaration | $21.78 | $21.78 |
| 8/28/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of Alcoa assumption motion, three declarations in support and notice of service | $10.39 | $10.39 |

| 8/31/2015 | DiMeo's Pizzaiuoli | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing and service of monthly operating report | $7.56 | $7.56 |
|---|---|---|---|---|---|---|
| **TOTALS** | | | | | | $2,630.89 |

3