IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 6982** |
| | ) |

CERTIFICATION OF COUNSEL CONCERNING
STIPULATED SCHEDULING ORDER WITH RESPECT TO
POSSIBLE REINSTATEMENT OF EFH LEGACY NOTES

On November 13, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Notice of Filing of "Stipulated Scheduling Order With Respect to Possible Reinstatement of EFH Legacy Notice"* [D.I. 6982] (the "Notice of Filing") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A proposed form of that certain *Stipulated Scheduling Order with Respect to Possible Reinstatement of EFH Legacy Notes* (the "Original EFH Legacy Notes Reinstatement Scheduling Order") was attached as "Exhibit A" to the Notice of Filing. The Original EFH Legacy Notes Reinstatement Scheduling Order provided for the establishment of certain dates and deadlines to govern formal discovery and proceedings strictly limited to issues regarding the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13381838v.1

potential reinstatement of the EFH[2] legacy notes in connection with the Plan confirmation process.

Since the Notice of Filing and the Original EFH Legacy Notes Reinstatement Scheduling Order were filed with the Bankruptcy Court, the Debtors have engaged in further discussions with the EFH Committee and the EFH Indenture Trustee concerning the relief requested in the Original EFH Legacy Notes Reinstatement Scheduling Order.

Based on the Debtors' further discussions with the EFH Committee and the EFH Indenture Trustee, the Debtors have prepared the attached revised form of that certain *Stipulated Scheduling Order with Respect to Possible Reinstatement of EFH Legacy Notes* (the "Revised EFH Legacy Notes Reinstatement Scheduling Order"). A copy of the Revised EFH Legacy Notes Reinstatement Scheduling Order is attached hereto as **Exhibit A**. A redline comparison of the Original EFH Legacy Notes Reinstatement Scheduling Order marked against the Revised EFH Legacy Notes Reinstatement Scheduling Order is attached hereto as **Exhibit B**.

The Revised EFH Legacy Notes Reinstatement Scheduling Order has been circulated, and is acceptable for entry, to (i) the Debtors, (ii) the EFH Committee, and (iii) the EFH Indenture Trustee. Consequently, the Debtors respectfully request that the Bankruptcy Court enter the Revised EFH Legacy Notes Reinstatement Scheduling Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

---

[2] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Original EFH Legacy Notes Reinstatement Scheduling Order.

Dated: November 16, 2015
Wilmington, Delaware

/s/ *signature*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
         marc.kieselstein@kirkland.com
         chad.husnick@kirkland.com
         steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 13381838v.1