# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL] Case Administration | 39.20 | $22,410.50 |
| 8 | [ALL] Claims Administration & Objections | 68.40 | $45,413.50 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 3,813.10 | $2,542,907.00 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 165.80 | $145,215.50 |
| 12 | [ALL] Hearings | 174.20 | $158,207.00 |
| 14 | [ALL] K&E Retention and Fee Applications | 279.10 | $155,416.50 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 42.00 | $26,124.00 |
| 18 | [ALL] Non-Working Travel | 167.00 | $140,387.50 |
| 21 | [ALL] Plan and Disclosure Statements | 1,486.90 | $1,253,667.50 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 171.80 | $138,033.00 |
| 29 | [ALL] Tax Issues | 319.60 | $325,794.50 |
| 30 | [ALL] U.S. Trustee Issues | 4.80 | $3,192.00 |
| 34 | [TCEH] Asset Dispositions and Purchases | 163.40 | $134,342.50 |
| 36 | [TCEH] Bond Issues | 1.60 | $1,272.00 |
| 37 | [TCEH] Business Operations | 0.40 | $292.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 46.70 | $50,022.50 |
| 39 | [TCEH] Claims Administration & Objection | 5.40 | $2,020.00 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 146.80 | $120,721.50 |
| 42 | [TCEH] Environmental Issues | 54.40 | $48,259.00 |
| 46 | [TCEH] Non-Debtor Affiliates | 2.20 | $1,494.00 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 12.70 | $7,239.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 11.30 | $11,774.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 216.40 | $173,806.50 |
| 89 | [EFH] EFH Properties | 3.10 | $2,595.50 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 871.60 | $558,229.50 |
| 113 | [ALL] Enforcement of TTI Rights | 97.70 | $82,491.50 |
| 115 | [TCEH] Exit Financing | 66.40 | $67,904.50 |
| **Totals:** | | **8,432.00** | **$6,219,233.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $3,008.94 |
| Standard Copies or Prints | $12,897.10 |
| Color Copies or Prints | $6,600.90 |
| Large Format Copy/Print | $12.00 |
| Production Blowbacks | $4,806.30 |
| Closing/Mini Books | $600.00 |
| Postage | $193.60 |
| Overnight Delivery | $3,183.09 |
| Outside Messenger Services | $282.86 |
| Local Transportation | $418.51 |
| Travel Expense | $52,925.61 |
| Airfare | $45,425.98 |
| Transportation to/from airport | $2,367.98 |
| Travel Meals | $3,962.51 |
| Car Rental | $271.96 |
| Other Travel Expenses | $474.00 |
| Court Reporter Fee/Deposition | $4,846.20 |
| Outside Paralegal Assistance | $167,304.00 |
| Outside Copy/Binding Services | $4,180.91 |
| Catering Expenses | $72.00 |
| Outside Retrieval Service | $40.00 |
| Computer Database Research | $3,131.99 |
| LexisNexis Research | $0.03 |
| Overtime Transportation | $1,497.96 |
| Overtime Meals - Non-Attorney | $88.00 |
| Overtime Meals - Attorney | $1,564.08 |
| Rental Expenses | $690.55 |
| Miscellaneous Office Expenses | -$79.00 |
| **Total:** | **$320,768.06** |