# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James Barolo | Associate | 2014 | Litigation - General | 555.00 | 109.50 | $60,772.50 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 895.00 | 12.90 | $11,545.50 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 570.00 | 179.30 | $102,201.00 |
| Kevin Chang | Associate | 2014 | Litigation - General | 555.00 | 146.90 | $81,529.50 |
| Ryan Copeland | Associate | 2012 | Corporate - Debt Finance | 730.00 | 26.20 | $19,126.00 |
| Haley Darling | Associate | 2014 | Litigation - General | 555.00 | 0.70 | $388.50 |
| Alexander Davis | Associate | 2012 | Litigation - General | 710.00 | 128.60 | $91,306.00 |
| George Desh | Associate | 2011 | IP - Litigation | 755.00 | 13.60 | $10,268.00 |
| Jason Fitterer | Associate | 2012 | IP - Litigation | 710.00 | 30.60 | $21,726.00 |
| Emily Geier | Associate | 2012 | Restructuring | 795.00 | 247.40 | $196,683.00 |
| Jason Gott | Associate | 2012 | Restructuring | 730.00 | 29.00 | $21,170.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 665.00 | 149.60 | $99,484.00 |
| Cyril V Jones | Associate | 2014 | Corporate - M&A/Private Equity | 795.00 | 63.20 | $50,244.00 |
| Vinu Joseph | Associate | 2013 | Litigation - General | 635.00 | 12.90 | $8,191.50 |
| Lina Kaisey | Associate | 2015 | Restructuring | 570.00 | 249.30 | $142,101.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 755.00 | 233.20 | $176,066.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 635.00 | 4.50 | $2,857.50 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 825.00 | 75.80 | $62,535.00 |
| Serafima Krikunova | Associate | 2012 | Litigation - General | 710.00 | 25.00 | $17,750.00 |
| Nick Laird | Associate | 2013 | Litigation - General | 635.00 | 86.00 | $54,610.00 |
| Christine Lehman | Associate | 2014 | Taxation | 605.00 | 23.70 | $14,338.50 |
| Teresa Lii | Associate | 2014 | Restructuring | 665.00 | 123.30 | $81,994.50 |
| Jeffery Lula | Associate | 2010 | Litigation - General | 795.00 | 120.90 | $96,115.50 |
| Eric Merin | Associate | 2014 | Litigation - General | 635.00 | 12.40 | $7,874.00 |
| Timothy Mohan | Associate | 2014 | Restructuring | 665.00 | 211.70 | $140,780.50 |
| David Moore | Associate | Pending | Corporate - General | 480.00 | 6.30 | $3,024.00 |
| Veronica Nunn | Associate | 2010 | Corporate - M&A/Private Equity | 845.00 | 25.70 | $21,716.50 |
| Samara L Penn | Associate | 2010 | Litigation - General | 795.00 | 14.30 | $11,368.50 |
| Jonah Peppiatt | Associate | 2015 | Restructuring | 570.00 | 3.70 | $2,109.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 665.00 | 6.80 | $4,522.00 |
| Jeremy Roux | Associate | 2014 | IP - Litigation | 555.00 | 20.30 | $11,266.50 |
| Michael Saretsky | Associate | 2010 | Environment - Transactional | 570.00 | 4.20 | $2,394.00 |
| Mark F Schottinger | Associate | 2012 | Litigation - General | 710.00 | 6.90 | $4,899.00 |
| Alexander Schwartz | Associate | 2013 | Corporate - Capital Markets | 665.00 | 3.50 | $2,327.50 |
| Anthony Sexton | Associate | 2011 | Taxation | 750.00 | 86.50 | $64,875.00 |
| Stephanie Shropshire | Associate | 2014 | Litigation - General | 635.00 | 23.00 | $14,605.00 |
| Daniel Sito | Associate | 2015 | Taxation | 495.00 | 19.30 | $9,553.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 710.00 | 142.80 | $101,388.00 |
| Adam Stern | Associate | 2013 | Litigation - General | 710.00 | 51.80 | $36,778.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Sarah Stock | Associate | 2013 | Litigation - General | 635.00 | 92.80 | $58,928.00 |
| Nathan Taylor | Associate | 2015 | Litigation - General | 555.00 | 6.10 | $3,385.50 |
| Adam Teitcher | Associate | 2013 | Litigation - General | 710.00 | 76.00 | $53,960.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 555.00 | 222.20 | $123,321.00 |
