# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $3,008.94 |
| Standard Copies or Prints | $11,915.50 |
| Binding | $0.00 |
| Tabs/Indexes/Dividers | $0.00 |
| Color Copies or Prints | $4,895.10 |
| Large Format Copy/Print | $12.00 |
| Scanned Images | $0.00 |
| Production Blowbacks | $4,806.30 |
| Closing/Mini Books | $600.00 |
| 4 Binders" | $0.00 |
| 5 Binders" | $0.00 |
| Postage | $193.60 |
| Overnight Delivery | $3,183.09 |
| Outside Messenger Services | $282.86 |
| Local Transportation | $418.51 |
| Travel Expense | $52,925.61 |
| Airfare | $45,425.98 |
| Transportation to/from airport | $2,367.98 |
| Travel Meals | $3,962.51 |
| Car Rental | $271.96 |
| Other Travel Expenses | $474.00 |
| Court Reporter Fee/Deposition | $4,846.20 |
| Outside Paralegal Assistance | $167,304.00 |
| Outside Copy/Binding Services | $4,180.91 |
| Working Meals/K&E and Others | $0.00 |
| Catering Expenses | $72.00 |
| Outside Retrieval Service | $40.00 |
| Computer Database Research | $3,131.99 |
| LexisNexis Research | $0.03 |
| Overtime Transportation | $1,497.96 |
| Overtime Meals - Non-Attorney | $88.00 |
| Overtime Meals - Attorney | $1,564.08 |
| Secretarial Overtime | $0.00 |
| Rental Expenses | $690.55 |
| Miscellaneous Office Expenses | -$79.00 |
| **Total:** | **$318,080.66** |

## **TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $640.80 |
| Color Copies or Prints | $1,441.50 |
| **Total:** | **$2,082.30** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $101.80 |
| Color Copies or Prints | $11.10 |
| **Total:** | **$112.90** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $239.00 |
| Color Copies or Prints | $253.20 |
| **Total:** | **$492.20** |

RLF1 13383178v.1