## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | |

### NOTICE REGARDING SUBMISSION OF WRITTEN DIRECT TESTIMONY

**PLEASE TAKE NOTICE** that pursuant to Paragraph 9 of the Joint Stipulated Final Pre-Trial Order [Docket No. 6748] (the "Joint Pre-Trial Order"), (i) on November 15, 2015, counsel to Energy Future Intermediate Holding Company, LLC, ("EFIH"), provided the written direct testimony of Charles H. Cremens, Disinterested Manager of Energy Future Intermediate Holding Company, LLC, to the Participating Parties, and (ii) on November 17, 2015, EFIH provided the written direct testimony of Charles H. Cremens to the Court.[2]

**PLEASE TAKE FURTHER NOTICE** that any party other than a Participating Party that did not receive the written direct testimony of Charles H. Cremens may communicate their request for access to such testimony by emailing Trevor Broad at tbroad@cravath.com and EFIH will review in good faith any reasonable requests for such access.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not defined in this Notice have the meaning they are given in the Joint Pre-Trial Order.

Dated: November 17, 2015

STEVENS & LEE, P.C.

*/s/ Joseph H. Huston*
Joseph H. Huston, Jr. (No. 4035)
Camille C. Bent (*admitted pro hac vice*)
1105 North Market Street, Suite 700
Wilmington, DE 19801
Tel:    (302) 425-3310
Fax:    (610) 371-7927
Email: jhh@stevenslee.com
           ccb@stevenslee.com

and

Richard Levin, Esquire
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3908
Tel:    (212) 891-1601
Fax:    (212) 891-1699
Email: rlevin@jenner.com

and

Michael A. Paskin, Esquire
Trevor M. Broad, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel:    (212) 474-1760
Fax:    (212) 474-3700
Email: mpaskin@cravath.com
           tbroad@cravath.com

*Independent Counsel for Energy Future Intermediate Holding Company LLC*