# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Energy Future Holdings, Inc**., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>**Related to D.I. 6976, 6989** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2015, the United States Trustee's Objection to the Settlement Between the Debtors and Fidelity Management & Research Company (D.I. 6976, 6989) was caused to be served upon the following persons *via* email and/or regular mail upon the parties listed below:

Edward O. Sassower, P.C.
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
Chad J. Husnick, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
Email: esassower@kirkland.com
Email: shessler@kirkland.com
Email: chusnick@kirkland.com
Email: bschartz@kirkland.com

Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
Email: defranceschi@rlf.com
Email: madron@rlf.com

Mark E. McKane, Esquire
Michael P. Esser, Esquire
Anna Terteryan, Esquire
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Email:  mark.mckane@kirkland.com
Email:  Michael.esser@kirkland.com
Email: anna.terteryan@kirkland.com

Brenton Rogers, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Email:  brenton.rogers@kirkland.com

| | |
|---|---|
| John P. Melko, Esquire<br>Gardere Wynne Sewell, LLP<br>Wells Fargo Plaza, Suite 3400<br>1000 Louisiana<br>Houston, TX 77002<br>Email: jmelko@gardere.com | Benjamin L. Stewart, Esquire<br>Bailey Brauer PLLC<br>Campbell Centre I<br>8350 N. Central Expy, Suite 935<br>Dallas, TX 75206<br>Email: bstewart@baileybrauer.com |
| Ellen W. Slights, AUSA<br>United States Attorney's Office<br>District of Delaware<br>1007 N. Orange Street, Suite 700<br>Wilmington, DE 19801<br>Email: Ellen.slights@usdoj.gov | William P. Bowden, Esquire<br>Gregory A. Taylor, Esquire<br>Ashby & Geddes, PA<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Email: wbowden@ashby-geddes.com<br>Email: gtaylor@ashby-geddes.com |
| Mark Minuti, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue<br>Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Email: mminuti@saul.com | Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801<br>Email: landis@lrclaw.com<br>Email: mcguire@lrclaw.com |
| Jeremy W. Ryan, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>6th Floor<br>P.O. Box 951<br>Wilmington, DE 19801<br>Email: jryan@potteranderson.com | Marc J. Phillips, Esquire<br>Manion Gaynor & Manning LLP<br>The Nemours Building<br>1007 North Orange Street<br>10th Floor<br>Wilmington, DE 19801<br>Email: mphillips@mgmlaw.com |
| Karen C. Bifferato, Esquire<br>Kelly M. Conlan, Esquire<br>Connolly Gallagher LLP<br>1000 West Street, Suite 1400<br>Wilmington, DE 19801<br>Email: kbifferato@connollygallagher.com<br>Email: kconlan@connollygallagher.com | Steven K. Kortanek, Esquire<br>Mark L. Desgrosseilliers, Esquire<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Email: skortanek@wcsr.com<br>Email: mdesgrosseilliers@wcsr.com |

| | |
|---|---|
| Pauline K. Morgan, Esquire<br>Joel A. Waite, Esquire<br>Ryan M. Bartley, Esquire<br>Andrew L. Magaziner, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: pmorgan@ycst.com<br>Email: jwaite@ycst.com<br>Email: rbartley@ycst.com<br>Email: amagaziner@ycst.com | Derek C. Abbott, Esquire<br>Andrew R. Remming, Esquire<br>Erin R. Fay, Esquire<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Email: dabbot@mnat.com<br>Email: aremming@mnat.com<br>Email: efay@mnat.com |
| Chris Simon, Esquire<br>Michael J. Joyce, Esquire<br>Cross & Simon, LLC<br>913 N. Market Street, 11th Floor<br>Wilmington, DE 19899<br>Email: mjoyce@crosslaw.com<br>Email: csimon@crosslaw.com | Mark S. Chehi, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>Email: mark.chehi@skadden.com |
| Howard A. Cohen, Esquire<br>Robert K. Malone, Esquire<br>Drinker Biddle & Reath LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: Howard.cohen@dbr.com<br>Email: Robert.malone@dbr.com | Michael G. Busenkell, Esquire<br>Gellert Scali Busenkell & Brown, LLC<br>913 N. Market Street, 10th Floor<br>Wilmington, DE 19801<br>Email: mbusenkell@gsbblaw.com |
| Kathleen M. Miller, Esquire<br>Smith, Katzenstein & Jenkins LLP<br>800 Delaware Avenue, Suite 1000<br>P0 Box 410<br>Wilmington, DE 19899<br>Email: kmiller@skjlaw.com | Stephen M. Miller, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899<br>Email: smiller@morrisjames.com |
| Jeffrey M. Schlerf, Esquire<br>John H. Strock, Esquire<br>L. John Bird, Esquire<br>Fox Rothschild LLP<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801<br>Email: jschlerf@foxrothschild.com<br>Email: jstrock@foxrothschild.com<br>Email: jbird@foxrothschild.com | Mark E. Felger, Esquire<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>Email: mfelger@cozen.com |

