# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 007 | Case Administration | 23.90 | $11,825.50 |
| 008 | Claims Administration and Objections | 28.00 | $21,860.00 |
| 011 | Employment and Fee Applications | 10.40 | $3,386.00 |
| 013 | Financing and Cash Collateral | 7.30 | $6,803.50 |
| 014 | Other Litigation | 19.10 | $14,024.00 |
| 015 | Meetings and Communications with Creditors | 21.30 | $18,963.00 |
| 016 | Non-Working Travel | 19.10 | $16,017.50 |
| 017 | Plan and Disclosure Statement | 172.70 | $163,317.50 |
| 021 | Tax | 45.80 | $42,228.50 |
| 023 | Discovery | 1,258.80 | $437,890.50 |
| 024 | Hearings | 29.30 | $28,293.00 |
| 029 | Other Motions/Applications | 1.50 | $1,387.50 |
| 032 | Time Entry Review | 11.60 | $10,405.00 |
| **Total Incurred** | | **1,648.8** | **$776,401.50** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(8,008.75)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(10,405.00)** |
| **Total Requested** | | | **$757,987.75** |

| Service Description | Amount |
|---|---:|
| Filing Fees | $58.00 |
| Travel | $1,691.69 |
| Online Research – Lexis | $183.23 |
| Online Research – Westlaw | $103.60 |
| Online Research – Other Database | $2,058.40 |
| EDiscovery Fees | $18,717.54 |
| Business Meals | $1,622.72 |
| Travel Meals | $11.01 |
| Miscellaneous Disbursement | $102.00 |
| Online Research – Other Database | $17.56 |
| **Total Requested** | **$24,565.75** |

## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

ny-1212207

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $925.00 | 137.70 | $127,372.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 16.10 | $20,930.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,100.00 | 55.60 | $61,160.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950.00 | 28.70 | $27,265.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1,025.00 | 6.20 | $6,355.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,075.00 | 87.50 | $94,062.50 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $895.00 | 10.50 | $9,397.50 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $495.00 | 10.60 | $5,247.00 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $680.00 | 4.00 | $2,720.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750.00 | 12.20 | $9,150.00 |
| Lim, Clara | Associate | 2010 | Tax | $635.00 | 4.90 | $3,111.50 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $760.00 | 39.10 | $29,716.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $760.00 | 73.80 | $56,088.00 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $495.00 | 133.40 | $66,033.00 |
| Hildbold, William M. | Attorney | 2009 | Business Restructuring & Insolvency | $680.00 | 47.10 | $32,028.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $320.00 | 22.20 | $7,104.00 |
| Braun, Danielle | Paralegal | 2 years | Business Restructuring & Insolvency | $300.00 | 5.70 | $1,710.00 |
| Bergelson, Vadim | eDiscovery Project Manager | 5 years | Litigation | $310.00 | 28.40 | $8,804.00 |
| Cusa, Thomas C. | Temporary Attorney | 2 months | Litigation | $225.00 | 179.80 | $40,455.00 |
| Hou, Timothy | Temporary Attorney | 2 months | Litigation | $225.00 | 190.20 | $42,795.00 |
| Lee, Yumi | Temporary Attorney | 2 months | Litigation | $225.00 | 201.60 | $45,360.00 |
| Ofosu-Antwi, Elsie J. | Temporary Attorney | 2 months | Litigation | $225.00 | 182.30 | $41,017.50 |
| Thomas, Philip T. | Temporary Attorney | 2 months | Litigation | $225.00 | 171.20 | $38,520.00 |
| **Total Incurred:** | | | | | 1,648.80 | $757,987.75 |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | | | | $(8,008.75) |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | $(10,405.00) |
| **Total Requested** | | | | | | $757,987.75 |

ny-1212207

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Filing Fees | $58.00 |
| Travel | $1,691.69 |
| Online Research – Lexis | $183.23 |
| Online Research – Westlaw | $103.60 |
| Online Research – Other Database | $2,058.40 |
| EDiscovery Fees | $18,717.54 |
| Business Meals | $1,622.72 |
| Travel Meals | $11.01 |
| Miscellaneous Disbursement | $102.00 |
| Online Research – Other Database | $17.56 |
| **Total Requested** | **$24,565.75** |

# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▉▉▉▉▉▉▉
Invoice Number:  5478624
Invoice Date:  November 13, 2015

