# Exhibit A

**Fee Summary by Professional for the Period
May 1, 2015 through May 31, 2015**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# May 01, 2015 - May 31, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Carr, Vickie | Partner/Principal | $365.00 | 6.7 | $2,445.50 |
| Hoffman, David | Partner/Principal | $365.00 | 7.1 | $2,591.50 |
| Janiak, Stacy | Partner/Principal | $365.00 | 1.2 | $438.00 |
| Kushner, Jonathan | Partner/Principal | $365.00 | 4.4 | $1,606.00 |
| Mano, Patrice | Partner/Principal | $365.00 | 6.4 | $2,336.00 |
| Pavlovsky, Katie | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Stokx, Randy | Partner/Principal | $365.00 | 26.7 | $9,745.50 |
| Wahrman, Julie | Partner/Principal | $365.00 | 13.6 | $4,964.00 |
| Winger, Julie | Partner/Principal | $365.00 | 3.1 | $1,131.50 |
| Favor, Rick | Director | $365.00 | 26.8 | $9,782.00 |
| Goldberg, Rob | Director | $365.00 | 3.5 | $1,277.50 |
| Wittenburg, Dave | Director | $365.00 | 3.5 | $1,277.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 47.7 | $13,833.00 |
| Dwivedi, Rajesh | Senior Manager | $290.00 | 1.0 | $290.00 |
| Hannagan, Peter | Senior Manager | $290.00 | 1.1 | $319.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 22.4 | $6,496.00 |
| Horn, Dave | Senior Manager | $290.00 | 2.5 | $725.00 |
| Khandelwal, Vinyas | Senior Manager | $290.00 | 1.0 | $290.00 |
| Loo, Alice | Senior Manager | $290.00 | 4.3 | $1,247.00 |
| Parker, Matt | Senior Manager | $290.00 | 61.5 | $17,835.00 |
| Poindexter, Heath | Senior Manager | $290.00 | 23.4 | $6,786.00 |
| Alvarado, Jason | Manager | $265.00 | 16.7 | $4,425.50 |
| Freeman, Mike | Manager | $265.00 | 50.7 | $13,435.50 |
| Kidd, Erin | Manager | $265.00 | 5.7 | $1,510.50 |
| Powell, Clayton | Manager | $265.00 | 15.6 | $4,134.00 |
| Varkey, Jamie | Manager | $265.00 | 0.5 | $132.50 |
| Babanova, Maria | Senior Consultant | $215.00 | 15.5 | $3,332.50 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 26.4 | $5,676.00 |
| Morehead, David | Senior Consultant | $215.00 | 101.5 | $21,822.50 |
| Murawski, Bryan | Senior Consultant | $215.00 | 62.5 | $13,437.50 |
| Schneider, Stephen | Senior Consultant | $215.00 | 14.8 | $3,182.00 |
| Sims, Zac | Senior Consultant | $215.00 | 33.3 | $7,159.50 |
| Brunson, Steve | Consultant | $175.00 | 135.1 | $23,642.50 |
| Casey, Chris | Consultant | $175.00 | 121.5 | $21,262.50 |
| Henry, Diane | Consultant | $175.00 | 61.7 | $10,797.50 |
| Hill, Tim | Consultant | $175.00 | 1.2 | $210.00 |
| Lin, Silver | Consultant | $175.00 | 5.8 | $1,015.00 |
| O'Donnell, Chris | Consultant | $175.00 | 18.6 | $3,255.00 |
| Persons, Hillary | Consultant | $175.00 | 102.8 | $17,990.00 |
| Pothoulakis, Tony | Consultant | $175.00 | 90.0 | $15,750.00 |
| Reynolds, Matt | Consultant | $175.00 | 90.0 | $15,750.00 |
| Richards, Nick | Consultant | $175.00 | 35.0 | $6,125.00 |
| Twigge, Daniel | Consultant | $175.00 | 87.4 | $15,295.00 |
| Yadav, Devavrata | Consultant | $175.00 | 23.5 | $4,112.50 |
| **Professional Subtotal:** | | | **1,384.2** | **$299,051.50** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## May 01, 2015 - May 31, 2015

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Favor, Rick | Director | $365.00 | 8.0 | $2,920.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 20.5 | $5,945.00 |
| Powell, Clayton | Manager | $265.00 | 9.5 | $2,517.50 |
| **Professional Subtotal:** | | | **38.0** | **$11,382.50** |
| Less 50% Non-Working Travel Deduction | | | | ($5,691.25) |
| **Total** | | | | **$5,691.25** |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

# May 01, 2015 - May 31, 2015

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Murawski, Bryan | Senior Consultant | $215.00 | 15.0 | $3,225.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 49.5 | $8,662.50 |
| **Professional Subtotal:** | | | **64.5** | **$11,887.50** |