# Exhibit A

## Fee Summary by Professional for the Period June 1, 2015 through June 30, 2015

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

# June 01, 2015 - June 30, 2015

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Blair, Kirk | Partner/Principal | $365.00 | 3.8 | $2,736.00 |
| Carr, Vickie | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Hoffman, David | Partner/Principal | $720.00 | 1.3 | $936.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 1.5 | $1,080.00 |
| Stokx, Randy | Partner/Principal | $720.00 | 3.5 | $2,520.00 |
| Favor, Rick | Director | $720.00 | 1.0 | $720.00 |
| Sasso, Anthony | Director | $720.00 | 3.8 | $2,736.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 1.0 | $620.00 |
| Hickl, Jeff | Senior Manager | $620.00 | 0.5 | $310.00 |
| Parker, Matt | Senior Manager | $620.00 | 2.8 | $1,736.00 |
| Murawski, Bryan | Senior Consultant | $425.00 | 3.8 | $1,615.00 |
| **Professional Subtotal:** | | | **23.5** | **$15,369.00** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## June 01, 2015 - June 30, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Blair, Kirk | Partner/Principal | $365.00 | 2.7 | $985.50 |
| Carr, Vickie | Partner/Principal | $365.00 | 9.5 | $3,467.50 |
| Mano, Patrice | Partner/Principal | $365.00 | 0.3 | $109.50 |
| Stokx, Randy | Partner/Principal | $365.00 | 46.6 | $17,009.00 |
| Wahrman, Julie | Partner/Principal | $365.00 | 2.5 | $912.50 |
| Winger, Julie | Partner/Principal | $365.00 | 3.6 | $1,314.00 |
| Craig, Valerie | Director | $365.00 | 6.0 | $2,190.00 |
| Favor, Rick | Director | $365.00 | 15.0 | $5,475.00 |
| Johnston, Josh | Director | $365.00 | 2.5 | $912.50 |
| Sasso, Anthony | Director | $365.00 | 6.7 | $2,445.50 |
| Tuite, Patty | Director | $365.00 | 0.5 | $182.50 |
| Becker, Christina | Senior Manager | $290.00 | 0.3 | $87.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 89.1 | $25,839.00 |
| Dwivedi, Rajesh | Senior Manager | $290.00 | 1.0 | $290.00 |
| Garrison, Amy | Senior Manager | $290.00 | 0.5 | $145.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 11.2 | $3,248.00 |
| Parker, Matt | Senior Manager | $290.00 | 89.3 | $25,897.00 |
| Poindexter, Heath | Senior Manager | $290.00 | 19.7 | $5,713.00 |
| Freeman, Mike | Manager | $265.00 | 35.9 | $9,513.50 |
| Kidd, Erin | Manager | $265.00 | 33.2 | $8,798.00 |
| Padick, Alison | Manager | $265.00 | 0.5 | $132.50 |
| Powell, Clayton | Manager | $265.00 | 17.1 | $4,531.50 |
| Stafford, Ted | Manager | $265.00 | 2.7 | $715.50 |
| Varkey, Jamie | Manager | $265.00 | 4.8 | $1,272.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 76.0 | $16,340.00 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 38.6 | $8,299.00 |
| Kelly, Cathi | Senior Consultant | $215.00 | 0.8 | $172.00 |
| Morehead, David | Senior Consultant | $215.00 | 35.3 | $7,589.50 |
| Murawski, Bryan | Senior Consultant | $215.00 | 102.1 | $21,951.50 |
| Pritchett, Cody | Senior Consultant | $215.00 | 8.0 | $1,720.00 |
| Schneider, Stephen | Senior Consultant | $215.00 | 19.3 | $4,149.50 |
| Sims, Zac | Senior Consultant | $215.00 | 1.0 | $215.00 |
| Astorga Solis, Jessica | Consultant | $175.00 | 70.5 | $12,337.50 |
| Brunson, Steve | Consultant | $175.00 | 95.1 | $16,642.50 |
| Casey, Chris | Consultant | $175.00 | 119.1 | $20,842.50 |
| Evetts, Erin | Consultant | $175.00 | 2.6 | $455.00 |
| Henry, Diane | Consultant | $175.00 | 96.9 | $16,957.50 |
| O'Donnell, Chris | Consultant | $175.00 | 8.7 | $1,522.50 |
| Pansari, Anubhav | Consultant | $175.00 | 4.0 | $700.00 |
| Persons, Hillary | Consultant | $175.00 | 86.8 | $15,190.00 |
| Pothoulakis, Tony | Consultant | $175.00 | 107.1 | $18,742.50 |
| Reynolds, Matt | Consultant | $175.00 | 3.3 | $577.50 |
| Twigge, Daniel | Consultant | $175.00 | 138.3 | $24,202.50 |
| Usiade, Kose | Consultant | $175.00 | 1.0 | $175.00 |
| Yadav, Devavrata | Consultant | $175.00 | 1.5 | $262.50 |
| **Professional Subtotal:** | | | **1,417.2** | **$310,229.50** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period
## June 01, 2015 - June 30, 2015

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Blair, Kirk | Partner/Principal | $365.00 | 8.0 | $2,920.00 |
| Favor, Rick | Director | $365.00 | 8.0 | $2,920.00 |
| Sasso, Anthony | Director | $365.00 | 8.0 | $2,920.00 |
| Powell, Clayton | Manager | $265.00 | 7.0 | $1,855.00 |
| **Professional Subtotal:** | | | **31.0** | **$10,615.00** |

| | |
|---|---:|
| Less 50% Non-Working Travel Deduction | ($5,307.50) |
| **Total:** | **$5,307.50** |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

# June 01, 2015 - June 30, 2015

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Murawski, Bryan | Senior Consultant | $215.00 | 14.3 | $3,074.50 |
| Austin, Carisa | Senior Project Controller | $215.00 | 4.2 | $903.00 |
| Yadav, Devavrata | Consultant | $175.00 | 1.3 | $227.50 |
| Gutierrez, Dalia | Project Controller | $175.00 | 18.9 | $3,307.50 |
| **Professional Subtotal:** | | | **38.7** | **$7,512.50** |