# **EXHIBIT A**

Invoice Date: 11/17/15  
Invoice Number: 726412  
Client Matter Number: 66471.00002  
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---:|---:|
| 001 | Asset Analysis | 4.90 | $1,946.00 |
| 006 | Case Administration | 79.30 | $36,634.00 |
| 010 | Employment and Fee Applications (MMWR) | 3.30 | $1,347.00 |
| 011 | Employment and Fee Applications (Others) | 20.50 | $11,476.50 |
| 012 | Financing, Cash Collateral, Make Whole | 1.50 | $885.00 |
| 013 | Other Litigation | 3.60 | $2,430.00 |
| 014 | Meetings and Communications with Creditors | 0.30 | $126.00 |
| 015 | Non-Working Travel | 32.50 | $7,953.50 |
| 016 | Plan and Disclosure Statement | 129.30 | $79,396.00 |
| 018 | Tax | 0.50 | $295.00 |
| 020 | Discovery | 64.60 | $26,144.50 |
| 021 | Hearings | 22.00 | $13,949.00 |
| 023 | Claims Investigation | 11.20 | $4,704.00 |
| 028 | Time Entry Review | 0.00 | $0.00 |
| 029 | Budgeting (Case) | 0.00 | $0.00 |
| 030 | Asbestos-Related Matters | 34.00 | $15,422.50 |
| 031 | Derivative Litigation Investigation | 2,162.30 | $850,109.00 |
|  | Matter Total | 2,569.80 | $1,052,818.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**