The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 149.00 | $100,575.00 |
| Natalie D. Ramsey | Non-working Travel | $337.50 | 6.00 | $2,025.00 |
| Lee D. Unterman | Partner; Joined Firm in 2012; Member of NY Bar since 1976 | $650.00 | 41.50 | $26,975.00 |
| Gary M. Edelson | Partner; Joined Firm in 1988; Member of PA Bar since 1976 | $590.00 | 0.50 | $295.00 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 211.00 | $123,435.00 |
| Mark B. Sheppard | Non-working Travel | $292.50 | 10.60 | $3,100.50 |
| Jonathan R. Flora | Partner; Joined Firm in 2014; Member of CA Bar since 1989 | $540.00 | 4.30 | $2,322.00 |
| Sidney S. Liebesman | Partner; Joined Firm in 2012; Member of PA Bar since 1995 | $480.00 | 110.00 | $52,800.00 |
| Stephen A. Grossman | Partner; Joined Firm in 2000; Member of PA Bar since 1997 | $445.00 | 150.50 | $66,972.50 |
| Michael B. Hayes | Partner; Joined Firm in 2000; Member of NJ Bar since 1998 | $420.00 | 75.50 | $31,710.00 |
| Michael B. Hayes | Non-working Travel | $210.00 | 1.90 | $399.00 |
| Lathrop B. Nelson | Partner; Joined Firm in 2002; Member of PA Bar since 2001 | $420.00 | 189.90 | $79,758.00 |
| Lathrop B. Nelson | Non-working Travel | $210.00 | 1.30 | $273.00 |
| Tricia J. Sadd | Partner; Joined Firm in 2003; Member of PA Bar since 2003 | $415.00 | 169.10 | $70,176.50 |
| David Dormont | Partner; Joined Firm in 2015; Member of PA Bar since 1992 | $375.00 | 184.00 | $69,000.00 |
| David Dormont | Non-working Travel | $187.50 | 7.40 | $1,387.50 |
| Mark A. Fink | Of Counsel; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 122.80 | $72,452.00 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $550.00 | 21.00 | $11,550.00 |
| Patrick T. Ryan | Of Counsel; Joined Firm in 1983; Member of PA Bar since 1982 | $495.00 | 16.00 | $7,920.00 |
| Laurie A. Krepto | Of Counsel; Joined Firm in 2004; Member of the PA Bar since 1995 | $440.00 | 49.90 | $21,956.00 |

| **TOTAL PARTNERS AND OF COUNSEL** | | | 1,522.20 | $745,082.00 |
|---|---|---|---|---|
| **ASSOCIATES** | | | | |
| Megan Diaz Ellinghaus | Associate; Joined Firm in 2013; Member of NY Bar since 2008 | $385.00 | 49.80 | $19,173.00 |
| Crista F. High | Associate; Joined Firm in 2007; Member of PA Bar since 2007 | $385.00 | 24.50 | $9,432.50 |
| Erin C. Dougherty | Associate; Joined Firm in 2008; Member of PA Bar since 2008 | $365.00 | 37.20 | $13,578.00 |
| James L. Gannon | Associate; Joined Firm in 2009; Member of PA Bar since 2009 | $340.00 | 58.30 | $19,822.00 |
| Rimma Tsvasman | Associate; Joined Firm in 2012; Member of NJ Bar since 2011 | $310.00 | 41.80 | $12,958.00 |
| Priya Roy | Associate; Joined Firm in 2013; Member of MD Bar since 2012 | $310.00 | 81.40 | $25,234.00 |
| Rachel H. Jacobson | Associate; Joined Firm in 2012; Member of PA Bar since 2011 | $310.00 | 77.10 | $23,901.00 |
| Johnathan S. Perkins | Associate; Joined Firm in 2013; Member of PA Bar since 2011 | $300.00 | 176.10 | $52,830.00 |
| Kaspar Kielland | Associate; Joined Firm in 2013; Member of NY Bar since 2013 | $295.00 | 7.00 | $2,065.00 |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 226.10 | $65,569.00 |
| Katherine M. Fix | Non-working Travel | $145.00 | 5.30 | $768.50 |
| Cora A. Dayon | Associate; Joined Firm in 2014; Member of NJ Bar since 2014 | $280.00 | 146.50 | $41,020.00 |
| Robert E. O'Connor | Associate; Joined Firm in 2014; Member of NY Bar since 2011 | $275.00 | 1.00 | $275.00 |
| Olivia A. Weil | Associate; Joined Firm in 2015; Member of NY Bar since 2015 | $275.00 | 3.40 | $935.00 |
| **TOTAL ASSOCIATES** | | | 935.50 | $287,561.00 |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Molly A. Lynch | Paralegal | $220.00 | 24.20 | $5,324.00 |
| William Hershkowitz | Paralegal | $215.00 | 21.30 | $4,579.50 |
| Keith Mangan | Paralegal | $140.00 | 31.00 | $4,340.00 |
| April Borges | Paralegal | $140.00 | 12.10 | $1,694.00 |
| Kathleen A. Coon | Litigation Support Specialist | $195.00 | 0.50 | $97.50 |
| Gareth M. Suddes | Litigation Support Specialist | $180.00 | 23.00 | $4,140.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 112.10 | $20,175.00 |
| **TOTAL ALL PROFESSIONALS** | | | 2,569.80 | $1,052,818.00 |