**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Miscellaneous Expense | $207.95 |
| Duplicating - Internal | $1,875.30 |
| Postage | $12.00 |
| Transportation - Local while on business | $74.51 |
| Delivery Service | $22.50 |
| Lunch/Dinner Conference | $37.26 |
| Travel - Meals, Etc | $6.80 |
| Travel - Mileage | $33.81 |
| Travel - Rail Fare | $119.00 |
| Federal Express | $226.67 |
| Parking & Tolls | $130.00 |
| Telephone | $220.14 |
| Overtime Meals on Expense Report | $23.60 |
| Westlaw On-Line Legal Research | $964.89 |
| Pacer | $157.50 |
| Delivery Service | $383.41 |
| **Total:** | **$4,495.34** |