# **EXHIBIT D**

|  |  |
|---|---|
| Invoice Date: | 11/17/15 |
| Invoice Number: | 726412 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 09/30/15 | Postage | $ | 12.00 |
| 09/30/15 | Printing & Duplicating - Internal | $ | 1,875.30 |
| 09/30/15 | Pacer | $ | 157.50 |
| 09/01/15 | Travel - Mileage - PAID TO: Davis Lee Wright - 7/20/15 Roundtrip mileage to/from MMWR Philadelphia Office to work on EFH matter | $ | 33.81 |
| 09/01/15 | Parking & Tolls - PAID TO: Davis Lee Wright - 7/20/15 Parking expense while working in Philadelphia Office on EFH matter | $ | 24.00 |
| 09/02/15 | Westlaw On-Line Legal Research | $ | 17.82 |
| 09/06/15 | Westlaw On-Line Legal Research | $ | 38.61 |
| 09/08/15 | Delivery Service - PAID TO: Parcels Inc - Delivery Fr: MMWR, Wilmington Office To: Judge Christpher Sontchi, U. S. Bankruptcy Court, Wilmington, DE | $ | 7.50 |
| 09/08/15 | Westlaw On-Line Legal Research | $ | 115.74 |
| 09/08/15 | Westlaw On-Line Legal Research | $ | 106.92 |
| 09/11/15 | Westlaw On-Line Legal Research | $ | 17.82 |
| 09/13/15 | Westlaw On-Line Legal Research | $ | 89.10 |
| 09/13/15 | Westlaw On-Line Legal Research | $ | 162.00 |
| 09/14/15 | Westlaw On-Line Legal Research | $ | 53.46 |
| 09/14/15 | Delivery Service (705571 - 8713062) Philadelphia, PA, 705571 | $ | 383.41 |
| 09/15/15 | Federal Express Federal Express Package - Invoice #:516461730 NATALIE RAMSEY MONTGOMERY MCCRACKEN 123 S BROAD STREET | $ | 36.74 |
| 09/15/15 | Federal Express Federal Express Package - Invoice #:516461730 NATALIE RAMSEY MONTGOMERY MCCRACKEN 123 S BROAD STREET | $ | 26.36 |
| 09/16/15 | Lunch/Dinner Conference - PAID TO: Hasin Granger for Petty Cash 09/16/15 Lunch meeting with 5 - Client business | $ | 37.26 |
| 09/17/15 | Westlaw On-Line Legal Research | $ | 17.82 |
| 09/17/15 | Westlaw On-Line Legal Research | $ | 53.46 |
| 09/18/15 | Miscellaneous Expense - PAID TO: Mark A. Fink - 8/18/15, Participation in EFH monthly omnibus hearing via Court Conference | $ | 44.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | |
|---|---|---:|
| Invoice Date: | | 11/17/15 |
| Invoice Number: | | 726412 |
| Client Matter Number: | | 66471.00002 |
| I.D.# | | 01051 |

| Date | Description | Amount |
|---|---|---:|
| 09/18/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 9/1/15, Cabfare while working late on EFH matter related to plan confirmation and settlement motion | $ 5.64 |
| 09/18/15 | Overtime Meals on Expense Report - PAID TO: David Dormont - 09/07/15, dinner/meal for Lathop Nelson at Wawa re: late work on EFH | $ 6.10 |
| 09/18/15 | Westlaw On-Line Legal Research | $ 113.94 |
| 09/20/15 | Westlaw On-Line Legal Research | $ 53.46 |
| 09/20/15 | Westlaw On-Line Legal Research | $ 124.74 |
| 09/21/15 | Miscellaneous Expense - PAID TO: Mark A. Fink - 8/25/15, Attending hearing via Court Conference in the EFH matter re: amended plan scheduling motion | $ 142.00 |
| 09/21/15 | Miscellaneous Expense - PAID TO: Johnathan S. Perkins - 9/3/15, Airplane wifi charge while reviewing documents during travel time | $ 21.95 |
| 09/21/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix - 9/9/15, Cabfare to residence re: late work on deposition preparation | $ 23.18 |
| 09/21/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix - 9/11/15, Cabfare to residence re: late work on document review and depositon preparation | $ 24.05 |
| 09/21/15 | Transportation - Local while on business - PAID TO: Rachel Jacobson - 8/21/15, Cabfare to residence re: late work reviewing electronic data room documents to analyze potential claims of E side Debtors against the Sponsors, directors, and others | $ 9.11 |
| 09/21/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 8/24/15, Cabfare from MMWR NY Office to residence re: late work on EFH matter | $ 12.53 |
| 09/21/15 | Overtime Meals on Expense Report - PAID TO: Mark A. Fink - 9/14/15 Dinner expense incurred by Mark A. Fink re: working late on matters for EFH | $ 17.50 |
| 09/22/15 | Delivery Service - PAID TO: Parcels Inc - Delivery Fr: MMWR, Wilmington Office To: Judge Christopher Sontchi, U.S. Bankruptcy Court, Wilmington, DE on 9/8/15 | $ 7.50 |
| 09/22/15 | Delivery Service - PAID TO: Parcels Inc - Delivery Fr: MMWR Wilmington Office To: Judge Christoper Sontchi, U.S. Bankruptcy Ct, Wilmington, DE on 9/10/15 | $ 7.50 |
| 09/22/15 | Federal Express Federal Express Package - Invoice #:517096553 Sidney S Liebesman c o Montgomery McCracken 437 MADISON AVE FL 29 NEW YORK NY US 10022 Tracking #:781378258087 | $ 37.79 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  | Invoice Date: | 11/17/15 |
|--|--|--|--|
|  |  | Invoice Number: | 726412 |
|  |  | Client Matter Number: | 66471.00002 |
|  |  | I.D.# | 01051 |

