# Exhibit A

## Fee Summary by Professional for the Period
## July 1, 2015 through July 31, 2015

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## July 01, 2015 - July 31, 2015

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Carr, Vickie | Partner/Principal | $720.00 | 3.5 | $2,520.00 |
| Favor, Rick | Partner/Principal | $720.00 | 5.7 | $4,104.00 |
| Halfacre, Dean | Partner/Principal | $720.00 | 2.7 | $1,944.00 |
| Hoffman, David | Partner/Principal | $720.00 | 3.8 | $2,736.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 22.2 | $15,984.00 |
| Porter, Stanley | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Stokx, Randy | Partner/Principal | $720.00 | 1.5 | $1,080.00 |
| Wegener, Steve | Partner/Principal | $720.00 | 2.0 | $1,440.00 |
| Green, Mike | Senior Manager | $620.00 | 0.5 | $310.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 11.4 | $7,068.00 |
| Hickl, Jeff | Senior Manager | $620.00 | 5.2 | $3,224.00 |
| Parker, Matt | Senior Manager | $620.00 | 0.5 | $310.00 |
| **Professional Subtotal:** | | | **59.5** | **$41,080.00** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## July 01, 2015 - July 31, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Carr, Vickie | Partner/Principal | $365.00 | 24.4 | $8,906.00 |
| Janiak, Stacy | Partner/Principal | $365.00 | 5.1 | $1,861.50 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Mano, Patrice | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Stokx, Randy | Partner/Principal | $365.00 | 100.2 | $36,573.00 |
| Wahrman, Julie | Partner/Principal | $365.00 | 13.0 | $4,745.00 |
| Winger, Julie | Partner/Principal | $365.00 | 2.1 | $766.50 |
| Craig, Valerie | Director | $365.00 | 80.8 | $29,492.00 |
| Favor, Rick | Director | $365.00 | 39.8 | $14,527.00 |
| Goldberg, Rob | Director | $365.00 | 1.5 | $547.50 |
| Sasso, Anthony | Director | $365.00 | 2.5 | $912.50 |
| Tuite, Patty | Director | $365.00 | 5.0 | $1,825.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 87.8 | $25,462.00 |
| Dwivedi, Rajesh | Senior Manager | $290.00 | 2.5 | $725.00 |
| Garrison, Amy | Senior Manager | $290.00 | 5.8 | $1,682.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 45.6 | $13,224.00 |
| Horn, Dave | Senior Manager | $290.00 | 7.6 | $2,204.00 |
| Parker, Matt | Senior Manager | $290.00 | 139.0 | $40,310.00 |
| Poindexter, Heath | Senior Manager | $290.00 | 14.3 | $4,147.00 |
| Alvarado, Jason | Manager | $265.00 | 4.2 | $1,113.00 |
| Freeman, Mike | Manager | $265.00 | 125.8 | $33,337.00 |
| Kidd, Erin | Manager | $265.00 | 31.0 | $8,215.00 |
| Powell, Clayton | Manager | $265.00 | 57.4 | $15,211.00 |
| Stafford, Ted | Manager | $265.00 | 1.8 | $477.00 |
| Tangirala, Hershy | Manager | $265.00 | 0.8 | $212.00 |
| Varkey, Jamie | Manager | $265.00 | 42.2 | $11,183.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 171.0 | $36,765.00 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 82.6 | $17,759.00 |
| Jain, Shweta | Senior Consultant | $215.00 | 19.0 | $4,085.00 |
| Morehead, David | Senior Consultant | $215.00 | 166.7 | $35,840.50 |
| Murawski, Bryan | Senior Consultant | $215.00 | 139.8 | $30,057.00 |
| Schneider, Stephen | Senior Consultant | $215.00 | 80.9 | $17,393.50 |
| Agarwal, Gauree | Consultant | $175.00 | 4.0 | $700.00 |
| Banga, Anubhav | Consultant | $175.00 | 5.5 | $962.50 |
| Brunson, Steve | Consultant | $175.00 | 107.2 | $18,760.00 |
| Casey, Chris | Consultant | $175.00 | 199.2 | $34,860.00 |
| Evetts, Erin | Consultant | $175.00 | 99.1 | $17,342.50 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## July 01, 2015 - July 31, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Henry, Diane | Consultant | $175.00 | 184.1 | $32,217.50 |
| Hill, Tim | Consultant | $175.00 | 35.1 | $6,142.50 |
| Kavanagh, Caroline | Consultant | $175.00 | 85.5 | $14,962.50 |
| Mitchell, Stanley | Consultant | $175.00 | 141.3 | $24,727.50 |
| O'Donnell, Chris | Consultant | $175.00 | 27.2 | $4,760.00 |
| Pansari, Anubhav | Consultant | $175.00 | 49.2 | $8,610.00 |
| Patel, Roshni | Consultant | $175.00 | 115.5 | $20,212.50 |
| Persons, Hillary | Consultant | $175.00 | 135.7 | $23,747.50 |
| Pothoulakis, Tony | Consultant | $175.00 | 112.1 | $19,617.50 |
| Reynolds, Matt | Consultant | $175.00 | 54.8 | $9,590.00 |
| Richards, Nick | Consultant | $175.00 | 26.2 | $4,585.00 |
| Sachdeva, Sanidhi | Consultant | $175.00 | 8.0 | $1,400.00 |
| Salamon, David | Consultant | $175.00 | 4.1 | $717.50 |
| Thomas, Dona | Consultant | $175.00 | 12.5 | $2,187.50 |
| Twigge, Daniel | Consultant | $175.00 | 182.2 | $31,885.00 |
| Ward, Johnson | Consultant | $175.00 | 31.6 | $5,530.00 |
| Yadav, Devavrata | Consultant | $175.00 | 49.6 | $8,680.00 |
| **Professional Subtotal:** | | | **3,170.9** | **$692,120.50** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## July 01, 2015 - July 31, 2015

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Hickl, Jeff | Senior Manager | $290.00 | 10.8 | $3,132.00 |
| Powell, Clayton | Manager | $265.00 | 3.5 | $927.50 |
| Hill, Tim | Consultant | $175.00 | 7.0 | $1,225.00 |
| **Professional Subtotal:** | | | **21.3** | **$5,284.50** |

| Adjustment | |
|---|---:|
| Less 50% Non-Working Travel Deduction | ($2,642.25) |
| **Total** | **$2,642.25** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## July 01, 2015 - July 31, 2015

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Murawski, Bryan | Senior Consultant | $215.00 | 0.5 | $107.50 |
| Gutierrez, Dalia | Project Controller | $175.00 | 47.9 | $8,382.50 |
| **Professional Subtotal:** | | | **48.4** | **$8,490.00** |