# Exhibit A

## Fee Summary by Professional for the Period August 1, 2015 through August 31, 2015

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# August 01, 2015 - August 31, 2015

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Beckey, Pam | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Bradfield, Derek | Partner/Principal | $720.00 | 23.3 | $16,776.00 |
| Carr, Vickie | Partner/Principal | $720.00 | 3.3 | $2,376.00 |
| Davine, Christine | Partner/Principal | $720.00 | 10.5 | $7,560.00 |
| Gullo, Randall | Partner/Principal | $720.00 | 0.8 | $576.00 |
| Halfacre, Dean | Partner/Principal | $720.00 | 2.3 | $1,656.00 |
| Hoffman, David | Partner/Principal | $720.00 | 3.6 | $2,592.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 14.2 | $10,224.00 |
| Mitrovich, Lisa | Partner/Principal | $720.00 | 21.2 | $15,264.00 |
| Morrissey, Michael | Partner/Principal | $720.00 | 2.0 | $1,440.00 |
| Stokx, Randy | Partner/Principal | $720.00 | 92.8 | $66,816.00 |
| Wegener, Steve | Partner/Principal | $720.00 | 0.4 | $288.00 |
| Favor, Rick | Director | $720.00 | 7.4 | $5,328.00 |
| Sasso, Anthony | Director | $720.00 | 1.5 | $1,080.00 |
| Alimchandani, Hero | Senior Manager | $620.00 | 9.0 | $5,580.00 |
| Green, Mike | Senior Manager | $620.00 | 1.0 | $620.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 9.7 | $6,014.00 |
| Hickl, Jeff | Senior Manager | $620.00 | 3.3 | $2,046.00 |
| Horn, Dave | Senior Manager | $620.00 | 0.8 | $496.00 |
| Parker, Matt | Senior Manager | $620.00 | 31.0 | $19,220.00 |
| Furry, Margaret | Manager | $540.00 | 58.9 | $31,806.00 |
| Butler, Mike | Senior Consultant | $425.00 | 4.6 | $1,955.00 |
| Coetzee, Rachelle | Senior Consultant | $425.00 | 0.5 | $212.50 |
| Murawski, Bryan | Senior Consultant | $425.00 | 0.3 | $127.50 |
| **Professional Subtotal:** | | | **303.4** | **$200,773.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# August 01, 2015 - August 31, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Adams, Keith | Partner/Principal | $365.00 | 0.3 | $109.50 |
| Becker, Paul | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Benesh, Kay | Partner/Principal | $365.00 | 8.0 | $2,920.00 |
| Blair, Kirk | Partner/Principal | $365.00 | 23.1 | $8,431.50 |
| Carr, Vickie | Partner/Principal | $365.00 | 13.6 | $4,964.00 |
| Janiak, Stacy | Partner/Principal | $365.00 | 2.5 | $912.50 |
| Stokx, Randy | Partner/Principal | $365.00 | 37.0 | $13,505.00 |
| Wahrman, Julie | Partner/Principal | $365.00 | 11.6 | $4,234.00 |
| Winger, Julie | Partner/Principal | $365.00 | 4.3 | $1,569.50 |
| Craig, Valerie | Director | $365.00 | 131.3 | $47,924.50 |
| Favor, Rick | Director | $365.00 | 17.1 | $6,241.50 |
| Sasso, Anthony | Director | $365.00 | 25.7 | $9,380.50 |
| Tuite, Patty | Director | $365.00 | 0.3 | $109.50 |
| Becker, Christina | Senior Manager | $290.00 | 3.8 | $1,102.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 141.4 | $41,006.00 |
| Hannagan, Peter | Senior Manager | $290.00 | 0.3 | $87.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 59.5 | $17,255.00 |
| Parker, Matt | Senior Manager | $290.00 | 113.9 | $33,031.00 |
| Poindexter, Heath | Senior Manager | $290.00 | 12.5 | $3,625.00 |
| Singh, Amit | Senior Manager | $290.00 | 0.8 | $232.00 |
| Unnarkat, Nitin Unnarkat | Senior Manager | $290.00 | 4.0 | $1,160.00 |
| Alvarado, Jason | Manager | $265.00 | 2.3 | $609.50 |
| Freeman, Mike | Manager | $265.00 | 83.5 | $22,127.50 |
| Hall, Jeff | Manager | $265.00 | 0.3 | $79.50 |
| Kidd, Erin | Manager | $265.00 | 32.2 | $8,533.00 |
| Powell, Clayton | Manager | $265.00 | 26.0 | $6,890.00 |
| Salch, Ryan | Manager | $265.00 | 3.9 | $1,033.50 |
| Stafford, Ted | Manager | $265.00 | 0.5 | $132.50 |
| Babanova, Maria | Senior Consultant | $215.00 | 161.5 | $34,722.50 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 44.9 | $9,653.50 |
| Morehead, David | Senior Consultant | $215.00 | 161.0 | $34,615.00 |
| Murawski, Bryan | Senior Consultant | $215.00 | 113.1 | $24,316.50 |
| Schneider, Stephen | Senior Consultant | $215.00 | 48.7 | $10,470.50 |
| Baylis, Jessica | Consultant | $175.00 | 8.4 | $1,470.00 |
| Brunson, Steve | Consultant | $175.00 | 173.7 | $30,397.50 |
| Casey, Chris | Consultant | $175.00 | 150.1 | $26,267.50 |
| Evetts, Erin | Consultant | $175.00 | 34.9 | $6,107.50 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period
## August 01, 2015 - August 31, 2015

