# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re: : Chapter 11
 :
Energy Future Holdings, Inc., *et al.*, : Case No. 14-10978 (CSS)
 :
               Debtors. : (Jointly Administered)
 :
 : **Re: Docket No. 5321**
------------------------------------------------------------- x

## ORDER DENYING MOTION OF SECOND LIEN INDENTURE TRUSTEE FOR LIMITED RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the *Motion of Second Lien Indenture Trustee for Limited Relief from the Automatic Stay* (the "<u>Motion</u>"), and any responses thereto, and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Motion having been given under the circumstances,

IT IS HEREBY ORDERED that:

1. The Motion is DENIED.

2. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and implementation of this Order.

Dated: October 20, 2015

                                                                      The Honorable Christopher S. Sontchi
                                                                     United States Bankruptcy Judge