# Exhibit C

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP.,<br>*et al.*,<br><br>　　　　　　Debtors. | Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered) |
| COMPUTERSHARE TRUST COMPANY,<br>N.A. and COMPUTERSHARE TRUST<br>COMPANY OF CANADA, as<br>INDENTURE TRUSTEE<br><br>　　　　　　*Plaintiff*,<br>　v.<br><br>ENERGY FUTURE INTERMEDIATE<br>HOLDING COMPANY LLC and<br>EFIH FINANCE INC.<br><br>　　　　　　*Defendants*. | Adversary Proceeding<br>No. 14-50405 (CSS)<br><br>Adv. Docket Nos.: 46, 41 and 37 |

## CORRECTED ORDER

For the reasons set forth in the Memorandum Opinion of this date, *EFIH Second-Lien Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment* [Adv. Docket No. 46] filed on August 13, 2015 is denied in its entirety; and *EFIH Debtors' Motion for Summary Judgment* [Adv. Docket No. 41] filed on July 17, 2015 is granted and summary judgment is entered in favor of Defendants on Counts I-VII and IX-X of the Amended Complaint for Damages and

Declaratory Relief [Adv. Docket No. 37].

                                                                          */s/ Christopher S. Sontchi*
_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: October 29, 2015