# Exhibit E

October 6, 2014

**VIA FACSIMILE AND FEDEX**

Computershare Trust Company, N.A.
480 Washington Blvd.
Jersey City,  NJ 07310
Attention:  Tina Vitale,
Senior VP, Corporate Trust

Computershare Trust Company of Canada
1500 University Street 7th Floor,
Montreal, Quebec H3A 3S8, CANADA
Attention: Toni De Luca,
General Manager, Corporate Trust
CANADA

Re:    Waiver of Defaults and Rescission of Acceleration

Ladies and Gentlemen:

Reference is made to the Indenture dated April 25, 2011 (together with the First Supplemental Indenture to the Indenture, dated February 6, 2012 and subsequent supplements dated February 28, 2012, May 31, 2012 and August 14, 2012, the "Indenture") among Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. (together, the "Company") and The Bank of New York Mellon, as indenture trustee, pursuant to which the Company issued the 11% Senior Secured Lien Notes due 2021 and 11.750% Senior Secured Lien Notes due 2022 (collectively, the "Notes").   Computershare Trust Company, N.A., and Computershare Trust Company of Canada (together, the "Trustee") are the successor Trustee under the Indenture effective as of April 14, 2014.  Unless otherwise defined herein, capitalized terms used but not defined herein shall have the meanings given them in the Indenture.

The undersigned holders (the "Holders") are the beneficial owners of a majority in aggregate principal amount of the Notes.

By this letter (the "Letter") and pursuant to sections 6.02 and 6.04 of the Indenture and paragraph 12 of the back of the Notes, except as provided in the following paragraph, the Holders irrevocably and immediately, without the need for any further action or notice:

(a)    waive each and every Default that would otherwise constitute a Default pursuant to either section 6.01 (a)(6) or section 6.01 (a)(7) of the Indenture (each such Default, individually, a "Bankruptcy Default") and its consequences, with the effect that no such Default shall be deemed to have occurred; and

(b)    solely in the event that the Notes have been deemed accelerated pursuant to the second paragraph of section 6.02 of the Indenture, rescind any acceleration with respect to the Notes and its consequences that would otherwise result from any Bankruptcy Default, including, without limitation, any such acceleration pursuant to the second paragraph of section

6.02 of the Indenture and paragraph 12 of the back of the Notes, with the effect that no such acceleration shall be deemed to have occurred.

Solely in the event that the automatic stay pursuant to section 362 of the Bankruptcy Code applies to stay the delivery and/or effectiveness of this Letter, (i) this Letter is conditioned upon entry of an order by a court of competent jurisdiction lifting the automatic stay to permit the delivery and/or effectiveness of this Letter (a "Lift Stay Order"); and (ii) upon entry of a Lift Stay Order, the waiver and rescission set forth above shall be effective as of the date of this letter.

Correspondence regarding this notice may be directed to Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Thomas Moers Mayer, counsel to certain of the Holders.

The Holders reserve all of their rights and remedies at law and in equity.

cc:    Energy Future Intermediate Holding Company LLC (via facsimile and FedEx)
       Energy Plaza
       1601 Bryan Street
       Dallas, Texas 75201-3411
       Facsimile: (214) 812-6032
       Attn: General Counsel
       Facsimile: (214) 812-4097
       Attn: Treasurer

       EFIH Finance Inc. (via facsimile and FedEx)
       Energy Plaza
       1601 Bryan Street
       Dallas, Texas 75201-3411
       Facsimile: (214) 812-6032
       Attn: General Counsel
       Facsimile: (214) 812-4097
       Attn: Treasurer

       With a copy to:

       Simpson Thacher & Bartlett LLP (via facsimile and FedEx)
       425 Lexington Avenue
       New York, New York 10017
       Facsimile: (212) 445-2502
       Attn: Edward P. Tolley III

       Kirkland & Ellis LLP (via facsimile and FedEx)
       601 Lexington Avenue
       New York, NY 10022
       Facsimile: (212) 446-4900
       Attn: James H.M. Sprayregen

