**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | Chapter 11<br><br>Bankruptcy Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |
| COMPUTERSHARE TRUST COMPANY,<br>N.A. and COMPUTERSHARE TRUST<br>COMPANY OF CANADA, as INDENTURE<br>TRUSTEE,<br><br>*Appellant*,<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE<br>HOLDING COMPANY LLC and EFIH<br>FINANCE INC.,<br><br>*Appellees.* | Adversary Proceeding<br>No. 14-50405 (CSS) |

**MOTION TO FIX HEARING DATE ON AND SHORTEN TIME TO
RESPOND TO SECOND LIEN TRUSTEE'S
REQUEST FOR CERTIFICATION OF DIRECT APPEAL TO
THE COURT OF APPEALS UNDER 28 U.S.C. § 158(D)(2)**

Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "**Second Lien Trustee**", and the holders thereof, the "**Second Lien Noteholders**") for the second lien notes (the "**Second Lien Notes**") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (together, "**EFIH**") pursuant to the Indenture dated as of April 25, 2011 (together with all supplements, amendments, and exhibits, the "**Second Lien Indenture**"), by and through its undersigned counsel, hereby moves

this Court for the entry of an Order fixing a hearing date and shortening the time to respond to *Request for Certification of Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d)(2)* (the "**Request**")[1] such that (i) an expedited hearing with respect to the Request may be held on or before December 2, 2015 (eastern time) (the "**Hearing**"); and (ii) responses to the Request, if any, be filed by 12:00 p.m. (eastern time) the day preceding the Hearing. In support of this motion (the "**Motion to Shorten**"), the Second Lien Trustee respectfully states as follows:

1. The Second Lien Trustee requests that an expedited hearing on the Request be held at a hearing scheduled for no later than December 2, 2015. As set forth in the Request, "[a] certification request under 28 U.S.C. § 158(d)(2) must be filed in the court where the matter is pending, and only that court may certify a direct appeal." *See* Fed. R. Bankr. P. 8006(d). A matter is pending in the bankruptcy court for 30 days after the first notice of appeal is filed and in the district court thereafter. *See* Fed. R. Bankr. P. 8006(b). The Second Lien Trustee's Notices of Appeal were filed on November 2, 2015. Accordingly, this matter is currently pending in this Court through December 2, 2015 and jurisdiction then passes to the District Court on December 3, 2015.

2. The deadline to respond to a request for direct review is within 14 days after the request is served, **or such other time as the court where the matter is pending allows**. *See* Fed. R. Bankr. P. 8006(f)(3) (emphasis added). In the instant matter, responses to the Request would normally be due on December 1, 2015. If allowed to proceed on the timeframe set by the Federal Rules of Bankruptcy Procedures, jurisdiction of this matter would

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Request.

DOCS_DE:203304.1 11903/001

then pass to the District Court the following day, likely preventing this Court the opportunity to rule on the Request. This is problematic.

3. The District Court has evidenced its desire to have this Court weigh in on the question of certification of a direct appeal to the Court of Appeals. In response to the First Lien Trustee's request for direct certification, the District Court noted that the First Lien Trustee "filed this request the day after the Bankruptcy Court, an expert in bankruptcy law and intimately familiar with the case, one of "largest bankruptcy proceedings in history," lost jurisdiction to consider their request. *See* Order (Case 1:15-cv-00620-RGA, D.I. 8), attached hereto as Exhibit A. The Second Lien Trustee agrees with the District Court's observation. This Court is well-familiar with the facts, legal issues and procedural history set forth in the Request and is in the best position to address the Second Lien Trustee's request for direct certification. Accordingly, the Second Lien Trustee seeks an expedited hearing so this Court may address the Request before jurisdiction passes to the District Court. As December 2, 2015 is the last day of this Court's jurisdiction over the pending matter, time is of the essence.

4. The Second Lien Trustee submits that hearing the Request on shortened notice will not prejudice EFIH. EFIH has previously addressed the question of direct certification as raised by the First Lien Trustee and will not be covering new ground.

5. In order to allow parties additional time to respond, the Request will be served by electronic mail, hand delivery, overnight mail, or express mail on: (a) EFIH; (b) the Office of the U.S. Trustee for the District of Delaware; and (c) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

If the Court grants this Motion to Shorten and enters an Order fixing a hearing date and shortening the time to object or respond to the Request, the Second Lien Trustee will immediately serve a copy of such Order, and a notice for the Motion, on the same parties who were served with the Request by facsimile, electronic mail, hand delivery, overnight mail, or express mail.

WHEREFORE, for the reasons set forth, the Second Lien Trustee respectfully request the entry of an Order scheduling the Hearing on the Request on or before December 2, 2015, and allowing any objections or responses to the Request to be at 12:00 p.m. (eastern time) the day preceding the Hearing, and for such other and further relief as the Court may deem appropriate.

Dated: November 17, 2015         PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
         rfeinstein@pszjlaw.com

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

Email: tmayer@kramerlevin.com
ghorowitz@kramerlevin.com
jbrody@kramerlevin.com

and

BRYAN CAVE LLP
Stephanie Wickouski, Esq.
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the Indenture Trustee*

5