# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | |
| ENERGY FUTURE HOLDINGS CORP., : | Bankruptcy Case No. 14-10979 (CSS) |
| et al., : | |
| Debtor. : | |
| : | |
| DELAWARE TRUST COMPANY, : | |
| : | |
| Appellant, : | |
| : | |
| v. : | Civil Action No. 15-620-RGA |
| : | |
| ENERGY FUTURE INTERMEDIATE : | |
| HOLDING COMPANY LLC, et al., : | |
| : | |
| Appellees. : | |

**ORDER**

I have the "Request for Certification of Direct Appeal etc." (D.I. 6). Appellants filed this request the day after the Bankruptcy Court, an expert in bankruptcy law and intimately familiar with the case, one of "largest bankruptcy proceedings in history," (*id.* at p.1), lost jurisdiction to consider their request. *See* D.I. 6, p.3 n.4.

Appellees are requested to file a response to the "Request" no later than September 4, 2015.

IT IS SO ORDERED this 19 day of August 2015.

United States District Judge