# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | ) Chapter 11<br>)<br>) Bankruptcy Case No. 14-10979 (CSS)<br>) (Jointly Administered)<br>)<br>) **Re: Docket Nos. 7026 and 7027**<br>) |
| COMPUTERSHARE TRUST COMPANY,<br>N.A. and COMPUTERSHARE TRUST<br>COMPANY OF CANADA, as INDENTURE<br>TRUSTEE,<br><br>*Appellant,*<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE<br>HOLDING COMPANY LLC and EFIH<br>FINANCE INC.,<br><br>*Appellees.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Adversary Proceeding<br>) No. 14-50405 (CSS)<br>)<br>)<br>) **Re: Adversary Docket Nos.: 75 and 76**<br>)<br>)<br>) |

### ORDER FIXING HEARING DATE AND SHORTENING TIME TO RESPOND TO SECOND LIEN TRUSTEE'S REQUEST FOR CERTIFICATION OF DIRECT APPEAL TO THE COURT OF APPEALS UNDER 28 U.S.C. § 158(D)(2)

Upon the motion (the "**Motion to Shorten**") of Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "**Second Lien Trustee**", and the holders thereof, the "**Second Lien Noteholders**") for the second lien notes (the "**Second Lien Notes**") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (together, "**EFIH**") pursuant to the Indenture dated as of April 25, 2011 (together with all supplements, amendments, and exhibits, the "**Second Lien Indenture**") for

entry of an order fixing a hearing date and shortening the time to object or respond to the *Request for Certification of Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d)(2)* (the "**Request**")[1]; and it appearing that the relief sought in the Motion to Shorten is appropriate under the circumstances;

### IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is granted;

2. The Hearing on the Request is scheduled for *November 25*, 2015 at *10:00 a.m.* (eastern time).

3. Any objections or responses to the Request must be made no later than *November 24*, 2015 at *12:00 p.m.* (eastern time).

4. Immediately after the entry of this Order, counsel for the Second Lien Trustee shall serve a copy of this Order and notice of the Request on parties originally served with the Motion to Shorten and the Request in the manner described in the Motion to Shorten.

Dated: November *18*, 2015

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Request or the Motion to Shorten.