**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 6976, 6989 |

**RESERVATION OF RIGHTS OF THE EFH OFFICIAL COMMITTEE WITH RESPECT TO THE PROPOSED SETTLEMENT BETWEEN THE DEBTORS AND FIDELITY MANAGEMENT & RESEARCH COMPANY**

The official committee of unsecured creditors (the "EFH Committee") of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. hereby submits this statement and reservation of rights to the stipulation [D.I. 6976, 6989] (as may be amended and including all exhibits thereto, the "Stipulation") between the Debtors[2] and the funds and accounts advised or sub-advised by Fidelity Management & Research Company or one of its affiliates party thereto (collectively, "Fidelity"), and respectfully represents as follows:

1. The EFH Committee received confirmation that Fidelity's claims for post-petition interest under the EFH LBO Notes will only be allowed in connection with the

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122] (as may be further modified, amended or supplemented from time to time, the "REIT Plan").

REIT Plan and, accordingly, the EFH Committee has no objection to the Stipulation as a financial matter.

   2. However, although the EFH Committee welcomes consensus, it continues to be concerned with the negotiation of *ad hoc* arrangements with large institutional creditors to resolve objections to the REIT Plan and, more significantly, the inter-Debtor and insider settlements that have been imposed by the Debtors as conditions to the REIT Plan.  Hundreds of unsecured creditors on of the E-side Debtors have had no opportunity to participate in any of these *ad hoc* discussions.  The EFH Committee reserves the right to argue in connection with the approval of the REIT Plan that the Stipulation, Proposed Order and PSA are modifications to the REIT Plan that redundantly preclude its confirmation under section 1129.  The EFH Committee is in discussions with the Debtors and other applicable parties concerning a consensual resolution of these matters.

Dated: Wilmington, Delaware
    November 18, 2015

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

*/s/ Mark A. Fink*
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE  19801
Telephone: (302) 504-7800
Facsimile: (302) 504 -7820
E-mail: nramsey@mmwr.com
     dwright@mmwr.com
     mfink@mmwr.com

– and –

SC1:3992234.2
4011272

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich
Brian D. Glueckstein
John L. Hardiman
Alexa J. Kranzley
125 Broad Street
New York, New York  10004
Telephone:      (212) 558-4000
Facsimile:       (212) 558-3588
E-mail:            dietdericha@sullcrom.com
                        gluecksteinb@sullcrom.com
                        hardimanj@sullcrom.com
                        kranzleya@sullcrom.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.*