# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Energy Future Holdings Corp.

**Case No.:** 14–10979–CSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF REQUEST FOR CERTIFICATION OF DIRECT APPEAL

Please be advised that EFIH Second Lien Trustee filed a Request for Certification of Direct Appeal on 11/17/2015 regarding the Order Denying motion of Second Lien Indenture Trustee For Limited Relief From the Automatic Stay, Amended Memorandum Opinion and Corrected Order

The Request may be viewed at docket number 7026. The order on appeal may be viewed at docket number 6531,6752,6753. Responses due by 12/1/2015.

David D. Bird, Clerk of Court

Date: 11/18/15  
(VAN–464)