**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 5171** |

<u>**SUPPLEMENTAL AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                                       ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017 ("Epiq"). I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 23, 2015, I caused to be served:

    a)  the *Asbestos Bar Date Notice*, filed on July 30, 2015, to which was attached the *Publication Notice*, filed on July 30, 2015, *related to Docket No. 5171*, and a list of domestic and international power plants, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "Asbestos Bar Date Notice"),

    b)  a blank *Asbestos Proof of Claim B10 Form*, filed on July 30, 2015, *related to Docket No. 5171*, a sample of which is annexed hereto as <u>Exhibit B</u>, (the "Asbestos POC Form"),

    c)  a blank "Unmanifested Asbestos Injury Claim Form," filed on July 30, 2015, *related to Docket No. 5171*, a sample of which is annexed hereto as <u>Exhibit C</u>, (the "Unmanifested Claim Form"),

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

    d)  a Spanish version of the *Asbestos Bar Date Notice*, filed on July 30, 2015, to which was attached the *Publication Notice*, filed on July 30, 2015, *related to Docket No. 5171*, and a list of domestic and international power plants, a sample of which is annexed hereto as <u>Exhibit D</u>, (the "Spanish Asbestos Bar Date Notice"), and

    e)  a Spanish version of a blank "Unmanifested Asbestos Injury Claim Form," filed on July 30, 2015, *related to Docket No. 5171*, a sample of which is annexed hereto as <u>Exhibit E</u>, (the "Spanish Unmanifested Claim Form"),

by causing true and correct copies of the:

    i.    Asbestos Bar Date Notice, Asbestos POC Form, and Unmanifested Claim Form, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the 32 parties, whose names and addresses are confidential and therefore not reflected. A complete listing of each party, along with their service information is in Epiq's official records as noticing agent in these cases and available to the Court upon request, and

    ii.   Spanish Asbestos Bar Date Notice, Asbestos POC Form, and Spanish Unmanifested Claim Form, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the 2 parties, whose names and addresses are confidential and therefore not reflected. A complete listing of each party, along with their service information is in Epiq's official records as noticing agent in these cases and available to the Court upon request.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

 

                                     Konstantina Haidopoulos

Sworn to before me this
24th day of September, 2015

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA9221096
COMM. EXP. APRIL 26, 20

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

# Power Plant Employees and Contractors

## If you or a family member ever worked at a power plant, you could have been exposed to asbestos.

## To keep your right to compensation if you become ill in the future (or have asbestos-related illness today), you must submit a claim by <u>December 14, 2015, at 5:00 p.m., prevailing Eastern Time</u>

A bankruptcy has been filed by Energy Future Holding Corp., Ebasco Services, Inc. EECI, Inc. and certain subsidiaries ("EFH"). EFH owned, operated, maintained, or built certain power plants across the United States and in other countries where asbestos was present.  Workers at these power plants (and family members and others who came into contact with these workers) may have been exposed to asbestos.

Under the supervision of the Court, EFH is seeking a "clean start" by restructuring its debts. As part of this process, the Court has decided that anyone who has a claim today against EFH for asbestos-related illness or who may develop asbestos-related illness in the future, must submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** to be eligible for compensation now or in the future (the "Asbestos Bar Date")

### Which power plants are included?

Power plants related to EFH in which asbestos exposure may have occurred were located across the United States and in foreign countries. The list of included power plants is provided at the end of this notice.

### How could this affect me?

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor or in any other role. You also could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse or parent's clothing). You may also file a claim on behalf of a deceased family member.

### What are my options?

If you believe that you or a family member may have been exposed to asbestos at an included plant, submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time**.  Even if you have not been diagnosed with disease or experienced symptoms, you must make a claim to preserve your right to compensation if you develop asbestos-related illness in the future.  You can submit a claim yourself or you can ask a lawyer to help you.

## Questions? Call 1-877-276-7311 or visit <u>www.EFHAsbestosClaims.com</u>

SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.

If you do not submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** and later develop asbestos-related disease, you will not be eligible for compensation.

This notice explains your options regarding the Court's order related to asbestos claims ("Asbestos Bar Date Order"), how to submit an asbestos claim and the consequences of doing nothing.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

2

## WHAT THIS NOTICE CONTAINS

**BACKGROUND INFORMATION** ................................................................................... **PAGE 4**
1. What is this bankruptcy case about?
2. Why has this notice been issued?
3. What companies are part of EFH?
4. Who is this notice being provided to?

**ASBESTOS EXPOSURE** ............................................................................................... **PAGE 6**
5. What is asbestos?
6. What is asbestos exposure?
7. Which power plants are included?
8. What is asbestos-related illness?
9. If I may have been exposed to asbestos and am not ill, why should I submit a claim?
10. What does the term "Asbestos Claim" include?

**WHO SHOULD SUBMIT AN ASBESTOS CLAIM** ........................................................ **PAGE 7**
11. Should I submit an Asbestos Claim?
12. Why are family members included?
13. What if I am an EFH employee?
14. What is the difference between a manifested and an unmanifested claim?
15. Which claim form should I submit?
16. What if I am not sure if I should submit a claim?
17. Will I get money if I submit a claim?
18. What is the deadline to submit an Asbestos Claim?

**UNMANIFESTED CLAIMS (No Current Illness or Injury)** ........................................ **PAGE 9**
19. How do I complete an Unmanifested Claim?
20. How do I submit an Unmanifested Claim?

**MANIFESTED CLAIMS (For Current Injury)** ............................................................ **PAGE 9**
21. What are the requirements for completing a Manifested Claim?
22. How do I submit a Manifested Claim?
23. Reservation of Debtors' Rights.

**IF YOU DO NOTHING** .................................................................................................. **PAGE 11**
24. What if I do not submit a claim by the deadline?

**GETTING MORE INFORMATION** ................................................................................. **PAGE 11**
25. How do I get more information?

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

# BACKGROUND INFORMATION

## 1. What is this bankruptcy case about?

A bankruptcy has been filed by Energy Future Holding Corp., Ebasco Services, Inc. EECI, Inc. and certain subsidiaries ("EFH"). EFH owned, operated, maintained, or built certain power plants across the United States and in other countries where asbestos was present.  Workers at these power plants (and family members and others who came into contact with these workers) may have been exposed to asbestos.

Under the supervision of the Court, EFH is seeking a "clean start" by restructuring its debts.  As part of that process, anyone who has a claim today against EFH for asbestos-related illness, or who may develop asbestos-related illness in the future, must submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** to be eligible for compensation from EFH now or in the future.

## 2. Why has this notice been issued?

The Court's Asbestos Bar Date Order directed that this notice be issued.  The Asbestos Bar Date Order provides that if you were exposed to asbestos from a power plant related to EFH, you must submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** to be eligible for compensation either now or in the future.  Capitalized terms used that are not otherwise defined in this notice have the meaning as defined in the Asbestos Bar Date Order.

## 3. What companies are part of EFH?

EFH is comprised of the following companies that are included in this bankruptcy.

| | |
|---|---|
| Energy Future Holdings Corp. | EFH CG Holdings Company LP |
| 4Change Energy Company | EFH CG Management Company LLC |
| 4Change Energy Holdings LLC | EFH Corporate Services Company |
| Big Brown 3 Power Company LLC | EFH Finance (No. 2) Holdings Company |
| Big Brown Lignite Company LLC | EFH FS Holdings Company |
| Big Brown Power Company LLC | EFH Renewables Company LLC |
| Brighten Energy LLC | EFIH Finance Inc. |
| Brighten Holdings LLC | Energy Future Competitive Holdings Company LLC |
| Collin Power Company LLC | Energy Future Intermediate Holding Company LLC |
| Dallas Power & Light Company | ENSERCH Corporation |
| Dallas Power & Light Company, Inc. | Enserch Environmental Corporation |
| DeCordova II Power Company LLC | ESICORP, Inc. |
| DeCordova Power Company LLC | Generation Development Company LLC |
| Eagle Mountain Power Company LLC | Generation MT Company LLC |
| Ebasco Constructors, Inc. | Generation SVC Company |
| Ebasco Overseas Corporation | Industrial Generating Company |
| Ebasco Services of Canada Limited | Lake Creek 3 Power Company LLC |
| Ebasco Services, Inc. | Lone Star Energy Company, Inc. |
| Ebasco Trading Corp. | Lone Star Gas Company |
| EEC Holdings, Inc. | Lone Star Pipeline Company, Inc. |
| EECI Holdings, Inc. | LSGT Gas Company LLC |
| EECI, Inc. | LSGT SACROC, Inc. |
| EFH Australia (No. 2) Holdings Company | Luminant Big Brown Mining Company LLC |

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

| | |
|---|---|
| Luminant Energy Company LLC | Texas Utilities Generating Company, Inc. |
| Luminant Energy Trading California Company | Tradinghouse 3 & 4 Power Company LLC |
| Luminant ET Services Company | Tradinghouse Power Company LLC |
| Luminant Generation Company LLC | TXU Big Brown Company LP |
| Luminant Holding Company LLC | TXU Corp. |
| Luminant Mineral Development Company LLC | TXU DeCordova Company LP |
| Luminant Mining Company LLC | TXU Electric Company |
| Luminant Renewables Company LLC | TXU Electric Company, Inc. |
| Martin Lake 4 Power Company LLC | TXU Electric, Inc. |
| Monticello 4 Power Company LLC | TXU Energy Company LLC |
| Morgan Creek 7 Power Company LLC | TXU Energy Receivables Company LLC |
| NCA Development Company LLC | TXU Energy Retail Company LLC |
| NCA Resources Development Company LLC | TXU Energy Services Company |
| Oak Grove Management Company LLC | TXU Energy Solutions Company LLC |
| Oak Grove Mining Company LLC | TXU Gas Company |
| Oak Grove Power Company LLC | TXU Gas Company LP |
| Sandow Power Company LLC | TXU Generation Company |
| Southwestern Electric Service Company, Inc. | TXU Generation Company LP |
| TCEH Finance, Inc. | TXU Handley Company LP |
| Texas Competitive Electric Holdings Company LLC | TXU Mining Company |
| Texas Electric Service Company | TXU Mining Company LLC |
| Texas Electric Service Company, Inc. | TXU Mining Company LP |
| Texas Energy Industries Company, Inc. | TXU Mountain Creek Company LP |
| Texas Energy Industries, Inc. | TXU Receivables Company |
| Texas Power & Light Company | TXU Retail Services Company |
| Texas Power & Light Company, Inc. | TXU SEM Company |
| Texas Utilities Company | TXU Tradinghouse Company LP |
| Texas Utilities Company, Inc. | TXU US Holdings Company |
| Texas Utilities Electric Company | TXU Valley Company LLC |
| Texas Utilities Electric Company, Inc. | Valley NG Power Company LLC |
| Texas Utilities Generating Company | Valley Power Company LLC |

## 4. Who is this notice being provided to?

The following people (if they are known to EFH) are being provided this notice directly.

- Current and former EFH employees who may have worked at an EFH facility.
- People who may have performed work at an EFH facility. This includes people who worked for a vendor, contractor or subcontractor.
- People who may have been present at an EFH facility in any other role.
- People who may have worked for an entity retained by EFH as vendor, contractor or in any other capacity.
- People who may have performed work for an unrelated entity at a site in which EFH also performed work.
- People who have a pending asbestos lawsuit against EFH.
- People who have a pending asbestos lawsuit against a party other than EFH and EFH has agreed to indemnify or compensate that party for loss or damage.
- Anyone who requests a copy of this notice.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

## ASBESTOS EXPOSURE

### 5. What is asbestos?

Asbestos is a fiber that was used as insulation in walls, wires, pipes, boilers and generators, steam traps, pumps, valves, electrical boards, gaskets, packing material, turbines, compressors, cement and cement pipes. Workers responsible for building and maintaining power plants and equipment also wore insulated clothing or gear that may have contained asbestos. Virtually all power plants built before 1980 used or contained asbestos-containing products.

### 6. What is asbestos exposure?

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor, or in any other role. You also could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse or parent's clothing).

### 7. Which power plants are included?

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor, or in any other role.  The included power plants were located across the United States and in some foreign countries. A list of the included power plants is provided at the end of this notice.

### 8. What is asbestos-related illness?

Asbestos-related illnesses can be very serious or fatal and include diseases such as mesothelioma, lung cancer laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer and asbestosis. Even if your exposure to asbestos was many years ago and you are not sick today, this notice could affect you. Asbestos-related illness can occur 50 years or later after the exposure to asbestos.

### 9. If I may have been exposed to asbestos and am not ill, why should I submit a claim?

Under applicable law, you have a claim for asbestos exposure at the time you are exposed, not at the time when you become sick, which could be many years later.  As a result, if you believe you have been exposed to asbestos by EFH at an included power plant before April 29, 2014, you must file a claim now.  To be eligible for compensation related to exposure to asbestos, you must file a claim whether or not an injury or disease has been diagnosed and whether or not you have a claim under state law.

### 10. What does the term "Asbestos Claim" include?

"Asbestos Claim" means any claim for:

- exposure to asbestos
- personal injury related to exposure to asbestos, or

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

- wrongful death related to exposure to asbestos.

Asbestos Claims may include claims for any relief of any kind whatsoever, including claims for damages or payment as well as non-monetary claims.

Asbestos Claims include claims that:

- Have been settled or are in the process of being settled but are unpaid.
- Are based on a judgment or verdict but are unpaid.

