IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Case No. 14-10979

Office Clerk

I would like to know the status on this case. My name is Ms. Monica Regina Hawkins. The claim No. 1868 Docket No. 3386. Thank you