# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Bankruptcy Case No. 14-10979 (CSS) |
| *Debtors.* | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 7026, 7027 and 7030** |
| COMPUTERSHARE TRUST COMPANY, N.A. and COMPUTERSHARE TRUST COMPANY OF CANADA, as INDENTURE TRUSTEE, | ) |
| *Appellant*, | ) |
| v. | ) Adversary Proceeding No. 14-50405 (CSS) |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC., | ) **Re: Adversary Docket Nos. 75, 76 and 77** |
| *Appellees.* | ) |

**Objection Deadline: November 24, 2015 at 12:00 p.m. (prevailing Eastern time)**
**Hearing Date: November 25, 2015 at 10:00 a.m. (prevailing Eastern time)**

### NOTICE OF HEARING AND OBJECTION DEADLINE WITH RESPECT TO SECOND LIEN TRUSTEE'S REQUEST FOR CERTIFICATION OF DIRECT APPEAL TO THE COURT OF APPEALS UNDER 28 U.S.C. § 158(d)(2)

**PLEASE TAKE NOTICE** that on November 17, 2015, Appellant Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "**Second Lien Trustee**", and the holders thereof, the "**Second Lien Noteholders**") for the second lien notes (the "**Second Lien Notes**") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (together, "**EFIH**") pursuant to the Indenture dated as of April 25, 2011 (together with all supplements, amendments, and exhibits, the "**Second Lien Indenture**") filed the: (i) *Request for Certification of Direct Appeal to the*

*Court of Appeals Under 28 U.S.C. § 158(d)(2)* (the "**Motion**") [14-10979, DI 7026; 14-50405, DI 75]; and (ii) *Motion to Fix Hearing Date on and Shorten Time to Respond to Second Lien Trustee's Request for Certification of Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d)(2)* (the "**Motion to Shorten**") [14-10979, DI 7027; 14-50405, DI 76] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").  Copies of the Motion and the Motion to Shorten were previously served on you.

**PLEASE TAKE FURTHER NOTICE** that on November 18, 2015 the Bankruptcy Court entered that certain *Order Fixing Hearing Date and Shortening Time to Respond to the Second Lien Trustee's Request for Certification of Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d)(2)* (the "**Order Shortening Notice**") [14-10979, DI 7030; 14-50405, DI 77].  A copy of the Order Shortening Notice is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with the Order Shortening Notice, any response to the Motion, if any, must be filed by **November 24, 2105 at 12:00 p.m. (prevailing Eastern time).**  You must also provide a copy of the response or objection to the undersigned.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE,

824 NORTH MARKET STREET, FIFTH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801 ON **NOVEMBER 25, 2015 AT 10:00 A.M. (PREVAILING EASTERN TIME)**.

| | |
|---|---|
| Dated: November 18, 2015 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (Bar No. 2436) |
| | Robert J. Feinstein (admitted *pro hac vice*) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | rfeinstein@pszjlaw.com |
| | |
| | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| | Thomas Moers Mayer (admitted *pro hac vice*) |
| | Gregory A. Horowitz (admitted *pro hac vice*) |
| | Joshua K. Brody (admitted *pro hac vice*) |
| | Kramer Levin Naftalis & Frankel LLP |
| | 1177 Avenue of the Americas |
| | New York, New York 10036 |
| | Telephone: (212) 715-9100 |
| | Facsimile: (212) 715-8000 |
| | Email: tmayer@kramerlevin.com |
| | ghorowitz@kramerlevin.com |
| | jbrody@kramerlevin.com |
| | |
| | BRYAN CAVE LLP |
| | Stephanie Wickouski, (admitted *pro hac vice*) |
| | 1290 Avenue of the Americas |
| | New York, New York 10104-3300 |
| | Telephone: (212) 541-1114 |
| | Facsimile: (212) 904-0514 |
| | Email: stephanie.wickouski@bryancave.com |
| | |
| | *Counsel to the EFIH Second Lien Indenture Trustee* |