UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP, *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) RE: D.I. 6973, 6974, 7017<br>)<br>) Obj. Deadline: Nov. 20, 2015 at 4:00 p.m.<br>) Hearing: Nov. 25, 2015 at 10:00 a.m. |

**NOTICE OF HEARING REGARDING MOTION OF AD HOC GROUP OF
NON-SETTLING EFIH PIK NOTEHOLDERS TO ALTER OR AMEND ORDER
REGARDING EFIH DEBTORS' PARTIAL OBJECTION TO PROOF OF CLAIM 6347**

TO: DEBTORS, TRUSTEE AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Ad Hoc Group of Non-Settling EFIH PIK Noteholders has filed the *Motion of Ad Hoc Group of Non-Settling EFIK PIK Noteholders to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim No. 6347* (the "Motion") (Docket No. 6968) Filed November 12, 2015.

If you oppose the Motion or if you want the Court to consider your views regarding the Motion, you must file a written response with the Bankruptcy Court detailing your objection or response by **November 20, 2015 at 4:00 p.m.** You must also serve a copy of your response upon the following:

Michael Busenkell, Esquire
GELLERT SCALI BUSENKELL & BROWN, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 425-5812
Facsimile: (302) 425-5814

**THE HEARING IS SCHEDULED FOR NOVEMBER 25, 2015 AT 10:00 A.M. IN COURTROOM NO. 6, 5TH FLOOR, UNITED STATES BANKRUPTCY COURT, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. A complete list of debtors and their respective tax identification numbers may be found at http://www.efhcaseinfo.com.

1

IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Dated: November 19, 2015
Wilmington, Delaware

Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN, LLC

By: /s/ Brya M. Keilson
    Michael Busenkell (No. 3933)
    Brya M. Keilson (No. 4643)
    913 N. Market Street, 10th Floor
    Wilmington, DE 19801
    Telephone: (302) 425-5812
    Facsimile: (302) 425-5814

-and-

KAYE SCHOLER LLP

Scott D. Talmadge, Esq.
250 W. 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-6540

*Attorneys for York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management L.P., and Marathon Asset Management, LP on behalf of funds and accounts that they each manage or advise*