## CERTIFICATE OF SERVICE

The undersigned certifies that on November 19, 2015, a copy of the foregoing *Notice of Hearing Regarding the Motion of Ad Hoc Group of Non-Settling EFIK PIK Noteholders to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim No. 6347* was electronically filed using the Court's CM/ECF system and served via Hand Delivery or Federal Express priority overnight upon the parties listed on the attached service list.

This 19th day of November, 2015    GELLERT SCALI BUSENKELL & BROWN, LLC

                          By:    /s/ Brya M. Keilson
                                   Brya M. Keilson (No. 4643)
                                   913 North Market Street, 10th Floor
                                   Wilmington, DE 19801
                                   T: 302-425-5800/F:302-425-5814
                                   bkeilson@gsbblaw.com