# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 11/19/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Klauder | Bielli & Klauder | EFH GP |
| Jay Goffman | Klehr Harrison | MUFG Bank, N.A. Tokyo Branch |
| Harold Kaplan | Foley & Lardner | " |
| Scott Alberino | Akin Gump | " |
| Jamie Edmonson | Venable | PIMCO |
| Carol Levy | " | " |
| Christopher Carter | Morgan Lewis | " |
| Richard Levin | Jenner & Block LLP | EFIH Special Conflicts |
| Vincent E. Lazar | " | " |
| Phillip Gelson | Cravath Swaine & Moore LLP | " |
| Joseph H. Huston, Jr. | Stevens + Lee PC | " |
| Andrew D. Sorkin | O'Melveny & Myers LLP | Apollo, Angelo Gordon, Brookfield |
| Ronald Geller | Geller Scull Business & Brun | York Capital Management |
| Scot Talmadge | Kaye Scholer | " |
| Theresa Schenn | Cole Schotz | DTC as indenture trustee |
| David Primack | McElroy Deutsch Mulvaney Carpenter | TCEH Debtors |
| E Tom Walper | Munger Tolles Olson | " |
| John Spiegel | " | " |
| Ruthy Schwartz | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 11/19/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gregory Horowitz | Kramer Levin Naftalis Frankel | Second Lien Indenture Trustee |
| Colin R Robinson | Pachulski Stang Ziehl Jones | Second Lien Indenture Trustee |
| Charles Kerr | Morrison & Foerster | TCEH Official Comm |
| Todd Goren | " | " |
| Brett Miller | " | " |
| Ned Shudek | Sherman & Sterling | Deutsche Bank New York |
| Jeremy Ryden | Potter Anderson & Corroon | " |
| R. Stephen McNeil | " | " |
| John Spiegel | Munger Tolles & Olson | Hugh Sawyer, TCEH DM |
| Stephen M Miller | Morris James LLP | Law Debenture of New York Indenture Trustee |
| Daniel Lowenthal | Patterson Belknap | " |
| Kelly Arden | Cahill Cutler Pickering | Dir Delaware Trust Co, as Indenture Trustee |
| Emil Kleinhaus | Wachtell Lipton Rosen Katz | EFH Equity |
| John Bird | Fox Rothschild LLP / White & Case | TCEH DIP |
| Tom Lauria | White & Case | TCEH Unsecured Notes Ad Hoc Group |
| Chris Shore | White & Case | TCEH Unsecured Notes Ad Hoc Group |
| Sarah Kam | Reed Smith | The Bank of New York Mellon Trust Company |
| Howard A Cohen | Drinker Biddle & Reath | Citibank DIP Agent |
| Sid Liebesman | Montgomery McCracken | Trisha ESide Comm / UMB / Indenture |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 11/19/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeff Jonas | Brown Rudnick | WSFS, Trustee |
| Jonathan Marshall | " | " |
| Greg Taylor | Ashby & Geddes | " |
| Matthew McGuire | Ashby & Geddes | " |
| David LeMay | Locke Lord Reg'd Cobb | NextEra |
| Maeva Fitzmas | Chadbourne & Parke | " |
| Michael Foster | Proskauer | EFH |
| Gavan McDaniel | Proskauer | EFH |
| Daniel Shinman | Hogan McDaniel | Contrarian Capital Management |
| Chris Ward | Kasowitz Benson | " |
| Jarrett Vine | Polsinelli | TCEH Committee |
| Brian Neumann (for Jeb Alberts) | Polsinelli | TCEH Committee |
| Pauline Morgan | Paul Weiss | Ad Hoc Committee of TCEH First Lien Creditors |
| Arlene Alves | Young Conaway | |
| Mark Kotwick | Seward + Kissel | Wilmington Trust as TCEH First Lien Agent |
| Bradly Schneider | Munger Tolles + Olson LLP | Hugh Sawyer TCEH DM |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| Marin Nijhon | Nixon Peabody | American Stock TCEH |
| Leah Pedersen | Nixon Peabody | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 11/19/2015
Calendar Time: 10:00 AM ET

Amended Calendar 11/19/2015 05:08 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7272692 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7279019 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7181416 | Ashley F. Bartram | (512) 475-4937 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7242530 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7245651 | Emily A Bussigel | (213) 683-9212 ext. 2428 | Munger, Tolles & Olson LLP | Interested Party, Interested party / Energy Future Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7279561 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7273916 | Mary E. Ciullo | (617) 345-1088 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7244971 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7239113 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7277838 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |

