**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Related to Document No. 7028** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING ORAL MOTION TO STRIKE STATEMENT OF NEXTERA ENERGY, INC. WITH RESPECT TO PENDING CONFIRMATION MATTERS AND FEASIBLE ALTERNATIVE RESTRUCTURING**

The ad hoc group (the "Ad Hoc Group") of certain holders of approximately $2.7 billion of 10.25% Fixed Senior Notes due 2015 (including Series B) and 10.50%/11.25% Senior Toggle Notes due 2016 issued by TCEH and TCEH Finance, Inc., hereby certifies and states as follows:

**Background**

1. On November 18, 2015, NextEra Energy Resources, LLC filed the *Statement of NextEra Energy, Inc. With Respect to Pending Confirmation Matters and Feasible Alternative Restructuring* [D.I. 7028] (the "NextEra Statement").

2. During the confirmation hearing held November 19, 2015, counsel for the Ad Hoc Group made an oral motion (the "Motion") to strike the NextEra Statement and to reserve all remedies of the parties with respect thereto.

3. At that time, the Court granted the Motion, preserving all remedies of the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

parties.

## Order

4. Pursuant to instructions from the Court, counsel for the Ad Hoc Group has prepared a proposed form of order (the "Proposed Order") granting the Motion, attached hereto as **Exhibit 1**. Accordingly, the Ad Hoc Group respectfully requests that the Court enter the Proposed Order.

Dated:  November 19, 2015               FOX ROTHSCHILD LLP

By:  /s/ L. John Bird
Jeffrey M. Schlerf (No. 3047)
L. John Bird (No. 5310)
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone:  (302) 654-7444
Facsimile:  (302) 463-4971

and

WHITE & CASE LLP
Thomas E. Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744

and

J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*