## EXHIBIT A
## Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B160 | Employment Applications | 0.0 | $0.00 | $0.00 |
| B161 | Budget/Staffing Plan | 2.5 | $1,649.50 | $1,319.60 |
| B162 | Fee Applications | 2.8 | $582.50 | $466.00 |
| B171 | Fee Objections | .2 | $28.00 | $22.40 |
| B240 | Tax Issues | 231.7 | $130,287.50 | $104,230.00 |
| | **Totals** | **237.2** | **$132,547.50** | **$106,038.00** |