## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---:|
| Copies ($0.10/page) | In-House | $102.90 |
| Printing Costs | In-House | $529.00 |
| Reprographics | In-House | $22.60 |
| Postage | In-House | $18.45 |
| | **Total:** | **$672.95** |