# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| Wheat, David | Various | $1.90 | In-house copy charges |
| McNulty, Mary | Various | $101.00 | In-house copy charges |
| McNulty, Mary | Various | $22.60 | Reprographics |
| Wheat, David | Various | $529.00 | Color copies |
| Wheat, David | Various | $18.45 | Postage |
| | | **TOTAL:** | **$672.95** |