**<u>Exhibit B</u>**

**Redline of Exhibit 1**

**(Substantive Duplicate Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | APPLIED INDUSTRIAL TECHNOLOGIES, INC. CORPORATE HEADQUARTERS ATTN: DIANNE MISENKO 1 APPLIED PLAZA CLEVELAND, OH 44115 | 10/21/2014 | 14-11033 (CSS) | 5804 | $1,762.08 | APPLIED INDUSTRIAL TECHNOLOGIES ATTN: DIANNE MISENKO ONE APPLIED PLAZA CLEVELAND, OH 44115-5056 | 10/21/2014 | 14-11033 (CSS) | 5805 | $4,658.89 | Claimed invoice in claim to be disallowed appears to be included in the remaining claim. |
| 2 | BOLIN CONSTRUCTION INC PO BOX 1307 COLORADO CITY, TX 79512 | 09/08/2014 | 14-11032 (CSS) | 4192 | $2,100.00 | BOLIN CONSTRUCTION INC PO BOX 1307 COLORADO CITY, TX 79512 | 09/08/2014 | 14-11032 (CSS) | 4191 | $73,905.00 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |
| 3 | DUST CONTROL TECHNOLOGY INC ATTN: LAURA STIVERSON 1607 W CHANUTE RD PEORIA, IL 61615 | 10/23/2014 | 14-11042 (CSS) | 6208 | $6,664.13 | DUST CONTROL TECHNOLOGY INC 1607 W CHANUTE RD PEORIA, IL 61615 | 10/23/2014 | 14-11022 (CSS) | 6206 | $6,664.13 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 4 | DUST CONTROL TECHNOLOGY INC<br>ATTN: LAURA STIVERSON<br>1607 W CHANUTE RD<br>PEORIA, IL 61615 | 10/23/2014 | 14-11042 (CSS) | 6209 | $19,950.00 | DUST CONTROL TECHNOLOGY INC<br>ATTN: LAURA STIVERSON<br>1607 W CHANUTE RD<br>PEORIA, IL 61615 | 10/23/2014 | 14-11022 (CSS) | 6207 | $19,950.00 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| 5 | POWELL ELECTRICAL SYSTEMS, INC.<br>ATTN: LARRY LARSEN<br>8550 MOSLEY ROAD<br>HOUSTON, TX 77075 | 10/27/2014 | 14-11032 (CSS) | 7793 | $268,372.00 | POWELL ELECTRICAL SYSTEMS, INC.<br>ATTN: LARRY LARSEN<br>8550 MOSLEY ROAD<br>HOUSTON, TX 77075 | 10/27/2014 | 14-11022 (CSS) | 7792 | $268,372.00 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| 6 | POWELL, J SCOTT<br>500 STONEHEDGE DR<br>WYLIE, TX 75098-5145 | 06/23/2014 | 14-11023 (CSS) | 2458 | $1,888.10 | CETECH INC<br>602 N FIRST ST<br>GARLAND, TX 75040 | 09/05/2014 | 14-11032 (CSS) | 4144 | $1,888.10 | Underlying liability asserted in claim to be disallowed is contained in remaining claim. |
| 7 | REGIONAL STEEL PRODUCTS INC<br>PO BOX 3887<br>VICTORIA, TX 77903 | 10/22/2014 | 14-11032 (CSS) | 6064 | $12,554.61 | REGIONAL STEEL INC<br>PO BOX 3887<br>VICTORIA, TX 77903 | 10/22/2014 | 14-11032 (CSS) | 6065 | Undetermined* | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE OF</span> THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| <s>8</s> | <s>SETPOINT INTEGRATED SOLUTIONS 19151 HIGHLAND ROAD BATON ROUGE, LA 70809</s> | <s>08/05/2014</s> | <s>14-11032 (CSS)</s> | <s>3531</s> | <s>$794,879.93</s> | <s>SETPOINT INTEGRATED SOLUTIONS 19151 HIGHLAND ROAD BATON ROUGE, LA 70809</s> | <s>10/20/2014</s> | <s>14-11032 (CSS)</s> | <s>5690</s> | <s>$857,621.66</s> | <s>Claimed invoices in claim to be disallowed appear to be included in remaining claim.</s> |
| <u>8</u><s>9</s> | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 10/06/2014 | 14-11018 (CSS) | 4939 | $21,999.75 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 10/06/2014 | 14-11042 (CSS) | 4944 | $356,315.00 | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 9~~1~~ ~~0~~ | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 10/06/2014 | 14-11023 (CSS) | 4940 | $356,315.00 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 10/06/2014 | 14-11042 (CSS) | 4944 | $356,315.00 | Claim to be disallowed and remaining claims are identical, except for the Debtors against which they are asserted. |
| | | | | | | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 10/06/2014 | 14-11022 (CSS) | 4941 | $291,831.00 | |
| | | | | | | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 10/06/2014 | 14-11010 (CSS) | 4942 | $12,596.50 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| <s>10</s> <br>11 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 10/06/2014 | 14-11032 (CSS) | 4943 | $21,719.00 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 10/06/2014 | 14-11042 (CSS) | 4944 | $356,315.00 | Claimed invoice in claim to be disallowed appears to be included in the remaining claim. |
| <s>11</s> <br>12 | TRIPLE P LAWN SERVICE PO BOX 83 LORAINE, TX 79532 | 10/06/2014 | 14-11032 (CSS) | 4967 | $9,660.00 | PHILLIPS, SANDRA P.O BOX 83 LORAINE, TX 79532 | 06/20/2014 | 14-11032 (CSS) | 2356 | $9,660.00 | Underlying liability asserted in claim to be disallowed is contained in remaining claim. |
| | | | TOTAL | | $<s>1,517,864.60</s> <br>22,984.67 | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts