**Exhibit C**

**Redline of Exhibit 2**

**(No Liability Claims)**

RLF1 13408887v.1

**ENERGY FUTURE HOLDINGS CORP., et al.**

<span style="color:red">**REDLINE OF**</span> **THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | APPLIED INDUSTRIAL TECHNOLOGIES<br>ATTN: DIANNE MISENKO<br>ONE APPLIED PLAZA<br>CLEVELAND, OH 44115-5056 | 14-11022 (CSS) | Oak Grove Management Company LLC | 10/21/2014 | 5802 | $90.21 | Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant. |
| 2 | ARGYLE ISD<br>C/O SAWKO & BURROUGHS, P.C.<br>1172 BENT OAKS DR.<br>DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4815 | $865.87 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 3 | ARGYLE ISD<br>C/O SAWKO & BURROUGHS, P.C.<br>1172 BENT OAKS DR.<br>DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4827 | $2,446.03 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 4 | BAYLOR COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/12/2014 | 9835 | $141.85 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 5 | BAYLOR COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 11/12/2014 | 9846 | $141.85 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | BLACKWELL INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/03/2014 | 1054 | $76.93* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 7 | BOWIE ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/12/2014 | 9840 | $95.58 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 8 | BRECKENRIDGE ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/12/2014 | 9836 | $663.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 9 | BRECKENRIDGE ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10996 (CSS) | EFH Corporate Services Company | 11/12/2014 | 9845 | $663.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 10 | BUCKHOLTS INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JOHN T. BANKS<br>3301 NORTHLAND DRIVE, SUITE 505<br>AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/22/2015 | 9946 | $23,824.64 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | BUCKHOLTS ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JOHN T. BANKS<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 02/09/2015 | 9969 | $23,824.64 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 12 | BUCKHOLTS ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JOHN T. BANKS<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/17/2015 | 10009 | $23,824.64* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 13 | BUCKHOLTS ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JOHN T. BANKS<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/24/2015 | 10026 | $23,824.64* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 14 | BURKBURNETT ISD<br>C/O PERDUE BRANDON FIELDER COLLINS NOTT<br>ATTN: JEANMARIE BAER<br>P.O. BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/10/2014 | 9833 | $387.25 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 15 | CAMERON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JOHN T. BANKS<br>3301 NORTHLAND DRIVE, SUITE 505<br>AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/22/2015 | 9945 | $110,428.30 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | CAMERON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JOHN T. BANKS<br>3301 NORTHLAND DRIVE, SUITE 505<br>AUSTIN, TX 78731 | 14-10989 (CSS) | TXU Electric Company, Inc. | 01/22/2015 | 9950 | $126.36 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 17 | CAMERON ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 14-10989 (CSS) | TXU Electric Company, Inc. | 03/17/2015 | 10007 | $126.36* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 18 | CAMERON ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/17/2015 | 10010 | $110,428.28* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 19 | CAMERON ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JOHN T. BANKS<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 14-10989 (CSS) | TXU Electric Company, Inc. | 03/24/2015 | 10024 | $126.36* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 20 | CAMERON ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JOHN T. BANKS<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/24/2015 | 10027 | $110,428.28* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | CAYUGA ISD<br>ATTN: CAROL PUGH<br>PO BOX 427<br>CAYUGA, TX 75832 | | No Debtor Asserted | 11/06/2014 | 9805 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 22 | CENTRAL APPRAISAL DISTRICT ET AL<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 880 | $315.49* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 23 | CITY OF CLEBURNE<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 03/23/2015 | 10032 | $1,556.79 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 24 | CITY OF COPPELL<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY SUITE 1000<br>DALLAS, TX 75207 | 14-10989 (CSS) | TXU Electric Company, Inc. | 05/19/2014 | 105 | $10.26* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 25 | CITY OF COPPELL<br>C/O LINEBARGER GOOGAN BLAIR SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY SUITE 1000<br>DALLAS, TX 75207 | 14-10989 (CSS) | TXU Electric Company, Inc. | 08/31/2015 | 11152 | $16.44* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 | CITY OF COPPER CANYON C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4820 | $67.64 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 27 | CITY OF COPPER CANYON C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4824 | $588.17 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 28 | CITY OF LEWISVILLE C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4814 | $88.02 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 29 | CITY OF LEWISVILLE C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4817 | $105.43 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 30 | CITY OF LEWISVILLE C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4819 | $497.35 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 31 | CITY OF LEWISVILLE C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4821 | $25.57 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 32 | CITY OF LEWISVILLE<br>C/O SAWKO & BURROUGHS, P.C.<br>1172 BENT OAKS DR.<br>DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4825 | $489.21 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 33 | CITY OF ROANOKE<br>C/O SAWKO & BURROUGHS, P.C.<br>1172 BENT OAKS DR.<br>DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4826 | $299.51 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 34 | CITY OF ROSCOE<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/03/2014 | 1053 | $29.05* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 35 | CITY OF SWEETWATER<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/03/2014 | 1059 | $1,161.92* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 36 | CITY VIEW ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/10/2014 | 9829 | $1,037.60 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 37 | CLEBURNE INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 03/23/2015 | 10031 | $2,598.92 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 38 | COMMIATO'S MACHINE & REPAIR SERVICE INC<br>1141 N E LOOP<br>CARTHAGE, TX 75633 | 14-11032 (CSS) | Luminant Generation Company LLC | 09/26/2014 | 4696 | $1,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that Debtors already paid claimant on account of this claim on 10/16/2013 via ACH number 8000915174. |
| 39 | COOKE COUNTY APPRAISAL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 11/10/2014 | 9828 | $3,763.29 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 40 | COOKE COUNTY APPRAISAL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/10/2014 | 9830 | $3,763.29 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 | COPPERAS COVE INDEPENDENT SCHOOL DISTRIC C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 03/24/2015 | 10019 | $3,684.59* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 42 | COPPERAS COVE INDEPENDENT SCHOOL DISTRIC C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/24/2015 | 10021 | $196,898.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 43 | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 06/25/2014 | 2567 | $3,684.59* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 44 | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/22/2015 | 9944 | $196,898.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 45 | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 02/09/2015 | 9968 | $196,898.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 46 | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/17/2015 | 10011 | $196,898.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 47 | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 03/17/2015 | 10013 | $3,684.59* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 49 | DENTON ISD C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4816 | $24.86 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 49 | DENTON ISD C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4822 | $347.85 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 50 | DENTON ISD C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4823 | $924.15 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 51 | DENTON ISD C/O SAWKO & BURROUGHS, P.C. 1172 BENT OAKS DR. DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4828 | $671.81 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5~~2~~ | ~~DOYENNE CONSTRUCTORS, LLC~~ ~~PO BOX 127~~ ~~MARIAH HILL, IN 47556~~ | ~~14-11032 (CSS)~~ | ~~Luminant Generation Company LLC~~ | ~~06/04/2014~~ | ~~1103~~ | ~~$45,000.00~~ | ~~According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors negotiated a termination of the contract to which this project invoice is related and the terms of that termination agreement provided that the Debtors' liability under that contract would be limited to amounts already paid.~~ |
| 5~~2~~3 | GOOCH, SHERRY D PO BOX 181421 ARLINGTON, TX 76096 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/27/2014 | 8098 | $438.42 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Claimant was billed in accordance with their pricing plan. |
| 5~~3~~4 | HIDALGO COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 14-11035 (CSS) | Southwestern Electric Service Company, Inc. | 06/25/2014 | 2570 | $120.07* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 5~~4~~5 | HIGHLAND INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/03/2014 | 1061 | $27.84* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 5~~5~~6 | HUMBLE INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: CARL O. SANDIN 1235 NORTH LOOP WEST, SUITE 600 HOUSTON, TX 77008 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2488 | $4,513.10* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5~~6~~7 | HUMBLE INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: CARL O. SANDIN<br>1235 NORTH LOOP WEST, SUITE 600<br>HOUSTON, TX 77008 | 14-11041 (CSS) | Texas Power & Light Company, Inc. | 11/21/2014 | 9879 | $4,167.06 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 5~~7~~8 | JOHNSON COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 03/23/2015 | 10030 | $905.45 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 5~~8~~9 | LABORDE, DARLENE D<br>3017 SHERRY DR<br>BATON ROUGE, LA 70816 | 14-10979 (CSS) | Energy Future Holdings Corp. | 02/02/2015 | 9962 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 59~~6~~~~0~~ | LAKE DALLAS ISD<br>C/O SAWKO & BURROUGHS, P.C.<br>1172 BENT OAKS DR.<br>DENTON, TX 76210 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4818 | $1,382.54 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 60~~1~~ | MARTIN, ROBERT C<br>1300 FM 1460<br>GEORGETOWN, TX 78626-3902 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/16/2014 | 5425 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Claimant was billed in accordance with their pricing. |
| 61~~2~~ | MIDLAND COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>P.O. BOX 817<br>LUBBOCK, TX 79408 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/23/2015 | 10015 | $4,005.06* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6<s>2</s>3 | MONTAGUE COUNTY APPRAISAL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>P.O. BOX 8188<br>WICHITA FALLS, TX 76307 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 11/12/2014 | 9847 | $95.58 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 6<s>3</s>4 | NOLAN COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/03/2014 | 1058 | $2,611.76* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 6<s>4</s>5 | RICE, NETTIE<br>1501 HILLCREST DR.<br>GRAHAM, TX 76450 | | Multiple Debtors Asserted | 09/23/2014 | 4629 | $16,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 6<s>5</s>6 | RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/03/2014 | 1056 | $4,799.22* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 6<s>6</s>7 | ROSCOE INDEPENDENT SCHOOL DISRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/03/2014 | 1052 | $429.97* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6~~8~~7 | SAXON, D.W. 1820 CR 4110 PITTSBURG, TX 75686 | | No Debtor Asserted | 09/12/2014 | 4332 | $761.83 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| ~~69~~ | ~~STEWART, KUK JA 2028 SANDY LANE IRVING, TX 75060~~ | ~~14-10979 (CSS)~~ | ~~Energy Future Holdings Corp.~~ | ~~08/24/2015~~ | ~~10982~~ | ~~Undetermined*~~ | ~~According to a reasonable review of the Debtors' books and records, the materials appended to the claims filed by the Claimant, and additional materials provided to the Debtors, the Debtors are not liable for the asserted claim.~~ |
| 68~~7~~0 | SWEETWATER INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/03/2014 | 1060 | $3,723.49* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 69~~7~~1 | SZYMCZAK, ED 1030 CHAMBOARD LN HOUSTON, TX 77018-3211 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 09/24/2014 | 4654 | $250.00 | According to the Debtors' books and records, the Debtors are not liable for the asserted claim. The third-party vendor contracted to manage the Welcome Bonus program confirmed that a Welcome Bonus card was issued in the amount of $125, used, and expired with a remaining balance of $29.02. A letter providing the promotional code for the Energy Store was mailed to claimant; the promotional code expired on 9/30/2011, as indicated on the letter. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7~~0~~2 | TEXAS DISPOSAL SYSTEMS<br>PO BOX 17126<br>AUSTIN, TX 78760 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/22/2014 | 5967 | $21,910.90 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim is for invoices for work performed on an expired Purchase Order issued by the Debtors. |
| 7~~1~~3 | THORNDALE ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JOHN T. BANKS<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 02/09/2015 | 9971 | $99,569.92 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 7~~2~~4 | THORNDALE ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/17/2015 | 10008 | $99,569.92* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 7~~3~~5 | THORNDALE ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JOHN T. BANKS<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/24/2015 | 10025 | $99,569.92* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 7~~4~~6 | TRAVIS COUNTY<br>ATTN: KAY D. BROCK<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 10/24/2014 | 7557 | $18,650.26 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 7~~5~~7 | TRAVIS COUNTY<br>ATTN: KAY D. BROCK<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | 14-11036 (CSS) | Lone Star Pipeline Company, Inc. | 10/24/2014 | 7558 | $27.57 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE OF</span> THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7<span style="color:red">6</span><s>8</s> | TRAVIS COUNTY<br>ATTN: KAY D. BROCK<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/24/2014 | 7560 | $28,779.02 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 7<span style="color:red">7</span><s>9</s> | TRICORBRAUN<br>6 CITYPLACE DR # 1000<br>SAINT LOUIS, MO 63141 | 14-11032 (CSS) | Luminant Generation Company LLC | 09/08/2014 | 4166 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 7<span style="color:red">8</span><s>80</s> | TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/04/2014 | 3527 | $4,521.34 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 8<s>17</s><span style="color:red">9</span> | WHITESBORO INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/03/2014 | 1062 | $307.86* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| | | | | | TOTAL | $1,<s>712,700.56</s><span style="color:red">667,700.56</span>* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts