**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 6505, 6506** |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING
"DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN IMPROPERLY CLASSIFIED CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 6505]**

The undersigned hereby certifies as follows:

1.      On October 16, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 6505] (the "Objection").[2] On October 16, 2015, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 6506] in connection with, and in support of the relief requested, in the Objection.

2.      Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on October 30, 2015.

3.      The Debtors received five formal responses to the Objection filed:  on October 28, 2015 by Michelin North America Inc. [D.I. 6723]; on October 30, 2015 by Locomotive Service, Inc. [D.I. 6775]; on October 30, 2015 by Tannor Partners [D.I. 6785]; on October 30, 2015 by Knife River [D.I. 6798]; and on November 2, 2015 by OEAAT Inc. [D.I. 6865] (the "Formal Response").

4.      The Debtors also received four informal responses to the Objection (the "Informal Responses").

5.      The Debtors have agreed to withdraw the Objection solely with respect to the following Proofs of Claim (collectively, the "Withdrawn Objection Claims"):

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC No. 3403 | Sonar Credit Partners | None |
| POC No. 3514 | Sierra Liquidity Fund | None |
| POC No. 6255 | Locomotive Service, Inc. | D.I 6775 |

6.      The Debtors have consensually resolved the following Formal Response and Informal Response, and the claimants have each indicated that they do not object to the relief requested in the Objection as modified in the exhibits attached hereto:

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC No. 4272 | AEC Powerflow | None |
| POC No. 4535 | Michelin North America Inc. | D.I. 6723 |

7.     The Debtors have consensually resolved the following Formal Response, and the claimant has indicated that they do not object to the relief requested in the Objection:

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC No. 9934 | OEAAT Inc. | D.I. 6865 |

8.     The Debtors have agreed to adjourn the hearing with respect to the remaining Formal Responses.  The claimants consented to the adjournment via telephone.  In addition, the Debtors have agreed to adjourn the hearing with respect to one Informal Response.

9.     The following is a complete list of the Proofs of Claim objected to in the Objection and for which the Debtors have agreed to continue the hearing as described above (the "Adjourned Claims"):

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC No. 3429 | 5DT | None |
| POC No. 4018 | API Systems/ Tannor Partners | D.I. 6785 |
| POC No. 5246 | Knife River | D.I. 6798 |

10.     During the continuance of the Adjourned Claims, the Debtors reserve all rights to, in the future, reassert any objection contained in the Objection or to raise further objections with respect to the Adjourned Claims.

11.     The Debtors also received certain other general informal inquiries from claimants holding Disputed Claims.  The Debtors have addressed and resolved these inquiries without requiring any modification to the Order or the relief sought in the Objection.

12.     The Debtors have not received any other responses or objections to the Objection, and no other responses or objections appear on the Court's docket in these cases.

13.     Additionally, since the Debtors filed the Objection, a claimant withdrew Proofs of Claim that the Debtors objected to in the Objection (the "Withdrawn Claims"):

RLF1 13408890v.1

| Proof of Claim Number | Claimant | Withdrawal Notice |
|---|---|---|
| POC Nos. 6195, 6305, 6306 | Industrial Lubricant Company | D.I. 6558 |

14.     The Debtors have revised the applicable exhibits to the proposed form of order (the "Proposed Order") to remove the Adjourned Claims, the Withdrawn Objection Claims, and the Withdrawn Claims.  A copy of the Proposed Order is attached hereto as **Exhibit A**, and redlines of the applicable exhibits as compared to the exhibits attached to the Proposed Order filed on October 16, 2015, are attached hereto as **Exhibit B**, **Exhibit C**, **Exhibit D**, and **Exhibit E**.

*[Remainder of page intentionally left blank.]*

RLF1 13408890v.1

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

| | |
|---|---|
| Dated: November 19, 2015<br>Wilmington, Delaware | */s/ Jason M. Madron* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*