**Exhibit B**

**Redline of Exhibit 1**

**(Wrong Debtor and Modify Amount Claims)**

## ENERGY FUTURE HOLDINGS CORP., et al.

## REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BEST BUY BUSINESS ADVANTAGE ATTN: TIFFANY OFFUTT, RECOV. COORDINATOR 8650 COLLEGE BLVD OVERLAND PARK, KS 66210 | 5001 | Luminant Generation Company LLC | 503(b)(9) | $3,477.94 | Luminant Generation Company LLC | 503(b)(9) | $2,077.98 |
| | | | Luminant Generation Company LLC | Unsecured | $10,589.97 | Luminant Mining Company LLC | 503(b)(9) | $1,399.96 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $9,150.00 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $750.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $439.98 |
| | | | | Subtotal | $14,067.91 | | Subtotal | $13,817.92 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for amount paid via check number 1002699314 on 4/16/2014.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | BUFFALO INDUSTRIAL SUPPLY INC PO BOX N HWY 79 S BUFFALO, TX 75831 | 7681 | Luminant Mining Company LLC | Unsecured | $521,518.49 | Luminant Mining Company LLC | Unsecured | $498,968.59 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $15,000.00 |
| | | | | | | | Subtotal | $513,968.59 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for attorney fees asserted; the Debtors are not liable for the claimant's post-petition legal fees.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | BUFFALO INDUSTRIAL SUPPLY INC PO BOX N HWY 79 S BUFFALO, TX 75831 | 7682 | Oak Grove Management Company LLC | Unsecured | $119,897.17 | Luminant Mining Company LLC | Unsecured | $5,137.87 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $102,485.85 |
| | | | | | | | Subtotal | $107,623.72 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment (1) for attorney fees asserted; the Debtors are not liable for the claimant's post-petition legal fees, and (2) per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | ESCO CORPORATION 2141 NW 25TH AVE PORTLAND, OR 97210 | 5467 | Luminant Mining Company LLC | 503(b)(9) | $25,776.00 | Luminant Mining Company LLC | 503(b)(9) | $22,728.47 |
| | | | Luminant Mining Company LLC | Unsecured | $262,366.92 | Oak Grove Management Company LLC | 503(b)(9) | $3,047.64 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $226,521.45 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $20,395.40 |
| | | | | Subtotal | $288,142.92 | | Subtotal | $272,692.96 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for amount paid via check number 1002695986 on 3/17/2014.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | INDUSTRIAL LUBRICANT COMPANY ATTN: GARY OJA P.O. BOX 70 35108 HWY 2 W. GRAND RAPIDS, MN 55744 | 6306 | Luminant Big Brown Mining Company LLC | 503(b)(9) | $10,460.65 | Luminant Mining Company LLC | 503(b)(9) | $10,460.65 |
| | | | Luminant Big Brown Mining Company LLC | Unsecured | $14,048.59 | Luminant Mining Company LLC | Unsecured | $11,948.59 |
| | | | | Subtotal | $24,509.24 | | Subtotal | $22,409.24 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for invoices paid via ACH number 8000933006 on 3/4/2014.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 56 | LYLE OIL COMPANY, INC. | 3968 | Luminant Big Brown Mining Company LLC | Unsecured | $2,777.69 | Luminant Generation Company LLC | Unsecured | $1,213.70 |
| | ATTN: LYLE RED PO BOX 77 FAIRFIELD, TX 75840 | | | | | Luminant Mining Company LLC | Unsecured | $1,196.75 |
| | | | | | | Subtotal | | $2,410.45 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects (1) adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate), and (2) adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 67 | LYLE OIL COMPANY, INC. | 3969 | Luminant Generation Company LLC | Unsecured | $126,696.32 | Luminant Generation Company LLC | Unsecured | $93,644.67 |
| | ATTN: LYLE RED PO BOX 77 FAIRFIELD, TX 75840 | | | | | Oak Grove Management Company LLC | Unsecured | $22,700.80 |
| | | | | | | Sandow Power Company LLC | Unsecured | $10,220.85 |
| | | | | | | Subtotal | | $126,566.32 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | MICHELIN NORTH AMERICA, INC. | 4535 | Luminant Mining Company LLC | 503(b)(9) | $220,793.38 | Luminant Mining Company LLC | 503(b)(9) | $216,579.42 |
| | C/O NELSON MULLINS RILEY SCARBOROUGH LLP | | Luminant Mining Company LLC | Unsecured | $685,103.20 | Oak Grove Management Company LLC | 503(b)(9) | $3,440.56 |
| | ATTN: JODY A. BEDENBAUGH | | | | | Luminant Mining Company LLC | Unsecured | $588,551.60 |
| | PO BOX 11070 COLUMBIA, SC 29211 | | | | | Oak Grove Management Company LLC | Unsecured | $84,475.60 |
| | | | | Subtotal | $905,896.58 | | Subtotal | $893,047.18 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects reduction for goods returned to the vendor because the corresponding purchase order was closed at the time of receipt.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 79 | NEW PIG CORPORATION ONE PORK AVE TIPTON, PA 16684-0304 | 3632 | Sandow Power Company LLC | Unsecured | $7,113.24 | Luminant Generation Company LLC | Unsecured | $1,620.00 |
| | | | | | | Sandow Power Company LLC | Unsecured | $5,448.00 |
| | | | | | | | Subtotal | $7,068.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustments for freight charges asserted (Debtor uses a third party logistics company to whom such liabilities are properly owed).

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 810 | PEGUES HURST MOTOR CO PO BOX 3686 LONGVIEW, TX 75606 | 4027 | Luminant Generation Company LLC | Unsecured | $762.63 | Luminant Mining Company LLC | Unsecured | $741.90 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate).

## ENERGY FUTURE HOLDINGS CORP., et al.

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9~~1~~ | RED RIVER PUMP SPECIALISTS LLC 1555 WELLS ISLAND ROAD SHREVEPORT, LA 71107 | 7569 | Luminant Mining Company LLC | Unsecured | $103,001.87* | Luminant Mining Company LLC | Unsecured | $226.16 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $102,775.71 |
| | | | | | | Subtotal | | $103,001.87 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10~~12~~ | RED RIVER PUMP SPECIALISTS LLC 1555 WELLS ISLAND ROAD SHREVEPORT, LA 71107 | 7570 | Luminant Generation Company LLC | Unsecured | $2,693.15* | Luminant Mining Company LLC | Unsecured | $2,693.15 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11~~13~~ | RED RIVER PUMP SPECIALISTS LLC 1555 WELLS ISLAND ROAD SHREVEPORT, LA 71107 | 7571 | Sandow Power Company LLC | Unsecured | $26,100.00* | Luminant Mining Company LLC | Unsecured | $8,836.58 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $5,100.62 |
| | | | | | | Subtotal | | $13,937.20 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects (1) liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim and (2) review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant.

## ENERGY FUTURE HOLDINGS CORP., et al.

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 14 | RED RIVER PUMP SPECIALISTS LLC 1555 WELLS ISLAND ROAD SHREVEPORT, LA 71107 | 7588 | Oak Grove Management Company LLC | Unsecured | $117,081.37* | Luminant Mining Company LLC | Unsecured | $102,990.12 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $13,371.35 |
| | | | | | | | Subtotal | $116,361.47 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects (1) liquidation of claim to reflect the amount owed according to Debtors' books and records, (2) adjustment for amount paid via ACH number 8000930767 on 2/13/2014 and (3) adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate).

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 15 | RED RIVER PUMP SPECIALISTS LLC 1555 WELLS ISLAND ROAD SHREVEPORT, LA 71107 | 7589 | Oak Grove Management Company LLC | Unsecured | $980.00* | Luminant Mining Company LLC | Unsecured | $662.50 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $317.50 |
| | | | | | | | Subtotal | $980.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 16 | REGIONAL STEEL INC PO BOX 3887 VICTORIA, TX 77903 | 6065 | Luminant Generation Company LLC | Unsecured | Undetermined* | Luminant Generation Company LLC | Unsecured | $11,011.16 |
| | | | | | | Sandow Power Company LLC | Unsecured | $935.86 |
| | | | | | | | Subtotal | $11,947.02 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects (1) liquidation of claim to reflect the amount owed according to Debtors' books and records and (2) adjustment for amount paid via ACH number 8000936491 on 3/28/2014.

**ENERGY FUTURE HOLDINGS CORP., et al.**

<span style="color:red">REDLINE OF</span> THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 17 | SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND ATT-IN-FACT FOR NEW PIG CORP ASSIGNOR 19772 MACARTHUR BLVD #200 IRVINE, CA 92612 | 3631 | Luminant Generation Company LLC | 503(b)(9) | $2,096.60 | Oak Grove Management Company LLC | 503(b)(9) | $454.00 |
| | | | | | | Sandow Power Company LLC | 503(b)(9) | $1,362.00 |
| | | | | | | | Subtotal | $1,816.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment on account of invoice no. 21368639-00 for which the Debtors' are not liable, according to their books and records (liability, if any, is owed by a non-Debtor third-party).

| | | | TOTAL | $2,263,335.181,3 32,929.36* | | TOTAL | $2,211,082.991,2 95,626.57 |
|---|---|---|---|---|---|---|---|