# Exhibit C

**Redline of Exhibit 2**

**(Wrong Debtor and Modify Priority Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AEC POWERFLOW, LLC 100 SW SCHERER ROAD LEES SUMMIT, MO 64082 TRANSFERRED TO: TRC MASTER FUND LLC TRANSFEROR: AEC POWERFLOW, LLC ATTN: TERREL ROSS PO BOX 633 WOODMERE, NY 11598 | 4272 | Luminant Generation Company LLC | 503(b)(9) | $53,849.66 | Luminant Generation Company LLC | 503(b)(9) | $~~22,087.08~~45,169.26 |
| | | | Luminant Generation Company LLC | Unsecured | $40,216.66 | Oak Grove Management Company LLC | 503(b)(9) | $731.50 |
| | | | | | | Sandow Power Company LLC | 503(b)(9) | $1,055.08 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $~~70,192.66~~47,110.48 |
| | | | | Subtotal | $94,066.32 | | Subtotal | $94,066.32 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 5792 | Oak Grove Management Company LLC | 503(b)(9) | $46,233.68 | Oak Grove Management Company LLC | 503(b)(9) | $46,193.68 |
| | | | Oak Grove Management Company LLC | Unsecured | $33,225.95 | Luminant Generation Company LLC | Unsecured | $140.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $33,125.95 |
| | | | | Subtotal | $79,459.63 | | Subtotal | $79,459.63 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 5793 | Sandow Power Company LLC | 503(b)(9) | $2,363.65 | Sandow Power Company LLC | 503(b)(9) | $2,328.65 |
| | | | Sandow Power Company LLC | Unsecured | $7,177.50 | Luminant Generation Company LLC | Unsecured | $95.00 |
| | | | | | | Sandow Power Company LLC | Unsecured | $7,117.50 |
| | | | | Subtotal | $9,541.15 | | Subtotal | $9,541.15 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 5795 | Luminant Mining Company LLC | 503(b)(9) | $1,764.00 | Luminant Mining Company LLC | 503(b)(9) | $1,754.00 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $10.00 |
| | | | | | | | Subtotal | $1,764.00 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | FRANKLIN AUTO SUPPLY PO BOX 519 FRANKLIN, TX 77856 | 5446 | Luminant Generation Company LLC | 503(b)(9) | $71.88 | Oak Grove Management Company LLC | Unsecured | $71.88 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE OF</span> THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~6~~ | ~~KNIFE RIVER CORPORATION - SOUTH PO BOX 674 BRYAN, TX 77806~~ | ~~5246~~ | ~~Luminant Generation Company LLC~~ | ~~503(b)(9)~~ | ~~$330,900.47~~ | ~~Luminant Big Brown Mining Company LLC~~ | ~~503(b)(9)~~ | ~~$102,452.21~~ |
| | | | | | | ~~Luminant Mining Company LLC~~ | ~~503(b)(9)~~ | ~~$15,559.86~~ |
| | | | | | | ~~Luminant Big Brown Mining Company LLC~~ | ~~Unsecured~~ | ~~$190,732.03~~ |
| | | | | | | ~~Luminant Mining Company LLC~~ | ~~Unsecured~~ | ~~$22,156.37~~ |
| | | | | | | | ~~Subtotal~~ | ~~$330,900.47~~ |

~~REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status, and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.~~

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~7~~6 | SPACENET INC. ATTN: GENERAL COUNSEL 1750 OLD MEADOW ROAD MC LEAN, VA 22102 | 5773 | Luminant Energy Company LLC | Priority | $330.96 | Luminant Energy Company LLC | Unsecured | $44,030.00 |
| | | | Luminant Energy Company LLC | Unsecured | $48,312.00 | Luminant Generation Company LLC | Unsecured | $4,612.96 |
| | | | | Subtotal | $48,642.96 | | Subtotal | $48,642.96 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(8), according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status; tax charge is related to sales tax that does not give rise to priority status.

| | | | | TOTAL | $~~564,446.41~~233,545.94 | | TOTAL | $~~564,446.41~~233,545.94 |