**Exhibit D**

**Redline of Exhibit 4**

**(Modify Amount Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AMERICAN LIST COUNSEL<br>PO BOX 416023<br>BOSTON, MA 02241-6023 | 4142 | TXU Energy Retail Company LLC | Unsecured | $37,771.14 | TXU Energy Retail Company LLC | Unsecured | $37,467.69 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with the claimant. ||||||||
| 2 | AMETEK POWER INSTRUMENTS - ROCHESTER<br>PO BOX 90296<br>CHICAGO, IL 60696-0296 | 4564 | Luminant Generation Company LLC | Unsecured | Undetermined* | Luminant Generation Company LLC | Unsecured | $65.00 |
| | REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim. ||||||||
| 3 | ~~API SYSTEMS GROUP INC~~<br>~~10575 VISTA PARK ROAD~~<br>~~DALLAS, TX 75238~~<br><br>~~TRANSFERRED TO:~~<br>~~TANNOR PARTNERS CREDIT FUND, LP~~<br>~~TRANSFEROR: API SYSTEMS GROUP INC~~<br>~~ATTN: ROBERT TANNOR~~<br>~~150 GRAND STREET, STE 401~~<br>~~WHITE PLAINS, NY 10601~~ | ~~4018~~ | ~~Oak Grove Management Company LLC~~ | ~~Unsecured~~ | ~~$20,795.00~~ | ~~Oak Grove Management Company LLC~~ | ~~Unsecured~~ | ~~$16,520.00~~ |
| | ~~REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant.~~ ||||||||

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

## <span style="color:red">REDLINE OF</span> THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| <s>4</s>3 | ATLAS COPCO COMPTEC LLC<br>46 SCHOOL RD<br>VOORHEESVILLE, NY 12186 | 3963 | Oak Grove Management Company LLC | Unsecured | $204,756.82 | Oak Grove Management Company LLC | Unsecured | $197,646.82 |
| REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| <s>4</s>5 | BALDWIN, RICHARD P<br>17628 HEADSVILLE RD<br>THORNTON, TX 76687 | 5285 | Oak Grove Management Company LLC | Unsecured | Undetermined* | Oak Grove Management Company LLC | Unsecured | $4,250.00 |
| REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim. |
| <s>5</s>6 | BREAK TIME SOLUTIONS, INC.<br>P.O. BOX 1081<br>MEXIA, TX 76667 | 7552 | Luminant Generation Company LLC | Unsecured | $5,518.52 | Luminant Generation Company LLC | Unsecured | $4,419.23 |
| REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant. |
| <s>6</s>7 | BUFFALO INDUSTRIAL SUPPLY INC<br>2333 HWY 79S<br>BUFFALO, TX 75831 | 7680 | Luminant Mining Company LLC | Unsecured | $44,961.53 | Luminant Mining Company LLC | Unsecured | $37,400.94 |
| REASON FOR MODIFICATION: Modified amount reflects adjustment (1) for attorney fees asserted; the Debtors are not liable for the claimant's post-petition legal fees and (2) per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 8 | CCI INSPECTION SERVICES INC 24624 INTERSTATE 45 STE 200 SPRING, TX 77386-4084 | 4413 | Luminant Generation Company LLC | Unsecured | $504.43 | Luminant Generation Company LLC | Unsecured | $485.00 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for freight charges asserted (Debtor uses a third party logistics company to whom such liabilities are properly owed). | | | | | | | |
| 8 9 | CONTRACTOR'S SUPPLIES INC PO BOX 150140 LUFKIN, TX 75915-0140 | 4753 | Luminant Generation Company LLC | Unsecured | $36,961.00 | Luminant Generation Company LLC | Unsecured | $34,562.50 |
| | REASON FOR MODIFICATION: Modified amount reflects (1) amount owed according to Debtors books and records; the difference reflects invoices addressed to a non-Debtor third party, and (2) adjustment for amount paid via check number 1002684081 on 11/18/2013. | | | | | | | |
| 9 10 | CRIDDLE, FRANK 5847 SIXTH AVE LOS ANGELES, CA 90043 | 8047 | Luminant Mining Company LLC | Unsecured | Undetermined* | Luminant Mining Company LLC | Unsecured | $16.10 |
| | REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim. | | | | | | | |
| 10 11 | DE LAGE LANDEN FINANCIAL SERVICES 1111 OLD EAGLE SCHOOL RD WAYNE, PA 19087 | 4612 | Oak Grove Management Company LLC | Unsecured | $7,078.34 | Oak Grove Management Company LLC | Unsecured | $422.17 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment (1) for amounts paid via check numbers 1002698026 and 1002698153 on 4/7/2014 and 4/9/2014, respectively, and (2) per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 12 | DISTRIBUTION INTERNATIONAL 9000 RAILWOOD DR HOUSTON, TX 77078 | 7784 | Luminant Generation Company LLC | Unsecured | $6,203.66 | Luminant Generation Company LLC | Unsecured | $6,089.85 |

**REASON FOR MODIFICATION:** Modified amount reflects adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate).

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12 13 | FOX SCIENTIFIC INC 8221 E FM 917 ALVARADO, TX 76009 | 4055 | Luminant Generation Company LLC | Unsecured | $3,826.83* | Luminant Generation Company LLC | Unsecured | $3,826.83 |

**REASON FOR MODIFICATION:** Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13 14 | HAGEMEYER NORTH AMERICA INC PO BOX 404753 ATLANTA, GA 30384-4753 | 4209 | Luminant Mining Company LLC | Unsecured | $13,913.58 | Luminant Mining Company LLC | Unsecured | $13,882.78 |

**REASON FOR MODIFICATION:** Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14 15 | HAROLD BECK & SONS INC 11 TERRY DRIVE NEWTOWN, PA 18940 | 4043 | Luminant Generation Company LLC | Unsecured | $77,553.30 | Luminant Generation Company LLC | Unsecured | $76,608.30 |

**REASON FOR MODIFICATION:** Modified amount reflects adjustment for amount paid via check number 1002696508 on 3/20/2014.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 16 | HOIST PARTS INC DBA OMI CRANE SERVICES PO BOX 1719 ROCKWALL, TX 75087 | 4557 | Luminant Generation Company LLC | Unsecured | $9,728.97 | Luminant Generation Company LLC | Unsecured | $8,987.50 |

**REASON FOR MODIFICATION:** Modified amount reflects adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate).

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 ~~17~~ | HOUSTON PIPE LINE COMPANY LP C/O PORTER HEDGES LLP ATTN: JOHN F. HIGGINS 1000 MAIN STREET, 36TH FLOOR HOUSTON, TX 77002 | 7858 | Luminant Energy Company LLC | Secured | $31,141.71 | Luminant Energy Company LLC | Secured | $19,186.61 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for invoice H032014246447 satisfied by wire on 4/25/2014.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17 ~~18~~ | INTERNATIONAL EXTERMINATOR PO BOX 123828 FORT WORTH, TX 76121 | 5350 | Luminant Mining Company LLC | Unsecured | $2,822.00 | Luminant Mining Company LLC | Unsecured | $2,382.00 |

REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18 ~~19~~ | INTERNATIONAL EXTERMINATOR CORPORATION PO BOX 123828 FT. WORTH, TX 76121-3828 | 5346 | Luminant Mining Company LLC | Unsecured | $1,738.00 | Luminant Mining Company LLC | Unsecured | $869.00 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for amount paid via check number 1002696467 on 3/20/2014.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19 ~~20~~ | INTERNATIONAL EXTERMINATOR CORPORATION PO BOX 123828 FORT WORTH, TX 76121-3828 | 5347 | Luminant Mining Company LLC | Unsecured | $817.33 | Luminant Mining Company LLC | Unsecured | $242.00 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for amount paid via check numbers 1002659958 and 1002696467 on 4/29/2013 and 3/20/2014, respectively.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~20~~ 21 | JERRY'S SPORT CENTER INC<br>PO BOX 125<br>CHAPIN, SC 29036 | 4025 | Luminant Generation Company LLC | Unsecured | $18,184.84 | Luminant Generation Company LLC | Unsecured | $17,485.00 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for late fees that the claimant is accruing post-petition, for which the Debtors are not liable by operation of the automatic stay, 11 U.S. Code § 362.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ~~21~~ 22 | LRS-RDC INC.<br>P.O. BOX 2335<br>MT. PLEASANT, TX 75456 | 4276 | Luminant Mining Company LLC | Unsecured | $13,321.92 | Luminant Mining Company LLC | Unsecured | $9,922.09 |

REASON FOR MODIFICATION: Modified amount reflects adjustment (1) for $2,065.60 asserted in this claim that was already paid via ACH number 8000929667 on 02/05/2014 pursuant to invoice number 5909, and (2) per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ~~22~~ 23 | MARTIN ENGINEERING COMPANY<br>C/O THOMPSON COBURN LLP<br>ATTN: DAVID D. FARRELL<br>505 N. SEVENTH STREET, SUITE 2700<br>SAINT LOUIS, MO 63101 | 7826 | Sandow Power Company LLC | Unsecured | $43,712.15 | Sandow Power Company LLC | Unsecured | $38,102.15 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $5,610.00 is accounted for in claim nos. 7823 and 7825 on the claim register.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 24 | MENARDI MIKROPUL LLC 1 MAXWELL DR TRENTON, SC 29847 | 7535 | Oak Grove Management Company LLC Oak Grove Management Company LLC | 503(b)(9) Unsecured | $150.00 $27,623.82 | Oak Grove Management Company LLC Oak Grove Management Company LLC | 503(b)(9) Unsecured | $150.00 $18,364.15 |
| | | | | Subtotal | $27,773.82 | | Subtotal | $18,514.15 |

REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 25 | METSO MINERALS INDUSTRIES INC PO BOX 945859 ATLANTA, GA 30394-5859 | 4740 | Luminant Generation Company LLC | Unsecured | $130,593.19 | Luminant Generation Company LLC | Unsecured | $130,503.81 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for work performed in excess of Purchase Order issued by the Debtors.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | MICHELIN NORTH AMERICA, INC. C/O NELSON MULLINS RILEY SCARBOROUGH LLP ATTN: JODY A. BEDENBAUGH PO BOX 11070 COLUMBIA, SC 29211 | 4535 | Luminant Mining Company LLC Luminant Mining Company LLC | 503(b)(9) Unsecured | $220,793.38 $685,103.20 | Luminant Mining Company LLC Luminant Mining Company LLC | 503(b)(9) Unsecured | $220,019.98 $673,027.20 |
| | | | | Subtotal | $905,896.58 | | Subtotal | $893,047.18 |

REASON FOR MODIFICATION: Modified amount reflects reduction for goods returned to the vendor because the corresponding purchase order was closed at the time of receipt.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<u>REDLINE OF</u> THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 | NAPA TIRE & AUTO SUPPLY INC<br>PO BOX 1257<br>ROCKDALE, TX 76567 | 4430 | Oak Grove Management Company LLC | 503(b)(9) | $388.13 | Oak Grove Management Company LLC | 503(b)(9) | $388.13 |
|  |  |  | Oak Grove Management Company LLC | Unsecured | <u>$1,164.39</u> | Oak Grove Management Company LLC | Unsecured | <u>$776.26</u> |
|  |  |  |  | Subtotal | $1,552.52 |  | Subtotal | $1,164.39 |

**REASON FOR MODIFICATION:** Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant.

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 27 | NAPA TIRE & AUTO SUPPLY INC<br>PO BOX 1257<br>ROCKDALE, TX 76567 | 4431 | Sandow Power Company LLC | 503(b)(9) | $727.40 | Sandow Power Company LLC | 503(b)(9) | $727.40 |
|  |  |  | Sandow Power Company LLC | Unsecured | <u>$5,928.47</u> | Sandow Power Company LLC | Unsecured | <u>$5,201.07</u> |
|  |  |  |  | Subtotal | $6,655.87 |  | Subtotal | $5,928.47 |

**REASON FOR MODIFICATION:** Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant.

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | NAPA TIRE & AUTO SUPPLY INC<br>PO BOX 1257<br>ROCKDALE, TX 76567 | 4432 | Luminant Generation Company LLC | 503(b)(9) | $441.85 | Luminant Generation Company LLC | 503(b)(9) | $441.85 |
|  |  |  | Luminant Generation Company LLC | Unsecured | <u>$1,386.19</u> | Luminant Generation Company LLC | Unsecured | <u>$944.34</u> |
|  |  |  |  | Subtotal | $1,828.04 |  | Subtotal | $1,386.19 |

**REASON FOR MODIFICATION:** Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR (ASSERTED) | PRIORITY STATUS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | PRIORITY STATUS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|
| 29 | **NAPA TIRE & AUTO SUPPLY INC**<br>PO BOX 1257<br>ROCKDALE, TX 76567 | 4433 | **Luminant Mining Company LLC**<br>**Luminant Mining Company LLC** | 503(b)(9)<br><br>Unsecured | $7,850.90<br><br>$40,321.79 | **Luminant Mining Company LLC**<br>**Luminant Mining Company LLC** | 503(b)(9)<br><br>Unsecured | $7,850.90<br><br>$32,470.89 |
| | | | | Subtotal | $48,172.69 | | Subtotal | $40,321.79 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant. | | | | | | | |
| 30 | **OMICRON CONTROLS INC**<br>PO BOX 7745<br>THE WOODLANDS, TX 77387-7745<br><br>TRANSFERRED TO:<br>SONAR CREDIT PARTNERS III, LLC<br>TRANSFEROR:<br>OMICRON CONTROLS INC<br>80 BUSINESS PARK DRIVE, SUITE 208<br>ARMONK,, NY 10504 | 4803 | **Luminant Generation Company LLC**<br>**Luminant Generation Company LLC** | 503(b)(9)<br><br>Priority<br><br>Subtotal | $4,935.00<br><br>$407.14<br><br>$5,342.14 | **Luminant Generation Company LLC** | 503(b)(9) | $4,935.00 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustments for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate). | | | | | | | |
| 31 | **SCANTRON CORPORATION**<br>PO BOX 93038<br>CHICAGO, IL 60673 | 4471 | **Luminant Big Brown Mining Company LLC** | Unsecured | $35,351.25 | **Luminant Big Brown Mining Company LLC** | Unsecured | $33,213.00 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate). | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 32 | SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND ATT-IN-FACT FOR TODDS' A/C- ASSIGNOR 19772 MACARTHUR BLVD #200 IRVINE, CA 92612 | 3511 | Luminant Mining Company LLC | 503(b)(9) | $5,279.71 | Luminant Mining Company LLC | 503(b)(9) | $5,188.71 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant. | | | | | | | |
| 33 | SIGN EXPRESS 908 US HWY 64 WEST HENDERSON, TX 75652 | 4107 | Luminant Mining Company LLC | Unsecured | $4,461.44 | Luminant Mining Company LLC | Unsecured | $3,617.04 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | | | |
| 34 | SOLUTIONSET LLC 2100 GENG RD #105 PALO ALTO, CA 94303 | 5216 | TXU Energy Retail Company LLC | Unsecured | $385,447.92 | TXU Energy Retail Company LLC | Unsecured | $384,447.92 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | | | |
| 35 | STEIN INDUSTRIES INC 19 ARTISANS CRESCENT LONDON, ON N5V 5E9 CANADA | 4234 | Luminant Generation Company LLC | Unsecured | Undetermined* | Luminant Generation Company LLC | Unsecured | $1,500.00 |
| | REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim. | | | | | | | |

# ENERGY FUTURE HOLDINGS CORP., et al.

## REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 36 | STRYKER LAKE WSC<br>PO BOX 156<br>NEW SUMMERFIELD, TX 75780 | 4145 | Luminant Generation Company LLC | Unsecured | $595.45 | Luminant Generation Company LLC | Unsecured | $530.96 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | | | |
| 37 | TEXAS INDUSTRIAL MAINTENANCE SUPPLY CO.<br>1951 UNIVERSITY BUSINESS DRIVE<br>SUITE 121<br>MCKINNEY, TX 75071 | 5050 | Luminant Generation Company LLC | Unsecured | $73,949.89 | Luminant Generation Company LLC | Unsecured | $73,089.89 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | | | |
| 38 | UNIFIRST HOLDINGS INC<br>PO BOX 7580<br>HALTOM CITY, TX 76111 | 4148 | Luminant Generation Company LLC | Unsecured | $10,720.12 | Luminant Generation Company LLC | Unsecured | $10,698.24 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for late fees that the claimant is accruing post-petition, for which the Debtors are not liable by operation of the automatic stay, 11 U.S. Code § 362. | | | | | | | |
| 39 | UNITED PARCEL SERVICE (FREIGHT)<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>P.O. BOX 4396<br>TIMONIUM, MD 21094 | 3158 | TXU Energy Retail Company LLC | Unsecured | $296.30 | TXU Energy Retail Company LLC | Unsecured | $123.00 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for freight charges asserted (Debtor uses a third party logistics company to whom such liabilities are properly owed). | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 40 | UNIVERSITY OF TENNESSEE, THE<br>309 CONFERENCE CTR BLDG<br>KNOXVILLE, TN 37996-4133 | 5455 | **Luminant Mining Company LLC** | **Unsecured** | **Undetermined\*** | **Luminant Mining Company LLC** | Unsecured | $7,700.00 |

**REASON FOR MODIFICATION:** Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 41 | YATES BUICK GMC INC<br>215 HWY 79 SOUTH<br>HENDERSON, TX 75654 | 1710 | **Luminant Mining Company LLC** | **Unsecured** | $39,424.17 | **Luminant Mining Company LLC** | Unsecured | $38,030.74 |

**REASON FOR MODIFICATION:** Modified amount reflects adjustment (1) for amount paid via ACH numbers 8000935708 and 8000938983 on 3/24/2014 and 4/15/2014, respectively, and (2) per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | TOTAL | $~~1,358,755.59~~2,243,857.17* | | TOTAL | $~~1,291,732.86~~2,168,260.04 |
|---|---|---|---|---|---|---|---|---|

\* - Indicates claim contains unliquidated and/or undetermined amounts