**Exhibit E**

**Redline of Exhibit 6**

**(Modify Priority Claims)**

RLF1 13408890v.1

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~1~~ | ~~5DT INC.~~ ~~15375 BARRANCA PKWY,~~ ~~G-103~~ ~~IRVINE, CA 92618~~  ~~TRANSFERRED TO: TRC MASTER FUND LLC~~ ~~TRANSFEROR: 5DT INC.~~ ~~ATTN: TERREL ROSS~~ ~~PO BOX 633~~ ~~WOODMERE, NY 11598~~ | ~~3429~~ | ~~Luminant Generation Company LLC~~ | ~~503(b)(9)~~ | ~~$49,840.00~~ | ~~Luminant Generation Company LLC~~ | ~~Unsecured~~ | ~~$49,840.00~~ |
| | ~~REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.~~ | | | | | | | |
| <s>2</s>1 | ALLEN'S ELECTRIC MOTOR SERVICE INC. 400A ROY HOPKINS DRIVE VIVIAN, LA 71082 | 9984 | Luminant Generation Company LLC | 503(b)(9) | $5,617.21 | Luminant Generation Company LLC | 503(b)(9) | $5,617.21 |
| | | | Luminant Generation Company LLC | Priority | $2,530.00 | Luminant Generation Company LLC | Unsecured | $19,289.00 |
| | | | Luminant Generation Company LLC | Unsecured | $16,759.00 | | | |
| | | | | **Subtotal** | **$24,906.21** | | **Subtotal** | **$24,906.21** |

**REASON FOR MODIFICATION:** Modified priority reflects that, according to claimant's supporting documentation and Debtors' books and records, there is no basis for the priority asserted.

**ENERGY FUTURE HOLDINGS CORP., et al.**

## <u>REDLINE OF </u>THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| <u>2</u><s>3</s> | AMERICOM TELECOMMUNICATIONS INC 3544 E T C JESTER BLVD HOUSTON, TX 77018-6023 | 4907 | Luminant Generation Company LLC | 503(b)(9) | $4,504.77 | Luminant Generation Company LLC | Unsecured | $10,668.52 |
| | | | Luminant Generation Company LLC | Unsecured | <u>$6,163.75</u> | | | |
| | | | | Subtotal | $10,668.52 | | | |

REASON FOR MODIFICATION: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| <u>3</u><s>4</s> | APPLIED INDUSTRIAL TECHNOLOGIES ATTN: DIANNE MISENKO ONE APPLIED PLAZA CLEVELAND, OH 44115-5056 | 5799 | Luminant Generation Company LLC | 503(b)(9) | $621.39 | Luminant Generation Company LLC | 503(b)(9) | $210.55 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Luminant Generation Company LLC | Unsecured | <u>$410.84</u> |
| | | | | | | | Subtotal | $621.39 |

REASON FOR MODIFICATION: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| <u>4</u><s>5</s> | APPLIED INDUSTRIAL TECHNOLOGIES ATTN: DIANNE MISENKO ONE APPLIED PLAZA CLEVELAND, OH 44115-5056 | 5800 | Luminant Mining Company LLC | 503(b)(9) | $6,430.47 | Luminant Mining Company LLC | 503(b)(9) | $589.00 |
|---|---|---|---|---|---|---|---|---|
| | | | Luminant Mining Company LLC | Unsecured | $3,518.73 | Luminant Mining Company LLC | Unsecured | <u>$9,360.20</u> |
| | | | | Subtotal | $9,949.20 | | Subtotal | $9,949.20 |

REASON FOR MODIFICATION: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<u>REDLINE OF</u> THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims**

|  | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| <u>5</u>6 | AUSTIN ARMATURE WORKS<br>304 COMMERCIAL DR<br>BUDA, TX 78610 | 3948 | Luminant Generation Company LLC | 503(b)(9) | $4,295.48 | Luminant Generation Company LLC | Unsecured | $4,295.48 |

REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| <u>6</u>7 | BABECO<br>1101 CARLOS PARKER BLVD NW<br>TAYLOR, TX 76574 | 8097 | Luminant Mining Company LLC<br>Luminant Mining Company LLC | Priority<br>Unsecured<br><br>Subtotal | $2,038.16<br><u>$611.48</u><br><br>$2,649.64 | Luminant Mining Company LLC | Unsecured | $2,649.64 |

REASON FOR MODIFICATION: Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| <u>7</u>8 | CEMSPRO<br>C/O CEMS PROFESSIONAL SERVICES LLC<br>518 WILD FIRE DRIVE<br>WALDRON, AR 72958 | 5794 | Luminant Generation Company LLC<br>Luminant Generation Company LLC | 503(b)(9)<br>Unsecured<br><br>Subtotal | $7,588.63<br>$27,343.38<br><br>$34,932.01 | Luminant Generation Company LLC<br>Luminant Generation Company LLC | 503(b)(9)<br>Unsecured<br><br>Subtotal | $7,198.15<br>$27,733.86<br><br>$34,932.01 |

REASON FOR MODIFICATION: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| <u>8</u>9 | CETECH INC<br>602 N FIRST ST<br>GARLAND, TX 75040 | 4144 | Luminant Generation Company LLC | 503(b)(9) | $1,888.10 | Luminant Generation Company LLC | Unsecured | $1,888.10 |

REASON FOR MODIFICATION: Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status, and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE OF</span> THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims**

|  | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~9~~ **1** ~~0~~ | DESIGN SYSTEMS GROUP INC<br>402 S CENTER ST<br>GRAND PRAIRIE, TX 75051 | 4265 | Luminant Generation Company LLC<br>Luminant Generation Company LLC | Priority<br>Secured<br><br>Subtotal | $1,152.35<br>$0.00<br><br>$1,152.35 | Luminant Generation Company LLC | Unsecured | $1,152.35 |

REASON FOR MODIFICATION: Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a), claimant's supporting documentation and Debtors' books and records provide no basis for priority. Debtors agree that claimant has no secured claim.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~10~~ **11** | DIAMOND POWER INTERNATIONAL, INC.<br>ATTN: CHRISTINE MCINTIRE<br>2600 EAST MAIN ST<br>LANCASTER, OH 43430-0415 | 2666 | Luminant Generation Company LLC | 503(b)(9) | $1,459.32 | Luminant Generation Company LLC | Unsecured | $1,459.32 |

REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~11~~ **12** | DIESEL POWER SUPPLY CO<br>2525 UNIVERSITY PARKS DR<br>WACO, TX 76706 | 5267 | Luminant Mining Company LLC<br>Luminant Mining Company LLC | 503(b)(9)<br>Unsecured<br><br>Subtotal | $12,368.15<br>$15,517.92<br><br>$27,886.07 | Luminant Mining Company LLC<br>Luminant Mining Company LLC | 503(b)(9)<br>Unsecured<br><br>Subtotal | $10,089.88<br>$17,796.19<br><br>$27,886.07 |

REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~12~~ 13 | DIESEL POWER SUPPLY CO 2525 UNIVERSITY PARKS DR WACO, TX 76706 | 5268 | Oak Grove Management Company LLC | 503(b)(9) | $5,825.36 | Oak Grove Management Company LLC | 503(b)(9) | $1,000.11 |
| | | | Oak Grove Management Company LLC | Unsecured | $13,518.46 | Oak Grove Management Company LLC | Unsecured | $18,343.71 |
| | | | | Subtotal | $19,343.82 | | Subtotal | $19,343.82 |

REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~13~~ 14 | ENERGY NORTHWEST ATTN: ACCTS RECEIVABLE MD 1040 PO BOX 2 RICHLAND, WA 99352 | 4937 | Luminant Generation Company LLC | Priority | $55,188.76 | Luminant Generation Company LLC | Unsecured | $55,188.76 |

REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(4); according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~14~~ 15 | GEE, TARA A. PO BOX 5986 GRANBURY, TX 76049 | 7623 | Luminant Generation Company LLC | Priority | $3,207.95 | Luminant Generation Company LLC | Unsecured | $3,207.95 |

REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(4); according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~15~~ 16 | HAMON RESEARCH COTTRELL INC 58 E MAIN ST SOMERVILLE, NJ 08876 | 3981 | Luminant Generation Company LLC | 503(b)(9) | $45,153.12 | Luminant Generation Company LLC | 503(b)(9) | $15,723.12 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $29,430.00 |
| | | | | | | | Subtotal | $45,153.12 |

REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 17 | HUK, MELANIE R 13865 E PLACITA PATILLA VAIL, AZ 85641 | 4313 | Luminant Mining Company LLC  Luminant Mining Company LLC | 503(b)(9)  Secured  Subtotal | $10.10  $0.00  $10.10 | Luminant Mining Company LLC | Unsecured | $10.10 |

REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. Debtors agree that claimant has no secured claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~18~~ | ~~INDUSTRIAL LUBRICANT COMPANY ATTN: GARY OJA P.O. BOX 70 35108 HWY 2 W. GRAND RAPIDS, MN 55744~~ | ~~6195~~ | ~~Luminant Mining Company LLC~~  ~~Luminant Mining Company LLC~~ | ~~503(b)(9)~~  ~~Unsecured~~  ~~Subtotal~~ | ~~$48,251.88~~  ~~$54,426.29~~  ~~$102,678.17~~ | ~~Luminant Mining Company LLC~~  ~~Luminant Mining Company LLC~~ | ~~503(b)(9)~~  ~~Unsecured~~  ~~Subtotal~~ | ~~$41,958.18~~  ~~$60,719.99~~  ~~$102,678.17~~ |

~~REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.~~

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~19~~ | ~~INDUSTRIAL LUBRICANT COMPANY ATTN: GARY OJA P.O. BOX 70 35108 HWY 2 W. GRAND RAPIDS, MN 55744~~ | ~~6305~~ | ~~Oak Grove Management Company LLC~~  ~~Oak Grove Management Company LLC~~ | ~~503(b)(9)~~  ~~Unsecured~~  ~~Subtotal~~ | ~~$6,001.68~~  ~~$15,661.51~~  ~~$21,663.19~~ | ~~Oak Grove Management Company LLC~~  ~~Oak Grove Management Company LLC~~ | ~~503(b)(9)~~  ~~Unsecured~~  ~~Subtotal~~ | ~~$4,501.77~~  ~~$17,161.42~~  ~~$21,663.19~~ |

~~REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.~~

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE OF</span> THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~20~~ **17** | INFORMATION ALLIANCE ATTN: KIM C. LARSON 1755 NORTH 400E SUITE 101 N. LOGAN, UT 84341 | 172 | TXU Energy Retail Company LLC  TXU Energy Retail Company LLC | 503(b)(9)  Unsecured  Subtotal | $16,844.01  $17,374.02  $34,218.03 | TXU Energy Retail Company LLC | Unsecured | $34,218.03 |

**REASON FOR MODIFICATION:** Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~21~~ **18** | INFORMATION ALLIANCE ATTN: KIM C. LARSON 1755 NORTH 400E SUITE 101 N. LOGAN, UT 84341 | 3074 | TXU Energy Retail Company LLC | 503(b)(9) | $3,170.98 | TXU Energy Retail Company LLC | Unsecured | $3,170.98 |

**REASON FOR MODIFICATION:** Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~22~~ **19** | K D TIMMONS INC PO BOX 2609 BRYAN, TX 77805 | 4441 | Oak Grove Management Company LLC | 503(b)(9) | $7,407.66 | Oak Grove Management Company LLC  Oak Grove Management Company LLC  Subtotal | 503(b)(9)  Unsecured | $6,732.66  $675.00  $7,407.66 |

**REASON FOR MODIFICATION:** Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE OF</span> THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| <span style="color:red">20</span> <s style="color:red">23</s> | LAY'S MINING SERVICE INC<br>1121 S 10TH ST<br>MT VERNON, IL 62864 | 7951 | Luminant Mining Company LLC | 503(b)(9) | $19,340.00 | Luminant Mining Company LLC | Unsecured | $19,340.00 |
| | REASON FOR MODIFICATION: Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status, and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
| <s style="color:red">24</s> | <s style="color:red">LOCOMOTIVE SERVICE INC<br>200 UNION BLVD STE 410<br>LAKEWOOD, CO 80228-1832</s> | <s style="color:red">6255</s> | <s style="color:red">Luminant Generation Company LLC</s><br><s style="color:red">Luminant Generation Company LLC</s> | <s style="color:red">503(b)(9)</s><br><br><s style="color:red">Unsecured</s><br><br><s style="color:red">Subtotal</s> | <s style="color:red">$4,949.91</s><br><br><s style="color:red">$24,760.85</s><br><br><s style="color:red">$29,710.76</s> | <s style="color:red">Luminant Generation Company LLC</s> | <s style="color:red">Unsecured</s> | <s style="color:red">$29,710.76</s> |
| | <s style="color:red">REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.</s> | | | | | | | |
| <span style="color:red">21</span> <s style="color:red">25</s> | NATIONAL SWITCHGEAR SYSTEMS NORTH TEXAS, INC. D/B/A NATIONAL FIELD SERVICES<br>ATTN: CASEY BLEVINS<br>649 FRANKLIN STREET<br>LEWISVILLE, TX 75057 | 5902 | Luminant Generation Company LLC<br>Luminant Generation Company LLC | 503(b)(9)<br><br>Unsecured<br><br>Subtotal | $5,630.01<br><br>$20,768.87<br><br>$26,398.88 | Luminant Generation Company LLC | Unsecured | $26,398.88 |
| | REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |

# ENERGY FUTURE HOLDINGS CORP., et al.

## REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 22 26 | NATIONAL SWITCHGEAR SYSTEMS NORTH TEXAS, INC. D/B/A NATIONAL FIELD SERVICES ATTN: CASEY BLEVINS 649 FRANKLIN STREET LEWISVILLE, TX 75057 | 5993 | Luminant Generation Company LLC | 503(b)(9) | $31,534.19 | Luminant Generation Company LLC | 503(b)(9) | $5,500.00 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $26,034.19 |
| | | | | | | | Subtotal | $31,534.19 |

**REASON FOR MODIFICATION:** Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 27 | OEAAT INC 405 BRIDOON TERRACE ENCINITAS, CA 92024-7267 | 9934 | Luminant Generation Company LLC | Priority | $42,000.00 | Luminant Generation Company LLC | Unsecured | $42,000.00 |

**REASON FOR MODIFICATION:** Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(4) and 507(a)(5), according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date or contributions to an employee benefit plan and therefore ineligible for 507(a)(4) or 507(a)(5) priority status.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 28 | SHRUM, J JACKSON, ESQ. 300 DELAWARE AVE, 13TH FL PO BOX 25046 WILMINGTON, DE 19801 | 7838 | Luminant Generation Company LLC | 503(b)(9) | $1,100.00 | Luminant Generation Company LLC | Unsecured | $64,843.88 |
| | | | Luminant Generation Company LLC | Unsecured | $63,743.88 | | | |
| | | | | Subtotal | $64,843.88 | | | |

**REASON FOR MODIFICATION:** Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

## REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~29~~ | ~~SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND ATT-IN-FACT FOR STANSELL PEST CONTROL ASSIGNOR 19772 MACARTHUR BLVD #200 IRVINE, CA 92612~~ | ~~3514~~ | ~~Luminant Mining Company LLC~~ | ~~503(b)(9)~~ | ~~$1,170.00~~ | ~~Luminant Mining Company LLC~~ | ~~Unsecured~~ | ~~$1,170.00~~ |

~~REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.~~

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| <u>25</u> ~~30~~ | SMILEY, SCOTT A. D/B/A SMILEY LAWN CARE 1300 THOMAS LN GRAHAM, TX 76450 | 3462 | Luminant Generation Company LLC | Priority | $1,506.25 | Luminant Generation Company LLC | Unsecured | $1,506.25 |

REASON FOR MODIFICATION: Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~31~~ | ~~SONAR CREDIT PARTNERS III, LLC ASSIGNEE OF CIRCUIT BREAKER SALES CO INC 80 BUSINESS PARK DRIVE SUITE 208 ARMONK, NY 10504~~ | ~~3403~~ | ~~Luminant Generation Company LLC~~ | ~~503(b)(9)~~ | ~~$10,900.00~~ | ~~Luminant Generation Company LLC~~ | ~~Unsecured~~ | ~~$10,900.00~~ |

~~REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.~~

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims**

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 32 | STATEMENT SYSTEMS INC 1900 DIPLOMAT DR FARMERS BRANCH, TX 75234-8913 | 5823 | TXU Energy Retail Company LLC | 503(b)(9) | $2,587.85 | TXU Energy Retail Company LLC | Unsecured | $4,018.25 |
|   |   |   | TXU Energy Retail Company LLC | Unsecured | $1,430.40 |   |   |   |
|   |   |   |   | Subtotal | $4,018.25 |   |   |   |
|  | REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 27 33 | WEINGARTEN WEATHER CONSULTING 502 L'ESPRIT PKWY PENDLETON, KY 40055 | 4341 | Luminant Energy Company LLC | Priority | $1,015.38 | Luminant Energy Company LLC | Unsecured | $1,015.38 |
|  | REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(4); according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 28 34 | XENON MARKETING LLC 6501 COOPER PLACE SUITE 100 PLANO, TX 75093 | 6196 | TXU Energy Retail Company LLC | 503(b)(9) | $7,995.26 | TXU Energy Retail Company LLC | Unsecured | $41,808.61 |
|   |   |   | TXU Energy Retail Company LLC | Unsecured | $33,813.35 |   |   |   |
|   |   |   |   | Subtotal | $41,808.61 |   |   |   |
|  | REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
|   |   |   |   | TOTAL | $~~736,536.27~~520,574.15 |   | TOTAL | $~~736,536.27~~520,574.15 |