IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Related to Document No. 7028** |
|  | ) |

## ORDER GRANTING ORAL MOTION TO STRIKE STATEMENT OF NEXTERA ENERGY, INC. WITH RESPECT TO PENDING CONFIRMATION MATTERS AND FEASIBLE ALTERNATIVE RESTRUCTURING

Upon consideration of the oral motion to strike (the "Motion to Strike") the *Statement of NextEra Energy, Inc. With Respect to Pending Confirmation Matters and Feasible Alternative Restructuring* [D.I. 7028] (the "NextEra Statement"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion to Strike in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having heard the statements of counsel and parties in interest at a hearing before the Court on November 19, 2015 (the "Hearing"); and the Court having determined that the legal and factual bases set forth on the record at the Hearing establish just cause for the relief granted herein; and the Court having found that notice of the Motion to Strike and the Hearing were sufficient notice under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1. The Motion to Strike is **GRANTED** for the reasons set forth on the record at the Hearing, and any objections to the Motion are hereby overruled with prejudice.

2. The rights of all parties to take further remedial actions in connection with the NextEra Statement are hereby reserved.

3. This Court shall retain jurisdiction over any and all matters arising from or related to implementation of this Order.

Dated: 11/20, 2015

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge