**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Saab Cars North America, Inc. | ) | Case No. 12-10344 (CSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 7057** |
| | ) | |

**NOTICE OF FILING OF REVISED EXHIBIT E TO THE SIXTH MONTHLY APPLICATION OF LAZARD FRERES AND CO. LLC, AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

PLEASE TAKE NOTICE that on November 19, 2015, Lazard Frères and Co. LLC filed its Sixth Monthly Application for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2015 through October 31, 2015 [Docket No. 7057] (the "**Fee Application**").

PLEASE TAKE FURTHER NOTICE that attached hereto is a revised Exhibit E to the Fee Application.

[*remainder of page intentionally left blank*]

51725377.1

Dated: Wilmington, Delaware
November 20, 2015

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
       brettmiller@mofo.com
       lmarinuzzi@mofo.com
       tgoren@mofo.com

-and-

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
Jarrett Vine (Del. Bar No. 5400)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
       jedelson@polsinelli.com
       skatona@polsinelli.com
       jvine@polsinelli.com

*Attorneys for the Official Committee of TCEH Unsecured Creditors*

51725377.1

# EXHIBIT E

# Fee Calculation & Details of Expenses

**Official UCC Energy Future Holdings Corp.**
**Monthly Fee Statement**
**Lazard Frères & Co.  LLC**

**October 1, 2015 - October 31, 2015**

**Fee Calculation**

| Item | Amount Incurred |
|---|---|
| Monthly Fee: October 1, 2015 - October 31, 2015 | $250,000.00 [1] |
| **TOTAL** | **$250,000.00** |

**Summary of Out-of-Pocket Expenses**

| Item | Amount Incurred |
|---|---|
| **TOTAL** | **$0.00** |

---

[1] *Lazard's retention was approved pursuant to the terms set forth in the Engagement Letter dated May 14, 2014 (the "Engagement Letter").*