**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claim

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | TITUS COUNTY ATTN: COUNTY JUDGE, BRIAN LEE 100 WEST FIRST STREET, SUITE 200 MOUNT PLEASANT, TX 75455 | 14-10996 (CSS) | EFH Corporate Services Company | 09/02/2014 | 4054 | Undetermined* | Insufficient Documentation Claim |
| | | | | | TOTAL | $0.00* | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT 2 to EXHIBIT A**

**Amended Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 01/22/2015 | 14-10996 (CSS) | 9943 | $406.52 | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 02/09/2015 | 14-10996 (CSS) | 9967 | $406.52 | Amended and superseded claim |
| 2 | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 11/12/2014 | 14-11042 (CSS) | 9824 | $6,738.13* | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 08/19/2015 | 14-11042 (CSS) | 10918 | $65.72* | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 3 | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 08/19/2015 | 14-11042 (CSS) | 10918 | $65.72* | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 09/10/2015 | 14-11042 (CSS) | 11471 | $65.72* | Amended and superseded claim |
| 4 | EAGLE MOUNTAIN-SAGINAW ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 05/09/2014 | 14-11040 (CSS) | 16 | $3,485.54* | EAGLE MOUNTAIN-SAGINAW ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 03/24/2015 | 14-11040 (CSS) | 10036 | $3,747.36 | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 5 | NORTHWEST ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 06/10/2014 | 14-10997 (CSS) | 1726 | $9,844.11* | NORTHWEST ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 08/19/2015 | 14-10997 (CSS) | 10919 | $250.97* | Amended and superseded claim |
| 6 | NORTHWEST ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 08/19/2015 | 14-10997 (CSS) | 10919 | $250.97* | NORTHWEST ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 09/10/2015 | 14-10997 (CSS) | 11470 | $250.97* | Amended and superseded claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 7 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 09/04/2014 | 14-11005 (CSS) | 4125 | $442.00* | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 08/24/2015 | 14-11005 (CSS) | 10981 | $0.00 | Amended and superseded claim |
| 8 | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 06/10/2014 | 14-10996 (CSS) | 1728 | $497.65* | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 08/28/2015 | 14-10996 (CSS) | 11185 | $49.13* | Amended and superseded claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 9 | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 06/10/2014 | 14-11035 (CSS) | 1729 | $500.20* | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 08/19/2015 | 14-11035 (CSS) | 10920 | $47.95* | Amended and superseded claim |
| 10 | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 08/19/2015 | 14-11035 (CSS) | 10920 | $47.95* | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 09/10/2015 | 14-11035 (CSS) | 11468 | $47.95* | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 11 | THORNDALE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 02/09/2015 | 14-11033 (CSS) | 9973 | $38,706.18 | THORNDALE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 03/17/2015 | 14-11033 (CSS) | 10014 | $38,706.18* | Amended and superseded claim |
| 12 | THORNDALE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 03/17/2015 | 14-11033 (CSS) | 10014 | $38,706.18* | THORNDALE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 03/24/2015 | 14-11033 (CSS) | 10022 | $38,706.18* | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 13 | W D NORTON INC PO BOX 6837 TYLER, TX 75711-6837 | 06/19/2014 | 14-11023 (CSS) | 2239 | $6,847.15 | OVERHEAD DOOR COMPANY OF TYLER-LONGVIEW PO BOX 6837 TYLER, TX 75711-6837 | 09/02/2014 | 14-11042 (CSS) | 3992 | $6,299.00 | Amended and superseded claim |
| | | | | | | OVERHEAD DOOR COMPANY OF TYLER-LONGVIEW PO BOX 6837 TYLER, TX 75711-6837 | 09/02/2014 | 14-11032 (CSS) | 3993 | $548.15 | |
| 14 | WOODSON LUMBER COMPANY OF LEXINGTON 8717 N.HWY 77 PO BOX 147 LEXINGTON, TX 78947 | 09/22/2014 | 14-11032 (CSS) | 4590 | $1,544.80 | WOODSON LUMBER COMPANY OF LEXINGTON 8717 N.HWY 77 PO BOX 147 LEXINGTON, TX 78947 | 10/06/2014 | 14-11033 (CSS) | 4975 | $2,014.35 | Amended and superseded claim |

TOTAL    $108,083.10*

\* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT 3** to **EXHIBIT A**

**Wrong Debtor Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ADVANCED PUMP & VALVE, INC. D/B/A ADVANCED INDUSTRIES, INC. C/O SEARCY & SEARCY, P.C. PO BOX 3929 LONGVIEW, TX 75606 | 4536 | Luminant Generation Company LLC | 503(b)(9) | $92,082.38 | Luminant Generation Company LLC | 503(b)(9) | $92,082.38 |
| | | | Luminant Generation Company LLC | Unsecured | $33,945.12 | Luminant Generation Company LLC | Unsecured | $33,765.22 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $179.90 |
| | | | | Subtotal | $126,027.50 | | Subtotal | $126,027.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ARROWHEAD CONTRACTOR SUPPLY 201 ESTES DR LONGVIEW, TX 75602 | 7920 | Luminant Generation Company LLC | Unsecured | $49,751.73 | Luminant Generation Company LLC | Unsecured | $45,774.53 |
| | | | | | | Sandow Power Company LLC | Unsecured | $3,977.20 |
| | | | | | | | Subtotal | $49,751.73 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | BMT WBM INC C/O A/P LISSA SHARP 8200 SOUTH AKRON ST. #120 CENTENNIAL, CO 80112 | 2355 | Luminant Mining Company LLC | Unsecured | $11,458.32 | Luminant Mining Company LLC | Unsecured | $5,729.16 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $5,729.16 |
| | | | | | | | Subtotal | $11,458.32 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | BREAK TIME SOLUTIONS, INC. P.O. BOX 1081 MEXIA, TX 76667 | 7551 | Luminant Big Brown Mining Company LLC | Unsecured | $7,215.50 | Luminant Mining Company LLC | Unsecured | $7,215.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | CARLSON SOFTWARE ATTN: GRANT WENKER 102 WEST 2ND STREET #200 MAYSVILLE, KY 41056 | 3116 | Luminant Mining Company LLC | Unsecured | $7,367.26 | Luminant Generation Company LLC | Unsecured | $7,367.26 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 6 | CHEMSEARCH DIVISION OF NCH CORPORATION 2727 CHEMSEARCH BLVD IRVING, TX 75062 | 9826 | Oak Grove Management Company LLC | Unsecured | $1,650.06 | Luminant Generation Company LLC Oak Grove Management Company LLC | Unsecured Unsecured | $44.96 $1,605.10 |
| | | | | | | | Subtotal | $1,650.06 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 7 | CITY OF TRINIDAD 212 PARK ST TRINIDAD, TX 75163-6060 | 1308 | Luminant Energy Company LLC | Unsecured | $2,052.82 | Luminant Generation Company LLC | Unsecured | $2,052.82 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 8 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 9915 | Big Brown Power Company LLC Big Brown Power Company LLC | 503(b)(9) Unsecured | $2,625.00 $525.00 | Luminant Generation Company LLC Luminant Generation Company LLC | 503(b)(9) Unsecured | $2,625.00 $525.00 |
| | | | | Subtotal | $3,150.00 | | Subtotal | $3,150.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 9916 | Sandow Power Company LLC | Unsecured | $9,787.00 | Luminant Generation Company LLC | Unsecured | $3,855.00 |
| | | | | | | Sandow Power Company LLC | Unsecured | $5,932.00 |
| | | | | | | | Subtotal | $9,787.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 10 | DG FAST CHANNEL INC PO BOX 951392 DALLAS, TX 75395-1392 | 5996 | TXU Energy Solutions Company LLC | Unsecured | $3,083.50 | TXU Energy Retail Company LLC | Unsecured | $3,083.50 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 11 | DOYENNE CONSTRUCTORS, LLC PO BOX 127 MARIAH HILL, IN 47556 | 1102 | Luminant Mining Company LLC | Unsecured | $98,000.00 | Oak Grove Management Company LLC | Unsecured | $98,000.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 12 | DPC INDUSTRIES INC P.O. BOX 130410 HOUSTON, TX 77219 | 4390 | Oak Grove Management Company LLC | Unsecured | $21,285.13 | Luminant Generation Company LLC | Unsecured | $4,287.50 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $16,997.63 |
| | | | | | | | Subtotal | $21,285.13 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | DPC INDUSTRIES INC<br>PO BOX 130410<br>HOUSTON, TX 77219 | 4440 | Sandow Power Company LLC | Unsecured | $18,782.89 | Luminant Generation Company LLC | Unsecured | $8,993.29 |
| | | | | | | Sandow Power Company LLC | Unsecured | $9,789.60 |
| | | | | | | | Subtotal | $18,782.89 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 14 | DPC INDUSTRIES INC<br>PO BOX 301023<br>DALLAS, TX 75303-1023 | 4482 | Luminant Generation Company LLC | Unsecured | $40,370.47 | Luminant Generation Company LLC | Unsecured | $37,994.48 |
| | | | | | | Sandow Power Company LLC | Unsecured | $2,375.99 |
| | | | | | | | Subtotal | $40,370.47 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 15 | EDH ELECTRIC, INC.<br>ATTN: DEBBIE HENSEL<br>P.O. BOX 607<br>MOUNT PLEASANT, TX 75456-0607 | 3399 | Luminant Generation Company LLC | Unsecured | $2,252.42 | Luminant Generation Company LLC | Unsecured | $1,830.62 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $421.80 |
| | | | | | | | Subtotal | $2,252.42 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | ENGINEERING RESOURCES, LLC ATTN: JANA RUSSELL 415 N. CENTER STREET, SUITE 4 LONGVIEW, TX 75601 | 6070 | Oak Grove Management Company LLC | Unsecured | $37,378.50 | Luminant Mining Company LLC | Unsecured | $20,122.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $17,256.50 |
| | | | | | | | Subtotal | $37,378.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | FRANKLIN AUTO SUPPLY PO BOX 519 FRANKLIN, TX 77856 | 5448 | Oak Grove Management Company LLC | 503(b)(9) | $13,639.19 | Oak Grove Management Company LLC | 503(b)(9) | $13,639.19 |
| | | | Oak Grove Management Company LLC | Unsecured | $22,609.80 | Luminant Generation Company LLC | Unsecured | $100.00 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $1,895.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $20,614.80 |
| | | | | Subtotal | $36,248.99 | | Subtotal | $36,248.99 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | G&K SERVICES 410 PROBANDT SAN ANTONIO, TX 78204 | 2495 | Luminant Mining Company LLC | Unsecured | $10,192.45 | Luminant Generation Company LLC | Unsecured | $8.72 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $10,183.73 |
| | | | | | | | Subtotal | $10,192.45 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | GLOBAL RAIL SYSTEMS, INC C/O ARCHER & GREINER, PC ATTN: JERROLD S. KULBACK, ESQ. ONE CENTENNIAL SQUARE HADDONFIELD, NJ 08033 | 4101 | Oak Grove Mining Company LLC | Unsecured | $3,129.08 | Oak Grove Management Company LLC | Unsecured | $3,129.08 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 20 | GOLDER ASSOCIATES INC ATTN: SUSAN DAVIS 3730 CHAMBLEE TUCKER RD. ATLANTA, GA 30345 | 4658 | Luminant Energy Company LLC | Unsecured | $29,410.09 | Oak Grove Management Company LLC | Unsecured | $29,410.09 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 21 | HAGEMEYER NORTH AMERICA INC PO BOX 404753 ATLANTA, GA 30384-4753 | 4211 | Luminant Generation Company LLC | Unsecured | $7,332.48 | Luminant Generation Company LLC | Unsecured | $6,939.12 |
| | | | | | | Sandow Power Company LLC | Unsecured | $393.36 |
| | | | | | | | Subtotal | $7,332.48 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 22 | HAWK INSTALLATION & CONSTRUCTION INC. PO BOX 129 BOGATA, TX 75417 | 3411 | Luminant Generation Company LLC | Unsecured | $108,925.75 | Sandow Power Company LLC | Unsecured | $108,925.75 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 | IIRX LP<br>P.O. BOX 535<br>HOPE, NJ 07844 | 8035 | Luminant Mining Company LLC | Unsecured | $2,226.50 | Luminant Generation Company LLC | Unsecured | $1,113.25 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $1,113.25 |
| | | | | | | | Subtotal | $2,226.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 | JOHN CRANE INC<br>24929 NETWORK PLACE<br>CHICAGO, IL 60673-1249 | 9704 | Luminant Generation Company LLC | Unsecured | $8,019.13 | Luminant Generation Company LLC | Unsecured | $4,496.85 |
| | | | | | | Sandow Power Company LLC | Unsecured | $3,522.28 |
| | | | | | | | Subtotal | $8,019.13 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | LECLAIRRYAN, A PROFESSIONAL CORPORATION<br>ATTN: CHRISTIAN K. VOGEL<br>RIVERFRONT PLAZA,<br>EAST TOWER<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | 5298 | Luminant Holding Company LLC | Unsecured | $1,019.50 | Luminant Energy Company LLC | Unsecured | $1,019.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 | LONESTAR ACTUATION ATTN: ALLISON DAVIS 14247 BANDERA ST HOUSTON, TX 77015 | 3183 | Sandow Power Company LLC | Unsecured | $17,631.00 | Luminant Generation Company LLC | Unsecured | $9,506.00 |
| | | | | | | Sandow Power Company LLC | Unsecured | $8,125.00 |
| | | | | | | Subtotal | | $17,631.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 27 | LYLE OIL COMPANY, INC. ATTN: LYLE RED PO BOX 77 FAIRFIELD, TX 75840 | 3967 | Luminant Mining Company LLC | Unsecured | $4,119.00 | Luminant Mining Company LLC | Unsecured | $3,271.60 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $847.40 |
| | | | | | | Subtotal | | $4,119.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | MARTIN MARIETTA 1503 LBJ FREEWAY STE 400 DALLAS, TX 75234 | 9606 | Luminant Energy Company LLC | Unsecured | $86,828.94 | Luminant Generation Company LLC | Unsecured | $86,828.94 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | MEDSAFE W JOE SHAW LTD PO BOX 1929 MARSHALL, TX 75671-1929 | 5440 | Luminant Generation Company LLC | Unsecured | $190.61 | Luminant Generation Company LLC | Unsecured | $115.36 |
| | | | | | | Sandow Power Company LLC | Unsecured | $75.25 |
| | | | | | | Subtotal | | $190.61 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | MERRICK INDUSTRIES, INC<br>10 ARTHUR DRIVE<br>LYNN HAVEN, FL 32444 | 3630 | Oak Grove Management Company LLC | Unsecured | $32,980.00 | Luminant Generation Company LLC | Unsecured | $16,307.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $16,673.00 |
| | | | | | | | Subtotal | $32,980.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 31 | MES-TEXAS MUNICIPAL EMERGENCY SERVICES INC<br>16511 HEDGECROFT<br>SUITE 200<br>HOUSTON, TX 77060 | 4244 | Oak Grove Management Company LLC | Unsecured | $1,893.50 | Oak Grove Management Company LLC | Unsecured | $220.00 |
| | | | | | | Sandow Power Company LLC | Unsecured | $1,673.50 |
| | | | | | | | Subtotal | $1,893.50 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 32 | MSC INDUSTRIAL SUPPLY CO.<br>ATTN: LEGAL DEPT.<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | 631 | Luminant Mining Company LLC | 503(b)(9) | $4,976.49 | Luminant Generation Company LLC | 503(b)(9) | $554.70 |
| | | | | | | Luminant Mining Company LLC | 503(b)(9) | $4,421.79 |
| | | | | | | | Subtotal | $4,976.49 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 33 | NAGLE PUMPS INC<br>1249 CENTER AVENUE<br>CHICAGO HEIGHTS, IL 60411 | 4321 | Luminant Energy Company LLC | Unsecured | $16,403.10 | Sandow Power Company LLC | Unsecured | $16,403.10 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 34 | PIPING TECHNOLOGY & PRODUCTS INC 3701 HOLMES RD HOUSTON, TX 77051 | 4738 | Luminant Generation Company LLC | Unsecured | $4,962.63 | Oak Grove Management Company LLC | Unsecured | $4,962.63 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 35 | PREFERRED PUMP AND EQUIPMENT LP 2201 SCOTT AVE FORT WORTH, TX 76103 | 593 | Luminant Mining Company LLC | 503(b)(9) | $4,779.28 | Luminant Generation Company LLC | 503(b)(9) | $1,352.48 |
| | | | Luminant Mining Company LLC | Unsecured | $26,955.04 | Luminant Mining Company LLC | 503(b)(9) | $3,426.80 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $26,955.04 |
| | | | | Subtotal | $31,734.32 | | Subtotal | $31,734.32 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 36 | REGIONAL STEEL PRODUCTS INC PO BOX 3887 VICTORIA, TX 77903 | 6059 | Sandow Power Company LLC | Unsecured | $3,609.86 | Luminant Generation Company LLC | Unsecured | $412.74 |
| | | | | | | Sandow Power Company LLC | Unsecured | $3,197.12 |
| | | | | | | | Subtotal | $3,609.86 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 37 | RELIABILITY CENTER INC ATTN: JULIE CLARKE PO BOX 1421 HOPEWELL, VA 23860 | 123 | Luminant Mining Company LLC | Unsecured | $21,346.97 | Luminant Mining Company LLC | Unsecured | $19,146.97 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $2,200.00 |
| | | | | | | | Subtotal | $21,346.97 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 38 | RMB CONSULTING & RESEARCH INC 5104 BUR OAK CIR RALEIGH, NC 27612 | 8014 | Sandow Power Company LLC | Unsecured | $3,518.00 | Luminant Generation Company LLC | Unsecured | $1,257.30 |
| | | | | | | Sandow Power Company LLC | Unsecured | $2,260.70 |
| | | | | | | | Subtotal | $3,518.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 39 | RMB CONSULTING & RESEARCH INC 5104 BUR OAK CIR RALEIGH, NC 27612 | 8015 | Luminant Generation Company LLC | Unsecured | $13,025.00 | Luminant Generation Company LLC | Unsecured | $11,936.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $453.00 |
| | | | | | | Sandow Power Company LLC | Unsecured | $636.00 |
| | | | | | | | Subtotal | $13,025.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 40 | RUSSELL & SONS CONSTRUCTION CO., INC. ATTN: JANA RUSSELL 415 N CENTER ST, STE 4 LONGVIEW, TX 75601 | 5869 | Oak Grove Management Company LLC | Unsecured | $60,352.43 | Luminant Generation Company LLC | Unsecured | $195.98 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $60,156.45 |
| | | | | | | | Subtotal | $60,352.43 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 41 | RUSSELL & SONS CONSTRUCTION CO., INC. ATTN: JANA RUSSELL 415 N CENTER ST, STE 4 LONGVIEW, TX 75601 | 5870 | Luminant Big Brown Mining Company LLC | Unsecured | $137,514.77 | Luminant Mining Company LLC | Unsecured | $137,514.77 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 42 | S D MYERS, INC. ATTN: ED MUCKLEY 180 SOUTH AVE TALLMADGE, OH 44278 | 4123 | Sandow Power Company LLC | Unsecured | $696.00 | Luminant Generation Company LLC | Unsecured | $348.00 |
| | | | | | | Sandow Power Company LLC | Unsecured | $348.00 |
| | | | | | | Subtotal | | $696.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 43 | SHRUM, J JACKSON, ESQ. 300 DELAWARE AVE, 13TH FL PO BOX 25046 WILMINGTON, DE 19801 | 7839 | Sandow Power Company LLC | 503(b)(9) | $11,720.00 | Luminant Generation Company LLC | 503(b)(9) | $48.10 |
| | | | Sandow Power Company LLC | Unsecured | $40,845.83 | Sandow Power Company LLC | 503(b)(9) | $11,671.90 |
| | | | | | | Sandow Power Company LLC | Unsecured | $40,845.83 |
| | | | | Subtotal | $52,565.83 | | Subtotal | $52,565.83 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 44 | STAR INTERNATIONAL INC<br>PO BOX 1898<br>TEXARKANA, TX 75504 | 581 | Texas Competitive Electric Holdings Company LLC | Unsecured | $57,581.48 | Luminant Generation Company LLC | Unsecured | $2,425.79 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $46,478.33 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $8,438.92 |
| | | | | | | Sandow Power Company LLC | Unsecured | $238.44 |
| | | | | | | Subtotal | | $57,581.48 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 45 | SUPERBOLT INC.<br>P.O. BOX 683<br>CARNEGIE, PA 15106 | 2746 | Luminant Generation Company LLC | Unsecured | $9,260.40 | Oak Grove Management Company LLC | Unsecured | $9,260.40 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 46 | TESSCO INCORPORATED<br>ATTN: K. FORELLA<br>11126 MCCORMICK RD<br>HUNT VALLEY, MD 21031 | 4473 | Luminant Mining Company LLC | Unsecured | $5,311.30 | Luminant Mining Company LLC | Unsecured | $2,972.42 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $2,338.88 |
| | | | | | | Subtotal | | $5,311.30 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 47 | TEST AMERICA AIR EMISSION CORP DBA METCO ENVIRONMENTAL PO BOX 204290 DALLAS, TX 75320-4290 | 4243 | Luminant Generation Company LLC | Unsecured | $132,730.49 | Luminant Generation Company LLC | Unsecured | $3,362.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $129,368.49 |
| | | | | | | Subtotal | | $132,730.49 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| 48 | TEXAS INDUSTRIAL MAINTENANCE SUPPLY CO. 1951 UNIVERSITY BUSINESS DRIVE SUITE 121 MCKINNEY, TX 75071 | 5051 | Oak Grove Mining Company LLC | Unsecured | $30.00 | Oak Grove Management Company LLC | Unsecured | $30.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| 49 | TRINITY PARTS & COMPONENTS LLC 2525 STEMMONS FREEWAY DALLAS, TX 75207 | 4810 | Oak Grove Management Company LLC | 503(b)(9) | $22,562.75 | Luminant Mining Company LLC | 503(b)(9) | $3,156.50 |
| | | | | | | Oak Grove Management Company LLC | 503(b)(9) | $19,406.25 |
| | | | | | | Subtotal | | $22,562.75 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| 50 | UNITED STATES CRANE INC 1155 CENTRAL FL PKWY ORLANDO, FL 32837 | 9780 | Luminant Mining Company LLC | Unsecured | $3,424.50 | Oak Grove Management Company LLC | Unsecured | $3,424.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 51 | VANDERBURG DRAFTING SUPPLY INC 2373 VALLEY VIEW LN FARMERS BRANCH, TX 75234-5786 | 1161 | Luminant Energy Company LLC | 503(b)(9) | $859.94 | Luminant Generation Company LLC | 503(b)(9) | $859.94 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 52 | WACO AUTO GLASS 1100 FRANKLIN AVE WACO, TX 76701 | 2145 | Oak Grove Management Company LLC | Unsecured | $541.08 | Luminant Generation Company LLC | Unsecured | $165.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $376.08 |
| | | | | | | | Subtotal | $541.08 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 53 | WACO AUTO GLASS 1100 FRANKLIN AVE WACO, TX 76701 | 2146 | Luminant Big Brown Mining Company LLC | Unsecured | $1,111.08 | Luminant Mining Company LLC | Unsecured | $1,111.08 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 54 | WHITE OAK RADIATOR SERVICE INC. P.O. BOX 606 WHITE OAK, TX 75693 | 2777 | Luminant Generation Company LLC | Unsecured | $6,100.00 | Luminant Mining Company LLC | Unsecured | $6,100.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 55 | WOODSON LUMBER & HARDWARE HIGHWAY 164 EAST PO BOX 368 GROESBECK, TX 76642 | 4589 | Luminant Mining Company LLC | Unsecured | $3,116.85 | Luminant Mining Company LLC | Unsecured | $1,344.85 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $1,772.00 |
| | | | | | | Subtotal | | $3,116.85 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 56 | WOODSON LUMBER COMPANY OF LEXINGTON 8717 N.HWY 77 PO BOX 147 LEXINGTON, TX 78947 | 4975 | Sandow Power Company LLC | Unsecured | $2,014.35 | Luminant Generation Company LLC | Unsecured | $391.14 |
| | | | | | | Sandow Power Company LLC | Unsecured | $1,623.21 |
| | | | | | | Subtotal | | $2,014.35 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 57 | YORK PUMP & EQUIPMENT, A DXP COMPANY C/O DXP ENTERPRISES INC 7272 PINEMONT HOUSTON, TX 77040 | 10187 | Luminant Big Brown Mining Company LLC | Unsecured | $445.85 | Luminant Mining Company LLC | Unsecured | $445.85 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| | | | TOTAL | | $1,385,555.59 | TOTAL | | $1,385,555.59 |