**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD OCTOBER 1, 2015 TO OCTOBER 31, 2015*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Davido, Scott | Senior Managing Director | $ 875 | 2.8 | $2,450.00 |
| Diaz, Matthew | Senior Managing Director | 975 | 17.4 | 16,965.00 |
| Eisenband, Michael | Senior Managing Director | 975 | 3.0 | 2,925.00 |
| Scruton, Andrew | Senior Managing Director | 975 | 36.8 | 35,880.00 |
| Simms, Steven | Senior Managing Director | 975 | 4.5 | 4,387.50 |
| Cordasco, Michael | Managing Director | 795 | 32.7 | 25,996.50 |
| Greenberg, Mark | Managing Director | 795 | 1.8 | 1,431.00 |
| Arsenault, Ronald | Senior Director | 535 | 13.4 | 7,169.00 |
| Rauch, Adam | Director | 645 | 2.6 | 1,677.00 |
| Eimer, Sean | Senior Consultant | 495 | 22.9 | 11,335.50 |
| Gittelman, Jeremy | Consultant | 355 | 13.8 | 4,899.00 |
| Hellmund-Mora, Marili | Administrative | 250 | 5.2 | 1,300.00 |
| **GRAND TOTAL** | | | **156.9** | **$116,415.50** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD OCTOBER 1, 2015 TO OCTOBER 31, 2015*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 9 | Analysis of Employee Compensation Programs | 0.5 | 487.50 |
| 13 | Analysis of Other Miscellaneous Motions | 38.8 | 29,931.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 13.8 | 11,781.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 38.3 | 37,062.50 |
| 18.A | Investigations of Select Legacy Transactions- Historical Transactions | 2.6 | 1,677.00 |
| 21 | General Meetings with Committee & Committee Counsel | 2.5 | 2,185.50 |
| 24 | Preparation of Fee Application | 50.0 | 24,751.00 |
| 39 | Analysis of Alternative Tax Structure | 10.4 | 8,540.00 |
| | **GRAND TOTAL** | **156.9** | **$116,415.50** |