IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 6873, 6874** |

**CERTIFICATION OF COUNSEL CONCERNING
ORDER APPROVING THE MOTION OF ENERGY FUTURE
HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING
LUMINANT MINING COMPANY LLC TO TRANSFER CERTAIN ASSETS TO OAK
GROVE MANAGEMENT COMPANY AND GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1.  On November 4, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Mining Company LLC to Transfer Certain Assets to Oak Grove Management Company and Granting Related Relief* [D.I. 6873] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").[2] By the Motion, the Debtors are seeking the entry of an order authorizing Luminant Mining Company LLC to transfer the Dragline Asset (as defined in the Motion) to Oak Grove Management Company LLC (both of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On November 4, 2015, the Debtors also filed the *Declaration of Robert Frenzel in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Mining Company LLC to Transfer Certain Assets to Oak Grove Management Company and Granting Related Relief* [D.I. 6874] in connection with, and in support of, the Motion.

RLF1 13408790v.1

whom are Debtors in these chapter 11 cases) in the ordinary course of business under 11 U.S.C. §§ 363(b) and (c).

2. Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Mining Company LLC to Transfer Certain Assets to Oak Grove Management Company and Granting Related Relief" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Standard Time) on November 18, 2015 (the "Objection Deadline"). A hearing to consider the relief requested in the Motion is currently scheduled to take place before the Bankruptcy Court on November 25, 2015 starting at 10:00 a.m. (Eastern Standard Time).

3. Prior to the Objection Deadline, the Ad Hoc Group of TCEH First Lien Lenders provided informal comments to the Motion (the "Informal Response").

4. Other than the Informal Response, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases. Based on various communications by and between the Debtors and the Ad Hoc Group of TCEH First Lien Lenders, the Debtors have prepared a revised form of order (the "Revised Order") in connection with the Motion, which fully resolves the Informal Response. A copy of the Revised Order is attached hereto as **Exhibit A**. A blackline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as **Exhibit B**. The Revised Order has been circulated to, and is acceptable to, the Debtors and counsel the Ad Hoc Group of TCEH First Lien Lenders.

5.  The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: November 20, 2015
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 13408790v.1