# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) Chapter 11 ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) Case No. 14-10979 (CSS) ) |
| Debtors. | ) ) (Jointly Administered) ) ) **Re: D.I. 6394, 6396, 6398, 6702** |

## CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER AUTHORIZING ENERGY FUTURE HOLDINGS CORP., *ET AL.* TO FILE REDACTED PORTIONS OF MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.* FOR ENTRY OF AN ORDER AUTHORIZING, BUT NOT REQUIRING, THE TCEH DEBTORS TO (A) PARTICIPATE IN A COMPETITIVE BIDDING PROCESS, AND (B) IF SELECTED AS THE WINNING BIDDER, TO CONSUMMATE A PROPOSED ACQUISITION

The undersigned hereby certifies as follows:

1. On October 7, 2015, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition* [D.I. 6394] (the "Bid Procedures Motion").[2] Pursuant to the Bid

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein shall have the meaning ascribed to them in the Bid Procedures Motion. In support of the Bid Procedures Motion, the Debtors filed the *Declaration of Michael Carter in Support of the Motion of Energy Future Holdings Corp, et al., for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition* [D.I. 6398].

Contemporaneously with the Bid Procedures Motion, the Debtors filed the *Motion for Entry of an Order Authorizing Energy Future Holdings Corp., et al., to File Redacted Portions of Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) If Selected as the Winning Bidder, to*

Procedures Motion, the Debtors were seeking entry of an order of this Court authorizing, but not requiring, the TCEH Debtors to (a) participate in a competitive bidding process for the acquisition of certain strategic business assets, pursuant to the Bidding and Acquisition Procedures and (b) if selected as the winning bidder, executive definitive agreements, obtain any necessary regulatory authorizations or consents, and consummate the proposed acquisition without further order of the Court.

2. The Court entered the *Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Bidding Process, and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition* [D.I. 6702] (the "Initial Bid Procedures Order").

3. In connection with the TCEH Debtors' participation in the Sale Process, the TCEH Debtors revised the Initial Bid Procedures Order (the "Revised Bid Procedures Order"). The Revised Bid Procedures Order has been shared with the Office of the United States Trustee and the professionals for (i) the ad hoc committee of TCEH first lien creditors, (ii) the TCEH Creditors' Committee, (iii) the ad hoc group of TCEH unsecured creditors, (iv) counsel to the TCEH DIP Lender, and (v) the Seller (collectively, the "Parties"). None of the Parties object to the Debtors filing the Revised Bid Procedures Order. A copy of the Revised Bid Procedures Order is attached hereto as **Exhibit A**. A blackline of the Revised Bid Procedures Order compared to the Initial Bid Procedures Order is attached as **Exhibit B**.

4. The Debtors therefore respectfully request that the Court enter the Revised Bid Procedures Order, substantially in the form attached hereto as **Exhibit A,** at its earliest convenience.

---

*Consummate a Proposed Acquisition* [D.I. 6394] (the "Sealing Motion"). The Court entered an order granting the relief requested in the Sealing Motion on October 27, 2015 [D.I. 6700].

Dated: November 20, 2015
      Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*