# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Energy Future Holdings Corp.

**Case No.:** 14–10979–CSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF REQUEST FOR CERTIFICATION OF DIRECT APPEAL

Please be advised that EFIH Second Lien Trustee filed a Request for Certification of Direct Appeal on 11/17/2015 regarding the Order Denying motion of Second Lien Indenture Trustee For Limited Relief From the Automatic Stay, Amended Memorandum Opinion and Corrected Order

The Request may be viewed at docket number 7026. The order on appeal may be viewed at docket number 6531,6752,6753. Responses due by 12/1/2015.

*David D. Bird*

David D. Bird, Clerk of Court

Date: 11/18/15
(VAN–464)

```
                              United States Bankruptcy Court
                                   District of Delaware
In re:                                                           Case No. 14-10979-CSS
Energy Future Holdings Corp.                                     Chapter 11
         Debtor            CERTIFICATE OF NOTICE
District/off: 0311-1          User: JudyF                 Page 1 of 2                  Date Rcvd: Nov 18, 2015
                              Form ID: van464             Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2015.

```
db            +Energy Future Holdings Corp.,    Energy Plaza,    1601 Bryan Street,    Dallas, TX 75201-3483
aty           +Andrew McGaan,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty           +Anna Terteryan,    Kirkland & Ellis LLP,    555 California Street,    San Francisco, CA 94104-1603
aty           +Anthony V. Sexton,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty           +Aparna Yenamandra,    Kirkland & Ellis LLP,    601 Lexington Avenue,    New York, NY 10022-4643
aty           +Brenton Rogers,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty           +Bridget K. O'Connor,    Kirkland & Ellis LLP,    655 Fifteenth Street, N.W.,
                Washington, DC 20005-5793
aty           +Bryan M. Stephany,    Kirkland & Ellis LLP,    655 Fifteenth Street, N.W.,
                Washington, DC 20005-5793
aty           +Christopher W. Keegan,    Kirkland & Ellis LLP,    555 California Street,
                San Francisco, CA 94104-1603
aty           +Cormac T. Connor,    Kirkland & Ellis LLP,    655 Fifteenth Street, N.W.,
                Washington, DC 20005-5793
aty           +Emily E. Geier,    Kirkland & Ellis LLP,    300 N. LaSalle,    Chicago, IL 60654-5412
aty           +Iskender H. Catto,    McDermott Will & Emery LLP,    340 Madison Avenue,
                New York, NY 10173-1922
aty           +James H.M. Sprayregen,    Kirkland & Ellis LLP,    601 Lexington Avenue,
                New York, NY 10022-4643
aty           +Jeff J. Marwil,    Proskauer Rose LLP,    Three First National Plaza,    70 W. Madison Street,
                Suite 3800,    Chicago, IL 60602-4342
aty           +Jeremy L. Graves,    GIBSON DUNN & CRUTCHER LLP,    1801 California Street,    Suite 4200,
                Denver, CO 80202-2694
aty           +Jeremy L. Retherford,    Balch & Bingham LLP,    1901 Sixth Avenue North,    Suite 1500,
                Birmingham, AL 35203-4642
aty           +Jonathan F. Ganter,    Kirkland & Ellis LLP,    655 Fifteenth Street, N.W.,
                Washington, DC 20005-5793
aty           +Justin Sowa,    Kirkland & Ellis LLP,    555 California Street,    San Francisco, CA 94104-1603
aty           +Kevin Chang,    Kirkland & Ellis LLP,    555 California Street,    San Francisco, CA 94104-1603
aty            Lary Alan Rappaport,    Proskauer Rose LLP,    2049 Century Park East,
                Los Angeles, CA 90067-3206
aty           +Marc Kieselstein,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty           +Mark E. McKane, Esq.,    Kirkland & Ellis LLP,    555 California Street,
                San Francisco, CA 94104-1603
aty           +Mark K. Thomas,    Proskauer Rose LLP,    Three First National Plaza,    70 W. Madison Street,
                Suite 3800,    Chicago, IL 60602-4342
aty           +Matthew E. Papez,    Kirkland & Ellis LLP,    655 Fifteenth Street, N.W.,
                Washington, DC 20005-5793
aty            Michael A. Firestein,    Proskauer Rose LLP,    2049 Century Park East,
                Los Angeles, CA 90067-3206
aty           +Michael A. Petrino,    Kirkland & Ellis LLP,    655 Fifteenth Street, N.W.,
                Washington, DC 20005-5793
aty           +Michael B. Slade,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty           +Michael L. Raiff,    Gibson Dunn & Crutcher LLP,    2100 McKinney Avenue,    Dallas, TX 75201-2106
aty           +Michael P. Esser,    Kirkland & Ellis LP,    555 California Street,
                San Francisco, CA 94104-1503
aty           +Natalie Hoyer Keller,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty            P. Stephen Gidiere, III,    Balch & Bingham LLP,    1901 Sixth Avenue North,    Suite 1500,
                Birmingham, AL 35203-4642
aty           +Richard M. Cieri,    Kirkland & Ellis LLP,    601 Lexington Avenue,    New York, NY 10022-4643
aty           +Richard U.S. Howell,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty           +Stephen E. Hessler,    Kirkland & Ellis LLP,    601 Lexington Avenue,    New York, NY 10022-4643
aty           +Steven N. Serajeddini,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty           +Todd F. Maynes,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty            W. Clark Watson,    Balch & Bingham LLP,    1901 Sixth Avenue North,    Suite 1500,
                Birmingham, AL 35203-4642
aty           +William Guerrieri,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty           +William T. Pruitt,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0311-1          User: JudyF                    Page 2 of 2                   Date Rcvd: Nov 18, 2015
                              Form ID: van464                Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2015                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2015 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0
```