IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF SETTLEMENT AMONG DEBTORS, EFH COMMITTEE, EFH NOTES TRUSTEE, PLAN SPONSORS, CONSENTING TCEH FIRST LIEN CREDITORS, AND TCEH COMMITTEE

**PLEASE TAKE NOTICE** that (a) Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., EECI, Inc., EEC Holdings, Inc., LSGT Gas Company LLC, LSGT SACROC, Inc., and Texas Competitive Electric Holdings Company LLC (collectively with the other above-captioned debtors and debtors in possession, the "Debtors"); (b) the official committee of unsecured creditors of EFH Corp. EFIH, EFIH Finance, and EECI, Inc. (the "EFH Committee"); (c) American Stock Transfer & Trust Company, LLC, in its capacity as successor trustee under the EFH Note Indentures (the "EFH Notes Trustee");[2] (d) the Plan Sponsors; (e) the Consenting TCEH First Lien Creditors; and (f) the TCEH Committee (collectively, the "Parties") have reached an agreement (the "Committee Settlement") resolving, among other things, outstanding disputes regarding the allowance and treatment (as applicable) under the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al.,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Agreement (as defined below).

*Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122] (the "Plan") of certain claims and the objections to confirmation of the Plan and approval of the Settlement Agreement pursued by the EFH Committee and the EFH Notes Trustee.

**PLEASE TAKE FURTHER NOTICE** that attached hereto are the following documents, which implement the Committee Settlement: (a) the *Settlement & Support Agreement* incorporating the Committee Settlement as **Exhibit A** (the "Agreement"); and (b) a proposed form of order approving the Committee Settlement as **Exhibit B** (the "Committee Settlement Order").

**PLEASE TAKE FURTHER NOTICE** that the attached versions of the Agreement and the Committee Settlement Order have been agreed among the Parties.

**PLEASE TAKE FURTHER NOTICE** that, at the direction of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), any responses or objections to the approval of the Agreement or entry of the Committee Settlement Order must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the Debtors on or before **November 24, 2015 at 4:00 p.m. (Eastern Standard Time).**

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Committee Settlement Order for entry and approval to The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **November 25, 2015 at 10:00 a.m. (Eastern Standard Time).**

*[Remainder of page intentionally left blank]*

Dated: November 23, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*