## **Exhibit A**

## **Hours Expended by Goldin Professional**

| | | |
|---|:---:|---:|
| Harrison J. Goldin | Sr. Managing Direction | 0.5 |
| David Prager | Managing Director | 8.5 |
| Karthik Bhavaraju | Director | 2.2 |
| Deborah Praga | Analyst | 11.8 |
| **Total** | | **23.0** |