## Exhibit C

### Expenses by Category

| | |
|---|---:|
| Photocopies | 24.01 |
| Conference Calls and Telecommunications | 0.40 |
| Research | 8.67 |
| **Total** | **$32.68** |