## Exhibit D

**Expense Detail**

**GoldinAssociates, LLC**

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

## Detailed Expenses by Category: EFIH

For Expenses Through 10/31/2015

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| : Office Supplies/Miscellaneous | | | | | | |
| | 10/1/2015 | 10/31/2015 | 10/31/15 | AJD | Photocopies for the period of October 1 through October 31, 2015 (343 pages at $0.07 per page) | $24.01 |
| Total: Office Supplies/Miscellaneous | | | | | | $24.01 |
| : Research | | | | | | |
| | 7/1/2015 | 9/30/2015 | 10/7/15 | RCD | Pacer - Inv # 2552207-Q32015 | $6.10 |
| | 10/1/2015 | 10/31/2015 | 10/1/15 | RCD | Capital IQ - Discounted rate; retail rate per click would equal $50.61 | $2.57 |
| Total: Research | | | | | | $8.67 |
| **Grand Total** | | | | | | **$32.68** |