## **EXHIBIT A**

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Chapter 11 | 3.00 | $ 3,090.00 |
| Plan and Disclosure | 46.80 | $ 46,460.00 |
| Employment and Fee Applications | 23.20 | $ 26,680.00 |
| | | |
| TOTAL | **73.00** | **$ 76,230.00** |