## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1150 | 34.40 | 39,560.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 950 | 38.60 | 36,670.00 |
| | | | | **TOTAL** | **73.00** | **76,230.00** |