## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| Other: Elan Corporate Payment | $ 30.00 |
| PACER SERVICE CENTER | $ 31.00 |
| TOTAL | $ 61.00 |