## **EXHIBIT D**

### Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 10/7/2015 | LEVIN, R.. | PARTNER | PACER SERVICE | 31.00 | Pacer Service Charges (10/7/15) |
| 55152-10085 | 10/13/2015 | LEVIN, R. | PARTNER | Elan Corporate Payment | 30.00 | Elan Corporate Payment; 8/27/15 Statement; Telephone Appearance for R. Levin |