# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF DECLARATION OF
## DENNIS J. ROEMLEIN AUTHENTICATING EXHIBITS

PLEASE TAKE NOTICE that on November 19, 2015, pursuant to the request of the above-captioned Debtors, the *Declaration of Dennis J. Roemlein Authenticating Exhibits*, which authenticated exhibits "BNY 43" and "BNY 44," was served on the Participating Parties.[1]

Dated: November 23, 2015
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:  */s Kurt F. Gwynne*
Kurt F. Gwynne (No. 3951)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com

-and-

Sarah K. Kam (*pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 549-0284
Facsimile: (212) 521-5450
Email: skam@reedsmith.com

Counsel The Bank of New York Mellon Trust Company, N.A., in its capacity as the EFCH 2037 Notes Trustee

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the *Joint Stipulated Final Pre-Trial Order* (D.I. 6748).