# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 7032 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE        )
                         ) SS
COUNTY OF NEW CASTLE     )

Nicole DiBiaso, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. in the above-captioned case, and that on the 18th day of November, 2015, she caused copies of the **Response of the EFH Indenture Trustee to the Debtors' Request for Entry of Order Approving the Settlement Between Debtors and Fidelity Management & Research Company [D.I. 7032]** to be served upon the parties on the attached service list in the manner(s) indicated thereon.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

_____
Nicole DiBiaso

Sworn to and subscribed before me this 23rd day of November, 2015.

Notary Public Stephanie MacDonald

My Commission Expires: 9/12/2016



**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Edward O. Sassower, P.C.
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
Chad J. Husnick, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Ellen W. Slights, AUSA
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Mark E. McKane, Esquire
Michael P. Esser, Esquire
Anna Terteryan, Esquire
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Jeremy W. Ryan, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
6th Floor
P.O. Box 951
Wilmington, DE 19801

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Brenton Rogers, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Karen C. Bifferato, Esquire
Kelly M. Conlan, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
John P. Melko, Esquire
Gardere Wynne Sewell, LLP
Wells Fargo Plaza, Suite 3400
1000 Louisiana
Houston, TX 77002

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Benjamin L. Stewart, Esquire
Bailey Brauer PLLC
Campbell Centre I
8350 N. Central Expy, Suite 935
Dallas, TX 75206

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes, PA
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
The Office Of The United States Trustee
 For The District Of Delaware
Attn: Richard L. Shepacarter, Esq.
844 King Street, Suite 2207
Wilmington, Delaware 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street Suite 1800
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Howard A. Cohen, Esquire
Robert K. Malone, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Marc J. Phillips, Esquire
Manion Gaynor & Manning LLP
The Nemours Building
1007 North Orange Street
10th Floor
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, Suite 1000
PO Box 410
Wilmington, DE 19899

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Steven K. Kortanek, Esquire
Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
L. John Bird, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Pauline K. Morgan, Esquire
Joel A. Waite, Esquire
Ryan M. Bartley, Esquire
Andrew L. Magaziner, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Erin R. Fay, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Michael D. DeBaecke, Esquire
Stanley B. Tarr, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Michael G. Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Kurt F. Gwynne, Esquire
Kimberly E.C. Lawson, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Stephen M. Miller, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Mark E. Felger, Esquire
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Daniel K. Astin, Esquire
Joseph J. McMahon, Jr., Esquire
Ciardi Ciardi & Astin
1204 North King Street
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
William Chipman, Esquire
Mark D. Olivere, Esquire
Chipman & Brown, LLP
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Kathleen A. Murphy, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 150C
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Secretary of State
Division of Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Sarah Kam, Esquire
Reed Smith LLP
599 Lexington Avenue 22nd Floor
New York, NY

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Andrew M. Calamari, Esquire
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281-1022

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Kevin M. Capuzzi, Esquire
Pinckney, Weidinger, Urban & Joyce LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Edward S. Weisfelner, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
James E. Huggett, Esquire
Amy D. Brown, Esquire
Margolis Edelstein
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Rachel Obaldo, Esquire
John Mark Stern, Esquire
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Thomas Moers Mayer, Esquire
Philip Bentley, Esquire
Joshua K. Brody, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York 10036

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Stephanie Wickouski, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Kevin M. Lippman, Esquire
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Hugh M. McDonald, Esquire
Louis A. Curcio, Esquire
Brett D. Goodman, Esquire
Troutman Sanders LLP
405 Lexington Avenue
New York, NY 10174

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Owen M. Sonik, Esquire
Perdue, Brandon, Fielder, Collins & Mott
1235 North Loop West, Suite 600
Houston, TX 77008

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Jeffrey L. Jonas, Esquire
Andrew P. Strehle, Esquire
Jeremy B. Coffey, Esquire
Howard Siegel, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Benjamin W. Loveland, Esquire
Wilmer Cutler Pickering Hale and Don LLP
60 State Street
Boston, MA 02109

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Steven Kazan, Esquire
Kazan McClaim Satterler & Greenwood
Jack London Market
55 Harrison Street, Ste. 400
Oakland, CA 94607

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Michael A. McConnell, Esquire
Clay Taylor, Esquire
Katherine Thomas, Esquire
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Hal F. Morris, Esquire
Ashley Flynn Bartram, Esquire
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Russell L. Munsch, Esquire
Munsch Hardt Kopf & Harr, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin, TX 78701-4071

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>**& FIRST CLASS MAIL**<br>Elizabeth Banda Calvo, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | **VIA ELECTRONIC MAIL**<br>**& FIRST CLASS MAIL**<br>Paul D. Moak, Esquire<br>McKool Smith<br>600 Travis Street, Suite 7000<br>Houston, TX 77002 |
| **VIA ELECTRONIC MAIL**<br>**& FIRST CLASS MAIL**<br>Philip D. Anker, Esquire<br>George W. Shuster, Jr., Esquire<br>Wilmer Cutler Pickering Hale and Don LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | **VIA ELECTRONIC MAIL**<br>**& FIRST CLASS MAIL**<br>Julia Frost-Davies, Esquire<br>Christopher L. Carter, Esquire<br>Bingham McCutchen LLP<br>One Federal Street<br>Boston, MA 02110-1726 |
| **VIA ELECTRONIC MAIL**<br>**& FIRST CLASS MAIL**<br>Fredric Sosnick, Esquire<br>Ned S. Schodek, Esquire<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | **VIA ELECTRONIC MAIL**<br>**& FIRST CLASS MAIL**<br>Edward M. King, Esquire<br>Frost Brown Todd LLC<br>400 W. Market Street, 32nd Floor<br>Louisville, KY 40202 |
| **VIA ELECTRONIC MAIL**<br>**& FIRST CLASS MAIL**<br>Geoffrey Gay, Esquire<br>Lloyd Gosselink Rochelle & Townsend, PC<br>816 Congress Avenue, Suite 1900<br>Austin, TX 78701 | **VIA ELECTRONIC MAIL**<br>**& FIRST CLASS MAIL**<br>Jay M. Goffman, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| **VIA ELECTRONIC MAIL**<br>**& FIRST CLASS MAIL**<br>Harold L. Kaplan, Esquire<br>Mark F. Hebbeln, Esquire<br>Lars A. Peterson, Esquire<br>Foley & Lardner LLP<br>321 North Clark St., Ste. 2800<br>Chicago IL 60654 | **VIA ELECTRONIC MAIL**<br>**& FIRST CLASS MAIL**<br>Peter S. Goodman, Esquire<br>Michael R. Carney, Esquire<br>McKool Smith<br>One Bryant Park, 47th Floor<br>New York, NY 10036 |

VIA ELECTRONIC MAIL
& FIRST CLASS MAIL
Jeffrey S. Sabin, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

VIA ELECTRONIC MAIL
& FIRST CLASS MAIL
Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52 Street
New York, NY 10019

VIA ELECTRONIC MAIL
& FIRST CLASS MAIL
Desiree M. Amador, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, NW
Washington, DC 20005-4026

VIA ELECTRONIC MAIL
& FIRST CLASS MAIL
Dennis F. Dunne, Esquire
Evan R. Fleck, Esquire
Karen Gartenberg, Esquire
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

VIA ELECTRONIC MAIL
& FIRST CLASS MAIL
James Prince, Esquire
Omar J. Alaniz, Esquire
Thomas E. O'Brien, Esquire
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201

VIA ELECTRONIC MAIL
& FIRST CLASS MAIL
William P. Weintraub, Esquire
Kizzy L. Jarashow, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

VIA ELECTRONIC MAIL
& FIRST CLASS MAIL
George N. Panagakis, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606

VIA ELECTRONIC MAIL
& FIRST CLASS MAIL
Lee Gordon, Esquire
McCreary, Veselka, Bragg & Allen, PC
P.O. Box 1269
Round Rock, TX 78680

VIA ELECTRONIC MAIL
& FIRST CLASS MAIL
Alan W. Kornberg, Esquire
Kelly A. Cornish, Esquire
Brian S. Hermann, Esquire
Jacob A. Adlerstein, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

VIA ELECTRONIC MAIL
& FIRST CLASS MAIL
David E. Leta, Esquire
Snell & Wilmer LLP
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

Case 14-10979-CSS   Doc 7103   Filed 11/23/15   Page 10 of 16

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Brad Eric Scheler, Esquire
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
Fried, Frank, Harris, Schriver & Jacobson
One New York Plaza
New York, NY 10004

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Thomas E. Lauria, Esquire
Matthew C. Brown, Esquire
White & Case LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Marshall S. Huebner, Esquire
Benjamin S. Kaminetzky, Esquire
Elliot Moskowitz, Esquire
Damon P. Meyer, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Jonathan Hook, Esquire
Haynes and Boone LLP
30 Rockefeller Center, 26th Floor
New York, NY 10112

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Patrick L. Hughes, Esquire
Haynes and Boone LLP
1221 McKinney Street, Suite 1200
Houston, TX 77010

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Michael L. Schein, Esquire
Vedder Price PC
1633 Broadway, 47th Floor
New York, NY 10019

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Daniel A. Lowenthal, Esquire
Craig W. Dent, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
John A. Harris, Esquire
Jason D. Curry, Esquire
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Stephen C. Stapleton, Esquire
Cowles & Thompson
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX 75202

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Thomas J. Moloney, Esquire
Sean A. O'Neal, Esquire
Humayun Khalid, Esquire
 Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
Stephen M. Baldini, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Scott L. Alberino, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Jeffrey R. Fine, Esquire
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, Texas 75201

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Christine C. Ryan, Esquire
Brickfield, Burchette, Rifts & Stone, PC
1025 Thomas Jefferson Street, NW
Washington, DC 20007

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
David Neier, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Donald K. Ludman, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Jon Chatalian, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Jonathan L. Howell, Esquire
McCathern, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX 75219

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Jamie R. Welton, Esquire
Lackey Hershman, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Monica Blacker, Esquire
J. Scott Rose, Esquire
Jackson Walker, LLP
Weston Centre
112 E. Pecan Street, Suite 2400
San Antonio, TX 78205

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
D. Ross Martin, Esquire
Keith H. Wofford, Esquire
Joshua Y. Sturm, Esquire
Ropes & Gray, LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Robert Szwajkos, Esquire
Curtin & Heefner LLP
250 Pennsylvania Avenue
Morrisville, PA 19067

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Shawn M. Christianson, Esquire
Buchalter Nemer, PC
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Patricia Williams Prewitt, Esquire
Law office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX 77868

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Jody A. Bedenbaugh, Esquire
George B. Cauthen, Esquire
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Judy Hamilton Morse, Esquire
Crowe & Dunlevy, PC
20 North Broadway, Suite 1800
Oklahoma City, OK 73102

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Jordan S. Blask, Esquire
Lara E. Shipkovitz, Esquire
Tucker Arensberg, PC
1500 One PPG Place
Pittsburgh, PA 15222

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones, Esquire
Robert J. Feinstein, Esquire
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Jeanmarie Baer, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
P.O. Box 8188
Wichita Falls, TX 76307

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Christopher B. Mosley, Esquire
Senior Assistant City Attorney
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX 76102

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Morrison & Foerster
250 W. 55th Street
New York, NY 10019

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Edward Fox, Esquire
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Michael G. Smith, Esquire
111 North 6th Street
P.O. Box 846
Clinton, OK 73601

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Jacob L. Newton, Esquire
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Ari D. Kunofsky, Esquire
Trial Attorneys, Tax Division
U. S. Department of Justice
PO Box 227
Washington, DC 20044

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Thomas D. Maxson, Esquire
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Raymond H. Lemisch, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Andrew Dietderich, Esquire
Mark U. Schneiderman, Esquire
Michael H. Torkin, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Peter Gilhuly, Esquire
Adam E. Malatesta, Esquire
Lathan & Watkins, LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Cole, Schotz, Meisel, Forman & Leonard
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Nicholas J. Brannick, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Cole, Schotz, Meisel, Forman & Leonard
Warren A. Usatine, Esquire
25 Main Street P.O. Box 800
Hackensack, NJ 07602

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
James H. Millar, Esquire
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Diane Wade Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 17428
Austin, TX 78760

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
Satterlee, Stephens, Burke & Burke, LLP
230 Park Avenue
New York, NY 10169

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Venable, LLP
Jamie L. Edmonson, Esquire
Daniel A. O'Brien, Esquire
1201 N. Market Street, Suite 1400
Wilmington, Delaware 19801

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Natalie D. Ramsey, Esquire
Mark Andrew Fink, Esquire
Mark B. Sheppard, Esquire
Montgomery, McCracken, Walker & Rhoads
1105 N. Market Street
Suite 1500
Wilmington, DE 19081

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Richard Levin, Esquire
Jenner & Block
919 3rd Avenue
New York, NY 10022-3901

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Joseph H. Huston, Jr., Esquire
Steven & Lee, PC
1105 North Market Street, Suite 700
Wilmington, Delaware 19801

**VIA FIRST CLASS MAIL ONLY**
Michael A. Berman, Esquire
Office of the General Counsel
Washington, DC 20549

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Michael A. Paskin, Esquire
Cravath, Swaine and Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Thomas Walper, Esquire
Todd J. Rosen, Esquire
Munger, Tolles & Olson, LLP
355 South Grand Avenue, 35th Floor Los Angeles, CA 90071

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Jeff J. Marwil, Esquire
Mark K. Thomas, Esquire
Peter J. Young, Esquire
Proskauer Rose, LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602

**VIA ELECTRONIC MAIL ONLY**
Bradley A. Robins
Greenhill & Co., LLC

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Michael Friedman, Esquire
Chapman and Cutler LLP
1270 Avenue of the Americas, 30th Floor
New York, New York 10020

**VIA ELECTRONIC MAIL ONLY**
Jonathan Goldin
Goldin Associates, LLC

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Ronald L. Rowland, Agent
Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD 21030

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Michael L. Atchley, Esquire
Matthew T. Taplett, Esquire
Pope, Hardwicke, Christie, Schell, Kelly
500 West 7th Street, Suite 600
Fort Worth, EX 76102

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Jeffrey T. Rose, Esquire
Wilmington Trust FSB
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Sean Lev, Esquire
Office of the General Counsel
Federal Communications Commission
445 12th Street, SW
Washington, DC 20554

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Jason A. Starks, Esquire
Greg Abbott, Esquire
Daniel T. Hodge, Esquire
John B. Scott, Esquire
Ronald R. Del Vento, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
Stephen Sakonchick, II, Esquire
Stephen Sakonchick II, PC
6502 Canon Wren Drive
Austin, TX 78746

**VIA ELECTRONIC MAIL ONLY**
Michael J. Joyce, Esquire
Cross & Simon, LLC
1105 N. Market Street, Suite 901
Wilmington, DE 19801