**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 6968, 6973** |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | | |
| Debtors. | | |

**CERTIFICATION OF COUNSEL**

The undersigned hereby certifies that, as of the date hereof, they have received no answer, objection or other responsive pleading to the **Motion of UMB Bank, N.A. to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim 6347** [Docket No. 6968] or to the **Motion of Ad Hoc Group of Non-Settling EFIH PIK Noteholders to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim No. 6347** [Docket No. 6973] (collectively, the "Motions") filed on November 12, 2015.

The undersigned further certifies that they have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motions appears thereon.  Pursuant to the **Order Shortening Notice Period in Connection with Relief Requested in Connection with Motion of UMB Bank, N.A. to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim 6347** [Docket No. 6985] and to the **Order Shortening Notice Period In Connection With Relief Requested In Motion Of Ad Hoc Group Of Non-Settling EFIH PIK Noteholders To Alter Or Amend Order Regarding EFIH Debtors' Partial Objection To Proof Of Claim No. 6347** [Docket No. 7017], responses to the Motions were to be filed and served no later than November 20, 2015 at 4:00 p.m. (prevailing Eastern Time).

PHIL1 5039343v.2

The undersigned further certifies that the Debtors consent to the relief and the parties are aware of no other responses or objections.  Additionally, in order not to have multiple orders for appeal, this Certification of Counsel is for the Motion filed at Docket No. 6973 as well with permission of the moving parties in that Motion.

WHEREFORE, it is respectfully requested that the Orders attached hereto as "Exhibit A" and "Exhibit B" be entered at the earliest convenience of the Court.

Dated:  November 23, 2015
Wilmington, Delaware

| | |
|---|---|
| **AKIN GUMP STRAUSS HAUER & FELD LLP** <br> Ira S. Dizengoff (admitted *pro hac vice*) <br> Abid Qureshi (admitted *pro hac vice*) <br> One Bryant Park <br> New York, NY 10036 <br> Telephone: (212) 872-1000 <br><br> Scott L. Alberino (admitted *pro hac vice*) <br> 1333 New Hampshire Avenue, N.W. <br> Washington, D.C. 20036 <br> Telephone: (202) 887-4000 | By:  __/s/ Raymond H. Lemisch_____ <br> **KLEHR HARRISON HARVEY BRANZBURG LLP** <br> Raymond H. Lemisch, Esq. (DE Bar No. 4204) <br> 919 Market Street, Suite 1000 <br> Wilmington, DE 19801 <br> Telephone: (302) 426-1189 <br><br> **FOLEY & LARDNER LLP** <br> Harold L. Kaplan (admitted *pro hac vice*) <br> Mark F. Hebbeln (admitted *pro hac vice*) <br> Lars A. Peterson (admitted *pro hac vice*) <br> 321 North Clark Street, Suite 2800 <br> Chicago, IL 60654-5313 <br> Telephone: (312) 832-4500 <br><br> Barry G. Felder (admitted *pro hac vice*) <br> Jonathan H. Friedman (admitted *pro hac vice*) <br> 90 Park Avenue <br> New York, NY 10016 <br> Telephone: (212) 682-7474 <br><br> *Co-Counsel for UMB BANK, N.A., as Trustee* <br><br> -and- |

**GELLERT SCALI BUSENKELL
& BROWN, LLC**

By: *Brya M. Keilson*_____
Michael Busenkell, Esq. (DE Bar No. 3933)
Brya M. Keilson, Esq. (DE Bar No. 4643)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Telephone:  (302) 425-5812
Facsimile:  (302) 425-5814

-and-

**KAYE SCHOLER LLP**

Scott D. Talmadge, Esq. (admitted *pro hac vice*)
250 W. 55th Street
New York, NY 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-6540

*Attorneys for York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management L.P., and Marathon Asset Management, LP on behalf of funds and accounts that they each manage or advise*