## Exhibit A

**Proposed Order Related to Call Premium Opinion**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 14-10979 (CSS) ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) (Jointly Administered) ) |
| Debtors. | ) **Re: Docket Nos. 4964, 6968, 6973** ) |

## ORDER

For the reasons set forth in the Court's Memorandum Opinion dated October 30, 2015 [D.I. 6781], the Court will sustain *EFIH Debtors' Partial Objection to Proof of Claim No. 6347 filed by the Indenture Trustee for the EFIH Unsecured Notes* [D.I. 4964] filed on July 9, 2015, as it relates to the portion of the PIK Claim seeking an amount for premiums, Applicable Premium, prepayment penalties, make-whole premiums, and/or call premiums. This Order amends and supersedes the prior Order at Docket No. 6783.

Dated: November ____, 2015

                                                THE HONORABLE CHRISTOPHER S. SONTCHI
                                                UNITED STATES BANKRUPTCY JUDGE