# EXHIBIT A

## Statement of Fees By Subject Matter

*Exhibit A*

**Combined - All Entities**
**Summary of Time Detail by Task**
**September 1, 2015 through September 30, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 12.9 | $7,710.00 |
| Bankruptcy Support | 390.5 | $222,398.50 |
| Business Plan | 4.4 | $2,090.00 |
| Cash Management | 3.9 | $1,525.00 |
| Claims | 502.7 | $216,585.00 |
| Communication | 15.9 | $13,325.00 |
| Contracts | 1,109.8 | $517,147.50 |
| Coordination & Communication with other Creditor Constituents | 15.5 | $8,200.00 |
| Coordination & Communication with UCC | 45.7 | $30,687.50 |
| Court | 14.6 | $11,310.00 |
| DIP Financing | 44.4 | $23,675.00 |
| Fee Applications | 32.6 | $14,372.50 |
| Motions and Orders | 5.9 | $4,425.00 |
| POR / Disclosure Statement | 295.0 | $165,030.00 |
| Status Meetings | 40.5 | $23,142.50 |
| Travel Time | 98.6 | $52,315.00 |
| UST Reporting Requirements | 9.4 | $4,935.00 |
| Vendor Management | 105.7 | $58,997.50 |
| **Total** | **2,748.0** | **$1,377,871.00** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**TCEH**
**Summary of Time Detail by Task**
**September 1, 2015 through September 30, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 10.0 | $6,026.25 |
| Bankruptcy Support | 256.0 | $146,496.49 |
| Business Plan | 3.8 | $1,822.47 |
| Cash Management | 2.9 | $1,134.59 |
| Claims | 374.3 | $161,326.40 |
| Communication | 12.0 | $10,054.02 |
| Contracts | 861.4 | $402,035.81 |
| Coordination & Communication with other Creditor Constituents | 2.2 | $1,898.86 |
| Coordination & Communication with UCC | 26.8 | $18,772.41 |
| Court | 10.9 | $8,414.56 |
| DIP Financing | 31.5 | $15,718.81 |
| Fee Applications | 24.3 | $10,693.04 |
| Motions and Orders | 5.2 | $3,881.25 |
| POR / Disclosure Statement | 231.3 | $129,761.38 |
| Status Meetings | 30.0 | $17,064.75 |
| Travel Time | 73.4 | $38,922.00 |
| UST Reporting Requirements | 7.0 | $3,671.61 |
| Vendor Management | 81.5 | $45,916.87 |
| **Total** | **2,044.5** | **$1,023,611.59** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFH**
**Summary of Time Detail by Task**
**September 1, 2015 through September 30, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 2.9 | $1,683.75 |
| Bankruptcy Support | 129.5 | $72,690.94 |
| Business Plan | 0.5 | $255.65 |
| Cash Management | 1.0 | $373.08 |
| Claims | 123.2 | $53,054.67 |
| Communication | 3.8 | $3,210.00 |
| Contracts | 248.3 | $115,088.39 |
| Coordination & Communication with other Creditor Constituents | 13.3 | $6,298.98 |
| Coordination & Communication with UCC | 13.7 | $9,077.19 |
| Court | 3.6 | $2,766.90 |
| DIP Financing | 2.9 | $1,718.83 |
| Fee Applications | 8.0 | $3,516.11 |
| Motions and Orders | 0.7 | $543.75 |
| POR / Disclosure Statement | 59.9 | $33,271.85 |
| Status Meetings | 10.3 | $5,950.75 |
| Travel Time | 24.1 | $12,798.43 |
| UST Reporting Requirements | 2.3 | $1,207.31 |
| Vendor Management | 24.2 | $13,080.63 |
| **Total** | **672.3** | **$336,587.20** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

> *EFIH*
> *Summary of Time Detail by Task*
> *September 1, 2015 through September 30, 2015*

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Bankruptcy Support | 5.0 | $3,211.07 |
| Business Plan | 0.0 | $11.88 |
| Cash Management | 0.0 | $17.33 |
| Claims | 5.2 | $2,203.94 |
| Communication | 0.1 | $60.97 |
| Contracts | 0.0 | $23.30 |
| Coordination & Communication with other Creditor Constituents | 0.0 | $2.16 |
| Coordination & Communication with UCC | 5.1 | $2,837.90 |
| Court | 0.2 | $128.54 |
| DIP Financing | 10.0 | $6,237.36 |
| Fee Applications | 0.4 | $163.34 |
| POR / Disclosure Statement | 3.8 | $1,996.77 |
| Status Meetings | 0.2 | $127.00 |
| Travel Time | 1.1 | $594.56 |
| UST Reporting Requirements | 0.1 | $56.09 |
| *Total* | **31.2** | **$17,672.21** |

*Travel time billed at 50% of time incurred*