## EXHIBIT B

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**September 1, 2015 through September 30, 2015**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 4.0 | $3,700.00 |
| JD Ivy | Managing Director | $925.00 | 65.7 | $60,772.50 |
| Jeff Stegenga | Managing Director | $925.00 | 62.0 | $57,350.00 |
| Emmett Bergman | Managing Director | $750.00 | 218.1 | $163,575.00 |
| John Stuart | Managing Director | $750.00 | 102.0 | $76,500.00 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 208.6 | $125,160.00 |
| Matt Frank | Director | $600.00 | 204.9 | $122,940.00 |
| Robert Casburn | Manager | $590.00 | 81.8 | $48,262.00 |
| Kevin Sullivan | Director | $525.00 | 10.7 | $5,617.50 |
| Mark Zeiss | Director | $525.00 | 4.0 | $2,100.00 |
| Paul Kinealy | Director | $525.00 | 79.4 | $41,685.00 |
| David Blanks | Senior Associate | $475.00 | 154.2 | $73,245.00 |
| Jeff Dwyer | Senior Associate | $475.00 | 232.9 | $110,627.50 |
| Taylor Atwood | Senior Associate | $475.00 | 80.4 | $38,190.00 |
| Ryan Wells | Associate | $330.00 | 101.3 | $33,429.00 |
| Richard Carter | Consultant | $425.00 | 202.1 | $85,892.50 |
| Jon Rafpor | Analyst | $375.00 | 205.2 | $76,950.00 |
| Michael Williams | Analyst | $350.00 | 135.0 | $47,250.00 |
| Peyton Heath | Analyst | $350.00 | 197.8 | $69,230.00 |
| Sarah Pittman | Analyst | $350.00 | 268.1 | $93,835.00 |
| Robert Country | Analyst | $325.00 | 117.3 | $38,122.50 |
| Mary Napoliello | Paraprofessional | $275.00 | 12.5 | $3,437.50 |
| | | **Total** | **2,748.0** | **$1,377,871.00** |

*Exhibit B*

**TCEH**
*Summary of Time Detail by Professional*
*September 1, 2015 through September 30, 2015*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 3.0 | $2,752.77 |
| JD Ivy | Managing Director | $925.00 | 48.9 | $45,214.33 |
| Jeff Stegenga | Managing Director | $925.00 | 47.5 | $43,905.25 |
| Emmett Bergman | Managing Director | $750.00 | 167.5 | $125,651.90 |
| John Stuart | Managing Director | $750.00 | 61.3 | $45,971.83 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 154.0 | $92,421.94 |
| Matt Frank | Director | $600.00 | 152.0 | $91,195.85 |
| Robert Casburn | Manager | $590.00 | 60.9 | $35,906.60 |
| Kevin Sullivan | Director | $525.00 | 8.0 | $4,180.01 |
| Mark Zeiss | Director | $525.00 | 3.0 | $1,562.39 |
| Paul Kinealy | Director | $525.00 | 59.1 | $31,045.21 |
| David Blanks | Senior Associate | $475.00 | 134.0 | $63,640.48 |
| Jeff Dwyer | Senior Associate | $475.00 | 174.5 | $82,893.30 |
| Taylor Atwood | Senior Associate | $475.00 | 54.0 | $25,665.94 |
| Richard Carter | Consultant | $425.00 | 150.3 | $63,874.50 |
| Jon Rafpor | Analyst | $375.00 | 152.8 | $57,289.50 |
| Michael Williams | Analyst | $350.00 | 100.5 | $35,188.58 |
| Peyton Heath | Analyst | $350.00 | 140.3 | $49,106.99 |
| Sarah Pittman | Analyst | $350.00 | 201.0 | $70,352.91 |
| Ryan Wells | Associate | $330.00 | 75.4 | $24,870.95 |
| Robert Country | Analyst | $325.00 | 87.3 | $28,362.88 |
| Mary Napoliello | Paraprofessional | $275.00 | 9.3 | $2,557.48 |
| **Total** | | | **2,044.5** | **$1,023,611.59** |

### EFH
### Summary of Time Detail by Professional
### September 1, 2015 through September 30, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 1.0 | $905.17 |
| JD Ivy | Managing Director | $925.00 | 16.1 | $14,867.49 |
| Jeff Stegenga | Managing Director | $925.00 | 14.1 | $13,033.71 |
| Emmett Bergman | Managing Director | $750.00 | 50.3 | $37,761.15 |
| John Stuart | Managing Director | $750.00 | 31.4 | $23,525.86 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 52.5 | $31,502.45 |
| Matt Frank | Director | $600.00 | 52.7 | $31,622.77 |
| Robert Casburn | Manager | $590.00 | 20.0 | $11,806.90 |
| Kevin Sullivan | Director | $525.00 | 2.6 | $1,374.84 |
| Mark Zeiss | Director | $525.00 | 1.0 | $513.75 |
| Paul Kinealy | Director | $525.00 | 19.5 | $10,226.30 |
| David Blanks | Senior Associate | $475.00 | 20.1 | $9,564.04 |
| Jeff Dwyer | Senior Associate | $475.00 | 58.1 | $27,587.90 |
| Taylor Atwood | Senior Associate | $475.00 | 17.7 | $8,401.81 |
| Richard Carter | Consultant | $425.00 | 49.3 | $20,957.80 |
| Jon Rafpor | Analyst | $375.00 | 52.4 | $19,658.37 |
| Michael Williams | Analyst | $350.00 | 33.1 | $11,590.45 |
| Peyton Heath | Analyst | $350.00 | 56.9 | $19,903.06 |
| Sarah Pittman | Analyst | $350.00 | 67.0 | $23,437.93 |
| Ryan Wells | Associate | $330.00 | 24.8 | $8,178.13 |
| Robert Country | Analyst | $325.00 | 28.7 | $9,326.36 |
| Mary Napoliello | Paraprofessional | $275.00 | 3.1 | $840.96 |
| **Total** | | | **672.3** | **$336,587.20** |

*Exhibit B*

**EFIH**
*Summary of Time Detail by Professional*
*September 1, 2015 through September 30, 2015*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 0.0 | $42.05 |
| JD Ivy | Managing Director | $925.00 | 0.7 | $690.68 |
| Jeff Stegenga | Managing Director | $925.00 | 0.4 | $411.05 |
| Emmett Bergman | Managing Director | $750.00 | 0.2 | $161.95 |
| John Stuart | Managing Director | $750.00 | 9.3 | $7,002.31 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 2.1 | $1,235.61 |
| Matt Frank | Director | $600.00 | 0.2 | $121.38 |
| Robert Casburn | Manager | $590.00 | 0.9 | $548.50 |
| Kevin Sullivan | Director | $525.00 | 0.1 | $62.65 |
| Mark Zeiss | Director | $525.00 | 0.0 | $23.87 |
| Paul Kinealy | Director | $525.00 | 0.8 | $413.49 |
| David Blanks | Senior Associate | $475.00 | 0.1 | $40.49 |
| Jeff Dwyer | Senior Associate | $475.00 | 0.3 | $146.30 |
| Taylor Atwood | Senior Associate | $475.00 | 8.7 | $4,122.25 |
| Richard Carter | Consultant | $425.00 | 2.5 | $1,060.20 |
| Jon Rafpor | Analyst | $375.00 | 0.0 | $2.13 |
| Michael Williams | Analyst | $350.00 | 1.3 | $470.97 |
| Peyton Heath | Analyst | $350.00 | 0.6 | $219.95 |
| Sarah Pittman | Analyst | $350.00 | 0.1 | $44.15 |
| Ryan Wells | Associate | $330.00 | 1.2 | $379.92 |
| Robert Country | Analyst | $325.00 | 1.3 | $433.26 |
| Mary Napoliello | Paraprofessional | $275.00 | 0.1 | $39.07 |
| | | **Total** | **31.2** | **$17,672.21** |