# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

### Combined
### Energy Future Holdings Corp., et al.,
### Summary of Expense Detail by Category
### September 1, 2015 through September 30, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $36,731.38 |
| Lodging | $34,459.98 |
| Meals | $4,390.22 |
| Miscellaneous | $311.29 |
| Transportation | $9,855.82 |
| *Total* | **$85,748.69** |

*Exhibit C*

### TCEH
### Summary of Expense Detail by Category
### September 1, 2015 through September 30, 2015

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $27,328.22 |
| Lodging | $25,638.07 |
| Meals | $3,266.32 |
| Miscellaneous | $231.59 |
| Transportation | $7,332.70 |
| *Total* | **$63,796.90** |

*Exhibit C*

*EFH*
*Summary of Expense Detail by Category*
*September 1, 2015 through September 30, 2015*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $8,984.62 |
| Lodging | $8,428.88 |
| Meals | $1,073.82 |
| Miscellaneous | $76.14 |
| Transportation | $2,410.92 |
| *Total* | **$20,974.38** |

*Exhibit C*

*EFIH*
*Summary of Expense Detail by Category*
*September 1, 2015 through September 30, 2015*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $418.54 |
| Lodging | $393.03 |
| Meals | $50.08 |
| Miscellaneous | $3.56 |
| Transportation | $112.20 |
| *Total* | **$977.41** |