**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**September 1, 2015 through September 30, 2015**

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| David Blanks | 9/17/2015 | $393.00 | Airfare change fee. |
| Emmett Bergman | 7/2/2015 | $428.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 7/6/2015 | $428.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 7/9/2015 | $428.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 7/13/2015 | $423.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 7/16/2015 | $423.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 7/20/2015 | $423.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 7/23/2015 | $423.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 7/27/2015 | $423.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 7/30/2015 | $423.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 8/3/2015 | $423.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 8/6/2015 | $423.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 8/16/2015 | $398.10 | Airfare one-way coach New York/Dallas. |
| Emmett Bergman | 8/20/2015 | $418.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 8/24/2015 | $600.50 | Airfare one-way coach Reno/Dallas. |
| Emmett Bergman | 8/27/2015 | $416.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 8/30/2015 | $418.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 9/3/2015 | $418.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 9/7/2015 | $495.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 9/9/2015 | $244.00 | Airfare one-way coach Dallas/Las Vegas. |
| Emmett Bergman | 9/14/2015 | $398.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 9/17/2015 | $398.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 9/21/2015 | $398.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 9/24/2015 | $398.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 9/28/2015 | $416.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 8/23/2015 | $336.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 8/25/2015 | $299.20 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 8/31/2015 | $418.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 9/3/2015 | $568.10 | Airfare one-way coach Dallas/San Francisco. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**September 1, 2015 through September 30, 2015**

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 9/8/2015 | $418.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 9/10/2015 | $298.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 9/14/2015 | $398.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 9/17/2015 | $341.60 | Airfare one-way coach Dallas/Santa Ana. |
| Jeff Dwyer | 9/21/2015 | $398.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 9/24/2015 | $506.60 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 9/24/2015 | $498.10 | Airfare one-way coach San Francisco/Dallas. |
| Jodi Ehrenhofer | 8/31/2015 | $350.60 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 9/3/2015 | $435.22 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 9/8/2015 | $435.22 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 9/10/2015 | $350.60 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 9/14/2015 | $572.10 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 9/15/2015 | $350.60 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 9/21/2015 | $350.60 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 9/24/2015 | $350.60 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 9/28/2015 | $350.60 | Airfare one-way coach Chicago/Dallas. |
| John Stuart | 8/18/2015 | $1,041.20 | Airfare coach Dallas/Philadelphia (travel 9/18/15 - includes change fee). |
| Matt Frank | 9/3/2015 | $398.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 9/8/2015 | $178.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 9/11/2015 | $183.10 | Airfare one-way coach Dallas/Salt Lake City. |
| Matt Frank | 9/14/2015 | $434.10 | Airfare one-way coach Salt Lake City/Dallas. |
| Matt Frank | 9/16/2015 | $372.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 9/21/2015 | $98.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 9/24/2015 | $216.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 9/28/2015 | $190.10 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 8/31/2015 | $889.24 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 9/8/2015 | $785.84 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 9/14/2015 | $785.84 | Airfare roundtrip coach Chicago/Dallas. |

*Exhibit D*

> *Combined - All Entities*
> *Expense Detail by Category*
> *September 1, 2015 through September 30, 2015*

## *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 9/21/2015 | $350.60 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 9/24/2015 | $350.60 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 9/28/2015 | $462.10 | Airfare one-way coach Chicago/Dallas. |
| Paul Kinealy | 8/20/2015 | $694.02 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 9/15/2015 | $694.02 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 8/27/2015 | $834.20 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 9/14/2015 | $924.20 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 9/21/2015 | $924.20 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 9/28/2015 | $834.20 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 7/22/2015 | $934.24 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 7/27/2015 | $815.12 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 8/11/2015 | $360.60 | Airfare one-way coach Chicago/Dallas. |
| Robert Country | 8/14/2015 | $642.20 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 8/17/2015 | $350.60 | Airfare one-way coach Dallas/Chicago. |
| Robert Country | 8/24/2015 | $889.24 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 8/28/2015 | $785.84 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 9/14/2015 | $919.24 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 9/16/2015 | $350.60 | Airfare one-way coach Chicago/Dallas. |
| Robert Country | 9/22/2015 | $538.60 | Airfare one-way coach Chicago/Dallas. |
| **Expense Category Total** | | **$36,731.38** | |

## *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| David Blanks | 9/17/2015 | $213.52 | Hotel in Deleware - 1 night. |
| Emmett Bergman | 7/1/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 7/8/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 7/15/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 7/23/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |

*Exhibit D*

**Combined - All Entities**
*Expense Detail by Category*
*September 1, 2015 through September 30, 2015*

*Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 7/29/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 8/5/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 8/19/2015 | $1,115.72 | Hotel in Dallas - 4 nights. |
| Emmett Bergman | 8/26/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 9/3/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Emmett Bergman | 9/8/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Emmett Bergman | 9/16/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 9/24/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 9/30/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 8/25/2015 | $516.76 | Hotel in Dallas - 2 nights. |
| Jeff Dwyer | 9/3/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 9/10/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Jeff Dwyer | 9/17/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 9/24/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 9/30/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Jodi Ehrenhofer | 8/31/2015 | $255.88 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 9/1/2015 | $255.88 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 9/2/2015 | $255.88 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 9/8/2015 | $255.88 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 9/9/2015 | $255.88 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 9/14/2015 | $255.88 | Hotel in Dallas - 1 night. |
| Jodi Ehrenhofer | 9/21/2015 | $255.88 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 9/22/2015 | $255.88 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 9/23/2015 | $255.88 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 9/28/2015 | $255.88 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 9/29/2015 | $255.88 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 9/30/2015 | $255.88 | Hotel in Dallas - 3 nights. |
| John Stuart | 9/17/2015 | $569.80 | Hotel in Wilmington - 2 nights. |
| Matt Frank | 9/3/2015 | $516.76 | Hotel in Dallas - 2 nights. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## September 1, 2015 through September 30, 2015

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 9/11/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 9/16/2015 | $516.76 | Hotel in Dallas - 2 nights. |
| Matt Frank | 9/24/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 9/30/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 9/2/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 9/9/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Michael Williams | 9/14/2015 | $255.88 | Hotel in Dallas - 1 night. |
| Michael Williams | 9/23/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 9/30/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 9/2/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Paul Kinealy | 9/22/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Richard Carter | 9/9/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Richard Carter | 9/23/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 9/27/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 8/5/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 8/12/2015 | $791.82 | Hotel in Dallas - 3 nights. |
| Robert Country | 8/19/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 8/26/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Robert Country | 9/2/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 9/9/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Robert Country | 9/14/2015 | $255.88 | Hotel in Dallas - 1 night. |
| Robert Country | 9/21/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Robert Country | 9/28/2015 | $255.88 | Hotel in Dallas - 1 night. |
| **Expense Category Total** | | **$34,459.98** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 7/1/2015 | $9.58 | Out of town breakfast - E. Bergman. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## September 1, 2015 through September 30, 2015

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 7/7/2015 | $10.28 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 7/9/2015 | $8.21 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 7/13/2015 | $14.34 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 7/20/2015 | $6.40 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 7/22/2015 | $13.74 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 7/28/2015 | $40.00 | Out of town dinner - E. Bergman |
| Emmett Bergman | 7/28/2015 | $7.03 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 7/29/2015 | $119.35 | Out of town dinner - E. Bergman, R. Carter and R. Country - 3. |
| Emmett Bergman | 7/30/2015 | $14.50 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 7/30/2015 | $21.45 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 8/4/2015 | $160.00 | Out of town dinner - E. Bergman, J. Ehrenhofer, P. Kinealy R. Country - 4. |
| Emmett Bergman | 8/16/2015 | $26.91 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 8/17/2015 | $10.58 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 8/18/2015 | $10.08 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 8/19/2015 | $15.91 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 8/26/2015 | $14.91 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 9/14/2015 | $11.96 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 9/17/2015 | $36.65 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 9/21/2015 | $6.40 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 9/21/2015 | $11.50 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 9/28/2015 | $26.49 | Out of town dinner - E. Bergman. |
| Jeff Dwyer | 8/23/2015 | $4.39 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 8/24/2015 | $120.00 | Out of town dinner - J. Dwyer, E. Bergman, M. Frank - 3. |
| Jeff Dwyer | 8/25/2015 | $6.12 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 8/25/2015 | $24.05 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 9/1/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 9/2/2015 | $120.00 | Out of town dinner - E. Bergman, M. Frank, J. Dwyer - 3. |
| Jeff Dwyer | 9/3/2015 | $5.95 | Out of town breakfast - J. Dwyer. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## September 1, 2015 through September 30, 2015

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 9/9/2015 | $8.88 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 9/9/2015 | $200.00 | Out of town dinner - M. Frank, J. Ehrenhofer, M. Williams, R. Country, J. Dwyer - 5. |
| Jeff Dwyer | 9/10/2015 | $6.52 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 9/10/2015 | $30.22 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 9/14/2015 | $33.30 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 9/15/2015 | $160.00 | Out of town dinner - J. Dwyer, R. Country, M. Williams, J. Ehrenhofer - 4. |
| Jeff Dwyer | 9/16/2015 | $80.00 | Out of town dinner - J. Dwyer, E. Bergman - 2. |
| Jeff Dwyer | 9/17/2015 | $5.47 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 9/21/2015 | $33.40 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 9/22/2015 | $10.01 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 9/23/2015 | $6.20 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 9/23/2015 | $90.15 | Out of town dinner - J. Dwyer, R. Country, M. Williams - 3. |
| Jeff Dwyer | 9/24/2015 | $11.51 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 9/29/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 9/29/2015 | $10.28 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 9/30/2015 | $36.38 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 9/30/2015 | $8.39 | Out of town breakfast - J. Dwyer. |
| Jodi Ehrenhofer | 8/31/2015 | $141.48 | Out of town dinner- J. Ehrenhofer, M. Williams, R. Country, P. Kinealy - 4. |
| Jodi Ehrenhofer | 8/31/2015 | $5.20 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/2/2015 | $8.66 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/2/2015 | $64.66 | Out of town dinner - J. Ehrenhofer, J. Stegenga - 2. |
| Jodi Ehrenhofer | 9/8/2015 | $5.56 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/8/2015 | $5.68 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/10/2015 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/10/2015 | $32.60 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/14/2015 | $5.56 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/15/2015 | $6.14 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/21/2015 | $17.48 | Out of town dinner - J. Ehrenhofer, R. Carter - 2. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## September 1, 2015 through September 30, 2015

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 9/21/2015 | $5.56 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/22/2015 | $13.90 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/22/2015 | $240.00 | Out of town dinner - P. Kinealy, J. Dwyer, E. Bergman, M. Frank, R. Carter, J. Ehrenhofer - 6. |
| Jodi Ehrenhofer | 9/23/2015 | $8.29 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/28/2015 | $13.96 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/29/2015 | $200.00 | Out of town dinner - J. Ehrenhofer, R. Country, E. Bergman, M. Frank, R. Carter - 5. |
| Jodi Ehrenhofer | 9/30/2015 | $150.00 | Out of town dinner - J. Ehrenhofer, E. Bergman, M. Frank, R. Carter - 4. |
| John Stuart | 9/16/2015 | $20.00 | Out of town dinner - J. Stuart. |
| John Stuart | 9/17/2015 | $25.00 | Out of town breakfast - J. Stuart. |
| Matt Frank | 9/1/2015 | $33.82 | Out of town dinner - M. Frank. |
| Matt Frank | 9/1/2015 | $11.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/2/2015 | $27.90 | Out of town breakfast - M. Frank, E. Bergman - 2. |
| Matt Frank | 9/3/2015 | $15.49 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/8/2015 | $11.71 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/8/2015 | $79.79 | Out of town dinner - E. Bergman, M. Frank - 2. |
| Matt Frank | 9/9/2015 | $9.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/10/2015 | $11.07 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/11/2015 | $5.54 | Out of town dinner - E. Bergman, M. Frank - 2. |
| Matt Frank | 9/11/2015 | $13.32 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/14/2015 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 9/15/2015 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 9/15/2015 | $13.58 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/16/2015 | $15.49 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/16/2015 | $8.68 | Out of town dinner - M. Frank. |
| Matt Frank | 9/21/2015 | $35.97 | Out of town dinner - M. Frank. |
| Matt Frank | 9/21/2015 | $8.15 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/22/2015 | $13.32 | Out of town breakfast - M. Frank. |

*Exhibit D*

**Combined - All Entities**
*Expense Detail by Category*
*September 1, 2015 through September 30, 2015*

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 9/23/2015 | $140.54 | Out of town dinner - M. Frank, E. Bergman, R. Carter, J. Ehrenhofer - 4. |
| Matt Frank | 9/23/2015 | $16.49 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/24/2015 | $23.22 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/28/2015 | $11.21 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/28/2015 | $80.00 | Out of town dinner - M. Frank, J. Dwyer - 2. |
| Matt Frank | 9/29/2015 | $13.32 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/30/2015 | $14.32 | Out of town breakfast - M. Frank. |
| Michael Williams | 9/2/2015 | $14.19 | Out of town dinner - M. Williams. |
| Michael Williams | 9/14/2015 | $74.29 | Out of town dinner - M. Williams, J. Ehrenhofer, R. Country - 3. |
| Michael Williams | 9/21/2015 | $13.11 | Out of town dinner - M. Williams. |
| Michael Williams | 9/22/2015 | $36.39 | Out of town dinner - M. Williams |
| Michael Williams | 9/24/2015 | $83.99 | Out of town dinner - M. Williams, J. Ehrenhofer, R. Country - 3. |
| Michael Williams | 9/28/2015 | $36.39 | Out of town dinner - M. Willaims. |
| Michael Williams | 9/29/2015 | $37.58 | Out of town dinner - M. Williams. |
| Paul Kinealy | 8/30/2015 | $10.64 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 8/31/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 9/1/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 9/1/2015 | $200.00 | Out of town dinner - P. Kinealy, J. Ehrenhofer, R. Country, M. Williams, E. Bergman - 5. |
| Paul Kinealy | 9/2/2015 | $7.76 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 9/2/2015 | $12.15 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 9/3/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 9/21/2015 | $7.90 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 9/21/2015 | $13.11 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 9/23/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Richard Carter | 9/8/2015 | $8.27 | Out of town dinner - R. Carter. |
| Richard Carter | 9/8/2015 | $12.85 | Out of town breakfast - R. Carter. |
| Richard Carter | 9/10/2015 | $6.26 | Out of town breakfast - R. Carter. |

*Exhibit D*

> *Combined - All Entities*
> *Expense Detail by Category*
> *September 1, 2015 through September 30, 2015*

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 9/10/2015 | $13.78 | Out of town dinner - R. Carter. |
| Richard Carter | 9/21/2015 | $6.26 | Out of town breakfast - R. Carter. |
| Richard Carter | 9/23/2015 | $6.21 | Out of town breakfast - R. Carter. |
| Richard Carter | 9/24/2015 | $13.78 | Out of town dinner - R. Carter. |
| Richard Carter | 9/24/2015 | $6.59 | Out of town breakfast - R. Carter. |
| Richard Carter | 9/28/2015 | $40.00 | Out of town dinner - R. Carter. |
| Richard Carter | 9/28/2015 | $7.62 | Out of town breakfast - R. Carter. |
| Robert Country | 8/3/2015 | $80.00 | Out of town dinner - R. Country, J. Dwyer - 2. |
| Robert Country | 8/3/2015 | $7.35 | Out of town breakfast - R. Country. |
| Robert Country | 8/4/2015 | $4.32 | Out of town breakfast - R. Country. |
| Robert Country | 8/6/2015 | $4.10 | Out of town breakfast - R. Country. |
| Robert Country | 8/10/2015 | $7.35 | Out of town breakfast - R. Country. |
| Robert Country | 8/11/2015 | $6.80 | Out of town breakfast - R. Country. |
| Robert Country | 8/12/2015 | $5.64 | Out of town breakfast - R. Country. |
| Robert Country | 8/12/2015 | $40.00 | Out of town dinner - R. Country. |
| Robert Country | 8/13/2015 | $5.40 | Out of town breakfast - R. Country. |
| Robert Country | 8/17/2015 | $18.16 | Out of town dinner - R. Country. |
| Robert Country | 8/17/2015 | $7.35 | Out of town breakfast - R. Country. |
| Robert Country | 8/18/2015 | $3.49 | Out of town breakfast - R. Country. |
| Robert Country | 8/20/2015 | $3.20 | Out of town breakfast - R. Country. |
| Robert Country | 8/23/2015 | $40.00 | Out of town dinner - R. Country. |
| Robert Country | 8/26/2015 | $4.32 | Out of town breakfast - R. Country. |
| Robert Country | 8/27/2015 | $6.05 | Out of town dinner - R. Country. |
| Robert Country | 8/27/2015 | $6.53 | Out of town breakfast - R. Country. |
| Robert Country | 8/31/2015 | $7.35 | Out of town breakfast - R. Country. |
| Robert Country | 9/8/2015 | $6.77 | Out of town dinner - R. Country. |
| Robert Country | 9/8/2015 | $7.35 | Out of town breakfast - R. Country. |
| Robert Country | 9/14/2015 | $7.49 | Out of town breakfast - R. Country. |
| Robert Country | 9/20/2015 | $33.56 | Out of town dinner - R. Country. |

*Exhibit D*

### Combined - All Entities
### Expense Detail by Category
### September 1, 2015 through September 30, 2015

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 9/28/2015 | $18.16 | Out of town dinner - R. Country. |
| Robert Country | 9/28/2015 | $11.44 | Out of town breakfast - R. Country. |
| **Expense Category Total** | | **$4,390.22** | |

## Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 9/30/2015 | $7.10 | Verizon conference call charges. |
| Jeff Dwyer | 9/10/2015 | $6.99 | In-Flight wifi charge. |
| Jeff Dwyer | 9/10/2015 | $59.95 | In-Flight wifi charge. |
| Jeff Dwyer | 9/24/2015 | $9.99 | In-Flight wifi charge. |
| Jodi Ehrenhofer | 9/8/2015 | $16.95 | In-Flight wifi charge. |
| Jodi Ehrenhofer | 9/15/2015 | $18.35 | In-Flight wifi charge. |
| John Stuart | 9/14/2015 | $52.01 | Gogo Wireless access charges. |
| Matt Frank | 9/13/2015 | $49.95 | Wireless internet in-flight (9/13/15 to 10/12/15). |
| Matt Frank | 9/30/2015 | $60.03 | Verizon conference call charges. |
| Paul Kinealy | 9/30/2015 | $10.54 | Verizon conference call charges. |
| Richard Carter | 9/10/2015 | $19.43 | Internet access on flight. |
| **Expense Category Total** | | **$311.29** | |

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| David Blanks | 9/16/2015 | $64.55 | Taxi from airport to hotel. |
| David Blanks | 9/16/2015 | $6.14 | Taxi from dinner to hotel. |
| David Blanks | 9/17/2015 | $45.38 | Taxi from hotel to airport. |
| David Blanks | 9/18/2015 | $58.46 | Parking at DFW Airport. |
| Emmett Bergman | 7/1/2015 | $10.00 | Taxi from hotel to Energy. |
| Emmett Bergman | 7/2/2015 | $36.00 | Taxi from Energy to Dallas Airport. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## September 1, 2015 through September 30, 2015

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 7/2/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 7/6/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 7/6/2015 | $25.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 7/7/2015 | $10.00 | Taxi from hotel to Energy. |
| Emmett Bergman | 7/7/2015 | $10.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 7/9/2015 | $25.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 7/9/2015 | $100.00 | Taxi to San Francisco Airport. |
| Emmett Bergman | 7/13/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 7/13/2015 | $25.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 7/16/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 7/16/2015 | $25.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 7/20/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 7/20/2015 | $27.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 7/21/2015 | $10.00 | Taxi to hotel from EFH |
| Emmett Bergman | 7/23/2015 | $23.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 7/23/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 7/27/2015 | $25.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 7/27/2015 | $100.00 | Taxi to San Francisco Airport. |
| Emmett Bergman | 7/30/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 7/30/2015 | $25.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 8/3/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 8/6/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 8/10/2015 | $93.75 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 8/16/2015 | $40.00 | Taxi from Dallas Airport to hotel. |
| Emmett Bergman | 8/20/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 8/27/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 8/30/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 9/1/2015 | $20.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 9/2/2015 | $15.00 | Taxi from Energy to dinner. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## September 1, 2015 through September 30, 2015

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 9/3/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 9/3/2015 | $25.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 9/7/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 9/7/2015 | $55.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 9/9/2015 | $17.70 | Taxi from Dallas Airport to hotel. |
| Emmett Bergman | 9/9/2015 | $25.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 9/11/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 9/14/2015 | $28.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 9/14/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 9/15/2015 | $15.00 | Taxi from Energy to dinner. |
| Emmett Bergman | 9/17/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 9/17/2015 | $30.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 9/21/2015 | $18.00 | Taxi from Energy to dinner. |
| Emmett Bergman | 9/21/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 9/21/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 9/24/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 9/24/2015 | $25.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 9/28/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 9/28/2015 | $55.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 8/24/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 8/25/2015 | $79.94 | Taxi from NY Airport to hotel. |
| Jeff Dwyer | 8/31/2015 | $15.00 | Taxi from dinner to hotel. |
| Jeff Dwyer | 8/31/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 8/31/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 9/1/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/2/2015 | $8.50 | Taxi from Energy to hotel. |
| Jeff Dwyer | 9/3/2015 | $30.00 | Taxi from Energy to Dallas Airport. |
| Jeff Dwyer | 9/8/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 9/8/2015 | $8.50 | Taxi from Energy to hotel. |

*Exhibit D*

> *Combined - All Entities*
> *Expense Detail by Category*
> *September 1, 2015 through September 30, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 9/9/2015 | $25.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/9/2015 | $15.00 | Taxi from Energy to dinner. |
| Jeff Dwyer | 9/10/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 9/10/2015 | $42.80 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 9/14/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 9/14/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 9/15/2015 | $8.50 | Taxi from dinner to hotel. |
| Jeff Dwyer | 9/15/2015 | $11.80 | Taxi from Energy to dinner. |
| Jeff Dwyer | 9/16/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/16/2015 | $15.00 | Taxi from dinner to hotel. |
| Jeff Dwyer | 9/16/2015 | $8.50 | Taxi from Energy to dinner. |
| Jeff Dwyer | 9/17/2015 | $70.00 | Taxi from Dallas Airport to hotel. |
| Jeff Dwyer | 9/17/2015 | $60.00 | Taxi from hotel to Dallas Airport. |
| Jeff Dwyer | 9/21/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 9/21/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 9/21/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 9/22/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/24/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 9/24/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 9/24/2015 | $25.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/27/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 9/27/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Jeff Dwyer | 9/28/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 9/28/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/29/2015 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 8/31/2015 | $38.78 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 9/3/2015 | $40.00 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 9/8/2015 | $39.02 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 9/10/2015 | $40.00 | Taxi from O'Hare Airport to home. |

*Exhibit D*

**Combined - All Entities**
*Expense Detail by Category*
*September 1, 2015 through September 30, 2015*

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 9/11/2015 | $21.18 | Taxi from office to home. |
| Jodi Ehrenhofer | 9/14/2015 | $39.26 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 9/14/2015 | $60.00 | Taxi from DFW to Energy. |
| Jodi Ehrenhofer | 9/15/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 9/15/2015 | $40.00 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 9/21/2015 | $3.50 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 9/21/2015 | $39.26 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 9/22/2015 | $20.00 | Taxi from Energy to dinner. |
| Jodi Ehrenhofer | 9/22/2015 | $20.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 9/23/2015 | $32.01 | Taxi from Energy to dinner. |
| Jodi Ehrenhofer | 9/24/2015 | $40.00 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 9/28/2015 | $40.00 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 9/28/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Jodi Ehrenhofer | 9/29/2015 | $20.00 | Taxi from Energy to dinner. |
| Jodi Ehrenhofer | 9/30/2015 | $25.00 | Taxi from Energy to dinner. |
| John Stuart | 9/16/2015 | $71.26 | Taxi in Philadelphia |
| John Stuart | 9/19/2015 | $105.09 | Parking at DFW Airport. |
| Matt Frank | 9/1/2015 | $15.00 | Taxi from Energy to hotel. |
| Matt Frank | 9/3/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 9/3/2015 | $65.00 | Taxi from client to DFW Airport. |
| Matt Frank | 9/3/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 9/8/2015 | $65.00 | Taxi from DFW Airport to client. |
| Matt Frank | 9/8/2015 | $15.00 | Taxi from client to hotel. |
| Matt Frank | 9/8/2015 | $65.00 | Taxi from home to Chicago Airport. |
| Matt Frank | 9/9/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 9/11/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 9/15/2015 | $22.00 | Taxi from dinner to hotel. |
| Matt Frank | 9/15/2015 | $20.00 | Taxi from Energy to dinner. |
| Matt Frank | 9/15/2015 | $15.00 | Taxi from hotel to Energy. |

*Exhibit D*

### Combined - All Entities
### Expense Detail by Category
### September 1, 2015 through September 30, 2015

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 9/16/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 9/16/2015 | $65.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 9/21/2015 | $65.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 9/21/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 9/23/2015 | $55.30 | Taxi from dinner to hotel. |
| Matt Frank | 9/24/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 9/24/2015 | $65.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 9/28/2015 | $65.00 | Taxi from home to Chicago Airport. |
| Matt Frank | 9/28/2015 | $65.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 9/30/2015 | $29.15 | Taxi from Energy to dinner. |
| Michael Williams | 8/31/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 8/31/2015 | $45.26 | Taxi from home to O'Hare Airport. |
| Michael Williams | 9/1/2015 | $28.00 | Taxi from Energy to hotel. |
| Michael Williams | 9/2/2015 | $25.00 | Taxi from hotel to Energy. |
| Michael Williams | 9/3/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 9/3/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 9/8/2015 | $42.62 | Taxi from home to O'Hare Airport. |
| Michael Williams | 9/8/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 9/10/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 9/14/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 9/14/2015 | $45.02 | Taxi from home to O'Hare Airport. |
| Michael Williams | 9/15/2015 | $25.00 | Taxi from hotel to Energy. |
| Michael Williams | 9/15/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 9/15/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 9/21/2015 | $3.57 | Taxi from Energy to hotel. |
| Michael Williams | 9/21/2015 | $42.38 | Taxi from home to O'Hare. |
| Michael Williams | 9/21/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 9/22/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 9/23/2015 | $15.00 | Taxi from Energy to hotel. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## September 1, 2015 through September 30, 2015

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Michael Williams | 9/24/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 9/24/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 9/28/2015 | $44.54 | Taxi from home to Ohare Airport. |
| Michael Williams | 9/28/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 9/28/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 9/29/2015 | $3.50 | Taxi from Energy to hotel. |
| Michael Williams | 9/30/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 9/30/2015 | $15.00 | Taxi from Energy to hotel. |
| Paul Kinealy | 8/30/2015 | $27.60 | Taxi from Dallas Airport to hotel. |
| Paul Kinealy | 8/31/2015 | $10.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 9/2/2015 | $15.00 | Taxi from Energy to hotel. |
| Paul Kinealy | 9/3/2015 | $130.00 | Parking at Chicago Airport. |
| Paul Kinealy | 9/3/2015 | $24.38 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 9/3/2015 | $9.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 9/21/2015 | $28.02 | Taxi from Dallas Airport to Energy. |
| Paul Kinealy | 9/22/2015 | $16.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 9/23/2015 | $27.00 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 9/23/2015 | $10.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 9/23/2015 | $88.00 | Parking at Chicago Airport. |
| Richard Carter | 9/9/2015 | $54.20 | Taxi from DFW Airport to Energy. |
| Richard Carter | 9/10/2015 | $105.00 | Parking at Chicago Airport. |
| Richard Carter | 9/21/2015 | $53.85 | Taxi from DFW Airport to Energy. |
| Richard Carter | 9/24/2015 | $140.00 | Parking at Chicago Airport. |
| Richard Carter | 9/29/2015 | $59.37 | Taxi from DFW Airport to Energy. |
| Robert Country | 8/3/2015 | $30.00 | Taxi to dinner. |
| Robert Country | 8/3/2015 | $41.10 | Taxi from home to Chicago Airport. |
| Robert Country | 8/5/2015 | $39.00 | Taxi to dinner. |
| Robert Country | 8/6/2015 | $42.30 | Taxi from home to Chicago O'Hare. |
| Robert Country | 8/10/2015 | $55.20 | Taxi from Energy to DFW Airport. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## September 1, 2015 through September 30, 2015

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 8/10/2015 | $41.55 | Taxi from home to O'Hare Airport. |
| Robert Country | 8/10/2015 | $28.00 | Taxi to dinner. |
| Robert Country | 8/12/2015 | $15.00 | Taxi from Energy to hotel. |
| Robert Country | 8/12/2015 | $9.11 | Taxi to dinner. |
| Robert Country | 8/13/2015 | $44.46 | Taxi from O'Hare Airport to home. |
| Robert Country | 8/13/2015 | $20.00 | Taxi to hotel. |
| Robert Country | 8/17/2015 | $42.62 | Taxi from home to O'Hare Airport. |
| Robert Country | 8/17/2015 | $65.00 | Taxi from DFW Airport to Energy. |
| Robert Country | 8/17/2015 | $3.50 | Taxi to hotel. |
| Robert Country | 8/18/2015 | $15.00 | Taxi to dinner. |
| Robert Country | 8/18/2015 | $15.00 | Taxi from hotel to Energy. |
| Robert Country | 8/19/2015 | $15.00 | Taxi from hotel to Energy. |
| Robert Country | 8/20/2015 | $58.80 | Taxi from Energy to DFW Airport. |
| Robert Country | 8/20/2015 | $15.00 | Taxi from hotel to Energy. |
| Robert Country | 8/23/2015 | $65.00 | Taxi from DFW Airport to Energy. |
| Robert Country | 8/24/2015 | $15.00 | Taxi from hotel to Energy. |
| Robert Country | 8/25/2015 | $15.00 | Taxi from dinner to hotel. |
| Robert Country | 8/25/2015 | $15.00 | Taxi from hotel to Energy. |
| Robert Country | 8/26/2015 | $25.00 | Taxi to Energy. |
| Robert Country | 8/26/2015 | $25.00 | Taxi from Energy to hotel. |
| Robert Country | 8/26/2015 | $42.00 | Taxi from hotel to dinner. |
| Robert Country | 8/27/2015 | $42.54 | Taxi from O'Hare Airport to home. |
| Robert Country | 8/27/2015 | $20.00 | Taxi from hotel to Energy. |
| Robert Country | 8/31/2015 | $65.00 | Taxi from DFW Airport to Energy. |
| Robert Country | 8/31/2015 | $25.00 | Taxi to dinner. |
| Robert Country | 8/31/2015 | $25.84 | Taxi from home to O'Hare Airport. |
| Robert Country | 9/1/2015 | $25.00 | Taxi from hotel to Energy. |
| Robert Country | 9/1/2015 | $25.00 | Taxi to dinner. |
| Robert Country | 9/2/2015 | $15.00 | Taxi form hotel to Energy. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*September 1, 2015 through September 30, 2015*

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 9/2/2015 | $24.00 | Taxi to dinner. |
| Robert Country | 9/3/2015 | $40.62 | Taxi from O'Hare Airport to home. |
| Robert Country | 9/3/2015 | $15.00 | Taxi from hotel to Energy. |
| Robert Country | 9/8/2015 | $25.00 | Taxi from Energy to hotel. |
| Robert Country | 9/8/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Robert Country | 9/8/2015 | $39.26 | Taxi fron home to O'Hare Airport. |
| Robert Country | 9/9/2015 | $25.00 | Taxi to dinner. |
| Robert Country | 9/10/2015 | $25.00 | Taxi from hotel to Energy. |
| Robert Country | 9/10/2015 | $45.45 | Taxi from O'Hare Airport to home. |
| Robert Country | 9/14/2015 | $25.00 | Taxi from dinner to hotel. |
| Robert Country | 9/14/2015 | $40.46 | Taxi from home to O'Hare Airport. |
| Robert Country | 9/15/2015 | $42.00 | Taxi from O'Hare Airport to home. |
| Robert Country | 9/15/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Robert Country | 9/20/2015 | $42.14 | Taxi from home to O'Hare Airport. |
| Robert Country | 9/20/2015 | $55.00 | Taxi from DFW Airport to hotel. |
| Robert Country | 9/21/2015 | $15.00 | Taxi from Energy to hotel. |
| Robert Country | 9/21/2015 | $6.25 | Taxi from hotel to Energy. |
| Robert Country | 9/23/2015 | $25.00 | Taxi from hotel to Energy. |
| Robert Country | 9/28/2015 | $55.00 | Taxi from DFW Airport to Energy. |
| Robert Country | 9/28/2015 | $39.98 | Taxi from home to Chicago O'Hare. |
| Robert Country | 9/29/2015 | $15.00 | Taxi from hotel to Energy. |
| **Expense Category Total** | | **$9,855.82** | |
| *Grand Total* | | **$85,748.69** | |