# EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

RLF1 13431230v.1

**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 20.9 | $9,704.50 |
| 46 | Budget-Related Work | 1.3 | $812.50 |
| Total for All-Debtor Matters | | 22.2 | $10,517.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 218.0 | $139,949.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | N/A | N/A |
| 16 | Litigation: Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation: NSR Case | 20.7 | $16,354.00 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 36 | TCEH Case Administration | 0.7 | $441.00 |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | 6.6 | $4,067.50 |
| 44 | Non-Working Travel | N/A | N/A |
| 48 | TCEH Going Public Transactions | 69.8 | $47,919.50 |
| 49 | TCEH Notes Offering | 20.4 | $18,884.00 |
| 50 | Acquisition of La Frontera Generation Portfolio | 478.3 | $318,254.00 |
| Total for TCEH Matters | | 814.5 | $545,869.00 |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 98.1% of the fees ($10,312.24) shall be allocated to the TCEH estate, 0.0% of the fees ($0.00) shall be allocated to the EFIH estate, and 1.9% of the fees ($204.76) shall be allocated to the EFH estate.

2

| | Applicable to EFIH Debtors | | |
|---|---|---:|---:|
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |
| 29 | Second Lien DIP Notes Offering | N/A | N/A |
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 9.0 | $6,633.50 |
| 32 | Corporate Matters | 4.1 | $4,205.50 |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 13.1 | $10,839.00 |
| **Total** | | **849.8** | **$567,225.00** |

**EXPENSE SUMMARY**
**OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $33.90 |
| Messenger And Courier Expense | $22.45 |
| Outside Duplication and Binding | $1,059.39 |
| Travel – Parking | $32.50 |
| Travel – Taxi & Other Modes/Miles | $10.05 |
| **Total:** | **$1,158.29** |