# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Aaron Adams | Partner. Joined firm as an Associate in 2006. Member of NY Bar since 2001. | $1,045.00 | 12.5 | $11,687.50 |
| Linda K. Curtis | Partner. Became a Partner in 1999. Member of CA Bar since 1989. | $1,065.00 | 3.4 | $3,621.00 |
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $975.00 | 3.9 | $3,802.50 |
| Andrew L. Fabens | Partner. Became a Partner in 2009. Member of NY Bar since 2001. | $935.00 | 6.0 | $5,610.00 |
| James C. Ho | Partner. Became a Partner in 2010. Member of DC Bar since 2001, and TX Bar since 2006. | $835.00 | 72.6 | $60,621.00 |
| William R. Hollaway | Partner. Became a Partner in 2008. Member of DC Bar since 2000. | $1,055.00 | 2.6 | $2,743.00 |
| Joseph Kattan | Partner. Became a Partner in 1997. Member of DC Bar since 1980. | $1,100.00 | 0.1 | $110.00 |
| Brian J. Lane | Partner. Joined firm as a Partner in 2000. Member of MD Bar since 1983, and DC Bar since 2000. | $1,125.00 | 0.9 | $1,012.50 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $835.00 | 77.7 | 64,879.50 |
| Thomas J. McHenry | Partner. Joined firm as a Partner in 1999. Member of NY Bar since 1985, and CA Bar since 1987. | $1,065.00 | 29.0 | $30,885.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $885.00 | 25.4 | $22,479.00 |
| M.S. Royall | Partner. Became a Partner in 1999. Member of TX Bar since 1991, and DC Bar since 1997. | $1,080.00 | 0.1 | $108.00 |
| Saptak Santra | Partner. Joined firm as a Partner in 2008. Member of UK Bar since 1999, and Singapore Bar since 2010. | $965.00 | 55.7 | $53,750.50 |
| David L. Sinak | Partner. Joined firm as a Partner in 2002. Member of TX Bar since 1979. | $1,065.00 | 4.5 | $4,792.50 |
| Janet M. Weiss | Partner. Became a Partner in 1999. Member of NY Bar since 1990. | $1,125.00 | 1.8 | $2,025.00 |
| Gillian McPhee | Of Counsel. Became an Of Counsel in 2007. Member of MD Bar since 1997, and DC Bar since 1998. | $820.00 | 0.5 | $410.00 |
| Ashley E. Johnson | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $690.00 | 29.6 | $20,424.00 |
| Janine Durand | Senior Counsel. Joined firm as a Senior Counsel in 2008. Member of NJ Bar since 1998, and DC Bar since 1999. | $800.00 | 30.1 | $24,080.00 |
| Daniel Angel | Associate. Joined firm as an associate in 2010. Member of NY Bar since 2004. | $855.00 | 0.3 | $256.50 |

RLF1 13431230v.1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $625.00 | 7.6 | $4,750.00 |
| Michael Q. Cannon | Associate. Joined firm as an Associate in 2014. Member of TX Bar since 2012. | $575.00 | 5.8 | $3,335.00 |
| Douglas M. Champion | Associate. Joined firm as an Associate in 2006. Member of CA Bar since 2006. | $770.00 | 16.7 | $12,859.00 |
| Mark H. Dreschler | Associate. Joined firm as an Associate in 2014. Member of CA Bar since 2014. | $460.00 | 49.7 | $22,862.00 |
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $610.00 | 4.4 | $2,684.00 |
| Timothy P. Fisher | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $450.00 | 65.3 | $29,385.00 |
| Krista P. Hanvey | Associate. Joined firm as an associate in 2009. Member of TX Bar since 2009. | $725.00 | 4.4 | $3,190.00 |
| Eun-Sung Lim | Associate. Joined firm as an associate in 2015. | $395.00 | 20.6 | $8,137.00 |
| U-Shaun Lim | Associate. Joined firm as an Associate in 2015. Member of UK Bar since 2008, and Singapore Bar since 2015. | $825.00 | 12.4 | $10,230.00 |
| Jean Y. Park | Associate. Joined firm as an associate in 2014. Member of CA Bar since 2014. | $460.00 | 0.7 | $322.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Melissa L. Persons | Associate. Joined firm as an Associate in 2013. Member of TX Bar since 2009, and Singapore Bar since 2015. | $805.00 | 42.3 | $34,051.50 |
| Aliya J. Sanders | Associate. Joined firm as an associate in 2015. Member of NY Bar since 2014. | $650.00 | 1.1 | $715.00 |
| Prerak G. Shah | Associate. Joined firm as an associate in 2011. Member of TX Bar since 2010. | $675.00 | 10.1 | $6,817.50 |
| Chelsea G. Thompson-Glover | Associate. Joined firm as an associate in 2015. | $395.00 | 5.0 | $1,975.00 |
| William T. Thompson | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $425.00 | 84.8 | $36,040.00 |
| Lauren A. Traina | Associate. Joined firm as an Associate in 2014. Member of CA Bar since 2014. | $460.00 | 53.2 | $24,472.00 |
| Needhi N. Vasavada | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2014. | $410.00 | 20.0 | $8,200.00 |
| Elizabeth M. Viney | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $525.00 | 2.5 | $1,312.50 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $630.00 | 30.8 | $19,404.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $395.00 | 14.6 | $5,767.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $370.00 | 0.4 | $148.00 |
| Stephanie S. Kann | Paralegal. Joined firm as a Paralegal in 2002. | $420.00 | 5.7 | $2,394.00 |
| Glen D. Middleton | Paralegal. Joined firm as a Paralegal in 2011. | $415.00 | 27.5 | $11,412.50 |
| Daniel Quevedo | Paralegal. Joined firm as a Paralegal in 2015. | $480.00 | 7.0 | $3,360.00 |
| Erin E. Kurinsky | Research Analyst, Research and Information Management. Joined firm in 2011. | $210.00 | 0.5 | $105.00 |
| **TOTAL** | | | 849.8 | $567,225.50 |
| **Blended Rate** | | **$667.48** | | |

5

RLF1 13431230v.1