## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $33.90 |
| Messenger And Courier Expense | $22.45 |
| Outside Duplication and Binding | $1,059.39 |
| Travel – Parking | $32.50 |
| Travel – Taxi & Other Modes/Miles | $10.05 |
| **Total:** | **$1,158.29** |

**TOTAL EXPENSES:** $1,158.29

RLF1 13431230v.1