## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2015112651 | TCEH | 20151005 | Kevin N. Paden | In House Duplication | $0.10 | 23 | $2.20 | In House Duplication Charge via Equitrac |
| 2015112651 | TCEH | 20151005 | Kevin N. Paden | In House Duplication | $0.10 | 18 | $1.80 | In House Duplication Charge via Equitrac |
| 2015112651 | TCEH | 20151005 | Kevin N. Paden | In House Duplication | $0.10 | 75 | $7.50 | In House Duplication Charge via Equitrac |
| 2015112651 | TCEH | 20151005 | Kevin N. Paden | In House Duplication | $0.10 | 173 | $17.30 | In House Duplication Charge via Equitrac |
| 2015112651 | TCEH | 20151005 | Kevin N. Paden | In House Duplication | $0.10 | 30 | $3.00 | In House Duplication Charge via Equitrac |
| 2015112651 | TCEH | 20151005 | Kevin N. Paden | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2015112651 | TCEH | 20151006 | William T. Thompson | In House Duplication | $0.10 | 2 | $.20 | In House Duplication Charge via Equitrac |
| 2015112651 | TCEH | 20151008 | Ashley E. Johnson | Travel/Taxi | | | $10.05 | Cab Fare/Dallas, TX/Travel to Court for oral argument. |
| 2015112651 | TCEH | 2015929 | Glen D. Middletown | Outside Duplication and Binding | | | $400.50 | Outside Duplication and Binding/372 Oversize B&W (sq/ft) |
| 2015112651 | TCEH | 20151008 | Michael L. Raiff | Travel/Parking | | | $10.00 | Parking/Dallas, TX/Parking at courthouse to attend oral argument. |
| 2015112651 | TCEH | 20151008 | James C. Ho | Travel/Parking | | | $10.00 | Parking/George L. Allen Garage/Parking at the courthouse regarding EFH/FPL |
| 2015112651 | TCEH | 20151020 | Debra S. Uhl | In House Duplication | $0.10 | 17 | $1.70 | In House Duplication Charge via Equitrac |
| 2015112651 | TCEH | 20151013 | Glen D. | Outside | | | $658.89 | Outside |

2

|  |  |  | Middletown | Duplication and Binding |  |  |  | Duplication and Binding/612 Oversize B&W (sq/ft) |
|---|---|---|---|---|---|---|---|---|
| 2015112651 | TCEH | 20151020 | Robert B. Little | Travel/Parking |  |  | $12.50 | Parking/Dallas, TX/Parking for meeting at client's office |
| 2015112651 | TCEH | 20151022 | James K. Chung | Messenger and Courier |  |  | $22.45 | United Parcel Service, Inc. From: Michael Clerkley, Gibson, Dunn & Crutcher LLP, Dallas, TX To: Amy E. Benschoter, Balch & Bingham LLP, Birmingham, AL |

2