# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY SUBJECT MATTER[1]**
**OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 83.20 | $30,035.00 |
| 7 | EPA NSR Litigation | 162.20 | $44,8047.00 |
| 8 | EGU MACT | 51.80 | $19,012.00 |
| 9 | Texas PM2.5 Interstate Transport Rule | 2.20 | $1,111.00 |
| 11 | EPA Regional Haze Rulemaking | 68.0 | $23,868.00 |
| 18 | EPA Affirmative Defense Litigation | 91.80 | $35,631.00 |
| 19 | EPA GHG Rules | 124.50 | $49,651.50 |
| 21 | Bankruptcy Application and Retention | 56.60 | $12,649.00 |
| **Totals:** | | **640.30** | **$216,761.50** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

RLF1 13431242v.1

2

**EXPENSE SUMMARY**
**OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| Expense Category | Amount |
|---|---|
| Airfare | $2,238.50 |
| Court Fees | $500.00 |
| Deliveries | $25.16 |
| Standard Copies or Prints | $6.00 |
| Telephone Charges | $112.49 |
| Transportation to/from airport | $157.74 |
| Travel Expenses – Lodging | $2,141.10 |
| Travel Meals | $773.02 |
| Other Travel Expenses | $202.00 |
| **Total Expenses Sought:** | **$6,156.01** |