## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $385.00 | 81.50 | $31,377.50 |
| Thomas  DeLawrence | Partner | 2006 | Environmental | $320.00 | 35.50 | $11,360.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $505.00 | 159.10 | $80,345.50 |
| C. Grady Moore | Partner | 1992 | Environmental | $505.00 | 20.50 | $10,352.50 |
| Mary F. Samuels | Partner | 2007 | Environmental | $320.00 | 14.90 | $4,768.00 |
| Jeff Wood | Partner | 2003 | Environmental | $430.00 | 1.70 | $731.00 |
| Julia Barber | Associate | 2014 | Environmental | $240.00 | 38.20 | $9,168.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $235.00 | 14.70 | $3,454.50 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | $275.00 | 16.60 | $4,565.00 |
| David W. Mitchell | Associate | 2009 | Environmental | $285.00 | 85.50 | $24,367.50 |
| J. Patrick Runge | Associate | 2008 | Environmental | $270.00 | 31.40 | $8,478.00 |
| Amy Benschoter[1] | Staff Attorney | 2005 | Environmental | $195.00 | 66.90 | $13,045.50 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | $260.00 | 5.50 | $1,430.00 |
| | | | | | **572.00** | **$203,443.00** |

The paraprofessionals of Balch who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy Benschoter | Paralegal | 6 years | Environmental | $195.00 | 68.30 | $13,318.50 |
| | | | | | | **$13,318.50** |

**Total Fees Requested**                                    **$216,761.50**

---

[1]    During the compensation period, timekeeper Amy Benschoter's position within the firm changed from Paralegal to Staff Attorney, and the hours in this application are allocated accordingly.  This application does not reflect a change in the billing rate for this timekeeper; the change in rate will be effective November 1, 2015, in consultant with the Debtors.