## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 13431242v.1

# EXPENSE SUMMARY
## OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

| Expense Category | Amount |
| --- | --- |
| Airfare | $2,238.50 |
| Court Fees | $500.00 |
| Deliveries | $25.16 |
| Standard Copies or Prints | $6.00 |
| Telephone Charges | $112.49 |
| Transportation to/from airport | $157.74 |
| Travel Expenses – Lodging | $2,141.10 |
| Travel Meals | $773.02 |
| Other Travel Expenses | $202.00 |
| **Total Expenses Sought:** | **$6,156.01** |

RLF1 13431242v.1