# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 587717 | 004 | 9/3/15 | P. Stephen Gidiere | Telephone Charges | | | $12.40 | Conference Call |
| 587717 | 004 | 9/10/15 | P. Stephen Gidiere | Telephone Charges | | | $9.91 | Conference Call |
| 587717 | 004 | 9/17/15 | P. Stephen Gidiere | Telephone Charges | | | $12.31 | Conference Call |
| 587717 | 004 | 9/24/15 | P. Stephen Gidiere | Telephone Charges | | | $14.70 | Conference Call |
| 587717 | 004 007 (split) | 9/30/15 | C. Grady Moore | Other Travel Expenses | | | $20.00 | Valet tips |
| 587717 | 004 007 (split) | 9/30/15 | C. Grady Moore | Transportation to/from Airport | | | $28.00 | Cab fare from airport to client's office |
| 587717 | 004 007 (split) | 9/30/15 | C. Grady Moore | Travel Meal | | | $11.10 | Lunch (1 person) |
| 587717 | 004 007 (split) | 9/30/15 | C. Grady Moore | Travel Meal | | | $24.57 | Dinner (2 people) |
| 587717 | *004 007 (split)* | *10/1/15* | *C. Grady Moore* | *Travel Meal* | | | *$82.29[1]* | *Dinner (2 people)* |
| 587717 | 004 007 (split) | 10/2/15 | C. Grady Moore | Other Travel Expenses | | | $55.00 | Airport Parking |
| 587717 | 004 007 (split) | 10/2/15 | C. Grady Moore | Travel Expenses – Lodging | | | $495.62 | Lodging in Dallas, TX (2 nights) |
| 587717 | 004 007 (split) | 10/2/15 | C. Grady Moore | Travel Meal | | | $46.56 | Dinner (3 people) |
| 587717 | 004 | 10/5/15 | C. Grady Moore | Airfare | | | $351.00 | Roundtrip airfare between Birmingham, AL and Dallas, TX |
| *587717* | *004* | *10/5/15* | *C. Grady Moore* | *Airfare* | | | *$10.00[2]* | *Service Fee* |
| 587718 | 007 | 9/30/12 | Amy Benschoter | Airfare | | | $686.00 | Roundtrip airfare between Birmingham, AL and Dallas, TX |
| 587718 | 007 | 9/10/15 | Tom DeLawrence | Telephone Charges | | | $43.30 | Conference Call |
| 587718 | 007 | 9/15/15 | P. Stephen Gidiere | Telephone Charges | | | $0.28 | Conference Call |

---

[1] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal.   Therefore, $2.29 is not reimbursable.

[2] Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, airline service fees are not reimbursable.

RLF1 13431242v.1

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 587718 | 007 | 9/30/15 | Tom DeLawrence | Airfare | | | $430.00 | Roundtrip airfare between Birmingham, AL and Dallas, TX |
| 587718 | 007 | 9/30/15 | Tom DeLawrence | Transportation to/from Airport | | | $30.00 | Cab fare from airport to client's office |
| 587718 | 007 | 9/30/15 | Tom DeLawrence | Travel Meal | | | $6.79 | Breakfast (1 person) |
| 587718 | 007 | 9/30/15 | Tom DeLawrence | Travel Meal | | | $9.71 | Breakfast (2 people) |
| 587718 | 007 | 9/30/15 | Tom DeLawrence | Travel Meal | | | $18.24 | Lunch (2 people) |
| 587718 | 007 | 9/30/15 | Tom DeLawrence | Travel Meal | | | $110.02 | Dinner (3 people) |
| 587718 | 007 | 9/30/15 | Amy Benschoter | Travel Meal | | | $5.37 | Breakfast (1 person) |
| 587718 | 007 | 9/30/15 | Amy Benschoter | Travel Meal | | | $8.15 | Breakfast (1 person) |
| 587718 | 007 | 10/1/15 | Tom DeLawrence | Travel Meal | | | $10.00 | Breakfast (1 person) |
| 587718 | 007 | 10/1/15 | Tom DeLawrence | Travel Meal | | | $5.00 | Lunch (1 person) |
| 587718 | 007 | 10/1/15 | Tom DeLawrence | Travel Meal | | | $22.14 | Dinner (1 person) |
| 587718 | 007 | 10/1/15 | Amy Benschoter | Travel Meal | | | $3.89 | Lunch (1 person) |
| 587718 | 007 | 10/1/15 | Amy Benschoter | Travel Meal | | | $4.31 | Breakfast (1 person) |
| 587718 | 007 | 10/1/15 | Amy Benschoter | Travel Meal | | | $5.00 | Breakfast (1 person) |
| 587718 | 007 | 10/1/15 | Amy Benschoter | Travel Meal | | | $9.99 | Lunch ( 1 person) |
| *587718* | *007* | *10/1/15* | *Amy Benschoter* | *Travel Meal* | | | *$82.29[3]* | *Dinner (2 people)* |
| 587718 | 007 | 10/2/15 | Tom DeLawrence | Other Travel Expenses | | | $36.00 | Airport Parking |
| 587718 | 007 | 10/2/15 | Amy Benschoter | Other Travel Expenses | | | $36.00 | Airport Parking |
| 587718 | 007 | 10/2/15 | Amy Benschoter | Other Travel Expenses | | | $5.00 | Valet tip |
| 587718 | 007 | 10/2/15 | Tom DeLawrence | Transportation to/from Airport | | | $30.00 | Cab fare from client's office to airport |
| 587718 | 007 | 10/2/15 | Amy Benschoter | Travel Expenses - Lodging | | | $322.74 | Lodging in Dallas, TX (2 nights) |
| 587718 | 007 | 10/2/15 | Tom DeLawrence | Travel Expenses – Lodging | | | $322.74 | Lodging in Dallas, TX (2 nights) |
| 587718 | 007 | 10/2/15 | Tom DeLawrence | Travel Meal | | | $8.09 | Breakfast (1 person) |
| 587718 | 007 | 10/2/15 | Amy Benschoter | Travel Meal | | | $4.49 | Breakfast (1 person) |
| 587718 | 007 | 10/2/15 | Amy Benschoter | Travel Meal | | | $4.31 | Breakfast (1 person) |
| 587718 | 007 | 10/5/15 | Amy Benschoter | In-house Copying | $0.10 | 5 | $0.50 | Standard Copies |
| 587718 | 007 | 10/6/15 | Amy Benschoter | In-house Copying | $0.10 | 15 | $1.50 | Standard Copies |

---

[3] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $2.29 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 587718 | 007 | 10/9/15 | Amy Benschoter | Deliveries | | | $12.34 | Fed-Ex Shipment |
| 587718 | 007 | 10/22/15 | Tom DeLawrence | Telephone Charges | | | $0.50 | Conference Call |
| 587721 | 011 | 10/13/15 | P. Stephen Gidiere | Airfare | | | $409.50 | Airfare from Birmingham, AL to Washington, DC |
| 587721 | 011 | 10/13/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $20.91 | Cab fare from airport to hotel |
| 587721 | 011 | 10/13/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Travel to Birmingham, AL airport |
| *587721* | *011* | *10/13/15* | *P. Stephen Gidiere* | *Travel Meal* | | | *$130.00[4]* | *Dinner (2 people)* |
| 587721 | 011 | 10/13/15 | P. Stephen Gidiere | Travel Meal | | | $3.18 | Breakfast (1 person) |
| 587721 | 011 | 10/13/15 | P. Stephen Gidiere | Travel Meal | | | $9.95 | Lunch (1 person) |
| 587721 | 011 | 10/13/15 | P. Stephen Gidiere | Travel Meal | | | $19.50 | Dinner (1 person) |
| *587721* | *011* | *10/14/15* | *P. Stephen Gidiere* | *Travel Meal* | | | *$48.08[5]* | *Breakfast (1 person)* |
| 587721 | 011 | 10/14/15 | P. Stephen Gidiere | Travel Meal | | | $74.70 | Lunch (2 people) |
| 587721 | 011 | 10/14/15 | P. Stephen Gidiere | Travel Meal | | | $61.70 | Dinner (2 people) |
| 587721 | 011 | 10/14/15 | P. Stephen Gidiere | Travel Meal | | | $2.15 | Breakfast (1 person) |
| 587721 | 011 | 10/15/15 | P. Stephen Gidiere | Airfare | | | $362.00 | Airfare from Baltimore, MD to Birmingham, AL |
| 587721 | 011 | 10/15/15 | P. Stephen Gidiere | Other Travel Expenses | | | $50.00 | Airport Parking |
| 587721 | 011 | 10/15/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $46.53 | Cab fare from meeting to airport |
| *587721* | *011* | *10/15/15* | *P. Stephen Gidiere* | *Travel Expenses - Lodging* | | | *$1,374.00[6]* | *Lodging in Washington, D.C. (2 nights)* |
| 587721 | 011 | 10/15/15 | P. Stephen Gidiere | Travel Meal | | | $4.11 | Breakfast (1 person) |
| 587722 | 018 | 9/2/15 | P. Stephen Gidiere | Telephone Charges | | | $3.64 | Conference Call |
| 587722 | 018 | 9/11/15 | P. Stephen Gidiere | Telephone Charges | | | $4.56 | Conference Call |

---

[4]  Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $50.00 is not reimbursable.

[5]  Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $8.08 is not reimbursable.

[6]  Pursuant to an August 20, 2015 email from Katherine Stadler, hotels in Washington, DC are capped at $500.00 per night. Therefore, $374.00 is not reimbursable.

3

RLF1 13431242v.1

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 587722 | 018 | 9/14/15 | P. Stephen Gidiere | Telephone Charges | | | $6.69 | Conference Call |
| 587722 | 018 | 10/13/15 | P. Stephen Gidiere | Deliveries | | | $12.82 | Fed-Ex Shipment |
| 587723 | 019 | 9/23/15 | P. Stephen Gidiere | Telephone Charges | | | $4.20 | Conference Call |
| 587723 | 019 | 10/22/15 | Julia Barber | Court Fees | | | $500.00 | Filing Fee for Petition to Review |
| 587723 | 019 | 10/23/15 | Julia Barber | In-house Copying | $0.10 | 40 | $4.00 | Standard Copies |
| *587723* | *019* | *10/30/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.20[7]* | *Long Distance to New York, NY* |
| Total Expenses: | | | | | | | $6,602.87 | |
| *Less: Expense Adjustment[8]* | | | | | | | *$446.86* | |
| **Total Expenses Sought:** | | | | | | | **$6,156.01** | |

---

[7] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, only multi-party telephone charges are reimbursable. Therefore, $0.20 is not reimbursable.

[8] Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014.

4

RLF1 13431242v.1