**EXHIBIT B**

**Consultants' Information**

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 185.30 | $138,975.00 |
| Jean Agras | Managing Director | $720 | 140.50 | $101,160.00 |
| Gary Germeroth | Managing Director | $720 | 208.50 | $150,120.00 |
| Dave Andrus | Director | $645 | 148.00 | $95,460.00 |
| Scott Davis | Director | $545 | 262.00 | $142,790.00 |
| Michael Green | Director | $550 | 48.75 | $26,812.50 |
| Paul Harmon | Director | $575 | 23.00 | $13,225.00 |
| Tim Wang | Director | $575 | 141.00 | $81,075.00 |
| Kimberly Eckert | Managing Consultant | $495 | 152.50 | $75,487.50 |
| Michael Gadsden | Managing Consultant | $460 | 141.00 | $64,860.00 |
| Jill Kawakami | Managing Consultant | $430 | 81.50 | $35,045.00 |
| Stephanie Kurth | Managing Consultant | $405 | 17.00 | $6,885.00 |
| Julie Lee | Managing Consultant | $495 | 19.50 | $9,652.50 |
| Michael Perry | Managing Consultant | $410 | 178.00 | $72,980.00 |
| Nathan Pollak | Managing Consultant | $460 | 168.50 | $77,510.00 |
| Samuel Schreiber | Managing Consultant | $455 | 224.00 | $101,920.00 |
| Laura Hatanaka | Consultant | $390 | 155.50 | $60,645.00 |
| Pamela Morin | Consultant | $380 | 10.50 | $3,990.00 |
| Alex Vinton | Analyst | $275 | 1.00 | $275.00 |
| | | **Totals:** | **2,306.05** | **$1,258,867.50** |