# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $17,466.07 |
| Airfare | $23,587.99 |
| Taxi | $4,531.79 |
| Travel Meals | $3,783.01 |
| Other Travel Expenses | $1,648.44 |
| Vehicle Rental Expenses | $2,519.31 |
| Other | $30.00 |
| **Total:** | **$53,566.61** |

### TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $15,632.75 |
| Airfare | $21,112.08 |
| Taxi | $4,056.11 |
| Travel Meals | $3,385.93 |
| Other Travel Expenses | $1,475.41 |
| Vehicle Rental Expenses | $2,254.87 |
| Other | $26.85 |
| **Total:** | **$47,944.00** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $1,059.33 |
| Airfare | $1,430.63 |
| Taxi | $274.86 |
| Travel Meals | $229.44 |

RLF1 13431284v.1

| Service Description | Amount |
|---|---:|
| Other Travel Expenses | $99.98 |
| Vehicle Rental Expenses | $152.80 |
| Other | $1.82 |
| **Total:** | **$3,248.86** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $773.99 |
| Airfare | $1,045.28 |
| Taxi | $200.82 |
| Travel Meals | $167.64 |
| Other Travel Expenses | $73.05 |
| Vehicle Rental Expenses | $111.64 |
| Other | $1.33 |
| **Total:** | **$2,373.75** |