# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 227.40 | $129,162.50 |
| 2 | Metric Analysis | 124.10 | $70,280.00 |
| 3 | Generation Analysis | 169.50 | $84,782.50 |
| 4 | Retail Analysis | 97.50 | $48,122.50 |
| 5 | Commodity Analysis | 96.50 | $42,657.50 |
| 6 | Competitor Analysis | 42.00 | $22,845.00 |
| 7 | EBITDA Projection | 156.50 | $82,302.50 |
| 8 | Environmental Analysis | 143.00 | $81,142.50 |
| 9 | Short-Range Forecast | 17.00 | $8,495.00 |
| 10 | Capital Projects | 6.00 | $3,740.00 |
| 11 | Wholesale Operations | 21.90 | $15,535.00 |
| 12 | Retail Operations | 45.20 | $26,865.00 |
| 13 | T&D Operations | 7.00 | $3,465.00 |
| 14 | Data Collection and Diligence | 315.80 | $162,555.00 |
| 15 | Reports | 351.40 | $198,297.50 |
| 16 | Hearings | 13.00 | $7,475.00 |
| 17 | On-Site Diligence | 133.75 | $74,140.00 |
| 18 | Project Management | 2.00 | $1,440.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 33.50 | $21,232.50 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 25.50 | $13,175.00 |
| | *Continued on next page* | | |

1. Non-working travel time has been billed at 50% of actual time incurred.

## EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 1.00 | $720.00 |
| 24 | Retail Margins | 2.50 | $1,150.00 |
| 25 | T&D Market Research | 6.50 | $2,835.00 |
| 26 | Wholesale Market Research | 6.50 | $3,795.00 |
| 27 | Retail Market Research | 24.00 | $11,467.50 |
| 28 | Performance Analysis | 16.00 | $8,010.00 |
| 29 | Sales, General & Administrative Analysis | 39.00 | $21,255.00 |
| 30 | Portfolio Analysis | 11.00 | $6,745.00 |
| 31 | Oncor Revenue Analysis | 0.00 | $0.00 |
| 32 | Oncor Capital Structure | 0.00 | $0.00 |
| 33 | Regulatory Analysis | 117.00 | $75,465.00 |
| 34 | Claims & Settlement Issues | 2.00 | $1,440.00 |
| 35 | Property Tax Analysis | 52.00 | $28,275.00 |
|  |  |  |  |
|  | Totals: | 2,306.05 | $1,258,867.50 |

1. Non-working travel time has been billed at 50% of actual time incurred.