## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Re: D.I. 6530, 6699, 6918** |

## THIRD AMENDED NOTICE OF SETTLEMENT OF
## EFIH PIK NOTE CLAIMS WITH CERTAIN EFIH PIK NOTEHOLDERS

**PLEASE TAKE NOTICE** that, on October 27, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders* [D.I. 6699] (the "October 27 Notice"), reflecting an agreement (the "Initial PIK Settlement") among the Debtors, the Plan Sponsors, and certain holders of EFIH PIK Note Claims (the "Initial Settling EFIH PIK Noteholders").[2]

**PLEASE TAKE FURTHER NOTICE** that attached to the October 27 Notice were, among other things, (a) the stipulation reflecting the Initial PIK Settlement (the "Initial PIK Stipulation"), (b) the proposed form of order approving the Initial PIK Settlement (the "EFIH PIK Settlement Order") and (c) a direction letter issued to the EFIH PIK Notes Trustee.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the October 27 Notice.

**PLEASE TAKE FURTHER NOTICE** that, on November 8, 2015, the Debtors filed the *Second Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders* [D.I. 6918] (the "November 8 Notice").

**PLEASE TAKE FURTHER NOTICE** that attached to the November 8 Notice was a revised version of the EFIH PIK Settlement Order and a revised direction letter to be issued to the EFIH PIK Notes Trustee.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Plan Sponsors have reached an agreement (the "Subsequent PIK Settlement") with certain additional holders of EFIH PIK Note Claims (the "Subsequent Settling EFIH PIK Noteholders") resolving the disputes around such Claims.

**PLEASE TAKE FURTHER NOTICE** that attached hereto are (a) the stipulation reflecting the Subsequent PIK Settlement (the "Subsequent PIK Stipulation") (**Exhibit A**), (b) a revised version of the EFIH PIK Settlement Order incorporating the Initial PIK Settlement and Subsequent PIK Settlement (clean copy as **Exhibit B** and a copy marked against the version attached to the November 8 Notice as **Exhibit C**), and (c) a further direction letter to be issued to the EFIH PIK Notes Trustee by the Initial Settling PIK Noteholders and the Subsequent Settling EFIH PIK Noteholders (the "Direction Letter") (**Exhibit D**).

**PLEASE TAKE FURTHER NOTICE** that the attached versions of the Subsequent PIK Stipulation, the EFIH PIK Settlement Order, and the Direction Letter have been agreed among the Debtors, the Plan Sponsors, the Initial Settling EFIH PIK Noteholders, the Subsequent Settling EFIH PIK Noteholders, and the EFIH PIK Notes Trustee (as applicable).

| | |
|---|---|
| Dated: November 23, 2015<br>Wilmington, Delaware | */s/ Jason M. Madron* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
                  defranceschi@rlf.com
                  madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
                  stephen.hessler@kirkland.com
                  brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
                  marc.kieselstein@kirkland.com
                  chad.husnick@kirkland.com
                  steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*