## EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 6.8 | $2,058.50 |
| [ALL] Case Administration | 6.2 | $1,341.50 |
| [ALL] Claims Administration & Objections | 16.9 | $4,494.00 |
| [ALL] Contested Matters & Adv. Proceed. | 0.7 | $132.50 |
| [ALL] Hearings | 14.2 | $4,970.00 |
| [ALL] Non-BK Fee/Employment Applications | 9.4 | $2,228.50 |
| [ALL] Plan and Disclosure Statement | 16.2 | $5,535.00 |
| [EFH] Contested Matters & Advers. Proc. | 0.2 | $70.00 |
| **Total** | **70.6** | **$20,830.00** |