## EXHIBIT B

**[Attorney and Paraprofessionals Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas D. Bielli | Partner | 2006 (PA) | Bankruptcy | $350.00 | 1.0 | $350.00 |
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 50.4 | $17,640.00 |
| Cory P. Stephenson | Associate | 2015 (DE) 2015 (PA) | Bankruptcy | $205.00 | 5.5 | $1,127.50 |
| Amy M. Huber | Paralegal | *Not Admitted | Litigation Support | $125.00 | 13.7 | $1,712.50 |
| **Total** | | | | | **70.6** | **$20,830.00** |