# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Filng/Court Fees | $56.20 |
| In-House Reproduction | $38.90 |
| **Total** | **$95.10** |