# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 10/12/2015 | Filing/Court Fees | PACER | $11.30 |
| 10/14/2015 | Filing/Court Fees | PACER | $0.10 |
| 10/15/2015 | Filing/Court Fees | PACER | $39.20 |
| 10/16/2015 | Filing/Court Fees | PACER | $3.00 |
| 10/16/2015 | Filing/Court Fees | PACER | $0.50 |
| 10/22/2015 | Filing/Court Fees | PACER | $1.70 |
| 10/26/2015 | Filing/Court Fees | PACER | $0.40 |
| 10/28/2015 | In-House Reproduction | Photocopies (12 pages) | $1.20 |
| 10/29/2015 | In-House Reproduction | Photocopies (145 pages) | $14.50 |
| 10/30/2015 | In-House Reproduction | Photocopies (191 pages) | $19.10 |
| 10/30/2015 | In-House Reproduction | Photocopies (41 pages) | $4.10 |
| **Total** | | | **$95.10** |