# EXHIBIT A

## Professional Fees and Expenses
## Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP<br><br>919 Third Avenue New York, NY 10022 | Ninth Monthly Fee Statement<br><br>09/01/2015 through 09/30/2015<br><br>Docket No. 6724 | $66,055.00 | $3,844.61 | 11/18/2015 | $52,844.00 | $3,844.61 | $13,211.00 |