**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**FOURTH SUPPLEMENTAL DECLARATION OF RICHARD LEVIN RELATING TO APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF JENNER & BLOCK LLP AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC**

_____

I, Richard Levin, declare under penalty of perjury as follows:

1. I am a partner in the firm of Jenner & Block LLP ("**Jenner**"), with an office located at 919 Third Avenue, New York, NY 10022, and have been duly admitted to practice law in the State of California, the State of New York, the Commonwealth of Massachusetts and the District of Columbia and have been admitted to the bar of this Court *pro hac vice*.

2. This Fourth Supplemental Declaration supplements (a) the Declaration that I submitted as Exhibit E in support of the Application for Order Approving Employment of Jenner & Block LLP as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Effective **Nunc Pro Tunc** to May 18, 2015 [ECF No. 4792]; (b) the Supplemental Declaration that I submitted on June 30, 2015 [ECF No. 4901]; (c) the Second Supplemental Declaration that I submitted on July 30, 2015 [ECF No. 5169]; and (d) the Third Supplemental Declaration that I submitted on August 19, 2015 [ECF No. 5585].

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

104146.2

2

I am authorized to submit this Fourth Supplemental Declaration. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. Deutsche Bank and affiliated entities listed on Exhibit 1, New Mexico State Investment Council ("NMSIC"), and Phoenix are parties in interest in these chapter 11 cases. Since the filing of the prior Declarations, Deutsche Bank, NMSIC, and an affiliate of Phoenix have become clients of Jenner on matters wholly unrelated to these chapter 11 cases. A table setting forth the positions in these chapter 11 bankruptcy cases of the DB Entities, NMSIC, and Phoenix is attached hereto as Exhibit 1.[2] Jenner has not represented and will not represent Deutsche Bank, NSMIC, or Phoenix in any matters involving the debtors or their estates, and no aspect of this representation involves or affects Jenner's representation of Energy Future Intermediate Holding Company LLC.

4. Except as set forth above and in the Declaration, Supplemental Declaration, Second Supplemental Declaration, and Third Supplemental Declaration insofar as I have been able to ascertain after diligent inquiry, I do not believe that there is any other connection (as such term is used in Federal Rule of Bankruptcy Procedure 2014(a)) between Jenner and the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the Office of the United States Trustee.

I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: November 24, 2015           /s/ *Richard Levin*
                                   Richard Levin

---

[2] This exhibit supplements the list of Parties in Interest who or whose affiliates are current or former clients that was attached as Exhibit 2 to Declaration [ECF No. 4792-5].

2

104146.2