# Exhibit 1

[Table of Connections]

104146.2

**Parties in Interest Who Are, or Whose Affiliates Are, Current and Former Jenner Clients**

| Name | Role / Category | Client | Affiliate of Client | Former Client | Affiliate of Former Client |
|---|---|---|---|---|---|
| Deutsche Bank | Bank | X | | | |
| Deutsche Bank | Administrative Agent | X | | | |
| Deutsche Bank | Secured debtholder | X | | | |
| Deutsche Bank | Unsecured debtholder | X | | | |
| Deutsche Bank AG New York | DIP Lender | X | | | |
| DEUTSCHE BANK AG NEW YORK BRANCH | Vendor | | X | | |
| DEUTSCHE BANK AG, CAYMAN ISLANDS | DIP Lender | | X | | |
| DEUTSCHE BANK AG LONDON BRANCH dba THL CREDIT WIND RIVER 2013-2 CLO LTD | DIP Lender | | X | | |
| DEUTSCHE BANK AG LONDON BRANCH dba THL CREDIT WIND RIVER 2014-1 CLO LTD | DIP Lender | | X | | |
| New Mexico State Investment Council | DIP Lender | X | | | |
| Phoenix | Secured debtholder | | X | | |