## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 220.90 | 192,828.00 |
| Tax Issues | 9.60 | 10,001.00 |
| Employment and Fee Applications | 1.20 | 1,416.00 |
| **TOTAL** | **231.70** | **$204,245.00** |