## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1200 | 37.50 | 45,000.00 |
| Andrew Needham | Partner | 1995 | Tax | 1200 | 6.50 | 7,800.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1180 | 62.00 | 73,160.00 |
| Trevor Broad | Associate | 2009 | Litigation | 800 | 52.90 | 42,320.00 |
| Antje Hagena | Associate | 2015 | Tax | 710 | 3.10 | 2,201.00 |
| Alexandra Larkin | Associate | 2015 | Litigation | 510 | 44.10 | 22,491.00 |
| Pascal Hachem | Foreign Attorney | N/A in NY | Litigation | 535 | 17.00 | 9,095.00 |
| Michael Kraus | Litigation Tech Mgr | *not admitted | Technical Litigation Support | 325 | 0.30 | 97.50 |
| Justin McMullen | Litigation Support II | N/A | Technical Litigation Support | 305 | 0.10 | 30.50 |
| Colin Sylvester | Litigation Support | N/A | Technical Litigation Support | 250 | 2.40 | 600.00 |
| Lauren Gorab | Litigation Support | N/A | Technical Litigation Support | 250 | 5.80 | 1,450.00 |
| | | | | **TOTAL** | **231.70** | **204,245.00** |