## EXHIBIT C

### Summary of Actual and Necessary Expenses for the Fee Period

| Service Description | Amount |
| --- | --- |
| GROUND TRANSPORTATION | 41.19 |
| EXPENSES INCIDENT TO OVERTIME | 238.51 |
| CONF. CALL/VOICE/DATA | 49.50 |
| GEN.PUR.OFF&SUPPL. | 38.00 |
| TOTAL | $ 367.20 |

[[NYCORP:3568402v1:3170F: 11/20/2015--05:20 PM]]
SL1 1392869v1 109285.00006