**EXHIBIT D**

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 10/8/2015 | BROAD, TREVOR M. | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 29.72 | SWEB ticket #: 1662854423 - Abace Sushi (9th Ave) |
| 011205-00003 | 10/9/2015 | GELSTON, P A | PARTNER | CONF. CALL/VOICE/DATA | 49.5 | CELL PHONE CALLS, TRIP PURPOSE: Telephone conference call CITIES VISITED: Frankfurt, Germany RPT ID: 010009996690 |
| 011205-00003 | 10/14/2015 | SYLVESTER, C | LIT PARA | GEN.PUR.OFF&SUPPL. | 38.00 | GEN.PUR.OFF&SUPPL. - VENDOR: JOURNAL ENTRY |
| 011205-00003 | 10/23/2015 | HACHEM, PASCAL | FOREIGN ATTY | EXPENSES INCIDENT TO OVERTIME | 27.25 | SWEB ticket #: 1667803166 - Aki Sushi (52nd Street) |
| 011205-00003 | 10/26/2015 | LARKIN, ALEXANDRA | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 29.9 | SWEB ticket #: 1668433012 - Hummus & Pita Co. (8th Ave) |
| 011205-00003 | 10/26/2015 | HACHEM, PASCAL | FOREIGN ATTY | EXPENSES INCIDENT TO OVERTIME | 29.44 | SWEB ticket #: 1668386777 - Butcher Block |
| 011205-00003 | 10/28/2015 | BROAD, TREVOR M. | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 30.76 | SWEB ticket #: 1669420201 - Abace Sushi (9th Ave) |
| 011205-00003 | 10/28/2015 | LARKIN, ALEXANDRA | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 29.66 | SWEB ticket #: 1669385767 - Real Kung Fu Little Steamed Buns Ramen (8th Ave) |
| 011205-00003 | 10/29/2015 | BROAD, TREVOR M. | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 31.02 | SWEB ticket #: 1669803097 - Abace Sushi (9th Ave) |
| 011205-00003 | 10/29/2015 | BROAD, TREVOR M. | ASSOCIATE | GROUND TRANSPORTATION | 41.19 | TAXI Local TRIP PURPOSE: Document production, phone calls, etc. RPT ID: 010010065538 |
| 011205-00003 | 10/30/2015 | BROAD, TREVOR M. | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 30.76 | SWEB ticket #: 1670173850 - Abace Sushi (9th Ave) |
| | | | | | **$ 367.20** | |

[[NYCORP:3568402v1:3170F: 11/20/2015--05:20 PM]]
SL1 1392869v1 109285.00006