IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS, CORP., <u>et al.</u>, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on November 24, 2015, I caused to be served:

**OBJECTION OF POOLED EQUIPMENT INVENTORY COMPANY
TO PLAN SUPPLEMENT AND PROPOSED CURE AMOUNT**

Service was completed upon the parties on the attached service list as indicated thereon.

Dated: November 24, 2015

_____
Jamie L. Dawson

**SWORN AND SUBSCRIBED** before me this 24th day of November, 2015.

_____
Notary Public

[Notary Seal: ALYSSA STAR DOMOROD, MY COMMISSION EXPIRES AUGUST 22, 2018, NOTARY PUBLIC, STATE OF DELAWARE]

**VIA EMAIL**
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
E-mail: collins@rlf.com
E-mail: defranceschi@rlf.com
E-mail: madron@rlf.com
[Counsel for Debtors and
Debtors in Possession]

David M. Klauder, Esq.
Shannon Dougherty, Esq.
O'KELLY, ERNST & BIELLI LLP
901 North Market Street
Wilmington, DE 19801
E-mail: dklauder@oeblegal.com
E-mail: sdougherty@oeblegal.com
[Counsel to Energy Future Holdings Corp.]

David P. Primack, Esq.
MCELROY, DEUTSCH, MULVANEY,
& CARPENTER, LLP
300 Delaware, Suite 770
Wilmington, DE 19801
E-mail: dprimack@mdmc-law.com
[Counsel to the TCEH Debtors]

Joseph H. Huston, Jr., Esq.
STEVENS & LEE, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801
E-mail: jhh@stevenslee.com
[Counsel to Energy Future Intermediate
Holding Company LLC]

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
E-mail: cward@polinelli.com
E-mail: jedelson@polsinelli.com
E-mail: skatona@polsinelli.com
[Counsel to the TCEH Creditors' Committee]

**VIA EMAIL**
Richard L. Schepacarter
Andrea B. Schwartz
Timothy J. Fox, Jr.
Trial Attorneys
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801
E-mail: richard.schepacarter@usdoj.gov

Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Lorenzo Marinuzzi, Esq.
Mark A. Fink, Esq.
MONTGOMERY MCCRACKEN WALKER
& RHOADS, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801
E-mail: nramsey@mmwr.com
E-mail: dwright@mmwr.com
E-mail: lmarinuzzi@mmwr.com
E-mail: mfink@mmwr.com
[Counsel to the EFH Creditors' Committee]

Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Michael H. Torkin, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
E-mail: gluecksteinb@sullcrom.com
E-mail: torkinm@sullcrom.com
[Counsel to the EFH Creditors' Committee]

**VIA EMAIL**
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Facsimile: (212) 446-4900
E-mail: edward.sassower@kirkland.com
E-mail: stephen.hessler@kirkland.com
E-mail: brian.schartz@kirkland.com
[Counsel for Debtors and
Debtors in Possession]

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Facsimile: (312) 862-2200
E-mail: james.sprayregen@kirkland.com
E-mail: marc.kieselstein@kirkland.com
E-mail: chad.husnick@kirkland.com
E-mail: steven.serajeddini@kirkland.com
[Counsel for Debtors and
Debtors in Possession]

Jeff J. Marwil, Esq.
Mark K. Thomas, Esq.
Peter J. Young, Esq.
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
E-mail: jmarwil@proskauer.com
E-mail: mthomas@proskauer.com
E-mail: pyoung@proskauer.com
[Counsel to Energy Future Holdings Corp.]

**VIA EMAIL**
Thomas B. Walper, Esq.
Todd J. Rosen, Esq.
Seth Goldman, Esq.
John W. Spiegel, Esq.
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071
E-mail:  Thomas.Walper@mto.com
E-mail:  Todd.Rosen@mto.com
E-mail:  Seth.Goldman@mto.com
E-mail:  John.Spiegel@mto.com
[Counsel to the TCEH Debtors]

Michael A. Paskin, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
E-mail:  mpaskin@cravath.com
[Counsel to Energy Future Intermediate
Holding Company LLC]

Richard Levin, Esq.
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
E-mail:  rlevin@jenner.com
[Counsel to Energy Future Intermediate
Holding Company LLC]

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Todd M. Goren, Esq.
Samantha Martin, Esq.
MORRISON & FOERESTER LLP
250 West 55th Street
New York, NY 10019
Facsimile: (212) 468-7900
E-mail:  jpeck@mofo.com
E-mail:  BrettMiller@mofo.com
E-mail:  lmarinuzzi@mofo.com
E-mail:  tgoren@mofo.com
E-mail:  smartin@mofo.com
[Counsel to the TCEH Creditors' Committee]