# EXHIBIT A

Energy Future Holdings Corp.
First Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| Allied Electronics Inc. | 3312 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Allied Electronics Inc. | 3313 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Emerson Network Power Liebert Services | 3297 | Response filed on 12/10/14. [Docket No. 2970]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Koetter Fire Protection of Austin, LLC | 3118 | Response filed on 12/5/14. [Docket No. 2950]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

# EXHIBIT B

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BETTS, BARBARA | 3831 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CAESAR, RUTH | 5630 | Response filed on January 5, 2015. [Docket No. 3171]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| DELGADO, MARIA NAVEIAR | 2004 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GUY, MASON | 2738 | Response filed on December 29, 2014. [Docket No. 3153]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KEYES, SUSAN | 2891 | Response filed on December 31, 2014. [Docket No. 3164]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| NEAL, KATHEY | 1499 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| NEDD-JOHNSON, NANNETTE | 2021 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| OLBRISH, KIMBERLEY | 669 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SMITH, CYNTHIA | 1423 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SOTO, MARIA | 428 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

**EXHIBIT C**

Energy Future Holdings Corp.
Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Brinkley, Annie | 2345 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

13411880_1

**EXHIBIT D**

Energy Future Holdings Corp.
Sixth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DE LA CERDA JR., JOSE F. | 1324 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HAWKINS, MONICA R. | 1868 | Response filed on 1/27/15. [Docket No. 3386]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MITCHELL, STEPHEN W. | 2636 | Response filed on 1/23/15. [Docket No. 3355]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MOORE, DEBORAH D. | 3927 | Response filed on 1/23/15. [Docket No. 3352]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ROBINSON, JOANN M. | 4959 | Response filed on 1/28/15. [Docket No. 3389]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WOODS, SHANTA | 2899 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT E**

Energy Future Holdings Corp.
Seventh Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| EDWARDS, DEANNA | 9922 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| EDWARDS, GERALD | 9923 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT F**

Energy Future Holdings Corp.
Eighth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BEARD JR., JACK ROGERS | 2304 | Response filed on February 11, 2015. [Docket No. 3511]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GRIFFIN, LEO | 2191 | Response filed on February 9, 2015. [Docket No. 3498]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MCCLAIN, JACKIE | 417 | Response filed on February 9, 2015. [Docket No. 3500]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MORENO, JESUS | 2730 | Response filed on February 18, 2015. [Docket No. 3578]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-13411948_1

# EXHIBIT G

Energy Future Holdings Corp.
Tenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| JOHNSON-CAULEY, MELVA D. | 2686 | Response filed on February 24, 2015. [Docket No. 3636]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

# **EXHIBIT H**

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| COVENEY, SANDI | 623 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KAHLE, MARCIA | 1371 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MATHEU, CHRISTINA | 1637 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WASHINGTON, ROSE B S | 6162 | Response filed on March 27, 2015. [Docket No. 3998]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WATSON, EVELYN | 1562 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT I**

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ALLEN, GAYE | 3445 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ALLEN, JUDY | 3619 | Response filed on April 14, 2015. [Docket No. 4154]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| BAILEY, NIKITA | 2014 | Response filed on April 14, 2015. [Docket No. 4153]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| BELL, MARILYN | 3368 | Response filed on April 14, 2015. [Docket No. 4152]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CARTER, SHARRON DENISE | 5735 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CORBELL, KARLA | 4435 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| COX, DONALD L | 2701 | Response filed on April 8, 2015. [Docket No. 4088]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GARCIA, STELLA | 5228 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HUGHES, JOAN H | 4465 | Response filed on April 14, 2015. [Docket No. 4150]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF1-13412068_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MARRS, OPAL | 2252 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PHILLIPS, MARY JAME | 844 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PIPKIN, LORENZO III | 8052 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SMALL, YOLANDA NICOLE | 4830 | Response filed on April 8, 2015. [Docket No. 4089]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| STEPHENSON, ALBERT | 3519 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VAUGHN, TERETTA | 8063 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VILLARREAL, TIMMY | 1520 | Response filed on April 10, 2015. [Docket No. 4114]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WALKER, ROBERT | 3557 | Response filed on April 14, 2015. [Docket No. 4151]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WILLIAMS, MELVIN | 3256 | Response filed on April 17, 2015. [Docket No. 4204]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-13412068_1

# EXHIBIT J

Energy Future Holdings Corp.
Fourteenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| STEWART, KUK JA | 10003 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| STEWART, KUK JA | 5739 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

RLF-13412082_1

**EXHIBIT K**

Energy Future Holdings Corp.
Fifteenth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MAURILLO, AMELIA | 4599 | Response filed on April 17, 2015. [Docket No. 4206]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-13412084_1

**EXHIBIT L**

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| KOVACH, AUSTIN | 9867 | Response filed on July 8, 2015. [Docket No. 4943]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MYLES, JACQUELYN A | 9600 | Response filed on July 1, 2015. [Docket No. 4906]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PHILLIPS, DONNA | 2226 | Response filed on June 30, 2015. [Docket No. 4896 & 4897]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REDIC, CORA | 9919 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

# EXHIBIT M

Energy Future Holdings Corp.
Seventeenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| EDWARDS, GERALD | 7659 | Response filed on July 8, 2015. [Docket No. 4942]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ENGLISH, WAYNE | 9800 | Response filed on June 29, 2015. [Docket No. 4882]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| LAMMERS, LINDA | 251 | Response filed on July 2, 2015. [Docket No. 4919]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7840 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7841 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7842 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-13412095_1

# **EXHIBIT N**

Energy Future Holdings Corp.
Eighteenth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SUNGARD CONSULTING SERVICES LLC | 5715 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SONAR CREDIT PARTNERS III, LLC | 5106 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HILDRETH, JOHN | 4230 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

# EXHIBIT O

Energy Future Holdings Corp.
Nineteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| LEWIS, MELISSA C | 9698 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CLYDE BERGEMANN POWER GROUP AMERICAS INC | 7853 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| INVENSYS SYSTEMS, INC. | 4478 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

RLF1-13412207_1

# EXHIBIT P

Energy Future Holdings Corp.
Twentieth Omnibus (Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| REXEL, INC. | 2961 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2962 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2963 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2964 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2965 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2966 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2967 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2968 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

Energy Future Holdings Corp.
Twentieth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| REXEL, INC. | 2970 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2971 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2972 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

## EXHIBIT Q

Energy Future Holdings Corp.
Twenty-First Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CLYDE BERGEMANN POWER GROUP AMERICAS INC | 7854 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| LHOIST NORTH AMERICA OF TEXAS LTD | 3960 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| LHOIST NORTH AMERICA OF TEXAS, LTD | 3962 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HCL AMERICA, INC | 6072 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HCL AMERICA, INC | 6074 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HCL AMERICA, INC | 6075 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS | 7963 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS | 7964 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS | 7966 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS | 7968 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

Energy Future Holdings Corp.
Twenty-First Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MASTERCRAFT PRINTED PRODUCTS | 7972 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS | 7973 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7876 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7967 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7970 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7971 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| TANNOR PARTNERS CREDIT FUND LP | 3637 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7871 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7872 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7873 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

Energy Future Holdings Corp.
Twenty-First Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7874 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7875 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7877 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| TANNOR PARTNERS CREDIT FUND LP | 4684 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 5717 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-13412215_1

**EXHIBIT R**

Energy Future Holdings Corp.
Twenty Second (Non-Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| TY-FLOT INC. | 3412 | On October 30, 2015 the Court entered an order granting the objection in connection with this claim. |
| GLOBAL TECHNICAL TRAINING SERVICES INC. | 3736 | The hearing on this claim has been continued to December 16, 2015 at 10:00 a.m. (EST). |
| SPENCER HARRIS OF ARKANSAS, INC. | 4422 | On October 30, 2015 the Court entered an order granting the objection in connection with this claim. |

**EXHIBIT S**

Energy Future Holdings Corp.
Twenty Third (Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| WINDHAM MANUFACTURING CO. INC. | 214 | On October 30, 2015 the Court entered an order granting the objection in connection with this claim. |
| FLANDERS ELECTRIC INC. | 1862 | The hearing on this claim has been continued to December 16, 2015 at 10:00 a.m. (EST). |
| FLANDERS ELECTRIC INC. | 1863 | The hearing on this claim has been continued to December 16, 2015 at 10:00 a.m. (EST). |
| FLANDERS ELECTRIC INC. | 1866 | The hearing on this claim has been continued to December 16, 2015 at 10:00 a.m. (EST). |
| TANNOR PARTNERS CREDIT FUND LP | 2221 | The hearing on this claim has been continued to December 16, 2015 at 10:00 a.m. (EST). |
| REDDY ICE CORP. (transferred to Liquidity Solutions, Inc.) | 3250 | The hearing on this claim has been continued to December 16, 2015 at 10:00 a.m. (EST). |
| LEE HECHT HARRISON LLC | 3339 | On October 30, 2015 the Court entered an order granting the objection in connection with this claim. |
| WAUKESHA-PEARCE INDUSTRIES, INC. | 3413 | On October 30, 2015 the Court entered an order granting the objection in connection with this claim. |
| SUNGARD CONSULTING SERVICES LLC | 5714 | The hearing on this claim has been continued to December 16, 2015 at 10:00 a.m. (EST). |
| H&E EQUIPMENT SERVICES, INC. | 7933 | On October 30, 2015 the Court entered an order granting the objection in connection with this claim. |

**EXHIBIT T**

Energy Future Holdings Corp.
Twenty-Fifth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| FLUOR ENTERPRISES, INC. | 7777 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. | 7778 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. | 7779 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

# **EXHIBIT U**

Energy Future Holdings Corp.
Twenty-Sixth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7776 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7774 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7775 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

# **EXHIBIT V**

Energy Future Holdings Corp.
Twenty Seventh (Non-Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| LHOIST NORTH AMERICA OF TEXAS, LTD | 3961 | Informal response received. The hearing on this claim has been continued to December 16, 2015 starting at 10:00 a.m. (EST). |

**EXHIBIT W**

Energy Future Holdings Corp.
Twenty Eighth (Substantive) Objection to Claims

| Creditor Name | Claim Number | Status of Claim |
|---|---|---|
| SHALE-INLAND HOLDINGS LLC | 1776 | Informal response received. The hearing on this claim has been continued to December 16, 2015 starting at 10:00 a.m. (EST). |
| AIRGAS USA, LLC | 3314 | Informal response received. The hearing on this claim has been continued to December 16, 2015 starting at 10:00 a.m. (EST). |
| FASTENAL | 4915 | On October 30, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4916 | On October 30, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4922 | On October 30, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4924 | On October 30, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4925 | On October 30, 2015 the Court entered an order granting the objection in connection with this claim. |
| FASTENAL | 4930 | On October 30, 2015 the Court entered an order granting the objection in connection with this claim. |
| DISTRIBUTION NOW L.P. | 5014 | Informal response received. The hearing on this claim has been continued to December 16, 2015 starting at 10:00 a.m. (EST). |
| REXEL, INC. | 5718 | Response filed on 9/2/15. [Docket No. 5838]. The hearing on this claim has been continued to December 16, 2015 starting at 10:00 a.m. (EST). |
| BENETECH, INC. | 5776 | Response filed on 8/31/15. [Docket No. 5834]. The hearing on this claim has been continued to December 16, 2015 starting at 10:00 a.m. (EST). |

Energy Future Holdings Corp.
Twenty Eighth (Substantive) Objection to Claims

| Creditor Name | Claim Number | Status of Claim |
|---|---|---|
| VERIZON WIRELESS | 6264 | Response filed on 8/31/15. [Docket No. 5802]. The hearing on this claim has been continued to December 16, 2015 starting at 10:00 a.m. (EST). |
| CLYDE BERGEMANN POWER GROUP AMERICAS INC | 7852 | Informal response received. The hearing on this claim has been continued to December 16, 2015 starting at 10:00 a.m. (EST). |

**EXHIBIT X**

Energy Future Holdings Corp.
Thirty-Second Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| TITUS COUNTY | 4054 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| COPPERAS COVE ISD | 9943 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DALLAS COUNTY | 9824 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DALLAS COUNTY | 10918 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| EAGLE MOUNTAIN-SAGINAW ISD | 16 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| NORTHWEST ISD | 1726 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| NORTHWEST ISD | 10919 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| PENNSYLVANIA DEPARTMENT OF REVENUE | 4125 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH COUNTY | 1728 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH COUNTY | 1729 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH COUNTY | 10920 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| THORNDALE ISD | 9973 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| THORNDALE ISD | 10014 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| W D NORTON INC | 2239 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| WOODSON LUMBER COMPANY OF LEXINGTON | 4590 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADVANCED PUMP & VALVE, INC. | 4536 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Thirty-Second Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ARROWHEAD CONTRACTOR SUPPLY | 7920 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BMT WBM INC | 2355 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BREAK TIME SOLUTIONS, INC. | 7551 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARLSON SOFTWARE | 3116 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHEMSEARCH | 9826 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CITY OF TRINIDAD | 1308 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CONTROL SYSTEMS COMPANY | 9915 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CONTROL SYSTEMS COMPANY | 9916 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DG FAST CHANNEL INC | 5996 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DOYENNE CONSTRUCTORS, LLC | 1102 | Response filed on October 30, 2015. [Docket No. 6788]. On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DPC INDUSTRIES INC | 4390 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DPC INDUSTRIES INC | 4440 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DPC INDUSTRIES INC | 4482 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| EDH ELECTRIC, INC. | 3399 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| ENGINEERING RESOURCES, LLC | 6070 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-13397876_1

Energy Future Holdings Corp.
Thirty-Second Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
| --- | --- | --- |
| Exhibit A | | |
| FRANKLIN AUTO SUPPLY | 5448 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| G&K SERVICES | 2495 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| GLOBAL RAIL SYSTEMS, INC | 4101 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| GOLDER ASSOCIATES INC | 4658 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAGEMEYER NORTH AMERICA INC | 4211 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAWK INSTALLATION & CONSTRUCTION INC. | 3411 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| IIRX LP | 8035 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHN CRANE INC | 9704 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| LECLAIRRYAN, A PROFESSIONAL CORPORATION | 5298 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| LONESTAR ACTUATION | 3183 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| LYLE OIL COMPANY, INC. | 3967 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARTIN MARIETTA | 9606 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| MEDSAFE | 5440 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| MERRICK INDUSTRIES, INC | 3630 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| MES-TEXAS | 4244 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| MSC INDUSTRIAL SUPPLY CO. | 631 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-13397876_1

Energy Future Holdings Corp.
Thirty-Second Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| NAGLE PUMPS INC | 4321 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| PIPING TECHNOLOGY & PRODUCTS INC | 4738 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| PREFERRED PUMP AND EQUIPMENT LP | 593 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| REGIONAL STEEL PRODUCTS INC | 6059 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| RELIABILITY CENTER INC | 123 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| RMB CONSULTING & RESEARCH INC | 8014 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| RMB CONSULTING & RESEARCH INC | 8015 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| RUSSELL & SONS CONSTRUCTION CO., INC. | 5869 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| RUSSELL & SONS CONSTRUCTION CO., INC. | 5870 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| S D MYERS, INC. | 4123 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHRUM, J JACKSON, ESQ. | 7839 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| STAR INTERNATIONAL INC | 581 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| SUPERBOLT INC. | 2746 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| TESSCO INCORPORATED | 4473 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| TEST AMERICA AIR EMISSION CORP | 4243 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| TEXAS INDUSTRIAL MAINTENANCE SUPPLY CO. | 5051 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

4

Energy Future Holdings Corp.
Thirty-Second Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| TRINITY PARTS & COMPONENTS LLC | 4810 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| UNITED STATES CRANE INC | 9780 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| VANDERBURG DRAFTING SUPPLY INC | 1161 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| WACO AUTO GLASS | 2145 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| WACO AUTO GLASS | 2146 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHITE OAK RADIATOR SERVICE INC. | 2777 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| WOODSON LUMBER & HARDWARE | 4589 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| WOODSON LUMBER COMPANY OF LEXINGTON | 4975 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| YORK PUMP & EQUIPMENT, A DXP COMPANY | 10187 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-13397876_1

**EXHIBIT Y**

Energy Future Holdings Corp.
Thirty-Third Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| APPLIED INDUSTRIAL TECHNOLOGIES, INC. | 5804 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOLIN CONSTRUCTION INC | 4192 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DUST CONTROL TECHNOLOGY INC | 6208 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DUST CONTROL TECHNOLOGY INC | 6209 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| POWELL ELECTRICAL SYSTEMS, INC. | 7793 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| POWELL, J SCOTT | 2458 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| REGIONAL STEEL PRODUCTS INC | 6064 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| SETPOINT INTERGRATED SOLUTIONS | 3531 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| TNT CRANE & RIGGING, INC. | 4939 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| TNT CRANE & RIGGING, INC. | 4940 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| TNT CRANE & RIGGING, INC. | 4943 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| TRIPLE P LAWN SERVICE | 4967 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| APPLIED INDUSTRIAL TECHNOLOGIES | 5802 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| ARGYLE ISD | 4815 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| ARGYLE ISD | 4827 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-13398133_1

Energy Future Holdings Corp.
Thirty-Third Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BAYLOR COUNTY | 9835 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BAYLOR COUNTY | 9846 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLACKWELL INDEPENDENT SCHOOL DISTRICT | 1054 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOWIE ISD | 9840 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRECKENRIDGE ISD | 9836 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRECKENRIDGE ISD | 9845 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUCKHOLTS INDEPENDENT SCHOOL DISTRICT | 9946 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUCKHOLTS ISD | 9969 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUCKHOLTS ISD | 10009 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUCKHOLTS ISD | 10026 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BURKBURNETT ISD | 9833 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAMERON INDEPENDENT SCHOOL DISTRICT | 9945 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAMERON INDEPENDENT SCHOOL DISTRICT | 9950 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAMERON ISD | 10007 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAMERON ISD | 10010 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAMERON ISD | 10024 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF1-13398133_1

Energy Future Holdings Corp.
Thirty-Third Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| CAMERON ISD | 10027 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAYUGA ISD | 9805 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CENTRAL APPRAISAL DISTRICT ET AL | 880 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CITY OF CLEBURNE | 10032 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CITY OF COPPELL | 105 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CITY OF COPPELL | 11152 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CITY OF COPPER CANYON | 4820 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CITY OF COPPER CANYON | 4824 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CITY OF LEWISVILLE | 4814 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CITY OF LEWISVILLE | 4817 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CITY OF LEWISVILLE | 4819 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CITY OF LEWISVILLE | 4821 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CITY OF LEWISVILLE | 4825 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CITY OF ROANOKE | 4826 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CITY OF ROSCOE | 1053 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CITY OF SWEETWATER | 1059 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

3

Energy Future Holdings Corp.
Thirty-Third Omnibus (Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CITY VIEW ISD | 9829 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CLEBURNE INDEPENDENT SCHOOL DISTRICT | 10031 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| COMMIATO'S MACHINE & REPAIR SERVICE INC | 4696 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| COOKE COUNTY APPRAISAL DISTRICT | 9828 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| COOKE COUNTY APPRAISAL DISTRICT | 9830 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| COPPERAS COVE INDEPENDENT SCHOOL DISTRIC | 10019 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| COPPERAS COVE INDEPENDENT SCHOOL DISTRIC | 10021 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| COPPERAS COVE ISD | 2567 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| COPPERAS COVE ISD | 9944 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| COPPERAS COVE ISD | 9968 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| COPPERAS COVE ISD | 10011 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| COPPERAS COVE ISD | 10013 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DENTON ISD | 4816 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DENTON ISD | 4822 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DENTON ISD | 4823 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DENTON ISD | 4828 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

4

Energy Future Holdings Corp.
Thirty-Third Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DOYENNE CONSTRUCTORS, LLC | 1103 | Response filed on October 30, 2015. [Docket No. 6791]. Amended Response filed on October 30, 2015. [Docket No. 6792]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GOOCH, SHERRY D | 8098 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| HIDALGO COUNTY | 2570 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| HIGHLAND INDEPENDENT SCHOOL DISTRICT | 1061 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUMBLE INDEPENDENT SCHOOL DISTRICT | 2488 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUMBLE INDEPENDENT SCHOOL DISTRICT | 9879 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON COUNTY | 10030 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| LABORDE, DARLENE D | 9962 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| LAKE DALLAS ISD | 4818 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARTIN, ROBERT C | 5425 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| MIDLAND COUNTY | 10015 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| MONTAGUE COUNTY APPRAISAL DISTRICT | 9847 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| NOLAN COUNTY | 1058 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| RICE, NETTIE | 4629 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

5

Energy Future Holdings Corp.
Thirty-Third Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| RICHARDSON INDEPENDENT SCHOOL DISTRICT | 1056 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROSCOE INDEPENDENT SCHOOL DISRICT | 1052 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| SAXON, D.W. | 4332 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEWART, KUK JA | 10982 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SWEETWATER INDEPENDENT SCHOOL DISTRICT | 1060 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| SZYMCZAK, ED | 4654 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| TEXAS DISPOSAL SYSTEMS | 5967 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| THORNDALE ISD | 9971 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| THORNDALE ISD | 10008 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| THORNDALE ISD | 10025 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| TRAVIS COUNTY | 7557 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| TRAVIS COUNTY | 7558 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| TRAVIS COUNTY | 7560 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| TRICORBRAUN | 4166 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| TW TELECOM INC. | 3527 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

6

RLF-13398133_1

Energy Future Holdings Corp.
Thirty-Third Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| WHITESBORO INDEPENDENT SCHOOL DISTRICT | 1062 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-13398133_1

**EXHIBIT Z**

Energy Future Holdings Corp.
Thirty-Fourth Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BEST BUY BUSINESS ADVANTAGE | 5001 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUFFALO INDUSTRIAL SUPPLY INC | 7681 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUFFALO INDUSTRIAL SUPPLY INC | 7682 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| ESCO CORPORATION | 5467 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| INDUSTRIAL LUBRICANT COMPANY | 6306 | Withdraw of Claim filed on October 21, 2015 [D.I. 6558] |
| LYLE OIL COMPANY, INC. | 3968 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| LYLE OIL COMPANY, INC. | 3969 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| MICHELIN NORTH AMERICA, INC. | 4535 | Response filed on October 28, 2015. [Docket No. 6723]. |
| NEW PIG CORPORATION | 3632 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| PEGUES HURST MOTOR CO | 4027 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| RED RIVER PUMP SPECIALISTS LLC | 7569 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| RED RIVER PUMP SPECIALISTS LLC | 7570 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| RED RIVER PUMP SPECIALISTS LLC | 7571 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| RED RIVER PUMP SPECIALISTS LLC | 7588 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| RED RIVER PUMP SPECIALISTS LLC | 7589 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| REGIONAL STEEL INC | 6065 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND | 3631 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Thirty-Fourth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| AEC POWERFLOW, LLC | 4272 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CEMSPRO | 5792 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CEMSPRO | 5793 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CEMSPRO | 5795 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| FRANKLIN AUTO SUPPLY | 5446 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| KNIFE RIVER CORPORATION - SOUTH | 5246 | Response filed on October 28, 2015. [Docket No. 6723]. Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SPACENET INC. | 5773 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CINCO J INC. | 5236 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| MID-STATE ENVIRONMENTAL LL | 920 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| AMERICAN LIST COUNSEL | 4142 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| AMETEK POWER INSTRUMENTS - | 4564 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| API SYSTEMS GROUP INC | 4018 | Response filed on October 30, 2015. [Docket No. 6798]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled.  The hearing on this claim will go forward. |
| ATLAS COPCO COMPTEC LLC | 3963 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

2

Energy Future Holdings Corp.
Thirty-Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BALDWIN, RICHARD P | 5285 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BREAK TIME SOLUTIONS, INC. | 7552 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUFFALO INDUSTRIAL SUPPLY INC | 7680 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CCI INSPECTION SERVICES INC | 4413 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CONTRACTOR'S SUPPLIES INC | 4753 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRIDDLE, FRANK | 8047 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DE LAGE LANDEN FINANCIAL SERVICES | 4612 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DISTRIBUTION INTERNATIONAL | 7784 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| FOX SCIENTIFIC INC | 4055 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAGEMEYER NORTH AMERICA INC | 4209 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAROLD BECK & SONS INC | 4043 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOIST PARTS INC | 4557 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOUSTON PIPE LINE COMPANY LP | 7858 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| INTERNATIONAL EXTERMINATOR | 5350 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| INTERNATIONAL EXTERMINATOR CORPORATION | 5346 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| INTERNATIONAL EXTERMINATOR CORPORATION | 5347 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-13398180_1

Energy Future Holdings Corp.
Thirty-Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| JERRY'S SPORT CENTER INC | 4025 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| LRS RDC INC | 4276 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARTIN ENGINEERING COMPANY | 7826 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| MENARDI MIKROPUL LLC | 7535 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| METSO MINERALS INDUSTRIES INC | 4740 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| NAPA TIRE & AUTO SUPPLY INC | 4430 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| NAPA TIRE & AUTO SUPPLY INC | 4431 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| NAPA TIRE & AUTO SUPPLY INC | 4432 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| NAPA TIRE & AUTO SUPPLY INC | 4433 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| OMICRON CONTROLS INC | 4803 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCANTRON CORPORATION | 4471 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND | 3511 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| SIGN EXPRESS | 4107 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| SOLUTIONSET LLC | 5216 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEIN INDUSTRIES INC | 4234 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| STRYKER LAKE WSC | 4145 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

4

Energy Future Holdings Corp.
Thirty-Fourth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| TEXAS INDUSTRIAL MAINTENANCE SUPPLY CO. | 5050 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| UNIFIRST HOLDINGS INC | 4148 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| UNITED PARCEL SERVICE (FREIGHT) | 3158 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| UNIVERSITY OF TENNESSEE, THE | 5455 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| YATES BUICK GMC INC | 1710 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| AIR LIQUIDE AMERICA SPECIALTY GASES LLC | 5693 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| APPLIED INDUSTRIAL TECHNOLOGIES | 5797 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| APPLIED INDUSTRIAL TECHNOLOGIES, INC. | 5798 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| FERGUSON ENTERPRISES | 5439 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| SKM SYSTEMS ANALYSIS INC | 4224 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| TEXAS QUALITY PRODUCTS INC | 4122 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| W C SUPPLY CO INC | 8016 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| 5DT INC. | 3429 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ALLEN'S ELECTRIC MOTOR SERVICE INC. | 9984 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| AMERICOM TELECOMMUNICATIONS INC | 4907 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

5

Energy Future Holdings Corp.
Thirty-Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| APPLIED INDUSTRIAL TECHNOLOGIES | 5799 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| APPLIED INDUSTRIAL TECHNOLOGIES | 5800 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| AUSTIN ARMATURE WORKS | 3948 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| BABECO | 8097 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CEMSPRO | 5794 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| CETECH INC | 4144 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DESIGN SYSTEMS GROUP INC | 4265 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DIAMOND POWER INTERNATIONAL, INC. | 2666 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DIESEL POWER SUPPLY CO | 5267 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| DIESEL POWER SUPPLY CO | 5268 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| ENERGY NORTHWEST | 4937 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| GEE, TARA A. | 7623 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAMON RESEARCH COTTRELL INC | 3981 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUK, MELANIE R | 4313 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| INDUSTRIAL LUBRICANT COMPANY | 6195 | Withdraw of Claim filed on October 21, 2015 [D.I. 6558] |
| INDUSTRIAL LUBRICANT COMPANY | 6305 | Withdraw of Claim filed on October 21, 2015 [D.I. 6558] |
| INFORMATION ALLIANCE | 172 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

6

Energy Future Holdings Corp.
Thirty-Fourth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| INFORMATION ALLIANCE | 3074 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| K D TIMMONS INC | 4441 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| LAY'S MINING SERVICE INC | 7951 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOCOMOTIVE SERVICE INC | 6255 | Response filed on October 30, 2015. [Docket No. 6775]. The Debtors' have withdrawn this claim objection. |
| NATIONAL SWITCHGEAR SYSTEMS NORTH TEXAS, | 5902 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| NATIONAL SWITCHGEAR SYSTEMS NORTH TX INC | 5993 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| OEAAT INC | 9934 | Response filed on November 2, 2015. [Docket No. 6865]. |
| SHRUM, J JACKSON, ESQ. | 7838 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND | 3514 | The Debtors' have withdrawn this claim objection. |
| SMILEY, SCOTT A. | 3462 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| SONAR CREDIT PARTNERS III, LLC | 3403 | The Debtors' have withdrawn this claim objection. |
| STATEMENT SYSTEMS INC | 5823 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| WEINGARTEN WEATHER CONSULTING | 4341 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |
| XENON MARKETING LLC | 6196 | On November 20, 2015 the Court entered an order granting the objection in connection with this claim. |

7