# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE | ) Bankruptcy Case No. 14-10979 (CSS) |
| HOLDINGS CORP., *et al.*, | ) |
|  | ) (Jointly Administered) |
| *Debtors.* | ) |
|  | ) **Re: Docket Nos. 7026, 7027, 7030, 7048, 7123** |
|  | ) |
| COMPUTERSHARE TRUST COMPANY, | ) |
| N.A. and COMPUTERSHARE TRUST | ) |
| COMPANY OF CANADA, as INDENTURE | ) |
| TRUSTEE, | ) |
|  | ) |
| *Appellant*, | ) |
|  | ) Adversary Proceeding |
| v. | ) No. 14-50405 (CSS) |
|  | ) |
| ENERGY FUTURE INTERMEDIATE | ) **Re: Adversary Docket Nos. 75, 76, 77, 79, 86** |
| HOLDING COMPANY LLC and EFIH | ) |
| FINANCE INC., | ) |
|  | ) |
| *Appellees.* | ) |
|  | ) |

### NOTICE OF COMPLETION OF BRIEFING WITH RESPECT TO SECOND LIEN TRUSTEE'S REQUEST FOR CERTIFICATION OF DIRECT APPEAL TO THE COURT OF APPEALS UNDER 28 U.S.C. § 158(d)(2)

**PLEASE TAKE NOTICE** that on November 17, 2015, Appellant Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "**Second Lien Trustee**", and the holders thereof, the "**Second Lien Noteholders**") for the second lien notes (the "**Second Lien Notes**") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (together, "**EFIH**") pursuant to the Indenture dated as of April 25, 2011 (together with all supplements, amendments, and exhibits, the "**Second Lien Indenture**") filed the *Request for Certification of Direct Appeal to the Court*

DOCS_DE:203428.1 23731/001

*of Appeals Under 28 U.S.C. § 158(d)(2)* (the "**Request**") [14-10979, D.I. 7026; 14-50405, D.I. 75].

PLEASE TAKE FURTHER NOTICE that on November 17, 2015, the Second Lien Trustee filed the *Motion to Fix Hearing Date on and Shorten Time to Respond to Second Lien Trustee's Request for Certification of Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d)(2)* [14-10979, D.I. 7027; 14-50405, D.I. 76].

PLEASE TAKE FURTHER NOTICE that on November 18, 2015, the Court issued its *Order Fixing Hearing Date and Shortening Time to Respond to Second Lien Trustee's Request for Certification of Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d)(2)* [14-10979, D.I. 7030; 14-50405, D.I. 77].

PLEASE TAKE FURTHER NOTICE that on November 18, 2015, the Second Lien Trustee filed its *Notice of Hearing and Objection Deadline with Respect to Second Lien Trustee's Request for Certification of Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d)(2)* [14-10979, D.I. 7048; 14-50405, D.I. 79].

PLEASE TAKE FURTHER NOTICE that on November 24, 2015, the Debtors filed *EFIH Debtors' Opposition to the Second Lien Trustee's Motion for Direct Appeal* [14-10979, D.I. 7123; 14-50405, D.I. 86].

PLEASE TAKE FURTHER NOTICE that all briefing with respect to the Request has been completed. Below is a list of all relevant pleadings and respective docket numbers related to the Request:

1. *Request for Certification of Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d)(2)* (Filed November 17, 2015) [14-10979, D.I. 7026; 14-50405, D.I. 75].

2. *Motion to Fix Hearing Date on and Shorten Time to Respond to Second Lien Trustee's Request for Certification of Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d)(2)* (Filed November 17, 2015) [14-10979, D.I. 7027; 14-50405, D.I. 76].

3. *Order Fixing Hearing Date and Shortening Time to Respond to Second Lien Trustee's Request for Certification of Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d)(2)* (Filed November 18, 2015) [14-10979, D.I. 7030; 14-50405, D.I. 77].

4. *Notice of Hearing and Objection Deadline with Respect to Second Lien Trustee's Request for Certification of Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d)(2)* (Filed November 18, 2015) [14-10979, D.I. 7048; 14-50405, D.I. 79].

5. *EFIH Debtors' Opposition to the Second Lien Trustee's Motion for Direct Appeal* (Filed November 24, 2015) [14-10979, D.I. 7123; 14-50405, D.I. 86].

Dated: November 24, 2015

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (admitted *pro hac vice*)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      rfeinstein@pszjlaw.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer (admitted *pro hac vice*)
Gregory A. Horowitz (admitted *pro hac vice*)
Joshua K. Brody (admitted *pro hac vice*)
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: tmayer@kramerlevin.com
      ghorowitz@kramerlevin.com
      jbrody@kramerlevin.com

BRYAN CAVE LLP
Stephanie Wickouski, (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-1114
Facsimile: (212) 904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Indenture Trustee*