# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 3 | Sales and Use Tax Examination Consulting Services | 32.4 | $ 15,035.90 |
| 13 | CAO Financial Reporting Support | 248.0 | $ 54,560.00 |
| 21 | Transaction Cost Analysis | 114.6 | $ 51,591.00 |
| 24 | Risk Management Gap Assessment | 18.5 | $ 4,935.00 |
| 26 | OneSource Indirect Tax | 57.3 | $ 32,649.30 |
| 27 | Repairs & Maintenance Review | 140.8 | $ 84,952.00 |
| 28 | Tax Accounting Support (Current Quarter) | 86.4 | $ 43,583.90 |
| 29 | SOX Compliance | 430.3 | $ 92,084.00 |
| 30 | Earnings and Profit Study | 2.5 | $ 1,362.50 |
| 31 | 2014 Tax Return Review | 16.3 | $ 8,414.50 |
| 32 | Tax Accounting Support (Restructuring) | 81.3 | $ 45,898.90 |
| 33 | Fresh Start | 399.1 | $ 134,186.50 |
| 35 | Fee Statement and Fee Application Preparation | 79.9 | $ 22,461.10 |
| | **Total** | **1,707.4** | **$ 591,714.60** |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 6,347.96 |
| Lodging | N/A | $ 5,627.93 |
| Travel Meals | N/A | $ 808.87 |
| Ground Transportation | N/A | $ 2,561.02 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 15,345.78** |