**EXHIBIT B**

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Atkinson, James | Principal - Tax | 1.0 | $ 720 | | $ 720.00 |
| Baltmanis, Peter | Principal - Tax | 5.7 | $ 720 | | $ 4,104.00 |
| Li, Paul | Principal - Tax | 1.5 | $ 720 | | $ 1,080.00 |
| Thompson, Chuck | Principal - Tax | 1.6 | $ 720 | | $ 1,152.00 |
| Burdett, Brian R | Principal - Tax | 6.5 | $ 682 | | $ 4,433.00 |
| Crockett, Clifford M | Partner - Tax | 7.0 | $ 605 | ** | $ 4,235.00 |
| Crockett, Clifford M | Partner - Tax | 3.5 | $ 575 | ** | $ 2,012.50 |
| Lyons, Stacy L | Partner - Tax | 89.0 | $ 575 | | $ 51,175.00 |
| Bradford, Steven | Partner - Advisory | 3.0 | $ 325 | | $ 975.00 |
| Fitzpatrick, Catherine | Managing Director - Tax | 1.0 | $ 735 | | $ 735.00 |
| Kleppel, Robert | Managing Director - Tax | 2.5 | $ 682 | | $ 1,705.00 |
| Geracimos, John | Managing Director - Tax | 0.5 | $ 680 | | $ 340.00 |
| O'Connor, Colleen | Managing Director - Advisory | 4.6 | $ 680 | | $ 3,128.00 |
| Nesta, Michael G | Managing Director - Advisory | 5.6 | $ 610 | | $ 3,416.00 |
| Kane, John P | Managing Director - Tax | 3.5 | $ 545 | | $ 1,907.50 |
| Dyor, Elizabeth | Managing Director - Tax | 6.5 | $ 525 | | $ 3,412.50 |
| Cargile, David | Managing Director - Advisory | 9.4 | $ 325 | | $ 3,055.00 |
| Homen, Greg | Senior Manager- Tax | 17.0 | $ 660 | | $ 11,220.00 |
| Mojto, Pavol | Senior Manager- Tax | 6.0 | $ 660 | | $ 3,960.00 |
| Plantes, James | Senior Manager- Tax | 73.0 | $ 660 | | $ 48,180.00 |
| LeCompte, Dan | Senior Manager - Tax | 4.1 | $ 595 | | $ 2,439.50 |
| Meredith, Kyle | Senior Manager - Tax | 41.0 | $ 595 | | $ 24,395.00 |
| Gibson, Rhonda | Senior Manager - Tax | 26.4 | $ 500 | | $ 13,200.00 |
| Hogan, Brian | Director - Advisory | 1.1 | $ 500 | | $ 550.00 |
| Jandera, Judy | Director - Advisory | 37.1 | $ 500 | | $ 18,550.00 |
| Kielkucki, Cynthia | Director - Advisory | 12.0 | $ 500 | | $ 6,000.00 |
| Lancy, Bradley | Director - Advisory | 104.7 | $ 500 | | $ 52,350.00 |
| Wang, Dandan | Senior Manager- Tax | 29.2 | $ 500 | | $ 14,600.00 |
| Seeman, Nick | Director - Advisory | 38.2 | $ 290 | * | $ 11,078.00 |
| Gram, Mark | Director - Advisory | 6.0 | $ 280 | | $ 1,680.00 |
| Plangman, Monica | Associate Director - Bankruptcy | 3.7 | $ 325 | * | $ 1,202.50 |
| Laukhuff, Brittny | Manager - Tax | 18.1 | $ 560 | ** | $ 10,136.00 |
| Laukhuff, Brittny | Manager - Tax | 2.5 | $ 545 | ** | $ 1,362.50 |
| Fulmer, Brandon T | Manager - Tax | 24.5 | $ 437 | | $ 10,706.50 |
| Yieh, Josh | Manager - Tax | 4.4 | $ 437 | | $ 1,922.80 |
| Brinkman, Kelly | Senior Associate - Tax | 16.0 | $ 420 | | $ 6,720.00 |
| Brannon, Andrew | Manager - Tax | 1.8 | $ 400 | ** | $ 720.00 |
| Brannon, Andrew | Manager - Tax | 6.8 | $ 388 | ** | $ 2,638.40 |
| Marchand, Elizabeth | Manager - Tax | 10.3 | $ 388 | | $ 3,996.40 |
| Tang, Yen | Manager - Advisory | 6.0 | $ 375 | | $ 2,250.00 |
| Campbell, Celeste | Manager - Bankruptcy | 55.5 | $ 298 | * | $ 16,539.00 |
| Myrick, Cristina | Manager - Advisory | 87.3 | $ 250 | | $ 21,825.00 |
| Lassetter, Hunter | Manager - Advisory | 9.5 | $ 240 | | $ 2,280.00 |

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Abarca, Ana | Senior Associate - Tax | 10.0 | $ 420 | $ 4,200.00 |
| DiLeo, Annamarie | Senior Associate - Tax | 2.1 | $ 420 | $ 882.00 |
| Lack, Andrew | Senior Associate - Advisory | 0.5 | $ 420 | $ 210.00 |
| Payne, Lani | Senior Associate - Tax | 48.0 | $ 420 | $ 20,160.00 |
| Prywes, Joshua | Senior Associate - Tax | 43.3 | $ 420 | $ 18,186.00 |
| Asbell, Donny | Senior Associate - Tax | 4.3 | $ 350 | $ 1,505.00 |
| Berryman, Ben | Senior Associate - Advisory | 80.9 | $ 275 | $ 22,247.50 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | 20.7 | $ 228 | $ 4,719.60 |
| Jeffcott, David | Senior Associate - Advisory | 112.0 | $ 220 | $ 24,640.00 |
| Lange, Jolandi de | Senior Associate - Advisory | 136.0 | $ 220 | $ 29,920.00 |
| Coquis, Rafael | Senior Associate - Advisory | 125.4 | $ 190 | $ 23,826.00 |
| Ravishanker, Venkatesh | Senior Associate - Advisory | 170.0 | $ 190 | $ 32,300.00 |
| Henderson, Brandon | Associate - Tax | 5.5 | $ 260 | $ 1,430.00 |
| Jones, Virginia | Associate - Tax | 2.4 | $ 241 | $ 578.40 |
| Bozon, Brianna | Associate - Advisory | 54.1 | $ 190 | $ 10,279.00 |
| Fritsche, Philip | Associate - Advisory | 52.6 | $ 190 | $ 9,994.00 |
| Liang, Memory | Associate - Advisory | 45.0 | $ 190 | $ 8,550.00 |
| **Total Hours and Fees** | | **1,707.4** | | **$ 591,714.60** |

\*  Promoted effective 10/1/14

\*\* Rates differ due to services provided under multiple Statements of Work