<u>**EXHIBIT D**</u>

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2015 through September 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 09052581 | CAO Financial Reporting Support | 20150903 | Lange, Jolandi De | air | | | $ 412.20 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 08/31/2015 Return Date: 09/03/2015. Business Purpose: Energy Future Holdings |
| 09052581 | CAO Financial Reporting Support | 20150903 | Jeffcott, David | air | | | $ 412.20 | Economy Airfare from Houston Hobby airport on 08/31/15 7:00 am flight to Dallas Love airport and from Dallas Love airport to Houston Hobby airport on 09/03/15 5:00 pm flight while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150907 | Lancy, Bradley | air | | | $ 425.57 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:09/07/15 Return Date:09/08/15. Business Purpose: To travel to EFH, Energy Future Holdings (EFH). |
| 09052581 | CAO Financial Reporting Support | 20150908 | Jeffcott, David | air | | | $ 206.10 | Economy Airfare from Houston Hobby airport on 09/08/15 morning flight to Dallas Love airport while performing work for EFH Corporate Accounting project. |
| 09052581 | Risk Management Gap Assessment | 20150908 | Bradford, Steven | air | | | $ 320.42 | Air fare from Houston (HOU) to Dallas (DAL). Depart 09/08/15. Return 09/08/15 |
| 09052581 | Risk Management Gap Assessment | 20150909 | Lassetter, Hunter | air | | | $ 412.20 | Air fare from Houston (HOU) to Dallas (DAL). Depart 09/08/15. Return 09/9/15 |
| 09052581 | Risk Management Gap Assessment | 20150909 | Gram, Mark | air | | | $ 412.20 | Air fare from Houston (HOU) to Dallas (DAL). Depart 09/08/15. Return 09/9/15 |
| 09052581 | CAO Financial Reporting Support | 20150910 | Lange, Jolandi De | air | | | $ 393.53 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 09/08/15 Return Date: 09/10/15. Business Purpose: Energy Future Holdings |
| 09052581 | CAO Financial Reporting Support | 20150910 | Jeffcott, David | air | | | $ 217.10 | Economy Airfare from Dallas/Fort Worth International Airport (DFW) airport on 09/10/15 afternoon flight to Houston Bush airport while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150913 | Jeffcott, David | air | | | $ 217.10 | One-way economy Airfare from Houston Bush airport on 09/13/15 flight to Dallas Love airport while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150917 | Lange, Jolandi De | air | | | $ 412.20 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 09/14/2015 Return Date: 09/17/2015. Business Purpose: Energy Future Holdings |
| 09052581 | CAO Financial Reporting Support | 20150917 | Jeffcott, David | air | | | $ 217.10 | One-way economy Airfare from Dallas DFW airport on 09/17/15 flight to Houston Bush airport while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150918 | Lancy, Bradley | air | | | $ 388.16 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:09/16/15 Return Date:09/18/15. Business Purpose: To travel to EFH, Energy Future Holdings (EFH). |
| 09052581 | CAO Financial Reporting Support | 20150920 | Jeffcott, David | air | | | $ 217.10 | One-way economy Airfare from Houston Bush airport on 09/20/15 flight to Dallas Love airport while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150921 | Lange, Jolandi De | air | | | $ 412.20 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 09/21/2015 Return Date: 09/24/2015. Business Purpose: Energy Future Holdings |
| 09052581 | CAO Financial Reporting Support | 20150924 | Jeffcott, David | air | | | $ 217.10 | One-way economy Airfare from Dallas DFW airport on 09/24/15 flight to Houston Bush airport while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150924 | Lancy, Bradley | air | | | $ 638.32 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:09/21/15 Return Date:09/24/15. Business Purpose: To travel to EFH, Energy Future Holdings (EFH) (due to EFH scheduling needs, return flight was changed) |
| 09052581 | Fresh Start | 20150925 | Lancy, Bradley | air | | | $ (319.16) | Refund coach class airfare from Dallas, TX to Chicago, IL. Departure Date:9/24/15. Business Purpose: To extend time spent at EFH, Energy Future Holdings (EFH). |
| 09052581 | Fresh Start | 20150925 | Lancy, Bradley | air | | | $ 110.10 | One way coach class airfare from Dallas, TX to Chicago, IL. Departure Date:9/25/15. Business Purpose: To extend time spent at EFH, Energy Future Holdings (EFH). |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2015 through September 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 09052581 | OneSource Indirect Tax | 20150928 | Meredith, Kyle | air | | | $  214.02 | One-way coach class airfare from San Antonio, TX to Dallas, TX. Departure Date: 9/28/15 Business Purpose: EFH OneSource Implementation Meetings |
| 09052581 | CAO Financial Reporting Support | 20150928 | Lange, Jolandi De | air | | | $  412.20 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 09/28/2015 Return Date: 09/28/2015. Business Purpose: Energy Future Holdings |
| | | | Total Air | | | | $  6,347.96 | |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2015 through September 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 09052581 | CAO Financial Reporting Support | 20150903 | Jeffcott, David | lodging | | | $ 584.37 | Dallas Hotel for EFH from 8/31/15 thru 9/03/15 for 3 nights. |
| 09052581 | CAO Financial Reporting Support | 20150903 | Lange, Jolandi De | lodging | | | $ 414.93 | Sheraton hotel fees incurred in Dallas, TX for 3 nights from 08/31/15 thru 09/3/15 while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150908 | Lancy, Bradley | lodging | | | $ 194.79 | Hotel fees incurred in Dallas, TX for 1 night from 09/07/15 thru 09/08/15 while performing work for Energy Future Holdings. |
| 09052581 | Risk Management Gap Assessment | 20150909 | Lassetter, Hunter | lodging | | | $ 163.67 | Sheraton Hotel - Lodging from 09/08/2015 thru 09/09/2015 for 1 night. |
| 09052581 | Risk Management Gap Assessment | 20150909 | Gram, Mark | lodging | | | $ 163.67 | Sheraton Hotel - Lodging from 09/08/2015 thru 09/09/2015 for 1 night. |
| 09052581 | CAO Financial Reporting Support | 20150910 | Jeffcott, David | lodging | | | $ 389.58 | Dallas Hotel for EFH from 9/08/15 thru 9/10/15 for 3 nights. |
| 09052581 | CAO Financial Reporting Support | 20150910 | Lange, Jolandi De | lodging | | | $ 276.62 | Sheraton hotel fees incurred in Dallas, TX for 2 nights from 09/08/15 thru 09/10/15 while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150917 | Jeffcott, David | lodging | | | $ 779.16 | Dallas Hotel for EFH from 9/13/15 thru 9/17/15 for 4 nights. |
| 09052581 | CAO Financial Reporting Support | 20150917 | Lange, Jolandi De | lodging | | | $ 438.93 | Sheraton hotel fees incurred in Dallas, TX for 3 nights from 09/14/15 thru 09/17/15 while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150918 | Lancy, Bradley | lodging | | | $ 373.44 | Hotel fees incurred in Dallas, TX for 2 nights from 09/16/15 thru 09/18/15 while performing work for Energy Future Holdings. |
| 09052581 | CAO Financial Reporting Support | 20150924 | Jeffcott, David | lodging | | | $ 779.16 | Dallas Hotel for EFH from 09/20/15 thru 9/24/15 for 4 nights. |
| 09052581 | CAO Financial Reporting Support | 20150924 | Lange, Jolandi De | lodging | | | $ 414.93 | Sheraton hotel fees incurred in Dallas, TX for 3 nights from 09/21/15 thru 09/24/15 while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150925 | Lancy, Bradley | lodging | | | $ 654.68 | Hotel fees incurred in Dallas, TX for 4 nights from 9/21/15 thru 9/25/15 while performing work for Energy Future Holdings. |
| | **Total Lodging** | | | | | | **$ 5,627.93** | |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2015 through September 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 09052581 | CAO Financial Reporting Support | 20150831 | Jeffcott, David | travel meals | | | $ 12.86 | Purchased dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 09052581 | CAO Financial Reporting Support | 20150901 | Jeffcott, David | travel meals | | | $ 12.86 | Purchased dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 09052581 | CAO Financial Reporting Support | 20150901 | Lange, Jolandi De | travel meals | | | $ 22.00 | Lunch from Zenna while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150902 | Jeffcott, David | travel meals | | | $ 7.86 | Purchased lunch at Miguel's Cantina while working for EFH on Corporate Accounting Project. |
| 09052581 | CAO Financial Reporting Support | 20150902 | Jeffcott, David | travel meals | | | $ 32.54 | Purchased Dinner at Sushiya while working for EFH on Corporate Accounting Project. |
| 09052581 | CAO Financial Reporting Support | 20150902 | Lange, Jolandi De | travel meals | | | $ 10.28 | Lunch from Hospitality Sweet while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150902 | Lange, Jolandi De | travel meals | | | $ 31.00 | Dinner from Sushiya while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150907 | Lancy, Bradley | travel meals | | | $ 9.82 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | Risk Management Gap Assessment | 20150908 | Lassetter, Hunter | travel meals | | | $ 10.92 | Breakfast while traveling out of town. |
| 09052581 | CAO Financial Reporting Support | 20150908 | Jeffcott, David | travel meals | | | $ 12.86 | Dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 09052581 | Risk Management Gap Assessment | 20150908 | Gram, Mark | travel meals | | | $ 80.00 | Dinner while traveling for M. Gram and H. Lassetter. |
| 09052581 | CAO Financial Reporting Support | 20150908 | Lange, Jolandi De | travel meals | | | $ 9.04 | Breakfast from Coffee around the Corner while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150908 | Lange, Jolandi De | travel meals | | | $ 9.96 | Lunch from Miguel's Cantina while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150908 | Lancy, Bradley | travel meals | | | $ 6.13 | Out of town breakfast in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | Fresh Start | 20150908 | Lancy, Bradley | travel meals | | | $ 7.46 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | Risk Management Gap Assessment | 20150909 | Lassetter, Hunter | travel meals | | | $ 14.88 | Dinner while traveling at Dallas airport. |
| 09052581 | CAO Financial Reporting Support | 20150909 | Jeffcott, David | travel meals | | | $ 7.84 | Lunch at Miguel's Cantina while working for EFH on Corporate Accounting Project. |
| 09052581 | CAO Financial Reporting Support | 20150909 | Jeffcott, David | travel meals | | | $ 7.52 | Dinner at Beyond the Box while working for EFH on Corporate Accounting Project. |
| 09052581 | Risk Management Gap Assessment | 20150909 | Gram, Mark | travel meals | | | $ 15.25 | Lunch at Dallas airport while traveling. |
| 09052581 | CAO Financial Reporting Support | 20150909 | Lange, Jolandi De | travel meals | | | $ 9.90 | Lunch from Noodle Nexus while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150914 | Jeffcott, David | travel meals | | | $ 12.86 | Dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 09052581 | CAO Financial Reporting Support | 20150914 | Lange, Jolandi De | travel meals | | | $ 2.80 | Breakfast from Coffee around the Corner while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150914 | Lange, Jolandi De | travel meals | | | $ 9.42 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150915 | Jeffcott, David | travel meals | | | $ 7.84 | Lunch at Miguel's Cantina while working for EFH on Corporate Accounting Project. |
| 09052581 | CAO Financial Reporting Support | 20150915 | Jeffcott, David | travel meals | | | $ 7.52 | Dinner at Beyond the Box while working for EFH on Corporate Accounting Project. |
| 09052581 | CAO Financial Reporting Support | 20150915 | Lange, Jolandi De | travel meals | | | $ 9.96 | Lunch from Miguel's Cantina while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150915 | Lange, Jolandi De | travel meals | | | $ 29.00 | Dinner from Sushiya while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150916 | Jeffcott, David | travel meals | | | $ 31.78 | Dinner from Sushiya while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150916 | Lancy, Bradley | travel meals | | | $ 23.49 | Out of town working lunch in Dallas, TX. Attendees: B. Lancy and B. Berryman (all KPMG). Business Purpose: Meal expense incurred while working out of town conducting EFH related business. |
| 09052581 | Fresh Start | 20150916 | Lancy, Bradley | travel meals | | | $ 24.05 | Dinner - Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | CAO Financial Reporting Support | 20150917 | Lange, Jolandi De | travel meals | | | $ 9.04 | Breakfast from Coffee around the Corner while performing work for EFH Corporate Accounting project. |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2015 through September 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 09052581 | Fresh Start | 20150917 | Lancy, Bradley | travel meals | | | $ 12.70 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | Fresh Start | 20150917 | Lancy, Bradley | travel meals | | | $ 35.31 | Dinner - Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | Fresh Start | 20150918 | Lancy, Bradley | travel meals | | | $ 8.65 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | CAO Financial Reporting Support | 20150921 | Jeffcott, David | travel meals | | | $ 12.86 | Dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 09052581 | CAO Financial Reporting Support | 20150921 | Lange, Jolandi De | travel meals | | | $ 9.42 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150921 | Lancy, Bradley | travel meals | | | $ 6.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | Fresh Start | 20150921 | Lancy, Bradley | travel meals | | | $ 11.99 | Dinner - Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | CAO Financial Reporting Support | 20150922 | Jeffcott, David | travel meals | | | $ 7.52 | Dinner at Beyond the Box while working for EFH on Corporate Accounting Project. |
| 09052581 | CAO Financial Reporting Support | 20150922 | Lange, Jolandi De | travel meals | | | $ 10.28 | Lunch from The Hospitality Sweet while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150922 | Lancy, Bradley | travel meals | | | $ 9.19 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | Fresh Start | 20150922 | Lancy, Bradley | travel meals | | | $ 12.26 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | CAO Financial Reporting Support | 20150923 | Jeffcott, David | travel meals | | | $ 80.00 | Dinner from Stephen Pyles for J. De Lange and D. Jeffcott. |
| 09052581 | Fresh Start | 20150923 | Lancy, Bradley | travel meals | | | $ 5.19 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | Fresh Start | 20150923 | Lancy, Bradley | travel meals | | | $ 11.45 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | CAO Financial Reporting Support | 20150924 | Lange, Jolandi De | travel meals | | | $ 7.53 | Breakfast from Coffee around the Corner while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150924 | Lange, Jolandi De | travel meals | | | $ 7.59 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150924 | Lancy, Bradley | travel meals | | | $ 8.66 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | Fresh Start | 20150924 | Lancy, Bradley | travel meals | | | $ 11.99 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | Fresh Start | 20150925 | Lancy, Bradley | travel meals | | | $ 5.39 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | Fresh Start | 20150925 | Lancy, Bradley | travel meals | | | $ 10.68 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | OneSource Indirect Tax | 20150930 | Meredith, Kyle | travel meals | | | $ 12.00 | Out of town lunch at airport in San Antonio, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09052581 | OneSource Indirect Tax | 20150930 | Meredith, Kyle | travel meals | | | $ 12.97 | Out of town dinner at Smoothie King in Dallas, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| | | | | **Total Travel Meals** | | | **$ 808.87** | |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2015 through September 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 09052581 | CAO Financial Reporting Support | 20150831 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from home to Houston Hobby airport. |
| 09052581 | CAO Financial Reporting Support | 20150831 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from Dallas Love Airport to EFH. |
| 09052581 | CAO Financial Reporting Support | 20150902 | Lange, Jolandi De | ground | | | $ 15.00 | Taxi for travel from EFH site to Sushiya for dinner while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150903 | Jeffcott, David | ground | | | $ 15.00 | Taxi for travel from Marriott City Centre to EFH |
| 09052581 | CAO Financial Reporting Support | 20150903 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from EFH to Love Field airport. |
| 09052581 | CAO Financial Reporting Support | 20150903 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Hobby Airport to home. |
| 09052581 | CAO Financial Reporting Support | 20150903 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150907 | Lancy, Bradley | ground | | | $ 39.18 | Taxi for travel from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 09052581 | Fresh Start | 20150907 | Lancy, Bradley | ground | | | $ 56.94 | Taxi for travel from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 09052581 | Risk Management Gap Assessment | 20150908 | Lassetter, Hunter | ground | | | $ 10.93 | Reimbursable mileage for travel from home in Houston, TX 77056 to Houston (HOU) airport (19 miles @ .575 = $10.93) |
| 09052581 | Risk Management Gap Assessment | 20150908 | Lassetter, Hunter | ground | | | $ 6.90 | Cab ride to dinner from Sheraton Hotel 492 North Olive Street, Dallas, TX to 501-599 North Madison Avenue, Dallas, TX. |
| 09052581 | Risk Management Gap Assessment | 20150908 | Lassetter, Hunter | ground | | | $ 7.26 | Cab ride to hotel from dinner from 501-599 North Madison Avenue, Dallas, TX to Sheraton Hotel 492 North Olive Street, Dallas, TX. |
| 09052581 | CAO Financial Reporting Support | 20150908 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from home to Hobby airport. |
| 09052581 | CAO Financial Reporting Support | 20150908 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from Dallas Love Airport to EFH. |
| 09052581 | Risk Management Gap Assessment | 20150908 | Gram, Mark | ground | | | $ 25.88 | Reimbursable mileage from home in The Woodlands TX to Houston Hobby (HOU) airport (45 miles @ .575 = $25.88 ) |
| 09052581 | CAO Financial Reporting Support | 20150908 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from Houston home to airport while performing work for EFH Corporate Accounting project. |
| 09052581 | Risk Management Gap Assessment | 20150908 | Bradford, Steven | ground | | | $ 26.00 | Parking at Hobby airport for 1 day on 9/8/15. |
| 09052581 | Risk Management Gap Assessment | 20150908 | Bradford, Steven | ground | | | $ 11.14 | Cab ride from Dallas Love Field Airport to EFH Offices (1601 Bryan) on 9/8/15.  Shared with 3 KPMG team members (M. Gram, H. Lassetter, S. Bradford) |
| 09052581 | Fresh Start | 20150908 | Lancy, Bradley | ground | | | $ 24.91 | Taxi for travel from EFH offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 09052581 | Fresh Start | 20150908 | Lancy, Bradley | ground | | | $ 39.05 | Taxi for travel from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 09052581 | Risk Management Gap Assessment | 20150909 | Lassetter, Hunter | ground | | | $ 10.71 | Cab ride from Sheraton Hotel to Dallas Love Field Airport. |
| 09052581 | Risk Management Gap Assessment | 20150909 | Lassetter, Hunter | ground | | | $ 10.93 | Reimbursable mileage for roundtrip travel from home in Houston, TX 77056 to Houston Hobby (HOU) airport (19 miles @ $.575 = $10.93) |
| 09052581 | Risk Management Gap Assessment | 20150909 | Lassetter, Hunter | ground | | | $ 40.00 | Parking at Hobby airport from 09/08/2015 thru 09/09/2015 for 2 days. |
| 09052581 | Risk Management Gap Assessment | 20150909 | Gram, Mark | ground | | | $ 25.88 | Reimbursable mileage from Houston Hobby (HOU) airport to home in The Woodlands, TX (45 miles @ $.575 = ) |
| 09052581 | Risk Management Gap Assessment | 20150909 | Gram, Mark | ground | | | $ 40.00 | Parking at Hobby airport from 09/08/2015 from 09/09/2015 for 2 days. |
| 09052581 | Risk Management Gap Assessment | 20150909 | Bradford, Steven | ground | | | $ 12.66 | Cab ride from EFH Offices (1601 Bryan) to Dallas Love Field Airport on 9/8/15. |
| 09052581 | CAO Financial Reporting Support | 20150910 | Jeffcott, David | ground | | | $ 15.00 | Taxi for travel from Marriott City Centre to EFH. |
| 09052581 | CAO Financial Reporting Support | 20150910 | Jeffcott, David | ground | | | $ 60.00 | Taxi for travel from EFH to Dallas/Fort Worth International Airport (DFW) airport. |
| 09052581 | CAO Financial Reporting Support | 20150910 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Bush airport to home. |
| 09052581 | CAO Financial Reporting Support | 20150910 | Lange, Jolandi De | ground | | | $ 42.00 | Taxi for travel from EFH to airport while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150910 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from Houston airport to home while performing work for EFH Corporate Accounting project. |

KPMG LLP
EFH Expense Detail
September 1, 2015 through September 30, 2015

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 09052581 | CAO Financial Reporting Support | 20150913 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from home to Houston Bush airport. |
| 09052581 | CAO Financial Reporting Support | 20150913 | Jeffcott, David | ground | | | $ 60.00 | Taxi for travel from Dallas/Fort Worth International Airport (DFW) airport to Marriott. |
| 09052581 | CAO Financial Reporting Support | 20150914 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from Houston home to airport while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150914 | Lange, Jolandi De | ground | | | $ 28.00 | Taxi for travel from Dallas airport to EFH while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150915 | Lange, Jolandi De | ground | | | $ 15.00 | Taxi for travel from EFH to Sushiya for dinner while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150916 | Lancy, Bradley | ground | | | $ 33.90 | Taxi for travel ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 09052581 | Fresh Start | 20150916 | Lancy, Bradley | ground | | | $ 27.60 | Taxi for travel from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 09052581 | CAO Financial Reporting Support | 20150917 | Jeffcott, David | ground | | | $ 60.00 | Taxi for travel from EFH to Dallas/Fort Worth International Airport (DFW) airport. |
| 09052581 | CAO Financial Reporting Support | 20150917 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Bush airport to home. |
| 09052581 | CAO Financial Reporting Support | 20150917 | Lange, Jolandi De | ground | | | $ 34.00 | Taxi for travel from EFH to airport while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150917 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150918 | Lancy, Bradley | ground | | | $ 15.47 | Taxi for travel from EFH offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 09052581 | Fresh Start | 20150918 | Lancy, Bradley | ground | | | $ 33.25 | Taxi for travel from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 09052581 | CAO Financial Reporting Support | 20150920 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from home to Houston Bush Airport . |
| 09052581 | CAO Financial Reporting Support | 20150920 | Jeffcott, David | ground | | | $ 60.00 | Taxi for travel from Dallas/Fort Worth International Airport (DFW) to Marriott. |
| 09052581 | CAO Financial Reporting Support | 20150921 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from Houston home to airport while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150921 | Lange, Jolandi De | ground | | | $ 26.40 | Taxi for travel from Dallas airport to EFH while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150921 | Lancy, Bradley | ground | | | $ 34.62 | Taxi for travel ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 09052581 | Fresh Start | 20150921 | Lancy, Bradley | ground | | | $ 23.34 | Taxi for travel ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 09052581 | CAO Financial Reporting Support | 20150924 | Jeffcott, David | ground | | | $ 60.00 | Taxi for travel from EFH to Dallas/Fort Worth International Airport (DFW). |
| 09052581 | CAO Financial Reporting Support | 20150924 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Bush Airport to home |
| 09052581 | CAO Financial Reporting Support | 20150924 | Lange, Jolandi De | ground | | | $ 35.03 | Taxi for travel from EFH to airport while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150924 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 09052581 | Fresh Start | 20150925 | Lancy, Bradley | ground | | | $ 58.80 | Taxi for travel ground transportation from EFH offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 09052581 | Fresh Start | 20150925 | Lancy, Bradley | ground | | | $ 41.34 | Taxi for travel ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 09052581 | CAO Financial Reporting Support | 20150928 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from Houston home to airport while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150928 | Lange, Jolandi De | ground | | | $ 26.00 | Taxi for travel from Dallas airport to EFH while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150928 | Lange, Jolandi De | ground | | | $ 36.90 | Taxi for travel from EFH to airport while performing work for EFH Corporate Accounting project. |
| 09052581 | CAO Financial Reporting Support | 20150928 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi for travel from Houston airport to home while performing work for EFH Corporate Accounting project. |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2015 through September 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 09052581 | OneSource Indirect Tax | 20150930 | Meredith, Kyle | ground | | | $        2.00 | Toll expenses incurred for travel between EFH location and Dallas airport.  Business Purpose: Client OneSource Implementation Meetings |
| Total Ground | | | | | | | $     2,561.02 | |