EXHIBIT C

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | **PROOF OF CLAIM** |
|---|---|

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**COURT USE ONLY**

**Name of Debtor:** Luminant Mining Company LLC       **Case Number:**

Filed: USBC - District of Delaware
Energy Future Holdings Corp., et al., Et Al.
14-10979 (CSS)        0000001102

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

**Name and address where notices should be sent:**

Doyenne Constructors, LLC
P O Box 127
Mariah Hill, IN 47556

**Telephone number:** 812-686-1350     **Email:** cindy@doycon.com

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
_(If known)_ _____
**Filed on:** _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

FILED / RECEIVED

JUN – 4 2014

Epiq Bankruptcy Solutions, LLC

**Name and address where payment should be sent (if different from above) :**

**Telephone number:**     **Email:**

**COURT USE ONLY**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

**1. Amount of Claim as of Date Case Filed:** $ 98,000.00
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Goods Sold + Services Provided
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: Oak Grove Mgmt, 0135781 Duck Pond Kosse
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:**
☐ Real Estate    ☐ Motor Vehicle    ☐ Other
**Describe:** _____
**Value of Property:** $_____
**Annual Interest Rate** ____% ☐ Fixed or ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**
$_____

**Basis for perfection:** _____

**Amount of Secured Claim:** $_____

**Amount Unsecured:** $_____

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $** _____ (See instruction #6)

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9. Signature: (See instruction #9)**    Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their   ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)    authorized agent. (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Cynthia Bettag-Smith
**Title:** Managing Member
**Company:** Doyenne Constructors LLC
(Signature) Cynthia Bettag-Smith
(Date) 5-30-2014

**Address, telephone number, and email (if different from notice address above):**
_____
**Telephone number:** _____
**Email:** _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**DOYENNE CONSTRUCTORS ,LLC**
**P.O. BOX 127**
**MARIAH HILL, IN  47556**
812-937-0016

OAK GROVE MANAGEMENT CO LLC
ATTN: ACCOUNTS PAYABLE
P.O. BOX 20
DALLAS, TX  75221-0020

INVOICE ID:            1779 **retainage billed**

DATE:        March 21, 2014

CONTRACT ID: 800114
D135 / E-1 DUCK POND KOSSE
LOCATION: CONTRACT A01941958
   KOSSE MINE
   4731 SH 73
   KOSSE, TX  76653

CUSTOMER ID: OAKGRO
CONTRACT A01941958

| Item ID | Description | Contract Amount | | Completed to Date | | 10% Retainage | | Less Previous Billings | | Total This Invoice Less Retainage | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | STAIRS - MOBILIZATION | $ | 1,146.00 | $ | 1,146.00 | $ | 114.60 | $ | 1,146.00 | $ | 114.60 |
| 2 | STAIRS - MATERIAL | $ | 2,578.00 | $ | 2,578.00 | $ | 257.80 | $ | 2,578.00 | $ | 257.80 |
| 3 | STAIRS - LABOR | $ | 7,734.00 | $ | 7,734.00 | $ | 773.40 | $ | 7,734.00 | $ | 773.40 |
| 4 | INLETS & DROP ROCK - MOBILIZE | $ | 21,636.00 | $ | 21,636.00 | $ | 2,163.60 | $ | 21,636.00 | $ | 2,163.60 |
| 5 | INLETS & DROP ROCK - MATERIAL | $ | 24,906.00 | $ | 24,906.00 | $ | 2,490.60 | $ | 24,906.00 | $ | 2,490.60 |
| 6 | INLETS & DROP ROCK - LABOR | $ | 40,000.00 | $ | 40,000.00 | $ | 4,000.00 | $ | 40,000.00 | $ | 4,000.00 |
| | TOTAL | $ | 98,000.00 | $ | 98,000.00 | $ | 9,800.00 | $ | 98,000.00 | $ | 9,800.00 |

|  |  |  |  |
|---|---|---|---|
| retainage billed | | $ | 9,800.00 |
| Retainage held | | $ | - |
| Amount due this invoice | | $ | 9,800.00 |

**DOYENNE CONSTRUCTORS ,LLC**
**P.O. BOX 127**
**MARIAH HILL, IN  47556**
812-937-0016

OAK GROVE MANAGEMENT CO LLC
ATTN: ACCOUNTS PAYABLE
P.O. BOX 20
DALLAS, TX  75221-0020

INVOICE ID: 1765REV

DATE:        March 7, 2014

CONTRACT ID: 800114
D135 / E-1 DUCK POND KOSSE
LOCATION: CONTRACT A01941958
    KOSSE MINE
    4731 SH 73
    KOSSE, TX  76653

CUSTOMER ID: OAKGRO
CONTRACT A01941958

| Item ID | Description | Contract Amount | Completed to Date | 10% Retainage | Less Previous Billings | Total This Invoice Less Retainage |
|---------|-------------|-----------------|-------------------|---------------|------------------------|-----------------------------------|
| 1 | STAIRS - MOBILIZATION | $ 1,146.00 | $ 1,146.00 | $ 114.60 | $ - | $ 1,031.40 |
| 2 | STAIRS - MATERIAL | $ 2,578.00 | $ 2,578.00 | $ 257.80 | $ - | $ 2,320.20 |
| 3 | STAIRS - LABOR | $ 7,734.00 | $ 7,734.00 | $ 773.40 | $ - | $ 6,960.60 |
| 4 | INLETS & DROP ROCK - MOBILIZE | $ 21,636.00 | $ 21,636.00 | $ 2,163.60 | $ - | $ 19,472.40 |
| 5 | INLETS & DROP ROCK - MATERIAL | $ 24,906.00 | $ 24,906.00 | $ 2,490.60 | $ - | $ 22,415.40 |
| 6 | INLETS & DROP ROCK - LABOR | $ 40,000.00 | $ 20,000.00 | $ 2,000.00 | $ - | $ 18,000.00 |
| | TOTAL | $ 98,000.00 | $ 78,000.00 | $ 7,800.00 | $ - | $ 70,200.00 |

| | | |
|---|---|---|
| Invoice Subtotal | | $ 78,000.00 |
| Retainage held | | $ (7,800.00) |
| Amount due this invoice | | $ 70,200.00 |

**DOYENNE CONSTRUCTORS ,LLC**
**P.O. BOX 127**
**MARIAH HILL, IN 47556**
812-937-0016

OAK GROVE MANAGEMENT CO LLC
ATTN: ACCOUNTS PAYABLE
P.O. BOX 20
DALLAS, TX 75221-0020

INVOICE ID:    1778

DATE:    March 21, 2014

CONTRACT ID: 800114
D135 / E-1 DUCK POND KOSSE
LOCATION: CONTRACT A01941958
    KOSSE MINE
    4731 SH 73
    KOSSE, TX 76653

CUSTOMER ID: OAKGRO
CONTRACT A01941958

| Item ID | Description | Contract Amount | Completed to Date | 10% Retainage | Less Previous Billings | Total This Invoice Less Retainage |
|---------|-------------|-----------------|-------------------|---------------|------------------------|-----------------------------------|
| 1 | STAIRS - MOBILIZATION | $ 1,146.00 | $ 1,146.00 | $ 114.60 | $ 1,146.00 | $ - |
| 2 | STAIRS - MATERIAL | $ 2,578.00 | $ 2,578.00 | $ 257.80 | $ 2,578.00 | $ - |
| 3 | STAIRS - LABOR | $ 7,734.00 | $ 7,734.00 | $ 773.40 | $ 7,734.00 | $ - |
| 4 | INLETS & DROP ROCK - MOBILIZE | $ 21,636.00 | $ 21,636.00 | $ 2,163.60 | $ 21,636.00 | $ - |
| 5 | INLETS & DROP ROCK - MATERIAL | $ 24,906.00 | $ 24,906.00 | $ 2,490.60 | $ 24,906.00 | $ - |
| 6 | INLETS & DROP ROCK - LABOR | $ 40,000.00 | $ 40,000.00 | $ 4,000.00 | $ 20,000.00 | $ 18,000.00 |
| | TOTAL | $ 98,000.00 | $ 98,000.00 | $ 9,800.00 | $ 78,000.00 | $ 18,000.00 |

Invoice Subtotal                                            $ 20,000.00

Retainage held                                           $ (2,000.00)

Amount due this invoice                                  $ 18,000.00

AMENDMENT NO. 01

DATED MARCH 1, 2014

TO

STANDARD PURCHASE ORDER FOR SERVICES

FOR

KOSSE E-1 POND STEPS AND D-135 INLETS AND DROP STRUCTURES

A1941958

BY AND BETWEEN

DOYENNE CONSTRUCTORS LLC

AND

LUMINANT MINING COMPANY LLC

DATED JANUARY 8, 2014

Contract No. A1941958A1941958

## AMENDMENT NO. 01

**EFFECTIVE DATE**

The Effective Date of this Amendment is March 1, 2014.

**PURPOSE**

This Amendment modifies, alters or changes specific terms and conditions of Contract No. A1941958 ("Agreement") that exists between the parties hereto. Except as modified in this Amendment or previous amendments, the Agreement will remain in full force and effect.

**MODIFICATIONS**

The Agreement is modified as follows:

**TERM**

The term of the Agreement is extended to May 31, 2014

**COMPENSATION**

CONTRACTOR is due no additional compensation solely as a result of extending the completion date.

The parties have signed this Amendment acknowledging their agreement to its provisions as of the Effective Date.

Doyenne Constructors LLC

By: _Cynthia Bettas-Smith_
Signature

Name: _Cynthia Bettas-Smith_

Title: _Managing Member_

Date: _3-21-14_

Luminant Mining Company LLC

By: _Perry Anderson_

Digitally signed by Perry Anderson
DN: cn=Perry Anderson, o=Luminant Mining, ou=Mining Supply Chain, email=perry.anderson@luminant.com, c=US
Date: 2014.03.23 21:10:16 -05'00'

Signature

Name: Perry Anderson_____

Title: Procurement Specialist_____

Date: 03/22/14_____

▶▶ Pull To Open

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonline

**PLEASE PRESS FIRMLY**                              **PLEASE PRESS FIRMLY**




U.S. POSTAGE
PAID
GREEN, IN
JUN 14
AMOUNT

$5.60


**PRIORITY® MAIL**
**UNITED STATES POSTAL SERVICE**

## Flat Rate
## Mailing Envelope

**For Domestic and International Use**

**Visit us at usps.com**



Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

**UNITED STATES POSTAL SERVICE®**          JUN 0 4 2014

**USPS TRACKING #**



9114 9011 2308 9914 6151 22

From/Expéditeur:
Doyenne Constructors LLC
PO Box 127
Mariah Hill IN 47556

FILED / RECEIVED
JUN 0 4 2014
EPIQ SYSTEMS

To/Destinataire:
Energy Future Holdings Claim Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York NY 10163- 4613

Country of Destination/Pays de destination:



USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps
Cradle to Cradle Certified℠ is a certification mark of MBDC.

**Please recycle.**

Recycled Paper

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008. All rights reserved.



08270S_PM_EP14F  OCT 2008

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | **PROOF OF CLAIM** |
|---|---|

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**COURT USE ONLY**

| Name of Debtor: Luminant Generation Company LLC | Case Number: | Filed: USBC - District of Delaware<br>Energy Future Holdings Corp., et al., Et Al.<br>14-10979 (CSS)    0000001103 |
|---|---|---|

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

Doyenne Constructors, LLC
P O Box 127
Mariah Hill, IN 47556

Telephone number: 812-686-1350    Email: cindy@doycon.com

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
_(If known)_ _____
Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**FILED / RECEIVED**

JUN − 4 2014

Epiq Bankruptcy Solutions, LLC

Name and address where payment should be sent (if different from above):

Telephone number: _____    Email: _____

**COURT USE ONLY**

**5.   Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$ _____

**1.   Amount of Claim as of Date Case Filed:**   $ 45,000.00
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2.   Basis for Claim:** Demobilization Charges Per Milestone Schedule
(See instruction #2)

**3.   Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: Sandow Boiler Lighting Package
(See instruction #3a)

**4.   Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:
☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Describe: _____
Value of Property: $ _____
Annual Interest Rate _____% ☐ Fixed or ☐ Variable (when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:
$ _____
Basis for perfection: _____
Amount of Secured Claim: $ _____
Amount Unsecured: $ _____

**6.   Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $** _____   (See instruction #6)

**7.   Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8.   Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9.   Signature: (See instruction #9)**   Check the appropriate box:
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
(Attached a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cynthia Bettag-Smith
Title: Managing Member
Company: Doyenne Constructors LLC

(Signature) Cynthia Bettag-Smith
(Date) 5/30/2014

Address, telephone number, and email (if different from notice address above):
Telephone number: _____
Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Project No. 47T0064 Upgrade Boiler Lighting
Contractor shall provide required material, labor, equipment, tools, consumables, etc. to complete work scope included in bid package
Please input data in cells highlighted in yellow only, do not change format or data provided
Time & Material Rate Proposed below will be utilized for potential extended work scope that is not listed in itemized Price list

## Turnkey Contract Section

| Item No. | Description |
|---|---|
| 1000 | Mobilization complete in place |
| 1001 | Demobilization complete in place |
| 1002 | Furnish and Install the Temporary Power and Lighting |
| 1003 | Install Control Power Transformers |
| 1004 | Install General Area Lighting Panels, Lighting Transformers and Lighting Contactor Controls |
| 1005 | Install DC Emergency Lighting Panel and Main Contactor |
| 1006 | Furnish materials and install General Area Lighting conduit, wiring and fixtures per Plan Drawing E- |
| 1007 | Furnish materials and install DC Emergency Lighting conduit, wiring and fixtures per Plan Drawing |

Contractor shall provide firm fixed Pricing for item 1000 to 1007 listed above

| Cost Summary Project # | Unit One 47T0064 |
|---|---|
| Material Cost (include fabrication labor cost) | $ 345,058.00 |
| Construction Labor Cost | $ 603,481.00 |
| Subcontractor Cost | |
| OPTIONAL DC SYS ITEM 1005 & 1007 DEDUCT | $ (87,750) |
| **Total** | **$ 860,789.00** |

| Payment Schedule Milestones or Date | % or $ |
|---|---|
| Mobilized on site | $20,000 |
| Outage Work Complete | $67,000 |
| Non-Outage Level 1-5 Complete | $408,250 |
| Non-Outage Level 5.59-5.5 | $408,250 |
| De-Mobilized from site | $45,000 |
| | $948,539 |

## Construction Labor Costs

Base Labor / Cost Details, Time and Material Rates    (= Supplier's Assumptions)

| Labor Title | Straight Hr Rate | OT Hr Rate | Crew per shift | # of Days | # of Shifts | Straight Hrs per shift | OT Hrs per shift | Total Straight Hrs | Total OT Hrs | Total Mat Cost | # of Days Per Diem | Per Diem ($) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Superintendent | 75 | | 100 | 1 | 84 | 1 | 8 | 8 | 668 | 245 | $ 74,906.25 | 0 | $0 | $ 74,906.25 |
| Project Manager | | | | | | | | | | | | 0 | $0 | |
| Onsite Safety Lead | | | | | | | | | | | | 0 | $0 | - |
| Mechanical Tech. | | | | | | | | | | | | 0 | $0 | |
| Mechanical Foreman | 63 | 85 | 1 | 84 | 1 | 8 | 3 | 668 | 245 | $ 62,909.00 | 0 | $0 | $ 62,909.00 |
| Electrical Journeyman | 52 | 71 | 6 | 84 | 1 | 8 | 2 | 4,092 | 898 | $ 275,472.00 | 0 | $0 | $ 275,472.00 |
| Electrical General Foreman | 71 | 97 | 1 | 84 | 1 | 8 | 2 | 668 | 168 | $ 63,724.00 | 0 | $0 | $ 63,724.00 |
| Electrical Apprentice | 42 | 57 | 5 | 84 | 1 | 8 | 2 | 3,060 | 1,556 | $ 128,520.00 | 0 | $0 | $ 128,520.00 |
| | | | | | 14 | | | 40 | 9,096 | 1,556 | $ 603,481.25 | | $0 | $603,481 |

Contractor list all on site personnel and working hours, update Labor type/title if needed

## Equipment Rental Cost

| Equipment Description | N/A | Days on Site | Total Cost |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

Equipment Rental/Material Markup %    15%

Per Diem Rate ( person/day)

## Subcontractor Costs

| Subcontractor Names | Work Scope | Total Cost |
|---|---|---|
| | | $ |
| | | $ |

Please input subcontractor's name and general work scope to be completed

## Bid Costs

| Cost Description | Total Cost |
|---|---|
| | $ |
| | $ |
| | $ |

| Edit Task Request | Approval Routing | Invoicing | Copy | Print | Return | 🔄 |
|---|---|---|---|---|---|---|

**TXU - Engineering**                                                                                            **Approved**

# Task Request

**ATR No:** 141455                                                                                  **Status: COMMIT**
**Contractor:** Doyenne Constructors LLC          **Agreement No:** C0755482C       **ATR Ref No:** LALB-120405-1
**Send EMail:** ☑

Upon receipt of this Task Request, CONTRACTOR is hereby authorized to perform the Work identified on behalf of COMPANY pursuant to the terms and conditions contained in the above referenced Agreement.

**SCOPE OF WORK** – The Work will be performed in accordance with the drawings, specifications, and instructions, if any, attached hereto and identified in the List of Attachments set forth herein and will be scheduled as required through the direction of COMPANY's Contract Coordinator as identified herein. (Use additional pages if more space is necessary.)

**Jobsite/Whse Code:**  162           **Contract Coordinator:** Stanley Rech                       **Phone:** 972-955-7964
**Project Description:**  4770J044 - SA4 Upgrade Boiler Lighting Phase I
       **Warranty:**  No                  **Equip Down Time:**                       **Equip Up Time:**

| Item No | Task Description | Appr |
|---|---|---|
| 1 | Install Boiler Lighting Phase I in accordance with the documents attached and the drawings referred to in the drawing transmittal attached. | |
| 2 | OPTIONAL DC SYS is included in this contract. | |
| 3 | This is a fixed price contract | |

| Item No | % | Dept ID | Account | Activity | EC | Proj/Veh | Loc | Tax Ind | PRISM Work Order # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 64% | 543252 | 1070000 | 000 | 126 | 4770J044 | 4770 | T | |
| 2 | 36% | 543252 | 1070000 | 000 | 137 | 4770J044 | 4770 | T | |

**Type of Transaction:**         **Type of Property:**                                   **Mfg:**  No

## CONTRACTOR'S ESTIMATE SUMMARY

**Work Hrs:** 10,652.00   **Labor ($):** $603,481   **Material ($):** $345,058        **Other ($):**        **Total ($):** $948,539

**Shutdown Req:** Yes      **Mobilization (Time & $):**                   **Demobilization (Time & $):**

CONTRACTOR will work *N/A* calendar days based on *N/A* hour shifts *N/A* days per week.
**SCHEDULE** – The Work will commence by 4/26/2012 and be completed by 4/1/2013
**INVOICES** - All Invoices will be sent to field accounting at: **COMPANY:** Luminant
       Address:  US Mail to: PO Box 20, Dallas TX 75221-0020 or email to: AP.Invoicing@luminant.com . The invoice must include the
ATA number, the ATR number, and the location where the work was performed.
**LIST OF ATTACHMENTS** – COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.
       4770J044 Project Scope IFC.pdf
       4770J044 Drawing Transmittal IFC.pdf
       4770J044 Doyenne Final Proposal.xlsx
       4770J044 Project Scope Block Diagram.pdf

▼**Attachments**

×📄                        ×📄                        ×📄                        ×📄
4770J044 Doyenne Final      4770J044 Drawing Transmittal   4770J044 Project Scope Block   4770J044 Project Scope IFC.pdf
Proposal.xlsx                     IFC.pdf                     Diagram.pdf                       98,640 bytes
21,813 bytes                   38,920 bytes                 94,715 bytes

       **Upload File:**                                [ Browse... ]  [ Upload ]

**CONTRACTOR HEREBY ACKNOWLEDGES ACCEPTANCE OF THIS TASK REQUEST**

By: Cynthia Bottley-Smith

Name: Cynthia Bottley-Smith

Title: managing member

Date: Apr 16, 2012

**THIS TASK IS ISSUED ON BEHALF OF COMPANY (FINAL APPROVAL/AUTHORIZATION)**

Electronic Approval By

By: Dale Higginbotham

Name:

Title:

Date: _____

## Electronic Approval

| Approver | Status | Date | Comments |
|---|---|---|---|
| Scott A. Kinczkowski | Approved | 4/12/2012 7:13:23 AM | Was bid out by supply chain and then created ATA. I approve. |
| Gerry Waggoner | Approved | 4/16/2012 7:17:18 AM | |
| Sherry Han | Approved | 4/13/2012 11:52:37 AM | |
| Patresia Holder | Approved | 4/10/2012 10:29:30 AM | |
| David Wade | Approved | 4/9/2012 1:43:09 PM | |
| Dale Higginbotham | Approved | 4/10/2012 2:38:56 PM | |
| Doug Draudt | Approved | 4/10/2012 8:10:20 AM | This is a fixed price contract |

Please route a copy of the signed ATR to Corporate Procurement

| ATR No: 141455 | ATA No: C0755482C | Ref No: LALB-120405-1 |
|---|---|---|

[ Edit Task Request ]    [ Approval Routing ]    [ Invoicing ]  [ Copy ]  [ Print ]  [ Return ]

*mailed AP*
*Sherry*
*Stan*
*3/29/14*

Doyenne Constructors, LLC
P O Box 127
Mariah Hill, IN  47556
812-937-0016

LUMINANT GENERATION COMPANY LLC
1601 BRYAN ST. 21ST FLOOR
DALLAS, TX  75201-3411

INVOICE ID:  1782
DRAW ID:  800512-00016
DATE:  March 29,2014

CONTRACT ID:      800512
SA4 UPGRADE BOILER LIGHTING
LOCATION:         ATR NO: 141455
                  ATA NO: C0755482C
                  REF NO: LALB-120405-1
                  LUMINANT SANDOW
                  3708 CHARLES MARTIN HALL RD FM 1786
                  ROCKDALE TX  76567

CUSTOMER ID:  LUMGEN

| Item Id | Description | Contract Amount | Completed To Date | Retainage | Less Previous Billings | Total This Invoice Less Retainage |
|---|---|---|---|---|---|---|
| 1 | MOBILIZATION - MATERIAL | 18,000.00 | 18,000.00 | | 18,000.00 | |
| 2 | OUTAGE WORK COMPLETED | 67,000.00 | 67,000.00 | | 67,000.00 | |
| 3 | NON OUTAGE WORK LEVEL 1-5 | 408,269.00 | 305,453.55 | | 305,453.55 | |
| 4 | NON OUTAGE WORK LEVEL 5.33-9.5 | 408,270.00 | 309,536.95 | | 309,536.95 | |
| 5 | DEMOBILIZATION | 45,000.00 | 45,000.00 | | | 45,000.00 |
| 6 | MOBILIZATION - LABOR | 2,000.00 | 2,000.00 | | 2,000.00 | |
| 7 | CO#1 SQUARE D BREAKERS (3) | 1,739.95 | 1,739.95 | | 1,739.95 | |
| 8 | CO#2 LABOR TO FERRY MATERIAL | 17,120.00 | 17,120.00 | | 17,120.00 | |
| 9 | CO#3 INST PNL 402, 403, 408 | 12,024.00 | 12,024.00 | | 12,024.00 | |
| 10 | CO#5 FIXTURE DISPOSAL SERVICE | 20,825.00 | 4,083.00 | | 4,083.00 | |
| 11 | UNIT PRICING THRU 3/21/13 | 89,652.02 | 89,652.02 | | 89,652.02 | |
| | Total | 1,089,899.97 | 871,609.47 | | 826,609.47 | 45,000.00 |

Invoice Sub-total                                             45,000.00

Amount due this Invoice                                       $45,000.00

Contract Summary

| Original amount | Approved changes | Revised amount | Invoiced amount | Remaining amount | Billed percent | Retainage balance |
|---|---|---|---|---|---|---|
| 1,038,191.02 | 51,708.95 | 1,089,899.97 | 871,609.47 | 218,290.50 | 79.97 % | 0.00 |

▶ ▶ Pull To Open

*Schedule package pickup right from your home or office at usps.com/pickup*

*Print postage online - Go to usps.com/postageonline*

**PLEASE PRESS FIRMLY**                    **PLEASE PRESS FIRMLY**




U.S. POSTAGE
PAID
DALE, IN
JUN 03 14
AMOUNT
$5.60
00050313-02

1006          10163



## Flat Rate
## Mailing Envelope

**UNITED STATES POSTAL SERVICE**

**For Domestic and International Use**

**Visit us at usps.com**



Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

UNITED STATES
POSTAL SERVICE®          JUN 0 4 2014

**USPS TRACKING #**

9114 9011 2308 9914 6161 22

From/*Expéditeur:*
Doyenne Constructors LLC
PO Box 127
Mariah Hill IN 47556

FILED / RECEIVED

JUN 0 4 2014

EPIQ SYSTEMS

To/*Destinataire:*
Energy Future Holdings Claim Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York NY 10163 - 4613



USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps

Cradle to Cradle Certified℠ is a certification mark of MBDC.

Please recycle.



Recycled Paper

Country of Destination/*Pays de destination:*



EP14F

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.

082708_PM_EP14F OCT 2008

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**PROOF OF CLAIM**

**COURT USE ONLY**

Filed: USBC - District of Delaware
Energy Future Holdings Corp., et al., Et Al.
14-10979 (CSS)     0000001104

Name of Debtor:
**Oak Grove Management Co, LLC**

Case Number:

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:
**Doyenne Constructors, LLC**
**P O Box 127**
**Mariah Hill, IN 47556**

Telephone number:          Email:
**812-686-1350**          **cindy @ doycon.com**

❑ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
_(If known)_ _____

Filed on: _____

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**FILED / RECEIVED**

**JUN - 4 2014**

**Epiq Bankruptcy Solutions, LLC**

Name and address where payment should be sent (if different from above):

Telephone number:          Email:

COURT USE ONLY

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

❑ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

❑ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

❑ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

❑ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

❑ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

❑ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$ _____

**1.    Amount of Claim as of Date Case Filed:**   $ **8,900.00**
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
❑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2.    Basis for Claim:**   **Goods Sold + Services Provided**
(See instruction #2)

**3.    Last four digits of any number by which creditor identifies debtor:** ___ ___ ___ ___
   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a)

**4.    Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:**
❑ Real Estate   ❑ Motor Vehicle   ❑ Other

**Describe:** _____
**Value of Property:** $ _____
**Annual Interest Rate** _____ % ❑ Fixed or ❑ Variable
(when case was filed)

**Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**

$ _____

**Basis for perfection:** _____

**Amount of Secured Claim:** $ _____

**Amount Unsecured:** $ _____

**6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $** _____   (See instruction #6)

**7.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8.    Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. _(See instruction #8 and definition of "redacted".)_

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9.    Signature:** (See instruction #9)   Check the appropriate box:
☑ I am the creditor.   ❑ I am the creditor's authorized agent.   ❑ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ❑ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
(Attached a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Cynthia Bettag-Smith**          _(Signature)_ **Cynthia Bettag-Smith**
Title: **Managing Member**
Company: **Doyenne Constructors, LLC**          **5-30-14**
                                                  _(Date)_

Address, telephone number, and email (if different from notice address above):
_____
_____
Telephone number: _____
Email: _____

_Penalty for presenting fraudulent claim:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Standard Invoice**

**Status**
Invoice: **Approved**
Routing: **Acknowledged**

| | | | |
|---|---|---|---|
| **Invoice #:** | 1789a | **Subtotal:** | $8,900.00 USD |
| **Invoice Date:** | **Friday 11 Apr 2014 3:01 PM GMT-05:00** | Total Tax: | $0.00 USD |
| | | **Total Gross Amount:** | $8,900.00 USD |
| **Original Purchase Order:** | **88362** | Total Net Amount: | $8,900.00 USD |
| | | **Amount Due:** | **$8,900.00 USD** |

**Submission Method:** Online
**Origin:** Supplier
**Source Document:** Purchase Order

**Remit To:**
Cindy Bettag-Smith

Postal Address:
PO BOX 127
MARIAH HILL, IN 47556
United States
Remit To ID:002880050

Tax ID of Supplier: 010888466

**Supplier:**
Doyenne Constructors, LLC

Postal Address:
3470 Jack C Hays Trail
Unit 1E
Buda, TX 78610
United States
Address ID:Texas Regional Office

**Bill To:**
Accounts Payable

Postal Address(default):
P.O. Box 20
Dallas, TX 75221-0020
United States
Address ID:OKG001

**Customer:**
Energy Future Holdings

Postal Address:
1601 Bryan Street
Dallas, TX 75201
United States

**SHIPPING INFORMATION:**

**Ship From:**
Doyenne Constructors, LLC

Postal Address:
P.O. Box 127
6160 East SR 62
Mariah Hill, IN 47556
United States

**Ship To:**
Energy Future Holdings

Postal Address:
1601 Bryan Street
Dallas, TX 75201
United States

**PAYMENT TERMS:**

Net Term:  60 Days
**Original Purchase Order:** 88362

| Invoice Line # | Line Ref # | Type | Part # | Quantity | Unit | Unit Price |
|---|---|---|---|---|---|---|
| 1 | 2 | Service | Supplier Part #: Not Available | 4,618 | E48 | $1.00 USD |

Description: Change Order For Additional Storage
              Cabinets

**Service Period:**
Start Date : 7 Jan 2014

End Date :  17 Jan 2014

Subtotal: **$4,618.00 USD**

Gross Amount: **$4,618.00 USD**

Net Amount: **$4,618.00 USD**

| 2 | 6 | Service | Supplier Part #: Not Available | 1,320 | E48 | $1.00 USD |
|---|---|---------|--------------------------------|-------|-----|-----------|

Description: Change Order Install Porch Lighting

**Service Period:**
Start Date : 7 Jan 2014
End Date :  17 Jan 2014

Subtotal: **$1,320.00 USD**

Gross Amount: **$1,320.00 USD**

Net Amount: **$1,320.00 USD**

| 3 | 9 | Service | Supplier Part #: Not Available | 788.4 | E48 | $1.00 USD |
|---|---|---------|--------------------------------|-------|-----|-----------|

Description: Change Order Add Steps and ADA/TAS
Ramp with Handrails

**Service Period:**
Start Date : 7 Jan 2014
End Date :  17 Jan 2014

Subtotal: **$788.40 USD**

Gross Amount: **$788.40 USD**

Net Amount: **$788.40 USD**

| 4 | 10 | Service | Supplier Part #: Not Available | 2,173.6 | E48 | $1.00 USD |
|---|----|---------|--------------------------------|---------|-----|-----------|

Description: Change Order Install Additional Electrical
Outlets and 3 Phase Power

**Service Period:**
Start Date : 7 Jan 2014
End Date :  17 Jan 2014

Subtotal: **$2,173.60 USD**

Gross Amount: **$2,173.60 USD**

Net Amount: **$2,173.60 USD**

## Tax Summary

**Invoice Summary**

|  |  |
|---|---|
| Subtotal: | $8,900.00 USD |
| Total Tax: | $0.00 USD |
| Total Gross Amount: | $8,900.00 USD |
| Total Net Amount: | $8,900.00 USD |
| Amount Due: | $8,900.00 USD |

▶▶ Pull To Open

*Schedule package pickup right from your home or office at usps.com/pickup*

*Print postage online - Go to usps.com/postageonline*

**PLEASE PRESS FIRMLY**                    **PLEASE PRESS FIRMLY**

  

U.S. POSTAGE
PAID
OHR IN
JUN 03 14
AMOUNT
$5.60
00050313-02



**UNITED STATES POSTAL SERVICE**

## Flat Rate
## Mailing Envelope

**For Domestic and International Use**

*Visit us at usps.com*



Any amount of mailable material may be enclosed, as long
as the envelope is not modified, and the contents are
entirely confined within the envelope with the adhesive
provided as the means of closure.



**USPS TRACKING #**

9114 9011 2308 9914 6151 22

From/*Expéditeur:*
Doyenne Constructors LLC
PO Box 127
Mariah Hill IN 47556

```
FILED / RECEIVED

JUN 0 4 2014

EPIQ SYSTEMS
```

To/*Destinataire:*
Energy Future Holdings Claim Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York NY 10163 - 4613

Country of Destination/*Pays de destination:*



USPS packaging products have been awarded Cradle
to Cradle Certification™ for their ecologically-intelligent
design. For more information go to mbdc.com/usps
Cradle to Cradle Certified™ is a certification mark of MBDC.

*Please recycle.*


Recycled
Paper

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2009. All rights reserved.

092708_PM_EP14F  OCT 2008

# EXHIBIT D

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | **PROOF OF CLAIM** |
|---|---|

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**COURT USE ONLY**

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)

0000011613

| Name of Debtor: | Case Number: |
|---|---|
| Luminant Mining Company LLC | |

**NOTE:** Do not use this form to make a claim for an administrative expense that arises *after* the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

Doyenne Constructors, LLC
P. O. Box 127
Mariah Hill, IN 47556

☑ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**

(*If known*)  1102

Filed on:  6-4-2014

Telephone number:  812-686-1350        Email:  cindy @ doycon.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

**RECEIVED**
SEP 1 4 2015
LEGAL SERVICES

COURT USE ONLY

Telephone number:        Email:

**5.   Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

1.   Amount of Claim as of Date Case Filed:   $  98,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

2.   Basis for Claim:  Goods Sold + Services Provided
(See instruction #2)

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

3.   Last four digits of any number by which creditor identifies debtor: _____
3a.   Debtor may have scheduled account as: Oak Grove Mgmt, D135 Duck Pond Kosse
(See instruction #3a)

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

4.   **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:

$ _____

Nature of property or right of setoff:
☑ Real Estate   ☐ Motor Vehicle   ☑ Other

Basis for perfection: Texas Constitutional Lien

Amount of Secured Claim: $ 98,000.00

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$ _____

Describe: _____
Value of Property: $ _____
Annual Interest Rate _____ % ☐ Fixed or ☐ Variable
(when case was filed)

Amount Unsecured:   $ _____

6.   Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____   (See instruction #6)

7.   **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8.   **Documents:** Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS.   ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9.   **Signature:** (See instruction #9)   Check the appropriate box:
☑ I am the creditor.   ☐ I am the debtor's authorized agent.   ☐ I am the trustee, or the debtor, or their   ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)   authorized agent. (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cynthia Bettey-Smith        Cynthia Bettey-Smith        Address, telephone number and email (if different from notice address above):
Title: Managing Member        (Signature)
Company: Doyenne Constructors LLC        9-4-15        Telephone number: _____
(Date)        Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | **PROOF OF CLAIM** |
|---|---|

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**COURT USE ONLY**

| Name of Debtor: Luminant Mining Company LLC | Case Number: |
|---|---|

Filed: USBC - District of Delaware
Energy Future Holdings Corp., et al., Et Al.
14-10979 (CSS)        0000001102

**NOTE:** Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent.

Doyenne Constructors, LLC
P O Box 127
Mariah Hill, IN 47556

Telephone number: 812-686-1350    Email: cindy@doycon.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)
Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

FILED / RECEIVED

JUN – 4 2014

Epiq Bankruptcy Solutions, LLC

COURT USE ONLY

| Name and address where payment should be sent (if different from above): | |
|---|---|
| Telephone number: | Email: |

**1. Amount of Claim as of Date Case Filed:** $ 98,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2. Basis for Claim:** Goods Sold + Services Provided
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** _____
**3a. Debtor may have scheduled account as:** Oak Grove Mgmt, 0135/E1 Duck Pond Rosse
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:
☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $_____
Annual Interest Rate _____% ☐ Fixed or ☐ Variable (when case was filed)

**Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**
$_____
Basis for perfection: _____
Amount of Secured Claim: $_____
Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$_____

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $** _____ (See instruction #6)

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9. Signature:** (See instruction #9)    Check the appropriate box:
☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their    ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)    authorized agent. (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cynthia Bettag-Smith
Title: Managing Member
Company: Doyenne Constructors LLC

Cynthia Bettag-Smith
(Signature)
5-30-2014
(Date)

Address, telephone number, and email (if different from notice address above):
Telephone number: _____
Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**DOYENNE CONSTRUCTORS ,LLC**
**P.O. BOX 127**
**MARIAH HILL, IN  47556**
**812-937-0016**

OAK GROVE MANAGEMENT CO LLC
ATTN: ACCOUNTS PAYABLE
P.O. BOX 20
DALLAS, TX  75221-0020

INVOICE ID:          1779 **retainage billed**

DATE:          March 21, 2014

CONTRACT ID: ███████
D135 / E-1 DUCK POND KOSSE
LOCATION: CONTRACT A01941958
          KOSSE MINE
          4731 SH 73
          KOSSE, TX  76653

CUSTOMER ID: OAKGRO
CONTRACT ███████

| Item ID | Description | Contract Amount | Completed to Date | 10% Retainage | Less Previous Billings | Total This Invoice Less Retainage |
|---|---|---|---|---|---|---|
| 1 | STAIRS - MOBILIZATION | $ 1,146.00 | $ 1,146.00 | $ 114.60 | $ 1,146.00 | $ 114.60 |
| 2 | STAIRS - MATERIAL | $ 2,578.00 | $ 2,578.00 | $ 257.80 | $ 2,578.00 | $ 257.80 |
| 3 | STAIRS - LABOR | $ 7,734.00 | $ 7,734.00 | $ 773.40 | $ 7,734.00 | $ 773.40 |
| 4 | INLETS & DROP ROCK - MOBILIZE | $ 21,636.00 | $ 21,636.00 | $ 2,163.60 | $ 21,636.00 | $ 2,163.60 |
| 5 | INLETS & DROP ROCK - MATERIAL | $ 24,906.00 | $ 24,906.00 | $ 2,490.60 | $ 24,906.00 | $ 2,490.60 |
| 6 | INLETS & DROP ROCK - LABOR | $ 40,000.00 | $ 40,000.00 | $ 4,000.00 | $ 40,000.00 | $ 4,000.00 |
|  | TOTAL | $ 98,000.00 | $ 98,000.00 | $ 9,800.00 | $ 98,000.00 | $ 9,800.00 |

retainage billed                                                             $ 9,800.00

Retainage held                                                               $      -

Amount due this Invoice                                                      $ 9,800.00

**DOYENNE CONSTRUCTORS ,LLC**
**P.O. BOX 127**
**MARIAH HILL, IN  47556**
812-937-0016

OAK GROVE MANAGEMENT CO LLC
ATTN: ACCOUNTS PAYABLE
P.O. BOX 20
DALLAS, TX  75221-0020

INVOICE ID: 1765REV

DATE:         March 7, 2014

CONTRACT ID: 800114
D135 / E-1 DUCK POND KOSSE
LOCATION: CONTRACT ███████
      KOSSE MINE
      4731 SH 73
      KOSSE, TX  76653

CUSTOMER ID: OAKGRO
CONTRAC ████████

| Item ID | Description | Contract Amount | Completed to Date | 10% Retainage | Less Previous Billings | Total This Invoice Less Retainage |
|---------|-------------|-----------------|-------------------|---------------|------------------------|-----------------------------------|
| 1 | STAIRS - MOBILIZATION | $ 1,146.00 | $ 1,146.00 | $ 114.60 | $ - | $ 1,031.40 |
| 2 | STAIRS - MATERIAL | $ 2,578.00 | $ 2,578.00 | $ 257.80 | $ - | $ 2,320.20 |
| 3 | STAIRS - LABOR | $ 7,734.00 | $ 7,734.00 | $ 773.40 | $ - | $ 6,960.60 |
| 4 | INLETS & DROP ROCK - MOBILIZE | $ 21,636.00 | $ 21,636.00 | $ 2,163.60 | $ - | $ 19,472.40 |
| 5 | INLETS & DROP ROCK - MATERIAL | $ 24,906.00 | $ 24,906.00 | $ 2,490.60 | $ - | $ 22,415.40 |
| 6 | INLETS & DROP ROCK - LABOR | $ 40,000.00 | $ 20,000.00 | $ 2,000.00 | $ - | $ 18,000.00 |
| | TOTAL | $ 98,000.00 | $ 78,000.00 | $ 7,800.00 | $ - | $ 70,200.00 |

| | | |
|---|---|---|
| Invoice Subtotal | | $ 78,000.00 |
| Retainage held | | $ (7,800.00) |
| Amount due this Invoice | | $ 70,200.00 |

**DOYENNE CONSTRUCTORS ,LLC**
**P.O. BOX 127**
**MARIAH HILL, IN  47556**
812-937-0016

OAK GROVE MANAGEMENT CO LLC
ATTN: ACCOUNTS PAYABLE
P.O. BOX 20
DALLAS, TX  75221-0020

INVOICE ID:        1778

DATE:        March 21, 2011

CONTRACT ID: 800114
D135 / E-1 DUCK POND KOSSE
LOCATION: CONTRACT ▮▮▮▮▮▮▮
     KOSSE MINE
     4731 SH 73
     KOSSE, TX  76653

CUSTOMER ID: OAKGRO
CONTRACT ▮▮▮▮▮

| Item ID | Description | Contract Amount | Completed to Date | 10% Retainage | Less Previous Billings | Total This Invoice Less Retainage |
|---|---|---|---|---|---|---|
| 1 | STAIRS - MOBILIZATION | $ 1,146.00 | $ 1,146.00 | $ 114.60 | $ 1,146.00 | $ - |
| 2 | STAIRS - MATERIAL | $ 2,578.00 | $ 2,578.00 | $ 257.80 | $ 2,578.00 | $ - |
| 3 | STAIRS - LABOR | $ 7,734.00 | $ 7,734.00 | $ 773.40 | $ 7,734.00 | $ - |
| 4 | INLETS & DROP ROCK - MOBILIZE | $ 21,636.00 | $ 21,636.00 | $ 2,163.60 | $ 21,636.00 | $ - |
| 5 | INLETS & DROP ROCK - MATERIAL | $ 24,906.00 | $ 24,906.00 | $ 2,490.60 | $ 24,906.00 | $ - |
| 6 | INLETS & DROP ROCK - LABOR | $ 40,000.00 | $ 40,000.00 | $ 4,000.00 | $ 20,000.00 | $ 18,000.00 |
| | TOTAL | $ 98,000.00 | $ 98,000.00 | $ 9,800.00 | $ 78,000.00 | $ 18,000.00 |

Invoice Subtotal     $ 20,000.00

Retainage held     $ (2,000.00)

Amount due this invoice     $ 18,000.00

AMENDMENT NO. 01

DATED MARCH 1, 2014

TO

STANDARD PURCHASE ORDER FOR SERVICES

FOR

KOSSE E-1 POND STEPS AND D-135 INLETS AND DROP STRUCTURES

A1941958

BY AND BETWEEN

DOYENNE CONSTRUCTORS LLC

AND

LUMINANT MINING COMPANY LLC

DATED JANUARY 8, 2014

Contract No. A1941958A1941958

# AMENDMENT NO. 01

**EFFECTIVE DATE**

The Effective Date of this Amendment is March 1, 2014.

**PURPOSE**

This Amendment modifies, alters or changes specific terms and conditions of Contract No. A1941958 ("Agreement") that exists between the parties hereto.  Except as modified in this Amendment or previous amendments, the Agreement will remain in full force and effect.

**MODIFICATIONS**

The Agreement is modified as follows:

> **TERM**
>
> The term of the Agreement is extended to May 31, 2014
>
> **COMPENSATION**
>
> CONTRACTOR is due no additional compensation solely as a result of extending the completion date.

The parties have signed this Amendment acknowledging their agreement to its provisions as of the Effective Date.

| Doyenne Constructors LLC | Luminant Mining Company LLC |
|---|---|
| By: *Cynthia Bettay-Smith* | By: *Perry Anderson* (Digitally signed by Perry Anderson DN: cn=Perry Anderson, ou=Luminant Mining, ou=Mining Supply Chain, email=perry.anderson@luminant.com, c=US Date: 2014.03.23 21:10:16 -05'00') |
| Signature | Signature |
| Name: *Cynthia Bettay-Smith* | Name: Perry Anderson |
| Title: *Managing Member* | Title: Procurement Specialist |
| Date: *3-21-14* | Date: 03/22/14 |

Case 14-10979-CSS Doc 7134-2 Filed 11/24/15 Page 28 of 44

▶▶ Pull To Open

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonline

PLEASE PRESS FIRMLY                    PLEASE PRESS FIRMLY

  

U.S. POSTAGE
PAID
DRBLIN
46563
JUN 03 14
AMOUNT
$5.60
00050313-02

1806  10163

# PRIORITY MAIL

**UNITED STATES POSTAL SERVICE**

## Flat Rate
## Mailing Envelope

**For Domestic and International Use**

*Visit us at usps.com*

Any amount of mailable material may be enclosed, as long
as the envelope is not modified, and the contents are
entirely confined within the envelope with the adhesive
provided as the means of closure.



USPS TRACKING #

9114 9011 2408 9814 6161 22

From/Expéditeur:

Dayenne Constructors LLC
PO Box 127
Mariah Hill IN 47556

FILED / RECEIVED
JUN 04 2014
EPIQ SYSTEMS

To:/Destinataire:

Energy Future Holdings Claim Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York NY 10163-4613

Country of Destination:/Pays de destination:



USPS packaging products have been awarded Cradle
to Cradle Certification for their ecologically-intelligent
design. For more information go to mbdc.com/usps

Cradle to Cradle Certified is a certification mark of MBDC.

*Please recycle.*

Recycled
Paper



U.S. POSTAGE
PAID
DALE, IN
47523
SEP 04, 15
AMOUNT

$5.75

R2305K139304-03

**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

# PRIORITY®
# ★ MAIL ★

 **DATE OF DELIVERY SPECIFIED\***

 **USPS TRACKING™ INCLUDED\***

 **INSURANCE INCLUDED\***

 **PICKUP AVAILABLE**

**\* Domestic only**

**FROM:**

Doyenne
PO Box 127
Mariah Hill IN
47556

**TO:**

Energy Future Holdings Corp
Processing Center
C/O Epiq Bankruptcy Solutions

FWD: P.O. Box 4420
BEAVERTON, OR
97076

13

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



**RECEIVED**

SEP 1 4 2015

**LEGAL SERVICES**

Expected Delivery Day: 09/08/2015

**USPS TRACKING NUMBER**



9505 5120 0437 5247 0001 80

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**COURT USE ONLY**

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)

Name of Debtor: **Luminant Generation Company LLC**   Case Number:

0000011487

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

**Doyenne Constructors, LLC
P O Box 127
Mariah Hill, IN 47556**

☑ Check this box if this claim amends a previously filed claim.

Court Claim Number: **1103**
(If known)

Filed on: **6-4-2014**

**RECEIVED**

**SEP 11 2015**

**LEGAL SERVICES**

Telephone number: **812-686-1350**   Email: **cindy @ doycon.com**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

Telephone number:   Email:

**COURT USE ONLY**

5.   Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$_____

1. Amount of Claim as of Date Case Filed:   $ **45,000 °°**
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

2. Basis for Claim: **Demobilization Charges Per Milestone Schedule**
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: **Sandow Boiler Lighting Package**
(See instruction #3a)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:
☑ Real Estate   ☐ Motor Vehicle   ☑ Other

Describe: _____

Value of Property: $_____
Annual Interest Rate _____%   ☐ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:
$_____

Basis for perfection: **Texas Constitutional Lien**

Amount of Secured Claim: $ **45,000.00**

Amount Unsecured: $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____   (See instruction #6)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8 and definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. Signature: (See instruction #9)   Check the appropriate box:
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
(Attached a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Cynthia Bettag-Smith**
Title: **Managing Member**
Company: **Doyenne Constructors LLC**

(Signature) **Cynthia Bettag-Smith**   (Date) **9-4-15**

Address, telephone number, and email (if different from notice address above):

Telephone number: _____
Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | **PROOF OF CLAIM** |
|---|---|

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**PROOF OF CLAIM**

**COURT USE ONLY**

Filed: USBC - District of Delaware
Energy Future Holdings Corp., et al., Et Al.
14-10979 (CSS)          0000001103

| Name of Debtor: *Luminant Generation Company LLC* | Case Number: |
|---|---|

**NOTE:** Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent

*Doyenne Constructors, LLC*
*P O Box 127*
*Mariah Hill, IN 47556*

❑ Check this box if this claim amends a previously filed claim.

Court Claim Number:

_(If known)_ _____

Filed on: _____

**FILED / RECEIVED**

**JUN – 4 2014**

Epiq Bankruptcy Solutions, LLC

Telephone number: *812-686-1350*    Email: *cindy@doycon.com*

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

Telephone number:      Email:

**COURT USE ONLY**

**5.   Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).  If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

❑  Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

❑  Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

❑  Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

❑  Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

❑  Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

❑  Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

**1.   Amount of Claim as of Date Case Filed:**   $ *45,000⁰⁰*
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
❑   Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2.   Basis for Claim:** *Demobilization Charges Per Milestone Schedule*
(See instruction #2)

**3.   Last four digits of any number by which creditor identifies debtor:** _____
**3a.  Debtor may have scheduled account as:** *Sandow Boiler Lighting Package*
(See instruction #3a)

**4.   Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:
❑  Real Estate    ❑  Motor Vehicle   ❑  Other
Describe: _____
Value of Property: $_____
Annual Interest Rate _____%  ❑ Fixed  or  ❑ Variable
(when case was filed)

**Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**

$_____

Basis for perfection: _____

Amount of Secured Claim:   $_____

Amount Unsecured:       $_____

**6.   Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $** _____   (See instruction #6)

**7.   Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8.   Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9.   Signature:** (See instruction #9)   Check the appropriate box:
🗹 I am the creditor.  ❑ I am the creditor's authorized agent.    ❑ I am the trustee, or the debtor, or their    ❑ I am a guarantor, surety, indorser, or other codebtor.
                    (Attached a copy of power of attorney, if any.)   authorized agent. (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Cynthia Bettag-Smith*
Title: *Managing Member*
Company: *Doyenne Constructors LLC*

*Cynthia Bettag-Smith*
(Signature)
*5/30/2014*
(Date)

Address, telephone number, and email (if different from notice address above):

Telephone number: _____
Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Project No. 4770J044 Upgrade Boiler Lighting
Contractor shall provide required material, labor, equipment, tools, consumables, etc. to complete work scope included in bid package
Please input data in cells highlighted in yellow only, do not change format or data provided
Time & Material Rate Proposed below will be utilized for potential extended work scope that is not listed in itemized Price list

**Turnkey Contract Section**

| Item No. | Description |
|---|---|
| 1000 | Mobilization complete in place |
| 1001 | Demobilization complete in place |
| 1002 | Furnish and install the Temporary Power and Lighting |
| 1003 | Install Control Power Transformers |
| 1004 | Install General Area Lighting Panels, Lighting Transformers and Lighting Contactor Controls |
| 1005 | Install DC Emergency Lighting Panel and Main Contactor |
| 1006 | Furnish materials and install General Area Lighting conduit, wiring and fixtures per Plan Drawing E- |
| 1007 | Furnish materials and install DC Emergency Lighting  conduit, wiring and fixtures per Plan Drawing |

Contractor shall provide firm fixed Pricing for Item 1000 to 1007 listed above

| Cost Summary Project # | Unit One 4770J044 |
|---|---|
| Material Cost (Include fabrication labor cost) | $    345,058.00 |
| Construction Labor Cost | $    603,481.00 |
| Equipment Rental Cost | |
| Subcontractor Cost | |
| OPTIONAL DC SYS ITEM 1005 & 1007 DEDUCT | $    (87,750) |
| Total | $    860,789.00 |

| Payment Schedule Milestones or Date | % or $ |
|---|---|
| Mobilized on site | $20,000 |
| Outage Work Complete | $67,000 |
| Non-Outage Level 1-5 Complete | $408,269 |
| Non-Outage Level 3.33-9.5 | $408,270 |
| De-Mobilized from site | $45,000 |
| | $948,539 |

**Cost Details, Time and Material Rates**

**Construction Labor Costs**

| Base Labor | | | | | | (= Supplier's Assumptions) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type /Title | Straight Hr Rate | OT Hr Rate | Crew per shift | # of Days | # of Shifts | Straight Hrs per shift | OT Hrs per shift | Total Straight Hrs | Total OT Hrs | Total MH Cost | # of Days Per Diem | Per Diem ($) | Total |
| Superintendant | $   75 | $   101 | 1 | 84 | 1 | 8 | 3 | 668 | 245 | $    74,906.25 | 0 | $0 | $   74,906.25 |
| Project Manager | | | | | | | | - | - | $    - | 0 | $0 | $    - |
| Onsite Safety Lead | | | | | | | | - | - | $    - | 0 | $0 | $    - |
| Mechanical Tech. | | | | | | | | - | - | $    - | 0 | $0 | $    - |
| Electrical Foreman | $   63 | $   85 | 1 | 84 | 1 | 8 | 3 | 668 | 245 | $    62,909.00 | 0 | $0 | $   62,909.00 |
| Electrical Journeyman | $   52 | $   71 | 6 | 84 | 1 | 8 | 2 | 4,032 | 898 | $    273,422.00 | 0 | $0 | $   273,422.00 |
| Electrical General Foreman | $   71 | $   97 | 1 | 84 | 1 | 8 | 2 | 668 | 168 | $    63,724.00 | 0 | $0 | $   63,724.00 |
| Electrical Apprentice | $   42 | $   57 | 5 | 84 | 1 | 8 | 2 | 3,060 | | $    178,520.00 | 0 | $0 | $   178,520.00 |
| | | | 14 | 84 | | 1 | 40 | 9,096 | 1,556 | $    603,481.25 | - | $0 | $603,481 |

Contractor list all on site personnel and working hours, update Labor type/title if needed

**Equipment Rental Cost**

| Equipment Description | Days on Site | Total Cost |
|---|---|---|
| N/A | | $    - |
| | | $    - |
| | | $    - |
| | | $    3 |
| | | $    6 |
| | | $    1 |
| | | $    8 |

| Equipment Rental/Material Markup % | 15% |
|---|---|
| Per Diem Rate ( person/day) | |

**Subcontractor Costs**

| Subcontractor Names | Work Scope | Total Cost |
|---|---|---|
| | | |
| | | |
| Please input subcontractor's name and general work scope to be completed | | $    - |

**Other Costs**

| Cost Description | Total Cost |
|---|---|
| | $    - |
| | $    - |
| | $    - |
| | $    - |



| Edit Task Request | Approval Routing | Invoicing | Copy | Print | Return |

**TXU - Engineering**                                                                    Approved

# Task Request

**ATR No:** 141455                                                                      **Status: COMMIT**
**Contractor:** Doyenne Constructors LLC          **Agreement No:** C0755482C     **ATR Ref No:** LALB-120405-1
**Send EMail:** ☑

Upon receipt of this Task Request, CONTRACTOR is hereby authorized to perform the Work identified on behalf of COMPANY pursuant to the terms and conditions contained in the above referenced Agreement.

**SCOPE OF WORK** - The Work will be performed in accordance with the drawings, specifications, and instructions, if any, attached hereto and identified in the List of Attachments set forth herein and will be scheduled as required through the direction of COMPANY's Contract Coordinator as identified herein. (Use additional pages if more space is necessary.)

**Jobsite/Whse Code:** 162          **Contract Coordinator:** Stanley Rech          **Phone:** 972-955-7964
**Project Description:** 4770J044 - SA4 Upgrade Boiler Lighting Phase I
          **Warranty:** No                    **Equip Down Time:**                    **Equip Up Time:**

| Item No | Task Description | Appr |
|---|---|---|
| 1 | Install Boiler Lighting Phase I in accordance with the documents attached and the drawings referred to in the drawing transmittal attached. | |
| 2 | OPTIONAL DC SYS is included in this contract. | |
| 3 | This is a fixed price contract | |

| Item No | % | Dept ID | Account | Activity | EC | Proj/Veh | Loc | Tax Ind | PRISM Work Order # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 64% | 543252 | 1070000 | 000 | 126 | 4770J044 | 4770 | T | |
| 2 | 36% | 543252 | 1070000 | 000 | 137 | 4770J044 | 4770 | T | |

| Type of Transaction: | Type of Property: | | Mfg: No |
|---|---|---|---|

## CONTRACTOR'S ESTIMATE SUMMARY

**Work Hrs:** 10,652.00   **Labor ($):** $603,481   **Material ($):** $345,058        **Other ($):**        **Total ($):** $948,539

**Shutdown Req:** Yes     **Mobilization (Time & $):**              **Demobilization (Time & $):**

CONTRACTOR will work *N/A* calendar days based on *N/A* hour shifts *N/A* days per week.
**SCHEDULE** - The Work will commence by 4/26/2012 and be completed by 4/1/2013
**INVOICES** - All invoices will be sent to field accounting at: **COMPANY:** Luminant
          Address:   US Mail to: PO Box 20, Dallas TX 75221-0020 or email to: AP.invoicing@luminant.com . The invoice must include the ATA number, the ATR number, and the location where the work was performed.
**LIST OF ATTACHMENTS** - COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

4770J044 Project Scope IFC.pdf
4770J044 Drawing Transmittal IFC.pdf
4770J044 Doyenne Final Proposal.xlsx
4770J044 Project Scope Block Diagram.pdf

▼ **Attachments**

4770J044 Doyenne Final Proposal.xlsx 21,813 bytes          4770J044 Drawing Transmittal IFC.pdf 38,920 bytes          4770J044 Project Scope Block Diagram.pdf 94,715 bytes          4770J044 Project Scope IFC.pdf 98,640 bytes

**Upload File:**                          [ Browse... ]  [ Upload ]

| CONTRACTOR HEREBY ACKNOWLEDGES ACCEPTANCE OF THIS TASK REQUEST | THIS TASK IS ISSUED ON BEHALF OF COMPANY (FINAL APPROVAL/AUTHORIZATION) |
|---|---|
| By: *Cynthia Bottley-Smith* | Electronic Approval By<br>By: *Dale Higginbotham* |
| Name: *Cynthia Bottley-Smith* | Name: |
| Title: *Managing member* | Title: |
| Date: *Apr 16 2012* | Date: |

## Electronic Approval

| Approver | Status | Date | Comments |
|---|---|---|---|
| Scott A. Kinczkowski | Approved | 4/12/2012 7:13:23 AM | Was bid out by supply chain and then created ATA. I approve. |
| Gerry Waggoner | Approved | 4/16/2012 7:17:18 AM | |
| Sherry Han | Approved | 4/13/2012 11:52:37 AM | |
| Patresia Holder | Approved | 4/10/2012 10:29:30 AM | |
| David Wade | Approved | 4/9/2012 1:43:09 PM | |
| Dale Higginbotham | Approved | 4/10/2012 2:38:56 PM | |
| Doug Draudt | Approved | 4/10/2012 8:10:20 AM | This is a fixed price contract |

Please route a copy of the signed ATR to Corporate Procurement

| ATR No: 141455 | ATA No: C075S482C | Ref No: LALB-120405-1 |
|---|---|---|

| Edit Task Request | Approval Routing | Invoicing | Copy | Print | Return |
|---|---|---|---|---|---|

*Mailed At*
*Sherry*
*Stacy*

*3/29/14*

Doyenne Constructors, LLC
P O Box 127
Mariah Hill, IN  47556
812-937-0016


LUMINANT GENERATION COMPANY LLC
1601 BRYAN ST. 21ST FLOOR
DALLAS, TX  75201-3411

INVOICE ID:  1782
DRAW ID:  800512-00016
DATE:  March 29,2014

CONTRACT ID:      800512
SA4 UPGRADE BOILER LIGHTING
LOCATION:        ATR NO: 141455
                 ATA NO: C0755482C
                 REF NO: LALB-120405-1
                 LUMINANT SANDOW
                 3708 CHARLES MARTIN HALL RD FM 1786
                 ROCKDALE TX  76567

CUSTOMER ID:  LUMGEN

| Item Id | Description | Contract Amount | Completed To Date | Retainage | Less Previous Billings | Total This Invoice Less Retainage |
|---|---|---|---|---|---|---|
| 1 | MOBILIZATION - MATERIAL | 18,000.00 | 18,000.00 | | 18,000.00 | |
| 2 | OUTAGE WORK COMPLETED | 67,000.00 | 67,000.00 | | 67,000.00 | |
| 3 | NON OUTAGE WORK LEVEL 1-5 | 408,269.00 | 305,453.55 | | 305,453.55 | |
| 4 | NON OUTAGE WORK LEVEL 5.33-9.5 | 408,270.00 | 309,536.95 | | 309,536.95 | |
| 5 | DEMOBILIZATION | 45,000.00 | 45,000.00 | | | 45,000.00 |
| 6 | MOBILIZATION - LABOR | 2,000.00 | 2,000.00 | | 2,000.00 | |
| 7 | CO#1 SQUARE D BREAKERS (3) | 1,739.95 | 1,739.95 | | 1,739.95 | |
| 8 | CO#2 LABOR TO FERRY MATERIAL | 17,120.00 | 17,120.00 | | 17,120.00 | |
| 9 | CO#3 INST PNL 402, 403, 408 | 12,024.00 | 12,024.00 | | 12,024.00 | |
| 10 | CO#5 FIXTURE DISPOSAL SERVICE | 20,825.00 | 4,083.00 | | 4,083.00 | |
| 11 | UNIT PRICING THRU 3/21/13 | 89,652.02 | 89,652.02 | | 89,652.02 | |
| | Total | 1,089,899.97 | 871,609.47 | | 826,609.47 | 45,000.00 |

Invoice Sub-total                                                45,000.00

Amount due this Invoice                                          $45,000.00

Contract Summary

| Original amount | Approved changes | Revised amount | Invoiced amount | Remaining amount | Billed percent | Retainage balance |
|---|---|---|---|---|---|---|
| 1,038,191.02 | 51,708.95 | 1,089,899.97 | 871,609.47 | 218,290.50 | 79.97 % | 0.00 |



▶▶ Pull To Open

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonline

U.S. POSTAGE
PAID
...
JUN ... 14
...
**$5.60**
00050313-02

PLEASE PRESS FIRMLY          PLEASE PRESS FIRMLY

1006      18163



## PRIORITY MAIL
**UNITED STATES POSTAL SERVICE**

## Flat Rate
## Mailing Envelope

For Domestic and International Use

Visit us at usps.com

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

 

UNITED STATES POSTAL SERVICE®          18 JUN 0 4 2014



USPS TRACKING #

4 9011 2308 9974 6163 '22

From/Expéditeur:
Dayenne Constructors LLC
PO Box 127
Mariah Hill IN 47556

FILED / RECEIVED

JUN 0 4 2014

EPIQ SYSTEMS

To/Destinataire:
Energy Future Holdings Claim Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York NY 10163 - 4613



USPS packaging products have been awarded Cradle to Cradle Certification™ for their ecologically-intelligent design. For more information go to mbdc.com/usps
Cradle to Cradle Certified™ is a certification mark of MBDC.

Please recycle.


Recycled
Paper

Country of Destination/Pays de destination:



EP14F

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.

EP14F/FLAT PACK  OCT 2008

PRESS FIRMLY TO SEAL                    PRESS FIRMLY TO SEAL

 

U.S. POSTAGE
PAID
DALE IN
47523
SEP 04 15
AMOUNT
**$5.75**
R2305K139304-03

1006                10163

# PRIORITY
## ★ MAIL ★

 **DATE OF DELIVERY SPECIFIED***

 **USPS TRACKING™ INCLUDED***

 **INSURANCE INCLUDED***

 **PICKUP AVAILABLE**

* Domestic only

FROM:

Doyenne
PO Box 127
Mariah Hill IN
47556

**RECEIVED**

**SEP 1 1 2015**

~~LEGAL SERVICES~~

TO:

Energy Future Holdings Corp
Claims Processing Center
c/o Epiq Bankruptcy Solutions. llc

FWD: P.O. Box 4420
BEAVERTON, OR        o13
97076

**WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.**



Expected Delivery Day: 09/08/2015

**USPS TRACKING NUMBER**





9505 5120 0437 5247 0002 03

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

 **UNITED STATES POSTAL SERVICE®**

| | **PROOF OF CLAIM** |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | COURT USE ONLY |

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

| Name of Debtor: **Oak Grove Management Co., LLC** | Case Number: **14-10979** |
|---|---|

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)

**0000011486**

**NOTE:** Do not use this form to make a claim for an administrative expense that arises *after* the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

**Doyenne Constructors, LLC
P.O. Box 127
Mariah Hill, IN 47556**

Telephone number: **812-686-1350**    Email: **cindy@doycon.com**

☑ Check this box if this claim amends a previously filed claim.

Court Claim Number: **1104**
*(If known)*
Filed on: **6-4-2014**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED
SEP 11 2015
LEGAL SERVICES**

Name and address where payment should be sent (if different from above):

Telephone number:    Email:

COURT USE ONLY

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$_____

**1. Amount of Claim as of Date Case Filed:**    $ **8,900.00**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2. Basis for Claim:** **Goods Sold + Services Provided**
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** ___ ___ ___ ___
3a. Debtor may have scheduled account as: _____
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:
☑ Real Estate    ☐ Motor Vehicle    ☑ Other

Describe:
Value of Property: $_____
Annual Interest Rate _____% ☐ Fixed  or  ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:
$_____
Basis for perfection: **Texas Constitutional Lien**
Amount of Secured Claim: $ **8,900.00**
Amount Unsecured: $_____

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____    (See instruction #6)

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature: (See instruction #9)** Check the appropriate box:
☑ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)    authorized agent. (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Address, telephone number, and email
(if different from notice address above):

Print Name: **Cynthia Bettag-Smith**    (Signature) **Cynthia Bettag-Smith**
Title: **Managing Member**
Company: **Doyenne Constructors LLC**    (Date) **9-4-15**

Telephone number: _____
Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**PROOF OF CLAIM**

**COURT USE ONLY**

Filed: USBC - District of Delaware
Energy Future Holdings Corp., et al., Et Al.
14-10979 (CSS)        0000001104

Name of Debtor:
**Oak Grove Management Co, LLC**

Case Number:

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:
**Doyenne Constructors, LLC**
**P O Box 127**
**Mariah Hill, IN 47556**

Telephone number: **812-686-1350**    Email: **cindy @ doycon.com**

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**FILED / RECEIVED**

**JUN - 4 2014**

**Epiq Bankruptcy Solutions, LLC**

Name and address where payment should be sent (if different from above):

Telephone number:          Email:

COURT USE ONLY

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

**1.    Amount of Claim as of Date Case Filed:**    $ **8,900.00**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2.    Basis for Claim:**  **Goods Sold + Services Provided**
(See instruction #2)

**3.    Last four digits of any number by which creditor identifies debtor:** ___ ___ ___ ___
**3a. Debtor may have scheduled account as:** _____
(See instruction #3a)

**4.    Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:**
☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $_____
Annual Interest Rate _____% ☐ Fixed or ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**

$_____

Basis for perfection: _____

Amount of Secured Claim:  $_____

Amount Unsecured:  $_____

**6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____** (See instruction #6)

**7.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8.    Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9.    Signature:** (See instruction #9)   Check the appropriate box:
☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their  ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)   authorized agent. (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Cynthia Bettag-Smith**
Title: **Managing Member**
Company: **Doyenne Constructors, LLC**

**Cynthia Bettag-Smith**
(Signature)
**5-30-14**
(Date)

Address, telephone number, and email (if different from notice address above):

Telephone number: _____
Email: _____

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## Standard Invoice

**Status**
Invoice: **Approved**
Routing: **Acknowledged**

| | | | |
|---|---|---|---|
| **Invoice #:** | 1789a | Subtotal: | **$8,900.00 USD** |
| **Invoice Date:** | Friday 11 Apr 2014 3:01 PM GMT-05:00 | Total Tax: | $0.00 USD |
| | | Total Gross Amount: | $8,900.00 USD |
| **Original Purchase Order:** | 88362 | Total Net Amount: | $8,900.00 USD |
| | | **Amount Due:** | **$8,900.00 USD** |

**Submission Method:** Online
**Origin:** Supplier
**Source Document:** Purchase Order

**Remit To:**
Cindy Bettag-Smith

Postal Address:
PO BOX 127
MARIAH HILL, IN 47556
United States
Remit To ID:002880050

Tax ID of Supplier: 010888466

**Supplier:**
Doyenne Constructors, LLC

Postal Address:
3470 Jack C Hays Trail
Unit 1E
Buda, TX 78610
United States
Address ID:Texas Regional Office

**Bill To:**
Accounts Payable

Postal Address(default):
P.O. Box 20
Dallas, TX 75221-0020
United States
Address ID:OKG001

**Customer:**
Energy Future Holdings

Postal Address:
1601 Bryan Street
Dallas, TX 75201
United States

**SHIPPING INFORMATION:**

**Ship From:**
Doyenne Constructors, LLC

Postal Address:
P.O. Box 127
6160 East SR 62
Mariah Hill, IN 47556
United States

**Ship To:**
Energy Future Holdings

Postal Address:
1601 Bryan Street
Dallas, TX 75201
United States

**PAYMENT TERMS:**

Net Term:  60 Days
**Original Purchase Order:** 88362

| Invoice Line # | Line Ref # | Type | Part # | Quantity | Unit | Unit Price |
|---|---|---|---|---|---|---|
| 1 | 2 | Service | Supplier Part #: Not Available | 4,618 | E48 | $1.00 USD |

Description: Change Order For Additional Storage
Cabinets

**Service Period:**
Start Date : 7 Jan 2014

End Date :  17 Jan 2014

|  |  | Subtotal: | $4,618.00 USD |
|---|---|---|---|
|  |  | Gross Amount: | $4,618.00 USD |
|  |  | Net Amount: | $4,618.00 USD |

| 2 | 6 | Service | Supplier Part #: Not Available | 1,320 | E48 | $1.00 USD |
|---|---|---|---|---|---|---|

Description: Change Order Install Porch Lighting

**Service Period:**
Start Date : 7 Jan 2014
End Date :  17 Jan 2014

|  |  | Subtotal: | $1,320.00 USD |
|---|---|---|---|
|  |  | Gross Amount: | $1,320.00 USD |
|  |  | Net Amount: | $1,320.00 USD |

| 3 | 9 | Service | Supplier Part #: Not Available | 788.4 | E48 | $1.00 USD |
|---|---|---|---|---|---|---|

Description: Change Order Add Steps and ADA/TAS
          Ramp with Handrails

**Service Period:**
Start Date : 7 Jan 2014
End Date :  17 Jan 2014

|  |  | Subtotal: | $788.40 USD |
|---|---|---|---|
|  |  | Gross Amount: | $788.40 USD |
|  |  | Net Amount: | $788.40 USD |

| 4 | 10 | Service | Supplier Part #: Not Available | 2,173.6 | E48 | $1.00 USD |
|---|---|---|---|---|---|---|

Description: Change Order Install Additional Electrical
          Outlets and 3 Phase Power

**Service Period:**
Start Date : 7 Jan 2014
End Date :  17 Jan 2014

|  |  | Subtotal: | $2,173.60 USD |
|---|---|---|---|
|  |  | Gross Amount: | $2,173.60 USD |
|  |  | Net Amount: | $2,173.60 USD |

**Tax Summary**

https://service.ariba.com/Supplier.aw/128579102/aw?awr=i&awssk...

## Invoice Summary

Subtotal: $8,900.00 USD

Total Tax:       $0.00 USD

Total Gross Amount: $8,900.00 USD

Total Net Amount: $8,900.00 USD

Amount Due: $8,900.00 USD

5/30/2014 3:57 PM

▶▶ Pull To Open

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonline

**PLEASE PRESS FIRMLY**                                    **PLEASE PRESS FIRMLY**

  

U.S. POSTAGE
PAID
$5.60



# PRIORITY MAIL®
## UNITED STATES POSTAL SERVICE

## Flat Rate
## Mailing Envelope

*For Domestic and International Use*

*Visit us at usps.com*

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.


UNITED STATES
POSTAL SERVICE®


**USPS TRACKING #**

From/Expéditeur:
Doyenne Construction LLC
PO Box 127
Mariah Hill IN 47556

FILED / RECEIVED
JUN 04 2014
EPIQ SYSTEMS

To/Destinataire:
Energy Future Holdings Claim Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York NY 10163-4613

Country of Destination/Pays de destination:



USPS packaging products have been awarded Cradle to Cradle Certification™ for their eco-friendly intelligent design. For more information go to mbdc.com/mbdc


Recycled
Paper

Please recycle.



 

U.S. POSTAGE
PAID
DALE, IN
47523
SEP 04, 15
AMOUNT
**$5.75**
R2305K139304-03

1006     10163

**PRESS FIRMLY TO SEAL**          **PRESS FIRMLY TO SEAL**

# PRIORITY®
## ★ MAIL ★

 **DATE OF DELIVERY SPECIFIED***

 **USPS TRACKING™ INCLUDED***

 **$ INSURANCE INCLUDED***

 **PICKUP AVAILABLE**

\* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM:
Doyeune
PO Box 127
Mariah Hill IN
47535

RECEIVED
SEP 11 2015
LEGAL SERVICES

TO:

Energy Future Holdings Corp
Claim Processing Center
C/O Epic Bankruptcy Solutions LLC

FWD: P. O. Box 4420
BEAVERTON, OR 97076  13

SEP 0 8 2015

Expected Delivery Day: 09/08/2015



USPS TRACKING NUMBER

9505 5120 0437 5247 0002 10

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

