## EXHIBIT B

## Summary of 2016 Compensation Programs

| Program Name | Program Description | Number of Participants[1] | Performance Metrics | 2016 Cost |
|---|---|---|---|---|
| 2016 Executive Annual Incentive Plan[2] | Incentive program for senior employees with target payments for participants based on achievement of certain performance metrics | 23 employees (insider) | Company and individual performance metrics<br><br>See Filsinger Declaration at Table 1-1. | $7.4 million (at baseline) |
| | | 43 employees (non-insider) | | $4.3 million (at baseline) |
| 2016 Key Leader Performance Program | Incentive program with target payments based on the achievement of certain performance metrics over quarterly periods | 17 employees | Company and individual performance metrics<br><br>See Filsinger Declaration at Table 1-2. | $3.5 million (at baseline) |
| 2016 Luminant Commercial Incentive Plan[3] | Incentive program based on the aggregate incremental value that Luminant achieves on all commercial trading transactions for that year | 1 employee (insider) | Payments contingent on achievement of incremental value by Luminant on commercial trading transactions | ■ |
| | | 47 employees (non-insider) | | $3.4 million |
| 2016 SPC Supplemental Incentive Award | Incentive program for SPC members with target payments for participants based on achievement of certain performance metrics over semi-annual periods | 6 employees | Company and individual performance metrics<br><br>See Filsinger Declaration at Table 5-9. | $7.1 million |

---

[1] The number of participants in the 2016 compensation programs and the costs of the 2016 AIP and EAIP as set forth in this Motion are subject to change. The cost estimates for the 2016 AIP and EAIP are at baseline amount based on current headcount and salaries—actual costs will depend on application of the plan document formulas and scorecard results and therefore may vary from these estimates. In addition, increases in base salary for select employees may be made as part of the Debtors' annual review and merit process, which will be completed in March of 2016.

[2] The Debtors also seek approval of the Annual Incentive Plan for a single employee who may be an insider because the employee is married to a member of senior management. The employee is included in the Executive Annual Incentive Plan numbers, but participates only in the Annual Incentive Plan. Those two plans have basically identical terms, and the amounts for the Executive Annual Incentive Plan set forth in this table include the employee's potential AIP award.

[3] Potential cost and payment amounts of the Luminant CIP are contingent on actual, incremental value generated by Luminant on commercial trading transactions, and therefore may vary from this estimate.

| Program Name | Program Description | Number of Participants[1] | Performance Metrics | 2016 Cost |
|---|---|---|---|---|
| 2016 Annual Incentive Plan | Incentive program for non-insider employees with target payments for participants based on achievement of certain performance metrics | 5,206 employees | Company and individual performance metrics<br><br>See Filsinger Declaration at Table 1-1. | $55.3 million (at baseline) |
| 2016 Key Leader Plan | Retention program with target payments over quarterly periods | 173 employees | None | $8.0 million |
| 2016 Luminant Developer Incentive Plan | Incentive program based on the completion or milestones reached for certain commercial development projects for that year | 10 employees | Milestone markers based on the progress of certain commercial projects | $0.13 million |
| 2016 Individual Bonus Payments | Retention programs and certification bonuses for certain crucial non-insider employees | 170 employees | None for retention programs, maintenance of certifications for other employees, specifically nuclear engineers | $1.6 million |