# Exhibit A

# Incentive Program Names (Where Available)

| Company | Plan Name |
|---|---|
| Allied Nevada Gold Corp. | Key Employee Incentive Plan |
| Borders Group | Key Employee Incentive Plan |
| Bordier's Nursery | Operations Retention Plan |
| Bruno's Supermarkets | Sale and Retention Plan |
| Buffets Restaurants Holdings | Key Employee Incentive Plan |
| Coldwater Creek | Key Employee Incentive Plan |
| CDX Gas | Non-Insider Employee Retention Plan |
| Chemtura | 2009 Management Incentive Plan |
| Chesapeake | Retention Plan |
| Circuit City Stores | Retention Plan |
| Coldwater Creek | Key Employee Incentive Plan |
| Eastman Kodak | Emergence Performance Plan |
| Eddie Bauer Holdings | Key Executive Incentive Plan |
| Eurofresh | Key Employee Retention Plan |
| Exide Technologies | Key Employee Incentive Plan |
| Extended Stay Hotels | HVM Incentive Program |
| Fedders North America | Residential/Corporate Retention Programs |
| Fleetwood Enterprises | Key Employee Incentive Plan |
| Furniture Brands International | Key Employee Incentive Plan |
| General Growth Properties | Key Employee Incentive Plan |
| Global Aviation | Key Employee Retention Plan |
| Goody's | Non-Insider Retention Plan |
| Great Atlantic & Pacific Tea | Key Employee Incentive Plan |
| KB Toys | Retention Plan |
| Lear | Key Management Incentive Plan |
| Linens Holding | Retention Program |
| Lyondell | Management Incentive Plan |
| Mark IV Industries | Key Employee Incentive Plan |
| Movie Gallery | Key Employee Incentive Plan |
| Neff | Valued Employee Program |
| NII Holdings Inc. | Key Employee Incentive Plan |
| Nortel Networks | Key Employee Retention Plan |
| Reader's Digest | Employee Talent Plan |
| Smurfit-Stone Container | Management Incentive Plan |
| Spansion | Key Executive Incentive Plan |
| Sportsman's Warehouse | Retention Plan |
| Tribune | 2010 Management Incentive Plan |
| Tronox | Key Employee Incentive Plan |
| Visteon | Non-Insider Retention Program |
| Whitehall Jewelers Holdings | Employee Retention Plan |