# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 11/25/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark A. Fink | MMWR | E-Side Committee |
| Mark Shepherd | " | " |
| Heath Kushley | Sullivan Cromwell | " |
| Hosea Trepech | " | " |
| Brian Glueckstein | " | " |
| Brian Hermann, Jacob Adlerstein | Paul Weiss Rifkind Wharton Garrison | Ad Hoc Committee |
| Pauline K. Morgan | Young Conaway | TCEH First Lien Creditors |
| R. Stephen McNeill | Potter Anderson & Corroon | Deutsche Bank New York |
| David Primack | McElroy Deutsch Mulvany Carpenter | RCM Partners |
| Gordon McDaniel | Hogan McDaniel | Contrarian Capital |
| Andrew Remming | Morris Nichols Arsht & Tunnell | EFH Equity Owners |
| David Klauder | Bielli & Klauder | EFH Corp. |
| Jerry Jarvis | Klehr Harrison | UMB Bank, N.A. Indenture Trustee |
| Harold Kaplan | Foley & Lardner | " |
| Jamie Edmonson | Venable LLP | PIMCO |
| Kevin Mann | Cross & Simon | Fidelity |
| Gary Kaplan | Fried Frank | Fidelity |
| Bill Bowden | Ashby & Geddes | Fraud & Lang |
| David R. Hogan | Hogan McDaniel | McDaniel |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 11/25/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| Richard Pedone | Nixon Peabody | American Stock Trust as Trustee |
| John Bird | Fox Rothschild | TCEH Ad Hoc - Unsec Notes |
| Jeffrey Schlerf | " | " |
| Tom Lauria | White & Case | " |
| Chris Shore | " | " |
| Emil Kleinhaus | Wachtell Lipton | EFH Equity Owners |
| Scott Talmadge | Kaye Scholer | EFIH PIK Noteholders York, BSMP, ... |
| Dan DeFrancheschi | Richards Layton & Finger P.A. | Debtors |
| Jason Madron | " | " |
| Marc Kieselstein | Kirkland & Ellis | " |
| Mark McKane | " | " |
| C. Husnick | " | " |
| Stephen Miller | Morris James LLP | Law Debenture New York as Indenture Trustee |
| Daniel Lowenthal | Patterson Belknap | " |
| Harold Kaplan | Foley Lardner | UMB as Trustee |
| Morgan Nyhan | Nixon Peabody | American Stock Trust |
| Arlene Alves | Seward & Kissel | Wilmington Trust as TCEH First Lien Agent |
| Mark Kotwick | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi #6

Calendar Date: 11/25/2015
Calendar Time: 10:00 AM ET

2nd Revision 11/25/2015 06:11 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-01049 | Hearing | 7286981 | Mabel Brown - Client | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 1410979 | Hearing | 7289124 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Meredith Pfister / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7290202 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7290780 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party,Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7289303 | Phil Anker | (212) 230-8890 | Wilmer Cutler Pickering Hale & Dorr, LLP | Plaintiff(s), Delaware Trust Co / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7181434 | Ashley F. Bartram | (512) 475-4937 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7288999 | Lauren Bilzin | (212) 672-2252 | Serengeti Asset Management | Non-Party, Lauren Bilzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7280497 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7288803 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7288827 | Mary E. Ciullo | (617) 345-1088 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7283186 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |

| Energy Future Holdings Corp. | 14-10979 | Hearing | 7286215 | Howard A. Cohen | (302) 467-4200 | Drinker Biddle & Reath LLP | Creditor, Citibank, N.A. / LIVE |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7285995 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7277847 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7239288 | Adam M. Denhoff | (212) 373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee of First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7239238 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7287095 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Indenture / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7250857 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Interested Party, UMB Bank, N.A., as indenture trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7288246 | Jeffrey R. Fine | (214) 462-6455 | Dykema Gossett PLLC | Interested Party, Tex-la Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7237643 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, EFH Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244590 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7290784 | Daniel Fliman | (212) 506-1713 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, The Ad Hoc EFH Legacy Note Holders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7288785 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7286253 | Richard Gitlin - Client | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, Richard Gitlin / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7287090 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Munger, Tolles & Olson LLP/Energy Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7286124 | Todd M. Goren | (212) 468-8000 | Morrison & Foerster | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7287901 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Party Representation |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7286238 | Mark W. Hancock | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244632 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7288942 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holdings, et al. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7291107 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7239234 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244614 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7290192 | Matthew W. Kinskey | (202) 887-4516 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7287506 | Seth Kleinman | (312) 583-2333 | Kaye Scholer LLP | Interested Party, York Capital Management Global Advisors, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7289507 | Mr. Tracy Klestadt | (212) 972-3000 | Klestadt Winters Jureller Southard & Stevens, LLP | Creditor, Mudrick Capital Corporation / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7276977 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7289775 | Ari D. Kunofsky | (202) 353-9187 | U.S. Department of Justice | Creditor, United States of America / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7290722 | Phillip G Laroche | (212) 293-3035 | Guggenheim Securities LLC | Financial Advisor, Guggenheim Securities, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7288949 | Alexander Lees | 212-403-1190 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding, et al. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7288968 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Debtor, Citibank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7288946 | Richard G. Mason | (212) 403-1252 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding LLC & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7288977 | Brian P. Morgan | (212) 248-3272 | Drinker Biddle & Reath LLP | Interested Party, Citibank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7181364 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LIVE |

| Energy Future Holdings Corp. | 14-10979 | Hearing | 7287461 | Tina Moss | | Perkins Coie LLP | (212) 262-6900 | Trustee, Delaware Trust Company / LIVE |
|---|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7276000 | Lars A. Peterson | | Foley & Lardner, LLP | (312) 832-5394 | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7290208 | Abid Qureshi | | Akin Gump Strauss Hauer & Feld LLP | (212) 872-1000 | Interested Party, Ad Hoc Committee Of EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7289346 | Natalie D. Ramsey | | Montgomery, McCracken, Walker & Rhoads, LLP | (215) 772-7354 | Creditor, EFH Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7288797 | Elizabeth Rasskazova | | Polygon Global Partners | +44-207-901-8300 | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7284290 | Rachael Ringer | | Kramer Levin Naftalis & Frankel LLP | (212) 715-9106 | Creditor, The Lien Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7288293 | Brandon Robers | | U.S. Department of Justice | (202) 514-5292 | Creditor, Environmental Protection Agency / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7289039 | Marc B. Roitman | | Chadbourne & Parke LLP | (212) 408-5100 | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7290056 | Matthew M. Roose | | Fried, Frank, Harris, Shriver & Jacobson LLP | (212) 859-8029 | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7283230 | Jeffrey S. Sabin | | Venable LLP | (212) 307-5500 | Creditor, Pacific Investment Management Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7288806 | David Salmons | | Morgan Lewis & Bockius LLP | (202) 739-5651 | Creditor, Pacific Investment Management Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7287896 | Ned S. Schodek | | Shearman & Sterling LLP | (212) 848-7052 | Creditor, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7253379 | Andrea B. Schwartz | | Office of the US Trustee | 302-573-6491 | U.S. Trustee, Andrea Schwartz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7288895 | J. Christopher Shore | | White & Case LLP | 212-819-8394 | Creditor, The Ad Hoc Group of TCEH Unsecured Note Holders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7244933 | Fredric Sosnick | | Shearman & Sterling LLP | 212-848-8571 | Creditor, Deutsche Bank National Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7288945 | Richard A. Stieglitz | | Cahill Gordon & Reindel | (212) 701-3393 ext. 00 | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7286419 | Mark K. Thomas | | Proskauer Rose LLP | (312) 962-3550 | Debtor, Energy Future Holdings, Corp. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7243152 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7288814 | Matthew J. Troy | (202) 514-9038 | U.S. Department of Justice - Civil Division | Representing, U.S. Department of Justice / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7287688 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7289043 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party, Kevin M. Van Dam / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7287082 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7286250 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7285850 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7239243 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7286659 | Peter Young | (312) 962-3528 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7290981 | Alan Zimmerman | (646) 415-8143 | S&P Capital IQ | Non-Party, LCD S&P Capital IQ / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7290189 | David Zylberberg | (212) 558-7881 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 7291886 | Alexander DeFelice | (212) 651-9507 | Matlin Patterson Global Advisors | Interested Party, Alexander DeFelice / LISTEN ONLY |