## **EXHIBIT A**

## **Hours Expended by SOLIC Professionals**

| NAME | TITLE | HOURS 10/01 – 10/31/2015 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 24.0 |
| Raoul Nowitz | Managing Director | 126.0 |
| Paul Hogan | Director | 7.0 |
| Matthew Cumbee | Sr. Associate | 53.0 |
| Hayes Parker | Analyst | 4.0 |
| TOTALS | | 214.0 |