## **EXHIBIT C**

**Expenses by Category**

|  | October 2015 |
|---|---|
| Airfare | $1,340.45 |
| Ground Transportation | $288.23 |
| Hotel & Lodging | $670.26 |
| Meals | $255.04 |
| Mileage | $17.68 |
| TOTALS | $2,571.66 |