**EXHIBIT D**

**Expense Detail**

# Energy Future Holdings Corp – October 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 10/15/2015 | Nowitz, Raoul | AIR - Airfare | $ 703.10 |
| | | Economy class From LAX to ATL for travel related to meeting with Proskauer | |
| 10/21/2015 | Nowitz, Raoul | AIR - Airfare | $ 537.35 |
| | | Round-trip, economy class ATL-LGA for meeting with Proskauer regarding deposition preparation. | |
| 10/21/2015 | Nowitz, Raoul | AIR - Airfare | $ 100.00 |
| | | Flight change fee associated with travel from LGA-ATL | |
| | | **Total Airfare:** | **$ 1,340.45** |
| 10/16/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 70.00 |
| | | Rental car - 1 day | |
| 10/16/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 34.00 |
| | | Atlanta Hartsfield Jax Int'l Airport parking | |
| 10/19/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 40.69 |
| | | Taxi service | |
| 10/19/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 14.65 |
| | | Taxi service | |
| 10/21/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| 10/21/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 60.89 |
| | | Taxi service | |
| | | **Total Ground Transportation:** | **$ 288.23** |
| 10/19/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 254.81 |
| | | Room Rate and Taxes - 1 night in New York | |
| 10/20/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 415.45 |
| | | Room Rate and Taxes - 1 night in New York | |
| | | **Total Hotel and Lodging:** | **$ 670.26** |
| 10/19/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:   R. Nowitz | |
| 10/19/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 23.40 |
| | | Attendee:   R. Nowitz | |
| 10/20/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:   R. Nowitz | |
| 10/20/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 80.00 |
| | | Attendees:   R. Nowitz, M. Thomas (Proskauer) | |
| 10/20/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 20.52 |
| | | Attendee:   R. Nowitz | |
| 10/21/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 11.12 |
| | | Attendee:   R. Nowitz | |
| 10/21/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:   R. Nowitz | |
| | | **Total Out of Town Meals:** | **$ 255.04** |
| 10/19/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 8.84 |
| | | from home to airport | |

**Energy Future Holdings Corp – October 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 10/21/2015 | Nowitz, Raoul | MILES - USA - Mileage<br>from airport to home | $ 8.84 |
| | | Total USA - Mileage: | $ 17.68 |
| | | | $ 2,571.66 |