## EXHIBIT A

### Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION-GENERAL | 1.8 | $1,018.00 |
| FEE APPLICATIONS – OTHERS | 11.6 | $3,974.00 |
| FEE APPLICATIONS – S&L | 12.4 | $4,681.00 |
| HEARINGS | 7.9 | $5,238.50 |
| PLANS OF REORGANIZATION | 2.7 | $1,876.50 |
| PLEADINGS, MOTIONS & BRIEFS | 3.1 | $2,154.50 |
| **TOTAL** | **39.5** | **$18,942.50** |