## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
| --- | :---: |
| COURT CALL APPEARANCES | $286.00 |
| DOCUMENT REPRODUCTION | $69.50 |
| **TOTAL** | **$355.50** |