## EXHIBIT D

### Detailed Description of Expenses and Disbursements

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 10/1/15 | Document Reproduction | $1.30 |
| 109285-00002 | 10/8/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/8/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/8/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/8/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/8/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/8/15 | Document Reproduction | $0.40 |
| 109285-00002 | 10/13/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/13/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/13/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/13/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/13/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/13/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/14/15 | DOCUMENT REPRODUCTION | $0.90 |
| 109285-00002 | 10/14/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 10/15/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/16/15 | Document Reproduction | $1.50 |
| 109285-00002 | 10/16/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/16/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/16/15 | Document Reproduction | $1.00 |
| 109285-00002 | 10/16/15 | Document Reproduction | $1.60 |
| 109285-00002 | 10/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 10/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 10/20/15 | DOCUMENT REPRODUCTION | $1.00 |
| 109285-00002 | 10/20/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 10/22/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/22/15 | Document Reproduction | $0.50 |
| 109285-00002 | 10/22/15 | Document Reproduction | $1.30 |
| 109285-00002 | 10/22/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/22/15 | Document Reproduction | $3.80 |
| 109285-00002 | 10/22/15 | Document Reproduction | $0.50 |
| 109285-00002 | 10/22/15 | Document Reproduction | $2.90 |
| 109285-00002 | 10/23/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/23/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/23/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/23/15 | Document Reproduction | $0.10 |

| Matter | Date | Description | Amount |
|---|---|---|---:|
| 109285-00002 | 10/23/15 | Document Reproduction | $1.60 |
| 109285-00002 | 10/23/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/23/15 | Document Reproduction | $0.40 |
| 109285-00002 | 10/23/15 | Document Reproduction | $0.40 |
| 109285-00002 | 10/23/15 | Document Reproduction | $0.40 |
| 109285-00002 | 10/23/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/23/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/23/15 | Document Reproduction | $1.60 |
| 109285-00002 | 10/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 10/23/15 | COLOR DOCUMENT REPRODUCTION | $35.50 |
| 109285-00002 | 10/26/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/26/15 | Document Reproduction | $0.40 |
| 109285-00002 | 10/26/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/27/15 | DOCUMENT REPRODUCTION | $0.00 |
| 109285-00002 | 10/15/15 | Courtcall Appearance on 10/15/15 (Trevor Broad) | $121.00 |
| 109285-00002 | 10/28/15 | Document Reproduction | $0.70 |
| 109285-00002 | 10/28/15 | Document Reproduction | $0.70 |
| 109285-00002 | 10/28/15 | Document Reproduction | $0.40 |
| 109285-00002 | 10/28/15 | Document Reproduction | $1.30 |
| 109285-00002 | 10/28/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 10/28/15 | DOCUMENT REPRODUCTION | $1.20 |
| 109285-00002 | 10/28/15 | DOCUMENT REPRODUCTION | $0.90 |
| 109285-00002 | 10/29/15 | Document Reproduction | $1.90 |
| 109285-00002 | 10/30/15 | Document Reproduction | $0.10 |
| 109285-00002 | 10/30/15 | Document Reproduction | $1.50 |
| 109285-00002 | 10/30/15 | Courtcall Appearance on 10/26/15 (Camille Bent) | $30.00 |
| 109285-00002 | 10/28/15 | Courtcall Appearance on 10/28/15 (Trevor Broad) | $135.00 |
| | | **TOTAL** | **$355.50** |

SL1 1392887v1 109285.00006