# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al*.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF WITHDRAWAL
### (RE: D.I. 7147)

PLEASE TAKE NOTICE that SOLIC Capital Advisors, LLC hereby withdraws the *Tenth Monthly Fee Statement of SOLIC Capital Advisors, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from October 1, 2015 to October 30, 2015* (D.I. 7147), which was erroneously filed on November 25, 2015.

**BIELLI & KLAUDER, LLC**

Date: November 25, 2015

*/s/ Cory P. Stephenson*
David M. Klauder (No. 5769)
Cory P. Stephenson (No. 6097)
1204 N. King Street
Wilmington, DE 19801
Phone: 302-803-4600
Fax: 302-397-2557
dklauder@bk-legal.com
cstephenson@bk-legal.com

and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**PROSKAUER ROSE LLP**

Jeff J. Marwil (*pro hac vice* admission pending)
Mark K. Thomas (*pro hac vice* admission pending)
Peter J. Young (*pro hac vice* admission pending)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Phone:  (312) 962-3550
Fax:  (312) 962-3551
jmarwil@proskauer.com
mthomas@proskauer.com
pyoung@proskauer.com

*Proposed Co-Counsel to the Debtor*
*Energy Future Holdings Corp.*