# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP. et. al.

Chapter 11

Case No. 14-10979 (CSS)

State of California ) 
)ss 
County of Sonoma )

## AFFIDAVIT OF MICHELLE ZYGIELBAUM

1. Michelle Zygielbaum being duly sworn deposes and states as follows:

2. I reside at 3944 Silver Fox Ct Santa Rosa Ca 95403

3. I am married to Mr. Paul Zygielbaum.

4. Paul worked as a project manager for the Electric Power Research Institute and was on loan to Portland General Electric Company as a consulting engineer, who stationed him at the EFH Beaver Generating station at Clatskanie Oregon from November 1977 to August 1978.

5. His job was a startup engineer on the newly installed steam turbine generator unit.

6. While working at that plant he was exposed to asbestos which was used in building many aspects of the plant.

7. Paul contracted Mesothelioma from this exposure, but luckily he has survived his disease till now.

8. While Paul was working at the plant he did not change his clothes before coming home from work.

9. He would come home and sit on the furniture in our house in the clothes he wore to work.

10. Our clothes were mingled in hampers before they were washed.

11. I routinely washed our clothes.

12. Before washing the clothes I would often shake out Paul's clothes from the plant as they were dusty.

13. I would get the dust from the clothes on me as I did this.

14. Although the company knew or should have known that my husband was exposed to asbestos at the plant, we did not receive any notice from the company advising me that I might have an unmanifested claim as a family member of someone exposed to asbestos.

15. I am seeking to represent a class of all persons similarly situated to me, who are family members of persons who worked at an EFH facility who were exposed to asbestos through contact with clothing etc. of family members.

16. Since my husband's illness I have been committed to promoting the rights of victims of asbestos and I will faithfully represent the class.

FURTHER DEPONENT SAYETH NOT

_____
Michelle Zygielbaum

Signed and sworn to before
me this 21 day of November
2015

_____
Notary Public

STEPHANIE ORTIZ
COMM. #2119830
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires July 17 2019