# EXHIBIT D

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Energy Future Holdings Corp., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>Jointly Administered<br><br>Hearing Date: December 16, 2015 at 9:30 a.m.<br>Objection Deadline: December 9, 2015 at 4:00 p.m. |

## ORDER APPROVING THE MOTION FOR APPLICATION OF FED. R. BANKR. P. 7023 TO THIS PROCEEDING AND TO CERTIFY A CLASS PURSUANT TO FRCP RULE 23

Upon the Motion for Application of Fed. R. Bankr. P. 7023 to this Proceeding and to Certify a Class Pursuant to FRCP Rule 23 (the "Motion") of Claimants Michael Cunningham, Joe Arabie, and Michelle Ziegelbaum (hereinafter collectively "Class Claimants"), for entry of an order (this "Order"), exercising this court's discretion to apply FED. R. BANKR. P. 7023 to Class Claimant's "Proof of Unmanifested Asbestos Claim" (hereinafter "class proofs of claim") and certifying the class proofs of claim brought by Class Claimants on behalf of themselves and class of similarly situated persons, all as more fully set forth in the Motion; and upon the Affidavits of the Class Claimants; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Class Claimants provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at the hearing, if any, before the Court

(the "Hearing"); and the Court having determined that the legal and factual basis set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings has before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted in its entirety.

Dated: _____

                                                The Honorable Christopher S. Sontchi
                                                United States Bankruptcy Judge