**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Energy Future Holdings Corp., *et al.,*<br><br>                    Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>Jointly Administered<br><br>Hearing Date: December 16, 2015 at 9:30 a.m.<br>Objection Deadline: December 9, 2015 at 4:00 p.m. |

**NOTICE OF "MOTION FOR APPLICATION OF FED. R. BANKR. P. 7023 TO THIS PROCEEDING AND TO CERTIFY A CLASS PURSUANT TO FRCP RULE 23"**

      PLEASE TAKE NOTICE that, on November 25, 2015, Claimants Michael Cunningham, Joe Arabie, and Michelle Ziegelbaum (hereinafter collectively "Class Claimants") filed the attached Motion for Application of Fed. R. Bankr. P. 7023 to this Proceeding and to Certify a Class Pursuant to FRCP Rule 23 (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

      PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801, and served upon and received by the undersigned counsel for the Class Claimants on or before **December 9, 2015 at 4:00 p.m. (Eastern Standard Time)**.

      PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served, and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before the Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 N. Market St., 5th Floor, Courtroom 6, Wilmington, DE 19801 on **December 16, 2015 at 9:30 a.m. (Easter Standard Time).**

      IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY

GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, DE
November 25, 2015

By: /s/ *Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

-and-

Jeanne Mirer (NY Bar # 4546677)
Law Offices of Jeanne Mirer
1700 Broadway, 21st Floor
New York, NY 10019
Telephone: (212) 231-2235
Facsimile: (212) 765-8954
*Counsel for the Class Claimants*