# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | |
| CORP., et al., ) | Case No. 14-10979 (CSS) |
| ) | Jointly Administered |
| Debtors. ) | |

## NOTICE OF WITHDRAW
Docket Entry: 7134

PLEASE TAKE NOTICE that Doyenne Constructors LLC hereby withdraws, without prejudice, the *Motion of Doyenne Constructors LLC's Motion to Approve and/or for Leave to Amend Claims Nos. 1102-1104* filed on November 25, 2015.

**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

*/S/ Bernard G. Conaway*
Bernard G. Conaway, Esquire (DE 2856)
The Nemours Building, Suite 1130
1007 North Orange Street
Wilmington, DE 19801
(302) 425-5089
Email: bconaway@cohenseglias.com

*Attorney for Doyenne Constructors LLC*

DATE: November 25, 2015
Wilmington, DE

3623923.1 53544-0001