EXHIBIT C

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**COURT USE ONLY**

Name of Debtor: Luminant Mining Company LLC          Case Number:

Filed: USBC - District of Delaware
Energy Future Holdings Corp., et al., Et Al.
14-10979 (CSS)    0000001102

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

Doyenne Constructors, LLC
P O Box 127
Mariah Hill, IN 47556

Telephone number: 812-686-1350     Email: cindy@doycon.com

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
(If known) _____
Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**FILED / RECEIVED**
JUN – 4 2014
Epiq Bankruptcy Solutions, LLC

Name and address where payment should be sent (if different from above):

Telephone number:     Email:

**COURT USE ONLY**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$ _____

1. **Amount of Claim as of Date Case Filed:** $ 98,000.00
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Goods Sold + Services Provided (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: Oak Grove Mgmt, 0135721 Duck Pond Kosse (See instruction #3a)

4. **Secured Claim (See instruction #4)** Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe: _____
Value of Property: $_____
Annual Interest Rate ___% ☐ Fixed or ☐ Variable (when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:
$ _____
Basis for perfection: _____
Amount of Secured Claim: $ _____
Amount Unsecured: $ _____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $** _____ (See instruction #6)
7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8 and definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. **Signature: (See instruction #9)** Check the appropriate box:
☒ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cynthia Bettag-Smith
Title: Managing Member
Company: Doyenne Constructors LLC
(Signature) Cynthia Bettag-Smith
(Date) 5-30-2014

Address, telephone number, and email (if different from notice address above):
Telephone number: _____ Email: _____

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**DOYENNE CONSTRUCTORS ,LLC**
**P.O. BOX 127**
**MARIAH HILL, IN  47556**
812-937-0016

OAK GROVE MANAGEMENT CO LLC
ATTN: ACCOUNTS PAYABLE
P.O. BOX 20
DALLAS, TX  75221-0020

INVOICE ID:          1779 **retainage billed**

DATE:        March 21, 2014

CONTRACT ID: 800114
D135 / E-1 DUCK POND KOSSE
LOCATION: CONTRACT A01941958
   KOSSE MINE
   4731 SH 73
   KOSSE, TX  76653

CUSTOMER ID: OAKGRO
CONTRACT A01941958

| Item ID | Description | Contract Amount | Completed to Date | 10% Retainage | Less Previous Billings | Total This Invoice Less Retainage |
|---------|-------------|-----------------|-------------------|---------------|------------------------|-----------------------------------|
| 1 | STAIRS - MOBILIZATION | $ 1,146.00 | $ 1,146.00 | $ 114.60 | $ 1,146.00 | $ 114.60 |
| 2 | STAIRS - MATERIAL | $ 2,578.00 | $ 2,578.00 | $ 257.80 | $ 2,578.00 | $ 257.80 |
| 3 | STAIRS - LABOR | $ 7,734.00 | $ 7,734.00 | $ 773.40 | $ 7,734.00 | $ 773.40 |
| 4 | INLETS & DROP ROCK - MOBILIZE | $ 21,636.00 | $ 21,636.00 | $ 2,163.60 | $ 21,636.00 | $ 2,163.60 |
| 5 | INLETS & DROP ROCK - MATERIAL | $ 24,906.00 | $ 24,906.00 | $ 2,490.60 | $ 24,906.00 | $ 2,490.60 |
| 6 | INLETS & DROP ROCK - LABOR | $ 40,000.00 | $ 40,000.00 | $ 4,000.00 | $ 40,000.00 | $ 4,000.00 |
|  | TOTAL | $ 98,000.00 | $ 98,000.00 | $ 9,800.00 | $ 98,000.00 | $ 9,800.00 |

retainage billed                                        $  9,800.00

Retainage held                                          $       -

Amount due this invoice                                 $  9,800.00

**DOYENNE CONSTRUCTORS ,LLC**
**P.O. BOX 127**
**MARIAH HILL, IN  47556**
812-937-0016

OAK GROVE MANAGEMENT CO LLC
ATTN: ACCOUNTS PAYABLE
P.O. BOX 20
DALLAS, TX  75221-0020

INVOICE ID: 1765REV

DATE:        March 7, 2014

CONTRACT ID: 800114
D135 / E-1 DUCK POND KOSSE
LOCATION: CONTRACT A01941958
    KOSSE MINE
    4731 SH 73
    KOSSE, TX  76653

CUSTOMER ID: OAKGRO
CONTRACT A01941958

| Item ID | Description | Contract Amount | Completed to Date | 10% Retainage | Less Previous Billings | Total This Invoice Less Retainage |
|---------|-------------|-----------------|-------------------|---------------|------------------------|-----------------------------------|
| 1 | STAIRS - MOBILIZATION | $   1,146.00 | $   1,146.00 | $   114.60 | $        - | $   1,031.40 |
| 2 | STAIRS - MATERIAL | $   2,578.00 | $   2,578.00 | $   257.80 | $        - | $   2,320.20 |
| 3 | STAIRS - LABOR | $   7,734.00 | $   7,734.00 | $   773.40 | $        - | $   6,960.60 |
| 4 | INLETS & DROP ROCK - MOBILIZE | $  21,636.00 | $  21,636.00 | $  2,163.60 | $        - | $  19,472.40 |
| 5 | INLETS & DROP ROCK - MATERIAL | $  24,906.00 | $  24,906.00 | $  2,490.60 | $        - | $  22,415.40 |
| 6 | INLETS & DROP ROCK - LABOR | $  40,000.00 | $  20,000.00 | $  2,000.00 | $        - | $  18,000.00 |
|   | TOTAL | $  98,000.00 | $  78,000.00 | $  7,800.00 | $        - | $  70,200.00 |

| | |
|---|---|
| Invoice Subtotal | $   78,000.00 |
| Retainage held | $   (7,800.00) |
| Amount due this invoice | $   70,200.00 |

**DOYENNE CONSTRUCTORS ,LLC**
**P.O. BOX 127**
**MARIAH HILL, IN  47556**
812-937-0016

OAK GROVE MANAGEMENT CO LLC
ATTN: ACCOUNTS PAYABLE
P.O. BOX 20
DALLAS, TX  75221-0020

INVOICE ID:        1778

DATE:        March 21, 201￠

CONTRACT ID: 800114
D135 / E-1 DUCK POND KOSSE
LOCATION: CONTRACT A01941958
    KOSSE MINE
    4731 SH 73
    KOSSE, TX  76653

CUSTOMER ID: OAKGRO
CONTRACT A01941958

| Item ID | Description | Contract Amount | Completed to Date | 10% Retainage | Less Previous Billings | Total This Invoice Less Retainage |
|---------|-------------|----------------:|------------------:|--------------:|----------------------:|----------------------------------:|
| 1 | STAIRS - MOBILIZATION | $ 1,146.00 | $ 1,146.00 | $ 114.60 | $ 1,146.00 | $ - |
| 2 | STAIRS - MATERIAL | $ 2,578.00 | $ 2,578.00 | $ 257.80 | $ 2,578.00 | $ - |
| 3 | STAIRS - LABOR | $ 7,734.00 | $ 7,734.00 | $ 773.40 | $ 7,734.00 | $ - |
| 4 | INLETS & DROP ROCK - MOBILIZE | $ 21,636.00 | $ 21,636.00 | $ 2,163.60 | $ 21,636.00 | $ - |
| 5 | INLETS & DROP ROCK - MATERIAL | $ 24,906.00 | $ 24,906.00 | $ 2,490.60 | $ 24,906.00 | $ - |
| 6 | INLETS & DROP ROCK - LABOR | $ 40,000.00 | $ 40,000.00 | $ 4,000.00 | $ 20,000.00 | $ 18,000.00 |
| | TOTAL | $ 98,000.00 | $ 98,000.00 | $ 9,800.00 | $ 78,000.00 | $ 18,000.00 |

Invoice Subtotal        $ 20,000.00

Retainage held        $ (2,000.00)

Amount due this invoice        $ 18,000.00

AMENDMENT NO. 01

DATED MARCH 1, 2014

TO

STANDARD PURCHASE ORDER FOR SERVICES

FOR

KOSSE E-1 POND STEPS AND D-135 INLETS AND DROP STRUCTURES

A1941958

BY AND BETWEEN

DOYENNE CONSTRUCTORS LLC

AND

LUMINANT MINING COMPANY LLC

DATED JANUARY 8, 2014

Contract No. A1941958A1941958

## AMENDMENT NO. 01

**EFFECTIVE DATE**

The Effective Date of this Amendment is March 1, 2014.

**PURPOSE**

This Amendment modifies, alters or changes specific terms and conditions of Contract No. A1941958 ("Agreement") that exists between the parties hereto.  Except as modified in this Amendment or previous amendments, the Agreement will remain in full force and effect.

**MODIFICATIONS**

The Agreement is modified as follows:

    **TERM**

    The term of the Agreement is extended to May 31, 2014

    **COMPENSATION**

    CONTRACTOR is due no additional compensation solely as a result of extending the completion date.

The parties have signed this Amendment acknowledging their agreement to its provisions as of the Effective Date.

Doyenne Constructors LLC

By: *Cynthia Bettas-Smith*
    Signature

Name: *Cynthia Bettas-Smith*

Title: *Managing Member*

Date: *3-21-14*

Luminant Mining Company LLC

By: *Perry Anderson*
    Signature

    Digitally signed by Perry Anderson
    DN: cn=Perry Anderson, o=Luminant Mining, ou=Mining Supply Chain, email=perry.anderson@luminant.com, c=US
    Date: 2014.03.23 21:10:16 -05'00'

Name:  Perry Anderson

Title:  Procurement Specialist

Date:  03/22/14

▶▶ Pull To Open

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonline

**PLEASE PRESS FIRMLY**                                    **PLEASE PRESS FIRMLY**

U.S. POSTAGE
PAID
OHIE, IN
JUN 02 14
AMOUNT
$5.60
00050313-02

1006    10163

 **PRIORITY**®
**MAIL**
UNITED STATES POSTAL SERVICE

Flat Rate
Mailing Envelope

**For Domestic and International Use**

**Visit us at usps.com**



Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

 UNITED STATES
POSTAL SERVICE®    JUN 0 4 2014

**USPS TRACKING #**

9114 9011 2308 9914 8151 22

From/Expéditeur:
Doyenne Constructors LLC
PO Box 127
Mariah Hill IN 47556

FILED / RECEIVED

JUN 0 4 2014

EPIQ SYSTEMS

To/Destinataire:
Energy Future Holdings Claim Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York NY 10163 - 4613

 USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps
Cradle to Cradle Certified℠ is a certification mark of MBDC.

**Please recycle.**

 Recycled
Paper

Country of Destination/Pays de destination:

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service Oct. 2008. All rights reserved.

EP14F

08270B_PNLEP14F  OCT 2008

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | **PROOF OF CLAIM** |
|---|---|

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**COURT USE ONLY**

Name of Debtor:
Luminant Generation Company LLC

Case Number:

Filed: USBC - District of Delaware
Energy Future Holdings Corp., et al., Et Al.
14-10979 (CSS) 0000001103

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

Doyenne Constructors, LLC
P O Box 127
Mariah Hill, IN 47556

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
(If known) _____
Filed on: _____

**FILED / RECEIVED**

**JUN - 4 2014**

**Epiq Bankruptcy Solutions, LLC**

Telephone number: 812-686-1350   Email: cindy@doycon.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

Telephone number: _____ Email: _____

**COURT USE ONLY**

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

1. **Amount of Claim as of Date Case Filed:** $ 45,000.00
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

2. **Basis for Claim:** Demobilization Charges Per Milestone Schedule
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: Sandow Boiler Lighting Package
(See instruction #3a)

4. **Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____
Value of Property: $ _____
Annual Interest Rate _____ % ☐ Fixed or ☐ Variable (when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:
$ _____

Basis for perfection: _____
Amount of Secured Claim: $ _____
Amount Unsecured: $ _____

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$ _____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____ (See instruction #6)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. **Signature:** (See instruction #9) Check the appropriate box:
☑ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.) authorized agent. (See Bankruptcy Rule 3004.) (See Bankruptcy Rule 3005.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cynthia Bettag-Smith
Title: Managing Member
Company: Doyenne Constructors LLC

(Signature) Cynthia Bettag-Smith
(Date) 5/30/2014

Address, telephone number, and email (if different from notice address above):

Telephone number: _____
Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Project No. 4770004 Upgrade Boiler Lighting**

Contractor shall provide required material, labor, equipment, tools, consumables, etc. to complete work scope included in bid package

Please input data in cells highlighted in yellow only, do not change format or data provided

Time & Material Rate Proposed below will be utilized for potential extended work scope that is not listed in Itemized Price list

## Turnkey Contract Section

| Item No. | Description |
|---|---|
| 1000 | Mobilization complete in place |
| 1001 | Demobilization complete in place |
| 1002 | Furnish and install the Temporary Power and Lighting |
| 1003 | Install Control Power Transformers |
| 1004 | Install General Area Lighting Panels, Lighting Transformers and Lighting Contactor Controls |
| 1005 | Install DC Emergency Lighting Panel and Main Contactor |
| 1006 | Furnish materials and install General Area Lighting conduit, wiring and fixtures per Plan Drawing E- |
| 1007 | Furnish materials and install DC Emergency Lighting conduit, wiring and fixtures per Plan Drawing |

Contractor shall provide firm fixed Pricing for Item 1000 to 1007 listed above

### Cost Summary

| Project # | Unit One 4770004 |
|---|---|
| Material Cost (Include fabrication labor cost) | $ 346,058.00 |
| Construction Labor Cost | $ 603,481.00 |
| Equipment Rental Cost | |
| Subcontractor Cost | |
| OPTIONAL DC SYS ITEM 1005 & 1007 DEDUCT | $ (87,750) |
| Total | $ 860,789.00 |

### Payment Schedule

| Milestones or Date | % or $ |
|---|---|
| Mobilized on site | $20,000 |
| Outage Work Complete | $67,000 |
| Non-Outage Level 1-5 Complete | $408,250 |
| Non-Outage Level 5.39-5.5 | $408,270 |
| De-Mobilized from site | $45,000 |
| | $948,539 |

## Construction Labor Costs

Base Labor — Cost Details, Time and Material Rates

(= Supplier's Assumptions)

| Job /Title | Straight Hr Rate | OT Hr Rate | Crew per shift | # of Days | # of Shifts | Straight Hrs per shift | OT Hrs per shift | Total Straight Hrs | Total OT Hrs | Total Mtrl Cost | # of Days Per Diem | Per Diem ($) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Superintendent | $ 75 | $ 101 | 1 | 84 | 1 | 8 | 3 | 668 | 245 | $ 74,906.25 | 0 | $0 | $ 74,906.25 |
| Project Manager | | | | | | | | | | | 0 | $0 | |
| Onsite Safety Lead | | | | | | | | | | | 0 | $0 | |
| Mechanical Tech. | | | | | | | | | | | 0 | $0 | |
| Mechanical Foreman | $ 63 | $ 85 | 1 | 84 | 1 | 8 | 3 | 668 | 245 | $ 62,309.00 | 0 | $0 | $ 62,309.00 |
| Mechanical Journeyman | $ 52 | $ 71 | 6 | 84 | 1 | 8 | 3 | 4,092 | 898 | $ 279,472.00 | 0 | $0 | $ 279,472.00 |
| Electrical General Foreman | $ 71 | $ 97 | 1 | 84 | 1 | 8 | 2 | 668 | 168 | $ 63,724.00 | 0 | $0 | $ 63,724.00 |
| Electrical Apprentice | $ 42 | $ 57 | 5 | 84 | 1 | 8 | 2 | 3,060 | | $ 128,520.00 | 0 | $0 | $ 128,520.00 |
| | | | | 14 | | | 40 | 9,096 | 1,556 | $ 603,481.25 | | $0 | $603,481 |

Contractor shall list all on site personnel and working hours, update Labor type/title if needed

## Subcontractor Costs

| Subcontractor Names | Work Scope | | Total Cost |
|---|---|---|---|
| N/A | | | |

Please input subcontractor's name and general work scope to be completed

## Equipment Rental Cost

| Equipment Description | Days on Site | Total Cost |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| Equipment Rental/Material Markup % | 15% |
|---|---|
| Per Diem Rate ( person/day) | |

## Cost Costs

| Cost Description | Total Cost |
|---|---|
| | $ |
| | $ |
| | $ |

| Edit Task Request | Approval Routing | Invoicing | Copy | Print | Return | ✿ |

| TXU - Engineering | | | | | | Approved |

# Task Request

**ATR No:** 141455                                                           **Status: COMMIT**
**Contractor:** Doyenne Constructors LLC      **Agreement No:** C0755482C      **ATR Ref No:** LALB-120405-1
**Send EMail:** ☑

Upon receipt of this Task Request, CONTRACTOR is hereby authorized to perform the Work identified on behalf of COMPANY pursuant to the terms and conditions contained in the above referenced Agreement.

**SCOPE OF WORK** – The Work will be performed in accordance with the drawings, specifications, and instructions, if any, attached hereto and identified in the List of Attachments set forth herein and will be scheduled as required through the direction of COMPANY's Contract Coordinator as identified herein. (Use additional pages if more space is necessary.)

**Jobsite/Whse Code:**   162          **Contract Coordinator:** Stanley Rech              **Phone:** 972-955-7964
**Project Description:**   4770J044 - SA4 Upgrade Boiler Lighting Phase I
       **Warranty:**  No          **Equip Down Time:**                          **Equip Up Time:**

| Item No | Task Description | Appr |
|---|---|---|
| 1 | Install Boiler Lighting Phase I in accordance with the documents attached and the drawings referred to in the drawing transmittal attached. | |
| 2 | OPTIONAL DC SYS is included in this contract. | |
| 3 | This is a fixed price contract | |

| Item No | % | Dept ID | Account | Activity | EC | Proj/Veh | Loc | Tax Ind | PRISM Work Order # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 64% | 543252 | 1070000 | 000 | 126 | 4770J044 | 4770 | T | |
| 2 | 36% | 543252 | 1070000 | 000 | 137 | 4770J044 | 4770 | T | |

**Type of Transaction:**          **Type of Property:**                                **Mfg:** No

## CONTRACTOR'S ESTIMATE SUMMARY

**Work Hrs:** 10,652.00   **Labor ($):** $603,481   **Material ($):** $345,058   **Other ($):**   **Total ($):** $948,539

**Shutdown Req:** Yes      **Mobilization (Time & $):**                **Demobilization (Time & $):**

CONTRACTOR will work *N/A* calendar days based on *N/A* hour shifts *N/A* days per week.
**SCHEDULE** – The Work will commence by 4/26/2012 and be completed by 4/1/2013
**INVOICES** - All invoices will be sent to field accounting at: **COMPANY:**  Luminant
      Address:   US Mail to: PO Box 20, Dallas TX 75221-0020 or email to: AP.Invoicing@luminant.com . The invoice must include the ATA number, the ATR number, and the location where the work was performed.
**LIST OF ATTACHMENTS** – COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.
      4770J044 Project Scope IFC.pdf
      4770J044 Drawing Transmittal IFC.pdf
      4770J044 Doyenne Final Proposal.xlsx
      4770J044 Project Scope Block Diagram.pdf

▼ **Attachments**

✕ 📄 4770J044 Doyenne Final Proposal.xlsx 21,813 bytes

✕ 📄 4770J044 Drawing Transmittal IFC.pdf 38,920 bytes

✕ 📄 4770J044 Project Scope Block Diagram.pdf 94,715 bytes

✕ 📄 4770J044 Project Scope IFC.pdf 98,640 bytes

**Upload File:**                              Browse...   Upload

**CONTRACTOR HEREBY ACKNOWLEDGES ACCEPTANCE OF THIS TASK REQUEST**

By: _Cynthia Betley-Smith_

Name: Cynthia Betley-Smith

Title: managing member

Date: Apr 16, 2012

**THIS TASK IS ISSUED ON BEHALF OF COMPANY (FINAL APPROVAL/AUTHORIZATION)**

Electronic Approval By

By: Dale Higginbotham

Name:

Title:

Date: _____

## Electronic Approval

| Approver | Status | Date | Comments |
|---|---|---|---|
| Scott A. Kinczkowski | Approved | 4/12/2012 7:13:23 AM | Was bid out by supply chain and then created ATA. I approve. |
| Gerry Waggoner | Approved | 4/16/2012 7:17:18 AM | |
| Sherry Han | Approved | 4/13/2012 11:52:37 AM | |
| Patresia Holder | Approved | 4/10/2012 10:29:30 AM | |
| David Wade | Approved | 4/9/2012 1:43:09 PM | |
| Dale Higginbotham | Approved | 4/10/2012 2:38:56 PM | |
| Doug Draudt | Approved | 4/10/2012 8:10:20 AM | This is a fixed price contract |

Please route a copy of the signed ATR to Corporate Procurement

| ATR No: 141455 | ATA No: C0755482C | Ref No: LALB-120405-1 |
|---|---|---|

[ Edit Task Request ]   [ Approval Routing ]   [ Invoicing ] [ Copy ] [ Print ] [ Return ]

*mailed AP
Sherry
Stan
3/29/14*

**Doyenne Constructors, LLC**
P O Box 127
Mariah Hill, IN  47556
812-937-0016

LUMINANT GENERATION COMPANY LLC
1601 BRYAN ST. 21ST FLOOR
DALLAS, TX  75201-3411

INVOICE ID:  1782
DRAW ID:  800512-00016
DATE:  March 29,2014

CONTRACT ID:      800512
SA4 UPGRADE BOILER LIGHTING
LOCATION:        ATR NO: 141455
                 ATA NO: C0755482C
                 REF NO: LALB-120405-1
                 LUMINANT SANDOW
                 3708 CHARLES MARTIN HALL RD FM 1786
                 ROCKDALE TX  76567

CUSTOMER ID: LUMGEN

| Item Id | Description | Contract Amount | Completed To Date | Retainage | Less Previous Billings | Total This Invoice Less Retainage |
|---|---|---|---|---|---|---|
| 1 | MOBILIZATION - MATERIAL | 18,000.00 | 18,000.00 | | 18,000.00 | |
| 2 | OUTAGE WORK COMPLETED | 67,000.00 | 67,000.00 | | 67,000.00 | |
| 3 | NON OUTAGE WORK LEVEL 1-5 | 408,269.00 | 305,453.55 | | 305,453.55 | |
| 4 | NON OUTAGE WORK LEVEL 5.33-9.5 | 408,270.00 | 309,536.95 | | 309,536.95 | |
| 5 | DEMOBILIZATION | 45,000.00 | 45,000.00 | | | 45,000.00 |
| 6 | MOBILIZATION - LABOR | 2,000.00 | 2,000.00 | | 2,000.00 | |
| 7 | CO#1 SQUARE D BREAKERS (3) | 1,739.95 | 1,739.95 | | 1,739.95 | |
| 8 | CO#2 LABOR TO FERRY MATERIAL | 17,120.00 | 17,120.00 | | 17,120.00 | |
| 9 | CO#3 INST PNL 402, 403, 408 | 12,024.00 | 12,024.00 | | 12,024.00 | |
| 10 | CO#5 FIXTURE DISPOSAL SERVICE | 20,825.00 | 4,083.00 | | 4,083.00 | |
| 11 | UNIT PRICING THRU 3/21/13 | 89,652.02 | 89,652.02 | | 89,652.02 | |
| | **Total** | 1,089,899.97 | 871,609.47 | | 826,609.47 | 45,000.00 |

Invoice Sub-total     45,000.00

Amount due this Invoice     **$45,000.00**

Contract Summary

| Original amount | Approved changes | Revised amount | Invoiced amount | Remaining amount | Billed percent | Retainage balance |
|---|---|---|---|---|---|---|
| 1,038,191.02 | 51,708.95 | 1,089,899.97 | 871,609.47 | 218,290.50 | 79.97 % | 0.00 |

▶▶ Pull To Open

*Schedule package pickup right from your home or office at usps.com/pickup*

*Print postage online - Go to usps.com/postageonline*

**PLEASE PRESS FIRMLY**          **PLEASE PRESS FIRMLY**




U.S. POSTAGE
PAID
DFE-L IN
JUN 03 14
AMOUNT
$5.60
00050313-02

1006      10163



# PRIORITY® MAIL

**UNITED STATES POSTAL SERVICE**

## Flat Rate
## Mailing Envelope

**For Domestic and International Use**

**Visit us at usps.com**

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.



UNITED STATES
POSTAL SERVICE®          JUN 0 4 2014

**USPS TRACKING #**



9114 9011 2308 9914 6161 22

From/Expéditeur:
Doyenne Constructors LLC
PO Box 127
Mariah Hill IN 47556



FILED / RECEIVED

JUN 0 4 2014

EPIQ SYSTEMS

To/Destinataire:
Energy Future Holdings Claim Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York NY  10163 - 4613

Country of Destination/Pays de destination:



USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/maps

Cradle to Cradle Certified℠ is a certification mark of MBDC.

**Please recycle.**

Recycled Paper



EP14F

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2009; All rights reserved.

082709_PM_EP14F  OCT 2009

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**PROOF OF CLAIM**

**COURT USE ONLY**

Filed: USBC - District of Delaware
Energy Future Holdings Corp., et al., Et Al.
14-10979 (CSS)    0000001104

Name of Debtor:
Oak Grove Management Co, LLC

Case Number:

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

Doyenne Constructors, LLC
P O Box 127
Mariah Hill, IN 47556

Telephone number: 812-686-1350    Email: cindy @ doycon.com

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
(If known) _____

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**FILED / RECEIVED**

**JUN − 4 2014**

**Epiq Bankruptcy Solutions, LLC**

Name and address where payment should be sent (if different from above):

Telephone number:    Email:

COURT USE ONLY

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$ _____

**1.    Amount of Claim as of Date Case Filed:** $ 8,900.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2.    Basis for Claim:** Goods Sold + Services Provided
(See instruction #2)

**3.    Last four digits of any number by which creditor identifies debtor:** ___ ___ ___ ___
3a. Debtor may have scheduled account as: _____
(See instruction #3a)

**4.    Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:**
☐ Real Estate    ☐ Motor Vehicle    ☐ Other

**Describe:** _____
**Value of Property:** $ _____
**Annual Interest Rate** _____ % ☐ Fixed or ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**

$ _____

**Basis for perfection:** _____

**Amount of Secured Claim:** $ _____

**Amount Unsecured:** $ _____

**6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____    (See instruction #6)

**7.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8.    Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9.    Signature:** (See instruction #9)    Check the appropriate box:
☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their    ☐ I am a guarantor, surety, indorser, or other codebtor.
    (Attached a copy of power of attorney, if any.)    authorized agent. (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cynthia Bettag-Smith    Signature: Cynthia Bettag-Smith
Title: Managing Member    (Signature)    5-30-14
Company: Doyenne Constructors, LLC    (Date)

Address, telephone number, and email (if different from notice address above):
_____
Telephone number: _____
Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Standard Invoice**

**Status**
Invoice: **Approved**
Routing: **Acknowledged**

| Invoice #: | 1789a | Subtotal: | $8,900.00 USD |
| --- | --- | --- | --- |
| **Invoice Date:** | **Friday 11 Apr 2014 3:01 PM GMT-05:00** | Total Tax: | $0.00 USD |
| | | Total Gross Amount: | $8,900.00 USD |
| **Original Purchase Order:** | **88362** | Total Net Amount: | $8,900.00 USD |
| | | **Amount Due:** | **$8,900.00 USD** |

**Submission Method:** Online
**Origin:** Supplier
**Source Document:** Purchase Order

**Remit To:**
Cindy Bettag-Smith

Postal Address:
PO BOX 127
MARIAH HILL, IN 47556
United States
Remit To ID:002880050

Tax ID of Supplier: 010888466

**Supplier:**
Doyenne Constructors, LLC

Postal Address:
3470 Jack C Hays Trail
Unit 1E
Buda, TX 78610
United States
Address ID:Texas Regional Office

**Bill To:**
Accounts Payable

Postal Address(default):
P.O. Box 20
Dallas, TX 75221-0020
United States
Address ID:OKG001

**Customer:**
Energy Future Holdings

Postal Address:
1601 Bryan Street
Dallas, TX 75201
United States

**SHIPPING INFORMATION:**

**Ship From:**
Doyenne Constructors, LLC

Postal Address:
P.O. Box 127
6160 East SR 62
Mariah Hill, IN 47556
United States

**Ship To:**
Energy Future Holdings

Postal Address:
1601 Bryan Street
Dallas, TX 75201
United States

**PAYMENT TERMS:**

Net Term:  60 Days
**Original Purchase Order:** 88362

| Invoice Line # | Line Ref # | Type | Part # | Quantity | Unit | Unit Price |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 2 | Service | Supplier Part #: Not Available | 4,618 | E48 | $1.00 USD |

Description: Change Order For Additional Storage
          Cabinets

**Service Period:**
Start Date : 7 Jan 2014

End Date :  17 Jan 2014

Subtotal: **$4,618.00 USD**

Gross Amount: **$4,618.00 USD**

Net Amount: **$4,618.00 USD**

| 2 | 6 | Service | Supplier Part #: Not Available | 1,320 | E48 | $1.00 USD |

Description: Change Order Install Porch Lighting

**Service Period:**
Start Date : 7 Jan 2014
End Date :  17 Jan 2014

Subtotal: **$1,320.00 USD**

Gross Amount: **$1,320.00 USD**

Net Amount: **$1,320.00 USD**

| 3 | 9 | Service | Supplier Part #: Not Available | 788.4 | E48 | $1.00 USD |

Description: Change Order Add Steps and ADA/TAS
Ramp with Handrails

**Service Period:**
Start Date : 7 Jan 2014
End Date :  17 Jan 2014

Subtotal: **$788.40 USD**

Gross Amount: **$788.40 USD**

Net Amount: **$788.40 USD**

| 4 | 10 | Service | Supplier Part #: Not Available | 2,173.6 | E48 | $1.00 USD |

Description: Change Order Install Additional Electrical
Outlets and 3 Phase Power

**Service Period:**
Start Date : 7 Jan 2014
End Date :  17 Jan 2014

Subtotal: **$2,173.60 USD**

Gross Amount: **$2,173.60 USD**

Net Amount: **$2,173.60 USD**

## Tax Summary

**Invoice Summary**

Subtotal: $8,900.00 USD

Total Tax:     $0.00 USD

Total Gross Amount: $8,900.00 USD

Total Net Amount: $8,900.00 USD

Amount Due: $8,900.00 USD

▶▶ Pull To Open

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonline

**PLEASE PRESS FIRMLY**                    **PLEASE PRESS FIRMLY**

 

U.S. POSTAGE
PAID
OHIO IN
JUN 03 14
AMOUNT
**$5.60**
00050313-02



**UNITED STATES POSTAL SERVICE**

## Flat Rate
## Mailing Envelope

**For Domestic and International Use**

**Visit us at usps.com**

Any amount of mailable material may be enclosed, as long
as the envelope is not modified, and the contents are
entirely confined within the envelope with the adhesive
provided as the means of closure.

  | JUN 0 4 2014 |

**USPS TRACKING #**

9114 9011 2308 6914 6151 22

From/*Expéditeur:*
Doyenne Constructors LLC
PO Box 127
Mariah Hill IN 47556

```
FILED / RECEIVED
   JUN 0 4 2014
  EPIQ SYSTEMS
```

To:/*Destinataire:*
Energy Future Holdings Claim Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York NY 10163 - 4613

Country of Destination/*Pays de destination:*


USPS packaging products have been awarded Cradle
to Cradle Certification™ for their ecologically-intelligent
design. For more information go to mbdc.com/usps
Cradle to Cradle Certified™ is a certification mark of MBDC.

Please recycle.


Recycled
Paper

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2009. All rights reserved.



EP14F

082708_PM_EP14F_OCT 2008

EXHIBIT D

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

# PROOF OF CLAIM

**COURT USE ONLY**

| Name of Debtor: Luminant Mining Company LLC | Case Number: |
| --- | --- |

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)

**0000011613**

**NOTE:** Do not use this form to make a claim for an administrative expense that arises *after* the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

Doyenne Constructors, LLC
P. O. Box 127
Mariah Hill, IN 47556

Telephone number: 812-686-1350     Email: cindy@doycon.com

☑ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
*(If known)* 1102

Filed on: 6-4-2014

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

Telephone number:     Email:

**RECEIVED**
SEP 1 4 2015
LEGAL SERVICES

**5.   Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

**1.   Amount of Claim as of Date Case Filed:**     $ 98,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2.   Basis for Claim:** Goods Sold + Services Provided
(See instruction #2)

**3.   Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: Oak Grove Mgmt, D135 Duck Pond Kosse
(See instruction #3a)

**4.   Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:**
☑ Real Estate     ☐ Motor Vehicle     ☑ Other
Describe: _____
Value of Property: $_____
Annual Interest Rate _____% ☐ Fixed or ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**

$_____

**Basis for perfection:** Texas Constitutional Lien

**Amount of Secured Claim:** $ 98,000⁰⁰

**Amount Unsecured:** $_____

**6.   Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____ (See instruction #6)

**7.   Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8.   Documents:** Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9.   Signature: (See instruction #9)   Check the appropriate box:**
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
(Attached a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cynthia Bettag-Smith
Title: Managing Member
Company: Doyenne Constructors LLC

*(Signature)* Cynthia Bettag-Smith
*(Date)* 9-4-15

Address, telephone number and email (if different from notice address above):
_____
Telephone number: _____
Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | **PROOF OF CLAIM** |
|---|---|

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**PROOF OF CLAIM**

**COURT USE ONLY**

| Name of Debtor: Luminent Mining Company LLC | Case Number: |
|---|---|

Filed: USBC - District of Delaware
Energy Future Holdings Corp., et al., Et Al.
14-10979 (CSS)          0000001102

**NOTE:** Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent.

Doyenne Constructors, LLC
P O Box 127
Mariah Hill, IN 47556

Telephone number:          Email:
812-686-1350          cindy@doycon.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:
_____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**FILED / RECEIVED**

**JUN – 4 2014**

**Epiq Bankruptcy Solutions, LLC**

Name and address where payment should be sent (if different from above) :

Telephone number:          Email:

COURT USE ONLY

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

**1.    Amount of Claim as of Date Case Filed:**          $ 98,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2.    Basis for Claim:** Goods Sold + Services Provided
(See instruction #2)

**3.    Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: Oak Grove Mgmt, 0135/81 Duck Pond Kosse
(See instruction #3a)

**4.    Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:**
☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $_____
Annual Interest Rate _____% ☐ Fixed or ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**

$_____

Basis for perfection: _____

Amount of Secured Claim:    $_____

Amount Unsecured:    $_____

**6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $** _____    (See instruction #6)

**7.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8.    Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9.    Signature:** (See instruction #9)    Check the appropriate box:
☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their    ☐ I am a guarantor, surety, indorser, or other codebtor.
    (Attached a copy of power of attorney, if any.)    authorized agent. (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cynthia Bettag-Smith
Title: Managing Member
Company: Doyenne Constructors LLC

(Signature) Cynthia Bettag-Smith
5-30-2014
(Date)

Address, telephone number, and email (if different from notice address above):

Telephone number: _____
Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**DOYENNE CONSTRUCTORS ,LLC**
**P.O. BOX 127**
**MARIAH HILL, IN  47556**
**812-937-0016**

OAK GROVE MANAGEMENT CO LLC
ATTN: ACCOUNTS PAYABLE
P.O. BOX 20
DALLAS, TX  75221-0020

INVOICE ID:          1779 **retainage billed**

DATE:          March 21, 2014

CONTRACT ID:███████
D135 / E-1 DUCK POND KOSSE
LOCATION: CONTRACT A01941958
    KOSSE MINE
    4731 SH 73
    KOSSE, TX  76653

CUSTOMER ID: OAKGRO
CONTRACT███████

| Item ID | Description | Contract Amount | Completed to Date | 10% Retainage | Less Previous Billings | Total This Invoice Less Retainage |
|---|---|---|---|---|---|---|
| 1 | STAIRS - MOBILIZATION | $ 1,146.00 | $ 1,146.00 | $ 114.60 | $ 1,146.00 | $ 114.60 |
| 2 | STAIRS - MATERIAL | $ 2,578.00 | $ 2,578.00 | $ 257.80 | $ 2,578.00 | $ 257.80 |
| 3 | STAIRS - LABOR | $ 7,734.00 | $ 7,734.00 | $ 773.40 | $ 7,734.00 | $ 773.40 |
| 4 | INLETS & DROP ROCK - MOBILIZE | $ 21,636.00 | $ 21,636.00 | $ 2,163.60 | $ 21,636.00 | $ 2,163.60 |
| 5 | INLETS & DROP ROCK - MATERIAL | $ 24,906.00 | $ 24,906.00 | $ 2,490.60 | $ 24,906.00 | $ 2,490.60 |
| 6 | INLETS & DROP ROCK - LABOR | $ 40,000.00 | $ 40,000.00 | $ 4,000.00 | $ 40,000.00 | $ 4,000.00 |
| | TOTAL | $ 98,000.00 | $ 98,000.00 | $ 9,800.00 | $ 98,000.00 | $ 9,800.00 |

retainage billed        $ 9,800.00

Retainage held        $ -

Amount due this invoice        $ 9,800.00

**DOYENNE CONSTRUCTORS ,LLC**
**P.O. BOX 127**
**MARIAH HILL, IN 47556**
812-937-0016

OAK GROVE MANAGEMENT CO LLC
ATTN: ACCOUNTS PAYABLE
P.O. BOX 20
DALLAS, TX 75221-0020

INVOICE ID: 1765REV

DATE:          March 7, 2014

CONTRACT ID: 800114
D135 / E-1 DUCK POND KOSSE
LOCATION: CONTRACT ███████
    KOSSE MINE
    4731 SH 73
    KOSSE, TX 76653

CUSTOMER ID: OAKGRO
CONTRAC███████

| Item ID | Description | Contract Amount | Completed to Date | 10% Retainage | Less Previous Billings | Total This Invoice Less Retainage |
|---|---|---|---|---|---|---|
| 1 | STAIRS - MOBILIZATION | $ 1,146.00 | $ 1,146.00 | $ 114.60 | $ - | $ 1,031.40 |
| 2 | STAIRS - MATERIAL | $ 2,578.00 | $ 2,578.00 | $ 257.80 | $ - | $ 2,320.20 |
| 3 | STAIRS - LABOR | $ 7,734.00 | $ 7,734.00 | $ 773.40 | $ - | $ 6,960.60 |
| 4 | INLETS & DROP ROCK - MOBILIZE | $ 21,636.00 | $ 21,636.00 | $ 2,163.60 | $ - | $ 19,472.40 |
| 5 | INLETS & DROP ROCK - MATERIAL | $ 24,906.00 | $ 24,906.00 | $ 2,490.60 | $ - | $ 22,415.40 |
| 6 | INLETS & DROP ROCK - LABOR | $ 40,000.00 | $ 20,000.00 | $ 2,000.00 | $ - | $ 18,000.00 |
| | TOTAL | $ 98,000.00 | $ 78,000.00 | $ 7,800.00 | $ - | $ 70,200.00 |

|  |  |
|---|---|
| Invoice Subtotal | $ 78,000.00 |
| Retainage held | $ (7,800.00) |
| Amount due this Invoice | $ 70,200.00 |

**DOYENNE CONSTRUCTORS ,LLC**
**P.O. BOX 127**
**MARIAH HILL, IN  47556**
812-937-0016

OAK GROVE MANAGEMENT CO LLC
ATTN: ACCOUNTS PAYABLE
P.O. BOX 20
DALLAS, TX  75221-0020

INVOICE ID:        1778

DATE:      March 21, 2014

CONTRACT ID: 800114
D135 / E-1 DUCK POND KOSSE
LOCATION: CONTRACT ▮▮▮▮▮▮▮▮
    KOSSE MINE
    4731 SH 73
    KOSSE, TX  76653

CUSTOMER ID: OAKGRO
CONTRACT ▮▮▮▮▮▮▮

| Item ID | Description | Contract Amount | Completed to Date | 10% Retainage | Less Previous Billings | Total This Invoice Less Retainage |
|---|---|---|---|---|---|---|
| 1 | STAIRS - MOBILIZATION | $ 1,146.00 | $ 1,146.00 | $ 114.60 | $ 1,146.00 | $ - |
| 2 | STAIRS - MATERIAL | $ 2,578.00 | $ 2,578.00 | $ 257.80 | $ 2,578.00 | $ - |
| 3 | STAIRS - LABOR | $ 7,734.00 | $ 7,734.00 | $ 773.40 | $ 7,734.00 | $ - |
| 4 | INLETS & DROP ROCK - MOBILIZE | $ 21,636.00 | $ 21,636.00 | $ 2,163.60 | $ 21,636.00 | $ - |
| 5 | INLETS & DROP ROCK - MATERIAL | $ 24,906.00 | $ 24,906.00 | $ 2,490.60 | $ 24,906.00 | $ - |
| 6 | INLETS & DROP ROCK - LABOR | $ 40,000.00 | $ 40,000.00 | $ 4,000.00 | $ 20,000.00 | $ 18,000.00 |
| | TOTAL | $ 98,000.00 | $ 98,000.00 | $ 9,800.00 | $ 78,000.00 | $ 18,000.00 |

| | |
|---|---|
| Invoice Subtotal | $ 20,000.00 |
| Retainage held | $ (2,000.00) |
| Amount due this invoice | $ 18,000.00 |

AMENDMENT NO. 01

DATED MARCH 1, 2014

TO

STANDARD PURCHASE ORDER FOR SERVICES

FOR

KOSSE E-1 POND STEPS AND D-135 INLETS AND DROP STRUCTURES

A1941958

BY AND BETWEEN

DOYENNE CONSTRUCTORS LLC

AND

LUMINANT MINING COMPANY LLC

DATED JANUARY 8, 2014

Contract No. A1941958A1941958

## AMENDMENT NO. 01

**EFFECTIVE DATE**

The Effective Date of this Amendment is March 1, 2014.

**PURPOSE**

This Amendment modifies, alters or changes specific terms and conditions of Contract No. A1941958 ("Agreement") that exists between the parties hereto.  Except as modified in this Amendment or previous amendments, the Agreement will remain in full force and effect.

**MODIFICATIONS**

The Agreement is modified as follows:

> **TERM**
>
> The term of the Agreement is extended to May 31, 2014
>
> **COMPENSATION**
>
> CONTRACTOR is due no additional compensation solely as a result of extending the completion date.

The parties have signed this Amendment acknowledging their agreement to its provisions as of the Effective Date.

Doyenne Constructors LLC

By: _Cynthia Bettay-Smith_
    Signature

Name: _Cynthia Bettay-Smith_

Title: _Managing Member_

Date: _3-21-14_

Luminant Mining Company LLC

By: _Perry A. Anderson_
    Signature

Digitally signed by Perry Anderson
DN: cn=Perry Anderson, ou=Luminant Mining, ou=Mining Supply Chain, email=perry.anderson@luminant.com, c=US
Date: 2014.03.23 21:10:16 -05'00'

Name: Perry Anderson_____

Title: Procurement Specialist_____

Date: 03/22/14

▶▶ Pull To Open

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonline

PLEASE PRESS FIRMLY                                    PLEASE PRESS FIRMLY





U.S. POSTAGE
PAID
DALLAS TX
47453
JUN 03 14
AMOUNT
**$5.60**
00050313-02

1896          10163

# PRIORITY® MAIL

**UNITED STATES POSTAL SERVICE**

## Flat Rate
## Mailing Envelope

**For Domestic and International Use**

**Visit us at usps.com**

Any amount of mailable material may be enclosed, as long
as the envelope is not modified, and the contents are
entirely confined within the envelope with the adhesive
provided as the means of closure.



UNITED STATES
POSTAL SERVICE ®

USPS TRACKING #

9114 9011 2908 9914 6161 22

From/Expéditeur:

Dayenne Constructors LLC
PO Box 127
Mariah Hill IN 47556

FILED / RECEIVED

JUN 0 4 2014

EPIQ SYSTEMS

To/Destinataire:

Energy Future Holdings Claim Processing Center
C/O Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York NY 10163- 4613

USPS packaging products have been awarded Cradle
to Cradle Certification℠ for their ecologically-intelligent
design. For more information go to mbdc.com/usps
Cradle to Cradle Certified™ is a certification mark of MBDC.

Country of Destination/Pays de destination:

*Please recycle.*


Recycled
Paper



U.S. POSTAGE
PAID
DALE, IN
47523
SEP 04, 15
AMOUNT
**$5.75**
R2305K139304-03

PRESS FIRMLY TO SEAL                    PRESS FIRMLY TO SEAL

# PRIORITY®
# ★ MAIL ★

 **DATE OF DELIVERY SPECIFIED***

 **USPS TRACKING™ INCLUDED***

 **INSURANCE INCLUDED***

 **PICKUP AVAILABLE**

   * Domestic only

FROM:

Dayenne
PO Box 127
Mariah Hill IN
47556

TO:

Energy Future Holdings Corp
Processing Center
c/o Epic Bankruptcy Solutions

FWD: P.O. Box 4420
BEAVERTON, OR
97076                    13

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



**RECEIVED**

SEP 1 4 2015

**LEGAL SERVICES**

Expected Delivery Day: 09/08/2015

USPS TRACKING NUMBER



9505 5120 0437 5247 0001 80

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

## PROOF OF CLAIM

**COURT USE ONLY**

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)

**0000011487**

**Name of Debtor:**   **Case Number:**

Luminant Generation Company LLC

NOTE: Do not use this form to make a claim for an administrative expense that arises
after the bankruptcy filing. You may file a request for payment of an administrative
expense according to 11 U.S.C. § 503.

**Name and address where notices should be sent:**

Doyenne Constructors, LLC
P O Box 127
Mariah Hill, IN 47556

**Telephone number:**   **Email:**
812-686-1350   cindy @ doycon.com

☑ Check this box if this claim
amends a previously filed claim.

**Court Claim Number:**
(If known)   1103

Filed on:  6-4-2014

**RECEIVED**

SEP 11 2015

**LEGAL SERVICES**

☐ Check this box if you are aware
that anyone else has filed a proof of
claim relating to this claim. Attach
copy of statement giving particulars.

**Name and address where payment should be sent (if different from above):**

**Telephone number:**   **Email:**

**COURT USE ONLY**

5.   **Amount of Claim Entitled to Priority
under 11 U.S.C. § 507 (a).**  If any part of the
claim falls into one of the following
categories, check the box specifying the
priority and state the amount.

☐ Domestic support obligations under 11
U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to
$12,475), earned within 180 days before the
case was filed or the debtor's business ceased,
whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan
– 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward
purchase, lease, or rental of property or
services for personal, family, or household use
– 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental
units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of
11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

1.   **Amount of Claim as of Date Case Filed:**   $  45,000 ⁰⁰
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐  Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a
statement that itemizes interest charges.

2.   **Basis for Claim:**  Demobilization Charges Per Milestone Schedule
(See instruction #2)

3.   Last four digits of any number by which creditor identifies debtor:
3a. Debtor may have scheduled account as:  Sandow Boiler Lighting Package
(See instruction #3a)

4.   **Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a
lien on property or a right of setoff, attach required
redacted documents, and provide the requested ·
information.

**Nature of property or right of setoff:**
☑ Real Estate   ☐ Motor Vehicle   ☑ Other

**Describe:**

**Value of Property:** $_____

**Annual Interest Rate** _____% ☐ Fixed  or ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of time
case was filed, included in secured claim, if any:**

$_____

**Basis for perfection:** Texas Constitutional Lien

**Amount of Secured Claim:**  $ 45,000.00

**Amount Unsecured:**   $_____

6.   Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____   (See instruction #6)

7.   **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8.   **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running
accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of
perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9.   **Signature: (See instruction #9)**   Check the appropriate box:
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their   ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)   authorized agent. (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Cynthia Bettag-Smith
**Title:** Managing Member
**Company:** Doyenne Constructors LLC

(Signature) Cynthia Bettag Smith
9-4-15
(Date)

**Address, telephone number, and email
(if different from notice address above):**

**Telephone number:**
**Email:**

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**PROOF OF CLAIM**

**COURT USE ONLY**

Filed: USBC - District of Delaware
Energy Future Holdings Corp., et al., Et Al.
14-10979 (CSS)       0000001103

| Name of Debtor: | Case Number: |
| --- | --- |
| *Luminant Generation Company LLC* | |

**NOTE:** Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

*Doyenne Constructors, LLC*
*P O Box 127*
*Mariah Hill, IN 47556*

❑ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____

*(If known)* _____

Filed on: _____

**FILED / RECEIVED**

**JUN - 4 2014**

Epiq Bankruptcy Solutions, LLC

| Telephone number: | Email: |
| --- | --- |
| *812-686-1350* | *cindy@doycon.com* |

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

Telephone number:        Email:

**COURT USE ONLY**

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

❑ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

❑ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

❑ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

❑ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

❑ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

❑ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$ _____

**1.    Amount of Claim as of Date Case Filed:**    $ *45,000⁰⁰*
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
❑    Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2.    Basis for Claim:** *Demobilization Charges Per Milestone Schedule*
(See instruction #2)

**3.    Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: *Sandow Boiler Lighting Package*
(See instruction #3a)

**4.    Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:**
❑ Real Estate    ❑ Motor Vehicle    ❑ Other
Describe: _____
Value of Property: $ _____
Annual Interest Rate _____% ❑ Fixed or ❑ Variable
(when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:

$ _____

Basis for perfection: _____

Amount of Secured Claim: $ _____

Amount Unsecured: $ _____

**6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $** _____    (See instruction #6)

**7.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8.    Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9.    Signature:** (See instruction #9)    Check the appropriate box.
☑ I am the creditor.    ❑ I am the creditor's authorized agent.    ❑ I am the trustee, or the debtor, or their    ❑ I am a guarantor, surety, indorser, or other codebtor.
                    (Attached a copy of power of attorney, if any.)    authorized agent. (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Address, telephone number, and email
(if different from notice address above):

| Print Name: *Cynthia Bettag-Smith* | *Cynthia Bettag-Smith* |
| --- | --- |
| Title: *Managing Member* | (Signature) |
| Company: *Doyenne Constructors LLC* | *5/30/2014* |
| | (Date) |

Telephone number: _____
Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Project No. 4770;044 Upgrade Boiler Lighting
Contractor shall provide required material, labor, equipment, tools, consumables, etc. to complete work scope included in bid package
Please input data in cells highlighted in yellow only, do not change format or data provided
Time & Material Rate Proposed below will be utilized for potential extended work scope that is not listed in itemized Price list

## Turnkey Contract Section

| Item No. | Description |
|---|---|
| 1000 | Mobilization complete in place |
| 1001 | Demobilization complete in place |
| 1002 | Furnish and install the Temporary Power and Lighting |
| 1003 | Install Control Power Transformers |
| 1004 | Install General Area Lighting Panels, Lighting Transformers and Lighting Contactor Controls |
| 1005 | Install DC Emergency Lighting Panel and Main Contactor |
| 1006 | Furnish materials and install General Area Lighting conduit, wiring and fixtures per Plan Drawing E- |
| 1007 | Furnish materials and install DC Emergency Lighting  conduit, wiring and fixtures per Plan Drawing |

Contractor shall provide firm fixed Pricing for item 1000 to 1007 listed above

| Cost Summary Project # | Unit One 4770;044 |
|---|---|
| Material Cost (include fabrication labor cost) | $ 345,058.00 |
| Construction Labor Cost | $ 603,481.00 |
| Equipment Rental Cost | |
| Subcontractor Cost | |
| OPTIONAL DC SYS ITEM 1005 & 1007 DEDUCT | $ (87,750) |
| Total | $ 860,789.00 |

| Payment Schedule Milestones  or Date | % or $ |
|---|---|
| Mobilized on site | $20,000 |
| Outage Work Complete | $67,000 |
| Non-Outage Level 1-5 Complete | $408,269 |
| Non-Outage Level 5.33-9.5 | $408,270 |
| De-Mobilized from site | $45,000 |
| | $948,539 |

## Cost Details, Time and Material Rates

### Construction Labor Costs

| Base Labor | | | | | | (= Supplier's Assumptions) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type /Title | Straight Hr Rate | OT Hr Rate | Crew per shift | # of Days | # of Shifts | Straight Hrs per shift | OT Hrs per shift | Total Straight Hrs | Total OT Hrs | Total MH Cost | # of Days Per Diem | Per Diem ($) | Total |
| Superintendant | $ 75 | $ 101 | 1 | 84 | 1 | 8 | 3 | 668 | 245 | $ 74,906.25 | 0 | $0 | $ 74,906.25 |
| Project Manager | | | | | | | | - | - | $ - | 0 | $0 | $ - |
| Onsite Safety Lead | | | | | | | | - | - | $ - | 0 | $0 | $ - |
| Mechanical Tech. | | | | | | | | - | - | $ - | 0 | $0 | $ - |
| Electrical Foreman | $ 63 | $ 85 | 1 | 84 | 1 | 8 | 3 | 668 | 245 | $ 62,909.00 | 0 | $0 | $ 62,909.00 |
| Electrical Journeyman | $ 52 | $ 71 | 6 | 84 | 1 | 8 | 2 | 4,032 | 898 | $ 273,422.00 | 0 | $0 | $ 273,422.00 |
| Electrical General Foreman | $ 71 | $ 97 | 1 | 84 | 1 | 8 | 2 | 668 | 168 | $ 63,724.00 | 0 | $0 | $ 63,724.00 |
| Electrical Apprentice | $ 42 | $ 57 | 5 | 84 | 1 | 8 | 2 | 3,060 | | $ 178,520.00 | 0 | $0 | $ 178,520.00 |
| | | | 14 | 84 | | 1 | 40 | 9,096 | 1,556 | $ 603,481.25 | - | $0 | $603,481 |

Contractor list all on site personnel and working hours, update Labor type/title if needed

### Equipment Rental Cost

| Equipment Description | Days on Site | Total Cost |
|---|---|---|
| N/A | | $ - |
| | | $ - |
| | | $ - |
| | | $ 3 |
| | | $ - |
| | | $ 6 |
| | | $ 3 |
| | | $ 8 |

| Equipment Rental/Material Markup % | 15% |
|---|---|

| Per Diem Rate ( person/day) | |
|---|---|

### Subcontractor Costs

| Subcontractor Names | Work Scope | Total Cost |
|---|---|---|
| | | |
| | | |
| | | |
| Please input subcontractor's name and general work scope to be completed | | $ - |

### Other Costs

| Cost Description | Total Cost |
|---|---|
| | $ - |
| | $ - |
| | $ - |
| | $ - |



| Edit Task Request | Approval Routing | Invoicing | Copy | Print | Return | 🔄 |

**TXU - Engineering**                                                                                     Approved

# Task Request

**ATR No:** 141455                                                                              **Status: COMMIT**
**Contractor:** Doyenne Constructors LLC          **Agreement No:** C0755482C      **ATR Ref No:** LALB-120405-1
**Send EMail:** ☑

Upon receipt of this Task Request, CONTRACTOR is hereby authorized to perform the Work identified on behalf of COMPANY pursuant to the terms and conditions contained in the above referenced Agreement.

**SCOPE OF WORK** - The Work will be performed in accordance with the drawings, specifications, and instructions, if any, attached hereto and identified in the List of Attachments set forth herein and will be scheduled as required through the direction of COMPANY's Contract Coordinator as identified herein. (Use additional pages if more space is necessary.)

**Jobsite/Whse Code:** 162          **Contract Coordinator:** Stanley Rech                    **Phone:** 972-955-7964
**Project Description:** 4770J044 - SA4 Upgrade Boiler Lighting Phase I
          **Warranty:** No                **Equip Down Time:**                              **Equip Up Time:**

| Item No | Task Description | Appr |
|---|---|---|
| 1 | Install Boiler Lighting Phase I in accordance with the documents attached and the drawings referred to in the drawing transmittal attached. | |
| 2 | OPTIONAL DC SYS is included in this contract. | |
| 3 | This is a fixed price contract | |

| Item No | % | Dept ID | Account | Activity | EC | Proj/Veh | Loc | Tax Ind | PRISM Work Order # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 64% | 543252 | 1070000 | 000 | 126 | 4770J044 | 4770 | T | |
| 2 | 36% | 543252 | 1070000 | 000 | 137 | 4770J044 | 4770 | T | |

**Type of Transaction:**          **Type of Property:**                                      **Mfg:** No

## CONTRACTOR'S ESTIMATE SUMMARY

**Work Hrs:** 10,652.00    **Labor ($):** $603,481    **Material ($):** $345,058          **Other ($):**          **Total ($):** $948,539

**Shutdown Req:** Yes          **Mobilization (Time & $):**                    **Demobilization (Time & $):**

CONTRACTOR will work *N/A* calendar days based on *N/A* hour shifts *N/A* days per week.
**SCHEDULE** - The Work will commence by 4/26/2012 and be completed by 4/1/2013
**INVOICES** - All invoices will be sent to field accounting at: **COMPANY:** Luminant
          **Address:**  US Mail to: PO Box 20, Dallas TX 75221-0020 or email to: AP.Invoicing@luminant.com . The invoice must include the ATA number, the ATR number, and the location where the work was performed.
**LIST OF ATTACHMENTS** - COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.
| 4770J044 Project Scope IFC.pdf |
| 4770J044 Drawing Transmittal IFC.pdf |
| 4770J044 Doyenne Final Proposal.xlsx |
| 4770J044 Project Scope Block Diagram.pdf |

▼**Attachments**

| 4770J044 Doyenne Final Proposal.xlsx 21,813 bytes | 4770J044 Drawing Transmittal IFC.pdf 38,920 bytes | 4770J044 Project Scope Block Diagram.pdf 94,715 bytes | 4770J044 Project Scope IFC.pdf 98,640 bytes |

**Upload File:**                              [ Browse... ]  [ Upload ]

| CONTRACTOR HEREBY ACKNOWLEDGES ACCEPTANCE OF THIS TASK REQUEST | THIS TASK IS ISSUED ON BEHALF OF COMPANY (FINAL APPROVAL/AUTHORIZATION) |
|---|---|
| By: *Cynthia Bottley-Smith* | Electronic Approval By<br>By: *Dale Higginbotham* |
| Name: *Cynthia Bottley-Smith* | Name: |
| Title: *Managing member* | Title: |
| Date: *Apr 16, 2012* | Date: |

## Electronic Approval

| Approver | Status | Date | Comments |
|---|---|---|---|
| Scott A. Kinczkowski | Approved | 4/12/2012 7:13:23 AM | Was bid out by supply chain and then created ATA. I approve. |
| Gerry Waggoner | Approved | 4/16/2012 7:17:18 AM | |
| Sherry Han | Approved | 4/13/2012 11:52:37 AM | |
| Patresia Holder | Approved | 4/10/2012 10:29:30 AM | |
| David Wade | Approved | 4/9/2012 1:43:09 PM | |
| Dale Higginbotham | Approved | 4/10/2012 2:38:56 PM | |
| Doug Draudt | Approved | 4/10/2012 8:10:20 AM | This is a fixed price contract |

Please route a copy of the signed ATR to Corporate Procurement

| ATR No: 141455 | ATA No: C075S482C | Ref No: LALB-120405-1 |
|---|---|---|

| Edit Task Request | Approval Routing | Invoicing | Copy | Print | Return |

*Mailed At*
*Sherry*
*Star*
*3/29/14*

**Doyenne Constructors, LLC**
P O Box 127
Mariah Hill, IN  47556
812-937-0016

LUMINANT GENERATION COMPANY LLC
1601 BRYAN ST. 21ST FLOOR
DALLAS, TX  75201-3411

INVOICE ID:  1782
DRAW ID:  800512-00016
DATE:  March 29,2014

CONTRACT ID:      800512
SA4 UPGRADE BOILER LIGHTING
LOCATION:      ATR NO: 141455
               ATA NO: C0755482C
               REF NO: LALB-120405-1
               LUMINANT SANDOW
               3708 CHARLES MARTIN HALL RD FM 1786
               ROCKDALE TX  76567

CUSTOMER ID:  LUMGEN

| Item Id | Description | Contract Amount | Completed To Date | Retainage | Less Previous Billings | Total This Invoice Less Retainage |
|---|---|---|---|---|---|---|
| 1 | MOBILIZATION - MATERIAL | 18,000.00 | 18,000.00 | | 18,000.00 | |
| 2 | OUTAGE WORK COMPLETED | 67,000.00 | 67,000.00 | | 67,000.00 | |
| 3 | NON OUTAGE WORK LEVEL 1-5 | 408,269.00 | 305,453.55 | | 305,453.55 | |
| 4 | NON OUTAGE WORK LEVEL 5.33-9.5 | 408,270.00 | 309,536.95 | | 309,536.95 | |
| 5 | DEMOBILIZATION | 45,000.00 | 45,000.00 | | | 45,000.00 |
| 6 | MOBILIZATION - LABOR | 2,000.00 | 2,000.00 | | 2,000.00 | |
| 7 | CO#1 SQUARE D BREAKERS (3) | 1,739.95 | 1,739.95 | | 1,739.95 | |
| 8 | CO#2 LABOR TO FERRY MATERIAL | 17,120.00 | 17,120.00 | | 17,120.00 | |
| 9 | CO#3 INST PNL 402, 403, 408 | 12,024.00 | 12,024.00 | | 12,024.00 | |
| 10 | CO#5 FIXTURE DISPOSAL SERVICE | 20,825.00 | 4,083.00 | | 4,083.00 | |
| 11 | UNIT PRICING THRU 3/21/13 | 89,652.02 | 89,652.02 | | 89,652.02 | |
| | **Total** | 1,089,899.97 | 871,609.47 | | 826,609.47 | 45,000.00 |

Invoice Sub-total                              45,000.00

Amount due this Invoice                        **$45,000.00**

Contract Summary

| Original amount | Approved changes | Revised amount | Invoiced amount | Remaining amount | Billed percent | Retainage balance |
|---|---|---|---|---|---|---|
| 1,038,181.02 | 51,708.95 | 1,089,899.97 | 871,609.47 | 218,290.50 | 79.97 % | 0.00 |

▶▶ Pull To Open

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonline

PLEASE PRESS FIRMLY

PLEASE PRESS FIRMLY

  

U.S. POSTAGE
$5.60

1006    18163


# PRIORITY MAIL
UNITED STATES POSTAL SERVICE

## Flat Rate
## Mailing Envelope

For Domestic and International Use

Visit us at usps.com

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.


UNITED STATES POSTAL SERVICE.    18 JUN 0 4 2014

**USPS TRACKING #**



9011 2109 9874 8163 22

From/Expéditeur:
Dayenne Constructors LLC
PO Box 127
Mariah Hill IN 47556

FILED / RECEIVED

JUN 0 4 2014

EPIQ SYSTEMS

To/Destinataire:
Energy Future Holdings Claim Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York NY 10163- 4613

Country of Destination/Pays de destination:


USPS packaging products have been awarded Cradle to Cradle Certification™ for their ecologically-intelligent design. For more information go to mbdc.com/usps


Recycled Paper

Please recycle.



PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

 

U.S. POSTAGE
PAID
DALE, IN
47523
SEP 04, 15
AMOUNT
**$5.75**
R2305K139304-03

1006                    10163

# PRIORITY
## ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

FROM:

Doyenne
PO Box 127
Mariah Hill IN
47556

RECEIVED

SEP 11 2015

~~LEGAL SERVICES~~

TO:

Energy Future Holdings Corp
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC

FWD: P.O. Box 4420
BEAVERTON, OR    o13
97076

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



Expected Delivery Day: 09/08/2015

**USPS TRACKING NUMBER**





9505 5120 0437 5247 0002 03

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

 UNITED STATES
POSTAL SERVICE®

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>Energy Future Holdings Corp. Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>Grand Central Station, P.O. Box 4613<br>New York, NY 10163-4613 | **PROOF OF CLAIM** |
|---|---|

**COURT USE ONLY**

| Name of Debtor:<br>Oak Grove Management Co., LLC | Case Number:<br>14-10979 |
|---|---|

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)

**0000011486**

**NOTE:** Do not use this form to make a claim for an administrative expense that arises *after* the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

Doyenne Constructors, LLC
P. O. Box 127
Mariah Hill, IN 47556

Telephone number: 812-686-1350    Email: cindy@doycon.com

☑ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
(*If known*) 1104
Filed on: 6-4-2014

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

**SEP 11 2015**

**LEGAL SERVICES**

Name and address where payment should be sent (if different from above):

Telephone number:    Email:

COURT USE ONLY

5.    Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$ _____

1.    Amount of Claim as of Date Case Filed:    $ 8,900.00
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐    Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

2.    Basis for Claim: Goods Sold + Services Provided
(See instruction #2)

3.    Last four digits of any number by which creditor identifies debtor: ___ ___ ___ ___
3a.    Debtor may have scheduled account as: _____
(See instruction #3a)

4.    Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:
☑ Real Estate    ☐ Motor Vehicle    ☑ Other
Describe:
Value of Property: $ _____
Annual Interest Rate _____% ☐ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:
$ _____
Basis for perfection: Texas Constitutional Lien
Amount of Secured Claim: $ 8,900.00
Amount Unsecured: $ _____

6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____    (See instruction #6)

7.    **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8.    **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (*See instruction #8 and definition of "redacted".*)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9.    **Signature:** (See instruction #9)    Check the appropriate box:
☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their    ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)    authorized agent. (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cynthia Bettey-Smith    *Cynthia Bettey-Smith*
Title: Managing Member    (Signature)    9-4-15
Company: Doyenne Constructors LLC    (Date)

Address, telephone, and email
(if different from notice address above):
_____
_____
Telephone number: _____
Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**PROOF OF CLAIM**

**COURT USE ONLY**

Filed: USBC - District of Delaware
Energy Future Holdings Corp., et al., Et Al.
14-10979 (CSS)        0000001104

Name of Debtor:
**Oak Grove Management Co, LLC**

Case Number:

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent.
**Doyenne Constructors, LLC**
**P O Box 127**
**Mariah Hill, IN 47556**

Telephone number: **812-686-1350**    Email: **cindy@doycon.com**

❏ Check this box if this claim amends a previously filed claim.

Court Claim Number:
_____
(If known)

Filed on: _____

FILED / RECEIVED

**JUN – 4 2014**

Epiq Bankruptcy Solutions, LLC

Name and address where payment should be sent (if different from above):

Telephone number:    Email:

❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

COURT USE ONLY

5.    Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

❏ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

❏ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

❏ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

❏ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

❏ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

❏ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

1.    Amount of Claim as of Date Case Filed:    $ **8,900.00**
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
❏    Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

2.    Basis for Claim: **Goods Sold + Services Provided**
(See instruction #2)

3.    Last four digits of any number by which creditor identifies debtor: ____ ____ ____ ____
3a. Debtor may have scheduled account as: _____
(See instruction #3a)

4.    Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:
❏ Real Estate    ❏ Motor Vehicle    ❏ Other
Describe: _____
Value of Property: $_____
Annual Interest Rate _____% ❏ Fixed or ❏ Variable
(when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:

$_____

Basis for perfection: _____

Amount of Secured Claim:  $_____

Amount Unsecured:  $_____

6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____    (See instruction #6)

7.    Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8.    Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9.    Signature: (See instruction #9)    Check the appropriate box:
☑ I am the creditor.  ❏ I am the creditor's authorized agent.    ❏ I am the trustee, or the debtor, or their    ❏ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)    authorized agent. (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Cynthia Bettag-Smith**
Title: **Managing Member**
Company: **Doyenne Constructors, LLC**

**Cynthia Bettag; Smith**
(Signature)
**5-30-14**
(Date)

Address, telephone number, and email (if different from notice address above):

Telephone number: _____
Email: _____

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## Standard Invoice

**Status**
Invoice: **Approved**
Routing: **Acknowledged**

| | | | |
|---|---|---|---|
| **Invoice #:** | 1789a | **Subtotal:** | **$8,900.00 USD** |
| **Invoice Date:** | Friday 11 Apr 2014 3:01 PM GMT-05:00 | Total Tax: | $0.00 USD |
| | | Total Gross Amount: | $8,900.00 USD |
| **Original Purchase Order:** | 88362 | Total Net Amount: | $8,900.00 USD |
| | | **Amount Due:** | **$8,900.00 USD** |

**Submission Method:** Online
**Origin:** Supplier
**Source Document:** Purchase Order

**Remit To:**
Cindy Bettag-Smith

Postal Address:
PO BOX 127
MARIAH HILL, IN 47556
United States
Remit To ID:002880050

Tax ID of Supplier: 010888466

**Supplier:**
Doyenne Constructors, LLC

Postal Address:
3470 Jack C Hays Trail
Unit 1E
Buda, TX 78610
United States
Address ID:Texas Regional Office

**Bill To:**
Accounts Payable

Postal Address(default):
P.O. Box 20
Dallas, TX 75221-0020
United States
Address ID:OKG001

**Customer:**
Energy Future Holdings

Postal Address:
1601 Bryan Street
Dallas, TX 75201
United States

**SHIPPING INFORMATION:**

**Ship From:**
Doyenne Constructors, LLC

Postal Address:
P.O. Box 127
6160 East SR 62
Mariah Hill, IN 47556
United States

**Ship To:**
Energy Future Holdings

Postal Address:
1601 Bryan Street
Dallas, TX 75201
United States

**PAYMENT TERMS:**

Net Term:  60 Days
**Original Purchase Order:** 88362

| Invoice Line # | Line Ref # | Type | Part # | Quantity | Unit | Unit Price |
|---|---|---|---|---|---|---|
| 1 | 2 | Service | Supplier Part #: Not Available | 4,618 | E48 | $1.00 USD |

Description: Change Order For Additional Storage
        Cabinets

**Service Period:**
  Start Date : 7 Jan 2014

Ariba Network Supplier

End Date :   17 Jan 2014

Subtotal: $4,618.00 USD

Gross Amount: $4,618.00 USD

Net Amount: $4,618.00 USD

| 2 | 6 | Service | Supplier Part #: Not Available | 1,320 | E48 | $1.00 USD |

Description: Change Order Install Porch Lighting

**Service Period:**
Start Date : 7 Jan 2014
End Date :  17 Jan 2014

Subtotal: $1,320.00 USD

Gross Amount: $1,320.00 USD

Net Amount: $1,320.00 USD

| 3 | 9 | Service | Supplier Part #: Not Available | 788.4 | E48 | $1.00 USD |

Description: Change Order Add Steps and ADA/TAS
Ramp with Handrails

**Service Period:**
Start Date : 7 Jan 2014
End Date :  17 Jan 2014

Subtotal: $788.40 USD

Gross Amount: $788.40 USD

Net Amount: $788.40 USD

| 4 | 10 | Service | Supplier Part #: Not Available | 2,173.6 | E48 | $1.00 USD |

Description: Change Order Install Additional Electrical
Outlets and 3 Phase Power

**Service Period:**
Start Date : 7 Jan 2014
End Date :  17 Jan 2014

Subtotal: $2,173.60 USD

Gross Amount: $2,173.60 USD

Net Amount: $2,173.60 USD

**Tax Summary**

5/30/2014 3:57 PM

Ariba Network Supplier                                            https://service.ariba.com/Supplier.aw/128579102/aw?awr=i&awssk...

## Invoice Summary

|  |  |
|---|---|
| Subtotal: | $8,900.00 USD |
| Total Tax: | $0.00 USD |
| Total Gross Amount: | $8,900.00 USD |
| Total Net Amount: | $8,900.00 USD |
| Amount Due: | $8,900.00 USD |

5/30/2014 3:57 PM

▶ ▶ Pull To Open

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonline

**PLEASE PRESS FIRMLY**    **PLEASE PRESS FIRMLY**

  

U.S. POSTAGE
PAID
DALLAS TX
45433
JUN 02 14
AMOUNT
**$5.60**
00050313-02



# PRIORITY MAIL

**UNITED STATES POSTAL SERVICE**

## Flat Rate
## Mailing Envelope

*For Domestic and International Use*

*Visit us at usps.com*

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.



UNITED STATES POSTAL SERVICE®    ┃JUN 0 4 2014

**USPS TRACKING #**



4 8011 2308 9914 6161 22

From/Expéditeur:

Doyenne Construction LLC
PO Box 127
Mariah Hill IN 47556

```
FILED / RECEIVED
JUN 0 4 2014
EPIQ SYSTEMS
```

To/Destinataire:

Energy Future Holdings Claim Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York NY 10143- 4613



Country of Destination/Pays de destination:

USPS packaging products have been awarded Cradle to Cradle Certification™ for their eco-friendly intelligent design. For more information go to mbdc.com/usps
Cradle to Cradle Certified™ is a certification mark of MBDC.



Recycled Paper

*Please recycle.*

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Priority Mail shipments. Misuse may be a violation of federal law. This enclosure is not for resale. EP14F © U.S. Postal Service; Oct. 2008. All rights reserved.

 

U.S. POSTAGE
PAID
DALE, IN
47523
SEP 04, 15
AMOUNT
**$5.75**
R2305K139304-03

1006    10163

**PRESS FIRMLY TO SEAL**          **PRESS FIRMLY TO SEAL**



**PRIORITY**®
★ **MAIL** ★

  DATE OF DELIVERY SPECIFIED*

  USPS TRACKING™ INCLUDED*

  $  INSURANCE INCLUDED*

  PICKUP AVAILABLE

    * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM:
Doyenne
PO Box 127
Mariah Hill IN
47531

**RECEIVED**

**SEP 1 1 2015**

**LEGAL SERVICES**

TO:

Energy Future Holdings Corp
Claim Processing Center
c/o Epic Bankruptcy Solutions LLC

FWD: P. O. Box 4420
BEAVERTON, OR 97076  ,13

SEP 0 8 2015

Expected Delivery Day: 09/08/2015
**USPS TRACKING NUMBER**

9505 5120 0437 5247 0002 10

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE

