# PROPOSED FORM OF ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | |
| CORP., et al., ) | Case No. 14-10979 (CSS) |
| ) | Jointly Administered |
| Debtors. ) | |

**ORDER GRANTING DOYENNE CONSTRUCTORS LLC'S MOTION TO APPROVE AND/OR FOR LEAVE TO AMEND CLAIMS NOS. 1102-1104**

UPON CONSIDERATION of Doyenne Constructors LLC's Motion to Approve and/or for Leave to Amend Claims Nos. 1102-1104 (the "Motion"), and related request for an order (a) declaring that previously filed Amended Proof of Claims, as described in the Motion, shall supplement the original claims; or, (b) in the alternative, grant Doyenne leave to amend Claims 1102-1104; and (c) deem the amended claims as timely filed, and to grant such other relief as might be warranted by the law, equity or facts; and,

FURTHER, the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and further finding that venue of this proceeding proper pursuant to 28 U.S.C. §§ 1408 and 1409; and,

FURTHER, having duly considered the Motion and any objection(s) thereto, if any, the Court finds, in the exercise of its discretion, that sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.  The Motion is GRANTED.

2. Doyenne Constructor LLC's Claims 1102-1104, as filed on or about June 4, 2014, are hereby deemed supplemented by the September 11, 2015 filing.

3. Claims 1102-1104 are hereby deemed timely filed.

DATE:_____, 2015
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United State Bankruptcy Judge