# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS | ) |
| CORP., et al., | ) Case No. 14-10979 (CSS) |
| | ) Jointly Administered |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 25th day of November, 2015, a true and correct copy of the *Doyenne Constructors LLC'S Motion to Approve and/or for Leave to Amend Claims Nos. 1102-1104* was served upon all interested parties listed below via first class mail and all other interested parties registered for service via CM/ECF.

Joseph Charles Barsalona II, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Jason M. Madron, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801

Richard L. Shepacarter, Esquire
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Edward O. Sassower, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Elizabeth Blakely, Esquire
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022

Justin K. Edelson, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Adam R. Brebner, Esquire
Sullivan & Cromwell LLP

James H.M. Sprayregen, Esquire
Kirkland & Ellis LLP

125 Broad Street  
New York, NY 10004

Epiq Bankruptcy Solutions LLC  
www.epiqsystems.com  
777 Third Avenue, 12th Floor  
New York, NY 10017

601 Lexington Avenue  
New York, NY 10022

Mark Andrew Fink, Esquire  
Montgomery, McCracken, Walker & Rhoads  
1105 N. Market Street , Suite 1500  
Wilmington, DE 19081

*/S/ Bernard G. Conaway*  
Bernard G. Conaway, Esquire (DE 2856)  
Cohen Seglias Pallas Greenhall & Furman PC  
The Nemours Building, Suite 1130  
1007 North Orange Street  
Wilmington, DE 19801  
(302) 425-5089  
Email: bconaway@cohenseglias.com