# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket Nos. 4964, 6968, 6973** |

## ORDER

For the reasons set forth in the Court's Memorandum Opinion dated October 30, 2015 [D.I. 6782], the Court will sustain *EFIH Debtors' Partial Objection to Proof of Claim No. 6347 filed by the Indenture Trustee for the EFIH Unsecured Notes* [D.I. 4964] filed on July 9, 2015, as it relates to the portion of the PIK Claim seeking postpetition interest at the rate specified in the PIK Indenture. This Order amends and supersedes the prior Order at Docket No. 6783.

Dated: November 24, 2015

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

PHIL1 5039343v.2