IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> ENERGY FUTURE HOLDINGS CORP., ) <br> et al., ) <br> ) <br> Debtors. ) | Chapter 11 <br> Bankruptcy Case No. 14-10979 (CSS) <br> (Jointly Administered) <br> Docket No.: 7026 |
| COMPUTERSHARE TRUST COMPANY, ) <br> N.A. and COMPUTERSHARE TRUST ) <br> COMPANY OF CANADA, as ) <br> INDENTURE TRUSTEE ) <br> ) <br> Appellant, ) <br> v. ) <br> ) <br> ENERGY FUTURE INTERMEDIATE ) <br> HOLDING COMPANY LLC and ) <br> EFIH FINANCE INC. ) <br> ) <br> Appellees. ) | Adv. Pro. No. 14-50405(CSS) <br> Adv. Docket No.: 75 |

## ORDER

Upon consideration of the Request for Certification of Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d)(2) [D.I. 7026] [Adv. D.I. 75] filed on November 17, 2015 (the "Request"); the Court having reviewed the Request and the Debtors' objection thereto; and the Court finding that (1) it has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding, pursuant to 28 U.S.C. § 157(b); (3) this Court has the judicial power to enter a final order; (4) notice of the Request was adequate under the circumstances; and (5) none of the circumstances specified in 28 U.S.C. § 158(d)(2)(i) – (iii) are present;

IT IS HEREBY ORDERED THAT, the Request is DENIED.

                                                                  Christopher S. Sontchi
                                                                   United States Bankruptcy Judge

Date: November 30, 2015