# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br>*Debtors*. | Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>**Re: D.I. 7005** |
| COMPUTERSHARE TRUST COMPANY, N.A. AND COMPUTERSHARE TRUST COMPANY OF CANADA as INDENTURE TRUSTEE,<br>*Plaintiff*,<br>v.<br>ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC.<br>*Defendants*. | Adversary Proceeding<br>No. 14-50405 (CSS)<br><br>**Re: Adv. D.I. 74** |

### EFIH DEBTORS' COUNTER DESIGNATION OF RECORD ON APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009

Pursuant to Fed. R. Bankr. P. 8009 and Del. Bankr. L.R. 8009-1, appellees, the above-captioned defendants (collectively, the "EFIH Debtors"), respectfully submit this designation of additional items to be included in the record on appeal in connection with the appeal of Computershare Trust Company, N.A., and Computershare Trust Company of Canada, as Indenture Trustee for the second lien notes (the "Second Lien Trustee"), from the orders, judgments and decrees issued by the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.) in the above-captioned chapter 11 case and/or adversary proceeding set forth in the Second Lien Trustee's *Designation of Record, Statement of Issues and Certificate Regarding Transcripts Pursuant to Federal Rule of Bankruptcy Procedure 8009* (Case No. 14-10979, D.I. 7005).

RLF1 13450091v.1

## Designation of Additional Items to be Included in the Record on Appeal[1]

In addition to the items designated for the record by the Second Lien Trustee, the EFIH Debtors designate the following:

### (a) Documents Filed in Adversary Proceeding No. 14-50363

| Docket Number | Description |
| --- | --- |
| 190 | EFIH Debtors' Motion in Limine to Exclude Expert Reports and Testimony of McCarty, Cacioppo, and Kearns |
| 191 | EFIH Debtors' Memorandum of Law in Support of Motion in Limine to Exclude Expert Reports and Testimony of McCarty, Cacioppo, and Kearns |
| 193 | Declaration of Michael P. Esser in Support of the EFIH Debtors' Motion in Limine to Exclude Expert Reports and Testimony of McCarty, Cacioppo, and Kearns |
| 208 | Plaintiff-Trustee's Opposition to Debtors' Motion in Limine to Exclude Expert Reports and Testimony of McCarty, Cacioppo, and Kearns |
| 218 | Debtors Reply in Support of Motion to Exclude Expert Testimonies |
| 219 | Madron Declaration in Support of EFIH Debtors' Reply in Further Support of Motion to Exclude Expert Testimony of McCarty, Cacioppo and Kearns |
| 220 | Notice of Filing Unredacted Copy of Plaintiff-Trustee's Memo in Support of Motion for Summary Judgment |
| 221 | Notice of Filing Unredacted Appendix to Plaintiff-Trustee's Memo in Support of Motion for Summary Judgment |
| 222 | Notice of Filing Unredacted Copy of Plaintiff-Trustee's Reply Brief in Support of Motion for Summary Judgment |
| 223 | Notice of Filing Unredacted Appendix to Plaintiff-Trustee's Reply Brief in Support of Motion for Summary Judgment |
| 258 | EFH Unsecured Creditors Committee Letter re Lift Stay Hearing |

---

[1] All items designated herein by the EFIH Debtors include all exhibits, schedules, attachments and other documents included within each docket entry for such item. The EFIH Debtors reserve the right to amend this designation of additional items to be included in the record on appeal. It is the EFIH Debtors' understanding and belief that all items designated by the Second Lien Trustee include all exhibits and other documents included within each entry for such item. If this is incorrect, the EFIH Debtors hereby designate to be included in the record on appeal all exhibits and other documents related to the documents designated by the Second Lien Trustee.

### (b) Evidence Admitted at Hearing in Adversary Proceeding 14-50363

Defendants' Exhibits entered into evidence (DX1-2), previously filed at D.I. 5330 in Chapter 11 Case No. 14-10979.

### (c) Transcript

Transcript of October 20, 2015 Hearing, filed together herewith as **Exhibit A**.

*[Remainder of page intentionally left blank.]*

Dated: November 30, 2015
       Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Andrew R. McGaan, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    andrew.mcgaan@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession