# Notice Recipients

District/Off: 0311−1          User: LisaC                    Date Created: 11/30/2015
Case: 14−10979−CSS          Form ID: van440                  Total: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| aty | Andrea Beth Schwartz | U.S. Department of Justice – Office of the U.S. Trustee | U.S. Federal Office Building    201 Varick Street, Rm 1006    New York, NY 10065 |
| aty | Mark D. Collins | Richards, Layton & Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801 | |
| aty | Raymond Howard Lemisch | Klehr Harrison Harvey Branzburg LLP    919 N. Market Street    Suite 1000    Wilmington, DE 19801 | |
| aty | Richard L. Schepacarter | Office of the United States Trustee    U. S. Department of Justice    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801 | |

TOTAL: 4