UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979         BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Sustaining the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes (This Order Amends and Supersedes The Prior Order at Docket No. 6783).

**Docket #:** 7118    **Date Entered:** 11/24/15

Item Transmitted:

| | | | | |
|---|---|---|---|---|
| ✓ | Notice of Appeal | Docket #: 7158 | Date Filed: | 11/27/15 |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ | Cross Appeal | Docket #: | Date Filed: | |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

UMB Bank, N.A.

**Appellee/Cross Appellee**

Energy Future Holdings Corp.

**Counsel for Appellant/Cross Appellant:**

Raymond H. Lemisch
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Jason Madron
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ○ | ● |
| *If Yes, has District Court assigned a Civil Action Number?   Civil Action Number: | ○ | ● |
| | ○ | ● |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 11/30/15                              **by:** _____
                                                  Lisa C. Bowers
                                                  **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    15-72