**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*, <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Related to Docket Nos. 6781 & 7119** <br> ) <br> ) |

## NOTICE OF APPEAL

Appellant UMB Bank, N.A., as Indenture Trustee (the "Appellant") for the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 (the "PIK Notes" and such holders, the "PIK Noteholders"), appeals under 28 U.S.C. § 158 to the United States District Court for the District of Delaware from the Order of the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.), dated November 24, 2015 [No. 14-10979, Bankr. D. I. 7119] sustaining the EFIH Debtors' Partial Objection to Proof of Claim filed by Appellant, from the Memorandum Opinion related to that Order [No. 14-10979, Bankr. D. I. 6781], and from all other orders, opinions, or decisions merged into the foregoing Order and Memorandum Opinion.  True and correct copies of the Order and Memorandum Opinion are attached as Exhibits A and B to this Notice.

The names of all parties to the Order and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Counsel |
|---|---|
| Appellant | KLEHR HARRISON HARVEY BRANZBURG LLP <br> Raymond H. Lemisch (No. 4204) <br> 919 Market Street, Suite 1000 <br> Wilmington, DE 19801 <br> Telephone: (302) 426-1189 <br> Email:     rlemisch@klehr.com <br><br> -and- |

| Party | Counsel |
|---|---|
|  | FOLEY & LARDNER LLP<br>Harold L. Kaplan (admitted *pro hac vice*)<br>Mark F. Hebbeln (admitted *pro hac vice*)<br>Lars A. Peterson (admitted *pro hac vice*)<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br>Telephone: (312) 832-4500<br>Email:    hkaplan@foley.com<br>          mhebbeln@foley.com<br>          lapeterson@foley.com<br><br>Barry G. Felder (admitted *pro hac vice*)<br>Jonathan H. Friedman (admitted *pro hac vice*)<br>90 Park Avenue<br>New York, NY 10016<br>Telephone: (212) 682-7474<br>Email: bgfelder@foley.com<br>       jfriedman@foley.com |
| Andrew R. Vara, Acting United States Trustee | U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. TRUSTEE<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Email: Richard.Schepacarter@usdoj.gov<br>       Andrea.B.Schwartz@usdoj.gov |
| Appellees-Debtors and Debtors in Possession | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Email:    collins@rlf.com<br>          defranceschi@rlf.com<br>          madron@rlf.com<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>Edward O. Sassower, P.C. (admitted *pro hac vice*) |

| **Party** | **Counsel** |
|---|---|
| | Stephen E. Hessler (admitted *pro hac vice*) |
| | Brian E. Schartz (admitted *pro hac vice*) |
| | 601 Lexington Avenue |
| | New York, NY 10022-4611 |
| | Telephone: (212) 446-4800 |
| | Email:     edward.sassower@kirkland.com |
| |           stephen.hessler@kirkland.com |
| |           brian.schartz@kirkland.com |
| | |
| | James H.M. Sprayregen, P.C. (admitted *pro hac vice*) |
| | Marc Kieselstein, P.C. (admitted *pro hac vice*) |
| | Chad J. Husnick (admitted *pro hac vice*) |
| | Steven N. Serajeddini (admitted *pro hac vice*) |
| | 300 North LaSalle |
| | Chicago, IL 60654 |
| | Telephone: (312) 862-2000 |
| | Email:     james.sprayregen@kirkland.com |
| |           marc.kieselstein@kirkland.com |
| |           chad.husnick@kirkland.com |
| |           steven.serajeddini@kirkland.com |
| Energy Future Holdings Corp. | O'KELLY ERNST & BIELLI, LLC |
| | David M. Klauder (No. 5769) |
| | Shannon J. Dougherty (No. 5740) |
| | 901 N. Market Street, Suite 1000 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 778-4000 |
| | Email: dklauder@oeblegal.com |
| |        sdougherty@oeblegal.com |
| | |
| | -and- |
| | |
| | PROSKAUER ROSE LLP |
| | Jeff J. Marwil (admitted *pro hac vice*) |
| | Mark K. Thomas (admitted *pro hac vice*) |
| | Peter J. Young (admitted *pro hac vice*) |
| | Three First National Plaza |
| | 70 W. Madison Street, Suite 3800 |
| | Chicago, IL 60602 |
| | Telephone: (312) 962-3550 |
| | Email: jmarwil@proskauer.com |
| |        mthomas@proskauer.com |
| |        pyoung@proskauer.com |
| Energy Future Intermediate Holding Company LLC | STEVENS & LEE, P.C. |
| | Joseph H. Huston, Jr. (No. 4035) |

| Party | Counsel |
|---|---|
|  | 1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br>Email: jhh@stevenslee.com<br><br>-and-<br><br>CRAVATH, SWAINE AND MOORE LLP<br>Michael A. Paskin, Esq.<br>Trevor M. Broad, Esq.<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>Email: mpaskin@cravath.com<br>         tbroad@cravath.com<br><br>-and-<br><br>JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>Email: rlevin@jenner.com |
| TCEH Debtors | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>David P. Primack (No. 4449)<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>Email: dprimack@mdmc-law.com<br><br>-and-<br><br>MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper<br>Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Email: Thomas.Walper@mto.com<br>         Seth.Goldman@mto.com |
| TCEH Official Committee | MORRISON & FOERSTER LLP<br>James M. Peck |

| Party | Counsel |
|---|---|
|  | Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Email: jpeck@mofo.com
          brettmiller@mofo.com
          lmarinuzzi@mofo.com
          tgoren@mofo.com

-and-

POLSINELLI PC
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Email: cward@polsinelli.com
          jedelson@polsinelli.com
          skatona@polsinelli.com |
| The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. | MONTGOMERY McCRACKEN WALKER & RHOADS, LLP
Natalie D. Ramsey (DE Bar No. 5378)
Mark B. Sheppard
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Email: nramsey@mmwr.com
          msheppard@mmwr.com
          mfink@mmwr.com

-and-

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich
Steven L. Holley
Robert J. Giuffra, Jr.
Brian D. Glueckstein
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Email: dietdericha@sullcrom.com |

| **Party** | **Counsel** |
|---|---|
| | holleys@sullcrom.com<br>giuffrar@sullcrom.com<br>gluecksteinb@sullcrom.com |
| Ad Hoc Group of Non-Settling EFIH PIK Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P. and Marathon Asset Management, LP on behalf of funds and accounts that they each manage or advise | GELLERT SCALI BUSENKELL & BROWN, LLC<br>Michael Busenkell (No. 3933)<br>913 N. Market Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 425-5812<br>Facsimile:   (302) 425-5814<br>Email: mbusenkell@gsbblaw.com<br><br>-and-<br><br>KAYE SCHOLER LLP<br>Scott D. Talmadge, Esq.<br>250 W. 55th Street<br>New York, NY 10019<br>Telephone: (212) 836-8000<br>Facsimile:   (212) 836-6540<br>Email: scott.talmadge@kayescholer.com |

Dated: November 27, 2015
Wilmington, Delaware

By: */s/ Raymond H. Lemisch*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Raymond H. Lemisch (No. 4204)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189

**FOLEY & LARDNER LLP**
Harold L. Kaplan (admitted *pro hac vice*)
Mark F. Hebbeln (admitted *pro hac vice*)
Lars A. Peterson (admitted *pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4500

Barry G. Felder (admitted *pro hac vice*)
Jonathan H. Friedman (admitted *pro hac vice*)
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474

*Co-Counsel for Appellant UMB BANK, N.A., as Trustee*