## Exhibit A

[Statement of Fees by Subject Matter]

53114791v1

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 4.9 | $4,532.50 |
| 003 | EFH Business Operations | 2.9 | $2,682.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 1.7 | $1,572.50 |
| 005 | EFH Corporate Governance and Board Matters | 17.2 | $18,318.00 |
| 006 | Discovery | 118.6 | $119,804.00 |
| 007 | Employment Applications | 11.9 | $9,471.50 |
| 008 | Fee Applications and Objections | 53.5 | $43,807.50 |
| 009 | Financing and Cash Collateral | 32.6 | $27,687.00 |
| 010 | Hearings | 21.9 | $21,552.50 |
| 011 | Claims Investigations, Analyses and Objections | 89.1 | $77,284.50 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 1.2 | $1,110.00 |
| 014 | Non-Working Travel | 40.0 | $22,125.00 |
| 015 | Plan and Disclosure Statement | 616.5 | $575,471.50 |
| 016 | Tax | 52.8 | $45,546.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **1,064.8** | **$970,965.00** |

53114791v1