## **Exhibit B**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,275 | 3.0 | $3,825.00 |
| Richard M. Corn | Partner | 2005 | Tax | $875 | 27.4 | $23,975.00 |
| Michael E. Ellis | Partner | 2007 | Corporate | $800 | 1.5 | $1,200.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $975 | 122.6 | $119,535.00 |
| | | | | $487.50 | 5.0 | $2,437.50[1] |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,000 | 4.7 | $4,700.00 |
| Jeffrey W. Levitan | Partner | 1983 | Corporate | $1,125 | 3.9 | $4,387.50 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,125 | 30.2 | $33,975.00 |
| Paul Possinger | Partner | 1993 | Corporate | $975 | 81.1 | $79,072.50 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $900 | 159.4 | $143,460.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,275 | 6.2 | $7,905.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,125 | 160.5 | $180,562.50 |
| | | | | $562.50 | 35.0 | $19,687.50[1] |
| Peter J. Young | Partner | 2002 | Corporate | $925 | 210.3 | $194,527.50 |
| Rochelle H. Emert | Associate | 2014 | Litigation | $465 | 7.2 | $3,348.00 |
| Jacquelyn N. Ferry | Associate | 2012 | Litigation | $660 | 0.1 | $66.00 |
| Joshua L. Kopple | Associate | 2013 | Litigation | $465 | 25.1 | $11,671.50 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $795 | 28.6 | $22,737.00 |
| Gary Silber | Associate | 2011 | Tax | $695 | 17.8 | $12,371.00 |
| Tracey L. Silver | Associate | 2012 | Litigation | $660 | 14.5 | $9,570.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $765 | 119.9 | $91,723.50 |
| **Total** | | | | | **1,064.0** | **$970,737** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

53114791v1

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Natasha Petrov | Paralegal | 0.25 years | Corporate | $285 | 0.8 | $228.00 |
| **Total** | | | | | **0.8** | **$228.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **1,064.8** | **$970,965.00** |

53114791v1