**Exhibit C**

[Summary of Actual and Necessary Expenses for the Fee Period]

53114791v1

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $1,798.40 |
| Telecommunications | $0.00[1] |
| Research (Lexis/Westlaw/Other Database Search Services) | $1,953.10 |
| Litigation and Corporate Support Services[2] | $622.10 |
| Travel Out-of-Town – Transportation | $4,051.14[3] |
| Taxi, Carfare, Mileage, Parking | $2,092.22[4] |
| Messenger/Delivery/Postage | $1,362.27 |
| Business Meals | $587.05[5] |
| Out-of-Town Lodging | $4,474.08[6] |
| Word Processing | $0.00[7] |
| Other Disbursements | $0.00[8] |
| **Total** | **$16,940.36** |

---

[1] Reflects a reduction of $63.45 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Consists of CourtCall, PACER and transcript (hearing and deposition) expenses.

[3] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[4] Includes a reduction of $219.46 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the fee committee.

[5] Includes a reduction of $1,422.97 for business meal expenses in excess of the reimbursable cap imposed by the fee committee.

[6] Includes a reduction of $3,255.20 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[7] Reflects a reduction of $246.00 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[8] Reflects a reduction of $184.17 for certain overtime expenses that are not reimbursable pursuant to the fee committee guidelines.

53114791v1