# **Exhibit D**

[Detailed Description of Expenses and Disbursements]

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/31/2015 | Jared Zajac | Litigation Support/docketing-Pacer | 73.10 |
| 08/31/2015 | Jared Zajac | Litigation Support/docketing-Pacer | 33.50 |
| 09/09/2015 | Jeff J. Marwil | Professional Services-CourtCall | 51.00 |
| 09/09/2015 | Mark K. Thomas | Professional Services-CourtCall | 51.00 |
| 09/16/2015 | Lary Alan Rappaport | Other Disbursements-CourtCall | 58.00 |
| 09/18/2015 | Lary Alan Rappaport | Other Disbursements-CourtCall | 30.00 |
| 09/21/2015 | Lary Alan Rappaport | Other Disbursements-CourtCall | 30.00 |
| 09/21/2015 | Lary Alan Rappaport | Other Disbursements-CourtCall | 58.00 |
| 09/21/2015 | Jeff J. Marwil | Professional Services-CourtCall | 58.00 |
| 09/21/2015 | Peter J. Young | Professional Services-CourtCall | 58.00 |
| 09/23/2015 | Michael A. Firestein | Taxicab/car Svc.-XYZ Car Service from NY office to Hotel for D. Evans | 28.96 |
| 09/23/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A-1 Airport Limo from O'Hare to Chicago Office | 75.00 |
| 09/24/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A-1 Airport Limo from Home to O'Hare | 75.00 |
| 09/24/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 09/24/2015 | Mark K. Thomas | Airplane-Chicago to NY | 448.00 |
| 09/25/2015 | Mark K. Thomas | Airplane-NY to Chicago | 292.50 |
| 09/25/2015 | Mark K. Thomas | Lodging-1 Night NY | 500.00 |
| 09/25/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A-1 Airport Limo from O'Hare to Home | 75.00 |
| 09/25/2015 | Mark K. Thomas | Taxicab/car Svc.-XYZ Car Service from Kirkland's Office to LaGuardia | 100.00 |
| 09/28/2015 | Mark K. Thomas | Taxicab/car Svc.-XYZ Car Service from NY Office to Kirkland's Office | 73.51 |
| 09/28/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Taxi from Chicago Office to O'Hare | 48.00 |
| 09/28/2015 | Mark K. Thomas | Professional Services-CourtCall | 51.00 |
| 09/28/2015 | Lary Alan Rappaport | Other Disbursements-CourtCall | 30.00 |
| 09/28/2015 | Lary Alan Rappaport | Other Disbursements-CourtCall | 44.00 |
| 09/28/2015 | Mark K. Thomas | Other Disbursements-GoGo Air Internet | 21.95 |
| 09/29/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 09/29/2015 | Michael A. Firestein | Taxicab/car Svc.-XYZ Car Service from NY Office to Kirkland's Office | 37.93 |
| 09/30/2015 | Jared Zajac | Litigation Support/docketing-Pacer | 30.50 |
| 09/30/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 09/30/2015 | Judy Lavine | Data Base Search Serv.-Pacer | 23.60 |
| 09/30/2015 | Judy Lavine | Data Base Search Serv.-Pacer | 3.50 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 09/30/2015 | Judy Lavine | Data Base Search Serv.-Pacer | 3.00 |
| 10/01/2015 | Mark K. Thomas | Airplane-Chicago to/from NY 9/28/15 to 10/1/15 | 535.10 |
| 10/01/2015 | Mark K. Thomas | Lodging-3 nights NY | 1,500.00 |
| 10/01/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Parking at Los Angeles Airport | 90.00 |
| 10/01/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Hotel to LaGuardia | 50.00 |
| 10/01/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A-1 Airport Limo from O'Hare to Home | 75.00 |
| 10/01/2015 | Jared Zajac | Reproduction | 0.10 |
| 10/01/2015 | Jared Zajac | Reproduction | 8.80 |
| 10/01/2015 | Jared Zajac | Reproduction | 8.50 |
| 10/01/2015 | Jared Zajac | Reproduction | 8.60 |
| 10/01/2015 | Jared Zajac | Reproduction | 7.90 |
| 10/01/2015 | Mark K. Thomas | Reproduction | 12.40 |
| 10/02/2015 | Jeff J. Marwil | Messenger/delivery | 34.60 |
| 10/02/2015 | Jeff J. Marwil | Messenger/delivery | 20.52 |
| 10/05/2015 | Jared Zajac | Reproduction | 4.60 |
| 10/06/2015 | Michele M. Reetz | Reproduction | 2.70 |
| 10/06/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 10/06/2015 | Michele M. Reetz | Reproduction | 8.70 |
| 10/06/2015 | Michele M. Reetz | Reproduction | 8.30 |
| 10/07/2015 | Peter J. Young | Reproduction | 4.60 |
| 10/07/2015 | Lorena Ramirez | Reproduction | 0.30 |
| 10/07/2015 | Lorena Ramirez | Reproduction | 0.30 |
| 10/07/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/07/2015 | Lorena Ramirez | Reproduction | 4.40 |
| 10/07/2015 | Lorena Ramirez | Reproduction | 2.70 |
| 10/07/2015 | Lorena Ramirez | Reproduction | 0.30 |
| 10/07/2015 | Lorena Ramirez | Reproduction | 1.90 |
| 10/07/2015 | Lorena Ramirez | Reproduction | 2.20 |
| 10/07/2015 | Lorena Ramirez | Reproduction | 0.70 |
| 10/07/2015 | Lorena Ramirez | Reproduction | 36.50 |
| 10/07/2015 | Peter J. Young | Reproduction | 8.80 |
| 10/07/2015 | Peter J. Young | Reproduction | 4.60 |
| 10/07/2015 | Jeff J. Marwil | Messenger/delivery | 44.39 |
| 10/08/2015 | Michele M. Reetz | Reproduction | 2.30 |
| 10/08/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 10/09/2015 | Peter J. Young | Reproduction | 2.90 |
| 10/12/2015 | Jared Zajac | Reproduction | 0.80 |
| 10/12/2015 | Jared Zajac | Reproduction | 0.90 |
| 10/12/2015 | Kimberly White | Reproduction | 4.90 |
| 10/12/2015 | Mark K. Thomas | Reproduction | 0.40 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/12/2015 | Mark K. Thomas | Reproduction | 10.10 |
| 10/13/2015 | Jared Zajac | Reproduction | 1.60 |
| 10/13/2015 | Jared Zajac | Reproduction | 7.60 |
| 10/13/2015 | Jared Zajac | Reproduction | 11.70 |
| 10/13/2015 | Jared Zajac | Reproduction | 3.90 |
| 10/13/2015 | Jared Zajac | Reproduction | 1.50 |
| 10/13/2015 | Jared Zajac | Reproduction | 2.70 |
| 10/13/2015 | Jared Zajac | Reproduction | 0.40 |
| 10/13/2015 | Jared Zajac | Reproduction | 0.80 |
| 10/13/2015 | Jared Zajac | Reproduction | 0.80 |
| 10/13/2015 | Jared Zajac | Reproduction | 0.80 |
| 10/13/2015 | Jared Zajac | Reproduction | 1.10 |
| 10/13/2015 | Jared Zajac | Reproduction | 0.80 |
| 10/13/2015 | Jared Zajac | Reproduction | 0.80 |
| 10/13/2015 | Jared Zajac | Reproduction | 0.80 |
| 10/13/2015 | Peter J. Young | Reproduction | 3.20 |
| 10/13/2015 | Kimberly White | Reproduction | 2.50 |
| 10/13/2015 | Kimberly White | Reproduction | 8.90 |
| 10/13/2015 | Kimberly White | Reproduction | 8.90 |
| 10/13/2015 | Kimberly White | Reproduction | 6.40 |
| 10/13/2015 | Kimberly White | Reproduction | 6.40 |
| 10/13/2015 | Peter J. Young | Reproduction | 3.30 |
| 10/14/2015 | Jared Zajac | Reproduction | 4.80 |
| 10/14/2015 | Peter J. Young | Reproduction | 2.90 |
| 10/14/2015 | Mark K. Thomas | Reproduction | 2.00 |
| 10/14/2015 | Peter J. Young | Reproduction | 0.10 |
| 10/14/2015 | Mark K. Thomas | Reproduction | 2.00 |
| 10/14/2015 | Peter J. Young | Reproduction | 3.40 |
| 10/14/2015 | Peter J. Young | Reproduction | 3.30 |
| 10/14/2015 | Peter J. Young | Reproduction | 3.30 |
| 10/14/2015 | Peter J. Young | Reproduction | 3.30 |
| 10/14/2015 | Peter J. Young | Reproduction | 3.30 |
| 10/14/2015 | Peter J. Young | Reproduction | 3.30 |
| 10/14/2015 | Peter J. Young | Reproduction | 3.30 |
| 10/14/2015 | Peter J. Young | Reproduction | 3.20 |
| 10/14/2015 | Mark K. Thomas | Out Of Town Meals | 30.96 |
| 10/14/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Cab from Philadelphia Airport to Hotel | 40.00 |
| 10/14/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Cab from Chicago Office to O'Hare | 48.00 |
| 10/15/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- A-1 Airport Limo from O'Hare to Home | 75.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/15/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Carey Car Service from hotel to Philadelphia Airport | 125.00 |
| 10/15/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Delaware Courthouse to Philadelphia Hotel | 110.00 |
| 10/15/2015 | Lary Alan Rappaport | Filing and Court Costs | 30.00 |
| 10/15/2015 | Lary Alan Rappaport | Filing and Court Costs | 114.00 |
| 10/15/2015 | Lary Alan Rappaport | Parking | 35.00 |
| 10/15/2015 | Mark K. Thomas | Out Of Town Meals | 3.78 |
| 10/15/2015 | Mark K. Thomas | Out Of Town Meals | 30.44 |
| 10/15/2015 | Mark K. Thomas | Airplane-Chicago to/from Philadelphia on 10/14-15/15 | 539.10 |
| 10/15/2015 | Peter J. Young | Local Meals-Meeting with M. Thomas, J. Marwil and J. Allen | 80.00 |
| 10/15/2015 | Mark K. Thomas | Out Of Town Meals | 18.40 |
| 10/15/2015 | Mark K. Thomas | Lodging-1 Night Philadelphia | 300.00 |
| 10/15/2015 | Jared Zajac | Reproduction | 4.60 |
| 10/15/2015 | Jared Zajac | Reproduction | 2.10 |
| 10/15/2015 | Jared Zajac | Reproduction | 0.80 |
| 10/15/2015 | Jared Zajac | Reproduction | 2.90 |
| 10/15/2015 | Jared Zajac | Reproduction | 4.90 |
| 10/15/2015 | Jared Zajac | Reproduction | 1.20 |
| 10/15/2015 | Jared Zajac | Reproduction | 1.70 |
| 10/15/2015 | Jared Zajac | Reproduction | 0.40 |
| 10/15/2015 | Peter J. Young | Reproduction | 4.60 |
| 10/16/2015 | Jared Zajac | Reproduction | 1.70 |
| 10/16/2015 | Lary Alan Rappaport | Reproduction | 5.00 |
| 10/16/2015 | Lary Alan Rappaport | Reproduction | 1.80 |
| 10/16/2015 | Lary Alan Rappaport | Reproduction | 1.20 |
| 10/16/2015 | Lary Alan Rappaport | Reproduction | 2.00 |
| 10/16/2015 | Lary Alan Rappaport | Reproduction | 6.40 |
| 10/16/2015 | Lary Alan Rappaport | Reproduction | 1.00 |
| 10/16/2015 | Lary Alan Rappaport | Reproduction | 0.50 |
| 10/16/2015 | Lary Alan Rappaport | Reproduction | 2.50 |
| 10/16/2015 | Lary Alan Rappaport | Reproduction | 8.90 |
| 10/16/2015 | Lary Alan Rappaport | Reproduction | 2.60 |
| 10/16/2015 | Lary Alan Rappaport | Reproduction | 2.00 |
| 10/16/2015 | Lary Alan Rappaport | Reproduction | 2.50 |
| 10/16/2015 | Lary Alan Rappaport | Reproduction | 1.90 |
| 10/16/2015 | Lary Alan Rappaport | Reproduction | 0.30 |
| 10/16/2015 | Lary Alan Rappaport | Reproduction | 5.50 |
| 10/16/2015 | Lary Alan Rappaport | Reproduction | 4.00 |
| 10/19/2015 | Jared Zajac | Reproduction | 0.40 |
| 10/19/2015 | Jared Zajac | Reproduction | 0.50 |

| Date | Name | Description | Amount |
|---|---|---|---:|
| 10/19/2015 | Jared Zajac | Reproduction | 1.00 |
| 10/19/2015 | Jared Zajac | Reproduction | 0.60 |
| 10/19/2015 | Jared Zajac | Reproduction | 1.30 |
| 10/19/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 10/19/2015 | Kimberly White | Reproduction | 6.40 |
| 10/19/2015 | Michele M. Reetz | Reproduction | 0.50 |
| 10/19/2015 | Peter J. Young | Reproduction | 0.20 |
| 10/20/2015 | Lary Alan Rappaport | Filing and Court Costs-CourtCall | 72.00 |
| 10/20/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab form LaGuardia to Hotel | 52.00 |
| 10/20/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Uber Car from Home to O'Hare | 46.46 |
| 10/20/2015 | Jared Zajac | Reproduction | 3.90 |
| 10/20/2015 | Jared Zajac | Reproduction | 0.20 |
| 10/20/2015 | Jared Zajac | Reproduction | 1.10 |
| 10/20/2015 | Jared Zajac | Reproduction | 0.40 |
| 10/20/2015 | Lary Alan Rappaport | Reproduction | 4.50 |
| 10/20/2015 | Lary Alan Rappaport | Reproduction | 2.40 |
| 10/20/2015 | Lary Alan Rappaport | Reproduction | 4.90 |
| 10/21/2015 | Lisa Lawson | Reproduction | 0.40 |
| 10/21/2015 | Lisa Lawson | Reproduction | 0.20 |
| 10/21/2015 | Lisa Lawson | Reproduction | 0.20 |
| 10/21/2015 | Jared Zajac | Reproduction | 0.40 |
| 10/21/2015 | Jared Zajac | Reproduction | 0.50 |
| 10/21/2015 | Jared Zajac | Reproduction | 1.10 |
| 10/21/2015 | Jared Zajac | Reproduction | 1.40 |
| 10/21/2015 | Jennifer L. Roche | Reproduction | 1.40 |
| 10/21/2015 | Jennifer L. Roche | Reproduction | 1.70 |
| 10/21/2015 | Peter J. Young | Reproduction | 3.20 |
| 10/21/2015 | Peter J. Young | Reproduction | 0.50 |
| 10/21/2015 | Peter J. Young | Reproduction | 0.60 |
| 10/21/2015 | Peter J. Young | Reproduction | 0.30 |
| 10/21/2015 | Peter J. Young | Reproduction | 11.20 |
| 10/21/2015 | Peter J. Young | Reproduction | 0.90 |
| 10/21/2015 | Peter J. Young | Reproduction | 0.50 |
| 10/21/2015 | Peter J. Young | Reproduction | 0.20 |
| 10/21/2015 | Mark K. Thomas | Out Of Town Meals-with J. Marwil | 80.00 |
| 10/21/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 10/21/2015 | Jeff J. Marwil | Out Of Town Meals | 20.51 |
| 10/22/2015 | Mark K. Thomas | Airplane-Chicago to NY on 10/20/15 | 540.10 |
| 10/22/2015 | Mark K. Thomas | Airplane-NY to Chicago | 482.05 |
| 10/22/2015 | Mark K. Thomas | Lodging-2 Nights NY | 1,000.00 |
| 10/22/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Kirkland's Office to LaGuardia | 35.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/22/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- A-1 Airport Limo from O'Hare to Home | 75.00 |
| 10/22/2015 | Paulette Lindo | Reproduction | 0.20 |
| 10/22/2015 | Paulette Lindo | Reproduction | 5.70 |
| 10/22/2015 | Jared Zajac | Reproduction | 0.10 |
| 10/22/2015 | Jared Zajac | Reproduction | 0.10 |
| 10/22/2015 | Jared Zajac | Reproduction | 1.80 |
| 10/22/2015 | Jared Zajac | Reproduction | 0.70 |
| 10/22/2015 | Jared Zajac | Reproduction | 0.80 |
| 10/22/2015 | Gary Silber | Reproduction | 0.30 |
| 10/22/2015 | Gary Silber | Reproduction | 2.70 |
| 10/22/2015 | Gary Silber | Reproduction | 1.60 |
| 10/22/2015 | Richard M. Corn | Reproduction | 1.10 |
| 10/22/2015 | Peter J. Young | Reproduction | 2.60 |
| 10/22/2015 | Peter J. Young | Reproduction | 0.50 |
| 10/22/2015 | Peter J. Young | Reproduction | 0.10 |
| 10/22/2015 | Peter J. Young | Reproduction | 0.20 |
| 10/22/2015 | Peter J. Young | Reproduction | 1.20 |
| 10/22/2015 | Peter J. Young | Reproduction | 0.30 |
| 10/22/2015 | Peter J. Young | Reproduction | 4.50 |
| 10/22/2015 | Peter J. Young | Reproduction | 0.10 |
| 10/22/2015 | Peter J. Young | Reproduction | 0.30 |
| 10/22/2015 | Peter J. Young | Reproduction | 0.50 |
| 10/22/2015 | Peter J. Young | Reproduction | 0.10 |
| 10/22/2015 | Peter J. Young | Reproduction | 0.60 |
| 10/22/2015 | Peter J. Young | Reproduction | 7.50 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 9.50 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 1.10 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.40 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.20 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 4.90 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 40.80 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.80 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.40 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.60 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.40 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.50 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 1.50 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.40 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.60 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 4.70 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 8.50 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.50 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.40 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.40 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 44.10 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 4.50 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.40 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 5.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.60 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.70 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 4.90 |
| 10/23/2015 | Lary Alan Rappaport | Reproduction | 14.60 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.50 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 6.00 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 36.90 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.70 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.60 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.40 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.50 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 7.80 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 1.40 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 1.50 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 6.80 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.90 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 5.90 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 17.00 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 16.20 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 71.40 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 6.90 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.70 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 1.10 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.40 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.40 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 2.60 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/23/2015 | Michael A. Firestein | Reproduction | 38.60 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 1.90 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.60 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 2.80 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 1.80 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 4.40 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 14.60 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 1.40 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 7.10 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 8.60 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 27.00 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 10.50 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 31.40 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 15.50 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 1.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 1.10 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 1.50 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 1.00 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 1.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 8.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 1.10 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 1.40 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 5.90 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 3.90 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 6.50 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 1.30 |
| 10/23/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 10/23/2015 | Lary Alan Rappaport | Reproduction | 0.30 |
| 10/23/2015 | Peter J. Young | Reproduction | 5.30 |
| 10/23/2015 | Jared Zajac | Lexis | 1,725.00 |
| 10/23/2015 | Jared Zajac | Reproduction | 0.10 |
| 10/23/2015 | Jared Zajac | Reproduction | 1.40 |
| 10/23/2015 | Jared Zajac | Reproduction | 0.40 |
| 10/23/2015 | Jared Zajac | Reproduction | 1.00 |
| 10/23/2015 | Jared Zajac | Reproduction | 0.60 |
| 10/23/2015 | Ho-jung Chang | Reproduction | 4.90 |
| 10/23/2015 | Ho-jung Chang | Reproduction | 4.90 |
| 10/23/2015 | Paul Possinger | Local Meals-Meeting with M. Thomas | 40.00 |
| 10/24/2015 | Lary Alan Rappaport | Reproduction | 2.60 |
| 10/24/2015 | Lary Alan Rappaport | Reproduction | 0.20 |
| 10/24/2015 | Lary Alan Rappaport | Reproduction | 2.20 |
| 10/24/2015 | Lary Alan Rappaport | Reproduction | 4.50 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/24/2015 | Lary Alan Rappaport | Reproduction | 4.70 |
| 10/24/2015 | Lary Alan Rappaport | Reproduction | 4.10 |
| 10/24/2015 | Lary Alan Rappaport | Reproduction | 1.10 |
| 10/25/2015 | Joshua L. Kopple | Reproduction | 3.40 |
| 10/25/2015 | Joshua L. Kopple | Reproduction | 2.60 |
| 10/25/2015 | Michael A. Firestein | Reproduction | 19.60 |
| 10/25/2015 | Peter J. Young | Reproduction | 0.30 |
| 10/25/2015 | Peter J. Young | Reproduction | 14.60 |
| 10/25/2015 | Arnel Glorioso | Reproduction | 3.10 |
| 10/25/2015 | Arnel Glorioso | Reproduction | 3.10 |
| 10/25/2015 | Tracey L. Silver | Reproduction | 1.30 |
| 10/25/2015 | Arnel Glorioso | Reproduction | 0.10 |
| 10/25/2015 | Arnel Glorioso | Reproduction | 0.10 |
| 10/25/2015 | Tracey L. Silver | Reproduction | 0.60 |
| 10/25/2015 | Ho-jung Chang | Reproduction | 19.60 |
| 10/25/2015 | Ho-jung Chang | Reproduction | 4.90 |
| 10/25/2015 | Ho-jung Chang | Reproduction | 29.40 |
| 10/25/2015 | Jennifer L. Roche | Westlaw | 198.00 |
| 10/26/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Cab from Dallas Airport to Hotel | 60.00 |
| 10/26/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Cab from Chicago Office to O'Hare | 48.00 |
| 10/26/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking- Cab from Dallas Airport to Hotel | 55.00 |
| 10/26/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking- Uber Car from Los Angeles Office to Airport | 62.41 |
| 10/26/2015 | Jeff J. Marwil | Messenger/delivery | 228.31 |
| 10/26/2015 | Jeff J. Marwil | Messenger/delivery | 278.10 |
| 10/26/2015 | Paulette Lindo | Reproduction | 0.10 |
| 10/26/2015 | Paulette Lindo | Reproduction | 1.70 |
| 10/26/2015 | Paulette Lindo | Reproduction | 1.70 |
| 10/26/2015 | Paulette Lindo | Reproduction | 1.40 |
| 10/26/2015 | Paulette Lindo | Reproduction | 0.10 |
| 10/26/2015 | Paulette Lindo | Reproduction | 4.20 |
| 10/26/2015 | Paulette Lindo | Reproduction | 4.20 |
| 10/26/2015 | Paulette Lindo | Reproduction | 0.10 |
| 10/26/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 10/26/2015 | Lary Alan Rappaport | Reproduction | 3.00 |
| 10/26/2015 | Lary Alan Rappaport | Reproduction | 4.60 |
| 10/26/2015 | Lary Alan Rappaport | Reproduction | 3.90 |
| 10/26/2015 | Lary Alan Rappaport | Reproduction | 1.40 |
| 10/26/2015 | Lorena Ramirez | Reproduction | 11.70 |
| 10/26/2015 | Lorena Ramirez | Reproduction | 0.90 |
| 10/26/2015 | Lorena Ramirez | Reproduction | 3.90 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/26/2015 | Lorena Ramirez | Reproduction | 2.00 |
| 10/26/2015 | Lorena Ramirez | Reproduction | 3.50 |
| 10/26/2015 | Lorena Ramirez | Reproduction | 2.90 |
| 10/26/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/26/2015 | Lary Alan Rappaport | Reproduction | 13.70 |
| 10/26/2015 | Lorena Ramirez | Reproduction | 3.90 |
| 10/26/2015 | Lorena Ramirez | Reproduction | 11.70 |
| 10/26/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 10/26/2015 | Lary Alan Rappaport | Reproduction | 1.20 |
| 10/26/2015 | Lorena Ramirez | Reproduction | 3.60 |
| 10/26/2015 | Lorena Ramirez | Reproduction | 1.80 |
| 10/26/2015 | Lorena Ramirez | Reproduction | 2.70 |
| 10/26/2015 | Lorena Ramirez | Reproduction | 0.40 |
| 10/26/2015 | Lorena Ramirez | Reproduction | 0.40 |
| 10/26/2015 | Lary Alan Rappaport | Reproduction | 113.30 |
| 10/26/2015 | Lorena Ramirez | Reproduction | 1.80 |
| 10/26/2015 | Lorena Ramirez | Reproduction | 3.60 |
| 10/26/2015 | Peter J. Young | Reproduction | 0.70 |
| 10/26/2015 | Paul Possinger | Reproduction | 2.70 |
| 10/26/2015 | Paul Possinger | Reproduction | 0.40 |
| 10/26/2015 | Paul Possinger | Reproduction | 0.40 |
| 10/26/2015 | Paul Possinger | Reproduction | 1.20 |
| 10/26/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 10/26/2015 | Paul Possinger | Reproduction | 14.60 |
| 10/26/2015 | Peter J. Young | Reproduction | 2.30 |
| 10/26/2015 | Paul Possinger | Reproduction | 3.90 |
| 10/26/2015 | Paul Possinger | Reproduction | 0.30 |
| 10/26/2015 | Paul Possinger | Reproduction | 2.00 |
| 10/26/2015 | Paul Possinger | Reproduction | 3.50 |
| 10/26/2015 | Paul Possinger | Reproduction | 2.90 |
| 10/27/2015 | Peter J. Young | Reproduction | 3.00 |
| 10/27/2015 | Peter J. Young | Reproduction | 3.00 |
| 10/27/2015 | Peter J. Young | Reproduction | 3.00 |
| 10/27/2015 | Peter J. Young | Reproduction | 2.30 |
| 10/27/2015 | Peter J. Young | Reproduction | 2.30 |
| 10/27/2015 | Peter J. Young | Reproduction | 2.50 |
| 10/27/2015 | Lary Alan Rappaport | Reproduction | 0.20 |
| 10/27/2015 | Lary Alan Rappaport | Reproduction | 1.30 |
| 10/27/2015 | Lary Alan Rappaport | Reproduction | 1.90 |
| 10/27/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 10/27/2015 | Lary Alan Rappaport | Reproduction | 0.20 |
| 10/27/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 10/27/2015 | Lary Alan Rappaport | Reproduction | 4.20 |
| 10/27/2015 | Lary Alan Rappaport | Reproduction | 4.30 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/27/2015 | Lary Alan Rappaport | Reproduction | 4.60 |
| 10/27/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 10/27/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 10/27/2015 | Lary Alan Rappaport | Reproduction | 3.30 |
| 10/27/2015 | Lary Alan Rappaport | Reproduction | 1.40 |
| 10/27/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/27/2015 | Lary Alan Rappaport | Reproduction | 1.20 |
| 10/27/2015 | Lary Alan Rappaport | Reproduction | 1.20 |
| 10/27/2015 | Peter J. Young | Reproduction | 3.10 |
| 10/27/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 10/27/2015 | Mark K. Thomas | Lodging-Internet Access at Hotel | 32.36 |
| 10/27/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Cab from Hotel to EFH Offices | 10.00 |
| 10/27/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Cab from EFH Offices to Hotel | 10.00 |
| 10/28/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A-1 Airport Limo from O'Hare to Home | 75.00 |
| 10/28/2015 | Jeff J. Marwil | Messenger/delivery | 91.71 |
| 10/28/2015 | Jeff J. Marwil | Messenger/delivery | 91.71 |
| 10/28/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Cab from Hotel to EFH Offices | 10.00 |
| 10/28/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Uber Car to Dallas Airport | 75.00 |
| 10/28/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Cab from Los Angeles Airport to Home | 45.00 |
| 10/28/2015 | Mark K. Thomas | Lodging-2 Nights Dallas | 600.00 |
| 10/28/2015 | Michael A. Firestein | Lodging-2 Nights Dallas | 541.72 |
| 10/28/2015 | Michael A. Firestein | Out Of Town Meals | 40.00 |
| 10/28/2015 | Michael A. Firestein | Out Of Town Meals | 40.00 |
| 10/28/2015 | Michael A. Firestein | Out Of Town Meals | 2.96 |
| 10/28/2015 | Michael A. Firestein | Airplane-Los Angeles to/from Dallas on 10/26-28/15 | 682.10 |
| 10/28/2015 | Michael A. Firestein | Airplane-GoGo Air Internet on 10/26 | 21.95 |
| 10/28/2015 | Mark K. Thomas | Airplane-GoGoAir Internet | 19.43 |
| 10/28/2015 | Michael A. Firestein | Airplane-GoGo Air Internet | 23.76 |
| 10/28/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 10/28/2015 | Lary Alan Rappaport | Reproduction | 1.80 |
| 10/28/2015 | Lary Alan Rappaport | Reproduction | 3.50 |
| 10/28/2015 | Lary Alan Rappaport | Reproduction | 1.40 |
| 10/28/2015 | Lary Alan Rappaport | Reproduction | 0.30 |
| 10/28/2015 | Lary Alan Rappaport | Reproduction | 0.30 |
| 10/28/2015 | Lary Alan Rappaport | Reproduction | 0.60 |
| 10/28/2015 | Lary Alan Rappaport | Reproduction | 0.30 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/28/2015 | Joshua L. Kopple | Reproduction | 1.60 |
| 10/28/2015 | Lary Alan Rappaport | Reproduction | 0.80 |
| 10/28/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 10/28/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 10/28/2015 | Lary Alan Rappaport | Reproduction | 2.60 |
| 10/28/2015 | Lary Alan Rappaport | Reproduction | 11.10 |
| 10/28/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 10/28/2015 | Peter J. Young | Reproduction | 2.50 |
| 10/28/2015 | Peter J. Young | Reproduction | 2.60 |
| 10/28/2015 | Peter J. Young | Reproduction | 2.60 |
| 10/28/2015 | Peter J. Young | Reproduction | 2.60 |
| 10/28/2015 | Peter J. Young | Reproduction | 2.60 |
| 10/28/2015 | Peter J. Young | Reproduction | 1.40 |
| 10/28/2015 | Peter J. Young | Reproduction | 3.00 |
| 10/28/2015 | Peter J. Young | Reproduction | 1.40 |
| 10/28/2015 | Peter J. Young | Reproduction | 1.40 |
| 10/28/2015 | Peter J. Young | Reproduction | 1.40 |
| 10/29/2015 | Mark K. Thomas | Airplane-GoGo Air Internet | 17.95 |
| 10/29/2015 | Mark K. Thomas | Airplane-Chicago to/from Dallas on 10/26-28/15 | 449.10 |
| 10/29/2015 | Jeff J. Marwil | Messenger/delivery | 26.24 |
| 10/29/2015 | Michael A. Firestein | Postage | 1.64 |
| 10/29/2015 | Celeste Edwards | Reproduction | 0.10 |
| 10/29/2015 | Jared Zajac | Reproduction | 1.90 |
| 10/29/2015 | Lary Alan Rappaport | Reproduction | 3.20 |
| 10/29/2015 | Lary Alan Rappaport | Reproduction | 13.20 |
| 10/29/2015 | Lary Alan Rappaport | Reproduction | 5.50 |
| 10/29/2015 | Michele M. Reetz | Reproduction | 8.10 |
| 10/29/2015 | Michele M. Reetz | Reproduction | 1.30 |
| 10/29/2015 | Michele M. Reetz | Reproduction | 1.90 |
| 10/29/2015 | Michele M. Reetz | Reproduction | 1.50 |
| 10/29/2015 | Michele M. Reetz | Reproduction | 1.70 |
| 10/30/2015 | Jeff J. Marwil | Messenger/delivery | 293.56 |
| 10/30/2015 | Jeff J. Marwil | Messenger/delivery | 251.49 |
| 10/30/2015 | Paulette Lindo | Reproduction | 4.50 |
| 10/30/2015 | Paulette Lindo | Reproduction | 7.60 |
| 10/30/2015 | Paulette Lindo | Reproduction | 0.80 |
| 10/30/2015 | Paulette Lindo | Reproduction | 0.40 |
| 10/30/2015 | Paulette Lindo | Reproduction | 0.60 |
| 10/30/2015 | Paulette Lindo | Reproduction | 0.10 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 4.30 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 3.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.60 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 0.60 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 0.60 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 4.50 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 4.60 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.30 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.60 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.50 |
| 10/30/2015 | Joshua L. Kopple | Reproduction | 7.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 3.80 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 5.50 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 1.20 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 13.80 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.60 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.30 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.60 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 3.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.70 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.70 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.60 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.60 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.70 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.00 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.70 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.60 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.70 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.60 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 3.70 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 0.30 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 3.60 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.90 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 24.30 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 4.50 |
| 10/30/2015 | Joshua L. Kopple | Reproduction | 6.80 |
| 10/30/2015 | Michael A. Firestein | Reproduction | 4.90 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 4.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.70 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.70 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.30 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.00 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.30 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.90 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.00 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.70 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 3.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.70 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 3.40 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 1.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 3.00 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.60 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.90 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.30 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.20 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.70 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.60 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.30 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.30 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.30 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 1.90 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.60 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 4.80 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.40 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 3.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.30 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.60 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.30 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.90 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 2.50 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 0.10 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 3.40 |
| 10/30/2015 | Lary Alan Rappaport | Reproduction | 11.90 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 5.90 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 11.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 8.90 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/30/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 10/31/2015 | Lary Alan Rappaport | Reproduction | 4.70 |

**Disbursements and Other Charges** $ **16,940.36**