# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**TWELFTH MONTHLY EXPENSE STATEMENT OF ALIXPARTNERS, LLP FOR REIMBURSEMENT FOR EXPENSES INCURRED AS RESTRUCTURING ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD FROM <u>OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015</u>**

| | |
|---|---|
| **Name of Applicant** | AlixPartners LLP |
| Date of Appointment: | January 12, 2015, *nunc pro tunc* to November 20, 2014 |
| Period for which reimbursement is sought: | October 1, 2015 through October 31, 2015 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $49,103.99 |

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## Itemization of Disbursements Incurred

| INVOICE NUMBER | MATTER NAME | DATE | NAME OF TIMEKEEPER | EXPENSE CATEGORY | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|
| 2073149 | 9021.002 | 20150921 | Pesch, Tom D | Meals & Tips | $ 8.54 | Meals & Tips Thomas Pesch - Dinner |
| 2073149 | 9021.002 | 20150921 | Pesch, Tom D | Cab Fare/Ground Transport | $ 16.60 | Cab Fare/Ground Transportation Thomas Pesch Downtown to Lakeview |
| 2073149 | 9021.002 | 20150924 | Pesch, Tom D | Cab Fare/Ground Transport | $ 16.60 | Cab Fare/Ground Transportation Thomas Pesch Downtown to Lakeview |
| 2073149 | 9021.002 | 20150924 | Pesch, Tom D | Meals & Tips | $ 7.12 | Meals & Tips Thomas Pesch - Dinner |
| 2073149 | 9021.002 | 20150925 | Pesch, Tom D | Meals & Tips | $ 10.68 | Meals & Tips Thomas Pesch - Dinner |
| 2073149 | 9021.002 | 20150925 | Pesch, Tom D | Cab Fare/Ground Transport | $ 16.65 | Cab Fare/Ground Transportation Thomas Pesch Downtown to Lakeview |
| 2073149 | 9021.002 | 20150928 | Pesch, Tom D | Meals & Tips | $ 10.68 | Meals & Tips Thomas Pesch - Dinner |
| 2073149 | 9021.002 | 20150928 | Pesch, Tom D | Cab Fare/Ground Transport | $ 15.90 | Cab Fare/Ground Transportation Thomas Pesch Downtown to Lakeview |
| 2073149 | 9021.002 | 20150928 | Holtz, Alan | Airfare Service Charge | $ 164.50 | Airfare Change Fees - - VENDOR: Kenneth J. Malek |
| 2073149 | 9021.002 | 20150928 | Holtz, Alan | Cab Fare/Ground Transport | $ 71.21 | Cab Fare/Ground Transportation - - VENDOR: Kenneth J. Malek LGA to Sullivan & Cromwell offices (3 Days) |
| 2073149 | 9021.002 | 20150928 | Holtz, Alan | Cab Fare/Ground Transport | $ 34.66 | Cab Fare/Ground Transportation - - VENDOR: Kenneth J. Malek Sullivan & Cromwell offices to LGA |
| 2073149 | 9021.002 | 20150929 | Chisholm, Kim K | Cab Fare/Ground Transport | $ 9.65 | Cab Fare/Ground Transportation Kimberly Chisholm Office to Home |
| 2073149 | 9021.002 | 20151003 | Rogers, Matt | Meals & Tips | $ 10.45 | Meals & Tips Matthew Rogers - Lunch |
| 2073149 | 9021.002 | 20151005 | Chisholm, Kim K | Meals & Tips | $ 12.27 | Meals & Tips Kimberly Chisholm - Dinner |
| 2073149 | 9021.002 | 20151006 | Holtz, Alan | Sub-Contractors | $ 32,719.50 | Sub-Contractors - - VENDOR: Kenneth J. Malek September 2015 |
| 2073149 | 9021.002 | 20151007 | Pesch, Tom D | Cab Fare/Ground Transport | $ 18.78 | Cab Fare/Ground Transportation Thomas Pesch Downtown to Lakeview |
| 2073149 | 9021.002 | 20151007 | Pesch, Tom D | Meals & Tips | $ 10.68 | Meals & Tips Thomas Pesch - Dinner |
| 2073149 | 9021.002 | 20151007 | Rogers, Matt | Airfare | $ 773.41 | Coach Airfare Matthew Rogers 2015-10-08 DCA - LGA |
| 2073149 | 9021.002 | 20151007 | Rogers, Matt | Airfare Service Charge | $ 27.75 | Airfare Service Charge Matthew Rogers |
| 2073149 | 9021.002 | 20151007 | Rule, Mark F | Airfare Service Charge | $ 54.00 | Airfare Service Charge Mark Rule |
| 2073149 | 9021.002 | 20151007 | Rule, Mark F | Meals & Tips | $ 20.00 | Meals & Tips Mark Rule - Dinner |
| 2073149 | 9021.002 | 20151007 | Rule, Mark F | Airfare | $ 944.05 | Coach Airfare Mark Rule 2015-10-08 ORD - LGA |
| 2073149 | 9021.002 | 20151007 | Rule, Mark F | Airfare Service Charge | $ 9.00 | Airfare Service Charge Mark Rule |
| 2073149 | 9021.002 | 20151007 | Rule, Mark F | Airfare Service Charge | $ 43.00 | Airfare Service Charge Mark Rule |
| 2073149 | 9021.002 | 20151008 | Pesch, Tom D | Meals & Tips | $ 10.68 | Meals & Tips Thomas Pesch - Dinner |
| 2073149 | 9021.002 | 20151008 | Pesch, Tom D | Cab Fare/Ground Transport | $ 19.70 | Cab Fare/Ground Transportation Thomas Pesch Downtown to Lakeview |
| 2073149 | 9021.002 | 20151008 | Rogers, Matt | Parking & Tolls | $ 25.00 | Parking & Tolls Matthew Rogers |
| 2073149 | 9021.002 | 20151008 | Rogers, Matt | Cab Fare/Ground Transport | $ 47.81 | Cab Fare/Ground Transportation Matthew Rogers LQA Airport to Montgomery McCracken Office |
| 2073149 | 9021.002 | 20151008 | Rogers, Matt | Meals & Tips | $ 18.31 | Meals & Tips Matthew Rogers - Breakfast |
| 2073149 | 9021.002 | 20151008 | Chisholm, Kim K | Meals & Tips | $ 30.39 | Meals & Tips Kimberly Chisholm - Dinner |
| 2073149 | 9021.002 | 20151008 | Rule, Mark F | Cab Fare/Ground Transport | $ 45.66 | Cab Fare/Ground Transportation Mark Rule Office to O'Hare |
| 2073149 | 9021.002 | 20151008 | Rule, Mark F | Cab Fare/Ground Transport | $ 42.99 | Cab Fare/Ground Transportation Mark Rule LGA Airport to Hotel |
| 2073149 | 9021.002 | 20151008 | Rule, Mark F | Meals & Tips | $ 28.18 | Meals & Tips Mark Rule - Dinner |
| 2073149 | 9021.002 | 20151009 | Rogers, Matt | Cab Fare/Ground Transport | $ 73.49 | Cab Fare/Ground Transportation Matthew Rogers McCracken Office to LQA Airport |
| 2073149 | 9021.002 | 20151009 | Chisholm, Kim K | Meals & Tips | $ 72.38 | Meals - Engagement Team Kimberly Chisholm - Dinner - Kimberly Chisholm; Thomas Pesch |
| 2073149 | 9021.002 | 20151009 | Chisholm, Kim K | Cab Fare/Ground Transport | $ 8.45 | Cab Fare/Ground Transportation Kimberly Chisholm Office to Home |
| 2073149 | 9021.002 | 20151009 | Rule, Mark F | Airfare Service Charge | $ 9.00 | Airfare Service Charge Mark Rule |
| 2073149 | 9021.002 | 20151009 | Rule, Mark F | Cab Fare/Ground Transport | $ 51.56 | Cab Fare/Ground Transportation Mark Rule O'Hare to Home |
| 2073149 | 9021.002 | 20151009 | Rule, Mark F | Airfare | $ 805.71 | Coach Airfare Mark Rule 2015-10-09 LGA - ORD |
| 2073149 | 9021.002 | 20151009 | Rule, Mark F | Cab Fare/Ground Transport | $ 48.40 | Cab Fare/Ground Transportation Mark Rule Client to LGA Airport |
| 2073149 | 9021.002 | 20151009 | Rule, Mark F | Meals & Tips | $ 45.47 | Meals & Tips Mark Rule - Dinner |
| 2073149 | 9021.002 | 20151011 | Pesch, Tom D | Cab Fare/Ground Transport | $ 18.30 | Cab Fare/Ground Transportation Thomas Pesch Downtown to Lakeview |
| 2073149 | 9021.002 | 20151011 | Chisholm, Kim K | Meals & Tips | $ 69.41 | Meals - Engagement Team Kimberly Chisholm - Dinner - Mark Rule; Kimberly Chisholm; Thomas Pesch |
| 2073149 | 9021.002 | 20151011 | Chisholm, Kim K | Cab Fare/Ground Transport | $ 8.65 | Cab Fare/Ground Transportation Kimberly Chisholm Office to Home |
| 2073149 | 9021.002 | 20151012 | Chisholm, Kim K | Cab Fare/Ground Transport | $ 8.25 | Cab Fare/Ground Transportation Kimberly Chisholm Office to Home |
| 2073149 | 9021.002 | 20151012 | Chisholm, Kim K | Meals & Tips | $ 26.02 | Meals - Engagement Team Kimberly Chisholm - Lunch - Mark Rule; Kimberly Chisholm; Thomas Pesch |
| 2073149 | 9021.002 | 20151012 | Chisholm, Kim K | Meals & Tips | $ 60.00 | Meals - Engagement Team Kimberly Chisholm - Dinner - Mark Rule; Kimberly Chisholm; Thomas Pesch |
| 2073149 | 9021.002 | 20151013 | Chisholm, Kim K | Meals & Tips | $ 20.00 | Meals & Tips Kimberly Chisholm - Dinner |
| 2073149 | 9021.002 | 20151013 | Rule, Mark F | Airfare Service Charge | $ 9.00 | Airfare Service Charge Mark Rule |
| 2073149 | 9021.002 | 20151013 | Rule, Mark F | Airfare | $ 251.42 | Coach Airfare Mark Rule 2015-10-14 ORD - LGA |
| 2073149 | 9021.002 | 20151014 | Rule, Mark F | Lodging | $ 500.00 | Lodging Mark Rule Hyatt Hotels - New York 10/14/2015 - 10/15/2015 |
| 2073149 | 9021.002 | 20151014 | Rule, Mark F | Cab Fare/Ground Transport | $ 46.10 | Cab Fare/Ground Transportation Mark Rule Office to O'Hare |
| 2073149 | 9021.002 | 20151014 | Rule, Mark F | Meals & Tips | $ 40.00 | Meals & Tips Mark Rule - Dinner |
| 2073149 | 9021.002 | 20151014 | Rule, Mark F | Airfare | $ 89.00 | Coach Airfare Mark Rule 2015-10-14 ORD - LGA |
| 2073149 | 9021.002 | 20151014 | Rule, Mark F | Meals & Tips | $ 40.00 | Meals & Tips Mark Rule - Dinner |
| 2073149 | 9021.002 | 20151014 | Rule, Mark F | Airfare Service Charge | $ 10.00 | Airfare Service Charge Mark Rule |
| 2073149 | 9021.002 | 20151014 | Rule, Mark F | Cab Fare/Ground Transport | $ 61.59 | Cab Fare/Ground Transportation Mark Rule LGA Airport to Hotel |
| 2073149 | 9021.002 | 20151015 | Rule, Mark F | Cab Fare/Ground Transport | $ 51.36 | Cab Fare/Ground Transportation Mark Rule Client to LGA Airport |
| 2073149 | 9021.002 | 20151015 | Rule, Mark F | Meals & Tips | $ 9.89 | Meals & Tips Mark Rule - Dinner |
| 2073149 | 9021.002 | 20151015 | Rule, Mark F | Airfare | $ (43.00) | Coach Airfare Mark Rule 2015-10-09 LGA - ORD |
| 2073149 | 9021.002 | 20151019 | Holtz, Alan | Sub-Contractors | $ 10,494.00 | Sub-Contractors - - VENDOR: Kenneth J. Malek 10/1 - 10/15 |
| 2073149 | 9021.002 | 20151019 | Rule, Mark F | Airfare Service Charge | $ 9.00 | Airfare Service Charge Mark Rule |
| 2073149 | 9021.002 | 20151019 | Rule, Mark F | Airfare | $ 479.30 | Coach Airfare Mark Rule 2015-10-20 ORD - LGA |
| 2073149 | 9021.002 | 20151020 | Rule, Mark F | Airfare | $ 89.00 | Coach Airfare Mark Rule 2015-10-20 ORD - LGA |
| 2073149 | 9021.002 | 20151020 | Rule, Mark F | Cab Fare/Ground Transport | $ 56.19 | Cab Fare/Ground Transportation Mark Rule LGA Airport to Hotel |
| 2073149 | 9021.002 | 20151020 | Rule, Mark F | Cab Fare/Ground Transport | $ 45.65 | Cab Fare/Ground Transportation Mark Rule Office to O'Hare |
| 2073149 | 9021.002 | 20151020 | Rule, Mark F | Meals & Tips | $ 40.00 | Meals & Tips Mark Rule - Dinner |
| 2073149 | 9021.002 | 20151021 | Holtz, Alan | Meals & Tips | $ 45.11 | Meals - Engagement Team Alan Holtz - Lunch - Alan Holtz; Mark Rule |
| 2073149 | 9021.002 | 20151022 | Rule, Mark F | Cab Fare/Ground Transport | $ 78.84 | Cab Fare/Ground Transportation Mark Rule Client to LGA Airport |
| 2073149 | 9021.002 | 20151022 | Rule, Mark F | Cab Fare/Ground Transport | $ 42.05 | Cab Fare/Ground Transportation Mark Rule O'Hare to Home |
| 2073149 | 9021.002 | 20151022 | Rule, Mark F | Meals & Tips | $ 40.00 | Meals & Tips Mark Rule - Dinner |
| | | | | TOTAL | $ 49,103.99 | |