IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Re: D.I. 6989, 7114, 7132, 7142** |

## CERTIFICATION OF COUNSEL CONCERNING ORDER APPROVING SETTLEMENT OF CLAIMS HELD BY FIDELITY AND AUTHORIZING DEBTORS TO ENTER INTO AND PERFORM UNDER STIPULATION

On November 24, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Second Amended Notice of Settlement Between Debtors and Fidelity Management & Research Company* [D.I. 7132] (the "November 24 Notice")[2] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Attached to the November 24 Notice was, among other things, the proposed Fidelity Settlement Order.

The Debtors presented the Fidelity Settlement Order for entry and approval to The Honorable Christopher S. Sontchi at a hearing held before the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on November 25, 2015 at 10:00 a.m. (Eastern Standard Time) (the "November 25 Hearing"). Following the November 25 Hearing, the Bankruptcy Court entered the Fidelity Settlement Order (*see* D.I. 7142).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the November 24 Notice.

RLF1 13452637v.1

Following the entry of the Fidelity Settlement Order by the Bankruptcy Court on November 25, 2015, the Debtors identified certain language that was inadvertently not stricken from paragraph 5 of the Fidelity Settlement Order. Consequently, the Debtors have prepared a revised form of the Fidelity Settlement Order (the "Revised Fidelity Settlement Order") which deletes the language that, consistent with the record of the November 25 Hearing, should have been stricken from paragraph 5 of the form of Fidelity Settlement Order entered by the Bankruptcy Court on November 25, 2015. A copy of the Revised Fidelity Settlement Order is attached hereto as **Exhibit A**. A redline comparison of the Revised Fidelity Settlement Order marked against the form of Fidelity Settlement Order entered by the Bankruptcy Court on November 25, 2015 (D.I. 7142) is attached hereto as **Exhibit B**.

A copy of the Revised Fidelity Settlement Order has been circulated to, and is acceptable for entry to, (i) counsel to the Debtors, (ii) counsel to Fidelity Management & Research Company on behalf of funds and accounts under management, and (iii) counsel to the EFH Notes Trustee. Consequently, the Debtors respectfully request that the Bankruptcy Court enter the Revised Fidelity Settlement Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: November 30, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
  defranceschi@rlf.com
  madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
  stephen.hessler@kirkland.com
  brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
  marc.kieselstein@kirkland.com
  chad.husnick@kirkland.com
  steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 13452637v.1