## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Legislative Engagement)

The Enoch Kever attorneys who rendered professional services for legislative matters during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | -- | -- |
| Elizabeth L. Adams | Associate | 2015 | Regulatory | $250.00 | -- | -- |
| John J. Vay | Member | 1984 | Environmental | $490.00 | -- | -- |
| Michelle V. Hanlon | Associate | 2012 | Regulatory | $225.00 | -- | -- |
| Rod C. Johnson | Member | 1992 | Environmental | $490.00 | -- | -- |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | -- | -- |

The paraprofessionals of Enoch Kever who rendered professionals services for legislative matters during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

|  |  |  |
|---|---|---|
| **Total Fees Requested** | -- | -- |

# EXHIBIT B

## Attorneys and Paraprofessionals' Information
## (Consolidated Engagement)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | 124.80 | |
| Elizabeth Adams | Associate | 2015 | Regulatory | $295.00 | 9.20 | |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 49.90 | |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | 8.40 | |
| Kirk D. Rasmussen | Member | 1999 | Regulatory | $450.00 | 30.00 | |
| Mandy J. Kimbrough | Member | 2005 | Regulatory | $325.00 | 122.10 | |
| Lisa D. Kinzer | Associate | 2013 | Regulatory | $250.00 | 41.70 | |
| | | | | | 386.10 | $162,500.00* |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Lou Ann Spellmann | Legal Assistant | 1 | Appellate/Litigation | $75.00 | -- | |
| Amanda Felle | Legal Assistant | 1 | Appellate/Litigation | $50.00 | 1.00 | |
| Cyd McCool | Legal Assistant | 1 | Appellate/Litigation | $75.00 | 8.50 | |
| | | | | | 9.50 | |

| | | |
|---|---|---|
| Total Fees Requested Consolidated Engagement | 395.60 | $162,500.00 |
| Total Fee Requested Legislative Engagement | -- | -- |
| Total Fees Requested | 395.60 | $162,500.00 |