## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $104.83 |
| Copies | $17.29 |
| Taxi | $50.00 |
| Parking | $23.00 |
| Airfare | $393.96 |
| Rental Car | -- |
| Fuel | -- |
| Postage | -- |
| Filing Fees | -- |
| Meals | -- |
| Hotel | -- |
| Court Reporter/Transcripts | $338.40 |
| **Total Expenses:** | **$927.48** |