## EXHIBIT D

### Detailed Description of Expenses and Disbursements

**DETAILED EXPENSE SUMMARY**
**OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| Invoice Number | Matter | Date | Timekeeper Who Incurred | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4124 | 1100050 | 10/1/15 | Moore, Bill | Court Reporter | 338.40 | 1 | $338.40 | Transcript from Open Meeting on 9/24/15 |
| 4139 | 1100116 | 10/2/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 16.65 | 1 | $16.65 | Hand deliver filing to the PUC on 10/15/15 for Dkt. 37919 (Pro Courier Invoice #40587) |
| 4139 | 1100150 | 10/28/15 | Rasmussen, Kirk | Airfare Taxi Parking | 393.96 50.00 23.00 | 1 1 1 | $393.96 $50.00 $23.00 | Reimbursement for travel expenses to Dallas to attend annual compliance training on 10/28/15 |
| 4100 | 1100204 | 10/2/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand delivery of filing to the PUC in Dkt. 44518 and return of file-stamped copy (Pro Courier Invoice #40539) |
| 4100 | 1100204 | 10/26/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver filing to the PUC in Dkt. 45078 and return file-stamped copy (Pro Courier Invoice #40645) |
| 4100 | 1100204 | 10/31/15 | Various | Copies | .13 | 133 | $17.29 | Copies for the month of October 2015 |
| 4001 | 12050 | 10/30/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 14.26 | 1 | $14.26 | Hand deliver confidential filings to the PUC on 10/26/15 for Dkt. 37919 (Pro Courier Invoice #40645) |