# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: D.I. 6933 |

## CERTIFICATION OF NO OBJECTION
## REGARDING NOTICE OF ASSUMPTION AND AMENDMENT
## OF CERTAIN EXECUTORY CONTRACTS AND RELATED RELIEF THERETO

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or any other responsive pleading to the *Notice of Assumption and Amendment of Certain Executory Contracts and Unexpired Leases and Related Relief Thereto* [D.I. 6933] (the "Notice") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), with the United States Bankruptcy Court for the District of Delaware (the "Court") on November 10, 2015.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Notice appears thereon. Pursuant to the Notice, responses to the Notice were to be filed and served no later than 4:00 p.m. (Eastern Standard Time) on November 24, 2015. The Debtors therefore respectfully request that the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13454246v.1

proposed form of order attached hereto as **Exhibit A**, which is materially in the same form filed with the Notice, be entered at the earliest convenience of the Court.[2]

*[Remainder of page intentionally left blank.]*

---

[2] The Assumption Schedule attached hereto as **Exhibit 1** to **Exhibit A** has not been modified from the date that it was first filed with the Court and is referred to as the "Assumption Schedule" in the proposed form of order.

Dated: November 30, 2015
Wilmington, Delaware

*[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email:   collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward A. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:(212) 446-4800
Facsimile: (212) 446-4900
Email:   edward.sassower@kirkland.com
         stephen.hessler@kirland.com
         brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc C. Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:(312) 862-2000
Facsimile: (312) 862-2200
Email:   james.sprayregen@kirkland.com
         marc.kieselstein@kirkland.com
         chad.husnick@kirland.com
         steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

## Proposed Form of Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 6933** |

## ORDER APPROVING THE ASSUMPTION AND AMENDMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Pursuant to the order approving expedited procedures for the rejection, assumption, or assignment of the Debtors' executory contracts and unexpired leases and granting related relief (the "Procedures Order")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Assumption Notice on each applicable party as set forth in the Amended Assumption Schedule, attached hereto as **Exhibit 1**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the assumption of such Contracts or Leases; and due and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

RLF1 13454246v.1

proper notice of the Individual Assumption Notice having been provided to each applicable counterparty as set forth in the Amended Assumption Schedules, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtors are authorized to assume the Contracts and Leases listed on the Amended Assumption Schedules attached hereto, and the Contracts and Leases are hereby assumed pursuant to section 365 of the Bankruptcy Code.

2. The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Contracts and Leases is hereby final as set forth in the Amended Assumption Schedules.

3. Any claims against the Debtors arising under the Contracts and Leases or any claims contemplated under amendments to or stipulations related to the Contracts and Leases prior to the entry of this Order are forever released, discharged, barred, and enjoined. Notwithstanding the foregoing, nothing in this Order shall prejudice Lhoist's right to payment in the ordinary course of business of amounts arising under the Contracts and Leases after April 29, 2014.

4. The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

5. Any amendments of a Contract or Lease as set forth in Amended Assumption Schedules are hereby approved pursuant to section 363(b) of the Bankruptcy Code.

6. Assumption or amendment of the Contracts and Leases and payment of any associated cure amounts does not constitute: (a) an admission by the Debtors that the Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the

United States Code or that the Debtors shall have any liability under the Contract or Lease, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under any Contract or Lease.

7. Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: December \_\_\_\_\_, 2015
       Wilmington, Delaware

                                          THE HONORABLE CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

## Assumption Schedule

RLF1 13454246v.1

**Exhibit 1**

| | Details of Contract(s) | | Counterparty Information | | | Amount Required to Cure Default Thereunder, if any | Other Information | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | | Cure Detail | Details of Material Amendments | Assumption Date |
| 1 | LUMINANT GENERATION COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SUPPLIER AGREEMENT DATED 01/01/2011 PLUS AMENDMENTS | LHOIST NORTH AMERICA OF TEXAS, LTD. | PO BOX 985004 FORT WORTH, TX 76185 | N/A | $88,467.95 | LUMINANT GENERATION COMPANY LLC- $70,970.15 OAK GROVE MANAGEMENT COMPANY LLC- $17,448.18 SANDOW POWER COMPANY LLC- $49.62 | IMPROVED ECONOMICS, CONTRACT EXTENDED, AND CLAIMS REDUCED | UPON ENTRY OF THE ORDER |
| 2 | LUMINANT GENERATION COMPANY LLC | SUPPLIER AGREEMENT DATED 08/30/1999 PLUS AMENDMENTS | LHOIST NORTH AMERICA OF TEXAS, LTD. | PO BOX 985004 FORT WORTH, TX 76185 | N/A | $183,775.03 | LUMINANT GENERATION COMPANY LLC- $183,775.03 | IMPROVED ECONOMICS, CONTRACT EXTENDED, AND CLAIMS REDUCED | UPON ENTRY OF THE ORDER |