## Exhibit 1

**Assumption Schedule**

Exhibit 1

| Ref. # | Details of Contract(s) | | Counterparty Information | | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Other Information | | Assumption Date |
|---|---|---|---|---|---|---|---|---|---|
| | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | | | Cure Detail | Details of Material Amendments | |
| 1 | LUMINANT GENERATION COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SUPPLIER AGREEMENT DATED 01/01/2011 PLUS AMENDMENTS | LHOIST NORTH AMERICA OF TEXAS, LTD. | PO BOX 985004 FORT WORTH, TX 76185 | N/A | $88,467.95 | LUMINANT GENERATION COMPANY LLC- $70,970.15 OAK GROVE MANAGEMENT COMPANY LLC- $17,448.18 SANDOW POWER COMPANY LLC- $49.62 | IMPROVED ECONOMICS, CONTRACT EXTENDED, AND CLAIMS REDUCED | UPON ENTRY OF THE ORDER |
| 2 | LUMINANT GENERATION COMPANY LLC | SUPPLIER AGREEMENT DATED 08/30/1999 PLUS AMENDMENTS | LHOIST NORTH AMERICA OF TEXAS, LTD. | PO BOX 985004 FORT WORTH, TX 76185 | N/A | $183,775.03 | LUMINANT GENERATION COMPANY LLC- $183,775.03 | IMPROVED ECONOMICS, CONTRACT EXTENDED, AND CLAIMS REDUCED | UPON ENTRY OF THE ORDER |