# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ENERGY FUTURE HOLDINGS CORP. et. al. | Chapter 11<br><br>Case No. 14-10979 (CSS) |

State of Texas      )
                    )ss
County of Travis    )

## AFFIDAVIT OF JOE ARABIE

Joe Arabie, being duly sworn, deposes and states as follows:

1. My name is Joe Arabie.

2. I reside at 1303 Irene Dr. Cedar Park, TX 78613.

3. My date of birth is August 5, 1954. I do not presently have any asbestos related diseases.

4. My current job is Director Field Education & Research, Texas AFL-CIO I have held this title since 1/1/2004

5. Prior to this job I was an Agent from January 1991 – January 2014 with the (Heat & Frost Insulators & Allied Workers of Local 22 in Deer Park, TX 77536.

6. From approximately January 1972 – December 1990, I was an Insulator with the Heat & Frost Insulators & Allied Workers of Local 22 in Deer Park, TX 77536 and throughout this time, I was employed by Ebasco and other Contractors as an Asbestos Insulator worker and remember working in the following EFH plants:

    a. Bay City- South Texas

1

    b. Baytown-Cedar Bayou

    c. Ft. Bend County-W.A. Parish

    d. Houston-Greens Bayou

    e. Houston-T H Wharton

    f. Houston (Pasadena)-Champion-Deepwater

    g. Houston (Pasadena)- Deepwater

    h. Laporte- Sam Berton

    i. Nolan County-Sweetwater

    j. Point Comfort- Point Comfort

    k. Rosenberg-W.A. Parrish Station

    l. Seadrift-Plant Ct. No. 2.

    m. Texas City-P. H. Robinson

    n. Webster-Webster

    o. Wharton County-Wharton

    p. Wichita Falls-Wichita Falls

7. As an Insulator I was primarily responsible for the installation and replacement of asbestos used to insulate and help regulate, control & maintain the temperature inside and out of machinery and equipment including but not limited to Steam Pumps; Valves; Boilers (2-3 stories high); Turbines; Steam Lines; Water Lines and Hot Product Lines. I would also help take off whatever external asbestos covered this equipment.

8. Except for the Steam, Water and Hot Product Lines which were solely externally insulated with asbestos; all of the other equipment I worked on were both internally and

2

externally insulated with asbestos. This meant I was exposed to asbestos when working on both internal and external parts of the equipment.

9. As an Asbestos Insulator worker, not only was I continually and frequently exposed to asbestos dust from the work that I performed, I was further exposed to asbestos dust from the work other tradesman were performing in the Plant. I worked alongside other members of the Texas Building Trades, in particular, the Millwrights, Carpenters, Painters, Boilermakers, Electricians, Iron Workers, Laborers, Operating Engineers, and Pipefitters who also worked with asbestos.

10. When necessary, I and the other tradesmen would perform daily routine maintenance and repair work on the Steam Pumps; Valves; Boilers (2-3 stories high); Turbines; Steam Lines; Water Lines and Hot Product Lines. This maintenance would be done all day every day.

11. For routine maintenance on steam lines and hot production lines we would sometimes have to remove portions of or the entire asbestos pipe covering on the lines. Mostly the lines were covered with pre-formed asbestos pipe covering and topped off with asbestos cement and asbestos cloth. We would then wrap wires around this casing to the pipe. In order to remove and work on the lines – we would cut the wires and sand and cut through the asbestos covering. It would drop to the floor and on its way down cover me with asbestos containing dust. I am certain I breathed that asbestos dust in too.

12. For routine maintenance and repair of pumps and valves, I would stand over the equipment using putty knifes or other tools to chip away the several layers of asbestos external insulation – this could take a few men and a long time depending on how large the valve was. The asbestos containing dust would fly all around and into our mouths and

up our noses. Some of the valves you would find in the Plant were bigger than me. Depending on how big of a job it was, I would be standing in a cloud of asbestos containing dust for hours. The trades responsible for performing the daily maintenance and repair work, generally the Pipefitters and Millwrights would come by and scrape out the internal asbestos bonnet and asbestos casing gaskets and also pull out the dry and dusty packing out of the valves. While we performed this maintenance, we were bent over the equipment with our faces immersed in a cloud of asbestos containing dust. The insulators would then re-insulate the pump or valve with asbestos. To do this we would take a bag of dry asbestos cement and pour it into buckets of water. As we poured the asbestos into the buckets a white cloud of asbestos containing dust would form above the bucket and I am certain I breathed that asbestos dust too. We would use our hands and mold the asbestos cement around the pumps or valves.

13. Other trades would usually perform the routine maintenance and repair work on boilers and turbines. These were internally and externally insulated with asbestos. The insulators were responsible for installation, removal and replacement of asbestos insulation in and around the boilers and turbines. The mechanics would come by to perform their maintenance as well. In order for the mechanics to perform their maintenance we would have to strip the asbestos off the areas they needed to work. We would use putty knives and other tools to remove the asbestos. There would be visible asbestos dust in the air and we were all breathing that dust in. It was a messy job.

14. The Mechanics also scraped, brush scrubbed and used a grinder to clean out the burnt out asbestos gaskets from the various equipment and replaced them with fresh asbestos gaskets.

15. We would not only perform daily routine maintenance and repair work on the abovementioned equipment but there were also scheduled shutdowns on a yearly basis in the EFH plants. These shut downs stand out in my mind, because we would generally "man up" and bring in more men to work at the Plant during this time. In fact, during the scheduled shut downs, lasted sometimes days or even a month, and during this time the air was heavy with asbestos containing dust because we were stripping down just about every piece of equipment throughout the Plant and rebuilding them again. We would strip the external and internal asbestos insulation off all of the equipment in the plant using the methods described above and then re-insulate. There would be cutting, scraping and sanding of asbestos materials during this time – it was visibly a very dusty process. I am confident that we breathed in huge quantities of asbestos dust.

16. There were also times that the Carpenters & Painters were in the various EFH Plants where I was working constructing walls using dry wall and asbestos containing joint compound. They would frequently sand down the asbestos containing joint compound to finish the walls and the ceilings using a pole sander – the asbestos dust would literally rain down on top of us. The Painters & Carpenters and anyone else in close proximity to them would be breathing in asbestos containing dust.

17. At times we would construct walls around certain machinery with sheets of Transite. We would have punch holes, cut and sand these sheets. I believe I breathed in asbestos dust while I performed this work.

18. At the end of any job we performed we had to clean the area. We would use air hoses & dry brooms and sweep up the asbestos containing dust left on the floor and around the

area. This process would then pick up the dust and bring it back up into the air. I believe during this process I was exposed to asbestos dust again.

19. For much of the time working as an Insulator in the EFH plants – the only personal protection equipment I recall wearing were those little paper masks. I believe they were inadequate to protect me from the extreme asbestos exposure I encountered while doing this work.

20. Uniforms were not provided to us – we would wear our own clothes into the Plant. It is difficult and concerning to me to think back about my wife, Pamela Arabie, laundering my clothes covered in asbestos containing dust. I am confident that she was exposed to asbestos from doing this task.

21. Although I worked over twenty years as an insulator in many EFH plants and for Ebasco, and I have not moved from Texas, I did not receive written notice of the EFH bankruptcy. I only heard about it from Mr. Cunningham. I have not heard of anyone in my work as Director of Field Education & Research, Texas AFL-CIO who has heard about the bankruptcy or their right to file for unmanifested claims. I am worried that many people in my position never received notice of the bankruptcy and their right to file a claim by the bar date.

22. I am, therefore, seeking to represent a class of people in the above captioned bankruptcy case who like me have worked in plants covered by the EFH bankruptcy who were exposed to asbestos in these plants but who are not yet manifesting any diseases associated with asbestos exposure.

23. Because of my personal circumstances I am ready willing and able to represent the class as described.

24. In my current job I currently have institutional back up to be a class representative.

FURTHER DEPONENT SAYETH NOT

*Joe Arabie*
Joe Arabie

Signed and sworn to before
Me this 20th day of November
2015

*Vivian Willis*
Notary Public

VIVIAN N. WILLIS
MY COMMISSION EXPIRES
March 22, 2018

7