# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:  ENERGY FUTURE HOLDINGS CORP. et. al. | ) ) ) ) ) | Chapter 11<br><br>Case No. 14-10979 (CSS) |

State of Texas        )
                      )ss
County of Travis      )

### AFFIDAVIT OF MICHAEL CUNNINGHAM

Michael Cunningham, being duly sworn, deposes and states as follows:

1. My name is Michael Cunningham.

2. I reside at 3139 S. S.H. 71, E; Campo, TX 77437

3. My date of birth is August 8, 1952.

4. My current job is Executive Secretary-Treasurer of the Texas State Building and Construction Trades Council, AFL-CIO.

5. I have held this title since December 14, 2005

6. Prior to this job I was the Business Manager from February 1994 until December 2005 of the International Association of Heat & Frost Insulators & Asbestos Workers Local Union #22 located in Pasadena, Texas.

7. I have worked at W.A. Parrish Power Plant that is one of the EFH Plants on their list. I have worked as an insulator on the coal side and the gas side of all 8 units.

8. I worked for contractors in this plant.

1

9. I have read the affidavit of Joe Arabie the Director of Field Education & Research, Texas AFL-CIO, and he has accurately described the work that that is typical of the Insulators in these power plants.

10. The trades he references in his affidavit are all of the trades associated with the Texas Building and Construction Trades and the members are exposed in the manner he describes.

11. The Texas Building and Construction Trades Council is composed of 60 unions and 16 associated affiliates in all of the skilled building trades. They are listed in the attached document.

12. In total there are over 22,000 members in these unions.

13. Over Twenty-Five per cent of our members that are active in the trades or members that may have retired have likely been exposed to asbestos during their work.

14. Members of the Texas Building Trades work throughout the State of Texas. Many of our members, in particular, Millwrights, Carpenters, Insulators, Painters, Boilermakers, Electricians, Iron Workers, Laborers, Operating Engineers, and Pipefitters worked in plants covered by the EFH Bankruptcy, and were exposed to asbestos.

15. These workers were exposed to asbestos with the frequency, regularity and proximity described in Joe Arabie's affidavit sufficient to put them at risk for asbestos related diseases even though they have not yet been diagnosed with asbestos related diseases.

16. Although I was exposed to asbestos as well I do not currently have any asbestos related disease.

17. I am seeking to represent a class of people in the above captioned bankruptcy case who are members of the unions affiliated with the Texas Building and Construction Trades

who were exposed to asbestos in plants covered by the EFH bankruptcy but who are not yet manifesting any diseases associated with asbestos exposure. Thus I seek to represent members of our organization.

18. Although I worked for many years as an insulator and I have not moved from Texas, I did not receive written notice of the EFH bankruptcy. I only heard about it from our general counsel who heard about it from other lawyers. I have not heard of anyone in any of the Trades I represent that they have heard about the bankruptcy or their right to file for unmanifested claims. I am worried that many people in my position never received notice of the bankruptcy and their right to file a claim by the bar date.

19. In fact I recently met the Director of Utilities of the International Brotherhood of Electrical workers at a national building trades meeting, who said he had just found out about the EFH bankruptcy but he did not tell me how he found out. He did not know about the bar date.

20. Because of my position I am ready willing and able to represent members of our unions who have been exposed to asbestos in EFH plants yet have not yet been diagnosed with asbestos related disease.

FURTHER DEPONENT SAYETH NOT

*[signature]*
Michael Cunningham

Signed and sworn to before
Me this 20th day of November
2015

*[signature]*
Notary Public

VIVIAN N. WILLIS
MY COMMISSION EXPIRES
March 22, 2018

3

## TEXAS STATE BUILDING & CONSTRUCTION TRADES COUNCIL AFFILIATES

| **Boilermakers** |
| --- |
| LU 74 – Houston |
| LU 132 - Galveston |
| LU 587 - Orange |
| **Carpenters** |
| LU 429 - Arlington |
| LU 551 - Houston |
| LU 665 - Amarillo |
| LU 1266 - Austin |
| **Elevator Constructors** |
| LU 21- Grand Prairie |
| LU 31 - Houston |
| LU 81 - San Antonio |
| LU 133 - Austin |
| **IBEW (Electricians** |
| LU 20 - Dallas |
| LU 60 - San Antonio |
| LU 72 - Waco |
| LU 278 - Corpus Christi |
| LU 301 - Texarkana |
| LU 479 - Beaumont |
| LU 520 - Austin |
| LU 527 - Galveston |
| LU 583 - El Paso |
| LU 602 -Amarillo |
| LU 681- Wichita Falls |
| LU 716 - Houston |
| LU 1151-Tyler |
| **Insulators** |
| LU 21 - Dallas |
| LU 22 - Houston |
| LU 66 - Amarillo |
| LU 76 - Albuquerque/El Paso |
| LU 87 - San Antonio |
| **Iron Workers** |
| LU 66 - San Antonio |
| LU 84 - Houston |
| LU 135 - Galveston |
| LU 263 - Fort Worth |
| LU 482 - Austin |
| LU 847 - Regional (Rebar) |
| **IUPAT (Painters & Glaziers)** |
| LU 53 – Dallas (Painters) |
| LU 130 – Houston(Painters) |
| LU 1778 – Houston(Glaziers) |
| **Laborers** |
| LU 154 - Arlington |
| LU 753 - Austin |
| **Operating Engineers** |
| LU 178 - Fort Worth |
| LU 450 - Houston/Beaumont |

| **Plasterers & Cement Masons** |
| --- |
| LU 783 - Combined Local |
| LU 681 (Cement Masons) |
| **Roofers** |
| LU 123 - Arlington |
| **Totals** |
| **Sheet Metal Workers** |
| LU 49 - El Paso/Albuquerque |
| LU 54 - Houston |
| LU 67 - San Antonio |
| LU 68 -Dallas/Ft.Worth |
| LU 214-Baton Rouge/Shreveport |
| **UAPP (Plumbers/Pipefitters)** |
| LU 68 – Houston/Tx Gulf Coast (Plumbers only) |
| LU 100 - Dallas |
| LU 142 -San Antonio |
| LU 146 -Fort Worth |
| LU 211 – Houston/Tx Gulf Coast |
| LU 286 - Austin |
| LU 404 - Lubbock/Amarillo/W.Falls |
| LU 412 Albuquerque/El Paso |
| LU 529 - Waco |
| LU 669 –Texas**(Sprinkler Fitters)** |

**Local Building Trades Councils, State Associations & District Council Affiliates**

| |
| --- |
| Central Texas Building Trades Council |
| Dallas Building Trades Council |
| El Paso Building Trades Council |
| Fort Worth Texas Building Trades Council |
| Houston/Gulf Coast Building Trades Council |
| Sabine Area Building Trades Council |
| San Antonio Building Trades Council |
| South Texas Building Trades Council |
| West Texas Building Trades Council |
| Apprenticeship Training Association of Texas |
| Iron Workers District Council |
| IUPAT District Council 88 |
| LIUNA Southwest District Council |
| Southwest Pipe Trades |
| Tx State Assoc. of Electrical Workers |
| Boilermakers Lone Star District Lodge |