IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP. ) Chapter 11
et. al. )
) Case No. 14-10979 (CSS)

State of New York )
)ss
County of New York )

## AFFIDAVIT OF JEANNE E. MIRER

Jeanne E. Mirer, being duly sworn, deposes and states as follows:

1. I am a partner in the firm of Mirer Mazzocchi Schalet & Julien PLLC.

2. We are located at 150 Broadway, Suite 1200, New York, New York.

3. I am attorney for Class Claimants, Joe Arabie, Michael Cunningham, and Michelle Zygielbaum.

4. I submit this affidavit in support of my assertion that I have sufficient experience with class actions to be able to adequately represent the classes proposed of persons with unmanifested asbestos claims.

5. I am a 1971 graduate of Boston University School of Law.

6. I am licensed to practice law in Massachusetts, Michigan and New York.

7. Throughout my practice I have represented workers who have filed class actions, primarily in large employment discrimination claims. These include, *Gilford v Detroit Edison*, (age and race claim with 1400 class members); *CWA Local 4100 v Ameritech*, (race and disability claims with 300 class members) and *NAACP v Detroit*

1

*Police Officers Association et.al* (race discrimination with 1100 class members). I have also settled numerous class claims with major corporations before suit. (e.g., age discrimination class comprised of 500+ members).

8. I also served as a consulting counsel on a putative class action against the chemical companies which manufactured Agent Orange. In this matter, plaintiffs were seeking to represent a class of several hundred thousand Vietnamese victims of Agent Orange.

9. Based on this class action related experience and my forty plus years of experience in handling complex non-class action cases, I believe I will adequately represent this class.

FURTHER DEPONENT SAYETH NOT

_____
Jeanne E. Mirer

Signed and sworn to before me
This 24th day of November 2015

_____
Notary Public

LIZABETH SCHALET
Notary Public, State of New York
No. 02SC6112794
Qualified in Kings County
Commission Expires ~~July 12, 20~~
Nov. 11, 2019