# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF SETTLEMENT AMONG DEBTORS, U.S. ENVIRONMENTAL PROTECTION AGENCY, AND CERTAIN OTHER PARTIES

**PLEASE TAKE NOTICE** that (a) Energy Future Holdings Corp., Texas Competitive Electric Holdings Company LLC, and Energy Future Competitive Holdings Company, LLC (collectively, the "Debtors"); (b) the United States on behalf of the U.S. Environmental Protection Agency; (c) the Consenting TCEH First Lien Creditors[2]; (d) the Plan Sponsors; and (e) the TCEH Committee (collectively, the "Parties") have reached an agreement (the "EPA Settlement") resolving, among other things, outstanding disputes regarding the allowance and treatment (as applicable) of the EPA Claim under the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122] (the "Plan") and the EPA Objection.

**PLEASE TAKE FURTHER NOTICE** that attached hereto are the following documents, which implement the EPA Settlement: (a) the *Settlement and Settlement Agreement*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to them in the Agreement (as defined below).

RLF1 13471903v.1

incorporating the EPA Settlement as **Exhibit A** (the "Agreement"); and (b) a proposed form of order approving the EPA Settlement as **Exhibit B** (the "EPA Settlement Order").

**PLEASE TAKE FURTHER NOTICE** that the attached versions of the Agreement and the EPA Settlement Order have been agreed among the Parties.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the EPA Settlement Order for entry and approval to The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **December 2, 2015 at 10:00 a.m. (Eastern Standard Time)**.

*[Remainder of page intentionally left blank.]*

Dated: December 1, 2015
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 13471903v.1