# **EXHIBIT B**

Comparison of Amended List of Executory Contracts and Unexpired Leases to be Assumed by Reorganized Debtors on the Effective Date

**Exhibit C**

**Assumption Schedule**

| | | Details of Contract (s) | | Counterparty Information | | | Other Information | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 383 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 11/01/2013 PLUS AMENDMENTS | BUFFALO INDUSTRIAL SUPPLY INC | **MODIFIED**<br>PO BOX N<br>BUFFALO, TX 75831<br>UNITED STATES | | 4,232.13 | LUMINANT MINING COMPANY LLC- $4,232.13 | | UPON ENTRY OF THE ORDER |
| 384 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 11/01/2011 PLUS AMENDMENTS | BUFFALO INDUSTRIAL SUPPLY INC | **MODIFIED**<br>PO BOX N<br>BUFFALO, TX 75831<br>UNITED STATES | | 3,930.28 | OAK GROVE MANAGEMENT COMPANY LLC- $3,930.28 | | UPON ENTRY OF THE ORDER |
| 385 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 11/01/2011 PLUS AMENDMENTS | BUFFALO INDUSTRIAL SUPPLY INC | **MODIFIED**<br>PO BOX N<br>BUFFALO, TX 75831<br>UNITED STATES | | 10,785.08 | LUMINANT MINING COMPANY LLC- $10,785.08 | | UPON ENTRY OF THE ORDER |
| 420 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 07/01/2013 PLUS AMENDMENTS | DENNIS CAMERON CONSTRUCTION AND EQUIPMENT, LLC | **MODIFIED**<br>1406 INDUSTRIAL ROAD<br>MT PLEASANT, TX 75455<br>UNITED STATES | | $76,212.33 | LUMINANT MINING COMPANY LLC- $76,212.33 | | UPON ENTRY OF THE ORDER |
| 421 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 04/26/1999 PLUS AMENDMENTS | DENNIS CAMERON CONSTRUCTION AND EQUIPMENT, LLC | **MODIFIED**<br>1406 INDUSTRIAL ROAD<br>MT PLEASANT, TX 75455<br>UNITED STATES | | - | LUMINANT MINING COMPANY LLC- $0.00 | | UPON ENTRY OF THE ORDER |
| 463 | ENERGY FUTURE HOLDINGS CORP. | SERVICES AGREEMENT PLUS AMENDMENTS | CELLCO PARTNERSHIP | **MODIFIED**<br>ONE VERIZON WAY<br>BASKING RIDGE, NJ 07920-1097<br>UNITED STATES | REORGANIZED EFH CORPORATE SERVICES COMPANY | $37,085.64 | ENERGY FUTURE HOLDINGS CORP.- $37,085.64 | | UPON ENTRY OF THE ORDER |
| 465 | LUMINANT ENERGY COMPANY LLC | GREEN-E CLIMATE USE AGREEMENT - | CENTER FOR RESOURCE SOLUTIONS | **DELETED**<br>P.O. BOX 29512 PRESIDIO BLDG 97 ARGUELLO BLVD<br>SAN FRANCISCO, CA 94129<br>UNITED STATES | | - | LUMINANT ENERGY COMPANY LLC- $0.00 | | UPON ENTRY OF THE ORDER |
| 466 | LUMINANT ENERGY COMPANY LLC | GREEN-E ENERGY USE AGREEMENT - L | CENTER FOR RESOURCE SOLUTIONS | **DELETED**<br>P.O. BOX 29512 PRESIDIO BLDG 97 ARGUELLO BLVD<br>SAN FRANCISCO, CA 94129<br>UNITED STATES | | - | LUMINANT ENERGY COMPANY LLC- $0.00 | | UPON ENTRY OF THE ORDER |

# Exhibit C

## Assumption Schedule

| | | Details of Contract (s) | | Counterparty Information | | | | Other Information | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | | Details of Material Amendments | Assumption Date |
| | | | | **MODIFIED** | | | | | | |
| 1009 | ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC; LUMINANT GENERATION COMPANY LLC; TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAIL EQUIPMENT LEASE AGREEMENT, BETWEEN ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND OWNER TRUSTEE, DATED NOVEMBER 1, 1996; ASSIGNMENT AND ASSUMPTION AGREEMENT, BETWEEN ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, AS ASSIGNOR, AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, AS ASSIGNEE, EFFECTIVE AS OF JANUARY 1, 2002; SUBLEASE AGREEMENT, BETWEEN TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, AS SUBLESSOR, AND THE LUMINANT GENERATION COMPANY LLC ENTERED INTO ON JANUARY 1, 2002; AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | FIRST UNION RAIL CORP., AS LOAN PARTICIPANT, WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, AS OWNER PARTICIPANT, AND AS OWNER TRUSTEE, AND U.S. BANK NATIONAL ASSOCIATION, AS SECURITY TRUSTEE | FOR OWNER TRUSTEE, OWNER PARTICIPANT AND LOAN PARTICIPANT: 6250 RIVER ROAD, SUITE 5000, ROSEMONT, IL 60018; FOR SECURITY TRUSTEE: , MAIL STATION: EP-MN-WS1D, 60 LIVINGSTON STREET, ST. PAUL, MN  55107 | | | - | ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC- $0.00 | | UPON ENTRY OF THE ORDER |
| | | | | **MODIFIED** | | | | | | |
| 1087 | ENERGY FUTURE HOLDINGS CORP.; LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 8/7/2009 | GE INFRASTRUCTURE; WATER AND PROCESS TECHNOLOGIES | 1708 AVALON DRIVE COLLEYVILLE, TX 76034 UNITED STATES | REORGANIZED EFH CORPORATE SERVICES COMPANY | | - | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | UPON ENTRY OF THE ORDER |
| | | | | **MODIFIED** | | | | | | |
| 1139 | LUMINANT GENERATION COMPANY LLC | BLANKET PURCHASE ORDER AGREEMENT DATED 3/25/2014 | GRAVER TECHNOLOGIES INC | 200 LAKE DRIVE GLASGOW, DE 19702 UNITED STATES | | $21,405.00 | | LUMINANT GENERATION COMPANY LLC- $21,405.00 | | UPON ENTRY OF THE ORDER |
| | | | | **DELETED** | | | | | | |
| 1341 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ISDA | J. ARON & COMPANY | 85 BROAD ST 5TH FLOOR NEW YORK, NY 10004 UNITED STATES | | - | | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | UPON ENTRY OF THE ORDER |

**Exhibit C**

**Assumption Schedule**

| | Details of Contract (s) | | Counterparty Information | | | Other Information | | |
|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| | | | **DELETED** | | | | | | |
| 1342 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | GUARANTEE AGREEMENT | J. ARON & COMPANY | C/O GOLDMAN, SACHS & CO. 200 WEST STREET, 3RD FLOOR ATTN: PREEYA PAVAMANI NEW YORK, NY 10282 | | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | UPON ENTRY OF THE ORDER |
| | | | **MODIFIED** | | | | | | |
| 1675 | LUMINANT MINING COMPANY LLC | SUPPLIER AGREEMENT DATED 01/01/2014 | MICHELIN NORTH AMERICA, INC. | ONE PARKWAY SOUTH GREENVILLE, SC 29602 UNITED STATES | | $905,123.18 | LUMINANT MINING COMPANY LLC- $905,123.18 | | UPON ENTRY OF THE ORDER |
| | | | **MODIFIED** | | | | | | |
| 1733 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 12/01/2003 PLUS AMENDMENTS | MORE TECH | 406 MILITARY EAST BENICA, CA 94510 UNITED STATES | | $56,851.55 | LUMINANT GENERATION COMPANY LLC- $56,851.55 | | UPON ENTRY OF THE ORDER |
| | | | **DELETED** | | | | | | |
| 1734 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ISDA | MORGAN STANLEY CAPITAL GROUP, INC._D | 2000 WESTCHESTER AVE PURCHASE, NY 10577 UNITED STATES | | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | UPON ENTRY OF THE ORDER |
| | | | **DELETED** | | | | | | |
| 1735 | LUMINANT GENERATION COMPANY LLC | CONFIDENTIALITY AGREEMENT | MORGAN STANLEY & CO. LLC | 1633 BROADWAY 33RD FLOOR NEW YORK, NY 10019 UNITED STATES | | - | LUMINANT GENERATION COMPANY LLC- $0.00 | | UPON ENTRY OF THE ORDER |
| | | | **DELETED** | | | | | | |
| 1736 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | GUARANTEE AGREEMENT | MORGAN STANLEY CAPITAL GROUP, INC. | INSTITUTIONAL SECURITIES DOCUMENTATION 2000 WESTCHESTER AVENUE, 1ST FLOOR ATTN: BETH NG PURCHASE, NY 10577-2530 | | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | UPON ENTRY OF THE ORDER |
| | | | **MODIFIED** | | | | | | |
| 1795 | LUMINANT GENERATION COMPANY LLC | PURCHASE AGREEMENT DATED 9/13/1994 | NEW WORLD POWER TEXAS RENEWABLE ENERGY LIMITED PARTNERSHIP | ATTN: AL AUSTIN, SECRETARY 558 LIME ROCK ROAD LIME ROCK, CT 06039 | | $1,044.00 | LUMINANT GENERATION COMPANY LLC- $1,044.00 | | UPON ENTRY OF THE ORDER |
| | | | **MODIFIED** | | | | | | |
| 1799 | EFH CORPORATE SERVICES COMPANY | SERVICES AGREEMENT DATED 08/14/2013 PLUS AMENDMENTS | NEWBERRY EXECUTIVE COACHING & CONSULTING, LLC | 14902 PRESTON ROAD SUITE 404-118 DALLAS, TX 75254 UNITED STATES | | $16,500.00 | EFH CORPORATE SERVICES COMPANY- $16,500.00 | | UPON ENTRY OF THE ORDER |

**Exhibit C**

**Assumption Schedule**

| | Details of Contract (s) | | Counterparty Information | | | | Other Information | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 1882 | LUMINANT GENERATION COMPANY LLC | MAINTENANCE AGREEMENT DATED 1/1/2002 PLUS AMENDMENTS | ONCOR ELECTRIC DELIVERY | **MODIFIED**<br>1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | $229,987.70 | LUMINANT GENERATION COMPANY LLC- $229,987.70 | | UPON ENTRY OF THE ORDER |
| 1883 | LUMINANT GENERATION COMPANY LLC | COMMUNICATION SERVICES AGREEMENT DATED 10/10/2007 | ONCOR ELECTRIC DELIVERY | **MODIFIED**<br>1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | $13,091.89 | LUMINANT GENERATION COMPANY LLC- $13,091.89 | | UPON ENTRY OF THE ORDER |
| 1884 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 5/30/2007 | ONCOR ELECTRIC DELIVERY | **MODIFIED**<br>1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | $4,694.66 | LUMINANT GENERATION COMPANY LLC- $4,694.66 | | UPON ENTRY OF THE ORDER |
| 1901 | EFH CORPORATE SERVICES COMPANY LUMINANT ENERGY COMPANY LLC | SOFTWARE LICENSE AND SUPPORT AGREEMENT DATED 03/06/2014 | ORACLE AMERICA, INC. | **MODIFIED**<br>500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 UNITED STATES | | 5,669.12 | EFH CORPORATE SERVICES COMPANY- $5,669.12 | | UPON ENTRY OF THE ORDER |
| 1946 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 03/15/1985 | POOLED EQUIPMENT INVENTORY CO | **MODIFIED**<br>ATTN: GEOFF HUDDLESTON P.O. BOX 2625 BIRMINGHAM, AL 35202 UNITED STATES | | $62,062.80 | LUMINANT GENERATION COMPANY LLC- $62,062.80 | | UPON ENTRY OF THE ORDER |
| 2130 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 01/01/2008 PLUS AMENDMENTS | ROBERTS COFFEE & VENDING | **MODIFIED**<br>343 JOHNNY CLARK ROAD LONGVIEW, TX 75603 UNITED STATES | | $8,915.96 | LUMINANT MINING COMPANY LLC- $8,915.96 | | UPON ENTRY OF THE ORDER |
| 2163 | TXU ENERGY RETAIL COMPANY LLC | SOFTWARE LICENSE AND SUPPORT AGREEMENT DATED 09/17/2010 | SALESFORCE.COM, INC. | **MODIFIED**<br>THE LANDMARK AT ONE MARKET SUITE 300 SAN FRANCISCO, CA 94105 | | $24,988.84 | TXU ENERGY RETAIL COMPANY LLC- $24,998.84 | | UPON ENTRY OF THE ORDER |
| 2412 | LUMINANT GENERATION COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 10/01/2010 | TEX BLAST SANDBLASTING CO | **MODIFIED**<br>P.O. BOX 1477 TEMPLE, TX 76503 UNITED STATES | | $71,921.70 | LUMINANT GENERATION COMPANY LLC- $47,315.00 SANDOW POWER COMPANY LLCC - $24,606.70 | | UPON ENTRY OF THE ORDER |

**Exhibit C**

**Assumption Schedule**

| | | Details of Contract (s) | Counterparty Information | | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Other Information | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | | | Cure Details | Details of Material Amendments | Assumption Date |
| 2497 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 04/25/2013 | TNT CRANE & RIGGING, INC. | **MODIFIED**<br>5533 SOUTH FM ROAD 2087 LONGVIEW, TX 75603 UNITED STATES | | $356,237.50 | LUMINANT MINING COMPANY LLC- $356,237.50 | | UPON ENTRY OF THE ORDER |
| 2661 | LUMINANT GENERATION COMPANY LLC | FUEL FAB & SERVICES AGREEMENT DATED 5/1/2006 | WESTINGHOUSE ELECTRIC CO., LLC | **MODIFIED**<br>1000 WESTINGHOUSE DRIVE CRANBERRY, PA 16066 UNITED STATES | | $329,744.46 | LUMINANT GENERATION COMPANY LLC- $329,744.46 | CLAIMS REDUCED | UPON ENTRY OF THE ORDER |
| 2662 | LUMINANT GENERATION COMPANY LLC | IN SERVICE INSPECTION AGREEMENT DATED 9/17/2009 | WESTINGHOUSE ELECTRIC CO., LLC | **MODIFIED**<br>4350 NORTHERN PIKE BOULEVARD MONROEVILLE, PA 15146 UNITED STATES | | $522,761.54 | LUMINANT GENERATION COMPANY LLC- $522,761.54 | CLAIMS REDUCED | UPON ENTRY OF THE ORDER |
| 2663 | LUMINANT GENERATION COMPANY LLC | ALLIANCE AGREEMENT DATED 1/1/1996 | WESTINGHOUSE ELECTRIC COMPANY | **MODIFIED**<br>4350 NORTHERN PIKE BOULEVARD MONROEVILLE, PA 15146 UNITED STATES | | $2,541,392.63 | LUMINANT GENERATION COMPANY LLC- $2,541,392.63 | CLAIMS REDUCED | UPON ENTRY OF THE ORDER |
| 2664 | LUMINANT GENERATION COMPANY LLC | SPARE PARTS AGREEMENT DATED 12/2/2002 | WESTINGHOUSE ELECTRIC CO. | **MODIFIED**<br>1000 WESTINGHOUSE DRIVE CRANBERRY TOWNSHIP, PA 16066 UNITED STATES | | $299,514.66 | LUMINANT GENERATION COMPANY LLC- $299,514.66 | CLAIMS REDUCED | UPON ENTRY OF THE ORDER |
| 2705 | LUMINANT GENERATION COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 02/01/1999 | W-S INDUSTRIAL SERVICES, INC. | **MODIFIED**<br>P.O. BOX 87 UNDERWOOD, IA 51576-0087 UNITED STATES | | CURE PAYMENT: $0.00<br><br>REMAINING CLAIMS TO BE SATISFIED THROUGH THE PLAN: $75,056.85 | PAYMENT DETAILS: LUMINANT GENERATION COMPANY LLC- $0.00<br><br>CURE DETAILS: LUMINANT GENERATION COMPANY LLC- $75,056.85 | | UPON ENTRY OF THE ORDER |

**Exhibit C**

**Assumption Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | | | |
|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| | | | **ADDED** | | | | | | |
| 2743 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT, DATED SEPTEMBER 30, 2005, BETWEEN TXU RAILCAR TRUST 2005-A, AS AMENDED BY AMENDMENT DATED OCTOBER 27, 2015, AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | DVB BANK SE, AS LOAN PARTICIPANT | ATTN: CLIENT ADMINISTRATOR, ALEC TASOOJI 609 FIFTH AVENUE, 5TH FLOOR NEW YORK, NY 10017 | | | - TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | ECONOMICS IMPROVED | UPON ENTRY OF THE ORDER |
| | | | **ADDED** | | | | | | |
| 2744 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT, DATED SEPTEMBER 30, 2005, BETWEEN TXU RAILCAR TRUST 2005-A, AS AMENDED BY AMENDMENT DATED OCTOBER 27, 2015, AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | FARM BUREAU LIFE INSURANCE CO OF MICHIGAN, AS LOAN PARTICIPANT | C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: CLIENT ADMINISTRATOR 400 ROBERT ST NORTH ST PAUL, MN 55101 | | | - TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | ECONOMICS IMPROVED | UPON ENTRY OF THE ORDER |
| | | | **ADDED** | | | | | | |
| 2745 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT, DATED SEPTEMBER 30, 2005, BETWEEN TXU RAILCAR TRUST 2005-A, AS AMENDED BY AMENDMENT DATED OCTOBER 27, 2015, AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | GREAT WESTERN INSURANCE COMPANY, AS LOAN PARTICIPANT | C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: KAY RASMUSSEN A9-4538 400 ROBERT STREET NORTH ST PAUL, MN 55101 | | | - TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | ECONOMICS IMPROVED | UPON ENTRY OF THE ORDER |
| | | | **ADDED** | | | | | | |
| 2746 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT, DATED SEPTEMBER 30, 2005, BETWEEN TXU RAILCAR TRUST 2005-A, AS AMENDED BY AMENDMENT DATED OCTOBER 27, 2015, AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | JOHN HANCOCK LIFE INSURANCE CO, AS LOAN PARTICIPANT | C/O MANUFACTURERS LIFE INSURANCE COMPANY ATTN: SECURITIES OPERATIONS - VITO PEDOTA, 200 BLOOR STREET EAST TORONTO, ON M4W 1E5 CANADA | | | - TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | ECONOMICS IMPROVED | UPON ENTRY OF THE ORDER |

**Exhibit C**

**Assumption Schedule**

| | | Details of Contract (s) | | Counterparty Information | | | Other Information | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | | Details of Material Amendments | Assumption Date |
| 2747 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT, DATED SEPTEMBER 30, 2005, BETWEEN TXU RAILCAR TRUST 2005-A, AS AMENDED BY AMENDMENT DATED OCTOBER 27, 2015, AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | **ADDED** JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) (F/K/A JOHN HANCOCK VARIABLE LIFE INSURANCE ), AS LOAN PARTICIPANT | ATTN: BOND AND CORPORATE FINANCE GROUP, T-57 200 CLARENDON STREET BOSTON, MA 02117 | | | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | ECONOMICS IMPROVED | UPON ENTRY OF THE ORDER |
| 2748 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT, DATED SEPTEMBER 30, 2005, BETWEEN TXU RAILCAR TRUST 2005-A, AS AMENDED BY AMENDMENT DATED OCTOBER 27, 2015, AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | **ADDED** KEY EQUIPMENT FINANCE , INC | ATTN: LEVERAGED LEASE ADMINISTRATION - ANN BRESKA 66 SOUTH PEARL STREET - 7TH FLOOR ALBANY, NY 12204 | | CURE PAYMENT: $0.00 REMAINING CLAIMS TO BE SATISFIED THROUGH THE PLAN: $6,348,233.13 | | PAYMENT DETAILS: TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 CLAIM DETAILS: TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $6,348,233.13 | ECONOMICS IMPROVED | UPON ENTRY OF THE ORDER |
| 2749 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT, DATED SEPTEMBER 30, 2005, BETWEEN TXU RAILCAR TRUST 2005-A, AS AMENDED BY AMENDMENT DATED OCTOBER 27, 2015, AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | **ADDED** MANULIFE INSURANCE COMPANY, AS LOAN PARTICIPANT | C/O JOHN HANCOCK LIFE INSURANCE COMPANY ATTN: BOND AND CORPORATE FINANCE GROUP, T-57, 200 CLARENDON STREET BOSTON, MA 02117 | | | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | ECONOMICS IMPROVED | UPON ENTRY OF THE ORDER |
| 2750 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT, DATED SEPTEMBER 30, 2005, BETWEEN TXU RAILCAR TRUST 2005-A, AS AMENDED BY AMENDMENT DATED OCTOBER 27, 2015, AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | **ADDED** AMERICAN REPUBLIC INSURANCE COMPANY, AS LOAN PARTICIPANT | C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: CLIENT ADMINISTRATOR 400 ROBERT STREET NORTH ST PAUL, MN 55101 | | | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | ECONOMICS IMPROVED | UPON ENTRY OF THE ORDER |

**Exhibit C**

**Assumption Schedule**

| | | Details of Contract (s) | | Counterparty Information | | | Other Information | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 2751 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT, DATED SEPTEMBER 30, 2005, BETWEEN TXU RAILCAR TRUST 2005-A, AS AMENDED BY AMENDMENT DATED OCTOBER 27, 2015, AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | BLUE CROSS AND BLUE SHIELD OF FLORIDA INC., AS LOAN PARTICIPANT | **ADDED** C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: CLIENT ADMINISTRATOR 400 ROBERT ST NORTH ST PAUL, MN 55101 | | | - TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | ECONOMICS IMPROVED | UPON ENTRY OF THE ORDER |
| 2752 | LUMINANT GENERATION COMPANY LLC | STANDARD CONTRACT FOR DISPOSAL OF SPENT NUCLEAR FUEL | U.S. DEPARTMENT OF ENERGY | **ADDED** U.S. NUCLEAR REGULATORY COMMISSION ATTENTION: DOCUMENT CONTROL DESK DIRECTOR, OFFICE OF NUCLEAR REACTOR REGULATION WASHINGTON, DC 20555 | REORGANIZED COMANCHE PEAK LLC | | - LUMINANT GENERATION COMPANY LLC- $0.00 | | UPON ENTRY OF THE ORDER |
| 2753 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED 1/1/2002 | ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC | **ADDED** ATTN: MR. JEFF WALKER 1601 BRYAN ST. DALLAS, TX 75201-3411 | | | - TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC - $0.00 | | UPON ENTRY OF THE ORDER |
| 2754 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | SUBLEASE AGREEMENT DATED 1/1/2002 | LUMINANT GENERATION COMPANY LLC | **ADDED** ATTN: MR. JEFF WALKER 1601 BRYAN ST. DALLAS, TX 75201-3411 | | | - TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC - $0.00 | | UPON ENTRY OF THE ORDER |
| 2755 | LUMINANT GENERATION COMPANY LLC | SUBLEASE AGREEMENT DATED 1/1/2002 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | **ADDED** ATTN: MR. JEFF WALKER 1601 BRYAN ST. DALLAS, TX 75201-3411 | | | - LUMINANT GENERATION COMPANY LLC - $0.00 | | UPON ENTRY OF THE ORDER |
| 2756 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT, DATED SEPTEMBER 30, 2005, BETWEEN TXU RAILCAR TRUST 2005-A, AS AMENDED BY AMENDMENT DATED OCTOBER 27, 2015, AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | CATHOLIC UNITED FINANCIAL (FKA: THE CATHOLIC AID ASSOCIATION, AS LOAN PARTICIPANT | **ADDED** C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: CLIENT ADMINISTRATOR 400 ROBERT STREET NORTH ST PAUL, MN 55101 | | | - TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | ECONOMICS IMPROVED | UPON ENTRY OF THE ORDER |

**Exhibit C**

**Assumption Schedule**

| | | Details of Contract (s) | | Counterparty Information | | | Other Information | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 2757 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT, DATED SEPTEMBER 30, 2005, BETWEEN TXU RAILCAR TRUST 2005-A, AS AMENDED BY AMENDMENT DATED OCTOBER 27, 2015, AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | MTL INSURANCE COMPANY, AS LOAN PARTICIPANT | **ADDED** C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: CLIENT ADMINISTRATOR 400 ROBERT STREET NORTH ST PAUL, MN 55101 | | | - TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | ECONOMICS IMPROVED | UPON ENTRY OF THE ORDER |
| 2758 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT, DATED SEPTEMBER 30, 2005, BETWEEN TXU RAILCAR TRUST 2005-A, AS AMENDED BY AMENDMENT DATED OCTOBER 27, 2015, AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | THE LAFAYETTE INSURANCE COMPANY, AS LOAN PARTICIPANT | **ADDED** C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: CLIENT ADMINISTRATOR 400 ROBERT STREET NORTH ST PAUL, MN 55101 | | | - TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | ECONOMICS IMPROVED | UPON ENTRY OF THE ORDER |
| 2759 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT, DATED SEPTEMBER 30, 2005, BETWEEN TXU RAILCAR TRUST 2005-A, AS AMENDED BY AMENDMENT DATED OCTOBER 27, 2015, AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | US BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE | **ADDED** ATTN: MICHAEL LAUBENSTEIN CORPORATE TRUST SERVICES 1 FEDERAL STREET, 3RD FL BOSTON, MA 02110-2014 | | | - TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | ECONOMICS IMPROVED | UPON ENTRY OF THE ORDER |
| 2760 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT, DATED SEPTEMBER 30, 2005, BETWEEN TXU RAILCAR TRUST 2005-A, AS AMENDED BY AMENDMENT DATED OCTOBER 27, 2015, AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | WESTERN UNITED LIFE ASSURANCE COMPANY, AS LOAN PARTICIPANT | **ADDED** C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: CLIENT ADMINISTRATOR 400 ROBERT STREET NORTH ST PAUL, MN 55101 | | | - TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | ECONOMICS IMPROVED | UPON ENTRY OF THE ORDER |

**Exhibit C**

**Assumption Schedule**

| | | Details of Contract (s) | | Counterparty Information | | | | Other Information | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| | | | | **ADDED** | | | | | |
| 2761 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT, DATED SEPTEMBER 30, 2005, BETWEEN TXU RAILCAR TRUST 2005-A, AS AMENDED BY AMENDMENT DATED OCTOBER 27, 2015, AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | WILMINGTON TRUST COMPANY, AS OWNER TRUSTEE | ATTN:  - CORPORATE TRUST ADMINISTRATION JACQUELINE SOLONE, RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | | | - TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | ECONOMICS IMPROVED | UPON ENTRY OF THE ORDER |
| | | | | **ADDED** | | | | | |
| 2762 | LUMINANT MINING COMPANY LLC, SANDOW POWER COMPANY LLC | GROUND LEASE WITH LESSOR, DATED AS OF AUGUST 31, 2007 | LUMINANT MINING COMPANY LLC, SANDOW POWER COMPANY LLC | ATTN: TIFFANY SILVEY 1601 BRYAN ST. DALLAS, TX 75201-3411 | | | - LUMINANT MINING COMPANY LLC- $0.00 | | UPON ENTRY OF THE ORDER |
| | | | | **ADDED** | | | | | |
| 2763 | ENERGY FUTURE HOLDINGS CORP. | SERVICES AGREEMENT DATED 9/13/2013 PLUS RENEWAL SUBSCRIPTIONS | MOODY'S ANALYTICS INC. | AMY WINKELMAN, ESQ., ASSOCIATE GENERAL COUNSEL 7 WORLD TRADE CENTER NEW YORK, NY 10007 | REORGANIZED TCEH | | - ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC- $0.00 | | UPON ENTRY OF THE ORDER |