## **EXHIBIT C**

Amended List of Executory Contracts and Unexpired Leases to be Rejected by Reorganized
Debtors on the Effective Date

**Exhibit D**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 1 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 3/3/2014 | ABSOLUTE CONSULTING, INC. | 7552 NAVARRE PARKWAY STE 63 NAVARRE, FL 32566 | | UPON ENTRY OF THE ORDER |
| 2 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 02/08/2012 PLUS AMENDMENTS PLUS STATEMENTS OF WORK | ABSOLUTE CONSULTING | 7552 NAVARRE SUITE 63 NAVARRE, FL 32566 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 3 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/07/2013 PLUS AMENDMENTS | ABSOLUTE CONSULTING INC | 7552 NAVARRE PARKWAY STE 63 NAVARRE, FL 32566 | | UPON ENTRY OF THE ORDER |
| 4 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 3/26/2014 | AGGREKO TEXAS LP | 655 GRIGSBY WAY SUITE A CEDAR HILL, TX 75104 | | UPON ENTRY OF THE ORDER |
| 5 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 03/20/2013 PLUS AMENDMENTS | AGGREKO LLC | 627 GRIGSBY WAY CEDAR HILL, TX 75104 | | UPON ENTRY OF THE ORDER |
| 6 | TXU ENERGY RETAIL COMPANY LLC | SERVICES AGREEMENT DATED 06/29/2009 | AGR GROUP LLC | 13100-56TH COURT CLEARWATER, FL 33760 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 7 | SANDOW POWER COMPANY LLC | ALLIED ENV HUMIDITY MONITOR - SA | ALLIED ENVIRONMENTAL SOLUTIONS, INC. | 9730 PATUXENT WOODS DR. STE.100 COLUMBIA, MD 21046 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 8 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 02/18/2014 | ARAMARK UNIFORM SERVICES | 22014 BUSH DR. WACO, TX 76712 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 9 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 01/19/2009 PLUS AMENDMENTS | ARAMARK UNIFORM SERVICES | 22014 BUSH DR. WACO, TX 76712 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 10 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/01/2004 PLUS AMENDMENTS | AREVA NP INC. | 155 MILL RIDGE RD. LYNCHBERG, VA 24502 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 11 | OAK GROVE MANAGEMENT COMPANY | SERVICES AGREEMENT DATED 7/01/2012 | BCS STOP & GO POTTIES | P.O. BOX 5449 BRYAN, TX 77805-5449 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 12 | OAK GROVE MANAGEMENT COMPANY | SERVICES AGREEMENT DATED 1/01/2015 | BEACON AVIATION INC | 194 COUNTY ROAD 2950 ALBA, TX 75410 | | UPON ENTRY OF THE ORDER |
| 13 | LUMINANT BIG BROWN MINING COMPANY LLC | SERVICES AGREEMENT DATED 10/01/2013 | BEACON AVIATION, INC. | 194 COUNTY ROAD 2950 ALBA, TX 75410 UNITED STATES | | UPON ENTRY OF THE ORDER |

**Exhibit D**

**Rejection Schedule**

| | | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|---|

| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
|---|---|---|---|---|---|---|
| 14 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 02/04/2014 | BEACON AVIATION, INC. | 194 COUNTY ROAD 2950 ALBA, TX 75410 | | UPON ENTRY OF THE ORDER |
| 15 | LUMINANT GENERATION COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 01/25/2014 PLUS AMENDMENTS | CLARY E & I SERVICES, LLC | P.O. BOX 343 OVERTON, TX 75684 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 16 | LUMINANT GENERATION COMPANY LLC | ACCOMMODATION AGREEMENT DATED 12/9/2005 | ENDURING RESOURCES LLC | ADDRESS ON FILE | | UPON ENTRY OF THE ORDER |
| 17 | LUMINANT MINING COMPANY LLC | ACCOMMODATION AGREEMENT DATED 12/9/2005 | ENDURING RESOURCES LLC | ADDRESS ON FILE | | UPON ENTRY OF THE ORDER |
| 18 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 04/15/2012 PLUS AMENDMENTS | ENERCON SERVICES INC | 12916 TAMPA OAKS BLVD SUITE 131 TEMPLE TERRACE, FL 33637 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 19 | LUMINANT GENERATION COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 04/06/2012 | EAST TEXAS TESTING LABORATORY, INC. | 1717 EAST ERWIN STREET TYLER, TX 75702 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 20 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 01/31/2014 | ETTL ENGINEERS AND CONSULTANTS, INC. | 1717 EAST ERWIN ST TYLER, TX 75702 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 21 | LUMINANT BIG BROWN MINING COMPANY LLC LUMINANT GENERATION COMPANY LLC LUMINANT MINING COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 04/01/1997 PLUS AMENDMENTS | ETTL ENGINEERS & CONSULTANTS, INC. | 1717 EAST ERWIN STREET TYLER, TX 75702-6398 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 22 | LUMINANT GENERATION COMPANY LLC | ACCOUNT TERMS AND CONDITIONS (FIRST NATIONAL BANK OF GRANBURY) | FIRST NATIONAL BANK OF GRANBURY | 101 E. BRIDGE STREET GRANBURY, TX 76048 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 23 | LUMINANT HOLDING COMPANY LLC | FUTURE GEN INDUST ALLIANCE - MEM | FUTUREGEN INDUSTRIAL ALLIANCE, INC. | 1101 PENNSYLVANIA AVE., 6TH FL WASHINGTON, DC 20004 UNITED STATES | | UPON ENTRY OF THE ORDER |

**Exhibit D**

**Rejection Schedule**

| | Details of Contract (s) | | | Counterparty Information | | Other Information |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 24 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 11/14/2011 PLUS AMENDMENTS | W.W. GRAINGER, INC. | 300 WEST VICKERY BOULEVARD FORT WORTH, TX 76104-1201 | | UPON ENTRY OF THE ORDER |
| 25 | ENERGY FUTURE HOLDINGS CORP. | INDEMNIFICATION AGREEMENT DATED 10/10/2007 | KOHLBERG KRAVIS ROBERTS & CO. LLP, TPG CAPITAL L.P., GOLDMAN, SACHS & CO. | ATTN: MARC LIPSCHULTZ 9 WEST 57TH STREET SUITE 4200 NEW YORK, NY 10019 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 26 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/01/2014 | KONECRANES NUCLEAR EQUIPMENT & SERVICES | 5300 SOUTH EMMER DRIVE NEW BERLIN, WI 53151 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 27 | ENERGY FUTURE HOLDINGS CORP. | MANAGEMENT SERVICES AGREEMENT | SPONSOR GROUP/LEHMAN BROTHERS INC. | ATTN: MARC LIPSCHULTZ 9 WEST 57TH STREET SUITE 4200 NEW YORK, NY 10019 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 28 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 03/01/2012 PLUS AMENDMENTS | LRS-RDC INC. | P.O. BOX 2335 MT. PLEASANT, TX 75456 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 29 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 03/01/2012 PLUS AMENDMENTS | LRS-RDC INC. | P.O. BOX 2335 MT. PLEASANT, TX 75456 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 30 | TXU ENERGY RETAIL COMPANY LLC | COMMERCIAL ACCOUNT TERMS AND CONDITIONS (M&T BANK) | M&T BANK | ATTN: MIKE MISTRETTA 25 SOUTH CHARLES ST. 1ST FLOOR BALTIMORE, MD 21201 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 31 | EFH CORPORATE SERVICES COMPANY | SERVICES AGREEMENT DATED 01/31/2014 | MAMMOET USA SOUTH, INC. | 20525 FM 521 ROSHARON, TX 77583 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 32 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 06/09/2008 PLUS AMENDMENTS | OEAAT, INC | 755 SUMMERSONG LANE ENCINITAS, CA 92024 UNITED STATES | | UPON ENTRY OF THE ORDER |

**Exhibit D**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 33 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC LUMINANT ENERGY COMPANY LLC 4CHANGE ENERGY HOLDINGS LLC 4CHANGE ENERGY COMPANY TXU ENERGY RETAIL COMPANY LLC ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC | SEPARATION AGREEMENT DATED 12/14/2001 | ONCOR ELECTRIC DELIVERY | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 34 | EFH CORPORATE SERVICES COMPANY | SEPARATION AGREEMENT DATED 10/10/2007 | ONCOR ELECTRIC DELIVERY | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 35 | TEXAS COMPETITIVE ELECTRIC HOLDINGS | TAX MAKE-WHOLE AGREEEMENT DATED 1/1/2002 | ONCOR ELECTRIC | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 36 | TEXAS COMPETITIVE ELECTRIC HOLDINGS | INTEREST MAKE-WHOLE AGREEEMENT DATED 1/1/2002 | ONCOR ELECTRIC | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 37 | TEXAS COMPETITIVE ELECTRIC HOLDINGS | INTEREST MAKE-WHOLE AGREEEMENT DATED 1/1/2004 | ONCOR ELECTRIC DELIVERY COMPANY | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 38 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | RYAN LLC | GREG WEISS, EXECUTIVE VICE PRESIDENT CHIEF LEGAL OFFICER AND SECRETARY 3 GALLERIA TOWER, 13155 NOEL RD, STE 100 DALLAS, TX 75240-5090 | | UPON ENTRY OF THE ORDER |
| 39 | EFH CORPORATE SERVICES COMPANY | SERVICES AGREEMENT DATED 02/04/2014 PLUS STATEMENTS OF WORK | SIMEIO SOLUTIONS, INC. | 50 HARRISON ST. SUITE 304 HOBOKEN, NJ 07030 UNITED STATES | | UPON THE PLAN EFFECTIVE DATE |
| 40 | EFH CORPORATE SERVICES COMPANY | SERVICES AGREEMENT DATED 02/04/2014 | SIMEIO SOLUTIONS, INC. | 50 HARRISON ST. SUITE 504 HOBOKEN, NJ 07030 UNITED STATES | | UPON THE PLAN EFFECTIVE DATE |
| 41 | EFH CORPORATE SERVICES COMPANY | AMENDMENT NO.1 TO SERVICE AGREEMENT DATED 02/04/2014 | SIMEIO SOLUTIONS, INC. | 50 HARRISON ST. SUITE 504 HOBOKEN, NJ 07030 UNITED STATES | | UPON THE PLAN EFFECTIVE DATE |
| 42 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAIL EQUIPMENT LEASE AGREEMENT | SOJITZ CORPORATION OF AMERICA | ATTN: KENGO WADA 1120 AVENUE OF THE AMERICAS 44TH FLOOR NEW YORK, NY 10036 | | UPON ENTRY OF THE ORDER |

**Exhibit D**

## Rejection Schedule

| | Details of Contract (s) | | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | | Description of Property to be Abandoned, if any | Rejection Date |
| 43 | ENERGY FUTURE HOLDINGS CORP. | REGISTRATION RIGHTS AGREEMENT | SPONSOR GROUP/CO-INVESTORS | ATTN: MARC LIPSCHULTZ 9 WEST 57TH STREET SUITE 4200 NEW YORK, NY 10019 UNITED STATES | | | UPON ENTRY OF THE ORDER |
| 44 | LUMINANT GENERATION COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 07/01/1993 PLUS AMENDMENTS | TEAM INDUSTRIAL SERVICES, INC. | PO BOX 10279 LONGVIEW, TX 75607 UNITED STATES | | | UPON ENTRY OF THE ORDER |
| 45 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 02/10/2014 | TEXAS ECO SERVICES INC | 5232 SAUNDERS FORT WORTH, TX 76119 UNITED STATES | | | UPON ENTRY OF THE ORDER |
| 46 | EFH CORPORATE SERVICES COMPANY | PRICING AGREEMENT DATED 10/31/2013 | TPG GLOBAL, LLC | 301 COMMERCE STREET  SUITE 3300 FORT WORTH, TX 76102 UNITED STATES | | | UPON ENTRY OF THE ORDER |
| 47 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAILCAR EQUIPMENT LEASE AGREEMENT DATED 12/27/95 | WELLS FARGO BANK NORTHWEST, N.A. | 79 S. MAIN ST MAC: U1254-031 SALT LAKE CITY, UT 84111 UNITED STATES | | | UPON ENTRY OF THE ORDER |
| 48 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAILCAR EQUIPMENT LEASE AGREEMENT DATED 12/27/95 | WELLS FARGO BANK NORTHWEST, N.A. | 260 N. CHARLES LINDBERGH DRIVE SALT LAKE CITY, UT 84116 | | | UPON ENTRY OF THE ORDER |
| 49 | LUMINANT GENERATION COMPANY LLC | EQUIPMENT LEASE DATED 03/12/1999 PLUS AMENDMENTS | WILLIAMS SCOTSMAN, INC. | ATTN: TOM MATRANGA 4590 CAREY STREET FORT WORTH, TX 76119 UNITED STATES | | | UPON ENTRY OF THE ORDER |
| 50 | LUMINANT GENERATION COMPANY LLC | EQUIPMENT LEASE DATED 12/05/2013 | WILLIAMS SCOTSMAN | 4590 CAREY ST FORT WORTH, TX 76119 UNITED STATES | | | UPON ENTRY OF THE ORDER |
| 51 | TXU ENERGY RETAIL COMPANY LLC | DATA MASTER SERVICES AGREEMENT DATED 11/04/2008 | WORLD MARKETING, INC. | 8801 AUTOBAHN DRIVE SUITE 100 DALLAS, TX  75237 UNITED STATES | | | UPON ENTRY OF THE ORDER |

**Exhibit D**

## Rejection Schedule

| | | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | | Description of Property to be Abandoned, if any | Rejection Date |
| 52 | ENERGY FUTURE HOLDINGS CORP. ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC ENERGY FUTURE INTERMEDIATE HOLDINGS COMPANY LLC TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC EFIH FINANCE INC. TXU RECEIVABLES COMPANY EFH AUSTRALIA (NO. 2) HOLDINGS CO. EFH FS HOLDINGS COMPANY EFH FINANCE (NO. 2) HOLDINGS CO. EFH CORPORATE SERVICES COMPANY LSGT GAS COMPANY LLC TCEH FINANCE INC. LSGT SACROC, INC. EEC HOLDINGS, INC. EECI, INC. GENERATION SVC COMPANY LUMINANT ENERGY COMPANY LLC LUMINANT ENERGY TRADING CALIFORNIA COMPANY LUMINANT ET SERVICES COMPANY LUMINANT GENERATION COMPANY LLC LUMINANT HOLDING COMPANY LLC LUMINANT MINING COMPANY LLC TXU ENERGY RETAIL COMPANY LLC TXU RETAIL SERVICES COMPANY TXU SEM COMPANY 4CHANGE ENERGY COMPANY | COMPETITIVE TAX SHARING AGREEMENT DATED 5/5/2012 | EFH VERMONT INSURANCE BASIC RESOURCES INC. EFH PROPERTIES COMPANY | 1601 BRYAN ST. DALLAS, TX 75201-3411 | | | EFFECTIVE DATE OF THE PLAN |
| 53 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | AKIN GUMP STRAUSS HAUER & FELD LLP | TWO COMMERCE SQUARE 2001 MARKET STREET, SUITE 4100 PHILADELPHIA, PA 19103-7013 | | | UPON ENTRY OF THE ORDER |

**Exhibit D**

## Rejection Schedule

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 54 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | BLACKSTONE ADVISORY PARTNERS L P | 345 PARK AVENUE NEW YORK, NY 10154 | | UPON ENTRY OF THE ORDER |
| 55 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | CAPSTONE ADVISORY GROUP LLC | PARK 80 WEST 250 PEHLE AVE STE 105 SADDLE BROOK, NJ 07663 | | UPON ENTRY OF THE ORDER |
| 56 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | CENTERVIEW PARTNERS LLC | 31 W 52ND ST NEW YORK, NY 10019 | | UPON ENTRY OF THE ORDER |
| 57 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | SHARED SERVICES AGREEMENT | EFH CORPORATE SERVICES COMPANY | ATTN: MR. JEFF WALKER 1601 BRYAN ST. DALLAS, TX 75201-3411 | | EFFECTIVE DATE OF THE PLAN |
| 58 | EFH CORPORATE SERVICES COMPANY | SHARED SERVICES AGREEMENT | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ATTN: MR. JEFF WALKER 1601 BRYAN ST. DALLAS, TX 75201-3411 | | EFFECTIVE DATE OF THE PLAN |
| 59 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | FRIED FRANK HARRIS SHRIVER & | JACOBSON ONE NEW YORK PLAZA NEW YORK, NY 10004-1980 | | UPON ENTRY OF THE ORDER |
| 60 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | KRAMER LEVIN NAFTALIS & FRANKEL | 1177 AVE OF THE AMERICAS NEW YORK, NY 10036 | | UPON ENTRY OF THE ORDER |
| 61 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | ROPES & GRAY LLP | MARK R. SOMERSTEIN 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | | UPON ENTRY OF THE ORDER |
| 62 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT | SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE,LLC | 1801 CALIFORNIA STREET SUITE 2800 DENVER, CO 80202 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 63 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE,LLC | 1801 CALIFORNIA STREET SUITE 2800 DENVER, CO 80202 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 64 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT 10/1/2012 | SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE, LLC | ADDRESS ON FILE | | UPON ENTRY OF THE ORDER |
| 65 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | BABCOCK & WILCOX POWER GENERATION GROUP | 20 S. VAN BUREN AVENUE BARBERTON, OH 44203 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 66 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | BLACK & VEATCH CORPORATION | 11401 LAMAR AVENUE OVERLAND PARK, KS 66211 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 67 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | BLACK & VEATCH CORPORATION | 11401 LAMAR AVENUE OVERLAND PARK, KS 66211 UNITED STATES | | UPON ENTRY OF THE ORDER |

**Exhibit D**

## Rejection Schedule

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 68 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | BLACK & VEATCH CORPORATION | 11401 LAMAR AVENUE OVERLAND PARK, KS 66211 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 69 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | POWER4GEORGIANS, LLC | 1506 KLONDIKE RD SW, STE 105 CONYERS, GA 30094 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 70 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | THE MATHWORKS, INC. | 3 APPLE HILL DR ATTN: THOMAS M. SPERA NATICK, MA 01760 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 71 | LSGT GAS COMPANY LLC | GUARANTEE AGREEMENT | STATE OF NEW YORK | SPECIAL ASSISTANT-BUREAU OF FINANCE WORKERS' COMPENSATION BOARD, 295 MAIN STREET, 4TH FL, ATTN: KORY R. AHLSTROM BUFFALO, NY 14203 | | UPON ENTRY OF THE ORDER |
| 72 | ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | PERELLA WEINBERG PARTNERS LP | 767 FIFTH AVE NEW YORK, NY 10153 | | UPON ENTRY OF THE ORDER |
| 73 | ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | WINSTEAD PC | KEVIN A. SULLIVAN, CHAIRMAN & CEO 500 WINSTEAD BUILDING 2728 N. HARWOOD STREET DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 74 | LUMINANT GENERATION COMPANY LLC | PO 9891 FOR MONTHLY SERVICES IN 2014 | JANI-KING, INC. | VENDOR RECOVERY FUND IV ASIGNEE OF JANI-KING OF DALLAS C/O DRUM CAPITAL MANAGEMENT 4 STAMFORD PLAZA STAMFORD, CT 06902 | | UPON ENTRY OF THE ORDER |
| 75 | LUMINANT GENERATION COMPANY LLC | PO 9891 FOR MONTHLY SERVICES IN 2014 | JANI-KING, INC. | ALPHA SERVICES CORPORATION 4335 SUNBELT DR ADDISON, TX 75001 | | UPON ENTRY OF THE ORDER |
| 76 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 11/24/2003 PLUS AMENDMENTS | F.L. SMIDTH AIRTECH INC. | 3231 SCHOENERSVILLE ROAD BETHLEHEM, PA 18017 UNITED STATES | | UPON ENTRY OF THE ORDER |