# **EXHIBIT D**

Comparison of Amended List of Executory Contracts and Unexpired Leases to be Rejected by Reorganized Debtors on the Effective Date

**Exhibit D**

**Rejection Schedule**

| | Details of Contract (s) | | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| | | | | **MODIFIED** | | | |
| 39 | EFH CORPORATE SERVICES COMPANY | SERVICES AGREEMENT DATED 02/04/2014 PLUS STATEMENTS OF WORK | SIMEIO SOLUTIONS, INC. | | 50 HARRISON ST. SUITE 304<br>HOBOKEN, NJ 07030<br>UNITED STATES | | UPON THE PLAN EFFECTIVE DATE |
| | | | | **MODIFIED** | | | |
| 40 | EFH CORPORATE SERVICES COMPANY | SERVICES AGREEMENT DATED 02/04/2014 | SIMEIO SOLUTIONS, INC. | | 50 HARRISON ST. SUITE 504<br>HOBOKEN, NJ 07030<br>UNITED STATES | | UPON THE PLAN EFFECTIVE DATE |
| | | | | **MODIFIED** | | | |
| 41 | EFH CORPORATE SERVICES COMPANY | AMENDMENT NO.1 TO SERVICE AGREEMENT DATED 02/04/2014 | SIMEIO SOLUTIONS, INC. | | 50 HARRISON ST. SUITE 504<br>HOBOKEN, NJ 07030<br>UNITED STATES | | UPON THE PLAN EFFECTIVE DATE |
| | | | | **ADDED** | | | |
| 74 | LUMINANT GENERATION COMPANY LLC | PO 9891 FOR MONTHLY SERVICES IN 2014 | JANI-KING, INC. | | VENDOR RECOVERY FUND IV ASIGNEE OF JANI-KING OF DALLAS<br>C/O DRUM CAPITAL MANAGEMENT<br>4 STAMFORD PLAZA<br>STAMFORD, CT 06902 | | UPON ENTRY OF THE ORDER |
| | | | | **ADDED** | | | |
| 75 | LUMINANT GENERATION COMPANY LLC | PO 9891 FOR MONTHLY SERVICES IN 2014 | JANI-KING, INC. | | ALPHA SERVICES CORPORATION<br>4335 SUNBELT DR<br>ADDISON, TX 75001 | | UPON ENTRY OF THE ORDER |
| | | | | **ADDED** | | | |
| 76 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 11/24/2003 PLUS AMENDMENTS | F.L. SMIDTH AIRTECH INC. | | 3231 SCHOENERSVILLE ROAD<br>BETHLEHEM, PA 18017<br>UNITED STATES | | UPON ENTRY OF THE ORDER |