**EXHIBIT F**

Comparison of Amended List of Executory Contracts and Unexpired Leases to be Conditionally Assumed by Reorganized Debtors on the Effective Date

**Exhibit C**

**Conditional Assumption Schedule**

| | | Details of Contract (s) | | Counterparty Information | | Other Information | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | | Counterparty | Counterparty Address | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Conditions | Assumption Date |
| 1 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT BETWEEN TXU RAILCAR TRUST 2005-A AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | | AMERICAN REPUBLIC INSURANCE COMPANY | **DELETED** C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: CLIENT ADMINISTRATOR 400 ROBERT STREET NORTH ST PAUL, MN 55101 | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 2 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT BETWEEN TXU RAILCAR TRUST 2005-A AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | | BLUE CROSS & BLUE SHIELD OF FLORIDA INC | **DELETED** C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: CLIENT ADMINISTRATOR 400 ROBERT ST NORTH ST PAUL, MN 55101 | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 3 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT BETWEEN TXU RAILCAR TRUST 2005-A AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | | CATHOLIC AID ASSOCIATION (THE) | **DELETED** C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: CLIENT ADMINISTRATOR 400 ROBERT STREET NORTH ST PAUL, MN 55101 | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 4 | LUMINANT GENERATION COMPANY OAK GROVE MANAGEMENT COMPANY SANDOW POWER COMPANY | SUPPLIER AGREEMENT DATED 04/7/13 PLUS AMENDMENTS | | LHOIST NORTH AMERICA OF TEXAS, LTD. | **DELETED** 3700 HULEN STREET FORT WORTH, TX 76107 UNITED STATES | - | LUMINANT GENERATION COMPANY- $0.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |

**Exhibit C**

**Conditional Assumption Schedule**

| | | Details of Contract (s) | | Counterparty Information | | Other Information | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | | Counterparty | Counterparty Address | Amount Required to Cure Default Thereunder, if any | Cure Details | | Details of Material Amendments | Conditions | Assumption Date |
| 5 | SANDOW POWER COMPANY LLC | SUPPLIER AGREEMENT DATED 01/01/2011 PLUS AMENDMENTS | | LHOIST NORTH AMERICA OF TEXAS, LTD. | **DELETED** PO BOX 985004 FORT WORTH, TX 76185 | $133,983.44 | SANDOW POWER COMPANY LLC- $133,983.44 | | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 6 | LUMINANT GENERATION COMPANY LLC | SUPPLIER AGREEMENT DATED 08/16/199 PLUS AMENDMENTS | | CHEMICAL LIME INC | **DELETED** PO BOX 985004 FORT WORTH, TX 76185 | $138,259.54 | LUMINANT GENERATION COMPANY LLC- $138,259.54 | | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 7 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT BETWEEN TXU RAILCAR TRUST 2005-A AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | | DVB BANK AG | **DELETED** ATTN: CLIENT ADMINISTRATOR, ALEC TASOOJI 609 FIFTH AVENUE, 5TH FLOOR NEW YORK, NY 10017 | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 8 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT BETWEEN TXU RAILCAR TRUST 2005-A AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | | FARM BUREAU LIFE INSURANCE CO OF MI | **DELETED** C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: CLIENT ADMINISTRATOR 400 ROBERT ST NORTH ST PAUL, MN 55101 | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |

# Exhibit C

## Conditional Assumption Schedule

| | Details of Contract (s) | | Counterparty Information | | Other Information | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Conditions | Assumption Date |
| 9 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 11/24/2003 PLUS AMENDMENTS | F.L. SMIDTH AIRTECH INC. | **DELETED**<br>3231 SCHOENERSVILLE ROAD BETHLEHEM, PA 18017 UNITED STATES | CURE PAYMENT: $615,761.80<br><br>REMAINING CLAIMS TO BE SATISFIED THROUGH THE PLAN: $465,641.42 | PAYMENT DETAILS: LUMINANT GENERATION COMPANY LLC- $615,761.80<br><br>CLAIM DETAILS: LUMINANT GENERATION COMPANY LLC- $465,641.42 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 10 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT BETWEEN TXU RAILCAR TRUST 2005-A AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | GREAT WESTERN INSURANCE COMPANY | **DELETED**<br>C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: KAY RASMUSSEN A9-4538 400 ROBERT STREET NORTH ST PAUL, MN 55101 | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 13 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT BETWEEN TXU RAILCAR TRUST 2005-A AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | JOHN HANCOCK LIFE INSURANCE CO | **DELETED**<br>C/O MANUFACTURERS LIFE INSURANCE COMPANY ATTN: SECURITIES OPERATIONS - VITO PEDOTA, 200 BLOOR STREET EAST TORONTO, ON M4W 1E5 CANADA | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 14 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT BETWEEN TXU RAILCAR TRUST 2005-A AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | JOHN HANCOCK VARIABLE LIFE INSURANCE CO | **DELETED**<br>ATTN: BOND AND CORPORATE FINANCE GROUP, T-57 200 CLARENDON STREET BOSTON, MA 2117 | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |

## Exhibit C

### Conditional Assumption Schedule

| | | Details of Contract (s) | Counterparty Information | | Other Information | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Conditions | Assumption Date |
| 15 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT BETWEEN TXU RAILCAR TRUST 2005-A AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | KEY EQUIPMENT FINANCE , INC | **DELETED** ATTN: LEVERAGED LEASE ADMINISTRATION - ANN BRESKA 66 SOUTH PEARL STREET - 7TH FLOOR ALBANY, NY 12204 | CURE PAYMENT: $0.00  REMAINING CLAIMS TO BE SATISFIED THROUGH THE PLAN: $6,348,233.13 | PAYMENT DETAILS: TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00  CLAIM DETAILS: TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $6,348,233.13 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 16 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT BETWEEN TXU RAILCAR TRUST 2005-A AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | MANULIFE INSURANCE COMPANY | **DELETED** C/O JOHN HANCOCK LIFE INSURANCE COMPANY ATTN: BOND AND CORPORATE FINANCE GROUP, T-57, 200 CLARENDON STREET BOSTON, MA 2117 | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 17 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT BETWEEN TXU RAILCAR TRUST 2005-A AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | MTL INSURANCE COMPANY | **DELETED** C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: CLIENT ADMINISTRATOR 400 ROBERT STREET NORTH ST PAUL, MN 55101 | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 18 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT BETWEEN TXU RAILCAR TRUST 2005-A AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | PPM AMERICA, INC. ON BEHALF OF | **DELETED** JACKSON NATIONAL LIFE INSURANCE CO. ATTN: PRIVATE PLACEMENTS - MARK STAUB 225 WEST WACKER DRIVE, SUITE 1100 CHICAGO, IL 60606-1228 | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |

## Exhibit C

## Conditional Assumption Schedule

| | Details of Contract (s) | | Counterparty Information | | Other Information | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Conditions | Assumption Date |
| 19 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT BETWEEN TXU RAILCAR TRUST 2005-A AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | THE LAFAYETTE LIFE INSURANCE COMPANY | **DELETED** C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: CLIENT ADMINISTRATOR 400 ROBERT STREET NORTH ST PAUL, MN 55101 | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 21 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT BETWEEN TXU RAILCAR TRUST 2005-A AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | US BANK NATIONAL ASSOCIATION | **DELETED** ATTN: MICHAEL LAUBENSTEIN CORPORATE TRUST SERVICES 1 FEDERAL STREET, 3RD FL BOSTON, MA 02110-2014 | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 22 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT BETWEEN TXU RAILCAR TRUST 2005-A AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | WESTERN UNITED LIFE ASSURANCE COMPANY | **DELETED** C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: CLIENT ADMINISTRATOR 400 ROBERT STREET NORTH ST PAUL, MN 55101 | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 23 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | EQUIPMENT LEASE AGREEMENT BETWEEN TXU RAILCAR TRUST 2005-A AND OTHER OPERATIVE DOCUMENTS, AS DEFINED THEREIN | WILMINGTON TRUST COMPANY | **DELETED** ATTN: - CORPORATE TRUST ADMINISTRATION JACQUELINE SOLONE, RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |