**EXHIBIT A**
**Statement of Fees by Subject Matter**

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B160 | Employment Applications | 0.5 | $297.50 | $238.00 |
| B161 | Budget/Staffing Plan | 1.1 | $780.50 | $624.40 |
| B162 | Fee Applications | 12.3 | $2,743.00 | $2,194.40 |
| B240 | Tax Issues | 338.3 | $195,135.00 | $156,108.00 |
| | **Totals** | **352.2** | **$198,956.00** | **$159,164.80** |