# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Standard Copies or Prints ($0.10/page) | In-House | $233.30 |
| Postage | In-House | $35.77 |
| Delivery Service | FedEx | $53.15 |
| Court Appearance Fees | Court Call | $30.00 |
| Airfare | Southwest Airlines | $307.00 |
| Hotel | Sofitel | $558.72 |
| Meals | Sofitel | $26.56 |
| Taxi/Car Service | Various | $88.36 |
| WiFi | Southwest | $8.00 |
| Parking | Standard Parking | $10.00 |
| | Total: | $1,350.86 |