## EXHIBIT D

### Detailed Description of Expenses and Disbursements

**Court Appearance**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| Liggins, Demetra | 10/26/15 | $30.00 | Telephonic Appearance at Omnibus Hearing on Fee Applications |
| | **TOTAL:** | **$26.56** | |

**AIRFARE**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| Meyercord, Leonora | 10/5/15-10/7/15 | $307.00 | Round trip economy flight between Dallas and Chicago |
| | **TOTAL:** | **$307.00** | |

**LODGING**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| Meyercord, Leonora | 10/5/15 – 10/6/15 | $558.72 | Hotel DuPont (2 nights at $240/night, plus state and local taxes taxes) |
| | **TOTAL:** | **$558.72** | |

**MEALS**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| Meyercord, Leonora | 10/6/2015 | $26.56 | Dinner |
| | **TOTAL:** | **$26.56** | |

**Taxi/Car Service**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| Meyercord, Leonora | 10/5/2015 | $10.00 | Uber |
| Meyercord, Leonora | 10/5/2015 | $38.94 | Peace Taxi from Airport |
| Meyercord, Leonora | 10/7/2015 | $39.42 | City Service Taxi to Airport |
| | **TOTAL:** | **$88.36** | |

**WiFi**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| Meyercord, Leonora | 10/7/15 | $8.00 | WiFi – Southwest Airlines – Working travel |
| | **TOTAL:** | **$8.00** | |

**Parking**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| McNulty, Mary | 10/16/15 | $10.00 | Parking- Client Meeting |
| | | **TOTAL:** | **$26.56** |