IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors.[1] ) | (Jointly Administered) |
| ) | |
| ) | **Re: D.I. 6819, 7025** |

### NOTICE OF FILING OF FURTHER UPDATED SUMMARY OF DEBTORS' RESPONSES TO OBJECTIONS TO THE FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that, on September 21, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122] (as amended from time to time, the "Plan") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that certain objections (see D.I. 6451, 6580, 6582, 6585, 6587, 6590, 6592, 6597, 6598, 6600, 6601, 6608, 6609, 6610, 6614, 6621, 6622, 6625, 6627, 6629, 6640, 6642, 6705) (collectively, the "Objections") were filed to the Plan.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13472238v.1

PLEASE TAKE FURTHER NOTICE that, in response to the Objections, on October 31, 2015, the Debtors filed the *Debtors' Omnibus Reply to Plan Confirmation Objections* [D.I. 6817] (the "Reply") with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that, in connection with the Reply, on October 31, 2015, the Debtors also filed the *Summary of Debtors' Responses to Objections to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6819] pursuant to which the Debtors provided the Bankruptcy Court with a summary of the Objections and the responses thereto.

PLEASE TAKE FURTHER NOTICE that, on November 17, 2015, the Debtors filed the *Updated Summary of Debtors' Responses to Objections to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 7025] pursuant to which the Debtors provided the Bankruptcy Court with an updated summary of the Objections and the responses thereto, as well as a summary of the objections filed in connection with the *Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement*, dated August 10, 2015 [D.I. 5249] (the "Settlement Motion").

PLEASE TAKE FURTHER NOTICE that, today, the Debtors have filed the attached *Further Updated Summary of Debtors' Responses to Objections to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (the "Further Updated Objection Chart"). A copy of the Further Updated Objection Chart is attached hereto as **Exhibit A**. As reflected in greater detail therein, the Updated Objection Chart includes, among other information, a further updated summary of the

objections filed in connection with the Settlement Motion and a further updated status on the Objections.

*[Remainder of page intentionally left blank.]*

Dated: December 1, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession