IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>RE: D.I. 6781, 6782, 6783, 6972, 6975 |

## NOTICE OF WITHDRAWAL OF APPEAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that the *Notice of Appeal* [D.I. 6972, 6975] of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P., and Marathon Asset Management, LP, on behalf of funds and accounts that they each manage or advise, filed with the Court in the above-captioned case on November 12, 2015, is hereby withdrawn without prejudice.

*[Remainder of page intentionally left blank.]*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. A complete list of debtors and their respective tax identification numbers may be found at http://www.efhcaseinfo.com.

63219002

Dated: December 2, 2015
      Wilmington, Delaware

Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN, LLC

By: _____
Michael Busenkell (No. 3933)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 425-5812
Facsimile: (302) 425-5814

-and-

KAYE SCHOLER LLP
Scott D. Talmadge, Esq. (admitted *pro hac vice*)
250 W. 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-6540

*Attorneys for York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P. and Marathon Asset Management, LP on behalf of funds and accounts that they each manage or advise*