ABRAMS & BAYLISS LLP
KEVIN G. ABRAMS & JOHN M. SEAMAN
20 MONTCHANIN RD STE 200
WILMINGTON DE 19807
*(COUNSEL TO GOLDMAN SACHS & CO)*

ASHBY & GEDDES PA
ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ
PO BOX 1150
WILMINGTON DE 19899
*(COUNSEL TO WILMINGTON SAVINGS/WSFS)*

BALLARD SPAHR LLP
ATTN: MATTHEW G SUMMERS ESQ
919 N MARKET ST 11TH FL
WILMINGTON DE 19801
*(COUNSEL TO LOUISIANA ENERGY & URENCO)*

BARNES & THORNBURG LLP
ATTN: KEVIN G COLLINS ESQ
ATTN: DAVID M POWLEN ESQ
1000 N WEST ST STE 1500
WILMINGTON DE 19801
*(COUNSEL TO GATX CORPORATION)*

BAYARD PA
ATTN: NEIL GLASSMAN ESQ
222 DELAWARE AVE STE 900
WILMINGTON DE 19801
*(COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE
TCEH 11.5% SR SECURED NOTES INDENTURE)*

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
ATTN: KEVIN M. CAPUZZI
222 DELAWARE AVE STE 801
WILMINGTON DE 19801-1611
*(COUNSEL TO THERMO FISHER)*

BIELLI & KLAUDER LLC
ATTN: DAVID M KLAUDER ESQ &
CORY P STEPHENSON ESQ
1204 N KING STREET
WILMINGTON DE 19801
*(COUNSEL TO ENERGY FUTURE HOLDINGS CORP)*

BLANK ROME LLP
ATTN: MICHAEL DEBAECHE; STANLEY TARR
1201 MARKET ST STE 800
WILMINGTON DE 19801
*(COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT)*

BUCHANAN INGERSOLL & ROONEY PC
ATTN: KATHLEEN A. MURPHY
919 N MARKET ST STE 1500
WILMINGTON DE 19801
*(COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP)*

CHIPMAN BROWN CICERO & COLE LLP
ATTN: WILLIAM CHIPMAN JR ESQ; MARK OLIVERE ESQ
1007 N ORANGE ST STE 1110
WILMINGTON DE 19801
*(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS
AND EFIH SECOND LIEN DIP COMMITMENT)*

CIARDI CIARDI & ASTIN
ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR
1204 N KING STREET
WILMINGTON DE 19801
*(COUNSEL TO ATMOS ENERGY; TXU 2007-1 RAILCAR, & RED BALL
OXYGEN)*

COZEN O'CONNOR
ATTN: MARK E. FELGER
1201 N MARKET ST STE 1001
WILMINGTON DE 19801
*(COUNSEL TO J ARON & COMPANY)*

CROSS & SIMON LLC
ATTN: MICHAEL J JOYCE ESQ
1105 N MARKET ST STE 901
WILMINGTON DE 19801
*(COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO)*

CSC TRUST COMPANY OF DELAWARE
ATTN: SANDRA E HORWITZ MANAGING DIRECTOR
2711 CENTERVILLE RD STE 400
WILMINGTON DE 19808

DLA PIPER LLP (US)
ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN &
SCOTT CZERWONKA, ESQS.
1201 NORTH MARKET STREET, SUITE 2100
WILMINGTON DE 19801
*(COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.)*

DORSEY & WHITNEY DELAWARE LLP
ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD &
ALESSANDRA GLORIOSO
300 DELAWARE AVE STE 1010
WILMINGTON DE 19801
*(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)*

DRINKER BIDDLE & REATH LLP
ATTN: HOWARD A. COHEN & ROBERT K. MALONE
222 DELAWARE AVE STE 1410
WILMINGTON DE 19801-1621
*(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)*

FOX ROTHSCHILD LLP
ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD
919 N MARKET ST STE 300
WILMINGTON DE 19801
*(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)*

GEBHARDT & SMITH LLP
ATTN: LISA BITTLE TANCREDI ESQ
1000 N WEST ST STE 1200
WILMINGTON DE 19801
*(COUNSEL TO MILAM APPRAISAL DISTRICT)*

G

GIBBONS PC
ATTN: NATASHA M SONGONUGA ESQ
1000 N WEST ST STE 1200
WILMINGTON DE 19801-1058
*(COUNSEL TO VEOLIA)*

HILLER & ARBAN LLC
ATTN: ADAM HILLER ESQ, BRIAN ARBAN ESQ
JOHNNA M DARBY ESQ
1500 N FRENCH ST 2ND FL
WILMINGTON DE 19801
*(COUNSEL TO STEAG)*

HOGAN MCDANIEL
ATTN: DANIEL K HOGAN ESQ
ATTN: GARVAN F MCDANIEL ESQ
1311 DELAWARE AVE
WILMINGTON DE 19806
*(COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ASBESTOS CLAIMANTS)*
*(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)*

KLEHR HARRISON HARVEY BRANZBURG LLP
ATTN: RAYMOND H LEMISCH ESQ
919 MARKET ST STE 1000
WILMINGTON DE 19801
*(COUNSEL TO UMB BANK N.A. INDENTURE TRUSTEE)*

LANDIS RATH & COBB LLP
ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ
919 MARKET ST STE 1800
WILMINGTON DE 19801
*(COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC)*

LAW OFFICE OF CURTIS A HEHN
ATTN: CURTIS A HEHN ESQ
1000 N WEST ST STE 1200
WILMINGTON DE 19801
*(COUNSEL TO SOMERVELL CAD)*

MANION GAYNOR & MANNING LLP
ATTN: MARC PHILLIPS ESQ
THE NEMOURS BUILDING
1007 N ORANGE ST 10TH FL
WILMINGTON DE 19801
*(COUNSEL TO ONCOR STEERING COMMITTEE)*

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT & AMY D. BROWN
300 DELAWARE AVE STE 800
WILMINGTON DE 19801
*(COUNSEL TO URS ENERGY & CONSTRUCTION INC)*

MCELROY DEUTSCH MULVANEY & CARPENTER LLP
ATTN: DAVID P PRIMACK ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801
*(COUNSEL TO TCEH DEBTORS)*

MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
ATTN: NATALIE D RAMSEY ESQ, DAVIS LEE WRIGHT ESQ
MARK A FINK ESQ, SIDNEY S LIEBESMAN ESQ
1105 N MARKET ST 15TH FL
WILMINGTON DE 19801
*(COUNSEL TO EFH CREDITORS COMMITTEE)*

MORRIS JAMES LLP
ATTN: STEPHEN M MILLER ESQ
PO BOX 2306
WILMINGTON DE 19899-2306
*(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)*

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY
1201 N MARKET ST STE 1600
WILMINGTON DE 19801
*(COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS")*

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: ELLEN SLIGHTS ESQ
PO BOX 2046
WILMINGTON DE 19899-2046

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON DE 19801

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES ESQ; ROBERT FEINSTEIN
ESQ
PO BOX 8705
WILMINGTON DE 19899
*(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)*

PINCKNEY WEIDINGER URBAN & JOYCE LLC
ATTN: GREGORY T. DONILON, ESQ.
1220 N MARKET ST STE 950
WILMINGTON DE 19801
*(COUNSEL TO AUTOMATIC SYSTEMS INC)*

POLSINELLI PC
ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ
SHANTI KATONA ESQ
222 DELAWARE AVE STE 1101
WILMINGTON DE 19801
*(COUNSEL TO TCEH CREDITORS COMMITTEE)*

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN ESQ
1313 N MARKET ST 6TH FL
PO BOX 951
WILMINGTON DE 19801
*(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)*

REED SMITH LLP
ATTN: KURT F. GWYNNE; KIMBERLY E.C. LAWSON
ATTN: RICHARD A. ROBINSON
1201 MARKET ST STE 1500
WILMINGTON DE 19801

RICHARDS LAYTON & FINGER
ATTN: MARK D COLLINS ESQ
DANIEL J DEFRANCESCHI ESQ
JASON M MADRON ESQ
920 N KING ST
WILMINGTON DE 19801
*(CO-COUNSEL TO EFHC DEBTORS)*

ROSS ARONSTAM & MORITZ LLP
ATTN: BRADLEY ARONSTAM, BENJAMIN
SCHLADWEILER ESQS
100 S WEST ST STE 400
WILMINGTON DE 19801
*(COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD)*

SAUL EWING LLP
ATTN: MARK MINUTI ESQ
ATTN: LUCIAN B MURLEY ESQ
222 DELAWARE AVE STE 1200
PO BOX 1266
WILMINGTON DE 19899
*(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ERCOT)*
*(COUNSEL TO JOHNSON MATTHEY)*

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTN: RICHARD A BARKASY ESQ
824 N MARKET ST STE 800
WILMINGTON DE 19801
*(COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE)*

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: MARK S CHEHI ESQ
PO BOX 636
WILMINGTON DE 19899-0636
*(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)*

SMITH KATZENSTEIN & JENKINS LLP
ATTN: KATHLEEN M MILLER ESQ
PO BOX 410
WILMINGTON DE 19899
*(COUNSEL TO AIRGAS USA LLC & VALERO TEXAS POWER)*

STEVENS & LEE PC
ATTN: JOSEPH H HUSTON JR ESQ
1105 N MARKET ST STE 700
WILMINGTON DE 19801
*(COUNSEL TO ENERGY FUTURE INTERMIEDIATE HOLDING COMPANY LLC/EFIH)*

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: ELIHU E. ALLINSON, III
901 N MARKET ST STE 1300
WILMINGTON DE 19801
*(COUNSEL TO HENRY PRATT COMPANY LLC)*

VENABLE LLP
ATTN: JAMIE L. EDMONSON
1201 NORTH MARKET STREET
WILMINGTON DE 19801
*(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC)*

WEIR & PARTNERS LLP
ATTN: JEFFREY S CIANCIULLI ESQ
824 N MARKET ST STE 800
WILMINGTON DE 19801
*(COUNSEL TO EVERCORE GROUP LLC)*

WERB & SULLIVAN
ATTN: "J" JACKSON SHRUM ESQ & DUANE D WERB ESQ
PO BOX 25046
WILMINGTON DE 19899
*(COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY)*

WHITEFORD TAYLOR & PRESTON LLC
ATTN: L KATHERINE GOOD ESQ,
CHATELLE D MCCLAMB ESQ
THE RENAISSANCE CENTRE
405 N KING ST STE 500
WILMINGTON DE 19801
*(COUNSEL TO SIMEIO)*

WILMINGTON SAVINGS FUND SOCIETY
ATTN: PATRICK J HEALY
500 DELAWARE AVENUE
WILMINGTON DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP
ATTN: STEVEN K KORTANEK; MARK L
DESGROSSEILLIERS
ATTN: FRANCIS A MONACO JR & KEVIN J MANGAN ESQS
222 DELAWARE AVE STE 1501
WILMINGTON DE 19801
*(COUNSEL TO CENTERPOINT)  (COUNSEL TO ALLTITE)*
*(COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT)*
*(COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT)*

YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY;
ANDREW MAGAZINER
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON DE 19801
*(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)*

QUARLES & BRADY LLP
ATTN: HOHN A. HARRIS; JASON D. CURRY
RENAISSANCE ONE
TWO N CENTRAL AVE
PHOENIX AZ 85004-2391
*(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)*

MUNGER TOLLES & OLSON LLP
ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ;
SETH GOLDMAN; JOHN W SPIEGEL ESQ
355 S GRAND AVE 35TH FL
LOS ANGELES CA 90071
*(COUNSEL TO TCEH DEBTORS)*

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON
55 SECOND ST 17TH FL
SAN FRANCISCO CA 94105-3493
*(COUNSEL TO ORACLE AMERICA INC)*

TW TELECOM INC
ATTN: LINDA BOYLE
10475 PARK MEADOWS DR #400
LITTLETON CO 80124

BROWN RUDNICK LLP
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM ST
HARTFORD CT 06103
*(COUNSEL TO WILMINGTON SAVINGS/WSFS)*

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: SCOTT ALBERINO; JOANNA NEWDECK
ROBERT S. STRAUSS BUILDING
1333 NEW HAMPSHIRE AVE, NW
WASHINGTON DC 20036-1564
*(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS*
*AND EFIH SECOND LIEN DIP COMMITMENT)*

CADWALADER WICKERSHAM & TAFT LLP
ATTN: MARK C ELLENBERG ESQ
700 SIXTH STREET, N.W.
WASHINGTON DC 20001
*(COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC)*

HOLLAND & KNIGHT LLP
ATTN: CHRISTINE C RYAN ESQ
800 17TH ST NW STE 1100
WASHINGTON DC 20006
*(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)*

O'MELVENY & MYERS LLP
ATTN: PETER FRIEDMAN ESQ AND ANDREW SORKIN ESQ
1625 EYE ST, NW
WASHINGTON DC 20006
*(COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD)*

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
OFFICE OF THE CHIEF COUNSEL
ATTN: DESIREE M AMADOR, ATTY
1200 K STREET, NW
WASHINGTON DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
ATTN: JON CHATALIAN
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON DC 20005-4026

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON DC 20549

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: MATTHEW J TROY ESQ
CIVIL DIVISION
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON DC 20044-0875
*(ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE)*

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ
PO BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044
*(COUNSEL TO THE UNITED STATES OF AMERICA)*

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL COMMUNICATIONS COMMISSION
ATTN: MATTHEW J TROY, CIVIL DIVISION
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON DC 20044-0875
*(COUNSEL TO THE UNITED STATES OF AMERICA)*

UNITED STATES DEPARTMENT OF JUSTICE
ENVIRONMENTAL ENFORCEMENT SECTION, ENRD
ATTN: ANNA GRACE AND BRANDON ROBERS, TRIAL ATTYS
P.O. BOX 7611
WASHINGTON DC 20044-7611
*(COUNSEL TO THE UNITED STATES OF AMERICA)*

CITIBANK N.A.
ATTN: OWEN COYLE
1615 BRETT ROAD, OPS III
NEW CASTLE DE 19720

CITIBANK N.A.
BANK LOAN SYNDICATIONS DEPARTMENT
1615 BRETT ROAD, BUILDING III
NEW CASTLE DE 19720

CITIBANK N.A.
ATTN: ANNEMARIE E PAVCO
SECURITIES PROCESSING SENIOR ANALYST
GLOBAL LOANS, 1615 BRETT RD., OPS III
NEW CASTLE DE 19720

WHITE & CASE LLP
ATTN: THOMAS LAURIA ESQ; MATTHEW BROWN ESQ
200 S BISCAYNE BLVD STE 4900
MIAMI FL 33131
*(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS;
AND LAW DEBENTURE)*

AKERMAN LLP
ATTN: SUNDEEP S. SIDHU
420 S ORANGE AVE STE 1200
ORLANDO FL 32801-4904
*(COUNSEL TO SIEMENS POWER GENERATION INC)*

ALSTON & BIRD LLP
ATTN: SAGE M SIGLER ESQ
ONE ATLANTIC CENTER
1201 W PEACHTREE ST STE 4900
ATLANTA GA 30309-3424
*(COUNSEL TO SIMEIO)*

TAYLOR ENGLISH DUMA LLP
ATTN: STEPHEN C GREENBERG ESQ
1600 PARKWOOD CIR STE 400
ATLANTA GA 30339
*(COUNSEL TO HENRY PRATT COMPANY LLC)*

ALVAREZ & MARSAL
ATTN: PAUL KINEALY
55 W MONROE STE 4000
CHICAGO IL 60603

BARNES & THORNBURG LLP
ATTN: KEVIN C DRISCOLL JR ESQ
1 N WACKER DR STE 4400
CHICAGO IL 60606-2833
*(COUNSEL TO GATX)*

FOLEY & LARDNER LLP
ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ
LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO IL 60654-5313
*(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)*

FRANKGECKER LLP
ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN ESQ
ATTN: FRANCES GECKER ESQ
325 N LASALLE ST STE 625
CHICAGO IL 60654
*(COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS)*
*(COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS)*

JENNER & BLOCK
ATTN: VINCENT E LAZAR ESQ
353 N CLARK ST
CHICAGO IL 60654
*(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/EFIH)*

KIRKLAND & ELLIS LLP
ATTN: JAMES H.M. SPRAYREGEN PC
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO IL 60654
*(COUNSEL TO EFHC DEBTORS)*

PROSKAUER ROSE LLP
ATTN: JEFF J MARWIL ESQ, MARK K THOMAS ESQ
PETER J YOUNG ESQ
THREE FIRST NATIONAL PLAZA
70 W MADISON ST STE 3800
CHICAGO IL 60602
*(OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP)*

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON
ESQ
155 N WACKER DR STE 2700
CHICAGO IL 60606-1720
*(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)*

STEFFES VINGIELLO & MCKENZIE LLC
ATTN: NOEL STEFFES MELANCON ESQ
13702 COURSEY BLVD BLDG 3
BATON ROUGE LA 70817
*(COUNSEL TO SETPOINT INTEGRATED SOLUTIONS)*

LOCKE LORD LLP
ATTN: C. DAVIN BOLDISSAR ESQ
601 POYDRAS ST STE 2660
NEW ORLEANS LA 70130-6036
*(COUNSEL TO BP AMERICA PRODUCTION COMPANY)*

BROWN RUDNICK LLP
ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ
1 FINANCIAL CENTER
BOSTON MA 02111
*(COUNSEL TO WILMINGTON SAVINGS/WSFS)*

HINCKLEY ALLEN
ATTN: JENNIFER V. DORAN
28 STATE ST
BOSTON MA 02109
*(COUNSEL TO INVENSYS SYSTEMS INC)*

MORGAN LEWIS BOCKIUS LLP
ATTN: JULIA FROST-DAVIES & CHRISTOPHER CARTER
ESQS
ONE FEDERAL ST
BOSTON MA 02110-1726
*(COUNSEL TO PACFIC INVESTMENT MANAGEMENT COMPANY)*

NIXON PEABODY
ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ
100 SUMMER ST
BOSTON MA 02110
*(COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO)*

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: BENJAMIN LOVELAND ESQ
60 STATE ST
BOSTON MA 02109
*(COUNSEL TO MARATHON ASSET MGMT)*

VARNUM LLP
ATTN: MARY KAY SHAVER ESQ
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS MI 49501-0352
*(COUNSEL TO APPLABS)*

MASLON EDELMAN BORMAN & BRAND LLP
ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI
90 S SEVENTH ST STE 3300
MINNEAPOLIS MN 55402
*(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)*

PURDUE AWSUMB & BAUDLER PA
ATTN: AMY R BAUDLER
4700 W 77TH ST STE 240
MINNEAPOLIS MN 55435
*(COUNSEL TO BARR ENGINEERING CO)*

WILMINGTON TRUST FSB
ATTN: JEFFREY T. ROSE
50 S SIXTH ST STE 1290
MINNEAPOLIS MN 55402

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY MO 65105-0475

GREGORY D WILLARD ESQ
7339 WESTMORELAND DRIVE
SAINT LOUIS MO 63130-4241
*(COUNSEL TO AUTOMATIC SYSTEMS INC)*

THOMPSON COBURN LLP
ATTN: DAVID D. FARRELL
ONE US BANK PLAZA, STE 3200
SAINT LOUIS MO 63101
*(COUNSEL TO MARTIN ENGINEERING COMPANY)*

UMB BANK N.A.
ATTN: LAURA ROBERSON, VP
2 S BROADWAY STE 600
ST. LOUIS MO 63102

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON
1400 DOUGLAS ST STOP 1580
OMAHA NE 68179

COMPUTERSHARE
ATTN: TINA VITALE, BA; LL.B.
480 WASHINGTON BLVD
JERSEY CITY NJ 07310

EMC CORPORATION
ATTN: RONALD L ROWLAND ESQ, AGENT
305 FELLOWSHIP RD STE 100
MOUNT LAUREL NJ 08054
*C/O RECEIVABLE MANAGEMENT SERVICES (RMS)*

GIBBONS PC
ATTN: DALE E BARNEY ESQ
ONE GATEWAY CENTER
NEWARK NJ 07102-5310
*(COUNSEL TO VEOLIA)*

BROWN & CONNERY LLP
ATTN: DONALD K. LUDMAN
6 NORTH BROAD ST STE 100
WOODBURY NJ 08096
*(COUNSEL TO SAP INDUSTRIES INC)*

THE BANK OF NEW YORK MELLON TRUST COMPANY
ATTN: THOMAS VLAHAKIS,VP
385 RIFLE CAMP RD 3RD FL
WOODLAND PARK NJ 07424

AMERICAN STOCK TRANSFER & TRUST CO LLC
ATTN: GENERAL COUNSEL
ATTN: PAUL KIM
6201 15TH AVE
BROOKLYN NY 11219

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI
MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY
1 BRYANT PARK, BANK OF AMERICA TOWER
NEW YORK NY 10036-6745
*(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS
AND EFIH SECOND LIEN DIP COMMITMENT)*

BROWN RUDNICK LLP
ATTN: EDWARD WEISFELNER ESQ
ATTN: JEREMY B. COFFEY
7 TIMES SQUARE
NEW YORK NY 10036
*(COUNSEL TO WILMINGTON SAVINGS/WSFS)*

BRYAN CAVE LLP
ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON
ATTN: ROBERT E. PEDERSEN
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104
*(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)*

CADWALADER WICKERSHAM & TAFT LLP
ATTN: HOWARD R. HAWKINS, JR.; ELLEN M. HALSTEAD;
MICHELE MAMAN & THOMAS J. CURTIN, ESQS.
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281
*(COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.)*

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M LEMAY AND
CHRISTY RIVERA ESQS
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022
*(COUNSEL TO NEXTERA ENERGY RESOURCES LLC)*

CITIBANK N.A.
388 GREENWICH ST
NEW YORK NY 10013
*ATTN: ERIC O LIGAN, VICE PRESIDENT*
*ATTN: RYAN FALCONER*
*ZORI MIGLIORINI, STANDBY LETTER OF CREDIT DEPT, AS FRONTING BANK*

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID
ONE LIBERTY PLAZA
NEW YORK NY 10006
*(COUNSEL TO J ARON & COMPANY)*

CRAVATH SWAINE & MOORE LLP
ATTN: MICHAEL A PASKIN ESQ
WORLDWIDE PLAZA
825 EIGHTH AVE
NEW YORK NY 10019-7475
*(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH)*

DAVIS POLK & WARDWELL LLP
ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY;
ELLIOT MOSKOWITZ; DAMON MEYER
450 LEXINGTON AVE
NEW YORK NY 10017
*(COUNSEL TO GOLDMAN SACHS, ET AL)*

DEUTSCHE BANK
ATTN: MARCUS M TARKINGTON
60 WALL STREET (NYCC60-0266)
NEW YORK NY 10005-2836

EPIQ BANKRUPTCY SOLUTIONS LLC
ATTN: JAMES KATCHADURIAN, E.V.P.
777 THIRD AVE 12TH FL
NEW YORK NY 10017
*(CLAIMS AGENT)*

EPSTEIN BECKER & GREEN PC
ATTN: WENDY G MARCARI ESQ & STEPHANIE LERMAN ESQ
250 PARK AVE
NEW YORK NY 10017
*(COUNSEL TO BENBROOKE)*

FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ
MATTHEW M ROOSE ESQ
ONE NEW YORK PLAZA
NEW YORK NY 10004
*(COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO)*

GOODWIN PROCTER LLP
ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK NY 10018
*(COUNSEL TO AURELIUS CAPITAL MANAGEMENT LP)*

HAYNES AND BOONE LLP
ATTN: JONATHAN HOOK
30 ROCKEFELLER CENTER, 26TH FL
NEW YORK NY 10112
*(COUNSEL TO AIRGAS USA LLC)*

JENNER & BLOCK
ATTN: RICHARD LEVIN, ESQ.
919 THIRD AVENUE
NEW YORK NY 10022-3908
*(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/EFIH)*

KASOWITZ BENSON TORRES & FRIEDMAN LLP
ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN
1633 BROADWAY
NEW YORK NY 10019
*(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)*

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, BENJAMINN D. FEDER & GILBERT R. SAYDAH
101 PARK AVE
NEW YORK NY 10178
*(COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS)*

KIRKLAND & ELLIS LLP
ATTN: EDWARD SASSOWER PC, STEPHEN HESSLER ESQ BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK NY 10022
*(COUNSEL TO EFHC DEBTORS)*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036
*(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)*

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: FRANK GODINO, VP
400 MADISON AVE STE 4D
NEW YORK NY 10017

MCKOOL SMITH
ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY
ONE BRYANT PARK, 47TH FL
NEW YORK NY 10036
*(COUNSEL TO ALCOA)*

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS F DUNNE ESQ, EVAN R FLECK ESQ KAREN GARTENBERG ESQ
28 LIBERTY STREET
NEW YORK NY 10005-1413
*(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)*

MORRISON & FOERSTER LLP
ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ
LORENZO MARINUZZI ESQ
250 W 55TH ST
NEW YORK NY 10019
*(COUNSEL TO TCEH CREDITORS COMMITTEE)*

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: ANDREA SCHWARTZ
201 VARICK STREET, SUITE 1006
NEW YORK NY 10014
*U.S. FEDERAL OFFICE BUILDING*

O'MELVENY & MYERS LLP
ATTN: GEORGE A. DAVIS
ATTN: DANIEL S SHAMAH ESQ
7 TIMES SQUARE
NEW YORK NY 10036
*(COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC)*
*(COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD)*

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT ESQ
BRIAN P GUINEY ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710
*(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)*

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN
HERMANN
JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019
*(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)*

PERKINS COIE LLP
ATTN: TINA N MOSS ESQ
30 ROCKEFELLER PLAZA 22ND FL
NEW YORK NY 10112-0015
*(COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH*
*11.5% SENIOR SECURED NOTES INDENTURE)*

REED SMITH LLP
ATTN: SARAH K KAM ESQ
599 LEXINGTON AVE 22ND FL
NEW YORK NY 10022
*(COUNSEL TO BANK OF NEW MELLON, PCRB TRUSTEE)*

ROPES & GRAY LLP
ATTN: MARK R SOMERSTEIN
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER R BELMONTE ESQ AND
PAMELA A BOSSWICK ESQ
230 PARK AVE
NEW YORK NY 10169
*(COUNSEL TO MOODY'S ANALYTICS)*

SEWARD & KISSEL LLP
ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES
ONE BATTERY PARK PLAZA
NEW YORK NY 10014
*(COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT)*

SHEARMAN & STERLING LLP
ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ
599 LEXINGTON AVE
NEW YORK NY 10022
*(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)*

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: JAY M GOFFMAN ESQ
FOUR TIMES SQUARE
NEW YORK NY 10036-6522
*(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)*

SULLIVAN & CROMWELL LLP
ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN
MICHAEL H TORKIN ESQS
125 BROAD ST
NEW YORK NY 10004
*(COUNSEL TO EFH CREDITORS COMMITTEE)*

TROUTMAN SANDERS LLP
ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ AND
BRETT GOODMAN ESQ
875 THIRD AVENUE
NEW YORK NY 10022
*(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS
CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS)*

VEDDER PRICE PC
ATTN: MICHAEL L SCHEIN ESQ
1633 BROADWAY 47TH FL
NEW YORK NY 10019
*(COUNSEL TO FIRST UNION RAIL CORPORATION)*

VENABLE LLP
ATTN: JEFFREY S. SABIN ESQ
1270 AVENUE OF THE AMERICAS
NEW YORK NY 10020
*(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC)*

WACHTELL LIPTON ROSEN & KATZ
ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN
WITT
51 W 52ND ST
NEW YORK NY 10019
*(COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS")*

WHITE & CASE LLP
ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER
1155 AVENUE OF THE AMERICAS
NEW YORK NY 10036
*(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS;
AND LAW DEBENTURE)*

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ
ATTN: PHILIP D ANKER; CHARLES C PLATT;
DENNIS L JENKINS & GEORGE W SHUSTER JR ESQ
7 WORLD TRADE CENTER, 205 GREENWICH ST
NEW YORK NY 10007
*(COUNSEL TO MARATHON ASSET MGMT)*
*(COUNSEL TO CSC TRUST COMPANY OF DELAWARE AS IND. &
COLLATERAL TTEE FOR 10% SR SECUR NOTES DUE 2020)*

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVE
NEW YORK NY 10166
*(COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.)*

SQUIRE SANDERS (US) LLP
ATTN: STEPHEN D. LERNER & ANDREW M. SIMON
221 E FOURTH ST STE 2900
CINCINNATI OH 45202
*(COUNSEL TO ARCELORMITTLA USA LLC)*

MICHAEL G. SMITH
111 N 6TH ST
PO BOX 846
CLINTON OK 73601
*(COUNSEL TO VALERO TEXAS POWER MARKETING INC)*

CROWE & DUNLEVY, PC
ATTN: JUDY HAMILTON MORSE ESQ
324 N ROBINSON AVE STE 100
OKLAHOMA CITY OK 73102
*(COUNSEL TO DEVON ENERGY)*

BLANK ROME LLP
ATTN: MICHAEL B. SCHAEDLE
ONE LOGAN SQUARE
130 N 18TH ST
PHILADELPHIA PA 19103
*(COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT)*

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

COHEN & GRIGSBY, PC
ATTN: THOMAS D. MAXSON
625 LIBERTY AVE
PITTSBURGH PA 15222-3152
*(COUNSEL TO NOVA CHEMICALS INC)*

REED SMITH LLP
ATTN: ROBERT P SIMONS ESQ
REED SMITH CENTRE
225 FIFTH AVE STE 1200
PITTSBURGH PA 15222
*(COUNSEL TO THE BANK OF NEW YORK MELLON SOLELY IN ITS CAPACITY
AS TRUSTEE UNDER ENUMERATED TRUST)*

TUCKER ARENSBERG, PC
ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ
1500 ONE PPG PLACE
PITTSBURGH PA 15222
*(COUNSEL TO THERMO FISHER)*

COMPUTERSHARE TRUST COMPANY OF CANADA
ATTN: ALESSANDRA PANSERA
1500, UNIVERSITY ST., SUITE 700
MONTREAL QC H3A 3S8
CANADA

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN
1320 MAIN ST 17TH FL
PO BOX 11070 (29211)
COLUMBIA SC 29201
*(COUNSEL TO MICHELIN NORTH AMERICA INC)*

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: ELIZABETH BANDA CALVO ESQ
500 E BORDER ST STE 640
ARLINGTON TX 76010
*(COUNSEL TO SOMERVELL COUNTY ET AL)*

COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX
OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: RACHEL OBALDO & JOHN MARK STERN
PO BOX 12548
AUSTIN TX 78711-2548

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DIANE WADE SANDERS
PO BOX 17428
AUSTIN TX 78760
*(COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY)*

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
ATTN: GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN TX 78701
*(COUNSEL TO ONCOR STEERING COMMITTEE)*

LOWER COLORADO RIVER AUTHORITY
SERVICES CORPORATION (LCRA TSC)
LEGAL SERVICES
ATTN: WILLIAM T. MEDAILLE
PO BOX 220
AUSTIN TX 78767
*LOWER COLORADO RIVER AUTHORITY TRANSMISSION*

MUNSCH HARDT KOPF & HARR PC
ATTN: RUSSELL L MUNSCH ESQ
303 COLORADO ST STE 2600
AUSTIN TX 78701-3924
*(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ERCOT)*

OFFICE OF THE TEXAS ATTORNEY GENERAL
ATTN: HAL MORRIS & ASHLEY BARTRAM
ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN TX 78711-2548
*(COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS)*
*(COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION)*

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: JOHN T BANKS ESQ
3301 NORTHLAND DR STE 505
AUSTIN TX 78731
*(COUNSEL TO ISD: CAMERON, THORNDALE, BUCKHOLTS, COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET AL)*

STEPHEN SAKONCHICK II PC
6502 CANON WREN DR
AUSTIN TX 78746
*(COUNSEL TO RANGER EXCAVATING LP)*

STREUSAND LANDON & OZBURN LLP
ATTN: SABRINA L. STREUSAND
811 BARTON SPRINGS RD STE 811
AUSTIN TX 78704
*(COUNSEL TO ALLEN SHRODE)*

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: LINO MENDIOLA, III, ESQ.
ONE AMERICAN CENTER
600 CONGRESS AVENUE, SUITE 2000
AUSTIN TX 78701
*(COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1)*

TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: JASON A STARKS, ASST ATTORNEY GENERAL
PO BOX 12548
AUSTIN TX 78711-2548

THE UNIVERSITY OF TEXAS SYSTEM
ON BEHALF OF THE UNIVERSITY OF TEXAS AT
ARLINGTON
OFFICE OF GENERAL COUNSEL
ATTN: TRACI L COTTON ESQ
201 W SEVENTH ST
AUSTIN TX 78701

TRAVIS COUNTY
ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY
PO BOX 1748
AUSTIN TX 78767

BAILEY BRAUER PLLC
ATTN: BENJAMIN L. STEWART
CAMPBELL CENTRE I
8350 N CENTRAL EXPY STE 206
DALLAS TX 75206
*(COUNSEL TO PINNACLE TECHNICAL RESOURCES INC)*

BAKER BOTTS LLP
ATTN: JAMES PRINCE; OMAR J ALANIZ
2001 ROSS AVE
DALLAS TX 75201-2980
*(COUNSEL TO CENTERPOINT)*

COWLES & THOMPSON
ATTN: STEPHEN C. STAPLETON
BANK OF AMERICA PLAZA
901 MAIN ST STE 3900
DALLAS TX 75202
*(COUNSEL TO ATMOS ENERGY CORPORATION)*

DYKEMA GOSSETT PLLC
ATTN: JEFFREY R FINE ESQ
1717 MAIN ST STE 4200
DALLAS TX 75201
*(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)*

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT
1601 BRYAN ST 43RD FL
DALLAS TX 75201

GLAST PHILLIPS & MURRAY PC
ATTN: JONATHAN L HOWELL PLLC
14801 QUORUM DR STE 500
DALLAS TX 75254
*(COUNSEL TO RED BALL OXYGEN COMPANY)*

JACKSON WALKER LLP
ATTN: MONICA S. BLACKER
901 MAIN ST STE 6000
DALLAS TX 75202
*(COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT)*

JONES DAY
ATTN: PATRICIA VILLAREAL
ATTN: MICHAEL L. DAVITT
2727 N HARWOOD STREET
DALLAS TX 75201
*(COUNSEL TO ONCOR)*

LACKEY HERSHMAN LLP
ATTN: JAMIE R WELTON ESQ
3102 OAK LAWN AVE STE 777
DALLAS TX 75219
*(COUNSEL TO THE RICHARDS GROUP INC)*

LAW OFFICES OF ROBERT E LUNA PC
ATTN: DANIEL K BEARDEN ESQ
4411 N CENTRAL EXPRESSWAY
DALLAS TX 75205
*(COUNSEL TO CARROLLTON-FARMERS BRANCH ISD)*

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: ELIZABETH WELLER ESQ
2777 N STEMMONS FWY STE 1000
DALLAS TX 75207
*(COUNSEL TO TARRANT & DALLAS COUNTY)*

MUNSCH HARDT KOPF & HARR PC
ATTN: KEVIN M LIPPMAN ESQ
500 N AKARD ST STE 3800
DALLAS TX 75201-6659
*(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT)*

WEINSTEIN RADCLIFF LLP
ATTN: GREGORY M WEINSTEIN ESQ
8350 N CENTRAL EXPY STE 1550
DALLAS TX 75206
*(COUNSEL TO MARIO SINACOLA & SONS EXCAVATING INC)*

CITY OF FORT WORTH
ATTN: CHRISTOPHER B. MOSLEY
1000 THROCKMORTON ST
FORT WORTH TX 76102

HAYNES AND BOONE LLP
ATTN: IAN T. PECK
301 COMMERCE ST STE 2600
FORT WORTH TX 76102
*(COUNSEL TO BNSF RAILWAY COMPANY)*

KELLY HART & HALLMAN LLP
ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ
KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH TX 76102
*(COUNSEL TO ONCOR STEERING COMMITTEE)*

POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP
ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT
500 W 7TH ST STE 600
FORT WORTH TX 76102
*(COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT)*

GREER HERZ & ADAMS LLP
ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ
J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ
1 MOODY PLAZA 18TH FL
GALVESTON TX 77550
*(COUNSEL TO SOMERVELL CAD)*

GAY MCCALL ISAACKS GORDON & ROBERTS PC
ATTN: DUSTIN L BANKS ESQ
1919 S SHILOH RD STE 310 LB 40
GARLAND TX 75042
*(COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND)*

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN: COURTENEY F HARRIS ESQ
14910 ALDINE WESTFIELD RD
HOUSTON TX 77032

FISHER BOYD JOHNSON & HUGUENARD LLP
ATTN: BERNARD G JOHNSON III ESQ &
WAYNE FISHER ESQ
2777 ALLEN PKWY 14TH FL
HOUSTON TX 77019
*(COUNSEL TO MILAM APPRAISAL DISTRICT)*

GARDERE WYNNE SEWELL LLP
ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN
1000 LOUISIANA, STE 3400
HOUSTON TX 77002
*(COUNSEL TO ROMCO EQUIPMENT CO)*

HAYNES AND BOONE LLP
ATTN: PATRICK L. HUGHES
1221 MCKINNEY ST STE 2100
HOUSTON TX 77010
*(COUNSEL TO AIRGAS USA LLC)*

JACKSON WALKER LLP
ATTN: BRUCE J RUZINSKY ESQ &
MATTHEW D CAVENAUGH ESQ
1401 MCKINNEY ST STE 1900
HOUSTON TX 77010
*(COUNSEL TO MILAM APPRAISAL DISTRICT)*

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P DILLMAN ESQ
PO BOX 3064
HOUSTON TX 77253-3064
*(COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES)*

LOCKE LORD LLP
ATTN: PHILIP EISENBERG ESQ
2800 JPMORGAN CHASE TOWER
600 TRAVIS
HOUSTON TX 77002
*(COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT)*

MCKOOL SMITH
ATTN: PAUL D. MOAK, ESQ.
600 TRAVIS ST STE 7000
HOUSTON TX 77002
*(COUNSEL TO ALCOA)*

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: OWEN M SONIK ESQ
1235 N LOOP WEST STE 600
HOUSTON TX 77008
*(COUNSEL TO GALENA PARK ISD)*

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: RAFAEL MARTINEZ,VP - CSM
ATTN: DENNIS ROEMLEIN
601 TRAVIS ST 16TH FL
HOUSTON TX 77002

WOMAC LAW
ATTN: STACEY L KREMLING ESQ
8301 KATY FREEWAY
HOUSTON TX 77024
*(COUNSEL TO 2603 AUGUST INVESTORS LP)*

SEARCY & SEARCY PC
ATTN: JASON R SEARCY ESQ AND JOSHUA P SEARCY ESQ
PO BOX 3929
LONGVIEW TX 75606
*(COUNSEL TO D COURTNEY CONSTRUCTION INC)*

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
ATTN: PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE COURT
NAVASOTA TX 77868
*(COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN TEXAS
PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS; NAT. GAS PIPELINE CO
OF AMERICA; EL PASO NAT. GAS)*

GAY MCCALL ISAACKS GORDON & ROBERTS PC
ATTN: DAVID MCCALL ESQ
777 E 15TH ST
PLANO TX 75074
*(COUNSEL TO COLLIN COUNTY)*

MCCREARY VESELKA BRAGG & ALLEN PC
ATTN: LEE GORDON
PO BOX 1269
ROUND ROCK TX 78680
*(COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS)*

JACKSON WALKER LLP
ATTN: J. SCOTT ROSE
WESTON CENTRE
112 E PECAN ST STE 2400
SAN ANTONIO TX 78205
*(COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT)*

NAMAN HOWELL SMITH & LEE PLLC
ATTN: KERRY L HALIBURTON ESQ
PO BOX 1470
WACO TX 76703-1470
*(COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC)*

SHEEHY LOVELACE & MAYFIELD, PC
ATTN: STEVEN M. BURTON
510 N VALLEY MILLS DR STE 500
WACO TX 76710
*(COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.)*

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS TX 76307
*(COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT)*

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OGDEN UT 84201

SNELL & WILMER LLP
ATTN: DAVID E. LETA
15 W SOUTH TEMPLE STE 1200
SALT LAKE CITY UT 84101
*(COUNSEL TO HEADWATERS RESOURCES INC)*

RIDDELL WILLIAMS P.S.
ATTN: JOSEPH E SHICKICH JR & HILARY B MOHR ESQS
1001 - 4TH AVE STE 4500
SEATTLE WA 98154
*(COUNSEL TO MICROSOFT)*