## CERTIFICATE OF SERVICE

I, Michael Busenkell, Esquire, hereby certify that on December 2, 2015, I caused a true and correct copy of the foregoing *Notice of Appeal* to be served via the CM/ECF electronic notification system and served via First Class Mail upon the parties listed on the attached Service List.

Dated: December 2, 2015

Michael Busenkell (DE 3933)