IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>         Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>) |
| ENERGY FUTURE HOLDINGS CORP.,<br><br>      *Plaintiff,*<br><br>v.<br><br>TEXAS TRANSMISSION INVESTMENT LLC,<br><br>      *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>) Adversary Proceeding<br>) No. 15-51386 (CSS)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 4, 2015 STARTING AT 10:00 A.M. (EST)[2]

I.  **PRETRIAL CONFERENCE:**

  1.  Adversary Complaint (Redacted) [Adv. D.I. 1/D.I. 6524; filed October 19, 2015]

     Answer Deadline:       November 19, 2015

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The December 4, 2015 (the "December 4th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EST). Any person who wishes to appear telephonically at the December 4th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Thursday, December 3, 2015** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Responses/Objections Received:

A.   Texas Transmission Investment LLC's Motion to Dismiss the Complaint [Adv. D.I. 12; filed November 19, 2015]

B.   Texas Transmission Investment LLC's Memorandum of Law in Support of its Motion to Dismiss [Adv. D.I. 13; filed November 19, 2015]

C.   Declaration of Jason M. Liberi in Support of Texas Transmission Investment LLC's Motion to Dismiss the Complaint [Adv. D.I. 14; filed November 19, 2015]

Related Documents:

i.   Adversary Complaint (Unsealed) [Adv. D.I. 2; filed October 19, 2015]

ii.   Motion for Entry of an Order Authorizing Energy Future Holdings Corp. to File the Confidential Exhibits to the Adversary Complaint Under Seal [Adv. D.I. 3; filed October 19, 2015]

iii.   Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 6; filed October 20, 2015]

iv.   Order (I) Withdrawing "Motion for Entry of an Order Authorizing Energy Future Holdings Corp. to File the Confidential Exhibits to the Adversary Complaint Under Seal" [Adv. D.I. 3] and (II) Authorizing and Directing the Clerk of the Court to Unseal Certain Documents on the Docket and to Make Those Documents Publically Available [Adv. D.I. 11; filed November 12, 2015]

v.   Joint Discovery and Scheduling Report [Adv. D.I. 26; filed December 1, 2015]

vi.   Letter from Warren Haskel, Esq. to The Honorable Christopher S. Sontchi Regarding Plaintiffs Proposed Scheduling Order in Connection With Adversary Proceeding in Contemplation of December 4, 2015 Pre-Trial Conference [Adv. D.I. 27; filed December 1, 2015]

Status: The pre-trial conference in connection with this adversary proceeding will go forward.

## II.   ORAL ARGUMENT GOING FORWARD:

2.   Ovation's Motion to Intervene (Sealed) [Adv. D.I. 7; filed November 9, 2015]

Response/Objection Deadline:          November 23, 2015

Responses/Objections Received:

A.  Texas Transmission Investment LLC's Opposition to Ovations' Motion to Intervene [Adv. D.I. 15; filed November 23, 2015]

Related Documents:

i.   Ovation's Motion to Intervene (Redacted) [Adv. D.I. 8; filed November 9, 2015]

ii.  Motion Pursuant to 11 U.S.C. § 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b) for Authority to File Under Seal Certain Exhibits to Ovation Acquisition I, L.L.C. and Ovation Acquisition II, L.L.C.'s Motion to Intervene [Adv. D.I. 9; filed November 9, 2015]

iii. Ovation's Reply in Support of its Motion to Intervene [Adv. D.I. 25; filed November 30, 2015]

Status: Oral argument in connection with this matter will go forward.

[*Remainder of page intentionally left blank.*]

Dated: December 2, 2015
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*