# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF FIREMAN'S FUND INSURANCE COMPANY'S LIMITED OBJECTION TO THE FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*

PLEASE TAKE NOTICE that, as a result of provisions included by Debtors in the Sixth Amended Joint Plan Of Reorganization Of Energy Future Holdings Corp. e*t al.,* Pursuant To Chapter 11 Of The Bankruptcy Code [Dkt. No. 7187] and in the Proposed Confirmation Order [Dkt. No. 7180-1] to address Fireman's Fund Insurance Company's confirmation objections, Fireman's Fund hereby withdraws its Limited Objection To The Fifth Amended Joint Plan Of Reorganization Of Energy Future Holdings Corp. *et al.*, Pursuant To Chapter 11 Of The Bankruptcy Code And Reservation Of Rights [Dkt. No. 6625], without prejudice.

Dated:  December 2, 2015            Respectfully submitted,

             */s/     Brian L. Kasprzak*
            Brian L. Kasprzak  (No. 3846)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SFACTIVE-903859946.1

MARKS, O'NEILL, O'BRIEN, DOHERTY AND KELLY, P.C.
300 Delaware Avenue, Suite 900
Wilmington, Delaware  19801
Telephone: (302) 658-6538
Facsimile: (302) 658-6537
BKasprzak@moodklaw.com

Mark D. Plevin
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
mplevin@crowell.com
tyoon@crowell.com

Attorneys for Fireman's Fund Insurance Company

- 2 -