IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Brian L. Kasprzak, of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C. hereby certify that I caused true and correct copies of the foregoing **Notice of Withdrawal of Fireman's Fund Insurance Company's Limited Objection to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp.** *et al.*, to be served on all counsel of record using the Court's CM/ECF filing system, Electronic Mail, Hand Delivery or First Class Mail as indicated below.

**HAND DELIVERY AND
ELECTRONIC MAIL**

RICHARDS, LAYTON & FINGER, P.A.
Attn: Mark D. Collins, Esq.
Attn: Daniel J. DeFranceschi, Esq.
Attn: Jason M. Madron, Esq.
920 North King Street
Wilmington, DE 19801

BIELLI & KLAUDER, LLC
Attn: David M. Klauder, Esq.
Attn: Shannon Dougherty, Esq.
1204 N. King Street
Wilmington, DE 19801

MCELROY, DEUTSCH, MUVANEY, & CARPENTER, LLP
Attn: David P. Primack, Esq.
300 Delaware Ste 770
Wilmington, DE 19801

STEVENS & LEE PC
Attn: Joseph H. Hutson Jr, Esq.
919 N. Market Street, Ste. 1300
Wilmington, DE 19801

{DE348693.1}

The Office Of The United States Trustee
For The District Of Delaware
Attn: Richard L. Schepacarter, Esq.
Attn: Andrea B. Schwartz, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

POLSINELLI PC
Attn: Christopher A. Ward, Esq.
Attn: Justin K. Edelson, Esq.
Attn: Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP
Attn: Natalie D. Ramsey, Esq.
Attn: Davis Lee Wright, Esq.
Attn: Mark A. Fink, Esq.
1105 N. Market St 15th FL
Wilmington, DE 19801

**FIRST CLASS MAIL AND ELECTRONIC MAIL**

KIRKLAND & ELLIS LLP
Attn: Edward O. Sassower, P.C.
Attn: Stephen E. Hessler, Esq.
Attn: Brian E. Schartz, Esq.
601 Lexington Avenue
New York, NY 10022

KIRKLAND & ELLIS LLP
Attn: James H.M. Sprayregen, P.C.
Attn: Marc Kieselstein, P.C.
Attn: Chad J. Husnick, Esq.
Attn: Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, IL 60654

PROSKAUER ROSE LLP.
Attn: Jeff J. Marwil, Esq.
Attn: Mark K Thomas, Esq.
Attn: Peter J. Young, Esq.
Three First National Plaza
70 W. Madison ST STE 3800
Chicago, IL 60602

MUNGER, TOLLES & OLSON LLP
Attn: Thomas B. Walper, Esq.
Attn: Todd J Rosen, Esq.
Attn: Seth Goldman, Esq.
Attn: John W. Spiegel, Esq.
355 S. Grand Ave 35th FL
Los Angeles, CA 90071

CRAVATH, SWAIN, & MOORE LLP
Attn: Michael A Paskin, Esq.
Worldwide Plaza
825 Eighth Ave
New York, NY 10019-7475

JENNER & BLOCK LLP
Attn: Richard Levin, Esq.
919 Third Ave
New York, NY 10022-3908

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>Attn: James M. Peck, Esq.<br>Attn: Brett H. Miller, Esq.<br>Attn: Lorenzo Marinuzzi, Esq.<br>Attn: Todd M. Goren, Esq.<br>Attn: Samantha Martin, Esq.<br>250 West 55th Street<br>New York, NY 10019 | SULLIVAN & CROMWELL LLP<br>Attn: Andrew G. Dietderich, Esq.<br>Attn: Brian D. Glueckstein, Esq.<br>Attn: Michael H. Torkin, Esq.<br>125 Broad St.<br>New York, NY 10004 |
| Dated: December 2, 2015 | /s/ Brian L. Kasprzak<br>BRIAN L. KASPRZAK (No. 3846) |

{DE348693.1}