# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---:|---:|
| 003 | Assumption and Rejection of Leases and Contracts | 1.20 | $912.00 |
| 006 | Business Operations | 1.00 | $892.00 |
| 007 | Case Administration | 22.50 | $12,910.00 |
| 008 | Claims Administration and Objections | 10.50 | $9,255.50 |
| 011 | Employment and Fee Applications | 28.40 | $17,543.50 |
| 012 | Employment and Fee Objections | 0.60 | $555.00 |
| 014 | Other Litigation | 15.50 | $14,181.50 |
| 015 | Meetings and Communications with Creditors | 13.30 | $11,605.50 |
| 016 | Non-Working Travel | 25.40 | $23,355.00 |
| 017 | Plan and Disclosure Statement | 584.50 | $499,415.00 |
| 021 | Tax | 72.40 | $61,756.50 |
| 023 | Discovery | 690.70 | $240,523.00 |
| 024 | Hearings | 311.60 | $103,985.00 |
| 029 | Other Motions/Applications | 15.10 | $14,822.50 |
| 032 | Time Entry Review | 6.70 | $5,025.00 |
| 033 | Fee Objection Discussion and Litigation | 1.30 | $1,332.50 |
| 034 | Mediation | 18.20 | $18,725.00 |
| **Total Incurred** | | **1,818.9** | **$1,036,794.50** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(11,677.50)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(5,025.00)** |
| **Total Requested** | | | **$1,020,092.00** |

ny-1214008

| Service Description | Amount |
| --- | ---: |
| Travel | $2,245.03 |
| Online Research – Lexis | $1,713.10 |
| Online Research – Westlaw | $3,394.30 |
| EDiscovery Fees | $525.00 |
| Business Meals | $445.64 |
| Miscellaneous Disbursement | $44.00 |
| Meals | $68.28 |
| Transportation | $190.47 |
| Online Research – Other Database | $18.06 |
| **Total Requested** | **$8,643.88** |

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

ny-1214008

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $875.00 | 3.10 | $2,712.50 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $925.00 | 172.10 | $159,192.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 23.00 | $29,900.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,100.00 | 60.20 | $66,220.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950.00 | 43.00 | $40,850.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1,025.00 | 15.20 | $15,580.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,075.00 | 176.70 | $189,952.50 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $895.00 | 26.40 | $23,628.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,095.00 | 3.30 | $3,613.50 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $495.00 | 26.30 | $13,018.50 |
| Butterfield, Benjamin | Associate | 2014 | Business Restructuring & Insolvency | $495.00 | 49.70 | $24,601.50 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $680.00 | 2.10 | $1,428.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750.00 | 50.20 | $37,650.00 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $760.00 | 152.60 | $115,976.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $760.00 | 117.90 | $89,604.00 |
| Young, Brennan W. | Associate | 2015 | Tax | $440.00 | 3.40 | $1,496.00 |
| Hildbold, | Attorney | 2009 | Business | $680.00 | 30.90 | $21,012.00 |

ny-1214008

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| William M. | | | Restructuring & Insolvency | | | |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Curtis, Michael E. | Senior Paralegal | 10 years | Litigation | $345.00 | 12.60 | $4,347.00 |
| Guido, Laura | Senior Paralegal | 8 years | Business Restructuring & Insolvency | $320.00 | 20.10 | $6,432.00 |
| Kline, John T. | Senior Paralegal | 9.5 years | Business Restructuring & Insolvency | $340.00 | 4.40 | $1,496.00 |
| Braun, Danielle | Paralegal | 2.5 years | Business Restructuring & Insolvency | $300.00 | 7.80 | $2,340.00 |
| Bergelson, Vadim | eDiscovery Project Manager | 6.5 years | Litigation | $310.00 | 20.20 | $6,262.00 |
| Cusa, Thomas C. | Temporary Attorney | 2 months | Litigation | $225.00 | 185.30 | $41,692.50 |
| Hou, Timothy | Temporary Attorney | 2 months | Litigation | $225.00 | 161.70 | $36,382.50 |
| Lee, Yumi | Temporary Attorney | 2 months | Litigation | $225.00 | 161.80 | $36,405.00 |
| Ofosu-Antwi, Elsie J. | Temporary Attorney | 2 months | Litigation | $225.00 | 112.70 | $25,357.50 |
| Thomas, Philip T. | Temporary Attorney | 2 months | Litigation | $225.00 | 176.20 | $39,645.00 |
| **Total Incurred:** | | | | | **1,818.90** | **$1,036,794.50** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | | | | **$(11,677.50)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | **$(5,025.00)** |
| **Total Requested** | | | | | | **$1,020,092.00** |

ny-1214008

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

ny-1214008

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Travel | $2,245.03 |
| Online Research – Lexis | $1,713.10 |
| Online Research – Westlaw | $3,394.30 |
| EDiscovery Fees | $525.00 |
| Business Meals | $445.64 |
| Miscellaneous Disbursement | $44.00 |
| Meals | $68.28 |
| Transportation | $190.47 |
| Online Research – Other Database | $18.06 |
| **Total Requested** | **$8,643.88** |

# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▮▮▮▮▮▮▮
Invoice Number:  5482820
Invoice Date:  November 30, 2015

Client/Matter Number:  073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:         BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*Disbursements Incurred through October 31, 2015*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 8,643.88 |
| **Total This Invoice** | **8,643.88** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS  
Invoice Number: 5482820  
Invoice Date: November 30, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-Oct-15 | On-line Research – LEXIS (October 1-31) | 1,713.10 |
| 31-Oct-15 | On-line Research – WESTLAW (October 1-31) | 3,394.30 |
| 14-Oct-15 | Travel, train, A. Lawrence, travel to Delaware for hearing, 10/15/15 | 108.00 |
| 15-Oct-15 | Travel, train, A. Lawrence, return travel from hearing in Delaware, 10/15/15 | 190.00 |
| 15-Oct-15 | Travel, parking, T. Goren, train station, 10/15/15 | 21.00 |
| 15-Oct-15 | Travel, exchange fee, T. Goren, travel from hearing in Delaware, 10/15/15 | 75.00 |
| 15-Oct-15 | Travel, train, T. Goren, return travel from hearing in Delaware, 10/15/15 | 108.00 |
| 15-Oct-15 | Travel, train, T. Goren, travel to Delaware for hearing, 10/15/15 | 183.00 |
| 15-Oct-15 | Travel, taxi/car service, A. Lawrence, ground travel in Delaware, 10/15/15 | 8.00 |
| 19-Oct-15 | Travel, train, T. Goren, travel to/from Delaware for hearing, 10/20/15 | 291.00 |
| 20-Oct-15 | Travel, parking, T. Goren, train station, 10/20/15 | 21.00 |
| 22-Oct-15 | Travel, train, T. Goren, travel to/from Delaware for hearing, 10/26/15 | 216.00 |
| 26-Oct-15 | Travel, taxi/car service, T. Goren, ground travel in Delaware, 10/26/15 | 18.00 |
| 26-Oct-15 | Travel, parking, T. Goren, train station, 10/26/15 | 21.00 |
| 26-Oct-15 | Travel, taxi/car service, T. Goren, ground travel from office to train station, 10/26/15 | 101.15 |
| 28-Oct-15 | Travel, parking, T. Goren, train station, 10/28/15 | 21.00 |
| 28-Oct-15 | Travel, taxi/car service, T. Goren, ground travel in Delaware, 10/28/15 | 8.00 |
| 28-Oct-15 | Travel, train, T. Goren, travel to/from Delaware for hearing, 10/28/15 | 366.00 |
| 28-Oct-15 | Travel, train, C. Kerr, travel to Delaware for hearing, 10/28/15 | 183.00 |
| 28-Oct-15 | Travel, agent fee, C. Kerr, travel to Delaware for hearing, 10/28/15 | 7.00 |
| 28-Oct-15 | Travel, train, C. Kerr, return travel from hearing in Delaware, 10/28/15 | 126.00 |
| 28-Oct-15 | Travel, C. Kerr, ground travel to train station for hearing in Delaware, 10/28/15 | 172.88 |
| 24-Oct-15 | Local meals, S. Martin, 10/24/15, 1:17PM (weekend) | 15.54 |
| 25-Oct-15 | Local meals, S. Martin, 10/25/15, 12:59PM (weekend) | 20.00 |
| 25-Oct-15 | Local meals, W. Hildbold, 10/25/15, 5:22PM (weekend) | 20.00 |
| 27-Oct-15 | Local meals, A. Birkenfeld, 10/27/15, 7:58PM | 12.74 |
| 05-Oct-15 | Local travel, taxi/car service, S. Martin, 10/5/15, 10:38PM | 17.75 |
| 13-Oct-15 | Local travel, taxi/car service, S. Martin, 10/13/15, 10:15PM | 27.92 |
| 14-Oct-15 | Local travel, taxi/car service, S. Martin, 10/14/15, 10:35PM | 29.66 |
| 19-Oct-15 | Local travel, taxi/car service, S. Martin, 10/19/15, 10:37PM | 19.60 |
| 20-Oct-15 | Local travel, taxi/car service, S. Martin, 10/20/15, 11:47PM | 21.57 |
| 21-Oct-15 | Local travel, taxi/car service, S. Martin, 10/21/15, 10:13PM | 15.95 |
| 25-Oct-15 | Local travel, taxi/car service, W. Hildbold, 10/25/15, 6:11PM (weekend) | 32.00 |
| 26-Oct-15 | Local travel, taxi/car service, B. Butterfield, 10/26/15, 10:55PM | 17.72 |
| 27-Oct-15 | Local travel, taxi/car service, A. Birkenfeld, 10/27/15, 9:44PM | 8.30 |
| 01-Oct-15 | Miscellaneous disbursement, CourtCall, T. Goren telephonic hearing appearance 9/28/15 | 44.00 |
| 08-May-15 | EDiscovery fees EPIQ, review user monthly fee | 525.00 |
| 05-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/5/15 | 73.30 |
| 09-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/9/15 | 119.12 |
| 09-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/9/15 | 66.53 |
| 16-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/16/15 | 119.64 |
| 16-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/16/15 | 67.05 |
| 30-Oct-15 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 22 | 9.03 |
| 30-Oct-15 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 22 | 9.03 |

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS  
Invoice Number: 5482820  
Invoice Date: November 30, 2015

| Date | Description | Value |
|---|---|---|
| | **Current Disbursements** | **8,643.88** |

3