# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 7145** |
| | Hearing Date: Dec. 16, 2015, at 10:00 a.m.<br>Objection Deadline: Dec. 9, 2015, at 4:00 p.m. |

## NOTICE OF HEARING IN CONNECTION WITH
## THE SETTLEMENT OF CERTAIN EFIH PIK NOTEHOLDER CLAIMS

**PLEASE TAKE NOTICE THAT** on November 25, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an *Order Approving Settlement of Certain EFIH PIK Noteholder Claims and Authorizing Debtors to Enter Into and Perform Under Stipulations* [D.I. 7145] (the "EFIH PIK Settlement Order").[2]

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to paragraph 15 of the EFIH PIK Settlement Order, the relief in that paragraph is subject to entry of a further order of this Court approving the Charging Lien Advance (as defined in the EFIH PIK Settlement Order), a proposed form of which is attached hereto as **Exhibit A** (the "Charging Lien Order"). The Debtors, the EFIH PIK Notes Trustee, and the Plan Sponsors have consented to entry of the Charging Lien Order.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the EFIH PIK Settlement Order.

**PLEASE TAKE FURTHER NOTICE THAT** (i) any responses or objections to the entry of the Charging Lien Order must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, Third Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel to the above-captioned debtors and debtors in possession and co-counsel for the EFIH PIK Notes Trustee on or before **December 9, 2015, at 4:00 p.m. (prevailing Eastern Time)** and (ii) a hearing to consider entry of the Charging Lien Order (including any objections thereto) will be held before The Honorable Judge Christopher S. Sontchi, at the Bankruptcy Court for the District of Delaware, located at 824 North Market Street, Fifth Floor, Courtroom No. 6, Wilmington, Delaware 19801, on **December 16, 2015, at 10:00 a.m. (prevailing Eastern Time)**.

[*Remainder of page intentionally left blank.*]

Wilmington, Delaware
Dated:   December 2, 2015

   */s/ Joseph C. Barsalona II*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com
                barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

Dated: December 2, 2015
Wilmington, Delaware

By: /s/ Scott L. Alberino

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone:   (212) 872-1000
Facsimile:    (212) 872-1002
Email: idizengoff@akingump.com
        aqureshi@akingump.com

Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:   (202) 887-4000
Facsimile:    (202) 887-4288
Email: salberino@akingump.com

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Raymond H. Lemisch (No. 4204)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
E-mail: rlemisch@klehr.com

**FOLEY & LARDNER LLP**
Harold L. Kaplan (admitted *pro hac vice*)
Mark F. Hebbeln (admitted *pro hac vice*)
Lars A. Peterson (admitted *pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
Email: hkaplan@foley.com
mhebbeln@foley.com
lapeterson@foley.com

Barry G. Felder (admitted *pro hac vice*)
Jonathan H. Friedman (admitted *pro hac vice*)
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
E-mail: bgfelder@foley.com
jfriedman@foley.com