# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**

Energy Future Holdings Corp.

**Case No.:** 14–10979–CSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

*David D. Bird*

David D. Bird, Clerk of Court

Date: 11/30/15
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 14-10979-CSS
Energy Future Holdings Corp.                                    Chapter 11
            Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0311-1          User: LisaC          Page 1 of 22          Date Rcvd: Nov 30, 2015
                              Form ID: van440      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2015.
aty          +Andrea Beth Schwartz,   U.S. Department of Justice - Office of t,
              U.S. Federal Office Building,   201 Varick Street, Rm 1006,   New York, NY 10014-9449
aty          +Mark D. Collins,   Richards, Layton & Finger, P.A.,   One Rodney Square,
              920 North King Street,   Wilmington, DE 19801-3301
aty          +Raymond Howard Lemisch,   Klehr Harrison Harvey Branzburg LLP,   919 N. Market Street,
              Suite 1000,   Wilmington, DE 19801-3030
aty          +Richard L. Schepacarter,   Office of the United States Trustee,   U. S. Department of Justice,
              844 King Street, Suite 2207,   Lockbox #35,   Wilmington, DE 19801-3519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2015                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2015 at the address(es) listed below:
          Aaron C Baker    on behalf of Interested Party   Fee Committee acb@pgslaw.com
          Aaron C Baker    on behalf of Attorney   Godfrey & Kahn, S.C. acb@pgslaw.com
          Aaron C Baker    on behalf of Fee Examiner Richard   Gitlin acb@pgslaw.com
          Aaron H Stulman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
          capacity as successor Indenture Trustee AStulman@ashby-geddes.com
          Adam  Hiller   on behalf of Interested Party   MoreTech, Inc. ahiller@hillerarban.com
          Adam  Hiller   on behalf of Interested Party   Steag Energy Services, Inc. ahiller@hillerarban.com
          Adam  Hiller   on behalf of Creditor   Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
          Adam G. Landis   on behalf of Interested Party   Alcoa Inc. landis@lrclaw.com,
          adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis   on behalf of Creditor   NextEra Energy Resources, LLC landis@lrclaw.com,
          adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis   on behalf of Interested Party   Marathon Asset Management, LP landis@lrclaw.com,
          adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam Scott Moskowitz   on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
          Albert  Kass   on behalf of Interested Party   Kurtzman Carson Consultants LLC
          ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
          Alessandra  Glorioso   on behalf of Creditor   U.S. Bank National Association
          glorioso.alessandra@dorsey.com
          Alexa  Kranzley   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
          of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
          Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
          Allison R Axenrod   on behalf of Creditor   Claims Recovery Group LLC
          allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
          Amish R. Doshi   on behalf of Creditor   Oracle America, Inc. adoshi@magnozzikye.com
          Amy  Baudler   on behalf of Creditor   Barr Engineering Co. amy@purduelaw.com,
          gpurdue@purduelaw.com;kim@purduelaw.com
          Ana  Chilingarishvili   on behalf of Creditor   U.S. Bank National Association
          ana.chilingarishvili@maslon.com
          Andrea Beth Schwartz   on behalf of U.S. Trustee   United States Trustee
          andrea.b.schwartz@usdoj.gov
          Andrew  Dietderich   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) dietderich@sullcrom.com
          Andrew Glenn Devore   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee andrew.devore@ropesgray.com

District/off: 0311-1          User: LisaC              Page 2 of 22              Date Rcvd: Nov 30, 2015
                             Form ID: van440           Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Andrew K Glenn    on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
          aglenn@kasowitz.com
          Andrew R. Remming   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG
          Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
          rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
          Ann M Kashishian   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
          akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
          Noteholders akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian   on behalf of Attorney   Chipman Brown Cicero & Cole, LLP akashishian@gelaw.com,
          dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Anna  Grace   on behalf of Interested Party   United States on behalf of Environmental Protection
          Agency Anna.E.Grace@usdoj.gov
          Anna  Grace   on behalf of Creditor   UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
          Ari David Kunofsky   on behalf of Creditor   UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
          eastern.taxcivil@usdoj.gov
          Arlene Rene Alves   on behalf of Interested Party   Wilmington Trust, N.A. alves@sewkis.com
          Ashley F. Bartram   on behalf of Interested Party   Texas Commission on Environmental Quality
          ashley.bartram@texasattorneygeneral.gov
          Ashley F. Bartram   on behalf of Interested Party   Public Utility Commission of Texas
          ashley.bartram@texasattorneygeneral.gov
          Ashley F. Bartram   on behalf of Interested Party   Railroad Commission of Texas
          ashley.bartram@texasattorneygeneral.gov
          Ashley Robert Altschuler   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
          ashley.altschuler@dlapiper.com
          Ashley Robert Altschuler   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
          ashley.altschuler@dlapiper.com
          Barry G. Felder   on behalf of Creditor   UMB Bank, N.A. bgfelder@foley.com
          Barry G. Felder   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
          bgfelder@foley.com
          Barry M. Klayman   on behalf of Interested Party   J Aron & Company bklayman@cozen.com
          Benjamin  Finestone   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
          benjaminfinestone@quinnemanuel.com
          Benjamin  Finestone   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
          benjaminfinestone@quinnemanuel.com
          Benjamin  Finestone   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
          benjaminfinestone@quinnemanuel.com
          Benjamin  Stewart   on behalf of Creditor   Pinnacle Technical Resources, Inc.
          bstewart@baileybrauer.com
          Benjamin J. Schladweiler   on behalf of Creditor   Brookfield Asset Management Private
          Institutional Capital Adviser (Canada), L.P. bschladweiler@seitzross.com
          Benjamin J. Schladweiler   on behalf of Creditor   Angelo Gordon & Co., LP
          bschladweiler@seitzross.com
          Benjamin J. Schladweiler   on behalf of Interested Party   Titan Investment Holdings LP
          bschladweiler@seitzross.com
          Benjamin J. Schladweiler   on behalf of Creditor   Apollo Advisors VII, L.P.
          bschladweiler@seitzross.com
          Bernard George Conaway   on behalf of Creditor   Doyenne Constructors, LLC
          bconaway@cohenseglias.com,  bconaway@cohenseglias.com
          Bernard Grover Johnson, III   on behalf of Creditor   Milam Appraisal District
          bjohnson@fisherboyd.com
          Bonnie R. Golub   on behalf of Creditor   Evercore Group LLC bgolub@weirpartners.com
          Bradley R. Aronstam   on behalf of Interested Party   Titan Investment Holdings LP
          baronstam@seitzross.com,
          hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
          Bradley R. Aronstam   on behalf of Creditor   Brookfield Asset Management Private Institutional
          Capital Adviser (Canada), L.P. baronstam@seitzross.com,
          hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
          Bradley R. Aronstam   on behalf of Creditor   Angelo Gordon & Co., LP baronstam@seitzross.com,
          hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
          Bradley R. Aronstam   on behalf of Creditor   Apollo Advisors VII, L.P. baronstam@seitzross.com,
          hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
          Brett H. Miller   on behalf of Interested Party   The Official Committee of TCEH Unsecured
          Creditors BMiller@mofo.com
          Brian  Schartz   on behalf of Debtor   Energy Future Holdings Corp. bschartz@kirkland.com,
          bschartz@kirkland.com;Michael.slade@kirkland.com;Richard.howell@kirkland.com;Michael.petrino@kirk
          land.com;Rebecca.chaikin@kirkland.com;Lina.kaisey@kirkland.com;Natasha.hwangpo@kirkland.com;mccla
          in.thompson@kirkland.
          Brian  Schartz   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
          bschartz@kirkland.com,
          bschartz@kirkland.com;Michael.slade@kirkland.com;Richard.howell@kirkland.com;Michael.petrino@kirk
          land.com;Rebecca.chaikin@kirkland.com;Lina.kaisey@kirkland.com;Natasha.hwangpo@kirkland.com;mccla
          in.thompson@kirkland.
          Brian E Farnan   on behalf of Interested Party   Forest Creek Wind Farm, LLC
          bfarnan@farnanlaw.com,  tfarnan@farnanlaw.com
          Brian L. Arban   on behalf of Interested Party   Steag Energy Services, Inc.
          barban@hillerarban.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Brian Lucian Kasprzak    on behalf of Interested Party    Fireman's Fund Insurance Company
          bkasprzak@moodklaw.com
          Brian S. Hermann    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
          jadlerstein@paulweiss.com;bhermann@paulweiss.com;adenhoff@paulweiss.com;mtattnall@paulweiss.com;a
          bernstein@paulweiss.com;aehrlich@paulweiss.com;mturkel@paulweiss.com;
          Bruce J. Ruzinsky    on behalf of Creditor    Milam Appraisal District bruzinsky@jw.com,
          mcavenaugh@jw.com
          Brya M. Keilson    on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK Noteholders
          comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P.,
          Polygon Convertible Opportunity Master Fund, Polygon D bkeilson@gsbblaw.com
          Camille C. Bent    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
          CCB@stevenslee.com
          Carl N. Kunz, III    on behalf of Creditor    Pooled Equipment Inventory Company
          ckunz@morrisjames.com,  wweller@morrisjames.com;jdawson@morrisjames.com
          Carla O. Andres    on behalf of Interested Party    Fee Committee candres@gklaw.com,
          kboucher@gklaw.com;shuntema@gklaw.com
          Chad J. Husnick    on behalf of Debtor    Energy Future Holdings Corp. chusnick@kirkland.com
          Chad J. Husnick    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
          chusnick@kirkland.com
          Chantelle D'nae McClamb    on behalf of Interested Party    Simeio Solutions, Inc.
          cmcclamb@wtplaw.com,  cmcallister@wtplaw.com
          Charles J. Brown    on behalf of Creditor    Anadarko Petroleum Corporation cbrown@gsbblaw.com,
          dabernathy@archerlaw.com
          Charles J. Brown    on behalf of Interested Party    Emerson Network Power Liebert Services
          cbrown@gsbblaw.com,  dabernathy@archerlaw.com
          Chester B. Salomon    on behalf of Creditor    Securitas Security Services USA, Inc.
          csalomon@beckerglynn.com,  saltreuter@beckerglynn.com
          Christopher A. Ward    on behalf of Attorney    Polsinelli PC cward@polsinelli.com,
          LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Creditor Committee    The Official Committee of Unsecured
          Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Interested Party    The Official Committee of TCEH Unsecured
          Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Financial Advisor    FTI Consulting, Inc. cward@polsinelli.com,
          LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Creditor Committee    The Official Committee of TCEH Unsecured
          Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Attorney    Morrison & Foerster LLP cward@polsinelli.com,
          LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher B. Mosley    on behalf of Creditor    City of Fort Worth
          Chris.Mosley@fortworthtexas.gov,  Sharon.Floyd@fortworthtexas.gov
          Christopher L. Carter    on behalf of Creditor    Pacific Investment Management Co. LLC
          christopher.carter@morganlewis.com,  julia.frost-davies@morganlewis.com
          Christopher M Hayes    on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
          Christopher.hayes@kirkland.com
          Christopher Page Simon    on behalf of Interested Party    American Stock Transfer & Trust Company
          LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
          Christopher R. Belmonte    on behalf of Interested Party    Moody's Analytics, Inc.
          cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
          Colin R. Robinson    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
          crobinson@pszjlaw.com
          Corby Davin Boldissar    on behalf of Interested Party    BP America Production Company
          dboldissar@lockelord.com
          Curtis A Hehn    on behalf of Interested Party    Somervell County Central Appraisal District
          curtishehn@comcast.net
          D. Ross Martin    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee rmartin@ropesgray.com
          Dale E. Barney    on behalf of Creditor    Veolia ES Industrial Services, Inc.
          dbarney@gibbonslaw.com
          Daniel A. Fliman    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
          dfliman@kasowitz.com
          Daniel A. O'Brien    on behalf of Creditor    Pacific Investment Management Co. LLC
          daobrien@venable.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Retail Services Company rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Eagle Mountain Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH Renewables Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Generation Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Energy Trading California Company
          RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Valley NG Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Solutions Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Big Brown 3 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH Finance (No. 2) Holdings Company
          RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Brighten Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    DeCordova Power Company LLC RBGroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Daniel J. DeFranceschi   on behalf of Debtor    Lone Star Pipeline Company, Inc.
          defranceschi@rlf.com,  RBGroup@rlf.com+ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Southwestern Electric Service Company, Inc.
          RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Competitive Holdings Company LLC
          defranceschi@rlf.com,  RBGroup@rlf.com+ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Martin Lake 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    4Change Energy Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Generation MT Company LLC defranceschi@rlf.com,
          RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Energy Industries Company, Inc.
          rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Generation Development Company LLC
          defranceschi@rlf.com,  RBGroup@rlf.com+ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC
          RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Plaintiff  Energy Future Intermediate Holding Company LLC
          RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    NCA Resources Development Company LLC
          RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Sandow Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Brighten Energy LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFH CG Management Company LLC defranceschi@rlf.com,
          RBGroup@rlf.com+ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    TXU Receivables Company rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFIH Finance Inc. defranceschi@rlf.com,
          RBGroup@rlf.com+ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Generation SVC Company defranceschi@rlf.com,
          RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFH Corporate Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Big Brown Mining Company LLC
          RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFH CG Holdings Company LP defranceschi@rlf.com,
          RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFH FS Holdings Company RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Intermediate Holding Company LLC
          defranceschi@rlf.com,  RBGroup@rlf.com+ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Monticello 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Morgan Creek 7 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Collin Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    4Change Energy Company RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Management Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Lake Creek 3 Power Company LLC
          defranceschi@rlf.com,  RBGroup@rlf.com+ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    DeCordova II Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Power & Light Company, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Energy Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EEC Holdings, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Utilities Electric Company, Inc.
          RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
          defranceschi@rlf.com,  RBGroup@rlf.com+ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Renewables Company LLC
          defranceschi@rlf.com,  RBGroup@rlf.com+ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFH Australia (No. 2) Holdings Company
          RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Holding Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    TCEH Finance, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Valley Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mineral Development Company LLC
          RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Lignite Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant ET Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Holdings Corp. defranceschi@rlf.com,
          RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    LSGT SACROC, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Lone Star Energy Company, Inc.
          defranceschi@rlf.com,  RBGroup@rlf.com+ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Electric Service Company, Inc.
          rbgroup@rlf.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel J. DeFranceschi   on behalf of Debtor   Dallas Power & Light Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Utilities Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   LSGT Gas Company LLC defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU SEM Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   NCA Development Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EECI, Inc. RBGroup@rlf.com
              Daniel K Bearden   on behalf of Debtor   Carrollton-Farmers Branch ISD bearden@txschoollaw.com,
              coston@txschoollaw.com
              Daniel K. Astin   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
              jmcmahon@ciardilaw.com
              Daniel K. Astin   on behalf of Creditor   Atmos Energy Corporation dastin@ciardilaw.com,
              jmcmahon@ciardilaw.com
              Daniel K. Hogan   on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party   Brake Supply Company, Inc. dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party   PI Law Firms dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party   Shirley Fenicle, as Successor-In-Interest to
              the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,  keharvey@dkhogan.com,
              gpalagruto@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party   Fenicle, Shirley, as Successor-In-Interest to
              the Estate of George Fenicle dkhogan@dkhogan.com,  keharvey@dkhogan.com, gpalagruto@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party   The Richards Group, Inc. dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel S. Shamah   on behalf of Creditor   Angelo Gordon & Co., LP dshamah@omm.com
              Daniel S. Shamah   on behalf of Creditor   Brookfield Asset Management Private Institutional
              Capital Adviser (Canada), L.P. dshamah@omm.com
              Daniel S. Shamah   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
              Administrative Agent dshamah@omm.com
              Daniel S. Shamah   on behalf of Creditor   Apollo Advisors VII, L.P. dshamah@omm.com
              Daniel S. Shamah   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as
              First Lien Administrative Agent dshamah@omm.com
              Danielle M. Audette   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
              jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              David  Neier   on behalf of Creditor   Chicago Bridge & Iron Company N.V. dneier@winston.com,
              dcunsolo@winston.com
              David B. Anthony   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
              danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff   GSO Capital Partners LP danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
              danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff   Third Avenue Management LLC danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff   Avenue Capital Management II, LP
              danthony@bergerharris.com
              David Daniel Farrell   on behalf of Creditor   Martin Engineering Company
              dfarrell@thompsoncoburn.com
              David Edward Leta   on behalf of Creditor   Headwaters Resources, Inc. dleta@swlaw.com,
              wkalawaia@swlaw.com
              David G. Aelvoet   on behalf of Creditor   Ector CAD davida@publicans.com
              David M. Klauder   on behalf of Debtor   Energy Future Holdings Corp. dklauder@bk-legal.com
              David P. Primack   on behalf of Other Prof.   Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
              sshidner@mdmc-law.com;smullen@mdmc-law.com
              David P. Primack   on behalf of Interested Party   TCEH Debtors dprimack@mdmc-law.com,
              sshidner@mdmc-law.com;smullen@mdmc-law.com
              David P. Primack   on behalf of Interested Party   Energy Future Competitive Holdings Company LLC
              dprimack@mdmc-law.com,  sshidner@mdmc-law.com;smullen@mdmc-law.com
              David P. Primack   on behalf of Interested Party   Texas Competitive Electric Holdings Company
              LLC dprimack@mdmc-law.com,  sshidner@mdmc-law.com;smullen@mdmc-law.com
              David S. Rosner   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
              nAmamoo@kasowitz.com;courtnotices@kasowitz.com
              David W. Carickhoff   on behalf of Interested Party Allen  Shrode dcarickhoff@archerlaw.com,
              mfriedman@archerlaw.com
              Davis Lee Wright   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
              Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
              keith-mangan-mmwr-1628@ecf.pacerpro.com
              Dennis  Dunne, Esq.   on behalf of Interested Party   CITIBANK, N.A. ddunne@millbank.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dennis L. Jenkins    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
            indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
          Derek C. Abbott    on behalf of Interested Party    TPG Capital, L.P. dabbott@mnat.com,
            rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Derek C. Abbott    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
            L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
            rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Derek C. Abbott    on behalf of Interested Party    Texas Energy Future Holdings Limited
            Partnership dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Desiree M. Amador    on behalf of Creditor    Pension Benefit Guaranty Corporation
            amador.desiree@pbgc.gov, efile@pbgc.gov
          Diane W. Sanders    on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Lee County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Walnut Springs ISD austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Robertson County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Limestone County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Falls County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Round Rock ISD austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Franklin ISD austin.bankruptcy@publicans.com
          Donald K. Ludman    on behalf of Creditor    SAP Industries, Inc. dludman@brownconnery.com
          Duane David Werb    on behalf of Creditor    BWM Services, LP
            maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb    on behalf of Creditor    The Kansas City Southern Railway Company
            maustria@werbsullivan.com;riorii@werbsullivan.com
          Edward O. Sassower    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
            Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenam
            andra@kirkland.com;michael.esser@kirkland.com;alevin@kirkland.com;aaron.slavutin@kirkland.com
          Edward O. Sassower    on behalf of Debtor    Energy Future Holdings Corp.
            Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenam
            andra@kirkland.com;michael.esser@kirkland.com;alevin@kirkland.com;aaron.slavutin@kirkland.com
          Edwin Kevin Camson    camson@drumcapital.com
          Elihu Ezekiel Allinson, III    on behalf of Creditor    Henry Pratt Company, LLC
            ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
          Elizabeth  Banda Calvo    on behalf of Creditor    Somervell County et al rgleason@pbfcm.com,
            ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo    on behalf of Creditor    Richardson ISD, Crowley ISD rgleason@pbfcm.com,
            ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Ellen M. Halstead    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
            ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Ellen M. Halstead    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
            ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Ellen W. Slights    on behalf of Creditor    United States/USAO usade.ecfbankruptcy@usdoj.gov
          Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
          Erica J. Richards    on behalf of Creditor Committee    The Official Committee of Unsecured
            Creditors erichards@mofo.com
          Erik  Schneider    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
            eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com;mnighan@nixonpeabody.com,
            tgood@nixonpeabody.com
          Erin A. West    on behalf of Interested Party    Fee Committee ewest@gklaw.com,
            kboucher@gklaw.com;kknitter@gklaw.com
          Erin R Fay    on behalf of Interested Party    Texas Energy Future Capital Holdings LLC, Texas
            Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
            Equity Interests in Energy Future Holdings Corp. efay@mnat.com,
            aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party    Texas Energy Future Holdings Limited Partnership
            efay@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
            L.P., Goldman, Sachs & Co. and Associated Individuals efay@mnat.com,
            aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party    Texas Energy Future Capital Holdings, LLC, Texas
            Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
            L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@mnat.com,
            aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
            L.P. and Associated Individuals efay@mnat.com,
            aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party Mary Ann  KIlgore efay@mnat.com,
            aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party    Interest Holders efay@mnat.com,
            aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Evan R. Fleck    on behalf of Interested Party    CITIBANK, N.A. EFleck@milbank.com,
            jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;jgionis@milbank.com
          Evan T. Miller    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
            Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
            lmorton@bayardlaw.com;tstoner@bayardlaw.com
          Frances  Gecker    on behalf of Interested Party    PI Law Firms fgecker@fgllp.com,
            csmith@fgllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Corporation fmonaco@wcsr.com,
            kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco, Jr.   on behalf of Interested Party   American Equipment Company Inc.
            fmonaco@wcsr.com,  kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco, Jr.   on behalf of Interested Party   AMECO Inc. fmonaco@wcsr.com,
            kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Enterprises Inc. fmonaco@wcsr.com,
            kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Global Services fmonaco@wcsr.com,
            kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          G. Alexander Bongartz   on behalf of Interested Party   CSC Trust Company of Delaware, as
            Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
            alexbongartz@paulhastings.com
          Garden City Group, LLC   PACERTeam@gardencitygroup.com
          Garvan F. McDaniel   on behalf of Interested Party   Contrarian Capital Management, LLC
            gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com
          Garvan F. McDaniel   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
            gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com
          Garvan F. McDaniel   on behalf of Interested Party   Caxton Associates LP gfmcdaniel@dkhogan.com,
            gdurstein@dkhogan.com;karen@dkhogan.com
          George Davis   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as First
            Lien Administrative Agent gdavis@omm.com
          George Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com
          George Davis   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
            Administrative Agent gdavis@omm.com
          Gerrit M. Pronske   on behalf of Creditor   Pallas Realty Advisors, Inc. gpronske@pgkpc.com
          GianClaudio Finizio   on behalf of Interested Party   Delaware Trust Company
            gfinizio@bayardlaw.com,
            bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
          GianClaudio Finizio   on behalf of Interested Party   CSC Trust Company of Delaware, as
            Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
            bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
          GianClaudio Finizio   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien
            Indenture Trustee gfinizio@bayardlaw.com,
            bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
          GianClaudio Finizio   on behalf of Interested Party   Delaware Trust Company as Successor
            Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
            bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
          Gilbert R. Saydah, Jr.   on behalf of Creditor   CSC Trust Company of Delaware, Proposed
            Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
          Gregory A. Taylor   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
            capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
          Gregory A. Taylor   on behalf of Interested Party   Ad Hoc Committee of TCEH Second Lien
            Noteholders gtaylor@ashby-geddes.com
          Gregory M. Starner   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
            jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
            artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
          Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
            gweinstein@weinrad.com,  mbowers@weinrad.com;ssmith@weinrad.com
          Gregory Michael Starner   on behalf of Creditor   Law Debenture Trust Company of New York, in its
            capacity as Indenture Trustee gstarner@whitecase.com,
            jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
            artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
          Gregory T. Donilon   on behalf of Creditor   Automatic Systems, Inc. gdonilon@pwujlaw.com
          Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas
            hal.morris@texasattorneygeneral.gov
          Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas
            hal.morris@texasattorneygeneral.gov
          Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality
            hal.morris@texasattorneygeneral.gov
          Helen Elizabeth Weller   on behalf of Creditor   Northeast TX Comm Coll Dist
            dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Angelina County dallas.bankruptcy@publicans.com,
            evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Rusk County dallas.bankruptcy@publicans.com,
            evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Brownsboro ISD dallas.bankruptcy@publicans.com,
            evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Malakoff ISD dallas.bankruptcy@publicans.com,
            evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Robertson County dallas.bankruptcy@publicans.com,
            evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Fannin CAD dallas.bankruptcy@publicans.com,
            evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Walnut Springs ISD
            dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Harris County dallas.bankruptcy@publicans.com,
            evelyn.palmer@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Helen Elizabeth Weller    on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Clay county dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Lee County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Ellis County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    City of sulphur springs
    dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Sulphur Springs ISD
    dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Archer County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    City of Coppell dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Morris CAD dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Gainesville isd dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Limestone County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Slocum ISD dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Red River County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Fort Bend County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Franklin ISD dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Stephenville ISD dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Nueces County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Hopkins County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Cisco College dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Camp cad dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Montague county dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Lamar CAD dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Rains County AD dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Coppell ISD dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Navarro County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Wise County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Falls County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Franklin County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    City of bonham dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    City of carrollton
    dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
        Helen Elizabeth Weller    on behalf of Creditor    Kerens ISD dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Red River CAD dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    City of Stephenville
           dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Van Zandt CAD dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Hunt County dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    City of malakoff dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    McLennan County dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Hood CAD dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    City of Corinth dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Cisco ISD dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Round Rock ISD dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Wise CAD dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Cayuga isd dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Jack County dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Ector CAD dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
        Hilary B. Mohr    on behalf of Creditor    Microsoft Corporation and Microsoft Licensing, GP
           hmohr@riddellwilliams.com,  vmagda@riddellwilliams.com
        Howard A. Cohen    on behalf of Interested Party    CITIBANK, N.A. howard.cohen@dbr.com
        Howard R. Hawkins, Jr.    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
           howard.hawkins@cwt.com,  nyecfnotice@cwt.com
        Howard R. Hawkins, Jr.    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
           howard.hawkins@cwt.com,  nyecfnotice@cwt.com
        J Jackson Shrum    on behalf of Creditor    BWM Services, LP jshrum@werbsullivan.com
        J Jackson Shrum    on behalf of Creditor    The Kansas City Southern Railway Company
           jshrum@werbsullivan.com
        J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
           under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
        J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
           Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
        J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
           indenture trustee and collateral trustee kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
        J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
           Collateral Trustee, kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
        J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
           Indenture Trustee kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
        J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
        J. Kate Stickles    on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
           Trustee and Collateral Trustee kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
        J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
        Jacob A. Adlerstein    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
           Creditors jadlerstein@paulweiss.com
        James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc.
           jhuggett@margolisedelstein.com,  nvangorder@margolisedelstein.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          James E. Huggett    on behalf of Creditor    Oracle America, Inc. jhuggett@margolisedelstein.com,
              nvangorder@margolisedelstein.com
          James Halstead Millar    on behalf of Interested Party    CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee james.millar@dbr.com,
              Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
          James Michael Peck    on behalf of Creditor Committee    The Official Committee of Unsecured
              Creditors jpeck@mofo.com
          James Michael Peck    on behalf of Interested Party    The Official Committee of TCEH Unsecured
              Creditors jpeck@mofo.com
          James S. Carr    on behalf of Creditor    CSC Trust Company of Delaware, Proposed Successor
              Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          James S. Yoder    on behalf of Attorney    Salesforce.com, Inc. yoderj@whiteandwilliams.com
          Jamie Lynne Edmonson    on behalf of Creditor    Pacific Investment Management Co. LLC
              jledmonson@venable.com
          Jarrett Vine    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
              jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jarrett Vine    on behalf of Interested Party    The Official Committee of TCEH Unsecured
              Creditors jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jason A. Starks    on behalf of Creditor    Texas Office of Public Utility Counsel
              bk-jstarks@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
          Jason D. Curry    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
              sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
          Jason M. Liberi    on behalf of Interested Party    Texas Transmission Investment LLC
              jason.liberi@skadden.com,
              christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Liberi    on behalf of Defendant    Texas Transmission Investment LLC
              jason.liberi@skadden.com,
              christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Madron    on behalf of Debtor    DeCordova II Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EFH FS Holdings Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Valley Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant Energy Trading California Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant ET Services Company madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Attorney    Kirkland & Ellis LLP madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Big Brown Mining Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Generation SVC Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EFH Finance (No. 2) Holdings Company madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    DeCordova Power Company LLC madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Power & Light Company, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    TCEH Finance, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant Generation Company LLC madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Energy Future Holdings Corp. madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Generation MT Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    TXU Electric Company, Inc. madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    TXU Energy Receivables Company LLC madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Oak Grove Management Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Southwestern Electric Service Company, Inc.
              madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Energy Industries Company, Inc. madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
              madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Oak Grove Mining Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EFH CG Management Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Oak Grove Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Collin Power Company LLC madron@rlf.com, rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Madron    on behalf of Debtor    EFH Corporate Services Company madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
               madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EECI, Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Valley NG Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Eagle Mountain Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Dallas Power & Light Company, Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Martin Lake 4 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Holding Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    LSGT Gas Company LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Utilities Company, Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    LSGT SACROC, Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Interested Party    Energy Future Holdings Corp. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Mineral Development Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Lone Star Pipeline Company, Inc. madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    NCA Development Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Plaintiff    EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Sandow Power Company LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Attorney    Richards, Layton & Finger, P.A. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Renewables Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    4Change Energy Company madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Morgan Creek 7 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Energy Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Big Brown Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Brighten Energy LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    TXU Energy Solutions Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    NCA Resources Development Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Generation Development Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Big Brown Lignite Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Lone Star Energy Company, Inc. madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Monticello 4 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
               madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    TXU SEM Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EFH Australia (No. 2) Holdings Company madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    EFH CG Holdings Company LP madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EFH Renewables Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Defendant    EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Tradinghouse Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Lake Creek 3 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    TXU Energy Retail Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    EEC Holdings, Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
               madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Other Prof.    KPMG LLP madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jason M. Madron   on behalf of Debtor   TXU Retail Services Company madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   Big Brown 3 Power Company LLC madron@rlf.com,
  rbgroup@rlf.com
Jason M. Madron   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
  madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   Luminant Mining Company LLC madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   Brighten Holdings LLC madron@rlf.com,   rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   TXU Receivables Company madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Plaintiff   Energy Future Holdings Corp. madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   EFIH Finance Inc. madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   4Change Energy Holdings LLC madron@rlf.com,
  rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   Texas Electric Service Company, Inc. madron@rlf.com,
  rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   Texas Utilities Electric Company, Inc. madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
  Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
  Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
Jeffrey C. Wisler   on behalf of Creditor   Cloud Peak Energy Resources LLC
  jwisler@connollygallagher.com
Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
  Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
  Seidlets jwisler@connollygallagher.com
Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
  jschlerf@foxrothschild.com
Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
  jschlerf@foxrothschild.com
Jeffrey R. Fine   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
  jfine@dykema.com,  jrf5825@gmail.com,msikes@dykema.com,scompton@dykema.com
Jeffrey S Cianciulli   on behalf of Creditor   Evercore Group LLC jcianciulli@weirpartners.com,
  creese@weirpartners.com;mmorris@weirpartners.com
Jeffrey S Cianciulli   on behalf of Financial Advisor   Evercore Group L.L.C.
  jcianciulli@weirpartners.com,  creese@weirpartners.com;mmorris@weirpartners.com
Jeffrey S. Sabin   on behalf of Creditor   Pacific Investment Management Co. LLC
  JSSabin@Venable.com
Jennifer Marines   on behalf of Creditor Committee   The Official Committee of Unsecured
  Creditors JMarines@mofo.com
Jennifer R. Hoover   on behalf of Creditor   Michelin North America Inc. jhoover@beneschlaw.com,
  docket@beneschlaw.com;mrust@beneschlaw.com
Jennifer V. Doran   on behalf of Creditor   Invensys Systems, Inc. jdoran@haslaw.com,
  calirm@haslaw.com
Jeremy William Ryan   on behalf of Interested Party   Deutsche Bank AG New York Branch
  jryan@potteranderson.com,  bankruptcy@potteranderson.com
Joanna Flynn Newdeck   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
  jnewdeck@akingump.com,  ddunn@akingump.com
Joanna Flynn Newdeck   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
  Noteholders jnewdeck@akingump.com,  ddunn@akingump.com
John A. Harris   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC sybil.aytch@quarles.com
John A. Morris   on behalf of Interested Party   Computershare Trust Company, N.A., and
  Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
  Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
John D. Demmy   on behalf of Creditor   Rexel, Inc. jdd@stevenslee.com
John D. Demmy   on behalf of Creditor   AEP Texas Central Company d/b/a American Electric Power
  Company and AEP Texas North Company d/b/a American Electric Power Company jdd@stevenslee.com
John D. McLaughlin, Jr.   on behalf of Creditor   Atmos Energy Corporation
  jmclaughlin@ciardilaw.com,  mflores@ciardilaw.com
John G. Harris   on behalf of Plaintiff   Avenue Capital Management II, LP
  jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
  jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
  jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   Third Avenue Management LLC jharris@bergerharris.com,
  mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   GSO Capital Partners LP jharris@bergerharris.com,
  mnicholls@bergerharris.com
John H. Strock   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
  jstrock@foxrothschild.com, dkemp@foxrothschild.com
John M. Seaman   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
  seaman@abramsbayliss.com,  farro@abramsbayliss.com
John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
  john.stern@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John P. Dillman   on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
              John P. Dillman   on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
              John P. Dillman   on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
              John P. Melko   on behalf of Creditor    ROMCO Equipment Co. jmelko@gardere.com,
               afothergill@gardere.com;mriordan@gardere.com
              John R. Ashmead   on behalf of Interested Party    Wilmington Trust, N.A. ashmead@sewkis.com
              Johnna M. Darby   on behalf of Interested Party    Steag Energy Services, Inc.
               jdarby@hillerarban.com
              Jon M. Chatalian   on behalf of Creditor    Pension Benefit Guaranty Corporation
               chatalian.jon@pbgc.gov, efile@pbgc.gov
              Jonathan L. Howell   on behalf of Creditor    Red Ball Oxygen Company jhowell@gpm-law.com
              Joseph Charles Barsalona II   on behalf of Debtor    Energy Future Holdings Corp.
               barsalona@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Joseph D. Frank   on behalf of Interested Party    PI Law Firms jfrank@fgllp.com,
               ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
              Joseph D. Frank   on behalf of Creditor    Experian Information Solutions, Inc. jfrank@fgllp.com,
               ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
              Joseph D. Frank   on behalf of Creditor    Experian Marketing Solutions, Inc. jfrank@fgllp.com,
               ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
              Joseph D. Wright   on behalf of Interested Party    Alcoa Inc. wright@lrclaw.com,
               adams@lrclaw.com,dellose@lrclaw.com
              Joseph D. Wright   on behalf of Creditor    FPL Energy Pecos Wind I LP, FLP Energy Pecos Wind II,
               LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com, adams@lrclaw.com,dellose@lrclaw.com
              Joseph H. Huston, Jr.   on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity
               as First Lien Administrative Agent jhh@stevenslee.com
              Joseph H. Huston, Jr.   on behalf of Spec. Counsel    Energy Future Intermediate Holding Company
               LLC jhh@stevenslee.com
              Joseph H. Huston, Jr.   on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
               Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
              Joseph H. Huston, Jr.   on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First
               Lien Administrative Agent jhh@stevenslee.com
              Joseph J. McMahon, Jr.   on behalf of Creditor    Atmos Energy Corporation jmcmahon@ciardilaw.com,
               mflores@ciardilaw.com
              Joseph J. McMahon, Jr.   on behalf of Creditor    Red Ball Oxygen Company jmcmahon@ciardilaw.com,
               mflores@ciardilaw.com
              Joseph J. McMahon, Jr.   on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC
               jmcmahon@ciardilaw.com, mflores@ciardilaw.com
              Joshua K. Brody   on behalf of Defendant    Computershare Trust Company of Canada
               jbrody@kramerlevin.com,
               adove@kramerlevin.com;dmayo@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com;aby
               owitz@kramerlevin.com;nhertzbunzl@kramerlevin.com;sschmidt@kramerlevin.com;rringer@kramerlevin.co
               m
              Joshua K. Brody   on behalf of Defendant    Computershare Trust Company, N.A.
               jbrody@kramerlevin.com,
               adove@kramerlevin.com;dmayo@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com;aby
               owitz@kramerlevin.com;nhertzbunzl@kramerlevin.com;sschmidt@kramerlevin.com;rringer@kramerlevin.co
               m
              Joshua K. Brody   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors jbrody@kramerlevin.com,
               adove@kramerlevin.com;dmayo@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com;aby
               owitz@kramerlevin.com;nhertzbunzl@kramerlevin.com;sschmidt@kramerlevin.com;rringer@kramerlevin.co
               m
              Joshua K. Brody   on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
               adove@kramerlevin.com;dmayo@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com;aby
               owitz@kramerlevin.com;nhertzbunzl@kramerlevin.com;sschmidt@kramerlevin.com;rringer@kramerlevin.co
               m
              Joshua Powers Searcy   on behalf of Creditor    D. Courtney Construction, Inc.
               joshsearcy@jrsearcylaw.com
              Judy Hamilton Morse   on behalf of Creditor    DEVON ENERGY CORPORATION
               judy.morse@crowedunlevy.com,
               marlena.mendez@crowedunlevy.com;ecf@crowedunlevy.com;karol.brown@crowedunlevy.com
              Justin K. Edelson   on behalf of Interested Party    The Official Committee of TCEH Unsecured
               Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Justin K. Edelson   on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Justin K. Edelson   on behalf of Financial Advisor    FTI Consulting, Inc. jedelson@polsinelli.com,
               LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Karen Beth Shaer   on behalf of Other Prof.    Garden City Group, LLC PACERTeam@gardencitygroup.com
              Karen C Bifferato   on behalf of Interested Party    Pacific Investment Management Company LLC
               ("PIMCO") kbifferato@connollygallagher.com
              Katharine L. Mayer   on behalf of Interested Party    Aetna Inc. kmayer@mccarter.com
              Katharine L. Mayer   on behalf of Interested Party    Aetna Life Insurance Company
               kmayer@mccarter.com
              Katherine Stadler   on behalf of Interested Party    Fee Committee kstadler@gklaw.com,
               kboucher@gklaw.com;shuntema@gklaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kathleen A. Murphy    on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP.
              kathleen.murphy@bipc.com,  tammy.rogers@bipc.com
              Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com,  eys@skjlaw.com
              Kathleen M. Miller    on behalf of Creditor    Valero Texas Power Marketing, Inc.
              kmiller@skjlaw.com,  eys@skjlaw.com
              Kay Diebel Brock    on behalf of Creditor    Travis County bkecf@co.travis.tx.us
              Keith Howard Wofford    on behalf of Interested Party    CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
              keith.wofford@ropesgray.com
              Kerry L. Halliburton    on behalf of Creditor    Buffalo Industrial Supply, Inc.
              raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
              Kevin C. Driscoll, Jr.    on behalf of Creditor    GATX Corporation Kevin.Driscoll@btlaw.com,
              donna.dotts@btlaw.com
              Kevin G. Collins    on behalf of Creditor    GATX Corporation kevin.collins@btlaw.com,
              pgroff@btlaw.com
              Kevin J. Mangan    on behalf of Interested Party    American Equipment Company Inc.
              kmangan@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
              Kevin J. Mangan    on behalf of Interested Party    AMECO Inc. kmangan@wcsr.com,
              hsasso@wcsr.com;jwray@wcsr.com
              Kevin J. Mangan    on behalf of Interested Party    Alltite Inc. kmangan@wcsr.com,
              hsasso@wcsr.com;jwray@wcsr.com
              Kevin J. Mangan    on behalf of Interested Party    Fluor Global Services kmangan@wcsr.com,
              hsasso@wcsr.com;jwray@wcsr.com
              Kevin J. Mangan    on behalf of Interested Party    Fluor Corporation kmangan@wcsr.com,
              hsasso@wcsr.com;jwray@wcsr.com
              Kevin J. Mangan    on behalf of Interested Party    Fluor Enterprises Inc. kmangan@wcsr.com,
              hsasso@wcsr.com;jwray@wcsr.com
              Kevin M Lippman    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
              klippman@munsch.com,  lpannier@munsch.com
              Kevin M. Capuzzi    on behalf of Creditor    Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
              docket@beneschlaw.com;mrust@beneschlaw.com
              Kimberly Ellen Connolly Lawson    on behalf of Interested Party    The Bank of New York Mellon, in
              its capacity as the PCRB Trustee klawson@reedsmith.com
              Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon, as
              Indenture Trustee klawson@reedsmith.com
              Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon Trust
              Company, N.A., as Indenture Trustee klawson@reedsmith.com
              Kimberly Ellen Connolly Lawson    on behalf of Creditor Committee    The Official Committee of
              Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
              LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com
              Kizzy Lyn Jarashow    on behalf of Creditor    Aurelius Capital Management, LP
              kjarashow@goodwinprocter.com
              Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon Trust Company, N.A.,
              in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com
              Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
              kgwynne@reedsmith.com,  llankford@reedsmith.com
              Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon, in its capacity as
              the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com
              Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
              Indenture Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com
              Kurtzman Carson Consultants LLC    akass@kccllc.com
              L. John Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
              jbird@foxrothschild.com,  idensmore@foxrothschild.com
              L. John Bird    on behalf of Intervenor    Ovation Acquisition I, L.L.C. jbird@foxrothschild.com,
              idensmore@foxrothschild.com
              L. John Bird    on behalf of Intervenor    Ovation Acquisition II, L.L.C. jbird@foxrothschild.com,
              idensmore@foxrothschild.com
              L. Katherine Good    on behalf of Interested Party    Simeio Solutions, Inc. kgood@wtplaw.com,
              cmcallister@wtplaw.com;wjeffers@wtplaw.com
              Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
              lshipkovitz@tuckerlaw.com
              Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lapeterson@foley.com,  khall@foley.com
              Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
              Second Lien Group ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Plaintiff    Computershare Trust Company, N.A.
              ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efile1@pszyjw.com
              Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
              ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee &
              EFIH Second Lien Group ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A. and
              Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
              lien notes and the holders thereof. ljones@pszjlaw.com,  efile1@pszyjw.com
              Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee
              ljones@pszjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Laura Davis Jones   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
            Objectors ljones@pszjlaw.com
          Laura Davis Jones   on behalf of Interested Party   EFIH Second Lien Indenture Trustee
            ljones@pszjlaw.com, efilel@pszyjw.com
          Laura Davis Jones   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
            Objectors ljones@pszjlaw.com, efile@pszyj.com
          Laura Davis Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
            ljones@pszjlaw.com, efile@pszyj.com
          Laurie Selber Silverstein   on behalf of Interested Party   EFIH First Lien DIP Agent
            bankruptcy@potteranderson.com
          Laurie Selber Silverstein   on behalf of Interested Party   Deutsche Bank AG New York Branch
            bankruptcy@potteranderson.com
          Lee Harrington   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
            lharrington@nixonpeabody.com
          Lee B. Gordon   on behalf of Creditor   Texas Ad Valorem Taxing Jurisdictions
            sonya.ragsdale@mvbalaw.com, vickie.covington@mvbalaw.com
          Lindsay Zahradka   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
            Noteholders lzahradka@akingump.com
          Lindsay Zahradka   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
            lzahradka@akingump.com
          Lino Mendiola, III   on behalf of Interested Party   Titus County Fresh Waster Supply District
            No. 1 linomendiola@andrewskurth.com
          Lino Mendiola, III   on behalf of Interested Party   Titus County Fresh Water Supply District
            No. 1 linomendiola@andrewskurth.com
          Lisa Bittle Tancredi   on behalf of Creditor   Milam Appraisal District lisa.tancredi@gebsmith.com
          Lorenzo Marinuzzi   on behalf of Interested Party   The Official Committee of TCEH Unsecured
            Creditors LMarinuzzi@mofo.com
          Lucian Borders Murley   on behalf of Creditor   Johnson Matthey Stationary Emissions Control LLC
            lmurley@saul.com, rwarren@saul.com
          Marc J. Phillips   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
            mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Creditor   Steering Committee of Cities Served by Oncor
            mphillips@mgmlaw.com
          Maria A. Bove   on behalf of Interested Party   Computershare Trust Company, N.A., and
            Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
            Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
          Maria Aprile Sawczuk   on behalf of Interested Party   Sierra Club marias@restructuringshop.com,
            marias@ecf.courtdrive.com
          Maria Aprile Sawczuk   on behalf of Creditor Miguel Oliveras Caraballo
            marias@restructuringshop.com, marias@ecf.courtdrive.com
          Mark Minuti   on behalf of Creditor   Electric Reliability Council of Texas, Inc.
            mminuti@saul.com, rwarren@saul.com
          Mark Andrew Fink   on behalf of Interested Party   The Official Committee of Unsecured Creditors
            of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
            Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com
          Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
            Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com
          Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
            Finance, Inc., and EECI, Inc. mfink@mmwr.com
          Mark D. Collins   on behalf of Debtor   Energy Future Holdings Corp. rbgroup@rlf.com
          Mark D. Collins   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
            rbgroup@rlf.com
          Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral Agent
            KOTWICK@SEWKIS.COM
          Mark D. Kotwick   on behalf of Interested Party   Wilmington Trust, N.A. kotwick@sewkis.com
          Mark D. Olivere   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
            olivere@chipmanbrown.com,
            bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Mark D. Olivere   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
            olivere@chipmanbrown.com,
            bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Mark E. Felger   on behalf of Interested Party   J. Aron & Company mfelger@cozen.com,
            MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger   on behalf of Interested Party   J Aron & Company mfelger@cozen.com,
            mmillis@cozen.com
          Mark F. Hebbeln   on behalf of Creditor   UMB Bank, N.A. mhebbeln@foley.com, jsorrels@foley.com,
            opetukhova@foley.com
          Mark F. Rosenberg   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
            Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Houston Electric,
            LLC mdesgrosseilliers@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
            mdesgrosseilliers@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Resources Corp.
            mdesgrosseilliers@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mark S. Chehi   on behalf of Interested Party   Borealis Infrastructure Management Inc.
  mchehi@skadden.com, debank@skadden.com
Matthew Summers   on behalf of Creditor   Louisiana Energy Services, LLC
  summersm@ballardspahr.com
Matthew Summers   on behalf of Creditor   URENCO, Inc. summersm@ballardspahr.com
Matthew B. McGuire   on behalf of Interested Party   Marathon Asset Management, LP
  mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Creditor   Alcoa Inc. mcguire@lrclaw.com,
  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Creditor   NextEra Energy Resources, LLC mcguire@lrclaw.com,
  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
  II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew C. Brown   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
  mbrown@whitecase.com
Matthew J. Troy   on behalf of Creditor   United States of America matthew.troy@usdoj.gov
Meredith A. Lahaie   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
  Noteholders mlahaie@akingump.com
Meredith A. Lahaie   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
  mlahaie@akingump.com
Michael Schein   on behalf of Creditor   First Union Rail Corporation mschein@vedderprice.com,
  ecfnydocket@vedderprice.com
Michael D. DeBaecke   on behalf of Interested Party   Wilmington Trust, N.A.
  debaecke@blankrome.com
Michael David Debaecke   on behalf of Interested Party   Wilmington Trust, N.A.
  debaecke@blankrome.com, moody@ecf.inforuptcy.com
Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A., as First Lien
  Collateral Agent debaecke@blankrome.com, moody@ecf.inforuptcy.com
Michael G. Busenkell   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
  mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Interested Party   Tannor Partners Credit Fund LP
  mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Creditor   Marathon Asset Management, LP
  mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Creditor   Knife River Corporation-South
  mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
  mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Interested Party   York Capital Management Global Advisors,
  LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Creditor   Mudrick Capital Management, L.P.
  mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Creditor   Aurelius Capital Management, LP
  mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Other Prof.   Ad Hoc Group of Non-Settling EFIH PIK
  Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
  Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
Michael Joseph Joyce   on behalf of Creditor   Certain funds and accounts advised or sub-advised
  by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
  smacdonald@crosslaw.com
Michael Joseph Joyce   on behalf of Interested Party   certain funds and accounts advised or
  sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
  smacdonald@crosslaw.com
Michael L. Atchley   on behalf of Creditor   Tarrant Regional Water District
  matchley@popehardwicke.com
Michael L. Atchley   on behalf of Creditor   Northeast Texas Municipal Water District
  matchley@popehardwicke.com
Michelle McMahon   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
  Objectors michelle.mcmahon@bryancave.com, dortiz@bryancave.com
Monica S. Blacker   on behalf of Attorney   Jackson Walker LLP mblacker@jw.com, tsalter@jw.com
Monica S. Blacker   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
  mblacker@jw.com, tsalter@jw.com
Natalie D. Ramsey   on behalf of Creditor Committee   The Official Committee of Unsecured
  Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
  Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com, BankECF@mmwr.com
Natasha M. Songonuga   on behalf of Creditor   Veolia ES Industrial Services, Inc.
  nsongonuga@gibbonslaw.com
Neil B. Glassman   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
  Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
  nglassman@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;jalberto@bayardla
  w.com;bankserve@bayardlaw.com
Neil B. Glassman   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien Indenture
  Trustee bankserve@bayardfirm.com, nglassman@bayardfirm.com
Neil B. Glassman   on behalf of Interested Party   Delaware Trust Company
  bankserve@bayardfirm.com, nglassman@bayardfirm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
              Indenture Trustee nbrannick@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
             Nicholas J. Brannick   on behalf of Plaintiff   Delaware Trust Company nbrannick@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
             Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
             Nick S. Kaluk, III   on behalf of Financial Advisor   Evercore Group L.L.C. nskaluk@debevoise.com,
              amcdermott@debevoise.com
             Nicole D. Mignone   on behalf of Interested Party   Public Utility Commission of Texas
              nicole.mignone@texasattorneygeneral.gove
             Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
             Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
             Norman L. Pernick   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
              Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
             Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
              Indenture Trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
             Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
              Collateral Trustee, npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
             Owen M. Sonik   on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
              tpope@pbfcm.com;osonik@ecf.inforuptcy.com
             Owen M. Sonik   on behalf of Creditor   Certain Texas Taxing Entities osonik@pbfcm.com,
              tpope@pbfcm.com;osonik@ecf.inforuptcy.com
             Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
              pwp@pattiprewittlaw.com
             Patricia Williams Prewitt   on behalf of Creditor   El Paso Natural Gas Company
              pwp@pattiprewittlaw.com
             Patricia Williams Prewitt   on behalf of Creditor   Targa Gas Marketing LLC
              pwp@pattiprewittlaw.com
             Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
              pwp@pattiprewittlaw.com
             Pauline K. Morgan   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
              bankfilings@ycst.com
             Peter J. Keane   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee & EFIH
              Second Lien Group pkeane@pszjlaw.com
             Peter Jonathon Young   on behalf of Debtor   Energy Future Holdings Corp. pyoung@proskauer.com
             Peter M. Gilhuly   on behalf of Interested Party   Ernst & Young LLP peter.gilhuly@lw.com,
              adam.malatesta@lw.com
             R. Karl Hill   on behalf of Creditor   Liberty Mutual Insurance Co. khill@svglaw.com,
              cday@svglaw.com
             R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank AG New York Branch
              bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
             R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank Securities Inc.
              bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
             Rachel Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
              bk-robaldo@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
             Rachel Ringer   on behalf of Interested Party   Computershare Trust Company, N.A. and
              Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
              lien notes and the holders thereof. rringer@kramerlevin.com
             Rachel B. Mersky   on behalf of Creditor   Top Line Rental , LLC rmersky@monlaw.com
             Raymond Howard Lemisch   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
              rlemisch@klehr.com
             Raymond Howard Lemisch   on behalf of Defendant   UMB Bank, N.A., as indenture trustee
              rlemisch@klehr.com
             Raymond Howard Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
             Rebecca A. Hayes   on behalf of Creditor   UMB Bank, N.A. rhayes@foley.com
             Rebecca A. Hayes   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
              rhayes@foley.com
             Reed A. Heiligman   on behalf of Interested Party   PI Law Firms rheiligman@fgllp.com,
              ccarpenter@fgllp.com
             Reed A. Heiligman   on behalf of Creditor   Experian Information Solutions, Inc.
              rheiligman@fgllp.com, ccarpenter@fgllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Reed A. Heiligman   on behalf of Creditor   Experian Marketing Solutions, Inc.
          rheiligman@fgllp.com, ccarpenter@fgllp.com
          Richard A. Barkasy   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
          rbarkasy@schnader.com
          Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
          rbarkasy@schnader.com
          Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
          rbarkasy@schnader.com
          Richard A. Robinson   on behalf of Creditor   The Bank of New York Mellon, solely in its capacity
          as Trustee under the Enumerated Trust Agreements rrobinson@reedsmith.com
          Richard G. Mason   on behalf of Interested Party   Interest Holders rcstrauss@wlrk.com
          Richard G. Mason   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC,
          Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders
          of Equity Interests in Energy Future Holdings Corp. rcstrauss@wlrk.com
          Richard L. Schepacarter   on behalf of U.S. Trustee   United States Trustee
          richard.schepacarter@usdoj.gov
          Risa Lynn Wolf-Smith   on behalf of Creditor   Cloud Peak Energy Resources LLC
          rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com;BMain@hollandhart.com
          Robert Szwajkos   on behalf of Creditor   FLSmidth Inc. rsz@curtinheefner.com
          Robert Szwajkos   on behalf of Creditor   FLSMIDTH USA INC rsz@curtinheefner.com
          Robert J. Feinstein   on behalf of Defendant   Computershare Trust Company, N.A.
          rfeinstein@pszjlaw.com
          Robert J. Feinstein   on behalf of Defendant   Computershare Trust Company of Canada
          rfeinstein@pszjlaw.com
          Robert J. Feinstein   on behalf of Interested Party   Computershare Trust Company, N.A., and
          Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
          Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
          Robert J. Feinstein   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
          Objectors rfeinstein@pszjlaw.com
          Robert K. Malone   on behalf of Interested Party   CITIBANK, N.A. robert.malone@dbr.com,
          brian.morgan@dbr.com
          Ryan M. Bartley   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
          bankfilings@ycst.com
          Sabrina L. Streusand   on behalf of Interested Party Allen   Shrode streusand@slollp.com,
          prentice@slollp.com
          Samuel Lee Moultrie   on behalf of Creditor   RailWorks Track System, Inc. smoultrie@wlblaw.com
          Scott D. Cousins   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
          scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
          Scott D. Cousins   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
          Noteholders scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
          Scott D. Cousins   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
          scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
          Sean A. O'Neal   on behalf of Interested Party   J. Aron & Company soneal@cgsh.com,
          maofiling@cgsh.com;afee@cgsh.com
          Sean A. O'Neal   on behalf of Interested Party   J Aron & Company soneal@cgsh.com,
          maofiling@cgsh.com;afee@cgsh.com
          Sean M. Brennecke   on behalf of Creditor   UMB Bank, N.A. sbrennecke@klehr.com, state@klehr.com
          Shanti M. Katona   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Shawn M. Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com,
          cmcintire@buchalter.com
          Simon E. Fraser   on behalf of Interested Party   J Aron & Company sfraser@cozen.com
          Simon E. Fraser   on behalf of Defendant   Morgan Stanley Capital Group, Inc. sfraser@cozen.com
          Stacey Kremling   on behalf of Creditor   2603 Augusta Investors, LP stacey@womaclaw.com
          Stacy L. Newman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
          capacity as successor Indenture Trustee snewman@ashby-geddes.com
          Stanley B. Tarr   on behalf of Interested Party   Wilmington Trust, N.A. tarr@blankrome.com,
          moody@ecf.inforuptcy.com
          Stephanie Wickouski   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
          Objectors stephanie.wickouski@bryancave.com, dortiz@bryancave.com
          Stephanie Wickouski   on behalf of Interested Party   Computershare Trust Company, N.A., and
          Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
          Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
          dortiz@bryancave.com
          Stephanie Wickouski   on behalf of Defendant   Computershare Trust Company of Canada
          stephanie.wickouski@bryancave.com, dortiz@bryancave.com
          Stephanie Wickouski   on behalf of Defendant   Computershare Trust Company, N.A.
          stephanie.wickouski@bryancave.com, dortiz@bryancave.com
          Stephen Karotkin   on behalf of Plaintiff   Third Avenue Management LLC
          stephen.karotkin@weil.com, frank.grese@weil.com
          Stephen Karotkin   on behalf of Plaintiff   GSO Capital Partners LP stephen.karotkin@weil.com,
          frank.grese@weil.com
          Stephen Karotkin   on behalf of Plaintiff   Avenue Capital Management II, LP
          stephen.karotkin@weil.com, frank.grese@weil.com
          Stephen Karotkin   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
          stephen.karotkin@weil.com, frank.grese@weil.com
          Stephen Karotkin   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
          stephen.karotkin@weil.com, frank.grese@weil.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Stephen A. Spence    on behalf of Interested Party    Fee Committee sas@pgslaw.com,  saa@pgslaw.com
              Stephen C. Stapleton    on behalf of Creditor    Atmos Energy Corporation
               sstapleton@cowlesthompson.com
              Stephen D Lerner    on behalf of Interested Party    ArcelorMittal USA LLC
               stephen.lerner@squirepb.com
              Stephen M. Miller    on behalf of Creditor    Law Debenture Trust Company of New York, in its
               capacity as Indenture Trustee smiller@morrisjames.com,
               wweller@morrisjames.com;jdawson@morrisjames.com
              Stephen W. Spence    on behalf of Fee Examiner Richard  Gitlin ss@pgslaw.com,  saa@pgslaw.com
              Stephen W. Spence    on behalf of Attorney    Phillips, Goldman & Spence, P.A. ss@pgslaw.com,
               saa@pgslaw.com
              Stephen W. Spence    on behalf of Interested Party    Fee Committee ss@pgslaw.com,  saa@pgslaw.com
              Steven A. Ginther    on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
              Steven K. Kortanek    on behalf of Interested Party    CenterPoint Energy Resources Corp.
               skortanek@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com;nturner@wcsr.com
              Steven K. Kortanek    on behalf of Interested Party    CenterPoint Energy Houston Electric, LLC
               skortanek@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com;nturner@wcsr.com
              Sundeep S. Sidhu    on behalf of Creditor    Siemens Power Generation Inc. sunny.sidhu@akerman.com,
               cindy.miller@akerman.com
              Susan E. Kaufman    on behalf of Creditor    Tarrant Regional Water District
               skaufman@skaufmanlaw.com
              Theodore J. Tacconelli    on behalf of Interested Party    Titus County Appraisal District
               ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli    on behalf of Interested Party    Rusk County Appraisal District
               ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli    on behalf of Creditor    Freestone County, Texas
               ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli    on behalf of Interested Party    Freestone County Appraisal District
               ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli    on behalf of Interested Party    Robertson County Appraisal District
               ttacconelli@ferryjoseph.com
              Thomas F. Driscoll, III    on behalf of Debtor    Energy Future Holdings Corp.
               tdriscoll@bifferato.com,  mdunwody@bifferato.com
              Thomas J. Moloney    on behalf of Interested Party    J Aron & Company tmoloney@cgsh.com
              Thomas J. Moloney    on behalf of Interested Party    J. Aron & Company tmoloney@cgsh.com
              Thomas Ross Hooper    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
               Agent hooper@sewkis.com
              Thomas Ross Hooper    on behalf of Interested Party    Wilmington Trust, N.A. hooper@sewkis.com
              Tina Niehold Moss    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
               under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
               nvargas@perkinscoie.com
              Tina Niehold Moss    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
               Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,  nvargas@perkinscoie.com
              Tina Niehold Moss    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
               tmoss@perkinscoie.com,  nvargas@perkinscoie.com
              Tobey M. Daluz    on behalf of Defendant    Pyramis Global Advisors Trust Company
               daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Management & Research Company
               daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Advisor Series I: Fidelity Advisor High Income
               Advantage Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Advisor Series II: Fidelity Advisor Strategic
               Income Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank Ltd. as trustee of Fidelity
               High Yield Bond Open Mother Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Puritan Trust: Fidelity Puritan Fund
               daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Global Bond Series  US Dollar Monthly Income
               US High Yield Pool daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Management & Research Company as Investment
               Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
               daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Master Trust Bank of Japan daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Variable Insurance Products Fund V: Strategic Income
               Portfolio daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Investments Canada ULC daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    FIL Investments International (FII)
               daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Global High
               Income Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity School Street Trust: Fidelity Strategic Income
               daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank, Ltd. as trustee of
               Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Investments daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Capital & Income
               Fund daluzt@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Todd Charles Schiltz, Esq   on behalf of Interested Party   CSC Trust Company of Delaware, as
                 successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
                 cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
                Todd Jeffrey Rosen   on behalf of Interested Party   TCEH Debtors todd.rosen@mto.com
                Traci L. Cotton   on behalf of Creditor   UT System obo UT at Arlington tcotton@utsystem.edu
                Tyler D. Semmelman    on behalf of Debtor    EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Luminant Mining Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Eagle Mountain Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    TXU Energy Receivables Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    TXU Retail Services Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    TXU Electric Company, Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Martin Lake 4 Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
                 semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Lone Star Energy Company, Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                 semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                 semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Generation Development Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Luminant Mineral Development Company LLC
                 semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                 semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    EFH FS Holdings Company semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Defendant    EFIH Finance Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    4Change Energy Holdings LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Sandow Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    EFH Renewables Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    EFH CG Management Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Valley Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Attorney    Kirkland & Ellis LLP semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Generation MT Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Luminant ET Services Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Tyler D. Semmelman    on behalf of Debtor   Morgan Creek 7 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   NCA Resources Development Company LLC
                semmelman@rlf.com, rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Big Brown Lignite Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Texas Energy Industries Company, Inc.
                semmelman@rlf.com, rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   TXU Energy Retail Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Dallas Power & Light Company, Inc. semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   DeCordova Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Monticello 4 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Luminant Big Brown Mining Company LLC
                semmelman@rlf.com, rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Lake Creek 3 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Tradinghouse Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Luminant Energy Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Luminant Holding Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Collin Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Texas Power & Light Company, Inc. semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Oak Grove Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   TXU Energy Solutions Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Brighten Holdings LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Big Brown Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   TXU Receivables Company semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Valley NG Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EFH CG Holdings Company LP semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Oak Grove Management Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EFH Australia (No. 2) Holdings Company
                semmelman@rlf.com, rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   DeCordova II Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   4Change Energy Company semmelman@rlf.com,
                rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Defendant   Energy Future Intermediate Holding Company LLC
                semmelman@rlf.com, rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Luminant Energy Trading California Company
                semmelman@rlf.com, rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Lone Star Pipeline Company, Inc. semmelman@rlf.com,
                rbgroup@rlf.com
          United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
          Vincent E. Lazar    on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
                vlazar@jenner.com
          Ward W. Benson    on behalf of Creditor   UNITED STATES OF AMERICA wardlow.w.benson@usdoj.gov,
                Eastern.Taxcivil@usdoj.gov
          Warren A. Usatine    on behalf of Interested Party   CSC Trust Company of Delaware, as successor
                indenture trustee and collateral trustee wusatine@coleschotz.com
          Wendy B. Reilly    on behalf of Creditor   Evercore Group LLC wbreilly@debevoise.com,
                mao-bk-ecf@debevoise.com
          Wendy G. Marcari    on behalf of Interested Party   Benbrooke Electric Partners, LLC
                wmarcari@ebglaw.com,  nyma@ebglaw.com
          William A. Hazeltine    on behalf of Creditor   Mastercraft Printed Products & Services, Inc.
                Bankruptcy001@sha-llc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
                rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
                rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                rbgroup@rlf.com
              William A. Romanowicz    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
                rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Defendant    EFIH Finance Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Lone Star Pipeline Company, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    4Change Energy Holdings LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation SVC Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Renewables Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EECI, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Big Brown Lignite Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    4Change Energy Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
              William D. Romanowicz    on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
              William D. Sullivan     on behalf of Creditor    Capgemini America, Inc. wdsecfnotices@sha-llc.com
              William E Kelleher, Jr    on behalf of Creditor    Westinghouse Electric Company LLC
                wkelleher@cohenlaw.com, mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
              William E. Chipman, Jr.    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
                Noteholders chipman@chipmanbrown.com, bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
              William E. Chipman, Jr.    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
                Noteholders chipman@chipmanbrown.com, bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
              William F. Taylor, Jr.    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
                bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
              William M. Hildbold    on behalf of Creditor Committee    The Official Committee of Unsecured
                Creditors WHildbold@mofo.com
              William P. Weintraub    on behalf of Creditor    Aurelius Capital Management, LP
                wweintraub@goodwinproctor.com, zhassoun@fklaw.com
              William Pierce Bowden    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in
                its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
                                                                                              TOTAL: 863