# Notice Recipients

District/Off: 0311−1          User: JudyF              Date Created: 12/3/2015
Case: 14−10979−CSS            Form ID: van440          Total: 49

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| aty | Andrea Beth Schwartz | U.S. Department of Justice – Office of the U.S. Trustee    U.S. Federal Office Building    201 Varick Street, Rm 1006    New York, NY 10065 |
| aty | Andrew Dietderich | Sullivan & Cromwell LLP    125 Broad Street    3835    New York, NY 10004 |
| aty | Barry G. Felder | Foley & Lardner LLP    90 Park Avenue    New York, NY 10016−1314 |
| aty | Brett H. Miller | Morrison & Foerster LLP    250 West 55th Street    New York, NY 10019 |
| aty | Brian Schartz | c/o Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Brian D. Glueckstein | Sullivan & Cromwell LLP    125 Broad Street    New York, NY 10004 |
| aty | Chad J. Husnick | Kirkland & Ellis, LLP    300 North LaSalle Street    Chicago, IL 60654 |
| aty | Christopher A. Ward | Polsinelli PC    222 Delaware Avenue, Suite 1101    Wilmington, DE 19801 |
| aty | Daniel J. DeFranceschi | Richards, Layton & Finger    One Rodney Square, P.O. Box 551    Wilmington, DE 19899 |
| aty | Edward O. Sassower | Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Harold L. Kaplan | Foley & Lardner LLP    321 North Clark Street    Suite 2800    Chicago, IL 60654 |
| aty | James H.M. Sprayregen | Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | James Michael Peck | Schulte Roth & Zabel LLP    250 West 55th Street    New York, NY 10019 |
| aty | Jason M. Madron | Richards, Layton & Finger, P.A.    One Rodney Square    P.O. Box 551    Wilmington, DE 19899 |
| aty | Jeff J. Marwil | Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602 |
| aty | Jonathan H. Friedman | Foley & Lardner LLP    90 Park Avenue    New York, NY 10016 |
| aty | Justin K. Edelson | Polsinelli PC    222 Delaware Avenue    Suite 1101    Wilmington, DE 19801 |
| aty | Lars A. Peterson | Foley & Lardner LLP    321 N. Clark Street, Suite 2800    Chicago, IL 60654−5313 |
| aty | Lorenzo Marinuzzi | Morrison & Foerster LLP    250 West 55th Street    New York, NY 10019 |
| aty | Marc Kieselstein | Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 |
| aty | Mark Andrew Fink | Montgomery, McCracken, Walker & Rhoads    1105 N. Market Street    Suite 1500    Wilmington, DE 19081 |
| aty | Mark D. Collins | Richards, Layton & Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801 |
| aty | Mark F. Hebbeln | Foley & Lardner LLP    321 North Clark Street    Suite 2800    Chicago, IL 60610 |
| aty | Mark K. Thomas | Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602 |
| aty | Michael A. Paskin | Cravath, Swaine & Moore LLP    Worldwide Plaza    825 Eighth Avenue    New York, NY 10019−7475 |
| aty | Michael G. Busenkell | Gellert Scali Busenkell & Brown, LLC    913 N. Market St.    10th Floor    Wilmington, DE 19801 |
| aty | Natalie D. Ramsey | Montgomery, McCracken, Walker & Rhoads    1105 North Market Street    15th Floor    Wilmington, DE 19801 |
| aty | Natalie D. Ramsey | Montgomery, McCracken, Walker & Rhoads    1105 North Market Street    15th Floor    Wilmington, DE 19801 |
| aty | Peter Jonathon Young | Proskauer Rose LLP    70 W. Madison St.    Suite 3800    Chicago, IL 60602 |
| aty | Raymond Howard Lemisch | Klehr Harrison Harvey Branzburg LLP    919 N. Market Street    Suite 1000    Wilmington, DE 19801 |
| aty | Richard L. Schepacarter | Office of the United States Trustee    U. S. Department of Justice    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801 |
| aty | Robert J. Giuffra, Jr. | Sullivan & Cromwell LLP    125 Broad Street    New York, NY 10004 |
| aty | Scott D. Talmadge | Kaye Scholer LLP    250 West 55th Street    New York, NY 10019−9710 |
| aty | Seth Goldman | Munger Tolles & Olson LLP    355 South Grand Avenue    35th Floor    Los Angeles, CA 90071 |
| aty | Shanti M. Katona | Polsinelli PC    222 Delaware Avenue    Suite 1101    Wilmington, DE 19801 |
| aty | Stephen E. Hessler | Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Steven L. Holley | Sullivan & Cromwell LLP    125 Broad Street    New York, NY 10004 |
| aty | Steven N. Serajeddini | Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 |
| aty | Thomas B. Walper | Munger Tolles & Olson LLP    355 South Grand Avenue    35 Floor    Los Angeles, CA 90071 |
| aty | Todd M. Goren | Morrison & Foerster LLP    250 West 55th Street    New York, NY 10019 |
| aty | Trevor M Broad | Cravath, Swaine and Moore LLP    Worldwide Plaza    825 Eighth Avenue    New York, NY 10019−7475 |
| | Richard L. Schepacarter | J. Caleb Boggs Federal Building    844 N. King Street    Room 2207, Lockbox 35    Wilmington, DE 19801 |
| | Andrea B. Schwartz | J. Caleb Boggs Federal Building    844 N. King Street    Room 2207, Lockbox 35    Wilmington, DE 19801 |
| | David M. Klauder | 901 N. Market Street    Suite 1000    Wilmington, DE 19801 |
| | Shannon J. Dougherty | 901 N. Market Street    Suite 1000    Wilmington, DE |
| | Joseph H. Huston, Jr. | 1105 N. Market Street    Suite 700    Wilmington, DE 19801 |
| | Richard Levin | Jenner & Block    919 Third Avenue    New York, NY 10022−3908 |
| | David P. Primack | 300 Delaware Avenue    Suite 770    Wilmington, DE 19801 |
| | Mark B. Sheppard | 1105 North Market Street    15th Floor    Wilmington, DE 19801 |

TOTAL: 49