# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JudyF | Date Created: 12/3/2015 |
| Case: 14−10979−CSS | Form ID: van440 | Total: 19 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| aty | Andrea Beth Schwartz | U.S. Department of Justice – Office of the U.S. Trustee    U.S. Federal Office Building    201 Varick Street, Rm 1006    New York, NY 10065 |
| aty | Brian Schartz | c/o Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Chad J. Husnick | Kirkland & Ellis, LLP    300 North LaSalle Street    Chicago, IL 60654 |
| aty | Daniel J. DeFranceschi | Richards, Layton & Finger    One Rodney Square, P.O. Box 551    Wilmington, DE 19899 |
| aty | David M. Klauder | Bielli & Klauder, LLC    1204 N. King Street    Wilmington, DE 19801 |
| aty | Edward O. Sassower | Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | James H.M. Sprayregen | Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Jason M. Madron | Richards, Layton & Finger, P.A.    One Rodney Square    P.O. Box 551    Wilmington, DE 19899 |
| aty | Jeff J. Marwil | Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602 |
| aty | Marc Kieselstein | Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 |
| aty | Mark D. Collins | Richards, Layton & Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801 |
| aty | Mark K. Thomas | Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602 |
| aty | Michael G. Busenkell | Gellert Scali Busenkell & Brown, LLC    913 N. Market St.    10th Floor    Wilmington, DE 19801 |
| aty | Richard L. Schepacarter | Office of the United States Trustee    U. S. Department of Justice    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801 |
| aty | Scott D. Talmadge | Kaye Scholer LLP    250 West 55th Street    New York, NY 10019−9710 |
| aty | Stephen E. Hessler | Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Steven N. Serajeddini | Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 |
| | Peter J. Young | Three First National Plaza    70 W. Madison Street, Suite 3800    Chicago, IL 60602 |
| | Shannon J. Dougherty | 901 N. Market Street    Suite 1000    Wilmington, DE 91801 |

TOTAL: 19