UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number:  14-10979 (CSS)        BK(●) AP( )

If AP, related BK case number:

Title of Order Appealed:  Order Sustaining the EFIH Debtors Partial Objection to Proof of Claim No. 6347 (docket #7119 and Memorandum Opinion-Docket #6781.

Docket #: 7119,    Date Entered: 11/24/2015

Item Transmitted:

| | | Docket #: | Date Filed: |
|---|---|---|---|
| ✓ | Notice of Appeal | 7197 | 12/2/2015 |
| ☐ | Amended Notice of Appeal | | |
| ☐ | Cross Appeal | | |
| ☐ | Motion for Leave to Appeal | | |
| ☐ | Request for Certification of Direct Appeal | | |

**Appellant/Cross Appellant:**

The Subsequent Settling EFIH PIK Noteholders

**Appellee/Cross Appellee**

Debtors and Debtors In Possession

**Counsel for Appellant/Cross Appellant:**

Mike Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE  19801

**Counsel for Appellee/Cross Appellee:**

Jason M. Madron, Esq.
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Richards Layton & Finger, P.A.
920 N. King Street

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ○ | ● |
| *If Yes, has District Court assigned a Civil Action Number? | ○ | ● |
| Civil Action Number: | | |
| | ○ | ● |

(continued on next page)

Notes:    See attached sheet for additional counsel.

*I hereby certify that all designated items are available electronically through CM/ECF.*

Date: 12/3/2015            by: _____
                                        Judy Fisher
                                        **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    BAP-15-76

The names of all parties to the Order and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Counsel |
|---|---|
| Appellants | GELLERT SCALI BUSENKELL & BROWN, LLC<br>Mike Busenkell (No. 3933)<br>913 N. Market Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 425-5812<br>Email: mbusenkell@gsbblaw.com<br><br>-and-<br><br>KAYE SCHOLER LLP<br>Scott D. Talmadge (admitted *pro hac vice*)<br>250 West 55th Street<br>New York, NY 10019<br>Telephone: (212) 836-8000<br>Email: scott.talmadge@kayescholer.com |
| UMB Bank, N.A., as Trustee | KLEHR HARRISON HARVEY BRANZBURG LLP<br>Raymond H. Lemisch (No. 4204)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Email: rlemisch@klehr.com<br><br>-and-<br><br>FOLEY & LARDNER LLP<br>Harold L. Kaplan (admitted *pro hac vice*)<br>Mark F. Hebbeln (admitted *pro hac vice*)<br>Lars A. Peterson (admitted *pro hac vice*)<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br>Telephone: (312) 832-4500<br>Email: hkaplan@foley.com<br>       mhebbeln@foley.com<br>       lapeterson@foley.com<br><br>Barry G. Felder (admitted *pro hac vice*)<br>Jonathan H. Friedman (admitted *pro hac vice*) |

| Party | Counsel |
|---|---|
|  | 90 Park Avenue<br>New York, NY 10016<br>Telephone: (212) 682-7474<br>Email: bgfelder@foley.com<br>       jfriedman@foley.com |
| Andrew R. Vara, Acting United States Trustee | U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. TRUSTEE<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Email: Richard.Schepacarter@usdoj.gov<br>       Andrea.B.Schwartz@usdoj.gov |
| Appellees-Debtors and Debtors in Possession | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Email: collins@rlf.com<br>       defranceschi@rlf.com<br>       madron@rlf.com<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>Edward O. Sassower, P.C. (admitted *pro hac vice*)<br>Stephen E. Hessler (admitted *pro hac vice*)<br>Brian E. Schartz (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Email: edward.sassower@kirkland.com<br>       stephen.hessler@kirkland.com<br>       brian.schartz@kirkland.com<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>Marc Kieselstein, P.C. (admitted *pro hac vice*)<br>Chad J. Husnick (admitted *pro hac vice*)<br>Steven N. Serajeddini (admitted *pro hac vice*) |

| Party | Counsel |
|---|---|
| | 300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Email: james.sprayregen@kirkland.com<br>       marc.kieselstein@kirkland.com<br>       chad.husnick@kirkland.com<br>       steven.serajeddini@kirkland.com |
| Energy Future Holdings Corp. | O'KELLY ERNST & BIELLI, LLC<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 778-4000<br>Email: dklauder@oeblegal.com<br>       sdougherty@oeblegal.com<br><br>-and-<br><br>PROSKAUER ROSE LLP<br>Jeff J. Marwil (admitted *pro hac vice*)<br>Mark K. Thomas (admitted *pro hac vice*)<br>Peter J. Young (admitted *pro hac vice*)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone: (312) 962-3550<br>Email: jmarwil@proskauer.com<br>       mthomas@proskauer.com<br>       pyoung@proskauer.com |
| Energy Future Intermediate Holding Company LLC | STEVENS & LEE, P.C.<br>Joseph H. Huston, Jr. (No. 4035)<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br>Email: jhh@stevenslee.com<br><br>-and-<br><br>CRAVATH, SWAINE AND MOORE LLP<br>Michael A. Paskin, Esq.<br>Trevor M. Broad, Esq.<br>Worldwide Plaza<br>825 Eighth Avenue |

| Party | Counsel |
|---|---|
|  | New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>Email: mpaskin@cravath.com<br>        tbroad@cravath.com<br><br>-and-<br><br>JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>Email: rlevin@jenner.com |
| TCEH Debtors | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>David P. Primack (No. 4449)<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>Email: dprimack@mdmc-law.com<br><br>-and-<br><br>MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper<br>Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Email: Thomas.Walper@mto.com<br>        Seth.Goldman@mto.com |
| TCEH Official Committee | MORRISON & FOERSTER LLP<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Email: jpeck@mofo.com<br>        brettmiller@mofo.com<br>        lmarinuzzi@mofo.com<br>        tgoren@mofo.com |

| Party | Counsel |
|---|---|
|  | -and-<br><br>POLSINELLI PC<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Email: cward@polsinelli.com<br>         jedelson@polsinelli.com<br>         skatona@polsinelli.com |
| The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. | MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>E-mail: nramsey@mmwr.com<br>          msheppard@mmwr.com<br>          mfink@mmwr.com<br><br>-and-<br><br>SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>E-mail: dietdericha@sullcrom.com<br>          holleys@sullcrom.com<br>          giuffrar@sullcrom.com<br>          gluecksteinb@sullcrom.com |