# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 12/3/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Hesser | Foley & Lardner LLP | UMB Bank, NA, as trustee |
| Harold Kaplan | " | " |
| Stephen Miller | Morris James LLP | Law Debenture of New York, Indenture Trustee |
| Daniel Lowenthal | Patterson Belknap | " |
| John Bird | Fox Rothschild | TCEH Ad Hoc Unsec Notes Group |
| Jeffrey Schlerf | " | " |
| Chris Shore | White & Case | " |
| Tom Lauria | " | " |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| David Primack | McElroy Deutsch Mulvaney Carpenter | TCEH Retires |
| Thomas Walper | Munger Tolles Olson | " |
| Jerry Lumzah | Kleh Harrison | UMB Bank, NA In Trustee |
| Scott Alberino | Akin Gump | " |
| Ned Schodek | Shearman & Sterling | Deutsche Bank New York |
| R. Stephen McNeill | Potter Anderson & Corroon | " |
| Mark A. Frank | LUMNR | E-Side Committee |
| Fred Checkstein | SEC | " |
| [illegible] | [illegible] | DOE |
| Howard A. Cohen | Drinker Biddle & Reath | Citibank DIP Agent |

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 12/3/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brian Neumann, Jacob Adlerstein | Paul Weiss Rifkind Wharton Garrison | Ad Hoc Committee of TCEH First Lien Creditors |
| Robert K. Morgan | Young Conaway | TCEH First Lien Creditors |
| Bradford Sandler | Pachulski Stang | Fee Committee |
| Richard Gitlin | Gitlin & Co | Fee Committee |
| Richard Pedone | Nixon Peabody LLP | AST as Indenture Trustee |
| David Klauder | Bielli & Klauder | EFH Corp |
| Mark Thomas | Proskauer | " |
| Peter Young | " | " |
| Mark Kotwick, Arlene Alves | Seward & Kissel | REH First Lien Mgmt |
| Emil Kleinhaus | Wachtell Lipton | EFH Equity Owners |
| Richard Mason | " | " |
| Marc Kieselstein | Kirkland & Ellis | Debtors |
| Edward Sassower | " | " |
| Chad Husnick | " | " |
| Steve Serajeddini | " | " |
| Dan DeFranceschi | Richards Layton & Finger | " |
| Daniel K. Hogan | Hogan ◌◌◌ | Fenicle & Fahy |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 12/3/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jef Jonas | Brown Rudnick | Consortium 2nd Lien |
| Josh Marshall | " | " |
| Bill Bowden | Ashby Geddes | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Computershare |
| Rachael Ringer | Kramer Levin | Computershare |
| Jack McMahon | Cahill Gordon & Astin | TXU 2047-1 RML CMC |
| Joseph H. Huston, Jr. | Stevens + Lee PC | EFIH Special Conflicts Council |
| Christopher Simon | Cross & Simon | American Stock Transfer |
| Scott Miller, Todd Goren, Encl Richards | Morrison + Foerster LLP | TCEH Official Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi #6

Calendar Date: 12/03/2015
Calendar Time: 10:00 AM ET

1st Revision 12/02/2015 03:58 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7298329 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7299453 | Phil Anker | (212) 230-8890 | Wilmer Cutler Pickering Hale & Dorr, LLP | Plaintiff(s), Delaware Trust Co / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7297881 | Ashley F. Bartram | (512) 475-4937 | Attorney General of Texas-Bankruptcy & Collections Div. Only | Interested Party, Public Utility Commission of Texas, et al. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7292472 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7297830 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7295100 | Brooke Chadeayne | (713) 226-1340 | Locke Lord LLP | Interested Party, Locke Lord LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7303346 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7295693 | Mary E. Ciullo | (617) 345-1088 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7292232 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7292525 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7297851 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

| Energy Future Holdings Corp. | 14-10979 | Hearing | 7293111 | Adam M. Denhoff | (212) 373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee of First Lien Lenders / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7295507 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Interested Party, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7299205 | Michelle Dreyer - Client | (212) 808-7925 | Kelley Drye & Warren LLP | Client, Michelle Dreyer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7299194 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Indenture / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7302826 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Interested Party, UMB Bank, N.A., as indenture trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7237693 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, EFH Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7294966 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7300157 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7295881 | Philip A. Gelston | (212) 474-1508 | Cravath Swaine & Moore LLP | Specially Appearing For, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7296832 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Munger, Tolles & Olson LLP/Energy Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7299498 | Isley M Gostin | (202) 663-6551 | WilmerHale LLP | Creditor, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7299471 | David Gringer | (202) 663-6000 | Wilmer Cutler Pickering Hale & Dorr, LLP | Creditor, Delaware Trust Co / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7297928 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7297892 | Christopher Hahm | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citi Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7295069 | Paul Heath | 214-220-7976 | Vinson & Elkins LLP | Interested Party, Hunt Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7294948 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holdings, et al. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7295480 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |

| Case Name | Case # | Proceeding | CourtCall ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7302896 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7298281 | Matthew W. Kinskey | (202) 887-4516 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7292503 | Charles Koster | (212) 819-7845 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7292140 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7301192 | Alexa J. Kranzley | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7301927 | Michael Lee | (212) 317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7294724 | Richard Levin | (212) 891-1600 ext. 1601 | Jenner & Block LLP | Debtor, Independent Council for Energy Future Intermediate / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7301488 | Kevin M. Lippman | (214) 855-7553 | Munsch Hardt Kopf & Harr, P.C. | Creditor, ERCOT / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7301360 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7302807 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Debtor, Citibank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7296529 | Tina Moss | (212) 262-6900 | Perkins Coie LLP | Trustee, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7300336 | Lars A. Peterson | (312) 832-5394 | Foley & Lardner, LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7293600 | Brian Pfeiffer | (212) 756-2157 | Schulte Roth & Zabel LLP | Creditor, Centerbridge / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7298304 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7296461 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7294596 | Andrea B. Schwartz | 302-573-6491 | Office of the US Trustee | U.S. Trustee, Andrea Schwartz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7298525 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Creditor, Deutsche Bank National Trust Company / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7299518 | Richard A. Stieglitz | (212) 701-3393 ext. 00 | Cahill Gordon & Reindel | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7292163 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7293574 | Brian Tong | (212) 756-2159 | Schulte Roth & Zabel LLP | Creditor, Centerbridge / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7293135 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7294718 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7302705 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7295528 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7302816 | Alan Zimmerman | (646) 415-8143 | S&P Capital IQ | Non-Party, LCD S&P Capital IQ / LISTEN ONLY |