**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP, *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

# NOTICE OF APPEAL

Mudrick Capital Management L.P. ("Mudrick Capital"), pursuant to 28 U.S.C. § 158 and Federal Rule of Bankruptcy Procedure 8002, appeals this Court's *Order* dated November 24, 2015 [D.I. 7118] sustaining the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 filed by the Indenture Trustee for the EFIH Unsecured Notes as it relates to the portion of the PIK Claim seeking postpetition interest at the rate specified in the PIK Indenture, the *Memorandum Opinion* related to that Order [D.I. 6782], and all other orders, opinions, or decisions merged into the foregoing Order and Memorandum Opinion.

The names of all parties to the Order and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| *PARTY* | *COUNSEL* |
|---|---|
| *Appellant* | **THE ROSNER LAW GROUP LLC**<br>Frederick B. Rosner, Esq. (DE 3995)<br>Julia B. Klein, Esq. (DE 5198)<br>824 Market Street, Suite 810<br>Wilmington, DE 19801<br>(302) 777-1111<br>rosner@teamrosner.com<br>klein@teamrosner.com<br><br>and<br><br>Tracy L. Klestadt, Esq.<br>John E. Jureller, Jr., Esq. |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. A complete list of debtors and their respective tax identification numbers may be found at http://www.efhcaseinfo.com.

{00017145. }

| | |
|---|---|
| | Stephanie Sweeney, Esq.<br>**KLESTADT WINTERS JURELLER SOUTHARD STEVENS LLP**<br>200 West 41st Street<br>17th Floor<br>New York, NY 10036<br>(212) 972-3000<br>tklestadt@klestadt.com<br>jjureller@klestadt.com<br>ssweeney@klestadt.com |
| *Andrew R. Vara, Acting United States Trustee* | **U.S. DEPARTMENT OF JUSTICE OFFICE OF THE U.S. TRUSTEE**<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street<br>Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Richard.Schepacarter@usdoj.gov<br>Andrea.B.Schwartz@usdoj.gov |
| *Appellees-Debtors and Debtors in Possession* | **RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>edward.sassower@kirkland.com<br>stephen.hessler@kirkland.com<br>brian.schartz@kirkland.com<br><br>James H.M. Sprayregen, P.C. |

2

{00017145. }

| | |
|---|---|
| | Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Email: james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>chad.husnick@kirkland.com<br>steven.serajeddini@kirkland.com |
| *Energy Future Holdings Corp.* | **O'KELLY ERNST & BIELLI, LLC**<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 778-4000<br>dklauder@oeblegal.com<br>sdougherty@oeblegal.com<br><br>-and-<br><br>**PROSKAUER ROSE LLP**<br>Jeff J. Marwil<br>Mark K. Thomas<br>Peter J. Young<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone: (312) 962-3550jmarwil@proskauer.com<br>mthomas@proskauer.com<br>pyoung@proskauer.com |
| *Energy Future Intermediate Holding Company LLC* | **STEVENS & LEE, P.C.**<br>Joseph H. Huston, Jr. (No. 4035)<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br>jhh@stevenslee.com<br><br>-and-<br><br>**CRAVATH, SWAINE AND MOORE LLP**<br>Michael A. Paskin<br>Trevor M. Broad<br>Worldwide Plaza |

{00017145. }

| | |
|---|---|
| | 825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>mpaskin@cravath.com<br>tbroad@cravath.com<br><br>-and-<br><br>**JENNER & BLOCK**<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>rlevin@jenner.com |
| *TCEH Debtors* | **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**<br>David P. Primack (No. 4449)<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>dprimack@mdmc-law.com<br><br>-and-<br><br>**MUNGER, TOLLES & OLSON LLP**<br>Thomas B. Walper<br>Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Thomas.Walper@mto.com<br>Seth.Goldman@mto.com |
| *TCEH Official Committee* | **MORRISON & FOERSTER LLP**<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>jpeck@mofo.com<br>brettmiller@mofo.com<br>lmarinuzzi@mofo.com<br>tgoren@mofo.com |

4

{00017145. }

| | |
|---|---|
| | -and-<br><br>**POLSINELLI PC**<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br>skatona@polsinelli.com |
| *The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.* | **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>nramsey@mmwr.com<br>msheppard@mmwr.com<br>mfink@mmwr.com<br><br>and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>dietdericha@sullcrom.com<br>holleys@sullcrom.com giuffrar@sullcrom.com<br>gluecksteinb@sullcrom.com |
| *Ad Hoc Group of Non-Settling EFIH PIK Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P. and Marathon Asset Management, LP on Behalf of* | **GELLERT SCALI BUSENKELL & BROWN, LLC**<br>Michael Busenkell (No. 3933)<br>913 N. Market Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 425-5812<br>mbusenkell@gsbblaw.com |

Case 14-10979-CSS    Doc 7223    Filed 12/04/15    Page 6 of 7

| | |
|---|---|
| *Funds and Accounts that they each Manage or Advise* | -and-<br><br>**KAYE SCHOLER LLP**<br>Scott D. Talmadge, Esq.<br>250 W. 55th Street<br>New York, NY 10019<br>Telephone: (212) 836-8000<br>scott.talmadge@kayescholer.com |
| *Counsel for UMB BANK, N.A., as Indentured Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 (the "PIK Notes")* | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Ira S. Dizengoff<br>Abid Qureshi<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br><br>Scott L. Alberino<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br><br>-and-<br><br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Raymond H. Lemisch (No. 4204)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br><br>-and-<br><br>**FOLEY & LARDNER LLP**<br>Harold L. Kaplan<br>Mark F. Hebbeln<br>Lars A. Peterson<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br>Telephone: (312) 832-4500<br><br>Barry G. Felder<br>Jonathan H. Friedman<br>90 Park Avenue New York, NY 10016<br>Telephone: (212) 682-7474 |

6

{00017145. }

Dated:  December 4, 2015
        Wilmington, Delaware

                **THE ROSNER LAW GROUP LLC**

                */s/ Julia Klein*
                Frederick B. Rosner, Esq. (DE 3995)
                Julia B. Klein, Esq. (DE 5198)
                824 Market Street, Suite 810
                Wilmington, DE 19801
                (302) 777-1111
                rosner@teamrosner.com
                klein@teamrosner.com

                and

                Tracy L. Klestadt, Esq.
                John E. Jureller, Jr., Esq.
                Stephanie Sweeney, Esq.
                **KLESTADT WINTERS JURELLER**
                **SOUTHARD STEVENS LLP**
                200 West 41st Street
                17th Floor
                New York, NY 10036
                (212) 972-3000
                tklestadt@klestadt.com
                jjureller@klestadt.com
                ssweeney@klestadt.com

                *Counsel for Appellant Mudrick Capital*