## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP, *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Mudrick Capital Management L.P. ("Mudrick Capital"), pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in these cases be delivered to and served upon the counsel identified below at the following addresses and further requests to be added to the Master Service List:

| | |
|---|---|
| Frederick B. Rosner, Esq. | Tracy L. Klestadt, Esq. |
| Julia B. Klein, Esq. | John E. Jureller, Jr., Esq. |
| **THE ROSNER LAW GROUP LLC** | Stephanie Sweeney, Esq. |
| 824 Market Street, Suite 810 | **KLESTADT WINTERS JURELLER** |
| Wilmington, DE 19801 | **SOUTHARD STEVENS LLP** |
| rosner@teamrosner.com | 200 West 41st Street |
| klein@teamrosner.com | 17th Floor |
| | New York, NY 10036 |
| | (212) 972-3000 |
| | tklestadt@klestadt.com |
| | jjureller@klestadt.com |
| | ssweeney@klestadt.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. A complete list of debtors and their respective tax identification numbers may be found at http://www.efhcaseinfo.com.

{00017100. }

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Mudrick Capital's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, setoffs, or recoupments to which Mudrick Capital is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Mudrick Capital expressly reserves.

Dated: December 4, 2015
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Counsel for Mudrick Capital*

2