**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: D.I. 6952** |

**CERTIFICATE OF NO OBJECTION REGARDING THE "TENTH MONTHLY FEE
STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN
ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015"
(NO ORDER REQUIRED)**

On November 11, 2015, the *Tenth Monthly Fee Statement For Compensation And
Reimbursement Of Expenses  of Cravath, Swaine & Moore LLP ("Cravath")* [D.I. 6952; the "Monthly
Fee Statement"] was filed with this Court  and served upon the Notice Parties as required by the
*Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [D.I. 1896] and the *Order
Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*,
dated September 16, 2014 [D.I. 2066]. Under the *Notice of Fee Statement* filed and served with the
Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served in
accordance with the foregoing Orders no later than **December 2, 2015 at 4:00 p.m.** Eastern Time.

On November 23, 2015, the Fee Committee advised Cravath that, despite the Fee
Committee's reservation of rights to object to the interim expense reimbursement request, the
Fee Committee does not object to the payment of 80% of the fees and 100% of the expenses

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The
location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large
number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of
the debtors and the last four digits of their federal tax identification numbers is not provided herein.
A complete list of such information may be obtained on the website of the debtors' claims and
noticing agent at http://www.efhcaseinfo.com.

requested in the Monthly Fee Statement.  Aside from the foregoing,  the undersigned certifies

that no answer, objection or other response to the Monthly Fee Statement was filed or  served as

required, and that as of December 4, 2015, none appeared on the Court's docket in this case.

Consequently, Energy Future Intermediate Holding Company LLC, debtor and

debtor in possession in the above-captioned case, is authorized to pay Cravath 80% of the fees

and 100% of the expenses requested in the Monthly Fee Statement upon the filing of this

Certificate without the need for a further Court order. A summary of the fees and expenses that

Cravath seeks is attached as **Exhibit A**.

Dated: December 4, 2015

Respectfully submitted,
STEVENS & LEE, P.C.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
Camille C. Bent (*admitted pro hac vice*)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel:    (302) 425-3310
Fax:    (610) 371-7927
Email: jhh/ccb@stevenslee.com

-and-

Richard Levin, Esquire
JENNER & BLOCK
919 Third Avenue
New York, NY 10022-3908
Tel:    (212) 891-1601
Fax:    (212) 891-1699
Email: rlevin@jenner.com

-and-

2

Michael A. Paskin, Esquire
Trevor M. Broad, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel:    (212) 474-1760
Fax:    (212) 474-3700
Email: mpaskin@cravath.com
          tbroad@cravath.com

*Independent Counsel for Energy Future
Intermediate Holding Company LLC*

**EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue, New York, NY 10024 | Tenth Monthly Fee Statement 09/01/2015 through 09/30/2015 Docket No. 6952 | $370,792.00 | $2,046.41 | 12/2/2015 | $296,633.60 | $2,046.41 | $74,158.40 |