**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | **Re: D.I. 5249, 6085 & 7186** |

**CERTIFICATION OF COUNSEL CONCERNING ORDER GRANTING THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, TO APPROVE A SETTLEMENT OF LITIGATION CLAIMS AND AUTHORIZE THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE SETTLEMENT AGREEMENT**

The undersigned hereby certifies as follows:

1. On August 10, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement* [D.I. 5249] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors sought entry of an order (i) approving the settlement of litigation on the terms outlined in that certain Settlement Agreement, attached as "Exhibit 1" to "Exhibit A" of the Motion (the "Settlement Agreement"),[2] by and

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Settlement Agreement.

among the Debtors and the other parties thereto, and (ii) authorizing the Debtors to enter into and perform under the Settlement Agreement.

2. Contemporaneously with the Motion, the Debtors also filed the *Order Approving Settlement of Intercompany Claims and Certain Other Claims* (as amended by D.I. 6085) in connection with the Motion. The Debtors filed a further revised order on December 1, 2015 (see D.I. 7186, the "Proposed Order").

3. A trial to consider approval of the Settlement Agreement and confirmation of the Plan commenced on November 3, 2015 and concluded on December 2, 2015. In an oral ruling on December 3, 2015, the Court approved the Settlement Agreement, subject to a ruling on the mechanism for payment of professional fees pursuant to Section 2.7B of the Settlement Agreement. The Debtors have revised the Proposed Order (the "Revised Order") consistent with the Court's ruling. The Revised Order has been circulated to and is acceptable to (1) the United States Trustee for the District of Delaware; (2) counsel to the Fee Committee; (3) counsel to the TCEH Committee; (4) counsel to the ad hoc group of TCEH first lien lenders; (5) counsel to the ad hoc consortium of the TCEH second lien noteholders; (6) counsel to the indenture trustee of the EFH notes; (7) counsel to the indenture trustee for the EFIH first lien notes; (8) counsel to the indenture trustee for the EFIH second lien notes; (9) counsel to Fidelity Management & Research Company; and (10) counsel to the ad hoc group of EFIH PIK noteholders. A copy of the Revised Order is attached hereto as **Exhibit A**. A blackline, comparing the Revised Order against the Proposed Order, is attached hereto as **Exhibit B**.

4. The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order at its earliest convenience.

Dated: December 6, 2015
Wilmington, Delaware

*/s/ Joseph C. Barsalona II*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com
barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession