IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) | (Jointly Administered) |
|  | ) ) ) | **Re: D.I. 7180 & 7187** |

**CERTIFICATION OF COUNSEL CONCERNING ORDER CONFIRMING THE SIXTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP.,** ***ET AL.****,* **PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

The undersigned hereby certifies as follows:

1. On December 1, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 7187] (the "Plan"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

2. Contemporaneously with the filing of the Plan, the Debtors filed a proposed form of the *Order Confirming the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,* et al.*, pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 7180] (the "Proposed Confirmation Order").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13488388v.1

3. A trial to consider confirmation of the Plan and the Proposed Confirmation Order commenced on November 3, 2015 and concluded on December 2, 2015 (the "Confirmation Hearing"). Consistent with the Court's ruling on the record on December 3, 2015, and comments received from the United States Trustee for the District of Delaware, the Debtors' prepared a revised version of the Proposed Confirmation Order (the "Revised Confirmation Order"), a copy of which is attached hereto as **Exhibit A**. The Revised Confirmation Order has been circulated to and is acceptable to (1) the United States Trustee for the District of Delaware; (2) counsel to the Fee Committee; (3) counsel to the TCEH Committee; (4) counsel to the ad hoc group of TCEH first lien lenders; (5) counsel to the ad hoc consortium of the TCEH second lien noteholders; (6) counsel to the indenture trustee of the EFH notes; (7) counsel to the indenture trustee for the EFIH first lien notes; (8) counsel to the indenture trustee for the EFIH second lien notes; (9) counsel to Fidelity Management & Research Company; and (10) counsel to the ad hoc group of EFIH PIK noteholders. A blackline, comparing the Revised Confirmation Order against the Proposed Confirmation Order, is attached hereto as **Exhibit B**.

4. The Debtors therefore respectfully request that the Court enter the Revised Confirmation Order at its earliest convenience.

[*Remainder of page intentionally left blank.*]

Dated: December 6, 2015 */s/ Joseph C. Barsalona II*
Wilmington, Delaware **RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com
barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 13488388v.1