## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: December 28, 2015 at 4:00 p.m. |

## NOTICE OF FEE STATEMENT

**PLEASE TAKE NOTICE** that Guggenheim Securities, LLC (the "**Applicant**")

has today filed the attached Twelfth Monthly Fee Statement of Guggenheim Securities, LLC,

investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings

Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI,

Inc. for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses

Incurred From October 1, 2015 Through October 31, 2015 (the "**Fee Statement**") with the United

States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington,

Delaware 19801 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee

Statement must be made in accordance with the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I.

2066] (the "**Administrative Order**") and must be filed with the Clerk of the United States

Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801,

---

[1]   The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew R. Vara the acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company (the "**TCEH Committee**"), Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi and Jennifer Marines; (viii) co-counsel to the TCEH Committee, Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attn: Christopher A. Ward; (ix) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; (x) co-counsel to the EFH Committee, Sullivan & Cromwell, LLP, 125 Broad Street, New York, NY 10004-2498, Attn. Judith Fiorini and Alexa Kranzley; (xi) co-

counsel to the EFH Committee, Montgomery McCracken, Walker & Rhoads, LLP, 1105 North Market Street, 15th Floor, Wilmington, DE 19801, Attn: Natalie D. Ramsey and Davis Lee Wright; and (xii) the Applicant, Guggenheim Securities, LLC, 330 Madison Avenue, New York, NY 10017, Attn: Ronen Bojmel, by **no later than 4:00 p.m. (Eastern Standard Time) on December 28, 2015** (the "**Objection Deadline**").

   **PLEASE TAKE FURTHER NOTICE** that if any responses or objections to the Fee Statement are timely filed, served and received in accordance with this notice, a hearing on the Fee Statement will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Administrative Order, if no objection to the Fee Statement is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of expenses requested in the Fee Statement or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

   **PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Fee Statement may be obtained from the Court's website, https://ecf.deb.uscourts.gov for a nominal fee or, free of charge, the website of the Debtors' claims and noticing agent, http://efhcaseinfo.com.

Dated:    Wilmington, Delaware
         December 7, 2015

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

  */s/ Mark A. Fink*
Mark A. Fink (DE Bar No. 3946)
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504 -7820
E-mail:    mfink@mmwr.com
            nramsey@mmwr.com
            dwright@mmwr.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: December 28, 2015 at 4:00 p.m. |

**COVER SHEETS TO TWELFTH MONTHLY FEE STATEMENT OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| | |
|---|---|
| **Name of Applicant:** | **Guggenheim Securities, LLC** |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. |
| Date of retention: | January 13, 2015 *nunc pro tunc* to November 12, 2014 |
| Period for which compensation and reimbursement is sought (the "Fee Period"): | October 1 – October 31, 2015 |
| Compensation sought as actual, reasonable, and necessary: | $200,000.00 (80% of $250,000.00) |
| Expense reimbursement sought as actual, reasonable, and necessary: | $50,810.45 |

This is a **monthly** fee statement. [2]

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined herein) and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with such orders.

## Prior Statements, Applications and Allowances

| DATE FILED, D.I. | PERIOD COVERED | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | FEES | EXPENSES | FEES | EXPENSES |
| 1/23/2015 D.I. 3360 | 11/12/2014 -- 11/30/2014 | $126,666.67 (80% of $158,333.33) | $25,593.86 | $158,333.33 | $25,381.11 |
| 2/5/2015 D.I. 3457 | 12/1/2014 – 12/31/2014 | $200,000.00 (80% of $250,000.00) | $36,188.68 | $250,000.00 | $35,923.59 |
| 2/26/2015 D.I. 3688 | 1/1/2015 – 1/31/2015 | $200,000.00 (80% of $250,000.00) | $28,260.46 | $250,000.00 | $28,095.56 |
| 3/24/2015 D.I. 3958 | 2/1/2015 – 2/28/2015 | $200,000.00 (80% of $250,000.00) | $21,558.01 | $250,000.00 | $20,873.25 |
| 4/21/2015 D.I. 4236 | 3/1/2015 – 3/31/2015 | $200,000.00 (80% of $250,000.00) | $7,994.34 | $250,000.00 | $7,868.88 |
| 5/21/2015 D.I. 4547 | 4/1/2015 – 4/30/2015 | $200,000.00 (80% of $250,000.00) | $14,044.11 | $250,000.00 | $13,736.85 |
| 6/22/2015 D.I. 4816 | 5/1/2015 – 5/31/2015 | $200,000.00 (80% of $250,000.00) | $7,687.22 | - | - |
| 7/21/2015 D. I. 5064 | 6/1/2015 – 6/30/2015 | $200,000.00 (80% of $250,000.00) | $1,961.32 | - | - |
| 8/21/2015 D. I. 5614 | 7/1/2015 – 7/31/2015 | $200,000.00 (80% of $250,000.00) | $4,298.86 | - | - |
| 9/22/2015 D. I. 6136 | 8/1/2015 – 8/31/2015 | $200,000.00 (80% of $250,000.00) | $5,481.25 | - | - |
| 11/12/2015 D. I. 6965 | 9/1/2015 – 9/30/2015 | $200,000.00 (80% of $250,000.00) | $993.94 | - | - |

### TIME DETAIL BY PROFESSIONAL

### ENERGY FUTURE HOLDINGS CORP., et al
### (Case No. 14-10979 (CSS))

### October 1, 2015 Through October 31, 2015

| Time by Professional | | |
| --- | --- | --- |
| **Name** | **Title** | **Total Hours** |
| Ronen Bojmel | Senior Managing Director | 125.5 |
| Michael Henkin | Senior Managing Director | 313.0 |
| Dean Keller | Senior Managing Director | 58.0 |
| Allen Otto | Managing Director | 46.0 |
| Alex Rohan | Managing Director | 135.5 |
| Ofir Nitzan | Vice President | 109.5 |
| Lauren Bruch | Vice President | 147.5 |
| Phillip Laroche | Associate | 127.0 |
| Robert Ramirez | Associate | 212.5 |
| Colin DeVore | Associate | 15.0 |
| David Paulzak | Analyst | 279.0 |
| Nick Palermo | Analyst | 165.5 |
| J. Y. Chia | Analyst | 123.0 |
| **Total (*)** | | **1,857.0** |

*Hours exclude certain Guggenheim employees (such as consultants, other than Robert Venerus, and legal, administrative, and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

# TIME DETAIL BY PROJECT CATEGORY

## ENERGY FUTURE HOLDINGS CORP., et al
### (Case No. 14-10979 (CSS))

### October 1, 2015 Through October 31, 2015

| Time by Category | |
| --- | --- |
| **Project Category** | **Total Hours** |
| A  -  Case Administration | 12.0 |
| B  -  Retention and Fee Applications | 17.0 |
| C  -  Travel | 124.0 |
| D  -  Court Testimony and Deposition | 109.5 |
| E  -  Analysis, Presentations and Diligence | 1,463.0 |
| F  -  Financing Matters | - |
| G  -  Mergers and Acquisitions Activity | 52.5 |
| H  -  Plan of Reorganization Review/Analysis and Negotiations | 15.0 |
| I  -  Valuation and Recoveries Analysis | 9.0 |
| J  -  Capital Structure Analysis | - |
| K  -  Debtor Correspondence | 7.5 |
| L  -  Committee Correspondence | 44.0 |
| M  -  Other Creditor Correspondence | 3.5 |
| **Total (*)** | **1,857.0** |

*Hours exclude certain Guggenheim employees (such as consultants, other than Robert Venerus, and legal, administrative, and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

EXPENSE SUMMARY

**ENERGY FUTURE HOLDINGS CORP., et al**
**(Case No. 14-10979 (CSS))**

**October 1, 2015 Through October 31, 2015**

| Expense Summary (*) | | | |
|---|---|---|---|
| | **Disbursements and Charges** | | |
| | **EFH Corp.** | **EFIH** | **Total** |
| Airfare | $5,921.57 | $5,921.57 | $11,843.14 |
| Hotel | 2,719.16 | 2,719.17 | 5,438.33 |
| Ground Transportation | 1,374.97 | 1,374.97 | 2,749.94 |
| Meals | 1,053.82 | 1,053.82 | 2,107.64 |
| Miscellaneous | 26.45 | 26.45 | 52.90 |
| Legal | 14,309.25 | 14,309.25 | 28,618.50 |
| **Total** | **$25,405.22** | **$25,405.23** | **$50,810.45** |

(Allocation of fees is described in paragraph 3 of the monthly fee statement filed together with these cover sheets.)

*Net of voluntary reductions of $5,025.77, consistent with EFH Fee Committee guidelines for expense reimbursement. See Exhibit A for additional detail.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: December 28, 2015 at 4:00 p.m. |

## TWELFTH MONTHLY FEE STATEMENT OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

Pursuant to sections 327, 328, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc.* Nunc Pro Tunc *to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h),* dated January 13, 2015 [D.I. 3276] (the "**Retention Order**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**"),

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330, Guggenheim Securities, LLC ("**Guggenheim Securities**"), investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "**EFH Committee**"), files this monthly fee statement (the "**Monthly Fee Statement**") of compensation for professional services and reimbursement for expenses incurred in the amounts described in the cover sheet hereto during the above-captioned period (the "**Fee Period**").

## Itemization of Services Rendered and Expenses Incurred

1.    Typical of investment bankers of its kind, Guggenheim Securities is not compensated by the hour, but through a structure of fixed fees and related compensation, such as was approved by the Retention Order. Accordingly, certain information appropriate to consideration of the fee requests of hourly-rate compensated professionals, such as blended rates or maturation, do not exist for Guggenheim Securities.

2.    Attached as **Exhibit A** and **Exhibit A-1** to this Monthly Fee Statement is a detailed listing of Guggenheim Securities' expense records for the Fee Period, including invoices reflecting Guggenheim Securities' own legal expenses incurred during the Fee Period in connection with Guggenheim Securities' services to the EFH Committee.

## Proposed Payment Allocation

3.    All services for which Guggenheim Securities requests compensation were performed on behalf of the EFH Committee. The EFH Committee represents creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance,

Inc. and EECI, Inc. Guggenheim Securities' compensation is proposed as a joint and several expense of each of these estates pursuant to section 328 of the Bankruptcy Code. With respect to the allocation of fees and expenses contemplated by section 2(b) of the Interim Compensation Order, Guggenheim Securities proposes the allocation of the fees and expenses set forth herein equally between (a) Energy Future Holdings Corporation ("**EFH Corp.**") and (b) Energy Future Intermediate Holding Company, LLC ("**EFIH**"):

| Debtors | Time Allocation | Monthly Fee | | Expenses |
| | | Total Fees | 80% of Fees | |
|---|---|---|---|---|
| EFH Corp. | 50.0% | $125,000.00 | $100,000.00 | $25,405.22 |
| EFIH | 50.0% | $125,000.00 | $100,000.00 | $25,405.23 |
| **Total** | **100.0%** | **$250,000.00** | **$200,000.00** | **$50,810.45** |

4.     To the extent necessary, reallocation of the fees and expenses set forth above will occur in interim and/or final fee applications.

### Reservation of Rights and Notice

5.     Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Guggenheim Securities reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.

Dated: December 7, 2015

_____
Ronen Bojmel
Senior Managing Director and
Co-head of Restructuring
Guggenheim Securities, LLC

# EXHIBIT A

**Detailed Description of Expenses**

Guggenheim Securities

Expense Details | EXHIBIT A

**GUGGENHEIM SECURITIES, LLC**
**EXPENSE DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| Original Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 9/23/2015 | Airfare | $3,852.20 | $2,114.00 | $1,738.20 | Michael Henkin | United Airlines | Round-trip flights from SFO to JFK / JFK to SFO for EFH Meeting |
| 9/28/2015 | Airfare | 1,620.10 | 751.00 | 869.10 | Michael Henkin | United Airlines | Round-trip flights from SFO to JFK / JFK to SFO for EFH Meeting |
| 10/2/2015 | Airfare | 390.00 | 0.00 | 390.00 | Michael Henkin | United Airlines | Airfare change fee for 10/12 flight |
| 10/8/2015 | Airfare | 3,431.64 | 1,693.44 | 1,738.20 | Michael Henkin | United Airlines | Round-trip flights from SFO to JFK / JFK to SFO for EFH Meeting |
| 10/12/2015 | Airfare | 200.00 | 0.00 | 200.00 | Michael Henkin | United Airlines | Airfare change fee for 10/20 flight |
| 10/15/2015 | Airfare | 200.00 | 0.00 | 200.00 | Michael Henkin | United Airlines | Airfare change fee for 10/21 flight |
| 10/26/2015 | Airfare | 1,860.60 | 0.60 | 1,860.00 | Ofir Nitzan | American Airlines | Airfare for client meeting in Dallas |
| 10/26/2015 | Airfare | 1,860.60 | 0.00 | 1,860.60 | Nick Palermo | American Airlines | Airfare for client meeting in Dallas |
| 10/26/2015 | Airfare | 1,126.44 | 0.00 | 1,126.44 | Lauren Bruch | Delta | Airfare for client meeting in Dallas |
| 10/26/2015 | Airfare | 1,860.60 | 0.00 | 1,860.60 | Allen Otto | American Airlines | Airfare for client meeting in Dallas |
| 9/30/2015 | Hotel | 68.12 | 6.22 | 61.90 | Michael Henkin | Hyatt | Hotel for stay in New York for business |
| 9/30/2015 | Hotel | 438.10 | 0.00 | 438.10 | Michael Henkin | Hyatt | Hotel for stay in New York for business |
| 10/5/2015 | Hotel | 264.76 | 0.00 | 264.76 | Michael Henkin | Grand Hyatt | Hotel for stay in New York for business |
| 10/13/2015 | Hotel | 1,700.00 | 0.00 | 1,700.00 | Michael Henkin | Grand Hyatt | Hotel for stay in New York for business |
| 10/13/2015 | Hotel | 204.75 | 21.75 | 183.00 | Michael Henkin | Grand Hyatt | Hotel for stay in New York for business |
| 10/13/2015 | Hotel | 1,317.00 | 0.00 | 1,317.00 | Michael Henkin | Grand Hyatt | Hotel for stay in New York for business |
| 10/18/2015 | Hotel | 198.57 | 0.00 | 198.57 | Michael Henkin | Grand Hyatt | Hotel for stay in New York for business |
| 10/18/2015 | Hotel | 1,275.00 | 0.00 | 1,275.00 | Michael Henkin | Grand Hyatt | Hotel for stay in New York for business |
| 9/27/2015 | Ground Transportation | 17.76 | 0.00 | 17.76 | Colin DeVore | NYC-TAXI | Taxi from office to home after 9pm |
| 9/27/2015 | Ground Transportation | 18.95 | 0.00 | 18.95 | Colin DeVore | NYC-TAXI 1L40 | Taxi from office to home after 9pm |
| 9/28/2015 | Ground Transportation | 34.00 | 0.00 | 34.00 | Ronen Bojmel | AMTRAK TEL:2718370596996 | Ticket change fee |
| 9/28/2015 | Ground Transportation | 57.92 | 0.00 | 57.92 | Ronen Bojmel | BIG APPLE CAR INC | Car from client meeting to office |
| 9/29/2015 | Ground Transportation | 12.35 | 0.00 | 12.35 | Colin DeVore | NYC-TAXI 5G60 | Taxi from office to home after 9pm |
| 9/30/2015 | Ground Transportation | 16.55 | 0.00 | 16.55 | Colin DeVore | NYC-TAXI 5G60 | Taxi from office to home after 9pm |
| 10/1/2015 | Ground Transportation | 34.17 | 0.00 | 34.17 | Michael Henkin | NYC-TAXI 9V37 | Taxi to hotel from airport in New York for business trip |
| 10/2/2015 | Ground Transportation | 54.00 | 0.00 | 54.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Parking at San Francisco airport during business trip to New York |
| 10/2/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car home after 9pm |
| 10/2/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car home after 9pm |
| 10/2/2015 | Ground Transportation | 18.50 | 0.00 | 18.50 | Nick Palermo | NYC-TAXI 3E76 | Taxi from office to home (after midnight night of 10/2) |
| 10/2/2015 | Ground Transportation | 17.13 | 0.00 | 17.13 | Robert Ramirez | UBER | Taxi from office to home after 9pm |
| 10/2/2015 | Ground Transportation | 11.70 | 0.00 | 11.70 | Robert Ramirez | UBER | Taxi from office to home (after midnight night of 10/1) |
| 10/2/2015 | Ground Transportation | 12.96 | 0.00 | 12.96 | Lauren Bruch | NYC-TAXI | Taxi from office to home (after midnight night of 10/1) |
| 10/3/2015 | Ground Transportation | 14.67 | 0.00 | 14.67 | Robert Ramirez | UBER | Taxi from home to office on weekend |
| 10/3/2015 | Ground Transportation | 17.16 | 0.00 | 17.16 | Robert Ramirez | NYC-TAXI | Taxi from home to office on weekend |
| 10/3/2015 | Ground Transportation | 21.35 | 0.00 | 21.35 | Colin DeVore | NYC-TAXI 6C16 | Taxi from home to office on weekend |
| 10/4/2015 | Ground Transportation | 11.48 | 0.00 | 11.48 | Robert Ramirez | UBER | Taxi from home to office on weekend |
| 10/4/2015 | Ground Transportation | 12.89 | 0.00 | 12.89 | Robert Ramirez | UBER | Taxi from home to office on weekend |
| 10/5/2015 | Ground Transportation | 68.34 | 0.00 | 68.34 | Michael Henkin | NYC-TAXI 2P73 | Taxi to hotel from airport in New York for business trip |
| 10/5/2015 | Ground Transportation | 11.92 | 0.00 | 11.92 | Robert Ramirez | UBER | Taxi from office to home after 9pm |
| 10/6/2015 | Ground Transportation | 9.49 | 0.00 | 9.49 | David Paulzak | NYC-TAXI | Taxi from office to home (after midnight night of 10/5) |
| 10/6/2015 | Ground Transportation | 8.19 | 0.00 | 8.19 | David Paulzak | NYC-TAXI CCRMT | Taxi from office to home after 9pm |
| 10/6/2015 | Ground Transportation | 11.30 | 0.00 | 11.30 | Lauren Bruch | NYC YELLOW CAB | Taxi from office to home (after midnight night of 10/5) |
| 10/7/2015 | Ground Transportation | 83.03 | 0.00 | 83.03 | Phillip Laroche | EXECUTIVE CHARGE INC | Car home after 9pm |
| 10/7/2015 | Ground Transportation | 11.62 | 0.00 | 11.62 | Nick Palermo | NYC-TAXI | Taxi from office to home after 9pm |
| 10/8/2015 | Ground Transportation | 8.87 | 0.00 | 8.87 | Robert Ramirez | UBER | Taxi from office to home after 9pm |
| 10/9/2015 | Ground Transportation | 144.00 | 0.00 | 144.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Parking at San Francisco airport during business trip to New York |
| 10/9/2015 | Ground Transportation | 70.01 | 0.00 | 70.01 | Michael Henkin | NYC-TAXI | Taxi from hotel to airport in New York for business trip |
| 10/9/2015 | Ground Transportation | 8.80 | 0.00 | 8.80 | Nick Palermo | NYC-TAXI 8M52 | Taxi from office to home after 9pm |
| 10/9/2015 | Ground Transportation | 11.62 | 0.00 | 11.62 | Nick Palermo | NYC-TAXI | Taxi from office to home (after midnight night of 10/9) |
| 10/9/2015 | Ground Transportation | 11.88 | 0.00 | 11.88 | Robert Ramirez | UBER | Taxi from office to home after 9pm |
| 10/9/2015 | Ground Transportation | 12.36 | 0.00 | 12.36 | Robert Ramirez | UBER | Taxi from office to home (after midnight night of 10/8) |
| 10/9/2015 | Ground Transportation | 22.55 | 0.00 | 22.55 | Lauren Bruch | NYC-TAXI 5J63 | Taxi from office to home after 9pm |
| 10/10/2015 | Ground Transportation | 12.88 | 0.00 | 12.88 | David Paulzak | NYC-TAXI 1B71,1B97 | Taxi from office to home after 9pm |
| 10/10/2015 | Ground Transportation | 17.15 | 0.00 | 17.15 | David Paulzak | NYC-TAXI 9K20 | Taxi from office to home on weekend |
| 10/10/2015 | Ground Transportation | 9.75 | 0.00 | 9.75 | Nick Palermo | NYC-TAXI 8I76 | Taxi from office to home after 9pm |
| 10/10/2015 | Ground Transportation | 13.23 | 0.00 | 13.23 | Robert Ramirez | UBER | Taxi from home to office on weekend |
| 10/10/2015 | Ground Transportation | 45.77 | 0.00 | 45.77 | Alex Rohan | Alexander Vincent Rohan (8781) | Personal car mileage for travel to office on weekend |
| 10/10/2015 | Ground Transportation | 51.50 | 0.00 | 51.50 | Alex Rohan | 1114 SIXTH PARKING LLC | Parking expense while working on the weekend |
| 10/11/2015 | Ground Transportation | 12.96 | 0.00 | 12.96 | David Paulzak | NYC-TAXI | Taxi from office to home (after midnight night of 10/10) |
| 10/11/2015 | Ground Transportation | 9.96 | 0.00 | 9.96 | David Paulzak | NYC-TAXI | Taxi from office to home on weekend |
| 10/11/2015 | Ground Transportation | 11.00 | 0.00 | 11.00 | David Paulzak | NYC-TAXI 2A26 | Taxi from office to home on weekend |
| 10/11/2015 | Ground Transportation | 7.54 | 0.00 | 7.54 | David Paulzak | AWESOME TAXI MANAGMENT | Taxi from office to home on weekend |
| 10/11/2015 | Ground Transportation | 9.12 | 0.00 | 9.12 | Nick Palermo | NYC-TAXI | Taxi from office to home on weekend |
| 10/11/2015 | Ground Transportation | 14.10 | 0.00 | 14.10 | Nick Palermo | NYC-TAXI 1L39 | Taxi from office to home on weekend |
| 10/11/2015 | Ground Transportation | 11.00 | 0.00 | 11.00 | Nick Palermo | NYC-TAXI 5BV265 | Taxi from office to home on weekend |
| 10/11/2015 | Ground Transportation | 13.28 | 0.00 | 13.28 | Robert Ramirez | UBER | Taxi from home to office on weekend |
| 10/11/2015 | Ground Transportation | 14.63 | 0.00 | 14.63 | Robert Ramirez | UBER | Taxi from office to home (after midnight night of 10/10) |
| 10/11/2015 | Ground Transportation | 14.27 | 0.00 | 14.27 | Robert Ramirez | UBER | Taxi from home to office on weekend |
| 10/12/2015 | Ground Transportation | 11.40 | 0.00 | 11.40 | Nick Palermo | NYC-TAXI 2J32 | Taxi from office to home (after midnight night of 10/12) |
| 10/12/2015 | Ground Transportation | 148.42 | 0.00 | 148.42 | Alex Rohan | BIG APPLE CAR INC | Car from office to home (after midnight night of 10/11) |
| 10/12/2015 | Ground Transportation | 6.50 | 0.00 | 6.50 | J.Y. Chia | NYC-TAXI | Taxi from office to home after 9pm |
| 10/13/2015 | Ground Transportation | 14.75 | 0.00 | 14.75 | Ronen Bojmel | NYC-TAXI 6P51 | Taxi from office to home after 9pm |
| 10/13/2015 | Ground Transportation | 68.34 | 0.00 | 68.34 | Michael Henkin | NYC-TAXI 6E88 | Taxi to hotel from airport in New York for business trip |
| 10/13/2015 | Ground Transportation | 12.35 | 0.00 | 12.35 | David Paulzak | NYC-TAXI 6V70 | Taxi from office to home after 9pm |
| 10/13/2015 | Ground Transportation | 10.14 | 0.00 | 10.14 | Nick Palermo | NYC-TAXI | Taxi from office to home (after midnight night of 10/13) |
| 10/13/2015 | Ground Transportation | 11.38 | 0.00 | 11.38 | Robert Ramirez | UBER | Taxi from office to home (after midnight night of 10/12) |
| 10/14/2015 | Ground Transportation | 17.16 | 0.00 | 17.16 | Ronen Bojmel | NYC-TAXI | Taxi from office to home after 9pm |
| 10/14/2015 | Ground Transportation | 11.83 | 0.00 | 11.83 | Robert Ramirez | UBER | Taxi from office to home after 9pm |
| 10/14/2015 | Ground Transportation | 8.20 | 0.00 | 8.20 | J.Y. Chia | NYC-TAXI | Taxi from office to home after 9pm |
| 10/15/2015 | Ground Transportation | 14.76 | 0.00 | 14.76 | Michael Henkin | NYC-TAXI | Taxi from counsel office back to office |
| 10/15/2015 | Ground Transportation | 79.08 | 0.00 | 79.08 | Michael Henkin | BIG APPLE CAR INC | Car from counsel office to office |
| 10/15/2015 | Ground Transportation | 55.69 | 0.00 | 55.69 | Michael Henkin | BIG APPLE CAR INC | Car from office to counsel office for meeting |

Guggenheim Securities
Expense Details                                                                 EXHIBIT A

**GUGGENHEIM SECURITIES, LLC**
**EXPENSE DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| Original Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 10/15/2015 | Ground Transportation | 34.53 | 0.00 | 34.53 | Michael Henkin | BIG APPLE CAR INC | Car from counsel office to office |
| 10/15/2015 | Ground Transportation | 34.53 | 0.00 | 34.53 | Michael Henkin | BIG APPLE CAR INC | Car from office to counsel office for meeting |
| 10/15/2015 | Ground Transportation | 8.16 | 0.00 | 8.16 | Phillip Laroche | NYC-TAXI | Taxi to lawyer office for client meeting |
| 10/15/2015 | Ground Transportation | 12.00 | 0.00 | 12.00 | Phillip Laroche | UBER TECHNOLOGIES INC | Taxi from lawyer office to office after client meeting |
| 10/15/2015 | Ground Transportation | 21.36 | 0.00 | 21.36 | David Paulzak | NYC-TAXI | Taxi to client meeting |
| 10/15/2015 | Ground Transportation | 9.49 | 0.00 | 9.49 | Nick Palermo | NYC-TAXI | Taxi from office to home (after midnight night of 10/14) |
| 10/15/2015 | Ground Transportation | 22.25 | 0.00 | 22.25 | Nick Palermo | NYC YELLOW CAB | Taxi from office to home (after midnight night of 10/15) |
| 10/15/2015 | Ground Transportation | 13.02 | 0.00 | 13.02 | Robert Ramirez | UBER | Taxi from office to home after 9pm |
| 10/15/2015 | Ground Transportation | 6.30 | 0.00 | 6.30 | J.Y. Chia | NYC-TAXI | Taxi to client meeting |
| 10/15/2015 | Ground Transportation | 7.55 | 0.00 | 7.55 | Lauren Bruch | NYC-TAXI 6A94 | Taxi to client meeting |
| 10/16/2015 | Ground Transportation | 108.00 | 0.00 | 108.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Parking at San Francisco airport during business trip to New York |
| 10/16/2015 | Ground Transportation | 68.34 | 0.00 | 68.34 | Michael Henkin | NYC-TAXI CCRMT | Taxi from hotel to airport |
| 10/16/2015 | Ground Transportation | 15.95 | 0.00 | 15.95 | David Paulzak | NYC-TAXI 1J28 | Taxi from office to home (after midnight night of 10/16) |
| 10/17/2015 | Ground Transportation | 9.49 | 0.00 | 9.49 | David Paulzak | NYC-TAXI | Taxi from office to home after 9pm |
| 10/17/2015 | Ground Transportation | 19.85 | 0.00 | 19.85 | Nick Palermo | NYC-TAXI SD29 | Taxi from home to office (on weekend) |
| 10/17/2015 | Ground Transportation | 14.00 | 0.00 | 14.00 | Nick Palermo | NYC-TAXI 2K59 | Taxi from office to home (after midnight night of 10/16) |
| 10/17/2015 | Ground Transportation | 10.10 | 0.00 | 10.10 | Nick Palermo | NYC-TAXI 2E41 | Taxi from office to home (on weekend) |
| 10/17/2015 | Ground Transportation | 10.56 | 0.00 | 10.56 | J.Y. Chia | NYC-TAXI 5N94 | Taxi from office to home (on weekend) |
| 10/18/2015 | Ground Transportation | 11.92 | 0.00 | 11.92 | Robert Ramirez | UBER | Taxi from office to home on weekend |
| 10/18/2015 | Ground Transportation | 13.09 | 0.00 | 13.09 | Robert Ramirez | UBER | Taxi from office to home on weekend |
| 10/19/2015 | Ground Transportation | 7.55 | 0.00 | 7.55 | Ronen Bojmel | NYC-TAXI 2G61 | Taxi from office to home after 9pm |
| 10/19/2015 | Ground Transportation | 68.34 | 0.00 | 68.34 | Nick Palermo | NYC YELLOW CAB | Taxi ride to hotel from airport |
| 10/19/2015 | Ground Transportation | 11.00 | 0.00 | 11.00 | Nick Palermo | NYC-TAXI 5C65 | Taxi from office to home after 9pm |
| 10/19/2015 | Ground Transportation | 11.87 | 0.00 | 11.87 | Robert Ramirez | UBER | Taxi from office to home after 9pm |
| 10/21/2015 | Ground Transportation | 15.36 | 0.00 | 15.36 | Ronen Bojmel | NYC-TAXI CCRMT | Taxi from office to home after 9pm |
| 10/21/2015 | Ground Transportation | 144.00 | 0.00 | 144.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Parking at San Francisco airport during business trip to New York |
| 10/21/2015 | Ground Transportation | 10.35 | 0.00 | 10.35 | Nick Palermo | NYC-TAXI 4L10 | Taxi from office to home after 9pm |
| 10/21/2015 | Ground Transportation | 10.79 | 0.00 | 10.79 | Nick Palermo | NYC-TAXI | Taxi from office to home (after midnight night of 10/21) |
| 10/22/2015 | Ground Transportation | 12.88 | 0.00 | 12.88 | Nick Palermo | NYC-TAXI | Taxi from office to home after 9pm |
| 10/24/2015 | Ground Transportation | 11.00 | 0.00 | 11.00 | Nick Palermo | NYC-TAXI 9V28 | Taxi from home to office on weekend |
| 10/24/2015 | Ground Transportation | 11.60 | 0.00 | 11.60 | Nick Palermo | NYC-TAXI 7E68 | Taxi from office to home on weekend |
| 10/25/2015 | Ground Transportation | 11.60 | 0.00 | 11.60 | Nick Palermo | NYC-TAXI 3H56 | Taxi from home to office on weekend |
| 10/25/2015 | Ground Transportation | 11.00 | 0.00 | 11.00 | Nick Palermo | NYC-TAXI | Taxi from office to home on weekend |
| 10/25/2015 | Ground Transportation | 19.10 | 0.00 | 19.10 | Allen Otto | UBER TECHNOLOGIES INC | Taxi to office on weekend |
| 10/26/2015 | Ground Transportation | 74.05 | 0.00 | 74.05 | Ronen Bojmel | SS TAXI & LIMO SERVICE | Car service from airport to client meeting |
| 10/26/2015 | Ground Transportation | 11.10 | 0.00 | 11.10 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi from office to home after 9pm |
| 10/27/2015 | Ground Transportation | 15.02 | 0.00 | 15.02 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi from office to home after 9pm |
| 10/28/2015 | Ground Transportation | 14.99 | 0.00 | 14.99 | Robert Ramirez | UBER | Taxi from office to home after 9pm |
| 9/28/2015 | Meals | 22.91 | 2.91 | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 9/30/2015 | Meals | 23.69 | 3.69 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/1/2015 | Meals | 19.05 | 0.00 | 19.05 | Michael Henkin | CAFE 45 | Meal during travel to New York |
| 10/1/2015 | Meals | 24.59 | 4.59 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/2/2015 | Meals | 25.62 | 5.62 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/3/2015 | Meals | 25.53 | 5.53 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/3/2015 | Meals | 25.12 | 5.12 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/3/2015 | Meals | 23.72 | 3.72 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/3/2015 | Meals | 15.33 | 0.00 | 15.33 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/4/2015 | Meals | 25.48 | 5.48 | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/4/2015 | Meals | 25.47 | 5.47 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/4/2015 | Meals | 24.37 | 4.37 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/4/2015 | Meals | 15.21 | 0.00 | 15.21 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/5/2015 | Meals | 12.12 | 0.00 | 12.12 | Michael Henkin | KLEINS DELI GATE 62 | Meal during travel to New York |
| 10/5/2015 | Meals | 25.56 | 5.56 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/5/2015 | Meals | 25.33 | 5.33 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/6/2015 | Meals | 12.37 | 0.00 | 12.37 | Michael Henkin | CAFE 42ND | Business lunch during trip to New York |
| 10/6/2015 | Meals | 14.70 | 0.00 | 14.70 | Michael Henkin | ESSEN | Business lunch during trip to New York |
| 10/6/2015 | Meals | 25.59 | 5.59 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/6/2015 | Meals | 18.61 | 0.00 | 18.61 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/7/2015 | Meals | 23.30 | 3.30 | 20.00 | Michael Henkin | CAFE 42ND | Business dinner during trip to New York |
| 10/7/2015 | Meals | 25.56 | 5.56 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/7/2015 | Meals | 23.07 | 3.07 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/7/2015 | Meals | 24.22 | 4.22 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/8/2015 | Meals | 19.01 | 0.00 | 19.01 | Michael Henkin | CAFE 42ND | Business dinner during trip to New York |
| 10/8/2015 | Meals | 25.59 | 5.59 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/8/2015 | Meals | 25.46 | 5.46 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/8/2015 | Meals | 25.43 | 5.43 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/9/2015 | Meals | 22.50 | 2.50 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/9/2015 | Meals | 25.31 | 5.31 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/9/2015 | Meals | 25.11 | 5.11 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/10/2015 | Meals | 25.48 | 5.48 | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/10/2015 | Meals | 25.62 | 5.62 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/10/2015 | Meals | 25.59 | 5.59 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/10/2015 | Meals | 25.47 | 5.47 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/10/2015 | Meals | 25.62 | 5.62 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/10/2015 | Meals | 25.49 | 5.49 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/10/2015 | Meals | 15.25 | 0.00 | 15.25 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/11/2015 | Meals | 24.83 | 4.83 | 20.00 | J.Y. Chia | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/11/2015 | Meals | 25.48 | 5.48 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/11/2015 | Meals | 25.58 | 5.58 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/11/2015 | Meals | 25.48 | 5.48 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/11/2015 | Meals | 25.58 | 5.58 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/11/2015 | Meals | 15.13 | 0.00 | 15.13 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/12/2015 | Meals | 24.15 | 4.15 | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |

Guggenheim Securities

| Expense Details | | | | | | | EXHIBIT A |

GUGGENHEIM SECURITIES, LLC
EXPENSE DETAILS FOR THE PERIOD OF
OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

| Original Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 10/12/2015 | Meals | 24.15 | 4.15 | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/12/2015 | Meals | 24.94 | 4.94 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/12/2015 | Meals | 25.46 | 5.46 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/12/2015 | Meals | 25.62 | 5.62 | 20.00 | J.Y. Chia | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/13/2015 | Meals | 17.42 | 0.00 | 17.42 | Michael Henkin | TEMP NEWS 2 SF30096655 | Business meal while traveling to New York |
| 10/13/2015 | Meals | 23.69 | 3.69 | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/13/2015 | Meals | 25.59 | 5.59 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/13/2015 | Meals | 25.40 | 5.40 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/13/2015 | Meals | 25.35 | 5.35 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/14/2015 | Meals | 16.02 | 0.00 | 16.02 | Michael Henkin | CAFE 42ND | Business dinner during trip to New York |
| 10/14/2015 | Meals | 19.59 | 0.00 | 19.59 | Michael Henkin | CAFE 42ND | Business lunch during trip to New York |
| 10/14/2015 | Meals | 25.62 | 5.62 | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/14/2015 | Meals | 22.24 | 2.24 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/14/2015 | Meals | 25.55 | 5.55 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/14/2015 | Meals | 25.55 | 5.55 | 20.00 | J.Y. Chia | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/15/2015 | Meals | 25.59 | 5.59 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/15/2015 | Meals | 18.61 | 0.00 | 18.61 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/15/2015 | Meals | 25.18 | 5.18 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/15/2015 | Meals | 24.58 | 4.58 | 20.00 | J.Y. Chia | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/16/2015 | Meals | 36.50 | 0.00 | 36.50 | Ofir Nitzan | MULLIGANS PUB | Business lunch following client meeting |
| 10/16/2015 | Meals | 25.48 | 5.48 | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/16/2015 | Meals | 25.56 | 5.56 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/16/2015 | Meals | 24.37 | 4.37 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/16/2015 | Meals | 24.83 | 4.83 | 20.00 | J.Y. Chia | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/18/2015 | Meals | 18.29 | 0.00 | 18.29 | Michael Henkin | HUDSONNEWS ST1072 | Business dinner during trip to New York |
| 10/18/2015 | Meals | 25.48 | 5.48 | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/18/2015 | Meals | 25.47 | 5.47 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/18/2015 | Meals | 25.47 | 5.47 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/18/2015 | Meals | 23.67 | 3.67 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/18/2015 | Meals | 21.58 | 1.58 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/18/2015 | Meals | 25.62 | 5.62 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/19/2015 | Meals | 15.19 | 0.00 | 15.19 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/19/2015 | Meals | 16.52 | 0.00 | 16.52 | Michael Henkin | 42ND CAFE METRO | Business dinner during trip to New York |
| 10/19/2015 | Meals | 14.43 | 0.00 | 14.43 | Michael Henkin | CAFE 42ND | Business dinner during trip to New York |
| 10/19/2015 | Meals | 25.46 | 5.46 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/19/2015 | Meals | 24.22 | 4.22 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/20/2015 | Meals | 18.29 | 0.00 | 18.29 | Michael Henkin | CAFE 42ND | Business dinner during trip to New York |
| 10/20/2015 | Meals | 25.41 | 5.41 | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/20/2015 | Meals | 25.54 | 5.54 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/20/2015 | Meals | 24.83 | 4.83 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/21/2015 | Meals | 25.54 | 5.54 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/21/2015 | Meals | 25.62 | 5.62 | 20.00 | J.Y. Chia | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/22/2015 | Meals | 25.62 | 5.62 | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/22/2015 | Meals | 25.58 | 5.58 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/23/2015 | Meals | 25.46 | 5.46 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/24/2015 | Meals | 25.12 | 5.12 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/24/2015 | Meals | 25.11 | 5.11 | 20.00 | J.Y. Chia | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/24/2015 | Meals | 23.77 | 3.77 | 20.00 | J.Y. Chia | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/25/2015 | Meals | 25.46 | 5.46 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/25/2015 | Meals | 25.62 | 5.62 | 20.00 | J.Y. Chia | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/26/2015 | Meals | 25.62 | 5.62 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/26/2015 | Meals | 23.37 | 3.37 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/27/2015 | Meals | 25.45 | 5.45 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/27/2015 | Meals | 25.52 | 5.52 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/28/2015 | Meals | 25.47 | 5.47 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/28/2015 | Meals | 24.24 | 4.24 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/28/2015 | Meals | 25.60 | 5.60 | 20.00 | J.Y. Chia | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/29/2015 | Meals | 25.50 | 5.50 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/29/2015 | Meals | 25.34 | 5.34 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/30/2015 | Meals | 25.41 | 5.41 | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/30/2015 | Meals | 25.46 | 5.46 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/30/2015 | Meals | 25.60 | 5.60 | 20.00 | J.Y. Chia | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/15/2018 | Meals | 22.88 | 2.88 | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/26/2015 | Miscellaneous | 25.95 | 0.00 | 25.95 | Ronen Bojmel | GOGOAIR.COM | Inflight wireless access on return from client meeting |
| 10/26/2015 | Miscellaneous | 26.95 | 0.00 | 26.95 | Lauren Bruch | GOGOAIR.COM | Inflight wireless access on return from client meeting |
| 10/31/2015 | Legal | 28,618.50 | 0.00 | 28,618.50 | Legal | Legal | Legal expenses for the month of October |

## EXHIBIT A-1

**Legal Expenses of Guggenheim Securities, LLC**

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Salans FMC SNR Denton
McKenna Long
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

November 10, 2015

**Invoice No. 1715182**

Client/Matter: 21421443-000045

Energy Future Holdings

Payment Due Upon Receipt

---

Total This Invoice                    $        28,618.50

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6361

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
P. Maxcy
at 1 312 876 8000

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Salans FMC SNR Denton
McKenna Long
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

November 10, 2015

**Invoice No. 1715182**

Client/Matter:  21421443-000045

Energy Future Holdings

For Professional Services Rendered through October 31, 2015:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/9/15 | A. Ruegger | 1.00 | Teleconference with M. Henkin regarding background to 10/12 expert report (.4); communications with P. Maxcy and M. Henkin regarding same (.2); begin review of draft expert report (.4). |
| 10/9/15 | P. Maxcy | 0.40 | Coordinate coverage for M. Henkin deposition. |
| 10/12/15 | A. Ruegger | 4.30 | Continued review of draft expert report (3.4); communication with M. Henkin regarding report and next steps (.5); review press summaries of court proceedings (.2); calendar EFH confirmation hearing dates of potential Henkin testimony (.2). |
| 10/13/15 | A. Ruegger | 2.70 | Communications with M. Henkin regarding prep sessions and adversaries' expert reports (.4); review Greenhill expert report (1.5); outline anticipated questions of M. Henkin based on Greenhill report (.3); communications with M. Henkin regarding possible arguments by Greenhill (.3); continued review of M. Henkin report (.2). |
| 10/14/15 | A. Ruegger | 2.00 | Continued review of 10/12 Henkin Report (.8); review Evercore Report (1.2). |
| 10/15/15 | A. Ruegger | 6.00 | Review press coverage of objections to trustee claims (.1); travel from Dentons to Sullivan & Cromwell for Henkin prep session (.7); attend first Henkin prep session (4.3); travel back from Henkin prep session (.9). |
| 10/16/15 | A. Ruegger | 0.50 | Review press reports regarding court pretrial conference and Puct requests for additional information and confirm 10/19 logistics (.2). |
| 10/19/15 | A. Ruegger | 0.20 | Communications with M. Henkin regarding schedule for deposition and preparation session. |
| 10/20/15 | A. Ruegger | 4.30 | Review press reports of settlements, court scheduling for confirmation hearing and EFH litigation vs. TTI regarding Oncor interest (1.0); travel to S&C office for additional preparation session (.4); attend additional M. Henkin preparation session (2.6); advice to M. Henkin en route to Guggenheim office (.3). |

Energy Future Holdings

November 10, 2015

Matter: 21421443-000045
Invoice No.: 1715182

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/21/15 | A. Ruegger | 8.50 | Travel to Kirkland for Henkin deposition (.3); meetings with Henkin and Sullivan & Cromwell prior to deposition (.5); attend Henkin deposition (6.8); meeting with Henkin and Sullivan & Cromwell post-deposition on issues for hearing (.5); travel to office (.4). |
| 10/29/15 | A. Ruegger | 0.80 | Review debtor memo to limit M. Henkin testimony (.4); communications with M. Henkin regarding same (.4). |
| Total Hours | | 30.70 | |
| Fee Amount | | | $28,618.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| A. Ruegger | $935.00 | 30.30 | $28,330.50 |
| P. Maxcy | $720.00 | 0.40 | $288.00 |
| Totals | | 30.70 | $28,618.50 |

| | | |
|---|---|---|
| Fee Total | $ | 28,618.50 |
| Invoice Total | $ | 28,618.50 |