# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE: Luminant Mining Company LLC § § § § § CHAPTER 11

DEBTOR(S) § CASE NO.: **14-11042**

## WITHDRAWAL OF PROOF OF CLAIM

Now comes **NORTHEAST TX COMM COLL DIST**, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. **NORTHEAST TX COMM COLL DIST** filed its secured claim on or about **October 13, 2015**, in the amount of **$17.55**, which claim is designated as claim number **12295** on the claims register. The Debtor has non ownership on claim. Therefore, **NORTHEAST TX COMM COLL DIST** hereby withdraws its claim.

## CERTIFICATE OF SERVICE

I hereby certify that on 7th day of December, 2015, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Frwy, Suite 1000
Dallas, TX 75207
(214) 880-0089 - *Telephone*
(469) 221-5003 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By:_____
Elizabeth Weller, Attorney
Texas Bar No. 00785514
Laurie Spindler Huffman, Attorney
Texas Bar No. 24028720
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900
Melissa L Palo
Tennessee Bar No. 18168