## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 3 | [ALL] Automatic Stay | 0.90 | $279.00 |
| 6 | [ALL] Case Administration | 35.10 | $18,677.00 |
| 8 | [ALL] Claims Administration & Objections | 100.00 | $61,058.00 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 4,649.20 | $3,061,160.50 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 154.20 | $128,826.00 |
| 12 | [ALL] Hearings | 94.20 | $82,616.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 237.10 | $132,651.50 |
| 16 | [ALL] Non-Debtor Affiliates | 2.60 | $1,898.00 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 42.00 | $29,593.50 |
| 18 | [ALL] Non-Working Travel | 151.10 | $130,920.00 |
| 21 | [ALL] Plan and Disclosure Statements | 2,024.80 | $1,684,581.00 |
| 23 | [ALL] Regulatory Issues | 8.30 | $6,904.50 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 154.00 | $122,678.50 |
| 29 | [ALL] Tax Issues | 326.70 | $358,134.00 |
| 30 | [ALL] U.S. Trustee Issues | 1.90 | $1,263.50 |
| 34 | [TCEH] Asset Dispositions and Purchases | 253.70 | $214,288.50 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 30.40 | $31,640.00 |
| 39 | [TCEH] Claims Administration & Objection | 1.50 | $997.50 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 242.50 | $180,704.50 |
| 42 | [TCEH] Environmental Issues | 78.70 | $69,081.50 |
| 57 | [TCEH] Trading and Hedging Contracts | 0.40 | $292.00 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 34.90 | $18,541.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 182.20 | $153,888.50 |
| 70 | [EFIH] Hearings | 1.80 | $1,845.00 |
| 86 | [EFH] Contested Matters & Advers. Proc. | 31.60 | $24,947.50 |
| 89 | [EFH] EFH Properties | 2.60 | $1,729.00 |
| 93 | [EFH] Non-Debtor Affiliates | 1.40 | $1,022.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 530.60 | $353,137.00 |
| 113 | [ALL] Enforcement of TTI Rights | 87.70 | $70,762.50 |
| 115 | [TCEH] Exit Financing | 80.60 | $89,855.00 |
| **Totals:** | | **9,542.70** | **$7,033,973.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $10,777.52 |
| Standard Copies or Prints | $7,526.70 |
| Binding | $0.00 |
| Tabs/Indexes/Dividers | $0.00 |
| Color Copies or Prints | $5,750.10 |
| Scanned Images | $0.00 |
| Production Blowbacks | $10,157.00 |
| 4 Binders" | $0.00 |
| 5 Binders" | $0.00 |
| Flash Drives | $0.00 |
| Postage | $50.56 |
| Overnight Delivery | $2,656.27 |
| Overnight Delivery - Refund | -$115.21 |
| Outside Messenger Services | $634.87 |
| Local Transportation | $940.92 |
| Travel Expense | $61,629.45 |
| Airfare | $60,786.28 |
| Transportation to/from airport | $12,943.98 |
| Travel Meals | $5,221.12 |
| Other Travel Expenses | $943.50 |
| Court Reporter Fee/Deposition | $43,575.95 |
| Other Court Costs and Fees | $114.00 |
| Outside Computer Services | $0.72 |
| Outside Contract Attorney Assistance | $246,510.50 |
| Working Meals/K&E Only | $38.25 |
| Catering Expenses | $9,600.88 |
| Outside Retrieval Service | $215.40 |
| Inter-Library Loan | $25.00 |
| Computer Database Research | $9,007.62 |
| Westlaw Research | $10,030.04 |
| LexisNexis Research | $3,006.76 |
| Overtime Transportation | $3,072.07 |
| Overtime Meals - Non-Attorney | $126.36 |
| Overtime Meals - Attorney | $1,624.78 |
| Secretarial Overtime | $0.00 |
| Document Services Overtime | $0.00 |
| Rental Expenses | $10,286.48 |
| Miscellaneous Office Expenses | $111.00 |
| Cash Credits | -$524.60 |
| **Total:** | **$516,724.27** |