## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee

Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James Barolo | Associate | 2014 | Litigation - General | 555.00 | 198.80 | $110,334.00 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 895.00 | 5.20 | $4,654.00 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 570.00 | 123.20 | $70,224.00 |
| Kevin Chang | Associate | 2014 | Litigation - General | 555.00 | 238.30 | $132,256.50 |
| Ryan Copeland | Associate | 2012 | Corporate - Debt Finance | 730.00 | 65.70 | $47,961.00 |
| Haley Darling | Associate | 2014 | Litigation - General | 555.00 | 31.60 | $17,538.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 710.00 | 141.90 | $100,749.00 |
| Emily Geier | Associate | 2012 | Restructuring | 795.00 | 274.10 | $217,909.50 |
| Jason Gott | Associate | 2012 | Restructuring | 730.00 | 56.80 | $41,464.00 |
| Shayne Henry | Associate | 2014 | Litigation - General | 555.00 | 19.70 | $10,933.50 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 665.00 | 181.50 | $120,697.50 |
| Miles Johnson | Associate | 2015 | Taxation | 495.00 | 2.90 | $1,435.50 |
| Cyril V Jones | Associate | 2014 | Corporate - M&A/Private Equity | 795.00 | 3.60 | $2,862.00 |
| Lina Kaisey | Associate | 2015 | Restructuring | 570.00 | 209.20 | $119,244.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 755.00 | 290.40 | $219,252.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 635.00 | 72.10 | $45,783.50 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 825.00 | 11.90 | $9,817.50 |
| Serafima Krikunova | Associate | 2012 | Litigation - General | 710.00 | 16.90 | $11,999.00 |
| Nick Laird | Associate | 2013 | Litigation - General | 635.00 | 221.80 | $140,843.00 |
| Christine Lehman | Associate | 2014 | Taxation | 605.00 | 23.80 | $14,399.00 |
| Teresa Lii | Associate | 2014 | Restructuring | 665.00 | 49.70 | $33,050.50 |
| Ashley Littlefield | Associate | 2011 | Litigation - General | 755.00 | 3.60 | $2,718.00 |
| Jeffery Lula | Associate | 2010 | Litigation - General | 795.00 | 228.30 | $181,498.50 |
| Timothy Mohan | Associate | 2014 | Restructuring | 665.00 | 173.10 | $115,111.50 |
| Veronica Nunn | Associate | 2010 | Corporate - M&A/Private Equity | 845.00 | 47.90 | $40,475.50 |
| Samara L Penn | Associate | 2010 | Litigation - General | 795.00 | 7.30 | $5,803.50 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 665.00 | 5.70 | $3,790.50 |
| Anthony Sexton | Associate | 2011 | Taxation | 845.00 | 134.50 | $113,652.50 |
| Daniel Sito | Associate | 2015 | Taxation | 495.00 | 7.60 | $3,762.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 710.00 | 222.50 | $157,975.00 |
| Adam Stern | Associate | 2013 | Litigation - General | 710.00 | 57.30 | $40,683.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 555.00 | 278.60 | $154,623.00 |
| McClain Thompson | Associate | 2014 | Restructuring | 570.00 | 157.20 | $89,604.00 |
| Steven Torrez | Associate | 2014 | Restructuring | 570.00 | 153.40 | $87,438.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 555.00 | 192.60 | $106,893.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 665.00 | 292.10 | $194,246.50 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 730.00 | 315.50 | $230,315.00 |
| Mike Beinus | Partner | 1999 | Taxation | 1,220.00 | 0.50 | $610.00 |
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,025.00 | 10.40 | $10,660.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,245.00 | 32.50 | $40,462.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 955.00 | 79.40 | $75,827.00 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 845.00 | 244.70 | $206,771.50 |
| Michael Esser | Partner | 2009 | Litigation - General | 825.00 | 316.30 | $260,947.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,275.00 | 103.20 | $131,580.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 825.00 | 273.60 | $225,720.00 |
| Scott J Gordon | Partner | 1995 | Corporate - Asset Finance/Securitization | 1,105.00 | 0.50 | $552.50 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 880.00 | 21.50 | $18,920.00 |
| Warren Haskel | Partner | 2009 | Litigation - General | 825.00 | 30.20 | $24,915.00 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 1,060.00 | 2.50 | $2,650.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 880.00 | 47.50 | $41,800.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 975.00 | 237.20 | $231,270.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,040.00 | 11.50 | $11,960.00 |
| Christopher Keegan | Partner | 2002 | Litigation - General | 855.00 | 104.20 | $89,091.00 |
| Natalie H Keller | Partner | 1997 | Taxation | 1,045.00 | 16.90 | $17,660.50 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,235.00 | 136.40 | $168,454.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,060.00 | 39.60 | $41,976.00 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,275.00 | 21.20 | $27,030.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,375.00 | 88.10 | $121,137.50 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,090.00 | 202.30 | $220,507.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 1,025.00 | 264.50 | $271,112.50 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 930.00 | 8.80 | $8,184.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,325.00 | 92.30 | $122,297.50 |
| JoAnne Nagjee | Partner | 2009 | Taxation | 945.00 | 47.90 | $45,265.50 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 825.00 | 56.20 | $46,365.00 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 930.00 | 3.90 | $3,627.00 |
| Scott D Price | Partner | 1990 | Executive Compensation | 1,245.00 | 6.70 | $8,341.50 |
| William T Pruitt | Partner | 2004 | Litigation - General | 895.00 | 14.00 | $12,530.00 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 895.00 | 289.70 | $259,281.50 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 930.00 | 73.90 | $68,727.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,235.00 | 135.60 | $167,466.00 |
| Brian E Schartz | Partner | 2008 | Restructuring | 930.00 | 15.40 | $14,322.00 |
| Steven Serajeddini | Partner | 2010 | Restructuring | 895.00 | 175.90 | $157,430.50 |
| Joseph Serino, Jr., | Partner | 1988 | Litigation - General | 1,145.00 | 10.80 | $12,366.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| P.C. | | | | | | |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,325.00 | 107.30 | $142,172.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 880.00 | 255.40 | $224,752.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 955.00 | 26.70 | $25,498.50 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,165.00 | 99.70 | $116,150.50 |
| **Grand Total** | | | | | **8,221.20** | **$6,678,388.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during

the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Audrey Schlicht | Administrative | 6 months | Admin Services | 380.00 | 0.30 | $114.00 |
| Jeanette L Boykins | Case Assistant | 1.5 years | Litigation - Antitrust/Competition | 210.00 | 4.80 | $1,008.00 |
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 210.00 | 157.50 | $33,075.00 |
| Jason Douangsanith | Case Assistant | 6 months | Litigation - General | 195.00 | 133.80 | $26,091.00 |
| Abdulyekinni A Fasinro | Case Assistant | 3 months | Restructuring | 200.00 | 11.60 | $2,320.00 |
| Gayle M Lodygowski | Case Assistant | 26 years | Litigation - General | 210.00 | 1.50 | $315.00 |
| Eric M Dellon | Legal Assistant | 2.5 years | Litigation - General | 280.00 | 10.40 | $2,912.00 |
| Kristen Kelly Farnsworth | Legal Assistant | 4 years | Litigation - General | 295.00 | 1.90 | $560.50 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 265.00 | 113.00 | $29,945.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 380.00 | 9.20 | $3,496.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 340.00 | 54.80 | $18,632.00 |
| Shavone Green | Legal Assistant | 1.5 years | Restructuring | 280.00 | 1.10 | $308.00 |
| Paul M Jones | Legal Assistant | 3 months | Litigation - General | 330.00 | 64.20 | $21,186.00 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 350.00 | 32.40 | $11,340.00 |
| Maureen McCarthy | Legal Assistant | 12 years | Restructuring | 350.00 | 9.90 | $3,465.00 |
| Bella More | Legal Assistant | 14 years | Litigation - General | 360.00 | 0.20 | $72.00 |
| Robert Orren | Legal Assistant | 6 years | Restructuring | 310.00 | 110.20 | $34,162.00 |
| Sharon G Pace | Legal Assistant | 2.5 years | Litigation - General | 265.00 | 13.70 | $3,630.50 |
| Meghan Rishel | Legal Assistant | 1 year | Litigation - General | 265.00 | 192.00 | $50,880.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 350.00 | 38.00 | $13,300.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 310.00 | 8.80 | $2,728.00 |
| Jason Goodman | Litigation Suppt Cons | 9 years | Litigation - General | 310.00 | 1.90 | $589.00 |
| Chad M | Litigation | 1.5 | Litigation - General | 315.00 | 158.80 | $50,022.00 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Papenfuss | Suppt Cons | years | | | | |
| Megan Buenviaje | Litigation Suppt Cons | 1 year | Litigation - General | 280.00 | 0.50 | $140.00 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 310.00 | 32.30 | $10,013.00 |
| Anne R Lubinsky | Litigation Suppt Spec | 8 years | Litigation - General | 280.00 | 1.20 | $336.00 |
| Linda M Chuk | Other | 3 years | Admin Services | 240.00 | 1.50 | $360.00 |
| Stephen P Garoutte | Other | 3 years | Admin Services | 240.00 | 14.80 | $3,552.00 |
| Allison Graybill | Other | 2 years | Admin Services | 240.00 | 0.70 | $168.00 |
| Kurt J Wunderlich | Other | 11 years | Litigation - Antitrust/Competition | 535.00 | 5.00 | $2,675.00 |
| Madison Clark | Project Assistant | 6 months | Litigation - General | 195.00 | 22.40 | $4,368.00 |
| Gabriel King | Project Assistant | 6 months | Litigation - General | 210.00 | 4.10 | $861.00 |
| Meg McCarthy | Project Assistant | 1 year | Litigation - General | 195.00 | 88.70 | $17,296.50 |
| Ned Rooney | Project Assistant | 3 months | Litigation - General | 210.00 | 4.10 | $861.00 |
| Marvin R Gibbons, Jr. | Trial Tech Consultant | 27 years | Litigation - General | 300.00 | 0.50 | $150.00 |
| Kenneth W Dyche | Trial Tech Specialist | 3 years | Litigation - General | 300.00 | 4.40 | $1,320.00 |
| Giang Pettinati | Trial Tech Specialist | 1 year | Litigation - General | 295.00 | 7.50 | $2,212.50 |
| Joshua L Urban | Trial Tech Specialist | 2.5 years | Litigation - General | 295.00 | 3.80 | $1,121.00 |
| **Grand Total** | | | | | **1,321.50** | **$355,585.00** |

| | | |
|---|---|---|
| **Total Fees Requested** | **9,542.70** | **$7,033,973.00** |