# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $10,777.52 |
| Standard Copies or Prints | $7,138.70 |
| Binding | $0.00 |
| Tabs/Indexes/Dividers | $0.00 |
| Color Copies or Prints | $5,225.70 |
| Scanned Images | $0.00 |
| Production Blowbacks | $10,157.00 |
| 4 Binders" | $0.00 |
| 5 Binders" | $0.00 |
| Flash Drives | $0.00 |
| Postage | $50.56 |
| Overnight Delivery | $2,656.27 |
| Overnight Delivery - Refund | -$115.21 |
| Outside Messenger Services | $634.87 |
| Local Transportation | $940.92 |
| Travel Expense | $61,629.45 |
| Airfare | $60,786.28 |
| Transportation to/from airport | $12,943.98 |
| Travel Meals | $5,221.12 |
| Other Travel Expenses | $943.50 |
| Court Reporter Fee/Deposition | $43,575.95 |
| Other Court Costs and Fees | $114.00 |
| Outside Computer Services | $0.72 |
| Outside Contract Attorney Assistance | $246,510.50 |
| Working Meals/K&E Only | $38.25 |
| Catering Expenses | $9,600.88 |
| Outside Retrieval Service | $215.40 |
| Inter-Library Loan | $25.00 |
| Computer Database Research | $9,007.62 |
| Westlaw Research | $10,030.04 |
| LexisNexis Research | $3,006.76 |
| Overtime Transportation | $3,072.07 |
| Overtime Meals - Non-Attorney | $126.36 |
| Overtime Meals - Attorney | $1,624.78 |
| Secretarial Overtime | $0.00 |
| Document Services Overtime | $0.00 |
| Rental Expenses | $10,286.48 |
| Miscellaneous Office Expenses | $111.00 |
| Cash Credits | -$524.60 |
| **Total:** | **$515,811.87** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $111.00 |
| Color Copies or Prints | $232.80 |
| **Total:** | **$343.80** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $58.70 |
| **Total:** | **$58.70** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $218.30 |
| Color Copies or Prints | $291.60 |
| **Total:** | **$509.90** |