UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 14-10979 (CSS)     BK(●) AP( )

If AP, related BK case number:

**Title of Order Appealed:** Order Sustaining the EFIH Debtors Partial Objection to Proof of Claim No. 6347 and Memorandum Opinion-Docket #6782.

Docket #: 7118     Date Entered: 11/24/2015

Item Transmitted:

[✓] Notice of Appeal          Docket #: 7223      Date Filed: 12/4/2015

[ ] Amended Notice of Appeal   Docket #:          Date Filed:

[ ] Cross Appeal               Docket #:          Date Filed:

[ ] Motion for Leave to Appeal Docket #:          Date Filed:

[ ] Request for Certification of Direct Appeal Docket #:   Date Filed:

**Appellant/Cross Appellant:**

Mudrick Capital Management, L.P.

**Appellee/Cross Appellee**

Debtors and Debtors In Possession

**Counsel for Appellant/Cross Appellant:**

Julia B. Klein, Esq.
Frederick B. Rosner, Esq.
Tracy L. Klestadt, Esq.
John E. Jureller, Jr., Esq.
Stephanie Sweeny, Esq.

**Counsel for Appellee/Cross Appellee:**

Jason M. Madron, Esq.
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.

| | | |
|---|---|---|
| Filing fee paid? | Yes (●) | No ( ) |
| IFP application filed by applicant? | Yes ( ) | No (●) |
| Have additional appeals of the same order been filed? | Yes (●) | No ( ) |
| *If Yes, has District Court assigned a Civil Action Number? | Yes (●) | No ( ) |
| Civil Action Number: CA#15-1117, | | |
| | Yes ( ) | No (●) |

*(continued on next page)*

Notes: See attachment for additional names and addresses.

*I hereby certify that all designated items are available electronically through CM/ECF.*

Date: 12/7/2015                    by: _____Judy Fisher_____
                                          **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    15-77

| PARTY | COUNSEL |
|---|---|
| *Appellant* | **THE ROSNER LAW GROUP LLC**<br>Frederick B. Rosner, Esq. (DE 3995)<br>Julia B. Klein, Esq. (DE 5198)<br>824 Market Street, Suite 810<br>Wilmington, DE 19801<br>(302) 777-1111<br>rosner@teamrosner.com<br>klein@teamrosner.com<br><br>and<br><br>Tracy L. Klestadt, Esq.<br>John E. Jureller, Jr., Esq. |

|  | Stephanie Sweeney, Esq.<br>**KLESTADT WINTERS JURELLER SOUTHARD STEVENS LLP**<br>200 West 41st Street<br>17th Floor<br>New York, NY 10036<br>(212) 972-3000<br>tklestadt@klestadt.com<br>jjureller@klestadt.com<br>ssweeney@klestadt.com |
|---|---|
| *Andrew R. Vara, Acting United States Trustee* | **U.S. DEPARTMENT OF JUSTICE OFFICE OF THE U.S. TRUSTEE**<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street<br>Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Richard.Schepacarter@usdoj.gov<br>Andrea.B.Schwartz@usdoj.gov |
| *Appellees-Debtors and Debtors in Possession* | **RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>edward.sassower@kirkland.com<br>stephen.hessler@kirkland.com<br>brian.schartz@kirkland.com<br><br>James H.M. Sprayregen, P.C. |

|  | Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Email: james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>chad.husnick@kirkland.com<br>steven.serajeddini@kirkland.com |
|---|---|
| *Energy Future Holdings Corp.* | **O'KELLY ERNST & BIELLI, LLC**<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 778-4000<br>dklauder@oeblegal.com<br>sdougherty@oeblegal.com<br><br>-and-<br><br>**PROSKAUER ROSE LLP**<br>Jeff J. Marwil<br>Mark K. Thomas<br>Peter J. Young<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone: (312) 962-3550<br>jmarwil@proskauer.com<br>mthomas@proskauer.com<br>pyoung@proskauer.com |
| *Energy Future Intermediate Holding Company LLC* | **STEVENS & LEE, P.C.**<br>Joseph H. Huston, Jr. (No. 4035)<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br>jhh@stevenslee.com<br><br>-and-<br><br>**CRAVATH, SWAINE AND MOORE LLP**<br>Michael A. Paskin<br>Trevor M. Broad<br>Worldwide Plaza |

{00017145.}

| | |
|---|---|
| | 825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>mpaskin@cravath.com<br>tbroad@cravath.com<br><br>-and-<br><br>JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>rlevin@jenner.com |
| *TCEH Debtors* | **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**<br>David P. Primack (No. 4449)<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>dprimack@mdmc-law.com<br><br>-and-<br><br>**MUNGER, TOLLES & OLSON LLP**<br>Thomas B. Walper<br>Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Thomas.Walper@mto.com<br>Seth.Goldman@mto.com |
| *TCEH Official Committee* | **MORRISON & FOERSTER LLP**<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>jpeck@mofo.com<br>brettmiller@mofo.com<br>lmarinuzzi@mofo.com<br>tgoren@mofo.com |

| | |
|---|---|
| | -and-<br><br>**POLSINELLI PC**<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br>skatona@polsinelli.com |
| *The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.* | **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>nramsey@mmwr.com<br>msheppard@mmwr.com<br>mfink@mmwr.com<br><br>and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>dietdericha@sullcrom.com<br>holleys@sullcrom.com giuffrar@sullcrom.com<br>gluecksteinb@sullcrom.com |
| *Ad Hoc Group of Non-Settling EFIH PIK Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P. and Marathon Asset Management, LP on Behalf of* | **GELLERT SCALI BUSENKELL & BROWN, LLC**<br>Michael Busenkell (No. 3933)<br>913 N. Market Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 425-5812<br>mbusenkell@gsbblaw.com |

| | |
|---|---|
| *Funds and Accounts that they each Manage or Advise* | -and-<br><br>**KAYE SCHOLER LLP**<br>Scott D. Talmadge, Esq.<br>250 W. 55th Street<br>New York, NY 10019<br>Telephone: (212) 836-8000<br>scott.talmadge@kayescholer.com |
| *Counsel for UMB BANK, N.A., as Indentured Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 (the "PIK Notes")* | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Ira S. Dizengoff<br>Abid Qureshi<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br><br>Scott L. Alberino<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br><br>-and-<br><br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Raymond H. Lemisch (No. 4204)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br><br>-and-<br><br>**FOLEY & LARDNER LLP**<br>Harold L. Kaplan<br>Mark F. Hebbeln<br>Lars A. Peterson<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br>Telephone: (312) 832-4500<br><br>Barry G. Felder<br>Jonathan H. Friedman<br>90 Park Avenue New York, NY 10016<br>Telephone: (212) 682-7474 |