# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jeanne Ellen Mirer, Esquire, of Mirer Mazzocchi Schalet & Julien, PLLC, 150 Broadway, Ste.1200, New York, NY 10038, to represent Claimants Michael Cunningham, Joe Arabie and Michelle Ziegelbaum (collectively, the "Class Claimants") in this action.

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar #2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, DE  19806
Telephone:  (302) 656-7540
dkhogan@dkhogan.com.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/2014.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

*/s/Jeanne Ellen Mirer*
Jeanne Ellen Mirer (NY Bar #4546677)
Mirer Mazzocchi Schalet & Julien, PLLC
150 Broadway, Suite 1200
New York, NY 10038
Telephone:  (212) 231-2235
Jeanne@jmirerlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: December 7th, 2015
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**