Frequently Asked Questions

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re.: )
)
Energy Future Holdings Corp., et al. )   Chapter 11
)
Debtor. )   CASE NO. 14-10979
)
)
)

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that BOB LILLY PROFESSIONAL MARKETING, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court and any representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim, and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
BOB LILLY PROFESSIONAL MARKETING
12850 SPURLING RD STE 100
DALLAS, TX 75230

**New Address**
BOB LILLY PROFESSIONAL MARKETING
c/o Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601
914-509-5000

BOB LILLY PROFESSIONAL MARKETING

By: _____

Title: _____

Date: 11-22-15