**Frequently Asked Questions**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re.: ) | |
| ) | |
| Energy Future Holdings Corp., et al. ) | Chapter 11 |
| ) | |
| Debtor. ) | CASE NO. 14-10979 |
| ) | |
| ) | |
| ) | |

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that GTANALYSIS INC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court and any representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim, and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
GTANALYSIS INC
PO BOX 14534
BRADENTON, FL 34280-4534

**New Address**
GTANALYSIS INC
c/o Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601
914-509-5000

GTANALYSIS INC
By: _____