## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 7235, 7244** |

### CERTIFICATION OF COUNSEL CONCERNING
### AMENDED ORDER CONFIRMING THE SIXTH AMENDED JOINT PLAN OF
### REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*,
### PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

On December 6, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 7235] (as previously amended, modified, and supplemented, the "Plan"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"). A trial to consider confirmation of the Plan commenced before the Court on November 3, 2015 and concluded on December 2, 2015. On December 3, 2015, ruling from the bench, the Court confirmed the Plan (subject to certain modifications directed by the Court on the record of the December 3, 2015 hearing).

Contemporaneously with the filing of the Plan, on December 6, 2015, the Debtors also filed a proposed form of the *Order Confirming the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., pursuant to Chapter 11 of the Bankruptcy Code* with the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Court under a certification of counsel that the Debtors believed was consistent with the Court's rulings from the December 3, 2015 hearing. <u>See</u> D.I. 7238. In response, on December 7, 2015, the Court entered the *Order Confirming the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 7244] (the "<u>Original Confirmation Order</u>").

Following the entry of the Original Confirmation Order by the Court on December 7, 2015, the Debtors identified (i) a scrivener's error in footnote 2 to the Original Confirmation Order and (ii) that the version of the Plan that was submitted to the Court for entry as "Exhibit A" to the Original Confirmation Order --- and that was entered as "Exhibit A" to the Original Confirmation Order now on the Court's docket --- was inadvertently not the most current version of the Plan (*i.e.,* it was not D.I. 7235). Consequently, the Debtors have prepared a revised form of the Original Confirmation Order (the "<u>Revised Confirmation Order</u>") which (i) corrects the scrivener's error in footnote 2 to the Original Confirmation Order; (ii) attaches the correct version of the Plan (*i.e.,* D.I. 7235) as "Exhibit A" thereto; and (iii) adds a provision to provide that the Revised Confirmation Order is effective as of December 7, 2015 (*i.e.,* that it is effective as of the date of entry of the Original Confirmation Order). A copy of the Revised Confirmation Order is attached hereto as **Exhibit A**. A redline comparison of the Revised Confirmation Order marked against the form of Original Confirmation Order entered by the Bankruptcy Court on December 7, 2015 (D.I. 7244) is attached hereto as **Exhibit B**.

The Debtors respectfully request that the Bankruptcy Court enter the Revised Confirmation Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

RLF1 13504470v.1

Dated: December 8, 2015
     Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 13504470v.1