B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re **ENERGY FUTURE HOLDINGS CORP.**          Case No. **14-10979**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Liquidity Solutions, Inc.</u><br>**Name of Transferee** | <u>Texas Diesel Maintenance</u><br>**Name of Transferor** |

Name and Address where notices to transferee should be sent:

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

Phone: 201-968-0001
Last Four Digits of Acct #: _____

**Court Claim #:** 3739
**Amount of Claim:** $13,366.00
**Date Claim Filed:** 08/20/2014

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:<u>/s/Michael Handler</u>                              Date: <u>12/9/2015</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court
District of Delaware

In re **ENERGY FUTURE HOLDINGS CORP.**          Case No. **14-10979**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 3739 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/9/2015.

Liquidity Solutions, Inc.                                                     Texas Diesel Maintenance
**Name of Alleged Transferor**                                    **Name of Transferee**

**Address of Alleged Transferor:**                              **Address of Transferee:**
One University Plaza, Suite 312                              Attn: Tracey Marcantel
Hackensack, NJ 07601                                              2327 Timberbreeze Court
                                                                                 Magnolia, TX 77355

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                                                  _____
                                                                                            **CLERK OF THE COURT**

## TRANSFER NOTICE

TEXAS DIESEL MAINTENANCE INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the cure claim ("Cure Claim") of Assignor as set forth in the Agreement against Energy Future Holdings Corporation, et al. ("Debtors"), in the aggregate amount of $13,366.00 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 14-10979. Assignor authorizes and directs the disbursing agent in the Proceedings, or any other party responsible for making distributions on account of cure claims, to remit payment on account of Assignor's Cure Claim directly to Assignee at its address above.

IN WITNESS WHEREOF, Assignor has signed below as of the __16__ day of __November__ 2015.

TEXAS DIESEL MAINTENANCE INC                         LIQUIDITY SOLUTIONS, INC

By: _____                   _____
(Signature)                                           (Signature)

DWAYNE H. MARCANTEL / PRESIDENT                       Michael Handler
(Print Name and Title)                                (Print Name of Witness)