B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re **ENERGY FUTURE HOLDINGS CORP.**                    Case No. **14-10979**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Liquidity Solutions, Inc. | Global Iceblasting Inc |
| **Name of Transferee** | **Name of Transferor** |

Name and Address where notices to transferee should be sent:

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

**Court Claim #:** 6343
**Amount of Claim:** $19,600.00
**Date Claim Filed:** 10/23/2014

Phone: 201-968-0001
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Michael Handler                    Date: 12/9/2015
Transferee/Transferee's Agent

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re **ENERGY FUTURE HOLDINGS CORP.**                    Case No. **14-10979**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 6343 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/9/2015.

Liquidity Solutions, Inc.                               Global Iceblasting Inc
**Name of Alleged Transferor**                          **Name of Transferee**

**Address of Alleged Transferor:**                      **Address of Transferee:**
One University Plaza, Suite 312                         104 Ledgenest Dr
Hackensack, NJ 07601                                    McKinney, TX 75070

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
| --- |

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                           _____
                                           **CLERK OF THE COURT**

B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re **ENERGY FUTURE HOLDINGS CORP.**                    Case No. **14-10979**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Liquidity Solutions, Inc.                    Global Iceblasting Inc
**Name of Transferee**                       **Name of Transferor**

Name and Address where notices to transferee    **Court Claim #:** 6344
should be sent:                                  **Amount of Claim:** $9,065.00
                                                 **Date Claim Filed:** 10/23/2014
Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

Phone: 201-968-0001                          Phone: _____
Last Four Digits of Acct #: _____  Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Michael Handler                        Date: 12/9/2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re **ENERGY FUTURE HOLDINGS CORP.**           Case No. **14-10979**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 6344 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/9/2015.

Liquidity Solutions, Inc.                        Global Iceblasting Inc
**Name of Alleged Transferor**                   **Name of Transferee**

**Address of Alleged Transferor:**              **Address of Transferee:**
One University Plaza, Suite 312                  104 Ledgenest Dr
Hackensack, NJ 07601                            McKinney, TX 75070

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                _____
                                                **CLERK OF THE COURT**

**TRANSFER NOTICE**

GLOBAL ICE BLASTING INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the ("Claim") of Assignor as set forth in the Agreement against Energy Future Holdings Corporation, et al. ("Debtors"), in the aggregate amount of $28,665.00 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 14-10979. Assignor authorizes and directs the disbursing agent in the Proceedings, or any other party responsible for making distributions on account of cure amounts, to remit payment on account of Assignor's cure amount directly to Assignee at its address above.

IN WITNESS WHEREOF, Assignor has signed below as of the 5th day of $NOV$ , 2015.

GLOBAL ICE BLASTING INC

By: _____
(Signature)

BRANDON KELLEY / OWNER
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC

_____
(Signature)

Michael Handler
(Print Name of Witness)