United States Bankruptcy Court
For the **District of Delaware**

| | |
|---|---|
| **Oak Grove Management Company LLC** | } Chapter 11 |
| | } |
| | } Case No. 14-11022 |
| | } |
| <u>Debtor</u> | } **Amount $1,800.00** |
| | *AS SET FORTH ON SCHEDULE F* |

JOINTLY ADMINISTERED IN LEAD CASE 14-10979 ENERGY FUTURE HOLDINGS CORP.

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To Transferor:**

**Hoist & Crane Services Group**
**PO Box 53062**
**Lafayette, LA 70505-3062**

The transfer of your claim as shown above in the amount of **$1,800.00** has been transferred to:

    Liquidity Solutions, Inc.
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                                          <u>By:/s/Michael Handler</u>
                                          Liquidity Solutions, Inc.
                                          (201) 968-0001

In re  **Oak Grove Management Company LLC**           ,          Case No.   **14-11022 (CSS)**
             **Debtor**                                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>HERTZ EQUIPMENT RENTAL CORPORATION<br>PO BOX 650280<br>DALLAS, TX 75265-0280 | | | Trade Payable | | | | $5,861.95 |
| ACCOUNT NO.<br>HERTZ EQUIPMENT RENTAL<br>PO BOX 7698<br>LONGVIEW, TX 75607 | | | Trade Payable | | | | $20,479.80 |
| ACCOUNT NO.<br>HF & ASSOCIATES INC<br>118 VERDANT<br>SAN ANTONIO, TX 78209 | | | Trade Payable | | | | $1,395.96 |
| ACCOUNT NO.<br>HI-TECH TESTING SERVICE INC<br>PO BOX 12568<br>LONGVIEW, TX 75607 | | | Trade Payable | | | | $1,506.00 |
| ACCOUNT NO.<br>HILTI INC<br>ATTN: CUSTOMER SERVICE<br>PO BOX 21148<br>TULSA, OK 74121 | | | Trade Payable | | | | $1,014.55 |
| ACCOUNT NO.<br>HOIST & CRANE SERVICE GROUP<br>PO BOX 53062<br>LAFAYETTE, LA 70505-3062 | | | Trade Payable | | | | $1,800.00 |
| Sheet no.  39  of  96  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal ▶ | $ 32,058.26 |
| | | | | | | Total ▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

## TRANSFER NOTICE

HOIST & CRANE SERVICE GROUP ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the cure claim ("Cure Claim") of Assignor as set forth in the Agreement against Energy Future Holdings Corporation, et al. ("Debtors"), in the aggregate amount of $1,800.00 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 14-10979. Assignor authorizes and directs the disbursing agent in the Proceedings, or any other party responsible for making distributions on account of cure claims, to remit payment on account of Assignor's Cure Claim directly to Assignee at its address above.

IN WITNESS WHEREOF, Assignor has signed below as of the 29 day of October, 2015.

HOIST & CRANE SERVICE GROUP                           LIQUIDITY SOLUTIONS, INC

By: _____                     _____
(Signature)                                           (Signature)

Rickey Reynolds-Chief Administrative
Officer                                               Michael Handler
(Print Name and Title)                                (Print Name of Witness)