United States Bankruptcy Court
For the **District of Delaware**

| | |
|---|---|
| **Luminant Generation Company LLC** | } Chapter 11 |
| | } |
| | } Case No. 14-11032 |
| | } |
| Debtor | } **Amount $10,422.23** |
| | *AS SET FORTH ON SCHEDULE F* |

**JOINTLY ADMINISTERED IN LEAD CASE 14-10979 ENERGY FUTURE HOLDINGS CORPORATION, ET AL**.

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To Transferor:**

**Industrial Refractory Services**
**2300 S Main St**
**Fort Worth, TX 76110**

The transfer of your claim as shown above in the amount of **$10,422.23** has been transferred to:

> Liquidity Solutions, Inc.
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/Michael Handler
Liquidity Solutions, Inc.
(201) 968-0001

## TRANSFER NOTICE

INDUSTRIAL REFRACTORY SERVICES ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the cure claim ("Cure Claim") of Assignor as set forth in the Agreement against Energy Future Holdings Corporation, et al. ("Debtors"), in the aggregate amount of $10,422.23 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 14-10979. Assignor authorizes and directs the disbursing agent in the Proceedings, or any other party responsible for making distributions on account of cure claims, to remit payment on account of Assignor's Cure Claim directly to Assignee at its address above.

IN WITNESS WHEREOF, Assignor has signed below as of the 10th day of November, 2015.

INDUSTRIAL REFRACTORY SERVICES          LIQUIDITY SOLUTIONS, INC

By: _____              _____
(Signature)                             (Signature)

Gary Petty, President                   Michael Handler
(Print Name and Title)                  (Print Name of Witness)

In re **Luminant Generation Company LLC**    ,    Case No. **14-11032 (CSS)**
            **Debtor**                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>INDUSTRIAL NETWORKING SOLUTIONS<br>PO BOX 540<br>ADDISON, TX 75001 | | | Trade Payable | | | | $5,551.28 |
| ACCOUNT NO.<br>INDUSTRIAL REFRACTORY SERVICES<br>2300 S MAIN ST<br>FORT WORTH, TX 76110 | | | Trade Payable | | | | $10,422.23 |
| ACCOUNT NO.<br>INDUSTRIAL SOLVENTS<br>DANIEL L. SPARKS, VP<br>16703 GRANT ROAD<br>CYPRESS, TX 77429 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br>INDUSTRIAL SOLVENTS GULF<br>16703 STEINHAGEN RD.<br>CYPRESS, TX 77429 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br>INGERSOLL RAND CO<br>4310 ADLER DR STE 300<br>DALLAS, TX 75211 | | | Trade Payable | | | | $3,809.90 |
| ACCOUNT NO.<br>INGERSOLL RAND CO<br>4310 ADLER DR STE 300<br>DALLAS, TX 75211 | | | Trade Payable | | | | $64,926.49 |

Sheet no. __178__ of __388__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 84,709.90

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)