United States Bankruptcy Court
For the **District of Delaware**

---

**TXU Energy Retail Company LLC**　　　　　　　　　} Chapter 11
}
}
}
} Case No. 14-10997
}
}
Debtor　　　　　　　　　　　　　　　　　　　　　} **Amount $7,725.60**
　　　　　　　　　　　　　　　　　　　　　　　　　　*AS SET FORTH ON SCHEDULE F*

**JOINTLY ADMINISTERED IN LEAD CASE 14-10979 ENERGY FUTURE HOLDINGS CORPORATION, ET AL.**

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To Transferor:**

**Data Exchange**
**7666 East 61st Street South #240**
**Tulsa, OK 74133**

The transfer of your claim as shown above in the amount of **$7,725.60** has been transferred to:

　　　　Liquidity Solutions, Inc.
　　　　One University Plaza
　　　　Suite 312
　　　　Hackensack, NJ 07601


No action is required if you do not object to the transfer of your Claim.



　　　　　　　　　　　　　　　　　　　　By:/s/Michael Handler
　　　　　　　　　　　　　　　　　　　　Liquidity Solutions, Inc.
　　　　　　　　　　　　　　　　　　　　(201) 968-0001

In re  **TXU Energy Retail Company LLC**           ,         Case No.  **14-10997 (CSS)**
             **Debtor**                                                                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CUSTOM CAKES<br>C/O CINDY SWILLEY<br>1209 BERKLEY DR<br>GRAPEVINE, TX 76051 | | | Trade Payable | | | | $425.00 |
| ACCOUNT NO.<br><br>DALLAS CENTRAL APPRAISAL DISTRICT<br>LINCOLN PLAZA<br>PETER GARDNER SMITH<br>500 N AKARD ST STE 1800<br>DALLAS, TX 75201-6616 | | | Potential Litigation Claim - Matter Number: DC-13-13621-D | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DALLAS STARS<br>2601 AVENUE OF THE STARS<br>FRISCO, TX 75034 | | | Trade Payable | | | | $34,200.00 |
| ACCOUNT NO.<br><br>DATA EXCHANGE<br>7666 EAST 61ST STREET SOUTH #240<br>TULSA, OK 74133 | | | Trade Payable | | | | $7,725.60 |
| ACCOUNT NO.<br><br>DAVID BLAIR<br>ADDRESS ON FILE | | | Potential Litigation Claim | X | X | X | Undetermined |

Sheet no. _25_ of _95_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 42,350.60

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**TRANSFER NOTICE**

DATA EXCHANGE ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the cure claim ("Cure Claim") of Assignor as set forth in the Agreement against Energy Future Holdings Corporation, et al. ("Debtors"), in the aggregate amount of $7,725.60 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 14-10979. Assignor authorizes and directs the disbursing agent in the Proceedings, or any other party responsible for making distributions on account of cure claims, to remit payment on account of Assignor's Cure Claim directly to Assignee at its address above.

IN WITNESS WHEREOF, Assignor has signed below as of the 30th day of November 2015.

DATA EXCHANGE

By: _____
(Signature)

DEONER J. STACY
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC

_____
(Signature)

Michael Handler
(Print Name of Witness)