IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>*Debtors.* | )<br>)  Chapter 11<br>)  Bankruptcy Case No. 14-10979 (CSS)<br>)  (Jointly Administered)<br>) |

**DECLARATION OF BRENTON A. ROGERS, ESQ. IN SUPPORT OF THE DEBTORS' OBJECTION TO AMENDED MOTION FOR APPLICATION OF FED. R. BANKR. P. 7023 TO THIS PROCEEDING AND TO CERTIFY A CLASS PURSUANT TO FRCP RULE 23**

BRENTON A. ROGERS, declares as follows:

1. I am an attorney admitted to practice in the State of Illinois, the United States District Court for the Northern District of Illinois, and before the United States Court of Appeals for the Seventh Circuit. I am admitted *pro hac vice* to the United States Bankruptcy Court for the District of Delaware.

2. I submit this declaration in support of the Debtors' Objection to Amended Motion for Application of Fed. R. Bankr. P. 7023 to This Proceeding and to Certify a Class Pursuant to FRCP Rule 23 filed contemporaneously herewith.[2]

3. Attached hereto as <u>Exhibit 1</u> is a screenshot of the "EFH Case Info" Google Search on December 7, 2015.

4. Attached hereto as <u>Exhibit 2</u> is a screenshot of the "EFH Bankruptcy" Google Search on December 7, 2015.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms used but not defined herein are given the meanings ascribed to them in the *Debtors' Objection to Amended Motion for Application of Fed. R. Bankr. P. 7023 to This Proceeding and to Certify a Class Pursuant to FRCP Rule 23.*

2

5.    Attached hereto as Exhibit 3 is a screenshot of the "EFH Restructuring" Google Search on December 7, 2015.

6.    Attached hereto as Exhibit 4 is a screenshot of the "EFH" Google Search on December 7, 2015.

7.    Attached hereto as Exhibit 5 is the Complaint filed in *Zygielbaum v. Asbestos Corp. Ltd., et al.*, Case No. RG04152563 (Cal. Super. Ct., April 28, 2004).

8.    Attached hereto as Exhibit 6 is the Signed Request for Dismissal filed in *Zygielbaum v. Asbestos Corp. Ltd., et al.,* Case No. RG04152563 (Cal. Super. Ct., November 14, 2007).

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 9th day of December, 2015.


*/s/ Brenton A. Rogers*
Brenton A. Rogers (*pro hac vice*)