# **<u>EXHIBIT 1</u>**

**Screenshot of the "EFH Case Info" Google Search**

