## <u>EXHIBIT 2</u>

**Screenshot of the "EFH Bankruptcy" Google Search**

 efh bankruptcy          Sign in

Web    News    Maps    Videos    Shopping    More ▾    Search tools    

About 47,000 results (0.24 seconds)

### Energy Future Holdings Corp., et al. - Client Home
www.efhcaseinfo.com/ ▾
Energy Future Holdings Corp., et al. Bankruptcy/Corporate Restructuring Solutions homepage.

### [PDF] EFH BANKRUPTCY FAQs
https://www.puc.texas.gov/.../Energy... ▾ Public Utility Commission of Texas ▾
EFH BANKRUPTCY FAQs. 1. Who is Energy Future Holdings? Energy Future Holdings (EFH) is the parent company of TXU Energy, 4Change Energy, and.

### EFH Bankruptcy Yet To Face Its Biggest Hurdles - Law360
www.law360.com/.../efh-bankruptcy-yet-to-face-its-biggest-hur... ▾ Law360 ▾
Oct 2, 2015 - EFH entered bankruptcy in April 2014 with over $42 billion in claims, and for most of the time since then, these cases have looked to be among ...

### Hunt's offer to buy Oncor could revitalize EFH bankruptcy ...
www.dallasnews.com/.../20150810-hunts-offer... ▾ The Dallas Morning News ▾
Aug 10, 2015 - Fifteen months after Energy Future Holdings filed for bankruptcy, an exit strategy could be taking shape. The announcement Monday that ...

### Chapter 11 Bankruptcy | Epiq Systems
www.epiqsystems.com/bankruptcy/chapters-9-11-15-bankruptcy/ ▾
... case management and consulting services for bankruptcy reorganizations and liquidations. ... Anna's Linens, Inc. Energy Future Holdings Corp., et al.

In the news

### Federal judge approves Energy Future Holdings restructuring plan
Utility Dive - 8 hours ago

Ads

**EFH Worker Asbestos Claim**
www.kazanlaw.com/ ▾
(888) 902-5597
December 14th Deadline to File.
Protect Your Rights. Contact Us Now

**$795 Bankruptcy Attorneys**
www.genesisbankruptcyattorney.com/ ▾
Lowest Fee Guarantee. Payment Plans
37 Locations in Southern California

**"Don't File Bankruptcy"**
www.californiadebtrelief.org/Online ▾
Before "Filing" See If You Qualify
For Relief w/out a Bankruptcy!

**LA Bankruptcy Attorney**
www.khechumyanlaw.com/ ▾
Local boutique law firm - Ch 11 & 7
Free Consultation - habla español

See your ad here »