# **EXHIBIT 3**

**Screenshot of the "EFH Restructuring" Google Search**



**efh restructuring**

Web  News  Images  Shopping  Videos  More ▼  Search tools

About 28,600 results (0.26 seconds)

**EFH Worker Asbestos Claim - kazanlaw.com**
Ad www.kazanlaw.com/ ▼
December 14th Deadline to File. Protect Your Rights. Contact Us Now

**Energy Future Holdings Corp., et al. - Client Home**
www.efhcaseinfo.com/ ▼
Energy Future Holdings Corp., et al. Bankruptcy/Corporate **Restructuring** Solutions homepage.

**EFH files $42bn restructuring plan — Financier Worldwide**
www.financierworldwide.com/**efh**-files-42bn-**restructuring**-plan/ ▼
Nearly 12 months after filing for Chapter 11 bankruptcy protection, Energy Future Holdings Corp has filed the **restructuring** plan it hopes will allow the ...

In the news

**Federal judge approves Energy Future Holdings restructuring plan**
Utility Dive - 8 hours ago
A U.S. bankruptcy court in Delaware has approved Energy Future Holdings' plan to reorganize and emerge from bankruptcy protection.

More news for efh restructuring

**Energy Future Holdings**
https://www.**energyfutureholdings**.com/ ▼
**EFH** Corporate Responsibility. The **Energy Future Holdings** portfolio of competitive and regulated energy companies – TXU ... Information About **Restructuring** ...