# **EXHIBIT 4**

**Screenshot of the "EFH" Google Search**

