# **EXHIBIT 6**

**Signed Request for Dismissal**

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Andrea Huston, Esq.<br>Andrea Huston, Esq. (C.S.B. #200610)<br>Kazan, McClain, Abrams, Lyons & Greenwood<br>171 Twelfth Street, Third Floor<br>Oakland, CA 94607 | (510) 302-1000 | ENDORSED FILED<br>ALAMEDA COUNTY<br>NOV 1 4 2007<br>CLERK OF THE SUPERIOR COURT<br>By |

ATTORNEY FOR (Name): Plaintiffs

Insert name of court and name of judicial district and branch court, if any:
Alameda County Superior Court

PLAINTIFF/PETITIONER: PAUL ZYGIELBAUM, et al.

DEFENDANT/RESPONDENT: ASBESTOS CORPORATION LIMITED, et al.

| REQUEST FOR DISMISSAL | CASE NUMBER: |
|---|---|
| [X] Personal Injury, Property Damage, or Wrongful Death<br>[ ] Motor Vehicle   [X] Other Asbestos Related Injury<br>[ ] Family Law<br>[ ] Eminent Domain<br>[ ] Other (specify): | RG04152563 |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [ ] With prejudice    (2) [X] Without prejudice
   b. (1) [ ] Complaint    (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name): _____ on (date): _____
      (4) [ ] Cross-complaint filed by (name): _____ on (date): _____
      (5) [ ] Entire action of all parties and all causes of action
      (6) [X] Other (specify):* As to defendant WASHINGTON GROUP INTERNATIONAL, INC., individually and as successor in interest, parent, alter ego, and/or equitable trustee of EBASCO SERVICES, INCORPORATED, DOE 16, only. Each side to bear its own costs.

Date: November 13, 2007

Andrea Huston, Esq.
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

Kazan, McClain, Abrams, Lyons & Greenwood
(SIGNATURE)
Attorney or party without attorney for: Plaintiffs    P/W

* If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

[X] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross - complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)
(SIGNATURE)
Attorney or party without attorney for:

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent consent if required by Code of Civil Procedure section 581(i) or (j).

[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross - complainant

(To be completed by clerk)
3. [X] Dismissal entered as requested on (date): 11/14/07
4. [ ] Dismissal entered on (date): _____ as to only (name): _____
5. [ ] Dismissal **not** entered as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
      b. Attorney or party without attorney not notified. Filing party failed to provide
         [ ] a copy to conform    [ ] means to return conformed copy

Date: _____    Clerk, by R. Mishu , Deputy

Page 1 of 1

| Form Adopted for Mandatory use<br>Judicial Council of California<br>CIV-110 [Rev. January 1, 2007] | **REQUEST FOR DISMISSAL** | Legal Solutions Plus | Code of Civil Procedure, § 581 et seq.;<br>Cal. Rules of Court, rule 3.1390 |