# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No.: 14-10979 (CSS) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: Docket Nos. 7151 & 7185** |
| | ) |

### JOINDER OF SHIRLEY FENICLE, AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF GEORGE FENICLE, TO THE AMENDED MOTION OF MICHAEL CUNNINGHAM, JOE ARABIE AND MICHELLE ZIEGELBAUM FOR APPLICATION OF FED. R. BANKR. P. 7023 TO THIS PROCEEDING AND TO CERTIFY A CLASS PURSUANT TO FRCP RULE 23

Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, (hereinafter "Fenicle"), a member of the EFH Official Committee of Unsecured Creditors ("Committee"), hereby exercises her right and submits this Memorandum in support of the amended motion of Michael Cunningham (individually "Cunningham"), Joe Arabie (individually "Arabie") and Michelle Ziegelbaum (hereinafter collectively "Class Claimants"), [Docket No. 7185], (the "Class Claimants' Motion"), seeking the entry of an order exercising this court's discretion to apply FED. R. BANKR. P. 7023 to Class Claimant's "Proof of Unmanifested Asbestos Claim" (hereinafter "class proofs of claim") pursuant FED. R. BANKR. P. 3001.

I.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http;://www.efhcaseinfo.com. The debtors are referred to collectively and individually herein as the "Debtors."

1

BACKGROUND

1. On November 25, 2015, the Class Claimants filed the Class Claimants' Motion requesting the Court's allowance of a class proofs of claim [Docket No. 7151].

2. On December 1, 2015, the Class Claimants filed an amended Class Claimants' Motion [Docket No. 7185].

II.

ARGUMENT

3. Fenicle incorporates herein the arguments set forth in the Class Claimants' Motion, which similarly apply to Fenicle, and reserves the right to supplement this Joinder and to make such other and further arguments as may be necessary and appropriate.

For the reasons set forth in the Class Claimants' Motion, Fenicle respectfully requests that this Court enter an order: (a) granting the relief sought in the Class Claimants' Motion; and (c) granting such other and further relief as is just and proper.

[Remainder of Page Intentionally Left Blank]

Dated: December 9, 2015    By:    /s/ *Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, Delaware  19806
Telephone:  (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

-and-

Steven Kazan (CA Bar # 46855)
Kazan McClain Satterley & Greenwood
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle*