**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re )<br>)<br>ENERGY FUTURE HOLDINGS CORP., )<br>*et al.*,[1] )<br>)<br>*Debtors.* ) | Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered) |

**DECLARATION OF JAMES KATCHADURIAN IN SUPPORT OF THE
DEBTORS' OBJECTION TO THE AMENDED MOTION
FOR APPLICATION OF FED. R. BANKR. P. 7023 TO THIS PROCEEDING
AND TO CERTIFY A CLASS PURSUANT TO FRCP 23**

James Katchadurian declares as follows:

1. I am an Executive Vice President at Epiq Bankruptcy Solutions, LLC ("Epiq"), which has a place of business at 777 Third Avenue, 12th Floor, New York, New York, 10017.

2. I submit this declaration in support of the Debtors' Objection to the Amended Motion for Application of Fed. R. Bankr. P. 7023 to This Proceeding and to Certify a Class Pursuant to FRCP 23 filed contemporaneously herewith.[2]

3. Pursuant to the Asbestos Notice Order, the Debtors executed the Notice Plan at a substantial cost.

4. In an initial mailing on July 30, 2015, the Debtors sent 68,433 asbestos bar date packages to individuals identified in employee and contractor records, and 2,266

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms used but not defined herein are given the meanings ascribed to them in the Debtors' Objection to the Amended Motion for Application of Fed. R. Bankr. P. 7023 to This Proceeding and to Certify a Class Pursuant to FRCP 23.

asbestos bar date packages to known asbestos claimants. The Debtors have since sent supplemental mailings to 3,880 parties.

5. As of December 8, 2015, claimants have filed approximately 6,900 active asbestos-related claims. Including online submissions, the Debtors have categorized approximately 6,000 of these claims as unmanifested, 700 of these claims as manifested, and the remaining 200 claims did not specify.

6. On December 2, 2015, Epiq received three "Unmanifested Injury Claim Forms" from each of the following individuals: Joe Arabie, Michael Cunningham, and Michelle Zygielbaum. On each of those forms, someone has hand-written "CLASS PROOF OF CLAIM FORM," and each purports to be submitted on behalf of the respective named claimant "and similarly situated persons."

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 9th day of December, 2015.

/s/ *James Katchadurian*
James Katchadurian

Executive Vice President

Epiq Bankruptcy Solutions, LLC