## CERTIFICATE OF SERVICE

      I, L. John Bird, hereby certify that on the 9th day of December, 2015, I caused copies of the foregoing **Joinder of the Creditor-Investor Consortium in the Debtors' Objection to "Amended Motion for Application of Fed. R. Bankr. P. 7023 to This Proceeding and to Certify a Class Pursuant to FRCP 23"** to be served upon the parties on the attached service list via First Class Mail.

                                              */s/ L. John Bird*
                                              L. John Bird (No. 5310)