## EXHIBIT A

## Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| B130 | [EFH] Asset Disposition | 2.50 | $1,562.50 |
| B160 | Fee/Employment Applications | .40 | $112.00 |
| B270 | Energy Trading | 45.30 | $35,950.00 |
| | **TOTAL** | **48.20** | **$37,624.50** |