## EXHIBIT B

### Professionals' Information

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $875 | 32.80 | $28,700.00 |
| Ryan A. Wagner | Associate | $580 | 12.50 | $7,250.00 |
| Adolfo Gomes | Chief Economist, Transfer Pricing | $625 | 2.50 | $1,562.50 |
| Andrea Duncliffe | Paralegal Manager | $280 | .40 | $112.00 |
| **Total** | | | **48.20** | **$37,624.50** |