## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | United Airlines | $1,813.40 |
| Lodging | Dallas Marriott Hotel/Fairfield Inn & Suites | $2,365.14 |
| Out of Town Meals | Stephan Pyles Restaurant (two attendees) | $59.25 |
| Car Rental | Budget Rental | $523.41 |
| Parking | Various Vendors | $418.15 |
| Miscellaneous | Shell Gas | $6.20 |
| **TOTAL** | | **$5,185.55** |