## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

DM_US 66886530-1.093681.0012

## Expense Detail by Category

### September 1, 2015 through September 30, 2015

#### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | September 21, 2015 | $958.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | September 28, 2015 | $855.20 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:**                     **$1,813.40**

#### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | September 1, 2015 | $321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | September 2, 2015 | $321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | September 21, 2015 | $344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | September 22, 2015 | $344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | September 23, 2015 | $344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | September 28, 2015 | $229.37 | Fairfield Inn & Suites |
| Iskender H. Catto | September 29, 2015 | $229.37 | Fairfield Inn & Suites |
| Iskender H. Catto | September 30, 2015 | $229.37 | Fairfield Inn & Suites |

**Expense Category Total:**                     **$2,365.14**

#### *MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | September 29, 2015 | $59.25 | Stephan Pyles – Out of Town Lunch (I. Catto and guest) |

**$59.25**

#### *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | September 1, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | September 2, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | September 21, 2015 | $61.63 | Budget Car Rental |
| Iskender H. Catto | September 22, 2015 | $61.63 | Budget Car Rental |
| Iskender H. Catto | September 23, 2015 | $61.63 | Budget Car Rental |
| Iskender H. Catto | September 28, 2015 | $62.84 | Budget Car Rental |
| Iskender H. Catto | September 29, 2015 | $62.84 | Budget Car Rental |
| Iskender H. Catto | September 30 2015 | $62.84 | Budget Car Rental |

**Expense Category Total:**                     **$523.41**

*PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | September 1, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | September 2, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | September 21-24, 2015 | $98.00 | Parking – Newark  Liberty International Airport |
| Iskender H. Catto | September 21, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | September 22, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | September 23, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | September 28, 2015 | $165.00 | Parking – Newark  Liberty International Airport |
| Iskender H. Catto | September 29, 2015 | $9.00 | Stall Parking |

**Expense Category Total:**                          **$409.15**

*MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | September 24, 2015 | 6.20 | Shell Gas |

**Expense Category Total:**                          **$6.20**