IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**DEBTORS' MOTION FOR LEAVE TO FILE
AND SERVE A LATE REPLY IN RESPONSE TO ANY
OBJECTION OF THE TCEH FIRST LIEN AD HOC COMMITTEE TO
THE "MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY
OF AN ORDER APPROVING THE 2016 COMPENSATION PROGRAMS" [D.I. 7137]**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this motion for leave (the "Motion for Leave"), pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to file and serve a reply (the "Reply"), beyond the deadline set forth in Local Rule 9006-1(d), in response to any objection (the "Objection") that may be filed by the TCEH First Lien Ad Hoc Committee (the "TCEH First Liens"), whose objection deadline has been extended by the Debtors to December 11, 2015 at 5:00 p.m. (Eastern Standard Time) to the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the 2016 Compensation Programs* [D.I. 7137] (the "2016 Compensation Motion"). In support of this Motion for Leave, the Debtors respectfully represent as follows.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## JURISDICTION

1.  This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.[2]

## BACKGROUND

2.  On November 25, 2015, the Debtors filed the 2016 Compensation Motion. Pursuant to the 2016 Compensation Motion, the Debtors are seeking entry of an order approving the 2016 Compensation Programs. Specifically, the 2016 Compensation Motion seeks the approval for 2016 of (a) discretionary incentive compensation programs that will encourage and reward exceptional performance by all employees and (b) certain retention bonus programs for non-insiders.

3.  The 2016 Compensation Motion is scheduled to be heard at the hearing scheduled to take place before the Court on December 16, 2015 starting at 9:30 a.m. (Eastern Standard Time) (the "Hearing"). Pursuant to the notice filed and served in connection with the 2016 Compensation Motion, the deadline for all parties-in-interest (other than the TCEH First Liens, as discussed below) to file responses or objections to the 2015 Compensation Motion was 4:00 p.m. (Eastern Standard Time) on December 9, 2015 (the "Objection Deadline"). The Objection Deadline has passed and no parties filed objections to the 2016 Compensation Motion.

4.  To provide the TCEH First Liens with time to fully consider the relief requested by the Debtors in the 2016 Compensation Motion and, as necessary, to engage the Debtors in discussions with respect to the same, the Debtors have agreed to extend the Objection Deadline for

---

[2] Pursuant to Local Rule 9013-1(f), the Debtors hereby confirm their consent to the entry of a final order by this Court in connection with this Motion for Leave if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments in connection therewith consistent with Article III of the United States Constitution.

the TCEH First Liens with respect to the 2016 Compensation Motion to December 11, 2015 at 5:00 p.m. (Eastern Standard Time). In turn, the TCEH First Liens have agreed to an extension of the Debtors' time to file a reply to December 14, 2015 at 4:00 p.m. (Eastern Standard Time). By this Motion for Leave, the Debtors seek permission to file and serve the Reply after the deadline afforded under Local Rule 9006-1(d).

### RELIEF REQUESTED

5. By this Motion for Leave, the Debtors seek authority, pursuant to Local Rule 9006-1(d), to file and serve the Reply on or before 4:00 p.m. (Eastern Standard Time) on December 14, 2015.[3]

### BASIS FOR RELIEF

6. Pursuant to Local Rule 9006-1(d), "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. (prevailing Eastern Time) the day prior to the deadline for filing the agenda." *See* Del. Bankr. L.R. 9006-1(d).

7. The agenda for the Hearing (currently set for December 16, 2015 at 9:30 a.m. (Eastern Standard Time)) is due to be filed with the Court by 12:00 p.m. (noon) (Eastern Standard Time) on December 14, 2015. As noted above, Local Rule 9006-1(d) therefore requires that the Debtors file and serve any reply with the Court on or before 4:00 p.m. (Eastern Standard Time) on December 11, 2015. However, the Debtors' extension of the Objection Deadline for the TCEH First Liens (which is beyond the current deadline to file a reply) does not provide them with *any* opportunity, within the time frame provided by Local Rule 9006-1(d), to prepare and file a reply to any objection that might be filed by the TCEH First Liens. Accordingly, absent leave of Court, the Debtors will be unable to file and serve the Reply in compliance with Local Rule 9006-1(d).

---

[3] Although on its face, the language of Local Rule 9006-1(d) sets a deadline for *service* of a reply, rather than a deadline for *filing* a reply, the Debtors seek a waiver of the rule out of an abundance of caution to the extent that the Court believes that the rule should be read to set a deadline for *serving* a reply.

3

8.     The Debtors submit, however, that the Court should grant an extension of the time in which to file the Reply under Local Rule 9006-1(d). As a result of the extension of the Objection Deadline for the TCEH First Liens, absent leave of Court, the Debtors will be unable to file a reply to any objection that the TCEH First Liens might file in response to the 2016 Compensation Motion. At the same time, the Debtors respectfully submit that the Reply (to the extent that the Debtors are required to file it) will assist the Court in its consideration of the issues raised in any objection that might be filed by the TCEH First Liens. Absent leave of Court to file the Reply, the Debtors will be unable to submit an appropriate written response to any objection or response to the 2016 Compensation Motion that the TCEH First Liens might file, putting the Debtors in the difficult position of presenting their arguments in reply for the first time at the Hearing. The Debtors believe that the Reply will (i) fully inform the Court of the Debtors' arguments regarding the issues presented in the 2016 Compensation Motion; (ii) assist the Court in deciding the merits of the 2016 Compensation Motion, and any objections or responses thereto; and (iii) help narrow disputed issues, if any, thereby serving to streamline the Hearing.

### NO OBJECTION TO RELIEF

9.     Counsel to the Debtors conferred with counsel to the TCEH First Liens concerning the relief requested in the Motion for Leave prior to its filing, and is informed that the TCEH First Liens do not object to the relief sought by this Motion for Leave.

WHEREFORE the Debtors respectfully request that the Court enter an order, substantially in the form attached as **Exhibit A,** authorizing the Debtors to file and serve the Reply on or before December 14, 2015, at 4:00 p.m. (Eastern Standard Time).

Dated: December 9, 2015
      Wilmington, Delaware

/s/ *signature*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession