# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                               **Case No.:** 14–10979–CSS

Energy Future Holdings Corp.

                                                         **Chapter:** 11


### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.


_David D. Bird_

David D. Bird, Clerk of Court


Date: 12/7/15
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 14-10979-CSS
Energy Future Holdings Corp.                                     Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: BonnieA          Page 1 of 23          Date Rcvd: Dec 07, 2015
                             Form ID: van440         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2015.
```
aty        +Andrea Beth Schwartz,   U.S. Department of Justice - Office of t,
             U.S. Federal Office Building,   201 Varick Street, Rm 1006,   New York, NY 10014-9449
aty        +Brian Schartz,   c/o Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty        +Christopher A. Ward,   Polsinelli PC,   222 Delaware Avenue, Suite 1101,
             Wilmington, DE 19801-1621
aty        +Daniel J. DeFranceschi,   Richards, Layton & Finger,   One Rodney Square, P.O. Box 551,
             Wilmington, DE 19899-0551
aty        +David M. Klauder,   Bielli & Klauder, LLC,   1204 N. King Street,   Wilmington, DE 19801-3218
aty        +Edward O. Sassower,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty        +Frederick B. Rosner,   The Rosner Law Group LLC,   824 Market Street, Suite 810,
             Wilmington, DE 19801-4939
aty        +Ira S. Dizengoff,   Akin Gump Strauss Hauer & Feld LLP,   One Bryant Park,
             New York, NY 10036-6728
aty        +James H.M. Sprayregen,   Kirkland & Ellis LLP,   601 Lexington Avenue,
             New York, NY 10022-4643
aty        +Jason M. Madron,   Richards, Layton & Finger, P.A.,   One Rodney Square,   P.O. Box 551,
             Wilmington, DE 19899-0551
aty        +Jeff J. Marwil,   Proskauer Rose LLP,   Three First National Plaza,   70 W. Madison Street,
             Suite 3800,   Chicago, IL 60602-4342
aty        +John E. Jureller,   KLESTADT WINTERS JURELLER SOUTHARD STEVE,   200 West 41st Street,
             17th Floor,   New York, NY 10036-7203
aty        +Joseph H. Huston, Jr.,   Stevens & Lee,   919 North Market Street,   Suite 1300,
             Wilmington, DE 19801-3092
aty        +Julia Bettina Klein,   The Rosner Law Group LLC,   824 Market Street, Suite 810,
             Wilmington, DE 19801-4939
aty        +Mark D. Collins,   Richards, Layton & Finger, P.A.,   One Rodney Square,
             920 North King Street,   Wilmington, DE 19801-3300
aty         Michael A. Paskin,   Cravath, Swaine & Moore LLP,   Worldwide Plaza,   825 Eighth Avenue,
             New York, NY 10019-7475
aty        +Michael G. Busenkell,   Gellert Scali Busenkell & Brown, LLC,   913 N. Market St.,   10th Floor,
             Wilmington, DE 19801-3019
aty        +Natalie D. Ramsey,   Montgomery, McCracken, Walker & Rhoads,   1105 North Market Street,
             15th Floor,   Wilmington, DE 19801-1201
aty        +Raymond Howard Lemisch,   Klehr Harrison Harvey Branzburg LLP,   919 N. Market Street,
             Suite 1000,   Wilmington, DE 19801-3030
aty        +Richard B. Levin,   Cravath, Swaine & Moore LLP,   Worldwide Plaza,   825 Eighth Avenue,
             New York, NY 10019-7475
aty        +Richard L. Schepacarter,   Office of the United States Trustee,   U. S. Department of Justice,
             844 King Street, Suite 2207,   Lockbox #35,   Wilmington, DE 19801-3519
aty        +Stephen E. Hessler,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty        +Tracy Klestadt,   KLESTADT WINTERS JURELLER SOUTHARD STEVE,   200 West 41st Street,
             17th Floor,   New York, NY 10036-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Natalie D. Ramsey,   Montgomery, McCracken, Walker & Rhoads,   1105 North Market Street,
             15th Floor,   Wilmington, DE 19801-1201
                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2015                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0311-1          User: BonnieA              Page 2 of 23                Date Rcvd: Dec 07, 2015
                             Form ID: van440            Total Noticed: 23

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2015 at the address(es) listed below:

          Aaron C Baker    on behalf of Interested Party    Fee Committee acb@pgslaw.com
          Aaron C Baker    on behalf of Attorney    Godfrey & Kahn, S.C. acb@pgslaw.com
          Aaron C Baker    on behalf of Fee Examiner Richard  Gitlin acb@pgslaw.com
          Aaron H Stulman    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
           capacity as successor Indenture Trustee AStulman@ashby-geddes.com
          Adam  Hiller    on behalf of Interested Party    MoreTech, Inc. ahiller@hillerarban.com
          Adam  Hiller    on behalf of Interested Party    Steag Energy Services, Inc. ahiller@hillerarban.com
          Adam  Hiller    on behalf of Creditor    Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
          Adam G. Landis    on behalf of Interested Party    Alcoa Inc. landis@lrclaw.com,
           adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis    on behalf of Creditor    NextEra Energy Resources, LLC landis@lrclaw.com,
           adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis    on behalf of Interested Party    Marathon Asset Management, LP landis@lrclaw.com,
           adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam Scott Moskowitz    on behalf of Creditor    ASM Capital IV, L.P. asmcapital@aol.com
          Albert Kass    on behalf of Interested Party    Kurtzman Carson Consultants LLC
           ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
          Alessandra  Glorioso    on behalf of Creditor    U.S. Bank National Association
           glorioso.alessandra@dorsey.com
          Alexa  Kranzley    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
           of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
           Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
          Allison R Axenrod    on behalf of Creditor    Claims Recovery Group LLC
           allison@claimsrecoveryllc.com, allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
          Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. adoshi@magnozzikye.com
          Amy  Baudler    on behalf of Creditor    Barr Engineering Co. amy@purduelaw.com,
           gpurdue@purduelaw.com;kim@purduelaw.com
          Ana  Chilingarishvili    on behalf of Creditor    U.S. Bank National Association
           ana.chilingarishvili@maslon.com
          Andrea Beth Schwartz    on behalf of U.S. Trustee    United States Trustee
           andrea.b.schwartz@usdoj.gov
          Andrew  Dietderich    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
          Andrew Glenn Devore    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
           indenture trustee and collateral trustee andrew.devore@ropesgray.com
          Andrew K Glenn    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
           aglenn@kasowitz.com
          Andrew R. Remming    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG
           Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
           rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
          Ann M Kashishian    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
           akashishian@gelaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
           Noteholders akashishian@gelaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian    on behalf of Attorney    Chipman Brown Cicero & Cole, LLP akashishian@gelaw.com,
           dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Anna  Grace    on behalf of Interested Party    United States on behalf of Environmental Protection
           Agency Anna.E.Grace@usdoj.gov
          Anna  Grace    on behalf of Creditor    UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
          Ari David Kunofsky    on behalf of Creditor    UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
           eastern.taxcivil@usdoj.gov
          Arlene Rene Alves    on behalf of Creditor    Wilmington Trust, N.A. alves@sewkis.com
          Ashley F. Bartram    on behalf of Interested Party    Public Utility Commission of Texas
           ashley.bartram@texasattorneygeneral.gov
          Ashley F. Bartram    on behalf of Interested Party    Texas Commission on Environmental Quality
           ashley.bartram@texasattorneygeneral.gov
          Ashley F. Bartram    on behalf of Interested Party    Railroad Commission of Texas
           ashley.bartram@texasattorneygeneral.gov
          Ashley Robert Altschuler    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
           ashley.altschuler@dlapiper.com
          Ashley Robert Altschuler    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
           ashley.altschuler@dlapiper.com
          Barry G. Felder    on behalf of Creditor    UMB Bank, N.A. bgfelder@foley.com
          Barry G. Felder    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
           bgfelder@foley.com
          Barry M. Klayman    on behalf of Interested Party    J Aron & Company bklayman@cozen.com
          Benjamin  Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
           benjaminfinestone@quinnemanuel.com
          Benjamin  Finestone    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
           benjaminfinestone@quinnemanuel.com
          Benjamin  Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
           benjaminfinestone@quinnemanuel.com
          Benjamin  Stewart    on behalf of Creditor    Pinnacle Technical Resources, Inc.
           bstewart@baileybrauer.com
          Benjamin J. Schladweiler    on behalf of Interested Party    Titan Investment Holdings LP
           bschladweiler@seitzross.com

District/off: 0311-1        User: BonnieA          Page 3 of 23          Date Rcvd: Dec 07, 2015
                           Form ID: van440         Total Noticed: 23

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Benjamin J. Schladweiler   on behalf of Creditor   Brookfield Asset Management Private
    Institutional Capital Adviser (Canada), L.P. bschladweiler@seitzross.com
    Benjamin J. Schladweiler   on behalf of Creditor   Angelo Gordon & Co., LP
    bschladweiler@seitzross.com
    Benjamin J. Schladweiler   on behalf of Creditor   Apollo Advisors VII, L.P.
    bschladweiler@seitzross.com
    Bernard George Conaway   on behalf of Creditor   Doyenne Constructors, LLC
    bconaway@cohenseglias.com, bconaway@cohenseglias.com
    Bernard Grover Johnson, III   on behalf of Creditor   Milam Appraisal District
    bjohnson@fisherboyd.com
    Bonnie R. Golub   on behalf of Creditor   Evercore Group LLC bgolub@weirpartners.com
    Bradley R. Aronstam   on behalf of Creditor   Apollo Advisors VII, L.P. baronstam@seitzross.com,
    hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
    Bradley R. Aronstam   on behalf of Interested Party   Titan Investment Holdings LP
    baronstam@seitzross.com,
    hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
    Bradley R. Aronstam   on behalf of Creditor   Brookfield Asset Management Private Institutional
    Capital Adviser (Canada), L.P. baronstam@seitzross.com,
    hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
    Bradley R. Aronstam   on behalf of Creditor   Angelo Gordon & Co., LP baronstam@seitzross.com,
    hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
    Brett H. Miller   on behalf of Interested Party   The Official Committee of TCEH Unsecured
    Creditors BMiller@mofo.com
    Brian Schartz   on behalf of Debtor   Energy Future Holdings Corp. bschartz@kirkland.com,
    bschartz@kirkland.com;Michael.slade@kirkland.com;Richard.howell@kirkland.com;Michael.petrino@kirk
    land.com;Rebecca.chaikin@kirkland.com;Lina.kaisey@kirkland.com;Natasha.hwangpo@kirkland.com;mccla
    in.thompson@kirkland.
    Brian Schartz   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
    bschartz@kirkland.com,
    bschartz@kirkland.com;Michael.slade@kirkland.com;Richard.howell@kirkland.com;Michael.petrino@kirk
    land.com;Rebecca.chaikin@kirkland.com;Lina.kaisey@kirkland.com;Natasha.hwangpo@kirkland.com;mccla
    in.thompson@kirkland.
    Brian E Farnan   on behalf of Interested Party   Forest Creek Wind Farm, LLC
    bfarnan@farnanlaw.com, tfarnan@farnanlaw.com
    Brian L. Arban   on behalf of Interested Party   Steag Energy Services, Inc.
    barban@hillerarban.com
    Brian Lucian Kasprzak   on behalf of Interested Party   Fireman's Fund Insurance Company
    bkasprzak@moodklaw.com
    Brian S. Hermann   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
    jadlerstein@paulweiss.com;bhermann@paulweiss.com;adenhoff@paulweiss.com;mtattnall@paulweiss.com;a
    bernstein@paulweiss.com;aehrlich@paulweiss.com;mturkel@paulweiss.com
    Bruce J. Ruzinsky   on behalf of Creditor   Milam Appraisal District bruzinsky@jw.com,
    mcavenaugh@jw.com
    Brya M. Keilson   on behalf of Other Prof.   Ad Hoc Group of Non-Settling EFIH PIK Noteholders
    comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P.,
    Polygon Convertible Opportunity Master Fund, Polygon D bkeilson@gsbblaw.com
    Camille C. Bent   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
    CCB@stevenslee.com
    Carl N. Kunz, III   on behalf of Creditor   Pooled Equipment Inventory Company
    ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
    Carla O. Andres   on behalf of Interested Party   Fee Committee candres@gklaw.com,
    kboucher@gklaw.com;shuntema@gklaw.com
    Chad J. Husnick   on behalf of Debtor   Energy Future Holdings Corp. chusnick@kirkland.com
    Chad J. Husnick   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
    chusnick@kirkland.com
    Chantelle D'nae McClamb   on behalf of Interested Party   Simeio Solutions, Inc.
    cmcclamb@wtplaw.com, cmcallister@wtplaw.com;slisko@wtplaw.com
    Charles J. Brown   on behalf of Interested Party   Emerson Network Power Liebert Services
    cbrown@gsbblaw.com, dabernathy@archerlaw.com
    Charles J. Brown   on behalf of Creditor   Anadarko Petroleum Corporation cbrown@gsbblaw.com,
    dabernathy@archerlaw.com
    Chester B. Salomon   on behalf of Creditor   Securitas Security Services USA, Inc.
    csalomon@beckerglynn.com, saltreuter@beckerglynn.com
    Christopher A. Ward   on behalf of Attorney   Morrison & Foerster LLP cward@polsinelli.com,
    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Christopher A. Ward   on behalf of Attorney   Polsinelli PC cward@polsinelli.com,
    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of Unsecured
    Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Christopher A. Ward   on behalf of Interested Party   The Official Committee of TCEH Unsecured
    Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Christopher A. Ward   on behalf of Financial Advisor   FTI Consulting, Inc. cward@polsinelli.com,
    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of TCEH Unsecured
    Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Christopher B. Mosley   on behalf of Creditor   City of Fort Worth
    Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Carter   on behalf of Creditor   Pacific Investment Management Co. LLC
              christopher.carter@morganlewis.com,  julia.frost-davies@morganlewis.com
          Christopher M Hayes   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
              Christopher.hayes@kirkland.com
          Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company
              LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
          Christopher R. Belmonte   on behalf of Interested Party   Moody's Analytics, Inc.
              cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
          Colin R. Robinson   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
              crobinson@pszjlaw.com
          Corby Davin Boldissar   on behalf of Interested Party   BP America Production Company
              dboldissar@lockelord.com
          Curtis A Hehn   on behalf of Interested Party   Somervell County Central Appraisal District
              curtishehn@comcast.net
          D. Ross Martin   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee rmartin@ropesgray.com
          Dale E. Barney   on behalf of Creditor   Veolia ES Industrial Services, Inc.
              dbarney@gibbonslaw.com
          Daniel A. Fliman   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
              dfliman@kasowitz.com
          Daniel A. O'Brien   on behalf of Creditor   Pacific Investment Management Co. LLC
              daobrien@venable.com
          Daniel J. DeFranceschi   on behalf of Debtor     TXU Retail Services Company rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Eagle Mountain Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     EFH Renewables Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     TXU Energy Retail Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Luminant Energy Trading California Company
              RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Valley NG Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     TXU Energy Solutions Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Big Brown 3 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     EFH Finance (No. 2) Holdings Company
              RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Brighten Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Oak Grove Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     DeCordova Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Lone Star Pipeline Company, Inc.
              defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor     Southwestern Electric Service Company, Inc.
              RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Energy Future Competitive Holdings Company LLC
              defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor     Martin Lake 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Oak Grove Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     4Change Energy Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Texas Energy Industries Company, Inc.
              rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Luminant Generation Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Tradinghouse 3 & 4 Power Company LLC
              RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
              RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     NCA Resources Development Company LLC
              RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Luminant Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Sandow Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Brighten Energy LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     EFH CG Management Company LLC defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor     TXU Receivables Company rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     EFIH Finance Inc. defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor     Generation SVC Company defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor     EFH Corporate Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Luminant Big Brown Mining Company LLC
              RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     EFH CG Holdings Company LP defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor     EFH FS Holdings Company RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Energy Future Intermediate Holding Company LLC
              defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor     Monticello 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Big Brown Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Morgan Creek 7 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     Collin Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     4Change Energy Company RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor     EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Management Company LLC RBGroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    Lake Creek 3 Power Company LLC
                 defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Daniel J. DeFranceschi    on behalf of Debtor    Generation MT Company LLC defranceschi@rlf.com,
                 RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Daniel J. DeFranceschi    on behalf of Debtor    Generation Development Company LLC
                 defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Daniel J. DeFranceschi    on behalf of Debtor    DeCordova II Power Company LLC RBGroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    Texas Power & Light Company, Inc. rbgroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    Luminant Energy Company LLC RBGroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    EEC Holdings, Inc. RBGroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    Texas Utilities Electric Company, Inc.
                 RBGroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                 defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Daniel J. DeFranceschi    on behalf of Debtor    Luminant Renewables Company LLC
                 defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Daniel J. DeFranceschi    on behalf of Debtor    Luminant Holding Company LLC RBGroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    TCEH Finance, Inc. rbgroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    Valley Power Company LLC rbgroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    Luminant Mineral Development Company LLC
                 RBGroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    Big Brown Lignite Company LLC RBGroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    Luminant ET Services Company RBGroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Holdings Corp. defranceschi@rlf.com,
                 RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Daniel J. DeFranceschi    on behalf of Debtor    LSGT SACROC, Inc. RBGroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    Lone Star Energy Company, Inc.
                 defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Daniel J. DeFranceschi    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    Texas Electric Service Company, Inc.
                 rbgroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    Dallas Power & Light Company, Inc. RBGroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                 RBGroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    Texas Utilities Company, Inc. RBGroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    LSGT Gas Company LLC defranceschi@rlf.com,
                 RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Daniel J. DeFranceschi    on behalf of Debtor    TXU SEM Company rbgroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    NCA Development Company LLC RBGroup@rlf.com
                Daniel J. DeFranceschi    on behalf of Debtor    EECI, Inc. RBGroup@rlf.com
                Daniel K Bearden   on behalf of Creditor    Carrollton-Farmers Branch ISD bearden@txschoollaw.com,
                 coston@txschoollaw.com
                Daniel K. Astin    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
                 jmcmahon@ciardilaw.com
                Daniel K. Astin    on behalf of Creditor    Atmos Energy Corporation dastin@ciardilaw.com,
                 jmcmahon@ciardilaw.com
                Daniel K. Hogan    on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
                 keharvey@dkhogan.com,gpalagruto@dkhogan.com,
                Daniel K. Hogan    on behalf of Interested Party    Brake Supply Company, Inc. dkhogan@dkhogan.com,
                 keharvey@dkhogan.com,gpalagruto@dkhogan.com,
                Daniel K. Hogan    on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
                 keharvey@dkhogan.com,gpalagruto@dkhogan.com,
                Daniel K. Hogan    on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
                 keharvey@dkhogan.com,gpalagruto@dkhogan.com,
                Daniel K. Hogan    on behalf of Interested Party    PI Law Firms dkhogan@dkhogan.com,
                 keharvey@dkhogan.com,gpalagruto@dkhogan.com,
                Daniel K. Hogan    on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
                 keharvey@dkhogan.com,gpalagruto@dkhogan.com,
                Daniel K. Hogan    on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
                 keharvey@dkhogan.com,gpalagruto@dkhogan.com,
                Daniel K. Hogan    on behalf of Interested Party    Shirley Fenicle, as Successor-In-Interest to
                 the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com, keharvey@dkhogan.com,
                 gpalagruto@dkhogan.com,
                Daniel K. Hogan    on behalf of Interested Party    Fenicle, Shirley, as Successor-In-Interest to
                 the Estate of George Fenicle dkhogan@dkhogan.com,  keharvey@dkhogan.com,gpalagruto@dkhogan.com,
                Daniel K. Hogan    on behalf of Interested Party    The Richards Group, Inc. dkhogan@dkhogan.com,
                 keharvey@dkhogan.com,gpalagruto@dkhogan.com,
                Daniel S. Shamah    on behalf of Creditor    Angelo Gordon & Co., LP dshamah@omm.com
                Daniel S. Shamah    on behalf of Creditor    Brookfield Asset Management Private Institutional
                 Capital Adviser (Canada), L.P. dshamah@omm.com
                Daniel S. Shamah    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First Lien
                 Administrative Agent dshamah@omm.com
                Daniel S. Shamah    on behalf of Creditor    Apollo Advisors VII, L.P. dshamah@omm.com
                Daniel S. Shamah    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity as
                 First Lien Administrative Agent dshamah@omm.com

District/off: 0311-1          User: BonnieA          Page 6 of 23          Date Rcvd: Dec 07, 2015
                              Form ID: van440        Total Noticed: 23

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Danielle M. Audette   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
                jdisanti@whitecase.com; mco@whitecase.com; jason.bartlett@whitecase.com
              Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
                daudette@whitecase.com,  jdisanti@whitecase.com; mco@whitecase.com; jason.bartlett@whitecase.com
              Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
                daudette@whitecase.com,  jdisanti@whitecase.com; mco@whitecase.com; jason.bartlett@whitecase.com
              David  Neier   on behalf of Creditor   Chicago Bridge & Iron Company N.V. dneier@winston.com,
                dcunsolo@winston.com
              David B. Anthony   on behalf of Plaintiff   Avenue Capital Management II, LP
                danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
                danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff   GSO Capital Partners LP danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
                danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff   Third Avenue Management LLC danthony@bergerharris.com
              David Daniel Farrell   on behalf of Creditor   Martin Engineering Company
                dfarrell@thompsoncoburn.com
              David Edward Leta   on behalf of Creditor   Headwaters Resources, Inc. dleta@swlaw.com,
                wkalawaia@swlaw.com
              David G. Aelvoet   on behalf of Creditor   Ector CAD davida@publicans.com
              David M. Klauder   on behalf of Debtor   Energy Future Holdings Corp. dklauder@bk-legal.com
              David P. Primack   on behalf of Other Prof.   Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
                sshidner@mdmc-law.com; smullen@mdmc-law.com
              David P. Primack   on behalf of Interested Party   TCEH Debtors dprimack@mdmc-law.com,
                sshidner@mdmc-law.com; smullen@mdmc-law.com
              David P. Primack   on behalf of Interested Party   Energy Future Competitive Holdings Company LLC
                dprimack@mdmc-law.com,  sshidner@mdmc-law.com; smullen@mdmc-law.com
              David P. Primack   on behalf of Interested Party   Texas Competitive Electric Holdings Company
                LLC dprimack@mdmc-law.com,  sshidner@mdmc-law.com; smullen@mdmc-law.com
              David S. Rosner   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
                nAmamoo@kasowitz.com; courtnotices@kasowitz.com
              David W. Carickhoff   on behalf of Interested Party Allen  Shrode dcarickhoff@archerlaw.com,
                mfriedman@archerlaw.com
              Davis Lee Wright   on behalf of Creditor Committee   The Official Committee of Unsecured
                Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
                Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
                keith-mangan-mmwr-1628@ecf.pacerpro.com
              Dennis  Dunne, Esq.   on behalf of Interested Party   CITIBANK, N.A. ddunne@millbank.com
              Dennis L. Jenkins   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
                indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
              Derek C. Abbott   on behalf of Interested Party   TPG Capital, L.P. dabbott@mnat.com,
                rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
              Derek C. Abbott   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
                L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
                rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
              Derek C. Abbott   on behalf of Interested Party   Texas Energy Future Holdings Limited
                Partnership dabbott@mnat.com,  rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
              Desiree M. Amador   on behalf of Creditor   Pension Benefit Guaranty Corporation
                amador.desiree@pbgc.gov,  efile@pbgc.gov
              Diane W. Sanders   on behalf of Creditor   Nueces County austin.bankruptcy@publicans.com
              Diane W. Sanders   on behalf of Creditor   Walnut Springs ISD austin.bankruptcy@publicans.com
              Diane W. Sanders   on behalf of Creditor   Robertson County austin.bankruptcy@publicans.com
              Diane W. Sanders   on behalf of Creditor   Limestone County austin.bankruptcy@publicans.com
              Diane W. Sanders   on behalf of Creditor   Falls County austin.bankruptcy@publicans.com
              Diane W. Sanders   on behalf of Creditor   Lee County austin.bankruptcy@publicans.com
              Diane W. Sanders   on behalf of Creditor   Round Rock ISD austin.bankruptcy@publicans.com
              Diane W. Sanders   on behalf of Creditor   McLennan County austin.bankruptcy@publicans.com
              Diane W. Sanders   on behalf of Creditor   Franklin ISD austin.bankruptcy@publicans.com
              Donald K. Ludman   on behalf of Creditor   SAP Industries, Inc. dludman@brownconnery.com
              Duane David Werb   on behalf of Creditor   BWM Services, LP
                maustria@werbsullivan.com;riorii@werbsullivan.com
              Duane David Werb   on behalf of Creditor   The Kansas City Southern Railway Company
                maustria@werbsullivan.com;riorii@werbsullivan.com
              Edward O. Sassower   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
                Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenam
                andra@kirkland.com;michael.esser@kirkland.com;alevin@kirkland.com;aaron.slavutin@kirkland.com
              Edward O. Sassower   on behalf of Debtor   Energy Future Holdings Corp.
                Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenam
                andra@kirkland.com;michael.esser@kirkland.com;alevin@kirkland.com;aaron.slavutin@kirkland.com
              Edwin Kevin Camson   camson@drumcapital.com
              Elihu Ezekiel Allinson, III   on behalf of Creditor   Henry Pratt Company, LLC
                ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
              Elizabeth Banda Calvo   on behalf of Creditor   Somervell County et al rgleason@pbfcm.com,
                ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth Banda Calvo   on behalf of Creditor   Richardson ISD, Crowley ISD rgleason@pbfcm.com,
                ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Ellen M. Halstead   on behalf of Defendant    Morgan Stanley Capital Group, Inc.
                ellen.halstead@cwt.com, joshua.arnold@cwt.com;nyecfnotice@cwt.com
             Ellen M. Halstead   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
                ellen.halstead@cwt.com, joshua.arnold@cwt.com;nyecfnotice@cwt.com
             Ellen W. Slights   on behalf of Creditor   United States/USAO usade.ecfbankruptcy@usdoj.gov
             Epiq Bankruptcy Solutions LLC   nmrodriguez@epiqsystems.com
             Erica J. Richards   on behalf of Creditor Committee   The Official Committee of Unsecured
                Creditors erichards@mofo.com
             Erik Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
                eschneider@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
                tgood@nixonpeabody.com
             Erin A. West   on behalf of Interested Party   Fee Committee ewest@gklaw.com,
                kboucher@gklaw.com;kknitter@gklaw.com
             Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas
                Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
                Equity Interests in Energy Future Holdings Corp. efay@mnat.com,
                aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Erin R Fay   on behalf of Interested Party   Texas Energy Future Holdings Limited Partnership
                efay@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings, LLC, Texas
                Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
                L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@mnat.com,
                aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Erin R Fay   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
                L.P. and Associated Individuals efay@mnat.com,
                aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Erin R Fay   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
                L.P., Goldman, Sachs & Co. and Associated Individuals efay@mnat.com,
                aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Erin R Fay   on behalf of Interested Party Mary Ann  KIlgore efay@mnat.com,
                aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Erin R Fay   on behalf of Interested Party   Interest Holders efay@mnat.com,
                aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Evan R. Fleck   on behalf of Interested Party   CITIBANK, N.A. EFleck@milbank.com,
                jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;jgionis@milbank.com;mcomerford@milbank.
                com;badams@milbank.com
             Evan T. Miller   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
                Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
                lmorton@bayardlaw.com;tstoner@bayardlaw.com
             Frances Gecker   on behalf of Interested Party   PI Law Firms fgecker@fgllp.com,
                csmith@fgllp.com
             Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Corporation fmonaco@wcsr.com,
                kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
             Francis A. Monaco, Jr.   on behalf of Interested Party   American Equipment Company Inc.
                fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
             Francis A. Monaco, Jr.   on behalf of Interested Party   AMECO Inc. fmonaco@wcsr.com,
                kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
             Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Enterprises Inc. fmonaco@wcsr.com,
                kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
             Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Global Services fmonaco@wcsr.com,
                kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
             Frederick B. Rosner   on behalf of Interested Party   Mudrick Capital Management L.P.
                rosner@teamrosner.com
             G. Alexander Bongartz   on behalf of Interested Party   CSC Trust Company of Delaware, as
                Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
                alexbongartz@paulhastings.com
             Garden City Group, LLC   PACERTeam@gardencitygroup.com
             Garvan F. McDaniel   on behalf of Interested Party   Contrarian Capital Management, LLC
                gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com
             Garvan F. McDaniel   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
                gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com
             Garvan F. McDaniel   on behalf of Interested Party   Caxton Associates LP gfmcdaniel@dkhogan.com,
                gdurstein@dkhogan.com;karen@dkhogan.com
             George Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com
             George Davis   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as First
                Lien Administrative Agent gdavis@omm.com
             George Davis   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
                Administrative Agent gdavis@omm.com
             Gerrit M. Pronske   on behalf of Creditor   Pallas Realty Advisors, Inc. gpronske@pgkpc.com
             GianClaudio Finizio   on behalf of Interested Party   Delaware Trust Company
                gfinizio@bayardlaw.com,
                bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
             GianClaudio Finizio   on behalf of Interested Party   CSC Trust Company of Delaware, as
                Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
                bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
             GianClaudio Finizio   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien
                Indenture Trustee gfinizio@bayardlaw.com,
                bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              GianClaudio  Finizio    on behalf of Interested Party   Delaware Trust Company as Successor
              Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
              bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Gilbert R. Saydah, Jr.    on behalf of Creditor   CSC Trust Company of Delaware, Proposed
              Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
              Gregory A. Taylor    on behalf of Interested Party   Ad Hoc Committee of TCEH Second Lien
              Noteholders gtaylor@ashby-geddes.com
              Gregory A. Taylor    on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
              Gregory M. Starner    on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
              Gregory M. Weinstein    on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
              gweinstein@weinrad.com,  mbowers@weinrad.com;ssmith@weinrad.com
              Gregory Michael Starner    on behalf of Intervenor   Ovation Acquisition II, L.L.C.
              gstarner@whitecase.com,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
              Gregory Michael Starner    on behalf of Creditor   Law Debenture Trust Company of New York, in its
              capacity as Indenture Trustee gstarner@whitecase.com,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
              Gregory Michael Starner    on behalf of Intervenor   Ovation Acquisition I, L.L.C.
              gstarner@whitecase.com,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
              Gregory T. Donilon    on behalf of Creditor   Automatic Systems, Inc. gdonilon@pwujlaw.com
              Hal F. Morris    on behalf of Interested Party   Texas Commission on Environmental Quality
              hal.morris@texasattorneygeneral.gov
              Hal F. Morris    on behalf of Interested Party   Public Utility Commission of Texas
              hal.morris@texasattorneygeneral.gov
              Hal F. Morris    on behalf of Interested Party   Railroad Commission of Texas
              hal.morris@texasattorneygeneral.gov
              Helen Elizabeth Weller    on behalf of Creditor    Jack County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Ector CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Northeast TX Comm Coll Dist
              dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Angelina County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rusk County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Brownsboro ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Malakoff ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Robertson County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Fannin CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Walnut Springs ISD
              dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Clay county dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Lee County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Ellis County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of sulphur springs
              dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Sulphur Springs ISD
              dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Archer County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of Coppell dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com

District/off: 0311-1        User: BonnieA          Page 9 of 23            Date Rcvd: Dec 07, 2015
                           Form ID: van440        Total Noticed: 23

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Helen Elizabeth Weller   on behalf of Creditor   Morris CAD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Gainesville isd dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Limestone County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Slocum ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Harris County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Fort Bend County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Stephenville ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Nueces County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Hopkins County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Cisco College dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Camp cad dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Montague county dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Lamar CAD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Rains County AD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Coppell ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Navarro County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Red River County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Tarrant County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Falls County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Franklin ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Franklin County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Rockwall Cad dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Smith County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Cherokee CAD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   City of carrollton
             dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Kerens ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Red River CAD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   City of Stephenville
             dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Van Zandt CAD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   City of malakoff dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   McLennan County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Wise County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Upshur County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Cisco ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Round Rock ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   City of bonham dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Wise CAD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Cayuga isd dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Grayson County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Hunt County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Hood CAD dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    City of Corinth dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
Hilary B. Mohr    on behalf of Interested Party    Microsoft Corporation and Microsoft Licensing, GP
    hmohr@riddellwilliams.com,  vmagda@riddellwilliams.com
Howard A. Cohen    on behalf of Interested Party    CITIBANK, N.A. howard.cohen@dbr.com
Howard R. Hawkins, Jr.    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
    howard.hawkins@cwt.com,  nyecfnotice@cwt.com
Howard R. Hawkins, Jr.    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
    howard.hawkins@cwt.com,  nyecfnotice@cwt.com
J Jackson Shrum    on behalf of Creditor    BWM Services, LP jshrum@werbsullivan.com
J Jackson Shrum    on behalf of Creditor    The Kansas City Southern Railway Company
    jshrum@werbsullivan.com
J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
    under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
    Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
    indenture trustee and collateral trustee kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
    Collateral Trustee, kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
    Indenture Trustee kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
J. Kate Stickles    on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
    Trustee and Collateral Trustee kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
Jacob A. Adlerstein    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
    Creditors jadlerstein@paulweiss.com
James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc.
    jhuggett@margolisedelstein.com,  nvangorder@margolisedelstein.com
James E. Huggett    on behalf of Creditor    Oracle America, Inc. jhuggett@margolisedelstein.com,
    nvangorder@margolisedelstein.com
James Halstead Millar    on behalf of Interested Party    CSC Trust Company of Delaware, as
    successor indenture trustee and collateral trustee james.millar@dbr.com,
    Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
James Michael Peck    on behalf of Creditor Committee    The Official Committee of Unsecured
    Creditors jpeck@mofo.com
James Michael Peck    on behalf of Interested Party    The Official Committee of TCEH Unsecured
    Creditors jpeck@mofo.com
James S. Carr    on behalf of Creditor    CSC Trust Company of Delaware, Proposed Successor
    Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
James S. Yoder    on behalf of Attorney    Salesforce.com, Inc. yoderj@whiteandwilliams.com
Jamie Lynne Edmonson    on behalf of Creditor    Pacific Investment Management Co. LLC
    jledmonson@venable.com
Jarrett Vine    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
    jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Jarrett Vine    on behalf of Interested Party    The Official Committee of TCEH Unsecured
    Creditors jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Jason A. Starks    on behalf of Creditor    Texas Office of Public Utility Counsel
    bk-jstarks@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
Jason D. Curry    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
    sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
Jason M. Liberi    on behalf of Interested Party    Texas Transmission Investment LLC
    jason.liberi@skadden.com,
    christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason M. Liberi    on behalf of Defendant     Texas Transmission Investment LLC
                    jason.liberi@skadden.com,
                    christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Madron    on behalf of Plaintiff     Energy Future Holdings Corp. madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     Texas Utilities Electric Company, Inc. madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     DeCordova II Power Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     EFH FS Holdings Company madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     Luminant Energy Trading California Company madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     Luminant ET Services Company madron@rlf.com,
                    rbgroup@rlf.com
          Jason M. Madron    on behalf of Attorney     Kirkland & Ellis LLP madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Luminant Big Brown Mining Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     Generation SVC Company madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     EFH Finance (No. 2) Holdings Company madron@rlf.com,
                    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     DeCordova Power Company LLC madron@rlf.com,
                    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Texas Power & Light Company, Inc. madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     TCEH Finance, Inc. madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     Luminant Generation Company LLC madron@rlf.com,
                    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Energy Future Holdings Corp. madron@rlf.com,
                    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Generation MT Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     TXU Electric Company, Inc. madron@rlf.com,
                    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     TXU Energy Receivables Company LLC madron@rlf.com,
                    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Oak Grove Management Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     Southwestern Electric Service Company, Inc.
                    madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Texas Energy Industries Company, Inc. madron@rlf.com,
                    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Texas Electric Service Company, Inc. madron@rlf.com,
                    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Texas Competitive Electric Holdings Company LLC
                    madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Valley Power Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     EFH CG Management Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     Oak Grove Power Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     Collin Power Company LLC madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     EFH Corporate Services Company madron@rlf.com,
                    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Energy Future Competitive Holdings Company LLC
                    madron@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     EECI, Inc. madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Eagle Mountain Power Company LLC madron@rlf.com,
                    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Dallas Power & Light Company, Inc. madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     Martin Lake 4 Power Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     Luminant Holding Company LLC madron@rlf.com,
                    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     LSGT Gas Company LLC madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Texas Utilities Company, Inc. madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Interested Party     Energy Future Holdings Corp. madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     Luminant Mineral Development Company LLC madron@rlf.com,
                    rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Madron    on behalf of Debtor    Lone Star Pipeline Company, Inc. madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Oak Grove Mining Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    NCA Development Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Plaintiff    EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Sandow Power Company LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Luminant Renewables Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    4Change Energy Company madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Morgan Creek 7 Power Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Valley NG Power Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Energy Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Big Brown Power Company LLC madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Brighten Energy LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    TXU Energy Solutions Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    NCA Resources Development Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Generation Development Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    LSGT SACROC, Inc. madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Lone Star Energy Company, Inc. madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Monticello 4 Power Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
                madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    TXU SEM Company madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Attorney    Richards, Layton & Finger, P.A. madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EFH CG Holdings Company LP madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EFH Renewables Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Defendant    EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Tradinghouse Power Company LLC madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Lake Creek 3 Power Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    TXU Energy Retail Company LLC madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    EEC Holdings, Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
                madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Other Prof.    KPMG LLP madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    TXU Retail Services Company madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Big Brown 3 Power Company LLC madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Big Brown Lignite Company LLC madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
                madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Luminant Mining Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Brighten Holdings LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    TXU Receivables Company madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EFIH Finance Inc. madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    4Change Energy Holdings LLC madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    EFH Australia (No. 2) Holdings Company madron@rlf.com,
                 rbgroup@rlf.com
              Jeffrey C. Wisler    on behalf of Creditor    Cloud Peak Energy Resources LLC
                 jwisler@connollygallagher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey C. Wisler    on behalf of Creditor    Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
           Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
           Seidlets jwisler@connollygallagher.com
          Jeffrey C. Wisler    on behalf of Creditor    Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
           Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
           Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
          Jeffrey M. Schlerf    on behalf of Intervenor    Ovation Acquisition I, L.L.C.
           jschlerf@foxrothschild.com
          Jeffrey M. Schlerf    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
           jschlerf@foxrothschild.com
          Jeffrey M. Schlerf    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
           jschlerf@foxrothschild.com
          Jeffrey M. Schlerf    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
           jschlerf@foxrothschild.com
          Jeffrey R. Fine    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
           jfine@dykema.com,    jrf5825@gmail.com,msikes@dykema.com,scompton@dykema.com
          Jeffrey S Cianciulli    on behalf of Creditor    Evercore Group LLC jcianciulli@weirpartners.com,
           creese@weirpartners.com;mmorris@weirpartners.com
          Jeffrey S Cianciulli    on behalf of Financial Advisor    Evercore Group L.L.C.
           jcianciulli@weirpartners.com,    creese@weirpartners.com;mmorris@weirpartners.com
          Jeffrey S. Sabin    on behalf of Creditor    Pacific Investment Management Co. LLC
           JSSabin@Venable.com
          Jennifer  Marines    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors JMarines@mofo.com
          Jennifer R. Hoover    on behalf of Creditor    Michelin North America Inc. jhoover@beneschlaw.com,
           docket@beneschlaw.com;mrust@beneschlaw.com
          Jennifer V. Doran    on behalf of Creditor    Invensys Systems, Inc. jdoran@haslaw.com,
           calirm@haslaw.com
          Jeremy William Ryan    on behalf of Interested Party    Deutsche Bank AG New York Branch
           jryan@potteranderson.com,    bankruptcy@potteranderson.com
          Joanna Flynn Newdeck    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
           jnewdeck@akingump.com,    ddunn@akingump.com
          Joanna Flynn Newdeck    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
           Noteholders jnewdeck@akingump.com,    ddunn@akingump.com
          John A.  Harris    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC sybil.aytch@quarles.com
          John A. Morris    on behalf of Interested Party    Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
          John D. Demmy    on behalf of Creditor    AEP Texas Central Company d/b/a American Electric Power
           Company and AEP Texas North Company d/b/a American Electric Power Company jdd@stevenslee.com
          John D. Demmy    on behalf of Creditor    Rexel, Inc. jdd@stevenslee.com
          John D. McLaughlin, Jr.    on behalf of Creditor    Atmos Energy Corporation
           jmclaughlin@ciardilaw.com,    mflores@ciardilaw.com
          John G. Harris    on behalf of Plaintiff    Avenue Capital Management II, LP
           jharris@bergerharris.com,    mnicholls@bergerharris.com
          John G. Harris    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
           jharris@bergerharris.com,    mnicholls@bergerharris.com
          John G. Harris    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
           jharris@bergerharris.com,    mnicholls@bergerharris.com
          John G. Harris    on behalf of Plaintiff    Third Avenue Management LLC jharris@bergerharris.com,
           mnicholls@bergerharris.com
          John G. Harris    on behalf of Plaintiff    GSO Capital Partners LP jharris@bergerharris.com,
           mnicholls@bergerharris.com
          John H. Strock    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
           jstrock@foxrothschild.com,    dkemp@foxrothschild.com
          John M. Seaman    on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
           seaman@abramsbayliss.com,    farro@abramsbayliss.com
          John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
           john.stern@texasattorneygeneral.gov,    sherri.simpson@texasattorneygeneral.gov
          John P. Dillman    on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
          John P. Melko    on behalf of Creditor    ROMCO Equipment Co. jmelko@gardere.com,
           afothergill@gardere.com;mriordan@gardere.com
          John R. Ashmead    on behalf of Interested Party    Wilmington Trust, N.A. ashmead@sewkis.com
          Johnna M. Darby    on behalf of Interested Party    Steag Energy Services, Inc.
           jdarby@hillerarban.com
          Jon M. Chatalian    on behalf of Creditor    Pension Benefit Guaranty Corporation
           chatalian.jon@pbgc.gov,    efile@pbgc.gov
          Jonathan L. Howell    on behalf of Creditor    Red Ball Oxygen Company jhowell@gpm-law.com
          Joseph Charles Barsalona II    on behalf of Debtor    Energy Future Holdings Corp.
           barsalona@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Joseph Charles Barsalona II    on behalf of Plaintiff    Energy Future Holdings Corp.
           barsalona@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Joseph D. Frank    on behalf of Interested Party    PI Law Firms jfrank@fgllp.com,
           ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank    on behalf of Creditor    Experian Information Solutions, Inc. jfrank@fgllp.com,
           ccarpenter@fgllp.com;Larry.Thomas@westernunion.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Joseph D. Frank    on behalf of Creditor    Experian Marketing Solutions, Inc. jfrank@fgllp.com,
           ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Wright    on behalf of Interested Party    Alcoa Inc. wright@lrclaw.com,
           adams@lrclaw.com,dellose@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
           LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,  adams@lrclaw.com,dellose@lrclaw.com
          Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity
           as First Lien Administrative Agent jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company
           LLC jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
           Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First
           Lien Administrative Agent jhh@stevenslee.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    Atmos Energy Corporation jmcmahon@ciardilaw.com,
           mflores@ciardilaw.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    Red Ball Oxygen Company jmcmahon@ciardilaw.com,
           mflores@ciardilaw.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC
           jmcmahon@ciardilaw.com, mflores@ciardilaw.com
          Joshua K. Brody    on behalf of Defendant    Computershare Trust Company of Canada
           jbrody@kramerlevin.com, adove@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com
          Joshua K. Brody    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
           Objectors jbrody@kramerlevin.com,
           adove@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com
          Joshua K. Brody    on behalf of Defendant    Computershare Trust Company, N.A.
           jbrody@kramerlevin.com, adove@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com
          Joshua K. Brody    on behalf of Interested Party    Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
           adove@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com
          Joshua Powers Searcy    on behalf of Creditor    D. Courtney Construction, Inc.
           joshsearcy@jrsearcylaw.com
          Judy Hamilton Morse    on behalf of Creditor    DEVON ENERGY CORPORATION
           judy.morse@crowedunlevy.com,
           marlena.mendez@crowedunlevy.com;ecf@crowedunlevy.com;karol.brown@crowedunlevy.com
          Julia Bettina Klein    on behalf of Interested Party    Mudrick Capital Management L.P.
           klein@teamrosner.com
          Justin K. Edelson    on behalf of Interested Party    The Official Committee of TCEH Unsecured
           Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson    on behalf of Financial Advisor    FTI Consulting, Inc. jedelson@polsinelli.com,
           LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Karen Beth Shaer    on behalf of Other Prof.    Garden City Group, LLC PACERTeam@gardencitygroup.com
          Karen C Bifferato    on behalf of Interested Party    Pacific Investment Management Company LLC
           ("PIMCO") kbifferato@connollygallagher.com
          Katharine L. Mayer    on behalf of Interested Party    Aetna Inc. kmayer@mccarter.com
          Katharine L. Mayer    on behalf of Interested Party    Aetna Life Insurance Company
           kmayer@mccarter.com
          Katherine Stadler    on behalf of Interested Party    Fee Committee kstadler@gklaw.com,
           kboucher@gklaw.com;shuntema@gklaw.com
          Kathleen A. Murphy    on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP.
           kathleen.murphy@bipc.com,  tammy.rogers@bipc.com
          Kathleen M. Miller    on behalf of Creditor    Valero Texas Power Marketing, Inc.
           kmiller@skjlaw.com,  eys@skjlaw.com
          Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com,  eys@skjlaw.com
          Kay Diebel Brock    on behalf of Creditor    Travis County bkecf@co.travis.tx.us
          Keith Howard Wofford    on behalf of Creditor    CSC Trust Company of Delaware, as
           successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
           keith.wofford@ropesgray.com
          Kerry L. Haliburton    on behalf of Creditor    Buffalo Industrial Supply, Inc.
           raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
          Kevin C. Driscoll, Jr.    on behalf of Creditor    GATX Corporation Kevin.Driscoll@btlaw.com,
           donna.dotts@btlaw.com
          Kevin G. Collins    on behalf of Creditor    GATX Corporation kevin.collins@btlaw.com,
           pgroff@btlaw.com
          Kevin J. Mangan    on behalf of Interested Party    American Equipment Company Inc.
           kmangan@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan    on behalf of Interested Party    AMECO Inc. kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan    on behalf of Interested Party    Alltite Inc. kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan    on behalf of Interested Party    Fluor Global Services kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan    on behalf of Interested Party    Fluor Corporation kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kevin J. Mangan    on behalf of Interested Party    Fluor Enterprises Inc. kmangan@wcsr.com,
               hsasso@wcsr.com;jwray@wcsr.com
              Kevin M Lippman    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
               klippman@munsch.com,  lpannier@munsch.com
              Kevin M. Capuzzi    on behalf of Creditor    Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
               docket@beneschlaw.com;mrust@beneschlaw.com
              Kimberly Ellen Connolly Lawson    on behalf of Interested Party    The Bank of New York Mellon, in
               its capacity as the PCRB Trustee klawson@reedsmith.com
              Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon, as
               Indenture Trustee klawson@reedsmith.com
              Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon Trust
               Company, N.A., as Indenture Trustee klawson@reedsmith.com
              Kimberly Ellen Connolly Lawson    on behalf of Creditor Committee    The Official Committee of
               Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
               LLC, EFIH Finance, Inc. and EECI, Inc. (EFH Committee) klawson@reedsmith.com
              Kizzy Lyn Jarashow    on behalf of Creditor    Aurelius Capital Management, LP
               kjarashow@goodwinprocter.com
              Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon Trust Company, N.A.,
               in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com
              Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
               kgwynne@reedsmith.com,  llankford@reedsmith.com
              Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon, in its capacity as
               the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com
              Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
               Indenture Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com
              Kurtzman Carson Consultants LLC    akass@kccllc.com
              L. John Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
               jbird@foxrothschild.com,  idensmore@foxrothschild.com
              L. John Bird    on behalf of Intervenor    Ovation Acquisition I, L.L.C. jbird@foxrothschild.com,
               idensmore@foxrothschild.com
              L. John Bird    on behalf of Intervenor    Ovation Acquisition II, L.L.C. jbird@foxrothschild.com,
               idensmore@foxrothschild.com
              L. Katherine Good    on behalf of Interested Party    Simeio Solutions, Inc. kgood@wtplaw.com,
               cmcallister@wtplaw.com;wjeffers@wtplaw.com
              Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
               lshipkovitz@tuckerlaw.com
              Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lapeterson@foley.com,  khall@foley.com
              Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
               Second Lien Group ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Plaintiff    Computershare Trust Company, N.A.
               ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efilel@pszyjw.com
              Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
               ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee &
               EFIH Second Lien Group ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee
               ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A. and
               Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
               lien notes and the holders thereof. ljones@pszjlaw.com,  efilel@pszyjw.com
              Laura Davis Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    EFIH Second Lien Indenture Trustee
               ljones@pszjlaw.com,  efilel@pszyjw.com
              Laura Davis Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors ljones@pszjlaw.com,  efile@pszyj.com
              Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
               ljones@pszjlaw.com,  efile@pszyj.com
              Laurie Selber Silverstein    on behalf of Interested Party    EFIH First Lien DIP Agent
               bankruptcy@potteranderson.com
              Laurie Selber Silverstein    on behalf of Interested Party    Deutsche Bank AG New York Branch
               bankruptcy@potteranderson.com
              Lee Harrington    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
               lharrington@nixonpeabody.com
              Lee B. Gordon    on behalf of Creditor    Texas Ad Valorem Taxing Jurisdictions
               sonya.ragsdale@mvbalaw.com,  vickie.covington@mvbalaw.com
              Lindsay Zahradka    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
               Noteholders lzahradka@akingump.com
              Lindsay Zahradka    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
               lzahradka@akingump.com
              Lino Mendiola, III    on behalf of Interested Party    Titus County Fresh Waster Supply District
               No. 1 linomendiola@andrewskurth.com
              Lino Mendiola, III    on behalf of Interested Party    Titus County Fresh Water Supply District
               No. 1 linomendiola@andrewskurth.com
              Lisa Bittle Tancredi    on behalf of Creditor    Milam Appraisal District lisa.tancredi@gebsmith.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lorenzo  Marinuzzi    on behalf of Interested Party    The Official Committee of TCEH Unsecured
            Creditors LMarinuzzi@mofo.com
          Lucian Borders Murley    on behalf of Creditor    Johnson Matthey Stationary Emissions Control LLC
            lmurley@saul.com,  rwarren@saul.com
          Marc J. Phillips    on behalf of Creditor    Steering Committee of Cities Served by Oncor
            mphillips@mgmlaw.com
          Marc J. Phillips    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
            mphillips@mgmlaw.com
          Maria A. Bove    on behalf of Interested Party    Computershare Trust Company, N.A., and
            Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
            Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
          Maria Aprile Sawczuk    on behalf of Interested Party    Sierra Club marias@restructuringshop.com,
            marias@ecf.courtdrive.com
          Maria Aprile Sawczuk    on behalf of Creditor Miguel Oliveras Caraballo
            marias@restructuringshop.com,  marias@ecf.courtdrive.com
          Mark  Minuti    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
            mminuti@saul.com,  rwarren@saul.com
          Mark Andrew Fink    on behalf of Interested Party    The Official Committee of Unsecured Creditors
            of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
            Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com
          Mark Andrew Fink    on behalf of Creditor Committee    The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
            Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com
          Mark Andrew Fink    on behalf of Creditor Committee    The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
            Finance, Inc., and EECI, Inc. mfink@mmwr.com
          Mark D. Collins    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
          Mark D. Collins    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
            rbgroup@rlf.com
          Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral Agent
            KOTWICK@SEWKIS.COM
          Mark D. Kotwick    on behalf of Interested Party    Wilmington Trust, N.A. kotwick@sewkis.com
          Mark D. Olivere    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
            olivere@chipmanbrown.com,
            bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Mark D. Olivere    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
            olivere@chipmanbrown.com,
            bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Mark E. Felger    on behalf of Interested Party    J. Aron & Company mfelger@cozen.com,
            MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Interested Party    J Aron & Company mfelger@cozen.com,
            mmillis@cozen.com
          Mark F. Hebbeln    on behalf of Creditor    UMB Bank, N.A. mhebbeln@foley.com,  jsorrels@foley.com,
            opetukhova@foley.com
          Mark F. Rosenberg    on behalf of Creditor Committee    The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
            Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
          Mark L. Desgrosseilliers    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
            mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
          Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Resources Corp.
            mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
          Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Houston Electric,
            LLC mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
          Mark S. Chehi    on behalf of Interested Party    Borealis Infrastructure Management Inc.
            mchehi@skadden.com,  debank@skadden.com
          Matthew  Summers    on behalf of Creditor    URENCO, Inc. summersm@ballardspahr.com
          Matthew  Summers    on behalf of Creditor    Louisiana Energy Services, LLC
            summersm@ballardspahr.com
          Matthew B. McGuire    on behalf of Interested Party    Marathon Asset Management, LP
            mcguire@lrclaw.com,  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire    on behalf of Interested Party    Alcoa Inc. mcguire@lrclaw.com,
            adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor    NextEra Energy Resources, LLC mcguire@lrclaw.com,
            adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
            II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
            adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew C. Brown    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
            mbrown@whitecase.com
          Matthew J. Troy    on behalf of Creditor    United States of America matthew.troy@usdoj.gov
          Meredith A. Lahaie    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
            Noteholders mlahaie@akingump.com
          Meredith A. Lahaie    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
            mlahaie@akingump.com
          Michael  Schein    on behalf of Creditor    First Union Rail Corporation mschein@vedderprice.com,
            ecfnydocket@vedderprice.com
          Michael D. DeBaecke    on behalf of Interested Party    Wilmington Trust, N.A.
            debaecke@blankrome.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Michael David Debaecke   on behalf of Interested Party   Wilmington Trust, N.A.
               debaecke@blankrome.com, moody@ecf.inforuptcy.com
              Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A., as First Lien
               Collateral Agent debaecke@blankrome.com, moody@ecf.inforuptcy.com
              Michael G. Busenkell   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party   Subsequent Settling EFIH PIK Noteholders
               comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party   Tannor Partners Credit Fund LP
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Marathon Asset Management, LP
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Knife River Corporation-South
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Mudrick Capital Management, L.P.
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party   York Capital Management Global Advisors,
               LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party   Marathon Asset Management, LP
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Other Prof.   Ad Hoc Group of Non-Settling EFIH PIK
               Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
               Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Aurelius Capital Management, LP
               mbusenkell@gsbblaw.com
              Michael Joseph Joyce   on behalf of Creditor   Certain funds and accounts advised or sub-advised
               by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
               smacdonald@crosslaw.com
              Michael Joseph Joyce   on behalf of Interested Party   certain funds and accounts advised or
               sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
               smacdonald@crosslaw.com
              Michael L. Atchley   on behalf of Creditor   Tarrant Regional Water District
               matchley@popehardwicke.com
              Michael L. Atchley   on behalf of Creditor   Northeast Texas Municipal Water District
               matchley@popehardwicke.com
              Michelle McMahon   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
               Objectors michelle.mcmahon@bryancave.com, dortiz@bryancave.com
              Monica S. Blacker   on behalf of Attorney   Jackson Walker LLP mblacker@jw.com, tsalter@jw.com
              Monica S. Blacker   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
               mblacker@jw.com, tsalter@jw.com
              Natalie D. Ramsey   on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com, BankECF@mmwr.com
              Natasha M. Songonuga   on behalf of Creditor   Veolia ES Industrial Services, Inc.
               nsongonuga@gibbonslaw.com
              Neil B. Glassman   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
               Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
               nglassman@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;jalberto@bayardla
               w.com;bankserve@bayardlaw.com
              Neil B. Glassman   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien Indenture
               Trustee bankserve@bayardfirm.com, nglassman@bayardfirm.com
              Neil B. Glassman   on behalf of Interested Party   Delaware Trust Company
               bankserve@bayardfirm.com, nglassman@bayardfirm.com
              Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
               Indenture Trustee nbrannick@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Nicholas J. Brannick   on behalf of Plaintiff   Delaware Trust Company nbrannick@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware, as
               successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Nick S. Kaluk, III   on behalf of Financial Advisor   Evercore Group L.L.C. nskaluk@debevoise.com,
               amcdermott@debevoise.com
              Nicole D. Mignone   on behalf of Interested Party   Public Utility Commission of Texas
               nicole.mignone@texasattorneygeneral.gove
              Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Norman L. Pernick   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
           Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
           pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
           otz.com
          Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
           Indenture Trustee npernick@coleschotz.com,
           pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
           otz.com
          Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
           Collateral Trustee, npernick@coleschotz.com,
           pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
           otz.com
          Owen M. Sonik   on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
           tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Owen M. Sonik   on behalf of Creditor   Certain Texas Taxing Entities osonik@pbfcm.com,
           tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
           pwp@pattiprewittlaw.com
          Patricia Williams Prewitt   on behalf of Creditor   El Paso Natural Gas Company
           pwp@pattiprewittlaw.com
          Patricia Williams Prewitt   on behalf of Creditor   Targa Gas Marketing LLC
           pwp@pattiprewittlaw.com
          Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
           pwp@pattiprewittlaw.com
          Pauline K. Morgan   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
           bankfilings@ycst.com
          Peter J. Keane   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee & EFIH
           Second Lien Group pkeane@pszjlaw.com
          Peter Jonathon Young   on behalf of Debtor   Energy Future Holdings Corp. pyoung@proskauer.com
          Peter M. Gilhuly   on behalf of Interested Party   Ernst & Young LLP peter.gilhuly@lw.com,
           adam.malatesta@lw.com
          R. Karl Hill   on behalf of Creditor   Liberty Mutual Insurance Co. khill@svglaw.com,
           cday@svglaw.com
          R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank AG New York Branch
           bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank Securities Inc.
           bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          Rachel Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
           bk-robaldo@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
          Rachel Ringer   on behalf of Interested Party   Computershare Trust Company, N.A. and
           Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
           lien notes and the holders thereof. rringer@kramerlevin.com,
           ABYowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;SSchmidt@kramerlevin.com;TPeretz@kramerlevin
           .com;RMark@kramerlevin.com
          Rachel B. Mersky   on behalf of Creditor   Top Line Rental , LLC rmersky@monlaw.com
          Raymond Howard Lemisch   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
           rlemisch@klehr.com
          Raymond Howard Lemisch   on behalf of Defendant   UMB Bank, N.A., as indenture trustee
           rlemisch@klehr.com
          Raymond Howard Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
          Rebecca A. Hayes   on behalf of Creditor   UMB Bank, N.A. rhayes@foley.com
          Rebecca A. Hayes   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
           rhayes@foley.com
          Reed A. Heiligman   on behalf of Interested Party   PI Law Firms rheiligman@fgllp.com,
           ccarpenter@fgllp.com
          Reed A. Heiligman   on behalf of Creditor   Experian Information Solutions, Inc.
           rheiligman@fgllp.com,  ccarpenter@fgllp.com
          Reed A. Heiligman   on behalf of Creditor   Experian Marketing Solutions, Inc.
           rheiligman@fgllp.com,  ccarpenter@fgllp.com
          Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
           rbarkasy@schnader.com
          Richard A. Barkasy   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
           rbarkasy@schnader.com
          Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
           rbarkasy@schnader.com
          Richard A. Robinson   on behalf of Creditor   The Bank of New York Mellon, solely in its capacity
           as Trustee under the Enumerated Trust Agreements rrobinson@reedsmith.com
          Richard G. Mason   on behalf of Interested Party   Interest Holders rcstrauss@wlrk.com
          Richard G. Mason   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC,
           Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders
           of Equity Interests in Energy Future Holdings Corp. rcstrauss@wlrk.com
          Richard L. Schepacarter   on behalf of U.S. Trustee   United States Trustee
           richard.schepacarter@usdoj.gov
          Risa Lynn Wolf-Smith   on behalf of Creditor   Cloud Peak Energy Resources LLC
           rwolf@hollandhart.com,  lmlopezvelasquez@hollandhart.com;BMain@hollandhart.com
          Robert Szwajkos   on behalf of Creditor   FLSmidth Inc. rsz@curtinheefner.com
          Robert Szwajkos   on behalf of Creditor   FLSMIDTH USA INC rsz@curtinheefner.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert J. Feinstein    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors rfeinstein@pszjlaw.com
              Robert J. Feinstein    on behalf of Defendant    Computershare Trust Company, N.A.
               rfeinstein@pszjlaw.com
              Robert J. Feinstein    on behalf of Defendant    Computershare Trust Company of Canada
               rfeinstein@pszjlaw.com
              Robert J. Feinstein    on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
              Robert K. Malone    on behalf of Interested Party    CITIBANK, N.A. robert.malone@dbr.com,
               brian.morgan@dbr.com
              Ryan M. Bartley    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
               bankfilings@ycst.com
              Sabrina L. Streusand    on behalf of Interested Party Allen   Shrode streusand@slollp.com,
               prentice@slollp.com
              Samuel Lee Moultrie    on behalf of Creditor    RailWorks Track System, Inc. smoultrie@wlblaw.com
              Scott D. Cousins    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
               scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
               Noteholders scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
               scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Sean A. O'Neal    on behalf of Interested Party    J. Aron & Company soneal@cgsh.com,
               maofiling@cgsh.com;afee@cgsh.com
              Sean A. O'Neal    on behalf of Interested Party    J Aron & Company soneal@cgsh.com,
               maofiling@cgsh.com;afee@cgsh.com
              Sean M. Brennecke    on behalf of Creditor    UMB Bank, N.A. sbrennecke@klehr.com, state@klehr.com
              Shanti M. Katona    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
               cmcintire@buchalter.com
              Simon E. Fraser    on behalf of Interested Party    J Aron & Company sfraser@cozen.com
              Simon E. Fraser    on behalf of Defendant    Morgan Stanley Capital Group, Inc. sfraser@cozen.com
              Stacey Kremling    on behalf of Creditor    2603 Augusta Investors, LP stacey@womaclaw.com
              Stacy L. Newman    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
               capacity as successor Indenture Trustee snewman@ashby-geddes.com
              Stanley B. Tarr    on behalf of Interested Party    Wilmington Trust, N.A. tarr@blankrome.com,
               moody@ecf.inforuptcy.com
              Stephanie Wickouski    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors stephanie.wickouski@bryancave.com, dortiz@bryancave.com
              Stephanie Wickouski    on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
               dortiz@bryancave.com
              Stephanie Wickouski    on behalf of Defendant    Computershare Trust Company of Canada
               stephanie.wickouski@bryancave.com, dortiz@bryancave.com
              Stephanie Wickouski    on behalf of Defendant    Computershare Trust Company, N.A.
               stephanie.wickouski@bryancave.com, dortiz@bryancave.com
              Stephen Karotkin    on behalf of Plaintiff    Third Avenue Management LLC
               stephen.karotkin@weil.com, frank.grese@weil.com
              Stephen Karotkin    on behalf of Plaintiff    GSO Capital Partners LP stephen.karotkin@weil.com,
               frank.grese@weil.com
              Stephen Karotkin    on behalf of Plaintiff    Avenue Capital Management II, LP
               stephen.karotkin@weil.com, frank.grese@weil.com
              Stephen Karotkin    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
               stephen.karotkin@weil.com, frank.grese@weil.com
              Stephen Karotkin    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
               stephen.karotkin@weil.com, frank.grese@weil.com
              Stephen A. Spence    on behalf of Interested Party    Fee Committee sas@pgslaw.com, saa@pgslaw.com
              Stephen C. Stapleton    on behalf of Creditor    Atmos Energy Corporation
               sstapleton@cowlesthompson.com
              Stephen D Lerner    on behalf of Interested Party    ArcelorMittal USA LLC
               stephen.lerner@squirepb.com
              Stephen M. Miller    on behalf of Creditor    Law Debenture Trust Company of New York, in its
               capacity as Indenture Trustee smiller@morrisjames.com,
               wweller@morrisjames.com;jdawson@morrisjames.com
              Stephen W. Spence    on behalf of Fee Examiner Richard Gitlin ss@pgslaw.com, saa@pgslaw.com
              Stephen W. Spence    on behalf of Attorney    Phillips, Goldman & Spence, P.A. ss@pgslaw.com,
               saa@pgslaw.com
              Stephen W. Spence    on behalf of Interested Party    Fee Committee ss@pgslaw.com, saa@pgslaw.com
              Steven A. Ginther    on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
              Steven K. Kortanek    on behalf of Interested Party    CenterPoint Energy Resources Corp.
               skortanek@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com;nturner@wcsr.com
              Steven K. Kortanek    on behalf of Interested Party    CenterPoint Energy Houston Electric, LLC
               skortanek@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com;nturner@wcsr.com
              Sundeep S. Sidhu    on behalf of Creditor    Siemens Power Generation Inc. sunny.sidhu@akerman.com,
               cindy.miller@akerman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Susan E. Kaufman    on behalf of Creditor    Tarrant Regional Water District
              skaufman@skaufmanlaw.com
              Theodore J. Tacconelli    on behalf of Interested Party    Titus County Appraisal District
              ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli    on behalf of Interested Party    Rusk County Appraisal District
              ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli    on behalf of Creditor    Freestone County, Texas
              ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli    on behalf of Interested Party    Freestone County Appraisal District
              ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli    on behalf of Interested Party    Robertson County Appraisal District
              ttacconelli@ferryjoseph.com
              Thomas F. Driscoll, III    on behalf of Debtor    Energy Future Holdings Corp.
              tdriscoll@bifferato.com,  mdunwody@bifferato.com
              Thomas J. Moloney    on behalf of Interested Party    J Aron & Company tmoloney@cgsh.com
              Thomas J. Moloney    on behalf of Interested Party    J. Aron & Company tmoloney@cgsh.com
              Thomas Ross Hooper    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
              Agent hooper@sewkis.com
              Thomas Ross Hooper    on behalf of Interested Party    Wilmington Trust, N.A. hooper@sewkis.com
              Tina Niehold Moss    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
              under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
              nvargas@perkinscoie.com
              Tina Niehold Moss    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
              Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,  nvargas@perkinscoie.com
              Tina Niehold Moss    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
              tmoss@perkinscoie.com,  nvargas@perkinscoie.com
              Tobey M. Daluz    on behalf of Defendant    Pyramis Global Advisors Trust Company
              daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Management & Research Company
              daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Advisor Series I: Fidelity Advisor High Income
              Advantage Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Advisor Series II: Fidelity Advisor Strategic
              Income Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank Ltd. as trustee of Fidelity
              High Yield Bond Open Mother Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Puritan Trust: Fidelity Puritan Fund
              daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Global Bond Series    US Dollar Monthly Income
              US High Yield Pool daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Management & Research Company as Investment
              Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
              daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Master Trust Bank of Japan daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Variable Insurance Products Fund V: Strategic Income
              Portfolio daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Investments Canada ULC daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    FIL Investments International (FII)
              daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Global High
              Income Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity School Street Trust: Fidelity Strategic Income
              daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank, Ltd. as trustee of
              Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Investments daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Capital & Income
              Fund daluzt@ballardspahr.com
              Todd Charles Schiltz, Esq    on behalf of Interested Party    CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
              cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
              Todd Jeffrey Rosen    on behalf of Interested Party    TCEH Debtors todd.rosen@mto.com
              Traci L. Cotton    on behalf of Creditor    UT System obo UT at Arlington tcotton@utsystem.edu
              Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Trading California Company
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Mining Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Eagle Mountain Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Energy Receivables Company LLC semmelman@rlf.com,
              rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Tyler D. Semmelman     on behalf of Debtor    TXU Retail Services Company semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    TXU Electric Company, Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Martin Lake 4 Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Energy Future Intermediate Holding Company LLC
                 semmelman@rlf.com,    rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Lone Star Energy Company, Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                 semmelman@rlf.com,    rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                 semmelman@rlf.com,    rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Lone Star Pipeline Company, Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Generation Development Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    EECI, Inc. semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Luminant Mineral Development Company LLC
                 semmelman@rlf.com,    rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    TXU SEM Company semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Southwestern Electric Service Company, Inc.
                 semmelman@rlf.com,    rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    EFH FS Holdings Company semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Defendant    EFIH Finance Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    4Change Energy Holdings LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Sandow Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    EFH Renewables Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    EFH CG Management Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Attorney    Kirkland & Ellis LLP semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Generation MT Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    TCEH Finance, Inc. semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    NCA Resources Development Company LLC
                 semmelman@rlf.com,    rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Big Brown Lignite Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Texas Energy Industries Company, Inc.
                 semmelman@rlf.com,    rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    TXU Energy Retail Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Dallas Power & Light Company, Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    DeCordova Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Monticello 4 Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Lake Creek 3 Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Tradinghouse Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
              Tyler D. Semmelman     on behalf of Debtor    Valley Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Holding Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant ET Services Company semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Morgan Creek 7 Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Collin Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Texas Power & Light Company, Inc. semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Oak Grove Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU Energy Solutions Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Brighten Holdings LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Big Brown Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Big Brown Mining Company LLC
          semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU Receivables Company semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Valley NG Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EFH CG Holdings Company LP semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Oak Grove Management Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
          semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    DeCordova II Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    4Change Energy Company semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
          semmelman@rlf.com,  rbgroup@rlf.com
          United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
          Vincent E. Lazar    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
          vlazar@jenner.com
          Ward W. Benson    on behalf of Creditor    UNITED STATES OF AMERICA wardlow.w.benson@usdoj.gov,
          Eastern.Taxcivil@usdoj.gov
          Warren A. Usatine    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee wusatine@coleschotz.com
          Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
          mao-bk-ecf@debevoise.com
          Wendy G. Marcari    on behalf of Interested Party    Benbrooke Electric Partners, LLC
          wmarcari@ebglaw.com,  nyma@ebglaw.com
          William A. Hazeltine    on behalf of Creditor    Mastercraft Printed Products & Services, Inc.
          Bankruptcy001@sha-llc.com
          William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant    EFIH Finance Inc. rbgroup@rlf.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Romanowicz   on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
            rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    Lone Star Pipeline Company, Inc. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    4Change Energy Holdings LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    Generation SVC Company rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    EFH Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    EECI, Inc. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    Big Brown Lignite Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    4Change Energy Company rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
          William D. Sullivan   on behalf of Creditor    Capgemini America, Inc. wdsecfnotices@sha-llc.com
          William E Kelleher, Jr   on behalf of Creditor    Westinghouse Electric Company LLC
            wkelleher@cohenlaw.com, mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
          William E. Chipman, Jr.   on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
            Noteholders chipman@chipmanbrown.com, bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
          William E. Chipman, Jr.   on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
            Noteholders chipman@chipmanbrown.com, bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
          William F. Taylor, Jr.   on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
            bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William M. Hildbold   on behalf of Creditor Committee    The Official Committee of Unsecured
            Creditors WHildbold@mofo.com
          William P. Weintraub   on behalf of Creditor    Aurelius Capital Management, LP
            wweintraub@goodwinproctor.com, zhassoun@fklaw.com
          William Pierce Bowden   on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in
            its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
                                                                                      TOTAL: 874