FILED / RECEIVED

DEC 1 0 2015

EPIQ BANKRUPTCY SOLUTIONS, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 14-11040** |
| **LUMINANT MINERAL** | § | |
| **DEVELOPMENT COMPANY LLC** | § | |
| | § | |
| | § | |
| **DEBTOR(S)** | § | **CHAPTER 11** |
| | § | |

---

**NOTICE OF WITHDRAWAL OF**
**PROOF OF CLAIM NO. 10063 FILED BY ROBERTSON COUNTY**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, **Robertson County,** by and through its undersigned attorney, and shows the Court as follows:

1. On or about May 11, 2015, Robertson County filed an Amended Proof of Claim for ad valorem property taxes in the amount of $ 2,153.55.

2. Robertson County hereby withdraws that Proof of Claim as the ad valorem property taxes have been paid.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)

By:_____
DIANE W. SANDERS
State Bar No. 16415500

1