## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Fee Applications (30090) | 70.00 | $37,055.00 |
| Clean Air Transport Rule (10040) | 1.20 | $1,024.10 |
| Counseling on Regulations for Existing Generating Units (40080) | 5.50 | $4,730.00 |
| **TOTALS:** | **76.70** | **$42,809.10** |