# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of May 1, 2015 to May 31, 2015 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $935 | .30 | $280.50 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $975 | 6.80 | $6,630.00 |
| Peter D. Keisler | Partner | 1989 | Litigation | $1,034 | .40 | $413.60 |
| Roger R. Martella | Partner | 1997 | Environmental | $860 | 5.50 | $4,730.00 |
| Eric D. McArthur | Partner | 2007 | Appellate | $660 | .50 | $330.00 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $825 | 4.80 | $3,960.00 |
|  |  |  |  |  |  |  |
| Benjamin Beaton | Associate | 2010 | Appellate | $570 | 1.30 | $741.00 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $740 | 13.60 | $10,064.00 |
|  |  |  | **Attorney Totals** |  | **33.20** | **$27,149.10** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $360 | 43.50 | $15,660.00 |
|  |  |  | **Paraprofessional Totals** |  | **43.50** | **$15,660.00** |

|  |  |  | **Total Fees Requested** | **76.70** | **$42,809.10** |
|---|---|---|---|---|---|