## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

### ALL - Expense Summary for
### May 1, 2015 to May 31, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $2,065.60 |
| Ground Transportation | | $122.64 |
| Legal Support Services | | $442.50 |
| Meals – Out of Town | | $23.20 |
| Travel / Lodging | | $265.20 |
| **Total:** | | **$2,919.14** |

---

[1]        Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

## TCEH – Expense Summary for May 1, 2015 to May 31, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $2,065.60 |
| Ground Transportation | | $122.64 |
| Meals – Out of Town | | $23.20 |
| Travel / Lodging | | $265.20 |
| **Total:** | | **$2,476.64** |

---

[1]     Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

**EFH - Expense Summary for May 1, 2015 to May 31, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Legal Support Services | | $442.50 |
| **Total:** | | **$442.50** |

---

[1]      Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.