## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---:|
| 05/18/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 07, 2015 - Roger R. Martella, Jr. - Airfare - Meeting with EPA - United Airlines | $2,024.60 |
| 05/18/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 07, 2015 - Roger R. Martella, Jr. - Agent Fee - Meeting with EPA | 41.00 |
| 05/18/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 10, 2015 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting with EPA - To/From Airport | 103.00 |
| 05/18/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 11, 2015 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting with EPA - To/From Airport | 19.64 |
| 05/18/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 10, 2015 - Roger R. Martella, Jr. - Hotel - Dinner - Meeting with EPA - Marriott Hotels | 23.20 |
| 05/18/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 11, 2015 - Roger R. Martella, Jr. - Lodging - Meeting with EPA - Marriott Hotels | 265.20 |
| | **Total Expenses** | **$2,476.64** |

**SIDLEY AUSTIN LLP**

Invoice Number: \*\*\*\*\*\*
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 05/28/15 | LIT | 05/01/15-Monthly Electronic Data Storage Fee 88.50 GB @  $5.00 | $442.50 |
| | | **Total Expenses** | **$442.50** |