# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015**

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Fee Applications (30090) | 91.90 | $46,113.50 |
| Regional Haze (10050) | 3.40 | $3,058.70 |
| MSS Appeal (40030) | 6.00 | $5,639.70 |
| Counseling on Regulations for Existing Generating Units (40080) | 1.00 | $860.00 |
| **TOTALS:** | **102.30** | **$55,671.90** |