# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of June 1, 2015 to June 30, 2015 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $935 | 6.80 | $6,358.00 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $975 | 9.90 | $9,652.50 |
| Peter D. Keisler | Partner | 1989 | Litigation | $1,034 | .60 | $620.40 |
| Roger R. Martella | Partner | 1997 | Environmental | $860 | 3.00 | $2,580.00 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $825 | 3.20 | $2,640.00 |
| | | | | | | |
| Benjamin Beaton | Associate | 2010 | Appellate | $570 | 1.90 | $1,083.00 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $740 | 13.30 | $9,842.00 |
| | | | | **Attorney Totals** | **38.70** | **$32,775.90** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $360 | 63.60 | $22,896.00 |
| | | | | **Paraprofessional Totals** | **63.60** | **$22,896.00** |

|  |  |  |  | **Total Fees Requested** | **102.30** | **$55,671.90** |
|---|---|---|---|---|---|---|