**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary for**
**June 1, 2015 to June 30, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $.40 |
| Ground Transportation | | $110.86 |
| Legal Support Services | | $442.50 |
| Meals – Out of Town | | $16.11 |
| **Total:** | | **$569.87** |

---

[1]     Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

## TCEH – Expense Summary for June 1, 2015 to June 30, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Ground Transportation | | $110.86 |
| Meals – Out of Town | | $16.11 |
| **Total:** | | **$126.97** |

---

[1]    Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

**EFH - Expense Summary for June 1, 2015 to June 30, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $.40 |
| Legal Support Services | | $442.50 |
| **Total:** | | **$442.90** |

---

[1]    Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.