# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number: 35052279
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 06/16/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 11, 2015 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting with EPA - To/From Airport | $66.96 |
| 06/16/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 11, 2015 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting with EPA - While Traveling | 10.90 |
| 06/16/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 10, 2015 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting with EPA - To/From Airport | 33.00 |
| 06/16/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 11, 2015 - Roger R. Martella, Jr. - Dinner - Meeting with EPA - Salt Lick BBQ - While Traveling | 12.94 |
| 06/16/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 10, 2015 - Roger R. Martella, Jr. - Meals Other - Meeting with EPA - Washington Dulles Airport - While Traveling | 3.17 |
| | **Total Expenses** | **$126.97** |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | | Amount |
|---|---|---|---|---|
| 06/20/15 | CPY | 06/19/15-Duplicating charges Time: 10:48:00 | | $.40 |
| 06/24/15 | LIT | 06/01/15-Monthly Electronic Data Storage Fee 88.50 GB @ | $5.00 | 442.50 |
| | | | **Total Expenses** | **$442.90** |