## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015**

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Fee Applications (30090) | 79.20 | $46,769.00 |
| Clean Air Transport Rule (10040) | 8.50 | $7,800.00 |
| MSS Appeal (40030) | 1.80 | $1,683.00 |
| Counseling on Regulations for Existing Generating Units (40080) | 1.00 | $860.00 |
| **TOTALS:** | **90.50** | **$57,112.00** |