## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of July 1, 2015 to July 31, 2015 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $935 | 6.60 | $6,171.00 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $975 | 10.90 | $10,627.50 |
| Peter D. Keisler | Partner | 1989 | Litigation | $1,034 | 1.50 | $1,551.00 |
| Roger R. Martella | Partner | 1997 | Environmental | $860 | 3.00 | $2,580.00 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $825 | 1.10 | $907.50 |
|  |  |  |  |  |  |  |
| Benjamin Beaton | Associate | 2010 | Appellate | $570 | .50 | $285.00 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $740 | 28.70 | $21,238.00 |
|  |  |  | **Attorney Totals** |  | **52.30** | **$43,360.00** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $360 | 38.20 | $13,752.00 |
|  |  |  | **Paraprofessional Totals** |  | **38.20** | **$13,752.00** |

|  |  |  | **Total Fees Requested** |  | **90.50** | **$57,112.00** |