# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

### ALL - Expense Summary for
### July 1, 2015 to July 31, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---:|
| Air Transportation | | $41.00 |
| Legal Support Services | | $442.50 |
| **Total:** | | **$483.50** |

---

[1]   Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

### TCEH – Expense Summary for July 1, 2015 to July 31, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| **Total:** | | **$0.00** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

### EFH - Expense Summary for July 1, 2015 to July 31, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $41.00 |
| Legal Support Services | | $442.50 |
| **Total:** | | **$483.50** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.