# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 07/06/15 | AIR | Jun 19, 2015 - Kerriann S. Mills - Agent Fee - Cancelled flight due to telephone attendance of 6/24 hearing | $41.00 |
| 07/24/15 | LIT | 07/01/15-Monthly Electronic Data Storage Fee 88.50 GB @  $5.00 | 442.50 |
| | | **Total Expenses** | **$483.50** |