# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Fee Applications (30090) | 22.40 | $10,972.00 |
| Clean Air Transport Rule (10040) | 3.60 | $3,091.00 |
| Regional Haze (10050) | .80 | $748.00 |
| EPA July 2012 NOV (5th Circuit) (40060) | 1.20 | $1,161.60 |
| MSS Appeal (40030) | 1.10 | $1,028.50 |
| Counseling on Regulations for Existing Generating Units (40080) | 18.30 | $13,802.00 |
| **TOTALS:** | **47.40** | **$30,803.10** |