## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of August 1, 2015 to August 31, 2015 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $935 | 5.40 | $5,049.00 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $975 | 2.50 | $2,437.50 |
| Peter D. Keisler | Partner | 1989 | Litigation | $1,034 | .40 | $413.60 |
| Roger R. Martella | Partner | 1997 | Environmental | $860 | 9.50 | $8,170.00 |
| Eric D. McArthur | Partner | 2007 | Appellate | $660 | 1.00 | $660.00 |
| Ryan C. Morris | Partner | 2007 | Litigation | $640 | 8.80 | $5,632.00 |
|  |  |  |  |  |  |  |
| Benjamin Beaton | Associate | 2010 | Appellate | $570 | .10 | $57.00 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $740 | 3.40 | $2,516.00 |
|  |  |  | **Attorney Totals** |  | **31.10** | **$24,935.10** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $360 | 16.30 | $5,868.00 |
|  |  |  | **Paraprofessional Totals** |  | **16.30** | **$5,868.00** |

|  |  |  | **Total Fees Requested** |  | **47.40** | **$30,803.10** |