# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary for**
**August 1, 2015 to August 31, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Legal Support Services | | $442.50 |
| Telephone Tolls | | $20.97 |
| **Total:** | | **$463.47** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**TCEH – Expense Summary for August 1, 2015 to August 31, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Telephone Tolls | | **$20.97** |
| **Total:** | | **$20.97** |

---

[1] Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

### EFH - Expense Summary for August 1, 2015 to August 31, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Legal Support Services | | $442.50 |
| **Total:** | | **$442.50** |

---

[1]     Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.