**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | | Amount |
|------|------|-------------|---|--------|
| 08/31/15 | LIT | 08/01/15-Monthly Electronic Data Storage Fee 88.50 GB @ | $5.00 | $442.50 |
| | | | **Total Expenses** | **$442.50** |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

### EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 07/03/15 | 05/29/15-Telephone Charges Conference Call Customer: MCB8648 C F BECKNER III | $14.82 |
| | **Total Expenses** | **$14.82** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

MSS Appeal

# EXPENSE SUMMARY

| Category/Description | Amount |
|---|---|
| Telephone Tolls | $5.10 |
| **Total** | **$5.10** |