IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | District Ct. Civ. No. 15-1098 (RGA) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Related to Docket No. 7158 |

## APPELLANT'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Appellant UMB Bank, N.A., as Indenture Trustee (the "Appellant") for the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 (the "Notes" and such holders, the "PIK Noteholders") issued by Appellees Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (together, the "EFIH Debtors" or the "Appellees") pursuant to the Indenture dated as of December 5, 2012 (the "Indenture"), by and through its undersigned counsel, respectfully submits this (i) statement of issues to be presented on appeal from the Order of the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.), dated November 24, 2015 [No. 14-10979, Bankr. D.I. 7118] sustaining the EFIH Debtors' Partial Objection to Proof of Claim filed by Appellant [No. 14-10979, Bankr. D.I. 6781], and (ii) designation of items to be included in the record on appeal.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**Statement of Issues to be Presented on Appeal**

1. Whether the bankruptcy court erred in holding, as a matter of law, that when an unsecured creditor is deemed unimpaired under a solvent debtor's plan of reorganization, 11 U.S.C. § 502(b)(2) limits such unsecured creditor's claim to the principal and accrued fees and interest due as of the petition date and excludes any contractual entitlement to postpetition interest.

2. Whether the bankruptcy court erred in holding that 11 U.S.C. § 1129(b)(2) was relevant to its analysis of a plan of reorganization's treatment of unimpaired unsecured creditors pursuant to 11 U.S.C. § 1124(1).

3. Whether the bankruptcy court erred in holding, as a matter of law, that the "fair and equitable" test under 11 U.S.C. § 1129(b)(2) does not require a solvent debtor pay postpetition interest to unsecured creditors before a junior class receives a distribution from the debtor's estate.

4. Whether the bankruptcy court erred in holding, as a matter of law, that an unsecured creditor in a solvent debtor estate is unimpaired under 11 U.S.C. § 1124(1) where the plan of reorganization does not provide for payment of postpetition interest at the contract rate provided for in the Indenture.

5. Whether the bankruptcy court erred in holding, as a matter of law, that a solvent debtor's plan of reorganization can be confirmed so long as the plan of reorganization provides that the Court may award postpetition interest at an appropriate rate if it determines to do so under its equitable power.

**Designation of Items to be Included in the Record on Appeal**

A.  **Documents Filed in Chapter 11 Case No. 14-10979**

1. Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., *et al.*, in Support of First Day Motions. [D.I. 98]

2. Order Directing Joint Administration of The Debtors' Chapter 11 Cases. [D.I. 287]

3. Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement. [D.I. 4138]

4. Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. 4142]

5. Disclosure Statement for Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. 4143]

6. Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents. [D.I. 4144]

7. Transcript Regarding Hearing Held 4/14/2015. [D.I. 4203]

8. Debtors' Omnibus Reply to Objections and Responses Filed in Connection with the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement. [D.I. 4354]

9. Order (Third) Extending The Debtors' Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof. [D.I. 4634]

10. Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order. [D.I. 4916]

11. EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 4964]

12. Letter to the Honorable Christopher S. Sontchi in connection with the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 5239]

13. Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement [D.I. 5249]

14. Transcript regarding Hearing Held 8/11/2015 [D.I. 5275]

15. Response of UMB Bank, N.A. to the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 5874]

16. Debtors' Omnibus Reply to Objections to Disclosure Statement Motion [D.I. 6061]

17. EFIH Debtors' Reply in Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 6109]

18. Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6122]

19. UMB Bank, N.A.'s Motion for Leave to File Sur-Reply to the EFIH Debtors' Reply in Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 6303]

20. EFIH Debtors' Response to "UMB Bank, N.A.'s Motion for Leave to File Sur-Reply to the EFIH Debtors' Reply in Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes" [D.I. 6488]

21. Plan Supplement for the Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. 6544]

22. UMB Bank, N.A.'s Objection to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6640]

23. UMB Bank, N.A.'s Objection to the Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement [D.I. 6641]

24. Declaration of Brenton A. Rogers, Esq. in Support of the Debtors' Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization. [D.I. 6648]

25. Transcript regarding Hearing Held 10/26/2015 [D.I. 6675]

26. Settlement of EFIH PIK Note Claims With Certain EFIH PIK Noteholders [D.I. 6699]

27. Transcript regarding Hearing Held 10/28/15 [D.I. 6767]

28. Preliminary Objection of York Capital Management Global Advisors, LLC and P. Schoenfeld Asset Management L.P. to Proposed Settlement of Certain EFIH PIK Note Claims [D.I. 6770]

29. Memorandum Opinion [D.I. 6782]

30. Order Sustaining Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 6783]

31. Transcript regarding Hearing Held 10/30/2015 [D.I. 6863]

32. Transcript regarding Hearing Held 11/[04]/2015 [D.I. 6886]

33. Joinder of Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P., and Marathon Asset Management, LP to Preliminary Objection of York Capital Management Global Advisors, LLC and P. Schoenfeld Asset Management L.P. to Proposed Settlement of Certain EFIH PIK Note Claims [D.I. 6887]

34. Second Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders [D.I. 6918]

35. UMB Bank, N.A.'s Motion to Amend or Alter Order Regarding EFIH Debtors' Partial Objection to Proof of Claim 6347 [D.I. 6968]

36. Notice of Appeal [D.I. 6970]

37. Notice of Appeal [D.I. 6972]

38. Motion to Amend or Alter Order [D.I. 6973]

39. Motion to Shorten Notice Period [D.I. 6974]

40. Exhibits for Notice of Appeal [D.I. 6975]

41. Clerk's Notice Regarding Filing of Appeal [D.I. 6981]

42. Order Shortening Notice Period in Connection with Relief Requested in Connection with Motion of UMB Bank, N.A. to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim 6347 [D.I. 6985]

43. Exhibits for Proposed Order Shortening Notice [D.I. 6992]

44. Order Shortening Notice Period in Connection with Relief Requested in Connection with Motion of Ad Hoc Group of Non-Settling EFIH PIK Noteholders to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim 6347 [D.I. 7017]

45. Third Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders [D.I. 7117]

46. Order Sustaining the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 7118]

47. Fourth Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders [D.I. 7130]

48. Order Approving Settlement of Certain EFIH PIK Noteholder Claims and Authorizing Debtors to Enter Into and Perform Under Stipulations [D.I. 7145]

49. Notice of Withdrawal of Appeal Filed by UMB Bank, N.A. [D.I. 7160]

50. Notice of Withdrawal of Appeal Without Prejudice Filed by Marathon Asset Management, LP, Mudrick Capital Management, L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, York Capital Management Global Advisors, LLC, and P. Schoenfeld Asset Management L.P. [D.I. 7195]

51. Notice of Appeal [D.I. 7196]

B. **Documents Filed in Adversary Proceeding No. 14-51002**

52. Adversary Complaint for Declaratory Judgment of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. against UMB Bank, N.A. [D.I. 1]

53. Summons and Notice of Pretrial Conference Served on Defendant UMB Bank, N.A. [D.I. 3]

54. Notice of Agenda of Matters Schedule for Hearing on February 10, 2015 Starting at 9:30 A.M. (EDT). [D.I. 6]

55. Motion to Dismiss Adversary Proceeding Filed by UMB Bank, N.A. [D.I. 7]

56. Memorandum of Law in Support of UMB Bank, N.A.'s Motion to Dismiss [D.I. 8]

57. Amended Notice of Agenda of Matters Schedule for Hearing on February 10, 2015 Starting at 9:30 A.M. (EDT). [D.I. 9]

58. Certification of Counsel Substituting Corrected UMB Bank, N.A.'s Motion to Dismiss the Complaint and Proposed Order Granting UMB Bank, N.A.'s Motion to Dismiss the Complaint Due to Scrivener's Errors [D.I. 10]

59. Transcript Regarding Hearing Held 2/10/15 [D.I. 11]

60. EFIH Debtors' Opposition to UMB Bank, N.A.'s Motion to Dismiss [D.I. 13]

61. Declaration of Jason M. Madron, Esq. in Support of the EFIH Debtors' Opposition to UMB Bank, N.A.'s Motion to Dismiss [D.I. 14]

62. Reply in Further Support of UMB Bank, N.A.'s Motion to Dismiss [D.I. 18]

63. Notice of Agenda Matters Scheduled for Hearing on March 10, 2015 Starting at 9:30 A.M. [D.I. 19]

64. Amended Notice of Agenda Matters Scheduled for Hearing on March 10, 2015 Starting at 9:30 A.M. [D.I. 20]

65. Request for Oral Argument Filed by UMB Bank, N.A. [D.I. 21]

66. Transcript Regarding Hearing Held 3/10/15 [D.I. 22]

67. Notice of Completion of Briefing filed by UMB Bank, N.A. [D.I. 27]

68. Notice of Agenda Matters Scheduled for Hearing on April 14, 2015 Starting at 9:30 A.M. [D.I. 28]

69. Amended Notice of Agenda Matters Scheduled for Hearing on April 14, 2015 Starting at 9:30 A.M. [D.I. 30]

70. Amended Notice of Agenda Matters Scheduled for Hearing on April 14, 2015 Starting at 9:30 A.M. [D.I. 31]

71. Transcript Regarding Hearing Held 4/14/15 [D.I. 32]

72. Notice of Agenda Matters Scheduled for Hearing on May 4, 2015 Starting at 9:30 A.M. [D.I. 37]

73. Amended Notice of Agenda Matters Scheduled for Hearing on May 4, 2015 Starting at 9:30 A.M. [D.I. 38]

74. Transcript Regarding Hearing Held 5/4/15 [D.I. 40]

75. Opinion [D.I. 42]

76. Order Granting UMB Bank, N.A.'s Motion to Dismiss the Complaint [D.I. 43]

C.  **Additional Documents**

77.  DX970 – Expert Report of David Ying, dated 10/12/15

78.  Transcript of Deposition of David Ying, dated 10/19/15

79.  Declaration of David Ying in Support of the Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement and Confirmation of the Fifth Amended Plan of Reorganization, dated 11/17/15

### Certificate Regarding Transcripts

Pursuant to Rule 8009(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, Appellant hereby files this certificate stating that Appellant is not ordering any transcripts. All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

Dated: December 11, 2015
Wilmington, Delaware

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000

By: */s/ Raymond H. Lemisch*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Raymond H. Lemisch (No. 4204)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189

**FOLEY & LARDNER LLP**
Harold L. Kaplan (admitted *pro hac vice*)
Mark F. Hebbeln (admitted *pro hac vice*)
Lars A. Peterson (admitted *pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4500

Barry G. Felder (admitted *pro hac vice*)
Jonathan H. Friedman (admitted *pro hac vice*)
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474

*Co-Counsel for Appellant UMB BANK, N.A., as Trustee*