# ADDITIONAL DOCUMENT DESIGNATION NO. 77

# CONFIDENTIAL
# TO BE FILED UNDER SEAL