# ADDITIONAL DOCUMENT DESIGNATION NO. 78

# CONFIDENTIAL
# TO BE FILED UNDER SEAL