# ADDITIONAL DOCUMENT DESIGNATION NO. 79

# CONFIDENTIAL
# TO BE FILED UNDER SEAL