## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on this 11th day of December 2015, I served a copy of the **APPELLANT'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** upon the parties listed on the attached service list via U.S. Mail.

*/s/ Raymond H. Lemisch*
Raymond H. Lemisch (DE Bar No. 4204)

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE  19801

Edward O. Sassower, Esquire
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
Mark E. McKane, Esquire
William Pruitt, Esquire
Bryan Stephany, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022

James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Charles L. Kerr, Esquire
Morrison & Foerster LLP
250 West 55th Street
New York, NY  10019

Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

Brian D. Glueckstein, Esquire
Alexa J. Kranzley, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

Richard L. Schepacarter, Esquire
U.S. Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

Natalie D. Ramsey, Esquire
Montgomery, McCracken, Walker &
Rhoads
1105 North Market Street
15th Floor
Wilmington, DE  19801

Michael Busenkell
GELLERT SCALI BUSENKELL &
BROWN, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801

Scott D. Talmadge, Esq.
KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019

David M. Klauder
Shannon J. Dougherty
O'KELLY ERNST & BIELLI, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801

Thomas B. Walper
Seth Goldman
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071

Jeff J. Marwil
Mark K. Thomas
Peter J. Young
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602

Joseph H. Huston, Jr.
STEVENS & LEE, P.C.
1105 North Market Street, Suite 700
Wilmington, DE 19801

Michael A. Paskin, Esq.
Trevor M. Broad, Esq.
CRAVATH, SWAINE AND MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Richard Levin
JENNER & BLOCK
919 Third Avenue
New York, NY 10022-3908

David P. Primack
MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
300 Delaware Avenue, Suite 770
Wilmington, DE 19801

Frederick B. Rosner, Esquire
Julia B. Klein, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE  19801

Tracy L. Klestadt, Esquire
John E. Jureller, Jr., Esquire
Stephanie Sweeney, Esquire
Klestadt Winters Jureller Southard  Stevens
LLP
200 West 41st Street
17th Floor
New York, NY  10036