# ADDITIONAL DOCUMENT DESIGNATION NO. 249

# CONFIDENTIAL
# TO BE FILED UNDER SEAL