# ADDITIONAL DOCUMENT DESIGNATION NO. 250

# CONFIDENTIAL
# TO BE FILED UNDER SEAL