# ADDITIONAL DOCUMENT DESIGNATION NO. 251

# CONFIDENTIAL
# TO BE FILED UNDER SEAL