IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 7145, 7212** |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING ADDITIONAL RELIEF IN CONNECTION WITH SETTLEMENT OF CERTAIN EFIH PIK NOTEHOLDER CLAIMS

On November 24, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Fourth Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders* [D.I. 7130] (the "November 24 Notice")[2] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Attached to the November 24 Notice was, among other things, the proposed EFIH PIK Settlement Order.

The Debtors presented the EFIH PIK Settlement Order for entry and approval to The Honorable Christopher S. Sontchi at a hearing held before the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on November 25, 2015 at 10:00 a.m. (Eastern Standard Time) (the "November 25 Hearing"). Following the November 25 Hearing, the Bankruptcy Court entered the EFIH PIK Settlement Order [D.I. 7145].

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the November 24 Notice.

RLF1 13527717v.1

Under paragraph 15 of the EFIH PIK Settlement Order, the relief in that paragraph is subject to entry of further orders of the Bankruptcy Court (a) approving the Charging Lien Advance (as defined in the EFIH PIK Settlement Order) and (b) approving the *Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement* [D.I. 5249] (the "Settlement Motion"), including approval of the payment of fees and expenses as set forth thereunder.

On December 2, 2015, the Debtors filed the *Notice of Hearing in Connection with the Settlement of Certain EFIH PIK Noteholder Claims* [D.I. 7212] (the "December 2 Notice"), and attached to the December 2 Notice was a proposed form of order approving the Charging Lien Advance (the "Charging Lien Order"). The December 2 Notice established December 9, 2015, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") as the deadline by which parties in interest were required to object to entry of the Charging Lien Order.

On December 3, 2015, the Bankruptcy Court orally ruled in favor of approval of the Settlement Motion and of confirmation of the Debtors' chapter 11 plan (the "Plan").

On December 7, 2015, the Bankruptcy Court entered an order approving the Settlement Motion, including the payment of fees and expenses as set forth thereunder [D.I. 7243].

On December 9, 2015, the Bankruptcy Court entered an amended order confirming the Plan [D.I. 7285].

The undersigned certifies that the Charging Lien Order has been circulated to, and is acceptable for entry to, (a) the Debtors, (b) the EFIH PIK Notes Trustee, (c) the Office of the United States Trustee for the District of Delaware, and (d) the Plan Sponsors (as defined in the Plan). No objections or responses, formal or informal, were otherwise received by the Debtors on or before the Objection Deadline.

Moreover, the Debtors support the entry of the Charging Lien Order and respectfully request that the Charging Lien Order, in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

*[Remainder of page intentionally left blank.]*

Dated: December 11, 2015  
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**  
Mark D. Collins (No. 2981)  
Daniel J. DeFranceschi (No. 2732)  
Jason M. Madron (No. 4431)  
920 North King Street  
Wilmington, Delaware 19801  
Telephone:    (302) 651-7700  
Facsimile:    (302) 651-7701  
Email:    collins@rlf.com  
    defranceschi@rlf.com  
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
Edward O. Sassower, P.C. (admitted *pro hac vice*)  
Stephen E. Hessler (admitted *pro hac vice*)  
Brian E. Schartz (admitted *pro hac vice*)  
601 Lexington Avenue  
New York, New York 10022-4611  
Telephone:    (212) 446-4800  
Facsimile:    (212) 446-4900  
Email:    edward.sassower@kirkland.com  
    stephen.hessler@kirkland.com  
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)  
Marc Kieselstein, P.C. (admitted *pro hac vice*)  
Chad J. Husnick (admitted *pro hac vice*)  
Steven N. Serajeddini (admitted *pro hac vice*)  
300 North LaSalle  
Chicago, Illinois 60654  
Telephone:    (312) 862-2000  
Facsimile:    (312) 862-2200  
Email:    james.sprayregen@kirkland.com  
    marc.kieselstein@kirkland.com  
    chad.husnick@kirkland.com  
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*