**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 7090** |
| | ) |
| | ) **Hearing Date: December 16, 2015, at 9:30 a.m.** |
| | ) **(prevailing Eastern Time)** |
| | ) |
| | ) **Objection Deadline: December 15, 2015, at** |
| | ) **4:00 p.m. (prevailing Easter Time)** |

**NOTICE OF HEARING IN CONNECTION WITH
SETTLEMENT BETWEEN THE DEBTORS AND THE EFH NOTES TRUSTEE**

**PLEASE TAKE NOTICE** that Energy Future Holdings Corp. ("EFH Corp.," and collectively with the other above-captioned debtors and debtors in possession, the "Debtors") have reached an agreement with American Stock Transfer & Trust Company, LLC, in its capacity as successor trustee under the EFH Note Indentures[2] (the "EFH Notes Trustee") regarding an advance payment to the EFH Notes Trustee of certain amounts that are subject to charging liens under the EFH Note Indentures and that are otherwise payable pursuant to that certain *Settlement & Support Agreement*, dated as of November 23, 2015, by and among the Debtors, the EFH Notes Trustee, and certain other parties [D.I. 7090, Ex. A].

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 7235].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>**Exhibit A**</u> is a proposed form of order (the "<u>EFH Notes Charging Lien Order</u>") authorizing EFH Corp. to make such an advance payment to the EFH Notes Trustee on account of amounts subject to charging liens under the EFH Note Indentures.  The Debtors, the EFH Notes Trustee, and the Office of the United States Trustee have consented to entry of the EFH Notes Charging Lien Order.

**PLEASE TAKE FURTHER NOTICE THAT** (i) any responses or objections to the entry of the EFH Notes Charging Lien Order must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, Third Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel to the above-captioned debtors and debtors in possession and co-counsel for the EFH Notes Trustee on or before **December 15, 2015, at 4:00 p.m. (prevailing Eastern Time)** and (ii) a hearing to consider entry of the Charging Lien Order (including any objections thereto) will be held before The Honorable Judge Christopher S. Sontchi, at the Bankruptcy Court for the District of Delaware, located at 824 North Market Street, Fifth Floor, Courtroom No. 6, Wilmington, Delaware 19801, on **December 16, 2015, at 9:30 a.m. (prevailing Eastern Time)**.

*[Remainder of page intentionally left blank.]*

2

Wilmington, Delaware
Dated:  December 12, 2015

_/s/ Joseph C. Barsalona II_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler (admitted _pro hac vice_)
Brian E. Schartz (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:            edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Marc Kieselstein, P.C. (admitted _pro hac vice_)
Chad J. Husnick (admitted _pro hac vice_)
Steven N. Serajeddini (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                     marc.kieselstein@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

_Co-Counsel to the Debtors and Debtors in Possession_

3

Wilmington, Delaware
Dated:  December 12, 2015

/s/ Richard C. Pedone
_____

**CROSS & SIMON, LLC**
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile:  (302) 777-4224
csimon@crosslaw.com

- and -

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
George J. Skelly
100 Summer Street
Boston, Massachusetts 02110
Telephone:  (617) 345-1000
Facsimile:   (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
gskelly@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust Company, LLC, as EFH Notes Trustee*

4

RLF1 13528514v.1