**CERTIFICATE OF SERVICE**

I, Michael Busenkell, Esquire, hereby certify that on December 14, 2015, I caused a true and correct copy of the foregoing *Appellants' Statement of Issues on Appeal and Designation of Items to be Included in the Record on Appeal* to be served via the CM/ECF electronic notification system and via First Class Mail upon the parties listed on the attached service list.

Dated: December 14, 2015

_____
Michael Busenkell (DE 3933)