## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | District Ct. Civ. No. 15-1118 (RGA) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket No. 7197** |

### APPELLANTS' STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, appellants York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, and Marathon Asset Management (collectively, with their respective successors and assigns, the "Appellants"), as holders of unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 (the "Notes" and such holders, the "PIK Noteholders") issued by Appellees Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (together, the "EFIH Debtors" or the "Appellees") pursuant to the Indenture dated as of December 5, 2012 (the "Indenture"), by and through its undersigned counsel, respectfully submits this (i) statement of issues to be presented on appeal from the Order of the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.), dated November 24, 2015 [No. 14-10979, Bankr. D.I. 7119] sustaining the EFIH Debtors' Partial Objection to Proof of Claim filed by filed by UMB Bank, N.A., as

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  A complete list of debtors and their respective tax identification numbers may be found at http://www.efhcaseinfo.com.

Indenture Trustee [No. 14-10979, Bankr. D. I. 6781], and (ii) designation of items to be included in the record on appeal.

## Statement of Issues to be Presented on Appeal

1.      Whether the bankruptcy court erred in holding, as a matter of law, that the EFIH Debtors were not required, under the terms of the Notes and the Indenture, to honor a provision requiring the EFIH Debtors to pay the PIK Noteholders the specified makewhole (the "Optional Redemption Price" due under section 3.07(d) of the Indenture), or damages for any redemption of the Notes prior to the call dates specified in Section 3.07(d) of the Indenture.

## Designation of Items to be Included in the Record on Appeal

**A.      Documents Filed in Chapter 11 Case No. 14-10979**

1.      Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing Granting Such Fees Administrative Expensive Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay. [D.I. 74]

2.      Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions. [D.I. 98]

3.      Supplemental Declaration of Stephen Goldstein In Support of the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing Granting Such Fees Administrative Expensive Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay. [D.I. 221]

4.      Order Directing Joint Administration of The Debtors' Chapter 11 Cases. [D.I. 287]

5.      Order Approving Certain Fees Related to And Scheduling a Final Hearing on the Proposed Postpetition Financing of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. [D.I. 289]

6.      Notice of Initiation of Opt-In Period for Proposed EFIH First Lien Settlement. [D.I. 363]

7.      Preliminary Objection of CSC Trust Company of Delaware, as Indenture Trustee, to Debtors' Motion to Approve First-Lien Post-Petition Financing, Redeem First Lien and Second Lien Notes, and Determine Secured Claim. [D.I. 421]

8.      Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer. [D.I. 461]

9.      Motion of Energy Future Holdings Corp., et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment Filed by Energy Future Holdings Corp. [D.I. 472]

10.     Motion of Energy Future Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay Filed by Energy Future Holdings Corp. [D.I. 477]

11.     Statement of CSC Trust Company of Delaware, as Indenture Trustee, Regarding Status Conference on May 22, 2014. [D.I. 553]

12.     Notice of Filing of Proposed Form of "Final Order (A) Approving Postpetition Financing for Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Approving the Use of Cash Collateral by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (D) Authorizing the EFIH First Lien Repayment, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorizing by the Settlement Order, and (F) Modifying the Automatic Stay. [D.I. 600]

13.     Debtors' Notice of Filing Supplemental Declaration of David Ying, Senior Managing Director of Evercore Group L.L.C., in Support of (1) the EFIH First Lien DIP Motion and (2) the EFIH Settlement Motion. [D.I. 610]

14.     Limited Objection to Motion of EFIH Debtors for Approval of First-Lien Postpetition Financing Filed by CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee. [D.I. 691]

15.  Objection to the EFIH Debtors' Motion to Approve "First Lien Settlement," Filed by CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee. [D.I. 694]

16.  Omnibus Reply to Objections to the EFIH Debtors' Motion for Approval of the EFIH First Lien DIP Financing, the EFIH First Lien Repayment, and the Fidelity Funding Fee. [D.I.735]

17.  Debtors' Reply to Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve Proposed First Lien Settlement. [D.I. 737]

18.  Order (WITH REVISIONS MADE BY THE COURT) Approving EFIH First Lien Settlement. [D.I. 858]

19.  Order (FINAL) (A) Approving Postpetition Financing For Energy Future Intermediate Holding Company LLC And EFIH Finance Inc., (B) Granting Liens And Providing Superpriority Administrative Expense Claims, (C) Approving The Use of Cash Collateral By Energy Future Intermediate Holding Company LLC And EFIH Finance Inc., (D) Authorizing The EFIH First Lien Repayment, (E) Authorizing Issuance of Roll-Up Debt To The Extent Authorized By The Settlement Orders, And (F) Modifying The Automatic Stay. [D.I. 859]

20.  Debtors' Notice of (A) Termination of Restructuring Support Agreement, (B) Withdrawal of Second Lien Opt-In, and (C) Withdrawal of EFIH Settlement Motion, EFIH Second Lien DIP Motion, and Restructuring Support Agreement Assumption Motion. [D.I. 1697]

21.  Motion of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and EFIH Finance Inc. for Entry of (A) Order (I) Authorizing Partial Repayment of EFIH Second Lien Notes; (II) Approving EFIH DIP Consent; and (III) Authorizing Consent Fee and (B) Revised EFIH First Lien DIP Order Filed by Energy Future Holdings Corp. [D.I. 3527]

22.  Declaration of David Ying in Support of the Motion of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and EFIH Finance Inc. for Entry of (A) Order (I) Authorizing Partial Repayment of EFIH Second Lien Notes; (II) Approving EFIH DIP Consent; and (III) Authorizing Consent Fee and (B) Revised EFIH First Lien DIP Order. [D.I. 3528]

23.  Response of Delaware Trust Company, as Indenture Trustee, to the Motion of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and EFIH Finance Inc. for Entry of (A) Order (I) Authorizing Partial Repayment of EFIH Second Lien Notes; (II) Approving EFIH DIP Consent; and (III) Authorizing Consent Fee and (B) Revised EFIH First Lien DIP Order. [D.I. 3678]

24.    Order (A) Authorizing Partial Repayment Of EFIH Second Lien Notes; (B) Approving EFIH DIP Consent; And (C) Authorizing Consent Fee. [D.I. 3855]

25.    Order (Amended Final) (A) Approving Postpetition Financing For Energy Future Intermediate Holding Company LLC And EFIH Finance Inc., (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Approving the Use of Cash Collateral By Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (D) Authorizing the EFIH First Lien Repayment, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Orders, And (F) Modifying the Automatic Stay. [D.I. 3856]

26.    Transcript Regarding Hearing Held 6/6/2014. [D.I. 3928]

27.    Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement. [D.I. 4138]

28.    Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. 4142]

29.    Disclosure Statement for Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. 4143]

30.    Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents. [D.I. 4144]

31.    Transcript Regarding Hearing Held 4/14/2015. [D.I. 4203]

32.    Debtors' Omnibus Reply to Objections and Responses Filed in Connection with the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement. [D.I. 4354]

33.    Order (Third) Extending The Debtors' Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof. [D.I. 4634]

34.    Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order. [D.I. 4916]

35.   EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 4964]

36.   Letter to the Honorable Christopher S. Sontchi in connection with the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 5239]

37.   Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement [D.I. 5249]

38.   Transcript regarding Hearing Held 8/11/2015 [D.I. 5275]

39.   Response (Partial) of UMB Bank, N.A. to the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 5788]

40.   EFIH Debtors' Reply in Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 5962]

41.   Debtors' Ombnibus Reply to Objections to Disclosure Statement Motion [D.I. 6061]

42.   Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6122]

43.   Plan Supplement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. 6544]

44.   Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Fifth Amended Plan of Reorganization. [D.I. 6600]

45.   EFIH Second Lien Indenture Trustee's Statement in Response to Debtors' Settlement Motion. [D.I. 6616]

46.   UMB Bank, N.A.'s Objection to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6640]

47.   UMB Bank, N.A.'s Objection to the Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement [D.I. 6641]

48.   Declaration of Brenton A. Rogers, Esq. in Support of the Debtors' Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization. [D.I. 6648]

49.   Transcript regarding Hearing Held 10/26/2015 [D.I. 6675]

50.    Order Regarding Memorandum Opinion. [D.I. 6721]

51.    Amended Memorandum Opinion. [D.I. 6752]

52.    Corrected Order Regarding Memorandum Opinion. [D.I. 6753]

53.    Transcript regarding Hearing Held 10/28/15 [D.I. 6767]

54.    Memorandum Opinion [D.I. 6781]

55.    Order Sustaining Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 6783]

56.    Notice of Appeal. [D.I. 6841]

57.    Notice of Appeal. [D.I. 6842]

58.    Affidavit of Service of Notice of Appeal. [D.I. 6855]

59.    Affidavit of Service of Notice of Appeal. [D.I. 6856]

60.    Clerk's Notice Regarding Filing of Appeal. [D.I. 6857]

61.    Transmittal of Record on Appeal to District Court. [D.I. 6860]

62.    Clerk's Notice Regarding Filing of Appeal. [D.I. 6861]

63.    Transmittal of Record on Appeal to District Court. [D.I. 6862]

64.    Transcript regarding Hearing Held 10/30/2015 [D.I. 6863]

65.    Transcript regarding Hearing Held 11/04/2015 [D.I. 6886]

66.    Second Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders [D.I. 6918]

67.    UMB Bank, N.A.'s Motion to Amend or Alter Order Regarding EFIH Debtors' Partial Objection to Proof of Claim 6347 [D.I. 6968]

68.    Notice of Appeal [D.I. 6970]

69.    Notice of Appeal [D.I. 6972]

70.    Motion to Amend or Alter Order [D.I. 6973]

71.    Motion to Shorten Notice Period [D.I. 6974]

72.    Exhibits for Notice of Appeal [D.I. 6975]

73.    Clerk's Notice Regarding Filing of Appeal [D.I. 6981]

74.    Order Shortening Notice Period in Connection with Relief Requested in Connection with Motion of UMB Bank, N.A. to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim 6347 [D.I. 6985]

75.    Exhibits for Proposed Order Shortening Notice [D.I. 6992]

76.    Designation of Record, Statement of Issues, and Certificate Regarding Transcripts Filed by EFIH 2nd Lien Notes Indenture Trustee [D.I. 7005]

77.    Order Shortening Notice Period in Connection with Relief Requested in Connection with Motion of Ad Hoc Group of Non-Settling EFIH PIK Noteholders to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim 6347 [D.I. 7017]

78.    Motion for Request for Certification of Direct Appeal to Circuit Court Filed by 2nd Lien Notes Indenture Trustee [D.I. 7026]

79.    Motion to Fix Hearing Date On and Shorten Time to Respond to Second Lien Trustee's Request for Certification of Direct Appeal to the Court of Appeals Under 28 U.S.C. Section 158(D)(2) [D.I. 7027]

80.    Order Fixing Hearing Date and Shortening Time To Respond To Second Lien Trustee's Request For Certification of Direct Appeal To the Court of Appeals [D.I. 7030]

81.    Clerk's Notice Regarding the Filing of a Request for Certification of Direct Appeal [D.I. 7034]

82.    Third Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders [D.I. 7117]

83.    Order Sustaining the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes [D.I. 7119]

84.    Fourth Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders [D.I. 7130]

85.    Order Approving Settlement of Certain EFIH PIK Noteholder Claims and Authorizing Debtors to Enter Into and Perform Under Stipulations [D.I. 7145]

86.    Notice of Withdrawal of Appeal Without Prejudice Filed by Marathon Asset Management, LP, Mudrick Capital Management, L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, York Capital Management Global Advisors, LLC, and P. Schoenfeld Asset Management L.P. [D.I. 7195]

87.    Notice of Appeal [D.I. 7197]

**B.    Documents Filed in Adversary Proceeding No. 14-51002**

88.    Adversary Complaint for Declaratory Judgment of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. against UMB Bank, N.A. [D.I. 1]

89.    Summons and Notice of Pretrial Conference Served on Defendant UMB Bank, N.A. [D.I. 3]

90.    Notice of Agenda of Matters Schedule for Hearing on February 10, 2015 Starting at 9:30 A.M. (EDT). [D.I. 6]

91.    Motion to Dismiss Adversary Proceeding Filed by UMB Bank, N.A. [D.I. 7]

92.    Memorandum of Law in Support of UMB Bank, N.A.'s Motion to Dismiss [D.I. 8]

93.    Amended Notice of Agenda of Matters Schedule for Hearing on February 10, 2015 Starting at 9:30 A.M. (EDT). [D.I. 9]

94.    Certification of Counsel Substituting Corrected UMB Bank, N.A.'s Motion to Dismiss the Complaint and Proposed Order Granting UMB Bank, N.A.'s Motion to Dismiss the Complaint Due to Scrivener's Errors [D.I. 10]

95.    Transcript Regarding Hearing Held 2/10/15 [D.I. 11]

96.    EFIH Debtors' Opposition to UMB Bank, N.A.'s Motion to Dismiss [D.I. 13]

97.    Declaration of Jason M. Madron, Esq. in Support of the EFIH Debtors' Opposition to UMB Bank, N.A.'s Motion to Dismiss [D.I. 14]

98.    Reply in Further Support of UMB Bank, N.A.'s Motion to Dismiss [D.I. 18]

99.    Notice of Agenda Matters Scheduled for Hearing on March 10, 2015 Starting at 9:30 A.M. [D.I. 19]

100.    Amended Notice of Agenda Matters Scheduled for Hearing on March 10, 2015 Starting at 9:30 A.M. [D.I. 20]

101.    Request for Oral Argument Filed by UMB Bank, N.A. [D.I. 21]

102.    Transcript Regarding Hearing Held 3/10/15 [D.I. 22]

103.    Notice of Completion of Briefing filed by UMB Bank, N.A. [D.I. 27]

104.    Notice of Agenda Matters Scheduled for Hearing on April 14, 2015 Starting at 9:30 A.M. [D.I. 28]

105. Amended Notice of Agenda Matters Scheduled for Hearing on April 14, 2015 Starting at 9:30 A.M. [D.I. 30]

106. Amended Notice of Agenda Matters Scheduled for Hearing on April 14, 2015 Starting at 9:30 A.M. [D.I. 31]

107. Transcript Regarding Hearing Held 4/14/15 [D.I. 32]

108. Notice of Agenda Matters Scheduled for Hearing on May 4, 2015 Starting at 9:30 A.M. [D.I. 37]

109. Amended Notice of Agenda Matters Scheduled for Hearing on May 4, 2015 Starting at 9:30 A.M. [D.I. 38]

110. Transcript Regarding Hearing Held 5/4/15 [D.I. 40]

111. Opinion [D.I. 42]

112. Order Granting UMB Bank, N.A.'s Motion to Dismiss the Complaint [D.I. 43]

**C.    Documents Filed in Adversary Proceeding No. 14-50405**

113. Adversary Complaint for Declaratory Relief by Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as Indenture Trustee against Energy Future Intermediate Holding Company LLC, and EFIH Finance Inc. [D.I. 1]

114. Summons and Notice of Pretrial Conference Served on Defendants EFIH Finance Inc., Energy Future Intermediate Holding Company LLC. [D.I. 2]

115. Notice of Agenda of Matters Schedule for Hearing on July 18, 2014 Starting at 9:30 A.M. (EDT). [D.I. 4]

116. Answer to Complaint Filed by EFIH Finance Inc., Energy Future Intermediate Holding Company LLC. [D.I. 5]

117. Notice of Amended Agenda of Matters Scheduled for Hearing on July 18, 2014 Starting at 9:30 A.M. (EDT). [D.I. 6]

118. Transcript Regarding Hearing Held 7/18/14 RE: Omnibus. [D.I. 7]

119. Affidavit of Service of Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Answer. [D.I. 8]

120. Notice of Filing of Transcript and of Deadlines Related to Restriction Redaction. [D.I. 9]

121. Affidavit of Service of Notice of Agenda of Matters Scheduled for Hearing on July 18, 2014 Starting at 9:30 A.M. (EDT). [D.I. 10]

122.    Affidavit of Service of Notice of Amended Agenda of Matters Scheduled for Hearing on July 18, 2014 Starting at 9:30 A.M. (EDT). [D.I. 11]

123.    Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Motion for Leave to File a First Amended Answer and Counterclaim. [D.I. 12]

124.    Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Memorandum in Support of Their Motion for Leave to File a First Amended Answer and Counterclaims. [D.I. 13]

125.    Certification of Counsel Regarding Stipulated Scheduling Order. [D.I. 14]

126.    Stipulated Scheduling Order. [D.I. 15]

127.    Affidavit of Service of (i) Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Motion for Leave to File a First Amended Answer and Counterclaim; and (ii) Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Memorandum in Support of Their Motion for Leave to File a First Amended Answer and Counterclaims. [D.I. 16]

128.    EFIH Second Lien Indenture Trustee's (i) Opposition to the Debtors' Motion for Leave to File a First Amended Answer and Counterclaim, and (ii) Motion for Leave to Dismiss the Complaint Without Prejudice. [D.I. 17]

129.    EFIH Second Lien Indenture Trustee's Memorandum (i) in Opposition to the Debtors' Motion for Leave to File a First Amended Answer and Counterclaim, and (ii) in Support of its Motion for Leave to Dismiss the Complaint Without Prejudice. [D.I. 18]

130.    EFIH Debtors' Reply in Support of Its Motion for Leave to File a First Amended Answer and Counterclaims and Opposition to the Second Lien Indenture Trustee's Motion for Leave to Dismiss Its Complaint. [D.I. 19]

131.    Affidavit of Service of Certification of Counsel Regarding Stipulated Scheduling Order. [D.I. 20]

132.    Affidavit of Service of Stipulated Scheduling Order. [D.I. 21]

133.    Affidavit of Service of EFIH Debtors' Reply in Support of Its Motion for Leave to File a First Amended Answer and Counterclaims and Opposition to the Second Lien Indenture Trustee's Motion for Leave to Dismiss Its Complaint. [D.I. 22]

134.    EFIH Second Lien Indenture Trustee's Response to EFIH Debtors' Reply in Support of Their Motion for Leave to File a First Amended Answer and Counterclaim, and in Support of Their Motion for Leave to Dismiss the Complaint Without Prejudice. [D.I. 23]

135.    Joint Request for Oral Argument. [D.I. 24]

136.    Joint Notice of Completion of Briefing. [D.I. 25]

137.    Affidavit of Service of Joint Request for Oral Argument. [D.I. 26]

138.    Affidavit of Service of Joint Notice of Completion of Briefing. [D.I. 27]

139.    Notice of Agenda of Matters Scheduled for Hearing on March 18, 2015 Starting at 2:00 P.M. (EDT). [D.I. 28]

140.    Notice of Withdrawal of the EFIH Second Lien Indenture Trustee's (i) Opposition to the Debtors' Motion for Leave to File a First Amended Answer and Counterclaim, and (ii) Motion for Leave to Dismiss the Complaint Without Prejudice. [D.I. 29]

141.    Notice of Withdrawal of "Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Motion for Leave to File a First Amended Answer and Counterclaim." [D.I. 30]

142.    Stipulation and Order Granting the EFH Committee's Intervention in the Adversary Proceeding. [D.I. 31]

143.    Certification of Counsel Concerning Stipulation and Order Granting the EFH Committee's Intervention in the Adversary Proceeding. [D.I. 32]

144.    Stipulation and Order Granting the EFH Committee's Intervention in the Adversary Proceeding. [D.I. 33]

145.    Affidavit of Service of (i) Stipulation and Order Granting the EFH Committee's Intervention in the Adversary Proceeding; and (ii) Certification of Counsel Concerning Stipulation and Order Granting the EFH Committee's Intervention in the Adversary Proceeding. [D.I. 34]

146.    Affidavit of Service of Notice of Agenda of Matters Scheduled for Hearing on March 18, 2015 Starting at 2:00 P.M. (EDT). [D.I. 35]

147.    Affidavit of Service of Notice of Withdrawal of Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Motion for Leave to File a First Amended Answer and Counterclaim [D.I. 12]. [D.I. 36]

148.    Amended Complaint for Damages and Declaratory Relief. [D.I. 37]

149.    Certificate of Service of Amended Complaint for Damages and Declaratory Relief [Including Exhibits A, B, C, D and E thereto]. [D.I. 38]

150.    Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Answer to Amended Complaint for Damages and Declaratory Relief. [D.I. 39]

151.    Affidavit of Service of Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Answer to Amended Complaint for Damages and Declaratory Relief. [D.I. 40]

152.    EFIH Debtors' Motion for Summary Judgment. [D.I. 41]

153.    EFIH Debtors' Memorandum in Support of Their Motion for Partial Summary Judgment. [D.I. 42]

154.    Declaration of Jason M. Madron, Esq. in Support of the EFIH Debtors' Motion for Summary Judgment. [D.I. 43]

155.    Certification of Counsel Regarding Stipulated Scheduling Order. [D.I. 44]

156.    Stipulated Scheduling Order. [D.I. 45]

157.    EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment. [D.I. 46]

158.    EFIH Second Lien Indenture Trustee's Memorandum of Law in Support of Their Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment. [D.I. 47]

159.    Declaration of Noah Hertz-Bunzl in Support of EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment. [D.I. 48]

160.    Certificate of Service of (i) EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment; (ii) [Redacted and unredacted versions of] EFIH Second Lien Indenture Trustee's Memorandum of Law in Support of Their Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment; and (iii) [Redacted and unredacted versions of] Declaration of Noah Hertz-Bunzl in Support of EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment. [D.I. 49]

161.    Certificate of Service of (i) EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment; (ii) [Redacted and unredacted versions of] EFIH Second Lien Indenture Trustee's Memorandum of Law in Support of Their Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment; and (iii) [Redacted and unredacted versions of] Declaration of Noah Hertz-Bunzl in Support of EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment. [D.I. 50]

162.    Notice of Filing of Unredacted Copy of EFIH Second Lien Indenture Trustee's Memorandum of Law in Support of Their Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment [D.I. 51]

163.    Notice of Filing of Unredacted Copy of Declaration of Noah Hertz-Bunzl in Support of EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment. [D.I. 52]

164.    EFIH Debtors' Reply in Support of Their Motion for Partial Summary Judgment and in Opposition to the Second Lien Trustee's Cross-Motion for Partial Summary Judgment. [D.I. 53]

165.    Declaration of Jason M. Madron, Esq. in Support of the EFIH Debtors' Reply in Support of Their Motion for Partial Summary Judgment and Opposition to the Second Lien Trustee's Cross-Motion for Partial Summary Judgment. [D.I. 54]

166.    Affidavit of Service of (i) EFIH Debtors' Motion for Summary Judgment; (ii) EFIH Debtors' Memorandum in Support of their Motion for Partial Summary Judgment; and (iii) Declaration of Jason M. Madron, Esq. in Support of the EFIH Debtors' Motion for Summary Judgment. [D.I. 55]

167.    Affidavit of Service of Certification of Counsel Regarding Stipulated Scheduling Order. [D.I. 56]

168.    Affidavit of Service of Stipulated Scheduling Order. [D.I. 57]

169.    Notice of Completion of Briefing. [D.I. 58]

170.    Notice of Scheduling of Oral Argument in Connection with (i) the "EFIH Debtors' Motion for Summary Judgment" [Adv. D.I. 41] (ii) the "EFIH Second Lien Indenture Trustee's Motion for Partial Summary Judgment and in Opposition to EFIH Debtors' Motion for Partial Summary Judgment" [Adv. D.I. 46] and (iii) Certain Aspects of the "EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes" [D.I. 4964]. [D.I. 59]

171.    Notice of Agenda of Matters Scheduled for Hearing on October 20, 2015 Starting at 10:00 A.M. (EDT). [D.I. 60]

172.    Notice of Amended Agenda of Matters Scheduled for Hearing on October 20, 2015 Starting at 10:00 A.M. (EDT). [D.I. 61]

173.    Memorandum Opinion. [D.I. 62]

174.    Order Regarding Memorandum Opinion. [D.I. 63]

175.   Amended Memorandum Opinion. [D.I. 64]

176.   Corrected Order Regarding Memorandum Opinion. [D.I. 65]

177.   Certificate of Mailing of Order Regarding Memorandum Opinion. [D.I. 66]

178.   Notice of Appeal. [D.I. 67]

179.   Affidavit of Service of Notice of Appeal. [D.I. 68]

180.   Clerk's Notice Regarding Filing of Appeal. [D.I. 69]

181.   Transmittal of Record on Appeal to District Court. [D.I. 70]

**D.   Documents Filed in Adversary Proceeding No. 14-50363**

182.   Adversary Complaint for Declaratory Relief by CSC Trust Company of Delaware as Indenture Trustee against Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. [D.I. 1]

183.   Certification of Counsel Regarding Scheduling Order With Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay Applicability Motion. [D.I. 9]

184.   Scheduling Order With Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay Applicability Motion. [D.I 10]

185.   Answer to Complaint Filed by EFIH Finance Inc., Energy Future Holding Company LLC. [D.I. 27]

186.   Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Rule 26(a)(1) Initial Disclosures. [D.I. 28]

187.   Letter to the Honorable Christopher S. Sontchi Regarding Discovery Dispute Filed by CSC Trust Company of Delaware. [D.I. 80]

188.   Letter from Andrew R. McGann, P.C. to the Honorable Christopher. S. Sontchi Responding to First Lien Trustees July 15, 2014 Discovery Dispute Letter. [D.I. 90]

189.   Transcript Regarding Hearing Held 7/18/2014 pp. 59-122. [D.I. 93]

190.   Letter from Andrew R. McGann, P.C. to the Honorable Christopher S. Sontchi Clarifying Record of July 18, 2014 Continued Pre-Trial Conference in CSC Trust Company of Delaware Adversary Proceeding. [D.I. 94]

191.   Letter to the Honorable Christopher S. Sontchi in response to letter from Andrew R. McGann, P.C. to the Honorable Christopher S. Sontchi Clarifying Record of July 18, 2014 Continued Pre-Trial Conference in CSC Trust Company of Delaware Adversary Proceeding. [D.I. 97]

192.  Exhibit B to the Letter to the Honorable Christopher S. Sontchi in response to letter from Andrew R. McGann, P.C. to the Honorable Christopher S. Sontchi Clarifying Record of July 18, 2014 Continued Pre-Trial Conference in CSC Trust Company of Delaware Adversary Proceeding. [D.I. 99]

193.  Order and Joint Stipulation Regarding Scheduling with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion. [D.I. 102]

194.  August 5, 2014 Opinion. [D.I. 105]

195.  Letter to the Honorable Christopher S. Sontchi from Andrew R. McGann, P.C. in contemplation of August 19, 2014 Teleconference Proposing Bifurcation of Makewhole Litigation in Response to the Court's August 5, 2014 Opinion. [D.I. 108]

196.  Letter to the Honorable Christopher S. Sontchi from Philip D. Anker in Response to August 13, 2014 Letter regarding Bifurcation of Makewhole Litigation. [D.I. 109]

197.  Transcript Regarding Hearing Held 08/19/2014 RE: Teleconference. [D.I. 116]

198.  Letter to the Honorable Christopher S. Sontchi Regarding Makewhole Litigation Filed by CSC Trust Company of Delaware. [D.I. 126]

199.  Letter to the Honorable Christopher S. Sontchi Regarding Makewhole Litigation and Proposed Competing Bifurcation Order Filed by EFIH Finance Inc., Energy Future Intermediate Holding Company LLC. [D.I. 127]

200.  Bifurcation Order. [D.I. 128]

201.  Order Amending Caption in Adversary Proceeding. [D.I. 130]

202.  Notice of Service of Supplemental Initial Disclosures of Delaware Trust Company. [D.I. 138]

203.  Amended Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) Filed by Delaware Trust Company. [D.I. 151, 157, 159]

204.  Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Responses and Objections to Delaware Trust Company's Amended Notice of 30(b)(6) Deposition Directed to Defendants. [D.I. 152]

205.  Amended Scheduling Order and Discovery Protocol Signed on 12/2/2014. [D.I. 167]

206.  EFIH Debtors' Cross-Motion for Summary Judgment. [D.I. 175]

207. EFIH Debtors' Memorandum in Support of Their Cross-Motion for Summary Judgment. [D.I. 176]

208. Declaration of William A. Romanowicz, Esq. in Support of the EFIH Debtors' Cross-Motion for Summary Judgment. [D.I. 177]

209. Plaintiff-Trustees Motion for Summary Judgment. [D.I. 178]

210. [Sealed] Plaintiff-Trustee's Memorandum in Support of Motion for Summary Judgment. [D.I. 180]

211. [Sealed] Appendix to Plaintiff-Trustee's Memorandum in Support of Motion for Summary Judgment. [D.I. 182]

212. Declaration of Philip D. Anker in Support of Plaintiff-Trustee's Motion for Summary Judgment. [D.I. 183]

213. [Sealed] Declaration of James Cacioppo. [D.I. 185]

214. [Sealed] Declaration of Christopher J. Kearns. [D.I. 187]

215. [Sealed] Declaration of Michiel C. McCarty. [D.I. 189]

216. Amended Declaration of William A. Romanowicz, Esq. in Support of the EFIH Debtors' Cross-Motion for Summary Judgment, Attaching Exhibits Referenced in the Memorandum in Support of Their Cross-Motion for Summary Judgment. [D.I. 197]

217. Intervenor EFIH Second Lien Indenture Trustee's Brief in Support of Plaintiff Trustee's Motion for Summary Judgment and In Opposition to EFIH Debtors' Cross-Motion for Summary Judgment. [D.I. 198]

218. Declaration of Alissa R. Goodman in Support of Intervenor EFIH Second Lien Indenture Trustee's Brief in Support of Plaintiff-Trustee's Motion for Summary Judgment and In Opposition to EFIH Debtors' Cross-Motion for Summary Judgment. [D.I. 199]

219. [Sealed] Plaintiff-Trustee's Reply Brief in Support of Motion for Summary Judgment. [D.I. 200]

220. [Sealed] Appendix to Plaintiff-Trustee's Reply Brief in Support of Motion for Summary Judgment. [D.I. 202]

221. EFIH Debtors' Memorandum in Opposition to the Trustee's Motion for Summary Judgment. [D.I. 204]

222.    Declaration of Jason M. Madron, Esq. in Support of the EFIH Debtors' Memorandum in Opposition to the Trustee's Motion for Summary Judgment. [D.I. 205]

223.    Proposed Findings of Fact and Conclusions of Law Filed by Delaware Trust Company. [D.I. 215]

224.    Proposed Findings of Fact and Conclusions of Law in Support of the Cross Motion for Summary Judgment Filed by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. [D.I. 217]

225.    Amended Transcript Regarding Hearing Held 3/13/15 RE: Motion for Summary Judgment. [D.I. 241]

226.    Findings of Fact and Conclusions of Law Regarding Cross-Motions for Summary Judgment. [D.I. 245]

227.    Order Denying Plaintiff-Trustee's Motion for Summary Judgment and Granting, in part and Denying, in part EFIH Debtors' Cross-Motion for Summary Judgment. [D.I. 246]

228.    Plaintiff-Trustee's Motion to Alter or Amend Judgment to Clarify that the Order Dated March 26, 2015 Is not a Final Judgment. [D.I. 255]

229.    Transcript Regarding Hearing Held 4/8/2015 RE: Pretrial Conference. [D.I. 256]

230.    Letter to the Honorable Christopher S. Sontchi Regarding the Trial of the Lift Stay Issue Filed by Delaware Trust Company. [D.I. 259]

231.    Letter to the Honorable Christopher S. Sontchi Regarding the Trial of the Lift Stay Issue Filed by EFIH 2nd Lien Notes Indenture Trustee. [D.I. 260]

232.    Letter from Andrew R. McGaan to the Honorable Christopher S. Sontchi Regarding the Trial of the Cause to Lift Stay Issue. [D.I. 261]

233.    Plaintiff-Trustee's and Noteholders' Trial Brief. [D.I. 264]

234.    EFIH Debtors' Pre-Trial Brief. [D.I. 265]

235.    Joint Pre-Trial Memorandum. [D.I. 267]

236.    Limited Statement of EFIH Second Lien Indenture Trustee in Response to Plaintiff-Trustee's and Noteholders' Trial Brief. [D.I. 269]

237.    Transcript Regarding Hearing Held 4/20/15 RE: Motion for Relief from Stay. [D.I. 271]

238.    Transcript Regarding Hearing Held 4/21/15 RE: Motion for Relief from Stay. [D.I. 273]

239.    Transcript Regarding Hearing Held 4/22/15 RE: Motion for Relief from Stay. [D.I. 274]

240.    Notice of Filing (I) Plaintiff's Exhibits Admitted at Trial and (II) Deposition Designations. [D.I. 276]

241.    Proposed Findings of Fact and Conclusions of Law Filed By Delaware Trust Company. [D.I. 292]

242.    Plaintiff-Trustee's and Noteholders' Post-Trial Brief. [D.I. 293]

243.    Proposed Findings of Fact and Conclusions of Law Filed by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. [D.I. 294]

244.    EFIH Debtors' Post-Trial Brief. [D.I. 295]

245.    Findings of Fact and Conclusions of Law. [D.I. 304]

246.    Order Denying Motion to Alter or Amend Judgment to Clarify. [D.I. 305]

247.    Notice of Appeal. [D.I. 308]

248.    Amended Notice of Appeal. [D.I. 312]

**D.    Additional Documents**

249.    DX970 – Expert Report of David Ying, dated 10/12/15

250.    Transcript of Deposition of David Ying, dated 10/19/15

251.    Declaration of David Ying in Support of the Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement and Confirmation of the Fifth Amended Plan of Reorganization, dated 11/17/15

## Certificate Regarding Transcripts

Pursuant to Rule 8009(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, the Appellants hereby file this certificate stating that the Appellants are not ordering any transcripts. All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

Dated:  December 14, 2015
Wilmington, Delaware

                                      GELLERT SCALI BUSENKELL & BROWN, LLC

                                        By: _____
                                            Michael Busenkell (No. 3933)
                                            913 N. Market Street, 10th Floor
                                            Wilmington, DE 19801
                                            Telephone: (302) 425-5812
                                            Facsimile:  (302) 425-5814

                                            -and-

                                        KAYE SCHOLER LLP
                                        Scott D. Talmadge, Esq.  (admitted *pro hac vice*)
                                        250 W. 55th Street
                                        New York, NY 10019
                                        Telephone: (212) 836-8000
                                        Facsimile:  (212) 836-6540

                                        *Attorneys for York Capital Management*
                                        *Global Advisors, LLC, P. Schoenfeld Asset*
                                        *Management L.P., Polygon Convertible*
                                        *Opportunity Master Fund, Polygon Distressed*
                                        *Opportunities Master Fund, and Marathon*
                                        *Asset Management, LP on behalf of funds and*
                                        *accounts that they each manage or advise*