IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP ) | |
| ET AL., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND
REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

PLEASE TAKE NOTICE that, pursuant to Local Rule 9010-2(b), Lisa Bittle Tancredi, Esquire hereby withdraws her appearance as counsel to the Milam Appraisal District and requests that the Clerk remove Lisa Bittle Tancredi, Esquire from the electric and paper noticing matrix for the above-captioned bankruptcy matter. There is no controversy involving Milam Appraisal District before this Court and Milam Appraisal District consents to the withdrawal of Lisa Bittle Tancredi as counsel.

December 14, 2015              Respectfully submitted,


/s/ *Lisa Bittle Tancredi*
Lisa Bittle Tancredi, Esquire (Bar No. 4657)
Gebhardt & Smith LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19081
302-295-5038 (telephone)
443-957-1920 (facsimile)
ltancredi@gebsmith.com
*Counsel for Milam Appraisal District*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of December, 2015, a true and correct copy of the foregoing Notice of Withdrawal of Appearance of Counsel and Request for Removal from Electronic and Paper Noticing Matrix was served on all parties receiving electronic notice via the CM/ECF filing system.

/s/ Lisa Bittle Tancredi
Lisa Bittle Tancredi