**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) <br> ) Chapter 11 <br> ) |
| ENERGY FUTURE <br> HOLDINGS CORP., *et al.*, | ) Bankruptcy Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Gellert Scali Busenkell & Brown LLC hereby withdraws its appearance on behalf of Kuk Ja Stewart in the above case.

Dated:  12/14/2015

/s/Gary F. Seitz_____
Gary F. Seitz
Gellert Scali Busenkell & Brown LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Telephone:  (302) 425-5800
Facsimile:   (302) 425-5814
E-mail:  gseitz@gsbblaw.com