## **EXHIBIT A**

RLF1 13536026v.1

Energy Future Holdings et. al
De Minimis Asset Sales Motion Reporting
For the Period November 1, 2015 to November 30, 2015

### De Minimis Asset sales with a sales price less than $250,000

| Aggregate value of sales prices |
|---|
| $18,000.00 |

### De Minimis Asset sales / transfers with a sales price greater than $250,000

| General description of asset sold | Name of purchasing parties (incl. details of relationship with TCEH Debtors and their estates) | Sales price | Details (incl. amount) of third parties receiving commission |
|---|---|---|---|
| None recorded during the period November 1, 2015 to November 30, 2015 | | | |

### De Minimis Asset Abandonments with an estimated book value less than $250,000

| Aggregate estimated book value of abandonments |
|---|
| None recorded during the period November 1, 2015 to November 30, 2015 |

### De Minimis Asset Abandonments with an estimated book value greater than $250,000

| General description of asset abandoned | Estimated book value |
|---|---|
| None recorded during the period November 1, 2015 to November 30, 2015 | |