# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| The Bank of New Mellon, in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A., in its capacity as the EFCH 2037 Notes Trustee,<br><br>Appellants,<br><br>v.<br><br>Energy Future Holdings Corp., et al.,[1]<br><br>Appellees. | Case No. 15-00885-RGA |

## ORDER STAYING APPEAL AND BRIEFING SCHEDULE

Upon consideration of the *Unopposed Joint Motion to Stay Appeal and Briefing Schedule* [D.I. 17] (the "Motion to Stay"),[2] the Parties' representations set forth therein, and for good cause shown, it is hereby

ORDERED that:

1. The Motion to Stay the above-captioned appeal is GRANTED.

2. The briefing schedule set forth in the Court's Recommendation on October 20, 2015, and all other filing requirements and deadlines, are stayed pending further Order of the Court.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to such terms in the Motion to Stay.

3. If the Plan is not consummated within one-hundred and eighty (180) days following entry of this Order, the Parties shall confer in good-faith and timely file a Joint Status Report.

Dated: December 14, 2015
Wilmington, Delaware

BY THE COURT:

*Richard G. Andrews*
Richard G. Andrews
United State District Judge