IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | **Re: D.I. 3040, 3198, 3279, 4744, 5007** |

**FOURTH SUPPLEMENTAL DECLARATION OF TODD J. ROSEN IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MUNGER, TOLLES & OLSON LLP AS COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC EFFECTIVE NUNC PRO TUNC TO NOVEMBER 16, 2014**

I, Todd J. Rosen, state the following under penalty of perjury:

1. I am over eighteen years of age and have personal knowledge of the facts set forth herein and, if called as a witness, would testify competently with respect thereto from my own personal knowledge except as otherwise stated.

2. I am a partner at Munger, Tolles & Olson LLP ("MTO"), located at 355 S. Grand Ave., 35th Floor, Los Angeles, California, 90071, and have been duly admitted to practice law in the State of California; the United States District Courts for the Central, Northern, Eastern, and Southern District of California; and the Ninth Circuit Court of Appeals.

3. I submit this fourth supplemental declaration (the "Fourth Supplemental Declaration") in further support of the *Debtors Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC's Application for Entry of an*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors In Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 16, 2014* [D.I. 3040] (the "<u>Application</u>").[2]

4. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## Background

5. On December 16, 2014, the TCEH Debtors filed the Application. In support of the Application, the TCEH Debtors filed the *Declaration of Todd J. Rosen in Support of Application for Entry of an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors In Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 16, 2014* (the "<u>Original Declaration</u>"), which was filed as **Exhibit C** to the Application [D.I. 3040-4].

6. On January 8, 2015, the TCEH Debtors filed the *First Supplemental Declaration of Todd J. Rosen in Support of Application for Entry of an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors In Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 16, 2014* [D.I. 3198] (the "<u>First Supplemental Declaration</u>"), on June 12, 2015 the TCEH Debtors filed the *Second Supplemental Declaration of Todd J. Rosen in Support of Application for Entry of an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors*

---

[2] Capitalized terms not defined in this Fourth Supplemental Declaration have the meaning ascribed to them in the Application.

*In Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc To November 16, 2014* [D.I. 4744] (the "Second Supplemental Declaration"), and on July 15, 2015, the TCEH Debtors filed the *Third Supplemental Declaration of Todd J. Rosen in Support of Application for Entry of an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 16, 2016* [D.I. 5007] (the "Third Supplemental Declaration" and collectively, with the Original Declaration, the First Supplemental Declaration, the Second Supplemental Declaration, and the Fourth Supplemental Declaration, the "Declarations").

7. On January 13, 2015, this court entered an order [D.I. 3279] approving the retention of MTO *nunc pro tunc* to November 16, 2014 (the "Retention Order").

**Supplemental Disclosure**

8. In the Original Declaration, I disclosed MTO's 2014 and 2015 billing rates for matters related to these chapter 11 cases. Original Decl., ¶¶ 18-19. I also disclosed that the billing rates are subject to periodic change in the ordinary course of business to reflect economic and other conditions. *Id.*, ¶¶ 18-19 & n.3. Pursuant to the Retention Order, MTO must provide notice of changes to its billing rates during these chapter 11 cases. Retention Order, ¶ 8.

9. In accordance with ordinary practice, hourly billing rates for MTO timekeepers will change effective as of January 1, 2016. The rates will change due to timekeeper promotion or rate increases driven by costs that continue to rise, as they have for several years, at a pace that exceeds the Consumer Price Index. For example, MTO's spending on information technology continues to escalate, driven in large part by investments in security and litigation support services.

10. MTO's hourly rates that will take effect on January 1, 2016 for matters related to these chapter 11 cases range as follows:

| Billing Category | Range |
|---|---|
| Partners | $720 to $1,245 |
| Of Counsel | $650 to $970 |
| Associates | $410 to $700 |
| Paralegals | $170 to $305 |
| Automated Litigation Support | $225 to $380 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  December 15, 2015     */s/ Todd J. Rosen*
                              Name:  Todd J. Rosen
                              Title:    Partner, Munger, Tolles & Olson LLP