IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 7090, 7327** |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING ADDITIONAL
RELIEF IN CONNECTION WITH SETTLEMENT WITH EFH NOTES TRUSTEE**

On November 23, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Notice of Settlement Among Debtors, EFH Committee, EFH Notes Trustee, Plan Sponsors, Consenting TCEH First Lien Creditors, and TCEH Committee* [D.I. 7090] (the "November 23 Notice")[2] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Attached to the November 23 Notice was, among other things, the proposed Committee Settlement Order.

The Debtors presented the Committee Settlement Order for entry and approval to The Honorable Christopher S. Sontchi at a hearing held before the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on November 25, 2015 at 10:00 a.m. (Eastern Standard Time) (the "November 25 Hearing"). Following the November 25 Hearing, the Bankruptcy Court entered the Committee Settlement Order [D.I. 7143].

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the November 23 Notice.

RLF1 13539312v.1

Under the terms of that certain *Settlement & Support Agreement*, dated as of November 23, 2015 (the "Settlement Agreement") (which was approved pursuant to the terms of the Committee Settlement Order), by and among the Debtors, American Stock Transfer & Trust Company, LLC, in its capacity as successor trustee under the EFH Note Indentures (the "EFH Notes Trustee"), and certain other parties [D.I. 7090, Ex. A], the EFH Notes Trustee is entitled to an advance payment of certain amounts that are subject to charging liens under the EFH Note Indentures and that are otherwise payable pursuant to the Settlement Agreement.

On December 3, 2015, the Bankruptcy Court orally ruled in favor of approval of the *Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement* [D.I. 5249] (the "Settlement Motion") and of confirmation of the Debtors' chapter 11 plan (the "Plan").

On December 7, 2015, the Bankruptcy Court entered an order approving the Settlement Motion, including the payment of fees and expenses as set forth thereunder [D.I. 7243].

On December 9, 2015, the Bankruptcy Court entered an amended order confirming the Plan [D.I. 7285].

On December 12, 2015, the Debtors filed the *Notice of Hearing in Connection With Settlement Between the Debtors and the EFH Notes Trustee* [D.I. 7327] (the "December 12 Notice"), and attached to the December 12 Notice was a proposed form of order approving the Charging Lien Advance (the "Charging Lien Order"). The December 12 Notice established December 15, 2015 at 4:00 p.m. (Eastern Standard Time) (the "Objection Deadline") as the deadline by which parties in interest were required to object to entry of the Charging Lien Order.

Subsequent to filing and serving the Charging Lien Order, the Debtors made certain clarifying changes to the Charging Lien Order. In that regard, the Debtors have prepared a revised form of Charging Lien Order (the "Revised Charging Lien Order") to incorporate the clarifying changes. A copy of the Revised Charging Lien Order is attached hereto as **Exhibit A**. For the convenience of the Bankruptcy Court and other parties-in-interest, a redline comparing the Revised Charging Lien Order against the Charging Lien Order is attached hereto as **Exhibit B**.

The undersigned certifies that the Revised Charging Lien Order has been circulated to, and is acceptable for entry to, (a) the Debtors, (b) the EFH Notes Trustee, and (c) the Office of the United States Trustee for the District of Delaware. No objections or responses, formal or informal, were otherwise received by the Debtors in response to the December 12 Notice on or before the Objection Deadline.

Moreover, the Debtors support the entry of the Revised Charging Lien Order and respectfully request that the Revised Charging Lien Order, in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Bankruptcy Court.

[*Remainder of page intentionally left blank.*]

Dated: December 15, 2015
Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*