Case No: 14-10979

# IN THE UNITED SATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

## RE: ENERGY FUTURE HOLDINGS, CORP.

ATTN: THE HONORABLE CHRISTOPHER S. SONTCHI

KENNETH S. STEWART A/K/A KENNETH R. STEWART FILES THIS ITEMIZED DOCUMENTATION OF STATEMENT OF FACTS THAT HAS PREVIOSLY BEEN SUBMITTED TO EPIQ SYSTEMS AND FUTURE ENERGY HOLDINGS.

MY MAJOR INTEREST AS A MAJOR INTEREST **HOLDER IN TXU AND EDISON INTERNATIONAL** IS MY OBLIGATION TO THE SOLVENCY OF ONCOR.

Respectfully Submitter,

*[signature]*

CHARLES MONTEMAYOR

Cc: KENNETH S. STEWART