December 12, 2015


Judge Christopher Sontchi
824 N. Market St. 5th Floor, Courtroom #6
Wilmington, Delaware, DE 19801

RE:    Kenneth S. Stewart Jr. aka Kenneth R. Stewart #5384 vs TXU


The Honorable Judge Sontchi:

1. I am the <u>Registrant for Edison International</u> and own 56%/80% of Edison International of which TXU is a wholly owned subsidiary thereof, therefore, I have the majority vote and control over TXU/ONCOR. See three attached documents as evidence: 1. Kenneth S. Stewart as Registrant of Edison International   2. Securities and Exchange Filed Form UA-3-2, Page 20, for SCE Corp. in California. 3. Kenneth R. Stewart aka Kenneth S. Stewart TRW Consumer Statement.

2. I am an indirect <u>Creditor</u> in this bankruptcy where my company K&K with Associates Commercial Corp. are owed $45,000,000,000.00 secured by UCC filings at 8001 Regent Rd. Irving, Texas, who is now CitiFinancial Group. See attached evidence.

3. TSC is a subsidiary of TXU from which I received the IRS tax statements showing that I am to pay taxes for TSC. See attached evidence.

4. Some of the natural gas supplying TXU Company for resell in Dallas County and Tarrant County, Texas originates from gas wells belonging to my estate that also binds all sewer, utilities and pipeline easements, while retaining all of the oil and gas and minerals rights to lands conveyed to the County of Dallas, Texas in 1968 by my father. See the attached Document 68046, p14, and see attached KU JA DEED OF TRUST by Ward Williford, Trustee.

5. The initial document #5438-1 for this case as TXU filed on 8-18-2015 has the last 4 digits of my social security number as the document number, excluding the one. See TXU's initial court filing on file on 8-18-2015 that exhibits said #5438.

6. Please find the Corporate Flow Chart attached to depict my ownership in the many companies and wholly owned subsidiaries interconnected.

7. <u>I propose to end TXU's bankruptcy by returning it to solvency</u>: I plan to take the capital from CSC, TXU, Edison International, my Debentures and preferred shares and held in KKR, and other accounts, plus our underlying oil and gas leases and mineral and royalty rights, along with our attached Texas pipelines and electrical right-of-ways, with our water rights while negotiating a long term payment plan with my mother who owns the easements of ONCOR.

8. I have the teams of engineers, financial and accounting teams prepared to take control of TXU.

Judge Christopher Sontchi
Kenneth S. Stewart Jr. aka Kenneth R. Stewart #5384 vs TXU
12-12-2015


9. I charge TXU and its lead attorney Mr. Sassower with multiple contempts of court for not responding once to my many questions by email, in person, and by my mother's attorney. This is contrary to Judge Sontchi's direct demand to Mr. Sassower in court on 8-18-2015.

10. Aurora Gas Co., a subsidiary of TXU, was my personal company swindled from me by Doug Brooks, attorney in 2010, and the attorney for the Hunt family. Brooks states I gave him the Aurora Gas Company.

11. Please find attached a copy of insurance in my name that lists NUCLEUR INSURANCE that on Friday, December 11th, according to both the Texas Department of Insurance and the Public Utility Commission of Texas, the only nuclear insurance policy issued in Texas is for TXU Energy which further supports that I have said insurance and own TXU. I will have even more hard evidence on this very soon but not by December 16th.


Sincerely yours,

Kenneth S. Stewart
P. O. Box 154645
Irving, TX 75015
(817)751-3280

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 8-K

CURRENT REPORT

Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): December 19, 2002

EDISON INTERNATIONAL
(Exact name of registrant as specified in its charter)

| CALIFORNIA | 001-9936 | 95-4137452 |
|---|---|---|
| (State or principal jurisdiction of incorporation or organization) | (Commission file number) | (I.R.S. employer identification no.) |

2244 Walnut Grove Avenue
(P.O. Box 800)
Rosemead, California 91770
(Address of principal executive offices, including zip code)

626-302-2222
(Registrant's telephone number, including area code)

Items 1 through 4 and 6 through 9 are not included because they are inapplicable.

This current report includes forward-looking statements. These forward-looking statements are based on current expectations and projections about future events based upon knowledge of facts as of the date of this current report and assumptions about future events. These forward-looking statements are subject to various risks and uncertainties that may be outside the control of Edison International and its subsidiaries. Edison International has no obligation to publicly update or revise any forward-looking statements, whether as a result of new information, future events, or otherwise.

Item 5.   Other Events

Lakeland Project Placed into Administrative Receivership in the United Kingdom

Edison Mission Energy is a wholly-owned, indirect subsidiary of Edison International. Edison Mission Energy's Lakeland project operated a 220 MW combined cycle, natural gas-fired power plant located in the United Kingdom. ...arship of the project is held through Edison Mission Energy's indirect subsidiary, Lakeland Power Ltd., which

solid power generated for a time pursuant to a power sales agreement with Norweb Energi Ltd, which is a direct subsidiary of TPS (UK) Holdings Limit 3 (TPS Ltd) and is itself not subsidiary of TXU Europe Group plc (TXU Europe).

As previously reported, TXU UK and TXU Europe, together with a related entity, TXU Europe Energy Trading Limited (TXU Energy), entered into formal administration proceedings in the United Kingdom (similar to bankruptcy proceedings in the United States) on November 19, 2002. As a result of these actions and their effect on Norweb Energi Ltd. and Edison Mission Energy's contractual arrangements with other parties, the Lakeland power plant currently is not operating. In October 2002, the directors of Norweb Energi Ltd. appointed a liquidator to wind up its contractual rights and obligations.

On December 4, 2002, Norweb Energi Ltd. provided a notice of disclaimer of the Power Sales Agreement dated October 26, 1989 (as amended from time to time) between Lakeland Power Ltd. and Norweb Energi Ltd. (as successor to North Western Electricity Board) under Section 178 of the Insolvency Act. The disclaimer is effectively a termination of the power sales agreement.

On December 19, 2002, the lenders to the Lakeland project accelerated the debt owing under the bank agreement that governs the project's indebtedness primarily as a result of the notice of disclaimer of the power sales agreement by Norweb Energi Ltd. The bank loans of Lakeland Power Ltd. are non-recourse to Edison Mission Energy. Furthermore, the defaults on these loans do not cross-default to any other indebtedness of Edison Mission Energy or its affiliates.

On December 20, 2002, the project's lenders exercised their right to appoint Michael Thomas Geery and Michael Vincent McLoughlin, partners with KPMG LLP, as administrative receiver over the assets of Lakeland Power Ltd. This followed discussions over the past several weeks regarding future operations of the power plant. The administrative receiver is

Page 2

appointed to take control of the affairs of Lakeland Power Ltd. and has a wide range of powers (specified in the Insolvency Act 1986), including authorizing the sale of the power plant. The appointment of the administrative receiver results in the treatment of Lakeland power plant as an asset held for sale under Statement of Financial Accounting Standards No. 144, "Accounting for the Impairment or Disposal of Long-Lived Assets" (SFAS No. 144).

The events related to the Lakeland project will result in an impairment charge and a provision for bad debts of approximately $160 million ($70 million after tax) in the fourth quarter ended December 31, 2002, arising from the write-down by Edison Mission Energy of the Lakeland power plant and related claims under the power sales agreement (an asset group under SFAS No. 144) to their fair market value. Edison Mission Energy will account for the Lakeland project as a discontinued operation in its Annual Report on Form 10-K for the year ended December 31, 2002, and will no longer consolidate the activities of Lakeland Power Ltd. due to the loss of control arising from the appointment of the administrative receiver.

The Edison Mission Energy consolidated financial statements for the years ended 2001 and 2000 were subject to an audit by Arthur Andersen LLP which was presented in Edison Mission Energy's 2001 Annual Report on Form 10-K. Edison Mission Energy has appointed PricewaterhouseCoopers LLP as the auditor for its 2002 consolidated financial statements. Under Statement of Auditing Standards No. 58, Reports on Audited Financial Statements, a re-audit ordinarily is necessary for discontinued operations which require reclassification of prior years consolidated financial statements to conform to the separate presentation of discontinued operations in such financial statements in accordance with SFAS No. 144. Edison Mission Energy has been advised by PricewaterhouseCoopers LLP that a re-audit of its 2001 and 2000 consolidated financial statements is required as a result of the classification of the Lakeland project as a discontinued operation.

Conditional Agreement by Contact Energy to Acquire Taranaki Power Station

On December 23, 2002, Contact Energy Ltd., a New Zealand publicly traded energy company 51% owned by Edison Mission Energy, announced that it has entered into a conditional agreement with NGC Holdings Ltd. to acquire the Taranaki Combined Cycle power station and related interests for NZ$500 million. The Taranaki station is a 357 MW combined cycle, natural gas-fired plant located near Stratford, New Zealand. The acquisition is conditioned on, among other things, Contact Energy gaining a clearance from the New Zealand Commerce Commission, approval by the shareholders of NGC, and the termination of a cross border leveraged lease currently in existence. Subject to satisfaction of the closing conditions, a closing is expected in February 2003. As a result of the proposed acquisition and the financing to be obtained by Contact Energy to finance such acquisition, Standard and Poor's lowered the long-term credit rating of Contact Energy from BBB+ to BBB.

United Airlines Bankruptcy and Aircraft Leases

As previously reported, Edison International's wholly-owned, indirect subsidiary Edison Capital has leased two aircraft to United Airlines. United Airlines filed for United States bankruptcy court protection on December 9, 2002. United Airlines has proposed restructuring the leases for both of Edison Capital's aircraft, which would

Page 3

lt in Edison Capital receiving no further rent payments. As a result, Edison Capital will take a write-down of $35 million against earnings for the fourth quarter ended December 31, 2002.

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

JOYSEN INTERNATIONAL
(Registrant)

/S/ KENNETH S. STEWART

KENNETH S. STEWART
Assistant General Counsel and Assistant Secretary

January 9, 2008

FORM U-3A-2
(As adopted November 9, 1939)

File No. 69-344

SECURITIES AND EXCHANGE COMMISSION
Washington, D. C.

Statement by Holding Company
Claiming Exemption Under Rule U-3A-2
from the Provisions of the
Public Utility Holding Company Act of 1935

To Be Filed Annually Prior to March 1

SCEcorp
(Name of Company)

hereby files with the Securities Exchange Commission,
pursuant to Rule 2, its statement claiming exemption as
a holding company from the provisions of the Public
Utility Holding Company Act of 1935, and submits the
following information:

1.      NAME, STATE OF ORGANIZATION, LOCATION AND NATURE OF BUSINESS OF
CLAIMANT AND EVERY SUBSIDIARY THEREOF, OTHER THAN ANY EXEMPT
WHOLESALE GENERATOR (EWG) OR FOREIGN UTILITY COMPANY IN WHICH
CLAIMANT DIRECTLY OR INDIRECTLY HOLDS AN INTEREST.

SCEcorp ("Claimant") is a corporation organized under the laws of
the State of California and having its principal place of business at 2244
Walnut Grove Avenue (P.O. Box 999), Rosemead, California 91770.  It was
organized principally to acquire and hold securities of other corporations
for investment purposes.  Claimant has the following subsidiaries:

        a.      SOUTHERN CALIFORNIA EDISON COMPANY ("Edison") is a California
corporation having its principal place of business at 2244 Walnut
Grove Avenue (P.O. Box 800), Rosemead, California 91770.  Edison is
a public utility primarily engaged in the business of supplying
electric energy to portions of central and southern California,
excluding the City of Los Angeles and certain other cities.  Edison

has the following subsidiaries (each of which has its principal place of business at the same location as Edison, except as otherwise indicated):

(1)     CALIFORNIA ELECTRIC POWER COMPANY is an inactive California corporation that remains from a 1964 merger with Edison.

(2)     CONSERVATION FINANCING CORPORATION is an inactive California corporation that was originally formed to carry out residential conservation financing programs.

(3)     ENERGY SERVICES, INC. is a California corporation engaged in the business of assisting Edison in optimizing the use of its resources for the benefit of its ratepayers by marketing Edison's capabilities, facilities, products, information, and copyrighted materials to third parties. Energy Services, Inc. does not engage in any activities that would constitute owning or operating facilities used for the generation, transmission, or distribution of electric energy for sale.

(4)     MONO POWER COMPANY is an inactive California corporation that has been engaged in the business of exploring for and developing fuel resources.

   (A)     THE BEAR CREEK URANIUM COMPANY is an inactive California partnership between Mono Power Company and Union Pacific Resources that has been engaged in reclamation of an integrated uranium mining and milling complex in Wyoming.

(5)     SCE CAPITAL COMPANY is a Delaware corporation that acts as a funding vehicle for financing of fuels, balancing accounts and other corporate purposes of Edison.

(6)     SOUTHERN STATES REALTY is a California corporation engaged in providing real estate brokerage and consulting services to Edison and third parties.

b.     THE MISSION GROUP is a California corporation having its principal place of business at 18101 Von Karman Avenue, Suite 1700, Irvine, California 92715, and which was organized to own the stock and coordinate the activities of several nonutility companies.  The subsidiaries of The Mission Group are as follows:

(1)     MISSION ENERGY COMPANY is a California corporation having its principal place of business at 18101 Von Karman Avenue, Suite 1700, Irvine, California 92715.  Mission Energy Company owns the stock of a group of corporations which, primarily through partnerships with non-affiliated entities, are engaged in the business of developing, owning and/or operating cogeneration, geothermal and other energy or energy-related projects pursuant to the Public Utility Regulatory Policies Act of 1978.  Mission Energy Company, through wholly owned subsidiaries, also has ownership interests in a number of independent power projects in operation or under development that either have been reviewed by the Commission's staff for compliance with the Act or are or will be exempt wholesale generators under the Energy Policy Act of 1992.  In addition, some Mission Energy Company subsidiaries have made fuel-related investments and a limited number of non-energy related investments.  These subsidiaries and partnerships are as follows (unless otherwise indicated, all entities are corporations and are organized under the laws of the State of California):

Aquila Energy Company (LP)

American Bituminous Power Partners, L.P. (Delaware limited partnership)
    American Kiln Partners, L.P. (Delaware limited partnership)
Anacapa Energy Company (GP)
    Salinas River Cogeneration Company (partnership)
Anacostia Energy Company (D.C. corporation) (inactive)
Arrowhead Energy Company
    Crown Energy, L.P. (New Jersey partnership) (see 4.3)
      Crown Vista Urban Renewal Corporation (New Jersey corporation)
Balboa Energy Company (GP)
    Smithtown Cogeneration, L.P. (Delaware partnership)
Bergen Point Energy Company (GP)
    TEVCO/Mission Bayonne Partnership (Delaware general partnership)
Blue Ridge Energy Company (GP)
    Bretton Woods Cogeneration, L.P. (Delaware limited partnership)
BN Geothermal, Inc. (Delaware corporation)
    Vulcan/BN Geothermal Power Company (Nevada general partnership)
Bretton Woods Energy Company (GP & LP)
    Bretton Woods Cogeneration, L.P. (Delaware limited partnership)
Canine Energy Company (GP)
    Watson Cogeneration Company (general partnership)
Capistrano Cogeneration Company (GP)
    James River Cogeneration Company (North Carolina partnership)
Capitol Energy Company (D.C. corporation) (inactive)
Centerport Energy Company (GP & LP)
    Riverhead Cogeneration I, L.P. (Delaware partnership)
Chesapeake Bay Energy Company (formerly Woodand Energy Company) (GP)
    Delaware Clean Energy Project (Delaware general partnership)
Chester Energy Company
Clayville Energy Company
    Oconee Energy, L.P. (Delaware limited partnership)
Colonial Energy Company (formerly Hentland Farm Energy Company) (inactive)
Conejo Energy Company (GP & LP)
    Andy Hoch (Del Ranch), L.P. (partnership)
Coronado Energy Company
    Oconee Energy, L.P. (Delaware limited partnership)
Crescent Valley Energy Company (GP)
    Beowawe Geothermal Power Company (general partnership)

Crystal River Energy Company (GP & LP)
    Glenwood Springs Salt Company, L.P. (partnership)
Del Mar Energy Company (GP)
    Mid-Set Cogeneration Company (partnership)
Desert Sunrise Energy Company (Nevada corporation) (inactive)
Devereaux Energy Company (LP)
    Auburndale Power Partners, Limited Partnership (Delaware limited partnership)
Eastern Sierra Energy Company (GP & LP)
    Saguaro Power Company, A Limited Partnership (partnership)
East Maine Energy Company (inactive)
El Dorado Energy Company (GP)
    Auburndale Power Partners, Limited Partnership (Delaware limited partnership)
EMP, Inc. (Oregon corporation) (GP & LP)
    GEO East Mesa Limited Partnership (partnership)
      GEO East Mesa Electric Co. (Nevada corporation)
Four Counties Gas Company (inactive)
Hanover Energy Company
    Chickahominy River Energy Corp. (GP & LP)
      Commonwealth Atlantic Limited Partnership (Delaware partnership) (see 4.1)
Holtsville Energy Company (GP & LP)
    Brookhaven Cogeneration, L.P. (Delaware partnership)
Indian Bay Energy Company (GP & LP)
    Riverhead Cogeneration III, L.P. (Delaware partnership)
Jefferson Energy Company (GP & LP)
    Gordonsville Energy, L.P. (Delaware partnership)

American Bituminous Power Partners, L.P. (Delaware limited partnership)
    American Kiln Partners, L.P. (Delaware limited partnership)
Anacapa Energy Company (GP)
    Salinas River Cogeneration Company (partnership)
Anacostia Energy Company (D.C. corporation) (inactive)
Arrowhead Energy Company
    Crown Energy, L.P. (New Jersey partnership) (see 4.3)
      Crown Vista Urban Renewal Corporation (New Jersey corporation)
Balboa Energy Company (GP)
    Smithtown Cogeneration, L.P. (Delaware partnership)
Bergen Point Energy Company (GP)
    TEVCO/Mission Bayonne Partnership (Delaware general partnership)
Blue Ridge Energy Company (GP)
    Bretton Woods Cogeneration, L.P. (Delaware limited partnership)
BN Geothermal, Inc. (Delaware corporation)
    Vulcan/BN Geothermal Power Company (Nevada general partnership)
Bretton Woods Energy Company (GP & LP)
    Bretton Woods Cogeneration, L.P. (Delaware limited partnership)
Camino Energy Company (GP)
    Watson Cogeneration Company (general partnership)
Capistrano Cogeneration Company (GP)
    James River Cogeneration Company (North Carolina partnership)
Capitol Energy Company (D.C. corporation) (inactive)
Centerport Energy Company (GP & LP)
    Riverhead Cogeneration I, L.P. (Delaware partnership)
Chesapeake Bay Energy Company (formerly Woodand Energy Company) (GP)
    Delaware Clean Energy Project (Delaware general partnership)
Chester Energy Company
Clayville Energy Company
    Oconee Energy, L.P. (Delaware limited partnership)
Colonial Energy Company (formerly Hentland Farm Energy Company) (inactive)
Conejo Energy Company (GP & LP)
    Andy Hoch (Del Ranch), L.P. (partnership)
Coronado Energy Company
    Oconee Energy, L.P. (Delaware limited partnership)
Crescent Valley Energy Company (GP)
    Beowawe Geothermal Power Company (general partnership)

Crystal River Energy Company (GP & LP)
    Glenwood Springs Salt Company, L.P. (partnership)
Del Mar Energy Company (GP)
    Mid-Set Cogeneration Company (partnership)
Desert Sunrise Energy Company (Nevada corporation) (inactive)
Devereaux Energy Company (LP)
    Auburndale Power Partners, Limited Partnership (Delaware limited partnership)
Eastern Sierra Energy Company (GP & LP)
    Saguaro Power Company, A Limited Partnership (partnership)
East Maine Energy Company (inactive)
El Dorado Energy Company (GP)
    Auburndale Power Partners, Limited Partnership (Delaware limited partnership)
EMP, Inc. (Oregon corporation) (GP & LP)
    GEO East Mesa Limited Partnership (partnership)
      GEO East Mesa Electric Co. (Nevada corporation)
Four Counties Gas Company (inactive)
Hanover Energy Company
    Chickahominy River Energy Corp. (GP & LP)
      Commonwealth Atlantic Limited Partnership (Delaware partnership) (see 4.1)
Holtsville Energy Company (GP & LP)
    Brookhaven Cogeneration, L.P. (Delaware partnership)
Indian Bay Energy Company (GP & LP)
    Riverhead Cogeneration III, L.P. (Delaware partnership)
Jefferson Energy Company (GP & LP)
    Gordonsville Energy, L.P. (Delaware partnership)

Latrobe Power Partnership (Australian partnership) (equity)
Loy Yang B Joint Venture (Australian joint venture) (see 4.5)
Mission Energy Asia Pte Ltd. (Singapore private limited company)
Mission Energy Company (UK) Limited (United Kingdom private limited company)
Derwent Cogeneration Limited (United Kingdom private limited company) (equity) (see 4.16)
Mission Energy Limited (United Kingdom private limited company)
Mission Energy Services Limited (United Kingdom private limited company)
Mission (No. 2) Limited (United Kingdom private limited company) (formerly Mowlem Power Ltd.)
Mission Energy Holdings Pty. Ltd. (Australian corporation)
Mission Energy Development Australia Pty. Ltd. (Australian corporation)
Mission Energy Management Australia Pty. Ltd. (Australian corporation)
Price Hold Ltd. (United Kingdom corporation)
Lakeland Power Limited (United Kingdom private company) (see 4.15)
Traralgon Power Pty. Ltd. (Australian corporation)
Mission Victoria Partnership (Australian partnership)
Latrobe Power Partnership (Australian partnership) (equity)
Loy Yang B Joint Venture (Australian joint venture) (see 4.5)
Mission Energy Asia (formerly Cypress Energy Company)
Mission Energy Canada Corporation (British Columbia company)
B.C. Star Partners (partnership)
The Mission Interface Partnership (Province of Ontario general partnership)

Mission Energy Fuel Company
Mission Energy Methane Company
Mission Energy Oil and Gas Company
Four Star Oil & Gas Company (partnership)
Mission Energy Petroleum Company
Pocono Fuels Company (inactive)
Southern Sierra Gas Company
TM Star Fuel Company (general partnership)
Mission Energy Indonesia (formerly Chula Energy Company)
Mission Energy Mexico (inactive)
Mission Energy New York, Inc. (formerly Allegheny Energy Company) (GP & LP)
Brooklyn Navy Yard Cogeneration Partners, L.P. (Delaware partnership)
Mission Energy Westside, Inc. (formerly Sun Coast Energy Company)
Mission Operation and Maintenance, Incorporated
Mission Triple Cycle Systems Company (GP)
Triple Cycle Partnership (Texas general partnership)
Niguel Energy Company (GP & LP)
Elmore, Ltd. (partnership)
Northern Sierra Energy Company (GP)
Sobel Cogeneration Company (general partnership)
Ortega Energy Company
Otter Point Energy Company (Maryland corporation) (inactive)
Panther Timber Company (GP)
American Kiln Partners, L.P. (Delaware limited partnership)
Patapsco Energy Company (inactive)
Pleasant Valley Energy Company (GP)
American Bituminous Power Partners, L.P. (Delaware limited partnership)
Prince George Energy Company (LP)
Hopewell Cogeneration Limited Partnership (Delaware limited partnership)
Hopewell Cogeneration Inc. (Delaware corporation)
Hopewell Cogeneration Limited Partnership (Delaware limited partnership)
Quartz Peak Energy Company (LP)
Nevada Sun-Peak Limited Partnership (Nevada partnership)

          Latrobe Power Partnership (Australian partnership) (equity)
                Loy Yang B Joint Venture (Australian joint venture) (see
                4.5)
   Mission Energy Asia Pte Ltd. (Singapore private limited company)
   Mission Energy Company (UK) Limited (United Kingdom private limited
company)
      Derwent Cogeneration Limited (United Kingdom private limited
      company) (equity) (see 4.16)
      Mission Energy Limited (United Kingdom private limited company)
      Mission Energy Services Limited (United Kingdom private limited
      company)
      Mission (No. 2) Limited (United Kingdom private limited company)
      (formerly Mowlem Power Ltd.)
   Mission Energy Holdings Pty. Ltd. (Australian corporation)
      Mission Energy Development Australia Pty. Ltd.(Australian
      corporation)
      Mission Energy Management Australia Pty. Ltd. (Australian
      corporation)
   Price Hold Ltd. (United Kingdom corporation)
      Lakeland Power Limited (United Kingdom private company) (see 4.15)
   Traralgon Power Pty. Ltd. (Australian corporation)
      Mission Victoria Partnership (Australian partnership)
         Latrobe Power Partnership (Australian partnership) (equity)
            Loy Yang B Joint Venture (Australian joint venture) (see
            4.5)
Mission Energy Asia (formerly Cypress Energy Company)
Mission Energy Canada Corporation (British Columbia company)
   B.C. Star Partners (partnership)
   The Mission Interface Partnership (Province of Ontario general
partnership)

Mission Energy Fuel Company
   Mission Energy Methane Company
   Mission Energy Oil and Gas Company
      Four Star Oil & Gas Company (partnership)
   Mission Energy Petroleum Company
   Pocono Fuels Company (inactive)
   Southern Sierra Gas Company
      TM Star Fuel Company (general partnership)
Mission Energy Indonesia (formerly Chula Energy Company)
Mission Energy Mexico (inactive)
Mission Energy New York, Inc. (formerly Allegheny Energy Company) (GP &
LP)
   Brooklyn Navy Yard Cogeneration Partners, L.P. (Delaware partnership)
Mission Energy Westside, Inc. (formerly Sun Coast Energy Company)
Mission Operation and Maintenance, Incorporated
Mission Triple Cycle Systems Company (GP)
   Triple Cycle Partnership (Texas general partnership)
Niguel Energy Company (GP & LP)
   Elmore, Ltd. (partnership)
Northern Sierra Energy Company (GP)
   Sobel Cogeneration Company (general partnership)
Ortega Energy Company
Otter Point Energy Company (Maryland corporation) (inactive)
Panther Timber Company (GP)
   American Kiln Partners, L.P. (Delaware limited partnership)
Patapsco Energy Company (inactive)
Pleasant Valley Energy Company (GP)
   American Bituminous Power Partners, L.P. (Delaware limited
   partnership)
Prince George Energy Company (LP)
   Hopewell Cogeneration Limited Partnership (Delaware limited
   partnership)
      Hopewell Cogeneration Inc. (Delaware corporation)
         Hopewell Cogeneration Limited Partnership (Delaware limited
         partnership)
Quartz Peak Energy Company (LP)
   Nevada Sun-Peak Limited Partnership (Nevada partnership)

Mission Funding Gamma
Mission Funding Epsilon
    Mission Funding Delta
    Mission Investments, Inc. (U.S. Virgin Islands corporation)
    Mission Funding Alpha
    Mission (Bermuda) Investments, Ltd. (Bermuda corporation)
    GFM Energy Company (New York partnership)
Mission Funding Beta
Mission Funding Theta
Mission Funding Kappa
    ABB Funding Partners, L.P. (partnership)
Mission Housing Investments
    Abby Associates L.P. (Winomere) (partnership) (commitment)
    AE Associates L.P. (Avenida Espana) (partnership) (commitment)
    Argyle Redevelopment Partnership, Ltd. (Colorado partnership)
    Bartlett Hill Associates L.P. (partnership)
    Berry Avenue Associates L.P. (partnership) (commitment)
    Carlton Way Apartments L.P. (partnership) (commitment)
    Centertown Associates L.P. (partnership)
    Centre Partners L.P. (partnership) (commitment)

    Corona Ely/Ranch Associates L.P. (partnership) (commitment)
    Coyote Springs Apartments Associates L.P. (partnership)
    Crescent Arms L.P. (partnership) (commitment)
    Cypress Cove Associates (partnership)
    Delta Plaza Associates (partnership)
    EAH Larkspur Creekside Associates L.P. (partnership)
    East Cotati Avenue Partners L.P. (partnership)
    Edmundson Associates L.P. (partnership)
    Farm (The) Associates L.P. (partnership)
    Fell Street Housing Associates L.P. (partnership) (commitment)
    Gilroy Redwood Associates L.P. (Redwoods) (partnership)
    Ginzton Associates L.P. (partnership)
    Grossman Apartments Investors L.P. (partnership) (commitment)
    Heather Glen Associates L.P. (partnership)
    Holy Family Associates L.P. (partnership)
    Hope West Apartments L.P. (partnership) (commitment)
    Kennedy Lofts Associates L.P. (Massachusetts partnership)
    La Brea/Franklin L.P. (partnership) (commitment)
    Larkin Pine L.P. (partnership) (commitment)
    MH I (partnership)
        California Park Apartments L.P. (partnership)
    MH II (partnership)
        5363 Dent Avenue Associates L.P. (partnership)
    MH III (partnership)
        DeRose Housing Associates L.P. (partnership)
    MH IV (partnership)
        MPT Apartments L.P. (MacArthur Park) (partnership)
    MH V (partnership)
        Centennial Place L.P. (partnership)
    Mar Associates L.P. (partnership)
    Mayacamas Village Associates L.P. (partnership) (commitment)
    Mid-Peninsula Sharmen Palms Associates L.P. (Sharmen Palms)
    (partnership)
    Mission Capp L.P. (partnership)
    Mission Housing Alpha
        Lee Park Investors L.P. (Pennsylvania partnership)
    Mission Housing Beta
        Richmond City Center Associates L.P. (partnership)
    Mission Housing Gamma
        Del Carlo Court Associates L.P. (partnership)
    Mission Housing Delta
        MH I (partnership)
            California Park Apartments L.P. (partnership)
        MH II (partnership)
            5363 Dent Avenue Associates L.P. (partnership)
        MH III (partnership)
            DeRose Housing Associates L.P. (partnership)

Mission Funding Gamma
Mission Funding Epsilon
    Mission Funding Delta
    Mission Investments, Inc. (U.S. Virgin Islands corporation)
    Mission Funding Alpha
    Mission (Bermuda) Investments, Ltd. (Bermuda corporation)
    GEM Energy Company (New York partnership)
Mission Funding Beta
Mission Funding Theta
Mission Funding Kappa
    ABB Funding Partners, L.P. (partnership)
Mission Housing Investments
    Abby Associates L.P. (Windmere) (partnership) (commitment)
    AE Associates L.P. (Avenida Espana) (partnership) (commitment)
    Argyle Redevelopment Partnership, Ltd. (Colorado partnership)
    Bartlett Hill Associates L.P. (partnership)
    Berry Avenue Associates L.P. (partnership) (commitment)
    Carlton Way Apartments L.P. (partnership) (commitment)
    Centertown Associates L.P. (partnership)
    Centre Partners L.P. (partnership) (commitment)

    Corona Rey/Ranch Associates L.P. (partnership) (commitment)
    Coyote Springs Apartments Associates L.P. (partnership)
    Crescent Arms L.P. (partnership) (commitment)
    Cypress Cove Associates (partnership)
    Delta Plaza Associates (partnership)
    EAH Larkspur Creekside Associates L.P. (partnership)
    East Cotati Avenue Partners L.P. (partnership)
    Edmundson Associates L.P. (partnership)
    Farm (The) Associates L.P. (partnership)
    Fell Street Housing Associates L.P. (partnership) (commitment)
    Gilroy Redwood Associates L.P. (Redwoods) (partnership)
    Ginzton Associates L.P. (partnership)
    Grossman Apartments Investers L.P. (partnership) (commitment)
    Heather Glen Associates L.P. (partnership)
    Holy Family Associates L.P. (partnership)
    Hope West Apartments L.P. (partnership) (commitment)
    Kennedy Lofts Associates L.P. (Massachusetts partnership)
    La Brea/Franklin L.P. (partnership) (commitment)
    Larkin Pine L.P. (partnership) (commitment)
    MH I (partnership)
        California Park Apartments L.P. (partnership)
    MH II (partnership)
        5363 Dent Avenue Associates L.P. (partnership)
    MH III (partnership)
        DeRose Housing Associates L.P. (partnership)
    MH IV (partnership)
        MPT Apartments L.P. (MacArthur Park) (partnership)
    MH V (partnership)
        Centennial Place L.P. (partnership)
    Mar Associates L.P. (partnership)
    Mayacamas Village Associates L.P. (partnership) (commitment)
    Mid-Peninsula Sharmen Palms Associates L.P. (Sharmon Palms)
    (partnership)
    Mission Capp L.P. (partnership)
    Mission Housing Alpha
        Lee Park Investers L.P. (Pennsylvania partnership)
    Mission Housing Beta
        Richmond City Center Associates L.P. (partnership)
    Mission Housing Gamma
        Del Carlo Court Associates L.P. (partnership)
    Mission Housing Delta
        MH I (partnership)
            California Park Apartments L.P. (partnership)
        MH II (partnership)
            5363 Dent Avenue Associates L.P. (partnership)
        MH III (partnership)
            DeRose Housing Associates L.P. (partnership)

and has the same place of business as Mission Land Company) are:

Associated Southern Investment Company
    Calabasas Park Company (partnership) (inactive)
      Central Valley/Calabasas L.P. (partnership)
Calabasas Palatino, Inc. (inactive)
California Commerce Center--North, L.P. (partnership)
Carol Point Builders I (partnership) (up to 12/31/93)
Carol Point Builders II (partnership) (up to 12/31/93)
Carol Stream Developers (partnership)
Centrelake Partners, L.P. (partnership)

Corona Partners, L.P. (partnership)
Irwindale Land Company (inactive)
Lusk-Mission Industrial Partners I (partnership)
Mission Airport Park Development Co.
    Ontario Airport Industrial Park (partnership)
Mission-CCH I, L.P. (partnership)
Mission-Comstock Crosser Hickey (partnership)
Mission-DAT I, L.P. (partnership) (inactive)
Mission-Dominion Partners I, L.P. (partnership) (equity)
Mission Industrial Constructors, Inc. (inactive)
Mission-Kol I, L.P. (partnership)
Mission-Messenger Vacaville (partnership)
Mission-Nexus I, L.P. (partnership)
Mission-Nexus II, L.P. (partnership)
Mission-Ontario, Inc. (inactive)
Mission-Shea I, L.P. (partnership) (equity)
Mission-701 Minnesota (partnership) (equity)
Mission South Bay Company (inactive)
Mission Texas Property Holdings, Inc.
Ontario Lakeshore Partners, L.P. (partnership)
Parkway Business Centre Partners, Ltd. (partnership) (equity) (inactive)
Realco Texas Master Limited Partnership (Texas partnership)

        (4)     MISSION POWER ENGINEERING COMPANY is a California corporation having its principal place of business at 18101 Von Karman Avenue, Suite 1700, Irvine, California 92715. It is currently an inactive company. Its subsidiaries (each of which, except as noted otherwise, is a corporation, is organized under the laws of the State of California and has the same place of business as Mission Power Engineering Company) are:

Associated Southern Engineering Company (inactive)

2.       A BRIEF DESCRIPTION OF THE PROPERTIES OF CLAIMANT AND EACH OF ITS SUBSIDIARY PUBLIC UTILITY COMPANIES USED FOR THE GENERATION, TRANSMISSION, AND DISTRIBUTION OF ELECTRIC ENERGY FOR SALE, OR FOR THE PRODUCTION, TRANSMISSION, AND DISTRIBUTION OF NATURAL OR MANUFACTURED GAS, INDICATING THE LOCATION OF PRINCIPAL GENERATING PLANTS, TRANSMISSION LINES, PRODUCING FIELDS, GAS MANUFACTURING PLANTS, AND ELECTRIC AND GAS DISTRIBUTION FACILITIES, INCLUDING ALL SUCH PROPERTIES WHICH ARE OUTSIDE THE STATE IN WHICH CLAIMANT AND ITS SUBSIDIARIES ARE ORGANIZED AND ALL TRANSMISSION OR PIPELINES WHICH DELIVER OR RECEIVE ELECTRIC ENERGY OR GAS AT THE BORDERS OF SUCH STATE.

    Claimant is not a "public utility company" as that term is defined in the Public Utility Holding Company Act of 1935 (the "Act") and does not own any properties used for the generation, transmission and distribution of electric energy for sale, or for the production, transmission and distribution of natural or manufactured gas. None of Claimant's subsidiaries, other than Edison, is a public utility company. Edison is an "electric utility company" as defined in the Act and owns properties used for the generation, transmission and distribution of electric energy for sale, as described herein.

    Edison owns and operates 12 oil- and gas-fueled generating plants,

and has the same place of business as Mission Land Company) are:

Associated Southern Investment Company
    Calabasas Park Company (partnership) (inactive)
      Central Valley/Calabasas L.P. (partnership)
Calabasas Palatine, Inc. (inactive)
California Commerce Center--North, L.P. (partnership)
Carol Point Builders I (partnership) (up to 12/31/93)
Carol Point Builders II (partnership) (up to 12/31/93)
Carol Stream Developers (partnership)
Centrelake Partners, L.P. (partnership)

Corona Partners, L.P. (partnership)
Irwindale Land Company (inactive)
Lusk-Mission Industrial Partners I (partnership)
Mission Airport Park Development Co.
    Ontario Airport Industrial Park (partnership)
Mission-CCH I, L.P. (partnership)
Mission-Comstock Crosser Hickey (partnership)
Mission-DAT I, L.P. (partnership) (inactive)
Mission-Dominion Partners I, L.P. (partnership) (equity)
Mission Industrial Constructors, Inc. (inactive)
Mission-Koll I, L.P. (partnership)
Mission-Messenger Vacaville (partnership)
Mission-Nexus I, L.P. (partnership)
Mission-Nexus II, L.P. (partnership)
Mission-Ontario, Inc. (inactive)
Mission-Shea I, L.P. (partnership) (equity)
Mission-700 Minnesota (partnership) (equity)
Mission South Bay Company (inactive)
Mission Texas Property Holdings, Inc.
Ontario Lakeshore Partners, L.P. (partnership)
Parkway Business Centre Partners, Ltd. (partnership) (equity) (inactive)
Realco Texas Master Limited Partnership (Texas partnership)

        (4)     MISSION POWER ENGINEERING COMPANY is a California corporation
having its principal place of business at 18101 Von Karman Avenue,
Suite 1700, Irvine, California 92715.  It is currently an inactive
company.  Its subsidiaries (each of which, except as noted
otherwise, is a corporation, is organized under the laws of the
State of California and has the same place of business as Mission
Power Engineering Company) are:

Associated Southern Engineering Company (inactive)

2.       A BRIEF DESCRIPTION OF THE PROPERTIES OF CLAIMANT AND EACH OF ITS
       SUBSIDIARY PUBLIC UTILITY COMPANIES USED FOR THE GENERATION,
       TRANSMISSION, AND DISTRIBUTION OF ELECTRIC ENERGY FOR SALE, OR FOR
       THE PRODUCTION, TRANSMISSION, AND DISTRIBUTION OF NATURAL OR
       MANUFACTURED GAS, INDICATING THE LOCATION OF PRINCIPAL GENERATING
       PLANTS, TRANSMISSION LINES, PRODUCING FIELDS, GAS MANUFACTURING
       PLANTS, AND ELECTRIC AND GAS DISTRIBUTION FACILITIES, INCLUDING ALL
       SUCH PROPERTIES WHICH ARE OUTSIDE THE STATE IN WHICH CLAIMANT AND
       ITS SUBSIDIARIES ARE ORGANIZED AND ALL TRANSMISSION OR PIPELINES
       WHICH DELIVER OR RECEIVE ELECTRIC ENERGY OR GAS AT THE BORDERS OF
       SUCH STATE.

       Claimant is not a "public utility company" as that term is defined
in the Public Utility Holding Company Act of 1935 (the "Act") and does
not own any properties used for the generation, transmission and
distribution of electric energy for sale, or for the production,
transmission and distribution of natural or manufactured gas.  None of
Claimant's subsidiaries, other than Edison, is a public utility company.
Edison is an "electric utility company" as defined in the Act and owns
properties used for the generation, transmission and distribution of
electric energy for sale, as described herein.

       Edison owns and operates 12 oil- and gas-fueled generating plants,

FACILITIES USED BY THE EWG OR FOREIGN UTILITY COMPANY FOR THE GENERATION, TRANSMISSION AND DISTRIBUTION OF ELECTRIC ENERGY FOR SALE OR FOR THE DISTRIBUTION AT RETAIL OF NATURAL OR MANUFACTURED GAS.

(b)    NAME OF EACH SYSTEM COMPANY THAT HOLDS AN INTEREST IN SUCH EWG OR FOREIGN UTILITY COMPANY; AND DESCRIPTION OF THE INTEREST HELD.

(c)    TYPE AND AMOUNT OF CAPITAL INVESTED, DIRECTLY OR INDIRECTLY, BY THE HOLDING COMPANY CLAIMING EXEMPTION; ANY DIRECT OR INDIRECT GUARANTEE OF THE SECURITY OF THE EWG OR FOREIGN UTILITY COMPANY BY THE HOLDING COMPANY CLAIMING EXEMPTION; AND ANY DEBT OR OTHER FINANCIAL OBLIGATION FOR WHICH THERE IS RECOURSE, DIRECTLY OR INDIRECTLY, TO THE HOLDING COMPANY CLAIMING EXEMPTION OR ANOTHER SYSTEM COMPANY, OTHER THAN THE EWG OR FOREIGN UTILITY COMPANY.

(d)    CAPITALIZATION AND EARNINGS OF THE EWG OR FOREIGN UTILITY COMPANY DURING THE REPORTING PERIOD.

(e)    IDENTIFY ANY SERVICE, SALES OR CONSTRUCTION CONTRACT(S) BETWEEN THE EWG OR FOREIGN UTILITY COMPANY AND A SYSTEM COMPANY, AND DESCRIBE THE SERVICES TO BE RENDERED OR GOODS SOLD AND FEES OR REVENUES UNDER SUCH AGREEMENT(S).

EXEMPT WHOLESALE GENERATORS (EWGs):
- -----------------------------------

4.1    COMMONWEALTH ATLANTIC LIMITED PARTNERSHIP

(a)    Commonwealth Atlantic Limited Partnership ("CALP")
2837 South Military Highway
Chesapeake, VA 23323-0286

CALP is a 340 MW gas and distillate oil fired peaking power generation facility selling power to Virginia Power (the "Facility").

(b)    SCEcorp's wholly owned subsidiary The Mission Group owns 100% of Mission Energy Company, which through its subsidiary Hanover Energy Company owns Chickahominy River Energy Corp. which in turn owns a 1% general partner interest and a 49% limited partner interest in CALP.

(c)    Chickahominy River Energy Corp. made a capital contribution of $14,000,000 to CALP. Mission Energy Company owns a 50% interest through its wholly owned subsidiary Hanover Energy Company, in CALP, which is the owner of the Facility. The Facility went into operation on June 4, 1992. Mission Energy provided indemnities to the title company insuring against mechanics' liens on the Facility. Prior to the closing of the non-recourse Facility financing, Hanover Energy, through a series of loans, provided the funds for the development of the Facility. Because construction work had commenced prior to the time of the closing of the Facility financing, the title company required indemnities for mechanics' liens that might be filed for the prior construction work. Mission Energy provided the indemnities because its subsidiary, in the absence of Facility

financing, would have been required to provide the funds necessary to clear any mechanics' liens. The turnkey construction contract provides for the contractor, Westinghouse, to be responsible for clearing any mechanics' liens. Therefore, if Mission Energy were required to make any payments under the indemnity, Westinghouse would be liable to Mission Energy. At

FACILITIES USED BY THE EWG OR FOREIGN UTILITY COMPANY FOR THE GENERATION, TRANSMISSION AND DISTRIBUTION OF ELECTRIC ENERGY FOR SALE OR FOR THE DISTRIBUTION AT RETAIL OF NATURAL OR MANUFACTURED GAS.

(b)    NAME OF EACH SYSTEM COMPANY THAT HOLDS AN INTEREST IN SUCH EWG OR FOREIGN UTILITY COMPANY; AND DESCRIPTION OF THE INTEREST HELD.

(c)    TYPE AND AMOUNT OF CAPITAL INVESTED, DIRECTLY OR INDIRECTLY, BY THE HOLDING COMPANY CLAIMING EXEMPTION; ANY DIRECT OR INDIRECT GUARANTEE OF THE SECURITY OF THE EWG OR FOREIGN UTILITY COMPANY BY THE HOLDING COMPANY CLAIMING EXEMPTION; AND ANY DEBT OR OTHER FINANCIAL OBLIGATION FOR WHICH THERE IS RECOURSE, DIRECTLY OR INDIRECTLY, TO THE HOLDING COMPANY CLAIMING EXEMPTION OR ANOTHER SYSTEM COMPANY, OTHER THAN THE EWG OR FOREIGN UTILITY COMPANY.

(d)    CAPITALIZATION AND EARNINGS OF THE EWG OR FOREIGN UTILITY COMPANY DURING THE REPORTING PERIOD.

(e)    IDENTIFY ANY SERVICE, SALES OR CONSTRUCTION CONTRACT(S) BETWEEN THE EWG OR FOREIGN UTILITY COMPANY AND A SYSTEM COMPANY, AND DESCRIBE THE SERVICES TO BE RENDERED OR GOODS SOLD AND FEES OR REVENUES UNDER SUCH AGREEMENT(S).


EXEMPT WHOLESALE GENERATORS (EWGs):
- ---------- ------------------------

4.1    COMMONWEALTH ATLANTIC LIMITED PARTNERSHIP

(a)    Commonwealth Atlantic Limited Partnership ("CALP")
       2837 South Military Highway
       Chesapeake, VA 23323-0286

       CALP is a 340 MW gas and distillate oil fired peaking power
       generation facility selling power to Virginia Power (the
       "Facility").

(b)    SCEcorp's wholly owned subsidiary The Mission Group owns 100%
       of Mission Energy Company, which through its subsidiary Hanover
       Energy Company owns Chickahominy River Energy Corp. which in
       turn owns a 1% general partner interest and a 49% limited
       partner interest in CALP.

(c)    Chickahominy River Energy Corp. made a capital contribution of
       $14,000,000 to CALP.  Mission Energy Company owns a 50% interest
       through its wholly owned subsidiary Hanover Energy Company, in
       CALP, which is the owner of the Facility.  The Facility went
       into operation on June 4, 1992.  Mission Energy provided
       indemnities to the title company insuring against mechanics'
       liens on the Facility.  Prior to the closing of the non-recourse
       Facility financing, Hanover Energy, through a series of loans,
       provided the funds for the development of the Facility.  Because
       construction work had commenced prior to the time of the closing
       of the Facility financing, the title company required
       indemnities for mechanics' liens that might be filed for the
       prior construction work.  Mission Energy provided the
       indemnities because its subsidiary, in the absence of Facility

       financing, would have been required to provide the funds
       necessary to clear any mechanics' liens.  The turnkey
       construction contract provides for the contractor, Westinghouse,
       to be responsible for clearing any mechanics' liens.  Therefore,
       if Mission Energy were required to make any payments under the
       indemnity, Westinghouse would be liable to Mission Energy.  At

FOREIGN UTILITY COMPANIES:
- ------------------------------

4.5    LOY YANG B JOINT VENTURE

   (a)    Loy Yang B Joint Venture ("LYBJV")
          Bartens Lane
          Loy Yang
          Victoria, Australia 3844

          LYBJV owns two coal-fired generating plants with generator name
          plate ratings of 500,000 kw each, located in the Latrobe Valley
          in the State of Victoria, Australia.  Unit 1 began commercial
          operation on September 30, 1993.  Unit 2 is expected to be put
          into operation on September 30, 1996.

   (b)    SCEcorp owns 100% of The Mission Group; The Mission Group owns
          100% of Mission Energy Company, which owns 100% of MEC
          International B.V.; indirect, wholly owned subsidiaries of MEC
          International B.V., collectively own 51% of the interests in
          Loy Yang B Joint Venture, the foreign utility company, as
          explained below.

          The system-owned venturer is Latrobe Power Partnership ("LPP"),
          which owns the 51% interest.  LPP is 58% owned by Mission Energy
          Australia Pty Ltd (the managing general partner) and 42% owned
          by Mission Victoria Partnership (a general partner).

          Mission Energy Australia Pty Ltd is wholly owned by Loy Yang
          Holdings Pty Ltd, which is a wholly owned subsidiary of MEC
          International B.V.

          Mission Victoria Partnership is 52.31% owned by Latrobe Power
          Pty Ltd (general partner), 46.69% owned by Traralgon Power Pty
          Ltd (general partner), and 1% owned by Mission Energy Ventures
          Australia Pty Ltd (managing general partner).  Latrobe Power
          Pty Ltd and Traralgon Power Pty Ltd are both wholly owned
          subsidiaries of MEC International B.V.  Mission Energy Ventures
          Australia Pty Ltd is wholly owned by Loy Yang Holdings Pty Ltd,
          which is owned as described above.

   (c)    LPP's capital contribution - US$13.00

          Guarantees

      1.    MEC Undertaking

             In the document between Mission Energy and the Bank Group
             entitled "MEC Undertaking," Mission Energy is obligated (i)
             to support all performance obligations of Mission Energy
             Management Australia Pty Ltd ("MEMA") (the Operator under
             the Operation and Maintenance Agreement) and (ii) to
             provide up to US$3,381,000 in any year to MEMA in the event
             that MEMA incurs certain liabilities under the Operation
             and Maintenance Agreement.

      2.    Guarantee Related to Interest Rate Swap

             If the Bank Group does not extend the maturity of the
             Project facility, LPP will be in an overswapped position
             beginning in the year 2000.  In order to cap LPP's exposure
             to interest rates as a result of overswapping, the State
             Electricity Commission of Victoria ("SECV") agreed to make
             payments to LPP when floating interest rates are below a
             given level.  SECV required Mission Energy to execute a

FOREIGN UTILITY COMPANIES:
- - - - - - - - - - - - - - - - - - - - - - - - - - -

4.5     LOY YANG B JOINT VENTURE

        (a)     Loy Yang B Joint Venture ("LYBJV")
                Bartons Lane
                Loy Yang
                Victoria, Australia 3844

                LYBJV owns two coal-fired generating plants with generator name
                plate ratings of 500,000 kw each, located in the Latrobe Valley
                in the State of Victoria, Australia.  Unit 1 began commercial
                operation on September 30, 1993.  Unit 2 is expected to be put
                into operation on September 30, 1996.

        (b)     SCEcorp owns 100% of The Mission Group; The Mission Group owns
                100% of Mission Energy Company, which owns 100% of MEC
                International B.V.; indirect, wholly owned subsidiaries of MEC
                International B.V., collectively own 51% of the interests in
                Loy Yang B Joint Venture, the foreign utility company, as
                explained below.

                The system-owned venturer is Latrobe Power Partnership ("LPP"),
                which owns the 51% interest.  LPP is 58% owned by Mission Energy
                Australia Pty Ltd (the managing general partner) and 42% owned
                by Mission Victoria Partnership (a general partner).

                Mission Energy Australia Pty Ltd is wholly owned by Loy Yang
                Holdings Pty Ltd, which is a wholly owned subsidiary of MEC
                International B.V.

                Mission Victoria Partnership is 52.31% owned by Latrobe Power
                Pty Ltd (general partner), 46.69% owned by Traralgon Power Pty
                Ltd (general partner), and 1% owned by Mission Energy Ventures
                Australia Pty Ltd (managing general partner).  Latrobe Power
                Pty Ltd and Traralgon Power Pty Ltd are both wholly owned
                subsidiaries of MEC International B.V.  Mission Energy Ventures
                Australia Pty Ltd is wholly owned by Loy Yang Holdings Pty Ltd,
                which is owned as described above.

        (c)     LPP's capital contribution   US$13.00

                Guarantees


                1.      MEC Undertaking

                        In the document between Mission Energy and the Bank Group
                        entitled "MEC Undertaking," Mission Energy is obligated (i)
                        to support all performance obligations of Mission Energy
                        Management Australia Pty Ltd ("MEMA") (the Operator under
                        the Operation and Maintenance Agreement) and (ii) to
                        provide up to US$3,381,000 in any year to MEMA in the event
                        that MEMA incurs certain liabilities under the Operation
                        and Maintenance Agreement.

                2.      Guarantee Related to Interest Rate Swap

                        If the Bank Group does not extend the maturity of the
                        Project facility, LPP will be in an overswapped position
                        beginning in the year 2000.  In order to cap LPP's exposure
                        to interest rates as a result of overswapping, the State
                        Electricity Commission of Victoria ("SECV") agreed to make
                        payments to LPP when floating interest rates are below a
                        given level.  SECV required Mission Energy to execute a

amount of US$236,602,125.  In the event that Mission
Energy fails to satisfy its obligations under this
document, SCEcorp has executed a "Purchase Agreement"
whereby SCEcorp must within 60 days purchase Mission
Energy's reimbursement obligation up to a limit of
US$300,000,000.  Such purchase by SCEcorp would be deemed
an equity contribution.

(d)     LPP's Net Loss for 1993    (US$5,186,772)
        LPP's Equity - (US$5,186,759)

(e)     An indirect, wholly owned subsidiary of MEC International B.V.,
        Mission Energy Management Australia Pty Ltd, operates the
        generating plant pursuant to an operating and maintenance
        contract.  The intermediate holding company of Mission Energy
        Management Australia Pty Ltd is Mission Energy Holdings Pty
        Ltd.  As operator, Mission Energy Management Australia Pty Ltd
        performs the following services:  management and supervision
        of the construction commissioning, testing, operation and
        maintenance of the Loy Yang B power station on behalf of the
        joint venture participants.

        In 1993, Mission Energy Management Australia Pty Ltd was paid
        US$299,587 determined as follows:  base yearly operating fee
        of US$1,144,440 per unit (escalated annually) payable monthly
        in arrears, for period of operation in three (3) months
        (September 30, 1993 to December 31, 1993).  Fee equates to
        US$99,862 per month in 1993-94.

4.6     COMPANIA MEDITERRANEA DE ENERGIAS, S.A.

(a)     Compania Mediterranea de Energias, S.A. ("Mediterranea")
        Fortuny, 45
        28010 Madrid, Spain

        Mediterranea's facilities consist of the following six
        mini-hydroelectric facilities which are capable of producing
        a total of 25.9 MW:

        1.      Logrono is a 3.65 MW facility located in Logrono, La Rioja

        2.      Mendavia is a 5.60 MW facility located in Mendavia, Navarra

        3.      La Ribera is a 4.40 MW facility located in Pradejon, La
                Rioja

        4.      Gelsa is a 7.20 MW facility located in Gelsa, Zaragoza

        5.      Alos is a 2.80 MW facility located in Alos de Balaguer,
                Lerida

        6.      Castellas is a 2.25 MW facility located in Vall's de
                Aguilar, Lerida

(b)     SCEcorp's wholly owned subsidiary The Mission Group owns 100%
        of Mission Energy Company, which through its wholly owned
        subsidiary MEC International B.V. ("MECI") owns 34% of Iberian
        Hy-Power Amsterdam B.V., which owns 90% of Hydro Energy B.V.,
        which in turns owns 100% of Mediterranea.  MECI also owns
        directly 10% of Hydro Energy B.V.

(c)     The capital contribution made by MECI through Iberian Hy-Power
        Amsterdam B.V., and then through Hydro Energy B.V. was
        $2,039,762.  In August, 1993, MECI, through MECI's 34%
        ownership interest in Hydro Energy B.V., has acquired an
        aggregate 40.6% interest in Energias Hidraulicas, S.A. ("EH")

amount of US$236,602,125.  In the event that Mission
Energy fails to satisfy its obligations under this
document, SCEcorp has executed a "Purchase Agreement"
whereby SCEcorp must within 60 days purchase Mission
Energy's reimbursement obligation up to a limit of
US$300,000,000.  Such purchase by SCEcorp would be deemed
an equity contribution.

(d)     LPP's Net Loss for 1993 = (US$5,186,772)
        LPP's Equity = (US$5,186,759)

(e)     An indirect, wholly owned subsidiary of MEC International B.V.,
        Mission Energy Management Australia Pty Ltd, operates the
        generating plant pursuant to an operating and maintenance
        contract.  The intermediate holding company of Mission Energy
        Management Australia Pty Ltd is Mission Energy Holdings Pty
        Ltd.  As operator, Mission Energy Management Australia Pty Ltd
        performs the following services:  management and supervision
        of the construction commissioning, testing, operation and
        maintenance of the Loy Yang B power station on behalf of the
        joint venture participants.

        In 1993, Mission Energy Management Australia Pty Ltd was paid
        US$299,587 determined as follows:  base yearly operating fee
        of US$1,144,440 per unit (escalated annually) payable monthly
        in arrears, for period of operation in three (3) months
        (September 30, 1993 to December 31, 1993).  Fee equates to
        US$99,862 per month in 1993-94.


4.6     COMPANIA MEDITERRANEA DE ENERGIAS, S.A.

(a)     Compania Mediterranea de Energias, S.A. ("Mediterranea")
        Fortuny, 45
        28010 Madrid, Spain


        Mediterranea's facilities consist of the following six
        mini-hydroelectric facilities which are capable of producing
        a total of 25.9 MW:

        1.      Logrono is a 3.65 MW facility located in Logrono, La Rioja

        2.      Mendavia is a 5.60 MW facility located in Mendavia, Navarra

        3.      La Ribera is a 4.40 MW facility located in Pradejon, La
                Rioja

        4.      Gelsa is a 7.20 MW facility located in Gelsa, Zaragoza

        5.      Alos is a 2.80 MW facility located in Alos de Balaguer,
                Lerida

        6.      Castellas is a 2.25 MW facility located in Vall's de
                Aguilar, Lerida

(b)     SCEcorp's wholly owned subsidiary The Mission Group owns 100%
        of Mission Energy Company, which through its wholly owned
        subsidiary MEC International B.V. ("MECI") owns 34% of Iberian
        Hy-Power Amsterdam B.V., which owns 90% of Hydro Energy B.V.,
        which in turns owns 100% of Mediterranea.  MECI also owns
        directly 10% of Hydro Energy B.V.

(c)     The capital contribution made by MECI through Iberian Hy-Power
        Amsterdam B.V., and then through Hydro Energy B.V. was
        $2,039,762.  In August, 1993, MECI, through MECI's 34%
        ownership interest in Hydro Energy B.V., has acquired an
        aggregate 40.6% interest in Energias Hidraulicas, S.A. ("EH")

from Energies, S.A., the hydroelectric development subsidiary of Compagne Generale des Eaux ("CGE"). CGE is a French water utility company. EH is a Spanish holding company which owns 13 small hydro facilities located in Spain.

In connection with the acquisition of EH, CGE provided to EH a 10-year limited revenue guaranty, which allowed EH to secure non-recourse project financing. Consideration to CGE for the acquisition of EH included the assumption by Hydro Energy B.V. of an existing loan with deferred payments to CGE beginning in 1999 and ending in 2003. Mission Energy Company has provided a guaranty for any such deferred payments which are outstanding as of September 30, 2003 (six months after the due date for all such deferred payments). The guaranty by Mission Energy Company provides for no rights of acceleration by CGE under any circumstances. At December 31, 1993, the present value of the deferred payments will amount to $14.9 million ($44.3 million face value discounted at 11.5%).

   (c)   Capitalization or total equity - $5,999,300
         Net Income after taxes for 1993 - $1,384,288

   (e)   There are no contracts between Mediterranea and any system
         company.


4.7   ELECTRA LA MELLA, S.A.

   (a)   Electra La Mella, S.A. ("La Mella")
         Ercilla
         26-6o Centro
         48011 Bilbao, Spain

         La Mella is a 380 KW masonry weir, mini-hydroelectric facility
         located near the Cadagua River in Bilbao.

   (b)   SCEcorp's wholly owned subsidiary The Mission Group owns 100%
         of Mission Energy Company, which through its wholly owned
         subsidiary MEC International B.V., owns 34% of Iberian Hy-Power
         Amsterdam B.V., which owns 70% of La Mella.

   (c)   The capital contribution made by MECI through Iberian Hy-Power
         Amsterdam B.V. was $75,886.

   (c)   Capitalization or total equity - $318,851
         Net Income after taxes for 1993 - $22,782

   (e)   There are no contracts between La Mella and any system company.


4.8   ELECTROMETALURGICA DEL EBRO, S.A.

   (a)   Electrometalurgica del Ebro, S.A. ("EMESA")
         Av. Roma 40-42
         Barcelona and Ercilla
         26-6o Centro
         48011 Bilbao, Spain

         EMESA's facilities consist of three mini-hydroelectric
         facilities (Sastago 1, Sastago 2 and Menuza) all located near
         the Ebro River in Zaragoza. The three mini-facilities are
         masonry weir, concrete intake structures capable of producing
         3 MW, 17.3 MW and 16.5 MW, respectively.

   (b)   SCEcorp's wholly owned subsidiary The Mission Group owns 100%
         of Mission Energy Company, which through its wholly owned
         subsidiary MEC International B.V., owns 34% of Iberian Hy-Power

Amsterdam B.V., which owns 80.10% of EMESA.

(c)  The capital contribution made by MECI through Iberian Hy-Power
     Amsterdam B.V. was $512,168.

(d)  Capitalization or total equity   $1,882,971
     Net loss after taxes for 1993   ($1,840,535)

(e)  There are no contracts between EMESA and any system company.

4.9  HIDROELECTRICA DEL CADAGUA, S.A.

(a)  Hidroelectrica del Cadagua, S.A. ("Cadagua")
     Nava de Mena
     Termino Municipal de Villasana de Mena
     Burgos
     Central offices in:
     Ercilla, 26-6o Centro
     48011 Bilbao, Spain

     Cadagua's facilities consist of three mini-hydroelectric,
     masonry weir facilities, all located near the Cadagua River in
     Bilbao.  The three mini-facilities, Maltrana, La Nava and
     Abecillo, are capable of producing 340 KW, 320 KW and 600 KW,
     respectively.

(b)  SCEcorp's wholly owned subsidiary The Mission Group owns 100%
     of Mission Energy Company, which through its wholly owned
     subsidiary MEC International B.V., owns 34% of Iberian Hy-Power
     Amsterdam B.V., which owns 72.8% of Cadagua.

(c)  The capital contribution made by MECI through Iberian Hy-Power
     Amsterdam B.V. was $425,485.

(d)  Capitalization or total equity   $1,718,991
     Net income after taxes for 1993   $6,283

(e)  There are no contracts between Cadagua and any system company.

4.10  HIDROELECTRICA DE CASILLAS, S.A. (not operational)

(a)  Hidroelectrica de Casillas, S.A. ("Casillas")
     Av. Ramon y Cajal, 10-B
     Sevilla, Spain

     Casillas will not become operational until late 1995.

4.11  HIDROELECTRICA DE OLVERA, S.A.

(a)  Hidroelectrica de Olvera, S.A. ("Olvera")
     Ercilla, 26-6o Centro
     48011 Bilbao, Spain

     Olvera's facilities consist of a 2.2 MW mini-hydroelectric,
     concrete dam facility located near the Guadalimar River, east
     of Linares (Jaen).

(b)  SCEcorp's wholly owned subsidiary The Mission Group owns 100%
     of Mission Energy Company, which through its wholly owned
     subsidiary MEC International B.V., owns 34% of Iberian Hy-Power
     Amsterdam B.V., which owns 51% of Olvera.

(c)  The capital contribution made by MECI through Iberian Hy-Power
     Amsterdam B.V. was $74,695.

(d)   Capitalization or total equity - $332,866
Net Loss after taxes for 1993 - ($25,925)

(e)   There are no contracts between Olvera and any system company.

4.12   HIDROELECTRICA DE POSADAS, S.A. (not operational)

(a)   Hidroelectrica de Posadas, S.A. ("Posadas")
Urbanizacion Las Canteras II
Municipio de Camas
Sevilla, Spain

Posadas is not expected to become operational until late 1995.

4.13   HIDROELECTRICA DEL SOSSIS, S.A.

(a)   Hidroelectrica del Sossis, S.A. ("Sossis")
Ercilla, 26-60 Centro
48011 Bilbao, Spain

Sossis' facilities consist of a 3.7 MW concrete weir,
mini-hydroelectric facility located in Noguera Pallovesa, north
of Lerida, Catalonia.

(b)   SCEcorp's wholly owned subsidiary The Mission Group owns 100%
of Mission Energy Company, which through its wholly owned
subsidiary MEC International B.V., owns 34% of Iberian Hy-Power
Amsterdam B.V., which owns 99.92% of Sossis.

(c)   The capital contribution made by MECI through Iberian Hy-Power
Amsterdam B.V. was $253,546.

(d)   Capitalization or total equity - $746,322
Net Loss after taxes for 1993 - ($109,192)

(e)   There are no contracts between Sossis and any system company.

4.14   IBERICA DE ENERGIAS, S.A.

(a)   Iberica de Energias, S.A. ("Iberica")
Fortuny, 45
28010 Madrid, Spain

Iberica's facilities consist of the following seven
mini-hydroelectric facilities which are capable of producing
a total of 14.92 MW:

1.   Quintana is a 1.48 MW facility located in Herrera de
Valdecana, Palencia

2.   La Flecha is a 2.66 MW facility located in Arroyo
Encoradalanda, Valladolid

3.   Toro is a 4.50 MW facility located in Toro, Zamora

4.   Tudela is a 1.48 MW facility located in Tudela de duero,
Valladolid

5.   Sardon Bajo is a 1.60 MW facility located in Vilabanez,
Valladolid

6.   Bocos is a 1.60 MW facility located in Bocos de duero,
Valladolid

7.    Monasterio is a 1.60 MW facility located in Quintanilla de
Arriba, Valladolid

(b)    SCEcorp's wholly owned subsidiary The Mission Group owns 100%
of Mission Energy Company, which through its wholly owned
subsidiary MEC International B.V. ("MECI"), owns 34% of Iberian
Hy-Power Amsterdam B.V., which owns 90% of Hydro Energy B.V.,
which in turns owns 100% of Iberica.  MECI also owns directly
10% of Hydro Energy B.V.

(c)    The capital contribution made by MECI through Iberian Hy-Power
Amsterdam B.V. was $3,069,053.  In August, 1993, MECI, through
MECI's 34% ownership interest in Hydro Energy B.V., has
acquired an aggregate 40.6% interest in Energias Hydraulicas,
S.A. ("EH") from Energies, S.A., the hydroelectric development
subsidiary of Compagne Generale des Faux ("CGE").  CGE is a
French water utility company.  EH is a Spanish holding company
which owns 13 small hydro facilities located in Spain.

In connection with the acquisition of EH, CGE provided to EH
a 10-year limited revenue guaranty, which allowed EH to secure
non-recourse project financing.  Consideration to CGE for the
acquisition of EH included the assumption by Hydro Energy B.V.
of an existing loan with deferred payments to CGE beginning in
1999 and ending in 2003.  Mission Energy Company has provided
a guaranty for any such deferred payments which are outstanding
as of September 30, 2003 (six months after the due date for all
such deferred payments).  The guaranty by Mission Energy
Company provides for no rights of acceleration by CGE under any
circumstances.  At December 31, 1993, the present value of the
deferred payments will amount to $14.9 million ($44.3 million
face value discounted at 11.5%).

(d)    Capitalization or total equity : $9,026,629
Net Income after taxes for 1993 : $1,500,942

(e)    There are no contracts between Iberica and any system company.

4.15    LAKELAND POWER LIMITED

(a)    Lakeland Power Limited
Roosecote Power Station
Barrow-in-Furness
Cumbria, England LA13 0PR

Lakeland's facilities consist of a 224 MW gas fired combined
cycle electricity generation plant.

(b)    SCEcorp owns 100% of The Mission Group; The Mission Group owns
100% of Mission Energy, which owns 100% of MEC International
B.V.; MEC International B.V., owns 2 shares (1%) of Pride
Hold Limited and 100 shares (100%) of Mission Energy Company
(UK) Limited; Mission Energy Company (UK) Limited owns 198
shares (99%) of Pride Hold Limited; Pride Hold Limited owns 800
shares (80%) of Lakeland Power Limited.

(c)    MEC International B.V., acquired a total of 100% interest in
Pride Hold  Limited in two phases.  On December 29, 1992, a 75%
interest was acquired for US$42,799,400 (approx. US$20,048,844
was used for the direct acquisition of stock and the remaining
US$22,750,556 constituted loan stock which Mission Energy
Company (U.K.) Limited purchased).  On March 15, 1993, the
remaining 25% interest was acquired for a Guaranteed Unsecured
Loan Note ("Guarantee").  The principal amount of the Guarantee
is US$8,916,852.  Mission Energy Company has guaranteed MEC
International's obligations under the Guarantee.  On December

31, 1993, Mission Energy Company (UK) Limited purchased 198 shares (99%) of Lakeland Power Limited from MEC International B.V. for a note, the principal of which is US$30,264,150. For U.S. tax purposes, this note will constitute an equity investment in Mission Energy Company (UK) Limited.

(d)    Capitalization or total equity = US$5,312,011.
       Net income after taxes for 1993 = US$5,175,000.

(e)    There are no contracts between Lakeland and any system company.

4.16    DERWENT COGENERATION LIMITED (not operational)

(a)    Derwent Cogeneration Limited
       66 Buckingham Gate
       London, SW1E 6AU England

       The 211 MW plant at Spondon, Derbyshire, England is anticipated to go into operation in 1995.

       Mission Energy Services Limited is scheduled to be the operator of this facility.


EXHIBIT A

A CONSOLIDATING STATEMENT OF INCOME AND SURPLUS OF THE CLAIMANT AND ITS SUBSIDIARY COMPANIES FOR THE LAST CALENDAR YEAR, TOGETHER WITH A CONSOLIDATING BALANCE SHEET OF CLAIMANT AND ITS SUBSIDIARY COMPANIES AS OF THE CLOSE OF SUCH CALENDAR YEAR.

EXHIBIT B

FINANCIAL DATA SCHEDULE.

EXHIBIT C

AN ORGANIZATIONAL CHART SHOWING THE RELATIONSHIP OF EACH EWG OR FOREIGN UTILITY COMPANY TO ASSOCIATE COMPANIES IN THE HOLDING COMPANY SYSTEM.


The above-named claimant has caused this statement to be duly executed on its behalf by its authorized officer on this 25th day of February, 1994.


SCEcorp


By    Kenneth S. Stewart
      ------------------------------
      Kenneth S. Stewart
      Assistant General Counsel
      and Corporate Secretary

Corporate Seal

Attest:

Molly K. Byrd
- ------------------------------
Molly K. Byrd
Assistant Secretary

**TRW**

This is your TRW consumer identification number. Please refer to this number when you call or write TRW.

ID # 9997772410931653

KENNETH ROBERT STEWART, JR
2028 SANDY LN
IRVING, TX   75060

OTHER ADDRESSES    1928 POMAR WAY
                   WALNUT CREEK CA 94598         YEAR OF BIRTH        1970

## IDENTIFICATION INFORMATION:

THE FOLLOWING ADDITIONAL INFORMATION HAS BEEN PROVIDED TO US BY ORGANIZATIONS THAT REPORT INFORMATION TO US.

ADDRESS          2028 SANDY LN
                 IRVING TX 75060                 110 SMALL HILL DR
                 REPORTED 03/89 BY A TRW MEMBER  GRAND PRAIRIE TX 75050
                                                 REPORTED 09/92 BY A TRW MEMBER
                 2028 SANDY LANE
                 IRVING TX 75060
                 REPORTED 08/94 BY A TRW MEMBER

OTHER
                 MIDDLE INITIAL      S

                 AKA NAME            ROBERT

FROM 9/1/94 THE NUMBER OF INQUIRIES WITH THIS SOCIAL SECURITY # = 0

FACS+ BUSINESS ON FACS+ FILE/CPI MANAGEMENT/2028 SANDY LN/IRVING
75060/214.255.1133                                                    TX

Social Security Number You Gave Was Issued: 1977 - 1979

# Form 941
# Payment Voucher

## Purpose of Form

Complete Form 941-V if you are making a payment with **Form 941**, Employer's Quarterly Federal Tax Return. We will use the completed voucher to credit your payment more promptly and accurately, and to improve our service to you.

If you have your return prepared by a third party and make a payment with that return, please provide this payment voucher to the return preparer.

## Making Payments With Form 941

Make payments with Form 941 only if:

1. Your net taxes for the quarter (line 13 on Form 941) are less than $2,500 and you are paying in full with a timely filed return or

2. You are a monthly schedule depositor making a payment in accordance with the **accuracy of deposits** rule. (See section 11 of **Circular E**, Employer's Tax Guide, for details.) This amount may be $2,500 or more.

Otherwise, you must deposit the amount at an authorized financial institution or by electronic funds transfer. (See section 11 of Circular E for deposit instructions.) Do not use the Form 941-V payment voucher to make Federal tax deposits.

**Caution:** *If you pay amounts with Form 941 that should have been deposited, you may be subject to a penalty. See Circular E.*

## Specific Instructions

▶ Enter on the voucher the amount paid with Form 941.

▶ Make your check or money order payable to the United States Treasury. Be sure to enter your EIN, "Form 941," and the tax period on your check or money order. Do not send cash. Please do not staple your payment to the voucher or the return or to each other.

▶ Detach the completed voucher and send it with your payment and Form 941 to the address on the back of Form 941. Do not send a photocopy of Form 941-V— your payment may be misapplied or delayed.

If any of the preprinted information is incorrect, make changes on the top of Form 941, not on the payment voucher. If you change any of the preprinted information on the voucher, your payment may be misapplied or delayed.

L48-29-372790

Detach here

·US GOVERNMENT PRINTING OFFICE: 2001



Department of the Treasury
Internal Revenue Service

2001

Form 941-V Payment Voucher

▶ Use this voucher when making a payment with your tax return.
▶ Do not staple this voucher or your payment to your return.
▶ Do not send cash.

FOR PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE, SEE BACK OF PAYMENT VOUCHER

| | Enter the amount of your payment | Dollars | Cents |
|---|---|---|---|

75-2914680

SC MANUFACTURING
2302 ROCK ISLAND RD
IRVING TX 75060-2409

INTERNAL REVENUE SERVICE
PO BOX 660264
DALLAS TX 75266-0264

752914680 XT TSCM 01 2 200112 610

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO VILLE DIVISION

IN RE.

KENNETH STEWART                            )
DEBTOR                                     )
                                           )        CASE NO. 97-03465-B-7
                                           )

ASSOCIATES COMMERCIAL                      §
CORPORATION                                §
MOVANT                                     )
                                           )
VS.                                        )
                                           §
KENNETH STEWART AND JAKE                   §
BOUDLOCHE, TRUSTEE                         §
RESPONDENTS                                §

## MOTION OF ASSOCIATES COMMERCIAL CORPORATION
## FOR RELIEF FROM THE STAY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

This application of ASSOCIATES COMMERCIAL CORPORATION, hereinafter referred to as "Associates", respectfully represents:

I.

The Debtor herein, KENNETH STEWART, filed with this Court a petition seeking relief under Chapter 7, Title 11, of the United States code. Pursuant to the automatic stay, Debtor has been authorized to remain in possession of property upon which Associates has a security interest.

II.

Debtor is indebted to Associates, said indebtedness being secured by a security interest in a 1992 FRUEHAUF SEMI TRAILER VIN # 1H2P01921NW045462 and a 1997 FREIGHTLINER FL-70 VIN # 1FV6HLCA3VH816955.

*17*

Associates Commercial Corporation
63a Railroad Avenue
Albany, NY 12205-0000

Associates Commercial Corporation
63a Railroad Avenue
Albany, NY 12205-0000

Associates Commercial Corporation
3214 Lawndale Street
Endwell, NY 13760-0000

Associates Commercial Corporation
3214 Lawndale Street
Endwell, NY 13760-0000

Associates Commercial Corporation
3000 Lake Street
Elmira, NY 14903-0000

Associates Commercial Corporation
3000 Lake Street
Elmira, NY 14903-0000

Citicapital Commercial Corporation

| | | | | |
|---|---|---|---|---|
| icapital Commercial Corporation | New York | 035781 | 02/13/2002 | 8001 Ridgepoint Drive Irving, TX |
| Associates Commercial Corporation | New York | 046817 | 05/03/1971 | 8001 Ridgepoint Drive Irving, TX |
| Associates Commercial Corporation | New York | 009041 | 01/29/1970 | 8001 Ridgepoint Drive Irving, TX |
| Associates Commercial Corporation | New York | 238022 | 09/20/1976 | 8001 Ridgepoint Drive Irving, TX |
| Associates Commercial Corporation | New York | 129055 | 08/18/1982 | 8001 Ridgepoint Drive Irving, TX |
| Associates Commercial Corporation | New York | 002555 | 09/28/1964 | 8001 Ridgepoint Drive Irving, TX |
| Associates Leasing, Inc. | New York | 129056 | 08/18/1982 | 8001 Ridgepoint Drive Irving, TX |
| Associates Leasing, Inc. | New York | 129057 | 08/18/1982 | 8001 Ridgepoint Drive Irving, TX |
| Bobcat Financial Services | New York | 035781 | 02/13/2002 | 8001 Ridgepoint Drive Irving, TX |
| Bobcat Financial Services A Division Of Citicapital Commercial Corporation | New York | 035684 | 02/13/2002 | 8001 Ridgepoint Drive Irving, TX |
| Bobcat Financial Services A Division Of Citicapital Commercial Corporation | New York | 047559 | 02/27/2002 | 8001 Ridgepoint Drive Irving, TX |
| Bobcat Financial Services A Division Of Citicapital Commercial Corporation | New York | 142559 | 06/18/2002 | 8001 Ridgepoint Drive Irving, TX |
| Citibank, N.a. | New York | 175933 | 08/31/1999 | 3950 Regent Blvd S2b - 262 Irving |

MAR-5-68   29680   WD — A   10.00

VOL.      PAGE      DEED RECORD
68046 0014



Scale: 1"=50'

SHADY GROVE

N. 70° 00' E.   194

63.85   63.85

7.30' Building Line

1          2

132.4'   154.2'   176.00'

60.0'   60.0'

12' Drainage & Util.

BLOCK "A"

85'



680-16 0016

STATE OF TEXAS
COUNTY OF DALLAS

WHEREAS I, Lewis Cook am the owner of a tract of land situated in t
1181 Dallas County Texas, and being part of 2 tracts of land  (1) c
Doris Johnson by deed recorded in Volume 3652 Page 53 of the Deed R
(2) conveyed to Mary Elizabeth Striegler and husband Harvey R. Stri
Records of Dallas County Texas, and being more particularly descril

BEGINNING at a point in the south line of said J. C. Read Survey, i
Sandy Oaks Addition, an addition to the City of Irving, Texas acco
Page      of the Map Records of Dallas County Texas, same also be
mentioned Johnson tract;

THENCE West along said South line of J. C. Read Survey Abstract No
corner;

THENCE North 452.35 feet to a point for corner in the South Easter
from the centerline);

THENCE NORTH 70 degrees 00 minutes East along said Southeasterly i
to a  point for corner;

THENCE South 69 degrees 19 minutes 47 seconds West 199.01 feet to
Addition, and continuing along the West line of said Sandy Oaks A
feet to the PLACE OF BEGINNING.

NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENTS:

THAT WE do hereby adopt this plat as Ellis Addition,      an addition
hereby dedicate to the public use and benefit forever the streets and
but not limited to all street purposes and the right of the City of I
repairs, reconstruct, and remove any and all public utilities includi
drainage and storm sewer canals and lines, gas lines, telephone poles
The right to establish grades on said dedicated streets and alleysay

**0016**                    OWNERS                    VOL.    PAGE
                                                      **66016 0017**

e owner of a tract of land situated in the J. C. Read Survey Abstract No.
and being part of 2 tracts of land  (1) conveyed to R. L. Johnson and wife
rded in Volume 3652 Page 53 of the Deed Records of Dallas County Texas;
beth Striegler and husband Harvey R. Striegler by deed recorded in the deed
exas, and being more particularly described by metes and bounds as follows:

e south line of said J. C. Read Survey, same being the Southwest corner of
ddition to the City of Irving, Texas according to the plat recorded in Volume
rds of Dallas County Texas, same also being the Southeast corner of the above

th line of J. C. Read Survey Abstract No. 1181, 180.00 feet to a point for

to a point for corner in the South Easterly line of Shady Grove Road (30 foot

00 minutes East along said Southeasterly line of Shady Grove Road, 194.75 feet

49 minutes 47 seconds West 199.01 feet to the Northwest corner of said Sandy Oaks
along the West line of said Sandy Oaks Addition, for a total distance of 519.45
INNING.

N BY THESE PRESENTS:

a plat as Ellis Addition,      an addition to the City of Irving, Dallas County, Texas; and do
ic use and benefit forever the streets and alleys shown thereon for all public purposes including
et purposes and the right of the City of Irving and its assigns, to lay, install, operate, replace,
emove any and all public utilities including but not limited to water lines, sanitary sewer lines,
anals and lines, gas lines, telephone poles and lines, electrical power lines and app
les on said dedicated streets and alleys



63046 0018





MAR 5 1968

COUNTY CLERK, Dallas County, Texas

1968 MAR 5 AM 10 07

FILED
COUNTY CLERK
DALLAS COUNTY

Final  Plat

# ELLIS ADDITION

City of Irving, Texas

Developer

**Lewis Cook**
2018 W. Grauwyler
Irving, Texas

Engineer

**Carl J. Smith & Assoc.**
300 N. Rogers
Irving, Texas

Scale
1"=50'

Date
Jan. '68



65046 0020

repairs, reconstruct, and remove any and all public utilities including but not limited to w
drainage and storm sewer canals and lines, gas lines, telephone poles and lines, electrical
The right to establish grades on said dedicated streets and alleys, is hereby granted to the
damages which may arise by reason of changing the present surface of said street to confo

The easements shown on the plat are hereby granted and dedicated and reserved for the mutua
of Irving and all public utilities desiring to use or using the same for public utility purp
water lines, sanitary sewer lines, drainage and storm sewer canals and lines, gas lines, tel
power lines and appurtenances.  All and any public utility and the City of Irving shall have
removed, all or part of any residences, buildings, fences, trees, shrubs, or other improveme
may in any way endanger or interfere with the construction, maintenance, operation or effici
or on under said easement strips.  The City of Irving and all public utilities shall at all
ingress and egress to or from and upon said easement strips for the purpose of constructing,
patrolling, maintaining and adding to or removing all or part of its respective systems, wit
procuring the permission of anyone.

We do further bind ourselves to grade and construct all drainage structures and facilities t
easements in accordance with the requirements, standards and specifications of the City of I
done under the supervision of and approved by the Engineering Department of the City of Irvi

We do further dedicate to the public use forever all parks, squares, parkways and all other
shown on the face of the plat.

All lots in the sub-division shall be sold subject to the building lines shown on this plat
line in all City of Irving ordinances and subject to the minimum floor slab elevation shown

IN WITNESS THEREFORE, We have hereunto set our hands this 18 day of FEBURY

STATE OF TEXAS
COUNTY OF DALLAS
BEFORE ME, THE  undersigned, a Notary Public in and for the County of Dallas, on this date,
      Lewis Cook              all known to me personally to be the persons whose name i
instrument and acknowledged to me that they executed the same for purpose and consideration

GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS  18th      DAY OF  FEBURY

NOTARY PUB

ENGINEERS CERTIFICATE
THAT I, CARL J. SMITH, do hereby certify that I prepared this plat from an actual and accur
block monuments and corners were placed under my personal supervision.

CARL J. SM
ENGINEER,

STATE OF TEXAS
COUNTY OF DALLAS
BEFORE ME, the undersigned, a Notary Public in and for Dallas County, Texas on this day, p
known to me personally to be the person whose name is subscribed to the foregoing instrumen
executed the same for the purpose and consideration herein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS   18th   DAY OF  February

NOTARY PU

I, MARY GILLILAND, City Secretary of the City of Irving, Texas, Dallas County, do hereby ce
dedication was approved by the City Council of the City of Irving, Texas for filing in the
County, Texas on the   25th    day of  January     19 68.

VOL.
68046  0021

MARY GILL
CITY OF I

purposes and all drainage over the City of Irving and its assigns, to lay, install, operate, replace,
remove any and all public utilities including but not limited to water lines, sanitary sewer lines,
canals and lines, gas lines, telephone poles and lines, electrical power lines and appurtenances.
grades on said dedicated streets and alleys, is hereby granted to the City of Irving and all claims for
by reason of changing the present surface of said street to conform to said grades are hereby waived.

e plat are hereby granted and dedicated and reserved for the mutual use and accomodation of the City
utilities desiring to use or using the same for public utility purposes including but not limited to
er lines, drainage and storm sewer canals and lines, gas lines, telephone poles and lines, electrical
ances. All and any public utility and the City of Irving shall have the right to remove and keep
any residences, buildings, fences, trees, shrubs, or other improvements, growths or obstructions, which
r interfere with the construction, maintenance, operation or efficiency of the respective utility in,
strips. The City of Irving and all public utilities shall at all times have the full right of
from and upon said easement strips for the purpose of constructing, reconstructing, inspecting,
nd adding to or removing all or part of its respective systems, without the necessity at any time of
of anyone.

ves to grade and construct all drainage structures and facilities through and on the streets and
with the requirements, standards and specifications of the City of Irving. All improvements to be
on of and approved by the Engineering Department of the City of Irving.

o the public use forever all parks, squares, parkways and all other public uses and dedications
plat.

sion shall be sold subject to the building lines shown on this plat, and the minimum building set back
ng ordinances and subject to the minimum floor slab elevation shown on the plat.

have hereunto set our hands this 18th day of FEBRUARY _____ A.D. 19 68 _____.

*Lewis Cook*

Lewis Cook

ned, a Notary Public in and for the County of Dallas, on this date, personally appeared
all known to me personally to be the persons whose name is subscribed to the foregoing
ged to me that they executed the same for purpose and consideration therein expressed.

SEAL OF OFFICE THIS 18th DAY OF FEBRUARY 19 68

NOTARY PUBLIC IN AND FOR DALLAS COUNTY, TEXAS

o hereby certify that I prepared this plat from an actual and accurate survey of the land and that all
ers were placed under my personal supervision.

CARL J. SMITH, REGISTERED PROFESSIONAL
ENGINEER, TEXAS NO. 17370

ied, a Notary Public in and for Dallas County, Texas on this day, personally appeared CARL J. SMITH,
o be the person whose name is subscribed to the foregoing instrument, and acknowledged to me, that he
r purpose and consideration herein expressed.

SEAL OF OFFICE THIS 18th DAY OF February 19 68

NOTARY PUBLIC IN AND FOR DALLAS COUNTY, TEXAS

Secretary of the City of Irving, Texas, Dallas County, do hereby certify that this plat and
by the City Council of the City of Irving, Texas for filing in the Map or Deed Records of Dallas
25th day of January 19 68.

*Mary Gilliland*

MARY GILLILAND, CITY SECRETARY,
CITY OF IRVING, TEXAS

0021

FILE NO. 97



RETURN TO.

NAME *Dallas Title Co.*

ADDRESS *1301 Main St.*

CITY *Dallas, Texas*

VOL.     PAGE
68046  0023

THE STATE OF TEXAS
COUNTY OF DALLAS
I hereby certify that the above and foregoing is a full, true, and
correct photographic copy of the original record now in my lawful
custody and possession, filed on the date stamped thereon and as
the same is recorded in the Recorder's Records in my office under
the volume and page or instrument # stamped thereon.
I hereby certify on

DEC 07 2015

COUNTY CLERK, Dallas County, Texas

By_____Deputy

SF CR 4/7/14
For filing

Ku Ja Stewart

MINERAL LEASE
Misc file

Brown Dean & Wiseman law firm
with Charles Mitchell, Dallas, Tx,
Prepared this document, supposedly
200 pages, but not here, this document
is the Deed of Trust that proves that I,
the Beneficiary, have all the assets under
And in said Deed of Trust.