## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) |

### NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR NOTICES AND SERVICE OF PAPERS ON BEHALF OF MUDRICK CAPITAL MANAGEMENT, L.P.

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Klestadt Winters Jureller Southard & Stevens, LLP hereby withdraws its appearance as counsel to Mudrick Capital Management, L.P. in the above-captioned bankruptcy cases and that Dechert LLP hereby enters its appearance as counsel to Mudrick Capital Management, L.P. in the above-captioned bankruptcy cases, in full substitution for Klestadt Winters Jureller Southard & Stevens, LLP. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 102(1) and all other applicable laws, Dechert LLP is counsel of record for Mudrick Capital Management, L.P. in the above-captioned bankruptcy cases, and hereby requests that copies of all notices and pleadings given or filed in these cases be given and served upon the following:

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

{00017239. }

Michael J. Sage
Andrew C. Harmeyer
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599

G. Eric Brunstad, Jr.
DECHERT LLP
90 State House Square
Hartford, Connecticut 06103-3702
Telephone:  (860) 524-3999
Facsimile:  (860) 524-3930

Kate O'Keeffe
DECHERT LLP
One International Place
40th Floor
100 Oliver Street
Boston, Massachusetts 02110-2605
Telephone:  (617) 728-7100
Facsimile:  (617) 426-6567

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned bankruptcy cases and all proceedings therein.

*[Remainder of page intentionally left blank; signature pages to follow.]*

{00017239. }

Dated:   December 16, 2015
          Wilmington, Delaware

Respectfully submitted,


By: */s/ Julia Klein*


DECHERT LLP
Michael J. Sage (*pro hac vice* application pending)
Andrew C. Harmeyer (*pro hac vice* application
pending)
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599

G. Eric Brunstad, Jr. (*pro hac vice* application
pending)
90 State House Square
Hartford, Connecticut 06103-3702
Telephone:  (860) 524-3999
Facsimile:  (860) 524-3930

Kate O'Keeffe (*pro hac vice* application pending)
One International Place
40th Floor
100 Oliver Street
Boston, Massachusetts 02110-2605
Telephone:  (617) 728-7100
Facsimile:  (617) 426-6567

THE ROSNER LAW GROUP LLC
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com


*Co-Counsel for Appellant Mudrick Capital Management, L.P.*

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS LLP

By: */s/ Tracy Klestadt*
Tracy L. Klestadt
John E. Jureller, Jr.
Stephanie Sweeney
200 West 41st Street
17th Floor
New York, NY 10036
(212) 972-3000
tklestadt@klestadt.com
jjureller@klestadt.com
ssweeney@klestadt.com

*Withdrawing Counsel to Mudrick Capital
Management, L.P.*

{00017239. }