**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1(b) and the attached certification, counsel moves the admission *pro hac vice* of G. Eric Brunstad, Jr., of Dechert LLP to represent Mudrick Capital Management L.P. in the above-captioned cases.

>*/s/ Julia Klein*
>Julia B. Klein (#5198)
>THE ROSNER LAW GROUP LLC
>824 N. Market Street, Suite 810
>Wilmington, DE 19801

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Connecticut, the United States District Courts for Southern and Eastern Districts of New York, the Eastern District of Michigan and the District of Connecticut, the Courts of Appeal for the First through Eleventh Circuits and the District of Columbia, the United States Court of Federal Claims and the Supreme Court of the United States and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

>*/s/ G. Eric Brunstad, Jr.*
>G. Eric Brunstad, Jr., Esq.
>**DECHERT LLP**
>90 State House Square
>Hartford, CT 0610
>Eric.Brunstad@dechert.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

{00017228. }