**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b) and the attached certification, counsel moves the admission *pro hac vice* of Kate O'Keeffe of Dechert LLP to represent Mudrick Capital Management L.P. in the above-captioned cases.

*/s/ Julia Klein*
Julia B. Klein (#5198)
THE ROSNER LAW GROUP LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Michigan, the United States District Courts for the District of Massachusetts, the Courts of Appeal for the Second and Sixth Circuits and the Supreme Court of the United States and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Kate O'Keeffe*
Kate O'Keeffe
One International Place
40th Floor
100 Oliver Street
Boston, MA 02110
Kate.OKeeffe@dechert.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

{00017229. }