**SIGN-IN SHEET**

**CASE NAME: EFH**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 12/16/15 at 9:30 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Todd Cosenza | Morrison & Foerster | TCEH Committee |
| Drew Hoffman | Milbank Tweed Hadley & McCloy | TCEH Debtors |
| Joseph McMahill | PSZJ | 2nd Lien Indenture Trustee |
| Richard Pedone | Nixon Peabody | AST as EFH Indenture Trustee |
| Emily Geier | Kirkland & Ellis LLP | Debtors |
| Brenton Rogers | Kirkland Ellis LLP | Debtors |
| Aparna Yenamandra | Kirkland & Ellis, LLP | Debtors |
| Jacob Adlerstein | Paul Weiss | Pik/Ad Hoc Committee of... |
| Andrew N. Rosenberg | Paul Weiss | EFIH 2nd Lien Notes... |
| Mark K. Thomas | Proskauer | Portfolio Class Owners |
| Meggie Kennedy | Sullivan & Cromwell | E-Side Committee |
| Mark A. Fink | MoFo | '' |
| R. Stephen McNeill | Potter Anderson & Corroon | Natixis Paul, New York |
| Antonio Celesti | Cleary Gottlieb Steen & Hamilton | Deutsche Bank |
| Stephen Miller | Morris James LLP | CSC Debtors Agent for Pak Due Trustee |
| Jonathan Ganter | Kirkland Ellis LLP | Debtors |
| Dan D. Francoschi | Richards Layton + Finger | Debtors |
| Andrew Wright | Jenner & Block | Citibank N.A. Agent |
| Justin Alberto | Bayard | ... |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME: EFH**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 12/16/15 at 9:30 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lin é ¡ Bruien | Venable | PIMCO |
| David Klauder | Brell & Klauder | EFH Corp. |
| Chris Stores | WHITE&CASE LLP | INVESTOR CONSORTIUM |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Christopher S. Sontchi**

**#6**

| Calendar Date: | 12/16/2015 |
|---|---|
| Calendar Time: | 09:30 AM ET |

*1st Revision 12/16/2015 05:41 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7326183 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee of First Lien Lenders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7328112 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7326901 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lien Collateral Agent and Administrative Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7297885 | Ashley F. Bartram | (512) 475-4937 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7329234 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7327434 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7326698 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7327479 | Michael L. Davitt | (214) 969-2938 | Jones Day | Creditor, Oncor Electronic Delivery Holdings Company LLC. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7326136 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Interested Party, Energy Future Holdings Corp. / LISTEN ONLY |

Copyright © 2015 CourtCall LLC. All Rights Reserved.

| Debtor | Case | Type | ID | Name | Phone | Firm | Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7328090 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7324402 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Indenture / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7290561 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Interested Party,UMB Bank, N.A., as indenture trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7328912 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Munger, Tolles & Olson LLP/Energy Holdings Corp./ LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7315953 | Christopher Hahm | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor,CitiBank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7323820 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor,UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7326086 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7323825 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor,UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7292516 | Charles Koster | (212) 819-7845 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7292147 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7324732 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7328163 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Debtor, Citibank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7324958 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7328172 | Brian P. Morgan | (212) 248-3272 | Drinker Biddle & Reath LLP | Interested Party Citibank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7297886 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party,Public Utility Commission of Texas, et al. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7326727 | Richard Pedone | (617) 345-6139 | Nixon Peabody LLP | Creditor American Stock Transfer and Trust Company / LIVE |

Peggy Drasal ext. 802

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

| Debtor | Case | Type | ID | Name | Phone | Firm | Interested Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7326798 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7328101 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee Of EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7326903 | Rachael Ringer | (212) 715-9106 | Kramer Levin Naftalis & Frankel LLP | Creditor, The Lien Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7328374 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7326729 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7326153 | Kenneth Stewart | (972) 251-0317 | Kenneth Stewart - In Pro Per/Pro Se | Interested Party, Kenneth Stewart / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7327059 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7318020 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7326898 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7329233 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party, Kevin M. Van Dam / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7326129 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-50797) | Hearing | 7322781 | Foteini Teloni | (212) 848-4579 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.