IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et. al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors.[1] ) | (Jointly Administered) |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Pro. No. 15-51386 (CSS) |
| v. ) | |
| ) | |
| TEXAS TRANSMISSION INVESTMENT LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| OVATION ACQUISITION I, L.L.C. and ) | |
| OVATION ACQUISITION II, L.L.C., ) | |
| ) | |
| Intervenor Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| TEXAS TRANSMISSION INVESTMENT LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 18, 2015 STARTING AT 9:30 A.M. (EST)[2]**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at www.efhcaseinfo.com.

[2] The December 18, 2015 (the "December 18th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 9:30 a.m. (EST).

RLF1 13538409v.1

I. **ORAL ARGUMENT GOING FORWARD:**

1. Texas Transmission Investments LLC's Motion to Dismiss the Complaint [Adv. D.I. 12; filed November 19, 2015] (the "Motion to Dismiss")

   Answer Deadline: December 3, 2015

   Reply Deadline: December 10, 2015

   Responses/Objections Received:

   A. Plaintiff Energy Future Holdings Corp.'s Memorandum of Law in Opposition to Defendant Texas Transmission Investment LLC's Motion to Dismiss [Adv. D.I. 31; filed December 3, 2015]

   B. Joinder of Ovation Acquisition I, L.L.C and Ovation Acquisition II, L.L.C. to Plaintiff's Memorandum of Law in Opposition to Defendant Texas Transmission Investment LLC's Motion to Dismiss [Adv. D.I. 35; filed December 7, 2015]

   Related Documents:

   i. Texas Transmission Investment LLC's Memorandum of Law in Support of its Motion to Dismiss [Adv. D.I. 13; filed November 19, 2015]

   ii. Declaration of Jason M. Liberi in Support of Texas Transmission Investment LLC's Motion to Dismiss the Complaint [Adv. D.I. 14; filed November 19, 2015]

   iii. Texas Transmission Investment LLC's Reply Memorandum of Law in Further Support of its Motion to Dismiss [Adv. D.I. 38; filed December 10, 2015]

   iv. Notice of Completion of Briefing [Adv. D.I. 39; filed December 11, 2015]

   Status: Oral argument in connection with the Motion to Dismiss, not to exceed two (2) hours in total, will take place at the hearing.

*[Remainder of page intentionally left blank.]*

---

Any person who wishes to appear telephonically at the December 18th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Thursday, December 17, 2015** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Dated: December 16, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:          collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*