**EXHIBIT 1** to **EXHIBIT A**

**No Liability Claim**

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | STEWART, KUK JA<br>2028 SANDY LANE<br>IRVING, TX 75060 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/24/2015 | 10982 | Undetermined* | According to a reasonable review of the Debtors' books and records, the materials appended to the claims filed by the Claimant, and additional materials provided to the Debtors, the Debtors are not liable for the asserted claim. |
| | | | | | TOTAL | Undetermined* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts