**EXHIBIT 1** to **EXHIBIT A**

**No Liability Claim**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | STEWART, KUK JA C/O CHARLES MONTEMAYOR, ATTY 5353 MAPLE AVE, STE 100 DALLAS, TX 75235 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/13/2015 | 10003 | $1,800,000,000.00 | The Debtors reviewed the documentation filed with the Claim. Neither the documentation nor the Proof of claim demonstrate a connection between the claim and the Debtors. |
| 2 | STEWART, KUK JA 2028 SANDY LN IRVING, TX 75060-5639 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5739 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third party. |
| | | | | | TOTAL | $1,800,000,000.00* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1