IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 7185** |

ORDER DENYING THE
AMENDED MOTION FOR APPLICATION
OF FED. R. BANKR. P. 7023 TO THIS PROCEEDING
AND TO CERTIFY A CLASS PURSUANT TO FRCP RULE 23

Upon the motion (the "Motion") of Michael Cunningham, Joe Arabie, and Michelle Ziegelbaum (collectively, the "Class Claimants") for entry of an order exercising the Court's discretion to apply Federal Rule of Bankruptcy Procedure 7023 to Class Claimant's "Proof of Unmanifested Asbestos Claim" and certifying a class pursuant to Federal Rule of Civil Procedure 23, all as set forth in the Motion; and upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue in this district of these cases and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Class Claimants provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

KE 38982635

circumstances; and the Court having reviewed the Motion and the Objection and having heard the statements in support of and against the relief requested at a hearing on December 16, 2015, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing do not establish just cause for the relief requested therein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is denied as set forth herein. *and for the reasons set forth on the record of the Hearing.*

2. The Court will not apply Federal Rule of Bankruptcy Procedure 7023 to Class Claimant's "Proof of Unmanifested Asbestos Claim."

3. "Class Proof of Claim Form" numbers 14519, 14520, and 14521 shall be expunged from the claims register to the extent they purport to be filed on behalf of anyone other than the named claimant.

4. The Court will not certify a class pursuant to Federal Rule of Civil Procedure 23.

5. Notice of the Motion shall be deemed good and sufficient and the requirements of the Local Bankruptcy Rules are satisfied by such notice.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this order ("this Order") shall be immediately effective and enforceable upon its entry.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: December 16, 2015

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

KE: 38982635