## EXHIBIT A

Invoice Date:              12/15/15
Invoice Number:              727254
Client Matter Number:  66471.00002
I.D.#                          01051

### SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 006 | Case Administration | 104.80 | $47,096.50 |
| 008 | Corporate Governance and Board Matters | 3.10 | $1,317.50 |
| 010 | Employment and Fee Applications (MMWR) | 12.20 | $7,208.50 |
| 011 | Employment and Fee Applications (Others) | 22.40 | $13,252.50 |
| 015 | Non-Working Travel | 82.70 | $19,132.00 |
| 016 | Plan and Disclosure Statement | 407.90 | $246,811.50 |
| 020 | Discovery | 80.90 | $15,330.00 |
| 021 | Hearings | 11.70 | $7,282.50 |
| 026 | Other Motions/Applications | 16.10 | $6,762.00 |
| 027 | Schedules and Statements | 9.10 | $4,368.00 |
| 030 | Asbestos-Related Matters | 3.70 | $1,778.00 |
| 031 | Derivative Litigation Investigation | 1,946.90 | $709,128.50 |
| | Matter Total | 2,701.50 | $1,079,467.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**