# **EXHIBIT B**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 182.70 | $123,322.50 |
| Lee D. Unterman | Partner; Joined Firm in 2012; Member of NY Bar since 1976 | $650.00 | 12.10 | $7,865.00 |
| Gary M. Edelson | Partner; Joined Firm in 1988; Member of PA Bar since 1976 | $590.00 | 1.20 | $708.00 |
| Mark A. Fink | Partner[1]; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 201.00 | $118,590.00 |
| Mark A. Fink | Non-Working Travel | $295.00 | 17.50 | $5,162.50 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 209.60 | $122,616.00 |
| Mark B. Sheppard | Non-working Travel | $292.50 | 4.30 | $1,257.75 |
| Jonathan R. Flora | Partner; Joined Firm in 2014; Member of CA Bar since 1989 | $540.00 | 48.30 | $26,082.00 |
| Jonathan R. Flora | Non-working Travel | $270.00 | 1.80 | $486.00 |
| Sidney S. Liebesman | Partner; Joined Firm in 2012; Member of PA Bar since 1995 | $480.00 | 123.50 | $59,280.00 |
| Sidney S. Liebesman | Non-working Travel | $240.00 | 17.50 | $4,200.00 |
| Stephen A. Grossman | Partner; Joined Firm in 2000; Member of PA Bar since 1997 | $445.00 | 17.80 | $7,921.00 |
| Michael B. Hayes | Partner; Joined Firm in 2000; Member of NJ Bar since 1998 | $420.00 | 14.70 | $6,174.00 |
| Lathrop B. Nelson | Partner; Joined Firm in 2002; Member of PA Bar since 2001 | $420.00 | 195.90 | $82,278.00 |
| Lathrop B. Nelson | Non-working Travel | $210.00 | 22.50 | $4,725.00 |
| Tricia J. Sadd | Partner; Joined Firm in 2003; Member of PA Bar since 2003 | $415.00 | 220.70 | $91,590.50 |
| David Dormont | Partner; Joined Firm in 2015; Member of PA Bar since 1992 | $375.00 | 166.20 | $62,325.00 |
| David Dormont | Non-working Travel | $187.50 | 14.00 | $2,625.00 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $550.00 | 0.80 | $440.00 |

---

[1] Mark A. Fink's classification changed from Of Counsel to Partner during the month of October, 2016 but they did not alter his rate immediately following his reclassification.

| Patrick T. Ryan | Of Counsel; Joined Firm in 1983; Member of PA Bar since 1982 | $495.00 | 73.70 | $36,481.50 |
|---|---|---|---|---|
| Laurie A. Krepto | Of Counsel; Joined Firm in 2004; Member of the PA Bar since 1995 | $440.00 | 28.80 | $12,672.00 |
| Lisa Z. Brown | Of Counsel; Joined the Firm in 2007; Member of the DE Bar since 2002 | $425.00 | 5.70 | $2,422.50 |
| Kristen E. Polovoy | Of Counsel; Joined the Firm in 1998; Member of the NJ Bar since 1998 | $420.00 | 16.10 | $6,762.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **1,596.40** | **$785,986.25** |
| **ASSOCIATES** | | | | |
| Megan Diaz Ellinghaus | Associate; Joined Firm in 2013; Member of NY Bar since 2008 | $385.00 | 56.50 | $21,752.50 |
| Crista F. High | Associate; Joined Firm in 2007; Member of PA Bar since 2007 | $385.00 | 14.10 | $5,428.50 |
| Erin C. Dougherty | Associate; Joined Firm in 2008; Member of PA Bar since 2008 | $365.00 | 20.40 | $7,446.00 |
| James L. Gannon | Associate; Joined Firm in 2009; Member of PA Bar since 2009 | $340.00 | 23.10 | $7,854.00 |
| Rimma Tsvasman | Associate; Joined Firm in 2012; Member of NJ Bar since 2011 | $310.00 | 16.90 | $5,239.00 |
| Priya Roy | Associate; Joined Firm in 2013; Member of MD Bar since 2012 | $310.00 | 7.30 | $2,263.00 |
| Johnathan S. Perkins | Associate; Joined Firm in 2013; Member of PA Bar since 2011 | $300.00 | 150.90 | $45,270.00 |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 308.50 | $89,465.00 |
| Katherine M. Fix | Non-working Travel | $145.00 | 3.60 | $522.00 |
| Cora A. Dayon | Associate; Joined Firm in 2014; Member of NJ Bar since 2014 | $280.00 | 161.50 | $45,220.00 |
| Robert H. Bender, Jr. | Associate; Joined Firm in 2015; Member of PA since 2015 | $280.00 | 4.10 | $1,148.00 |
| Jeremy A. Gunn | Associate; Joined Firm in 2015; Member of WV Bar since 2014 | $280.00 | 2.50 | $700.00 |
| **TOTAL ASSOCIATES** | | | **769.40** | **$232,308.00** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Martha L. Schwarz | Paralegal | $230.00 | 2.30 | $529.00 |
| Molly A. Lynch | Paralegal | $220.00 | 102.00 | $22,440.00 |
| William Hershkowitz | Paralegal | $215.00 | 1.90 | $408.50 |
| Denise A. LeGendre | Paralegal | $205.00 | 22.10 | $4,530.50 |
| Roseann Guagenti | Paralegal | $205.00 | 31.90 | $6,539.50 |
| Roseann Guagenti | Non-working Travel | $102.50 | 1.50 | $153.75 |

| Keith Mangan | Paralegal | $140.00 | 103.80 | $14,532.00 |
|---|---|---|---|---|
| April Borges | Paralegal | $140.00 | 1.90 | $266.00 |
| Gareth M. Suddes | Litigation Support Specialist | $180.00 | 53.50 | $9,630.00 |
| Megan M. Malone | Litigation Support Specialist | $145.00 | 14.40 | $2,088.00 |
| Jason Bailey | Litigation Support Specialist | $140.00 | 0.40 | $56.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **335.70** | **$61,173.25** |
| **TOTAL ALL PROFESSIONALS** | | | **2,701.50** | **$1,079,467.50** |