**<u>EXHIBIT C</u>**

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Miscellaneous Expense | $255.00 |
| Duplicating - Internal | $872.70 |
| Postage | $0.48 |
| Transportation - Local while on business | $567.40 |
| Printing - Internal | $0.00 |
| Copy/Record-Document | $3.40 |
| Delivery Service | $15.00 |
| Filing Fee - Court | $90.00 |
| Lunch/Dinner Conference | $716.70 |
| Meals - Overtime | $177.47 |
| Transcript-Court | $776.40 |
| Transcript - Deposition | $7,044.10 |
| Travel - Air Fare | $2,023.40 |
| Travel - Lodging | $10,636.71 |
| Travel - Meals, Etc | $580.51 |
| Travel - Mileage | $288.53 |
| Travel - Miscellaneous | $21.49 |
| Travel - Rail Fare | $3,785.12 |
| Out of Town Travel | $503.46 |
| Federal Express | $171.36 |
| Parking & Tolls | $834.00 |
| Telephone | $483.71 |
| Overtime Meals on Expense Report | $23.91 |
| Westlaw On-Line Legal Research | $4,008.49 |
| Research | $30.00 |
| Pacer | $197.80 |
| Local Transportation - Cabs | $44.57 |
| Delivery Service | $362.50 |
| **Total:** | **$34,514.21** |