**EXHIBIT D**

| | |
|---|---|
| Invoice Date: | 12/15/15 |
| Invoice Number: | 727254 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | Amount |
|---|---|---|
| 10/31/15 | Postage | $ 0.48 |
| 10/31/15 | Printing & Duplicating - Internal | $ 872.70 |
| 10/31/15 | Pacer | $ 197.80 |
| 10/01/15 | Federal Express Federal Express Package - Invoice #:518668627 KATHERINE FIX MONTGOMERY MCCRACKEN WALKER 123 S BROAD STREET PHILADELPHIA PA US 19109 Tracking #:525003776169 | $ 36.65 |
| 10/01/15 | Federal Express Federal Express Package - Invoice #:518668627 DAVID DORMONT MONTGOMERY MCCRACKEN 123 SOUTH BROAD STREET PHILADELPHIA PA US 19109 Tracking #:525003776228 | $ 37.73 |
| 10/01/15 | Westlaw On-Line Legal Research | $ 71.28 |
| 10/02/15 | Federal Express Federal Express Package - Invoice #:518542419 Sidney Liebesman Montgomery McCracken 1105 North Market Street WILMINGTON DE US 19801 Tracking #:781432556484 | $ 85.23 |
| 10/03/15 | Westlaw On-Line Legal Research | $ 35.64 |
| 10/05/15 | Travel - Mileage - PAID TO: Cora A. Dayon RT- travel- 4 trips x 20m @ $.575- Cherry Hill/ Phila., PA = 80m- 09/10, 11, 17, 24/15- travel to Phila office for reviewing electronic data room documents | $ 46.00 |
| 10/05/15 | Parking & Tolls - PAID TO: Cora A. Dayon Bridge tolls- 4 days @ $5.- 09/10,11,17,24/15- travel to Phila. office for reviewing electronic data room docs | $ 20.00 |
| 10/05/15 | Parking & Tolls - PAID TO: Cora A. Dayon Parking in Phila.- $12. per day- 09/10,11,17,24/15- reviewing electronic data room docs | $ 48.00 |
| 10/06/15 | Delivery Service - PAID TO: Parcels Inc - 9/15/15 Fr MMWR Wilmington Office To: Judge Christopher Sontchi, US Bankruptcy Ct, Wilmington, DE | $ 7.50 |
| 10/06/15 | Transcript-Court - PAID TO: Veritext New York Reporting Co., L.L.C. - Court transcript from 7/1/14 | $ 382.80 |
| 10/06/15 | Transcript-Court - PAID TO: Veritext- MAIN - Court transcript from 6/30/14 | $ 393.60 |
| 10/06/15 | Research - PAID TO: File & ServeXpress Holdings LLC - September 2015 research charge for DE Court of Chancery Civil Action | $ 10.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/15/15 |
| Invoice Number: | 727254 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

| Date | Description | Amount |
|---|---|---|
| 10/06/15 | Research - PAID TO: File & ServeXpress Holdings LLC - September 2015 research charge for DE Court of Chancery Civil Action | $ 10.00 |
| 10/06/15 | Research - PAID TO: File & ServeXpress Holdings LLC - September 2015 research charge for DE Court of Chancery Civil Action | $ 10.00 |
| 10/07/15 | Travel - Meals, Etc - PAID TO: Michael B. Hayes 09/30/15 Meal - Attend deposition of Billy Williamson (Board Member) in New York | $ 34.00 |
| 10/07/15 | Travel - Rail Fare - PAID TO: Michael B. Hayes 09/30/15 Amtrak rail from New York to Phila PA - Attend deposition of Billy Williamson (Board Member) | $ 55.00 |
| 10/07/15 | Federal Express Federal Express Package - Invoice #:519418510 Aparna Yenamandra | $ 11.75 |
| 10/07/15 | Westlaw On-Line Legal Research | $ 35.64 |
| 10/07/15 | Westlaw On-Line Legal Research | $ 17.82 |
| 10/08/15 | Westlaw On-Line Legal Research | $ 219.06 |
| 10/09/15 | Westlaw On-Line Legal Research | $ 72.90 |
| 10/12/15 | Delivery Service - PAID TO: Parcels Inc - 9/24/15, Delivery Fr: MMWR Wilington Office To: Judge Christopher Sontchi, US Bankruptcy Court, Wilington, DE | $ 7.50 |
| 10/12/15 | Filing Fee - Court - PAID TO: Parcels Inc - 9/28/15, Delivery Fr: MMWR Wilmington Office to US District Court, Wilmington, DE re: Downtown Filing, Parcels pay pro hac fee | $ 45.00 |
| 10/12/15 | Filing Fee - Court - PAID TO: Parcels Inc - 9/29/15, Delivery Fr: MMWR Wilmington Office To: US District Court, Wilmington, DE re: Downtown Filing | $ 45.00 |
| 10/12/15 | Westlaw On-Line Legal Research | $ 17.82 |
| 10/13/15 | Westlaw On-Line Legal Research | $ 17.82 |
| 10/13/15 | Westlaw On-Line Legal Research | $ 229.86 |
| 10/13/15 | Westlaw On-Line Legal Research | $ 35.64 |
| 10/13/15 | Westlaw On-Line Legal Research | $ 106.92 |
| 10/14/15 | Copy/Record-Document - PAID TO: BNA - Document download/tracking - Court dockets (Sept. 2015) | $ 3.40 |
| 10/14/15 | Westlaw On-Line Legal Research | $ 183.42 |
| 10/14/15 | Westlaw On-Line Legal Research | $ 270.25 |
| 10/14/15 | Westlaw On-Line Legal Research | $ 49.00 |
| 10/14/15 | Westlaw On-Line Legal Research | $ 17.82 |
| 10/14/15 | Westlaw On-Line Legal Research | $ 62.28 |
| 10/14/15 | Westlaw On-Line Legal Research | $ 32.04 |
| 10/15/15 | Meals - Overtime - C. Casile | $ 5.28 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/15/15 |
| Invoice Number: | 727254 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

| Date | Description | Amount |
|---|---|---|
| 10/15/15 | Transcript - Deposition - PAID TO: TSG Reporting, Inc. - Transcript of deposition of Jonathan Smidt on 9/25/15 | $ 3,762.10 |
| 10/16/15 | Miscellaneous Expense - PAID TO: Mark A. Fink - 9/11/15, M. Sheppard's attendance of hearing via Court Conference in EFH matter | $ 37.00 |
| 10/16/15 | Miscellaneous Expense - PAID TO: Mark A. Fink - 9/18/15, M. Sheppard's attendance of hearing via Court Conference in EFH matter | $ 44.00 |
| 10/16/15 | Miscellaneous Expense - PAID TO: Mark A. Fink - 9/16/15, Attend hearing via Court Conference in the EFH matter | $ 58.00 |
| 10/16/15 | Miscellaneous Expense - PAID TO: Mark A. Fink - 9/28/15, EFH Court Conference appearance via Court Call | $ 51.00 |
| 10/16/15 | Miscellaneous Expense - PAID TO: Mark A. Fink - 9/9/15, Attending hearing via Court Conference in the EFH matter | $ 65.00 |
| 10/16/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 10/3/15, Cabfare expense to hotel and airport while in Austin, TX for deposition | $ 74.36 |
| 10/16/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 9/29/15, Cabfare from MMWR Wilmington Office to residence for late night work on EFH matter | $ 5.73 |
| 10/16/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 9/30/15, Cabfare from MMWR Wilmington Office to residence for late night work on EFH matter | $ 5.64 |
| 10/16/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 10/1/15, Cabfare from residence to MMWR Wilmington Office for further travel to Austin, Tx for Macdougall deposition | $ 5.83 |
| 10/16/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 10/2/15, Cabfare expenses to hotel and local restaurant while in Austin, TX for deposition | $ 17.62 |
| 10/16/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 9/22/15, Cabfare from MMWR to residence for late night work on EFH matter | $ 6.14 |
| 10/16/15 | Transportation - Local while on business - PAID TO: David Dormont - 09/30/15 & 10/2/15, Cab fare to and from 30th St station while traveling to NYC for depositions | $ 22.00 |
| 10/16/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 10/2/15, Cabfare from hotel to Macdougall deposition | $ 12.72 |
| 10/16/15 | Lunch/Dinner Conference - PAID TO: Mark A. Fink - 9/28/15, Lunch expense at Purebread for meeting with EFH Committee | $ 122.97 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/15/15 |
| Invoice Number: | 727254 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

| Date | Description | Amount |
|---|---|---:|
| 10/16/15 | Lunch/Dinner Conference - PAID TO: Mark A. Fink - 10/2/15, Dinner expense for M. Fink & S. Liebesman while in Austin, TX for deposition | $ 88.53 |
| 10/16/15 | Travel - Lodging - PAID TO: Mark A. Fink - 10/1/15-10/2/15, Lodging expense at The Hilton Garden Inn while in Austin, TX for deposition | $ 472.50 |
| 10/16/15 | Travel - Lodging - PAID TO: David Dormont - 9/30/15-10/2/15, Lodging for 2 nights at Lotte New York while in NYC for depositions | $ 1,289.90 |
| 10/16/15 | Travel - Meals, Etc - PAID TO: David Dormont - 9/30/15, Dinner expense at Abitino's and 2nd Ave. Farm while in NYC for depositions | $ 10.34 |
| 10/16/15 | Travel - Meals, Etc - PAID TO: David Dormont - 10/1/15 & 10/2/15, Lunch at Zaro's Bakery and Dinner at Uncle Nick's while in NYC for depositions | $ 42.73 |
| 10/16/15 | Travel - Rail Fare - PAID TO: David Dormont - 09/30/15 & 10/2/15, Roundtrip Amtrak railfare from Phila. to NYC for depositions | $ 181.00 |
| 10/16/15 | Travel - Rail Fare - PAID TO: Mark A. Fink - 9/11/15 & 9/14/15, Roundtrip Amtrak railfare from Wilmington, DE to NYC to attend EFH hearing | $ 124.00 |
| 10/16/15 | Out of Town Travel - PAID TO: David Dormont - 09/30/15-10/02/15, Cab fare and subway expense while in NYC for depositions | $ 14.25 |
| 10/16/15 | Westlaw On-Line Legal Research | $ 35.64 |
| 10/16/15 | Westlaw On-Line Legal Research | $ 142.56 |
| 10/17/15 | Westlaw On-Line Legal Research | $ 124.74 |
| 10/17/15 | Westlaw On-Line Legal Research | $ 202.86 |
| 10/18/15 | Westlaw On-Line Legal Research | $ 17.82 |
| 10/19/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix - 9/18/15, Cabfare from MMWR, Philal to residence re: late night work | $ 22.90 |
| 10/19/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix - 9/21/15, Cabfare from MMWR to residence re: late work on EFH deposition preparation | $ 22.56 |
| 10/19/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix - 9/22/15, Cabfare from MMWR to residence re: late work on EFH deposition preparation | $ 22.53 |
| 10/19/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix - 9/23/15, Cabfare from MMWR to residence re: late work on deposition prep. | $ 25.36 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/15/15 |
| Invoice Number: | 727254 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

| Date | Description | Amount |
|---|---|---|
| 10/19/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix - 10/08/15, Cabfare from MMWR to residence re: late work on exhibit lists for deadline | $ 22.18 |
| 10/19/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix - 10/09/15, Cabfare from MMWR to residence re: late work on deposition investigation | $ 23.02 |
| 10/19/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix - 9/30/15, Cabfare from MMWR to 30th St. Station for further travel to NYC for deposition | $ 5.39 |
| 10/19/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix - 9/29/15, Cabfare from MMWR to residence re: late work on deposition preparation | $ 22.16 |
| 10/19/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix - 9/30/15, Cabfare from residence to MMWR for further travel to NYC for deposition | $ 22.84 |
| 10/19/15 | Transportation - Local while on business - PAID TO: Sidney Liebesman - 10/1/15, Cabfare from Airport to Hotel in Austin, TX for attendance at MacDougall deposition | $ 40.00 |
| 10/19/15 | Lunch/Dinner Conference - PAID TO: Katherine M. Fix - 9/28/15, Dinner at TGI Friday's for K. Fix and M. Sheppard while in NYC for deposition of Stacey Dore | $ 77.42 |
| 10/19/15 | Travel - Air Fare - PAID TO: Sidney Liebesman - 10/1/15, Travel Choice Seat expense while traveling to Austin, TX for MacDougall deposition | $ 15.00 |
| 10/19/15 | Travel - Lodging - PAID TO: Sidney Liebesman - 10/1/15-10/3/15, Lodging at Hilton Garden Inn while in Austin, TX for MacDougall deposition | $ 1,174.67 |
| 10/19/15 | Travel - Lodging - PAID TO: Sidney Liebesman - 9/23/15 & 9/24/15, Lodging at Lotte New York Palace while in NYC for H. Sawyer and J. Smidt depositions | $ 1,480.52 |
| 10/19/15 | Travel - Lodging - PAID TO: Katherine M. Fix - 9/30/15-10/2/15, Lodging at NY Palace while attending deposition of Charles Cremens | $ 1,289.90 |
| 10/19/15 | Travel - Meals, Etc - PAID TO: Katherine M. Fix - 9/30/15, Dinner at NY Palace Hotel while attending deposition of Charles Cremens | $ 53.67 |
| 10/19/15 | Travel - Meals, Etc - PAID TO: Sidney Liebesman - 10/2/15, Lunch at Iron Cactus while in Austin, TX for MacDougall deposition | $ 56.68 |
| 10/19/15 | Travel - Meals, Etc - PAID TO: Sidney Liebesman - 10/3/15, Breakfast at Schlotzky's while in Austin, TX for MacDougall deposition | $ 14.85 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  | Invoice Date: | 12/15/15 |
|---|---|---|---|
|  |  | Invoice Number: | 727254 |
|  |  | Client Matter Number: | 66471.00002 |
|  |  | I.D.# | 01051 |

| Date | Description |  | Amount |
|---|---|---|---:|
| 10/19/15 | Travel - Meals, Etc - PAID TO: Sidney Liebesman - 10/1/15, Lunch at Chickie's & Pete's while traveling to Austin, TX for MacDougall deposition | $ | 40.93 |
| 10/19/15 | Travel - Mileage - PAID TO: Sidney Liebesman - 10/1/15 & 10/3/15, Roundtrip mileage from Wilmington, DE to Phila. Airport (40@$.575) for travel to Austin, TX for MacDougall deposition | $ | 23.00 |
| 10/19/15 | Travel - Miscellaneous - PAID TO: Sidney Liebesman - 10/1/15, 30 minute Mobile Pass expense while traveling to Austin, TX for MacDougall deposition | $ | 5.50 |
| 10/19/15 | Travel - Miscellaneous - PAID TO: Katherine M. Fix - 9/30/15, Internet Service Charge at NY Palace Hotel while attending deposition of Charles Cremens | $ | 15.99 |
| 10/19/15 | Travel - Rail Fare - PAID TO: Katherine M. Fix - 9/30/15, Cabfare from Penn Station to MMWR NY Office while attending deposition of Charles Cremens | $ | 11.62 |
| 10/19/15 | Travel - Rail Fare - PAID TO: Katherine M. Fix - 9/30/15, Amtrak railfare from MMWR to NYC for M. Hayes attendance at deposition of B. Williamson | $ | 138.00 |
| 10/19/15 | Travel - Rail Fare - PAID TO: Katherine M. Fix - 9/30/15-10/1/15, Roundtrip Amtrak railfare from Phila. to NYC to attend deposition of Charles Cremens | $ | 313.00 |
| 10/19/15 | Travel - Rail Fare - PAID TO: Sidney Liebesman - 9/23/15-9/25/15, Roundtrip Amtrak railfare from Wilmington to NYC for H. Sawyer and J. Smidt Depositions | $ | 268.00 |
| 10/19/15 | Travel - Rail Fare - PAID TO: Katherine M. Fix - 9/28/15, Roundtrip Amtrak railfare from Phila. to NYC for deposition of Stacey Dore | $ | 226.00 |
| 10/19/15 | Out of Town Travel - PAID TO: Jonathan Flora - 10/02/15, Metrocard fare for attendance at deposition | $ | 10.00 |
| 10/19/15 | Out of Town Travel - PAID TO: Sidney Liebesman - 9/23/15, Cabfare while in NYC for depositions of H. Sawyer and J. Smidt | $ | 13.00 |
| 10/19/15 | Parking & Tolls - PAID TO: Sidney Liebesman - 10/1/15, Parking in Wilmington, DE while traveling to Austin, TX for MacDougall deposition | $ | 16.00 |
| 10/19/15 | Parking & Tolls - PAID TO: Sidney Liebesman - 10/1/15-10/3/15, Parking expense at Phila., Int'l Airport while in Austin, TX for MacDougall deposition | $ | 40.00 |
| 10/19/15 | Parking & Tolls - PAID TO: Katherine M. Fix - 9/13/15, Parking for document review and deposition preparation | $ | 19.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  | Invoice Date: | 12/15/15 |
|---|---|---|---|
|  |  | Invoice Number: | 727254 |
|  |  | Client Matter Number: | 66471.00002 |
|  |  | I.D.# | 01051 |

| Date | Description |  | Amount |
|---|---|---|---|
| 10/19/15 | Parking & Tolls - PAID TO: Sidney Liebesman - 9/23/15-9/25/15, Parking at Wilmington train station while in NYC for depositions of H. Sawyer and J. Smidt | $ | 34.00 |
| 10/19/15 | Westlaw On-Line Legal Research | $ | 71.28 |
| 10/20/15 | Lunch/Dinner Conference - PAID TO: SeamlessWeb Professional Solutions, LLC - Boardroom Breakfast Meeting with D. Dormont & L. Nelson at the NY office on 10/9/2015 for 6 people (Art & Belle Catering) | $ | 84.06 |
| 10/20/15 | Lunch/Dinner Conference - PAID TO: SeamlessWeb Professional Solutions, LLC - Lunch Meeting with D. Dormont on 10/8/2015 in the NY Office (Toasties) | $ | 42.29 |
| 10/20/15 | Lunch/Dinner Conference - PAID TO: SeamlessWeb Professional Solutions, LLC - Lunch ordered at th eNY office on 10/9/2015 (Toasties) | $ | 34.25 |
| 10/20/15 | Lunch/Dinner Conference - PAID TO: SeamlessWeb Professional Solutions, LLC - Lunch for EFH Team Meeting in the Philadelphia office on 10/13/2015 for 7 people (Wolf Street Pizza) | $ | 61.54 |
| 10/20/15 | Travel - Lodging - PAID TO: David Dormont - 10/08/15-10/09/15, Lodging at Lotte New York Palace while in NYC to meet with experts | $ | 702.33 |
| 10/20/15 | Travel - Lodging - PAID TO: David Dormont - 09/24/15-09/25/15, Lodging at The Lotte New York Palace while in NYC to attend depositions | $ | 713.81 |
| 10/20/15 | Travel - Meals, Etc - PAID TO: David Dormont - 10/08/15, Breakfast at 30th St. Station while traveling to NYC to meet with experts | $ | 3.88 |
| 10/20/15 | Travel - Meals, Etc - PAID TO: David Dormont - 10/08/15, Dinner at Anka Grill while in NYC to meet with experts | $ | 11.73 |
| 10/20/15 | Travel - Meals, Etc - PAID TO: David Dormont - 10/09/15, Breakfast at Deli while traveling to NYC to meet with experts | $ | 9.74 |
| 10/20/15 | Travel - Meals, Etc - PAID TO: David Dormont - 9/25/15, Breakfast at Deli while in NYC to attend depositions | $ | 12.47 |
| 10/20/15 | Travel - Meals, Etc - PAID TO: David Dormont - 9/24/15, Lunch at Pizza Grill while in NYC to attend depositions | $ | 7.20 |
| 10/20/15 | Travel - Mileage - PAID TO: David Dormont - 09/24/15-09/25/15, Mileage expense from MMWR Phila Office to residence while traveling to NYC to attend depositions (80@$.575) | $ | 46.00 |
| 10/20/15 | Travel - Mileage - PAID TO: David Dormont - 10/08/15-10/09/15, Roundtrip mileage from residence to 30th St. Station while traveling to NYC to meet with experts | $ | 8.05 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/15/15 |
| Invoice Number: | 727254 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

| Date | Description | Amount |
|---|---|---|
| 10/20/15 | Travel - Rail Fare - PAID TO: David Dormont - 10/08/15, Amtrak from Phila. to NYC to meet with experts | $ 94.00 |
| 10/20/15 | Travel - Rail Fare - PAID TO: David Dormont - 09/24/15-09/25/15, Roundtrip trainfare from Trenton to NYC while traveling to NYC to attend depositions | $ 58.50 |
| 10/20/15 | Out of Town Travel - PAID TO: David Dormont - 10/08/15-10/09/15, Subway expense while traveling in NYC to meet with experts | $ 4.50 |
| 10/20/15 | Parking & Tolls - PAID TO: David Dormont - 10/08/15-10/09/15, Parking expense at 30th St. Station while in NYC to meet with experts | $ 54.00 |
| 10/20/15 | Parking & Tolls - PAID TO: David Dormont - 09/24/15-09/25/15, parking and tolls while traveling to NYC to attend depositions | $ 36.00 |
| 10/20/15 | Westlaw On-Line Legal Research | $ 211.26 |
| 10/20/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab) - Voucher #59743, 9/29/15,Fr: MMWR To: Wyncote, PA for M. Hayes re: late work | $ 44.57 |
| 10/21/15 | Westlaw On-Line Legal Research | $ 19.21 |
| 10/22/15 | Transportation - Local while on business - PAID TO: David Dormont - 10/15/15, Cabfare from 30th St. Station to residence while traveling to NYC for Mark Rule Deposition Prep. | $ 20.00 |
| 10/22/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix - 10/13/15, Cabfare from MMWR Phila. Office to residence re: late work on draft objection | $ 23.47 |
| 10/22/15 | Meals - Overtime - C. Casile | $ 6.04 |
| 10/22/15 | Travel - Lodging - PAID TO: David Dormont - 10/14/15-10/15/15, Lodging at Millenium Hilton Hotel in NYC for Mark Rule Deposition Prep. | $ 463.35 |
| 10/22/15 | Travel - Meals, Etc - PAID TO: David Dormont - 10/14/15, Dinner at Au Bon Pain while in NYC for Mark Rule Deposition Prep. | $ 14.43 |
| 10/22/15 | Travel - Mileage - PAID TO: Sidney Liebesman - 10/06/15, Roundtrip mileage from MMWR Wilington Office to Phila. Office for team meetings in preparation of EFH trial (50@$.575) | $ 28.75 |
| 10/22/15 | Travel - Rail Fare - PAID TO: David Dormont - 10/14/15-10/15/15, Roundtrip railfare from Phila. to NYC for Mark Rule Deposition Prep. | $ 190.00 |
| 10/22/15 | Out of Town Travel - PAID TO: David Dormont - 10/14/15-10/15/15, Subway expense while in NYC for Mark Rule Deposition Prep. | $ 6.75 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  | Invoice Date: | 12/15/15 |
|---|---|---|---|
|  |  | Invoice Number: | 727254 |
|  |  | Client Matter Number: | 66471.00002 |
|  |  | I.D.# | 01051 |

| Date | Description |  | Amount |
|---|---|---|---|
| 10/22/15 | Out of Town Travel - PAID TO: Katherine M. Fix - 09/28/15, Cabfare from residence to Wilmington train station for further travel to NYC for deposition of Stacey Dore | $ | 162.00 |
| 10/22/15 | Parking & Tolls - PAID TO: Sidney Liebesman - 10/06/15, Parking at MMWR Phila. Office for team meetings in preparation of EFH trial (50@$.575) | $ | 21.00 |
| 10/22/15 | Westlaw On-Line Legal Research | $ | 53.46 |
| 10/22/15 | Westlaw On-Line Legal Research | $ | 53.46 |
| 10/23/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 10/15/15, Cabfare from MMWR Wilmington Office to residence re: late work on matters | $ | 6.39 |
| 10/23/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix - 10/14/15, Cabfare from MMWR Phila. Office to residence re: late work on indemnification research | $ | 24.44 |
| 10/23/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix - 10/19/15, Cabfare from MMWR Phila. Office to residence re: late work on objection to settlement motion | $ | 20.96 |
| 10/23/15 | Transportation - Local while on business - PAID TO: Sadd, Tricia - 10/18/15, Cabfare from MMWR Phila. Office to residence re: lat work per L. Nelson | $ | 13.67 |
| 10/23/15 | Travel - Rail Fare - PAID TO: Natalie D. Ramsey 08/13/15 Roundtrip Amtrak rail to New York - Attend meeting with Guggenheim , AlixPartners, & MMWR re: financial analysis of potential claims against sponsors and directors | $ | 238.00 |
| 10/23/15 | Travel - Rail Fare - PAID TO: Natalie D. Ramsey 08/13/15 Amtrak rail from New York to Phila for M. Sheppard - Attend meeting with Guggenheim , AlixPartners, & MMWR re: financial analysis of potential claims against sponsors and directors | $ | 119.00 |
| 10/23/15 | Parking & Tolls - PAID TO: Natalie D. Ramsey 08/13/15 30th St Amtrak train station parking - Attend meeting in New York with Guggenheim , AlixPartners, & MMWR re: financial analysis of potential claims against sponsors and directors | $ | 28.00 |
| 10/23/15 | Overtime Meals on Expense Report - PAID TO: Katherine M. Fix - 10/15/15, Dinner expense while working late on deposition topic chart | $ | 23.91 |
| 10/23/15 | Westlaw On-Line Legal Research | $ | 80.10 |
| 10/23/15 | Westlaw On-Line Legal Research | $ | 89.10 |
| 10/24/15 | Parking, Tolls and Mileage - Overtime - L. Schmidt | $ | 61.95 |
| 10/24/15 | Parking and Tolls - Overtime - S. Brown | $ | 22.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/15/15 |
| Invoice Number: | 727254 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

| Date | Description | | Amount |
|---|---|---|---|
| 10/26/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 10/01/15 Cab service from residence to 30th St Amtrak train station - Attend deposition of Charles Cremens in New York | $ | 8.81 |
| 10/26/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 10/09/15 Roundtrip cab services from residence to 30th St Amtrak train station - Attend meeting in New York with solvency expert, M. Rule | $ | 21.86 |
| 10/26/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 10/15/15 Roundtrip cab services from residence to 30th St Amtrak train station - Attend deposition prep in New York for M. Rule | $ | 21.83 |
| 10/26/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 10/18 & 10/19/15 Roundtrip cab services from residence to 30th St Amtrak train station - Attend deposition on New York of D. Ying | $ | 20.62 |
| 10/26/15 | Transportation - Local while on business - PAID TO: Mark B. Sheppard 10/05/15 Cab service from 30th St Amtrak train station to office - Attend depositions in New York | $ | 6.37 |
| 10/26/15 | Lunch/Dinner Conference - PAID TO: Hasin Granger for Petty Cash 10/26/15 Lunch meeting with 10 - Client Business | $ | 67.50 |
| 10/26/15 | Travel - Lodging - PAID TO: Mark B. Sheppard 09/30/15 Room charges @ New York Palace - Attend depositions in New York | $ | 672.42 |
| 10/26/15 | Travel - Lodging - PAID TO: Lathrop B. Nelson, III 10/18/15 Room charges @ Hilton Hotel - Attend deposition in New York of D. Ying | $ | 369.55 |
| 10/26/15 | Travel - Lodging - PAID TO: Mark B. Sheppard 09/24/15 Room charges @ The New York Palace - Attend depositions in New York | $ | 729.80 |
| 10/26/15 | Travel - Lodging - PAID TO: Mark B. Sheppard 09/27/15 Room charges @ Royalton New York - Attend depositions in New York | $ | 605.54 |
| 10/26/15 | Travel - Lodging - PAID TO: Lathrop B. Nelson, III 09/30/15 Room charges @ Lottee New York Palace - Attend deposition of Charles Cremens in New York | $ | 672.42 |
| 10/26/15 | Travel - Meals, Etc - PAID TO: Lathrop B. Nelson, III 09/30 & 10/01/15 Meals - Attend deposition of Charles Cremens in New York | $ | 92.05 |
| 10/26/15 | Travel - Meals, Etc - PAID TO: Mark B. Sheppard 09/23/15 Meal in New York - Attend depositions | $ | 10.25 |
| 10/26/15 | Travel - Meals, Etc - PAID TO: Mark B. Sheppard 09/24/15 Meals - Attend depositions in New York | $ | 10.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  | Invoice Date: | 12/15/15 |
|--|--|--|--|
|  |  | Invoice Number: | 727254 |
|  |  | Client Matter Number: | 66471.00002 |
|  |  | I.D.# | 01051 |

| Date | Description |  | Amount |
|---|---|---|---|
| 10/26/15 | Travel - Meals, Etc - PAID TO: Mark B. Sheppard 09/28/15 Meal - Attend depositions in New York | $ | 3.25 |
| 10/26/15 | Travel - Meals, Etc - PAID TO: Lathrop B. Nelson, III 10/18/15 Meal - Attend deposition in New York of D. Ying | $ | 39.64 |
| 10/26/15 | Travel - Meals, Etc - PAID TO: Mark B. Sheppard 09/30/15 Meal in hotel - Attend depositions in New York | $ | 95.72 |
| 10/26/15 | Travel - Meals, Etc - PAID TO: Mark B. Sheppard 10/15/15 Meal in Delaware - Attend court hearing | $ | 16.45 |
| 10/26/15 | Travel - Mileage - PAID TO: Mark B. Sheppard 10/15/15 Roundtrip mileage 57.80 @ $.575 from Phila PA to Wilmington DE - Attend court hearing | $ | 33.23 |
| 10/26/15 | Travel - Rail Fare - PAID TO: Mark B. Sheppard 10/01/15 Amtrak rail from New York to Phila PA - Attend depositions in New York | $ | 138.00 |
| 10/26/15 | Travel - Rail Fare - PAID TO: Mark B. Sheppard 10/05/15 Amtrak rail from New York to Phila PA - Attend depositions in New York | $ | 94.00 |
| 10/26/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 10/18 & 10/19/15 Roundtrip Amtrak rail from Phila PA to New York - Attend deposition of D. Ying | $ | 185.00 |
| 10/26/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 10/15/15 Roundtrip Amtrak rail to New York - Attend deposition prep for M. Rule | $ | 185.00 |
| 10/26/15 | Travel - Rail Fare - PAID TO: Mark B. Sheppard 09/10/15 Amtrak rail from New York to Phila PA - Attend depostions in New York | $ | 105.00 |
| 10/26/15 | Travel - Rail Fare - PAID TO: Mark B. Sheppard 09/23/15 Amtrak rail from Phila PA to New York - Attend depositions in New York | $ | 101.00 |
| 10/26/15 | Travel - Rail Fare - PAID TO: Mark B. Sheppard 09/30/15 Amtrak rail from Phila to New York - Attend depositions in New York | $ | 121.00 |
| 10/26/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 09/30/15 Amtrak rail from Phila Pa to New York - Attend deposition of Charles Cremens in New York | $ | 78.00 |
| 10/26/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 10/09/15 Roundtrip Amtrak rail to New York for L. Nelson - Attend meeting with solvency expert, M. Rule' | $ | 213.00 |
| 10/26/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 10/09/15 Amtrak rail from New York to Phila PA for D. Dormont - Attend meeting in New York with solvency expert, M. Rule | $ | 135.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  | Invoice Date: | 12/15/15 |
|--|--|--|--|
|  |  | Invoice Number: | 727254 |
|  |  | Client Matter Number: | 66471.00002 |
|  |  | I.D.# | 01051 |

| Date | Description |  | Amount |
|------|-------------|--|--------|
| 10/26/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 10/15/15 New York subway - Attend deposition prep in New York for M. Rule | $ | 3.00 |
| 10/26/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 10/01/15 Cab service for New York office to LaGuardia airport - Attend deposition of Charles Cremens in New York | $ | 29.01 |
| 10/26/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 09/30/15 Cab service from Penn station to hotel - Attend deposition of Charles Cremens in New York | $ | 11.60 |
| 10/26/15 | Out of Town Travel - PAID TO: Natalie D. Ramsey 08/25/15 Car service from Phila PA to Wilmington DE Bankruptcy Court then PHL airport for Mabel Brown (EFH Committee chair) - Attend confirmation scheduling hearing | $ | 207.60 |
| 10/26/15 | Out of Town Travel - PAID TO: Mark B. Sheppard 09/15/15 Cab service in New York - Attend depositions | $ | 12.30 |
| 10/26/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 10/18/15 Cab service from Penn station to hotel - Attend deposition in New York of D. Ying | $ | 11.15 |
| 10/26/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 10/18 & 10/19/15 New York subway - Attend deposition in New York of D. Ying | $ | 6.00 |
| 10/26/15 | Out of Town Travel - PAID TO: Mark B. Sheppard 09/28/15 Cab service from office to hotel - Attend depositions in New York | $ | 12.30 |
| 10/26/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 10/05 - 10/07/15 30th St Amtrak train station parking - Attend depositions in New York | $ | 56.00 |
| 10/26/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 10/07/15 Parking upon return to Phila PA - Attend depositions in New York | $ | 22.00 |
| 10/26/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 10/05/15 30th Street Amtrak train station parking - Attend depositions in New York | $ | 28.00 |
| 10/26/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 10/15/15 Parking in Wilmington DE - Attend court hearing | $ | 11.00 |
| 10/26/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 09/10/15 30th St Amtrak train station parking - Attend depositions in New York | $ | 25.00 |
| 10/26/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 09/30 - 10/01/15 30th St Amtrak train station parking - Attend depostions in New York | $ | 56.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  | Invoice Date: | 12/15/15 |
|---|---|---|
|  | Invoice Number: | 727254 |
|  | Client Matter Number: | 66471.00002 |
|  | I.D.# | 01051 |

| Date | Description | Amount |
|---|---|---:|
| 10/26/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 09/24 - 09/28/15 30th Amtrak train station parking - Attend depositions in New York | $ 140.00 |
| 10/27/15 | Westlaw On-Line Legal Research | $ 17.82 |
| 10/28/15 | Transcript - Deposition - PAID TO: TSG Reporting, Inc. - Deposition of Michael MacDougall 10/2/15, Austin, TX | $ 3,282.00 |
| 10/28/15 | Travel - Mileage - PAID TO: Cora A. Dayon RT- travel- Cherry Hill/ Phila Office- 20m @ $.575- electronic document review- 10/22/15 | $ 11.50 |
| 10/28/15 | Travel - Mileage - PAID TO: Cora A. Dayon RT- travel- Cherry Hill/ Phila Office- 20m @ $.575- electronic document review- 10/23/15 | $ 11.50 |
| 10/28/15 | Travel - Mileage - PAID TO: Cora A. Dayon RT- travel- Cherry Hill/ Phila Office- 20m @ $.575- electronic document review- 10/20/15 | $ 11.50 |
| 10/28/15 | Travel - Mileage - PAID TO: Cora A. Dayon RT- travel- Cherry Hill/ Phila Office- 20m @ $.575- electronic document review- 10/21/15 | $ 11.50 |
| 10/28/15 | Travel - Mileage - PAID TO: Cora A. Dayon RT- travel- Cherry Hill/ Phila Office- 20m @ $.575- electronic document review- 10/25/15 | $ 11.50 |
| 10/28/15 | Travel - Mileage - PAID TO: Cora A. Dayon RT- travel- Cherry Hill/ Phila Office- 20m @ $.575- electronic document review- 10/26/15 | $ 11.50 |
| 10/28/15 | Travel - Mileage - PAID TO: Cora A. Dayon RT- travel- Cherry Hill/ Phila. Office- 20m @ $.575- electronic document review- 10/16/15 | $ 11.50 |
| 10/28/15 | Travel - Mileage - PAID TO: Cora A. Dayon RT- travel- Cherry Hill/ Phila Office-20m @ $.575- electronic document review- 10/18/15 | $ 11.50 |
| 10/28/15 | Travel - Mileage - PAID TO: Cora A. Dayon RT- travel- Cherry Hill/ Phila. Office- 20m @ $.575-electronic document review- 10/19/15 | $ 11.50 |
| 10/28/15 | Parking & Tolls - PAID TO: Cora A. Dayon Parking ($12.) and tolls ($5.)- electronic document review- 10/19/15 | $ 17.00 |
| 10/28/15 | Parking & Tolls - PAID TO: Cora A. Dayon Parking ($10.) and tolls ($5.)- electronic document review- 10/18/15 | $ 15.00 |
| 10/28/15 | Parking & Tolls - PAID TO: Cora A. Dayon Parking ($12.) and tolls ($5.)- electronic document review- 10/16/15 | $ 17.00 |
| 10/28/15 | Parking & Tolls - PAID TO: Cora A. Dayon Parking ($25.) and tolls ($5.)- electronic document review- 10/26/15 | $ 30.00 |
| 10/28/15 | Parking & Tolls - PAID TO: Cora A. Dayon Parking ($28.) and tolls ($5.)- electronic document review- 10/25/15 | $ 33.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/15/15 |
| Invoice Number: | 727254 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

| Date | Description | Amount |
|---|---|---:|
| 10/28/15 | Parking & Tolls - PAID TO: Cora A. Dayon Parking ($12.) and tolls ($5.)- electronic document review- 10/21/15 | $ 17.00 |
| 10/28/15 | Parking & Tolls - PAID TO: Cora A. Dayon Parking ($12.) and tolls ($5.)- electronic document review- 10/20/15 | $ 17.00 |
| 10/28/15 | Parking & Tolls - PAID TO: Cora A. Dayon Parking ($12.) and tolls ($5.)- electronic document review- 10/23/15 | $ 17.00 |
| 10/28/15 | Parking & Tolls - PAID TO: Cora A. Dayon Parking ($12.) and tolls ($5.)- electronic document review- 10/22/15 | $ 17.00 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/14/15 at 7:33pm with 3 participants | $ 1.74 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/14/15 at 7:41pm with 4 participants | $ 3.22 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/28/15 at 1:25pm with 15 participants | $ 45.07 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/16/15 at 1:28pm with 5 participants | $ 19.91 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/17/15 at 2:24pm with 3 participants | $ 7.55 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/18/15 at 12:57pm with 4 participants | $ 21.22 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/19/15 at 4:27pm with 7 participants | $ 29.95 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/20/15 at 3:14pm with 5 participants | $ 20.95 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/21/15 at 11:25am with 9 participants | $ 29.95 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/21/15 at 2:26pm with 10 participants | $ 14.35 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/24/15 at 9:58pm with 3 participants | $ 4.39 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/26/15 at 10:56am with 5 participants | $ 26.10 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/27/15 at 1:55pm with 4 participants | $ 10.24 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/28/15 at 12:55pm with 7 participants | $ 19.22 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/30/15 at 8:28pm with 2 participants | $ 1.44 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 10/04/15 at 4:57pm with 8 participants | $ 14.98 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 10/05/15 at 1:53pm with 5 participants | $ 16.35 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |  |
|---|---|---:|
| Invoice Date: | | 12/15/15 |
| Invoice Number: | | 727254 |
| Client Matter Number: | | 66471.00002 |
| I.D.# | | 01051 |

| Date | Description | Amount |
|---|---|---:|
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 10/06/15 at 1:58pm with 3 participants | $ 22.59 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 10/08/15 at 8:25pm with 11 participants | $ 31.52 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 10/09/15 at 7:56am with 3 participants | $ 3.56 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 10/09/15 at 2:55pam with 13 participants | $ 32.01 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 10/09/15 at 6:56pm with 4 participants | $ 4.87 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 10/11/15 at 6:25pm with 2 participants | $ 6.05 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 10/12/15 at 8:28am with 8 participants | $ 10.65 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 10/12/15 at 9:57am with 8 participants | $ 20.74 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 10/12/15 at 12:26pm with 7 participants | $ 8.92 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 10/12/15 at 2:25pm with 3 participants | $ 4.87 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 10/12/15 at 3:55pm with 4 participants | $ 12.36 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 10/12/15 at 10:39am with 5 participants | $ 14.01 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/18/15 at 9:26am with 5 participants | $ 10.71 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/18/15 at 10:58am with 3 participants | $ 2.54 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 9/27/15 at 3:28pm with 3 participants | $ 6.31 |
| 10/28/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call on 10/08/15 at 4:45pm with 4 participants | $ 5.37 |
| 10/28/15 | Westlaw On-Line Legal Research | $ 106.92 |
| 10/29/15 | Lunch/Dinner Conference - PAID TO: SeamlessWeb Professional Solutions, LLC - Lunch for 5 in NY Office on 10/21/15 (Toasties (51st)) | $ 73.03 |
| 10/29/15 | Lunch/Dinner Conference - PAID TO: SeamlessWeb Professional Solutions, LLC - Continental Breakfast for 5 on 10/21/15 (Art & Belle Catering) | $ 65.11 |
| 10/29/15 | Parking, Tolls and Mileage - Overtime - L. Schmidt | $ 52.20 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | |
|---|---|---|---:|
| | Invoice Date: | | 12/15/15 |
| | Invoice Number: | | 727254 |
| | Client Matter Number: | | 66471.00002 |
| | I.D.# | | 01051 |

| Date | Description | | Amount |
|---|---|---|---:|
| 10/29/15 | Travel - Air Fare - PAID TO: American Express - American Airlines Ticket # 00176537369853 for roundtrip travel from Philadelphia, PA /Dallas, TX/Austin, TX then Dallas, TX/ Charlotte, NC/Philadelphia, PA from October 1-3, 2015 for Sidney Liebesman | $ | 852.70 |
| 10/29/15 | Travel - Air Fare - PAID TO: American Express - Travel Agency Service Fee # 89006611478175 for roundtrip travel from Philadelphia, PA /Dallas, TX/Austin, TX then Dallas, TX/ Charlotte, NC/Philadelphia, PA from October 1-3, 2015 for Sidney Liebesman | $ | 46.00 |
| 10/29/15 | Travel - Air Fare - PAID TO: American Express - American Airlines Ticket # 00176538907871 for roundtrip travel from Philadelphia, PA /Dallas, TX/Austin, TX then Dallas, TX/ Charlotte, NC/Philadelphia, PA from October 1-3, 2015 for Mark A. Fink | $ | 1,063.70 |
| 10/29/15 | Travel - Air Fare - PAID TO: American Express - Travel Agency Service Fee # 89006613638670 for roundtrip travel from Philadelphia, PA /Dallas, TX/Austin, TX then Dallas, TX/ Charlotte, NC/Philadelphia, PA from October 1-3, 2015 for Mark A. Fink | $ | 46.00 |
| 10/29/15 | Westlaw On-Line Legal Research | $ | 53.46 |
| 10/29/15 | Westlaw On-Line Legal Research | $ | 35.64 |
| 10/30/15 | Westlaw On-Line Legal Research | $ | 35.64 |
| 10/30/15 | Delivery Service - UPS Next Day Air Early A.M. Commercial Third Party Delivery Tracking # 1Z0686414152697962 on 10/30/2015 from Rush Index Tabs, 60 Willow Street, East Rutherford, NJ 07073-1210 to MCS, 1601 Market Street, Philadelphia, PA 19103 | $ | 101.41 |
| 10/30/15 | Delivery Service - UPS Next Day Air Early A.M. Commercial Third Party Delivery Tracking # 1Z0686414154194975 on 10/30/2015 from Rush Index Tabs, 60 Willow Street, East Rutherford, NJ 07073-1210 to MCS, 1601 Market Street, Philadelphia, PA 19103 | $ | 131.64 |
| 10/30/15 | Delivery Service - UPS Next Day Air Early A.M. Commercial Third Party Delivery Tracking # 1Z0686414152054183 on 10/30/2015 from Rush Index Tabs, 60 Willow Street, East Rutherford, NJ 07073-1210 to MCS, 1601 Market Street, Philadelphia, PA 19103 | $ | 129.45 |
| 10/31/15 | Parking and Tolls - Overtime - S.Brown | $ | 30.00 |
| 10/31/15 | Travel - Rail Fare - PAID TO: American Express - AMTRAK purchase on 9/22/2015-Train fare from Philadelphia, PA to NYC on 9/23/2015 (one-way) for Mark Sheppard (reservation # 7F29CD) | $ | 101.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  | Invoice Date: | 12/15/15 |
|---|---|---|---|
|  |  | Invoice Number: | 727254 |
|  |  | Client Matter Number: | 66471.00002 |
|  |  | I.D.# | 01051 |

| Date | Description |  | Amount |
|---|---|---|---|
| 10/31/15 | Travel - Rail Fare - PAID TO: American Express - AMTRAK purchase on 9/22/2015-Train fare from Philadelphia, PA to NYC on 9/24/2015 (one-way) for Mark Sheppard (reservation # 7F2AD3) | $ | 101.00 |
| 10/31/15 | Travel - Rail Fare - PAID TO: American Express - AMTRAK purchase on 9/30/2015 -ticket # 5540615574688 for roundtrip train from Philadelphia, PA to NYC on October 2, 2015 for Jonathan Flora | $ | 181.00 |
| 10/31/15 | Travel - Rail Fare - PAID TO: American Express - Travel Agency Service Fee on 9/30/2015 -ticket # 8900661473453 for roundtrip train from Philadelphia, PA to NYC on October 2, 2015 for Jonathan Flora | $ | 31.00 |
| 10/31/15 | Westlaw On-Line Legal Research | $ | 53.35 |
| 10/31/15 | Westlaw On-Line Legal Research | $ | 452.52 |
| 10/31/15 | Westlaw On-Line Legal Research | $ | 676.44 |
|  | Total Disbursements | $ | 34,514.21 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**