# **EXHIBIT A**

## **Professional Fees and Expenses**
## **Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP  919 Third Avenue New York, NY 10022 | Fifth Monthly Fee Statement  10/01/2015 through 10/31/2015  Docket No. 7093 | $76,230.00 | $61.00 | 12/14/2015 | $60,984.00 | $61.00 | $15,246.00 |