# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Bankruptcy Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Related to Docket No. 7223** |
| | ) |
| MUDRICK CAPITAL MANAGEMENT, L.P., | ) |
| | ) |
| Appellant, | ) USDC C.A. No. 15-1132 (RGA) |
| | ) |
| v. | ) |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) |
| DEBTORS AND DEBTORS IN POSSESSION, | ) |
| | ) |
| Appellees. | ) |

**APPELLANT MUDRICK CAPITAL MANAGEMENT L.P.'S
STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Appellant Mudrick Capital Management L.P., as an investment manager to one or more holders of the unsecured 11.25% / 12.25% Senior Toggle Notes Due 2018 (collectively, the "**PIK Notes**") issued by Appellees Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. pursuant to that certain Indenture dated as of December 5, 2012 (as modified, supplemented, or amended, the "**Indenture**"), by and through its undersigned

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

counsel, respectfully submits this (i) statement of issues to be presented on appeal from the *Order* of the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.), dated November 24, 2015 [Case No. 14-10979-CSS, Docket No. 7118] (the "**Postpetition Interest Order**"), sustaining the *EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes* [Case No. 14-10979-CSS, Docket No. 4964] as it relates to the portion of Proof of Claim No. 6347 (together with the addendum attached thereto) seeking postpetition interest at the rate specified in the Indenture, and (ii) designation of items to be included in the record on appeal.

## Statement of Issues to be Presented on Appeal

1. Did the Bankruptcy Court err in entering the Postpetition Interest Order and ruling against UMB Bank, N.A., as indenture trustee for the PIK Notes, on the issues decided in the Court's *Memorandum Opinion* dated October 30, 2015 [Case No. 14-10979-CSS, Docket No. 6782]?

2. Did the Bankruptcy Court err in holding, as a matter of law, that when an unsecured creditor is deemed unimpaired under a solvent debtor's plan of reorganization, 11 U.S.C. § 502(b) limits such unsecured creditor's claim to the principal and accrued fees and interest due as of the petition date and excludes any contractual entitlement to postpetition interest?

3. Did the Bankruptcy Court err in its analysis of 11 U.S.C. § 1129(b) and its bearing on the treatment of unsecured creditors under 11 U.S.C. § 1124?

4. Did the Bankruptcy Court err in holding, as a matter of law, that the "fair and equitable" test under 11 U.S.C. § 1129(b) does not require a solvent debtor to pay postpetition

interest to unsecured creditors before a junior class receives a distribution from the debtor's estate?

5.    Did the Bankruptcy Court err in holding, as a matter of law, that an unsecured creditor in a solvent debtor estate is unimpaired under 11 U.S.C. § 1124 where the plan of reorganization does not provide for payment of postpetition interest at the contract rate provided for in the governing Indenture and otherwise err in its analysis of the requirements of absolute priority?

6.    Did the Bankruptcy Court err in holding that the legal rate of interest under 11 U.S.C. §§ 726 and 1129 is the federal judgment rate?

7.    Did the Bankruptcy Court err in holding, as a matter of law, that a solvent debtor's plan of reorganization can be confirmed so long as the plan of reorganization provides that the Court may award postpetition interest at an appropriate rate if it determines to do so under its equitable power?

### **Designation of Items to be Included in the Record on Appeal**

A.    **Documents Filed in Chapter 11 Case No. 14-10979**

1.    *Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions* [Docket No. 98];

2.    *Interim Order Directing Joint Administration of the Debtors' Chapter 11 Cases* [Docket No. 287];

3.    *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [Docket No. 4138];

4.    *Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 4142];

{00017243. }    3

5. *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 4143];

6. *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents* [Docket No. 4144];

7. Transcript Regarding Hearing Held 4/14/2015 [Docket No. 4203];

8. *Debtors' Omnibus Reply to Objections and Responses Filed in Connection with the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [Docket No. 4354];

9. *Third Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code* [Docket No. 4634];

10. *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order* [Docket No. 4916];

11. *EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes* [Docket No. 4964];

12. Letter from Andrew R. McGaan, P.C. to the Honorable Christopher S. Sontchi in connection with the *EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Note*s [Docket No. 5238];

13. Letter from Abid Qureshi to the Honorable Christopher S. Sontchi in connection with the *EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Note*s [Docket No. 5239];

14. *Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement* [Docket No. 5249];

15. Transcript Regarding Hearing Held 8/11/2015 [Docket No. 5275];

16. *Response of UMB Bank, N.A. to the EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes* [Docket No. 5874];

17. *Debtors' Omnibus Reply to Objections to Disclosure Statement Motion* [Docket No. 6061];

18. *EFIH Debtors' Reply in Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes* [Docket No. 6109];

19. *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 6122];

20. *UMB Bank, N.A.'s Motion for Leave to File Sur-Reply to the EFIH Debtors' Reply in Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes* [Docket No. 6303];

21. *EFIH Debtors' Response to "UMB Bank, N.A.'s Motion for Leave to File Sur-Reply to the EFIH Debtors' Reply in Support of Partial Objection to Proof of Claim No. 6347 Filed by the Indenture Trustee for the EFIH Unsecured Notes"* [Docket No. 6488];

22. *Plan Supplement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 6544];

23. *Objection of UMB Bank, N.A. to Confirmation of Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 6640];

24. *Objection of UMB Bank, N.A. to the Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement* [Docket No. 6641];

25. *Declaration of Brenton A, Rogers, Esq. in Support of the Debtors' Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization* [Docket No. 6648];

26. Transcript Regarding Hearing Held 10/26/2015 [Docket No. 6675];

27. *Amended Notice of Settlement of EFIH PIK Note Claims With Certain EFIH PIK Noteholders* [Docket No. 6699];

28. Transcript Regarding Hearing Held 10/28/15 [Docket No. 6767];

29. *Preliminary Objection of York Capital Management Global Advisors, LLC and P. Schoenfeld Asset Management L.P. to Proposed Settlement of Certain EFIH PIK Note Claims* [Docket No. 6770];

30. *Memorandum Opinion* [Docket No. 6782];

31. *Order* [Docket No. 6783];

32. Transcript Regarding Hearing Held 10/30/2015 [Docket No. 6863];

33. Transcript Regarding Hearing Held 11/5/2015 [Docket No. 6886];

34. *Joinder of Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P., and Marathon Asset Management, LP to Preliminary Objection of York Capital Management Global Advisors, LLC and P. Schoenfeld Asset Management L.P. to the Settlement of EFIH PIK Note Claims With Certain EFIH PIK Noteholders* [Docket No. 6887];

35. *Second Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders* [Docket No. 6918];

36. *Motion of UMB Bank, N.A. to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim 6347* [Docket No. 6968];

37. *Notice of Appeal* Filed by UMB Bank, N.A. [Docket No. 6970];

38. *Notice of Appeal* Filed by Ad Hoc Group of Non-Settling EFIH PIK Noteholders [Docket No. 6972];

39. *Motion of Ad Hoc Group of Non-Settling EFIH PIK Noteholders to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim No. 6347* [Docket No. 6973];

40. *Motion of Ad Hoc Group of Non-Settling EFIH PIK Noteholders to Shorten Notice Period in Connection With Motion of Ad Hoc Group of Non-Settling EFIH PIK Noteholders to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim No. 6347* [Docket No. 6974];

41. Exhibits for Notice of Appeal Filed by Ad Hoc Group of Non-Settling EFIH PIK Noteholders [Docket No. 6975];

42. *Clerk's Notice Regarding Filing of Appeal* [Docket No. 6981];

43. *Order Shortening Notice Period in Connection With Relief Requested in Connection With Motion of UMB Bank, N.A. to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim 6347* [Docket No. 6985];

44. Proposed Form of *Order Shortening Notice Period in Connection With Relief Requested in Motion of Ad Hoc Group of Non-Settling EFIH PIK Noteholders to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim No. 6347* [Docket No. 6992];

45. *Order Shortening Notice Period in Connection With Relief Requested in Connection With Motion of Ad Hoc Group of Non-Settling EFIH PIK Noteholders to Alter or Amend Order Regarding EFIH Debtors' Partial Objection to Proof of Claim 6347* [Docket No. 7017];

46. *Third Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders* [Docket No. 7117];

47. *Order* [Docket No. 7118];

48. *Fourth Amended Notice of Settlement of EFIH PIK Note Claims with Certain EFIH PIK Noteholders* [Docket No. 7130];

49. *Order Approving Settlement of Certain EFIH PIK Noteholder Claims and Authorizing Debtors to Enter Into and Perform Under Stipulations* [Docket No. 7145];

50. *Notice of Appeal* Filed by UMB Bank, N.A. [Docket No. 7158];

51. *Notice of Withdrawal Without Prejudice of Notice of Appeal* Filed by UMB Bank, N.A. [Docket No. 7160];

52. *Notice of Withdrawal of Appeal Without Prejudice* Filed by Marathon Asset Management, LP, Mudrick Capital Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, York Capital Management Global Advisors, LLC and P. Schoenfeld Asset Management L.P. [Docket No. 7195];

53. *Notice of Appeal* Filed by Subsequent Settling EFIH PIK Noteholders [Docket No. 7196];

54. *Notice of Hearing in Connection With the Settlement of Certain EFIH PIK Noteholder Claims* [Docket No. 7212];

55. *Notice of Appeal* Filed by Mudrick Capital Management L.P. [Docket No. 7223]; and

56. *Declaration of David Ying in Support of the Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement and Confirmation of the Fifth Amended Plan of Reorganization* [Docket No. 7340].

**B.   Documents Filed in Adversary Proceeding No. 14-51002**

57. *Adversary Complaint for Declaratory Judgment of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc.* [Docket No. 1];

58. *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Docket No. 3];

59. *Notice of Agenda of Matters Schedule for Hearing on February 10, 2015 Starting at 9:30 A.M. (EST)* [Docket No. 6];

60. *UMB Bank, N.A.'s Motion to Dismiss the Complaint* [Docket No. 7];

61. *Memorandum of Law in Support of UMB Bank, N.A.'s Motion to Dismiss* [Docket No. 8];

62. *Notice of Amended Agenda of Matters Schedule for Hearing on February 10, 2015 Starting at 9:30 A.M. (EST)* [Docket No. 9];

63. *Certification of Counsel Substituting Corrected UMB Bank, N.A.'s Motion to Dismiss the Complaint and Proposed Order Granting UMB Bank, N.A.'s Motion to Dismiss the Complaint Due to Scrivener's Errors* [Docket No. 10];

64. Transcript Regarding Hearing Held 2/10/15 [Docket No. 11];

65. *EFIH Debtors' Opposition to UMB Bank, N.A.'s Motion to Dismiss* [Docket No. 13];

66. *Declaration of Jason M. Madron, Esq. in Support of the EFIH Debtors' Opposition to UMB Bank, N.A.'s Motion to Dismiss* [Docket No. 14];

67. *Reply in Further Support of UMB Bank, N.A.'s Motion to Dismiss* [Docket No. 18];

68. *Notice of Agenda of Matters Scheduled for Hearing on March 10, 2015 Starting at 9:30 A.M. (EDT)* [Docket No. 19];

69. *Notice of Amended Agenda of Matters Scheduled for Hearing on March 10, 2015 Starting at 9:30 A.M. (EDT)* [Docket No. 20];

70. *Joint Request for Oral Argument* [Docket No. 21];

71. Transcript Regarding Hearing Held 3/10/15 [Docket No. 22];

72. *Notice of Completion of Briefing Related to UMB Bank, N.A.'s Motion to Dismiss the Complaint* [Docket No. 27];

73. *Notice of Agenda of Matters Scheduled for Hearing on April 14, 2015 Starting at 9:30 A.M. (EDT)* [Docket No. 28];

74. *Notice of Amended Agenda of Matters Scheduled for Hearing on April 14, 2015 Starting at 9:30 A.M. (EDT)* [Docket No. 30];

75. *Notice of Second Amended Agenda of Matters Scheduled for Hearing on April 14, 2015 Starting at 9:30 A.M. (EDT)* [Docket No. 31];

76. Transcript Regarding Hearing Held 4/14/15 [Docket No. 32];

77. *Notice of Agenda of Matters Scheduled for Hearing on May 4, 2015 Starting at 9:30 A.M. (EDT)* [Docket No. 37];

78. *Notice of Amended Agenda Matters Scheduled for Hearing on May 4, 2015 Starting at 9:30 A.M. (EDT)* [Docket No. 38];

79. Transcript Regarding Hearing Held 5/4/15 [Docket No. 40];

80. *Opinion* [Docket No. 42]; and

81. *Order* [Docket No. 43].

C. **Additional Documents**[2]

82. DX970 – Expert Report of David Ying, dated 10/12/15; and

83. Transcript of Deposition of David Ying, dated 10/19/15.

**Certificate Regarding Transcripts**

Pursuant to Rule 8009(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, Appellant hereby files this certificate stating that Appellant is not ordering any transcripts. All transcripts

---

[2] The documents listed in this Part C were filed under seal and are included in the *Appellant's Statement of Issues on Appeal and Designation of Items to be Included in the Record of the Appeal* [Docket No. 7324] filed by UMB Bank, N.A.

have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

Dated: December 16, 2015
      Wilmington, Delaware

Respectfully submitted,

By: */s/ Julia Klein*

DECHERT LLP
Michael J. Sage (*pro hac vice* application pending)
Andrew C. Harmeyer (*pro hac vice* application pending)
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

G. Eric Brunstad, Jr. (*pro hac vice* application pending)
90 State House Square
Hartford, Connecticut 06103-3702
Telephone: (860) 524-3999
Facsimile: (860) 524-3930

Kate O'Keeffe (*pro hac vice* application pending)
One International Place
40th Floor
100 Oliver Street
Boston, Massachusetts 02110-2605
Telephone: (617) 728-7100
Facsimile: (617) 426-6567

THE ROSNER LAW GROUP LLC
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Co-Counsel for Appellant Mudrick Capital Management L.P.*