# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Bankruptcy Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| MUDRICK CAPITAL MANAGEMENT, L.P., | ) |
| | ) |
| Appellant, | ) USDC C.A. No. 15-1132 (RGA) |
| | ) |
| v. | ) |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) |
| DEBTORS AND DEBTORS IN POSSESSION, | ) |
| | ) |
| Appellees. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on December 16, 2015, she caused a copy of

*APPELLANT MUDRICK CAPITAL MANAGEMENT L.P.'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL*

to be served on the parties on the attached service list via first class mail, postage prepaid.

Dated: December 16, 2015
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
klein@teamrosner.com

*Delaware Counsel for Appellant Mudrick Capital*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

## Service List

| | |
|---|---|
| *Andrew R. Vara, Acting United States Trustee* | **U.S. DEPARTMENT OF JUSTICE OFFICE OF THE U.S. TRUSTEE**<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street<br>Room 2207, Lockbox 35<br>Wilmington, DE 19801 |
| *Appellees-Debtors and Debtors in Possession* | **RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022-4611<br><br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL 60654 |
| *Energy Future Holdings Corp.* | **O'KELLY ERNST & BIELLI, LLC**<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br><br>-and-<br><br>**PROSKAUER ROSE LLP**<br>Jeff J. Marwil<br>Mark K. Thomas<br>Peter J. Young<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602 |

{00017246. }

| | |
|---|---|
| *Energy Future Intermediate Holding Company LLC* | **STEVENS & LEE, P.C.**<br>Joseph H. Huston, Jr. (No. 4035)<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br><br>-and-<br><br>**CRAVATH, SWAINE AND MOORE LLP**<br>Michael A. Paskin<br>Trevor M. Broad<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br><br>-and-<br><br>JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908 |
| *TCEH Debtors* | **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**<br>David P. Primack (No. 4449)<br>300 Delaware Avenue<br>Suite 770<br>Wilmington, DE 19801<br><br>-and-<br><br>**MUNGER, TOLLES & OLSON LLP**<br>Thomas B. Walper<br>Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071 |
| *TCEH Official Committee* | **MORRISON & FOERSTER LLP**<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br><br>-and-<br><br>**POLSINELLI PC**<br>Christopher A. Ward (Del. Bar No. 3877) |

{00017246. }

| | |
|---|---|
| | Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 |
| *The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.* | **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street<br>15th Floor<br>Wilmington, DE 19801<br><br>and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004 |
| *Ad Hoc Group of Non-Settling EFIH PIK Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P. and Marathon Asset Management, LP on Behalf of Funds and Accounts that they each Manage or Advise* | **GELLERT SCALI BUSENKELL & BROWN, LLC**<br>Michael Busenkell (No. 3933)<br>913 N. Market Street, 10th Floor<br>Wilmington, DE 19801<br><br>-and-<br><br>**KAYE SCHOLER LLP**<br>Scott D. Talmadge, Esq.<br>250 W. 55th Street<br>New York, NY 10019 |
| *Counsel for UMB BANK, N.A., as Indentured Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 (the "PIK Notes")* | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Ira S. Dizengoff<br>Abid Qureshi<br>One Bryant Park<br>New York, NY 10036<br><br>Scott L. Alberino<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br><br>-and- |

{00017246. }

|  | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Raymond H. Lemisch (No. 4204)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br><br>-and-<br><br>**FOLEY & LARDNER LLP**<br>Harold L. Kaplan<br>Mark F. Hebbeln<br>Lars A. Peterson<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br><br>Barry G. Felder<br>Jonathan H. Friedman<br>90 Park Avenue<br>New York, NY 10016 |

{00017246. }