**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD NOVEMBER 1, 2015 TO NOVEMBER 30, 2015*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Diaz, Matthew | Senior Managing Director | $ 975 | 21.9 | $21,352.50 |
| Eisenband, Michael | Senior Managing Director | 975 | 3.0 | 2,925.00 |
| Scruton, Andrew | Senior Managing Director | 975 | 23.5 | 22,912.50 |
| Simms, Steven | Senior Managing Director | 975 | 4.6 | 4,485.00 |
| Cordasco, Michael | Managing Director | 795 | 17.6 | 13,992.00 |
| Greenberg, Mark | Managing Director | 795 | 18.7 | 14,866.50 |
| Park, Ji Yon | Managing Director | 795 | 2.0 | 1,590.00 |
| Rauch, Adam | Director | 645 | 8.1 | 5,224.50 |
| Eimer, Sean | Senior Consultant | 495 | 0.6 | 297.00 |
| Gittelman, Jeremy | Consultant | 355 | 19.5 | 6,922.50 |
| Hellmund-Mora, Marili | Administrative | 250 | 3.6 | 900.00 |
| | **GRAND TOTAL** | | **123.1** | **$95,467.50** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD NOVEMBER 1, 2015 TO NOVEMBER 30, 2015*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 9 | Analysis of Employee Compensation Programs | 13.6 | $10,227.00 |
| 11 | Prepare for and Attendance at Court Hearings | 26.5 | 22,687.50 |
| 13 | Analysis of Other Miscellaneous Motions | 1.1 | 874.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 17.1 | 14,692.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 31.6 | 30,810.00 |
| 21 | General Meetings with Committee & Committee Counsel | 5.4 | 4,707.00 |
| 24 | Preparation of Fee Application | 27.8 | 11,469.00 |
| | **GRAND TOTAL** | **123.1** | **$95,467.50** |