# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark D. Collins | Director | 1991 | Bankruptcy | $825 | 0.2 | $165.00 |
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $750 | 56.9 | $42,675.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $525 | 167.1 | $87,727.50 |
| Zachary I. Shapiro | Associate | 2008 | Bankruptcy | $490 | 3.4 | $1,666.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $260 | 33.8 | $8,788.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $260 | 14.7 | $3,822.00 |
| Total | | | | | 276.1 | $144,843.50 |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235 | 99.2 | $23,312.00 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235 | 23.2 | $5,452.00 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235 | 0.4 | $94.00 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $235 | 0.1 | $23.50 |
| Cynthia McMenamin | Paralegal | 1 | Bankruptcy | $235 | 3.5 | $822.50 |
| Daniel D. White | Technical/ Trial Support | 11 | Litigation/ MIS | $250 | 26.5 | $6,625.00 |
| Total | | | | | 152.9 | $36,329.00 |

**Total Fees**      **$181,172.50**