# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $21.25 |
| Business Meals | $1,702.50 |
| Conference Calling | $1,353.08 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $1,316.70 |
| Electronic Legal Research | $39.04 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $0.00 |
| Long distance Telephone Charges | $170.74 |
| Messenger and Delivery Service | $744.29 |
| Overtime | $800.24 |
| Photocopying/Printing - Outside Vendor | $1,569.72 |
| Photocopying/Printing | $3,298.99 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $86.65 |
| **Total:** | **$11,103.20** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $1.25 |
| Business Meals | $53.64 |
| Conference Calling | $42.63 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $41.48 |
| Electronic Legal Research | $1.23 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $5.38 |
| Messenger and Delivery Service | $23.45 |
| Overtime | $25.21 |
| Photocopying/Printing - Outside Vendor | $49.46 |
| Photocopying/Printing | $103.94 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $2.73 |
| **Total:** | **$350.40** |

## **EFIH - Expense Summary**

| Service Description | Amount |
| --- | --- |
| Binding | $2.25 |
| Business Meals | $30.39 |
| Conference Calling | $24.15 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $23.51 |
| Electronic Legal Research | $0.70 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $3.05 |
| Messenger and Delivery Service | $13.29 |
| Overtime | $14.29 |
| Photocopying/Printing - Outside Vendor | $28.02 |
| Photocopying/Printing | $58.90 |
| Room Rental | $0.00 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $1.55 |
| **Total:** | **$200.10** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.25 |
| Business Meals | $1.43 |
| Conference Calling | $1.14 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $1.11 |
| Electronic Legal Research | $0.03 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.14 |
| Messenger and Delivery Service | $0.63 |
| Overtime | $0.67 |
| Photocopying/Printing - Outside Vendor | $1.32 |
| Photocopying/Printing | $2.77 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.07 |
| **Total:** | **$9.56** |