# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 9/2/2015 | Seasons | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of RL&F fee statement | $9.73 | $9.73 |
| 9/3/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of second lien makewhole reply brief and supporting documents | $19.78 | $19.78 |
| 9/16/2015 | Rodney Grille | Snacks | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 9/16/15 hearing | $0.83 | $8.28 |
| 9/16/2015 | Manhattan Bagel Co. | Breakfast | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 9/16/15 hearing | $9.50 | $190.00 |
| 9/16/2015 | Cavanaugh's | Lunch | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 9/16/15 hearing | $16.39 | $327.75 |
| 9/16/2015 | Cavanaugh's | Dinner | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 9/16/15 hearing | $23.00 | $460.00 |
| 9/17/2015 | Manhattan Bagel Co. | Breakfast | 12 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 9/17/15 hearing | $20.84 | $250.00 |
| 9/17/2015 | Rodney Grille | Lunch | 5 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 9/17/15 hearing | $19.25 | $96.25 |
| 9/17/2015 | Urban Café | Dinner | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 9/17/15 hearing | $13.74 | $274.80 |

| Date | Vendor | Meal | # | Description | Unit | Total |
|---|---|---|---|---|---|---|
| 9/17/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing and preparation of order in connection with motion to approve plan support agreement | $10.81 | $10.81 |
| 9/18/2015 | Season's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of amended plan and disclosure statement | $15.56 | $15.56 |
| 9/21/2015 | Manhattan Bagel Co. | Breakfast | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 9/21/15 hearing | $12.50 | $125.00 |
| **TOTALS** | | | | | | $1,787.96 |