# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 7120** |

### CERTIFICATE OF NO OBJECTION REGARDING THE "FIRST MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC, FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015" (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, Bielli & Klauder, LLC ("BK") has received no answer, objection or other responsive pleading with respect to its tenth monthly fee statement for compensation and reimbursement of expenses (the "Monthly Fee Statement"). The Monthly Fee Statement was filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on November 24, 2015. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the notice filed with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served no later than December 15, 2015, at 4:00 p.m. (Eastern Standard Time). The Monthly Fee Statement was filed and served in accordance with the *Order Establishing Procedures for*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "<u>Administrative Order</u>") and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896].

Consequently, pursuant to the Administrative Order, Energy Future Holdings Corp., one of the above-captioned debtors and debtors in possession in the above-captioned cases, is authorized to pay BK eighty percent (80%) of the fees and 100% of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by BK is annexed hereto as **<u>Exhibit A</u>**.

[*Remainder of page intentionally left blank.*]

|  |  |
|---|---|
|  | **BIELLI & KLAUDER, LLC** |
| Date:  December 18, 2015 | */s/ David M. Klauder* |
|  | David M. Klauder (No. 5769) |
|  | 1204 N. King Street |
|  | Wilmington, DE  19801 |
|  | Phone: (302) 803-4600 |
|  | Fax: (302) 397-2557 |
|  | dklauder@bk-legal.com |
|  |  |
|  | and |
|  |  |
|  | **PROSKAUER ROSE LLP** |
|  |  |
|  | Jeff J. Marwil (admitted *pro hac vice*) |
|  | Mark K. Thomas (admitted *pro hac vice*) |
|  | Peter J. Young (admitted *pro hac vice*) |
|  | Three First National Plaza |
|  | 70 W. Madison Street, Suite 3800 |
|  | Chicago, IL 60602 |
|  | Phone:  (312) 962-3550 |
|  | Fax:  (312) 962-3551 |
|  | jmarwil@proskauer.com |
|  | mthomas@proskauer.com |
|  | pyoung@proskauer.com |
|  |  |
|  | *Co-Counsel to the Debtor* |
|  | *Energy Future Holdings Corp.* |

## Exhibit A

Professional Fees and Expenses
Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80%[1] | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Bielli & Klauder, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br><br>(Counsel to Debtor Energy Future Holdings Corp.) | First Monthly Fee Statement<br><br>10/1/2015 through 10/31/2015<br><br>Filed 11/24/2015<br><br>[D.I. 7120] | $20,830.00 | $95.10 | 12/15/2015 | $16,664.00 | $95.10 | $4,166.00 |

---

[1] Fees and expenses to be paid 100% by Energy Future Holdings Corp.