# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 12/18/15 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| R. Stephen McNeill | Potter Anderson & Corroon | Deutsche Bank New York |
| Jeff Schlerf | Fox Rothschild | TBD Ovation |
| Von Beckwith | Bruer Rose | CEM Ovation |
| Tom O'Brien | " | Ovation |
| Chris Shore | White & Case | TCEH Ad Hoc Group of Unsec Noves |
| Erica Richards | Morrison & Foerster | TCEH Committee |
| George Zimmerman | Skadden... LLP | TTI |
| George Panagakis | " | " |
| Jason Vigna | " | " |
| Carl Tullson | " | " |
| Dain DeSouza | " | " |
| Cory Stephenson | Bielli & Klauder, LLC | EFH Corp. |
| Jason Angelo | McElroy Deutsch Mulvaney Carpenter LLP | TCEH Debtors |
| Mark Beckerson | Paskero | |
| Warren Haskel | Kirkland & Ellis | EFH |
| Stephen Miller | Morris James LLP | Law Debenture of New York as Indenture Trustee |
| Shanti Katona | Polsinelli | UCC (TCEH) |
| Marcos A. Ramos | Richards Layton & Finger | Debtors |
| Jason M. Madron | Richards Layton & Finger | Debtors |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 12/18/2015
Calendar Time: 09:30 AM ET

*Amended Calendar 12/18/2015 06:08 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7332135 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7333459 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7331986 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7320914 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7326139 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Interested Party, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7332140 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7330737 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, EFH Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7330362 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7332488 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Munger, Tolles & Olson LLP/Energy Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7326123 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7324574 | Alexa J. Kranzley | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7329489 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7334176 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7331850 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7332130 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee Of EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7333023 | Rachael Ringer | (212) 715-9106 | Kramer Levin Naftalis & Frankel LLP | Creditor, The Lien Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7332960 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7329520 | Jeffrey S. Sabin | (212) 307-5500 | Venable LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7331175 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7330245 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7318022 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7316573 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party,HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7332481 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7333055 | Todd M. Goren | (212) 468-8000 | Morrison & Foerster | Creditor, Creditor's Commitee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7329953 | Charles Koster | (212) 819-7845 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7325045 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7323983 | Erin Smith | (212) 819-2595 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7330553 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

Peggy Drasal ext. 802