# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Eleventh Monthly Fee Statement 10/01/2015 through 10/31/2015 D.I. 7148 | $18,942.50 | $355.50 | 12/16/2015 | $15,154.00 | $355.50 | $3,788.50 |

SL1 1396304v1 109285.00006