## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 1696, 2021, 3117, 4448** |
| | ) | |

**NOTICE OF FILING OF FOURTH SUPPLEMENTAL DECLARATION OF BRETT H. MILLER IN SUPPORT OF APPLICATION OF OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103(a) FOR AUTHORITY TO RETAIN AND EMPLOY MORRISON & FOERSTER LLP AS COUNSEL *NUNC PRO TUNC* TO MAY 12, 2014**

**PLEASE TAKE NOTICE** that, on July 25, 2014, the Official Committee of TCEH Unsecured Creditors (the "**TCEH Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**") and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "**TCEH Debtors**"), filed the *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al., for Entry of an Order Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 for Authority to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014* [Docket No. 1696] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

**PLEASE TAKE FURTHER NOTICE** that, in support of the Application, the Committee filed the *Declaration of Brett H. Miller in Support of Application of Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al., Pursuant to 11 U.S.C. Sections 328(a) and 1103(a) for Authority to Retain and Employ Morrison & Foerster LLP as Counsel Nunc Pro Tunc to May 12, 2014*, which was attached as Exhibit C to the Application.

**PLEASE TAKE FURTHER NOTICE** that on September 15, 2014, the TCEH Committee filed the *Supplemental Declaration of Brett H. Miller in Support of Application of Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al., Pursuant to 11 U.S.C. Sections 328(a) and 1103(a) for Authority to Retain and Employ Morrison & Foerster LLP as Counsel Nunc Pro Tunc to May 12, 2014* [Docket No. 2021] in further connection with, and in support of, the Application.

**PLEASE TAKE FURTHER NOTICE** that on December 22, 2014, the TCEH Committee filed the *Second Supplemental Declaration of Brett H. Miller in Support of Application of Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al., Pursuant to 11 U.S.C. Sections 328(a) and 1103(a) for Authority to Retain and Employ Morrison & Foerster LLP as Counsel Nunc Pro Tunc to May 12, 2014* [Docket No. 3117] in further connection with, and in support of, the Application.

**PLEASE TAKE FURTHER NOTICE** that on May 12, 2015, the TCEH Committee filed the *Third Supplemental Declaration of Brett H. Miller in Support of Application of Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al., Pursuant to 11 U.S.C. Sections 328(a) and 1103(a) for Authority to Retain and Employ Morrison & Foerster*

2

*LLP as Counsel Nunc Pro Tunc to May 12, 2014* [Docket No. 4448] in further connection with, and in support of, the Application.

**PLEASE TAKE FURTHER NOTICE** that today, the TCEH Committee has filed the *Fourth Supplemental Declaration of Brett H. Miller in Support of Application of Official Committee of TCEH Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) for Authority to Retain and Employ Morrison & Foerster LLP as Counsel Nunc Pro Tunc to May 12, 2014* in further connection with, and in support of, the Application, which is attached hereto as **Exhibit A**.

Dated: Wilmington, Delaware
      December 18, 2015

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
E-mail:  jpeck@mofo.com
        brettmiller@mofo.com
        lmarinuzzi@mofo.com

      -and-

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
E-mail:  cward@polsinelli.com
        jedelson@polsinelli.com
        skatona@polsinelli.com

*Attorneys for the Official Committee of TCEH Unsecured Creditors*

51869657.1