## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**SIXTH SUPPLEMENTAL DECLARATION
OF JAMES H.M. SPRAYREGEN IN
SUPPORT OF THE DEBTORS' APPLICATION
FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF KIRKLAND
& ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL
LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN
POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, James H.M. Sprayregen, being duly sworn, state the following under penalty of perjury:

1.     I am the president of James H.M. Sprayregen, P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 300 North LaSalle Street, Chicago, Illinois, 60654, and a partner of Kirkland & Ellis International LLP (together with Kirkland & Ellis LLP, "Kirkland"). I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the States of Illinois and New York, and I am admitted to practice before the United States Court of Appeals for the Seventh Circuit and the United States District Courts for the Northern District of Illinois, the Eastern District of Wisconsin, the Southern District of New York, the Eastern District of New York, the Western

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

District of Michigan, and the District of Arizona.  There are no disciplinary proceedings pending against me.

2.      I submit this sixth supplemental declaration on behalf of Kikland (this "Sixth Supplemental Declaration") in further support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 660] (the "Application")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order pursuant to sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules").

3.      Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Background

4.      On May 29, 2014, the Debtors filed the Application.  In support of the Application, the Debtors filed the *Declaration of Edward O. Sassower, P.C. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* (the "Original Declaration"), which was filed as **Exhibit B** to the Application.

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

5.      On July 31, 2014, the Debtors filed the *Amended Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 1733] (the "Amended Declaration").

6.      On September 12, 2014, the Debtors filed the *First Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 2005] (the "First Supplemental Declaration").

7.      On September 16, 2014, the Bankruptcy Court for the District of Delaware entered the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 2052] (the "Retention Order").

8.      On December 4, 2014, the Debtors filed the *Second Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 2949] (the "Second Supplemental Declaration").

9.      On December 16, 2014, the Debtors filed the *Third Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International*

*LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 3041] (the "<u>Third Supplemental Declaration</u>").

10.     On July 9, 2015, the Debtors filed the *Fourth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 4963] (the "<u>Fourth Supplemental Declaration</u>").

11.     On September 30, 2015, the Debtors filed the *Fifth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 6240] (the "<u>Fifth Supplemental Declaration</u>").

12.     It was stated in the previously filed declarations described above (collectively, the "<u>Previous Declarations</u>") that Kirkland would continue searching its electronic database during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  Consistent with this statement, Kirkland has continued to obtain information regarding all entities disclosed in the Previous Declarations, as well as for any connections to any additional entities not disclosed in the Previous Declarations.

13.     This Sixth Supplemental Declaration makes certain additional disclosures.  Based on the conflicts searches conducted to date and described herein, to the best of my knowledge, neither I, Kirkland, nor any partner, of counsel, or associate thereof, insofar as I have been able to ascertain, has any connections with the Debtors, their creditors, or any other parties in interest, their respective attorneys or accountants, the Office of the United States Trustee for the District

of Delaware (the "U.S. Trustee"), any person employed by the U.S. Trustee, or any person

employed by the Bankruptcy Court for the District of Delaware, the United States District Court

for the District of Delaware, or the United States Court of Appeals for the Third Circuit, except

as disclosed or otherwise described herein and in the Previous Declarations.

## Additional Disclosures

14.    Attached hereto as **Schedule 1** are additional names of individuals and entities

that have not previously been searched by Kirkland.  These include:[3]

| Schedule | Category |
|----------|----------|
| 1(a) | Claimants |
| 1(b) | Claims Register |
| 1(c) | Committee Members |
| 1(d) | Contract Amendments & Assumptions |
| 1(e) | Contract Counterparties |
| 1(f) | Merger Agreement Counterparties |
| 1(g) | Other Interested Parties |
| 1(h) | Professionals |
| 1(i) | Parties that Have Disclosed Information Pursuant to Bankruptcy Rule 2019 |
| 1(j) | Third Notice of Satisfaction |

15.    Listed on **Schedule 2** to this Sixth Supplemental Declaration are the results of

Kirkland's conflicts searches of the above-listed entities.[4]  Listed on **Schedule 3** to this Sixth

---

[3]    Generally, it is K&E's policy to disclose clients in the capacity that they first appear in a conflicts search.  For example, if a client has been previously disclosed in a declaration in one capacity (*e.g.*, a customer), and the client appears in a conflicts search in a different capacity (*e.g.*, a vendor), K&E does not disclose the same client again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.  Additionally, entities previously searched and connections previously disclosed in the Previous Declarations have not been re-disclosed on the schedules attached hereto.  Kirkland's inclusion of any entity in the schedules attached hereto is not an admission that any such entity is a "party in interest" or has a valid claim against the Debtors.

[4]    As referenced in **Schedule 2**, the term "current client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "former client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "closed client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed.  Whether an actual conflict relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system.  The list generated from Kirkland's conflicts system is over-inclusive.  As a general matter, K&E discloses

Supplemental Declaration are new client connections for entities identified in the Previous Declarations.

16.     Except as specifically discussed herein, the client representations identified in this Sixth Supplemental Declaration and the attached schedules are not related to the Debtors or these chapter 11 cases. The client representations identified in this Sixth Supplemental Declaration and the attached schedules are not materially adverse to the interests of the Debtors' estates. Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents or represented the Debtors' creditors, equity security holders, or other parties in interest in matters unrelated to these chapter 11 cases.

17.     In further support of the Application, I make the following additional disclosures concerning each party specifically disclosed in this Sixth Supplemental Declaration:  (a) whether Kirkland can represent the Debtors adversely to such party and (b) the fees incurred by such party in the 12 months before November 30, 2015, as a percentage of the total fees incurred by all of Kirkland's clients in the same period.   This information is attached to this Sixth Supplemental Declaration as **Exhibit A**.

18.     The information in **Exhibit A** is derived from an evaluation of the engagement letters on file, if any, for each entity and/or its affiliates, and whether each entity and/or its affiliates are current, former, or closed clients of Kirkland, and is accurate to the best of my knowledge.   Kirkland will engage in further analysis on a case-by-case basis if the Debtors become adverse to any entity in **Exhibit A**, their affiliates, or any other entity on **Schedule 2** and **Schedule 3** of this Sixth Supplemental Declaration.   Where **Exhibit A** indicates that Kirkland may be adverse to an entity, Kirkland may commence a cause of action on the Debtors' behalf

---

connections with "former clients" or "closed clients" for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

against such entity.  Kirkland will not commence a cause of action in these chapter 11 cases against the entities listed on **Schedule 2** and **Schedule 3** to this Sixth Supplemental Declaration (including the entities listed under the "Specific Disclosures" section of this Sixth Supplemental Declaration and on **Exhibit A**) that are current clients of Kirkland unless Kirkland has an applicable waiver on file or first receives a waiver from such party allowing Kirkland to commence such an action.  To the extent that a waiver does not exist or is not obtained from such client and it is necessary for the Debtors to commence an action against that client, the Debtors will be represented in such particular matter by conflicts counsel.  For the avoidance of doubt, Kirkland may request a waiver from any entity that Kirkland has stated it could not be adverse to in **Exhibit A** and, if such waiver is granted, Kirkland may represent the Debtors adversely to such entity.  Similarly, in certain circumstances, Kirkland may ask conflicts counsel to handle a matter even where Kirkland believes it can represent the Debtors adversely to such entity.

19.    Of the clients listed on **Schedule 2** and **Schedule 3**, there are no clients representing more than one percent of the total fees incurred by Kirkland's clients for the 12-month period ending on November 30, 2015 that have not been previously disclosed in the Previous Declarations.

**Specific Disclosures**

20.    Kirkland represents Samson Resources Corporation and certain of its direct and indirect subsidiaries (collectively, "Samson") in their chapter 11 cases in the United States Bankruptcy Court in the District of Delaware.  Samson Lone Star LLC is a significant vendor and Samson Resources Company was listed on the Debtors' schedules of assets and liabilities. Brandon A. Freiman and Jonathan D. Smidt, who are directors of EFH, are also directors of Samson. In addition, KKR & Co. L.P. and certain of its affiliates ("KKR") indirectly owns a significant portion of the equity interests in Samson Resources Corporation.  As disclosed in the

Original Declaration, KKR indirectly holds a significant portion of the equity interests in EFH Corp.

21.    Beginning on September 11, 2015, Kirkland advised the TCEH Debtors in connection with their bid for the private sale of certain natural gas-fueled power generation assets (the "NextEra Assets") owned and operated by La Frontera Ventures, a subsidiary of NextEra Energy, in Texas (the "NextEra Asset Acquisition"), including (i) obtaining authorization from the Court to submit and consummate a bid for the NextEra Assets; (ii) structuring the NextEra Asset Acquisition; and (iii) obtaining certain modifications to the TCEH DIP financing facilities to finance the potential NextEra Asset Acquisition.  Gibson, Dunn & Crutcher LLP served as lead corporate counsel to the TCEH Debtors in connection with the potential NextEra Asset Acquisition.  On October 7, 2015, the TCEH Debtors filed a motion with the Court [D.I. 6395] (the "Sale Motion"), along with a motion to seal certain commercially sensitive information regarding the potential NextEra Asset Acquisition included in the Sale Motion [D.I. 6394] (the "Seal Motion").  The Court entered orders granting the Sale Motion and the Seal Motion on October 27, 2015, at Docket No. 6702 and 6700, respectively.  The Court entered a modified order on November 23, 2015 [D.I. 7096].  On November 27, 2015, the TCEH Debtors filed an 8-K publicly disclosing the signing of material definitive documentation in connection with the NextEra Asset Acquisition.  Pursuant to these definitive documents, the TCEH Debtors have agreed to acquire the NextEra Assets.

22.    On or about October 7, 2015, Kirkland began representing a confidential third party ("Confidential Party") in connection with potential transactions related to the NextEra Assets.  On or about November 2, 2015, Kirkland also began representing the Confidential Party in connection with a potential bid for the NextEra Assets.

23.     Both the TCEH Debtors and the Confidential Party were aware of Kirkland's representation of the other party in connection with the NextEra Assets.  Kirkland did not share confidential information belonging to the TCEH Debtors with the Confidential Party.  Kirkland did not share confidential information belonging to the Confidential Party with the TCEH Debtors.

24.     Kirkland will not seek compensation from (or to extent compensation was already received, Kirkland will provide a credit to) either the TCEH Debtors or the Confidential Party for fees incurred in connection with the potential NextEra Asset Acquisition.

25.     Charles H. Cremens, a manager at EFIH, also serves as a director of Patriot Coal Corp., a debtor client of Kirkland that emerged from bankruptcy on October 28, 2015.  Kirkland previously disclosed its representation of Mr. Cremens and Mr. Cremens' relationship to various Kirkland clients as an officer or director in the Original Declaration.

26.     The spouse of Jaimie D. Schechter, a partner at Kirkland, is a director of UBS Investment Bank ("UBS").  UBS is a debtholder, a bondholder, and a contract counterparty.  Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Ms. Schechter from all aspects of Kirkland's representation of the Debtor.

27.     Kenneth P. Morrison, a partner at Kirkland, is a board member of the Northeast Illinois Council, BSA (the "Boy Scouts of America"). The Boy Scouts of America is a significant vendor. Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Mr. Morrison from all aspects of Kirkland's representation of the Debtor.

28.     Nicole Stringfellow, a current Kirkland associate that has not performed work on this matter in the past but may do so in the future, was a law clerk for Honorable Laurie Silverstein of the United States Bankruptcy Court for the District of Delaware from September

2014 to August 2015.  Ms. Stringfellow began working at Kirkland in September 2015, and had no connection with the Debtors' chapter 11 cases while working for the court.

29.    Jonh Luze, a current Kirkland associate that has not performed work on this matter in the past but may do so in the future, was a law clerk for Honorable Kevin Gross of the United States Bankruptcy Court for the District of Delaware from September 2014 to August 2015.  Mr. Luze began working at Kirkland in October 2015, and had no connection with the Debtors' chapter 11 cases while working for the court.

**Continued Vigilance and Affirmative Statement of Disinterestedness**

30.    Based on the conflicts searches conducted to date and described in the Previous Declarations and herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates, and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Previous Declarations and herein.

31.    Kirkland will continue to review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use its reasonable efforts to identify any such further developments and will file a supplemental declaration as required by Bankruptcy Rule 2014(a) and as stated in the Previous Declarations and herein.

**Billing Rate Disclosure**

32.    In the Original Declaration and the Third Supplemental Declaration, Kirkland disclosed its billing rates in effect at that time for matters related to these chapter 11 cases.

Kirkland also disclosed that that the billing rates are subject to periodic adjustments to reflect economic and other conditions.  Pursuant to the Retention Order, Kirkland must provide notice of changes to its billing rates during these chapter 11 cases.

33.     In accordance with ordinary practice, some billing rates for partners and associates will change effective as of January 1, 2016.  The rates will change due to rate increases or promotion, although Kirkland does not typically disclose changes to billing rates resulting from promotion.  Kirkland's billing rates that will take effect on January 1, 2016 for matters related to these chapter 11 cases range as follows:[5]

| Billing Category | Range |
|------------------|-------|
| Partners | $875 - $1,445 |
| Of Counsel | $480 - $1,445 |
| Associates | $510 - $945 |
| Paraprofessionals | $180 - $400 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  December 18, 2015                          Respectfully submitted,

                                                   */s/ James H.M. Sprayregen*
                                                   James H.M. Sprayregen, as President of James
                                                   H.M. Sprayregen, P.C., as Partner of Kirkland &
                                                   Ellis LLP, and as Partner of Kirkland & Ellis
                                                   International LLP

---

[5]   For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars it is possible that certain rates may exceed the billing ranges listed in the chart herein.

## EXHIBIT A

**Listing Regarding Ability to Be Adverse and Fees Incurred**

| ¶ | Entity[1] | % Fees Incurred— Total Firm[2] | Can Kirkland Be Adverse? |
|---|---|---|---|
| 20 | Samson Resources Corporation | 0.4% | No. |

---

[1] The disclosures in this **Exhibit A** are based on an evaluation of K&E's engagement letter records and are accurate to the best of K&E's knowledge.  K&E will engage in further analysis on a case-by-case basis if the Debtors become adverse to any entity on this list, their affiliates, or any other entity on **Schedule 2** of this Sixth Supplemental Declaration.

[2] Fees incurred figures include each K&E client associated with the specifically-disclosed entity that is reflected in **Schedule 2** of this Sixth Supplemental Declaration, as applicable.

**SCHEDULE 1**

**List of Schedules**

| Schedule | Category |
|---|---|
| 1(a) | Claimants |
| 1(b) | Claims Register |
| 1(c) | Committee Members |
| 1(d) | Contract Amendments & Assumptions |
| 1(e) | Contract Counterparties |
| 1(f) | Merger Agreement Counterparties |
| 1(g) | Other Interested Parties |
| 1(h) | Professionals |
| 1(i) | Parties that Have Disclosed Information Pursuant to Bankruptcy Rule 2019 |
| 1(j) | Third Notice of Satisfaction |

**SCHEDULE 1(a)**

**Claimants**

3B Dozer Service
4 Star Hose & Supply Inc.
Alliance Scaffolding Inc.
Aon Hewitt
Apex Titan Inc.
Capgemini America Inc.
Conveyor Components Co.
Crane Nuclear Inc.
Curtiss-Wright Flow Control Corp.
D. Courtney Construction Inc.
Emedco
Fastenal Co.
Filtersense
Forest Creek Wind Farm LLC
Hatfield & Co. Inc.
IBM Corp.
Joel Wink Equipment Services LLC
Kennedy Wire Rope & Sling Co. Inc.
Level 3 Communications LLC
Mastercraft Printed Products & Services
Mitsui Rail Capital LLC
Navex Global Inc.
Niece Equipment LP
Pacific Gas & Electric Co.

Phoenix Safety Management Inc.
Pitney Bowes Inc.
Protec Inc.
Rentsys Recovery Services Inc.
Richard Automation Inc.
Robertson County Water Supply Corp.
SABIA Inc.
Saul Subsidiary II LP
Senior Operations LLC
Sierra Liquidity Fund LLC Assignee And
SKA Consulting LP
SPX Heat Transfer LLC
Tannor Partners Credit Fund LP
Terix Computer Service Inc.
Thomson Reuters (Markets) LLC
TM Manufacturing Inc.
Trinity River Authority of Texas
United Electric Cooperative Services Inc.
United Site Services of Texas Inc.
University of Texas System On Behalf of
    University of Texas at Arlington
Weston Solutions Inc.
WSI
Zayo Group LLC

## SCHEDULE 1(b)

### Claims Register

4 Star Electronics Inc.
4Imprint Inc.
4-Star Hose & Supply Inc.
A.K. Gillis & Sons Inc.
AB Erwin Welding LLC
ABC Auto Sales
ABL Services Inc.
Able Communications Inc.
Accenture LLP
Advanced Discovery Inc.
AK Armature Inc.
Alayo, Jose
Aldon Co. Inc.
Alimak Hek Inc.
All Pro Automotive
Allaire, Christopher
Allied Electronics Inc.
Allied Waste/Republic Services
Alpough, Loretta
Alston, Sheena
Alvarado, Lydia
American Warming & Ventilating
Amsted Rail Co. Inc.
Anderson, Carolyn
Anderson, Clayton Henry
Anthony Mechanical Services Inc.
Anthony, Leslie V.
Apodaca, Fernando R.
Applied Energy Co. LLC
Arbill Industries
Archer City Independent School District (TX)
Areva NP Inc.
Argo International Corp.
Arkansas Industrial Machinery Inc.
Arkansas Unclaimed Property Unit
Armstrong & Associates LLP
Arriola, Jesse
Asing, Carrie-Lynn
ASM Capital LP
Atkins North America Inc.
Automation Technology Inc.
Axon Solutions Inc.

Babcock & Wilcox Power Generation Group
Baccich, William D.
Badger Daylighting Corp.
Bailey, Lorrie
Baker, Shannon T.
Banda, Amadeo
Barnes, Anthony
Barnes, Tammy
Barrios, Juan
Barron, Thomas C.
Barsco Inc.
Baumann, Stacey
Bayless Auto Supply
Baylor County Appraisal District (TX)
Beasore, Ron S.
Bechtel, Susan
Becton, Dana
Beirne Maynard & Parsons LLP
Belger Cartage Service Inc.
Bell, Daisy
Benetech Inc.
Bentley Systems Inc.
Berkner Area Band Club
Bi-Inform Inc.
Biotech Plumbing Services
Birdview Skylights
Bland Construction Co.
Blankenship, Wilma
Bloodworth, James D.
Bloom, Corey
Bloomberg LP
Blythe, Mary
BNL Industries Inc.
Body Mind Spirit Massage Therapy
Bonham Independent School District (TX)
Boral Material Technologies Inc.
Bortole, Magdo
Bottom Cleaners
Bowie Independent School District (TX_
Bray International  Inc.
Breckenridge Independent School District (TX)

Bridgeline Digital Inc.
Brinker Cornersville Pickton Water Supply
  Corp.
Brooks, Marchelle D.
Brooks, Samuel
Brown, Markii D.
Browning, Connie
Bruce, Carol
Bryant, Carol Louise
Buckholts Independent School District (TX)
Bug Master Exterminating Service Inc.
Bullard Inc.
Buntrock, Carolyn
Burge, Chad
Burgess, Emma
Burkburnett Independent School District
  (TX)
Burleson Independent School District (TX)
Burrell, Alphonica
Business Wire Inc.
Butler & Land Inc.
C.L. Smith Industrial Co.
Cabrera, Edilberto
Cameron Independent School District (TX)
Camp, Daniel
Campbell, Herb
Campbell, Mary Ann
Cantu Foods & Supply
Capcorp
Capcorp Conveyor Aggregate Products
  Corp.
Capps Hardware & Ag Center
Carrigan, Rose
Carter, Claudine
Carthage Machine & Welding Inc.
Cat Global Mining
Caterpillar Financial Services Corp.
CDW
Ceco Sales Corp.
Celtex Industries Inc.
Central Marketing Inc.
Central Texas Security & Fire
Centurylink QC
Centurytel of Russellville
Centurytel of Siloam Springs
Cesco Inc.

Chaires, Martha
Chapman Construction Co. LP
Charles Needham Industries Inc.
Chemical Weed Control Inc.
Chemtex Industrial
Chicos, Susan
Christmas, Phillip
Christopher, Michelle K.
Christopher, Stacy L.
Chromalox Inc.
City View Independent School District (TX)
Clack, Jean M.
Clark, Judy
Clark, Larry M.
Clary E&I Services
Clary E+I Services LLC
Classic Chevrolet Buick GMC
Clavon, Bobbi
Cleburne Independent School District (TX)
Cleburne, City of (TX)
Clinard, Elizabeth
Coastal Chemical Co. LLC
Collin County Tax Assessor/Collector (TX)
Computer Associates
Consolidated Communications Inc.
Continental Field Systems
Continental Wireless Inc.
Control Components Inc.
Control Systems Co.
Cooke County Appraisal District (TX)
Cookingham, Allison
Cooper, Billie Sue Ballenger
Cooper, Lorraine
Cooper, Shaun
Copperas Cove Independent School District
Core Visual Inspection Services Inc.
Corpus Christi Water Refining
Corrosion Eliminators Inc.
Corrpro Cos. Inc.
Cosa Xentaur Corp.
Craig, Elizabeth
Crandall, Kimberly A.
Crane Nuclear Inc.
Crawford Electric Co. Inc.
CRC Group Inc.
Crenshaw, James

Creppon, Elva
Crona, Anita
Cross Cleaning Solutions LLC
Crowley Independent School District (TX)
Crowley Norman LLP
CSS Direct Inc.
Cummins Southern Plains LLC
Cummins, Gregg
Curtis, Dan R.
Custom Cakes
Custom Hose LLC
Dallas Basketball Ltd.
Dallas County (TX)
Davis, H.J.
Davis, Kevin O.
Davis, Louise
Davis, Sharonda
Dealers Electrical Supply Co.
Dean, Jane
Dean, John M.
Dell Marketing LP
Delta Fabrications & Machine Inc.
Dennis Cameron Construction & Equipment
Desta, Marta
Didrikson Associates Inc.
Dieckhoff, Sarah
Document Binding
Document Binding Co. Inc.
Dollarhide, Cleophus
Don Drive Interiors Inc.
Dore, Shawne Fox
Dowell, Vickie Lynn
Doyle, Karen
Dresser, Stella
Drexler, Michael
Duke, Diana L.
Duke, Patrick W.
Dunnier, Jeff
Durant, Jessica
Durham, Eva Moore
DXP Enterprises Inc.
Eagle Mountain-Saginaw Independent
  School District (TX)
Eagleton, Cindy
Eagleton, Rick
Eckley, Gerald

Edko LLC
Edwards, Earl
Edwards, Gerald
Electrico Inc.
Electromark
Elsass, Jennie
EMC Corp.
Emerson Process Management Power &
  Water
Emerson, Polly
Enerflex Energy Systems Inc.
Energy Services Group International Inc.
English, Wayne
Entech Sale & Service
Entergy Texas Inc.
EOL Water Supply
Equipment Imaging & Solutions
Escobedo, Sergio
Eskridge, Leonard
Esquivel, Pablo
Estate of Rajendra Tanna
Eulenfeld, Rodney W.
Evans, Ashley
Evans, Jerome
Everman Independent School District (TX)
Express Cleaning Services Inc.
Falkenberg Construction
FE Moran Inc. Special Hazard Systems
Fedex Techconnect Inc.
Felder, Gloria
Felder, Ronald
Ferrer, Porfirio
Filo, Frank A.
Firetrol Protection Systems Inc.
Fiserv
Fisher Controls International LLC
Fishnet Security Inc.
Flanders Electric Inc.
Fleming, Marilyn
Fort Bend County (TX)
Foster, Donna
Fulbright & Jaworski LLP
Fuller, Denny L.
Gabriel Jordan Chevrolet
Galbraith, Julie
Galindo, Ray

Garcia, Elizabeth
Garden Valley Addition
Garland Independent School District (TX)
Garland, City of (TX)
Ge, Xiaobin
Gear Cleaning Solutions LLC
Genesys Conferencing
Gentry, Pam
Geotech Environmental Equipment Inc.
Gill, John
Gipson, Josephine
Gipson, Terry
Glen Rose Auto Parts
Global Knowledge Training LLC
Global Rail Systems Inc.
Global Technical Training Services Inc.
Gnagne, Julie
Gonzalez, Rebecca
Gooch, Sherry D.
Gould & Lamb LLC
Graves Jelinek, Linda
Grigsby, George E.
Guerrero, Nicolas
H&E Equipment Services Inc.
H.F. & Associates
Hackney, Susan
Hall, Gregory
Hambrecht, John
Hamilton Harmon, Ramona
Handbrick, Charles
Hansen, Monica
Hardin, Mattie
Harlow Filter Supply
Harlow, Jeff
Harman, Barry
Harris County (TX)
Harvey, Linda
Hatfield & Co. Inc.
Haydel, Ray
Heer, Michelle
Helena Chemical Co.
Helwig Carbon Products Inc.
Henley, Lori
Henry Pratt Co. LLC
Hernandez, Alejandra
Highway Machine Co. Inc.

Hildreth, John
Hinkle, Gloria
Hobbs, Daphne M.
Hobson, Jane
Holden, James
Holman Boiler Works
Holmes, Lavera
Holmes, Willie
Honeywell
Houston, Loretta
Houston, Nancy K.
Howell, Tyrone W., Jr.
Hua, David
Hudson, Alice
Hughes, Alice Evans
Huron Industries Inc.
Husch Blackwell LLP
Hytorc
Imagination Specialties Inc.
IMG College LLC
Instrument & Valve Services Co.
Intellirent
Intralinks Inc.
Iowa Park Consolidated Independent School
   District (TX)
Irisndt Inc.
It's A Piece of Cake Custom Cakes
Ivy, Iris V.
Jackson, Janis
Jackson, Leah
Jackson, Norman
Jacquet, Keisha
Jani-King of Dallas
Jarnagin, Randall L.
Jarra, Kathie
Jay, Chris
Jeffries, Cathy
Jim Cox Sales Inc.
Jimenez, Francisco
Joe East Enterprises Inc.
Joe Wallis Co. Inc.
Johnson County Tax Office (TX)
Johnson, Amiee Shenay
Johnson, Angela
Jones, Brenda
Jones, Marie

Joy Global Surface Mining Inc.
Joyce Steel Erection Ltd.
Joyce, Helen
Juarez, Arlene
Kalsi Engineering Inc.
Keen, Michael
Keesee Sheet Metal
Keller, Stephen
Kemp, Mildred
Ketch, Joanne
Kforce Inc.
Klein Products Inc.
Knuckleheads
Kovach, Austin
Koziol, Robert
Kroeger, David
KSB Inc.
Lambert Oil Co.
Lammers, Linda
Lane, Joyce
Larsen Taylor, Anna
Latin, Anthony
Lee Hecht Harrison LLC
Lee, Billy G.
Lee, Henry
Lee, Philip
Lee, Teresa
Lee, Viola
Level 3 Communications LLC
Lewis Goetz
LexisNexis
Limestone County (TX)
Lind, Jean
Lindley, Hilda
Liquidity Solutions Inc.
Lloyd, Billy A.
Lone Star Safety & Supply Inc.
Long, Jackie
Lopez, Leticia
Lopez, Maira
Lorio, Sid, CFP
Loveday, Misty
Lovett, Debbie
LQ Management LLC
Lu, Jiayi
Lubrication Engineers Inc.

Lynch, David
Mack, Kenneth N.
Magnum Engineering & Controls
Mail Boxes Etc.
Maillet, James
Malbrough, Brenda
Maldonado, Dina M.
Malm, Mary
Mansfield Independent School District (TX)
Manske, Gene
Marco Inspection Services LLC
Martin, Robert C.
Martinez, Carlos
Martinez, Jose Jesus
Massey, Carole
Master Lee Decon Services Inc.
Mayeaux, Deanna
Mccall, Melissa
McClain, Justin Wayne
McClarty, Veronica
McClure, Joseph
McCray, Carolyn C.
McGensy, Gary
McGown, Ruth
McGraw Hill Cos.
McKinzie, Cabrina N.
McMaster-Carr Supply Co.
McMillan, Amelia
McPherson, Shirley
Melendez, Francisco
Meridium Inc.
Michael C. Fina Corporate Sales Inc.
Mickeal, Wayne
Midco Sling of East Texas
Miller, Gregg E.
Mimes, Kenneth
Mobile Analytical Laboratories
Mogford, Ada
Monahans, City of (TX)
Monroe, Deborah
Monster Worldwide Inc.
Mordecai, Wyatt
Moreno, Alfredo
Moreno, Irma
Morgan Lewis & Bockius LLP
Morgan, Ruby J.

Morgan-Allen, Alycia
Morris, Melvia June
Morrow, Richard D.
Motion Industries
Mudsmith Ltd.
Muro, Joel
MW Smith Equipment Inc.
Myles, Jacquelyn A.
Nacogdoches Hardware & Rental
Narez, Mirna
Navarrete, Moises
Navasota Valley Electric
Navex Global Inc.
Nelson, Andrea
Nelson, Yvonne
Neundorfer Inc.
Newark Element14
Ngo, Tan
Nguyen, Chantha
Nicholson, Ramona
Nispel, Deborah
Nix Patterson & Roach LLP
N-Line Traffic Maintenance
Norse Technologies Inc.
Novak, Mary
Nucon International Inc.
Oakridge Bellows
Ogletree Deakins Nash Smoak Stewart PC
Okan, Benson
Opco Co.
Operation Technology Inc.
Orbital Tool Technologies Corp.
Ortiz, Felipe
Osarhiemen, Joanne
Osisoft LLC
Otis Elevator Corp.
Pace, Anne
Pall Trinity Micro
PBS&J
Pendergrass, Jeanne
Pendleton, Cremolia
Pentair Valves & Controls Inc.
Performance Contracting Inc.
Perkins, Andrea N.
Petro Valve
Phillips, Charlotte A.

Phillips, Donna
Plant Equipment & Services Inc.
Pneumat Systems Inc.
Pop & Grans Antiques & More
Powell, Shelley
Power Control Systems Engineering Inc.
Powers-West, Peggy
Prather, Val V.
Pratt, Steven J.
Premier Trailer Leasing Inc.
Priefert Manufacturing Co. Inc.
Pritchard, Charlsie
Process Solutions Integration LLC
Progressive Water Treatment
Prosigns
PS Energy Group Inc.
Puente Brothers Investments
Qwest Corp.
R.R. Donnelley
Railroad Management LLC
Randolph, K.J.
Rapid Ratings International Inc.
Reddy Ice Corp.
Redic, Cora
Redmon, Nita
Reed Smith LLP
Regulator Technologies Inc.
Rentsys Recovery Services Inc.
Republic Sheet Metal & Manufacturing
Rescar Cos.
Reyes, Sonia
Riata Ford Ltd.
Richard Automation Inc.
Richards, Dawn I.
Richardson, Donald
Richardson, Donald R.
Ricochet Fuel Distributors
Riley, Rachael R.
Riley, Tim
Rimpull Corp.
River City Valve Service Inc.
Robert's Coffee & Vending Services LLC
Robertson County (TX)
Robertson County Water (TX)
Robertson County Water Supply Corp. (TX)
Robinson, Yolanda

Rodgers, Janice
Rodriguez, Cesar
Rolla, Jimmie Lee
Romack, Terrell Van
Roman, Beth
Romar, Sheldon
Romco Equipment Co. LLC
Rota-Tech Inc.
Royal Purple LLC
RSA Security LLC
Rubio, Elias
Ruiz, Eddie
Ruiz, Esther
Safety-Kleen Systems Inc.
Sanchez, Benito
Santiago, Katrina
Saul Subsidiary II LLP
Schrader, Weldon
Scott, Melissa
Senior Operations LLC
Sessoms, William
Seton Identification Products
SGS North America Inc.
Sharlan Inc.
Shepherd, Lorenza
Sheridan, Diane B.
SHI International Corp.
Siemens Energy Inc.
Sierra Liquidity Fund LLC
Silva, Mary
SilverPop Systems Inc.
Simms, John T.
Simplexgrinnell
Singer, Richard
Skinner, Todd
Skyhawk Chemicals Inc.
Slater, Kathy
Sloan, Bruce
Smith, Louann
Smith, Sharilyn
Sneed, Delores
Software Engineering of America
Sonar Credit Partners III LLC
Sorokwasz, Kristine
Sorokwasz, Marshall
Southwest Fannin County (TX)

Southwest Ocean Services
Southwest Research Institute
Sowell, E.J.
Spencer-Harris of Arkansas Inc.
SPM Flow Control Inc.
SPX Flow Technology
Stein, Solomon
Stephens, Charlotte A.
Stephens, David
Stewart, William S.
Stoerner, Natalie
Stokes, Carl W.
Stoneriver Pharmacy Solutions
Stuart C. Irby Co.
Stubblefield, William
Successfactors Inc.
Sullins, Billie
Sullivan, Rita
Sumich, Val
Sungard Consulting Services LLC
Sunoco Logistics
Susman Godfrey LLP
Sword of the Spirit Church & Ministries
Syniverse Technologies LLC
Tacker, Blake E.
Talley Chemical & Supply
Tannor Partners Credit Fund LP
Taylor, Finis
Technology Resource Center of America
  LLC
Telecom Electric Supply Co.
Terix Computer Service Inc.
Texas Comptroller of Public Accounts
Texas Diesel Maintenance
Texas Engineering Experiment Station
Thermo Eberline
Thermo Environmental Instruments Inc.
Thermo Orion Inc.
Thomas, Belinda Sue
Thomas, Lagirtha
Thompson, Talmage
Thorndale Independent School District (TX)
Timberline Petroleum Inc.
Tischler Kocurek
Tisdale, Herb
Tommie, Virginia

Tompkins, Brian
Tompkins, Gayle
Top Hat Services
Torres, Antonio
Transmissions & Distribution
Transunion LLC
Trotter, Rickey
TTX Inc.
Turner, Sheila A.
TY Flot Inc.
Tyco Electronics Corp.
Tyler Junior College
Tzeno, Albert
U.S. Plastic Corp.
UFP Grandview LLC
United Conveyor Supply Co.
United Electric Cooperative Services Inc.
United States Environmental Protection
  Agency
Universal Recycling Technologies LLC
University of Texas at Dallas, The
Valwood Improvement Authority
Velocity Industrial LLC
Verifications Inc.
Vessels, Rosemarie
Victoria Bearing & Industrial Supply
Vigil, Emeterio
Vigil, Y. Leticia Sanchez
Vigness, Richard
Vigness, Richard, Dr.
Voxai Solutions Inc.
Vu, Trang
Walter, Joseph
Walton, Cindy
Ward County (TX)
Washington, Edward

Waste Management RMC
Waukesha-Pearce Industries Inc.
WCR Inc.
Weatherby, Marvin
Webb, Bobby Nagato Jr.
Weedon, Betty
Western Data Systems
Western Marketing Inc.
White, Benny
White, Carl A.
White, India L.
Wichita County (TX)
Williams, Alene
Williams, Marilyn
Williams, Renee
Williams, S.W.
Wilson Co.
Wilson, Jeffrey
Wilson, Malicia
Windham Manufacturing Co. Inc.
Wire Rope Industries Ltd.
Wood, William
Worfe, Patti Easterling
Worthington, Carleen
Wright, Dennis
Wunder, Stella
Xerox Corp.
Yaites, Lisa
Yokogawa Corp. of America
York Pump & Equipment
Young County Appraisal District (TX)
Young, Mikal
Younger, Stephen C.
Zeefax Inc.
Zep Sales & Services
Zoe Ministries World Wide

## SCHEDULE 1(c)

### Committee Members

ADA Carbon Solutions (Red River) LLC
American Stock Transfer & Trust Co.
Bank of New York Mellon
Belleair Aviation
Brown & Zhou
Fahy, David William
Fenicle, George
Fenicle, Shirley
HCL America Inc.
Landon, Mark B.
Law Debenture Trust Co. of New York
Pension Benefit Guaranty Corp.
Tinkham, Peter
Wilmington Savings Fund Society

**SCHEDULE 1(d)**

**Contract Amendments & Assumptions**

3B Dozer
Ada Carbon Solutions
Alstom
Ameco
Apptio Inc.
Areva Enrichment
Aurea Energy Solutions
B.G. Construction
BNSF / KCS Monticello
Boltech Mannings
Cameron Construction
Cloud Peak Energy LLC
Dell (Secureworks)
ETTL Engineers & Consultants Inc.
Explosive Professionals Inc.
FL Smidth Airtech Inc.
Flanders Electric Inc.
Fluor
Freese & Nichols
GATX Railcar Lease
GE
GE Capital Railcar Lease
Georgia Western
Golder Associates Inc.
HDR Engineering Inc.
Headwaters
Headwaters Resources Inc.
Humphrey & Associates
J & S Construction LLC
Jaster Quintanilla
Johnson & Pace Inc.
Key Equipment Railcar Lease
LES
Lochridge Priest
Louisiana Energy Services LLC

Mammoet
Mammoet USA South Inc.
Mastercraft
Merico
Metco Environmental
Mine Service
MPW
National Gypsum Inc.
North Louisiana Land Grading Inc.
P&E Mechanical
Pastor Behling & Wheeler LLC
Performance Contracting Inc.
Ray W. Davis Consulting Engineers
Red Ball Oxygen Company Inc.
Secureworks Inc.
Siemens Demag Delaval Turbomachinery Inc.
Siemens Energy Inc.
Simeio
Simeio Solutions Inc.
SMBC Railcar Lease
Software Licenses
Sojitz Railcar Lease
Southern Crane & Elevator
Southern Tire
Southern Tire Mart
Tarrant County
TRWD
Urenco
Urenco Enrichment Co. Ltd.
URS Corporation
VEOLIA
Voxai Solutions Inc.
Wells Fargo Railcar Lease

**SCHEDULE 1(e)**

**Contract Counterparties**

3B Dozer Service
4-L Engineering Company Inc.
Absolute Consulting Inc.
Aggreko LLC
AGR Group LLC
Allied Environmental Solutions Inc.
American Elevator Technologies
Apptio Inc.
Aramark Uniform Services
Areva NP Inc.
Areva NP PLC
Aurea Energy Solutions
B.G. Construction
BCS Stop & Go Potties
Beacon Aviation Inc.
Bentley Systems Inc.
Black & Veatch Corp.
Bolin Construction Inc.
Bolttech-Mannings Inc.
Bullard Inc.
Burns & McDonnell
Cameron Construction & Equipment
Capcorp
Celtex Industries Inc.
Century Geophysical Corp.
Chemical Lime Inc.
Clary E&I Services LLC
Clyde Bergemann Inc.
Computer Associates
Computer Engineering Services
Conco Services Corp.
Conco Systems Inc.
Continental Field Systems
Core Visual Inspection Services
Courtney Construction Inc.
Crane Nuclear Inc.
CRC Group Inc.
CTI
Curtiss-Wright Flow Control Corp.
Dallas, City of (TX)
Don Drive Interiors Inc.
DST Output Inc.
East Texas Testing Laboratory Inc.

Emerson Process Management
Enduring Resources LLC
Enercon Services Inc.
Energysolutions Services Inc.
ETTL Engineers & Consultants Inc.
Experian
Explosive Professionals Inc.
Fina, Michael C.
First National Bank of Granbury
Flanders Electric Inc.
FLSmidth Airtech Inc.
Freese & Nichols
Frham Safety Products Inc.
GE Oil & Gas Compression Systems LLC
    (Cameron Compression)
General Electric Co.
Georgia Western Inc.
Glen Rose Medical
Golder Associates Inc.
Graver Technologies Inc.
GTTSI
Hamon Custodis Inc.
HDR Engineering Inc.
Headwaters Resources Inc.
Holman Boiler Works Inc.
Holt Cat
Hulcher Services Inc.
Humphrey & Associates Inc.
Hydrotex Dynamics Inc.
Infogroup
Ingersoll Rand Co.
Intech Inc.
Integrated Power Services LLC
J&S Construction LLC
J. Givoo Consultants Inc.
Jani-King Inc.
Jaster Quintanilla Dallas LLP
Johnson & Pace Inc.
Joyce Steel Erection Inc.
KHA Geologics LLC
Koetter Fire Protection
Konecranes Nuclear Equipment & Services
La Frontera Generation LLC

La Frontera Holdings LLC
Lochridge-Priest Inc.
Lone Star Railroad
Lonestar Consulting Group LLC, The
LRS-RDC Inc.
M&T Bank
Mammoet USA South Inc.
Master Lee
Mastercraft Printed Products
Meridium
MHC X-Ploration Corp.
Mine Service
MPW Industrial Water
National Gypsum Inc.
NextEra Energy Operating Services LLC
NextEra Energy Power Marketing LLC
NextEra Energy Resources LLC
North Louisiana Land Grading Inc.
Northeast Texas Power Ltd.
Nucon International Inc.
OEAAT Inc.
P&E Mechanical Contractors LLC
Pastor Behling & Wheeler LLC
Performance Contracting Inc.
Perry & Perry
Price International Inc.
Ray W. Davis Consulting Engineers
Raytheon Engineers & Constructors Inc.
Republic Services National
Rutherford Equipment Services
Ryan LLC
Sabine River Authority of Texas
Saulsbury Industries
Scope Management

Secureworks Inc.
Securitas Security Services USA
SetPoint Integrated Solutions
Shermco Industries Inc.
Siemens Power Generation Inc.
Simeio Solutions Inc.
Sojitz Corp. of America
Southern Crane & Elevator
Southern Tire Mart
Sun Technical Services Inc.
Sunbelt Supply Co.
Sunbelt Supply Co.
Sungard Consulting Services Inc.
Team Industrial Services Inc.
Teledyne
TEX Blast Sandblasting
Texas Eco Services Inc.
TPG Global LLC
TransUnion Corp.
TRC Cos. Inc.
TY Flot Inc.
UBM Enterprise Inc.
United Engineers & Constructors
URS Corp.
Venture Aggregates LLC
Veolia
Voxai Solutions Inc.
W.W. Grainger Inc.
Watco Companies Inc.
Wells Fargo Bank Northwest NA
Westinghouse Electric Co. LLC
Williams Scotsman Inc.
Womble Drilling Company Inc.
W-S Industrial Services

## SCHEDULE 1(f)

### Merger Agreement Counterparties

Anchorage Capital Master Offshore Ltd.
Arch Reinsurance Ltd.
Arrowgrass Distressed Opportunities Fund
Ltd.
Arrowgrass Master Fund Ltd.
Atlas Enhanced Master Fund Ltd.
Atlas Master Fund Ltd.
Avenue Capital Management II LP
BAM Zie Master Fund Ltd.
BGF Global High Yield Bond Fund
BGF Global Multi-Asset Income Fund
BGF US Dollar High Yield Bond Fund
BHR Capital LLC as nominee for BHCO
Master Ltd. BHR Master Fund Ltd. &
BHR OC Master Fund Ltd.
BlackRock Core Bond Trust
BlackRock Corporate High Yield Fund Inc.
BlackRock Credit Allocation Income Trust
IV
BlackRock Credit Alpha Master Fund LP
BlackRock Diversified Distribution Fund
BlackRock Dynamic High Income Portfolio
of BlackRock Funds II
BlackRock Funds II BlackRock High Yield
Bond Portfolio
BlackRock Funds II BlackRock Strategic
Income Opportunities Portfolio
BlackRock Global Investment Series:
Income Strategies Portfolio
BlackRock Global Long/Short Credit Fund
of BlackRock Funds
BlackRock High Yield Portfolio
BlackRock High Yield Portfolio of the
BlackRock Series Fund Inc.
BlackRock High Yield VI Fund of
BlackRock Variable Series Funds Inc.
BlackRock Limited Duration Income Trust
BlackRock Multi-Asset Income Portfolio of
BlackRock Funds II
BlackRock Multi-Sector Income Trust
BlackRock Multi-Strategy Master Fund Ltd.
BlackRock Secured Credit Portfolio of
BlackRock Funds II

CA 534 Offshore Fund Ltd.
Centerbridge Credit Partners LP
Centerbridge Credit Partners Master LP
Centerbridge Special Credit Partners II LP
Crescent 1 LP
CRS Master Fund LP
Cyrus Opportunities Master Fund II LP
Cyrus Opportunities Master Fund II Ltd.
Cyrus Select Opportunities Master Fund
Ltd.
Deutsche Bank Securities Inc.
Flourish Investment Corp.
GSO Aiguille des Grands Montets Fund I
LP
GSO Aiguille des Grands Montets Fund II
LP
GSO Aiguille des Grands Montets Fund III
LP
GSO Cactus Credit Opportunities Fund LP
GSO Churchill Partners LP
GSO Coastline Credit Partners LP
GSO Credit Alpha Fund LP
GSO Credit-A Partners LP
GSO Palmetto Opportunistic Investment
Partners LP
GSO Special Situations Master Fund LP
Hunt Power Holdings LLC
JNL/BlackRock Global Long Short Credit
Fund
MET Investors Series Trust
MET Investors Series Trust BlackRock
High Yield Portfolio
Obsidian Master Fund, The
Ovation Acquisition I LLC
Ovation Acquisition II LLC
PCI Fund LLC
Pecos Partners LP
Steamboat Credit Opportunities Master
Fund LP
Strategic Income Opportunities Bond Fund
Taconic Master Fund 1.5 LP
Taconic Opportunity Master Fund LP

**SCHEDULE 1(g)**

**Other Interested Parties**

Albright, Wayne
Lambert, Amber
Rich, Jonathon
Thale, Timmy K.

## SCHEDULE 1(h)

### **Professionals**

Sher Tremonte LLP

## SCHEDULE 1(i)

### Parties that Have Disclosed Information Pursuant to Bankruptcy Rule 2019

Ad Hoc Committee of TCEH First Lien
    Creditors
Ad Hoc Group of TCEH Unsecured
    Noteholders
Anchorage Capital Group LLC
Angelo Gordon & Co. LP
Apollo Management Holdings LP
Arrowgrass Capital Partners (US) LP
Balyasny Asset Management LP
BHR Capital LLC
BlackRock Financial Management Inc.
BlueMountain Capital Management LLC
Brookfield Asset Management Private
    Institutional Capital Adviser (Canada)
    LP
Browder, Perry J.
Centerbridge Partners LP
Cyrus Capital Partners LP
Delaware Trust Co.
Deutsche Bank Securities Inc.
DO S1 Ltd.
Early, Ethan
Experian Information Solutions Inc.
Experian Marketing Solutions Inc.
Fortress Credit Opportunities Advisers LLC
Fox Rothschild LLP
FrankGecker LLP

Franklin Advisers Inc.
Franklin Mutual Advisers LLC
GSO Capital Partners LP
Halcyon Asset Management LLC
Julian, Barry
Kazan, Steven
King Street Capital Management LP
Liberda, Charlotte
Liberda, Curtis
Luxor Capital Group LP
Nomura Securities International Inc.
Oaktree Capital Management LP
OZ Management LP
Paul Weiss Rifkind Wharton & Garrison
    LLP
Paul, Robert
Paulson & Co. Inc.
Southpaw Credit Opportunity Master Fund
    LP
Taconic Capital Advisors LP
VR Advisory Services Ltd.
VR Global Partners LP
Waveny Capital Management LP
White & Case LLP
Whitebox Advisors LLC
Young Conaway Stargatt & Taylor LLP

**SCHEDULE 1(j)**

**Third Notice of Satisfaction**

4-Star Hose And Supply Incorporated
6425 Gess Limited
Abbott, Cynthia
Abbott, Grayson
Able Communications Incorporated
Adams, Michael Glenn
AHF Aspen Chase LLC
AHF Community Development LLC
AHL Princeton LLC
Airgas USA LLC
Allied Waste Industries
Allums, Carolyn
Alpha Barnes Real Estate Services LLC
Anderson, Craig
Anderson, Earnestine E.
Anderson, Roy Lee
Angus Systems Group Incorporated
Aon Risk Services Southwest Incorporated
Applegate, Eddie
Applegate, Joy
APS America LLC
Arbill Industries Incorporated
Archer City Independent School District
Arlington Independent School District
Arnett, Hannah S.
Arnold, Billy W.
Ashmore, Casey
Ashmore, Courtney
AT&T Incorporated
Avis Box
Axway Incorporated
Babcock & Wilcox Power Generation
    Group Incorporated
Bailey, Walter L.
Baker, Christopher D.
Baker, Lori
Banks, Herbert
Barnett, Jack W.
Bayless Auto Supply
Baylor County
Beasley, Emma L.
Benbrook, City of
Blackwell Independent School District

Blue Ridge Independent School District
Bluebonnet Electric Cooperative
    Incorporated
BNY Mellon Asset Servicing
Bowen, M.S.
Bowens, Fannie
Bowens, T.C.
Bradley, Kenneth
Brandes, Wanda
Breckenridge Independent School District
Bremond Independent School District
Brevard, Richard Weign
Brooks, Johnny Earl
Brown, Sherry A.
Budd, Murlyene
Bukowski Brothers Plumbing
Bullock, Ruby L.
Burkhart, Van Howard, Jr.
Business Interiors Incorporated
Calvert Chamber Of Commerce
Cameron Independent School District
Cantu Foods & Marketing Corporation
Carpenter, Billie J.
Carpenter, Bruce, Dr.
Carpenter, Dennis D.
Carvajal, Ludvina
Cassidy Turley Incorporated
Castlerock Communities LP
CATGlobal Mining LLC
CCET
CDW
Central Texas Security & Fire Incorporated
Chemtex Industrial
Chevrolet, Gabriel J.
Christian, Herschel D.
Citibank National Association
City And County of Denver Treasury
City of Dallas Attorney's Office
Cleburne Independent School District
Cleburne, City of
Clemmons, Mary Ann
Colorado City Independent School District
Commerce Independent School District

Competitrack Incorporated
Cone, Linda Gay Pearce
Cong Do
Continental Wireless Incorporated
Convergent Outsourcing Incorporated
Conway, Janet
Cook, Michael R.
Cooke County Appraisal District
Copperas Cove Independent School District
Craig, Ricky
Craig, Ronald
Craig, Russell
Creative Spark
Creek Point Limited Partnership
CT Corporation System
Daffan, Ron
Dansby, Eugene
Davis, Nina Mae
Dba All Pro Automotive
Delano Texas LP
Dell Marketing LP
Dennard, Charles L., Jr.
Dennis, Tim
Denson, Pamela A.
Dill, Jerry D.
Dill, Talma
Distribution Now LP
Dorough, Angela M.
Draper Tipps
Dresser Incorporated
D-Tec Incorporated
Dunnier, Jeff
DXP Enterprises Incorporated
Eagle Mountain-Saginaw Independent
    School District
El Paso County Treasurer
Electro Mark Incorporated
Embroid Art
Enerflex Energy Systems Incorporated
ESI Acquisition Incorporated
Estate of Dorothy Glasgow
Estate Of Early & B.W. Reece
Estate of Georgia Mae Johnson
Estate of Grover Tyler
Estate of Jessie Mae Simon
Estate of Jim Anderson

Estate of L. D. Wright
Estate of Lola B. Williams, The
Estate of Luberta Menefee
Estate of Luther Brightwell
Estate of Marie S. Brown
Estate of Maxine Kroll
Estate of Ruby Stewart
Estate of Wilford Anderson
F.E. Moran Special Hazard Systems
Fairfield Chamber of Commerce
Fastenal Company
Faulkner, Bobby R.
Faulkner, Gayle
Faulkner, Rubie Nell
Favill Funding Interest LP
Favors, Charles D.
Favors, Jeremy
Favors, Jessie C.
Ferguson, Fay
Fort Worth Cowtown Marathon
Foster, Kevin W.
Four Seasons Resort & Club
Franklin County
Freeman, Lanny
Freeman, Renea
Freestone County 4H Adult
Freestone County Agrilife
Fussell, Amelia G.
Gamble, Willie A., Jr.
Garretson, O.W.
Genola, Linda
Gilbert, Ron
Glasscock County Tax Office (TX)
Glen Rose, City of
Glenn, Alvin E.
Glenn, Linda
Global Rail Systems Incorporated
Goodgion, Edgar
Goss, Lillie
Goss, W.M.
Grapevine, City of
Grapevine-Colleyville Independent School
    District
Gray, Carrie
Green, Hazel
Green, Sherry A.

Greeney, Floyd
Greeney, Tommie M.
Greenville Independent School District
Greenville, City of
Groesbeck Independent School District
Groesbeck Lions Club
Haines, Coletha
Hall, Lauren Long
Hamilton, Delma C.
Hamilton, Jerry
Hammonds, Lucille
Hammonds, Robert
Hancock, Zelvin
Hanes, J.R.
Harper, Nathaniel
Harrison, Benjamin L.
Harrison, Heather L.
Harvey, Christopher R.
Hatley, Timothy W.
HCB Incorporated
Heard, Martha
Hearne Independent School District Project
    Graduation
Heffernan, Betty
Heffernan, John J.
Helen Irving Oehler Trust
Henson, Hugh M.
Hertz Equipment Rental Corporation
Hicks, Daniel
Hicks, Gail
High Plains Radiological Association
Highway Machine Co Inc
Hill County Appraisal District et al. (TX)
Hill, County of (TX)
Holliday, Mildred
Houston County Tax Office
Hulse, Ann
Hulse, John
Humphrey, Curtis
Instrument And Valve Services Company
IPC Systems Incorporated
Ipsos-Asi Incorporated
Jefferson County Treasurer
Jennings, Lajuan
Johnson, Michael E., Dr., Sr.
Johnson, Robert, Jr.

Jones, Dorothy J.
Jones, Mary S.
Jones, Orville D.
Joshua Independent School District
Joshua, City of
Justiss, Mildred C.
Kay Ann Mckinney Trust
Kc Spring Creek Apartments LP
Keith, Doris I.
Keith, Kenneth
Kelly, Permelia Elizabeth
Kenneth K. Kenny II Trust
Kirkendall, Lurline F.
Komandosky, John
Kosse Roping Club
La Quinta Inn #0505
La Quinta Inn #0558
La Quinta Inn #0960
Laboratory Systems Quality Services
Lancaster, Barbara
Langford, Carter N., Jr.
Larimer, County of (CO), Treasurer
Larry, Geneva
Leach, Don
Leon, County of (TX) et al.
Lewis, Mary
Logan County Treasurer
Lummus, James Randall
Lunsford, Bobbye
Lunsford, Harry
Lynn, Billy
Mail Systems Management Association
Mansfield Independent School District
Marion, Neta Abbott
McDonough, Amy
Mcelroy, Lillian M.
Mckinney, Jimmy L.
Mcneill, J.C.
Mcneill, Paula
Menephee, Sadie
Mesquite Independent School District
Mesquite, City of
Midway Townhomes Ltd.
Miles, Joe
Miles, Johnny
Miller, Beverly K.

Mitchell County Utility Company (TX)
Mitchell, County of
Monaghan, Orland W.
Monaghan, Richard Y.
Moore, Charles
Moore, Nancy Ruth Colley
Moreland, Benette S.
Morgan County Treasurer
Morris, Kenneth
Mount Pleasant Rodeo Association
Mullin, Stephanie
Murray, Cindy L.
Mustang Drilling Inc.
Navasota Valley Electric
Neundorfer Inc.
Newark Element14
Newberry Executive Solutions LLC
Nicholas, Terry
Nolan, County of (TX)
North Star Real Estate Services
Norton, Jerry
Odies Moore Estate
Olivo, Carlos
Otero, County of
Otis Elevator Company
Panola, County of
Pantego, Town of (TX)
Partida, Raynaldo
Pelham, Mattie Odell
Pentair Valves & Controls Inc.
Persful, Jerrye Steward
Pleasant Creek Corners Association
Quest Diagnostics Clinical Labs Inc.
Questcare Medical Services
R.R. Donnelley
Realty Associates Fund VII LP
Regional Steel Inc.
Reynolds, Kimberly Brevard
Rhymes, Genester
Riata Ford Ltd.
Richardson Independent School District
Richardson, David
Richardson, Keven
Roberts, Evelyn
Romco Equipment Co. LLC
Ross, Novella Sirls

Round Rock Independent School District
Rural Rental Housing Association of Texas
Sealy, E.R.
Seimears, Pat
Sells, Elizabeth
SGS North America Inc.
Sheets, Jan Johnson
Sheridan Park
Shettlesworth, Mettie
Shi International Corp.
Shivers, Cleora
Shreveport Rubber & Gasket Co.
Shull, Kathryn L.
Shumate, David Jr,
Shumate, Tanya
Silverpop Systems Inc.
Simmons, R.L.
Simon, Bernice
Simon, Clem
Simon, Isaiah
Simon, Odies
Simon, R.E.
SimplexGrinnell
Smith Welch Memorial Library
Smith, Amy
Smith, Charrla
Smith, Gladys L.
Smith, H.M.
Smith, Mary Dell
Soileau, Marvin
Soileau, Rowana Starr
Somervell, County of (TX)
Sonar Credit Partners Iii LLC
Southern Tire Mart
Southern Tire Mart #49
Southern Tire Mart LLC
Spencer, Alex L., Sr.
Sphar, Diana
Sprouse, James
Squires, Ineze
St. Joseph Regional Health Center
Standard, Grace
Stanley Consultants Inc.
Sternberg, Emile
Stewart, Robert G.
Strange, William D., Jr.

Stuart C. Irby Co.
Studio 206
Sweetwater Independent School District
Talley Chemical And Supply
Tannor Partners Credit Fund LP
Tatom, Susan Jean Colley
TES Incorporated
Texas Association of Appraisal Districts Inc.
Texas Energy Research Associates Inc.
Texas Pointe Royale Apartments
Thomas, Oliver D.
Thompson, Jake
Thompson, Sally
Thompson-Maples, Ella D.
Timber Ridge Housing II Ltd.
Timber Ridge Housing Ltd.
Transwestern Commercial Services LLC
Travis, County of (TX)
Trejo, Donna F.
Trejo, Miguel A.
Trojacek, Darrell W.
Trojacek, Staci L.
TX Kirnwood Apartments LP
Tyler Independent School District
United Telephone Company of Texas Inc.
Vacker, Panda Lynn Turner
Vansickle, O.B.
Varnado, O.A.
Verifications Inc.
Walters, Jo Ann
Ward, County of
Warrick-Burkhart, Bobbye M.

Waste Management - Rmc
Watson, David H.
Watson, L.A.
Watson, Mammie R.
Waukesha-Pearce Industries Inc.
Weaver, Adele
Weldon, Jack
Westwood Residential
Wichita, County of (TX)
Wicker, Linda Kay
Wilkerson, Sally
Wilkerson, Walter
Williams, Cora B.
Williams, Emma J.
Williams, John E.
Williamson, County of (TX) et al.
Wilson Company
Wood, Krystal
Wood, Mark
Wood, Pam
Worsham, Ola
Wright, C.J.
Wright, Dorothy
Wright, Eddie
Wright, J.D.
Wright, James
Wright, John
Wright, Patricia
Wright, Roscoe
Wright, Sandra Richardson
Young, County of (TX)
Zep Sales & Services

**SCHEDULE 2**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| Pentair Valves & Controls Inc. | Pentair Filtration Solutions LLC | Current |

**SCHEDULE 3**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| 3i Debt Management<br>3i Debt Management Investments Ltd.<br>3i Debt Management US LLC | 3i Investments plc | Current |
| AAF International<br>American Air Filter | AAF International | Current |
| Abovenet Communications Inc.<br>Cole-Parmer Instruments<br>Zayo Fiber Solutions<br>Zayo Group LLC | Josh M. Earl | Current |
| Abry Capital<br>Abry Partners<br>Abry Partners LLC<br>Grande Communications Networks LLC<br>Language Line Services<br>York Risk Services Group Inc. | Language Line Holdings, LLC | Current |
| Accessdata Group LLC | D. Fraser Bullock<br>Ronald P. Mika<br>Sorenson Capital, LLC<br>Tim W. Layton | Current<br>Current<br>Current<br>Current |
| ACDELCO, a Brand of GM Service and Parts Operations, A Division of General Motors<br>General Motors Corp.<br>General Motors Fleet & Commercial<br>General Motors LLC | Coskata, Inc. | Current |
| Advanced Discovery | Advanced Discovery Inc. | Current |
| Aetna<br>Aetna Hartford<br>Aetna Inc. | bswift Inc. | Current |
| Alcon Laboratories Inc.<br>Alcon Research Ltd. | Sandoz, Inc. | Current |
| AlixPartners<br>Apidos Capital | CVC Capital Partners | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| Apidos Capital Management LLC Chempoint CVC Capital Partners Ltd. CVC Credit Partners Evonik Energy Services LLC Univar Univar USA Inc. | | |
| All Pensions Group (APG) / Stichting Pensioenfonds ABP APG Asset Management | APG Asset Management APG Strategic Real Estate Pool LPP U.S. LLC | Current Closed |
| Allant Group Inc., The Global Knowledge Global Knowledge Training LLC MidOcean | MidOcean JF Holdings Corp. Ted Virtue | Current Current |
| Allianz Global Investors Caywood-Scholl Capital Management Nicholas Applegate Pacific Investment Management Pacific Investment Management - PIMCO Pacific Investment Management Co. LLC PIMCO Pimco High Income Fund | Pacific Investment Management Company, LLC | Current |
| Allstate Allstate Insurance Allstate Life Insurance Co. | Allstate Investments | Current |
| AlpInvest Partners Co-Investments 2007 CV Carlyle Carlyle Azure CLO Ltd. Carlyle Bristol CLO Ltd. Carlyle Daytona CLO Ltd. Carlyle High Yield Partners IX Ltd. | AlpInvest Partners B.V. Chertoff Group LLC, The Edward Mathias The Carlyle Group | Current Current Current Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| Carlyle High Yield Partners VII Ltd.<br>Carlyle High Yield Partners VIII Ltd.<br>Carlyle High Yield Partners X Ltd.<br>Carlyle Investment Management LLC<br>Carlyle McLaren CLO Ltd.<br>Carlyle Partners<br>Carlyle Veyron CLO Ltd.<br>CELF Advisors LLP<br>Claren Road<br>Coalfire Systems Inc.<br>Cogentrix Energy Power Management LLC<br>Duff & Phelps LLC<br>Highlander Euro CDO BV<br>Highlander Euro CDO II BV<br>Metropolitan West Asset Management<br>Stanfield Azure CLO Ltd.<br>Stanfield Bristol CLO Ltd.<br>Stanfield Carrera CLO Ltd.<br>Stanfield Daytona CLO Ltd.<br>Stanfield McLaren CLO Ltd.<br>Stanfield Veyron CLO Ltd.<br>Sullair Corp.<br>TCW Asset Management<br>Trust Company of the West | | |
| American Health Life Insurance Co.<br>CAFCO<br>Citi Prepaid Services<br>Citibank<br>Citibank Hold (SLT)<br>Citibank NA<br>Citibank NA Corporate Asset<br>Citibank New York | Citigroup Global Markets Inc.<br><br>Citigroup Global Markets Limited<br>Citigroup Inc. | Current<br><br>Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| Citibank-Distressed Secondary<br>Citicards CBNA<br>Citigroup<br>Citigroup Energy Inc<br>Citigroup Financial Products Inc.<br>Citigroup Global Markets Inc.<br>Citigroup Inc.<br>Citigroup Pension Plan<br>Citimortgage<br>Jeffries High Yield<br>JHYF 1 Loan Funding LLC<br>Kil Loan Funding LLC<br>OneMain Financial<br>Salomon Brothers Holding Co. Inc.<br>Sol Loan Funding LLC | | |
| American Red Cross<br>American Red Cross - Dallas Area Chapter | American Red Cross of Greater Chicago | Current |
| American Stock Transfer & Trust Co.<br>Apollo / Stone Tower<br>Apollo Capital<br>Apollo Capital Management<br>Apollo Global Management LLC<br>Apollo Investment Corp.<br>Apollo Management Holdings LP<br>Borden Chemical Inc.<br>Borden Inc.<br>Eastman Chemical Co.<br>Erie City Iron Works<br>Gulf Stream - Sextant CLO 2006-I Ltd.<br>Gulf Stream Compass CLO 2005-II Ltd.<br>Gulf Stream Sextant CLO 2007 1 Ltd. | Apollo Investment Management | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| Gulf Stream-Compass CLO 2007 Ltd. Gulf Stream-Rashinban CLO 2006-1 Lt Hexion Specialty Chemicals Neptune Finance CCS Ltd. Stone Tower Capital Zurn Industries Inc. | | |
| American Stock Transfer & Trust Co. Hudson Products Corp. | ICG EFV Luxembourg Sarl<br><br>ICG Europe Fund V Jersey Limited<br>Intermediate Capital Asia Pacific Limited<br>Intermediate Capital Group Inc.<br>Intermediate Capital Group plc | Current<br><br>Current<br>Closed<br>Closed<br>Current |
| Amoco Chemical Corp. Arco Chemical Co. ARCO Corp. Arco Oil & Gas Co. Atlantic Richfield Co. BP America Inc. BP America Production Co. BP Amoco Chemical Co. BP Canada Energy Marketing Corp. BP Corp. North America Inc. BP Energy BP Energy Co. BP Products North America Inc. Castrol Industrial NA Inc. Wasatch Energy LLC Welchem Inc. | Amoco Corporation<br>Amoco Oil Company<br>Boron Oil Company<br>BP Amoco plc<br>Standard Oil (Indiana)<br>Standard Oil of Ohio | Current<br>Current<br>Current<br>Current<br>Current<br>Current |
| Amundi Calyon Confluent 2 Ltd. Confluent 4 Ltd. | Credit Agricole S.A. | Current |
| Anchor Packing Co. Inc. Coltec Industries Inc. Garlock Inc. Garlock Sealing | Metalmark Capital LLC<br>Metalmark NNE Holdings LLC | Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| Technologies Inc.<br><br>Garlock Sealing Technologies LLC<br>Ocwen Loan Servicing LLC<br>Silgan Containers Corp.<br>Silgan Containers Corp. (Carnation) | | |
| Antero Resources I LP<br>Aramark Uniform Services<br>CPV Power Development Inc.<br>CPV Rattlesnake Den Renewable Energy Co. LLC<br>Essent Healthcare Inc.<br>Interactive Data<br>ISI Commercial Refrigeration Inc.<br>New Breed Logistics, Inc.<br>Santander Consumer USA Inc. | TriMark USA, LLC | Current |
| Ares Management LLC | Ares European Real Estate Fund IV, L.P.<br>Ares Management, L.P.<br>James H. Simmons, III | Current<br>Current<br>Current |
| Ashford TRS Sapphire VI LLC<br>Ashford TRS Sapphire VII LLC<br>HHC TRS Portsmouth LLC | Ashford Inc. | Current |
| AT&SF Railway Co., The<br>Berkshire Hathaway Inc.<br>BNSF / KCS Monticello<br>BNSF Railway Co.<br>BNSF Railway Co. - Coal Business Wire<br>Graver Technologies<br>Graver Technologies Inc.<br>Graver Water<br>Lubrizol Corp., The<br>Mouser Electronics Inc.<br>Pacificorp | Andrew P. Williams<br>Charter Brokerage Holdings Corp. | Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| Rockbestos Surprenant Cable Corp.<br>RSCC Wire & Cable LLC<br>Santa Fe Railroad<br>Union Tank Car Co.<br>US Underwriters Insurance Co.<br>World Marketing Dallas | | |
| AT&T<br>AT&T Corp.<br>AT&T Global Information Solutions<br>AT&T Inc.<br>AT&T Internet Services Inc.<br>AT&T Mobility<br>AT&T Mobility II LLC<br>AT&T Mobility LLC<br>AT&T Opus<br>AT&T Opus Billing Department<br>DIRECTV<br>New Cingular Wireless PCS LLC<br>Southwestern Bell Telephone<br>Southwestern Bell Telephone Co. | DIRECTV Sports Network LLC | Current |
| Atlas Copco<br>Atlas Copco Compressors LLC<br>Atlas Copco Comptec LLC<br>Atlas Copco Industrial Compressors Inc. | Edwards Japan Ltd.<br>Edwards Limited | Current<br>Closed |
| Autonomy Inc.<br>Hewlett Packard Financial Services Co.<br>Hewlett-Packard | Aruba Networks | Current |
| Avepoint Inc.<br>Salient Partners LP | Summit Partners LLP | Current |
| Babson Capital<br>Babson Capital Europe<br>Babson Capital | Babson Capital Australia<br>Babson Capital Management LLC<br>Massachusetts Mutual Life Insurance | Current<br>Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| Management<br><br>Massachusetts Mutual Life Insurance Co.<br>Oppenheimer<br>Oppenheimer Funds | Company | |
| Bank of America Corp.<br>Bank of America Fund<br>Bank of America Merrill Lynch<br>Bank of America NA<br><br>BofA Merrill Lynch<br>Eban Village I Apartments<br>Eban Village II Ltd.<br>Hampton Funding LLC<br>Laguna Funding LLC<br>LaSalle National Leasing Corp.<br>Merrill Lynch Capital Services<br>Merrill Lynch Capital Services Inc.<br>Merrill Lynch Commodities<br>Merrill Lynch Pierce Fenner & Smith<br>Merrill Lynch Pierce Fenner & Smith Inc. (Broker)<br>Merrill Lynch/Bank of America<br>Nations Bank, as trustee | Bank of America, N.A.<br>Bank of America, N.A., Beijing Branch<br>Merrill Lynch Far East Limited<br><br>Merrill Lynch, Pierce, Fenner & Smith, Inc. | Current<br>Current<br><br>Current<br><br>Current |
| Bank of Tokyo-Mitsubishi UFJ<br>Bank of Tokyo-Mitsubishi UFJ Ltd., The<br>Mitsubishi UFJ Financial Group Inc.<br>Union Bank NA | JSA International Holdings, L.P. | Current |
| Bank One Purchasing Card<br>Bank One Travel Card<br>Chase Bank USA NA<br>Chase Investments | Chase Bank USA<br>Chase Paymentech Solutions LLC<br>Christina Trowbridge<br>J.P. Morgan Securities LLC | Current<br>Current<br>Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| Chase Lincoln First Commercial Corp. | JPMorgan Chase & Co. | Current |
| Chase Paymentech LLC | JPMorgan Chase Bank, N.A. | Current |
| Highbridge | | |
| Highbridge Capital | | |
| J.P. Morgan Securities LLC | | |
| JP Morgan | | |
| JP Morgan Chase & Co. | | |
| JP Morgan Chase Bank | | |
| JP Morgan Chase Bank NA | | |
| JP Morgan Chase Co. | | |
| JP Morgan Chase NA | | |
| JP Morgan Investment Management | | |
| JP Morgan Securities Inc. | | |
| JP Morgan Securities LLC | | |
| JP Morgan Whitefriars Inc. | | |
| JPM Chase | | |
| JPM Pacholder | | |
| JPM Whitefriars Inc. | | |
| JPMorgan Asset Management | | |
| JPMorgan Asset Management - US | | |
| JPMorgan Asset Management-Cincinnati | | |
| JPMorgan Chase | | |
| JPMorgan Chase Bank NA | | |
| JPMorgan Chase Bank NA (IL) | | |
| JPMorgan Chase Bank NA (NY) | | |
| JPMorgan Chase Bank NA (OH) | | |
| JPMorgan Chase Bank NA (TX) | | |
| JPMorgan Chase Retirement Plan, The | | |
| JPMorgan Chase through Met Life | | |
| JPMorgan Core Plus Bond Fund | | |
| JPMorgan High Yield Fund | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| JPMorgan Income Builder Fund<br>JPMorgan Strategic Income Opportunities Fund<br>Jpmorgan Ventures Energy Corp.<br>NCO Financial Systems Inc.<br>Pacholder High Yield Fund LP<br>Paymentech LP | | |
| Barclays<br>Barclays Bank<br>Barclays Bank PLC<br>Barclays Bank PLC, Cayman Islands Branch<br>Barclays Bank PLC, New York Branch | Barclays<br>Barclays Capital | Current<br>Current |
| bcIMC (WCBAF) Private Placement (2006) Investment Corp.<br>bcIMC Private Placement (2006) Investment Corp. | British Columbia Investment Management Corporation | Current |
| Bechtel Construction Co.<br>Bechtel Construction Operations Inc.<br>Bechtel Corp.<br>Bechtel Energy Corp.<br>Bechtel Enterprise Holding Inc.<br>Bechtel Environmental Inc.<br>Bechtel Equipment Operations Inc.<br>Bechtel Group Inc.<br>Bechtel Infrastructure Corp.<br>Bechtel National Inc.<br>Bechtel Personnel & Operational Services Inc.<br>Bechtel Power Corp.<br>Bechtel Software Inc. | Bechtel Corporation | Current |
| Bell Atlantic Master Trust<br>Cellco Partnership<br>General Telephone Co. | GTE Wireless<br>Verizon Business Global LLC<br>Verizon North Inc. | Current<br>Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| GTE<br>Verizon<br>Verizon Business<br>Verizon Southwest<br>Verizon Wireless | Verizon North Inc. - PA<br>Verizon Pennsylvania Inc. | Current<br>Current |
| Bently Nevada Corp.<br>Dresser Inc.<br>Dresser Inc.-Masoneilan<br>GE<br>GE Analytical Instruments<br>GE Analytical Instruments Business Group<br>GE Analytical Instruments Inc.<br>GE Betz Inc.<br>GE Capital<br>GE Capital Railcar Lease<br>GE Control Solutions<br>GE Energy<br>GE Energy Control Solutions Inc.<br>GE Energy Management Services Inc.<br>GE Energy Motors<br>GE Energy Parts<br>GE Energy Services<br>GE Industrial Systems<br>GE Infrastructure Sensing Inc.<br>GE Inspection Technologies LP<br>GE Intelligent Platforms Inc.<br>GE International Inc.<br>GE Mobile Water Inc.<br>GE Multilin<br>GE Nuclear Energy<br>GE Oil & Gas Compression Systems LLC<br>GE Technology Finance<br>GE Transportation Finance<br>GE Transportation System<br>General Electric Co. | Arc Logistics Partners L.P.<br>David Brackett<br>John G. Martin<br>Stuart Aronson | Current<br>Current<br>Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| General Electric International Inc. GETS Global Signaling Lufkin France Lufkin Industries Inc. Lufkin Rubber & Gasket SmartSignal Corp. Water & Process Technologies | | |
| Berry Petroleum Co. | Linn Energy Holdings, LLC | Current |
| BF Goodrich Co. Carrier Air Conditioning Carrier Corp. Goodrich Corp. Mostek Corp. Otis Elevator Co. Otis Elevator Corp. | International Comfort Products, LLC UTC Building & Industrial Systems | Current Current |
| BGF Global High Yield Bond Fund BGF Global Multi-Asset Income Fund BGF US Dollar High Yield Bond Fund Blackrock BlackRock Advisors LLC BlackRock Core Bond Trust BlackRock Corporate High Yield Fund Inc. BlackRock Credit Allocation Income Trust IV BlackRock Credit Alpha Master Fund LP BlackRock Diversified Distribution Fund BlackRock Dynamic High Income Portfolio of BlackRock Funds II Blackrock Financial Management BlackRock Financial Management Inc. | BlackRock Kelso Capital | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| BlackRock Funds II BlackRock High Yield Bond Portfolio BlackRock Funds II BlackRock Strategic Income Opportunities Portfolio BlackRock Global Investment Series Income Strategies Portfolio BlackRock Global Long/Short Credit Fund of BlackRock Funds BlackRock High Yield Portfolio BlackRock High Yield Portfolio of the BlackRock Series Fund Inc. BlackRock High Yield VI Fund of BlackRock Variable Series Funds Inc. BlackRock Limited Duration Income Trust BlackRock Multi-Asset Income Portfolio of BlackRock Funds II BlackRock Multi-Sector Income Trust BlackRock Multi-Strategy Master Fund Ltd. CA 534 Offshore Fund Ltd. JNL/BlackRock Global Long Short Credit Fund MET Investors Series Trust MET Investors Series Trust BlackRock High Yield Portfolio Obsidian Master Fund, The Steamboat Credit Opportunities Master Fund LP Strategic Income Opportunities Bond Fund | | |
| Bishop Lifting Products | Brian Hoesterey | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| | Thomas Pryma | Current |
| Blackstone / GSO | Huntley & Huntley Energy Exploration, LLC | Current |
| Blackstone Advisory Partners LP | LLOG Bluewater, LLC | Current |
| Blackstone Debt Advisors | The Blackstone Group | Current |
| Blackstone Special Funding (Ireland) | The Blackstone Group International Partners LLP | Current |
| Comstock Oil & Gas LP | | |
| GSO | | |
| GSO Aiguille des Grands Montets Fund I LP | | |
| GSO Aiguille des Grands Montets Fund II LP | | |
| GSO Aiguille des Grands Montets Fund III LP | | |
| GSO Cactus Credit Opportunities Fund LP | | |
| GSO Capital Partners LP | | |
| GSO Churchill Partners LP | | |
| GSO Coastline Credit Partners LP | | |
| GSO Credit Alpha Fund LP | | |
| GSO Credit-A Partners LP | | |
| GSO Palmetto Opportunistic Investment Partners LP | | |
| GSO Special Situations Master Fund LP | | |
| GSO/Blackstone Debt Funds Management LLC | | |
| Harbourmaster Capital | | |
| La Quinta Inn #0505 | | |
| La Quinta Inn #0558 | | |
| La Quinta Inn #0960 | | |
| LQ Management LLC | | |
| Mustang Ridge Apartments LP | | |
| BLT 24 LLC | Credit Suisse Securities (USA) LLC | Current |
| BLT 27 LLC | | |
| BLT 33 LLC | | |
| BLT 36 LLC | | |
| BLT 42 LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| BLT 8 LLC<br>BLT I LLC<br>Credit Suisse<br>Credit Suisse Alternative Capital Inc.<br>Credit Suisse Alternative Investments<br>Credit Suisse Asset Management LLC (CSAM)<br>Credit Suisse Asset Management LLC (US)<br>Credit Suisse Asset Manager<br>Credit Suisse Capital LLC<br>Credit Suisse Energy LLC<br>Credit Suisse Group AG<br>Credit Suisse International<br>Credit Suisse Loan Funding LLC<br>Credit Suisse Securities USA LLC<br>Credit Suisse, Cayman Islands Branch | | |
| Blue Cross Blue Shield Health Care Services Corp.<br>Blue Cross Blue Shield of Texas<br>Colorado Bankers Life Insurance Co.<br>Dearborn National Life Insurance Co. | Blue Cross Blue Shield of Texas<br><br>Health Care Service Corporation | Current<br><br>Current |
| BMO Asset Management Inc.<br>BMO Capital Markets | BMO Capital Markets | Current |
| Boise Cascade Corp.<br>CDW<br>CDW Direct LLC<br>Nuveen Asset Management LLC<br>Symphony Asset Management<br>Symphony Asset Management LLC | CDW LLC<br>James N. Perry | Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| VWR International LLC | | |
| Boomi Inc.<br>Dell (Secureworks)<br>Dell Computer Corp.<br>Dell Inc.<br>Dell Marketing LP<br>Dell Software Inc.<br>Dell USA LP<br>EMC Corp.<br>Interactive Data<br>IPC Systems Inc.<br>Quest Software<br>Quorum Business Solutions (USA) Inc.<br>RSA Security LLC<br>Secureworks Inc.<br>Solarwinds Inc.<br>VMware Inc. | Neil Barua | Current |
| Box Inc.<br>Copano Energy Services<br>Encana Oil & Gas USA<br>Papa Johns International Inc.<br>Sungard Consulting Services Inc.<br>Sungard Consulting Services LLC<br>Sungard Energy Systems<br>Survey Monkey Inc.<br>TPG<br>TPG Capital LP<br>TPG Capital Management LP<br>TPG FOF V-A LP<br>TPG FOF V-B LP<br>TPG Global LLC<br>TPG Inc.<br>TPG Management LP<br>TPG Partners IV LP<br>TPG Partners V LP<br>XOJet Inc.<br>Xojet On | M West REIT, Inc.<br>TPG Real Estate<br>TPG Real Estate Partners II, LP<br>TPG Special Situations Partners, LLC | Current<br>Current<br>Current<br><br>Current |
| Bright Truck Leasing Co. | Penske Truck Leasing Co., L.P. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| Hertz-Penske Leasing | | |
| Bryan Pendleton Swats & McAllister LLC | Kirk Hartman | Current |
| First Union Commercial Corp. | Philip Tretiak | Current |
| First Union Rail Corp, a Wells Fargo Co. | Wells Fargo Bank, N.A. | Current |
| Wachovia Bank NA | Wells Fargo Securities LLC | Current |
| Wells Capital Management | WFC Holdings Corporation | Current |
| Wells Capital Management Inc. | | |
| Wells Fargo | | |
| Wells Fargo Bank | | |
| Wells Fargo Bank Northwest NA | | |
| Wells Fargo Commodities LLC | | |
| Wells Fargo Credit Inc. | | |
| Wells Fargo Dealer Services Inc. | | |
| Wells Fargo Equipment Finance Inc. | | |
| Wells Fargo Home Mortgage | | |
| Wells Fargo Rail Car | | |
| Wells Fargo Railcar Lease | | |
| Calder Testers Inc. | NASS | Current |
| Integrated Global Services, Inc. | North American Protection and Control, LLC | Current |
| North American Substation Services | | |
| Canada Revenue Agency | CPP Investment Board | Closed |
| CPP Investment Board (USRE II) Inc. | Crown in Right of Ontario, as Represented by the Ministry of Energy and Ministry of the Attorney General (of Ontario, Canada) | Closed |
| CapGemini America Inc. | iGate Corporation | Closed |
| Central Transport International Inc. | Central Transport International, Inc. | Current |
| Citadel Investment Group | Kenneth Griffin | Current |
| Citadel Securities Trading LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| Competitrack Incorporated National Technical Systems | Aurora Management Partners V L.P. | Current |
| Computershare | Computershare Holdings Inc. | Current |
| Computershare Trust Co. of Canada | Computershare Inc. | Current |
| Computershare Trust Company NA | Specialized Loan Servicing Holdings LLC | Current |
| KCC | Specialized Loan Servicing LLC | Current |
| Comverge Inc. | Bayside Capital | Current |
| HIG Whitehorse | H.I.G. Bayside Loan Opportunity (Cayman) Fund II, L.P. | Current |
| Metco Environmental | H.I.G. Bayside Loan Opportunity Fund II, L.P. | Current |
| TestAmerica Air Emission Corp. | H.I.G. Capital Partners II, L.P. | Current |
| Whitehorse Capital | H.I.G. Capital Partners III, L.P. | Current |
| WhiteHorse Capital Partners | H.I.G. Europe Capital Partners, L.P. | Current |
| Whitehorse Capital Partners LP | H.I.G. Venture Investments, L.P. | Current |
| | H.I.G. Venture Partners, L.P. | Current |
| Convergent Outsourcing | Daniel M. Gill | Current |
| CQG Inc. | CQGT, LLC | Current |
| CSC Trust Co. of Delaware | Wilmington Trust SP Services (Frankfurt) GmbH | Current |
| M&T Bank Wilmington Trust Co. Wilmington Trust FSB Wilmington Trust Investment Management LLC Wilmington Trust NA | | |
| Danaher Industrial Controls | Devicor Medical Products Holdings, Inc. | Current |
| Davis Inotek Instruments Fluke Corp. Fluke Electronics Hach Co. Iris Power LP Leica Inc. Pall Corp. Qualitrol Co. LLC | Devicor Medical Products, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| Serveron Corp. Tektronix Inc. | | |
| Davidson Kempner Partners DK Partners | Davidson Kempner European Partners LLP | Current |
| DB Energy Trading DB Energy Trading LLC | DB U.S. Financial Markets Deutsche Alternative Asset Management Global Limited | Current Closed |
| DB Portfolio Deutsche Asset Management Deutsche Asset Management (DeAM) Deutsche Asset Management Syndicate Deutsche Bank Deutsche Bank - FM Deutsche Bank AG Deutsche Bank AG, Cayman Islands Branch Deutsche Bank AG, London Branch Deutsche Bank AG, New York Branch Deutsche Bank Securities Inc. Deutsche Bank Trust Co. Americas Deutsche Bank Trust Co. Americas, Admin Deutsche Investment Management Americas Inc. | Deutsche Bank AG Deutsche Bank AG, New York Branch Deutsche Bank Americas Holding Corporation Deutsche Bank Securities, Inc. Deutsche Bank Trust Company Americas Deutsche Bank Trust Corporation | Current Current Current Current Current Current |
| Delaware Investments Macquarie Bank Ltd. Macquarie Bank Ltd.- Sydney Head Office Macquarie Energy LLC Macquarie Futures Macquarie Futures USA Inc. Macquarie Futures USA LLC | Macquarie Capital Group Limited (U.K. Branch) Macquarie Infrastructure and Real Assets, Inc. | Current Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| Macquarie Investment Management | | |
| Distribution International Integrated Power Services LLC Luminator Holding LP Qualawash Holdings LLC Railworks Track Systems Railworks Track Systems Inc. Railworks Track Systems Texas Thermon Heat Tracing Services | CCS-CHC Holdings, LLC LTG Acquisition, Inc. | Current Current |
| Dynamex Inc. Prince Minerals Inc. Taco Bueno Restaurants LP | TransForce, Inc. | Current |
| E. Systems Inc. Raytheon Engineers & Constructors Inc. Raytheon Systems Co. Websense Inc. | Websense, Inc. | Current |
| Eastman Chemical Co. McWhorter Technologies Inc. | Eastman Chemical Company | Current |
| Empirix Inc. Opnet Technologies Solarwinds Inc. Tripwire Inc. | Paul Holden Spaht, Jr. Riverbed Parent, Inc. Riverbed Technology, Inc. | Current Current Current |
| Enduro Composites Inc. | Pritzker Family Foundation | Current |
| EnerVest Operating LLC Examination Management Services Inc. | Beecken Petty O'Keefe & Company, LLC Beecken Petty O'Keefe Fund II, L.P. Beecken Petty O'Keefe Fund QP II, L.P David K. Beecken EnerVest, Ltd. | Current Current Current Current Current |
| Environmental Systems Corp. | Churchill Equity, Inc. | Former |
| Ethicon Inc., a Johnson & Johnson Co. | Johnson & Johnson | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| Federal Communications Commission<br>Federal Deposit Insurance Corp. (FDIC)<br>Federal Emergency Management Agency (FEMA)<br>Internal Revenue Service<br>Jackson, Lisa P., in her official capacity as Administrator of the USEPA<br>Jackson, Lisa, as Administrator of the U.S. Environmental Protection Agency<br>McCarthy, Gina, as Administrator of the U.S. Environmental Protection Agency<br>Mine Safety & Health Administration (MSHA), U.S. Department of Labor<br>National Institute of Standards & Technology<br>National Scientific Balloon Facility<br>Office of Surface Mining<br>Oklahoma City Air Logistics Center<br>Pension Benefit Guaranty Corp.<br>Perciasepe, Bob, in his capacity as Acting Administrator, USEPA<br>Richards-Gebaur AFB<br>Securities and Exchange Commission<br>Tennessee Valley Authority<br>United States Attorney, Office of the<br>United States Customs & Border Protection | Konstantina Diamantopoulos | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| United States Department of Agriculture, Rural Utilities Service | | |
| United States Department of Energy | | |
| United States Department of Justice | | |
| United States Department of Labor | | |
| United States Department of The Treasury, Internal Revenue Service (IRS) | | |
| United States Department of Treasury | | |
| United States Environmental Protection Agency | | |
| United States Mine Safety & Health Administration | | |
| United States Naval Academy | | |
| United States Nuclear Regulatory Commission | | |
| United States of America | | |
| United States Treasury Single Taxpayors (IRS) | | |
| United States Trustee, Office of the | | |
| US Air Force | | |
| US Army Corp. of Engineers | | |
| US Coast Guard | | |
| US Corps of Engineers | | |
| US Department of Justice | | |
| US Department of The Army | | |
| US Department of Transportation | | |
| US Drug Enforcement Administration | | |
| US Drug Enforcement Agency | | |
| US Internal Revenue Service | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
| --- | --- | --- |
| USAF | | |
| FedEx Techconnect Inc. | FedEx Custom Critical, Inc.<br>FedEx Ground Package Systems, Inc.<br>FedEx Truckload Brokerage, Inc. | Current<br>Current<br>Current |
| Fir Tree | Fir Tree Partners Inc. | Current |
| Foster & Kleiser<br>HD Supply Construction Supply Ltd.<br>HD Supply Utilities Ltd.<br>Sankaty<br>Sankaty Advisors LLC<br>Securitas Security Services USA Inc.<br>SimplexGrinnell<br>SimplexGrinnell LP<br>Skillsoft Corp.<br>Sungard Consulting Services Inc.<br>Sungard Consulting Services LLC<br>Sungard Energy Systems<br>Survey Monkey Inc.<br>Tealium Inc.<br>Toys R Us-Delaware Inc.<br>Tyco Fire Products<br>VXI Global Solutions Inc.<br>Westfire Inc.<br>Yarway Corp. | Bain Capital Europe, LLP<br>Brookside Capital<br><br>Securitas Direct AB | Current<br><br>Current<br><br>Current |
| Fox Rothschild LLP | Fox Rothschild LLP | Current |
| Future Fund Board of Guardians | Future Fund Investment Company No.1 Pty Ltd.<br>Future Fund Investment Company No.2 Pty Ltd.<br>Future Fund Investment Company No.3 Pty Ltd.<br>Future Fund Investment Company No.4 Pty Ltd.<br>Future Fund Investment Company No.5 Pty Ltd.<br>Future Fund Investment Company No.6 Pty Ltd. | Current<br>Current<br>Current<br>Current<br>Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| Gardner Denver Machinery Inc.<br>Gardner Denver Nash<br>Gardner Denver Nash LLC<br>Gardner Iron & Metal Co. Inc.<br>I-Deal LLC<br>Itochu Corp.<br>Jostens Inc.<br>KKR<br>KKR & Co. LP<br>KKR 2006 Fund LP<br>KKR Asset Management LLC<br>KKR Associates Reserve LLC<br>KKR Capital Markets<br>KKR Debt Investors II (2006) (Ireland) LP<br>KKR Financial CLO 2005 2 Ltd.<br>KKR Financial CLO 2005-1 Ltd.<br>KKR Financial CLO 2006-1 Ltd.<br>KKR Financial CLO 2007-1 Ltd.<br>KKR Financial CLO 2007-A Ltd.<br>KKR Financial Holdings LLC<br>KKR PEI Investments LP<br>Kohlberg Kravis Roberts & Co.<br>Kohlberg Kravis Roberts & Co. LP<br>Legend Natural Gas IV LP<br>Master-Halco Inc.<br>Samson Lone Star LP<br>Samson Resources Co. | Trinity River Energy, LLC | Current |
| Georgia Gulf Corp. | Axiall Corporation | Current |
| GIC (Government Investment Corporation of Singapore) | UOB Asia Investment Partners Pte Ltd. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| GIC Private Ltd. Government of Singapore Investment Corp. Pte Ltd. | | |
| Goldman Sachs Goldman Sachs & Co. Goldman Sachs Credit Goldman Sachs Financial Square Government Fund Goldman Sachs Fund Group Goldman Sachs Lending Partners LLC GS Capital Partners J Aron Co. J. Aron & Co. J.Aron/Goldman Sachs | Goldman Sachs International | Current |
| Hitachi Data Systems Hitachi Data Systems Corp. Hitachi Data Systems Credit Corp. Hitachi Power Systems America Mechanical Dynamics Mechanical Dynamics & Analysis Inc. Mechanical Dynamics & Analysis Ltd. Mitsubishi Electric Power Products Inc. Renewal Parts Maintenance Inc. | Mechanical Dynamics & Analysis, Ltd. | Current |
| Houlihan Lokey Capital Inc. Mariner Mariner LDC | Houlihan Lokey Howard & Zukin Mariner Investment Group, LLC | Current Former |
| Household International HSBC Bank PLC HSBC Card Services Inc. HSBC Holdings PLC HSBC Securities USA Inc. Samson Lone Star LLC | HSBC Corporate Finance (Hong Kong) Limited HSBC Holdings PLC | Current Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| Illinois Department of Revenue | Governor Bruce V. Rauner and the Office of the Illinois Governor | Current |
|  | Illinois Department of Revenue | Closed |
| Integra Energy LLC | SandRidge Energy, Inc. | Current |
| Johann Haltermann Ltd. | Heritage Environmental Services LLC | Current |
| John Hancock Life Insurance Co. John Hancock Variable Life Insurance Co. Manufacturers Life Insurance Co. Manulife Insurance Co. | John Hancock Life Insurance Company | Current |
| King Street Capital LLP King Street Capital Management LP | King Street Partners L.P. Inc. | Current |
|  | KSP III L.P. | Current |
|  | Wentworth Sons Holdings S.C.A., Wentworth Sons Sub-Debt S.a.r.l., Wentworth Sons Senior Claims S.a.r.l. | Current |
| Kmart Sears Sears Roebuck & Co. | Sears Holdings Management Corporation | Current |
| Kraft Foods | H.J. Heinz Holding Corporation | Current |
| Lehman Lehman Brothers Lehman Brothers Commodity Services Inc. | Wentworth Sons Holdings S.C.A., Wentworth Sons Sub-Debt S.a.r.l., Wentworth Sons Senior Claims S.a.r.l. | Current |
| Magnetar Capital Magnetar Financial LLC | Alec Litowitz | Current |
| Manikay Partners LLC | Manikay Partners | Current |
| MasterCard Inc. MasterCard International Inc. | APT Software | Current |
| Maxim Crane Works | Platinum Equity, LLC | Current |
| McJunkin Red Man Corp. Red Man Pipe & Supply Co. | MRC Global (US) Inc. | Current |
| MEMC Electronic Materials (SW) Inc. | TerraForm Global, Inc. | Current |
| Mobile Mini I Inc. Ozburn-Hessey Logistics | WCAS Fund XII | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| LLC | | |
| Morrison Supply Co. TLO Trans Union Corp. Trans Union LLC TransUnion LLC | Advent International Advent Private Capital Pty Ltd. Distribution International, Inc. | Current Current Current |
| Munters Corp. | NC Advisory (UK) LLP Nordic Capital Fund VIII | Current Current |
| Navex Global Inc. Taxware LLC Tibco Software Inc. Websense Inc. | Anand Anbalagan John J. Stalder | Current Current |
| Navistar Inc. | Andrew P. Williams | Current |
| Newark Corp. Newark Element14 | Akron Brass Company | Current |
| NL Industries Inc. NL Treating Chemicals Waste Control Specialists LLC (WCS) | Keystone Consolidated Industries, Inc. | Current |
| Northern Trust Co. of New York | 50 South Capital  50 South Capital Advisors, LLC | Current  Current |
| Opinionology Inc. Serena International Serena Software Inc. Survey Sampling International | HGGC Saber Topco, LLC SSI Holdings, LLC SSI/Opinionology Interco, LLC  SSI/Opinionology Newco, LLC Survey Sampling International, LLC WWC Holdings Corp. | Current Current Current  Current  Current Current |
| OPTrust Private Equity Direct NA I Inc. | OPSEU Pension Trust | Current |
| Oxid Inc. | Viance LLC | Current |
| Panning Capital Panning Capital Management Panning Master Fund LP | Frank Edmonds Kieran Goodwin | Current  Current |
| Peerless Manufacturing Co. | PMFG, Inc. | Current |
| Peterbilt Motors Co. | PACCAR Inc. | Current |
| Pizza Hut | NPC International, Inc. | Current |
| PricewaterhouseCoopers LLP | PricewaterhouseCoopers, as Receiver for Independent Trust Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| | Wentworth Sons Holdings S.C.A., Wentworth Sons Sub-Debt S.a.r.l., Wentworth Sons Senior Claims S.a.r.l. | Current |
| Qualawash Holdings LLC | Paul D. Ginsberg | Current |
| Quality Carriers | Apax Europe VII-A, L.P. | Former |
| | Apax Europe VII-B, L.P. | Former |
| | Apax Partners Israel Ltd. | Closed |
| | Apax Partners Ltd. | Current |
| | Apax Quartz (Cayman) L.P. | Closed |
| | Apax US VII, L.P. | Former |
| Quicksilver Resources Inc. | Quicksilver Resources Inc. | Current |
| R.R. Donnelley | Courier Corporation | Closed |
| RR Donnelley Receivables Inc. | R.R. Donnelley & Sons Co. | Current |
| Rothschild Inc. | Five Arrows Principal Investments | Current |
| | Five Arrows Principal Investments II FPCI | Current |
| | Five Arrows Principal Investments II SCSP | Current |
| Safety Services Co. | David Kennedy | Current |
| | Kevin Frick | Current |
| | Safety Sam, Inc. | Current |
| | Serent Capital | Current |
| Servicemaster | Ridgemont Equity Partners | Current |
| Shale-Inland Holdings LLC | Neal Moszkowski | Current |
| Sunbelt Supply Co. | | |
| Spectera Inc. | Rally Health, Inc. | Current |
| Starwood | LNR Property Corp. | Current |
| Starwood Energy | SCG Hotel DLP, L.P. | Current |
| | SH Group Global IP Holdings, LLC | Current |
| Stroz Friedberg LLC | New Mountain Capital | Current |
| Zep Sales & Services | NM GRC Holdco, LLC | Current |
| Sun Technical Services Inc. | Harvest Partners, L.P. | Current |
| SuperMedia LLC | Dex One Corporation | Closed |
| Teachers Insurance & Annuity Association of America TIAA-CREF | Teachers Insurance and Annuity Association | Current |
| Tradespark LP | Cantor Commercial Real Estate Sponsor, L.P. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| | Cantor Fitzgerald, L.P. | Current |
| Trafigura AG | Galena US Holdings, Inc | Current |
| TricorBraun | Keith J. Strope | Current |
| UBS<br>UBS AG<br>UBS AG - Stamford, CT Branch<br>UBS Global Asset Management (Americas) Inc.<br>UBS O'Connor LLC<br>UBS Securities<br>UBS Securities LLC<br>UBS Stamford Branch TRS | Kerry F. Zinn<br>UBS AG, Hong Kong | Current<br>Current |
| Unilever United States Inc. and Its Subsidiaries and Affiliates, Master Trust Agreement Under Various Employee Benefit Plans of | Unilever United States, Inc. | Current |
| United Van Lines LLC | United Van Lines, LLC | Current |
| Utex Industries Inc. | Rhône Capital L.L.C.<br>Rhône Group LLC | Current<br>Current |
| Varde Investment Partners LP<br>Varde Partners Inc. | Varde Partners Asia Pte Ltd. | Current |
| Vector Capital | Triton Media, LLC<br>Vector Triton Holdings (Cayman), L.P. | Current<br>Current |
| Wal-Mart Store #371 | Wal-Mart de Mexico, S.A.B. de C.V. | Current |
| Williams Scotsman Inc. | Algeco Construcciones Modulares S.A Unipersonal<br>Algeco GmBH, Ausco Holding S.a R.L.<br>Algeco Holdings S.L.<br>Algeco SAS<br>Algeco Scotsman Global Finance Holding S.a.R.L.<br>Algeco Scotsman Global Finance S.a R.L.<br>Algeco Scotsman Group Kft v.a<br>Algeco Scotsman Holdings Kft<br>Algeco/Scotsman Global Finance plc<br>Algeco/Scotsman Global S.a r.l.<br>Algeco/Scotsman Holding S.a r.l.<br>Algeco/Scotsman PIK S.A. | Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| | Ausco Acquisitions Pty Limited | Current |
| | Ausco Asia Pty Limited, Ausco Finance Limited | Current |
| | Ausco Modular Pty Limited | Current |
| | Ausco Properties Pty Limited | Current |
| | Elliot Group Holdings (UK) Limited | Current |
| | Elliot Group Holdings Limited | Current |
| | Elliot Group Limited | Current |
| | Elliot Loohire Limited | Current |
| | Elliott Group Ltd. | Current |
| | MBM Mietsystem Fur Bau Und Industrie GmBH | Current |
| | Perfilados Olmedo, S.A Unipersonal | Current |
| | Portacom New Zealand Limited | Current |
| | Ristretto Investissements SAS | Current |
| | Target H20, LLC | Current |
| | Target Holdings Stanley, LLC | Current |
| | Target Logistics Holdings Dickinson, LLC | Current |
| | Target Logistics Holdings Minot, LLC | Current |
| | Target Logistics Holdings Southwest, LLC | Current |
| | Target Logistics Holdings Tioga, LLC | Current |
| | Target Logistics Holdings Williston, LLC | Current |
| | Target Logistics Management, LLC | Current |
| | Target Management Canada Ltd. | Current |
| | William Scotsman Mexico, S. de R.L. de C.V. | Current |
| | Williams Scotsman International, Inc. | Current |
| | Williams Scotsman of Canada, Inc. | Current |
| | Williams Scotsman, Inc. | Current |
| | Williams Scotsman, LLC | Current |
| | Willscot Equipment, LLC | Current |
| | WS Servicios de Mexico, S. de R.L. de C.V. | Current |
| Windstream Communications | Windstream Holdings, Inc. | Current |
| Wood Group Power Plant Services Inc. | Dunes Point Capital | Current |
| | Ehrhardt Tool & Machine LLC | Current |
| | Ehrhardt Tool & Machine, LLC | Current |
| | Haysite Reinforced Plastics Ltd. | Current |
| | Haysite Reinforced Plastics, LLC | Current |
| | Industrial Group Holdings, LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Kirkland Client | Status |
|---|---|---|
| | Industrial Group Intermediate Holdings, LLC | Current |
| | John Wood Company, LLC | Current |
| | Miether Bearing Products, LLC | Current |
| | Miller Chemical & Fertilizer (Australia) Pty Ltd. | Current |
| | Miller Chemical & Fertilizer (Australia) Pty, Ltd | Current |
| | Miller Chemical & Fertilizer LLC | Current |
| | Miller Chemical & Fertilizer-MCF, S.A. | Current |
| | Miller Chemical de Mexico, S.A. de C.V. | Current |
| | Miller Chemical Dominicana, S.A. | Current |
| | Miller Chemical South Africa Pty Ltd. | Current |
| | Miller Chemical South Africa Pty, Ltd. | Current |
| | Miller Chemical U.K. Ltd. | Current |
| | Miller Chemical UK Ltd. | Current |
| | Modern Equipment Company, LLC | Current |
| | Synthane-Taylor (Canada) Limited | Current |