IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
ENERGY FUTURE HOLDINGS CORP., ET AL.,                          :    Case No. 14-10979 (CSS)
                                                               :
                         Debtors.                              :    (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Robert D. Tomasch, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communications agent for the Official Committee of Unsecured Creditors, in the above-captioned cases.

On December 16, 2015 at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail on the service list attached hereto as **Exhibit A**:

- Twelfth Monthly Fee Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period from October 1, 2015 through October 31, 2015 **(Docket No. 7386)**

Dated: December 18, 2015

_____
Robert D. Tomasch
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 18th day of December 2015, by Robert D. Tomasch, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____



CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

# Exhibit A

**Exhibit A**
Fee Application Service List - First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp et al | Andrew W Wright and Cecily Gooch | 1601 Bryan St 43rd Fl | | Dallas | TX | 75201 | Debtors |
| Kirkland & Ellis LLP | Brian E Schartz | 601 Lexington Ave | | New York | NY | 10022 | Counsel to the Debtors |
| Kirkland & Ellis LLP | Chad Husnick | 300 N LaSalle St | | Chicago | IL | 60654 | Counsel to the Debtors |
| Milbank Tweed Haldey & McCloy LLP | Evan Fleck Matthew Brod | 1 Chase Manhattan Plaza | | New York | NY | 10005 | Counsel for the agent of the TCEH DIP Financing Facility |
| MORRISON & FOERSTER LLP | BRETT H MILLER AND LORENZO MARINUZZI | 250 W 55TH ST | | NEW YORK | NY | 10019 | Counsel for the TCEH Committee |
| POLSINELLI PC | CHRISTOPHER WARD JUSTIN EDELSON | 222 DELAWARE AVE STE 1101 | | WILMINGTON | DE | 19801 | Counsel for the TCEH Committee |
| Richards Layton & Finger PA | Daniel DeFranceschi Jason Madron | 920 N King St | | Wilmington | DE | 19801 | Co-Counsel to the Debtors |
| Sherman & Sterling LLP | Ned Schodek Fredric Sosnick | 599 Lexington Ave | | New York | NY | 10022 | Counsel to for the Agent of the EFIH First Lien DIP Financing Facility |
| US Department of Justice | Andrea B Schwartz Office of US Trustee | 201 Varick St Rm 1006 | US Federal Building | New York | NY | 10014 | Office of US Trustee |
| US Trustee Region 3 Roberta A DeAngelis | Richard L Schepacarter | 844 King St Rm 2207 | J Caleb Boggs Federal Bldg | Wilmington | DE | 19801 | Office of US Trustee |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 1 of 1