**Exhibit A**

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 2.0 | $2,007.50 |
| 002 | Asset Disposition | 0.7 | $700.00 |
| 003 | EFH Business Operations | 3.0 | $3,120.00 |
| 005 | EFH Corporate Governance and Board Matters | 13.6 | $14,700.00 |
| 006 | Discovery | 7.9 | $7,910.00 |
| 007 | Employment Applications | 2.7 | $2,472.50 |
| 008 | Fee Applications and Objections | 15.8 | $15,022.50 |
| 009 | Financing and Cash Collateral | 12.4 | $13,210.00 |
| 010 | Hearings | 108.5 | $117,857.50 |
| 011 | Claims Investigations, Analyses and Objections | 2.8 | $2,730.00 |
| 014 | Non-Working Travel | 83.0 | $46,561.25 |
| 015 | Plan and Disclosure Statement | 443.3 | $451,749.50 |
| 016 | Tax | 10.9 | $10,684.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **706.6** | **$688,724.75** |