## **Exhibit B**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,350 | 1.0 | $1,350.00 |
| Richard M. Corn | Partner | 2005 | Tax | $925 | 7.4 | $6,845.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,025 | 148.1 | $151,802.50 |
| | | | | $512.50 | 24.1 | $12,351.25[1] |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,050 | 0.5 | $525.00 |
| Jeffrey W. Levitan | Partner | 1983 | Corporate | $1,200 | 3.9 | $4,680.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,200 | 4.5 | $5,400.00 |
| Paul Possinger | Partner | 1993 | Corporate | $1,025 | 39.6 | $40,590.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $950 | 66.8 | $63,460.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,350 | 1.1 | $1,485.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,200 | 151.8 | $182,160.00 |
| | | | | $600 | 47.6 | $28,560.00[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,000 | 135.4 | $135,400.00 |
| | | | | $500 | 11.3 | $5,650[1] |
| Joshua L. Kopple | Associate | 2013 | Litigation | $610 | 22.2 | $13,542.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $850 | 34.5 | $29,325.00 |
| Gary Silber | Associate | 2011 | Tax | $770 | 0.2 | $154.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $825 | 6.6 | $5,445.00 |
| **Total** | | | | | **706.6** | **$688,724.75** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.