# Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Reproduction Costs (at $0.10 per page) | $834.60 |
| Telecommunications | $0.00[1] |
| Research (Lexis/Westlaw/Other Database Search Services) | $103.30 |
| Litigation and Corporate Support Services[2] | $2,468.50 |
| Travel Out-of-Town – Transportation | $7,204.92[3] |
| Taxi, Carfare, Mileage, Parking | $1,910.62[4] |
| Messenger/Delivery/Postage | $876.22 |
| Business Meals | $612.89[5] |
| Out-of-Town Lodging | $5,364.50[6] |
| Word Processing | $0.00[7] |
| Other Disbursements | $0.00[8] |
| **Total** | **$19,375.55** |

---

[1] Reflects a reduction of $8.71 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Consists of CourtCall, PACER and transcript (hearing and deposition) expenses.

[3] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[4] Includes a reduction of $119.02 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the fee committee.

[5] Includes a reduction of $433.10 for business meal expenses in excess of the reimbursable cap imposed by the fee committee.

[6] Includes a reduction of $3,084.09 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[7] Reflects a reduction of $784.85 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[8] Reflects a reduction of $585.00 for certain overtime expenses that are not reimbursable pursuant to the fee committee guidelines.