**Exhibit D**

[Detailed Description of Expenses and Disbursements]

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 08/27/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking-Cab from Office to Home (worked 6.5 hours; cab after 8 pm) | 26.00 |
| 10/07/2015 | Jeff J. Marwil | Data Base Search Serv.-Pacer | 103.30 |
| 10/20/2015 | Peter J. Young | Other Disbursements-CourtCall | 72.00 |
| 10/22/2015 | Gary Silber | Taxicab/car Svc.-Cab from office to home (worked 4 hours; cab at 10:30 pm) | 94.15 |
| 10/26/2015 | Peter J. Young | Other Disbursements-CourtCall | 30.00 |
| 10/28/2015 | Lary Alan Rappaport | Filing and Court Costs-CourtCall | 170.00 |
| 10/29/2015 | Jeff J. Marwil | Messenger/delivery | 7.22 |
| 10/30/2015 | Jeff J. Marwil | Messenger/delivery | 15.83 |
| 10/30/2015 | Lary Alan Rappaport | Filing and Court Costs-CourtCall | 30.00 |
| 10/30/2015 | Jeff J. Marwil | Messenger/delivery | 23.49 |
| 11/01/2015 | Michael A. Firestein | Airplane-GoGo Air Internet | 26.95 |
| 11/01/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Uber car to Airport | 42.44 |
| 11/01/2015 | Michael A. Firestein | Taxicab/car Svc.-Sunny's Limo from Philadelphia airport to hotel | 125.00 |
| 11/02/2015 | Jeff J. Marwil | Messenger/delivery | 52.31 |
| 11/02/2015 | Lary Alan Rappaport | Reproduction | 0.90 |
| 11/02/2015 | Lary Alan Rappaport | Reproduction | 4.40 |
| 11/02/2015 | Lary Alan Rappaport | Reproduction | 1.50 |
| 11/02/2015 | Peter J. Young | Reproduction | 0.10 |
| 11/02/2015 | Peter J. Young | Reproduction | 4.30 |
| 11/02/2015 | Peter J. Young | Reproduction | 16.80 |
| 11/02/2015 | Kimberly White | Reproduction | 2.40 |
| 11/02/2015 | Kimberly White | Reproduction | 3.00 |
| 11/02/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Philadelphia airport to hotel | 40.00 |
| 11/02/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and ParkingCab from home to O'Hare | 60.00 |
| 11/02/2015 | Mark K. Thomas | Out Of Town Meals | 18.16 |
| 11/02/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 11/02/2015 | Mark K. Thomas | Airplane-Exchange Fee at Airport | 218.86 |
| 11/02/2015 | Mark K. Thomas | Airplane-GoGo Air Internet | 23.95 |
| 11/03/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A-1 Airport Limo from O'Hare to home on 11/6/15 | 75.00 |
| 11/03/2015 | Michael A. Firestein | Out Of Town Meals-M. Firestein, M. Thomas and D. Klauder | 62.00 |
| 11/03/2015 | Mark K. Thomas | Lodging-1 Night Philadelphia | 300.00 |

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 11/03/2015 | Peter J. Young | Transcripts & Depositions-Wilcox & Fetzer Court Reporters for Deposition Transcript of B. Williamson | 2,224.50 |
| 11/04/2015 | Lary Alan Rappaport | Reproduction | 0.60 |
| 11/05/2015 | Kimberly White | Reproduction | 4.00 |
| 11/05/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/05/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/06/2015 | Michael A. Firestein | Airplane-11/1 to 11/6 Los Angeles to/from Philadelphia | 1,059.31 |
| 11/06/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Cab from airport to home | 43.00 |
| 11/06/2015 | Michael A. Firestein | Out Of Town Meals-5 daily meals at hotel | 131.80 |
| 11/06/2015 | Michael A. Firestein | Lodging-5 Nights Philadelphia | 1,500.00 |
| 11/06/2015 | Michael A. Firestein | Airplane-GoGo Air Internet | 26.95 |
| 11/06/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 11/06/2015 | Mark K. Thomas | Lodging-3 Nights Phillladelphia | 900.00 |
| 11/06/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Carey Limo from court to airport | 117.25 |
| 11/06/2015 | Michael A. Firestein | Taxicab/car Svc.-Sunny's Limo from hotel to Philadelphia airport | 125.00 |
| 11/06/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 11/06/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/06/2015 | Lary Alan Rappaport | Reproduction | 2.10 |
| 11/06/2015 | Lary Alan Rappaport | Reproduction | 0.60 |
| 11/06/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 11/06/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 11/06/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/06/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 11/06/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/06/2015 | Lary Alan Rappaport | Reproduction | 4.10 |
| 11/06/2015 | Lary Alan Rappaport | Reproduction | 1.90 |
| 11/07/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from home to O'Hare | 43.34 |
| 11/07/2015 | Mark K. Thomas | Airplane-Chicago to Tucson Economy | 615.98 |
| 11/07/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Carey Limo from hotel to court on 11/3/15 | 112.25 |
| 11/07/2015 | Mark K. Thomas | Airplane-11/2 to 11/6 Tucson to Philadelphia; Philadelphia to Chicago | 771.97 |
| 11/08/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 11/08/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 11/08/2015 | Lary Alan Rappaport | Reproduction | 4.20 |
| 11/09/2015 | Paul Possinger | Reproduction | 1.60 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 2.50 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 3.60 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 2.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.60 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 1.90 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 2.00 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 1.30 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 1.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 2.00 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 1.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 4.40 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 4.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 1.60 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 2.30 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 4.40 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 1.40 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 2.60 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 46.70 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 4.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 2.50 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 3.70 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.70 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 15.00 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 19.50 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 17.70 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 15.00 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 5.80 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 15.50 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 10.00 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 17.70 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 5.00 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 15.00 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 19.50 |
| 11/09/2015 | Lary Alan Rappaport | Reproduction | 4.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 33.60 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 4.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Lary Alan Rappaport | Reproduction | 1.50 |

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.70 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 15.90 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 0.20 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 17.10 |
| 11/09/2015 | Joshua L. Kopple | Reproduction | 1.50 |
| 11/09/2015 | Michele M. Reetz | Reproduction | 1.90 |
| 11/09/2015 | Paul Possinger | Reproduction | 0.30 |
| 11/09/2015 | Michele M. Reetz | Reproduction | 4.20 |
| 11/09/2015 | Peter J. Young | Reproduction | 1.50 |
| 11/09/2015 | Jeff J. Marwil | Messenger/delivery | 50.84 |
| 11/09/2015 | Jeff J. Marwil | Messenger/delivery | 50.84 |
| 11/10/2015 | Jeff J. Marwil | Messenger/delivery | 229.15 |
| 11/10/2015 | Mark K. Thomas | Out Of Town Meals | 17.00 |
| 11/10/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab to hotel | 40.00 |
| 11/10/2015 | Michael A. Firestein | Airplane-GoGo Air Internet | 26.95 |
| 11/10/2015 | Michael A. Firestein | Filing and Court Costs-CourtCall | 44.00 |
| 11/10/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Uber from home to Los Angeles airport | 40.61 |
| 11/10/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Carey Limo for Philadelphia airport to hotel | 123.25 |
| 11/10/2015 | Mark K. Thomas | Auto Rental-Tuscon to Phoenix airport | 122.24 |
| 11/10/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 11/10/2015 | Peter J. Young | Local Meals-at O'Hare | 6.13 |
| 11/10/2015 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from office to O'Hare | 55.00 |
| 11/10/2015 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab form Philadelphia airport to hotel | 35.00 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 1.20 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.10 |
| 11/10/2015 | Joshua L. Kopple | Reproduction | 0.90 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.30 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.40 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 1.50 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 7.80 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 4.20 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 8.40 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 11.40 |

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 11/10/2015 | Jennifer L. Roche | Reproduction | 2.40 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 6.90 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.30 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.30 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.30 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 11.40 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 3.90 |
| 11/10/2015 | Joshua L. Kopple | Reproduction | 8.40 |
| 11/10/2015 | Joshua L. Kopple | Reproduction | 0.60 |
| 11/10/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.20 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 27.30 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.30 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.30 |
| 11/10/2015 | Joshua L. Kopple | Reproduction | 1.20 |
| 11/10/2015 | Joshua L. Kopple | Reproduction | 1.20 |
| 11/10/2015 | Carmen Santiago | Reproduction | 37.40 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 3.30 |
| 11/10/2015 | Joshua L. Kopple | Reproduction | 19.20 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 1.20 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 25.20 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.20 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.40 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.60 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.90 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.30 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 9.60 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 1.20 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 1.20 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 13.50 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.60 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 2.70 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 20.40 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.60 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 32.70 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 4.20 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 4.20 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 3.90 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 6.60 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.60 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.90 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.30 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.90 |
| 11/10/2015 | Joshua L. Kopple | Reproduction | 6.90 |

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 11/10/2015 | Joshua L. Kopple | Reproduction | 45.30 |
| 11/10/2015 | Joshua L. Kopple | Reproduction | 10.80 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.10 |
| 11/10/2015 | Joshua L. Kopple | Reproduction | 1.40 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.60 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 3.60 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.30 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.90 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.30 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.60 |
| 11/10/2015 | Carmen Santiago | Reproduction | 0.80 |
| 11/10/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 17.40 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 1.20 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 1.20 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.30 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 8.10 |
| 11/10/2015 | Jennifer L. Roche | Reproduction | 0.60 |
| 11/10/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 11/11/2015 | Jared Zajac | Reproduction | 0.40 |
| 11/11/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Carey Limo from hotel to court | 193.08 |
| 11/11/2015 | Mark K. Thomas | Lodging-1 Night Philadelphia | 300.00 |
| 11/11/2015 | Mark K. Thomas | Out Of Town Meals-M. Thomas, P. Young, V. Lazar | 120.00 |
| 11/12/2015 | Jeff J. Marwil | Messenger/delivery | 26.63 |
| 11/12/2015 | Michele M. Reetz | Reproduction | 0.70 |
| 11/13/2015 | Joshua L. Kopple | Reproduction | 1.20 |
| 11/13/2015 | Michael A. Firestein | Airplane-GoGo Air Internet | 26.95 |
| 11/13/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Carey Limo from court to Philadelphia airport | 117.25 |
| 11/13/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab to airport | 105.00 |
| 11/13/2015 | Mark K. Thomas | Lodging-2 Nights Philadelphia | 600.00 |
| 11/13/2015 | Michael A. Firestein | Airplane-11/10 to 11/13 Los Angeles to/from Philadelphia | 906.75 |
| 11/13/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Cab from Los Angeles airport ot home | 43.00 |
| 11/13/2015 | Michael A. Firestein | Lodging-3 Nights Philadelphia | 900.00 |
| 11/13/2015 | Michael A. Firestein | Out Of Town Meals-3 daily meals at hotel | 101.40 |
| 11/13/2015 | Jeff J. Marwil | Messenger/delivery | 117.36 |
| 11/13/2015 | Jeff J. Marwil | Messenger/delivery | 111.57 |

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 11/13/2015 | Jeff J. Marwil | Messenger/delivery | 94.97 |
| 11/13/2015 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from O'Hare to home | 50.00 |
| 11/13/2015 | Peter J. Young | Airplane-11/10 to 11/13 Chicago to/from Philadelphia | 476.11 |
| 11/13/2015 | Peter J. Young | Lodging-1 Night Philadelphia | 264.50 |
| 11/13/2015 | Peter J. Young | Other Disbursements-Gratuities | 28.00 |
| 11/13/2015 | Peter J. Young | Lodging-2 Nights Philadelphia | 600.00 |
| 11/13/2015 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Carey Limo from court to Philadelphia airport | 75.00 |
| 11/13/2015 | Peter J. Young | Out Of Town Meals | 36.40 |
| 11/14/2015 | Mark K. Thomas | Auto Rental-Phoenix airport to Tucson | 143.26 |
| 11/15/2015 | Mark K. Thomas | Airplane-Philadelphia to Phoenix | 842.18 |
| 11/15/2015 | Mark K. Thomas | Airplane-Chicago to Tucson Economy | 615.98 |
| 11/15/2015 | Mark K. Thomas | Airplane-11/10 to 11/15 Phoenix to Philadelphia; Philadelphia to Chicago | 1,300.53 |
| 11/16/2015 | Paulette Lindo | Reproduction | 0.60 |
| 11/16/2015 | Paulette Lindo | Reproduction | 0.70 |
| 11/16/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 11/16/2015 | Lary Alan Rappaport | Reproduction | 3.00 |
| 11/16/2015 | Lary Alan Rappaport | Reproduction | 3.10 |
| 11/16/2015 | Michele M. Reetz | Reproduction | 0.50 |
| 11/17/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 11/17/2015 | Jeff J. Marwil | Messenger/delivery | 23.77 |
| 11/17/2015 | Jeff J. Marwil | Messenger/delivery | 6.81 |
| 11/18/2015 | Michele M. Reetz | Reproduction | 1.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.90 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.90 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.50 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---|
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 11/20/2015 | Jeff J. Marwil | Messenger/delivery | 12.17 |
| 11/20/2015 | Jeff J. Marwil | Messenger/delivery | 26.63 |
| 11/21/2015 | Peter J. Young | Reproduction | 0.40 |
| 11/21/2015 | Peter J. Young | Reproduction | 11.00 |
| 11/23/2015 | Peter J. Young | Reproduction | 2.20 |
| 11/23/2015 | Peter J. Young | Reproduction | 0.60 |
| 11/23/2015 | Peter J. Young | Reproduction | 0.10 |
| 11/25/2015 | Jeff J. Marwil | Messenger/delivery | 26.63 |
| 11/30/2015 | Jared Zajac | Reproduction | 0.10 |
| 11/30/2015 | Jared Zajac | Reproduction | 3.50 |
| 11/30/2015 | Jared Zajac | Reproduction | 0.40 |
| 11/30/2015 | Jared Zajac | Reproduction | 0.20 |

**Disbursements and Other Charges**                          $      **19,375.55**