# Notice Recipients

District/Off: 0311−1   User: Margit   Date Created: 12/21/2015
Case: 14−10979−CSS   Form ID: van440   Total: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| ust | United States Trustee | 844 King Street, Room 2207   Lockbox #35   Wilmington, DE 19899−0035 |
| aty | Andrea Beth Schwartz | U.S. Department of Justice − Office of the U.S. Trustee   U.S. Federal Office Building   201 Varick Street, Rm 1006   New York, NY 10065 |
| aty | Andrew Dietderich | Sullivan & Cromwell LLP   125 Broad Street   3835   New York, NY 10004 |
| aty | Brian Schartz | c/o Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 |
| aty | Chad J. Husnick | Kirkland & Ellis, LLP   300 North LaSalle Street   Chicago, IL 60654 |
| aty | Christopher A. Ward | Polsinelli PC   222 Delaware Avenue, Suite 1101   Wilmington, DE 19801 |
| aty | Daniel K. Hogan | Hogan McDaniel   1311 Delaware Ave   Wilmington, DE 19806 |
| aty | David M. Klauder | Bielli & Klauder, LLC   1204 N. King Street   Wilmington, DE 19801 |
| aty | David P. Primack | McElroy Deutsch Mulvaney & Carpenter LLP   300 Delaware Ave, Suite 770   Wilmington, DE 19801 |
| aty | Edward O. Sassower | Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 |
| aty | Ethan Early | Early Lucarelli Sweeney & Meisenkothen   265 Church Street, 11th Floor   New Haven, CT 06508 |
| aty | James H.M. Sprayregen | Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 |
| aty | James Michael Peck | Schulte Roth & Zabel LLP   250 West 55th Street   New York, NY 10019 |
| aty | Jason M. Madron | Richards, Layton & Finger, LLP   One Rodney Square   P.O. Box 551   Wilmington, DE 19899 |
| aty | Jeff J. Marwil | Proskauer Rose LLP   Three First National Plaza   70 W. Madison Street   Suite 3800   Chicago, IL 60602 |
| aty | Joseph H. Huston, Jr. | Stevens & Lee   919 North Market Street   Suite 1300   Wilmington, DE 19801 |
| aty | Marc Kieselstein | Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 |
| aty | Mark K. Thomas | Proskauer Rose LLP   Three First National Plaza   70 W. Madison Street   Suite 3800   Chicago, IL 60602 |
| aty | Natalie D. Ramsey | Montgomery, McCracken, Walker & Rhoads   1105 North Market Street   15th Floor   Wilmington, DE 19801 |
| aty | Natalie D. Ramsey | Montgomery, McCracken, Walker & Rhoads   1105 North Market Street   15th Floor   Wilmington, DE 19801 |
| aty | Peter Jonathon Young | Proskauer Rose LLP   70 W. Madison St.   Suite 3800   Chicago, IL 60602 |
| aty | Richard Levin | Jenner & Block   919 Third Avenue   New York, NY 10022−3908 |
| aty | Richard L. Schepacarter | Office of the United States Trustee   U. S. Department of Justice   844 King Street, Suite 2207   Lockbox #35   Wilmington, DE 19801 |
| aty | Stephen E. Hessler | Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 |
| aty | Steven Kazan | Kazan McClain Satterley & Greenwood   Jack London Market   55 Harrison Street   Suite 400   Oakland, CA 94607 |
| aty | Steven N. Serajeddini | Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 |
| aty | Thomas B. Walper | Munger Tolles & Olson LLP   355 South Grand Avenue   35 Floor   Los Angeles, CA 90071 |
| aty | Trevor M Broad | Cravath, Swaine and Moore LLP   Worldwide Plaza   825 Eighth Avenue   New York, NY 10019−7475 |

TOTAL: 28