UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979 CSS        BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Approving Settlement of Litigation Claims (#7243) and the Order (#7244) and Amended Order (#7285) Confirming Sixth Amended Joint Plan of Reorganization

**Docket #:** 7243, 72   **Date Entered:** 12/7/15, 12/9/15

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 7414 | Date Filed: | 12/18/15 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ Cross Appeal | Docket #: | Date Filed: | |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

David William Fahy, Shirley Fenicle, as Successor-In-Interest to the Estate of George Fenicle

**Appellee/Cross Appellee**

Energy Future Holdings Corp.

**Counsel for Appellant/Cross Appellant:**

Daniel Hogan
1311 Delaware Avenue
Wilmington, Delaware 19806

**Counsel for Appellee/Cross Appellee:**

Daniel J. DeFranceschi
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ○ | ● |
| *If Yes, has District Court assigned a Civil Action Number? Civil Action Number: | ○ | ● |
| | ○ | ● |

(continued on next page)

**Notes:**  not filed:

    Appellant's Designation of Items to be Included in the Record
    Appellant's Statement of Issues
    Appellee's Designation of Additional Items to be Included in the Record

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/21/15      by: /s/M. Walter
                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    15-81