## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $750 | 75.8 | $56,850.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $525 | 186.2 | $97,755.00 |
| Zachary I. Shapiro | Associate | 2008 | Bankruptcy | $490 | 2.8 | $1,372.00 |
| Marisa A. Terranova Fissel | Associate | 2009 | Bankruptcy | $450 | 0.3 | $135.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $260 | 70.7 | $18,382.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $260 | 46.5 | $12,090.00 |
| Rachel L. Biblo | Associate | 2014 | Bankruptcy | $260 | 0.7 | $182.00 |
| Brendan J. Schlauch | Associate | 2014 | Bankruptcy | $260 | 0.4 | $104.00 |
| **Total** | | | | | **383.4** | **$186,870.00** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235 | 128.7 | $30,244.50 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235 | 52.3 | $12,290.50 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235 | 12.0 | $2,820.00 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $235 | 6.7 | $1,574.50 |
| Cynthia McMenamin | Paralegal | 1 | Bankruptcy | $235 | 8.8 | $2,068.00 |
| Daniel D. White | Technical/ Trial Support | 11 | Litigation/ MIS | $250 | 31.2 | $7,800.00 |
| Carlos B. Terreforte | Technical/ Trial Support | 1 | Litigation/ MIS | $235 | 4.5 | $1,057.50 |
| Christopher Koran | Technical/ Trial Support | 3 | Litigation/ MIS | $195 | 7.0 | $1,365.00 |
| William S. Stephens | Technical/ Trial Support | 16 | Litigation/ MIS | $195 | 0.8 | $156.00 |
| Lesley Morris | Paralegal | 1 | Bankruptcy | $125 | 0.3 | $37.50 |
| **Total** | | | | | **252.3** | **$59,413.50** |

| | |
|---|---|
| **Total Fees** | **$246,283.50** |