## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $23.54 |
| Business Meals | $1,382.93 |
| Conference Calling | $720.63 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $1,426.27 |
| Electronic Legal Research | $1,162.19 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $333.63 |
| Long distance Telephone Charges | $147.31 |
| Messenger and Delivery Service | $602.02 |
| Overtime | $738.42 |
| Photocopying/Printing - Outside Vendor | $9,392.01 |
| Photocopying/Printing | $4,730.25 |
| Postage | $36.15 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $70.34 |
| **Total:** | **$20,765.69** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $1.90 |
| Business Meals | $111.87 |
| Conference Calling | $58.29 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $115.37 |
| Electronic Legal Research | $94.01 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $26.99 |
| Long distance Telephone Charges | $11.92 |
| Messenger and Delivery Service | $48.70 |
| Overtime | $59.73 |
| Photocopying/Printing - Outside Vendor | $759.74 |
| Photocopying/Printing | $382.64 |
| Postage | $2.92 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $5.69 |
| **Total:** | **$1,679.77** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $3.17 |
| Business Meals | $186.04 |
| Conference Calling | $96.94 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $191.86 |
| Electronic Legal Research | $156.34 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $44.88 |
| Long distance Telephone Charges | $19.82 |
| Messenger and Delivery Service | $80.98 |
| Overtime | $99.34 |
| Photocopying/Printing - Outside Vendor | $1,263.44 |
| Photocopying/Printing | $636.32 |
| Room Rental | $0.00 |
| Postage | $4.86 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $9.46 |
| **Total:** | **$2,793.45** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $1.38 |
| Business Meals | $80.86 |
| Conference Calling | $42.15 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $83.40 |
| Electronic Legal Research | $67.95 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $19.51 |
| Long distance Telephone Charges | $8.61 |
| Messenger and Delivery Service | $35.20 |
| Overtime | $43.18 |
| Photocopying/Printing - Outside Vendor | $549.16 |
| Photocopying/Printing | $276.58 |
| Postage | $2.11 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $4.11 |
| **Total:** | **$1,214.20** |