# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 10/7/2015 | Grottos | Dinner | 1 | Working meal for RL&F team member in connection with e-filing of motion to authorize TCEH Debtors to participate in competitive sale process, related motion to seal, and related supporting declaration | $9.53 | $9.53 |
| 10/14/2015 | DiMeo's | Dinner | 1 | Working meal for RL&F team member in connection with 10/15/15 after-hours hearing preparations | $21.45 | $21.45 |
| 10/14/2015 | Toscano to Go | Dinner | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/15/15 hearing | $20.75 | $207.47 |
| 10/15/2015 | Manhattan Bagel Co. | Breakfast | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/15/15 hearing | $13.50 | $135.00 |
| 10/15/2015 | Rodney Grille | Lunch | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/15/15 hearing | 15.36 | $153.62 |
| 10/19/2015 | Urban Café | Dinner | 6 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/20/15 hearing | $22.49 | $134.94 |
| 10/20/2015 | Manhattan Bagel Co. | Breakfast | 4 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/20/15 hearing | $30.00 | $120.00 |
| 10/20/2015 | Purebread | Lunch | 12 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/20/15 hearing | $20.76 | $249.13 |

| Date | Vendor | Meal | # | Description | Unit | Total |
|---|---|---|---|---|---|---|
| 10/20/2015 | Grottos | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation of 10/28/2015 hearing agenda | $12.49 | $12.49 |
| 10/23/2015 | Seasons | Dinner | 1 | Working meal for RL&F team member in connection with after-hours document distribution and filing of confirmation brief | $9.28 | $9.28 |
| 10/26/2015 | Grottos | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of Filsinger 17th monthly fee statement and Thompson & Knight 16th monthly fee statement; after-hours review and revision of 10/28/15 attorney hearing binders | $22.78 | $22.78 |
| 10/27/2015 | Olympic Subs | Lunch | 8 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/28/15 hearing | $15.91 | $127.30 |
| 10/28/2015 | Manhattan Bagel Co. | Breakfast | 5 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/28/15 hearing | $17.00 | $85.00 |
| 10/28/2015 | Purebread | Lunch | 8 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/28/15 hearing | $24.78 | $198.25 |
| 10/28/2015 | Toscano to Go | Dinner | 8 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/28/15 hearing | $24.65 | $197.22 |
| 10/29/2015 | Rodney Grille | Breakfast | 1 | Working meal for RL&F team member in connection with after-hours support for 10/30/2015 hearing preparations for visiting co-counsel | $3.99 | $3.99 |

| Date | Vendor | Meal | # | Description | | |
|---|---|---|---|---|---|---|
| 10/30/2015 | Grottos | Dinner | 3 | Working meal for RL&F team members in connection with afterhours filing of various confirmation hearing pleadings and preparation of confirmation hearing binders | $18.36 | $55.09 |
| 10/31/2015 | Seasons | Dinner | 1 | Working meal for RL&F team member in connection with afterhours/weekend filing of 11/3/15 hearing agenda and continued preparation of confirmation hearing binders | $19.17 | $19.17 |
| **TOTALS** | | | | | | $1,761.71 |

RLF1 13564153v.1