# **<u>EXHIBIT A</u>**

|  |  |
|---|---|
| Invoice Date: | 12/21/15 |
| Invoice Number: | 727383 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---:|---:|
| 001 | Asset Analysis | 5.80 | $1,577.00 |
| 006 | Case Administration | 129.30 | $62,849.00 |
| 010 | Employment and Fee Applications (MMWR) | 6.20 | $3,658.00 |
| 011 | Employment and Fee Applications (Others) | 1.90 | $491.00 |
| 012 | Financing, Cash Collateral, Make Whole | 2.30 | $1,357.00 |
| 013 | Other Litigation | 5.60 | $1,684.50 |
| 014 | Meetings and Communications with Creditors | 0.40 | $236.00 |
| 015 | Non-Working Travel | 60.60 | $11,556.00 |
| 016 | Plan and Disclosure Statement | 1,309.10 | $467,810.50 |
| 020 | Discovery | 0.80 | $156.00 |
| 021 | Hearings | 451.30 | $254,196.00 |
| 023 | Claims Investigation | 15.30 | $4,734.50 |
| 030 | Asbestos-Related Matters | 0.50 | $337.50 |
| 031 | Derivative Litigation Investigation | 20.50 | $7,701.50 |
|  | **Matter Total** | **2,009.60** | **$818,344.50** |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**