# **EXHIBIT B**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 190.70 | $128,722.50 |
| Gary M. Edelson | Partner; Joined Firm in 1988; Member of PA Bar since 1976 | $590.00 | 0.20 | $118.00 |
| Mark A. Fink | Partner[1]; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 199.00 | $117,410.00 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 202.90 | $118,696.50 |
| Mark B. Sheppard | Non-working Travel | $292.50 | 8.40 | $2,457.00 |
| Jonathan R. Flora | Partner; Joined Firm in 2014; Member of CA Bar since 1989 | $540.00 | 3.90 | $2,106.00 |
| Sidney S. Liebesman | Partner; Joined Firm in 2012; Member of PA Bar since 1995 | $480.00 | 148.40 | $71,232.00 |
| Michael B. Hayes | Partner; Joined Firm in 2000; Member of NJ Bar since 1998 | $420.00 | 0.70 | $294.00 |
| Lathrop B. Nelson | Partner; Joined Firm in 2002; Member of PA Bar since 2001 | $420.00 | 142.10 | $59,682.00 |
| Lathrop B. Nelson | Non-working Travel | $210.00 | 19.30 | $4,053.00 |
| Tricia J. Sadd | Partner; Joined Firm in 2003; Member of PA Bar since 2003 | $415.00 | 136.30 | $56,564.50 |
| David Dormont | Partner; Joined Firm in 2015; Member of PA Bar since 1992 | $375.00 | 174.80 | $65,550.00 |
| David Dormont | Non-working Travel | $187.50 | 20.60 | $3,862.50 |
| Patrick T. Ryan | Of Counsel; Joined Firm in 1983; Member of PA Bar since 1982 | $495.00 | 6.70 | $3,316.50 |
| Laurie A. Krepto | Of Counsel; Joined Firm in 2004; Member of the PA Bar since 1995 | $440.00 | 14.40 | $6,336.00 |
| Lisa Z. Brown | Of Counsel; Joined the Firm in 2007; Member of the DE Bar since 2002 | $425.00 | 1.80 | $765.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **1,270.20** | **$641,165.50** |

---

[1] Mark A. Fink's classification changed from Of Counsel to Partner during the month of October, 2015, but his rate did not change.

| **ASSOCIATES** | | | | |
|---|---|---|---|---|
| Megan Diaz Ellinghaus | Associate; Joined Firm in 2013; Member of NY Bar since 2008 | $385.00 | 12.00 | $4,620.00 |
| Crista F. High | Associate; Joined Firm in 2007; Member of PA Bar since 2007 | $385.00 | 3.10 | $1,193.50 |
| James L. Gannon | Associate; Joined Firm in 2009; Member of PA Bar since 2009 | $340.00 | 17.30 | $5,882.00 |
| Priya Roy | Associate; Joined Firm in 2013; Member of MD Bar since 2012 | $310.00 | 2.00 | $620.00 |
| Johnathan S. Perkins | Associate; Joined Firm in 2013; Member of PA Bar since 2011 | $300.00 | 56.60 | $16,980.00 |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 184.30 | $53,447.00 |
| Katherine M. Fix | Non-working Travel | $145.00 | 4.30 | $623.50 |
| Cora A. Dayon | Associate; Joined Firm in 2014; Member of NJ Bar since 2014 | $280.00 | 125.70 | $35,196.00 |
| Robert H. Bender, Jr. | Associate; Joined Firm in 2015; Member of PA since 2015 | $280.00 | 2.40 | $672.00 |
| **TOTAL ASSOCIATES** | | | 407.70 | $119,234.00 |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Molly A. Lynch | Paralegal | $220.00 | 96.90 | $21,318.00 |
| William Hershkowitz | Paralegal | $215.00 | 1.40 | $301.00 |
| Denise A. LeGendre | Paralegal | $205.00 | 4.20 | $861.00 |
| Roseann Guagenti | Paralegal | $205.00 | 34.20 | $7,011.00 |
| Keith Mangan | Paralegal | $140.00 | 143.10 | $20,034.00 |
| Keith Mangan | Non-working Travel | $70.00 | 8.00 | $560.00 |
| Kathleen A. Coon | Litigation Support Specialist | $195.00 | 0.80 | $156.00 |
| Gareth M. Suddes | Litigation Support Specialist | $180.00 | 38.60 | $6,948.00 |
| Suzanne E. Burke | Litigation Support Specialist | $175.00 | 3.60 | $630.00 |
| Jason Bailey | Litigation Support Specialist | $140.00 | 0.90 | $126.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 331.70 | $57,945.00 |
| **TOTAL ALL PROFESSIONALS** | | | 2,009.60 | $818,344.50 |