# **EXHIBIT C**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Miscellaneous Expense | $9,468.68 |
| Duplicating - Internal | $1,484.10 |
| Transportation - Local while on business | $994.23 |
| Delivery Service | $1,301.99 |
| Filing Fee - Court | $81.00 |
| Lunch/Dinner Conference | $3,208.01 |
| Meals - Overtime | $788.50 |
| Overtime - Clerical | $11,039.90 |
| Travel - Lodging | $4,854.92 |
| Travel - Meals, Etc | $200.86 |
| Travel - Mileage | $919.32 |
| Travel - Rail Fare | $2,995.40 |
| Out of Town Travel | $179.69 |
| Telecopy | $8.00 |
| Federal Express | $209.30 |
| Storage | $1,884.99 |
| Parking & Tolls | $823.90 |
| Telephone | $288.91 |
| Overtime Meals on Expense Report | $195.77 |
| Outside Copying | $98,261.33 |
| Westlaw On-Line Legal Research | $1,757.40 |
| Local Transportation - Cabs | $581.40 |
| **Total:** | **$141,527.60** |