| Steven Torrez | Associate | 2014 | Restructuring | 570.00 | 174.00 | $99,180.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 555.00 | 202.20 | $112,221.00 |
| Andrew D Walker | Associate | 2014 | Corporate - General | 570.00 | 4.90 | $2,793.00 |
| Kyle M Watson | Associate | 2013 | Corporate - General | 665.00 | 3.40 | $2,261.00 |
| Charles D Wineland, III | Associate | 2013 | IP - Litigation | 635.00 | 22.10 | $14,033.50 |
| Spencer A Winters | Associate | 2013 | Restructuring | 665.00 | 222.20 | $147,763.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 730.00 | 297.40 | $217,102.00 |
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,025.00 | 23.30 | $23,882.50 |
| Marin K Boney | Partner | 2008 | Litigation - Antitrust/Competition | 825.00 | 0.30 | $247.50 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,245.00 | 20.10 | $25,024.50 |
| Lauren O Casazza | Partner | 2002 | Litigation - General | 935.00 | 34.20 | $31,977.00 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 955.00 | 81.80 | $78,119.00 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 845.00 | 83.80 | $70,811.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 825.00 | 186.90 | $154,192.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,275.00 | 68.20 | $86,955.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 825.00 | 196.60 | $162,195.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 880.00 | 98.70 | $86,856.00 |
| Warren Haskel | Partner | 2009 | Litigation - General | 825.00 | 36.50 | $30,112.50 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 880.00 | 3.30 | $2,904.00 |
| Reid Huefner | Partner | 2007 | IP - Litigation | 845.00 | 34.90 | $29,490.50 |
| Chad J Husnick | Partner | 2004 | Restructuring | 975.00 | 208.60 | $203,385.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,040.00 | 7.00 | $7,280.00 |
| Christopher Keegan | Partner | 2002 | Litigation - General | 855.00 | 87.00 | $74,385.00 |
| Natalie H Keller | Partner | 1997 | Taxation | 1,045.00 | 21.60 | $22,572.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,235.00 | 148.30 | $183,150.50 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,060.00 | 27.20 | $28,832.00 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,275.00 | 21.30 | $27,157.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,375.00 | 69.60 | $95,700.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,090.00 | 240.90 | $262,581.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 1,025.00 | 207.40 | $212,585.00 |
| Joshua R McLane | Partner | 2009 | Taxation | 920.00 | 0.10 | $92.00 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 930.00 | 18.00 | $16,740.00 |
| Andres C Mena | Partner | 2001 | Corporate - Debt | 1,060.00 | 3.10 | $3,286.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | | | Finance | | | |
| Dennis M Myers, P.C. | Partner | 1991 | Corporate - Capital Markets | 1,245.00 | 0.90 | $1,120.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,325.00 | 78.10 | $103,482.50 |
| JoAnne Nagjee | Partner | 2009 | Taxation | 945.00 | 55.50 | $52,447.50 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 825.00 | 136.10 | $112,282.50 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 930.00 | 12.90 | $11,997.00 |
| Scott D Price | Partner | 1990 | Executive Compensation | 1,245.00 | 11.80 | $14,691.00 |
| William T Pruitt | Partner | 2004 | Litigation - General | 895.00 | 2.20 | $1,969.00 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 895.00 | 233.80 | $209,251.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 930.00 | 18.00 | $16,740.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,235.00 | 126.00 | $155,610.00 |
| Brian E Schartz | Partner | 2008 | Restructuring | 930.00 | 97.80 | $90,954.00 |
| Steven Serajeddini | Partner | 2010 | Restructuring | 895.00 | 185.90 | $166,380.50 |
| Joseph Serino, Jr., P.C. | Partner | 1988 | Litigation - General | 1,145.00 | 9.30 | $10,648.50 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,325.00 | 117.50 | $155,687.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 880.00 | 127.00 | $111,760.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 955.00 | 21.00 | $20,055.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,165.00 | 21.10 | $24,581.50 |
| **Grand Total** | | | | | **7,238.20** | **$5,877,603.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Audrey Schlicht | Administrative | 6 months | Admin Services | 380.00 | 0.30 | $114.00 |
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 210.00 | 85.30 | $17,913.00 |
| Jason Douangsanith | Case Assistant | 6 months | Litigation - General | 195.00 | 25.50 | $4,972.50 |
| Abdulyekinni A Fasinro | Case Assistant | 3 months | Restructuring | 200.00 | 4.10 | $820.00 |
| Gayle M Lodygowski | Case Assistant | 26 years | Litigation - General | 210.00 | 2.30 | $483.00 |
| Eric M Dellon | Legal Assistant | 2.5 years | Litigation - General | 280.00 | 16.30 | $4,564.00 |
| Gary A Duncan | Legal Assistant | 6 years | Litigation - General | 300.00 | 34.30 | $10,290.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 265.00 | 106.80 | $28,302.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 380.00 | 13.80 | $5,244.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 340.00 | 46.00 | $15,640.00 |
| Paul M Jones | Legal Assistant | 3 months | Litigation - General | 330.00 | 51.90 | $17,127.00 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 350.00 | 63.70 | $22,295.00 |
| Maureen McCarthy | Legal Assistant | 12 years | Restructuring | 350.00 | 9.40 | $3,290.00 |
| Carrie Oppenheim | Legal Assistant | 6 years | Restructuring | 310.00 | 4.90 | $1,519.00 |
| Robert Orren | Legal Assistant | 6 years | Restructuring | 310.00 | 101.80 | $31,558.00 |
| Meghan Rishel | Legal Assistant | 1 year | Litigation - General | 265.00 | 130.50 | $34,582.50 |
| Laura Saal | Legal Assistant | 12 years | Restructuring | 320.00 | 1.10 | $352.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 350.00 | 13.70 | $4,795.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 310.00 | 34.00 | $10,540.00 |
| Jason Goodman | Litigation Suppt Cons | 9 years | Litigation - General | 310.00 | 2.00 | $620.00 |
| William G Marx | Litigation Suppt Cons | 1.5 years | Litigation - General | 315.00 | 16.80 | $5,292.00 |
| Chad M Papenfuss | Litigation Suppt | 1.5 years | Litigation - General | 315.00 | 208.00 | $65,520.00 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | Cons | | | | | |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 310.00 | 88.40 | $27,404.00 |
| James P McIntyre | Litigation Suppt Spec | 3 months | Litigation - General | 310.00 | 0.90 | $279.00 |
| Olivia Altmayer | Other | 1 year | Litigation - Antitrust/Competition | 235.00 | 0.50 | $117.50 |
| Linda M Chuk | Other | 3 years | Admin Services | 240.00 | 2.70 | $648.00 |
| Allison Graybill | Other | 2 years | Admin Services | 240.00 | 1.00 | $240.00 |
| Kurt J Wunderlich | Other | 11 years | Litigation - Antitrust/Competition | 535.00 | 3.00 | $1,605.00 |
| Madison Clark | Project Assistant | 6 months | Litigation - General | 195.00 | 2.50 | $487.50 |
| Gabriel King | Project Assistant | 6 months | Litigation - General | 210.00 | 26.30 | $5,523.00 |
| Meg McCarthy | Project Assistant | 1 year | Litigation - General | 195.00 | 62.50 | $12,187.50 |
| Ned Rooney | Project Assistant | 3 months | Litigation - General | 210.00 | 30.50 | $6,405.00 |
| Library Factual Research | Research Specialist | N/A | Admin Services | 300.00 | 3.00 | $900.00 |
| **Grand Total** | | | | | **1,193.80** | **$341,629.50** |

| | | | **Total Fees Requested** | **8,432.00** | **$6,219,233.00** |
|---|---|---|---|---|---|