Daniel K. Astin, Esquire
Joseph J. McMahon, Jr., Esquire
Ciardi Ciardi & Astin
1204 North King Street
Wilmington, DE 19801
Email: dastin@ciardilaw.com
Email: jmcmahon@ciardilaw.com

Michael D. DeBaecke, Esquire
Stanley B. Tarr, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Email: Debaecke@blankrome.com
Email: Tarr@blankrome.com

Kurt F. Gwynne, Esquire
Kimberly E.C. Lawson, Esquire
Reed Smith LLP
120l N. Market Street, Suite 1500
Wilmington, DE 19801
Email: kgwynne@reedsmith.com
Email: klawson@reedsmith.com

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
Fax: 302-656-7599
Email: dkhogan@hoganlaw.com

Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De 19801
Email: cward@polsinelli.com
Email: jedelson@polsinelli.com
Email: skatona@polsinelli.com

William Chipman, Esquire
Mark D. Olivere, Esquire
Chipman & Brown, LLP
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
Email: chipman@chipmanbrown.com
Email: olivere@chipmanbrown.com

Kathleen A. Murphy, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 150C
Wilmington, DE 19801
Email: kathleen.murphy@bipc.com

Sarah Kam, Esquire
Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY
 10022Email:  skam@reedsmoth.com

Kevin M. Capuzzi, Esquire
Pinckney, Weidinger, Urban & Joyce LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801
Email: kcapuzzi@pwujlaw.com

James E. Huggett, Esquire
Amy D. Brown, Esquire
Margolis Edelstein
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
Email: jhuggett@margolisedelstein.com
Email: abrown@margolisedelstein.com

| | |
|---|---|
| Kramer Levin Naftalis & Frankel, LLP<br>Thomas Moers Mayer, Esquire<br>Philip Bentley, Esquire<br>Joshua K. Brody, Esquire<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Email: tmayer@kramerlevin.com<br>Email: pbentley@kramerlevin.com<br>Email: jbrody@kramerlevin.com | Stephanie Wickouski, Esquire<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-3300<br>Email: stephanie.wickouski@bryancave.com |
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903<br>Email: corp@delaware.gov | Secretary of Treasury<br>820 Silver Lake Boulevard, Suite 100<br>Dover, DE 19904<br>Email: India.Street@state.de.us |
| Andrew M. Calamari, Esquire<br>New York Regional Office<br>Securities & Exchange Commission<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022<br>Email: NYROBankruptcy@SEC.GOV | Hugh M. McDonald, Esquire<br>Louis A. Curcio, Esquire<br>Brett D. Goodman, Esquire<br>Troutman Sanders LLP<br>405 Lexington Avenue<br>New York, NY 10174<br>hugh.mcdonald@troutmansanders.com<br>louis.curcio@troutmansanders.com<br>brett.goodman@troutmansnaders.com |
| Edward S. Weisfelner, Esquire<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>Email: eweisfelner@brownrudnick.com | Jeffrey L. Jonas, Esquire<br>Andrew P. Strehle, Esquire<br>Jeremy B. Coffey, Esquire<br>Howard Siegel, Esquire<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>Email: jjonas@brownrudnick.com<br>Email: astrehle@brownricnick.com<br>Email: jcoffey@brownrudnick.com<br>Email: hsiegel@brownrudnick.com |
| Rachel Obaldo, Esquire<br>John Mark Stern, Esquire<br>Office of the Texas Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548<br>Email: Bk-robaldo@texasattorneygeneral.gov | Steven Kazan<br>Kazan McClaim Satterler & Greenwood<br>Jack London Market<br>55 Harrison Street, Ste. 400<br>Oakland, CA 94607<br>Email: skazan@kazanlaw.com |

Hal F. Morris, Esquire
Ashley Flynn Bartram, Esquire
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
Email: hal.morris@texasattorneygeneral.gov
Email: ashley.bartram@texasattorneygeneral.gov

Kevin M. Lippman, Esquire
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659
Email: klippman@munsch.com

Owen M. Sonik, Esquire
Perdue, Brandon, Fielder, Collins & Mott
1235 North Loop West, Suite 600
Houston, TX 77008
Email: osonik@pbfcm.com

Benjamin W. Loveland, Esquire
Wilmer Cutler Pickering Hale and Don LLP
60 State Street
Boston, MA 02109
Email: benjamin.loveland@wilmerhale.com

Michael A. McConnell, Esquire
Clay Taylor, Esquire
Katherine Thomas, Esquire
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Email: michael.mcconnell@kellyhart.com
Email: clay.taylor@kellyhart.com
Email: katherine.thomas@kellyhart.com

Russell L. Munsch, Esquire
Munsch Hardt Kopf & Harr, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin, TX 78701-4071
Email: rmunsch@munsch.com

Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 13430
Arlington, TX 76094-0430
Email: ebcalvo@pbfcm.com

Philip D. Anker, Esquire
George W. Shuster, Jr., Esquire
Wilmer Cutler Pickering Hale and Don LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Email: philip.anker@wilmerhale.com
Email: george.shuster@wilmerhale.com

Fredric Sosnick, Esquire
Ned S. Schodek, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Email: fsosnick@shearman.com
Email: nschodek@shearman.com

Geoffrey Gay, Esquire
Lloyd Gosselink Rochelle & Townsend, PC
816 Congress Avenue, Suite 1900
Austin, TX 78701
Email: ggay@lglawfirm.com

Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
Lars A. Peterson, Esquire
Foley & Lardner LLP
321 North Clark St., Ste. 2800
Chicago IL 60654
Email: mhebbeln@foley.com
Email: hkaplan@foley.com
Email: lpeterson@foley.com

Paul D. Moak, Esquire
McKool Smith
600 Travis Street, Suite 7000
Houston, TX 77002
Email: pmoak@mckoolsmith.com

Julia Frost-Davies, Esquire
Christopher L. Carter, Esquire
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726
Email: julia.frost-davies@bingham.com
Email: christopher.carter@bingham.com

Edward M. King, Esquire
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202
Email: tking@fbtlaw.com

Jay M. Goffman, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Email: jay.goffman@skadden.com

Peter S. Goodman, Esquire
Michael R. Carney, Esquire
McKool Smith
One Bryant Park, 47th Floor
New York, NY 10036
Email: pgoodman@mckoolsmith.com
Email: mcarney@mckoolsmith.com

Jeffrey S. Sabin, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
Email: jeffrey.sabin@bingham.com

Desiree M. Amador, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, NW
Washington, DC 20005-4026
Email: amador.desiree@pbgc.gov

James Prince, Esquire
Omar J. Alaniz, Esquire
Thomas E. O'Brien, Esquire
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201
Email: jim.prince@bakerbotts.com
Email: omar.alaniz@bakerbotts.com
Email:  tom.obrien@bakerbotts.com

George N. Panagakis, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606
Email george.panagakis@skadden.com

Alan W. Kornberg, Esquire
Kelly A. Cornish, Esquire
Brian S. Hermann, Esquire
Jacob A. Adlerstein, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
Email: akornberg@paulweiss.com
Email: kcornish@paulweiss.com
Email: bhermann@paulweiss.com
Email: jadlerstein@paulweiss.com

Lee Gordon, Esquire
McCreary, Veselka, Bragg & Allen, PC
P.O. Box 1269
Round Rock, TX 78680
Email: lgordon@mvbalaw.com

Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52 Street
New York, NY 10019
Email: rgmason@wlrk.com
Email: eakleinhaus@wlrk.com
Email: atwitt@wlrk.com

David E. Leta, Esquire
Snell & Wilmer LLP
15 West South Temple, Suite 1200
Salt Lake City, UT 84101
Email: dleta@swlaw.com

Dennis F. Dunne, Esquire
Evan R. Fleck, Esquire
Karen Gartenberg, Esquire
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Email: efleck@milbank.com
Email: ddunne@milbank.com
Email: kgartenberg@milbank.com

Brad Eric Scheler, Esquire
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
Fried, Frank, Harris, Schriver & Jacobson
One New York Plaza
New York, NY 10004
Email: brad.scheler@friedfrank.com
Email: gary.kaplan@friedfrank.com
Email: matthew.roose@friedfrank.com

William P. Weintraub, Esquire
Kizzy L. Jarashow, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Email: wweintraub@goodwinproctor.com
Email: kjarashow@goodwinproctor.com

Richard C. Pedone, Esquire
Amanda D. Darwin, Esquire
Lee Harrington, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Email: rpedone@nixonpeabody.com
Email: adarwin@nixonpeabody.com
Email: lharrington@nixonpeabody.com

Marshall S. Huebner, Esquire
Benjamin S. Kaminetzky, Esquire
Elliot Moskowitz, Esquire
Damon P. Meyer, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Email: marshall.huebner@davispolk.com
Email: ben.kaminetzky@davispolk.com
Email: elliot.moskowitz@davispolk.com
Email: damon.meyer@davispolk.com

Patrick L. Hughes, Esquire
Haynes and Boone LLP
1221 McKinney Street, Suite 1200
Houston, TX 77010
Email: patrick.hughes@haynesboone.com

Daniel A. Lowenthal, Esquire
Craig W. Dent, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Email: dalowenthal@pbwt.com
Email: cdent@pbwt.com

Stephen C. Stapleton, Esquire
Cowles & Thompson
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX 75202
Email: sstapleton@cowlesthompson.com

Thomas E. Lauria, Esquire
Matthew C. Brown, Esquire
White & Case LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131
Email: tlauria@whitecase.com
Email: mbrown@whitecase.com

Jonathan Hook, Esquire
Haynes and Boone LLP
30 Rockefeller Center, 26th Floor
New York, NY 10112
Email: jonathan.hook@haynesboone.com

Michael L. Schein, Esquire
Vedder Price PC
1633 Broadway, 47th Floor
New York, NY 10019
Email: mschein@vedderprice.com

John A. Harris, Esquire
Jason D. Curry, Esquire
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Email: john.harris@quarles.com
Email: jason.curry@quarles.com

J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Email: cshore@whitecase.com
Email: gstarner@whitecase.com

Thomas J. Moloney, Esquire
Sean A. O'Neal, Esquire
Humayun Khalid, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Email: tmoloney@cgsh.com
Email: soneal@cgsh.com
Email: hkhalid@cgsh.com

Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
Stephen M. Baldini, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
Email: idizengoff@akingump.com
Email: aqureshi@akingump.com
Email: sbaldini@akingump.com

Scott L. Alberino, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036
Email: salberino@akingump.com
Email: jnewdeck@akingump.com

Jeffrey R. Fine, Esquire
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, Texas 75201
Email: jfine@dykema.com

Christine C. Ryan, Esquire
Brickfield, Burchette, Rifts & Stone, PC
1025 Thomas Jefferson Street, NW
Washington, DC 20007
Email: cryan@bbrslaw.com

David Neier, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Email: dneier@winston.com

Donald K. Ludman, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096
Email: dludman@brownconnery.com

Jon Chatalian, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005
Email: Chatalian.jon@pbgc.com

Jonathan L. Howell, Esquire
McCathern, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX 75219
Email: jhowell@mccathernlaw.com

John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Email: ashmead@sewkis.com
Email: das@sewkis.com
Email: alves@sewkis.com

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Email: schaedle@blankrome.com

Monica Blacker, Esquire
J. Scott Rose, Esquire
Jackson Walker, LLP
Weston Centre
112 E. Pecan Street, Suite 2400
San Antonio, TX 78205
Email: mblacker@jw.com
Email: srose@jw.com

D. Ross Martin, Esquire
Keith H. Wofford, Esquire
Joshua Y. Sturm, Esquire
Ropes & Gray, LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Email: joshua.sturm@ropesgray.com
Email: ross.martin@ropesgray.com
Email: Keith.Wofford@ropesgray.com

Shawn M. Christianson, Esquire
Buchalter Nemer, PC
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
Email: schristianson@buchalter.com

Jody A. Bedenbaugh, Esquire
George B. Cauthen, Esquire
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Email: jody.bedenbaugh@nelsonmullins.com
Email: george.cauthen@nelsonmullins.com

Jamie R. Welton, Esquire
Lackey Hershman, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
Email: jrw@lhlaw.com

John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Email: ashmead@sewkis.com
Email: das@sewkis.com
Email: alves@sewkis.com

Robert Szwajkos, Esquire
Curtin & Heefner LLP
250 Pennsylvania Avenue
Morrisville, PA 19067
Email: rsz@curtinheefner.com

Patricia Williams Prewitt, Esquire
Law office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX 77868
Email: pwp@pattiprewittlaw.com

Judy Hamilton Morse, Esquire
Crowe & Dunlevy, PC
20 North Broadway, Suite 1800
Oklahoma City, OK 73102
Email: judy.morse@crowedunlevy.com

Jordan S. Blask, Esquire
Lara E. Shipkovitz, Esquire
Tucker Arensberg, PC
1500 One PPG Place
Pittsburgh, PA 15222
Email: jblask@tuckerlaw.com
Email: lshipkovitz@tuckerlaw.com

| | |
|---|---|
| Jeanmarie Baer, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott,<br>P.O. Box 8188<br>Wichita Falls, TX 76307<br>Email: jbaer@pbfcm.com | Christopher B. Mosley, Esquire<br>Senior Assistant City Attorney<br>City of Fort Worth<br>1000 Throckmorton Street<br>Fort Worth, TX 76102<br>Email: Chris.Mosley@fortworthtexas.gov |
| James M. Peck, Esquire<br>Brett H. Miller, Esquire<br>Lorenzo Marinuzzi, Esquire<br>Morrison & Foerster<br>250 W. 55th Street<br>New York, NY 10019<br>Email: jpeck@mofo.com<br>Email: bmiller@mofo.com<br>Email: lmarinuzzi@mofo.com | Edward Fox, Esquire<br>Polsinelli PC<br>900 Third Avenue, 21st Floor<br>New York, NY 10022<br>Email: efox@polsinelli.com |
| Michael G. Smith, Esquire<br>111 North 6th Street<br>P.O. Box 846<br>Clinton, OK 73601<br>Email: mike@mikesmithlaw.net | Jacob L. Newton, Esquire<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>Email: newton@sbep-law.com |
| Ari D. Kunofsky, Esquire<br>Trial Attorneys, Tax Division<br>U. S. Department of Justice<br>PO Box 227<br>Washington, DC 20044<br>Email: ari.d.kunofsky@tax.usdoj.gov | Thomas D. Maxson, Esquire<br>Cohen & Grigsby, P.C.<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152<br>Email: tmaxson@cohenlaw.com |
| Pachulski Stang Ziehl & Jones LLP<br>Laura Davis Jones, Esquire<br>Robert J. Feinstein, Esquire<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Email: ljones@pszjlaw.com<br>Email: rfeinstein@pszjlaw.com | Raymond H. Lemisch, Esquire<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Email: rlemisch@klehr.com |

Peter Gilhuly, Esquire
Adam E. Malatesta, Esquire
Lathan & Watkins, LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Email: peter.gilhuly@lw.com
Email: adam.malatesta@lw.com

Cole, Schotz, Meisel, Forman & Leonard
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Nicholas J. Brannick, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: Kstickles@coleschotz.com
Email: NBrannick@coleschotz.com
Email: NPernick@coleschotz.com

Cole, Schotz, Meisel, Forman & Leonard
Warren A. Usatine, Esquire
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Email: Wusatine@coleschotz.com

James H. Millar, Esquire
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Email: James.Millar@dbr.com

John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253
Email: Houston_bankruptcy@publicans.com

Diane Wade Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 17428
Austin, TX 78760
Email: Austin_bankruptcy@publicans.com

Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
Satterlee, Stephens, Burke & Burke, LLP
230 Park Avenue
New York, NY 10169
Email: cbelmonte@ssbb.com
Email: pbosswick@ssbb.com

Venable, LLP
Jamie L. Edmonson, Esquire
Daniel A. O'Brien, Esquire
1201 N. Market Street, Suite 1400
Wilmington, Delaware 19801
Email: jledmonson@venable.com
Email: daobrien@venable.com

Andrew Dietderich, Esquire
Mark U. Schneiderman, Esquire
Michael H. Torkin, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Email: dietdericha@sullcrom.com
Email: schneidermanm@sullcrom.com
Email: torkinm@sullcrom.com

Natalie D. Ramsey, Esquire
Mark Andrew Fink, Esquire
Mark B. Sheppard, Esquire
Montgomery, McCracken, Walker & Rhoads
1105 N. Market Street
Suite 1500
Wilmington, DE 19081
Email: nramsey@mmwr.com
Email: mfink@mmwr.com
Email: mark.b.sheppard@mmwr.com

Joseph H. Huston, Jr., Esquire
Steven & Lee, PC
1105 North Market Street, Suite 700
Wilmington, Delaware 19801
Email: jhh@stevenslee.com

David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
Email: dklauder@bk-legal.com

Thomas Walper, Esquire
Todd J. Rosen, Esquire
Munger, Tolles & Olson, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Email: Thomas.Walper@mto.com
Email: Todd.Rosen@mto.com

Bradley A. Robins
Greenhill & Co., LLC
Email: brobins@greenhill.com

Richard Levin, Esquire
Jenner & Block
919 3rd Avenue
New York, NY 10022-3901
Email: rlevin@jenner.com

Michael A. Berman, Esquire
Office of the General Counsel
Washington, DC 20549

Michael A. Paskin, Esquire
Cravath, Swaine and Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Email: mpaskin@cravath.com

Jeff J. Marwil, Esquire
Mark K. Thomas, Esquire
Peter J. Young, Esquire
Proskauer Rose, LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Email: jmarwil@proskauer.com
Email: mthomas@proskauer.com
Email: pyoung@proskauer.com

Michael Friedman, Esquire
Chapman and Cutler LLP
1270 Avenue of the Americas, 30th Floor
New York, New York 10020
Email: friedman@chapman.com

Jonathan Goldin
Goldin Associates, LLC
Email: jegoldin@goldinassociates.com

Michael L. Atchley, Esquire
Matthew T. Taplett, Esquire
Pope, Hardwicke, Christie, Schell, Kelly
500 West 7th Street, Suite 600
Fort Worth, EX 76102
Email: matchley@popehardwicke.com

Sean Lev, Esquire
Office of the General Counsel
Federal Communications Commission
445 12th Street, SW
Washington, DC 20554

Stephen Sakonchick, II, Esquire
Stephen Sakonchick II, PC
6502 Canon Wren Drive
Austin, TX 78746

Ronald L. Rowland, Agent
Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD 21030

Jeffrey T. Rose, Esquire
Wilmington Trust FSB
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Jason A. Starks, Esquire
Greg Abbott, Esquire
Daniel T. Hodge, Esquire
John B. Scott, Esquire
Ronald R. Del Vento, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711

/s/Richard L. Schepacarter
Richard L. Schepacarter
Trial Attorney