Client/Matter Number:  073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through September 30, 2015*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 24,565.75 |
| **Total This Invoice** | **24,565.75** |

**Payment may be made by Electronic Funds transfer to the firm's account**

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS  
Invoice Number: 5478624  
Invoice Date: November 13, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 30-Sep-15 | On-line Research – LEXIS (SEPT 1 - SEPT 30) | 183.23 |
| 30-Sep-15 | On-line Research – WESTLAW (SEPT 1 - SEPT 30) | 103.60 |
| 30-Sep-15 | On-line Research - OTHER DATABASE (SEPT 1 - SEPT 30) | 2,058.40 |
| 22-Sep-15 | Miscellaneous disbursement, A. Lawrence, CourtCall, 9/22/15 | 58.00 |
| 16-Sep-15 | Travel, train, E. Richards, travel to/from Delaware for EFH meetings, 9/17/15 | 303.00 |
| 17-Sep-15 | Travel, train, T. Goren, travel to Delaware for EFH meetings, 9/17/15 | 179.00 |
| 17-Sep-15 | Travel, train, T. Goren, return travel from Delaware for EFH meetings, 9/17/15 | 106.00 |
| 17-Sep-15 | Travel, exchange fee, T. Goren, travel to Delaware for EFH meetings, 9/17/15 | 18.00 |
| 17-Sep-15 | Travel, parking, T. Goren, parking at train station for Delaware trip, 9/17/15 | 21.00 |
| 18-Sep-15 | Travel, train, B. Miller, travel to/from Delaware for EFH meetings, 9/21/15 | 248.00 |
| 21-Sep-15 | Travel, taxi/car service, T. Goren, ground travel home from train station, 9/21/15 | 147.00 |
| 21-Sep-15 | Travel, taxi/car service, T. Goren, ground travel to train station, 9/21/15 | 81.69 |
| 21-Sep-15 | Travel, train, T. Goren, travel to/from Delaware for EFH meetings, 9/21/15 | 303.00 |
| 21-Sep-15 | Travel, train, E. Richards, travel to/from Delaware for EFH meetings, 9/21/15 | 285.00 |
| 22-Sep-15 | Miscellaneous disbursement, T. Goren, CourtCall, 9/16/15 | 58.00 |
| 25-Sep-15 | Miscellaneous disbursement, T. Goren, CourtCall, 9/18/15 | 44.00 |
| 08-Sep-15 | EDiscovery Fees, EPIQ, review user monthly fee | 595.00 |
| 14-Oct-15 | EDiscovery Fees, IRIS Data Services, eDiscovery support, data hosting and processing for September | 18,122.54 |
| 18-Aug-15 | Business meals, 10 attendees, EFH meeting, 8/18/15 | 119.64 |
| 26-Aug-15 | Business meals, 8 attendees, EFH meeting, 8/26/15 | 138.95 |
| 28-Aug-15 | Business meals, 10 attendees, EFH meeting, 8/28/15 | 119.64 |
| 28-Aug-15 | Business meals, 10 attendees, EFH meeting, 8/28/15 | 109.13 |
| 01-Sep-15 | Business meals, 3 attendees, EFH meeting, 9/1/15 | 60.00 |
| 02-Sep-15 | Business meals, 10 attendees, EFH meeting, 9/2/15 | 200.00 |
| 04-Sep-15 | Business meals, 10 attendees, EFH meeting, 9/4/15 | 200.00 |
| 09-Sep-15 | Business meals, 10 attendees, EFH meeting, 9/9/15 | 112.49 |
| 10-Sep-15 | Business meals, 10 attendees, EFH meeting, 9/10/15 | 91.06 |
| 10-Sep-15 | Business meals, 10 attendees, EFH meeting, 9/10/15 | 200.00 |
| 11-Sep-15 | Business meals, 10 attendees, EFH meeting, 9/11/15 | 151.14 |
| 21-Sep-15 | Business meals, 10 attendees, EFH meeting, 9/21/15 | 120.67 |
| 17-Sep-15 | Travel meals, T. Goren, lunch while in Delaware for EFH meeting, 9/17/15 | 11.01 |
| 30-Sep-15 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 21 | 8.78 |
| 30-Sep-15 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 21 | 8.78 |
| | **Current Disbursements** | **24,565.75** |