| Date | Description |  | Amount |
|---|---|---|---:|
| 09/24/15 | Travel - Meals, Etc - PAID TO: Mark B. Sheppard 08/13/15 Meal in New York - Attend client meeting @ Guggenheim | $ | 6.80 |
| 09/24/15 | Travel - Rail Fare - PAID TO: Mark B. Sheppard 09/15/15 Amtrak rail from New York to Phila - Attend depositon | $ | 119.00 |
| 09/24/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 08/25/15 30th St Amtrak train station parking - Attend client meeting @ Wachtell | $ | 28.00 |
| 09/24/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 09/11/15 Parking prior to hearing | $ | 22.00 |
| 09/24/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 09/15/15 30th St Amtrak train station parking - Attend deposition | $ | 28.00 |
| 09/24/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 08/13/15 30th St Amtrak train station parking - Attend client meeting in New York @ Guggenheim | $ | 28.00 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/24/15 at 10:22am with 4 participants | $ | 7.97 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/27/15 at 12:58pm with 3 participants | $ | 1.58 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/18/15 at 9:57am with 6 participants | $ | 10.99 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/18/15 at 2:55pm with 4 participants | $ | 6.87 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/19/15 at 4:25pm with 3 participants | $ | 7.22 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/24/15 at 3:55pm with 4 participants | $ | 17.10 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/25/15 at 4:57pm with 3 participants | $ | 7.01 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/27/15 at 2:57pm with 3 participants | $ | 3.22 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 8/28/15 at 1:24pm with 3 participants | $ | 8.92 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 9/01/15 at 10:56am with 5 participants | $ | 11.61 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 9/02/15 at 10:57am with 3 participants | $ | 8.37 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 9/09/15 at 12:56pm with 3 participants | $ | 11.19 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 9/11/15 at 3:37pm with 5 participants | $ | 10.24 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 9/11/15 at 4:14pm with 7 participants | $ | 29.20 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  | Invoice Date: | 11/17/15 |
|--|--|--|--|
|  |  | Invoice Number: | 726412 |
|  |  | Client Matter Number: | 66471.00002 |
|  |  | I.D.# | 01051 |

| Date | Description |  | Amount |
|---|---|---|---:|
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 9/11/15 at 5:29pm with 4 participants | $ | 11.55 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 9/12/15 at 4:27pm with 8 participants | $ | 47.52 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 9/03/15 at 4:56pm with 5 participants | $ | 8.86 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 9/08/15 at 11:26am with 4 participants | $ | 3.31 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 9/08/15 at 4:27pm with 4 participants | $ | 5.29 |
| 09/24/15 | Telephone - PAID TO: Soundpath Conferencing  - Soundpath Conference Call on 9/11/15 at 5:14pm with 3 participants | $ | 2.12 |
| 09/30/15 | Federal Express Federal Express Package - Invoice #:518542419 Sidney Liebesman c o Hilton Grdn Inn Austin Dow VALET STAND CK IN 10 1 15 AUSTIN TX US 78701 Tracking #:781426077391 | $ | 125.78 |
|  | Total Disbursements | $ | 4,495.34 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**