Continued

| | | | | |
|---|---|---:|---:|---:|
| Gupta, Srishti | Consultant | $175.00 | 5.0 | $875.00 |
| Henry, Diane | Consultant | $175.00 | 166.0 | $29,050.00 |
| Koprivnik, Xander | Consultant | $175.00 | 4.0 | $700.00 |
| Nasa, Srishti | Consultant | $175.00 | 4.0 | $700.00 |
| O'Donnell, Chris | Consultant | $175.00 | 2.2 | $385.00 |
| Pansari, Anubhav | Consultant | $175.00 | 10.5 | $1,837.50 |
| Patel, Roshni | Consultant | $175.00 | 48.9 | $8,557.50 |
| Persons, Hillary | Consultant | $175.00 | 145.9 | $25,532.50 |
| Pothoulakis, Tony | Consultant | $175.00 | 183.8 | $32,165.00 |
| Reynolds, Matt | Consultant | $175.00 | 93.9 | $16,432.50 |
| Richards, Nick | Consultant | $175.00 | 3.5 | $612.50 |
| Stevenson, Chad | Consultant | $175.00 | 53.2 | $9,310.00 |
| Twigge, Daniel | Consultant | $175.00 | 136.9 | $23,957.50 |
| Yadav, Devavrata | Consultant | $175.00 | 25.9 | $4,532.50 |
| **Professional Subtotal:** | | | **2,540.2** | **$570,056.00** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## August 01, 2015 - August 31, 2015

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Blair, Kirk | Partner/Principal | $365.00 | 10.0 | $3,650.00 |
| Sasso, Anthony | Director | $365.00 | 8.0 | $2,920.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 10.0 | $2,900.00 |
| Powell, Clayton | Manager | $265.00 | 7.0 | $1,855.00 |
| **Professional Subtotal:** | | | **35.0** | **$11,325.00** |

| Adjustment | |
|---|---:|
| Less 50% Non-Working Travel Deduction | ($5,662.50) |
| **Total** | **$5,662.50** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## August 01, 2015 - August 31, 2015

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Murawski, Bryan | Senior Consultant | $215.00 | 2.3 | $494.50 |
| Gutierrez, Dalia | Project Controller | $175.00 | 77.2 | $13,510.00 |
| **Professional Subtotal:** | | | **79.5** | **$14,004.50** |