**REDACTED**

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Facsimile: (212) 715-8000
Attn: Thomas Moers Mayer

**Archview Investment Group**

By:  Archview Investment Group as Investment Adviser for:

Archview Fund LP
Archview Master Fund Ltd.
Archview Credit Opportunities Fund I LP

By:

Name:  John Humphrey
Title:  Principal and Founder

Archview Investment Group
70 East 55th Street
14th Floor
New York, NY, 10022

Principal Amount of Notes Held as of October 6, 2014:

**DOUBLE BLACK DIAMOND OFFSHORE LTD.**

By:  Carlson Capital, L.P., its investment manager

By:  _____
      Name:  Sean P. Shannon
      Title:   Managing Director

Address:
2100 McKinney Avenue, Suite 1800
Dallas, Texas 75201

Principal Amount of Notes Held as of October 6, 2014:

█████████

**BLACK DIAMOND OFFSHORE LTD.**

By:  Carlson Capital, L.P., its investment manager

By:  _____
      Name:  Sean P. Shannon
      Title:   Managing Director

Address:
2100 McKinney Avenue, Suite 1800
Dallas, Texas 75201

Principal Amount of Notes Held as of October 6, 2014:

█████████

**FUND NAME**

By: Ellis Lake Capital, LLC

By: _____
     Name: Anthony Pasqua
     Title: CFO

Address:
444 Madison Ave, 40th Fl
New York, NY 10022

Principal Amount of Notes Held as of October 6, 2014:

██████████████

**FARMSTEAD CAPITAL MANAGEMENT, LLC**

By:  Investment Manager Name on behalf of Fund Name

By:  _____

Name: Michael Scott
Title: Managing Member

Address:
7 North Broad St
3rd Floor
Ridgewood, NJ  07450

Principal Amount of Notes Held as of October 6, 2014:

**FUND NAME**  GMO Credit Opportunities Fund, LP

By:  Investment Manager Name on behalf of Fund Name

By:  _____
    Name: Ara Lovitt
    Title: Partner/Portfolio Manager

Address:
    40 Rowes Wharf, 6th Floor
    Boston, MA 02110

Principal Amount of Notes Held as of October 6, 2014:

████████████████████  _____

Signature Page to Letter re: Waiver of Defaults and Recission of Acceleration

**HCN LP**
**Halcyon Restructuring Fund II Master LP**
**Halcyon Master Fund L.P.**
**Gryphon Hidden Values VIII Limited**
**Halcyon MAC 19 Ltd.**

By Halcyon Offshore Asset Management LLC, their investment manager

By: _____

Name:
Title:

Manish K. Mital
General Counsel
Managing Principal

By: _____

Name:
Title:

Jacob Fishelis
Authorized Signatory

**HLF LP**
**Halcyon Mount Bonnell Fund LP**
**HLTS Fund II LP**

By Halcyon Long Term Strategies LP, their investment manager

By: _____

Name:
Title:

Manish K. Mital
General Counsel
Managing Principal

By: _____

Name:
Title:

Jacob Fishelis
Authorized Signatory

Address:
477 Madison Avenue
8th Floor
New York, NY  10022

Principal Amount of Notes Held as of October 6, 2014:

Please see attached schedule

**Schedule of Halcyon Group Holdings**

**October 6, 2014**

| Account | Principal Amount Held |
|---|---|
| HCN LP | ███ |
| Halcyon Restructuring Fund II Master LP | ███ |
| HLF LP | ███ |
| Halcyon Mount Bonnell Fund LP | ███ |
| HLTS Fund II LP | ███ |
| Halcyon Master Fund L.P. | ███ |
| Gryphon Hidden Values VIII Limited | ███ |
| Halcyon MAC 19 Ltd. | ███ |
| **TOTAL** | ███ |

1

**FUND NAME**

By: Hutchin Hill Capital, LP on behalf of Hutchin Hill Capital Primary Fund, Ltd.

By: _____ _Matthew J. Ed_

       Name:  Matthew J. Edmonds
       Title:  President

Address:
   142 W. 57th Street, 15th Floor
   New York, NY 10019


Principal Amount of Notes Held as of October 6, 2014:

■■■■■■

MACQUARIE CAPITAL (USA) INC.

By: _____

    Name:    Robert Gallivan

    Title:    Executive Director

                                  Vincent Basulto

                                  Managing Director

Address:
125 West 55th Street
New York, New York  10019

Principal Amount of Notes Held as of October 6, 2014:

█████████████████████  _____

COMPASS OFFSHORE HTV PCC LIMITED

By: MAGNETAR FINANCIAL LLC, in its capacity
     as investment manager

By:        Karl Wachter

         Name: Karl Wachter
         Title:  General Counsel

Address:
c/o Magnetar Financial LLC
1603 Orrington Ave., Suite 1300
Evanston, IL  60201


Principal Amount of Notes Held as of October 6, 2014:

████████

COMPASS HTV LLC

By: MAGNETAR FINANCIAL LLC, in its capacity
as investment manager

By:   _Karl Wachter_

Name: Karl Wachter
Title:   General Counsel

Address:
c/o Magnetar Financial LLC
1603 Orrington Ave., Suite 1300
Evanston, IL  60201

Principal Amount of Notes Held as of October 6, 2014:

███████

BLACKWELL PARTNERS LLC

By: MAGNETAR FINANCIAL LLC, in its capacity
     as investment manager

By: _____

     Name: Karl Wachter
     Title:   General Counsel

Address:
c/o Magnetar Financial LLC
1603 Orrington Ave., Suite 1300
Evanston, IL  60201


Principal Amount of Notes Held as of October 6, 2014:

█████████

MAGNETAR CAPITAL MASTER FUND, LTD

By: MAGNETAR FINANCIAL LLC, in its capacity
    as investment manager

By:        Karl Wachter

        Name: Karl Wachter
        Title:   General Counsel

Address:
c/o Magnetar Financial LLC
1603 Orrington Ave., Suite 1300
Evanston, IL 60201

Principal Amount of Notes Held as of October 6, 2014:

MAGNETAR CONSTELLATION FUND II, LTD

By:  MAGNETAR FINANCIAL LLC, in its capacity
     as investment manager

By:  _____
     Name:  Karl Wachter
     Title:   General Counsel

Address:
c/o Magnetar Financial LLC
1603 Orrington Ave., Suite 1300
Evanston, IL  60201


Principal Amount of Notes Held as of October 6, 2014:

██████████

**REDACTED**

MAGNETAR CONSTELLATION MASTER FUND, LTD

By: MAGNETAR FINANCIAL LLC, in its capacity
     as investment manager

By:    _Karl Wachter_

       Name: Karl Wachter
       Title:   General Counsel

Address:
c/o Magnetar Financial LLC
1603 Orrington Ave., Suite 1300
Evanston, IL  60201


Principal Amount of Notes Held as of October 6, 2014:

█████████

MAGNETAR XING HE MASTER FUND LTD

By: MAGNETAR FINANCIAL LLC, in its capacity
    as investment manager

By:   _Karl Wachter_

      Name: Karl Wachter
      Title:  General Counsel

Address:
c/o Magnetar Financial LLC
1603 Orrington Ave., Suite 1300
Evanston, IL 60201

Principal Amount of Notes Held as of October 6, 2014:

███████

HIPPARCHUS MASTER FUND LTD

By: MAGNETAR FINANCIAL LLC, in its capacity
    as investment manager

By:    _Karl Wachter_

       Name: Karl Wachter
       Title:   General Counsel

Address:
c/o Magnetar Financial LLC
1603 Orrington Ave., Suite 1300
Evanston, IL  60201


Principal Amount of Notes Held as of October 6, 2014:

███████

MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD

By:  MAGNETAR FINANCIAL LLC, in its capacity
     as investment manager

By:      _Karl Wachter_ 
       Name: Karl Wachter
       Title:   General Counsel

Address:
c/o Magnetar Financial LLC
1603 Orrington Ave., Suite 1300
Evanston, IL  60201


Principal Amount of Notes Held as of October 6, 2014:

████████

MAGNETAR ANDROMEDA SELECT MASTER FUND LTD

By: MAGNETAR FINANCIAL LLC, in its capacity
as investment manager

By:       *Karl Wachter*

Name: Karl Wachter
Title:   General Counsel

Address:
c/o Magnetar Financial LLC
1603 Orrington Ave., Suite 1300
Evanston, IL 60201

Principal Amount of Notes Held as of October 6, 2014:

█████████

SPECTRUM OPPORTUNITIES MASTER FUND LTD

By: MAGNETAR FINANCIAL LLC, in its capacity
as investment manager

By:  _____

Name: Karl Wachter
Title:   General Counsel

Address:
c/o Magnetar Financial LLC
1603 Orrington Ave., Suite 1300
Evanston, IL  60201


Principal Amount of Notes Held as of October 6, 2014:

██████████

REDACTED

MORGAN STANLEY & CO. LLC

By: _____
      Name: Roger Gilbert
      Title: Managing Director

Address:  1585 Broadway, 2nd Floor
         New York, NY 10036


Principal Amount of Notes Held as of October 6, 2014:

    █████████████

**D-Star Ltd**

By: Napier Park Global Capital LP

By:

     Name: James Duplessie

     Title:  Managing Director

Address:

280 Park Ave

NY NY 10017

Principal Amount of Notes Held as of October 6, 2014:

**Napier Park Distressed Debt Opportunity Master Fund Ltd**

By: Napier Park Global Capital LP

By:
Name: James Duplessie
Title: Managing Director

Address:
280 Park Ave
NY NY 10017

Principal Amount of Notes Held as of October 6, 2014:

**Napier Park Select Master Fund**

By: Napier Park Global Capital LP

By: _____
    Name:   James Duplessie
    Title:   Managing Director

Address:
280 Park Ave
NY NY 10017

Principal Amount of Notes Held as of October 6, 2014:

**Oak Hill Advisors, L.P.**, on behalf of certain private
funds and separate accounts that it manages

By: _____
  Name:  Gregory S. Rubin
  Title:  Authorized Signatory


Address:
1114 Avenue of the Americas, 27th Floor
New York, NY 10036


Principal Amount of Notes Held as of October 6, 2014:

██████████████

**OMEGA ADVISORS, INC.**
on behalf of various affiliated and related
funds and accounts and not in its individual
corporate capacity

By:  _____

     Name: David Bloom
     Title:   Chief Operating Officer

Address:
810 Seventh Avenue, 33rd Fl
New York, NY  10019


Principal Amount of Notes Held as of October 6, 2014
by all affiliated and related funds and accounts:

█████████████

**Sunrise Partners Limited Partnership**

By: _____

     Name:

            Douglas W. Ambrose

     Title:   Executive Vice President of

           Paloma Partners Management Company,

           general partner of

           Sunrise Partners Limited Partnership

Address:

    C/o Paloma Partners Management Company

           Two American Lane

           Greenwich, CT 06836-2571

Principal Amount of Notes Held as of October 6, 2014:

_____ ██████ _____

**FUND NAME**

Principal Life Insurance Company, DBA Bond & Mortgage Separate Account

By: Principal Global Investors, LLC
a Delaware limited liability company,
its authorized signatory

By: _____
Name:
Its:      ADRIENNE L. McFARLAND
             COUNSEL

By: _____
Name:
Title:      JAMES C. FIFIELD
               ASSISTANT GENERAL COUNSEL

Address:

Principal Global Investors, LLC          Principal Global Investors, LLC
801 Grand Avenue G-26                    711 High Street, G-7
Des Moines, Iowa 50392-0800              Des Moines, Iowa 50392-0301
Hahn, Jason                              Colin Pennycooke, Counsel
515-362-0804                             515-247-0613
Hahn.Jason@principal.com                 Pennycooke.Colin@principal.com

Principal Amount of Notes Held as of October 6, 2014:

█████████

**FUND NAME**

Principal Funds, Inc. High Yield Fund

By: _____

Name: Mark Denkinger

Its: Portfolio Manager

Address:

Principal Global Investors, LLC
801 Grand Avenue G-26
Des Moines, Iowa 50392-0800
Hahn, Jason
515-362-0804
Hahn.Jason@principal.com

Principal Global Investors, LLC
711 High Street, G-7
Des Moines, Iowa 50392-0301
Colin Pennycooke, Counsel
515-247-0613
Pennycooke.Colin@principal.com

Principal Amount of Notes Held as of October 6, 2014:

█████████

**FUND NAME**

Principal Funds, Inc. - Bond & Mortgage Securities Fund

By: Principal Global Investors, LLC
a Delaware limited liability company,
its authorized signatory

By:
Name:      ADRIENNE L. McFARLAND
Its:                COUNSEL

By:
Name:
Title:      JAMES C. FIFIELD
              ASSISTANT GENERAL COUNSEL

Address:

Principal Global Investors, LLC          Principal Global Investors, LLC
801 Grand Avenue G-26                    711 High Street, G-7
Des Moines, Iowa 50392-0800              Des Moines, Iowa 50392-0301
Hahn, Jason                              Colin Pennycooke, Counsel
515-362-0804                             515-247-0613
Hahn.Jason@principal.com                 Pennycooke.Colin@principal.com

Principal Amount of Notes Held as of October 6, 2014:

**FUND NAME**
Principal Variable Contracts Funds, Inc. – Balanced Account

By: Principal Global Investors, LLC
a Delaware limited liability company,
its authorized signatory

By: _____

Name:
Its:       ADRIENNE L. McFARLAND
                    COUNSEL

By: _____
Name:
Title:      JAMES C. FIFIELD
            ASSISTANT GENERAL COUNSEL

Address:

Principal Global Investors, LLC          Principal Global Investors, LLC
801 Grand Avenue G-26                     711 High Street, G-7
Des Moines, Iowa 50392-0800               Des Moines, Iowa 50392-0301
Hahn, Jason                               Colin Pennycooke, Counsel
515-362-0804                              515-247-0613
Hahn.Jason@principal.com                  Pennycooke.Colin@principal.com


Principal Amount of Notes Held as of October 6, 2014:

██████

**FUND NAME**
Principal Variable Contracts Funds, Inc. – Bond and Mortgage Securities Account

By: Principal Global Investors, LLC
a Delaware limited liability company,
its authorized signatory

By: _____

Name:
        ADRIENNE L. McFARLAND
Its:            COUNSEL


By: _____
Name:       JAMES C. FIFIELD
Title:      ASSISTANT GENERAL COUNSEL

Address:

Principal Global Investors, LLC
801 Grand Avenue G-26
Des Moines, Iowa 50392-0800
Hahn, Jason
515-362-0804
Hahn.Jason@principal.com

Principal Global Investors, LLC
711 High Street, G-7
Des Moines, Iowa 50392-0301
Colin Pennycooke, Counsel
515-247-0613
Pennycooke.Colin@principal.com


Principal Amount of Notes Held as of October 6, 2014:

███████

**FUND NAME**

PGI CIT Multi-Sector Fixed Income Fund

By: Principal Global Investors, LLC
a Delaware limited liability company,
its authorized signatory

By: _____

Name:
    ADRIENNE L. McFARLAND
Its:          COUNSEL

By: _____
Name:      JAMES C. FIFIELD
Title:     ASSISTANT GENERAL COUNSEL

Address:

Principal Global Investors, LLC          Principal Global Investors, LLC
801 Grand Avenue G-26                    711 High Street, G-7
Des Moines, Iowa 50392-0800              Des Moines, Iowa 50392-0301
Hahn, Jason                              Colin Pennycooke, Counsel
515-362-0804                             515-247-0613
Hahn.Jason@principal.com                 Pennycooke.Colin@principal.com


Principal Amount of Notes Held as of October 6, 2014:

███████

**FUND NAME**

PGIT – High Yield Fixed Income Fund

By: Principal Global Investors, LLC
a Delaware limited liability company,
its authorized signatory

By: _____

Name: ADRIENNE L. McFARLAND

Its: COUNSEL

By: _____

Name:

Title: JAMES C. FIFIELD
ASSISTANT GENERAL COUNSEL

Address:

Principal Global Investors, LLC
801 Grand Avenue G-26
Des Moines, Iowa 50392-0800
Hahn, Jason
515-362-0804
Hahn.Jason@principal.com

Principal Global Investors, LLC
711 High Street, G-7
Des Moines, Iowa 50392-0301
Colin Pennycooke, Counsel
515-247-0613
Pennycooke.Colin@principal.com

Principal Amount of Notes Held as of October 6, 2014:

███████

FUND NAME

Dublin Corporate Plus Fund

By: Principal Global Investors, LLC
a Delaware limited liability company,
its authorized signatory

By:

Name:  **ADRIENNE L. McFARLAND**
Its:          **COUNSEL**

By:

Name:      JAMES C. FIFIELD
Title:      ASSISTANT GENERAL COUNSEL

Address:

Principal Global Investors, LLC          Principal Global Investors, LLC
801 Grand Avenue G-26                    711 High Street, G-7
Des Moines, Iowa 50392-0800              Des Moines, Iowa 50392-0301
Hahn, Jason                              Colin Pennycooke, Counsel
515-362-0804                             515-247-0613
Hahn.Jason@principal.com                 Pennycooke.Colin@principal.com

Principal Amount of Notes Held as of October 6, 2014:

███████

**FUND NAME**

Meijer, Inc.

By: Principal Global Investors, LLC
a Delaware limited liability company,
its authorized signatory

By: _____

Name:

Its:      ADRIENNE L. McFARLAND
              COUNSEL

By: _____
Name:
Title:        JAMES C. FIFIELD
          ASSISTANT GENERAL COUNSEL

Address:

Principal Global Investors, LLC              Principal Global Investors, LLC
801 Grand Avenue G-26                        711 High Street, G-7
Des Moines, Iowa 50392-0800                  Des Moines, Iowa 50392-0301
Hahn, Jason                                  Colin Pennycooke, Counsel
515-362-0804                                 515-247-0613
Hahn.Jason@principal.com                     Pennycooke.Colin@principal.com


Principal Amount of Notes Held as of October 6, 2014:

██████

**FUND NAME**

By:  CVI Opportunities Fund I, LLLP
       By:  Susquehanna Advisors Group, Inc., its authorized agent

By:     _____
         Name:  Todd Silverberg
         Title:   Assistant Vice President

Address:
c/o Susquehanna Advisors Group, Inc.
401 City Avenue, Suite 220
Bala Cynwyd, PA 19004

Principal Amount of Notes Held as of October 6, 2014:

**REDACTED**

**FUND NAME**

By:  SkyTop Capital Management LLC as Investment Manager for
SkyTop Master Fund Ltd. and SkyTop SPV I LLC

By:
          Name: Justin Wallentin
          Title: Chief Financial Officer

Address:
400 Madison Ave, Suite 10A
New York, NY 10017

Principal Amount of Notes Held as of October 6, 2014:

**FUND NAME**

By: Sound Point Capital Management, LP

By: _____
      Name: Kevin Gerlitz
      Title: CFO

Address:
375 Park Ave.
New York, NY 10152


Principal Amount of Notes Held as of October 6, 2014:

_____ ███████ _____

Stone Lion Portfolio L.P.

> Stone Lion Portfolio L.P.
> By: Stone Lion Capital Partners L.P.,
> Its Investment Manager

By:

Name:

Title:      Claudia Borg
            General Counsel

Address:
555 Fifth Avenue, 18th Floor
New York, NY 10017

Principal Amount of Notes Held as of October 6, 2014:

Permal Stone Lion Fund Ltd.

Permal Stone Lion Fund Ltd.

By: Stone Lion Capital Partners L.P.,

    Investment Manager

By:

Name:    Claudia Borg
Title:    Authorized Signatory

Address:

555 Fifth Avenue, 18th Floor

New York, NY 10017

Principal Amount of Notes Held as of October 6, 2014:

SL Liquidation Fund L.P.

> SL LIQUIDATION FUND L.P.
> By: SL Liquidation LLC, its General Partner
>     By: SLGP Partners L.P., its Managing Member

By: _____

    Name:

    Title:     **Claudia Borg**
               General Counsel

Address:
555 Fifth Avenue, 18th Floor
New York, NY 10017

Principal Amount of Notes Held as of October 6, 2014:

█████████████████

Permal Stone Lion Fund Ltd.

     Pormal Stone Lion Fund Ltd.

     By: Stone Lion Capital Partners L.P.,

        Investment Manager

By:

     Name:

     Title:    Claudia Borg
              Authorized Signatory

Address:
555 Fifth Avenue, 18th Floor
New York, NY 10017

Principal Amount of Notes Held as of October 6, 2014:

LLSM L.P.

LLSM L.P.
By: LLS GP L.P., its General Partner
   By: LLS General Partner Ltd., its General Partner

By: _____

Name: **Claudia Borg**
Title: **Authorized Signatory**

Address:
555 Fifth Avenue, 18th Floor
New York, NY 10017

Principal Amount of Notes Held as of October 6, 2014:

HHLF L.P.
  **HHLF L.P.**
  By: HHLF LLC, its General Partner
  By: SLGP Partners L.P., its Managing Member

By:
  Name:
  Title:  Claudia Borg
      General Counsel

Address:
555 Fifth Avenue, 18th Floor
New York, NY 10017

Principal Amount of Notes Held as of October 6, 2014:

Stone Lion Portfolio L.P.

Stone Lion Portfolio L.P.
By: Stone Lion Capital Partners L.P.,
Its Investment Manager

By: _____

Name:

Title:          Claudia Borg
                General Counsel

Address:
555 Fifth Avenue, 18th Floor
New York, NY 10017

Principal Amount of Notes Held as of October 6, 2014:

[REDACTED]

**FUND NAME**

By: Taconic Capital Advisors, L.P.

By: _____

Name: Marc Schwartz

Title: Principal

Address:

_____450 Park Avenue_____

_____New York, NY 10022_____


Principal Amount of Notes Held as of October 6, 2014:

_____ ████████ _____

**Sandalwood Opportunity Fund**

By: Whippoorwill Associates, Inc.,
its agent and authorized signatory

By: _____
        Name: Steven K. Gendal
        Title: Principal

Address:
11 Martine Ave., Suite 1150
White Plains, N.Y. 10606

Principal Amount of Notes Held as of October 6, 2014:

███████████

_____

**Whippoorwill Associates, Inc. Profit Sharing Plan**

By: _____
Name: Steven K. Gendal
Title: Trustee

Address:
11 Martine Ave., Suite 1150
White Plains, N.Y. 10606

Principal Amount of Notes Held as of October 6, 2014:

███████████

_____

**WellPoint, Inc.**

By: Whippoorwill Associates, Inc.,
its agent and authorized signatory

By: _____
     Name: Steven K. Gendal
     Title: Principal

Address:
11 Martine Ave., Suite 1150
White Plains, N.Y. 10606

Principal Amount of Notes Held as of October 6, 2014:

█████████

_____

**Whippoorwill Distressed Opportunity Fund, L.P.**

By: Whippoorwill Associates, Inc.,
its agent and authorized signatory

By: _____
      Name: Steven K. Gendal
      Title: Principal

Address:
11 Martine Ave., Suite 1150
White Plains, N.Y. 10606

Principal Amount of Notes Held as of October 6, 2014:

█████████

_____

Signature Page to Letter re: Waiver of Defaults and Recission of Acceleration

**Whippoorwill Credit Opportunity Fund, L.P.**

By: Whippoorwill Associates, Inc.,
its agent and authorized signatory

By: _____
    Name: Steven K. Gendal
    Title: Principal

Address:
11 Martine Ave., Suite 1150
White Plains, N.Y. 10606

Principal Amount of Notes Held as of October 6, 2014:

██████████

_____