## WHO SHOULD SUBMIT AN ASBESTOS CLAIM

**11. Should I submit an Asbestos Claim?**

Anyone who has a claim today against EFH for asbestos-related illness or who may develop asbestos-related illness in the future, must submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** to be eligible for compensation from EFH now or in the future.

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor, or in any other role.

**12. Why are family members included?**

Family members are included because you could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse or parent's clothing).  You may also file a claim on behalf of a deceased family member.

**13. What if I am an EFH employee?**

A current EFH employee must submit a claim by the Asbestos Bar Date for any claim related to possible exposure to asbestos before April 29, 2014.  This includes an Asbestos Claim that has not developed a current illness or injury, and whether or not such Asbestos Claim is valid or could be made under non-bankruptcy law.

**14. What is the difference between a manifested and an unmanifested claim?**

As part of this bankruptcy, there are two types of Asbestos Claims: manifested and unmanifested.

**Manifested Claim.**  If you have any sign of illness today which you believe is related to asbestos exposure, you have what is called a "manifested claim."  Anyone who has a manifested claim related to EFH should complete an Official Form 10.  The manifested claim process can be complex and you are encouraged to ask a lawyer to help you, although you can submit an Official Form 10 without an attorney.

If you have already brought a claim against EFH relating to asbestos exposure, you still have to complete and submit an Official Form 10.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

**Unmanifested Claim.** The other type of asbestos exposure claim is for an "unmanifested" asbestos injury or illness. This means:

(1) you may have been exposed to asbestos from any of the power plants included in this bankruptcy; and

(2) you do not have any sign of illness related to asbestos exposure today.

The unmanifested claim process is simple and filling out a form should only take a few minutes. You do not need an attorney to fill out and file an Unmanifested Asbestos Injury Claim Form (though you may hire one if you choose).

Both Official Form 10 and the Unmanifested Asbestos Injury Claim Form are included with this notice and available at the website.

## 15. Which claim form should I submit?

If you have a Manifested Claim, you should submit an Official Form 10. If you have an Unmanifested Claim, you should submit the Unmanifested Asbestos Injury Claim Form.

Both Official Form 10 and the Unmanifested Asbestos Injury Claim Form are included with this notice and available at the website.

## 16. What if I am not sure if I should submit a claim?

If you are not sure if you should submit a claim, it is a good idea to make a claim to keep your right to compensation now or in the future. Certain groups of people may not need to file a claim. You can review the Asbestos Bar Date Order for a list of people who do not. It is unusual to not need to file a claim. If you have any doubt, it is a good idea to file one.

You may want to talk with your lawyer about whether to submit a claim and about any questions you have that are not covered by this notice.

## 17. Will I get money if I submit a claim?

Receiving this notice does not mean that you were exposed to asbestos or that you are eligible to receive money now. If you are not ill today, submitting a claim keeps your right to receive compensation if you become ill in the future.

## 18. What is the deadline to submit an Asbestos Claim?

Your Asbestos Claim must be received by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** in order to be eligible for compensation now or in the future. This deadline is also called the Asbestos Bar Date.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

8

## UNMANIFESTED CLAIMS (NO CURRENT ILLNESS OR INJURY)

**19. How do I complete an Unmanifested Claim?**

If you are not ill today, use the Unmanifested Asbestos Injury Claim Form which is included with this notice and available at the website. Completing the Unmanifested Asbestos Injury Claim Form should take about five minutes. In addition to basic contact information (name, address), the claim form asks how and where you may have been exposed to asbestos related to EFH to the extent you know.

**20. How do I submit an Unmanifested Claim?**

You may submit an Unmanifested Claim online at www.EFHAsbestosClaims.com. If you want to use the paper Unmanifested Asbestos Injury Claim Form, you may submit the form in any of the following ways:

**If by <u>Fax</u>**:        1-844-747-5727

**If by <u>Email</u>**:    info@EFHAsbestosClaims.com

**If by <u>First-Class Mail</u>**:

> Energy Future Holdings Corp. Claims Processing Center
> c/o Epiq Bankruptcy Solutions, LLC
> P.O. Box 4420
> Beaverton, OR 97076-4420

**If by <u>Hand Delivery</u> or <u>Overnight Mail</u>**:

> Energy Future Holdings Corp. Claims Processing Center
> c/o Epiq Bankruptcy Solutions, LLC
> 10300 SW Allen Blvd
> Beaverton, OR 97005

## MANIFESTED CLAIMS (FOR CURRENT INJURY)

**21. What are the requirements for completing a Manifested Claim?**

To submit a Manifested Claim (if you have any sign of illness today), use Official Form 10 which is included with this notice and available at the website.

To be considered, your Manifested Claim must satisfy all of the following requirements.

(a)    *Language*. The claim must be written in English.

(b)    *Claim Amount.* The claim must include an amount in United States dollars.

(c)    *Signature.* The claim must be signed by the claimant or by an authorized agent or legal representative of the claimant. If signed on behalf of the claimant, proof of representation must be provided with the claim.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

(d)     ***Original Signature Required***.   Only an *original* claim may be deemed acceptable for purposes of claims administration.

(e)     ***Identification of the Debtor Entity***.   Each claim must clearly identify the Debtor against which a claim is asserted, including the individual Debtor's case number.   In case of inconsistency between the name of the identified Debtor and the Debtor's case number, the claim will be filed against the Debtor identified by name.   A claim filed under the joint administration case number (No. 14-10979 (CSS)) or otherwise without identifying a specific Debtor, will be deemed as filed only against EECI, Inc.

(f)     ***Claim Against Multiple Debtor Entities***.   Each claim must state a claim against *only one* Debtor and clearly indicate the Debtor against which the claim is asserted.   To the extent more than one Debtor is listed on the proof of claim, such claim may be treated as if filed only against EECI, Inc.

(g)     ***Special Provision for Identification of Debtor Entity for Asbestos Claims.***   An Asbestos Claim will be allowed even if the claim was filed against the incorrect Debtor and will be treated as properly filed against each Debtor or Debtors which owned, operated, built or maintained an identified facility; *provided*, *however*, that the Debtors reserve the right to make other objections with respect to the claim, including reclassifying the Debtor(s) subject to the claim.

(h)     ***Certification.***   Any lawyer or other person who acts as filing agent for a proof of claim on behalf of anyone holding an Asbestos Claim must certify, under penalty of perjury, that such agent has received certification from the claimant as of the date of filing of the claim that the information contained in the claim is true, accurate, and complete.

(i)     ***Supporting Documentation***.   Each claim must include supporting documentation in compliance with Bankruptcy Rules 3001(c) and 3001(d).   If this documentation is voluminous, upon prior written consent of Debtors' counsel, the claim may include a summary of the documentation or an explanation of why the documentation is not available; *provided*, *however*, that any claimant who received such written consent will be required to transmit the summary to Debtors' counsel upon request no later than ten days from the date of the request.

(j)     ***Receipt of Service***.   Claimants wishing to receive acknowledgment that their proofs of claim were received by the claims administrator (Epiq Bankruptcy Solutions, LLC, or "Epiq") must submit (i) a copy of the claim form (clearly marked on its face as "COPY") and (ii) a self-addressed, stamped envelope (in addition to the original claim form sent to Epiq).

## 22. How do I submit a Manifested Claim?

Each Manifested Claim must be filed, including supporting documentation, by U.S. Mail or other hand delivery system, so it is received by the claims administrator on or before **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** at one of the following addresses:

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

**If by <u>First-Class Mail</u>**:

> Energy Future Holdings Corp. Claims Processing Center
> c/o Epiq Bankruptcy Solutions, LLC
> P.O. Box 4420
> Beaverton, OR 97076-4420

**If by <u>Hand Delivery</u> or <u>Overnight Mail</u>**:

> Energy Future Holdings Corp. Claims Processing Center
> c/o Epiq Bankruptcy Solutions, LLC
> 10300 SW Allen Blvd
> Beaverton, OR 97005

Any Manifested Claim submitted by fax or email will <u>not</u> be considered.

If you are not sure if you should submit a claim, it is a good idea to make a claim to preserve your right to compensation now or in the future. You may want to talk with your lawyer about whether to submit a claim and about any questions you have that are not covered by this notice.

| 23. Reservation of Debtors' Rights. |
|---|

Nothing contained in this Notice is intended to or should be taken as the Debtors' giving up their right to: (a) defend against, any filed claim or any claim listed or reflected in the Schedules related to the nature, amount, liability, or claim classification thereof; (b) subsequently designate any scheduled claim as disputed, contingent, or unliquidated; and (c) otherwise amend or supplement the Schedules.

## IF YOU DO NOTHING

| 24. What if I do not submit a claim by the deadline? |
|---|

If you do not file a claim now, you will lose your right to bring an asbestos injury claim against the Debtors and receive money, even if you develop an asbestos-related illness in the future. This means you will not be able to have a say in the voting and share in money provided for asbestos claimants under any bankruptcy plan of reorganization in EFH's bankruptcy cases.

## GETTING MORE INFORMATION

| 25. How do I get more information? |
|---|

Visit http://www.EFHCaseInfo.com to view the Debtors' Schedules, the Asbestos Bar Date Order, and other information regarding these bankruptcy cases.

If you have questions, call 1-877-276-7311 or send an email to info@EFHAsbestosClaims.com. You may also send a letter to: Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, P.O. Box 4420, Beaverton, OR 97076-4420.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

Publication Notice

**LEGAL NOTICE**

# Power Plant Employees and Contractors

## If you or a family member ever worked at a power plant, you could have been exposed to asbestos.

### To keep your right to compensation if you become ill in the future (or have asbestos-related illness today), you <u>must</u> submit a claim by <u>December 14, 2015, at 5:00 p.m., prevailing Eastern Time</u>.

Energy Future Holdings Corp., Ebasco Services, Inc., EECI, Inc. and certain subsidiaries ("EFH") owned, operated, maintained, or built certain power plants across the United States and in other countries where asbestos was present. Workers at these power plants (and family members and others who came into contact with these workers) may have been exposed to asbestos.

Anyone who has a claim today against EFH for asbestos-related illness or who may develop an asbestos-related illness in the future, must submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** to be eligible for compensation now or in the future.

#### What is asbestos?

Asbestos is a fiber which was used as insulation in walls, wires, pipes, boilers, generators, steam traps, pumps, valves, electrical boards, gaskets, packing material, turbines, compressors, cement and cement pipes. Workers responsible for building and maintaining power plants and equipment also wore insulated clothing or gear that may have contained asbestos. Virtually all power plants built before 1980 used or contained asbestos-containing products.

Asbestos-related illnesses can be very serious or fatal and include diseases such as mesothelioma, lung cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer and asbestosis. Even if your exposure to asbestos was many years ago and you are not sick today, this notice could affect you. Asbestos-related illness can occur decades and even 50 years after the exposure to asbestos that caused the illness.

#### Which power plants are included?

You or a family member could have been exposed at any of the power plants related to EFH. These power plants are located across the United States and some in foreign countries. For a list of the included power plants, visit the website below or call 1-877-276-7311.

#### How could this affect me?

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor, or in any other role. You also could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse or parent's clothing). You may also file a claim on behalf of a deceased family member.

#### What do I do now?

If you believe that you or a family member may have been exposed to asbestos at an included plant, submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time**. Go to www.EFHAsbestosClaims.com to submit your claim online. To get a paper claim form, visit the website or call 1-877-276-7311. Submitting a claim preserves your right to ask for money if you develop asbestos-related illness in the future.

You can submit a claim yourself or you can ask a lawyer to help you. If you are not ill today, completing a claim takes about five minutes.

#### What if I do nothing?

If you do not submit a claim and later develop asbestos-related disease, you will **not** be eligible for compensation from EFH. Even if you have not been diagnosed with disease or experienced symptoms, you must make a claim to preserve your right to compensation if you develop an asbestos-related illness in the future.

#### File a Claim Now

Go to www.EFHAsbestosClaims.com to file a claim online or call 1-877-276-7311 to request a claim form be sent to you.

## 1-877- 276-7311  ▪  www.EFHAsbestosClaims.com

# List of Power Plants

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**DOMESTIC PLANTS**

| STATE | CITY | STATION |
|---|---|---|
| ALASKA | KODIAK ISLAND | TERROR LAKE HE DEVELOPMENT |
| ALASKA | SUSITNA | WATANA DAM (SUSITNA) HE DEVELOPMENT |
| ARIZONA | JOSEPH CITY | CHOLLA |
| ARIZONA | PHOENIX | PHOENIX (CENTRAL ARIZONA) |
| ARIZONA | TEMPE | OCOTILLO |
| ARIZONA | TUCSON | SAGUARO |
| ARKANSAS | EUREKA SPRINGS | BEAVER RESERVOIR |
| ARKANSAS | FORREST CITY | CECIL LYNCH |
| ARKANSAS | HOT SPRINGS | CARPENTER HE DEVELOPMENT |
| ARKANSAS | JACKSON COUNTY (NEWPORT) | NEWPORT |
| ARKANSAS | LITTLE ROCK | LITTLE ROCK |
| ARKANSAS | MALVERN | LAKE CATHERINE |
| ARKANSAS | NORTH LITTLE ROCK | HAMILTON MOSES |
| ARKANSAS | STAMPS | HARVEY COUCH (MCKAMEY) |
| CALIFORNIA | EL DORADO COUNTY | SOUTH FORK AMERICAN RIVER - UPPER MOUNTAIN HE DEVELOPMENT |
| CALIFORNIA | MODESTO | MCCLURE STATION |
| CALIFORNIA | ONTARIO | SUNKIST GROWERS INC |
| CALIFORNIA | PLACER COUNTY | YUBA-BEAR RIVER DEVELOPMENT |
| CALIFORNIA | ROSEVILLE | NCPA |
| CALIFORNIA | SAN FRANCISCO | UNITED AIRLINES MAINTENANCE OPERATION CTR |
| CALIFORNIA | SAN JOSE | SAN JOSE CAMPUS |
| CALIFORNIA | SAN JOSE | SAN JOSE FACILITIES |
| COLORADO | BRUSH | PAWNEE |
| COLORADO | DENVER | ARAPAHOE |
| COLORADO | DENVER | CHEROKEE |
| COLORADO | DENVER | ZUNI |
| COLORADO | PLATTEVILLE | FORT ST VRAIN |
| CONNECTICUT | BRIDGEPORT HARBOR | BRIDGEPORT HARBOR |
| CONNECTICUT | WATERFORD | MILLSTONE |
| FLORIDA | ARCADIA | ARCADIA |

ENERGY FUTURE HOLDINGS CORP., ET AL.
DOMESTIC PLANTS

| STATE | CITY | STATION |
|---|---|---|
| FLORIDA | BRADENTON | BRADENTON |
| FLORIDA | CUTLER | CUTLER |
| FLORIDA | DANIA | LAUDERDALE |
| FLORIDA | FORT MYERS | FORT MYERS |
| FLORIDA | HUTCHINSON ISLAND | ST LUCIE |
| FLORIDA | JACKSONVILLE | ST. JOHNS RIVER POWER PARK |
| FLORIDA | LAKE CITY | LAKE CITY |
| FLORIDA | LAKE MONROE | SANFORD |
| FLORIDA | MADISON | FORT MYERS - STATION |
| FLORIDA | MIAMI | MIAMI BEACH |
| FLORIDA | MIAMI | MIAMI |
| FLORIDA | PALATKA | PALATKA |
| FLORIDA | PORT EVERGLADES | PORT EVERGLADES |
| FLORIDA | PUNTA GORDA | PUNTA GORDA |
| FLORIDA | RIVIERA BEACH | RIVIERA |
| FLORIDA | SARASOTA | SARASOTA |
| FLORIDA | ST. AUGUSTINE | ST AUGUSTINE |
| HAWAII | KAPOLEI - OAHU ISLAND | POWER EXPANSION |
| IDAHO | ADA | SWAN FALLS HE DEVELOPMENT |
| IDAHO | AMERICAN FALLS | AMERICAN FALLS HE DEVELOPMENT |
| IDAHO | ARCO | ADVANCED TEST REACTOR |
| IDAHO | ASHTON | ASHTON HE DEVELOPMENT |
| IDAHO | BLISS | BLISS |
| IDAHO | BUHL | CLEAR LAKE HE DEVELOPMENT |
| IDAHO | CARIBOU | SODA HE DEVELOPMENT |
| IDAHO | CLARK FORK | CABINET GORGE |
| IDAHO | FRANKLIN | ONEIDA PUMPED STORAGE |
| IDAHO | GOODING | LOWER MALAD |
| IDAHO | GOODING | LOWER SALMON |
| IDAHO | GOODING | THOUSAND SPRINGS HE DEVELOPMENT |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**

**DOMESTIC PLANTS**

| STATE | CITY | STATION |
|---|---|---|
| IDAHO | GOODING | UPPER MALAD |
| IDAHO | GRACE | COVE HE DEVELOPMENT |
| IDAHO | GRACE | GRACE HE DEVELOPMENT |
| IDAHO | IDAHO FALLS | POWER BURST FACILITY |
| IDAHO | JEROME | SHOSHONE FALLS HE DEVELOPMENT |
| IDAHO | LEWISTON | LEWISTON HE DEVELOPMENT |
| IDAHO | MOUNTAIN HOME | CJ STRIKE |
| IDAHO | TWIN FALLS | TWIN FALLS |
| IDAHO | TWIN FALLS | UPPER SALMON |
| ILLINOIS | HIGHLAND | MADISON - LOCATION |
| ILLINOIS | JOPPA | JOPPA |
| INDIANA | NEWBURGH | WARRICK |
| IOWA | MAYNARD | MAYNARD |
| IOWA | WOODBURY | GEORGE NEAL |
| KANSAS | LABETTE | NEOSHO |
| KANSAS | LINN | LA CYGNE |
| KANSAS | OSAWATOMIE | LA CYGNE - STATION |
| KANSAS | SEDGWICK | GORDON EVANS |
| KANSAS | SEDGWICK | MURRAY GILL |
| KANSAS | SEDGWICK | WICHITA |
| KANSAS | WICHITA | RIPLEY |
| KENTUCKY | VANCEBURG | SC JOHNSON HE DEVELOPMENT |
| LOUISIANA | JEFFERSON | NINE MILE POINT |
| LOUISIANA | NEW ORLEANS | MARKET STREET |
| LOUISIANA | ORLEANS | A B PATERSON (INDUSTRIAL CANAL) |
| LOUISIANA | ORLEANS | MICHOUD |
| LOUISIANA | OUACHITA | STERLINGTON |
| LOUISIANA | ST CHARLES | LITTLE GYPSY |
| LOUISIANA | ST CHARLES | WATERFORD |
| LOUISIANA | WEST MONROE | STERLINGTON - STATION |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**DOMESTIC PLANTS**

| STATE | CITY | STATION |
|---|---|---|
| MARYLAND | ANNE ARUNDEL | H A WAGNER |
| MICHIGAN | MASON | LUDINGTON PUMPED STORAGE |
| MINNESOTA | AURORA | AURORA |
| MINNESOTA | ITASCA | CLAY BOSWELL |
| MINNESOTA | LAKE | WINTON HE DEVELOPMENT |
| MINNESOTA | MORRISON | BLANCHARD HE DEVELOPMENT |
| MINNESOTA | NEW ULM | BROWN |
| MINNESOTA | ST. LOUIS | FOND DU LAC HE DEVELOPMENT |
| MINNESOTA | ST. LOUIS | M L HIBBARD (DULUTH) |
| MISSISSIPPI | ADAMS | NATCHEZ |
| MISSISSIPPI | BOLIVAR | DELTA |
| MISSISSIPPI | HINDS | REX BROWN |
| MISSOURI | HENRY | MONTROSE |
| MISSOURI | JACKSON | HAWTHORN |
| MISSOURI | RANDOLPH | JIM HILL |
| MONTANA | BILLINGS | FRANK BIRD |
| MONTANA | CASCADE | MORONY HE DEVELOPMENT |
| MONTANA | LAKE | KERR |
| MONTANA | RICHLAND | LEWIS AND CLARK |
| MONTANA | SANDERS | NOXON RAPIDS |
| MONTANA | SANDERS | THOMSON |
| NEBRASKA | OMAHA | OMAHA |
| NEBRASKA | OMAHA | SOUTH OMAHA |
| NEW HAMPSHIRE | LITTLETON | LITTLETON HE DEVELOPMENT |
| NEW JERSEY | BOUND BROOK | BOUND BROOK |
| NEW JERSEY | WARREN | YARDS CREEK |
| NEW MEXICO | HOBBS | HOBBS |
| NEW MEXICO | SAN JUAN | FOUR CORNERS |
| NEW YORK | DUNKIRK | LAKE ERIE |
| NEW YORK | FAR ROCKAWAY | FAR ROCKAWAY |

ENERGY FUTURE HOLDINGS CORP., ET AL.
DOMESTIC PLANTS

| STATE | CITY | STATION |
|---|---|---|
| NEW YORK | ISLAND PARK | EDWARD F BARRETT |
| NEW YORK | NORTHPORT | NORTHPORT |
| NEW YORK | ORLEANS | GLENWOOD |
| NEW YORK | PORT JEFFERSON | PORT JEFFERSON |
| NEW YORK | QUEENS | ASTORIA STATION |
| NEW YORK | SOMERSET | SOMERSET |
| NEW YORK | STONY POINT | LOVETT |
| NORTH CAROLINA | ASHEVILLE | ASHEVILLE |
| NORTH CAROLINA | ASHEVILLE | ELK MOUNTAIN (ASHEVILLE) |
| NORTH CAROLINA | BUCKHORN | BUCKHORN (HE DEVELOPMENT) |
| NORTH CAROLINA | GOLDSBORO | GOLDSBORO |
| NORTH CAROLINA | GOLDSBORO | HARRY FITZHUGH LEE (GOLDSBORO) |
| NORTH CAROLINA | LILESVILLE | BLEWETT FALLS (HE DEVELOPMENT) |
| NORTH CAROLINA | LUMBERTON | W H WEATHERSPOON |
| NORTH CAROLINA | MONCURE | CAPE FEAR |
| NORTH CAROLINA | NEW HILL | SHEARON HARRIS |
| NORTH CAROLINA | ROXBORO | ROXBORO |
| NORTH CAROLINA | TILLERY | TILLERY (HE DEVELOPMENT) |
| NORTH CAROLINA | WATERVILLE | WALTERS (HE DEVELOPMENT) |
| NORTH CAROLINA | WILMINGTON | L V SUTTON (WILMINGTON) |
| NORTH CAROLINA | WILMINGTON | LV SUTTON (WILMINGTON) |
| NORTH DAKOTA | MANDAN | R M HESKETT |
| NORTH DAKOTA | WILLISTON | WILLISTON |
| OHIO | ABERDEEN | J M STUART |
| OHIO | ATHENS | E M POSTON |
| OHIO | CONESVILLE | CONESVILLE |
| OHIO | DAYTON | F M TAIT |
| OHIO | LEWIS CENTER | KILLEN - STATION |
| OHIO | MANCHESTER | KILLEN |
| OHIO | MIAMISBURG | O H HUTCHINGS |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**DOMESTIC PLANTS**

| STATE | CITY | STATION |
|-------|------|---------|
| OKLAHOMA | BROKEN BOW | BROKEN BOW |
| OREGON | ASTORIA | ASTORIA |
| OREGON | BEND | BEND |
| OREGON | CLATSKANIE | BEAVER GENERATING STATION |
| OREGON | ENTERPRISE | ENTERPRISE |
| OREGON | ESTACADA | FARADAY HE DEVELOPMENT |
| OREGON | ESTACADA | NORTH FORK HE DEBELOPMENT |
| OREGON | HOOD RIVER | POWERDALE HE DEVELOPMENT |
| OREGON | JOSEPH | JOSEPH (HE DEVELOPMENT) |
| OREGON | MADRAS | PELTON HE DEVELOPMENT |
| OREGON | PORTLAND | HARBORTON |
| OREGON | SALEM | BETHEL |
| OREGON | SCAPPOOSE | BEAVER GENERATION STATION - STATION |
| OREGON | TYGH VALLEY | TYGH VALLEY (HE DEVELOPMENT) |
| PENNSYLVANIA | ALLENTOWN | ALLENTOWN |
| PENNSYLVANIA | ELDERTON | KEYSTONE |
| PENNSYLVANIA | HAWLEY | WALLENPAUPACK HE DEVELOPMENT |
| PENNSYLVANIA | HAZLETON | HARWOOD |
| PENNSYLVANIA | HOLTWOOD | HOLTWOOD |
| PENNSYLVANIA | HOMER CITY | HOMER CITY |
| PENNSYLVANIA | MARTINS CREEK | MARTINS CREEK |
| PENNSYLVANIA | MIDDLEBURG | SNYDER - LOCATION |
| PENNSYLVANIA | MIDDLEBURG | WILIAMSPORT - STATION |
| PENNSYLVANIA | MIDDLETOWN | BRUNNER ISLAND |
| PENNSYLVANIA | NESQUEHONING | HAUTO |
| PENNSYLVANIA | NEW CASTLE | CEDAR STREET |
| PENNSYLVANIA | NEW FLORENCE | CONEMAUGH |
| PENNSYLVANIA | PINE GROVE | PINE GROVE |
| PENNSYLVANIA | SEWARD | SEWARD |
| PENNSYLVANIA | SUNBURY | SUNBURY |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**DOMESTIC PLANTS**

| STATE | CITY | STATION |
|---|---|---|
| PENNSYLVANIA | WASHINGTONVILLE | MONTOUR |
| PENNSYLVANIA | WILLIAMSPORT | WILLIAMSPORT |
| PENNSYLVANIA | | BENNETT |
| SOUTH CAROLINA | CAMDEN | MAY WORKS |
| SOUTH CAROLINA | DARLINGTON | H B ROBINSON - STATION |
| SOUTH CAROLINA | HARTSVILLE | H B ROBINSON |
| TENNESSEE | JACKSON | JACKSON |
| TENNESSEE | MEMPHIS | FOURTH STREET |
| TEXAS | ANDERSON COUNTY | PALESTINE |
| TEXAS | ANDREWS COUNTY | ANDREWS A3 |
| TEXAS | ANGELINA COUNTY | LUFKIN |
| TEXAS | ARLINGTON | EAGLE MOUNTAIN - STATION |
| TEXAS | BAY CITY | SOUTH TEXAS |
| TEXAS | BAYTOWN | CEDAR BAYOU |
| TEXAS | BROWN COUNTY | BROWNWOOD |
| TEXAS | CARTHAGE | MARTIN LAKE |
| TEXAS | CHEROKEE COUNTY | STRYKER CREEK |
| TEXAS | COLLIN | COLLIN |
| TEXAS | COLLIN COUNTY | MCKINNEY |
| TEXAS | COLORADO CITY | MORGAN CREEK |
| TEXAS | COOKE COUNTY | GAINESVILLE |
| TEXAS | COPPELL | NORTH LAKE |
| TEXAS | DALLAS | DALLAS |
| TEXAS | DALLAS | LAKE HUBBARD |
| TEXAS | DALLAS | MONTICELLO - STATION |
| TEXAS | DALLAS | MOUNTAIN CREEK |
| TEXAS | DALLAS | MOUNTAIN CREEK+A3 |
| TEXAS | DALLAS | PARKDALE |
| TEXAS | DAWSON COUNTY | LAMESA |
| TEXAS | DECATUR | GRAHAM GAS PLANT |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**DOMESTIC PLANTS**

| STATE | CITY | STATION |
| --- | --- | --- |
| TEXAS | EASTLAND COUNTY | LEON |
| TEXAS | ECTOR COUNTY | ODESSA |
| TEXAS | ELGIN | SANDOW AND THREE OAKS MINE - STATION |
| TEXAS | FAIRFIELD | BIG BROWN |
| TEXAS | FAIRFIELD | BIG BROWN - STATION |
| TEXAS | FRANKLIN | OAK GROVE AND KOSSE MINE - STATION |
| TEXAS | FREEPORT | FREEPORT, TX POWER BLOCK |
| TEXAS | FRISCO | COLLIN |
| TEXAS | FT BEND COUNTY | W.A. PARISH |
| TEXAS | FT. WORTH | EAGLE MOUNTAIN |
| TEXAS | FT. WORTH | FORT WORTH |
| TEXAS | FT. WORTH | HANDLEY |
| TEXAS | FT. WORTH | NEW HANDLEY |
| TEXAS | FT. WORTH | NORTH LAKE |
| TEXAS | FT. WORTH | NORTH MAIN |
| TEXAS | GAINES COUNTY | FULLERTON |
| TEXAS | GALVESTON | GALVESTON |
| TEXAS | GLEN ROSE | COMANCHE PEAK |
| TEXAS | GRAHAM | GRAHAM |
| TEXAS | GRANBURY | COMANCHE PEAK |
| TEXAS | GRANBURY | DECORDOVA |
| TEXAS | GROESBECK | OAK GROVE AND KOSSE MINE - STATION |
| TEXAS | HENDERSON | MARTIN LAKE PLANT AND MINES |
| TEXAS | HOUSTON | CABLE STREET |
| TEXAS | HOUSTON | GREENS BAYOU |
| TEXAS | HOUSTON | T H WHARTON |
| TEXAS | HOUSTON (PASADENA) | CHAMPION-DEEPWATER |
| TEXAS | HOUSTON (PASADENA) | DEEPWATER |
| TEXAS | HOWARD COUNTY | BIG SPRING |
| TEXAS | JACKSONVILLE | STRYKER CREEK |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**DOMESTIC PLANTS**

| STATE | CITY | STATION |
|-------|------|---------|
| TEXAS | JEWETT | LIMESTONE |
| TEXAS | JUNCTION | HIRAM O CLARKE (WEST JUNCTION) |
| TEXAS | LAMAR | PARIS |
| TEXAS | LAPORTE | SAM BERTRON |
| TEXAS | LEXINGTON | SANDOW AND THREE OAKS MINE - STATION |
| TEXAS | MABANK | TRINIDAD GAS PLANT |
| TEXAS | MAVERICK COUNTY | EAGLE PASS |
| TEXAS | MCLENNAN | LAKE CREEK |
| TEXAS | MCLENNAN COUNTY | WACO |
| TEXAS | MESQUITE | LAKE HUBBARD GAS PLANT |
| TEXAS | MEXIA | LIMESTONE - STATION |
| TEXAS | MILAM COUNTY | SANDOW |
| TEXAS | MONAHANS | PERMIAN BASIN |
| TEXAS | MOUNT PLEASANT | MONTICELLO |
| TEXAS | MOUNT VERNON | MONTICELLO - STATION |
| TEXAS | NOLAN COUNTY | SWEETWATER |
| TEXAS | POINT COMFORT | POINT COMFORT |
| TEXAS | RED RIVER | RIVER CREST |
| TEXAS | RED RIVER COUNTY | CLARKSVILLE |
| TEXAS | RIESEL | LAKE CREEK |
| TEXAS | ROCKDALE | SANDOW |
| TEXAS | ROSENBERG | W.A. PARRISH - STATION |
| TEXAS | SAN ANTONIO | LEON |
| TEXAS | SAVOY | VALLEY |
| TEXAS | SCURRY COUNTY | SNYDER |
| TEXAS | SEADRIFT | PLANT CT NO. 2 |
| TEXAS | SMITH COUNTY | TYLER |
| TEXAS | SOMERVELL COUNTY | COMANCHE PEAK |
| TEXAS | SULPHUR SPRINGS | MONTICELLO - STATION |
| TEXAS | SUNNYVALE | LAKE HUBBARD |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**DOMESTIC PLANTS**

| STATE | CITY | STATION |
|---|---|---|
| TEXAS | TATUM | MARTIN LAKE |
| TEXAS | TEAGUE | BIG BROWN - STATION |
| TEXAS | TEXAS CITY | P H ROBINSON |
| TEXAS | TRINIDAD | TRINIDAD |
| TEXAS | UNKNOWN - RED RIVER | RIVER CREST |
| TEXAS | WACO | WACO |
| TEXAS | WACO | TRADINGHOUSE |
| TEXAS | WEBSTER | WEBSTER |
| TEXAS | WHARTON COUNTY | WHARTON |
| TEXAS | WICHITA FALLS | WICHITA FALLS |
| UTAH | PROVO | OLMSTEAD HE DEVELOPMENT |
| UTAH | PROVO CANYON | HALE |
| UTAH | SOUTH JORDAN | JORDAN |
| UTAH |  | CUTLER HE DEVELOPMENT |
| VERMONT | VERNON | VERMONT YANKEE |
| VIRGINIA | CAMPBELL | LEEVILLE HE DEVELOPMENT |
| VIRGINIA | ROANOKE | UPPER SMITH MOUNTAIN PUMPED STORAGE |
| WASHINGTON | HANFORD | WPPSS |
| WASHINGTON | PEND OREILLE COUNTY | BOUNDARY HYDROELECTRIC |
| WASHINGTON | SPOKANE | MONROE STREET HYDRO RECONSTRUCTION |
| WASHINGTON | WOODLAND | MERWIN HE DEVELOPMENT |
| WASHINGTON | WOODLAND | YALE HE DEVELOPMENT |
| WASHINGTON | YAKIMA | NACHES DROP HE DEVELOPMENT |
| WISCONSIN | SUPERIOR | WINSLOW |
| WYOMING | GLENROCK | DAVE JOHNSTON |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**INTERNATIONAL PLANTS**

| COUNTRY | STATION | ABBREVIATION |
|---|---|---|
| ARGENTINA | ALTO ALEGRE | |
| ARGENTINA | ASCENSION | |
| ARGENTINA | BALNEARIA | |
| ARGENTINA | BARADERO | INTL DE EL S ARG |
| ARGENTINA | BOLIVAR | INTL |
| ARGENTINA | BOLIVAR | INTL DE EL DEL E ARG |
| ARGENTINA | CARHUE | |
| ARGENTINA | COLON | |
| ARGENTINA | COLON ER | INTL |
| ARGENTINA | CONCEPCION | |
| ARGENTINA | CONCEPCION DEL URAGUAY | INTL DE EL DEL E ARG |
| ARGENTINA | CORDOBA-MENDOZA | INTL CORDOBA L&P |
| ARGENTINA | CORONA | WEIC |
| ARGENTINA | CORRIENTES (UPP) | WEIC |
| ARGENTINA | GENERAL PICO | |
| ARGENTINA | GUALEGUAYCHU | INTL DE EL DEL E ARG |
| ARGENTINA | GUALEQUAY | INTL DE EL DEL E ARG |
| ARGENTINA | HENDERSON | |
| ARGENTINA | JAMES CRAIK | |
| ARGENTINA | JUAREZ | |
| ARGENTINA | LA QUEDORADA HE DEVELOPMENT | N/A |
| ARGENTINA | LABOULAYE | INTL |
| ARGENTINA | LAS FLORCES | |
| ARGENTINA | LAS ROSAS | |
| ARGENTINA | LAS VARILLAS | |
| ARGENTINA | MARCOS JUAREZ | INTL |
| ARGENTINA | MARCOS JUAREZ | |
| ARGENTINA | NECOCHEA | INTL DE EL DEL S ARG |
| ARGENTINA | PACIFICO | ARG |
| ARGENTINA | PARANA | INTL DE EL DEL E ARG |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**INTERNATIONAL PLANTS**

| COUNTRY | STATION | ABBREVIATION |
|---|---|---|
| ARGENTINA | PEHUAJO | INTL |
| ARGENTINA | PUERTO SES | INTL DE EL DE S ARG |
| ARGENTINA | PUERTO SES | INTL DE EL DEL S ARG |
| ARGENTINA | RAFAELA | INTL |
| ARGENTINA | RAFAELA | |
| ARGENTINA | RAUCH | |
| ARGENTINA | RESISTENCIA | INTL DE EL DEL E ARG |
| ARGENTINA | RIO CUARTO | CEN ARG DE EL |
| ARGENTINA | ROSARIO TALA | |
| ARGENTINA | SALADILLO | |
| ARGENTINA | SAN CARLOS CENTRO | INTL |
| ARGENTINA | SAN FE (UPP) | WEIC |
| ARGENTINA | SAN FRANCISCO | INTL CEN ARG DE EL |
| ARGENTINA | SAN LUIS | |
| ARGENTINA | SAN NICHOLAS | INTL DE EL DEL S ARG |
| ARGENTINA | SAN NICOLAS | WEIC |
| ARGENTINA | TANCACHA | |
| ARGENTINA | TANDIL | INTL DE EL DEL S ARG |
| ARGENTINA | TAPLADA | INTL CEN ARG DE EL |
| ARGENTINA | TUCMAN-SARIMENTO | INTL EM EL ARG |
| ARGENTINA | VALLE HERMOSO | |
| ARGENTINA | VILA | INTL |
| ARGENTINA | VILLA CONSTITUCION | INTL |
| ARGENTINA | VILLA MARIA | CEN ARG DE EL |
| AUSTRALIA | ANGLESEA | ALCOA AUST |
| AUSTRALIA | BALLARAT (UPP) | WEIC VICTORIA EC |
| AUSTRALIA | LIVERPOOL (UPP) | WEIC N SO WALES EC |
| AUSTRALIA | MILDURA (UPP) | WEIC VICTORIA EC |
| AUSTRALIA | PENRITN (UPP) | WEIC N SO WALES EC |
| AUSTRALIA | PORT KEMBLA (UPP) | WEIC N SO WALES EC |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**INTERNATIONAL PLANTS**

| COUNTRY | STATION | ABBREVIATION |
|---|---|---|
| BERMUDA | BELCO (PEMBROKE) | BERM EL |
| BRAZIL | AMERICANA HE DEVLOPMENT | INTL PAUL DE FE L |
| BRAZIL | ANGRA. DOS REIS | FURNAS-CENTRAIS ELECTRICAS S.A. |
| BRAZIL | AREAL HE DEVELOPMENT | BRAS DE EN EL |
| BRAZIL | AVANHANDAVA HE DEVELOPMENT | INTL PAUL DE FE L |
| BRAZIL | AVANNANDAVA HE DEVELOPMENT | INTL PAUL DE FE L |
| BRAZIL | BANANEIRAAS HE DEVELOPMENT | INTL BRAS DE EN EL |
| BRAZIL | CHAMINE HE DEVELOPMENT | INTL FE L DE PAR |
| BRAZIL | FORTALERA (UPP) | WEIC |
| BRAZIL | GUARICANA | INTL FE L DO |
| BRAZIL | MANAUS | BRASILEIRAS SA |
| BRAZIL | MANAUS | CENTRAIS ELECTRICAS |
| BRAZIL | PEIXOTO HE DEVELOPMENT | CEB |
| BRAZIL | PETI HE DEVELOPMENT | INTL FE L DE MG |
| BRAZIL | PIEXOTO | INTL PAUL DE FE L |
| BRAZIL | PIEXOTO | PAUL DE FE L |
| BRAZIL | PORTO ALEGRE | INTL EL EL RIO GR |
| BRAZIL | PORTO ALEGRE | INTL EN EL EIO GR |
| BRAZIL | PORTO ALEGRE SES (GRAVATAI) (CANCELLED) | EN EL RIO GR |
| BRAZIL | PREGUICA SES | INTL EN EL DE BALA |
| BRAZIL | RECIFE | ELECTROBRAS |
| BRAZIL | RECIFE | INTL PERNAM T&P |
| BRAZIL | SALVADOR | CENTRAIS ELECTRICAS BRASILEIRAS S.A. |
| BRAZIL | SALVADOR | ELECTROBRAS |
| CHILE | EL SAUCE HE DEVELOPMENT | CHILECTRA - GENERACION |
| CHILE | LAGUNA VERDE | INTL CHIL DE EL |
| CHILE | MAITENES HE DEVLOPMENT | CHILECTRA - GENERACION |
| CHILE | RENCA | CHIL DE EL |
| CHILE | RENCA | INTL CHIL DE EL |
| CHILE | SANTIAGO | INTL CHIL DE EL |

ENERGY FUTURE HOLDINGS CORP., ET AL.
INTERNATIONAL PLANTS

| COUNTRY | STATION | ABBREVIATION |
|---|---|---|
| CHILE | VENTANAS | INTL CHIL DE EL |
| CHINA | RIVERSIDE | INTL SHANGHAI |
| CHINA | RIVERSIDE SES | INTL SHANGHAI P |
| COLOMBIA | BUGA HE DEVELOPMENT | INTL COLO DE EL |
| COLOMBIA | CALI | INTL COLO DE EL |
| COLOMBIA | CALI HE DEVELOPMENT | COLO DE EL |
| COLOMBIA | EL TABOR | INTL COLO DE EL |
| COLOMBIA | EL TABOR (BUENAVEN-TURA) | INTL COLO DE EL |
| COLOMBIA | GIRADOT | INTL COLO DE EL |
| COLOMBIA | HONDA HE DEVELOPMENT | INTL COLO DE EL |
| COLOMBIA | LA LOMA | INTL COLO DE EL |
| COLOMBIA | LA LOMA (DARRANQUILLA) | INTL COLO DE EL |
| COLOMBIA | NIMA (NO. 1) | INTL COLO DE EL |
| COLOMBIA | PUEBLITO | INTL COLO DE EL |
| COLOMBIA | PUEBLITO (SANTA MARIA) | INTL COLO DE EL |
| COLOMBIA | EL RIO | INTL COLO DE EL |
| COLOMBIA | EL RIO SES | INTL COLO DE EL |
| COLOMBIA | LA LOMA | INTL COLO DE EL |
| COSTA RICA | NIMA (NO. 2) | INTL COLO DE EL |
| COSTA RICA | NIMA (NO. 2) | INTL NAC DE FY L |
| COSTA RICA | NUESTRO ARMO HE DEVELOPMENT | INTL NAC DE FY L |
| COSTA RICA | VIRILLA | INTL NAC DE FY L |
| COSTA RICA | VIRILLA HE DEVELOPMENT | INTL NAC DE F Y L |
| COSTA RICA | VIRILLA HE DEVELOPMENT | NAC DE F Y L |
| CUBA | CAMAGUEY SES | INTL CUBA DE EL |
| CUBA | CAMAGUEY SES | INTL EN EL DE BALA |
| CUBA | CARDENAS | INTL CUBA DE EL |
| CUBA | CIENFUEGOS | INTL CUBA DE EL |
| CUBA | CLEGO DE AVILA | INTL CUBA DE EL |
| CUBA | CONSOLIDATED SES | INTL CUBA DE EL |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**INTERNATIONAL PLANTS**

| COUNTRY | STATION | ABBREVIATION |
|---------|---------|--------------|
| CUBA | GUASO HE DEVELOPMENT | INTL CUBA DE EL |
| CUBA | MANZANILLO | CUBA DE EL |
| CUBA | MATANZAS SES | CUBA DE EL |
| CUBA | O'BOURKE SES | CUBA DE EL |
| CUBA | O'BOURKE SES | INTL CUBA DE EL |
| CUBA | REGLA | INTL CUBA DE EL |
| CUBA | SANTIAGO | INTL CUBA DE EL |
| CUBA | SANTIAGO SES | INTL CUBA DE EL |
| DOMINICAN REPUBLIC | PUERTO PLATA | CODE |
| ECUADOR | GUAYAQUIL | EM EL DE ECUA |
| ECUADOR | GUAYAQUIL | INTL EM EL DEL ECUA |
| ECUADOR | ESTERO SALADO | EMPRESA |
| GERMANY | BERLIN | INTL |
| GREECE | AGRA HE DEVELOPMENT | PUBLIC POWER CORP. OF GREECE |
| GREECE | ASPROPYRGOS | IGE PUBLIC POWER CORPORATION |
| GREECE | KASTRAKI HE DEVELOPMENT | PUBLIC POWER CORP. OF GREECE |
| GREECE | LADHON HE DEVELOPMENT | PUBLIC POWER CORP. OF GREECE |
| GREECE | LOUROS HE DEVELOPMENT | PUBLIC POWER CORP. OF GREECE |
| GREECE | ST GEORGES BAY | IGE PPC |
| GUATAMALA | EL SALBO | INTL EMEL DE GUAT |
| GUATAMALA | EL SALTO | INTL EMEL DE GUAT |
| GUATEMALA | ESCUINTLA HE DEVELOPMENT | INTL EM EL DE GUAT |
| GUATEMALA | LAGUNA SES | EM EL DE GUAT |
| GUATEMALA | LAGUNA SES | INTL EM EL DE GUAT |
| GUATEMALA | PALIN HE DEVELOPMENT | INTL EM EL DE GUAT |
| GUATEMALA | SAN LUIS HE DEVELOPMENT | EM EL DE GUAT |
| GUATEMALA | SAN LUIS HE DEVELOPMENT | INTL EM EL DE GUAT |
| INDIA | BHIRA HE DEVELOPMENT | TATA |
| INDIA | CHANDNI (UPP) | WEIC |
| INDIA | DELHI (UPP) | WEIC DELHI CEPA |

ENERGY FUTURE HOLDINGS CORP., ET AL.
INTERNATIONAL PLANTS

| COUNTRY | STATION | ABBREVIATION |
|---|---|---|
| INDIA | DHUVARAN | GUJARAT ELECTRICITY BOARD |
| INDIA | EAST PUNJAB (BHAKRA DAM) (UPP) | WEIC |
| INDIA | HYDERABAD (UPP) | WEIC HEB-NIZ-GOVT |
| INDIA | TROMBAY | TATA |
| ITALY | MONCALIERI | AZIEN EL MUN |
| ITALY | SENN | |
| JAPAN | ANEGASAKI | IGE TEP |
| JAPAN | CNITA | IGE CEP |
| JAPAN | FUKUSHIMA | HITACHI LTD CHUGOKU ELECTRIC POWER CO. TOKYO ELECTRIC POWER CO. |
| JAPAN | FUKUSHIMA | TEPCO |
| JAPAN | FUKUSHIMA | TOKYO ELECTRIC CO. |
| JAPAN | FUKUSHIMA | TOKYO ELECTRIC POWER CO. |
| JAPAN | HAMOAKA | TOKYO SHIBAURA ELECTRIC CO. CHUBU ELECTRIC CO. TOKYO ELECTRIC CO. |
| JAPAN | JPDR | JAERI |
| JAPAN | KAMISHIIBA HE DEVELOPMENT | OCI KYUSHU EP |
| JAPAN | KASHIMA | TOKYO ELECTRIC |
| JAPAN | MIE SES | INGE CHUBU EP |
| JAPAN | OWASE | IGE CEP |
| JAPAN | SENDAI | INGE TOHOKU EP |
| JAPAN | SHIMANE | CHUGOKU ELECTRIC POWER CO. |
| JAPAN | SHIN NAGOYA | INGE CHUBU EP |
| JAPAN | TOKAI | GENERAL ELECTRIC CO. JAPAN ATOMIC POWER CO. |
| JAPAN | TSURUGA | JAPCO |
| JAPAN | YOKOSUKA | IGE TEP |
| KOREA | KOREA NUCLEAR | KOREA ELECTRIC POWER COMPANY |
| KOREA | SAMCHONPO | HYUNDAI INTERNATIONAL INC & KOREA ELECTRIC COMPANY |
| MALTA | MALTA (JESUITS HILL) (UPP) | WEIC GOVT MALTA |
| MEXICO | AGUASCALIENTES SES | INTL NAC DE EL |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**INTERNATIONAL PLANTS**

| COUNTRY | STATION | ABBREVIATION |
|---|---|---|
| MEXICO | CELAYA SES | INTL HIDA GUANA |
| MEXICO | DURANGO | INTL NAC DE EL |
| MEXICO | DURANGO | |
| MEXICO | FRANCKE | INTL NAC DE EL |
| MEXICO | GUADALAJARA | WEIC (COM FED DE EL) |
| MEXICO | GUADALAJARA | WEIC COM FED DE EL |
| MEXICO | JUAREZ (UPP) | WEIC |
| MEXICO | LAGUNA VERDE | COMISION FEDERAL DE ELECTRICIDAD |
| MEXICO | MAZATLAN | INTL ABAS L F AGUA |
| MEXICO | MERIDA | INTL DE EL DE MER |
| MEXICO | MERIDA SES | INTL DE EL DE MER |
| MEXICO | MONCLOVA (UPP) | WEIC |
| MEXICO | OBREGON (UPP) | WEIC |
| MEXICO | PUEBLA SES | INTL EL MEXIC |
| MEXICO | ROSETILLA HE DEVELOPMENT | INTL AG Y DE FE DEL RC |
| MEXICO | SALTILLO | INTL NAC DE EL |
| MEXICO | SALTILLO SES | INTL NAC DE EL |
| MEXICO | SAN LOUIS POTOSI SES | INTL NAC DE EL |
| MEXICO | SAN LUIS POTOSI | INTL CEN MEX L&P |
| MEXICO | TUXPANGO HE DEVELOPMENT | INTL PUEBLA TL&P |
| MEXICO | ZACATECAS | INTL NAC DE EL |
| NETH. W. INDIES | POWER PLANT EXTENSION | ASIAT PETR |
| PAKISTAN | KARACHI | KARA EL S |
| PAKISTAN | KARACHI SES | INTL KARA EL S |
| PAKISTAN | KARACHI SES | INTL KARA ELS |
| PANAMA | COLON | INTL PAN DE F Y L |
| PANAMA | LAS MINAS | IGE PAN DE FYL |
| PANAMA | SAN FRANCISCO SES | INTL PAN DE F Y L |
| PANAMA | SOUTH AVENUE | INTL PAN DE F Y L |
| PANAMA | SOUTH AVENUE EXT | PAN DE F Y L |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**INTERNATIONAL PLANTS**

| COUNTRY | STATION | ABBREVIATION |
|---|---|---|
| PERU | PAUCARTAMBO | CERRO DE P |
| PHILIPPINES | PHILIPPINE NUCLEAR | PHILIPPINE NATIONAL POWER CORP. |
| PRC | PING-WEE | MINISTRY OF WATER RESOURCES AND ELECTRIC POWER |
| PRC | SNI-HENG | MINISTRY OF WATER RESOURCES AND ELECTRIC POWER |
| RUSSIA | SES FOR RUSSIA | US TREAS |
| SAN SALVADOR | CITY OF SAN SALVADOR (UPP) | WEIC |
| SPAIN | CENTRAL TERMICA DE ABONO | HIDROELECTRICA DE CANTABRICO |
| SPAIN | HUELVA SES | EM NAC DE EL |
| SPAIN | MIERES | TERM AST |
| SPAIN | NUCLENOR | |
| SPAIN | PASAJES DE SAN JUAN | IGE IBER |
| SPAIN | SANTURCE | IBERDUERO SA |
| SPAIN | SANTURCE | IGE IBER |
| SPAIN | SOTO | TERM AST |
| TAIWAN | CHIN SHAN | TAIWAN POWER CO. |
| TAIWAN | CHIN SHAN (1&2) | TAIWAN POWER CO. |
| TAIWAN | KUOSHENG (1&2) | TAIWAN POWER CO. |
| TAIWAN | LINKOU | TAIPWR |
| TAIWAN | MANSHAN (1&2) | TAIWAN POWER CO. |
| TURKEY | GOKCEKAYA HE DEVELOPMENT | DEVLET SU ISLERI |
| TURKEY | KEBAN HE DEVELOPMENT | DEVLET SU ISLERI |
| YUGOSLAVIA | KOSOVA | ENERGO |

**EXHIBIT B**

## ASBESTOS PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**COURT USE ONLY**

Name of Debtor:

Case Number:

**NOTE: Do not use this form to make a claim for an administrative expense that arises _after_ the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.**

Name and address where notices should be sent:

Telephone number:          Email:

❑ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**

_(If known)_ _____

Filed on: _____

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above) :

Telephone number:          Email:

**COURT USE ONLY**

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).  If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

❑  Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

❑  Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

❑  Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

❑  Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

❑  Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

❑  Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).

**Amount entitled to priority:**

$_____

**1.    Amount of Claim as of Date Case Filed:**          $ _____
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
❑  Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2.    Basis for Claim:** _____
(See instruction #2)

**3.    Last four digits of any number by which creditor identifies debtor:** ____ ____ ____ ____
  **3a.  Debtor may have scheduled account as:** _____
(See instruction #3a)

**4.    Secured Claim** (See instruction #4)
     Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:**
❑ Real Estate     ❑ Motor Vehicle     ❑ Other
**Describe:** _____
**Value of Property: $** _____
**Annual Interest Rate** _____% ❑ Fixed  or  ❑ Variable
(when case was filed)

**Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**

$_____

Basis for perfection: _____

Amount of Secured Claim:  $_____

Amount Unsecured:      $_____

**6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $** _____  (See instruction #6)
**7.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)
**8.    Documents:** Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. _(See instruction #8 and definition of "**redacted**".)_
DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9.    Signature:** (See instruction #9)   Check the appropriate box:
❑ I am the creditor.   ❑ I am the creditor's authorized agent.   ❑ I am the trustee, or the debtor, or their   ❑ I am a guarantor, surety, indorser, or other codebtor.
     (Attached a copy of power of attorney, if any.)   authorized agent. (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Address, telephone number, and email
(if different from notice address above):

Print Name: _____
Title: _____
Company: _____
(Signature) _____
(Date) _____
Telephone number: _____
Email: _____

_Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571._

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Name of Debtor, and Case Number:**
Fill in the debtor's full name, and the case number. The full list of debtors is provided under the general information section on the Claims Agent's website:

http://www.efhcaseinfo.com

If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice. If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5, and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.)

If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

_____**D E F I N I T I O N S** _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**If by First Class Mail:**

**Energy Future Holdings Corp. Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC**
**P.O. Box 4420**
**Beaverton, OR 97076-4420**

**If by Hand Delivery or Overnight Mail:**

**Energy Future Holdings Corp. Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC**
**10300 SW Allen Blvd**
**Beaverton, OR 97005**

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**I N F O R M A T I O N** _____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website (http://www.efhcaseinfo.com) to view your filed proof of claim under "Claims."

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**EXHIBIT C**

Energy Future Holdings Corp. Case 14-10979-CSS Doc 7037 Filed 11/18/15 Page 40 of 57
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Claim Deadline**
<u>**December 14, 2015, at 5:00 p.m.,**</u>
<u>**prevailing Eastern Time**</u>

# Unmanifested Asbestos Injury Claim Form

As part of this bankruptcy, there are two types of claims related to exposure to asbestos: manifested and unmanifested. You could be affected if you or a family member worked at any of the power plants as an employee, a contractor or in any other role.

**Manifested Claims.** If you have any sign of illness today which you believe is related to asbestos exposure, this is called a "manifested claim." Anyone who has a manifested claim related to Energy Future Holdings Corp. and certain subsidiaries (the "Debtors") should <u>not</u> complete this claim form. Instead, complete an Official Form 10 (available at www.EFHAsbestosClaims.com). The manifested claim process can be complex and you are encouraged to have an attorney assist you, although you can submit an Official Form 10 without the help of an attorney.

**Unmanifested Claims.** The other type of asbestos exposure claim is for "unmanifested" asbestos injury. No attorney is necessary to assist you to file an unmanifested claim, although you are free to consult an attorney. An unmanifested claim means:

(1) you may have been exposed to asbestos from any of the power plants included in this process; and
(2) you do not have any sign of illness related to asbestos exposure today.

**Why are family members included?** Family members are included because you could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse's or parent's clothing). You may also file a claim on behalf of a deceased family member.

**Which power plants are included?** You or a family member could have been exposed at any of the power plants related to EFH. These power plants were located across the United States and some in foreign countries. A list of the included power plants is available at www.EFHAsbestosClaims.com.

**What is asbestos?** Asbestos is a fiber that was often used as insulation in walls, wires, pipes, boilers, generators, steam traps, pumps, valves, electrical boards, gaskets, packing material, turbines, compressors, cement and cement pipes. Workers responsible for building and maintaining power plants and equipment also wore insulated clothing or gear that may have contained asbestos. Virtually all power plants built before 1980 used or contained asbestos-containing products.

Asbestos-related illness can occur 50 years after exposure to asbestos or longer. Asbestos-related illnesses can be very serious or fatal and include diseases such as mesothelioma, lung cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer and asbestosis.

**Why should I submit a claim?** If you believe that you or a family member were exposed to asbestos at any included plant, submitting this claim form by <u>**December 14, 2015, at 5:00 p.m., prevailing Eastern Time**</u> will preserve your right to file a claim for money in the future should you develop an asbestos-related illness. You may also submit your Unmanifested Asbestos Injury Claim Form online at www.EFHAsbestosClaims.com.

**What happens if I do not submit a claim?** If you do not file a claim now, you will forever lose your right to bring an asbestos injury claim against the Debtors and receive money, even if you develop an asbestos-related illness in the future.

**YOUR INFORMATION**

Name _____

Street Address _____

City, State, ZIP Code _____

Phone Number _____

Email Address _____

Social Security No. _____ Date of Birth _____

**Questions? Call 1-877-276-7311 or email info@EFHAsbestosClaims.com**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Unmanifested Asbestos
Injury Claim Form**
Page 2 of 2

**POSSIBLE ASBESTOS EXPOSURE**

I may have been exposed to asbestos because:

☐ I worked at an included plant.     ☐ A family member worked at included plant.

If your possible exposure to asbestos at an included plant was related to a family member (for example, if asbestos was brought home on your spouse's or parent's clothing), list that family member:

Family Member Name _____

Relationship to You _____

Identify plants at which asbestos exposure may have occurred (visit www.EFHAsbestos Claims.com for a list of included plants).

| Plant Name (if known) | Plant Location (if known) | Exposure Type | Estimated Exposure Dates (if known) |
|---|---|---|---|
| | | ☐Myself ☐Family Member | |
| | | ☐Myself ☐Family Member | |
| | | ☐Myself ☐Family Member | |
| | | ☐Myself ☐Family Member | |

**CERTIFICATION**

I certify that the information I have provided is true, accurate and complete to the best of my knowledge.

Signature _____     Date _____

☐ Signed by representative (attach proof of representation)

**Submit your claim form so it is RECEIVED by <u>December 14, 2015, at 5:00 p.m., prevailing Eastern Time</u> to:**

**If by <u>First-Class Mail</u>:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**If by <u>Hand Delivery</u> or <u>Overnight Mail</u>:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

**If by <u>Email</u>:** info@EFHAsbestosClaims.com

**If by <u>Fax</u>:**     1-844-747-5727

You may also submit your claim online at www.EFHAsbestosClaims.com.

**Questions?  Call 1-877-276-7311 or email info@EFHAsbestosClaims.com**

**EXHIBIT D**

TRIBUNAL DE QUIEBRAS DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE DELAWARE

# Empleados y contratistas de plantas energéticas

## Si usted o un familiar en algún momento trabajó en una planta energética, es posible que se haya visto expuesto al asbesto.

## Para conservar su derecho a la indemnización si se enferma en el futuro (o actualmente padece una enfermedad relevante al asbesto), debe presentar una reclamación a más tardar el 14 de diciembre de 2015, a las 5:00 p. m., hora del Este.

Energy Future Holding Corp., Ebasco Services, Inc. EECI, Inc. y determinadas subsidiarias ("EFH") se han declarado en quiebra. EFH poseyó, operó, mantuvo, o construyó algunas plantas energéticas a lo largo de los Estados Unidos y en otros países en las que había asbesto. Es posible que los trabajadores de estas plantas energéticas (y familiares y otros que entraron en contacto con estos trabajadores) se hayan visto expuestos al asbesto.

Bajo la supervisión del Tribunal, EFH busca un "nuevo comienzo" al reestructurar sus deudas. Como parte de este proceso, el Tribunal ha decidido que cualquiera que tenga una reclamación actualmente contra EFH por una enfermedad relevante al asbesto o que pueda desarrollar una enfermedad relevante al asbesto en el futuro, debe presentar una reclamación a más tardar el **14 de diciembre de 2015, a las 5:00 p. m., hora del Este** a fin de ser elegible para una indemnización actualmente o en el futuro (la "Fecha límite de asbesto").

### ¿Cuáles plantas energéticas se incluyen?

Las plantas energéticas relacionadas a EFH en las que la exposición al asbestos pueda haber ocurrido se encuentran a lo largo de los Estados Unidos y en algunos países extranjeros. La lista de plantas energéticas incluidas se proporciona al final de esta notificación.

### ¿Cómo puede afectarme esto?

Es posible que haya sido expuesto al asbesto si usted o un familiar trabajó en cualquiera de las plantas energéticas incluidas en calidad de empleado, contratista o en cualquier otra función. También es posible que haya sido expuesto al entrar en contacto con otra persona que trabajó en una planta energética (por ejemplo, si el asbesto fue llevado a casa en la ropa de su cónyuge o progenitor). También puede presentar una reclamación en nombre de un familiar difunto.

## ¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite www.EFHAsbestosClaims.com

## ¿Cuáles son mis opciones?

Si considera que usted o un familiar ha sido expuesto al asbesto en una planta incluida, presente una reclamación a más tardar el **14 de diciembre de 2015, a las 5:00 p. m., hora del Este**. Incluso si no ha sido diagnosticado con una enfermedad ni experimentado síntomas, debe presentar una reclamación para preservar su derecho a la indemnización si desarrolla una enfermedad relevante al asbesto en el futuro. Puede presentar una reclamación por su cuenta o puede pedirle a su abogado ayudarle.

Si no presenta una reclamación a más tardar el **14 de diciembre de 2015, a las 5:00 p. m., hora del Este** y posteriormente desarrolla una enfermedad relevante al asbesto, no será elegible para una indemnización.

Esta notificación explica sus opciones respecto a la orden del tribunal relevante a reclamaciones de asbesto ("Orden de la fecha límite de asbesto"), cómo presentar una reclamación de asbesto y las consecuencias de no tomar acción alguna.

## QUÉ CONTIENE ESTA NOTIFICACIÓN

**INFORMACIÓN GENERAL** ...................................................................................**PÁGINA 4**
1. ¿De qué se trata este caso de quiebra?
2. ¿Por qué se emitió esta notificación?
3. ¿Qué empresas forman parte de EFH?
4. ¿A quién se proporciona esta notificación?

**EXPOSICIÓN AL ASBESTO** .....................................................................................**PÁGINA 6**
5. ¿Qué es el asbesto?
6. ¿Qué es la exposición al asbesto?
7. ¿Cuáles plantas energéticas se incluyen?
8. ¿Qué es una enfermedad relevante al asbesto?
9. Si es posible que haya sido expuesto al asbesto pero no estoy enfermo, ¿por qué debo presentar una reclamación?
10. ¿Qué incluye el término "reclamación de asbesto"?

**QUIÉN DEBE PRESENTAR UNA RECLAMACIÓN DE ASBESTO** ............................................**PÁGINA 7**
11. ¿Debo presentar una reclamación de asbesto?
12. ¿Por qué están incluidos los familiares?
13. ¿Qué sucede si soy un empleado de EFH?
14. ¿Cuál es la diferencia entre una reclamación manifestada y una reclamación sin manifestar?
15. ¿Qué formulario de reclamación debo presentar?
16. ¿Qué sucede si no estoy seguro de presentar una reclamación?
17. ¿Recibiré dinero si presento una reclamación?
18. ¿Cual es el plazo para presentar una reclamación de asbesto?

**RECLAMACIONES SIN MANIFESTAR (sin enfermedad o lesión actual)** ................................**PÁGINA 9**
19. ¿Cómo realizo una reclamación sin manifestar?
20. ¿Cómo presento una reclamación sin manifestar?

**RECLAMACIONES MANIFESTADAS (para una lesión actual)** ..........................................**PÁGINA 9**
21. ¿Cuáles son los requisitos para presentar una reclamación manifestada?
22. ¿Cómo presento una reclamación manifestada?
23. Reserva de derechos de los Deudores.

**SI DECIDE NO HACER NADA** .................................................................................**PÁGINA 11**
24. ¿Qué sucede si no presento una reclamación antes del plazo?

**CÓMO OBTENER MÁS INFORMACIÓN** ......................................................................**PÁGINA 11**
25. ¿Cómo obtengo más información?

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite
www.EFHAsbestosClaims.com**

# INFORMACIÓN GENERAL

## 1. ¿De qué se trata este caso de quiebra?

Energy Future Holding Corp., Ebasco Services, Inc. EECI, Inc. y determinadas subsidiarias ("EFH") se han declarado en quiebra. EFH poseyó, operó, mantuvo, o construyó algunas plantas energéticas a lo largo de los Estados Unidos y en otros países en las que había asbesto. Es posible que los trabajadores de estas plantas energéticas (y familiares y otros que entraron en contacto con estos trabajadores) se hayan visto expuestos al asbesto.

Bajo la supervisión del Tribunal, EFH busca un "nuevo comienzo" al reestructurar sus deudas. Como parte de este proceso, cualquiera que tenga una reclamación actualmente contra EFH por una enfermedad relevante al asbesto o que pueda desarrollar una enfermedad relevante al asbesto en el futuro, debe presentar una reclamación a más tardar el **14 de diciembre de 2015, a las 5:00 p. m., hora del Este** a fin de ser elegible para una indemnización de EFH actualmente o en el futuro.

## 2. ¿Por qué se emitió esta notificación?

La Orden de la fecha límite de asbesto del Tribunal ha exigido que se emita esta notificación. La Orden de la fecha límite de asbesto establece que si ha sido expuesto al asbesto de una planta energética relevante a EFH, debe presentar una reclamación a más tardar el **14 de diciembre de 2015, a las 5:00 p. m., hora del Este** a fin de ser elegible para una indemnización actualmente o en el futuro. Los términos en mayúscula utilizados que no se definan de otro modo en esta notificación tienen el significado que se atribuye a los mismos en la Orden de la fecha límite de asbesto.

## 3. ¿Qué empresas forman parte de EFH?

EFH consta de las siguientes empresas incluidas en este proceso de quiebra.

| | |
|---|---|
| Energy Future Holdings Corp. | EFH CG Holdings Company LP |
| 4Change Energy Company | EFH CG Management Company LLC |
| 4Change Energy Holdings LLC | EFH Corporate Services Company |
| Big Brown 3 Power Company LLC | EFH Finance (No. 2) Holdings Company |
| Big Brown Lignite Company LLC | EFH FS Holdings Company |
| Big Brown Power Company LLC | EFH Renewables Company LLC |
| Brighten Energy LLC | EFIH Finance Inc. |
| Brighten Holdings LLC | Energy Future Competitive Holdings Company LLC |
| Collin Power Company LLC | Energy Future Intermediate Holding Company LLC |
| Dallas Power & Light Company | ENSERCH Corporation |
| Dallas Power & Light Company, Inc. | Enserch Environmental Corporation |
| DeCordova II Power Company LLC | ESICORP, Inc. |
| DeCordova Power Company LLC | Generation Development Company LLC |
| Eagle Mountain Power Company LLC | Generation MT Company LLC |
| Ebasco Constructors, Inc. | Generation SVC Company |
| Ebasco Overseas Corporation | Industrial Generating Company |
| Ebasco Services of Canada Limited | Lake Creek 3 Power Company LLC |
| Ebasco Services, Inc. | Lone Star Energy Company, Inc. |
| Ebasco Trading Corp. | Lone Star Gas Company |
| EEC Holdings, Inc. | Lone Star Pipeline Company, Inc. |
| EECI Holdings, Inc. | LSGT Gas Company LLC |
| EECI, Inc. | LSGT SACROC, Inc. |
| EFH Australia (No. 2) Holdings Company | Luminant Big Brown Mining Company LLC |

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite**
**www.EFHAsbestosClaims.com**

Luminant Energy Company LLC
Luminant Energy Trading California Company
Luminant ET Services Company
Luminant Generation Company LLC
Luminant Holding Company LLC
Luminant Mineral Development Company LLC
Luminant Mining Company LLC
Luminant Renewables Company LLC
Martin Lake 4 Power Company LLC
Monticello 4 Power Company LLC
Morgan Creek 7 Power Company LLC
NCA Development Company LLC
NCA Resources Development Company LLC
Oak Grove Management Company LLC
Oak Grove Mining Company LLC
Oak Grove Power Company LLC
Sandow Power Company LLC
Southwestern Electric Service Company, Inc.
TCEH Finance, Inc.
Texas Competitive Electric Holdings Company LLC
Texas Electric Service Company
Texas Electric Service Company, Inc.
Texas Energy Industries Company, Inc.
Texas Energy Industries, Inc.
Texas Power & Light Company
Texas Power & Light Company, Inc.
Texas Utilities Company
Texas Utilities Company, Inc.
Texas Utilities Electric Company
Texas Utilities Electric Company, Inc.
Texas Utilities Generating Company

Texas Utilities Generating Company, Inc.
Tradinghouse 3 & 4 Power Company LLC
Tradinghouse Power Company LLC
TXU Big Brown Company LP
TXU Corp.
TXU DeCordova Company LP
TXU Electric Company
TXU Electric Company, Inc.
TXU Electric, Inc.
TXU Energy Company LLC
TXU Energy Receivables Company LLC
TXU Energy Retail Company LLC
TXU Energy Services Company
TXU Energy Solutions Company LLC
TXU Gas Company
TXU Gas Company LP
TXU Generation Company
TXU Generation Company LP
TXU Handley Company LP
TXU Mining Company
TXU Mining Company LLC
TXU Mining Company LP
TXU Mountain Creek Company LP
TXU Receivables Company
TXU Retail Services Company
TXU SEM Company
TXU Tradinghouse Company LP
TXU US Holdings Company
TXU Valley Company LLC
Valley NG Power Company LLC
Valley Power Company LLC

## 4. ¿A quién se proporciona esta notificación?

Se proporciona esta notificación directamente a las siguientes personas (de ser conocidas por EFH).

- Empleados actuales y anteriores de EFH que hayan trabajado en una instalación de EFH.
- Personas que hayan realizado trabajo en una instalación de EFH. Esto incluye a personas que hayan trabajado para un proveedor, contratista o subcontratista.
- Personas que hayan estado presentes en una instalación de EFH en cualquier otra función.
- Personas que hayan trabajado para una entidad contratada por EFH en calidad de proveedor, contratista o en cualquier otro carácter.
- Personas que hayan realizado trabajo para una entidad no relacionada en un sitio en el que EFH también haya realizado trabajo.
- Personas que tengan una demanda de asbesto pendiente contra EFH.
- Personas que tengan una demanda de asbesto pendiente contra una parte que no sea EFH y EFH ha acordado indemnizar o compensar a esa parte por pérdidas o daños y perjuicios.
- Cualquiera que solicite una copia de esta notificación.

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite**
**www.EFHAsbestosClaims.com**

## EXPOSICIÓN AL ASBESTO

### 5. ¿Qué es el asbesto?

El asbesto es una fibra que fue utilizada como aislamiento en paredes, cables, tuberías, calderas y generadores, trampas de vapor, bombas, válvulas, tableros eléctricos, empaques, material para empacar, turbinas, compresores, cemento y tuberías de cemento. Los trabajadores responsables de construir y mantener plantas energéticas y equipos también vistieron ropa o aparejos aislados que pudieron haber contenido asbesto. Prácticamente todas las plantas energéticas construidas antes de 1980 usaron o tuvieron productos que contienen asbesto.

### 6. ¿Qué es la exposición al asbesto?

Es posible que haya sido expuesto al asbesto si usted o un familiar trabajó en cualquiera de las plantas energéticas incluidas en calidad de empleado, contratista o en cualquier otra función. También es posible que haya sido expuesto al entrar en contacto con otra persona que trabajó en una planta energética (por ejemplo, si el asbesto fue llevado a casa en la ropa de su cónyuge o progenitor).

### 7. ¿Cuáles plantas energéticas se incluyen?

Es posible que haya sido expuesto al asbesto si usted o un familiar trabajó en cualquiera de las plantas energéticas incluidas en calidad de empleado, contratista o en cualquier otra función. Las plantas energéticas incluidas se encontraban a lo largo de los Estados Unidos y en algunos países extranjeros. Se proporciona una lista de plantas energéticas incluidas al final de esta notificación.

### 8. ¿Qué es una enfermedad relevante al asbesto?

Las enfermedades relevantes al asbesto pueden ser muy graves o fatales e incluir enfermedades tales como mesotelioma, cáncer de pulmón, cáncer de laringe, cáncer de esófago, cáncer de la faringe, cáncer de estómago y asbestosis. Incluso si su exposición al asbesto fue hace muchos años y no está enfermo actualmente, esta notificación puede afectarle. Una enfermedad relevante al asbesto puede ocurrir 50 años o más tiempo después de la exposición al asbesto.

### 9. Si es posible que haya sido expuesto al asbesto pero no estoy enfermo, ¿por qué debo presentar una reclamación?

En virtud de la ley aplicable, usted tiene una reclamación por exposición al asbesto al momento de verse expuesto, no al momento de enfermarse, lo cual podría ser muchos años después. Por consiguiente, si considera que ha sido expuesto al asbesto de EFH en una planta incluida antes del 29 de abril de 2014, debe presentar una reclamación ahora. A fin de ser elegible para una indemnización relevante a la exposición al asbesto, debe presentar una reclamación ya sea o no que se haya diagnosticado una lesión o enfermedad y ya sea o no que tenga una reclamación en virtud de la ley estatal.

### 10. ¿Qué incluye el término "reclamación de asbesto"?

"Reclamación de asbesto" hace referencia a cualquier reclamación por:

- exposición al asbesto

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite**
**www.EFHAsbestosClaims.com**

- lesión personal relevante a la exposición al asbesto, o
- homicidio culposo relevante a la exposición al asbesto.

Las reclamaciones de asbesto pueden incluir reclamaciones por una reparación de cualquier tipo, lo que incluye reclamaciones por daños o perjuicios o pagos así como reclamaciones no monetarias.

Las reclamaciones de asbesto incluyen reclamaciones que:

- Hayan sido conciliadas o estén en el proceso de ser conciliadas pero que no hayan sido pagadas.
- Se basen en una sentencia o un veredicto pero que no hayan sido pagadas.

## QUIÉN DEBE PRESENTAR UNA RECLAMACIÓN DE ASBESTO

### 11. ¿Debo presentar una reclamación de asbesto?

Cualquiera que tenga una reclamación actualmente contra EFH por una enfermedad relevante al asbesto o que pueda desarrollar una enfermedad relevante al asbesto en el futuro, debe presentar una reclamación a más tardar el **14 de diciembre de 2015, a las 5:00 p. m., hora del Este** a fin de ser elegible para una indemnización de EFH actualmente o en el futuro.

Es posible que haya sido expuesto al asbesto si usted o un familiar trabajó en cualquiera de las plantas energéticas incluidas en calidad de empleado, contratista o en cualquier otra función.

### 12. ¿Por qué están incluidos los familiares?

Los familiares están incluidos porque es posible que haya sido expuesto al entrar en contacto con otra persona que trabajó en una planta energética (por ejemplo, si el asbesto fue llevado a casa en la ropa de su cónyuge o progenitor). También puede presentar una reclamación en nombre de un familiar difunto.

### 13. ¿Qué sucede si soy un empleado de EFH?

Un empleado actual de EFH debe presentar una reclamación a más tardar en la Fecha límite de asbesto para cualquier reclamación relevante a una posible exposición al asbesto antes del 29 de abril de 2014. Esto incluye una reclamación de asbesto que no haya desarrollado una enfermedad o lesión actual, y ya sea o no que dicha reclamación de asbesto sea válida o pueda hacerse en virtud de las leyes no relevantes a quiebras.

### 14. ¿Cuál es la diferencia entre una reclamación manifestada y una reclamación sin manifestar?

Como parte de esta quiebra, existen dos tipos de reclamaciones de asbesto: manifestada y sin manifestar.

**Reclamación manifestada.** Si presenta algún indicio de enfermedad actualmente que considera se relaciona a la exposición al asbesto, esto se denomina una "reclamación manifestada". Cualquiera que tenga una reclamación manifestada relevante a EFH debe llenar un Formulario oficial 10. El proceso de reclamaciones manifestadas puede ser complejo y se le anima solicitar la asistencia de un abogado, aunque puede presentar un Formulario oficial 10 sin la ayuda de un abogado.

Si ya ha entablado una reclamación contra EFH relevante a la exposición al asbesto, todavía tiene que llenar y presentar un Formulario oficial 10.

**Reclamación sin manifestar.** El otro tipo de reclamación por exposición al asbesto es para una lesión o enfermedad de asbesto "sin manifestar". Esto significa que:

(1) es posible que haya sido expuesto al asbesto en cualquiera de las plantas energéticas incluidas en este proceso de quiebra; y

(2) no presenta ningún indicio de enfermedad relevante a la exposición al asbesto en la actualidad.

El proceso de reclamación sin manifestar es sencillo y el llenado de un formulario solamente debe tomar algunos minutos. No necesita que un abogado llene y presente el formulario de reclamación por lesión de asbesto sin manifestar (aunque puede contratar a uno si desea).

Tanto el Formulario oficial 10 como el formulario de reclamación por lesión de asbesto sin manifestar se incluyen con esta notificación y están disponibles en el sitio web.

## 15. ¿Qué formulario de reclamación debo presentar?

Si tiene una reclamación manifestada, debe presentar un Formulario oficial 10. Si tiene una reclamación sin manifestar, debe presentar el formulario de reclamación por lesión de asbesto sin manifestar.

Tanto el Formulario oficial 10 como el formulario de reclamación por lesión de asbesto sin manifestar se incluyen con esta notificación y están disponibles en el sitio web.

## 16. ¿Qué sucede si no estoy seguro de presentar una reclamación?

Si no está seguro de que debe presentar una reclamación, es una buena idea realizar una reclamación para conservar su derecho a la indemnización actualmente o en el futuro. Algunos grupos de personas no necesitan presentar una reclamación. Puede revisar la Orden de la fecha límite de asbesto para ver una lista de las personas que no tienen que hacerlo. Es inusual no tener que presentar una reclamación. Si tiene alguna duda, es una buena idea presentar una reclamación.

Es posible que desee hablar con su abogado acerca de si debe presentar una reclamación y sobre cualquier pregunta que tenga que no se haya tratado en esta notificación.

## 17. ¿Recibiré dinero si presento una reclamación?

El hecho de recibir esta notificación no significa que usted ha sido expuesto al asbesto o que es elegible para recibir dinero actualmente. Si no está enfermo actualmente, el hecho de presentar una reclamación preserva su derecho de recibir una indemnización en caso de enfermarse en el futuro.

## 18. ¿Cual es el plazo para presentar una reclamación de asbesto?

Su reclamación de asbesto debe recibirse a más tardar el **14 de diciembre de 2015, a las 5:00 p. m., hora del Este** a fin de ser elegible para una indemnización actualmente o en el futuro. Este plazo también se denomina la Fecha límite de asbesto.

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite www.EFHAsbestosClaims.com**

## RECLAMACIONES SIN MANIFESTAR (SIN ENFERMEDAD O LESIÓN ACTUAL)

### 19. ¿Cómo realizo una reclamación sin manifestar?

Si no está enfermo en la actualidad, utilice el formulario de reclamación por lesión de asbesto sin manifestar que se incluye en esta notificación y está disponible en el sitio web. El llenado del formulario de reclamación por lesión de asbesto sin manifestar debe tomar aproximadamente cinco minutos. Además de la información de contacto básica (nombre, dirección), el formulario de reclamación pregunta cómo y dónde pudo haberse visto expuesto al asbesto relevante a EFH en la medida que tenga conocimiento.

### 20. ¿Cómo presento una reclamación sin manifestar?

Puede presentar una reclamación sin manifestar en línea visitando www.EFHAsbestosClaims.com. Si desea utilizar el formulario de reclamación por lesión de asbesto sin manifestar impreso, puede presentar el formulario en cualquiera de las siguientes maneras:

**Si es por <u>fax</u>**: 1-844-747-5727

**Si es por <u>correo electrónico</u>**:        info@EFHAsbestosClaims.com

**Si es por <u>correo de primera clase</u>**:

> Energy Future Holdings Corp. Claims Processing Center
> c/o Epiq Bankruptcy Solutions, LLC
> P.O. Box 4420
> Beaverton, OR 97076-4420

**Si es por <u>entrega manual</u> o <u>correo con entrega en veinticuatro horas</u>**:

> Energy Future Holdings Corp. Claims Processing Center
> c/o Epiq Bankruptcy Solutions, LLC
> 10300 SW Allen Blvd
> Beaverton, OR 97005

## RECLAMACIONES MANIFESTADAS (PARA UNA LESIÓN ACTUAL)

### 21. ¿Cuáles son los requisitos para presentar una reclamación manifestada?

Para presentar una reclamación manifestada (si presenta algún indicio de enfermedad en la actualidad), utilice el Formulario oficial 10 que se incluye en esta notificación y está disponible en el sitio web.

A fin de ser considerada, su reclamación manifestada debe satisfacer todos los requisitos a continuación.

(a)     ***Idioma***. La reclamación debe redactarse en inglés.

(b)     ***Monto de la reclamación.*** La reclamación debe incluir un monto en dólares estadounidenses.

(c)     ***Firma.*** El reclamante o un agente autorizado o representante legal del reclamante debe firmar la reclamación. Si es firmada en nombre del reclamante, debe proporcionarse una prueba de representación con la reclamación.

(d)    ***Se requiere una firma original***. Solamente una reclamación *original* puede considerarse aceptable para fines de administración de las reclamaciones.

(e)    ***Identificación de la entidad del Deudor***. Cada reclamación debe identificar claramente al Deudor frente a la reclamación aseverada, incluyendo el número de caso individual del Deudor. En caso de surgir una incoherencia entre el nombre del Deudor identificado y el número de caso del Deudor, la reclamación será presentada contra el Deudor identificado por el nombre. Una reclamación presentada bajo el número de caso de administración conjunta (N.º 14-10979 (CSS)) o de otro modo sin identificar a un Deudor específico, será considerada presentada únicamente contra EECI, Inc.

(f)    ***Reclamación contra múltiples entidades de Deudores***. Cada reclamación debe establecer una reclamación contra *únicamente un* Deudor e indicar claramente al Deudor contra el cual se asevera la reclamación. En la medida que se enumere a más de un Deudor en la prueba de reclamación, dicha reclamación puede tratarse como si fuera presentada únicamente contra EECI, Inc.

(g)    ***Disposición especial sobre la identificación de una entidad del Deudor para reclamaciones de asbesto.*** Una reclamación de asbesto será permitida incluso si la reclamación fue presentada contra el Deudor equivocado y será tratada como presentada debidamente contra cada Deudor que poseyó, operó, construyó o mantuvo una instalación identificada; *no obstante*, *siempre que* los Deudores se reservan el derecho de hacer otras objeciones con respecto a la reclamación, lo que incluye reclasificar al Deudor sujeto a la reclamación.

(h)    ***Certificación.*** Cualquier abogado u otra persona que actúe como agente de presentación para una prueba de reclamación en nombre de cualquiera que tenga una reclamación de asbesto debe certificar, bajo pena de perjurio, que dicho agente ha recibido una certificación del reclamante a la fecha de presentación de la reclamación de que la información contenida en la reclamación es verdadera, precisa y completa.

(i)    ***Documentación de respaldo***. Cada reclamación debe incluir documentación de respaldo conforme a las Normas de Quiebra 3001(c) y 3001(d). Si esta documentación es voluminosa, tras el consentimiento previo por escrito del abogado del Deudor, la reclamación puede incluir un resumen de la documentación o una explicación de por qué la documentación no está disponible; *no obstante*, *siempre que* cualquier reclamante que haya recibido dicho consentimiento escrito se verá exigido a transmitir el resumen al abogado del Deudor a solicitud a más tardar diez días posteriores a la fecha de la solicitud.

(j)    ***Acuse de recibo***. Los reclamantes que deseen recibir un acuse de que sus pruebas de reclamación fueron recibidas por el administrador de reclamaciones (Epiq Bankruptcy Solutions, LLC, o "Epiq") deben presentar (i) una copia del formulario de reclamación (marcada claramente en el frente como "COPIA") y (ii) un sobre sellado con dirección propia (además del formulario de reclamación original enviado a Epiq).

## 22. ¿Cómo presento una reclamación manifestada?

Cada reclamación manifestada debe presentarse, incluyendo la documentación de respaldo, por correo de los Estados Unidos u otro sistema de entrega manual, de modo que sea recibida por el

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite www.EFHAsbestosClaims.com**

10

administrador de reclamaciones a más tardar el **14 de diciembre de 2015, a las 5:00 p. m., hora del Este** en una de las siguientes direcciones:

**Si es por correo de primera clase**:

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Si es por entrega manual o correo con entrega en veinticuatro horas**:

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

Cualquier reclamación manifestada presentada por fax o correo electrónico no será considerada.

Si no está seguro de que debe presentar una reclamación, es una buena idea realizar una reclamación para preservar su derecho a la indemnización actualmente o en el futuro. Es posible que desee hablar con su abogado acerca de si debe presentar una reclamación y sobre cualquier pregunta que tenga que no se haya tratado en esta notificación.

| 23. Reserva de derechos de los Deudores. |
| --- |

Nada de lo contenido en esta Notificación pretende ni debe interpretarse como la renuncia por parte de los Deudores de su derecho a: (a) defenderse contra cualquier reclamación presentada o cualquier reclamación señalada o reflejada en los Anexos relevantes a la naturaleza, el monto, la responsabilidad, o la clasificación de reclamación de la misma; (b) designar posteriormente a cualquier reclamación programada como controvertida, contingente o sin liquidar; y (c) de otro modo modificar o complementar los Anexos.

## SI DECIDE NO HACER NADA

| 24. ¿Qué sucede si no presento una reclamación antes del plazo? |
| --- |

Si no presenta una reclamación ahora, perderá su derecho a entablar una reclamación por lesión de asbesto contra los Deudores y recibir dinero, incluso si desarrolla una enfermedad relevante al asbesto. Esto significa que no tendrá poder de decisión en la votación ni a compartir el dinero proporcionado para los reclamantes de asbesto bajo cualquier plan de quiebra de reestructuración en los casos de quiebra de EFH.

## CÓMO OBTENER MÁS INFORMACIÓN

| 25. ¿Cómo obtengo más información? |
| --- |

Visite http://www.EFHCaseInfo.com para ver los Anexos de los Deudores, la Orden de la fecha límite de asbesto, y otra información respecto a estos casos de quiebra.

Si tiene alguna pregunta, llame al 1-877-276-7311 o envíe un correo electrónico a info@EFHAsbestosClaims.com. También puede enviar una carta a: Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, P.O. Box 4420, Beaverton, OR 97076-4420.

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite
www.EFHAsbestosClaims.com**

**EXHIBIT E**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

<u>**Plazo de reclamación**
**14 de diciembre de 2015, a las 5:00 p. m., hora del Este**</u>

# Formulario de reclamación por lesión de asbesto sin manifestar

Como parte de esta quiebra, existen dos tipos de reclamaciones relacionadas a la exposición al asbesto: manifestada y sin manifestar. Es posible que haya sido afectado si usted o un familiar trabajó en cualquiera de las plantas energéticas en calidad de empleado, contratista o en cualquier otra función.

**Reclamaciones manifestadas.** Si presenta algún indicio de enfermedad actualmente que considera se relaciona a la exposición al asbesto, esto se denomina una "reclamación manifestada". Cualquiera que tenga una reclamación manifestada relevante a Energy Future Holdings Corp. y determinadas (los "Deudores") <u>no</u> debe llenar este formulario de reclamación. Por el contrario, llene un Formulario oficial 10 (disponible en www.EFHAsbestosClaims.com). El proceso de reclamaciones manifestadas puede ser complejo y se le anima solicitar la asistencia de un abogado, aunque puede presentar un Formulario oficial 10 sin la ayuda de un abogado.

**Reclamaciones sin manifestar.** El otro tipo de reclamación por exposición al asbesto es para una lesión de asbesto "sin manifestar". No se necesita ningún abogado para asistirle con la presentación de una reclamación sin manifestar, aunque tiene la libertad de consultar con un abogado. Una reclamación sin manifestar significa que:

(1) es posible que haya sido expuesto al asbesto en cualquiera de las plantas energéticas incluidas en este proceso; y

(2) no presenta ningún indicio de enfermedad relevante a la exposición al asbesto en la actualidad.

**¿Por qué están incluidos los familiares?** Los familiares están incluidos porque es posible que haya sido expuesto al entrar en contacto con otra persona que trabajó en una planta energética (por ejemplo, si el asbesto fue llevado a casa en la ropa de su cónyuge o progenitor). También puede presentar una reclamación en nombre de un familiar difunto.

**¿Cuáles plantas energéticas se incluyen?** Usted o un familiar pudo haber sido expuesto en cualquiera de las plantas energéticas relevantes a EFH. Estas plantas energéticas se encuentran a lo largo de los Estados Unidos y en algunos países extranjeros. Hay disponible una lista de las plantas energéticas incluidas en www.EFHAsbestosClaims.com.

**¿Qué es el asbesto?** El asbesto es una fibra que a menudo fue utilizada como aislamiento en paredes, cables, tuberías, calderas, generadores, trampas de vapor, bombas, válvulas, tableros eléctricos, empaques, material para empacar, turbinas, compresores, cemento y tuberías de cemento. Los trabajadores responsables de construir y mantener plantas energéticas y equipos también vistieron ropa o aparejos aislados que pudieron haber contenido asbesto. Prácticamente todas las plantas energéticas construidas antes de 1980 usaron o tuvieron productos que contienen asbesto.

Una enfermedad relevante al asbesto puede ocurrir 50 años después de la exposición al asbesto o incluso en más tiempo. Las enfermedades relevantes al asbesto pueden ser muy graves o fatales e incluir enfermedades tales como mesotelioma, cáncer de pulmón, cáncer de laringe, cáncer de esófago, cáncer de la faringe, cáncer de estómago y asbestosis.

**¿Por qué debo presentar una reclamación?** Si considera que usted o un familiar ha sido expuesto al asbesto en cualquier planta incluida, el hecho de presentar este formulario de reclamación a más tardar el <u>**14 de diciembre de 2015, a las 5:00 p. m., hora del Este**</u> preservará su derecho a presentar una reclamación por dinero en el futuro en caso de que desarrolle una enfermedad relevante al asbesto. También puede presentar su formulario de reclamación por lesión de asbesto sin manifestar en línea visitando www.EFHAsbestosClaims.com.

**¿Qué sucede si no presento una reclamación?** Si no presenta una reclamación ahora, perderá para siempre su derecho a entablar una reclamación por lesión de asbesto contra los Deudores y recibir dinero, incluso si desarrolla una enfermedad relevante al asbesto.

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o envíe un correo electrónico a info@EFHAsbestosClaims.com**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Formulario de reclamación
por lesión de asbesto sin
manifestar**
Página 2 de 3

### SU INFORMACIÓN

Nombre _____

Dirección _____

Ciudad, estado, código postal_____

Número de teléfono _____

Dirección de correo electrónico_____

Número de seguro social_____ Fecha de nacimiento_____

### POSIBLE EXPOSICIÓN AL ASBESTO

Es posible que haya sido expuesto al asbesto porque:

☐ Trabajé en una planta incluida.    ☐ Un familiar trabajó en una planta incluida.

Si su posible exposición al asbesto en una planta incluida se relacionaba a un familiar (por ejemplo, si el asbesto fue llevado a casa en la ropa de su cónyuge o progenitor), señale a dicho familiar:

Nombre del familiar    _____

Relación con usted    _____

Identifique a las plantas en las que pudo haber ocurrido la exposición al asbesto (visite www.EFHAsbestosClaims.com para ver una lista de plantas incluidas).

| Nombre de la planta (de ser conocido) | Ubicación de la planta (de ser conocida) | Tipo de exposición | Fechas estimadas de exposición (de ser conocidas) |
|---|---|---|---|
|  |  | ☐Yo mismo ☐Familiar |  |
|  |  | ☐Yo mismo ☐Familiar |  |
|  |  | ☐Yo mismo ☐Familiar |  |
|  |  | ☐Yo mismo ☐Familiar |  |

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o envíe un correo electrónico a info@EFHAsbestosClaims.com**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Formulario de reclamación por lesión de asbesto sin manifestar**
Página 3 de 3

**CERTIFICACIÓN**

Certifico que la información que he proporcionado es verdadera, precisa y completa a mi leal saber y entender.

Firma _____    Fecha _____

☐ Firmado por un representante (adjunte prueba de representación)

**Presente su formulario de reclamación de modo que sea RECIBIDO a más tardar el 14 de diciembre de 2015, a las 5:00 p. m., hora del Este a:**

**Si es por correo de primera clase:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Si es por entrega manual o correo con entrega en veinticuatro horas:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

**Si es por correo electrónico:**    info@EFHAsbestosClaims.com

**Si es por fax:**    1-844-747-5727

También puede presentar su reclamación en línea visitando www.EFHAsbestosClaims.com.