| Case | Type | Company | ID | Name | Firm | Phone | Party |
|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 7239281 | Adam M. Denhoff | Paul Weiss Rifkind Wharton & Garrison | (212) 373-3000 ext. 3471 | Interested Party, Steering Committee of First Lien Lenders / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 7236422 | Stacey Dore | Energy Future Holdings Corp. | (212) 446-6411 | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 7239660 | Benjamin D. Feder | Kelley Drye & Warren LLP | (212) 808-7925 | Creditor, CSC Indenture / LIVE |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 7250847 | Barry Felder | Foley & Lardner LLP | (212) 338-3540 | Interested Party, UMB Bank, N.A., as indenture trustee / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 7237619 | Mark A. Fink | Montgomery, McCracken, Walker & Rhoads, LLP | (302) 504-7811 | Creditor, EFH Committee / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 7244582 | Mark Flannagan | UMB Bank | (212) 808-7925 | Creditor, UMB Bank N.A. / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 7279750 | Meggie Gilstrap | Baker Botts LLP | 214-953-6500 | Interested Party, Hunt Utility Services / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 7278559 | Richard Gitlin - Client | Godfrey & Kahn, S. C. | (608) 284-2654 | Interested Party, Richard Gitlin / LIVE |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 7272981 | Xiaoyu Gu | CarVal Investors | (952) 984-4078 | Creditor, Carval Investors / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 7277853 | Brian Guiney | Patterson Belknap Webb & Tyler | (212) 336-2305 | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 7240878 | Christopher Hahm | Milbank, Tweed, Hadley & McCloy, LLP | (212) 530-5198 | Creditor, Citi Bank N.A. / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 7280232 | Thomas Hals | Thomson & Reuters | (610) 544-2712 | Interested Party, Thomas Hals / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 7275461 | Mark W. Hancock | Godfrey & Kahn, S. C. | (608) 284-2654 | Interested Party, Godfrey & Kahn / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 7244623 | Mark F. Hebbeln | Foley & Lardner, LLP | (312) 832-4394 | Creditor, UMB Bank N.A. / LIVE |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 7278143 | Angela K. Herring | Wachtell, Lipton, Rosen & Katz | (212) 403-1141 | Interested Party, Texas Energy Future Capital Holdings, et al. / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 7236372 | Natasha Hwangpo | Kirkland & Ellis LLP | (212) 909-3198 | Debtor, Energy Future Holdings / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 7244826 | Anna Kalenchits | Citi Group Global Markets | (212) 723-1808 | Interested Party, Citi Group Global Markets / LISTEN ONLY |

| Debtor | Case | Type | ID | Name | Firm | Phone | Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244601 | Harold Kaplan | Foley & Lardner LLP | | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7272678 | Matthew W. Kinskey | Akin Gump Strauss Hauer & Feld LLP | (312) 832-4393<br>(202) 887-4516 | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7277992 | Seth Kleinman | Kaye Scholer LLP | (312) 583-2333 | Interested Party, York Capital Management Global Advisors, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7245532 | Charles Koster | White & Case LLP | (212) 819-7845 | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7276971 | Stuart Kovensky | Onex Credit Partners | (201) 541-2121 | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7279332 | Phillip G Laroche | Guggenheim Securities LLC | (212) 293-3035 | Financial Advisor, Guggenheim Securities, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7279025 | Robert K. Malone | Drinker Biddle & Reath LLP | (973) 549-7080 | Interested Party, Citibank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7279249 | Brian P. Morgan | Drinker Biddle & Reath LLP | (212) 248-3272 | Interested Party, Citibank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7181288 | Hal F. Morris | Attorney General of Texas-Bankruptcy & Collections Div.Only | (512) 475-4550 | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7247248 | Tina Moss | Perkins Coie LLP | (212) 262-6900 | Trustee, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7275958 | Lars A. Peterson | Foley & Lardner, LLP | (312) 832-5394 | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7184239 | Brian Pfeiffer | Schulte Roth & Zabel LLP | (212) 756-2157 | Creditor, Centerbridge / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7272393 | Meredith Pfister | Barclays Bank PLC | (212) 412-1368 | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7254621 | Meredith Quick | Chadbourne & Parke LLP | (212) 408-5100 | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7272686 | Abid Qureshi | Akin Gump Strauss Hauer & Feld LLP | (212) 872-1000 | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7278021 | Elizabeth Rasskazova | Polygon Global Partners | +44-207-901-8300 | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7250955 | Erica Richards | Morrison & Foerster | (212) 468-8000 | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |

| Party | Case | Type | ID | Name | Firm | Phone | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7270824 | Rachael Ringer | Kramer Levin Naftalis & Frankel LLP | (212) 715-9106 | Creditor, The Lien Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7208120 | Marc B. Roitman | Chadbourne & Parke LLP | (212) 408-5100 | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7279489 | Matthew Roose | Fried, Frank, Harris, Shriver & Jacobson LLP | (212) 859-8029 | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7255075 | Jason Satsky | Chadbourne & Parke LLP | (212) 408-5100 | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7253373 | Andrea B. Schwartz | Office of the US Trustee | 302-573-6491 | U.S. Trustee, Andrea Schwartz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244918 | Fredric Sosnick | Shearman & Sterling LLP | 212-848-8571 | Creditor, Deutsche Bank National Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7242350 | Richard A. Stieglitz | Cahill Gordon & Reindel | (212) 701-3393 ext. 00 | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7279051 | Mark Taub | Mohawk Capital, LLC | (917) 597-8954 | Interested Party, Mohawk Capital, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7243140 | Amer Tiwana | CRT Capital Group, LLC | (203) 569-4318 | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7184283 | Brian Tong | Schulte Roth & Zabel LLP | (212) 756-2159 | Creditor, Centerbridge / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7241785 | Carl Tullson | Skadden Arps Slate Meagher & Flom (Chicago) | (312) 407-0379 | Interested Party, Texas Transmission Investment, LLC. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7239304 | Michael Turkel | Paul Weiss Rifkind Wharton & Garrison | (212) 373-3689 | Interested Party, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7272424 | Matthew Underwood | HBK Capital | 212-588-5148 | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7278351 | Kevin M. Van Dam | Credit Suisse | (212) 325-2115 | Interested Party, Kevin M. Van Dam / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7275469 | Brady C. Williamson | Godfrey & Kahn, S. C. | 608-284-2642 | Interested Party, Godfrey & Kahn, S.C. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7279832 | Julia M. Winters | Bloomberg LP | (212) 617-6592 | Interested Party, Bloomberg LP / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7236404 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7247277 | Daniel Zazove | 312-324-8605 | Perkins Coie LLP | Interested Party, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7233266 | David Zylberberg | (212) 558-7881 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |